AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   19-5030

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __The Middle East Forum__
was received by me on *(date)* __11-1-19__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Mehran Chughta__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__The Middle East Forum__ on *(date)* __11-1-19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __11-1-19__

__Robert Campbell__
Server's signature

__Robert Campbell - Process Server__
Printed name and title

__2411 S. 8th St. Phila., Pa. 19148__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| LISA BARBOUNIS<br>*Plaintiff(s)*<br>v.<br>THE MIDDLE EAST FORUM; DANIEL PIPES (INDIVIDUALLY); GREG ROMAN (INDIVIDUALLY) AND MATTHEW BENNETT (INDIVIDUALLY)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   19-5030 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Middle East Forum
1650 Market Street, Suite 3600
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SETH D. CARSON
DEREK SMITH LAW GROUP PLLC
1835 MARKET STREET, SUITE 2950
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/28/2019

*Signature of Clerk or Deputy Clerk*