## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, | : CIVIL ACTION NO: 19-5030 (JDW) |
| Plaintiff, | : |
| -vs- | : |
| | : |
| THE MIDDLE EAST FORUM, | : |
| DANIEL PIPES (*individually*), | : TRIAL BY JURY |
| GREGG ROMAN (*individually*), and | : |
| MATTHEW BENNETT (*individually*), | : |
| Defendants. | : |

## JOINT ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of **Defendant Gregg Roman** in the above-captioned matter.

SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/Sidney L. Gold, Esquire
_____
SIDNEY L. GOLD, ESQUIRE
I.D. NO.: 21374

/s/Traci M. Greenberg, Esquire
_____
TRACI M. GREENBERG, ESQUIRE
I.D. NO.: 86396

/s/William Rieser, Esquire
_____
WILLIAM RIESER, ESQUIRE
I.D. NO.: 312442

1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
sgold@discrimlaw.net
tgreenberg@discrimlaw.net
brieser@discrimlaw.net
Attorneys for Defendant, Gregg Roman

Dated: 11/15/19