| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF PENNSYLVANIA<br>ATTORNEY(S) DEREK SMITH LAW GROUP ESQ.   PH: (212) 587-0760<br>1 PENNSYLVANIA PLAZA 49TH FLR.  NEW YORK, NY 10119 | | Civil Number: 19-5030<br>Date Filed: 10-27-2019<br>Court Date: |

Lisa Barbounis

*Plaintiff*

vs

The Middle East Forum; Daniel Pipes; Greg Roman; Matthew Bennett

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                                    **AFFIDAVIT OF SERVICE**

**Marwan Elgizawy**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/14/2019**, at **6:17 PM** at **236 East 47th Street, New York, NY 10017**, Deponent served the within **Summons in a Civil Action and Complaint, Civil Cover Sheet**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Matthew Bennett**, Defendant therein named, (hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male   **Color of skin**: White   **Color of hair:** Brown   **Age**: 36-50
**Height**: 5ft4in-5ft8in   **Weight**: 131-160 Lbs.   **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on November 15, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2023

Process Server, Please Sign
Marwan Elgizawy
Lic# 2076592
Job #: 1943216

**Client's File No.:** Barbounis

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771