UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS : | |
| : | |
| Plaintiff, : | |
| : | |
| -vs- : | |
| : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| THE MIDDLE EAST FORUM, : | |
| DANIEL PIPES (*individually*), : | |
| GREGG ROMAN (*individually),* and : | |
| MATTHEW BENNETT (*individually*) : | |
| : | |
| Defendants. : | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants The Middle East Forum, Daniel Pipes, Gregg Roman, and Matthew Bennett by their attorneys, Cozen O'Connor, hereby move to dismiss Claims I-V and X-XIII of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and in support thereof offer the accompanying Memorandum of Law.

/s/ David J. Walton
David J. Walton, Esquire
Leigh Ann Benson, Esquire
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
P: (215) 665-5547
F: (215) 701-2110
Email: dwalton@cozen.com
           lbenson@cozen.com

*Attorneys for Defendants*
*The Middle East Forum, Gregg Roman, Daniel*
*Pipes, and Matthew Bennett*

Dated: November 27, 2019

CERTIFICATE OF SERVICE

I hereby certify that I served upon all person listed below a true and correct copy of the within Partial Motion to Dismiss upon Seth Carson, Esquire

                                                */s/ David J. Walton*
                                                David J. Walton, Esquire

                                                **COZEN O'CONNOR**

                                                *Attorney for Defendants,*
                                                *The Middle East Forum, Daniel Pipes, Gregg*
Dated: November 27, 2019                    *Roman, and Matthew Bennett*