UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS : | |
| : | |
| Plaintiff, : | |
| -vs- : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| : | |
| THE MIDDLE EAST FORUM, : | |
| DANIEL PIPES (*individually*), : | |
| GREGG ROMAN (*individually),* and : | |
| MATTHEW BENNETT (*individually*) : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, this ___ day of _____, 20__, upon consideration of Defendants The Middle East Forum, Daniel Pipes, Gregg Roman, and Matthew Bennett's Partial Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and any response thereto, is hereby ORDERED:

Plaintiff's claims brought under Title VII (Count I: Discrimination, Hostile Work Environment and Disparate Treatment against The Middle East Forum; and Count II: Retaliation against The Middle East Forum) are dismissed with prejudice;

Plaintiff's claims brought under the Pennsylvania Human Relations Act (Count III: Discrimination against The Middle East Forum; Count IV: Retaliation against all Defendants; and Count V: Discrimination against Roman, Pipes, and Bennett) are dismissed with prejudice;

Plaintiff's claims for Intentional Infliction of Emotional Distress (Count XII) and Negligent Infliction of Emotional Distress (Count XIII) are dismissed with prejudice;

Plaintiff's claims for trafficking brought against Roman under 18 Pa. C.S.A. § 3012(b) (Count X) and 18 U.S.C. §§ 1591, 1595 (Count XI) are dismissed with prejudice; and

Plaintiff's "alternative" claim for negligence (Count XI) against all Defendants is dismissed with prejudice.

BY THE COURT

_____

J.