**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS**, *Plaintiff,* v. **THE MIDDLE EAST FORUM, et al.**, *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 2nd day of December, 2019, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 9) is **STRICKEN** for failure to include the attorney certification as required in Section II.B.4 of Judge Wolson's Policies and Procedures. Defendant is granted leave to comply with this requirement and re-file a Motion to Dismiss, if necessary, within fourteen (14) days of the date of this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.