**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA BARBOUNIS,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, **et al.**,<br><br>   *Defendants.* | Case No. 2:19-cv-05030-JDW |

**ORDER**

**AND NOW**, this 11th day of December, 2019, upon review of the docket in the above-captioned matter, it is **ORDERED** that Defendant the Middle East Forum shall file a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1(a), within seven (7) days of the date of this Order.

                **BY THE COURT:**

                */s/ Joshua D. Wolson*
                JOSHUA D. WOLSON, J.