**COZEN O'CONNOR**
David J. Walton (Pa.# 86019)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com

*Attorney for Defendants*
*The Middle East Forum, Daniel Pipes,*
*Gregg Roman and Matthew Bennett*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | |
| | : | |
| Plaintiff, | : | |
| -vs- | : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), | : | |
| GREGG ROMAN (*individually*), and | : | |
| MATTHEW BENNETT (*individually*) | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant The Middle East Forum, ("Defendant") certifies that Defendant The Middle East Forum is a nongovernmental party and does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated: December 12, 2019　　　　**COZEN O'CONNOR**

　　　　　　　　　　　　　　　　 /s/ David J. Walton
　　　　　　　　　　　　　　　　David J. Walton
　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　1650 Market Street
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　P: 215.665.2000
　　　　　　　　　　　　　　　　F: 215.665.2013
　　　　　　　　　　　　　　　　dwalton@cozen.com

　　　　　　　　　　　　　　　　*Attorney for Defendants The Middle East Forum,*
　　　　　　　　　　　　　　　　*Daniel Pipes, Gregg Roman, and Matthew Bennett*

2

## CERTIFICATE OF SERVICE

I certify that on December 12, 2019, true and correct copy of the foregoing Defendant's Rule 7.1 Corporate Disclosure Statement was electronically filed with the Clerk of Court and is available for viewing and downloading from the ECF system.

                                        */s/ David J. Walton*
                                        David J. Walton

                                        **COZEN O'CONNOR**

                                        *Attorney for Defendants The Middle East Forum, Daniel Pipes, Gregg Roman, and Matthew Bennett*