## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS | : |
| Plaintiff, | : |
| -vs- | : |
| | : CIVIL ACTION NO. 2:19-cv-05030-JDW |
| THE MIDDLE EAST FORUM, | : |
| DANIEL PIPES (*individually*), | : |
| GREGG ROMAN (*individually*), and | : |
| MATTHEW BENNETT (*individually*) | : |
| Defendants. | : |

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of Leigh Ann Benson as counsel for Defendants, The Middle East Forum, Daniel Pipes, Gregg Roman, and Matthew Bennett in the above-captioned matter.

        COZEN O'CONNOR, P.C.

        By: */s/ Leigh Ann Benson*
            Leigh Ann Benson, Esq. (#319406)
            1650 Market Street, Suite 2800
            Philadelphia, PA 19103
            P: 215.665.4708
            F: 215.701.2002
            lbenson@cozen.com

            *Attorney for Defendants*
            *The Middle East Forum, Daniel Pipes,*
            *Gregg Roman, and Matthew Bennett*

Dated:  December 13, 2019

## **CERTIFICATE OF SERVICE**

    I, Leigh Ann Benson, hereby certify that on December 13, 2019, I served a true and correct copy of my Entry of Appearance via electronic filing, addressed as follows:

Seth Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
seth@dereksmithlaw.com

                                                   */s/ Leigh Ann Benson*
                                                    Leigh Ann Benson