**COZEN O'CONNOR**
David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com
lbenson@cozen.com

*Attorneys for Defendants*
*The Middle East Forum, Daniel Pipes,*
*Gregg Roman and Matthew Bennett*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| Plaintiff, | : | |
| -vs- | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), | : | |
| GREGG ROMAN (*individually*), and | : | |
| MATTHEW BENNETT (*individually*) | : | |
| Defendants. | : | |

### STIPULATION

It is hereby STIPULATED and AGREED among the undersigned counsel for the parties that all claims asserted by plaintiff Lisa Barbounis against defendants Daniel Pipes and Matthew Bennett shall be dismissed, without prejudice. Plaintiff reserves the right to amend her complaint to add the individual defendants hereby dismissed without prejudice when her rights under the Pennsylvania Human Relations Act vest, one year after Plaintiff's Charge of Discrimination was filed at the EEOC.

2

Also, it is hereby STIPULATED and AGREED among the undersigned counsel for the parties that the time for defendants The Middle East Forum, and Gregg Roman, to Answer or otherwise respond to the Amended Complaint is extended by fourteen (14) days until and including January 16, 2020.

WHEREFORE, the Parties request that the Court APPROVE of this Stipulation as an Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Seth D. Carson* | */s/ David J. Walton* |
| Seth D. Carson, Esq. (PA#319886) | David J. Walton, Esq. (PA#86019) |
| Derek Smith Law Group, PLLC | Leigh Ann Benson, Esq. (PA#319406) |
| 1835 Market Street | COZEN O'CONNOR |
| Suite 2950 | 1650 Market Street |
| Philadelphia, PA 19103 | Suite 2800 |
| Phone: 215-391-4790 | Philadelphia, PA 19103 |
| *Attorney for Plaintiff* | Phone: 215-665-2000 |
| | *Attorneys for Defendants* |
| Dated: December 31, 2019 | Dated: December 31, 2019 |

APPROVED and SO ORDERED on this __3rd__ day of __January__, 20_20_.

*/s/ Joshua D. Wolson*
The Honorable Joshua D. Wolson
United States District Judge