IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE MIDDLE EAST FORUM, et al | : | |
| | : | NO. 19-5030 |
| | : | |

ORDER

    AND NOW, this 13th day of February, 2020, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **WEDNESDAY, FEBRUARY 19, 2020 at 9:00 A.M.** The call will be initiated by Ms. Benson.

    The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE