UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, | : CIVIL ACTION NO: 19-5030 (JDW) |
|                 Plaintiff, | : |
|   -vs- | : |
| | : |
| THE MIDDLE EAST FORUM, | : |
| DANIEL PIPES (*individually*), | : TRIAL BY JURY |
| GREGG ROMAN (*individually*), and | : |
| MATTHEW BENNETT (*individually*), | : |
|                 Defendant | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter my appearance on behalf of Defendant Gregg Roman as co-counsel in the above-captioned matter.

SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/Leanne Lane Coyle, Esquire
_____
LEANNE LANE COYLE, ESQUIRE
I.D. NO.: 322942
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
lcoyle@discrimlaw.net
Attorneys for Defendant Gregg Roman

Dated: 03/02/2020