IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LISA REYNOLDS-BARBOUNIS | : | CIVIL ACTION |
| | : | NO. 2:19-cv-05030-JDW |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE MIDDLE EAST FORUM | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Samuel Wilson ( Pa Bar Id. 315750) on behalf of Plaintiff, Lisa Barbounis in the above captioned matter.

                **DEREK SMITH LAW GROUP, PLLC**

By: \_\_\_\_\_/s/ Samuel Wilson_____
       Samuel C. Wilson, Esquire
       1835 Market Street, Suite 2950
       Philadelphia, Pennsylvania 19103
       Phone: 215.391.4790
       PA ID 315750
       Email: samuel@dereksmithlaw.com

DATED:  April 3, 2020.,