Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------)
LISA BARBOUNIS,                 )
                   Plaintiff,   ) Civil Action Number
     V.                         ) 2:19-CV-05030
THE MIDDLE EAST FORUM, et al., )
                   Defendants.  )
-------------------------------)


VIDEOTAPED DEPOSITION

OF

DELANEY YONCHEK


Washington, D.C.

Friday, March 6, 2020

11:21 a.m. to 3:47 p.m.


- - -
ELITE LITIGATION SOLUTIONS, LLC
ONE PENN CENTER
1617 J.F.K. Boulevard, Suite 340
Philadelphia, Pennsylvania 19103
            www.elitelsllc.com ~ (215) 563-3703

Job Number 41019

Pages 1 through 186

Reporter by:  Bess A. Avery, RMR

1      A    Mm-hmm, yes.
2      Q    -- is it your understanding that this
3    Subpoena compels you to bring documents with you
4    here today?
5      A    I did not.
6      Q    Okay.  Did you ever read these document
7    requests prior to today?
8      A    Yes.
9      Q    Well, what was your understanding of the
10   purpose, if you had any understanding?
11     A    I didn't understand that I had to actually
12   bring them.  I thought it was just to have like, to
13   speak with my lawyer about it.
14     Q    Without telling me what you spoke to your
15   lawyer about, did you give any documents to your
16   lawyer?
17     A    I didn't.
18     Q    Have you done anything to search for the
19   documents that are requested here?
20     A    Before this, maybe briefly, just very
21   briefly.
22     Q    When you say "very briefly," can you give
23   me specifics?
24     A    I tried to look at old messages and
25   e-mails, just briefly, but that's the extent of it.

```
 1       Q    And when you say briefly, how long did you
 2   look?
 3       A    Maybe -- I can't really recall, a short
 4   period of time.
 5       Q    Was it more than five minutes?
 6       A    Sure.
 7       Q    Was it more than ten?
 8       A    Yeah, it was probably 30, 40 minutes.
 9       Q    Okay.  And what were you specifically
10   looking for?
11       A    I wasn't looking for anything
12   specifically, I just was looking through old stuff.
13       Q    So it's fair to say that you didn't look
14   for anything specific in your e-mails, your text
15   messages, your electronic devices that would be
16   responsive to these requests?
17            MR. CARSON:  Object to form.  You can
18   answer.
19            THE WITNESS:  I'm sorry, can you repeat
20   the question.
21   BY MR. WALTON:
22       Q    Sure.  I'll try to restate it.  Lawyers
23   sometimes have a way of making things more
24   complicated than they need to be, so I'll try to
25   restate it for you.
```

DELANEY YONCHEK

Page 61

1 When you were -- in this brief time period
2 when you were looking for responsive documents --
3 when I say responsive documents, I mean ones that
4 would be responsive to this Subpoena.
5    A   Sure.
6    Q   So during that brief time period when you
7 were looking for responsive documents, were you
8 looking for anything specific that would respond to
9 the request in this Subpoena?
10   A   No, I was looking in general.
11   Q   Did you find anything that would be
12 responsive?
13       MR. GOLD:  For the record, Mr. Carson,
14 stop nodding.  You're coaching the witness.
15       MR. CARSON:  I'm not coaching the witness.
16       MR. WALTON:  You are --
17       MR. GOLD:  Your head is bobbing up and
18 down.
19 BY MR. WALTON:
20   Q   Did you find anything that would be
21 responsive to this Subpoena?
22   A   May -- sure.
23   Q   Sure, maybe?
24   A   Yeah, I did, I found some stuff that I
25 texted with like Caitriona and Trisha.

ELITE LITIGATION SOLUTIONS, LLC

Page 62

```
 1        Q    Okay.  And why didn't you produce this
 2   today?
 3        A    I didn't know that I had to physically
 4   bring it.
 5        Q    Did you -- so you still -- so you have
 6   texts with Caitriona, correct?
 7        A    Yes.
 8        Q    You have texts with Delaney -- I'm sorry.
 9   You're Delaney.  I'm sorry.
10        A    That's okay.
11        Q    I'm probably -- that's not the first time
12   I'm going to do that, so just bear with me.
13             You have texts with Caitriona Brady,
14   correct?
15        A    Mm-hmm.
16        Q    Yeah?
17        A    Yeah.  Sorry.
18        Q    You had texts with Lisa Barbounis,
19   correct?
20        A    Yes.
21        Q    You have texts with Patricia McNulty,
22   correct?
23        A    Yes.
24        Q    And they relate to your employment with
25   the Forum, correct?
```

1    A    Yes.
2    Q    You still have those?
3    A    Yeah.
4    Q    And you didn't bring them here today?
5    A    I wasn't aware that I had to bring them.
6    Q    Okay.  But whether you were aware or not,
7    you didn't bring them today?
8    A    No, I didn't.
9    Q    Where are those texts located?
10   A    On my phone.
11   Q    On your current iPhone?
12   A    Yes.
13   Q    Do you have that iPhone here today?
14   A    I don't have it on me.
15   Q    Where is it at?
16   A    I didn't bring it.
17   Q    That's kind of strange, you didn't bring
18   your phone.  Don't you travel everywhere with it?
19   A    No.
20   Q    So it's back at your home?
21   A    Mm-hmm.
22   Q    Yes?
23   A    Yes.
24   Q    Do you have e-mails between you and
25   Ms. Brady that relates to your employment at the

Page 64

1    Forum?
2        A    I might.  I didn't look.
3        Q    Do you have e-mails between you and
4    Ms. Barbounis that would relate to your employment
5    at the Forum?
6        A    I might, but I would have to look.
7        Q    Is it the same answer for Ms. McNulty?
8        A    Same answer.
9        Q    Same answer for Ms. Meyer, or you don't
10   have communications with her?
11       A    I don't have communications with her.
12            MR. CARSON:  Do you mind if I use the
13   bathroom real quick, I'm sorry.
14            MR. WALTON:  Would you like to take a
15   break?
16            MR. CARSON:  Yeah, I just need to use the
17   restroom.
18            MR. WALTON:  I'm not going to stop you
19   from using the restroom.  Go ahead.
20            THE VIDEOGRAPHER:  The time is now 12:15.
21   Off the record.
22                   (Recess taken)
23            THE VIDEOGRAPHER:  The time is now 12:25.
24   We are back on the record.
25   BY MR. WALTON:

Page 65

1      Q    Okay. So back to Exhibit 1 on the doc
2   request. I think we were talking about that before
3   your counsel asked to take a break.
4           So is it fair to say that you haven't done
5   anything other than you said a brief search to find
6   information that would be responsive to these doc
7   requests. Is that right?
8      A    That's right.
9      Q    Okay. And that phone with this
10  information is currently sitting at your house?
11     A    Yes, I don't have it with me.
12     Q    How did you get here today?
13     A    I got here on the Metro.
14     Q    Before we started going down that line of
15  question, we were talking about the harassment and
16  the aggressiveness --
17     A    Yes.
18     Q    -- right? Have you told me everything
19  that Gregg Roman has done to harass or be aggressive
20  towards you?
21     A    He also created an environment where he
22  made it known that we were always being watched.
23     Q    What do you mean by that?
24     A    There was cameras in his office and
25  throughout the whole office that he would watch, had

Page 80

```
 1        Q    Yep.  And when did you get that Mac?
 2        A    2016.
 3        Q    Okay.  So you've had that computer
 4   throughout your employment, the entire period of
 5   your employment with MEF?
 6        A    Correct.
 7        Q    Do you have any information on that
 8   computer that would relate in any way to your
 9   employment at MEF?
10        A    Not that I know.  Not that I know.
11        Q    Have you ever searched?
12        A    I haven't.
13        Q    And, just to be clear, when you searched
14   on your phone, you said during that brief period,
15   you found communications that would be responsive to
16   this Subpoena but you didn't bring them.  Correct?
17        A    Correct.
18             MR. CARSON:  Just to let you know, we
19   were -- we're working on producing them in a format
20   that will make sense.  There was too many to just
21   take a couple of screen shots, so we actually
22   shopped for a program to try to get them all to you.
23   I just can't find them.
24             MR. WALTON:  We can talk off the record.
25             MR. CARSON:  Yes, I'll get them.
```