**From:** Seth Carson <seth@dereksmithlaw.com>
**Sent:** Monday, March 30, 2020 3:20 PM
**To:** Walton, David <DWalton@cozen.com>
**Cc:** Benson, Leigh Ann <LBenson@cozen.com>; La Rocca, Luke T. <LLaRocca@cozen.com>; Sidney Gold <sgold@discrimlaw.net>
**Subject:** Re: Discovery issues

**\*\*EXTERNAL SENDER\*\***

Yes you can have an extra week.  I would also ask the same for the second and third request for admissions.

I am working on getting you discovery in all three cases this week.  I lost a couple weeks when I moved from my office to my house just getting everything packed up and unpacked.

Delaney Yonchek provided me with documents subject to the subpoena.  I have to organize them and get them to you.  Can you give me until Friday on that and the second and third request for admissions.

I have no spoken to Mathew Ebert regarding the documents subject to the subpoena but I will and send an update by tomorrow.

Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

_____

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.