**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 17, 2020, a true and correct copy of the foregoing was filed and served electronically through the Court's CM/ECF system.

Seth D. Carson, Esquire
DEREK SMITH LAW GROUP PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
seth@dereksmithlaw.com
Counsel for Plaintiff Lisa Reynolds-Barbounis

/s/ Sidney L. Gold
Sidney L. Gold
sgold@discrimlaw.net
Sidney L. Gold & Associates P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
Tel: (215) 569-1999
Fax: (215) 569-3870
*Counsel for Gregg Roman*