**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA BARBOUNIS, | : CIVIL ACTION NO: 19-5030 (JDW) |
|            Plaintiff, | : |
|    -vs- | : |
| | : |
| THE MIDDLE EAST FORUM, | : |
| DANIEL PIPES (*individually*), | : TRIAL BY JURY |
| GREGG ROMAN (*individually*), and | : |
| MATTHEW BENNETT (*individually*), | : |
|            Defendants. | : |

## CERTIFICATION UNDER LOCAL CIVIL RULE 26.1(f)

Counsel certifies that they have made reasonable efforts to resolve this dispute without Court intervention, including in-person discussions at Ms. Yonchek's deposition, phone calls between counsel, and through email, but have been unable to resolve this dispute.

                                                        SIDNEY L. GOLD & ASSOCIATES, P.C.

                            By:    <u>/s/ Sidney L. Gold</u>
                                        SIDNEY L. GOLD, ESQUIRE
                                        1835 Market Street, Suite 515
                                        Philadelphia, PA 19103
                                        215-569-1999
                                        Attorney for Defendant

Dated:  April 17, 2020