**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS**,<br><br>  *Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.**,<br><br>  *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 22nd day of April, 2020, upon consideration of Defendant Greg Roman's Motion for Contempt and/or Motion to Compel against Third Party Delaney Yonchek (ECF No. 26), and following a telephonic conference with counsel for the Parties, it appearing that Ms. Yonchek's responses to Mr. Roman's Subpoena dated February 12, 2020, are overdue and incomplete, it is **ORDERED** that the Motion is **GRANTED IN PART.**

It is **FURTHER ORDERED** that, on or before April 27, 2020, Ms. Yonchak shall fully comply with the Subpoena and produce all responsive documents or affirm that no such documents exist.

It is **FURTHER ORDERED** that to the extent Mr. Roman's Motion (ECF No. 26) is not expressly addressed by this Order, the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
