**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS**,  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.**,  *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 21st day of May, 2020, upon consideration of Non-Party Delaney Yonchek's Motion for Reconsideration (ECF No. 32), it appearing from the face of the Motion that that there is no live dispute between the Parties, it is **ORDERED** that the Motion is **DENIED**. Parties should not use motions, including motions for reconsideration, as markers for the possible resolution of disputes that might arise in the future.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.