# EXHIBIT B

| From: | Benson, Leigh Ann |
|---|---|
| Sent: | Tuesday, February 25, 2020 10:40 AM |
| To: | Seth Carson |
| Cc: | Walton, David; La Rocca, Luke T.; Sidney Gold; Bill Rieser |
| Subject: | RE: MEF Cases--Confidentiality Agreements/Proposed Order |

Seth, please advise as to your review of the confidentiality agreements.

Leigh Ann



**Leigh Ann Benson**
**Associate | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708 F: 215-701-2002
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Benson, Leigh Ann
**Sent:** Friday, February 21, 2020 9:09 AM
**To:** 'Seth Carson' <seth@dereksmithlaw.com>
**Cc:** Walton, David <DWalton@cozen.com>; La Rocca, Luke T. <LLaRocca@cozen.com>; 'Sidney Gold' <sgold@discrimlaw.net>; 'Bill Rieser' <brieser@discrimlaw.net>
**Subject:** RE: MEF Cases--Confidentiality Agreements/Proposed Order

Good morning, Seth. Please advise as to whether you have any changes to the proposed confidentiality agreements and if you will join in a motion for the Barbounis matter.

Leigh ann



**Leigh Ann Benson**
**Associate | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708 F: 215-701-2002
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Benson, Leigh Ann
**Sent:** Wednesday, February 19, 2020 7:24 AM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Walton, David <DWalton@cozen.com>; La Rocca, Luke T. <LLaRocca@cozen.com>; Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>
**Subject:** MEF Cases--Confidentiality Agreements/Proposed Order

Seth, we have prepared confidentiality agreements for the McNulty and Brady actions and a proposed confidentiality order for the Barbounis action. Judges Brody and Kearney ask that the parties enter into private confidentiality agreements, but Judge Wolson requires that parties submit a motion for a protective order. Please let us know if you will join such motion and if so we can take the lead on drafting it.

Leigh Ann


**Leigh Ann Benson**
**Associate | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708 F: 215-701-2002
Email | Bio | LinkedIn | Map | cozen.com