# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS | : |
|       Plaintiff, | : |
| -vs- | :   CIVIL ACTION NO. 2:19-cv-05030-JDW |
| THE MIDDLE EAST FORUM, <br> DANIEL PIPES (*individually*), <br> GREGG ROMAN (*individually*), and <br> MATTHEW BENNETT (*individually*) | : |
|       Defendants. | : |

## **ORDER**

AND NOW, this ___ day of June, 2020, upon consideration of Defendant The Middle East Forum's Motion for Entry of a Confidentiality Order made pursuant to Rule 26 of the Federal Rules of Civil Procedure, and any response thereto, is hereby ORDERED that the Motion is GRANTED and the proposed Confidentiality Order shall be entered as an Order of this Court.

                                                            BY THE COURT

                                                        _____