# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS**, <br><br> *Plaintiff,* <br><br> v. <br><br> **THE MIDDLE EAST FORUM, et al.**, <br><br> *Defendants.* | Case No. 2:19-cv-05030-JDW |

# ORDER

**AND NOW**, this 18th day of June, 2020, upon consideration of Defendant Middle East Forum's Motion for Entry of Confidentiality Order (ECF No. 34), and following a telephonic conference with counsel for the Parties, it is **ORDERED** that the Motion is **DENIED** without prejudice.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.