**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS,** *Plaintiff* v. **THE MIDDLE EAST FORUM, et al.,** *Defendants.* | Case No. 2:19-cv-05030-JDW |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 30th day of June, 2020, following a telephone status conference with counsel for the Parties, it is **ORDERED** that the Court's prior Scheduling Order (ECF No. 19) is **AMENDED** as follows:

1. The Parties shall complete all discovery on or before August 14, 2020;

2. All dispositive motions shall be filed on or before August 21, 2020.

3. No later than August 21, 2020, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

4. No later than August 28, 2020, each party shall file a pretrial memorandum. The Parties shall include in their pretrial memoranda all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.1, including but not limited to the following:

    a) the identity of each expert witness to be called at trial by the party with a summary of the expert's opinions;

    b) the identity of each fact witness to be called at trial with a concise statement of the nature and substance of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

      c)      designations, specifically citing those portions by page and line number, of written or video deposition testimony to be offered at trial;

      d)      an itemized statement of damages or other relief sought; and

      e)      a statement of any anticipated important legal issues on which the Court will be required to rule;

5. All *motions in limine* shall be filed on or before September 4, 2020. Responses, if any, shall be filed no later than September 18, 2020;

6. No later than September 11, 2020, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line; and

7. All other deadlines in the Court's prior Scheduling Order (ECF No. 19) remain the same.

It is **FURTHER ORDERED** that on or before July 10, 2020, the Parties shall file a status report explaining the schedule of depositions to be taken by the close of discovery. To the extent any witness's deposition cannot be scheduled prior to the close of the discovery, the Parties must inform the Court of the name of the witness, the issue preventing scheduling the deposition, and a copy of the witness's calendar demonstrating his or her unavailability to the extent it is available.

                                                  **BY THE COURT:**

                                                  */s/ Joshua D. Wolson*
                                                  JOSHUA D. WOLSON, J.