# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | Case No. 2:19-cv-05030-JDW |
| **LISA BARBOUNIS,**  *Plaintiff*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | Case No. 2:20-cv-02946-JDW |

## ORDER

**AND NOW**, this 2nd day of July, 2020, in light of the substantial overlap of factual and legal issues in the two above-captioned matters, and following a telephonic conference with the Parties and review of the complaints in both actions, it is **ORDERED** that these two matters are **CONSOLIDATED** under the lead case, *Barbounis v. Middle East Forum, et al.*, Case No. 2:19-cv-05030-JDW.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.