UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, | : CIVIL ACTION NO: 19-5030 (JDW) |
|           Plaintiff, | : |
|   -vs- | : |
| | : |
| THE MIDDLE EAST FORUM, | : |
| DANIEL PIPES (*individually*), | : TRIAL BY JURY |
| GREGG ROMAN (*individually*), and | : |
| MATTHEW BENNETT (*individually*), | : |
|           Defendants. | : |

## JOINT ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter our appearance on behalf of **Defendant** Matthew Bennett in the above-captioned matter.


SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/Sidney L. Gold, Esquire
_____
SIDNEY L. GOLD, ESQUIRE
I.D. NO.: 21374

/s/Traci M. Greenberg, Esquire
_____
TRACI M. GREENBERG, ESQUIRE
I.D. NO.: 86396

/s/William Rieser, Esquire
_____
WILLIAM RIESER, ESQUIRE
I.D. NO.: 312442

/s/Leanne Lane Coyle, Esquire
LEANNE LANE COYLE, ESQUIRE
I.D. No.: 322942

1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
Attorneys for Defendant, Matthew Bennett
Dated: 07/10/2020