**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA BARBOUNIS | : | |
| Plaintiff, | : | CIVIL ACTION |
| -vs- | : | NO. 2:19-cv-05030-JDW. |
| | : | |
| THE MIDDLE EAST FORUM and | : | |
| GREG ROMAN (*individually*), | : | |
| Defendants. | : | |
| | : | TRIAL BY JURY |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of The Middle East Forum's Motion for Leave to Amend its Answer to Assert Counterclaims, and any Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is authorized to file the Counterclaims it attached to its motion.

**BY THE COURT:**

_____