# EXHIBIT S - PART 2





Who josh. 10:54

They sent them to me 10:54

But I'm not involved anymore 😂 10:54

That proves that you even have Tommy sending you pictures of Danny 🤣😂🤣😂🤣😂🤣 10:55 ✓✓

An I am the crazy one 10:55 ✓✓

You can't get over him can ya 😂🤣😂 10:55 ✓✓

This is killing you 🤣😂🤣😂🤣😂🤣🤣😋🤣🤣😋😋🤣🤣😃😃😃🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣 10:

Message



📷 💬 🍔 ...                    ⏰ 📶 📶 6% 14:36

← L   **Lisa**
      last seen a long time ago   ⋮



Mar 10, 2020, 9:15 AM





But you don't know if anything I'm
saving is real or not

Message



⏰ 📶 8% 🔋 14:29

**Lisa**
last seen a long time ago

pieces of information                           10:06

But you don't know if anything I'm
saying is real or not                           10:06

I DO   10:06 ✓✓

I know your tricks   10:06

No you don't 🤣   10:06 ✓✓

I've watched you do them to Danny
10:07

You'll say i know this... Even though
you're unsure and then he gets
confused and then he admits to it   10:07

YOU HAVE SEEN NOTHING YET   10:07 ✓✓



Neither have you.   10:07

You don't scare me   10:07

I think you're actually pretty funny   10:07

Message

---

📷 🟢 👑 ...                    ⏰ 📶 8% 🔋 14:29

L   **Lisa**
last seen a long time ago

Neither have you.   10:07

You don't scare me   10:07

I think you're actually pretty funny   10:07

I don't plan too   10:08 ✓✓

Oh. Now you are gonna be pathetic and hurt yourself   10:08

😂🤣🤔🤣😂 why do you think I would do thay   10:08 ✓✓



That? 10:08 ✓✓

I really wanna know how it feels to be
so fucked up in the head          10:08

Is it hard living like that  10:09

Is it also hard knowing you can't take a
picture without a filter          10:09



Message



▲ ◎ 🍩 ...                    ⏰ 📶 8% 🔋 14:29

**Lisa**
last seen a long time ago

I really wanna know how it feels to be
so fucked up in the head          10:08

Is it hard living like that  10:09

Is it also hard knowing you can't take a
picture without a filter          10:09

You seriously haven't got a clue I have
never tried to any thing like that ever



10:09 ✓✓

An I defanitly wouldn't do anything over Danny 🤣😂

10:09 ✓✓

Well that's good to know   10:10

I would of been dead along time ago if that was the case 🤣😂

10:10 ✓✓

Yeah cause he's such a piece of shit

10:10

And you're messaging me over a piece of shit

10:10



☺ Message     



🖼 📞 🍔 ...                        ⏰ 📶 📶 8% 🔋 14:29

← **L Lisa**
last seen a long time ago                    ⋮

Do you see how inconsistent you are

10:10

I just need to know the truth for my own sanity

10:11 ✓✓

Ask for it from him why ask for it from me

10:11





You should 10:12 ✓✓

It's better when you do 😁 10:12 ✓✓

I have a real life 10:13

I don't need to be tied up in this bullshit 10:13

I will say it was fun here's to the next time 10:14

I'm sure I'll see you on a new fake account in a month 10:14

When he's being a dick and you get all insecure 10:14

I want to see this Skype thing 10:14 ✓✓

I'm sure you do 10:14

☺ Message

🔔 📶 8% 🔋 14:30

← L **Lisa**
last seen a long time ago

I want to see this Skype thing   10:14 ✓✓

I'm sure you do   10:14

I do but you clearly haven't got the balls to show me in case you upset Danny
10:15 ✓✓

Just know deep down that if I really wanted Danny I would have him.  But I don't
10:15

Be wouldn't go back to you after all this
10:16 ✓✓

I wouldn't go back to him after all this
10:16

Get it straight   10:16

   10:16 ✓✓

You would an you know it   10:16 ✓✓

Not in 1 million fucking years   10:16

 Message    

## Lisa
last seen a long time ago

Get it straight 10:16

😂🤣 10:16 ✓✓

You would an you know it 10:16 ✓✓

Not in 1 million fucking years 10:16

So protect him still 10:16 ✓✓

And deal with you forever no thanks
10:16

I'll protect him but I don't want him 10:17

I have no relationship with you 10:17

The only reason I ever showed you anything in the first place was because I was sick of all the lies 10:17

But since you refuse to go anywhere there's no benefit in that for me 10:17

It's all a cost benefit analysis 10:17

Message

Case 2:19-cv-06830-JDW   Document 45-6   Filed 07/28/20   Page 14 of 67

**Lisa**
last seen a long time ago

And deal with you forever no thanks

10:16

I'll protect him but I don't want him 10:17

I have no relationship with you 10:17

The only reason I ever showed you anything in the first place was because I was sick of all the lies

10:17

But since you refuse to go anywhere there's no benefit in that for me 10:17

It's all a cost benefit analysis 10:17

And there is no return on my investment from showing you anything

10:17

No it wasn't you Wanted to make me suffer











No way 10:20 ✓✓

Fuck that I would never do this to another girl
10:21 ✓✓

No matter what she had done to me no one deserve this
10:21 ✓✓

Oh really because you have no problem coming at me
10:21

Because you fucked with my life
10:22 ✓✓

An I new it from the staty 10:
✓

Start 10:22 ✓✓

 Message  



7% 14:30

**Lisa**
last seen a long time ago

Oh really because you have no problem coming at me
10:21

Because you fucked with my life
10:22 ✓✓



It sucks   10:23 ✓✓

That's why it's so funny for me you get all angry and call me all these names but deep down it's all because you know how awesome I am and it scares you. You see me as a threat to your life. And if you didn't think That I had any power over you or danny you wouldn't be messaging me   10:23

That's why none of the things you say get to me or hurt me. Because we all know the truth.   10:24

You're just a scared sad little girl   10:24

I am messaging you because I saw on his phone that you said don't make me ruin her day which instantly I new you had something in him I don't want to hurt you or make you feel shitty I am angry with this situation. An I jus

Message

be messaging me
10:23

That's why none of the things you say get to me or hurt me. Because we all know the truth.
10:24

You're just a scared sad little girl
10:24

I am messaging you because I saw on his phone that you said don't make me ruin her day which instantly I new you had something in him I don't want to hurt you or make you feel shitty I am angry with this situation. An I just want to get over it. But I can't your right because we both know the truth I am not jealous of you an u defiantly don't want to be you
10:25

I thought like I have said at that point in are relationship that we all good it broken me that he could do that to me again for the last 3 years i have put my heart am soul into this
10:27

I am not scared I just don't war waste anymore time
10:27

🖼 📞 🍔 ...     ⏰ 📶 7% 🔋 14:31

**Lisa**
last seen a long time ago

because we both know the truth I am
not jealous of you an u defiantly don't
want to be you
10:25 ✓✓

I thought like I have said at that point
in are relationship that we all good it
broken me that he could do that to me
again for the last 3 years i have put my
heart am soul into this
10:27 ✓✓

I am not scared I just don't want to
waste anymore time
10:27 ✓✓

With him 10:27 ✓✓

None of that is my problem nor my
issue
10:27

You fucked up when you made an
enemy out of me instead of being cool
like the original plan
10:28

If he wanted you so bad why ain't you
together



Case 2:19-cv-05030-JDW    Document 45-6    Filed 07/28/20    Page 23 of 67

I don't want to be with him I live in
another country I have an amazing

☺ Message                    🖉  🎤



issue                                    10:27

You fucked up when you made an
enemy out of me instead of being cool
like the original plan            10:28

> If he wanted you so bad why ain't you
> together                      10:28 ✓✓

I don't want to be with him I live in
another country I have an amazing
boyfriend and an amazing job   10:28

> You blocked me after you left England
>                                10:28 ✓✓

I'm not gonna go and risk all my good
shit to be with somebody who doesn't
even have any money              10:28











Maybe you'll get it through your thick
fucking head and get on with your life
10:42

Your the one feeding me bullshit
10:42 ✓✓

Oh now I'm feeding you bullshit 10:42

Your shit isn't gonna work on me 10:42

I know it and you know it you've met
your match lady
10:43

🤣😂🤣 10:43 ✓✓

Get off ya high horse 10:4

Dikkhead 10:44 ✓✓

Message

---

🖼 💬 🍔 ...                    ⏰ 📶 7% 14:31

← L   **Lisa**
      last seen a long time ago      ⋮

🤣😂🤣 10:43 ✓✓

Get off ya high horse 10:44 ✓✓



Dikkhead   10:44 ✓✓

The view is pretty good up here   10:44

What's the weather like   10:44 ✓✓

🤣   10:44 ✓✓

Sunny and beautiful   10:44

How is it there in the gutter   10:44

Wouldn't know 😋   10:45 ✓✓

Right   10:45

As it your now writing to Danny 🙈   10:49 ✓✓

What?   10:50

Message

7% 14:32

← L   **Lisa**
last seen a long time ago

As it your now writing to Danny 

10:49 ✔✔

What? 10:50

I only write Danny when you write me just know that.
Every time you message me iMessage him and let him know.  If anybody is still keeping me in contact with Danny it's you

10:50

😂🤣 10:51 ✔✔

What the fuck is even going on here

10:51 ✔✔

What's going on is you won't leave me alone

10:52

I have no interest in danny at all 10:52

He has no interest in me and you need to grow the fuck up

10:52



😊 Message   



### Lisa
last seen a long time ago

He has no interest in me and you need to grow the fuck up
10:52

You have shit on Danny an tell me about it how would you react? 10:52 ✓✓

But you're too fucking stupid to get it through your head
10:52

That's not what happened what happened as you started messaging me crazy shit again
10:52

Twist it however you think will work but I'm not going to give in to your bullshit
10:53

**October 21**

Okay so Danny told me he gave you the whole if things where different speech on skype so keep ya fucking proof. Look if what your saying is true an he really did love you why did he finish it all before I even found out



☺ Message                                    📎  🎤

  

🖼 ☺ 🍔 ...                    ⏰ 📶 📶 7% 🔋 14:32

←   **L**   **Lisa**
            last seen a long time ago              ⋮



I'm not going to give in to your bullshit.

                                              10:53

                    **October 21**

Okay so Danny told me he gave you
the whole if things where different
speech on skype so keep ya fucking
proof. Look if what your saying is true
an he really did love you why did he
finish it all before I even found out??
You don't have to answer that. You
didn't have sex on the campaign you
had a conversation that's all like I said
actions speak louder than words.

                                    07:23 ✓✓

  08:07

You are never going away are ya?  08:08

Yesterday showed me your true
colours everyone was right about

you! Psychotic weirdo who is out to make my life hell. Danny finished you an you was crying your eyes out at the airport threatening him to tell me about this sick lil affair. The way you

Message

**Lisa**
last seen a long time ago

You are never going away are ya?  08:08

Yesterday showed me your true colours everyone was right about you! Psychotic weirdo who is out to make my life hell. Danny finished you an you was crying your eyes out at the airport threatening him to tell me about this sick lil affair. The way you talk is disgusting I would of gone mad an wanted to kill you a couple of years ago but that's not me now. I had Danny in tears last night begging me to stop talking to you b3fore you split us up AGAIN He also admitted that he did ha e feelings for you but every time he came home it got worse an he realised



that if he carried on he would lose me completely. I message you because I am fucked in the head OVER THIS  an like I said I have to get things off my chest when I have gut a feeling which you have now both confirmed.   08:55 ✓✓

Thanks for the conversation   ⌄
08:55 ✓✓

Message



🖼 ⊙ 👑 ...                    ⏰ 📶 7% 🔋 14:32

← (L) **Lisa**                     ⋮
last seen a long time ago

Thanks for the conversation. 😘
08:55 ✓✓

You're so fucking crazy you have no idea what you're talking about you're the biggest fucking idiot I've ever met my entire life when are you just going to go away                     12:53

How pathetic is this   12:53

40m ago from Camera Roll                      ⋮

JUST FOR YOU DAZ







keep lying tell him I'll send it right over
Downloaded from https://www.example.org · Page 36 of 67

12:56

Say what you want  12:56 ✓✓

I don't have to say anything I have
everything in text message and screen
recorded
12:56

Send it! he told me the truth  yesterday
12:57 ✓✓

If I wasn't driving right now I'll send it
all right to you I'm sure he did I'm sure
he told you everything that Man hasn't
told you the truth in fucking 13 years.
And you know it.
12:57

Like I keep saying actions speak lou
words. He told me yesterday broke
down to me an paid it all out to me

☺ Message  📎 🎤

🖼 🟢 🍔 ...          ⏰ 📶 .ill 7% 🔋 14:32

← L **Lisa**
        last seen a long time ago          ⋮

Like I keep saying actions speak louder
words. He told me yesterday broke

words. He told me yesterday broke
down to me an paid it all out to me

12:58 ✓✓

I'm sure he did that's what he did the
last six times

12:58

You mean shit to him. Like you keep
saying it only me dragging this up

12:59 ✓✓

Well that's true  12:59

That doesn't mean he can't keep his
dick to him sell

12:59

Self  12:59

 12:59

So good if you know everything and
you believe danny stop fucking texting
me

12:59

 

Don't try an say you have slept with him

☺  Message  📎  🎤

Mar 10, 2020, 9:14 AM









You let avi send it to his own pho e

09:32 ✓✓

Phone 09:32 ✓✓

I didn't let Avi do shit 09:32

There's like 1000 witnesses 09:32

Message

---

◻ ◔ 🍔 ...          ⏰ 📶 9% 🔋 14:26

← **L** **Lisa**
last seen a long time ago ⋮

Phone 09:32 ✓✓

I didn't let Avi do shit 09:32

There's like 1000 witnesses 09:32

Another lie 09:32 ✓✓

And danny knows it too 09:33

Didn't try an protect my kids then

09:33 ✓✓







Don't make me ruin her day.

I didn't block anyone I had to make a new Facebook

Tell her to leave me the fuck alone

She does really no, I'll talk to her now!

Thank you

09:33

🤣🤣 09:34 ✓✓

He has shown me that 09:34 ✓✓

Everyone knows I didn't leak that video
09:34

It came from you enough said 09:34 ✓✓

Message



9% 14:26

**Lisa**
last seen a long time ago

He has shown me that 09:34 ✓✓

Everyone knows I didn't leak that video
09:34

It came from you enough said  09:34 ✓✓

I'm not showing it to you because we talk I'm showing it to you because you know that I know that I didn't share that video  09:34

👏👏👏  09:35 ✓✓

😉  09:35

Which is  09:35 ✓✓

Fuck off Jaz 🤣  09:36

That's what I was asking about last night  09:36 ✓✓

SEE YOU ARE TRYING TO MAKE M
FEEL CRAZY SO WHAT THE FUCK
YOU EXPECT WHEN YOU ABUSE LIKE

Message

⏰ 📶 9% 🔋 14:26

← **L**  **Lisa**
last seen a long time ago  ⋮

That's what I was asking about last night
09:36 ✓✓

SEE YOU ARE TRYING TO MAKE ME FEEL CRAZY SO WHAT THE FUCK DO YOU EXPECT WHEN YOU ABUSE LIKE THIS
09:36 ✓✓

Answer me this if you trust him so much, And you too are so happy, Why are you bothering me all the time  09:36

It's been playing on my mind since you said that to him
09:37 ✓✓

I wouldn't do anything if you didn't speak to me
09:37

It's that simple  09:37

I just want to know the fucking truth now
09:3

Go away and move on

 Message  


### ← L **Lisa**
last seen a long time ago ⋮

Go away and move on. 09:37

I new there was something else
09:37 ✓✓

I will when I can put it all to bed 09:37 ✓✓

But I thought you said I'm a liar and
everything is bollocks
09:37

Your man can't tell you the truth so you
go everywhere else looking for it it's
pathetic
09:38

Just like the rest of your pathetic life
09:38

I just want to know what the fuck I am
dealing with
09:38 ✓✓

How do you not know you've been with
the dude for 13 years
09:39

Do you know exactly what you have
and that is why you are messaging me
09:39





Message

9% 14:26



### Lisa
last seen a long time ago

👋 09:39

Lisa what do you get out of not showing me
09:39 ✓✓

Fun 09:40

Your protecting him because you still have feelings for him
09:40 ✓✓

Hence you sitting around on his clothes
09:40 ✓✓

You're never going to go away why give you any more ammo?
09:40

I have no feelings for Danny 09:40

Bollox 09:40 ✓✓

You do 09:40 ✓✓



OK think whatever you want 09:40

You told him you love him 09:40 ✓✓

Message

☀ 🗺 9% 14:26

← L **Lisa**
last seen a long time ago ⋮

You do 09:40 ✓✓

OK think whatever you want 09:40

You told him you love him 09:40 ✓✓

An you took your ring off over him
09:40 ✓✓

Hahahaha Me and my girl Tricia were
just talking about this earlier today 09:40

We were talking about how crazy it was
I actually even thought I liked him 09:41

Planned to leave your family home
09:41 ✓✓



We were rolling on the floor laughing
so hard 09:41

I am sure you was 09:41 ✓✓

Yeah I got brought up because of you
09:41

We were like what was I thinking

Message



Lisa
last seen a long time ago

so hard 09:41

I am sure you was 09:41 ✓✓

Yeah I got brought up because of you
09:41

We were like what was I thinking 09:41

So funny 09:41

Telling him you have never felt like this
since 2007 09:41 ✓✓



All of that was true at the time 09:41

I'm not gonna deny it but it certainly doesn't exist now 09:41

I no it dose 09:42

Lair 09:42

I'll correct your grammar for you. I

Message



9% 14:27

**Lisa**
last seen a long time ago

I no it dose 09:42

Lair 09:42

I'll correct your grammar for you. I know it does. 09:42



09:42

Your wouldn't even entertain me or still have his cock on your phone     09:42 ✓✓

I don't delete anything on purpose just for incidents like this     09:42

I'm only entertaining me because you refuse to go away I block to you that didn't work you make up fake accounts I block them that doesn't work so instead I will just torture you     09:42

☺ Message     🖉  🎤



🖼 ☺ 🍔 ...     ⏰ 🔓 ⏾ 9% 🔋 14:27

← L  **Lisa**
     last seen a long time ago     ⋮

have his cock on your phone     09:42 ✓✓

I don't delete anything on purpose just for incidents like this     09:42

I'm only entertaining me because you

refuse to go away I block to you that
didn't work you make up fake accounts
I block them that doesn't work so
instead I will just torture you 09:43

Why when don't show anything?? I will
tell ya because you have made it all up
09:43 ✓✓

You know that's not true 09:43

Oh wait here comes 09:43

Bullox 09:43

😂😘👌 09:44

You have fuck all to show me 09:44 ✓✓

Your a lair 09:44 ✓✓

☺ Message 📎 🎤

---

🖼 🟢 🍔 ... ⏰ 📶 9% ▮ 14:27

← L **Lisa**
last seen a long time ago ⋮

😂😘👌 09:44

You have fuck all to show me 09:44 ✓✓

Your a lair 09:44 ✓✓

Ok. 09:44

Keep telling yourself that if it makes you sleep better at night 09:44

I SLEEP VERY WELL THANKS 09:45 ✓✓

I have nothing to gain by showing you anything you never go away, Danny and Tommy will be mad, Your kids will suffer. How does it benefit me to show you anything 09:45

Plus this is way more fun 09:45

Especially because I know I have truth on my side 09:45

Like Tommy cares about you an Dan...y

 Message  

 

Lisa

Case 2:19-cv-06036 JDW Document 45-6 Filed 07/28/20 Page 54 of 67

and Tommy will be mad, your kids will suffer. How does it benefit me to show you anything

09:45

Plus this is way more fun 09:45

Especially because I know I have truth on my side

09:45

Like Tommy cares about you an Danny 😃🤣

09:46 ✓✓

Tommy would care if I disrupt the apple cart

09:46

Still protecting him 09:46 ✓✓

No it's more about making you angry and suffer

09:46

You're the one that needs to put it all behind you not me

09:47

You're the one that's in a position of weakness because you live with a man you don't trust

09:47



Message



and sutter 09:46

You're the one that needs to put it all behind you not me 09:47

You're the one that's in a position of weakness because you live with a man you don't trust 09:47

I don't trust anyone 09:47 ✓✓

That's just me 09:47 ✓✓

You're the one that has nothing going for her and her whole entire life except for Danny fucking Tommo 09:47

That's bollox 09:47 ✓✓

Really? You see your self getting new furniture anytime soon 09:48

Your not getting to me 09:48 ✓✓









You know where you can buy your kids clothes like not from a charity shop

09:49

But the thing is you don't make me suffer because I have the upper hand. I know the truth and I don't need anything from you

09:50

I did that couple of times it's sad

☺ Message

---

🖼 💬 🍔 ...                    ⏰ 📶 8% 🔋 14:27

← **Lisa**
last seen a long time ago                    ⋮

anything from you                    09:50

I did that couple of times it's sad that you like to get off on others misfortunes

09:51 ✓✓

People get in hard situations sometimes

09:51 ✓✓

😂😂 nope just yours.  09:51

I wouldn't know because I have a brain

and I worked hard my whole entire life
09:51

I didn't do drugs and date murderers
09:52

I don't cheat on my men I don't let them cheat on me
09:52

Expect Danny 09:52 ✓✓

I've lived a good life and that's why good things come to me
09:52

Let him walk all over you

Message

---

← **L** **Lisa**
last seen a long time ago    ⋮

I don't cheat on my men I don't let them cheat on me
09:52

Expect Danny 09:52 ✓✓

I've lived a good life and that's why good things come to me
09:52



Let him walk all over you   09:52 ✓✓

That's what you think happened   09:52

But we all know the truth   09:53

And so do you and that's why you're so threatened by me that you keep messaging me   09:53

You paid for Everything   09:53 ✓✓

You said it yourself you know him better than anyone and you know what his messages meant   09:53

I don't have to tell you shit it's in your heart you know it

Message



🖼 🟢 ...        ⏰ 🛜 📶 8% 🔋 14:28

← L **Lisa**
last seen a long time ago          ⋮

I don't have to tell you shit it's in your heart you know it   09:53

Why do you like telling me stuff like



Why would you be so hurt if you knew he would never come back to me if I wanted to 09:56

See this is what I mean 09:56 ✓✓

Your fucking evil 09:56 ✓✓

They're legitimate questions 09:56

Either I'm a terrible lying whore person and danny is the greatest OR.... 09:57

Please send me this shit you have on him 09:57 ✓✓

Please 09:57 ✓✓

The fact of the matter is You can say I'm just some dinlo but you know better 09:57

I am fucking begging you 09:57 ✓✓



You know I'm tall beautiful successful. And it scares the ever fucking daylights

 Message  

## Lisa
last seen a long time ago

An yeah I can't get over it  09:54

That's on you  09:55

It's hurts it's shit  09:55

Oh now you're hurt  09:55

I MEAN IT HURT LIKE HE'LL  09:55



09:55

Hell  09:55

Why would you be so hurt if I was just a paycheck to him  09:55

Why would you be so hurt if you knew I meant nothing to him  09:56

Message



🖼 💬 🍔 ...                    ⏰ 📶 📶 8% 🔋 14:28

← **L** **Lisa**
last seen a long time ago                    ⋮

I'm just some dinlo but you know better
09:57

I am fucking begging you  09:57 ✓✓

You know I'm tall beautiful successful.
And it scares the ever fucking daylights
out of you
09:58

Yes lisa we know Danny is in love with
you an yes your right it fucking dose
09:58 ✓✓

Danny is only in love with himself  09:58

I have told him I can't get over this
09:58 ✓✓

And you are crazy and can't see that
09:58

I am crazy an I can see that  09:59 ✓✓





I'm not doing this Jaz 10:00

I'll let you think what you want to think
10:00

Please just tell me 10:00

Do some soul-searching and leave me

Message

Lisa
last seen a long time ago

Did you sleep with him on the campaign 10:00

I'm not doing this Jaz 10:00

I'll let you think what you want to think
10:00

Please just tell me 10:00

Do some soul-searching and leave me alone and maybe one day you'll figure it out
10:00

