# EXHIBIT S - PART 3





And I'm not saying that I did  10:02

Bollox  10:02 ✓✓

I know  10:02 ✓✓

I ain't stupid  10:02 ✓✓

It's funny that you knew it.  But I have other messages from you that says he would've never touched me  10:02

Which one is it Jaz  10:02

You tell me  10:02

Well we both know what he's  10:0

Message

---

8%  14:29

**Lisa**
last seen a long time ago

It's funny that you knew it.  But I have

would've never touched me
10:02

Which one is it Jaz 10:02

You tell me 10:02

Well we both know what he's like
10:03 ✓✓

Well you seem pretty stupid to me 10:03

I hope you're happy I hope you
got everything you wanted out of
messaging me
10:03

You don't know me or my story 10:03 ✓✓

An yeah I did 10:03 ✓✓

I don't need to I see the end result it's
pathetic
10:03

I new there was something 10:04 ✓✓

Message

Mar 10, 2020, 9:14 AM



Case 2:19-cv-05030-JDW   Document 45-7   Filed 07/28/20   Page 6 of 70

Or my children's 22:0...



Message

**Lisa**
last seen a long time ago

▶ 00:35                                    22:07

You seriously don't know what your talking about I told you stuff that I wanted you to know. Who gives a fuck for money you can't take any of it when you die you should try an be a bit more humble my sweet 😉😉😉😋   22:09 ✓✓

Your pissed because Danny left you for me 🤣😂   22:09 ✓✓

Jokes on you 22:09 ✓✓

You was just he ticket to places 22:10 ✓✓





That's when he finished you  22:11 ✓✓

▶ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  
00:03                    22:11

I asked him he said your chatting shit trying to split us up  22:

🤣😂🤣😂

😊 Message

---

📷 💬 🍔 ...                    ⏰ 📶 📶 10% 🔋 14:22

← L  **Lisa**
last seen a long time ago  ⋮

🤣😂🤣😂 22:12 ✓✓

▶ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  
00:15                    22:12

He won't call you  22:13 ✓✓

Your chatting shit  22:13 ✓✓

▶ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖





keep messaging me every month. 22:15

I don't message you because I don't give a shit you give a shit 22:15

So come on where's this proof 22:16 ✓✓

You have fuck all he wouldn't even come near you on the campaign 22:16 ✓✓

▶ 00:09 22:16

▶ 00:11 22:16

Message

---

**Lisa**
last seen a long time ago

I don't feel like shit now 🤣😂🤣 22:22 ✓✓



Good times 22:22

So you gonna try an show me this proof 22:23 ✓✓

Or keep me hanging 22:23 ✓✓

▶ 00:06 22:23

I would love to see what you come up with 22:23 ✓✓

▶ 00:06 22:24

Bring it on 😂🤣😂 22:2

See you have shit

☺ Message



🖼 🟢 👑 ...          ⏰ 🛜 📶 10% 🔋 14:22

← L **Lisa**
     last seen a long time ago          ⋮

😂🤣😄🤣🤣 22:29 ✓✓

What are you trying to get at?? 22:30 ✓✓

Dikkkhead 22:30 ✓✓

You ain't got fuck all lisa 🤣😂🤣 so sad 22:31 ✓✓

😂🤣😂😋😂😄😄😄😄😄😄 22:31 ✓✓

🙈🙈🙈 22:45 ✓✓

I'm on the phone relax ho 22:45

🤣😂🤣 fucking hilarious 23:09 ✓✓

I'm re-downloading my Skype app real quick hold up 23:10

October 20

Sure 🤔 00:3

Message

Case 2:19-cv-0603D-JDW   Document 45-Y   Filed 07/30/20   Page 13 of 70

October 20

Sure 🤔 00:33 ✓✓

I new it was all shit 00:33 ✓✓

Ya ya.  You know it's not. 08:48

You are TRASH 08:48

Your out to fuck with me 08:48 ✓✓

It's clear yo see 08:48 ✓✓

To 08:48 ✓✓

Now I am. 08:49

But it's all still true. 08:49

Or you would of sent it me 08:49 ✓✓

Bollox 08:4



I just didn't want to hurt your feelings

Message

14 of 70

📷 💬 ...  ⏰ 📶 10% 🔋 14:22

**Lisa**
last seen a long time ago

Or you would of sent it me  08:49 ✓✓

Bollox  08:49 ✓✓

I just didn't want to hurt your feelings before
08:49

No I still kind of wanna protect danny
08:49

Hahahahaha ha  08:49

Your sick an twisted you have fuck all on him
08:49 ✓✓

Still wanna protect Danny 🤣😂  08:50 ✓✓

Just like I didn't have that thing on Jessica that you read but I wouldn't send it to you
08:50





That's right everybody's a liar but you and Danny 08:50

> Up not people 08:51 ✓✓

> Ffs 08:51 ✓✓

What interest do I have In splitting you

Message



← **L**  **Lisa**
last seen a long time ago          ⋮

What interest do I have In splitting you up 08:51

> Getting with him 08:51 ✓✓

Seriously. 08:51

😂😂😂 08:51

Been there done that don't need small dick 08:51

> So why are you doing this?? 08:52 ✓✓



Or should I say Louise 08:53

All that bollox I am just uploading Skype 😂🤣😂 08:53 ✓✓

You don't have an iPhone you stupid cunt when you have too many things they have to reinstall 08:53

Check his if you don't want to check my 08:53

Mine 08:53

He lost that way before then 😂 08:53

Message

---

10% 14:23

**Lisa**
last seen a long time ago

He lost that way before then 😂🤣 08:53 ✓✓

He doesn't have Skype 08:53 ✓✓



No he didn't  08:54

Okayyyyyyh  08:54

😂😂😂🤣  08:54

So your saying you two had sex on the campaign??  08:54 ✓✓

I doubt that very much  08:54 ✓✓

😂😂😂  08:55

Then why are you messaging me  08:55

Because that's what your trying to get at so clearly I want proof that you don't have  08:5

Ok

Message

---

📷 💬 🍪 ...                    ⏰ 📶 9% 📱 14:23

← L  **Lisa**
     last seen a long time ago          ⋮

Dirty lair  09:01 ✓✓

The fact of the matter is my sweetness actions speak louder words so I don't give a fuck what he's has said to you it means jack shit all he was going it for was money an sex an when you hand it to him on plate of course he's going to take a seat. He left you because your a freak an was threatening to tell me about your sick affair     09:05 ✓✓

How many times I've to tell you I don't want to be with him you're the only crazy person that would     09:05

An you said Danny doesn't deserve a crazy me!!! Your hung up on him that bad it's laughable     09:05 ✓✓

You did want to be with him I ha e seen the conversation 😂😃😂     09:0

Yeah just like Jessica was hung up on

Message



last seen a long time ago

the conversation 😂😃😂    09:06 ✓✓

Yeah just like Jessica was hung up on him and every other girl he tried to fuck OK    09:06

Keep dreaming    09:06

😂🤣😂😋😁😋😂    09:06 ✓✓

Sad women    09:06 ✓✓

If I'm so sad why do you keep texting me    09:07

Why are you so worried    09:07

And Mo can't go by without you texting me    09:07

Month    09:07

And stalking me    09:07

If you have nothing to worry about you wouldn't care what I do    09:07

 Message

 

## Lisa
last seen a long time ago

You was posting pics of you in my boyfriend clothes expect a reaction

09:08 ✓✓

Your a lanky old women   09:08 ✓✓

I also enjoy writing to you 😂🤣😂
09:09 ✓✓

Good for you I enjoy it to   09:09





Message



9% 14:24

### Lisa
last seen a long time ago

09:10

What the fuck dose that prove? 😂🤣

09:11 ✓✓



Danny Tommo

I'm done. I'm destroying her so she NEVER bothers me again.

She's telling me you're telling her that I'm messaging you and you know for god sake that I'm not

I'm going to unload everything on her if she doesn't stop. She made two new accounts off under the name Louise she is out of her mind

I haven't said shit to her!

And please don't do anything! I can't deal with anymore stress right now







Bollox 09:12 ✓✓

You know he knows it and that's why he's asking me not to do anything 09:12

He don't 09:12 ✓✓

Bollox 09:1

But I love torturing you 09:12

Message



Lisa
last seen a long time ago

But I love torturing you 09:12

That's sick 09:12 ✓✓

Read it honey it's as clear as day 09:13

Your pure evil 09:13 ✓✓

You're sick now leave me alone you stupid cunt 09:13







That's why you still have videos of him an his clothes 😂🤣😂🤣 09:15 ✓✓

I bet ya still do yaself over him 09:15 ✓✓

🤢🤢🤢🤢 09:15 ✓✓

Fucking filthy 09:15 ✓✓

How's your eye 😂🤣😂🤣😬😂 09:15 ✓✓

You're an idiot 09:15

🤣😂🤣😂 09:15 ✓✓

Your a dirty old lair 09:16 ✓✓

One shirt that's extra comfortable and expensive I'm not throwing out a 200 pound shirt 09:16

Message

Lisa
last seen a long time ago
9% 14:24

Your a dirty old lair 09:16 ✓✓

One shirt that's extra comfortable and expensive I'm not throwing out a 200 pound shirt 09:16

Yup. Because I've lied to you so much this far 09:16

Did you buy that too 🤣😂🤣😂 09:16 ✓✓

I don't need him. I have guys lining up at my door. This is what it's like to have a real man sweetheart 09:20

🤣😂🤣😂😂 09:21 ✓✓

Fuck off 09:21 ✓✓

😂🤣😂🤣😂😂😂 09:21 ✓✓

Your such a joker 09:21 ✓✓

Not someone who beats you and
  

☺ Message



**Lisa**
last seen a long time ago

Your such a joker  09:21 ✓✓

Not someone who beats you and
cheats on you all the time  09:21

How many times you think he's actually
cheating on you like actual number of
times or even number of people  09:21

Like I keep saying my sweet you know
nothing  09:22 ✓✓

Over 50  09:22

Or under 50  09:22

I ain't some victim  09:22 ✓✓

That's not what you were saying on the
phone  09:22

😂🤣😂🤣  09:22 ✓✓

Sounds like a really healthy

relationship to me
Case 2:19-cv-00336-JDW    Document 45-7    Filed 07/28/20    Page 31 of 70

Message



# Lisa
last seen a long time ago

Over 50   09:22

Or under 50   09:22

I ain't some victim   09:22 ✓✓

That's not what you were saying on the phone
09:22

😂🤣😂🤣   09:22 ✓✓

Sounds like a really healthy relationship to me
09:22

I ain't as stupid as you think trust me
09:22 ✓✓

Sounds like it   09:22

Your playing with fire   09:23 ✓✓

It looks like a duck and quacks like a



duck

No you are he won't leave me alone now you get what's coming to you  09:23

☺ |Message  📎  🎤



🖼 ⚪ 🍔 ...          ⏰ 📶 .ıll 9% 🔋 14:24

←  Ⓛ  **Lisa**
        last seen a long time ago          ⋮

~~Sounds like it~~  09:22

Your playing with fire  09:23 ✓✓

It looks like a duck and quacks like a duck                              09:23

No you are he won't leave me alone now you get what's coming to you  09:23

You*  09:23

Bollox  09:23 ✓✓

He won't leave you alone 😂🤣😂🤣😂🤣😂  09:23 ✓✓

He shows me every time you wrote to



him

Off ya on her phone 😎 09:23 ✓✓

Other * 09:24 ✓✓

I meant you won't leave me alone that's what the * means do you know how to type

☺ Message  📎  🎤



🖼 🟢 👑 ...                    ⏰ 📶 .ıl 9% 🔋 14:25

← L   **Lisa**
     last seen a long time ago          ⋮

Dinlo 09:24 ✓✓

I just used it myself 🤣 09:24 ✓✓

I want this proof from ya 09:24 ✓✓

An I will go 😂😁😂 09:24 ✓✓

Danny and I don't talk at all anymore.  I talk to you 😂
                                    09:24

What do you need proof of if you know it's not true
                                    09:25



Oh I forgot he doesn't deserve me going crazy on him dose he poor Danny 😭😭😭  09:25 ✓✓

🤣😂😂🤣🤣👏  09:25 ✓✓

You go to bed every night and you know what the truth is  09:25

You have to lay next to a man whose dick has been in everyone  09:25

Message



9% 14:25

**Lisa**
last seen a long time ago

You go to bed every night and you know what the truth is  09:25

You have to lay next to a man whose dick has been in everyone  09:25

I want this proof from you  09:25 ✓✓

Nah. I don't want you to slit your





Your chatting shit lisa you have fuck all on him
09:27 ✓✓

Not adopt 09:27

Ok. Then leave me alone 09:27

No because I want to see this ffs
09:27 ✓✓

I thought it doesn't exist 09:27

I will just lose my shit an everyone will suffer trust me
09:27 ✓✓

I ain't playing around anymore 09:27 ✓✓

Show me 09:

Message

Lisa
last seen a long time ago

Lose your shit I would love to see it

Or are you Still protecting him? 09:28 ✓✓

Everybody knows that you're not fucking right in the head 09:28

I'm protecting your children 09:28

Your not trust me 09:28 ✓✓

It's you're 09:28

Go finish high school 09:28

Maybe you'll learn to stop behaving like you're in high school 09:29

I want to see this proof 09:29 ✓✓

And I want you to leave me alone 09:29

Imagine how that works 09:29

 Message  

Mar 10, 2020, 9:13 AM





Tell Danny not to leave his shirt in my room next time    20:20



Message

---



**Lisa**
last seen a long time ago

😂😂😂😂 20:20

Tell Danny not to leave his shirt in my room next time    20:20

That was ages ago 20:20 ✓✓

Fat an ugly 🤣😂🤣😂💙🤣 20:20 ✓✓

Louise 20:21

Really cause I have something else of his to how long do you think he lost it do you reckon?    20:21

Loser 20:21

Bollox 20:21 ✓✓



Your just trying to get to me 20:21 ✓✓

I have a rich hot boyfriend and you're still at home hoping loser Danny is being loyal to you. 20:22

Stalking his ex-girlfriend's pages what a

Message



📷 👑 f ...                    ⏰ 📶 ▮ 11% ▮ 14:17

← L   **Lisa**
        last seen a long time ago              ⋮

I have a rich hot boyfriend and you're still at home hoping loser Danny is being loyal to you. 20:22

Stalking his ex-girlfriend's pages what a loser 20:22

🤣🤣😂🤣🤣 20:23 ✓✓

And I know he's not 😂 20:23

You keep messing him an then I get his mates telling me your posting shit with his clothes still on 🤣😂🤔 20:23 ✓✓



20:23

Messaging him *  20:23 ✓✓

Message

---

📷 🍔 ⓕ ...                     ⏰ 📶 .11% 🔋 14:18

←   (L)   **Lisa**
      last seen a long time ago          ⋮

Messaging him *  20:23 ✓✓

He owes me so much money I can
have a stone island shirt.  Nothing to
do with Danny at all
           20:23

I never messaged him ever ever ever
ever ever you loser
           20:23

  20:23 ✓✓



You should be on his mates making fun of him all the time I had a group chat with 43 messages of people just ripping on him and his friends don't even like him                    20:24

And you know I'm not lying   20:24

You do he has shown me   20:24 ✓✓

🙈🙈🙈   20:24 ✓✓

When is the last time I said anything to Danny Thomas or you are smoking

Message



⏰ 📶 11% 🔋 14:18

**Lisa**
last seen a long time ago

crack and less he has other girls under my name in phone   20:25

His   20:25

But I don't think he's that smart   20:25

It's sad that a women of your age even



To don't make me ruin your life because I don't ever text him   20:25

Ever   20:25

Harassing you 😂   20:26 ✓✓

Get back on your tablets you psychotic awful white trash mother bitch   20:26

I wouldn't let you ruin my life again   20:26 ✓✓

Your not worth it   20:26 ✓✓

I'll just show you shit that happened after the last time we talked and it wasn't from me bitch leave me alone   20:26

Your a sly little cunt lisa you would d

Message

📷 🍔 f ...          ⏰ 📶 11% 🔋 14:18

← **L  Lisa**
last seen a long time ago                    ⋮

I'll just show you shit that happened after the last time we talked and it wasn't from me bitch leave me alone

20:26

Your a sly little cunt lisa you would do anything to keep ya legs open even sleep with other people's men   20:27 ✓✓

You new about me an that is the lowest if the low   20:27 ✓✓

It's all true and all you got is paranoia and lies

20:28

😂🤣😂   20:28 ✓

It's so sad that you have gone out of your way to take a picture of yourself in my boyfriends clothes !!! Apparently I am the nutter 😅🤔😎   20:30 ✓✓

See so you did know that I was with him 🙈   20:

Message

### Lisa
last seen a long time ago

😂🤣😂  20:28 ✓✓

It's so sad that you have gone out of your way to take a picture of yourself in my boyfriends clothes !!! Apparently I am the nutter 😂🤔😎  20:30 ✓✓

See so you did know that I was with him 🙈  20:32 ✓✓

How much time a week do you spend making fake social media accounts just curious?  20:35

> Lisa
> Really cause I have something else of his...

😂🤣 are you trying to make out that you have slept together. He wouldn't touch you again I know that 😂  20:36 ✓✓

Hmmmmmm ok.  20:36

Glad you know that.  Then why you messaging me?  20:37

Message

**Lisa**
last seen a long time ago

Glad you know that. Then why you
messaging me?
20:37

😂🤣😂 because your a tramp that
likes to keep other men's clothes
20:37 ✓✓

I know your as a bad him your like the
women version of him it's sickening
20:38 ✓✓

Lol ok. 20:39

You read the messages. He LOVED
me.
20:39

That's why you're so bent out of shape
about it you know him
20:39

He never told you that 20:40 ✓✓

Post and songs that we like together





Book of God hand on the Bible

He just wanted your money he would have said anything to you an not mean it

20:42 ✓✓

And all of his friends know it   20:42

That's bullshit

Message

---

◀ L **Lisa**
last seen a long time ago   ⋮

I got a message from a few of them saying I know Danny used to tell you he loves you and stuff. Because they were in the room when he did   20:42

Bollox   20:42 ✓✓

You know it's true   20:42

No I don't   20:43 ✓✓

Oh but you do if it wasn't going to at one of his friends I would totally send it to you   20:43



He would of just carried it on with you wouldn't he ?? He finished you  20:43 ✓✓

You chat shit  20:43 ✓✓

He would do anything for money  20:44 ✓✓

Every single time I told you I had proof I did  20:47

And you know it

Message

---

📷 🍔 f ...                    ⏰ 📶 11% 🔋 14:18

← L  **Lisa**
       last seen a long time ago                    ⋮

20:44 ✓✓

Every single time I told you I had proof I did  20:47

And you know it  20:47

Yeah you probably do have proof but he didn't mean it  20:47 ✓✓



his mates coked up 20:48 ✓✓

Ok. 20:48

I find it disgusting how you can chat to me like this it's like you get a kick out of telling me Danny had feeling for you 20:49 ✓✓

That's a heartless move 20:49 ✓✓

You started it 20:49

An now finally I have you saying did know about me 20:49 ✓✓

Message

---

11% 14:19

L Lisa
last seen a long time ago

That's a heartless move 20:49 ✓✓

You started it 20:49

An now finally I have you saying you did know about me 20:49 ✓✓

Case 2:19-cv-05030-JDW   Document 45-7   Filed 07/28/20   Page 52 of 70

Don't think I won't finish it  20:49

You're an idiot I'm talking about later and I'm not even talking about me  20:49

Your trying to make out that you have slept with him 👏👏  20:51 ✓✓

Who dose that?  20:52 ✓✓

What do you get out of that??  20:52 ✓✓

What do you get out of messaging me once a month with nonsense  20:52

I just have things I need to say  20:52 ✓✓

So I say it  20:5.

Message

---

...  🕐 📶 11% 14:19

← **L**  **Lisa**
last seen a long time ago  ⋮

once a month with nonsense  20:52

20:52 ✓✓

So I say it   20:53 ✓✓

Once a month you make up a fake account to come bother me when I don't even talk to you guys anymore

20:53

Well don't expect me not to say stuff back

20:53

I don't know what to tell you   20:53

Like the last time you wrote to Danny sent screenshots of me messaging you an said don't make me ruin her day WHAT THE FUCK WAS THAT ABOUT?

20:54 ✓✓



.ıll AT&T  LTE          10:34 AM          ◢ 14% ▭

❮ Home       Danny Tommo ❯        📞  ▭◁
             Active 1h ago

🖼️ 😋 😘

That would be great right now.

☺  |Message                    📎   🎤



**Totally looks like he's hating using me for money** 20:55

**Yeah he's pissed he will fuck any thing** 20:

**When did he send you that?**

Message





When did he send you that

So you clearly have been speaking

Message

Lisa
last seen a long time ago

No. You are crazy and delusional  21:06

I don't even know why I do this I going to go mad I swear down what kind of person gets a kick out of this kind of shit  21:06 ✓✓

What picture did I post with his clothes on  21:06

His stone island top  21:06 ✓✓

You are nuts. It's a convenient white long sleeve shirt relax you weirdo  21:06

Yeah what picture was it you weirdo  21:06

You have just posted it again



What are you talking about    21:06

I have no idea what you're talking about the first one the one I did today was just to irritate you    21:07

Message



## Lisa
last seen a long time ago

I have no idea what you're talking about the first one the one I did today was just to irritate you    21:07

Fuck off trying to make me go mad    21:07 ✓✓

I don't know if I was really trying to make you go mad I could but I won't do that I don't want to be responsible for you killing yourself    21:07

That would be messy.    21:07

Your disgusting    21:08 ✓✓



Nahhh you push people over the edge.
21:10

The only time I think of either of you is when you message me
21:10

You only bring the shit on yourself 21:10

Why do you think it is he cheated on you so much?
21:11

Message



Lisa
last seen a long time ago

21:12 ✓✓

Yes you do every month that you message me
21:13

You are so insecure you can't even breathe
21:13

If I was that bad he would just leave
21:13 ✓✓

No he wouldn't.  Where would he live.



You don't think if some amazing girl had her shit together and had a place for him to live that he wouldn't leave you?
21:14

You are crazy 21:14

He was coming home to me I new something was going on from the start I didn't bring any of that on myself
21:14 ✓✓

You handed it to him on a plate 21:

OK!

Message

🔔 📶 10% 14:20

This affair has fucked with me so badly
21:17 ✓✓

That's YOUR problem 21:18

Thanks 21:18 ✓✓



21:19

You did post yourself In that jumper the day he nearly got stabbed 21:19 ✓✓

Don't try an fuck with me 21:19 ✓✓

I know that I saw an then you also said to Danny don't make me ruin her day 21:

If I did I didn't know it

Message



🖼 🍔 f ...    ⏰ 🛜 📶 10% 🔋 14:20

← L **Lisa**
last seen a long time ago    ⋮

You still haven't explained what you ment by that 21:20 ✓✓

We were all dying laughing 21:20



Ya I care so much. 21:25

It was a typo. I was supposed to say "I think it's funny" 21:26

He was the laughingstock of the world that day 21:26

He was the laughingstock of the world that day.  Look like a frightened little pussy 21:26

Feel free to never message me again 21:28

Your a sad old women who keeps videos an clothes like some freak 21:34

I keep the shirt because it's comfortable and a matches shit get over yourself 21:34

And I save all the evidence because I'm not a fucking idiot 21:34 

 Message  



**Lisa**
last seen a long time ago

I keep the shirt because it's comfortable and a matches October 19 shit get over yourself

21:34

And I save all the evidence because I'm not a fucking idiot

21:34

I have plenty of text messages and screenshots that would break your little

### Outlook has stopped

✕  Close app

▣  Send feedback

Even better 😂😂😂😂  21:35

Loser  21:35 ✓✓

Your sick in the head  21:35 ✓✓



00:14

 Message  

 f ...

 10% 14:20

  **Lisa**
last seen a long time ago

I keep the shirt because it's comfortable and a matches shit get over yourself
21:34

And I save all the evidence because I'm not a fucking idiot
21:34

I have plenty of text messages and screenshots that would break your little itty bitty heart
21:34

 00:12
21:35

He's fuxked me in that top 😂🤣😂🤣😂🤣
21:35 ✓✓

Even better 😂😂😂😂 21:35

Loser 21:35 ✓✓



**Your sick in the head** 21:35 ✓✓



😂😂😂😂 21:36

😂🤣🤣😂 I am glad we can both laugh about this 21:37 ✓✓



We all know you're not laugh and we all know you're crying you're pathetic eyes out 21:37

You know nothing my sweet 21:37 ✓✓





00:11                              21:38

00:03                              21:38

Wasn't a Christian then my da
                                   21:39

Message



🖼 🔲 📘 ...              ⏰ 🔓 📶 10% 🔋 14:21

←    **L**    **Lisa**                              ⋮
            last seen a long time ago

00:05                              21:40

00:06                              21:41

You know nothing about me lisa you
only ever new Danny don't get it twisted
                                   21:42 ✔✔

If I have shit on my mind I am going to
say it end off
                                   21:42 ✔✔

Your the one that gets nasty  21:42 ✔✔



00:10                          21:42

00:01                          21:43

00:08                          21:43

You bring all of this on yourself.   21:43

☺ Message                          📎  🎤

---

🖼 🍔 f ...                    ⏰ 📶 .ıl 10% 🔋 14:21

←  (L)  **Lisa**                              ⋮
       last seen a long time ago

00:01                          21:43

00:08                          21:43

You bring all of this on yourself.   21:43

No fucks given   21:43 ✓✓

Carry on lisa my darling 🤣😂    21:44 ✓✓

I don't message you first ever. It's all retaliatory

21:45



00:02                              21:45

Fuck you lisa you will get what's coming to you one way or another

21:53 ✓✓

00:02                              21:53

😂🤣😂😂 defiantly not an I won't

Message

---

📷 🍔 f ...                    ⏰ 🛜 📶 10% 🔋 14:21

← L **Lisa**
last seen a long time ago                    ⋮

00:02                              21:53

😂🤣😂😂 defiantly not an I won't either

21:54 ✓✓

I'm sure I'll hear from you in another

month. Hopefully you will get some tablets before than

21:55

Your mum must be proud 😂🤣 21:56 ✓✓

You do have a way with words 😎
21:56 ✓✓



00:09                    21:56

00:02                    21:57

00:04                    21:57

😂🤣🤣😂 21:5

Message

📎  🎤

📷 🖼 👑 ...                    ⏰ �`ıl 10% 🔋 14:21

←    L    **Lisa**
            last seen a long time ago              ⋮

00:07                    21:58



00:04                           21:58

00:12                           21:59

00:07                           21:59

00:04                           22:00

🤣😂🤣😂😂 your a joke   22:04 ✓✓

No baby girl.  That's you.   22:04

Your really enjoying this   22:04 ✓✓

Sick twisted freak   22:04 ✓✓

Everyone was right about you   22:

Message

Mar 10, 2020, 9:13 AM