IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,** *Plaintiff,* v. **THE MIDDLE EAST FORUM, et al.,** *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 29th day of July, 2020, upon consideration of Defendants' Motion to Quash and/or for a Protective Order (ECF No. 43), and following a telephonic conference with the Parties, it is **ORDERED** that the Motion is **GRANTED IN PART.**

It is **FURTHER ORDERED** that within seven days of this Order, the Parties shall meet and confer in an effort to narrow the document requests in the subpoena that Plaintiff intends to serve on the Jewish Federation of Greater Pittsburgh to include documents or communications concerning any complaints and/or investigations relating to Mr. Roman that arose during his employment at the Jewish Federation of Greater Pittsburgh.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.