## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA BARBOUNIS                                    :
                                                  :        CIVIL ACTION
                            Plaintiff,            :        NO. 2:19-cv-05030-JDW
                                                  :
-vs-                                              :
                                                  :
THE MIDDLE EAST FORUM and                         :
GREG ROMAN (*individually*),                      :
                                                  :
                            Defendants.           :

## ENTRY OF APPEARANCE

Kindly enter the appearance of Jonathan R. Cavalier as counsel for Defendants, The

Middle East Forum and Gregg Roman, in the above-captioned matter.

COZEN O'CONNOR, P.C.


By: */s/ Jonathan R. Cavalier*
      Jonathan R. Cavalier, Esq. (#206063)
      1650 Market Street, Suite 2800
      Philadelphia, PA 19103
      P: 215.665.2776
      F: 215.701.2112
      jcavalier@cozen.com

      *Attorney for Defendants*
      *The Middle East Forum and Gregg*
      *Roman*

Dated:  July 30, 2020

## **CERTIFICATE OF SERVICE**

I, Jonathan R. Cavalier, hereby certify that on July 30, 2020, I served a true and correct

copy of my Entry of Appearance via electronic filing, addressed as follows:

Seth Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA  19103
seth@dereksmithlaw.com


_/s/ Jonathan R. Cavalier_
Jonathan R. Cavalier