**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>　　　　*Plaintiff*<br>　v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>　　　　*Defendants.* | **Case No. 2:19-cv-05030-JDW** |

**ORDER**

**AND NOW**, this 31st day of July, 2020, upon review of counsel's letter requesting an extension of deadlines in the Court's Amended Scheduling Order (ECF No. 40), dated June 30, 2020, it is **ORDERED** as follows:

1. Plaintiff shall file a consolidated, amended complaint on or before August 24, 2020. Defendants shall file their answer or response to Plaintiff's amended complaint on or before September 14, 2020;

2. The Parties shall complete all discovery on or before October 28, 2020; and

3. All motions for summary judgment shall be filed on or before November 11, 2020.

It is **FURTHER ORDERED** that all other deadlines in the Court's Scheduling Order (ECF. No. 19) and Amended Scheduling Order (ECF No. 40) are **VACATED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　　　JOSHUA D. WOLSON, J.