# EXHIBIT S - PART 1

**Jaz Bishop**







you different story if you don't believe me so what do you want
14:30

The video
14:30 ✓✓

All the other shit you know
14:30 ✓✓

But you don't think it exists.
14:30

Do you think I'm lying so what's the point
14:30

What do you get out of it holding it all

Message



🖼 💬 ...     ⏰ 🛜 📶 6% 🔋 14:40

←   L   **Lisa**
last seen a long time ago   ⋮

14:27 ✓✓

No Jaz
14:27

Danny's a problem
14:27

I live across the world
14:27

I told you
A million times I want nothing to do

Case 2:23-cv-00000-XXX    Document 55-2    Filed 00/00/00    Page 5 of 63

with Danny you refuse to fucking listen
because your mental
14:28

Not moving to England 🤣😂🤣😂
14:28 ✓✓

Not only that you're so insecure that
you think you need to fucking talk to
me about him
14:28

I was but I got a better job here  14:28

Tommy made me nervous about the
other  job because it was working for
the saudis indirectly
14:29

I refuse to listen because you keep

◎ Message                              ⬚  🎤

---

🖼 ⊙ 🍔 ...                    ⏰ 📶 📶 6% 🔋 14:40

← **L** **Lisa**                              ⋮
      last seen a long time ago

in??
14:30 ✓✓

I preserve my relationships and don't
have to deal with backlash
14:30

People are afraid that you will destroy

everything and put shit online 14:31

6/1/2020 Page 6 of 63

And the movement is a good thing nobody wants you and Danny's relationship to ruin that 14:31

Why would I air my shit online 14:31 ✓✓

Your mad 14:31 ✓✓

It's not me that thinks that 14:31

So send me this video 14:32 ✓✓

An tell me what else 14:32 ✓✓

Ive been told not to 14:32

You know 14:3 ✓

Message

6% 14:40

Lisa
last seen a long time ago

Your mad 14:31 ✓✓

Case 1:21-cv-00261-AJT Document 35-1 Filed 08/16/20 Page 7 of 63

It's not me that thinks that 14:31

So send me this video 14:32 ✓✓

An tell me what else 14:32 ✓✓

Ive been told not to 14:32

You know 14:32 ✓✓

Why 14:32 ✓✓

I have tons but you won't listen 14:32

I will 14:32 ✓✓

You haven't been for days 14:32

I have 14:32 ✓✓

And then you twist all the shit around like it's my fault 14:32

I didn't put you in the situation he did

Message

6% 14:40

Lisa

Lisa
last seen a long time ago

like it's my fault                                       14:32

I didn't put you in the situation he did
                                                        14:33

I just angry at it all   14:33 ✓✓

Right but I haven't talk to him in
months
                                        14:33

Some of this shit hurts I am a human
with feeling not just some nutter
                                                14:33 ✓✓

I'm well over it. I would like to return
to some fucking normal see without
you popping up every month.  You've
pissed me off so much I don't want to
help you anymore either
                                        14:33

I know but you posted with his top on
an it sent me mad
                                        14:34 ✓✓

Normalcy   14:34

I didn't even realize I had it on.   14:34

← **L** **Lisa**
last seen a long time ago   ⋮

I know but you posted with his top on an it sent me mad
14:34 ✓✓

Normalcy  14:34

I didn't even realize I had it on.  14:34

For real  14:34

It's warm and white  14:34

I'm so anti-Danny you have no fucking clue
14:34

I don't want your help lisa I want the video an for you to tell me what you know
14:34 ✓✓

That's all  14:35 ✓✓

That's me helping you  14:35



How is it helping me ? 14:

Every time I send you shit you twist it

Message



🖼 ⬤ 🍔 ...                    ⏰ 📶 6% 🔋 14:40

← **L** **Lisa**
last seen a long time ago                    ⋮

That's all 14:35 ✓✓

That's me helping you  14:35

How is it helping me ?  14:35 ✓✓

Every time I send you shit you twist it like it's my fault I'm not doing that again
14:35

Do you want it I don't wanna give it to you that's help
14:35

No he twists it  14:35 ✓✓

And then you message me and harass me
14:35

I haven't fucking spoken to him since like March or April



Other than when you text me and I tell him to make it stop                    14:35

I only did that because you had his on seriously it sent me nuts I instan...

😊 Message                    📎 🎤



🖼 💬 🍔 ...                    ⏰ 📶 📶 6% 🔋 14:40

### Lisa
last seen a long time ago

14:35

I only did that because you had his top on seriously it sent me nuts I instantly thought you was talking again      14:36 ✓✓

But we weren't   14:36

I didn't know that an I new I wasn't going to get the truth put of him was I      14:37 ✓✓

I told you I've moved on with my life I got a new job I got a new boyfriend I got everything go in my way I don't need to be drug down by Danny fucking Tomme



Out* 14:37 ✓✓

So why do you still have all this shit on him? 14:38 ✓✓

Because I never delete anything on purpose you never know when somebody's going to need shit. Just like this when shit hits the fan I want

Message



Lisa
last seen a long time ago

him? 14:38 ✓✓

Because I never delete anything on purpose you never know when somebody's going to need shit. Just like this when shit hits the fan I want the fucking evidence to clear my name. 14:38

If shit goes real crazy I'll send it to fucking Tommy that's what I'll do 14:38

Tommy knows all of it anyway 14:38

An why tell me about it if ypur not going to show me ?? 14:39 ✓✓

My loyalties lie with Tommy 14:39

That's cool 14:39 ✓✓

But how dose it effect him? 14:39 ✓✓

Because you badger me and shit comes out of my mouth. But if I send it to you Then it's fair game like the vinnie

Message

---

◻ ◯ 🍔 ... 🕐 📶 6% 🔋 14:41

← **L** **Lisa**
last seen a long time ago ⋮

**October 22**

It shows infighting and more drama around Tommy's circle. He doesn't need or deserve that 14:40

I went to him with fuck all I told him what he could find on the internet about Danny in prison 14:40 ✓✓

An that was nothing 14:40 ✓✓

He said you sent him bank statement shots 14:41

You told him about the money that he spent 14:41

Nah I didn't 14:41 ✓✓

That was bollox 14:41 ✓✓

Yes you did.  You told me you did 14:41

I never did 14:

Both Vinnie and you told me

☺ | Message

---

🖼 🟢 🍔 ...                     ⏰ 📶 6% 🔋 14:41

← 🅛 **Lisa**
last seen a long time ago                ⋮

your tattoo and your sneakers and your new house and all of it 14:42

Ohhhh to do with the 30 grand 14:42 ✓✓

And a Coke in ibeza 14:42

Yes I did send him that 14:42 ✓✓

Ya. 14:42

Yes I did 14:42 ✓✓

So if you're mad enough you'll send them everything that's why I won't put anything in writing that's why last time I showed you and didnt send it to you 14:42

I could of gone a lot of places with all this shit too but I do not want everyone knowing my shit 14:43 ✓✓

You have said a lot on here lisa 14:4? ✓

It made it all over the Internet because

☺ Message 🖉 🎤

🖼 🟢 🍔 ...                    ⏰ 📶 6% 🔋 14:41

← **L** **Lisa**
last seen a long time ago ⋮

this shit too but I do not want everyone knowing my shit                    14:43 ✓✓

You have said a lot on here lisa    14:43 ✓✓

It made it all over the Internet because of vinnie                    14:43

So what.    14:43

That's not like the proof I have    14:43

What the fuck dose that mean    14:44 ✓✓

Your fucking with me    14:44 ✓✓

If I send you what I actually have it's bad. From here on out I could just say that I'm fucking with you and It can't come back. Just like the Jessica stuff                    14:44

Why    14:45 ✓✓

Can't be that bad    14:4

Message



Lisa
last seen a long time ago

Well it is. 14:45

Like how bad 14:45 ✓✓

🤣🤣🤣🤣🤣🤣🤣 14:45 ✓✓

I'm tired and about to board a plane.
I'm done with this. 14:45

Why won't you send me it 14:45 ✓✓

The video from Skype? 14:46 ✓✓

You are crazy and I'm wasting my time.
I'm not encouraging this. 14:46

Your fucking with me 14:46 ✓✓

That's the tip of the iceberg 14:46

I'm not. And I could care less. Go live
your life thinking I'm lying. It doesn't
effect me. Bye jaz. 14:46

An you won't even send it

Message

6% 14:41

## Lisa
last seen a long time ago

effect me.  Bye jaz. 14:46

An you won't even send it 14:47 ✓✓

It's like you don't want me to stop otherwise you wouldn't keep saying that you have shit 14:48 ✓✓

Why tell people your going to tell me all of it an do this 🤣😂🤣🤣🤣🤣🤣🤣🤣🤣 🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣😃😃🤣 😃😃😃😃🤣 14:49 ✓✓

Fucking joker 14:49 ✓✓

🤡🤡🤡 14:49 ✓✓

This whole conversation proves that your loving all of this an just fucking with me just to be evil

I am just going to have to find o



own way

I will message zac

| Scroll capture | Draw | Crop | Share |

Message



🖼 🟢 🎮 ...                    ⏰ 🛜 📶 6% 🔋 14:41

← **L**  **Lisa**
last seen a long time ago                    ⋮

This whole conversation proves that your loving all of this an just fucking with me just to be evil        14:50 ✓✓

I am just going to have to find out my own way        14:51 ✓✓

I will message zac    14:51 ✓✓

I would have never messaged me if you didn't contact me.        14:51

Zac has nothing to do with it    14:51

Liar    14:51 ✓✓

You told me he saw this hooker    14:51 ✓✓



14:52 ✓✓

I will get the truth from somewhere I ain't a complete idiot thanks for opening this up 😘   14:52 ✓✓

I will ask everyone about this campa? thing an I bet it comes back that you fucking with me

☺ | Message   🖉  🎤



🖼 🟢 🍔 ...                                    ⏰ 📶 📶 6% 🔋 14:41

←   L   **Lisa**
             last seen a long time ago                    ⋮

Zac has nothing to do with it   14:51

Liar   14:51 ✓✓

You told me he saw this hooker   14:51 ✓✓

Coming out of his room   14:52 ✓✓

I will get the truth from somewhere I ain't a complete idiot thanks for opening this up 😘   14:52 ✓✓

I will ask everyone about this campaign thing an I bet it comes back that your



fucking with me                                    14:53 ✓✓

Ok  14:54

I'm tired  14:54

Send me the Skype video that doesn't have any effect on the movement
14:54 ✓✓

Zak Walton yeah?  14:

---

📷 ☺ 👑 ...                    🕐 📶 6% 🔋 14:41

← L  **Lisa**
last seen a long time ago                    ⋮

14:54 ✓✓

Zak Walton yeah?  14:56 ✓✓

This is what keeps me going. You telling me you have bad serious shit yet you don't tell me
15:03 ✓✓

An to be fair everything you have was months ago
15:04 ✓✓



Ya.  Because I haven't spoken to him in months

15:05

An I didn't tell anyone you told me about Jessica

15:05 ✓✓

So all the shit you have is from before the summer

15:05 ✓✓

??  15:05 ✓✓

I'm so tired of this.  This isn't my drama.  It's all from the campaign time. I haven't spoken to him since 2 nights after I got back

15:06

Message

---

6% 📶 14:41

**Lisa**
last seen a long time ago

You are talking advantage of knowing I like to clear my name.

15:11

Never said your the problem  15:11 ✓✓

So send it.......... 15:11 ✓✓

That's all you have said. 15:12

I said women like you don't help 15:12 ✓✓

No all the other stuff 15:12

Lisa I just want to see this video 15:12 ✓✓

You said plenty.  I don't trust you and I don't care anymore 15:12

Sending me that video effects you How? 15:

Message

---

📷 ⊚ 🍔 ...  ⏰ 🛜 �📶 6% 🔋 14:41

← L **Lisa**
last seen a long time ago ⋮

An jezzz man I would tell any girl about her man 15:07 ✓✓

I just want to move on 15:07

Me also 15:07 ✓✓

But you keep coming at me. 15:07

But your telling me you have more 15:07 ✓✓

Every month 15:07

Because I know deep down you have shit on him 15:08 ✓✓

It's not just the jumper. It happened last month too and I didn't answer you. 15:08

Then he sent me a message telling me that I told you he was messaging me. When I didn't. 15:08

I had been blocking you before then



☺ Message    🔗 🎤

   ⏰ 📶 6% 🔋 14:41

 

Lisa



**Lisa**
last seen a long time ago

When I didn't.                                                    15:08

I had been blocking you before then
                                                                 15:08

An it eats away at me until I just think
fuck it I am a writing to you        15:08 ✓✓

I don't want to be caught up in this   15:08

I just want this video   15:09 ✓✓

Fuck the bad shit I don't even want to
know                                 15:09 ✓✓

You said he was better.  Why isn't that
enough
                                          15:09

Your the one that told me about this
video                                15:10 ✓✓

Of course I am going to keep on who
wouldn't                             15:10 ✓✓

You are the one that is accusing me of
all kinds of shit like I'm the problem



 

## Lisa
last seen a long time ago

You said plenty.  I don't trust you and I
don't care anymore
15:12

Sending me that video effects you
How?
15:13 ✓✓

I would LOVE to see what this bad shit
is
15:14 ✓✓

See this is what happens now my head
is going into overdrive
15:14 ✓✓

I lied.  I don't have anything.  You are
right.  I wanted to break you up.  I'm
still in love with danny.  That's why I
haven't messaged you in months until
you messaged me.  You are right.  I
chased him.  I was a whore.  I just gave
it all to him on a plate.  No one makes
fun of danny.  Everyone loves him and
he is totally loyal to you.

There.  That's what you want to hear.
Done.
15:15

Case 2:19-cv-05030-JDW   Document 53-2   Filed 09/16/20   Page 27 of 63

🤣🤣😂😂😂😂😂😂   15:17

😊 Message

← **L** **Lisa**
last seen a long time ago   ⋮

🤣🤣😂😂😂😂😂😂   15:17 ✓✓

This conversation is too funny   15:17 ✓✓

An no that isn't what I want to hear x
15:17 ✓✓

Fuck I didn't mean the x 😂😂🙈
15:18 ✓✓

🤣🤣🤣🤣🤣🤣 I don't know what's going on but who else are you talking to about Danny 🤣😂🤣😂🤣😂🤣😂 😂🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣 🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣 🤣   15:46 ✓✓

Zak hasn't a clue either 😂 now your the laughing stock 😂🤣😂   18:48 ✓✓



Hahahahaha no bitch you are  22:02

I don't think so hunny 😂🤣😂🤣😂🤣🤣🤣  22:



Message

---

📘    🕐 🛜 📶 6% 🔋 15:06

← Lisa    📹  📞  ⋮

TODAY

Hey. Have you heard anything more is
Seamus still there?  13:12 ✓✓

??? 13:34 ✓✓

I haven't heard.  I can find out if you
want.  14:54

Still in Vegas.  14:54





14:54

I look like shit buttttt    14:54

Type a message



6% 15:06

**Lisa**

want.                                    14:54

Still in Vegas.    14:54





14:54

I look like shit buttttt   14:54

   14:55

As for danny he's will get what he deserves.   14:55

Awww that's cute. Yeah fond out for me   15:03 ✓✓

 Type a message     

   🔇 ⏰ 📶 12% 🔋 22:49

 ←  **Vasili**    ⓘ

She told me a long time ago that we were separating.  I don't want to get involved in the drama.



You can now call each other and see information such as Active Status and when you've read messages.

she blackmailed danny giving her self a black eye

i will ruin her job

 That's not what happened

she has runined my life

yes it is

i have seen it all

 No it's not.  I have the proof of that.

This person is unavailable on Messenger.

       12% 22:49

  **Vasili** 

THESES TWO HAVE BIN HAVING AN AFFAIR

I HAVE BEEN WITH DANNY FOR 13 YEARS

3 CHILD

I AM FUMIN

I have been with Lisa since 2006.



We have children too.

I'm 41 the world looks different at this age.



I love Lisa and i will always stick by her.  We have our ups and downs but we are married and we will figure it out.

.SHE HAS RUINED ME

This person is unavailable on Messenger.

 

  ...

✕ ⏰ 📶 12% 🔋 22:39

← 　Lisa

really??

well i can tell you we was together

Really. **Vasili** said to me we can be separated and live together so the kids not have it being strange until they are 18

i sleep with danny everyday

we shower together everday

What do you want me to say.

i dont know

this situation is so strange

you couldnt write this shit

This person is unavailable on Messenger.

**Jaz Bishop**



you're a fucking idiot

I'm telling you right now you keep this up you're gonna lose this one    13:03

Message

---



7% 14:33

← L **Lisa**
last seen a long time ago

What do you need to prove to me that you would just go away    13:02

But you know deep down because you're a fucking idiot    13:03

I'm telling you right now you keep this up you're gonna lose this one    13:03

And I am totally enjoying it    13:03

Know deep down What??? He chose me    13:03 ✓✓

Me also    13:03 ✓✓


13:03









I saw it will my eyes   13:13 ✓✓

🙈🙈   13:13 ✓✓

You saw the video chat call I'm very sure that you didn't because you would be losing your shit at the moment   13:13

There was video call   13:13 ✓✓

Yeah you fucking idiot   13:13

😂🤣😂😂🤣   13:

Message

---

📷 💬 🍔 ...                    ⏰ 📶 7% 14:33

**Lisa**
last seen a long time ago

😂🤣😂😂🤣   13:13 ✓✓

Your not going to win today   13:14 ✓✓

😂🤣😂🤣   13:14 ✓✓

What do you think Skype is for texting
ha ha
13:14

Your running out of options   13:14 ✓✓

What do you think it shows Skype
because he knew you didn't fucking
know he had one
13:14

I don't need any options I don't give a
fuck you give a fuck
13:14

Don't be silly   13:14 ✓✓

You have fuck all   13:15 ✓✓

Again   13:15 ✓✓

👌👌👌   13:15

☺ Message   🖇 🎤

---

🖼 📱 🍔 ...                ⏰ 📶 📶 7% 🔋 14:33

←   L   **Lisa**
          last seen a long time ago          ⋮

He told me truth   13:15 ✓✓

An you hate being second best 13:15 ✓✓

I have more than both of you know I have
13:15

😂🤣😁🤣 13:15 ✓✓

No bitch I don't give a fuck 13:15

I just want you to go away so go away
13:15

You have fuck all your so unhappy in your life you will chase any bit of run round the world 13:16 ✓✓

What are you talking about my life is fantastic should see where I just woke up this morning 13:16

Trying to make out every one is in l with you 😂🤣😂🤣😂 13:1

☺ Message

L  Lisa

up this morning
13:16

Trying to make out every one is in love with you 😂🤣😂🤣😂
13:16 ✓✓

Actually I'm not I never said Danny was in love with me
13:16

Wow you really are fucking stupid I said he only loves himself did you not pay attention to any of our conversations you Twatt
13:16

I swear to God you get dumber by the fucking second
13:16

😂🤣😊🤣🤣😊 
13:16 ✓✓

How's it feel to have to sit around and wonder about your fucking man you're a fucking loser I would never do that in 1 million years
13:17

Do I fuck I am getting wiser to your shit
13:

I ain't wondering 😂🤣😂

⌣  Message    

 

  Lisa
last seen a long time ago

Do I fuck I am getting wiser to your shit
13:17

I ain't wondering 😂🤣😂 13:17

Why do my shit every time I said I had
anything I showed it to you and it was
there you're the fucking idiot that keeps
believing Danny and staying with them
you're a fucking loser stay with them
have a nice life now leave me alone
13:17

Then why are you still texting me 13:17

You're so content go live your life 13:17

I am thanks 13:18

Very 😘 13:18

Thank god 13:18

So I won't hear from you again right?





I have more than both of you know I have

What dose this mean?? We know you have his coat too 😂🤣  13:27 ✓✓

Clothe collecting freak  13:2

Message



🖼 🟢 🔵 ...                    ⏰ 📶 📶 7% 🔋 14:34

← **L**  **Lisa**
       last seen a long time ago  ⋮

Clothe collecting freak  13:27 ✓✓

No video chat there the really clutching t straws  13:29 ✓✓

At*  13:29 ✓✓

FYI Danny doesn't give a fuck that I am texting you he knows you have fuck all on him now  13:53 ✓✓

Get a fucking life you fucking loser
                              13:53

You are insane.  13:54



Wasn't even me who wrote that. It was my friends joining in on the party 15:57

Sure thing 🤣 17:17 ✓✓

You two are a laughing stock. 😂 think about how nuts you are. Can't let it go. And you know deep down why it rocked you so much. You got over your step mom but can't get over me. So great. 17:30

😂🤣😊🤣😂🤣😂 seriously who t..

Message

← **Lisa**
last seen a long time ago ⋮

😂🤣😊🤣😂🤣😂 seriously who the fuck do you think you are lisa your nothing special 🤣😂🤣 my step mum was 8 years ago 😂🤣 here you again assuming Danny is bang in love with you 17:51 ✓✓

I thought you was going to send me this so called recording 🤔 17:52 ✓✓



Nope. I think he loves himself.  Not you or me or anyone else.  You are just so pathetic you can't see it.    17:52

I'm at a briefing    17:52

I was a phase. This is YOUR LIFE 😂😂    17:53

It has it's up an downs 😎    17:54 ✓✓

It's pathetic    17:54

Really is.  You can't stop your self.  No self esteem no self control.  So sense of pride or self worth because there is no reason for it.  You are trash. 😂    17:55

☺ Message    📎  🎤



🖼 💬 🍔 ...                    ⏰ 📶 6% 🔋 14:34

← **L**  **Lisa**
last seen a long time ago                    ⋮

100K    17:55

You know nothing what happens or has happened in my day to day life    17:55 ✓✓

I know you are nothing and will never be anything that positively contributes to society. 17:56

Lisa I couldn't give a flying fuck what people think of me I am past caring 17:56 ✓✓

You have nothing better to do with your life than message me. And you do care or you would leave me alone. But you can't because you are nothing 17:57

I am doing lots thanks 17:57 ✓✓

Sure you are  17:58

Your not my main proity I ain't a man  17:58 ✓✓

Texting me all day. 17:58



☺ Message 📎 🎤



🖼 🟢 … ⏰ 📶 6% 🔋 14:34

← L **Lisa**
last seen a long time ago ⋮

Case 2:19-cv-04580-JDW Document 68-2 Filed 09/16/20 Page 49 of 63

Takes 2 secs to text 17:58 ✓✓

But it's all you think about. You admitted it. So sad. No life 17:58

No money. No class 17:58

 17:58

Trash. End of. 17:59

And you know it. 17:59

It is in the back of my mind your right
17:59 ✓✓

the worst thing about it was the mental effect it had on me. I new deep down that it was going down I noticed so many different things that has litreally
18:03 ✓✓

Drove me nuts 18:0

Message

6% 14:34



**Lisa**
last seen a long time ago

Drove me nuts 18:03 ✓✓

Here's the truth. I have never lied to you and you know it. Not then. Not now. He has lied to you for 14 years. You will always believe what you want. So there is nothing for me to say. You know in the back of your mind or the bottom of your heart the truth. End of. 18:04

I honestly am so fucked up over this. 18:05 ✓✓

Here's the truth. I have never lied to you and you know it. Not then. Not now. He has lied to you for 14 years. You will always believe what you want. So there is nothing for me to say. You know in the back of your mind or the bottom of your heart the truth. End of. 18:05

Here's the truth. I have never lied to you and you know it. Not then. Not now. He has lied to you for 14 years. You will always believe what you want. So there is nothing for me to say. You



Message



🖼 ⚪ 🍔 ...  ⏰ 📶 6% 🔋 14:35

  **Lisa**
last seen a long time ago  ⋮

> I don't know the truth honestly I don't that's why my head spins about this all the time
> 18:07 ✓✓

He dogged you to me in texts you read. He slept with me and came home to you. He posted pics of your kids with our songs. And lied to you the WHOLE time. I'm the one who told you everything and you still think I'm the liar. You are totally insane
18:07

> Your telling me something happened on the campaign
> 18:07 ✓✓

Sad really. 18:07

Really really sad. 18:08

> 🤔
> 18:09 ✓✓



I could say anything and it wouldn't be enough for you.  You will never stop.  I'm done. You are worthless and not worth my time.  This was fun.  I hope you learned something about yourself.

18:14

Message

---

**Lisa**
last seen a long time ago

enough for you.  You will never stop. I'm done. You are worthless and not worth my time.  This was fun.  I hope you learned something about yourself.

18:14

He dogged you to me in texts you read. He slept with me and came home to you.  He posted pics of your kids with our songs.  And lied to you the WHOLE time.  I'm the one who told you everything and you still think I'm the liar.  You are totally insane

18:14

Here's the truth. I have never lied to

Case 2:16-cv-06630-JFW   Document 53-2   Filed 08/14/20   Page 54 of 63



you and you know it.  Not then. Not now.  He has lied to you for 14 years. You will always believe what you want. So there is nothing for me to say.  You know in the back of your mind or the bottom of your heart the truth.  End of.

18:14

It wasn't your song him  18:14 ✓✓

Kev an him used to sing it way be⌄
you  18:15 ✓✓

😊  Message  📎  🎤



🖼 💬 🍔 ...                     ⏰ 📶 📶 6% 🔋 14:35

←   L   **Lisa**
last seen a long time ago                    ⋮

18:14

It wasn't your song him  18:14 ✓✓

Kev an him used to sing it way before you  18:15 ✓✓

😂🤣😂🤣😂  18:15 ✓✓

Ain't got balls in case you upset Danny or Tommy 😂🤣🤣🤣  18:29 ✓✓

Case 2:19-cv-06530-JDW   Document 55-2   Filed 09/13/20   Page 55 of 63



It was just one picture don't get it twisted 🤣😂🤣😂😂😊   18:32 ✓✓

Fuck!!!   18:33 ✓✓

Yup. 😘   18:46

He wasn't in love with you get over yourself   18:53 ✓✓

I never said he was.  Can't you read?  Reading comprehension must be hard for a high school drop out.  Minor concepts difficult to grasp.   18:57

Message

📷 💬 🍔 ...                    ⏰ 📶 6% 14:35

L   **Lisa**
last seen a long time ago

I never said he was.  Can't you read?  Reading comprehension must be hard for a high school drop out.  Minor concepts difficult to grasp.   18:57

You like to make out though don't ya 🤣   18:58 ✓✓

I new you wouldn't send this video shit your full of it you have just lead me on all day!!

19:00

Dikkkhead 19:00

Ya?  How you doing over there Jaz? Loving life?  So content with your man? Just checking in!

20:25

I am good baby girl he cooked dinner it's a stary

20:49

Start 20:50

Listen lisa 20:50

Don't you want to be on my s

Message



Lisa
last seen a long time ago

Start 20:50

Listen lisa 20:50

Don't you want to be on my side

20:50 ✓✓

Together I reckon we can take down this whole movement

20:50 ✓✓

😂😃🤣😂😂😂 20:50 ✓✓

I could 20:50 ✓✓

Oh you mean no black eye for not serving porridge with a smile? 20:50

I have no interest in taking down the movement. I want to make it clear to you that I'm done with this and you need to leave me alone 20:51

What the fuck are you taking about porridge for

20:51 ✓✓

That's what you told me. 20:52

☺ Message 📎 🎤

⏰ 🛜 📶 6% 🔋 14:35

← **L** **Lisa**

Case 2:19-cv-06503-JDW Document 53-2 Filed 09/16/20 Page 58 of 63

What the fuck are you taking about porridge for 20:51 ✓✓

That's what you told me. 20:52

I just 2ant this screen recording. 21:00 ✓✓

Please 21:00 ✓✓

FUCK YOU 21:02



21:05

**October 22**

😂🤣😂🤣🤣😂🤣🤣😂 she killing me 🤣😂🤣😂😂🤣😂😂🤣 10:37 ✓✓

Like Danny gives a fuck he ain't eve writing back to you we are having a right laugh at you 🤣😂🤣😂🤣😂🤣

😊 Message  

 

**Lisa**
last seen a long time ago

October 22

 she killing me 😂🤣😂🤣😂🤣😂🤣

10:37 ✓✓

Like Danny gives a fuck he ain't even writing back to you we are having a right laugh at you 🤣😂🤣😂🤣😂😂🤣 🤣🤣😂😂🤣😂😂😁😂😂🤣🤣

10:37 ✓✓

That's what we are doing over you. You think I care about danny. You are an idiot.

10:40

Grow up. Get a fucking life   10:40

I'm going to galas with the Vice President today. You think I care about two welfare losers.

10:41

   10:41

Stop making fake accounts loser and

Message



☐ ☉ ⊙ ...    ⏰ 🛜 📶 6% 🔋 14:36

← **Lisa**
last seen a long time ago    ⋮

Say* 10:46 ✓✓

You should see my texts. 10:46

Danny blocked Avi. 10:46

They all think he's a loser 10:46

Grifter 10:46

He blocked him because of the video
get ya facts right the only people that
matter is kev an Tommy an I am 100
percent that they are not your biggest
fans 😂🤣😁haven't got many 🤣🤣
most people think your easy and very
starnge 🤣😂🤣😂😂🤣your not even
Involved anymore your nothing special
at all. 🤣😂🤣😂🤣😂😂🤣🤣😂🤣🤣



Message



**Lisa**
last seen a long time ago

You crack me up 🤣🤣🤣🤣🤣🤣😃😃😃   10:51 ✓✓

What Tommy calls me every day   10:51

   10:51

Another lie just like your imagery boyfriend's sending me pics of men from Google   10:52 ✓✓

🤣😂🤣😂😂😂😂   10:52 ✓✓




Tommy Robinson





**Lisa**
last seen a long time ago

I'm going to galas with the Vice President today. You think I care about two welfare losers. 10:41

😂😂 10:41

Stop making fake accounts loser and leave me alone 10:41

Everyone in the movement laughs behind danny's back. The "Disguise" 😂 his demo with 5 people that showed. I have more friends than



that in my back yard. He is a laughing stock and so are you. They all think you are crazy and they all said I thought danny's misses would have been fit. 😂😂😂

10:43

Joke is on you. 10:44

😂🤣😂🤣😂😂 10:45 ✓✓

That's not what they at to me 🙈

10:

⌄

😊 Message 📎 🎤



🖼 🟢 🍔 ...

⏰ 📶 📶 6% 🔋 14:36

← L **Lisa**
last seen a long time ago

⋮

boyfriend's sending me pics of men from Google 10:52 ✓✓

🤣😂🤣😂😂😂 10:52 ✓✓

5:52 📶 5G 🔋

‹ Tommy Robinson 📹 📞

Tue, Oct 15