# EXHIBIT S – PART 2





Who josh. 10:54

They sent them to me 10:54

But I'm not involved anymore 😂 10:54

That proves that you even have Tommy sending you pictures of Danny 🤣😂🤣😂🤣😂🤣 10:55 ✓✓

An I am the crazy one 10:55 ✓✓

You can't get over him can ya 😂🤣😂 10:55 ✓✓

This is killing you 🤣😂🤣😂🤣😂🤣🤣😋🤣🤣😋😋🤣🤣😀😀😀🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣 10::

Message



📷 💬 🍔 ...                    ⏰ 📶 📶 6% 🔋 14:36

← L Lisa
last seen a long time ago



Mar 10, 2020, 9:15 AM





But you don't know if anything I'm
saving is real or not

Message



**Lisa**
last seen a long time ago

pieces of information                    10:06

But you don't know if anything I'm
saying is real or not          10:06

I DO   10:06 ✓✓

I know your tricks   10:06

No you don't 🤣   10:06 ✓✓

I've watched you do them to Danny
10:07

You'll say i know this... Even though
you're unsure and then he gets
confused and then he admits to it   10:07

YOU HAVE SEEN NOTHING YET   10:07 ✓✓





That? 10:08 ✓✓

I really wanna know how it feels to be so fucked up in the head 10:08

Is it hard living like that 10:09

Is it also hard knowing you can't take a picture without a filter 10:09

 Message  



8% 14:29

**Lisa**
last seen a long time ago

I really wanna know how it feels to be so fucked up in the head 10:08

Is it hard living like that 10:09

Is it also hard knowing you can't take a picture without a filter 10:09

You seriously haven't got a clue I have never tried to any thing like that ever

10:09 ✓✓

An I defanitly wouldn't do anything over Danny 🤣😂

10:09 ✓✓

Well that's good to know   10:10

I would of been dead along time ago if that was the case 🤣😂

10:10 ✓✓

Yeah cause he's such a piece of shit

10:10

And you're messaging me over a piece of shit

10:10

 Message

---

📷 💬 🍔 ...                    ⏰ 📶 8% 14:29

← **L**   **Lisa**
last seen a long time ago                    ⋮

Do you see how inconsistent you are

10:10

I just need to know the truth for my own sanity

10:11 ✓✓

Ask for it from him why ask for it from me

10:11





I want to see this Skype thing  10:14 ✓✓

I'm sure you do  10:14

I do but you clearly haven't got the balls to show me in case you upset Danny
10:15 ✓✓

Just know deep down that if I really wanted Danny I would have him.  But I don't
10:15

Be wouldn't go back to you after all this
10:16 ✓✓

I wouldn't go back to him after all this
10:16

Get it straight  10:16

  10:16 ✓✓

You would an you know it  10:16 ✓✓

Not in 1 million fucking years  10:16

 Message  



Message

 **Lisa**
last seen a long time ago

And deal with you forever no thanks
10:16

I'll protect him but I don't want him 10:17

I have no relationship with you 10:17

The only reason I ever showed you anything in the first place was because I was sick of all the lies
10:17

But since you refuse to go anywhere there's no benefit in that for me 10:17

It's all a cost benefit analysis 10:17

And there is no return on my investment from showing you anything
10:17

No it wasn't you Wanted to make me suffer



Case 2:19-cv-06019-JFW Document 53-3 Filed 09/16/20 Page 16 of 67





Interesting I knew you wanted to be me
10:20

Or Elisabeth 10:20

No way 10:20

Fuck that I would never do thi~~
another girl~~

Message



14:30

**Lisa**
last seen a long time ago

Maybe lisa 10:19

10:19

Interesting I knew you wanted to be me
10:20

Or Elisabeth 10:20



No way 10:20

Fuck that I would never do this to another girl

10:21

No matter what she had done to me no one deserve this

10:21

Oh really because you have no problem coming at me

10:21

Because you fucked with my life

10:22



An I new it from the staty 10:



Start 10:

Message



14:30   7%

**Lisa**
last seen a long time ago

Oh really because you have no problem coming at me

10:21

Because you fucked with my life

10:22



And I know it from the start  10:22

Start  10:23

I have never slept with anyone's man  10:23

I never would  10:23

I know the feeling  10:23

It sucks  10:23

That's why it's so funny for me you get all angry and call me all these names but deep down it's all because you know how awesome I am and it scares you. You see me as a threat to your life. And if you didn't think That I had any power over you or danny you wouldn't be messaging me  10:23

Message

🖼 ⚪ ⬤ ...        ⏰ 🛜 📶 7% 14:31

← ⬤ L   **Lisa**
last seen a long time ago   ⋮

I know the feeling  10:23

It sucks  10:23 ✓✓

That's why it's so funny for me you get all angry and call me all these names but deep down it's all because you know how awesome I am and it scares you. You see me as a threat to your life. And if you didn't think That I had any power over you or danny you wouldn't be messaging me  10:23

That's why none of the things you say get to me or hurt me. Because we all know the truth.  10:24

You're just a scared sad little girl  10:24

I am messaging you because I saw on his phone that you said don't make me ruin her day which instantly I new you had something in him I don't want to hurt you or make you feel shitty I am angry with this situation. An I jus.

Message

← **Lisa**
last seen a long time ago

be messaging me
10:23

That's why none of the things you say get to me or hurt me. Because we all know the truth.
10:24

You're just a scared sad little girl
10:24

I am messaging you because I saw on his phone that you said don't make me ruin her day which instantly I new you had something in him I don't want to hurt you or make you feel shitty I am angry with this situation. An I just want to get over it. But I can't your right because we both know the truth I am not jealous of you an u defiantly don't want to be you
10:25 ✓✓

I thought like I have said at that point in are relationship that we all good it broken me that he could do that to me again for the last 3 years i have put my heart am soul into this
10:27 ✓✓

I am not scared I just don't war waste anymore time
10:27 ✓✓

**Lisa**
last seen a long time ago

because we both know the truth I am not jealous of you an u defiantly don't want to be you

10:25 ✓✓

I thought like I have said at that point in are relationship that we all good it broken me that he could do that to me again for the last 3 years i have put my heart am soul into this

10:27 ✓✓

I am not scared I just don't want to waste anymore time

10:27 ✓✓

With him 10:27 ✓✓

None of that is my problem nor my issue

10:27

You fucked up when you made an enemy out of me instead of being cool like the original plan

10:28

If he wanted you so bad why ain't you together



I don't want to be with him I live in
another country I have an amazing

☺ Message     🖉   🎤



🖼 🟢 🍔 ...      ⏰ 📶 ▮ 7% ▮ 14:31

←   **L**   **Lisa**
       last seen a long time ago    ⋮

issue                   10:27

You fucked up when you made an
enemy out of me instead of being cool
like the original plan         10:28

If he wanted you so bad why ain't you
together               10:28 ✓✓

I don't want to be with him I live in
another country I have an amazing
boyfriend and an amazing job   10:28

You blocked me after you left England
                              10:28 ✓✓

I'm not gonna go and risk all my good
shit to be with somebody who doesn't
even have any money         10:28



I was cool with you   10:28 ✓✓

No you weren't you started sending me crazy messages again   10:28

So I blocked you   10:28

Message



🔔 📶 7% 🔋 14:31

**Lisa**
last seen a long time ago

shit to be with somebody who doesn't
even have any money   10:28

I was cool with you   10:28 ✓✓

No you weren't you started sending me
crazy messages again   10:28

So I blocked you   10:28

It took a lot for me to even meet you
10:29 ✓✓

You should've kept me as an ally but
you fucked up   10:29



You was never on my side 10:29 ✓✓

An never have been 10:29 ✓✓

I actually was for a short period of time
10:29

I'm certainly not now 10:29

No not at all 10:2

Message

🖼 🟢 🍔 ...                    ⏰ 📶 📶 7% 🔋 14:31

← L **Lisa**
last seen a long time ago        ⋮

I actually was for a short period of time
10:29

I'm certainly not now 10:29

No not at all 10:29 ✓✓

And I never will be again know that
10:29

You burnt me far too many times 10:29





Maybe you'll get it through your thick
fucking head and get on with your life
10:42

Your the one feeding me bullshit
10:42 ✓✓

Oh now I'm feeding you bullshit  10:42

Your shit isn't gonna work on me  10:42

I know it and you know it you've met
your match lady                    10:43

🤣😂🤣  10:43 ✓✓

Get off ya high horse  10:4

Dikkhead  10:44 ✓✓

☺ Message                    📎  🎤

─────────────────────────────────

🖼 💬 🍔 …          ⏰ 📶 7% ▮ 14:31

←   L   **Lisa**
         last seen a long time ago     ⋮

🤣😂🤣  10:43 ✓✓

Get off ya high horse  10:44 ✓✓

Dikkhead 10:44 ✓✓

The view is pretty good up here 10:44

What's the weather like 10:44 ✓✓

🤣 10:44 ✓✓

Sunny and beautiful 10:44

How is it there in the gutter 10:44

Wouldn't know 😋 10:45 ✓✓

Right 10:45

As it your now writing to Danny 🙈 10:49 ✓✓

What? 10:50

Message

🖼 💬 👑 ...          ⏰ 📶 7% 🔋 14:32

← L Lisa
last seen a long time ago ⋮

As it your now writing to Danny 

10:49 ✓✓

What? 10:50

I only write Danny when you write me
just know that.
Every time you message me iMessage
him and let him know. If anybody is
still keeping me in contact with Danny
it's you

10:50

😂🤣 10:51 ✓✓

What the fuck is even going on here

10:51 ✓✓

What's going on is you won't leave me
alone

10:52

I have no interest in danny at all 10:52

He has no interest in me and you need
to grow the fuck up

10:52



  



**Lisa**
last seen a long time ago

He has no interest in me and you need to grow the fuck up
10:52

You have shit on Danny an tell me about it how would you react? 10:52 ✓✓

But you're too fucking stupid to get it through your head
10:52

That's not what happened what happened as you started messaging me crazy shit again
10:52

Twist it however you think will work but I'm not going to give in to your bullshit
10:53

October 21

Okay so Danny told me he gave you the whole if things where different speech on skype so keep ya fucking proof. Look if what your saying is true an he really did love you why did he finish it all before I even found out


You don't have to answer that. You

☺  Message  🖉  🎤

---

  ...         ⏰ 🛜 ⪍ 7% ▮ 14:32

←   **L**   **Lisa**                          ⋮
         last seen a long time ago

I'm not going to give in to your bullshit.

                                                    10:53

**October 21**

Okay so Danny told me he gave you the whole if things where different speech on skype so keep ya fucking proof. Look if what your saying is true an he really did love you why did he finish it all before I even found out?? You don't have to answer that. You didn't have sex on the campaign you had a conversation that's all like I said actions speak louder than words.

                                                    07:23 ✓✓

  08:07

You are never going away are ya?  08:08

Yesterday showed me your true colours everyone was right about

you! Psychotic weirdo who is out to make my life hell. Danny finished you an you was crying your eyes out at the airport threatening him to tell m about this sick lil affair. The way you

Message

---

7% 14:32

**Lisa**
last seen a long time ago

You are never going away are ya? 08:08

Yesterday showed me your true colours everyone was right about you! Psychotic weirdo who is out to make my life hell. Danny finished you an you was crying your eyes out at the airport threatening him to tell me about this sick lil affair. The way you talk is disgusting I would of gone mad an wanted to kill you a couple of years ago but that's not me now. I had Danny in tears last night begging me to stop talking to you b3fore you split us up AGAIN He also admitted that he did ha e feelings for you but every time he came home it got worse an he realised



that if he carried on he would lose me completely. I message you because I am fucked in the head OVER THIS  an like I said I have to get things off my chest when I have gut a feeling which you have now both confirmed. 08:55 ✓✓

Thanks for the conversation ⌄
08:55 ✓✓

Message



🖼 💬 🍔 ...                        ⏰ 🔊 📶 7% 🔋 14:32

← L **Lisa**
last seen a long time ago           ⋮

Thanks for the conversation. 😘
08:55 ✓✓

You're so fucking crazy you have no idea what you're talking about you're the biggest fucking idiot I've ever met my entire life when are you just going to go away          12:53

How pathetic is this   12:53

40m ago from Camera Roll                  ⋮

JUST FOR YOU DAZ







12:54 ✓✓

That is pathetic 12:55 ✓✓

No that shit was funny 12:55

Like I said we all know the truth it's just you that refuses to admit it 12:55

You're an ugly crack whore for real 12:55

😂🤣😂 12:5

You really don't get to me 12:56 ✓✓

Message

📷 💬 🍔 ...  ⏰ 📶 ▂ 7% 🔋 14:32

**Lisa**
last seen a long time ago

😂🤣😂 12:55 ✓✓

You really don't get to me 12:56 ✓✓

I still have the proof of Danny want to



Downloaded from https://xxxxxxxxx it might now 667

keep lying tell him I'll send it right over

12:56

Say what you want  12:56 ✓✓

I don't have to say anything I have everything in text message and screen recorded

12:56

Send it! he told me the truth  yesterday

12:57 ✓✓

If I wasn't driving right now I'll send it all right to you I'm sure he did I'm sure he told you everything that Man hasn't told you the truth in fucking 13 years. And you know it.

12:57

Like I keep saying actions speak lou
words. He told me yesterday broke

Message

---

🖼 💬 🍔 ...                          ⏰ 📶 📶 7% 🔋 14:32

← L  **Lisa**
      last seen a long time ago                    ⋮

Like I keep saying actions speak louder
words. He told me yesterday broke

words. He told me yesterday broke
down to me an paid it all out to me

12:58 ✓✓

I'm sure he did that's what he did the
last six times                    12:58

You mean shit to him. Like you keep
saying it only me dragging this up

12:59 ✓✓

Well that's true   12:59

That doesn't mean he can't keep his
dick to him sell                  12:59

Self   12:59

   12:59

So good if you know everything and
you believe danny stop fucking texting
me                                12:59



Don't try an say you have slept with him

☺  Message                          

Mar 10, 2020, 9:14 AM









You let avi send it to his own pho e 09:32 ✓✓

Phone 09:32 ✓✓

I didn't let Avi do shit 09:32

There's like 1000 witnesses 09:32

Message

---

9% 14:26

**Lisa**
last seen a long time ago

Phone 09:32 ✓✓

I didn't let Avi do shit 09:32

There's like 1000 witnesses 09:32

Another lie 09:32 ✓✓

And danny knows it too 09:33

Didn't try an protect my kids then 09:33 ✓✓









It came from you enough said  09:34 ✓✓

I'm not showing it to you because we talk I'm showing it to you because you know that I know that  I didn't share that video
09:34

👏👏👏  09:35 ✓✓

😉
09:35

Which is  09:35 ✓✓

Fuck off Jaz 🤣  09:36

That's what I was asking about last night
09:36 ✓✓

SEE YOU ARE TRYING TO MAKE M[E] FEEL CRAZY SO WHAT THE FUCK [DO] YOU EXPECT WHEN YOU ABUSE LIKE

Message

🖼 💬 🍔 ...    ⏰ 📶 9% 🔋 14:26

← L  **Lisa**
last seen a long time ago

Fuck off Jaz 09:36

That's what I was asking about last night 09:36 ✓✓

SEE YOU ARE TRYING TO MAKE ME FEEL CRAZY SO WHAT THE FUCK DO YOU EXPECT WHEN YOU ABUSE LIKE THIS 09:36 ✓✓

Answer me this if you trust him so much, And you too are so happy, Why are you bothering me all the time 09:36

It's been playing on my mind since you said that to him 09:37 ✓✓

I wouldn't do anything if you didn't speak to me 09:37

It's that simple 09:37

I just want to know the fucking truth now 09:

Go away and move on



Message  



**Lisa**
last seen a long time ago

Go away and move on. 09:37

I new there was something else

09:37 ✓✓

I will when I can put it all to bed 09:37 ✓✓

But I thought you said I'm a liar and everything is bollocks 09:37

Your man can't tell you the truth so you go everywhere else looking for it it's pathetic 09:38

Just like the rest of your pathetic life 09:38

I just want to know what the fuck I am dealing with 09:38 ✓✓

How do you not know you've been with the dude for 13 years 09:39

Do you know exactly what you have and that is why you are messaging me 09:39



Message

📷 ⓦ 🍔 ... ⏰ 🛜 📶 9% 🔋 14:26

← **Lisa**
last seen a long time ago ⋮

👋 09:39

Lisa what do you get out of not showing me
09:39 ✓✓

Fun 09:40

Your protecting him because you still have feelings for him
09:40 ✓✓

Hence you sitting around on his clothes
09:40 ✓✓

You're never going to go away why give you any more ammo?
09:40

I have no feelings for Danny 09:40

Bollox 09:40 ✓✓

You do 09:40 ✓✓



OK think whatever you want 09:40

You told him you love him 09:40 ✓✓

Message

---

Lisa
last seen a long time ago

You do 09:40 ✓✓

OK think whatever you want 09:40

You told him you love him 09:40 ✓✓

An you took your ring off over him
09:40 ✓✓

Hahahaha Me and my girl Tricia were just talking about this earlier today 09:40

We were talking about how crazy it was I actually even thought I liked him 09:41

Planned to leave your family home
09:41 ✓✓



We were rolling on the floor laughing
so hard                                    09:41

I am sure you was  09:41 ✓✓

Yeah I got brought up because of you
                                    09:41

We were like what was I thinking

Message



🖼 🟢 🍔 ...                    ⏰ 📶 9% 🔋 14:26

← L  **Lisa**
       last seen a long time ago          ⋮

so hard                                    09:41

I am sure you was  09:41 ✓✓

Yeah I got brought up because of you
                                    09:41

We were like what was I thinking  09:41

So funny  09:41

Telling him you have never felt like this
since 2007                                09:41 ✓✓



All of that was true at the time  09:41

I'm not gonna deny it but it certainly doesn't exist now  09:41

I no it dose  09:42 ✓✓

Lair  09:42 ✓✓

I'll correct your grammar for you.  I

Message



🖼 🟢 🍔 ...                              ⏰ 📶 9% 🔋 14:27

← **L** **Lisa**
last seen a long time ago                         ⋮

I no it dose  09:42 ✓✓

Lair  09:42 ✓✓

I'll correct your grammar for you.  I know it does.  09:42



09:42

Your wouldn't even entertain me or still have his cock on your phone    09:42 ✓✓

I don't delete anything on purpose just for incidents like this    09:42

I'm only entertaining me because you refuse to go away I block to you that didn't work you make up fake accounts I block them that doesn't work so instead I will just torture you    09:42

Message



9% 14:27

Lisa
last seen a long time ago

have his cock on your phone    09:42 ✓✓

I don't delete anything on purpose just for incidents like this    09:42

I'm only entertaining me because you

refuse to go away I block to you that
didn't work you make up fake accounts
I block them that doesn't work so
instead I will just torture you   09:43

Why when don't show anything?? I will
tell ya because you have made it all up

09:43 ✓✓

You know that's not true   09:43

Oh wait here comes   09:43

Bullox   09:43

😂😘👌   09:44

You have fuck all to show me   09:44

Your a lair   09:44

Message



📷 💬 🎮 ...                    ⏰ 🛜 📶 9% 🔋 14:27

←    L    **Lisa**
          last seen a long time ago       ⋮

😂😘👌   09:44

You have fuck all to show me  09:44 ✓✓

Your a lair  09:44 ✓✓

Ok.  09:44

Keep telling yourself that if it makes you sleep better at night  09:44

I SLEEP VERY WELL THANKS  09:45 ✓✓

I have nothing to gain by showing you anything you never go away, Danny and Tommy will be mad, Your kids will suffer. How does it benefit me to show you anything  09:45

Plus this is way more fun  09:45

Especially because I know I have truth on my side  09:45

Like Tommy cares about you an Danny

⌄

☺  Message  📎  🎤

🖼 🟢 ⊚ ...  ⏰ 📶 ▮ 9% ▮ 14:27

Lisa

Case 2:19-cv-06019-JDW   Document 54-3   Filed 09/16/20   Page 54 of 67

and Tommy will be mad, your kids will suffer. How does it benefit me to show you anything

09:45

Plus this is way more fun    09:45

Especially because I know I have truth on my side

09:45

Like Tommy cares about you an Danny 😃🤣

09:46 ✓✓

Tommy would care if I disrupt the apple cart

09:46

Still protecting him    09:46 ✓✓

No it's more about making you angry and suffer

09:46

You're the one that needs to put it all behind you not me

09:47

You're the one that's in a position of weakness because you live with a man you don't trust

09:47



**Lisa**
last seen a long time ago

and sutter
09:46

You're the one that needs to put it all behind you not me
09:47

You're the one that's in a position of weakness because you live with a man you don't trust
09:47

I don't trust anyone 09:47

That's just me 09:47

You're the one that has nothing going for her and her whole entire life except for Danny fucking Tommo
09:47

That's bollox 09:47

Really? You see your self getting new furniture anytime soon
09:48

Your not getting to me 09:48







I won't I want you to suffer an feel the way you made me feel 09:48 ✓✓

Hopefully one of you will get a real job 09:48

I have a real job 09:49 ✓✓

Yes you do or you would message me the crazy shit that you do 09:49

I mean a real one where you make real money 09:49

I do thanks 09:49 ✓✓



and I worked hard my whole entire life
09:51

I didn't do drugs and date murderers
09:52

I don't cheat on my men I don't let them cheat on me
09:52

Expect Danny 09:52 ✓✓

I've lived a good life and that's why good things come to me
09:52

Let him walk all over you

Message

---

🖼 💬 🍔 ...                    ⏰ 📶 8% 🔋 14:28

← L **Lisa**
last seen a long time ago          ⋮

I don't cheat on my men I don't let them cheat on me
09:52

Expect Danny 09:52 ✓✓

I've lived a good life and that's why good things come to me
09:52



Let him walk all over you  09:52 ✓✓

That's what you think happened  09:52

But we all know the truth  09:53

And so do you and that's why you're so threatened by me that you keep messaging me  09:53

You paid for Everything  09:53 ✓✓

You said it yourself you know him better than anyone and you know what his messages meant  09:53

I don't have to tell you shit it's in your heart you know it

☺ Message  📎 🎤



🖼 🟢 🎮 ...   ⏰ 📶 📶 8% 🔋 14:28

← L **Lisa**
last seen a long time ago   ⋮

I don't have to tell you shit it's in your heart you know it  09:53

Why do you like telling me stuff like

that?

09:54 ✓✓

Why do you like messaging me out of the blue about dumb fucking shit that doesn't matter anymore

09:54

You were the only one that can't get over this

09:54

Danny and I are long over it

09:54

Because it matters to me

09:54 ✓✓

An yeah I can't get over it

09:54 ✓✓

That's on you

09:55

It's hurts it's shit

09:55 ✓✓

Oh now you're hurt

09:55

☺ Message

⏰ 🛜 ⁄l 8% 🔋 14:28

← L **Lisa**
last seen a long time ago

Why would you be so hurt if you knew
he would never come back to me if I
wanted to                                    09:56

See this is what I mean    09:56 ✓✓

Your fucking evil    09:56 ✓✓

They're legitimate questions    09:56

Either I'm a terrible lying whore person
and danny is the greatest OR....    09:57

Please send me this shit you have on
him                                          09:57 ✓✓

Please    09:57 ✓✓

The fact of the matter is You can say
I'm just some dinlo but you know better
                                             09:57

I am fucking begging you    09:57 ✓✓

You know I'm tall beautiful successful.
And it scares the ever fucking daylights

☺ Message                      

**Lisa**
last seen a long time ago

An yeah I can't get over it  09:54

That's on you  09:55

It's hurts it's shit  09:55

Oh now you're hurt  09:55

I MEAN IT HURT LIKE HE'LL  09:55



09:55

Hell  09:55

Why would you be so hurt if I was just a paycheck to him  09:55

Why would you be so hurt if you knew I meant nothing to him  09:56

Case 2:19-cv-06693-JDW Document 53-3 Filed 09/16/20 Page 64 of 67





😊 Message

🗐 📞 🍔 ...                    ⏰ 🔋 📶 8% 🔋 14:28

← L **Lisa**
       last seen a long time ago                    ⋮

I'm just some dinlo but you know better
09:57

I am fucking begging you  09:57 ✓✓

You know I'm tall beautiful successful.
And it scares the ever fucking daylights
out of you
09:58

Yes lisa we know Danny is in love with
you an yes your right it fucking dose
09:58 ✓✓

Danny is only in love with himself  09:58

I have told him I can't get over this
09:58 ✓✓

And you are crazy and can't see that
09:58

I am crazy an I can see that  09:59 ✓✓



Case ... Document 53-3 Filed 09/16/20 Page 66 of 67



