# EXHIBIT S - PART 3



I'm not giving you shit because you don't deserve it 10:01

I new that's what you ment by don't let me ruin her day 10:02 ✓✓

I new I new I new 10:02 ✓✓

You're insane 10:02

And I'm not saying that I did 10:02

Bollox 10:0

I know 10:02 ✓✓

Message

---

8% 14:29

**Lisa**
last seen a long time ago

I new that's what you ment by don't let me ruin her day 10:02 ✓✓

I new I new I new 10:02 ✓✓

You're insane 10:02

And I'm not saying that I did  10:02

Bollox  10:02 ✓✓

I know  10:02 ✓✓

I ain't stupid  10:02 ✓✓

It's funny that you knew it.  But I have other messages from you that says he would've never touched me  10:02

Which one is it Jaz  10:02

You tell me  10:02

Well we both know what he's  10:0

Message

📷 💬 🍔 ...                    ⏰ 🛜 📶 8% 🔋 14:29

← **(L)** **Lisa**
        last seen a long time ago                     ⋮

It's funny that you knew it.  But I have

would've never touched me                    10:02

Which one is it Jaz   10:02

You tell me   10:02

Well we both know what he's like
10:03 ✓✓

Well you seem pretty stupid to me   10:03

I hope you're happy I hope you got everything you wanted out of messaging me
10:03

You don't know me or my story   10:03 ✓✓

An yeah I did   10:03 ✓✓

I don't need to I see the end result it's pathetic
10:03

I new there was something   10:04 ✓✓

😊 |Message                    📎   🎤

Mar 10, 2020, 9:14 AM



Or my children's 22:0

☺ Message 📎 🎤



🖼 ⦾ 👑 ... ⏰ 🔊 📶 10% 🔋 14:21

← **L** **Lisa**
last seen a long time ago ⋮

▶ ╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷
00:35 22:07

You seriously don't know what your talking about I told you stuff that I wanted you to know. Who gives a fuck for money you can't take any of it when you die you should try an be a bit more humble my sweet 😉😉😉😋 22:09 ✓✓

Your pissed because Danny left you for me 🤣😂 22:09 ✓✓

Jokes on you 22:09 ✓✓

You was just he ticket to places 22:10 ✓✓

▶ ╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷



That's when he finished you  22:11 ✓✓



▶ 00:03  22:11

I asked him he said your chatting shit trying to split us up  22:

☺ Message  📎  🎤

🖼 💬 🍔 ...  ⏰ 📶📶 10% 🔋 14:22

← Ⓛ **Lisa**
last seen a long time ago  ⋮

🤣😂🤣😂  22:12 ✓✓

▶ 00:15  22:12

He won't call you  22:13 ✓✓

Your chatting shit  22:13 ✓✓





keep messaging me every month.   22:15

I don't message you because I don't give a shit you give a shit   22:15

So come on where's this proof   22:16 ✓✓

You have fuck all he wouldn't even come near you on the campaign   22:16 ✓✓

▶ 00:09   22:16

▶ 00:11   22:16

Message

---

⏰ 🔔 📶 10% 🔋 14:22

← L **Lisa**
last seen a long time ago   ⋮

I don't feel like shit now 🤣😂🤣
22:22 ✓✓

I am loving this too 22:22 ✓✓

Good times 22:22

So you gonna try an show me this proof 22:23 ✓✓

Or keep me hanging 22:23 ✓✓



▶ 00:06 22:23

I would love to see what you come up with 22:23 ✓✓

▶ 00:06 22:24

Bring it on 😂🤣😂 22:2

See you have shit

☺ Message 📎 🎤

🖼 🟢 👑 ...  ⏰ 📶 10% 🔋 14:22

← L **Lisa**
last seen a long time ago ⋮

😂🤣😁🤣🤣 22:29 ✓✓

What are you trying to get at?? 22:30 ✓✓

Dikkkhead 22:30 ✓✓

You ain't got fuck all lisa 🤣😂🤣 so sad 22:31 ✓✓

😂🤣😂😊😂😁😁😁😁😁😁 22:31 ✓✓

🙈🙈🙈 22:45 ✓✓

I'm on the phone relax ho 22:45

🤣😂🤣 fucking hilarious 23:09 ✓✓

I'm re-downloading my Skype app real quick hold up 23:10

October 20

Sure 🤔 00: ✓

⌄

☺ | Message                    📎  🎤



10% 14:22

**Lisa**
last seen a long time ago

October 20

Sure 🤔  00:33 ✓✓

I new it was all shit  00:33 ✓✓

Ya ya.  You know it's not.  08:48

You are TRASH  08:48

Your out to fuck with me  08:48 ✓✓

It's clear yo see  08:48 ✓✓

To  08:48 ✓✓

Now I am.  08:49

But it's all still true.  08:49

Or you would of sent it me  08:49 ✓✓

Bollox  08:4

I just didn't want to hurt your feelings

☺ Message



📷 🟢 ⬛ ...                    ⏰ 📶 📶 10% 🔋 14:22

← **Lisa**
  last seen a long time ago          ⋮

Or you would of sent it me  08:49 ✓✓

Bollox  08:49 ✓✓

I just didn't want to hurt your feelings
before
                                    08:49

No I still kind of wanna protect danny
                                    08:49

Hahahahaha ha  08:49

Your sick an twisted you have fuck all
on him
                                    08:49 ✓✓

Still wanna protect Danny 🤣😂  08:50 ✓✓

Just like I didn't have that thing on
Jessica that you read but I wouldn't
send it to you
                                    08:50

He doesn't deserve crazy fucking you

08:50

I thought you didn't care 08:50 ✓✓

Message

08:50

I thought you didn't care 08:50 ✓✓

You make his life more difficult you can't just be fucking cool ever that's why he cheats on you all the time 08:50

I don't care about him I care about Tom in the long run but he doesn't deserve shit either

08:50

Bollox 08:50 ✓✓

You do care about him an this is why you make shit up to split us people

08:50 ✓✓



That's right everybody's a liar but you and Danny
08:50

Up not people 08:51 ✓✓

Ffs 08:51 ✓✓

What interest do I have In splitting you

☺ | Message 📎 🎤



🖼 💬 🍔 ...                    ⏰ 📶 📶 10% 🔋 14:22

← **L** **Lisa**
last seen a long time ago        ⋮

What interest do I have In splitting you up
08:51

Getting with him 08:51 ✓✓

Seriously. 08:51

😂😂😂 08:51

Been there done that don't need small dick
08:51

So why are you doing this?? 08:52 ✓✓



Or should I say Louise 08:53

All that bollox I am just uploading Skype 😂🤣😂 08:53 ✓✓

You don't have an iPhone you stupid cunt when you have too many things they have to reinstall 08:53

Check his if you don't want to check my 08:53

Mine 08:53

He lost that way before then 08:53

Message

---

📷 💬 🍔 ... 🕐 📶 📶 10% 14:23

← L **Lisa**
last seen a long time ago ⋮

08:53

He lost that way before then 😂🤣 08:53 ✓✓

He doesn't have Skype 08:53 ✓✓



The fact of the matter is my sweetness actions speak louder words so I don't give a fuck what he's has said to you it means jack shit all he was going it for was money an sex an when you hand it to him on plate of course he's going to take a seat. He left you because your a freak an was threatening to tell me about your sick affair  09:05 ✓✓

How many times I've to tell you I don't want to be with him you're the only crazy person that would  09:05

An you said Danny doesn't deserve a crazy me!!! Your hung up on him that bad it's laughable  09:05 ✓✓

You did want to be with him I ha e seen the conversation 😂😃😂  09:0

Yeah just like Jessica was hung up on

 Message  

 

last seen a long time ago

the conversation 😂😃😂 09:06 ✓✓

Yeah just like Jessica was hung up on him and every other girl he tried to fuck OK 09:06

Keep dreaming 09:06

😂🤣😂😋😁😋😂 09:06 ✓✓

Sad women 09:06 ✓✓

If I'm so sad why do you keep texting me 09:07

Why are you so worried 09:07

And Mo can't go by without you texting me 09:07

Month 09:07

And stalking me 09:07

If you have nothing to worry about you wouldn't care what I do 09:07

 

 

**Lisa**
last seen a long time ago

You was posting pics of you in my boyfriend clothes expect a reaction

09:08 ✓✓

Your a lanky old women 09:08 ✓✓

I also enjoy writing to you 😂🤣😂

09:09 ✓✓

Good for you I enjoy it to 09:09





Message



## Lisa
last seen a long time ago

09:10

What the fuck dose that prove? 😂🤣

09:11 ✓✓









Bollox 09:12 ✓✓

You know he knows it and that's why he's asking me not to do anything 09:12

He don't 09:12 ✓✓

Bollox 09:1

But I love torturing you 09:12

Message



**Lisa**
last seen a long time ago

But I love torturing you 09:12

That's sick 09:12 ✓✓

Read it honey it's as clear as day 09:13

Your pure evil 09:13 ✓✓

You're sick now leave me alone you stupid cunt 09:13



forever so nobody else has to deal with any of your crazy bullshit 09:13

I am a lil crazy who gives a fucl 09:14 ✓✓

You ain't seen nothing yet 😉 09:14 ✓✓

Trust me 09:14 ✓✓

Im basically in love with my new man. I don't need danny. 09:14

😂🤣😂🤣🤣😂 09:14 ✓✓

Sure you are 09:14 ✓✓

Ok. 09:14

😊 Message 🖇 🎤

🖼 🟢 🍔 ...                    ⏰ 📶 9% 🔋 14:24

L  **Lisa**
   last seen a long time ago        ⋮

← 

Sure you are 09:14 ✓✓

Ok. 09:14

That's why you still have videos of him an his clothes 😂🤣😂🤣 09:15 ✓✓

I bet ya still do yaself over him 09:15 ✓✓

🤢🤢🤢🤢 09:15 ✓✓

Fucking filthy 09:15 ✓✓

How's your eye 😂🤣😂🤣😬😂 09:15 ✓✓

You're an idiot 09:15

🤣😂🤣😂 09:15 ✓✓

Your a dirty old lair 09:16 ✓✓

One shirt that's extra comfortable and expensive I'm not throwing out a 200 pound shirt 09:16

Message

9% 14:24

**Lisa**
last seen a long time ago

Your a dirty old lair 09:16 ✓✓

One shirt that's extra comfortable and expensive I'm not throwing out a 200 pound shirt 09:16

Yup. Because I've lied to you so much this far 09:16

Did you buy that too 🤣😂🤣😂 09:16 ✓✓

I don't need him. I have guys lining up at my door. This is what it's like to have a real man sweetheart 09:20

🤣😂🤣😂😂 09:21 ✓✓

Fuck off 09:21 ✓✓

😂🤣😂🤣😂😂😂 09:21 ✓✓

Your such a joker 09:21 ✓✓

Not someone who beats you and



 Message  



**Lisa**
last seen a long time ago

Your such a joker 09:21 ✓✓

Not someone who beats you and cheats on you all the time 09:21

How many times you think he's actually cheating on you like actual number of times or even number of people 09:21

Like I keep saying my sweet you know nothing 09:22 ✓✓

Over 50 09:22

Or under 50 09:22

I ain't some victim 09:22 ✓✓

That's not what you were saying on the phone 09:22

😂🤣😂🤣 09:22 ✓✓

Sounds like a really healthy



relationship to me

Message

Lisa
last seen a long time ago

Over 50  09:22

Or under 50  09:22

I ain't some victim  09:22 ✓✓

That's not what you were saying on the phone
09:22

😂🤣😂🤣  09:22 ✓✓

Sounds like a really healthy relationship to me
09:22

I ain't as stupid as you think trust me
09:22 ✓✓

Sounds like it  09:22

Your playing with fire  09:23 ✓✓

It looks like a duck and quacks like a



duck 09:23

No you are he won't leave me alone now you get what's coming to you 09:23



☺ Message

📷 💬 🍔 ...                    ⏰ 📶 .ıl 9% 🔋 14:24

← L   **Lisa**
      last seen a long time ago            ⋮

Sounds like it 09:22

Your playing with fire 09:23 ✓✓

It looks like a duck and quacks like a duck
09:23

No you are he won't leave me alone now you get what's coming to you 09:23

You* 09:23

Bollox 09:23 ✓✓

He won't leave you alone 😂🤣😂🤣😂🤣😂
09:23 ✓✓

He shows me every time you wrote to

Case 2:19-cv-05030-JDW   Document 53-4   Filed 09/16/20   Page 33 of 70







Oh I forgot he doesn't deserve me going crazy on him dose he poor Danny 😭😭😭  09:25 ✓✓

🤣😂😂🤣🤣👏  09:25 ✓✓

You go to bed every night and you know what the truth is  09:25

You have to lay next to a man whose dick has been in everyone  09:25

Message



9% 14:25

← L  **Lisa**
last seen a long time ago

You go to bed every night and you know what the truth is  09:25

You have to lay next to a man whose dick has been in everyone  09:25

I want this proof from you  09:25 ✓✓

Nah. I don't want you to slit your

wrists. Not fair to your kids. 09:26

Your just trying to make yaself feel better because your a shitty person 09:26 ✓✓

Why would I do that 09:26 ✓✓

🤣😂 09:26 ✓✓

Because you know your man doesn't fucking give a fuck about you adopt to keep his dick in his pants 09:26

Enough 09:27

☺ Message

---

📷 💬 🍔 ...                    ⏰ 🛜 📶 9% 🔋 14:25

← **L** **Lisa**
last seen a long time ago                    ⋮

Because you know your man doesn't fucking give a fuck about you adopt to keep his dick in his pants 09:26

Enough 09:27



Your chatting shit lisa you have fuck all on him
09:27 ✓✓

Not adopt 09:27

Ok. Then leave me alone 09:27

No because I want to see this ffs
09:27 ✓✓

I thought it doesn't exist 09:27

I will just lose my shit an everyone will suffer trust me
09:27 ✓✓

I ain't playing around anymore 09:27 ✓✓

Show me 09:

Message

🖼 🟢 🔵 ...                        ⏰ 📶 9% 14:25

← L  **Lisa**
         last seen a long time ago                    ⋮

09:28 ✓✓

Lose your shit I would love to see it

Or are you Still protecting him? 09:28 ✓✓

Everybody knows that you're not fucking right in the head 09:28

I'm protecting your children 09:28

Your not trust me 09:28 ✓✓

It's you're 09:28

Go finish high school 09:28

Maybe you'll learn to stop behaving like you're in high school 09:29

I want to see this proof 09:29 ✓✓

And I want you to leave me alone 09:29

Imagine how that works 09:29

☺ Message

Mar 10, 2020, 9:13 AM



Tell Danny not to leave his shirt in my room next time

20:20

Message





Your just trying to get to me    20:21 ✓✓

I have a rich hot boyfriend and you're still at home hoping loser Danny is being loyal to you.    20:22

Stalking his ex-girlfriend's pages what a

Message



🖼 👑 f ...                    ⏰ 🛜 .11 11% 🔋 14:17

← **L**  **Lisa**
      last seen a long time ago    ⋮

I have a rich hot boyfriend and you're still at home hoping loser Danny is being loyal to you.    20:22

Stalking his ex-girlfriend's pages what a loser    20:22

🤣🤣😂🤣🤣 20:23 ✓✓

And I know he's not 😂 20:23

You keep messing him an then I get his mates telling me your posting shit with his clothes still on 🤣😂🤔    20:23 ✓✓



20:23

Messaging him *   20:23 ✓✓

Message

---

📷 🍔 f ...                    ⏰ 📶 11% 🔋 14:18

←   **L**   **Lisa**
      last seen a long time ago     ⋮

Messaging him *   20:23 ✓✓

He owes me so much money I can have a stone island shirt. Nothing to do with Danny at all
20:23

I never messaged him ever ever ever ever ever you loser
20:23

   20:23 ✓✓



You should be on his mates making fun of him all the time I had a group chat with 43 messages of people just ripping on him and his friends don't even like him    20:24

And you know I'm not lying    20:24

You do he has shown me    20:24 ✓✓

🙈🙈🙈    20:24 ✓✓

When is the last time I said anything to Danny Thomas or you are smoking

Message



**Lisa**
last seen a long time ago

crack and less he has other girls under my name in  phone    20:25

His    20:25

But I don't think he's that smart    20:25

It's sad that a women of your age even



To don't make me ruin your life because I don't ever text him 20:25

Ever 20:25

Harassing you 😂 20:26 ✓✓

Get back on your tablets you psychotic awful white trash mother bitch 20:26

I wouldn't let you ruin my life again 20:26 ✓✓

Your not worth it 20:26 ✓✓

I'll just show you shit that happened after the last time we talked and it wasn't from me bitch leave me alone 20:26

Your a sly little cunt lisa you would do

Message

11% 14:18

← L **Lisa**
last seen a long time ago

I'll just show you shit that happened after the last time we talked and it wasn't from me bitch leave me alone
20:26

Your a sly little cunt lisa you would do anything to keep ya legs open even sleep with other people's men   20:27 ✓✓

You new about me an that is the lowest if the low   20:27 ✓✓

It's all true and all you got is paranoia and lies
20:28

😂🤣😂 20:28 ✓✓

It's so sad that you have gone out of your way to take a picture of yourself in my boyfriends clothes !!! Apparently I am the nutter 😅🤔😎 20:30 ✓✓

See so you did know that I was with him 🙈 20:

Message

## Lisa
last seen a long time ago

😂🤣😂 20:28 ✓✓

It's so sad that you have gone out of your way to take a picture of yourself in my boyfriends clothes !!! Apparently I am the nutter 😂🤔😎 20:30 ✓✓

See so you did know that I was with him 🙈 20:32 ✓✓

How much time a week do you spend making fake social media accounts just curious? 20:35

> Lisa
> Really cause I have something else of his...

😂🤣 are you trying to make out that you have slept together. He wouldn't touch you again I know that 😂 20:36 ✓✓

Hmmmmmmm ok. 20:36

Glad you know that.  Then why you messaging me? 20:37

Message

**Lisa**
last seen a long time ago

Glad you know that. Then why you messaging me?
20:37

😂🤣😂 because your a tramp that likes to keep other men's clothes
20:37 ✓✓

I know your as a bad him your like the women version of him it's sickening
20:38 ✓✓

Lol ok. 20:39

You read the messages. He LOVED me.
20:39

That's why you're so bent out of shape about it you know him
20:39

He never told you that 20:40 ✓✓

Post and songs that we like together

Page 48 of 70

with your kids at a piano well that
would burn me up                        20:40

Oh yes He did and I have proof   20:40                    ⌄

☺  Message                              📎  🎙

🖼 👑 f ...                         🕐 📶 11% 📋 14:18

←   L   **Lisa**
          last seen a long time ago              ⋮

Oh yes He did and I have proof  20:40

No you don't at all I read that
conversation.  Over an over again
                                    20:41 ✓✓

He didn't say that to you  20:41 ✓✓

Voice Recordings and all you know I
read everything
                                    20:41

Swear on my children's lives he did
                                    20:41

Book of  20:41 ✓✓

Bollox  20:41 ✓✓

Book of God hand on the Bible

He just wanted your money he would have said anything to you an not mean it
20:42 ✓✓

And all of his friends know it 20:42

That's bullshit

Message



🖼 🍔 f ...                    ⏰ 📶 11% 🔋 14:18

← L  **Lisa**
        last seen a long time ago              ⋮

I got a message from a few of them
saying I know Danny used to tell you he loves you and stuff. Because they were in the room when he did
20:42

Bollox 20:42 ✓✓

You know it's true 20:42

No I don't 20:43 ✓✓

Oh but you do if it wasn't going to at one of his friends I would totally send it to you
20:43



He would of just carried it on with you wouldn't he ?? He finished you  20:43 ✓✓

You chat shit  20:43 ✓✓

He would do anything for money  20:44 ✓✓

Every single time I told you I had proof I did  20:47

And you know it

Message



📷 🍔 f ...                    ⏰ 📶 11% 📱 14:18

← L  **Lisa**
       last seen a long time ago            ⋮

20:44 ✓✓

Every single time I told you I had proof I did  20:47

And you know it  20:47

Yeah you probably do have proof but he didn't mean it  20:47 ✓✓



with his mates coked up

20:48 ✓✓

Ok. 20:48

I find it disgusting how you can chat to me like this it's like you get a kick out of telling me Danny had feeling for you

20:49 ✓✓

That's a heartless move 20:49 ✓✓

You started it 20:49

An now finally I have you saying did know about me

20:49 ✓✓

☺  Message  ⊘  🎤

🖼 🍔 📘 ...  ⏰ 📶 11% 🔋 14:19

← L **Lisa**
last seen a long time ago  ⋮

That's a heartless move 20:49 ✓✓

You started it 20:49

An now finally I have you saying you did know about me

20:49 ✓✓

Don't think I won't finish it   20:49

You're an idiot I'm talking about later and I'm not even talking about me   20:49

Your trying to make out that you have slept with him 👏👏   20:51 ✓✓

Who dose that?   20:52 ✓✓

What do you get out of that??   20:52 ✓✓

What do you get out of messaging me once a month with nonsense   20:52

I just have things I need to say   20:52 ✓✓

So I say it   20:5

Message

🔔 🛜 ⁌ 11% 🔋 14:19

← **L** Lisa
last seen a long time ago   ⋮

once a month with nonsense   20:52

20:52 ✓✓

So I say it 20:53 ✓✓

Once a month you make up a fake account to come bother me when I don't even talk to you guys anymore
20:53

Well don't expect me not to say stuff back
20:53

I don't know what to tell you 20:53

Like the last time you wrote to Danny sent screenshots of me messaging you an said don't make me ruin her day WHAT THE FUCK WAS THAT ABOUT?
20:54 ✓✓



Message



Totally looks like he's hating using me for money

20:55

Yeah he's pissed he will fuck any thing

20:

When did he send you that?









When did he send you that   20:5

So you clearly have been speaking

☺ Message                              📎  🎤

---

🖼 👑 ⓕ ...                    ⏰ 📶 ⸌ 11% 🔋 14:19

←   **L**   **Lisa**
      last seen a long time ago    ⋮

No.  You are crazy and delusional  21:06

I don't even know why I do this I going to go mad I swear down what kind of person gets a kick out of this kind of shit                              21:06 ✓✓

What picture did I post with his clothes on                              21:06

His stone island top  21:06 ✓✓

You are nuts.  It's a convenient white long sleeve shirt relax you weirdo  21:06

Yeah what picture was it you weirdo
                              21:06

You have just posted it again



What are you talking about  21:06

I have no idea what you're talking about the first one the one I did today was just to irritate you  21:07

Message



🖼 ⬤ f ...          ⏰ 📶 11% 🔋 14:19

← L **Lisa**
last seen a long time ago      ⋮

I have no idea what you're talking about the first one the one I did today was just to irritate you  21:07

Fuck off trying to make me go mad  21:07 ✓✓

I don't know if I was really trying to make you go mad I could but I won't do that I don't want to be responsible for you killing yourself  21:07

That would be messy.  21:07

Your disgusting  21:08 ✓✓



Nahhh you push people over the edge.

21:10

The only time I think of either of you is when you message me

21:10

You only bring the shit on yourself   21:10

Why do you think it is he cheated on you so much?

21:11

Message



10%  14:20

**Lisa**
last seen a long time ago

21:12 ✓✓

Yes you do every month that you message me

21:13

You are so insecure you can't even breathe

21:13

If I was that bad he would just leave

21:13 ✓✓

No he wouldn't.  Where would he live.

You don't think if some amazing girl had her shit together and had a place for him to live that he wouldn't leave you?

21:14

You are crazy 21:14

He was coming home to me I new something was going on from the start I didn't bring any of that on myself

21:14 ✓✓

You handed it to him on a plate 21:

Message

---

### Lisa
last seen a long time ago

This affair has fucked with me so badly

21:17 ✓✓

That's YOUR problem 21:18

Thanks 21:18 ✓✓

Anytime



21:19

You did post yourself In that jumper the day he nearly got stabbed  21:19 ✓✓

Don't try an fuck with me  21:19 ✓✓

I know that I saw an then you also said to Danny don't make me ruin her day  21:1

If I did I didn't know it

Message



Lisa
last seen a long time ago

You still haven't explained what you ment by that  21:20 ✓✓

We were all dying laughing  21:20

That's cool I don't care  21:20 ✓✓

I just want to know what you meant

21:20 ✓✓



4:22

**Team Tommy**
Andre, Ashley, Avi, Nem Adam Tomm...

Thu, Oct 3

0:11                    7:07 PM ✓✓

I don't mean to laugh but I am
definitely laughing   7:08 PM ✓✓

I don't think it's funny because he
was so upset and he was like I'm
hiding in the back of the pub with
eight dudes or whatever he said

7:0  **21:25**

Ya I care so much.  21:25

Message

🖼 🍔 ⓕ ...          ⏰ 📶 10% 🔋 14:20

**L**   **Lisa**
last seen a long time ago

Ya I care so much. 21:25

It was a typo. I was supposed to say "I think it's funny" 21:26

He was the laughingstock of the world that day 21:26

He was the laughingstock of the world that day. Look like a frightened little pussy 21:26

Feel free to never message me again 21:28

Your a sad old women who keeps videos an clothes like some freak 21:34 ✓✓

I keep the shirt because it's comfortable and a matches shit get over yourself 21:34

And I save all the evidence because I'm not a fucking idiot 21:34

 Message 



← L **Lisa**
last seen a long time ago   ⋮

I keep the shirt because it's comfortable and a matches shit get over yourself

October 19

21:34

And I save all the evidence because I'm not a fucking idiot

21:34

I have plenty of text messages and screenshots that would break your little it

**Outlook has stopped**

✕   Close app

▣   Send feedback

Even better 😂😂😂😂   21:35

Loser   21:35 ✓✓

Your sick in the head   21:35 ✓✓



▶   00:14

Message

## Lisa
last seen a long time ago

I keep the shirt because it's comfortable and a matches shit get over yourself
21:34

And I save all the evidence because I'm not a fucking idiot
21:34

I have plenty of text messages and screenshots that would break your little itty bitty heart
21:34

00:12
21:35

He's fuxked me in that top 😂🤣😂🤣😂🤣
21:35 ✓✓

Even better 😂😂😂😂 21:35

Loser 21:35 ✓✓

Your sick in the head 21:35 ✓✓



00:14                                          21:36

☺  Message                            📎  🎤

---

🖼 🍔 fi ...                    ⏰ 📶 📶 10% 🔋 14:20

←  (L)  **Lisa**                              ⋮
        last seen a long time ago

Your sick in the head 21:35 ✓✓

▶  00:14                                  21:36

😂😂😂😂 21:36

😂🤣🤣😂 I am glad we can both laugh
about this                        21:37 ✓✓

We all know you're not laugh and we all
know you're crying you're pathetic eyes
out                                      21:37

You know nothing my sweet 21:37 ✓✓









00:10                                21:42

00:01                                21:43

00:08                                21:43

You bring all of this on yourself.  21:43

Message

---

📷 🍔 f ...                    ⏰ 🛜 ▂▄ 10% 🔋 14:21

← L   **Lisa**
       last seen a long time ago        ⋮

00:01                                21:43

00:08                                21:43

You bring all of this on yourself.  21:43

No fucks given  21:43 ✓✓

Carry on lisa my darling 🤣😂  21:44 ✓✓

I don't message you first ever.  It's all retaliatory

21:45



00:02

21:45

Fuck you lisa you will get what's coming to you one way or another

21:53 ✓✓

00:02

21:53

😂🤣😂😂 defiantly not an I won't

Message

---

📷 🍔 f ...

⏰ 📶 ⭐ 10% 🔋 14:21

← L  **Lisa**
last seen a long time ago

⋮

00:02

21:53

😂🤣😂😂 defiantly not an I won't either

21:54 ✓✓

I'm sure I'll hear from you in another

month. Hopefully you will get some
tablets before than
21:55

Your mum must be proud 😂🤣 21:56 ✓✓

You do have a way with words 😎
21:56 ✓✓



▶ 00:09                    21:56

▶ 00:02              21:57

▶ 00:04              21:57

😂🤣🤣😂 21:5

☺ Message              📎  🎤

🟢 🖼 🍔 ...          ⏰ 🛜 📶 10% 🔋 14:21

← L  **Lisa**
       last seen a long time ago        ⋮

00:07                    21:58

> 🔊 00:04 — 21:58
>
> 🔊 00:12 — 21:59
>
> 🔊 00:07 — 21:59
>
> 🔊 00:04 — 22:00

🤣😂🤣😂😂 your a joke  22:04 ✓✓

No baby girl.  That's you.  22:04

Your really enjoying this  22:04 ✓✓

Sick twisted freak  22:04 ✓✓

Everyone was right about you  22: ⌄

Message

Mar 10, 2020, 9:13 AM