# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | |
| Plaintiff, | : | CIVIL ACTION |
| -vs- | : | NO. 2:19-cv-05030-JDW. |
| | : | |
| THE MIDDLE EAST FORUM and | : | |
| GREG ROMAN (*individually*), | : | |
| Defendants. | : | |
| | : | TRIAL BY JURY |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant Matthew Bennett's Motion to Dismiss, and any Response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and all claims against Matthew Bennett are dismissed with prejudice.

**BY THE COURT:**

_____