## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

### ORDER

**AND NOW**, this 16th day of September, 2020, it is **ORDERED** that Defendant Matthew Bennett's Motion to Dismiss (ECF No. 54) is **STRICKEN** for failure to comply with the meet and confer requirement set forth in Section II.B.4 of Judge Wolson's Policies and Procedures. Defendant is granted leave to comply with this requirement and re-file a Motion to Dismiss, if necessary, on or before September 25, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.