**COZEN O'CONNOR**
David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com
lbenson@cozen.com

*Attorneys for Defendants*
*The Middle East Forum, Daniel Pipes,*
*Gregg Roman and Matthew Bennett*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| | : | |
| Plaintiff, | : | |
| -vs- | : | |
| | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), | : | |
| GREGG ROMAN (*individually),* and | : | |
| MATTHEW BENNETT (*individually*) | : | |
| | : | |
| Defendants. | : | |

## STIPULATION

It is hereby **STIPULATED** and **AGREED** among the undersigned counsel for the

parties that all claims asserted by plaintiff Lisa Barbounis against defendant Matthew Bennett

shall be dismissed, without prejudice.

WHEREFORE, the Parties request that the Court **APPROVE** of this Stipulation as an

Order.

Respectfully submitted,

_____*/s/ Seth D. Carson*_____            _____*/s/ David J. Walton*_____
Seth D. Carson, Esq. (PA#319886)              David J. Walton, Esq. (PA#86019)
DEREK SMITH LAW GROUP, PLLC                   Leigh Ann Benson, Esq. (PA#319406)
1835 Market Street                            COZEN O'CONNOR
Suite 2950                                    1650 Market Street
Philadelphia, PA 19103                        Suite 2800
Phone: 215-391-4790                           Philadelphia, PA 19103
*Attorney for Plaintiff*                       Phone: 215-665-2000
                                              *Attorneys for Defendants*

Dated: September 28, 2020                     Dated: September 28, 2020

**APPROVED** and **SO ORDERED** on this  29th  day of  September                ,

2020:

                            _____*/s/ Joshua D. Wolson*_____
                            The Honorable Joshua D. Wolson
                            United States District Judge

2