## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | |
| | : | |
| Plaintiff, | : | |
| -vs- | : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), | : | |
| GREGG ROMAN (*individually*), and | : | |
| MATTHEW BENNETT (*individually*) | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this ___ day of September, 2020, upon consideration of Defendant The Middle East Forum's Motion to Compel Discovery Responses and the Production of Documents, and any response thereto, is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that plaintiff Lisa Barbounis shall complete the following within ten (10) days of the entry of this Order:

    (a)    Provide full and complete written responses to defendant's First Request for Production of Documents;

    (b)    Provide full and complete production of all responsive documents in format that complies with Rule 26 of the Federal Rules of Civil Procedure;

    (c)    Provide a full and complete description of all efforts made to search for and provide responsive documents; and

    (d)    Provide a full and complete privilege log that complies fully with Rule 26 of the Federal Rules of Civil Procedure.

                                                                       BY THE COURT

                                                                      _____