# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 14th day of October, 2020, upon consideration of Defendant The Middle East Forum's Motion to Compel Discovery Responses and Production of Documents (ECF No. 59), including Defendant's representations that "[t]o date, Ms. Barbounis has not served written responses to the document requests" and "no documents have been produced," and pursuant to Local Rule of Civil Procedure 26.1(g), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff shall respond to the document requests and produce responsive documents, without objection, by October 21, 2020.

Given the amount of time that discovery has been open and the delay in bringing this issue to the Court's attention, the Court does not view this Order as a basis to extend the upcoming deadlines in this matter.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.