## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LISA BARBOUNIS                          :
                                        :
                    Plaintiff,          :
                                        :
-vs-                                    :     CIVIL ACTION NO. 2:19-cv-05030-JDW
                                        :
THE MIDDLE EAST FORUM,                  :
DANIEL PIPES (*individually*),          :
GREGG ROMAN (*individually),* and       :
MATTHEW BENNETT (*individually*)        :
                                        :
                    Defendants.         :

## ORDER

AND NOW, this ___ day of _____, 2020, upon consideration of Defendant The Middle East Forum's Motion for Contempt for Failure to Comply with Court Order Compelling Discovery Responses, is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that:

(a)     Ms. Barbounis is found in civil contempt for failing to comply with an Order of this Court;

(b)     Counsel for Ms. Barbounis is found in civil contempt for failing to comply with an Order of this Court;

(c)     Ms. Barbounis' claims against The Middle Forum are dismissed, with prejudice, due to her failure to engage in the discovery process which has thereby prohibited The Forum from receiving discovery it is entitled to and which is necessary for The Forum to defend itself against Ms. Barbounis' claims;

(d)     Ms. Barbounis and her counsel are to pay The Forum's attorneys' fees and costs incurred as a result of The Forum filing its Motion to Compel (ECF No. 59) and the instant Contempt Motion; and

      (e)      On the _____ day of _____, 2020, Counsel for the Parties are to appear before the Court for a determination of attorneys' fees and costs.

BY THE COURT

_____

2