## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 22nd day of October, 2020, it is **ORDERED** that the Court will hold a hearing on October 26, 2020, at 10:00 a.m., via video conference, on the pending Motion for Contempt for Failure to Comply With Court Order Compelling Discovery Responses and Production of Documents (ECF No. 62).

The Court's staff will provide the parties with technical details for the video conference. In light of the challenges of conducting the hearing remotely, and to facilitate an orderly record, the Court will conduct the hearing according to the following protocol:

1. Each party must designate one lawyer who will argue the Motion. Each party must provide to the Court via email to Chambers_of_Judge_Wolson@paed.uscourts.gov with a list of all lawyers who will participate in the hearing and the designated lawyer to argue for each side on or before October 23, 2020, at noon EDT;

2. Any lawyer or participant not designated to argue the Motion must keep his or her microphone on mute and his or her camera off; and

3. In order to preserve the record, lawyers should speak only when the Court give them the opportunity, either by directing a question to them or inviting them to make an argument.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.