# Exhibit A

## Re: MEF Barbounis & McNulty

**Seth Carson** <seth@dereksmithlaw.com>
Thu 9/24/2020 8:15 AM

**To:** Walton, David <DWalton@cozen.com>
**Cc:** Benson, Leigh Ann <LBenson@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>

I am here now and free all morning.  Up to you guys?

Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

_____
CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.
_____

---

**From:** Walton, David <DWalton@cozen.com>
**Sent:** Thursday, September 24, 2020 8:14 AM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Benson, Leigh Ann <LBenson@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>
**Subject:** Re: MEF Barbounis & McNulty

Seth

I have a depo tomorrow starting at 12. I can talk before then.
Or you can talk with Jon or Leigh Ann.

Dave Walton
Sent from my iPhone

> On Sep 24, 2020, at 12:06 AM, Seth Carson <seth@dereksmithlaw.com> wrote:

**\*\*EXTERNAL SENDER\*\***

Dave,

Can we discuss this tomorrow too. I will get you what you need to finish written discovery. The issues in this case are flushed out. We need to do deps and then dispositive motions and then see what happens. If the cases get past dispositive motions we can look toward trial sometime in the future.

I tried to schedule an appointment with Ms. Barbounis but she caught a bad fever and had to cancel. We are working on rescheuding so I can get finish up discovery.

We were supposed to meet this past Sunday and Monday.

I am available tomorrow all day to discuss.


Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

_____
CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.
_____


**From:** Walton, David <DWalton@cozen.com>
**Sent:** Tuesday, September 22, 2020 10:53 AM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Benson, Leigh Ann <LBenson@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>; Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>
**Subject:** MEF Barbounis & McNulty

Seth

Despite our numerous requests, you have failed to produce written responses to our documents requests in both the Barbounis and McNulty cases.  These responses are inexplicably several months late.  Please send us these responses by COB tomorrow or we will file a motion to compel in both cases.

Dave



**David J. Walton**
**Shareholder**
**Cozen O'Connor**

One Liberty Place, 1650 Market Street Suite 2800 **|** Philadelphia, PA 19103

P: 215-665-5547 F: 215-701-2110 C: 215.527.8459

<u>Email</u> | <u>Bio</u> | <u>LinkedIn</u> | <u>Map</u> | <u>cozen.com</u>

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**