# Exhibit B

### Re: Barbounis v. MEF--notice of intent

**Seth Carson** <seth@dereksmithlaw.com>
Wed 10/14/2020 7:33 PM

**To:** Benson, Leigh Ann <LBenson@cozen.com>
**Cc:** Walton, David <DWalton@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>; Rhym, Kia B. <KRhym@cozen.com>; Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>

What are we doing about deps in the next 2 weeks?  I need to depose:

1. Greg Roman,
2. Daniel Pipes,
3. Steve Levey,
4. Matthew Bennett,
5. Laurence Hollin,
6. Mark Fink

These depositions have to be scheduled on one of the following days:

October 15, 16, 19, 20, 21, 22, 23, 26, 27, 28.

If you want to schedule depositions for October 29 and 30 - I don't mind using those two days if you agree.

I am available every one of these days but October 16 and 20.

I am sorry but I have to request court intervention if we do not have dates and times certain for all deps in before Friday.   There is no reason we cannot get on the phone and look at our calendars before Friday and set aside dates.

I am also willing to schedule depositions on nights or weekends too if necessary so we can get them all scheduled.

Please let me know by tomorrow afternoon that you agree and please suggest a time to discuss or confirm dates and times.

Greg Roman will require a day to himself but I will squeeze in Laurence Hollin or Steve Levey on the Greg Roman dep day.  So I can do Greg Roman, Steve Levey and Laurence Hollin on one day.

I probably need 2 days for Daniel Pipes, Mark Fink, and Matthew Bennett but I can certainly try to get them all scheduled the same day if you would like.

Accordingly, I only need 2 days from your clients set aside for depositions as it stands now, but I am reserving the right to carry onto day 3 if necessary.

Therefore, you can use the remaining dates above and I will work with you to get anyone else scheduled you need to depose.

Again, I am going to ask Judge Wolson to order the above if we cannot agree to this in the last 2 weeks of discovery.

Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Benson, Leigh Ann <LBenson@cozen.com>
**Sent:** Wednesday, October 14, 2020 6:50 PM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Walton, David <DWalton@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>; Rhym, Kia B. <KRhym@cozen.com>; Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>
**Subject:** Barbounis v. MEF--notice of intent

Seth, please see the attached.



**Leigh Ann Benson**
**Associate | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708 F: 215-701-2002

Email | Bio | LinkedIn | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and**

**protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**