# Exhibit E

Re: Barbounis v. MEF--Notice of Deposition

Seth Carson <seth@dereksmithlaw.com>
Tue 10/20/2020 6:52 PM
To: Benson, Leigh Ann <LBenson@cozen.com>
Cc: Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>; Walton, David <DWalton@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>; Rhym, Kia B. <KRhym@cozen.com>

Please be advised that I am not going to produce Lisa unless we have all the deps on the schedule.

I need dates certain for:

1. Mathew Bennet
2. Mark Fink
3. Greg Roman (It does not matter if he thinks he is unavailable.  He is the reason we are doing this.  His deposition is mandatory for 7 hours)
4. Daniel Pipes - 7 hours.
5. Steve Levey
6. Laurence Hollin


Please understand that we need all the deps scheduled.  If we get an extension, I will work with you on dates - but I am going to postpone depositions if your client does not demonstrate a willingness to attend and testify.

This means Patricia McNulty and Lisa'a mom too.

I need dates for everyone - but Greg Roman and Daniel Pipes are the two most important people.

Again, if I do not have dates for the above 6 people - than all other deps will be postponed.

I prefer not to postpone any of them but we held a call last Friday to discuss dates and I have not been provided a single date yet.   This is after 2 conference calls including today's.


Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103

Phone: 215.391.4790
Facsimile: 215.893.5288
Direct: 484.678.2210
Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Benson, Leigh Ann <LBenson@cozen.com>
**Sent:** Friday, October 16, 2020 5:47 PM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** Sidney Gold <sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>; Walton, David <DWalton@cozen.com>; Cavalier, Jonathan <JCavalier@cozen.com>; Rhym, Kia B. <KRhym@cozen.com>
**Subject:** Barbounis v. MEF--Notice of Deposition

Seth, please see the attached notice of deposition for Ms. Barbounis.



**Leigh Ann Benson**
**Associate | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708  F: 215-701-2002

Email | Bio | LinkedIn | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**