# Exhibit F

**Re: Access to Lisa Barbounis's information.**

Shane Herrmann <sherrmann@cornerstonediscovery.com>
Tue 10/20/2020 5:05 PM

**To:** Robert Centofanti <rcentofanti@cornerstonediscovery.com>
**Cc:** Seth Carson <seth@dereksmithlaw.com>; Benson, Leigh Ann <LBenson@cozen.com>; Walton, David <DWalton@cozen.com>; Sidney Gold <sgold@discrimlaw.net>; Cavalier, Jonathan <JCavalier@cozen.com>

Hi all,

Nice talking to everyone. To confirm, I will be exporting files that hit on the previously requested searches, but excluding images and multimedia files for the time being. The files that remain will be bates numbered starting with BARBOUNIS-000000001. Files will be exported in PDF format, along with native files for unprintable files (excel, power point, etc). These files will be accompanied by a metadata loadfile to preserve original metadata for your review platform. I will also provide standard txt files.

If there are any questions or any needed changes, please let us know.

Thank you.

On Tue, Oct 20, 2020 at 10:46 AM Robert Centofanti <rcentofanti@cornerstonediscovery.com> wrote:
> Perfect. We can use the following conference number for the call at 4:15:
>
> +1 662-762-0392
> PIN: 546 655 012#
>
> Thank you,
>
> -Rob
>
> 
> **Robert Centofanti /** Director, Business Development
> rcentofanti@cornerstonediscovery.com
> Office: 267.639.6900 | Cell: 610.203.0686
>
> **Cornerstone Discovery**
> 4775 League Island Blvd. Philadelphia, PA 19112
> http://cornerstonediscovery.com
>
> 
>
> On Tue, Oct 20, 2020 at 10:00 AM Seth Carson <seth@dereksmithlaw.com> wrote:
>> I am available at that time too.
>>
>> Seth D. Carson, Esquire
>> Derek Smith Law Group, PLLC
>> 1835 Market Street
>> Suite 2950
>> Philadelphia, PA 19103
>> Phone: 215.391.4790
>> Facsimile: 215.893.5288
>> Direct: 484.678.2210
>> Email: Seth@DerekSmithLaw.com
>>
>> CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this

communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

_____

**From:** Benson, Leigh Ann <LBenson@cozen.com>
**Sent:** Tuesday, October 20, 2020 8:56 AM
**To:** Robert Centofanti <rcentofanti@cornerstonediscovery.com>; Walton, David <DWalton@cozen.com>
**Cc:** Seth Carson <seth@dereksmithlaw.com>; Sidney Gold <sgold@discrimlaw.net>; Cavalier, Jonathan <JCavalier@cozen.com>; Shane Herrmann <sherrmann@cornerstonediscovery.com>
**Subject:** RE: Access to Lisa Barbounis's information.

Jon and I will join for Cozen and we are available between 4:15 and 5:30.



**Leigh Ann Benson**
**Associate** | **Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708 F: 215-701-2002

Email | Bio | LinkedIn | Map | cozen.com

**From:** Robert Centofanti <rcentofanti@cornerstonediscovery.com>
**Sent:** Tuesday, October 20, 2020 8:40 AM
**To:** Walton, David <DWalton@cozen.com>
**Cc:** Seth Carson <seth@dereksmithlaw.com>; Sidney Gold <sgold@discrimlaw.net>; Cavalier, Jonathan <JCavalier@cozen.com>; Benson, Leigh Ann <LBenson@cozen.com>; Shane Herrmann <sherrmann@cornerstonediscovery.com>
**Subject:** Re: Access to Lisa Barbounis's information.

**\*\*EXTERNAL SENDER\*\***

Good Morning All,

I have a few scheduled calls this morning and another one at 2:30.  Going by Seth's original availability, 1:30 this afternoon or after 4:15 would work best for us; I would like to have Shane on the call as well.

Thank you,

-Rob

**Robert Centofanti /** Director, Business Development

 rcentofanti@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 610.203.0686

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com

Facebook   Twitter   Google Plus   Linkedin

On Tue, Oct 20, 2020 at 6:58 AM Walton, David <DWalton@cozen.com> wrote:

> I have a Zoom mediation starting at 10:30. I should have availability during the mediation but exactly sure when. I'm copying Jon and LAB to see if they can handle.
>
> Sent from my iPad
>
>> On Oct 19, 2020, at 5:52 PM, Seth Carson <seth@dereksmithlaw.com> wrote:
>>
>> **EXTERNAL SENDER**
>>
>> Hello everyone,
>>
>> Rob at Cornerstone wants to set up a call for us all to talk about getting you Lisa's docs.
>>
>> Do you guys want to confirm a time?  I have a settlement conference tomorrow at 9:30 A.M., and another one at 3:30 P.M.
>>
>> But I can do a call in between them - maybe around 1:30 - 3:00.
>>
>> My 3:30 P.M., is a continuation of another conference so that call will be pretty quick.  So I can also do tomorrow at 4:15 P.M. on…
>>
>> Seth D. Carson, Esquire
>>
>> Derek Smith Law Group, PLLC

1835 Market Street

Suite 2950

Philadelphia, PA 19103

Phone: 215.391.4790

Facsimile: 215.893.5288

Direct: 484.678.2210

Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Robert Centofanti <rcentofanti@cornerstonediscovery.com>
**Sent:** Monday, October 19, 2020 5:06 PM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Subject:** Re: Access to Lisa Barbounis's information.

Hey Seth,

I didn't see an email from you for the conference call with Dave etc.  I just wanted to make sure it didn't slip your mind.  This is something we can get taken care of rather quickly after we confirm some details.

-Rob

**Robert Centofanti /** Director, Business Development
rcentofanti@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 610.203.0686

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com

Facebook  Twitter  Google Plus  Linkedin

On Wed, Oct 14, 2020 at 8:01 PM Seth Carson <seth@dereksmithlaw.com> wrote:

Just call me. I can talk now.

Seth D. Carson, Esquire

Derek Smith Law Group, PLLC

1835 Market Street

Suite 2950

Philadelphia, PA 19103

Phone: 215.391.4790

Facsimile: 215.893.5288

Direct: 484.678.2210

Email: Seth@DerekSmithLaw.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Robert Centofanti <rcentofanti@cornerstonediscovery.com>
**Sent:** Wednesday, October 14, 2020 7:59 PM
**To:** Seth Carson <seth@dereksmithlaw.com>
**Cc:** David Walton <dwalton@cozen.com>; Sidney Gold <sgold@discrimlaw.net>; Shane Herrmann <sherrmann@cornerstonediscovery.com>
**Subject:** Re: Access to Lisa Barbounis's information.

Seth,

Understood. What day and time would work best for us all to have a conference call to discuss some necessary additional details? I will circulate a conference number after we confirm.

Thank you,



**Robert Centofanti** / Director, Business Development
rcentofanti@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 610.203.0686

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com

Facebook  Twitter  Google Plus  Linkedin


On Tue, Oct 13, 2020 at 5:50 PM Seth Carson <seth@dereksmithlaw.com> wrote:

> Rob,
>
> I have agreed to allow Dave Walton and Sidney Gold to have access to the documents from Ms. Barbourin's devices, social media accounts, email accounts, and cloud-based storage accounts.
>
> This agreement is based on the agreement that all documents will be kept AEO until the parties can reach an agreement regarding the information.
>
> Seth D. Carson, Esquire
>
> Derek Smith Law Group, PLLC
>
> 1835 Market Street
>
> Suite 2950
>
> Philadelphia, PA 19103
>
> Phone: 215.391.4790
>
> Facsimile: 215.893.5288
>
> Direct: 484.678.2210
>
> Email: Seth@DerekSmithLaw.com
>
> ---
>
> CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and

Case 2:19-cv-05030-JDW   Document 64-6   Filed 10/22/20   Page 8 of 9



confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

_____

Don't miss this latest news from Cornerstone:

Cornerstone Discovery has been recognized as the #1 Digital Forensics and Corporate Investigations firm for two consecutive years

Don't miss this latest news from Cornerstone:

Cornerstone Discovery has been recognized as the #1 Digital Forensics and Corporate Investigations firm for two consecutive years

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

Don't miss this latest news from Cornerstone:

Cornerstone Discovery has been recognized as the #1 Digital Forensics and Corporate Investigations firm for two consecutive years

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The**

unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

Don't miss this latest news from Cornerstone:

Cornerstone Discovery has been recognized as the #1 Digital Forensics and Corporate Investigations firm for two consecutive years

--

**Shane Herrmann** / E-Discovery Specialist
sherrmann@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 267.324.6510

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com



Don't miss this latest news from Cornerstone:

Cornerstone Discovery has been recognized as the #1 Digital Forensics and Corporate Investigations firm for two consecutive years