IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| Plaintiff, | : | NO. 2:19-cv-05030-JDW |
| -vs- | : | |
| THE MIDDLE EAST FORUM, | : | |
| Defendants. | : | |

## ORDER

**AND NOW** on the _____ day of _____ 2020 it is hereby **ORDERED** that Plaintiff's Motion to Compel is **GRANTED** and Defendant shall immediately schedule depositions of the six (6) individuals identified in Plaintiff's Motion by October 28, 2020.

EASTERN DISTRICT OF PENNSYLVANIA

_____
Honorable Joshua D. Wolson U.S.D.C.

DATED: