# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 23rd day of October, 2020, upon review of Defendant The Middle East Forum's Response in Opposition to Plaintiff Ms. Lisa Barbounis' Motion to Compel Depositions (ECF No. 66), it is **ORDERED** that the Response is **STRICKEN** for failure to comply with Section II.C.1. of Judge Wolson's Policies and Procedures, including the restrictions on filing responses to discovery motions and page limits for discovery motions.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.