**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS,** *Plaintiff,* v. **THE MIDDLE EAST FORUM, et al.,** *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 26th day of October, 2020, upon consideration of Defendant The Middle East Forum's Motion for Contempt (ECF Nos. 62 & 65), and for the reasons given on the record in open court, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** in that Plaintiff, by the close of business on November 2, 2020, shall: i) provide written responses to MEF's document requests; ii) produce all outstanding documents to MEF; and iii) file a certification of compliance on the docket in this matter.  The Motion is **DENIED** in all other respects;

Upon consideration of Plaintiff Lisa Barbounis' Motion to Compel (ECF No. 64), it is **ORDERED** that the Motion is **GRANTED**.  It is **FURTHER ORDERED** that depositions of witnesses shall proceed according to the following schedule:

   a.   October 29, 2020 – Lisa Barbounis;

   b.   October 30, 2020 – Jane Reynolds;

   c.   October 30, 2020 – Vasili Barbounis;

   d.   November 4, 2020 – Patricia McNulty;

   e.   November 10, 2020 – Matthew Bennet;

   f.   November 17, 2020 – Daniel Pipes;

g.   November 20, 2020 – Gregg Roman;

h.   November 24, 2020 – Mark Fink;

i.   November 24, 2020 – Steve Levey; and

j.   November 24, 2020 – Laurence Hollin

The Parties may not reschedule any of these depositions without leave of Court, upon a showing of good cause.

It is **FURTHER ORDERED** that on Friday, October 30, 2020, and every Friday thereafter until the close of discovery, Defendants shall provide an update to the Court via a letter to Chambers_of_Judge_Wolson@paed.uscourts.gov, as to the status of third-party witnesses on whom subpoenas have been served. Defendants shall also include in their letter updates on the Parties' discussions about whether and when to depose any expert witnesses.

It is **FURTHER ORDERED** that the Parties shall complete all discovery by November 25, 2020.  Any dispositive motions shall be filed on or before December 18, 2020. Responses thereto, if any, are due by January 15, 2021.  **The Court will not grant extensions of these deadlines**.  Subsequent briefs, if any, shall be filed in accordance with the Court's Policies and Procedures.

                              **BY THE COURT:**

                              */s/ Joshua D. Wolson*
                              JOSHUA D. WOLSON, J.