UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| Plaintiff, | : | NO. 2:19-cv-05030-JDW |
| -vs- | : | |
| THE MIDDLE EAST FORUM, | : | |
| and DANIEL PIPES (*individually*), and | : | |
| GREG ROMAN (*individually*), | : | |
| Defendants. | : | |

**WHEREAS**, on October 26, 2020, the Court issued an Order which included deposition dates for Plaintiff, Lisa Barbounis and witness Patricia McNulty.

**WHEREAS**, The parties have agreed on alternative dates for the depositions of Plaintiff, Lisa Barbounis and witness Patricia McNulty.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, Plaintiff Lisa Barbounis will attend and testify November 4, 2020 and Patricia McNulty will attend and testify November 6, 2020.

By: /s/ Dave Walton
Dave Walton
Market Street
Suite 2800
Philadelphia, PA 19103
P: 215.665.4708
F: 215.701.2002
dwalton@cozen.com

By: /s/ Seth D. Carson
Seth D. Carson
**Derek Smith Law Group, PLLC**
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
*Counsel for Plaintiff*

By: /s/ Sidney L. Gold
Sidney L. Gold
sgold@discrimlaw.net
Sidney L. Gold & Associates P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
Tel: (215) 569-1999
Fax: (215) 569-3870

**APPROVED AND SO ORDERED:**

_____

**J.**

DATED October 28, 2020