**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 17th day of November, 2020, it is **ORDERED** as follows:

1. On or before November 20, 2020, Plaintiff's Counsel shall set forth in a memorandum, not to exceed five (5) pages, why the Court should not sanction him for his failure to comply with the Court's Order requiring him to provide the Court with daily updates via email as to the status of his efforts to review and produce discovery to Defendants in this matter (ECF No. 74); and

2. On or before 12:00 p.m. on November 20, 2020, each Party shall file a memorandum, not to exceed ten (10) pages, addressing whether the Court should (a) conclude, in light of the Status Report (ECF No. 76) that the Parties filed last night, that Plaintiff has not fulfilled her obligation to gather and produce responsive documents in this case and/or (b) take the following actions: (i) bar Plaintiff from making affirmative use of any document that she does not produce on or before November 25, 2020; (ii) in the event that Plaintiff's Counsel has not reviewed and produced all responsive documents before November 25, 2020, and certified under oath that he has done so, draw an adverse inference that Plaintiff has concealed damaging documents from Defendants; and (iii) in the event that Defendants can show good cause to re-open a deposition pursuant to Fed. R. Civ. P.

30(a) based on newly-produced information, require Plaintiff to pay Defendants' costs for taking any such depositions.

**Any failure to respond to this Order to Show Cause will result in sanctions without further notice**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
