# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DIRSTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| LISA BARBOUNIS | : | CIVIL ACTION |
| Plaintiff, | : | NO. 2:19-cv-05030-JDW |
| -vs- | : | |
| | : | |
| THE MIDDLE EAST FORUM, et al. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF LISA BARBOUNIS'S RESPONSES TO**
**DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

1. All documents identified or referenced in response to Defendants' First Set of Interrogatories.

Response:

Plaintiff, Lisa Barbounis has produced documents in connection with Defendants' First Request for Production of Documents including the following documents, the Bates Stamps and description of each set of documents is listed below.

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time.  Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

2.  All documents relating to Plaintiff's employment with The Forum, including, but not
    limited to, resumes, employment applications, performance evaluations and/or
    improvement plans, commendations, explanations or promises of benefits, records of
    benefits, employee handbooks, rules and/or policies, job assignments, changes in job
    assignments, notification of salary increases, pay stubs or earnings summaries,
    complaints or communications to any other employees of The Forum.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney
Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona
Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis
from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia
McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia
McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa
Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The
Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie
Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia
McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia
McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona
Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa
Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call
between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the
MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐   LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐   LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐   LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐   Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐   Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐   Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐   Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

3.  Any and all correspondence, memoranda, and notes to and from Plaintiff about any matter related to Plaintiff's employment with The Forum.

Response:

☐   MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐   MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐   MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐   MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐   MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

- ☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

- ☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

- ☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

- ☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

- ☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

- ☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

- ☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

- ☐ LB Supplemental Production 00211 through 00215 Handwritten report.

- ☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

- ☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

- ☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

- ☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

- ☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

- ☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

- ☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

- ☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

- ☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

- ☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts. Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

4.  Any and all correspondence, memoranda, and notes to and from Plaintiff about the facts alleged in Plaintiff's Amended Complaint in this action.

Response:

Plaintiff has identified the documents produced in response to Defendants First Request For Production of Documents.  See Plaintiff's Response to Request Number 1, above.  By way of further answer, Plaintiff is not in possession of any additional notes, correspondence, or memorandum in connection with the facts alleged in the Amended Complaint.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

5.  All documents that Plaintiff maintained as personal records, notes, calendars (paper and/or electronic), and/or diaries regarding her employment with The Forum, her salary and/or benefits from The Forum, the facts alleged in Plaintiff's Amended Complaint, or any discussions relating thereto with any employees and/or agents of The Forum.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

- ☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.
- ☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.
- ☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.
- ☐ LB Supplemental Production 00211 through 00215 Handwritten report.
- ☐ LB Supplemental Production 00216 through 00216 Notice of Charge.
- ☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.
- ☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.
- ☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.
- ☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.
- ☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.
- ☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.
- ☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

Plaintiff is not in possession of any other documents responsive to this request.  Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.


6. All documents, including emails and other electronic communications, exchanged between you and any current or former employee or agent of The Forum from October 16, 2017 to present relating to any or all of the conduct alleged in the Amended Complaint. This request includes, but is not limited to, letters, notes, email messages, social media messages and postings, and text messages.


Response:


- ☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

- MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

- MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

- MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

- MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

- MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

- MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

- MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

- MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

- MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

- MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

- MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

- MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

- MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

- MEF Docs 000918 through 000919: Email communications.

- MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

- MEF Docs 000954 through 000961: Email communications.

- MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

- MEF Docs 000966 through 000995: Email communications.

- MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

Plaintiff is not in possession of any other documents responsive to this request.  Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

7. All documents relating to and supporting the allegations of sexual misconduct occurring in Israel as alleged in Plaintiff's Amended Complaint, including but not limited to the allegations set forth in paragraphs 187-232 of the Amended Complaint. This request includes but is not limited to, letters, notes, email messages, social media messages and postings, and text messages.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- ☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

- ☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

- ☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

- ☐ MEF Docs 000918 through 000919: Email communications.

- ☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

- ☐ MEF Docs 000954 through 000961: Email communications.

- ☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

- ☐ MEF Docs 000966 through 000995: Email communications.

- ☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

- ☐ MEF Docs 000998 through 001002: Handwritten report.

- ☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

- ☐ MEF Docs 001013 through 001013: Absentee Request.

- ☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

- ☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

- ☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

- ☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

- ☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

- ☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

- ☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

- ☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

- ☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

- ☐ LB Supplemental Production 00211 through 00215 Handwritten report.

- ☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts. Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

8. All documents relating to and supporting the allegations of sexual misconduct occurring in Washington D.C. as alleged in Plaintiff's Amended Complaint, including but not limited to the allegations set forth in paragraphs 34, 73, 74, 308, and 325 of the Amended Complaint. This request includes but is not limited to, letters, notes, email messages, social media messages and postings, and text messages.

Response:

See the recording produced in connection with a conversation between Lisa Barbounis and Alana Goodman. Plaintiff is not in possession of any other documents responsive to this request.

9. All documents relating to Plaintiff's effort to report the alleged incidents of sexual misconduct, hostile work environment, discrimination, and/or harassment based on your gender to MEF as alleged in Plaintiff's Amended Complaint, including but not limited to the allegations set forth in paragraphs 38, 296, 297, 307-310, 326 of the Amended Complaint.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

- ☐  MEF Docs 000918 through 000919: Email communications.
- ☐  MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.
- ☐  MEF Docs 000954 through 000961: Email communications.
- ☐  MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.
- ☐  MEF Docs 000966 through 000995: Email communications.
- ☐  MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.
- ☐  MEF Docs 000998 through 001002: Handwritten report.
- ☐  MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.
- ☐  MEF Docs 001013 through 001013: Absentee Request.
- ☐  MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.
- ☐  MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.
- ☐  LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.
- ☐  LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.
- ☐  LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.
- ☐  LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.
- ☐  LB Supplemental Production 00201 through 00201 Letter to Dave Walton.
- ☐  LB Supplemental Production 00202 through 00209 Letter from Dave Walton.
- ☐  LB Supplemental Production 00210 through 00210 Information related to MEF Response.
- ☐  LB Supplemental Production 00211 through 00215 Handwritten report.
- ☐  LB Supplemental Production 00216 through 00216 Notice of Charge.
- ☐  LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.
- ☐  LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.
- ☐  LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

By way of further answer, Plaintiff made many of the reports as alleged in the complaint verbally as Defendants did not maintain an antidiscrimination policy and the harassment was a proxy for the organization and Plaintiff feared retaliation and that written reports would be futile.  Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

10. All documents relating to the alleged ongoing campaign of discrimination, hostile work environment, harassment and/ or retaliation as alleged in Plaintiff's Amended Complaint, including but not limited to the allegations set forth in paragraphs 19, 20, 22, 23, 27, 30, 31, 34, 75, 81-84, 196, 216, 223, 245, 252, 260, 283, 358, 360-364, 382-383, 390, 399, and 414 of the Amended Complaint.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

- MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

- MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

- MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

- MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

- MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

- MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

- MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

- MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

- MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

- MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

- MEF Docs 000918 through 000919: Email communications.

- MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

- MEF Docs 000954 through 000961: Email communications.

- MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

- MEF Docs 000966 through 000995: Email communications.

- MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

- MEF Docs 000998 through 001002: Handwritten report.

- MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

- MEF Docs 001013 through 001013: Absentee Request.

- MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

11. All documents relating to your contention that Pipes permitted and condoned Roman's discrimination and harassment of you as alleged in Plaintiff's Amended Complaint, including but not limited to paragraphs 329-339.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

- ☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

- ☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

- ☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

- ☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

- ☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

- ☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

- ☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

- ☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

12. All documents relating to the damages or other relief you are seeking in this action.

Response:

- ☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

- ☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

- ☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

- ☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

    13. All documents relating to your alleged emotional distress.

Response:

- MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

- MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

- MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

- MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

- MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

- MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

- MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

- MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

- MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

- MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

- MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

- MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

- MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

- ☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

- ☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

- ☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

- ☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

- ☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

- ☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

- ☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

By way of further answer, see Plaintiff's Confidential Medical Records Bates Stamped 0001 through 0252 which are medical records reviewed by Dr. Zakireh in connection with Plaintiff's claim for emotional distress.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

14. All statements or affidavits by individuals relating to or supporting the allegations you have made in this action, including any statements made by Defendants, their agents, or employees.

Response:

Plaintiff has produced all documents related to this Request but reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.  Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

15.   All documents relating to your application for or receipt of any disability benefits (including but not limited to social security disability benefits), worker's compensation benefits, and/or unemployment compensation benefits.

Response:

Plaintiff is not in receipt of benefits in connection with this Request.  Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

16.   All documents relating to any employment you have had, including self-employment, including but not limited to, documents relating to any offer of employment; job title; job status; rate of pay; benefits; change in job title, status, or rate of pay; termination of employment, if any; descriptions of jobs held and work performed; employee handbooks; and employee benefits.

Response:

Plaintiff moved directly from The Middle East Forum to a position working for Congressman Randy Weber.  Plaintiff objects to providing employment records in connection with Congressman Randy Weber as Plaintiff earns more money today than she earned during her employment with The Middle East Forum.  Accordingly, the employment records from future employment are not relevant and the request is not proportional to the needs of this litigation.  Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

17.   Copies of your bank records, checks or cancelled checks, and/or deposit statements for any transaction relating to your receipt of any funds from The Forum, including, but not limited to, salary and severance payments, from October 16, 2017 to present.

Response:

Plaintiff is not in possession of any documents related to this Request.  The only money Plaintiff received from The Middle East Forum was paid through Plaintiff's w2 paycheck.  Any documents related to Plaintiff's salaries/wages are already in the possession of the Defendants and are more accessible to Defendants than Plaintiff.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.   Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

18. Copies of all portions of your income tax returns relating to any source of income, including W2 forms and all other attachments relating to income or remuneration, for each of the past three (3) years through the date of the trial of this lawsuit.

Response:

Plaintiff is not in possession of any documents related to this Request.  The only money Plaintiff received from The Middle East Forum was paid through Plaintiff's w2 paycheck.  Any documents related to Plaintiff's salaries/wages are already in the possession of the Defendants and are more accessible to Defendants than Plaintiff.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.

Moreover, Plaintiff moved directly from The Middle East Forum to a position working for Congressman Randy Weber.  Plaintiff objects to providing employment records in connection with Congressman Randy Weber as Plaintiff earns more money today than she earned during her employment with The Middle East Forum.  Accordingly, the employment records from future employment are not relevant and the request is not proportional to the needs of this litigation.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

19. All documents relating to your efforts, if any, to find a potential job while you were still employed by MEF including job applications, resumes, cover letters, and want ads.

Response:

See Plaintiff's production of documents identified above.  Plaintiff has produced documents connected to her job search in documents Bates Stamped MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum; and LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text

messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

20. All documents including job applications, resumes and cover letters you provided to any potential employer, headhunter or employment agency since your employment with The Forum ended.

Response:

See Plaintiff's production of documents identified above.  Plaintiff has produced documents connected to her job search in documents Bates Stamped MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum; and LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

21. Copies of application forms, business cards, post cards, letters or documents you received from any potential employer, headhunter or employment agency since your employment with The Forum ended.

Response:

Plaintiff is not in possession of any documents related to this Request.  Plaintiff objects to providing Defendants with documents related to Congressman Randy Weber, as Plaintiff's employment with Congressman Weber does not require Plaintiff to produce to Defendants, Plaintiff's business cards or other cards.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

22. All correspondences, written communications, and any other documents that you received from any person or entity to whom you have applied for employment since October 16, 2017.

Response:

Plaintiff moved directly from The Middle East Forum to a position working for Congressman Randy Weber.  Plaintiff objects to providing employment records in connection with Congressman Randy Weber as Plaintiff earns more money today than she earned during her employment with The Middle East Forum.  Accordingly, the employment records from future employment are not relevant and the request is not proportional to the needs of this litigation.

Plaintiff objects to providing Defendants with documents related to Congressman Randy Weber, as Plaintiff's employment with Congressman Weber does not require Plaintiff to produce to Defendants, document related to her current employment.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

23. All correspondences, written communications, or documents offering you employment that you have received from any person or entity since October 16, 2017.

Response:

Plaintiff moved directly from The Middle East Forum to a position working for Congressman Randy Weber.  Plaintiff objects to providing employment records in connection with Congressman Randy Weber as Plaintiff earns more money today than she earned during her employment with The Middle East Forum.  Accordingly, the employment records from future employment are not relevant and the request is not proportional to the needs of this litigation.

Plaintiff objects to providing Defendants with documents related to Congressman Randy Weber, as Plaintiff's employment with Congressman Weber does not require Plaintiff to produce to Defendants, document related to her current employment.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.

Plaintiff is not in possession of any other documents subject to this Request.  The only employment where Plaintiff worked since October 2017 is with Congressman Weber and The Middle East Forum.

24. All pay stubs from current and former employers for the last three (3) years.

Response:

Plaintiff moved directly from The Middle East Forum to a position working for Congressman Randy Weber.  Plaintiff objects to providing employment records in connection with Congressman Randy Weber as Plaintiff earns more money today than she earned during her employment with The Middle East Forum.  Accordingly, the employment records from future employment are not relevant and the request is not proportional to the needs of this litigation.

Plaintiff objects to providing Defendants with documents related to Congressman Randy Weber, as Plaintiff's employment with Congressman Weber does not require Plaintiff to produce to Defendants, document related to her current employment.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.

The only money Plaintiff received from The Middle East Forum was paid through Plaintiff's w2 paycheck.  Any documents related to Plaintiff's salaries/wages are already in the possession of the Defendants and are more accessible to Defendants than Plaintiff.  Accordingly this request is overly broad, unduly burdensome and not proportional to the needs of this litigation.

Plaintiff is not in possession of any other documents subject to this Request.  The only employment where Plaintiff worked since October 2017 is with Congressman Weber and The Middle East Forum.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

25. Copies of any and all hospital bills, bills from any medical facility, doctor bills, health care bills, bills from any medical professional, prescription charges, reports, or other documents indicating expenses incurred as a result of the end of your employment with The Forum, and/or as a result of all alleged injuries for which you seek recovery in this lawsuit.

Response:

See Plaintiff's Production of Confidential Medical Records Bates Stamped 0001 through 00252.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

26. Copies of any and all invoices, bills, documents or written charges documenting your alleged losses, including medical services and treatment in hospitals and services provided by doctors, chiropractors, or any medical professional related to any alleged injuries or damages in this lawsuit.

Response:

See Plaintiff's Production of Confidential Medical Records Bates Stamped 0001 through 00252.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

27. All documents that were generated or created by any doctor or medical professional including, but not limited to all doctors' reports, treatment records, prescriptions, intake questionnaires, charts, x-rays, medical histories, test results, notes, diagnoses, or any other medical documents regarding your physical or mental condition that in any way relate to any injuries or damages for which you are seeking recovery in this lawsuit.

Response:

See Plaintiff's Production of Confidential Medical Records Bates Stamped 0001 through 00252.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

28. All documents concerning prescriptions that you claim you need as a result of the ending of your employment with The Forum.

Response:

See Plaintiff's Production of Confidential Medical Records Bates Stamped 0001 through 00252.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

29. Please produce a completed, signed, and notarized original of the Authorization for Release of Medical Records attached to this Request for Production.

Response:

Plaintiff will execute an authorization for any medical treatment subject to this case but objects to executing a blanket authorization for any and all medical records that are not relevant to this action.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

30. All documents sent to or received from the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Act, and/or any other federal, state, or local fair employment practices commission or agency, in which you claimed that an employer wrongfully discharged, discriminated against, harassed, and/or mistreated you.

Response:

See Documents Bates Stamped LB EEOC Docs 0001 through 0031.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

31. All letters, statements or other documents that you provided to any newspaper, radio television, media entity, or person affiliated with a media entity, regarding your employment with The Forum.

Response:

Plaintiff is not in possession of any documents subject to this Request.

32. All photographs and/or video tapes, tape recordings, real evidence, objects or things depicting any of the allegations in the Amended Complaint.

Response:

Plaintiff has produced all recordings subject to this Request.  Plaintiff has sent Defendants the recordings of Tommy Robinson and Daniel Thomas talking about Greg Roman's offer to pay for

testimony.  Plaintiff has produced the recording of Alana Goodman describing Greg Roman's sexual misconduct.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

33. Any and all contracts, retainer agreements or fee agreements for the payment of attorney's fees and litigation costs between you and your attorneys for your attorney's representation of you in this lawsuit.

Response:

34. Any and all entries, timesheets, computer printouts, invoices or bills generated by your attorneys regarding this lawsuit.

Response:

Plaintiff objects to this Request as it would violate privilege and the attorney work product doctrine.

35. All statements under oath provided by Plaintiff in any legal proceeding.

Response:

Plaintiff is not in possession of any documents subject to this Request.

36. All documents relating to Plaintiff's claims for compensatory and punitive damages.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

- MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

- MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

- MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

- MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

- MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

- MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

- MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

- MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

- MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

- MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

- MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

- MEF Docs 000918 through 000919: Email communications.

- MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

- MEF Docs 000954 through 000961: Email communications.

- MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

- MEF Docs 000966 through 000995: Email communications.

- MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

- MEF Docs 000998 through 001002: Handwritten report.

- MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based

storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

37. Copies of all pictures concerning the allegations made in the Amended Complaint.

Response:

- MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

- MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

- MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

- MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

- MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

- MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

- MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

- MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

- MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

- MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

- MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

- MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.
- MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.
- MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.
- MEF Docs 000918 through 000919: Email communications.
- MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.
- MEF Docs 000954 through 000961: Email communications.
- MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.
- MEF Docs 000966 through 000995: Email communications.
- MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.
- MEF Docs 000998 through 001002: Handwritten report.
- MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.
- MEF Docs 001013 through 001013: Absentee Request.
- MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.
- MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.
- LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.
- LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.
- LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.
- LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.
- LB Supplemental Production 00201 through 00201 Letter to Dave Walton.
- LB Supplemental Production 00202 through 00209 Letter from Dave Walton.
- LB Supplemental Production 00210 through 00210 Information related to MEF Response.
- LB Supplemental Production 00211 through 00215 Handwritten report.
- LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts. Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

38. Copies of all pictures concerning and/or involving Patricia McNulty at any time after January 1, 2018.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts. Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

39. Copies of all pictures concerning and/or involving Caitriona Brady at any time after January 1, 2018.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

40. Copies of all pictures concerning and/or involving Delaney Yonchek at any time after January 1, 2018.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

- MEF Docs 000998 through 001002: Handwritten report.

- MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

- MEF Docs 001013 through 001013: Absentee Request.

- MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

- MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

- LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

- LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

- LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

- LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

- LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

- LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

- LB Supplemental Production 00210 through 00210 Information related to MEF Response.

- LB Supplemental Production 00211 through 00215 Handwritten report.

- LB Supplemental Production 00216 through 00216 Notice of Charge.

- LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

- LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

- LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

- LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

- LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

- Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

- Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐  Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐  Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

41. Copies of all pictures concerning and/or involving Marnie Meyer at any time after January 1, 2018.

Response:

☐  MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐  MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐  MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐  MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐  MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐  MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐  MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐  MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐  MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐  MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

- ☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

- ☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

- ☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

- ☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

- ☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

- ☐ MEF Docs 000918 through 000919: Email communications.

- ☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

- ☐ MEF Docs 000954 through 000961: Email communications.

- ☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

- ☐ MEF Docs 000966 through 000995: Email communications.

- ☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

- ☐ MEF Docs 000998 through 001002: Handwritten report.

- ☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

- ☐ MEF Docs 001013 through 001013: Absentee Request.

- ☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

- ☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

- ☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

- ☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

- ☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

- ☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

- ☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

- ☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

- ☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.
- ☐ LB Supplemental Production 00211 through 00215 Handwritten report.
- ☐ LB Supplemental Production 00216 through 00216 Notice of Charge.
- ☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.
- ☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.
- ☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.
- ☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.
- ☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.
- ☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.
- ☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.
- ☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.
- ☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time.  Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

42. Copies of the information available on each page of your Facebook account (if you maintain one) from January 1, 2018 to present. To do this, log in to Facebook, click on the down arrow symbol at the top right of your home page and select "Settings;" then, click "Download a copy of your Facebook data" which appears just below your General Account Settings; finally, click "Start My Archive." Facebook will notify you via email when your page is available for download.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based storage accounts.  Plaintiff and Defendants received this production at the same time. Accordingly, all documents produced through are equally accessible to Defendants as Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert reports.

43. Copies of each page and each picture for all social network accounts (e.g., Ask.fm, Blogspot, BuzzFeed, CafeMom, Classmates, DeviantArt, Facebook, Flickr, Foursquare, Google +, Habbo, Instagram, LinkedIn, LiveJournal, Meet Me, Meetup, MyLife, MySpace, MyYearbook, Periscope, Pinterest, Quora, Reddit, Reunion, Snapchat, Tagged, Tumblr, Twitter, Vine, VK, Windows Live Spaces, YouTube, etc.), posted on from January 1, 2018 to present.

Response:

☐ MEF Docs 000001 through 000006: text messages between Marnie Meyer and Delaney Yonchek.

☐ MEF Docs 000007 through 000009: text messages between Marnie Meyer and Caitriona Brady.

☐ MEF Docs 000010 through 000051: Emails and documents produced by Lisa Barbounis from during her employment with The Middle East Forum.

☐ MEF Docs 000052 through 000073: text thread between Delaney Yonchek and Patricia McNulty (29 images were also produced that were part of this thread).

☐ MEF Docs 000074 through 000103: text thread between Delaney Yonchek, Patricia McNulty, and Lisa Barbounis.

☐ MEF Docs 000104 through 000226: text thread between Delaney Yonchek and Lisa Barbounis (146 images were produced that were part of this thread).

☐ MEF Docs 000227 through 000461: Articles and documents in connection with The Middle East Forum.

☐ MEF Docs 000462 through 000468: text thread between Delaney Yonchek and Marnie Meyer.

☐ MEF Docs 000871 through 000874: text thread between Delaney Yonchek, Patricia McNulty, and Caitriona Brady.

☐ MEF Docs 000875 through 000877: text thread between Delaney Yonchek, Patricia McNulty, Lisa Barbounis, and Caitriona Brady.

☐ MEF Docs 000878 through 000879: text thread between Delaney Yonchek, Caitriona Brady, and Lisa Barbounis.

☐ MEF Docs 000880 through 000888: text thread between Caitriona Brady, and Lisa Barbounis and Patricia McNulty.

☐ MEF Docs 000889 through 000889: partial transcript from purported telephone call between Matthew Ebert and Greg Roman.

☐ MEF Docs 000890 through 000890: Partial text thread between Lisa Barbounis and the MEF Network Administrator.

☐ MEF Docs 000891 through 000917: Information related to Declaration of Lisa Barbounis in connection with electronic devices.

☐ MEF Docs 000918 through 000919: Email communications.

☐ MEF Docs 000920 through 000953 Electronic communications related to The Middle East Forum.

☐ MEF Docs 000954 through 000961: Email communications.

☐ MEF Docs 000962 through 000965: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000966 through 000995: Email communications.

☐ MEF Docs 000996 through 000967: Electronic communications related to The Middle East Forum.

☐ MEF Docs 000998 through 001002: Handwritten report.

☐ MEF Docs 001003 through 001012: Electronic Communications related to The Middle East Forum.

☐ MEF Docs 001013 through 001013: Absentee Request.

☐ MEF Docs 001014 through 001018: Documents related to Delaney Yonchek.

☐ MEF Docs 001015 through 001055 Electronic communications related to The Middle East Forum.

☐ LB Supplemental Production 00001 through 00190 The Middle East Forum tax returns for years 2004, 2015, 2016, and 2017 – related to punitive damages.

☐ LB Supplemental Production 00191 through 00191 Advertisement for AirBNB in Israel.

☐ LB Supplemental Production 00192 through 00198 Tiffany Lee Charge of Discrimination.

☐ LB Supplemental Production 00199 through 00200 Letter from Attison Barnes.

☐ LB Supplemental Production 00201 through 00201 Letter to Dave Walton.

☐ LB Supplemental Production 00202 through 00209 Letter from Dave Walton.

☐ LB Supplemental Production 00210 through 00210 Information related to MEF Response.

☐ LB Supplemental Production 00211 through 00215 Handwritten report.

☐ LB Supplemental Production 00216 through 00216 Notice of Charge.

☐ LB Supplemental Production 00208 through 00237 Emails and information produced by Lisa Barbounis including emails and Greg Roman LinkedIn Page.

☐ LB Supplemental Production 00238 through 00290 Emails and information produced by Lisa Barbounis including emails and insurance information for MEF.

☐ LB Supplemental Production 00291 through 00299 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00300 through 00304 Electronic messages related to MEF and Daniel Pipes.

☐ LB Supplemental Production 00305 through 00345 Electronic messages related to MEF and Daniel Pipes including text messages between Lisa Barbounis and Patricia McNulty sent in real time while Lisa Barbounis was in Israel with Greg Roman.

☐ Plaintiff has also produced recordings of Daniel Thomas and Tommy Robinson discussing Greg Roman's illegal offer of money for testimony.

☐ Plaintiff has also produced a recording of Alana Goodman describing Greg Roman's sexual harassment including exposing his penis in front of Ms. Goodman and trying to trade sex for stories – including threats.

☐ Plaintiff has also produced the comprehensive narrative report of Dr. Zakireh related to the claim of emotional distress made by Lisa Barbounis.

☐ Plaintiff has also produced several hundred thousand documents taken from Lisa Barbounis's electronic devices, social media accounts, emails accounts, and cloud based

storage accounts.  Plaintiff and Defendants received this production at the same time.
Accordingly, all documents produced through are equally accessible to Defendants as
Plaintiff.

Plaintiff reserves the right to amend, supplement, clarify, or add to this production in accordance
with the Federal Rules of Civil Procedure, Local Rules of Discovery and the Scheduling Order.

Plaintiff also identifies all documents produced by Defendants and all medical records and expert
reports.

**DEREK SMITH LAW GROUP, PLLC**

By: _____/s/ Seth D. Carson_____
        SETH D. CARSON
        Derek Smith Law Group, PLLC
        1835 Market St, Ste 2950
        Philadelphia, PA 19103
        P: 215-391-4790
        E: seth@dereksmithlaw.com
        *Attorneys for Plaintiff*
        *Lisa Barbounis*

DATED: November 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this date that I caused a true and correct copy of Plaintiff's Responses to Defendants' Requests for Admissions to be served via Dropbox.

David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com
lbenson@cozen.com

**DEREK SMITH LAW GROUP, PLLC**

BY:   /s/  Seth D. Carson
          SETH D. CARSON

DATED: November 3, 2020

# EXHIBIT B

LISA REYNOLDS-BARBOUNIS

305

1 where I tried to talk to her nicely.  There
2 were times where I tried to coach her and
3 help her and be a friend to her.  We even
4 hung out once.
5    Q.   All right.  Can you see that
6 document?
7    A.   Yes.
8    Q.   Do you recognize it?
9          MR. CARSON:  It is what it is.
10          THE WITNESS:  It's either
11    something I wrote to her or she wrote
12    to me.  I would have to see the
13    whole, --
14          MR. CARSON:  Take a minute.
15          THE WITNESS:  -- I would need
16    to see the whole thing.  I can
17    probably find it.
18          MR. CARSON:  Take a minute.
19          No, no, Lisa, put your phone
20    down.  You're not going in your phone
21    today.  All right?  You're not --
22          THE WITNESS:  Well, I would
23    like to see the rest of the context
24    of that.  Because there's got to be a

306

1    lot of more context to that.
2 BY MR. CAVALIER:
3    Q.   Well, you have messages from Jazmine
4 Bishop in your phone?
5          MR. CARSON:  Objection.  She's
6    not -- I'm instructing her not to
7    answer that question.  All the text
8    messages in her phone were turned
9    over through Cornerstone.
10          Lisa, put your phone away.
11    Don't reference it again.  Okay?  And
12    take a minute, look at the document,
13    and then answer his questions about
14    the document and only the document.
15          THE WITNESS:  I don't know if I
16    wrote that to her or she wrote that
17    to me, but it was probably a
18    conversation between the two of us.
19 BY MR. CAVALIER:
20    Q.   Have you looked at your phone while
21 we've been doing this deposition today?
22    A.   No.  Only the one time it rang and I
23 put it down.
24    Q.   You haven't read text messages today?

307

1    A.   No.
2    Q.   You haven't referenced notes today?
3    A.   No.  Swear to God.
4    Q.   When we go back and look at the
5 video, we won't see you looking at your phone
6 except that one time it rang?
7    A.   Correct.
8          MR. CARSON:  Objection.  Not in
9    evidence.
10          MR. CAVALIER:  I'll ask the
11    question again.  I don't see a basis
12    for --
13          THE WITNESS:  I said no, you
14    will not see me doing that.  Because
15    I didn't do it.
16 BY MR. CAVALIER:
17    Q.   No.  I want to ask the question as to
18 whether you have communications with Jazmine
19 Bishop on your current phone.
20          MR. CARSON:  Objection.  All
21    the communications that are on her
22    phone between her and Jazmine Bishop
23    have been turned over.
24          MR. CAVALIER:  That's not my

308

1    question, Seth.  I want to know if
2    she has examples of this on her phone
3    still.
4          MR. CARSON:  Okay.  You guys
5    have equal access to everything
6    that's on the phone as she does and
7    that I do.  All right?  All the
8    exhibits were turned over to
9    Cornerstone.
10          MR. CAVALIER:  I understand
11    your representation.
12          MR. CARSON:  So anything that's
13    not -- so anything on her phone that
14    wasn't turned over is deemed not
15    relevant.  If you guys want to make
16    an argument about that to the Court,
17    you can.  She's not going to take her
18    time and go through her phone today.
19          THE WITNESS:  What I don't
20    understand is where is the rest of
21    the context between this?
22 BY MR. CAVALIER:
23    Q.   Well, we'll get to that.  We just
24 want to know if you recognize this statement.

# EXHIBIT C

```
 1                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                            -  -  -

 3     LISA BARBOUNIS               :  CIVIL ACTION NO.
                                    :  19-cv-05030
 4        v.                        :
                                    :
 5     THE MIDDLE EAST FORUM, DANIEL:
       PIPES, individually, and GREG:
 6     ROMAN, individually          :
                                    :
 7        and                       :
                                    :
 8     DANIEL PIPES, THE MIDDLE EAST:
       FORUM and GREG ROMAN         :
 9                                  :
          v.                        :
10                                  :  MOTION FOR CONTEMPT
       LISA BARBOUNIS               :
11    _____

12                                 James A. Byrne U.S. Courthouse
                                   Via videoconference
13                                 Philadelphia, PA 19106
                                   November 13, 2020
14                                 Commencing at 10:42 a.m.

15    _____

                 BEFORE THE HONORABLE JOSHUA D. WOLSON
16    _____

17

18

19                            -  -  -

20
                    Ann Marie Mitchell, CRR, RDR, RMR
21                      Official Court Reporter
                          (267) 299-7250
22

23    Proceedings taken stenographically and prepared utilizing
      computer-aided transcription
24

25
```

```
 1  APPEARANCES:

 2

 3  FOR THE                 DEREK SMITH LAW GROUP, PLLC
    PLAINTIFF/COUNTER       BY:  SETH D. CARSON, ESQUIRE
 4  DEFENDANT               1835 Market Street
                            Suite 2950
 5                          Philadelphia, Pennsylvania 19103
                            (215) 391-4790
 6                          seth@dereksmithlaw.com

 7

 8  FOR THE                 COZEN O'CONNOR
    DEFENDANTS/COUNTER      BY:  DAVID J. WALTON, ESQUIRE
 9  CLAIMANTS               BY:   JONATHAN R. CAVALIER, ESQUIRE
                            BY:  LEIGH ANN BENSON, ESQUIRE
10                          One Liberty Place
                            1650 Market Street, Suite 2800
11                          Philadelphia, Pennsylvania 19103
                            (215) 665-2000
12                          dwalton@cozen.com
                            jcavalier@cozen.com
13                          lbenson@cozen.com

14

15
    FOR THE                 SIDNEY L. GOLD & ASSOCIATES, PC
16  DEFENDANT/COUNTER       BY:  SIDNEY L. GOLD, ESQUIRE
    CLAIMANT GREG           BY:  WILLIAM REISER, ESQUIRE
17  ROMAN                   Eleven Penn Center, Suite 515
                            1835 Market Street
18                          Philadelphia, Pennsylvania 19103
                            (215) 569-1999
19                          sgold@discrimlaw.net
                            breiser@discrimlaw.net
20

21

22                               -  -  -

23

24

25
```

```
 1                (Court called to order at 10:41 a.m.)

 2           THE COURT:  Good morning.  So we are here on the

 3   motion for contempt that was filed in this case in ECF Number

 4   72.

 5           So I've read that motion and the exhibits, and

 6   obviously I'm familiar with the procedural history in this

 7   case.  You guys have been in front of me a number of times on

 8   these matters.

 9           Let me start with this:  Mr. Carson, it doesn't look

10   to me like you filed a certification that I ordered; is that

11   right?

12           MR. CARSON:  No.  I answered all the -- all the

13   document requests.  I provided written responses to the

14   document requests.  And I believe I sent over a certification

15   as well.

16           THE COURT:  I haven't seen a certification on the

17   docket, Mr. Carson.

18           MR. CARSON:  Oh, filed a certification.  I'm sorry.

19           THE COURT:  Yes.

20           MR. CARSON:  I guess no, I have not done that.

21           THE COURT:  You know that was one of the requirements,

22   right, that was in my order?

23           MR. CARSON:  I do.

24           THE COURT:  Okay.  So why did that not happen?

25           MR. CARSON:  It's just an oversight, just an honest
```

1   oversight.  I just didn't -- I just didn't --

2            THE COURT:  Okay.

3            Have the written discovery responses been served?

4            MR. CARSON:  Yes.

5            THE COURT:  Okay.  And Mr. Walton, from your

6   perspective, I didn't have the sense from your motion that the

7   written responses were the primary issue here, but from your

8   perspective, are they complete, or there are there still issues

9   with the written responses?

10           MR. WALTON:  Two quick issues with the responses, Your

11   Honor.

12           One, I believe Mr. Carson still asserted objections,

13   but I believe they were waived as per our last hearing.

14           And the responses indicate we received several hundred

15   thousand documents, which we haven't, and that all the

16   defendants received them at the same time, which we disagree

17   with.

18           But other than that, it's the same boilerplate

19   response to every single one of the requests.

20           THE COURT:  All right.  The document count -- I mean,

21   the record will show however many documents were produced.  I

22   assume they're being numbered somehow, so that doesn't trouble

23   me too much.

24           Mr. Carson, to the extent you include objections in

25   the document request responses, are you standing on any

1   objections?

2          MR. CARSON:  I mean, I'd have to look at them.  I

3   didn't think I put a lot of objections in there.  I thought the

4   only ones I'd probably -- I'd have to look at them, Your Honor,

5   to answer that question in a meaningful way.

6          THE COURT:  I mean, I do think there's a waiver issue

7   here if you haven't responded for -- I mean, you responded on

8   November 2nd per my order to requests that were served in I

9   think January.  So I think you've got a waiver issue if you're

10  standing on any objections.

11         MR. CARSON:  I mean, to the extent that there's a

12  waiver issue, I suggest it applies to both parties.  You know,

13  I received my interrogatory -- responses to interrogatories and

14  document requests six months after I sent them or five months

15  after I sent them.

16         THE COURT:  Well, that's not the issue in front of me,

17  Mr. Carson.  I don't have a motion about the interrogatory

18  responses.

19         MR. CARSON:  They agree.  I guess what I'm saying is

20  that both parties were aware that each other's discovery

21  responses were late and agreed that we wouldn't make waiver

22  arguments.  And I have emails from Mr. Walton to that effect.

23         THE COURT:  All right.  Well, I mean, I guess I need

24  to know if there's anything you're standing on.

25         MR. CARSON:  It might not be an issue.  You know what

1   I mean?  Like --

2           THE COURT:  That's what I'm saying.

3           MR. CARSON:  Yeah.

4           THE COURT:  If you put the verbiage in for objections

5   and you're not standing on them, then it doesn't really matter

6   and I'm not going to wade into it.  If there's objections that

7   you know you're standing on as a basis to withhold documents as

8   nonresponsive, then I think I need to know that.

9           MR. CARSON:  Yeah.  I haven't withheld any documents

10  based on -- that I'm aware of, based on -- based on objections.

11          THE COURT:  Okay. All right.  So Mr. Carson, where

12  does the document production stand at this point?

13          MR. CARSON:  As far as I know, every single document

14  has been produced.  There are no documents that --

15          THE COURT:  That includes media files, it includes

16  audio recordings, it includes pictures, you've reviewed all

17  those and produced what's responsive?

18          MR. CARSON:  Yeah.  I mean, I haven't reviewed every

19  picture out of the hundreds of thousands of pictures yet.  But

20  yes, I mean, as far as I know, every single -- I mean, I

21  provided -- I mean, this is -- this would be a very easy

22  conversation to have if defendants had ever decided to contact

23  me one time to talk about any of this stuff.

24          But I produced like 345 other documents, including an

25  audio file and images and -- you know, like, have I gotten

1  through the hundreds of thousands of documents that Cornerstone

2  gave us?  No.  But we both have all those documents.

3          THE COURT:  So let me break that down.

4          You have given to the defendants all of those images?

5  Because I thought that what I had heard was that the images

6  were being held back so that you could look at them because

7  there was an issue of sensitivity.

8          MR. CARSON:  Yeah.  So since -- since Cornerstone did

9  that, I have not looked through every single one of those

10  images, but I don't think that -- you know what I mean?  I

11  don't -- I don't think that there's anything there in addition

12  to what was already produced that's discoverable.

13          THE COURT:  How do you know that if you haven't looked

14  at them?

15          MR. CARSON:  I mean, just because they're all just

16  family photos, Your Honor.  It has nothing to do with this

17  case.

18          THE COURT:  Well, there are representations in the

19  motion that Ms. Barbounis took pictures of documents when she

20  was at the The Forum.  There are representations in the motion

21  that she recorded conversations while she was at work and

22  things like that.

23          So how do you know if those things are there if you

24  haven't reviewed them?

25          MR. CARSON:  I mean, I haven't come across anything

1    like that.  Nothing.  I haven't gotten through it all, so I

2    guess --

3             THE COURT:  How much is there left for you to review?

4             MR. CARSON:  I don't -- I don't know.  I'd have to

5    look.  I don't know.  But --

6             THE COURT:  So how am I supposed to know --

7    Mr. Carson, I mean, I issued an order that said you were

8    supposed to produce all remaining responsive documents by

9    November the 2nd.

10             MR. CARSON:  Right.

11             THE COURT:  Right.  How am I supposed to know if you

12    did that?

13             MR. CARSON:  Your Honor, it's just -- since -- since

14    you issued that order, I've had depositions like every day

15    since then.  I get -- every chance I get, I try to go look

16    through that stuff.

17             I've never one time looking through it seen a picture

18    of a document or heard an audio file that in any way relates to

19    this case or The Middle East Forum in any way, but --

20             THE COURT:  Did Ms. Barbounis testify that she had

21    recorded some conversations during her work at the The Forum

22    during her deposition?

23             MR. CARSON:  I don't recall, but I don't think so.  I

24    mean, I think those recordings have been turned over.  The ones

25    that she testified about have been turned over.

1          THE COURT:  Wait.  Okay.  So that's two different

2   answers to my question.  So start with my question.

3          Did she testify that she recorded conversations during

4   her time at MEF?

5          MR. CARSON:  There was testimony about a recording

6   between Ms. Barbounis and an employee named Marty Meyer, yes.

7   So -- and that recording has been turned over.

8          THE COURT:  Was there testimony about recordings with

9   conversations with anyone else, like Mr. Roman?

10          MR. CARSON:  I don't recall that, but I don't think

11   so.  I mean, if defendants -- if any counsel wants to correct

12   me on that, I just don't recall that.  I don't think there was,

13   no, Your Honor.

14          THE COURT:  Okay.  Mr. Walton, what is the material

15   that you're still concerned about in the way of -- let's talk

16   about media files for a moment?

17          MR. WALTON:  Your Honor, I'll try to break these down,

18   because Cornerstone uses "media files" in a very broad sense.

19          Number one, there are documents that have been turned

20   over to us with attachments where the attachments aren't there.

21   A lot of those attachments are media files.  So there's

22   potentially relevant documents without attachments, number one.

23          Number two is the pictures of the documents and the

24   other photos that may be relevant to the case, not her family

25   and stuff, but her trips that she went on with MEF, her

1  relationship with Danny Thomas, Tommy Robinson, et cetera.

2          Number three is her recordings.  She loved to record

3  things.

4          Mr. Gold can speak to this, but some of this stuff,

5  the reason we know it exists, it's been turned over to trade

6  secret case, which Mr. Gold is involved in, not us, not Cozen.

7  And so --

8          MR. CARSON:  Turned over to who?

9          MR. WALTON:  To -- I believe some of that was turned

10 over to Mr. Gold as part of the trade secret case, and then it

11 was pulled back when they found the censored materials.

12          So we, Cozen, in the case before Your Honor have not

13 received those materials.

14          THE COURT:  Okay.  Let me drill down on each of those

15 categories then.

16          So let's start with the documents with attachments.

17          Have you -- start with this.

18          Mr. Walton, have you identified for Mr. Carson the

19 documents with attachments that you've seen where you don't

20 have the attachments?

21          MR. WALTON:  No.  I think we put some exemplars in our

22 motion, but there are numerous.  Ms. Benson is on the phone --

23 or on the conference, she can speak to this better than I can,

24 but my understanding is there's thousands.

25          THE COURT:  Okay.  So who is segregating the files

1    from the -- from the attachments?  In other words, is that

2    being done by Cornerstone, or is that something, Mr. Carson,

3    that you're doing?

4            MR. WALTON:  It was being done, my understanding --

5    and I'm sorry if you didn't direct that at me, Your Honor.  But

6    my understanding is that it's being done pursuant to Judge

7    Sanchez's order in the trade secret case.  But Mr. Carson and

8    Mr. Gold can speak to that better than I can.

9            THE COURT:  Mr. Carson, why don't you tell me.

10           I mean, is the -- in the ordinary course of things in

11   discovery, I would expect you to maintain some sort of

12   relationship between the document and its attachment and its

13   production in order to be forensically sound.

14           So what's the basis for separating them?

15           MR. CARSON:  I'm not sure I understand what you mean.

16           THE COURT:  So if an email has an attachment,

17   Mr. Carson, you know, typically they are produced with either

18   some metadata to indicate the relationship, they're produced

19   together.  I mean, I assume you're producing things here in

20   some sort of document review format, document review tool,

21   whether it's Relativity --

22           MR. CARSON:  No.

23           THE COURT:  You're producing stuff as PDFs?

24           MR. CARSON:  Yeah.  I don't even know how we're doing

25   it.  I have no idea.

1                THE COURT:  What tool are you using to look at the

2    documents, Mr. Carson?

3                MR. CARSON:  Whatever Cornerstone gave us.

4                THE COURT:  What is it?  When you log in, what program

5    is it?

6                MR. CARSON:  I don't know.  I don't know what it's

7    called.

8                MR. WALTON:  It's called, Junto, Your Honor.

9    J-U-N-T-O.

10                THE COURT:  And is it a typical document review tool

11    with --

12                MR. WALTON:  Yeah.  It's like Relativity Light.

13                THE COURT:  Is there metadata associated with the

14    files?

15                MR. WALTON:  Yes.

16                THE COURT:  Okay.  So Mr. Carson, typically if you

17    produce a file that has an attachment, there's metadata that

18    indicates that and that maintains the relationships so they can

19    see that when they get it.

20                Are these things being separated?  In other words, if

21    an email comes around and you tag the email from production,

22    does the attachment get tagged as well?

23                MR. CARSON:  Your Honor, I have no idea.  I don't

24    know.

25                THE COURT:  Don't you need to know that if you're

1    trying to fulfill your discovery obligations?

2         MR. CARSON:  I'm not the one producing it.

3    Cornerstone produced it.

4         THE COURT:  No.  Mr. Carson, Cornerstone is generating

5    the document files.

6         MR. CARSON:  But they're giving it to us both at the

7    same time.  They have equal access to it.

8         THE COURT:  I thought they don't have equal access to

9    some of these media files?

10        MR. CARSON:  I guess.  I mean, some of the pictures,

11   the family photos and things like that, were held back,

12   because --

13        THE COURT:  Cornerstone didn't go through and figure

14   out which media files were family photos and which ones

15   weren't.  Right?

16        MR. CARSON:  No, I don't think they did that.

17        THE COURT:  So they just held back media files en

18   masse.  Right?

19        MR. CARSON:  Right.

20        THE COURT:  And if there was a media file attached to

21   an email, then it sounds to me like Cornerstone separated those

22   and maybe made the email available but held the attachment

23   back; is that right?

24        MR. CARSON:  I guess, if that's what Mr. Walton is

25   saying happened.  I don't know, because I've never received a

1  single phone call from anyone who is representing defendants to

2  just talk to me about this and explain --

3          THE COURT:  Mr. Carson, don't you need to know what

4  Cornerstone is doing if they're making a production of your

5  client's materials?

6          MR. CARSON:  Sure, yeah, I do, but I was overruled in

7  that aspect, so...

8          THE COURT:  What do you mean, you were overruled?  You

9  were told you aren't allowed to have the information?

10         MR. CARSON:  Yeah.  I was told I wasn't allowed to

11  have the information first.

12         THE COURT:  I'm not asking first.

13         But don't you need to know what they're doing?  I

14  mean, just to answer these questions, don't you need to know?

15         MR. CARSON:  Yeah.  I mean, I have an idea what

16  they're doing.  I've logged in and looked at it.  I'm

17  100 percent certain I have not looked at everything they've

18  looked at, you know, because I don't have any kind of

19  e-discovery tools.

20         THE COURT:  That's not what I'm asking you,

21  Mr. Carson.  I'm trying to understand what you're doing to

22  fulfill your discovery obligations.

23         And again, I am not interested in what you were told

24  in the trade secret case.  If you're leveraging the production

25  in the trade secret case to fulfill your discovery obligations

1   in this case, that's fine.  That may be an efficient way to go

2   about it.

3           But you've got your discovery obligations in this

4   case, and I need them to be fulfilled.  And I don't know how

5   you can be fulfilling them if you don't know what's being

6   produced and, you know, you don't know what's -- you know, you

7   don't know what's being produced and you don't know what

8   methodology is being used.

9           MR. CARSON:  Your Honor, I've said on the record, one

10  of the ways that Cornerstone produced information is in like

11  snippets.

12          So during depositions, you know, they'll put a text

13  message.  It will be like one sentence, you know.  There's no

14  context.  And I've told defendants during every single

15  deposition that's taken place in this case so far, why don't

16  you guys call me when this deposition is over so we can discuss

17  trying to get some context for these text messages, you know.

18  And I was like, I'll agree to give you information from before

19  and after so we can see what's being spoken about here.

20          And I think this is relevant in the context of if

21  there's attachments that are part of these messages or

22  attachments that are part of these emails, I have no problem

23  turning those over so that we can understand what the

24  attachments are.

25          But, you know what I mean, I don't know what

1  defendants are even talking about here.

2        And they've never called me to discuss it with me and

3  instead -- this is like the 80th, you know, contempt motion

4  they filed against me.  Before any of these contempt motions,

5  they don't call and talk to me, because they're more interested

6  in -- you know, how am I supposed to produce discovery if

7  I'm -- all I'm ever doing is responding to contempt motions.

8        And by the way, that's the point.  That's the point of

9  what they're doing, so --

10       THE COURT:  Mr. Carson, first of all, let's set the

11  hyperbole aside, okay, because it's the second time they've

12  come to me on contempt, not the 80th.

13       MR. CARSON:  If you add them all together, Your Honor,

14  in all the cases, it's probably the 15th.

15       THE COURT:  I'm not interested in the other cases,

16  Mr. Carson.  I told you that last time.

17       MR. CARSON:  Okay.

18       THE COURT:  Okay?  You guys collectively made a

19  decision not to seek to consolidate these cases.  Right?  We

20  talked about this in January when you were here for the

21  Rule 16.  And it was apparent then that there were a whole

22  bunch of these, that there was going to be a lot of overlap.

23  You chose to file them separately.  You didn't mark them as

24  related or file them as a single action, Mr. Carson.  And the

25  fact that, you know -- and I've pointed this out to Mr. Walton

1  and Mr. Gold too.  They also made a decision not to move to

2  consolidate.  So that has consequences for everybody.  But one

3  of those consequences is that you've got a whole bunch of cases

4  running in parallel with independently existing discovery

5  obligations.  Okay?

6          So in my case that's in front of me, I have discovery

7  obligations.  I'm not interested in what's going on in the

8  other cases.  I'm interested in this case and in moving this

9  case forward.

10          And I'm not getting clarity here.  And I'm not getting

11  clarity on what exactly has been produced.  I'm not getting

12  clarity on what the methodology was.  And I don't know whether

13  you're in compliance with my order or not.  It sounds like the

14  answer is no, because there's no doubt that you haven't looked

15  at and produced everything, but I don't know.

16          I mean, I guess it's possible that in amongst those

17  files there's nothing responsive.  Right?

18          But the problem is, you can't tell me that.  And you

19  can't file the certification of compliance that I ordered on --

20  in October.  You know, I ordered it on October 26th that you

21  were supposed to do it by November 2nd.  And you can't do that

22  because you're not in compliance, or at least you don't know

23  you're in compliance.  Maybe you are by blind luck, but you

24  don't know that you are.

25          MR. CARSON:  I think that's right.

```
 1          THE COURT:  And so the question is, you know, I need
 2    you to get this done.  I thought I made this pretty clear when
 3    we were on the phone three weeks ago or on the Zoom call three
 4    weeks ago that this case needs to come to a close.  Discovery
 5    in this case needs to come to a close.  And the only way to do
 6    that was to get the documents out of the door so that these
 7    depositions could take place.  And so I don't know where we
 8    stand.
 9          MR. CARSON:  I guess I thought I was in compliance,
10    Your Honor, and that if I wasn't, I think that there should be
11    some sort of opportunity -- you know, if defendants are
12    suggesting that there's stuff they still need that they think I
13    can get to them, then a simple discussion about that would
14    probably -- and then a call to Cornerstone would probably
15    facilitate that.
16          THE COURT:  All right.
17          Mr. Walton, we -- I talked about the documents with
18    the attachments.  There's pictures and other photos and things
19    like that.
20          Are you suggesting those things exist sort of as
21    standalone documents independently from being attachments, or
22    are you just saying those are the type of things that are
23    attachments?  Because that is the second category I wrote down
24    when you --
25          MR. WALTON:  If I'm following, Your Honor, and I
```

1    apologize if I'm not, I think it's a little bit of both.  It's

2    mostly attachments to documents and some standalone recordings

3    and stuff.

4              THE COURT:  Are the recordings standalone things or

5    are they attachments that Ms. Barbounis sent along as well?

6              MR. WALTON:  I believe they're mostly attachments.

7              THE COURT:  And what was her testimony with respect to

8    the recordings, Mr. Walton?  Was it that she recorded

9    conversations on a regular basis or that there were a few that

10   she had recorded?

11             MR. WALTON:  I didn't attend her deposition.  Mr.

12   Cavalier and Mr. Gold did.  We don't have a transcript yet.  My

13   understanding is that she admitted to one or two conversations

14   but that the evidence that we have shows that there are likely

15   many, many more.

16             THE COURT:  And what is that evidence?

17             MR. WALTON:  That evidence is evidence from other

18   witnesses about recordings.  It could have been some of the

19   stuff that was turned over in the trade secret case that Cozen

20   doesn't have access to yet.  And, you know, testimony and

21   memory from Greg Roman and other people that we have.

22             THE COURT:  Let me ask, is there a reason why --

23   Mr. Carson and Mr. Gold, maybe you know this from your role in

24   the trade secret case -- why whatever's been produced in the

25   trade secret case can't be made available to Cozen in this

1  case?

2        MR. GOLD:  I think there was a confidentiality order

3  entered in that case.  I'm not sure, Your Honor.  But my

4  understanding is the order only allows counsel of record in the

5  trade secret case to have access to the files and documents and

6  data that's on the Junto platform.

7        However, just so I can add, the trade secret case, the

8  search terms that were used were limited to -- I believe there

9  were 25 search terms, but they're all limited to the trade

10  secret case.  So information that was made available to us

11  through discovery, and that's on the Junto platform, probably

12  none of that -- a portion of that may be related to this case.

13        However, as I understand it -- I don't know whether

14  any search terms were ever provided in this case, but that

15  information is readily available to Mr. Carson.  He is counsel

16  of record.  All he has to do is go on the platform, enter his

17  password, and he's on there.  He can search documents.  He can

18  do whatever he needs with regard to that.

19        But that discovery is not in any way, shape or form

20  related to this case in the sense that it limits the

21  information that we need in this -- in the employment case.

22        THE COURT:  I understand that.  But I mean, if it's

23  been supplemental to what's been produced in this case and it's

24  part of what's out there, then I'm just trying to figure out if

25  there's a way to move things along.

1        You know, look, there's no search terms in this case.
2   You know, some of that is a function of the delays, you know,
3   the defendants engaged in too in terms of pursuing discovery in
4   this case.  And we're not just going to reset things --
5        MR. GOLD:  Right.
6        THE COURT:  -- and give everybody a pass.
7        MR. GOLD:  Your Honor, by the way, the data or the
8   files available on the trade secret case have been available
9   now for months.  And the reason that we had difficulties with
10  that, 'cause we had -- because of interactions we had with
11  Mr. Carson.  But I'm not going to go into that.
12       But the platform that we're using is relatively easy,
13  I mean, to use.  I'm not by any means an expert in the database
14  programs, but I'll tell you, I've been able to use it.  I've
15  been able to search for terms.  And Mr. Carson has total access
16  to that.
17       What he's complaining about is that at some point in
18  time, Judge Sanchez lost his patience and said, okay, just turn
19  everything over to Cornerstone.  And some of that is identified
20  as attorneys' eyes only.  Some of it is anyone can access it.
21  But he's had access now for months.  I mean, it's all there.
22       But I think what Mr. Walton is stating in this case is
23  that the documents that are related to this case have not been
24  turned over, and the documents in the trade secret case are not
25  a substitute for what needs to be turned over in this case.  I

1   don't expect -- we have hundreds of thousands of documents that

2   have been -- that are on the platform right now because of the

3   search terms we used.

4           But the cases have no relationship to each other in

5   terms of the factual issues or the legal issues.

6           MR. CARSON:  The parties are the same.

7           THE COURT:  All right.  Yeah.  I have a couple of

8   questions.

9           I mean, one of the issues that's floating around here

10  is the issue about Telegram which we haven't talked about yet.

11          Mr. Carson, have you talked to -- have you done

12  anything to try and retrieve messages from Telegram from

13  Ms. Barbounis's account?

14          MR. CARSON:  Yeah.  We have not been able to retrieve

15  any messages.  We tried -- it's my understanding that Lisa gave

16  all the two-factor authentication to Cornerstone and they

17  weren't able to retrieve any of them either.  I can double

18  check that for you again, but that's what it happened to be.

19          THE COURT:  Okay.  Have you conveyed that to

20  Mr. Walton, that that effort was made?

21          MR. CARSON:  I've had no meaningful conversations with

22  the defendants about discovery since the last time we spoke.

23          THE COURT:  Mr. Walton, do you have any reason to

24  think -- I know with some social media accounts, for example,

25  there are ways to pull down and download your history.

1          Do you have any reason to think that that is feasible,

2  that you can scrape the data out of Slack -- out of Telegram?

3          MR. WALTON:  Yeah.  I have to talk to -- I mean, it's

4  the first time I'm hearing about the Telegram accounts.

5          We have been able to pull them down for our witnesses.

6  I would have to talk to Cornerstone to see what the issue is

7  and get a better understanding of it.

8          THE COURT:  I want to get that done.  I want to

9  understand what they're doing and whether it can be pulled

10 down.

11         I mean I think, you know, if the issue is, well, you

12 have to go through and do screenshots of messages and things

13 like that, that seems potentially unreasonable, depending on

14 how many messages it is and things like that, you know.

15         But if there's a way to scrape the data and put it

16 into a review tool or something like that, then it needs to be

17 done.  And I want that to happen.

18         MR. WALTON:  Would you like me to connect with

19 Cornerstone, Your Honor, and then update the Court by letter?

20         THE COURT:  Yes.  I want you to do that.

21         Mr. Carson should be on the call too.

22         MR. WALTON:  Certainly.

23         THE COURT:  I want everybody on the same page.  I want

24 to know what Cornerstone says.  And if there's not clarity,

25 then I'm going to get Cornerstone on the phone and figure it

1   out.

2          All right.  Let me ask a couple questions, Mr. Walton.

3          At this point as you sit here right now, are there

4   materials that you need from Ms. Barbounis for The Forum to

5   prove its counterclaim?

6          And I want to focus on the counterclaim for a minute

7   first.

8          Or is the material that you would get from

9   Ms. Barbounis really to flesh out her defenses?

10          MR. WALTON:  It's both, Your Honor.  I'm sorry for the

11   delay.  It's a little bit of both.  I mean, I think a lot of

12   attachments and the multimedia relates to the Tommy

13   Robinson/Danny Thomas issues, which of course have crossover

14   relating to both to our counterclaim and some of our defenses.

15          But it's hard to tell until we get everything.  And

16   we're still going through that 90,000 -- 90,000 documents that

17   we got.

18          And I would suspect, if we want to be complete with

19   discovery, that we should probably ask for some other search

20   terms.

21          But in terms of efficiency, I wanted to get what we

22   could first, assess it, and then perhaps ask for more search

23   terms.

24          THE COURT:  I mean --

25          MR. CARSON:  Your Honor, just so you know, the search

1   terms in the case were Tommy Robinson, Danny Tahoe (ph), The

2   Middle East Forum, Daniel Pipe.  It's all the same search terms

3   that were used in this case.

4           THE COURT:  I'm not wading into what the search terms

5   are.  And I will tell you, I mean, again, I understand the

6   problems you face, Mr. Walton.  I understand why you want more

7   search terms and more documents and things like that.

8           You know, I look at the timeline, though, in this

9   case.  And there is an issue, you know, where it took months

10  and months and months for The Forum to follow up on its

11  discovery requests.  And, you know, I don't think that we

12  should just reset discovery by starting ESI again with new

13  search terms.  This case needs to come to a close.  And the

14  time to do search terms was in June and July and August, it's

15  not now at the very end of discovery.

16          And if there were problems getting the documents then,

17  then the issue should have been brought to my attention then.

18  And so that's why I'm hesitant on some of these issues.  Okay?

19          MR. WALTON:  May I respond to that real quickly, Your

20  Honor?

21          THE COURT:  Yep.

22          MR. WALTON:  In June, July and August, Mr. Carson

23  didn't have possession of the materials anymore.  My

24  understanding is that they were in Cornerstone in an order

25  governed by Judge Sanchez.

1          THE COURT:  That's not my case.  And if there was a

2   problem, you should have brought it to me then.  And if it

3   needed coordination with what was going on with Judge Sanchez's

4   case, we could have dealt with it then.

5          If it was -- you know, but it seems like what happened

6   is you basically put the discovery in this case on the back

7   burner because of what was going on in the trade secret case.

8          And my problem with that is that, you know, I have a

9   case that I need to move forward.  And, you know, you waited

10  until very late in the process.  I mean, we're ten months into

11  discovery, which is an extraordinarily long time for discovery.

12  I don't typically allow that kind of time in discovery in my

13  cases.  I think they can move faster than that.

14         And I'm being told now that, you know, we're basically

15  going back to -- I don't know if it's square one, but it's

16  square two in terms of the discovery process if we're talking

17  about ESI search terms.

18         MR. WALTON:  Well, I think most of what we got -- most

19  of what -- I haven't seen the search terms, but I've heard

20  they're broad.  So I think most of what we got is what we're

21  going to get.  We started taking depositions.  We've taken

22  Ms. Barbounis's deposition all ready.  We took Ms. McNulty's

23  deposition.

24         I hear what Your Honor is saying.  We are moving

25  forward.  I'm not proposing that we go back to square one and

1   we start discovery all over.  I think in some sense, we're

2   going to get what we're going to get, and we need to move

3   forward.

4         And I agree with that.  And we are planning to move

5   forward.  We have a deposition set for Mr. Roman, Mr. Pipes,

6   Mr. Fink, a couple board members.  So the case is moving along

7   in terms of depositions.

8         THE COURT:  Right.  And I understand that.  I mean,

9   you know, there's an order that requires them to happen.

10        I just -- you know, there's a tension in what you're

11   telling me, Mr. Walton, because on the one hand you're saying,

12   well, I need to go back and do new search terms.  On the other

13   hand, you're telling me that you have most of what you think

14   you're going to get.  You have them in a way that you can

15   certainly run your own searches and hone in on the stuff you

16   want.

17        You know, if there are some gaps in what's being

18   provided -- I mean, I am troubled about the media files, that

19   that's something that needs to be dealt with.  But it doesn't

20   sound like there's a lot of other documentary information.  I

21   mean, maybe there's some Telegram stuff that may or may not be

22   recoverable, I just don't know.  But otherwise, it just doesn't

23   sound like there's a ton of additional material to be given.

24   It's really these media files.

25        MR. WALTON:  It's the media files, Your Honor, and

1  also like Mr. Carson was saying earlier, the text messages.

2          MR. CARSON:  I was about to say that too.

3          MR. WALTON:  We only have, Your Honor -- I can try to

4  use my hand to explain it to you.

5          You know how you have a string of text messages --

6          THE COURT:  Yes.

7          MR. WALTON:  -- with a bunch of different bubbles?

8          THE COURT:  Yes.

9          MR. WALTON:  So we only have the bubble with the hit.

10  Nothing above it, nothing below it, just the bubble with the

11  hit.

12          THE COURT:  I don't understand what Cornerstone is

13  doing then, because to me, if you're going to produce the text

14  messages, you need some sort of threading process in order to

15  get that information.

16          I would have thought that's a relatively

17  straightforward process.  Either you get the whole text

18  message, or alternatively, they load the text messages into

19  this platform and then there's some metadata that indicates the

20  relationship so that you can see the thread.

21          If that's not what Cornerstone is doing, then they

22  need to fix that, because every time I ever looked at text

23  messages in my private practice in discovery, that was

24  certainly what we did, was we got the threading information and

25  we were looking at the text message chains as a whole.  So I

1    don't understand why they would be doing that.

2         MR. WALTON:  I think part of it was Judge Sanchez's

3    order, because part of the order was they could only produce

4    the bubble with the hit, and if you needed context, it was on,

5    you know, Mr. Gold or MEF's counsel to ask for more context.

6         So when Seth was trying to leverage that production to

7    us, I believe that they just turned it over in the same way.  I

8    don't know why, but I think that originates back with Judge

9    Sanchez's order.

10        MR. CARSON:  Your Honor, I've offered to help deal

11   with this problem, though, like four times now.  I think the

12   solution is easy.

13        Because there's a lot of text messages, right, that

14   are between her and -- they're really personal, private stuff.

15   We're talking about hundreds of pages, and the whole thread is

16   not relevant.

17        So like where there's a hit, I said, let's identify

18   the ones that you think you're going to use in the case and

19   tell me what they are, and then I'll produce -- I can

20   facilitate the production of the context, like 24 hours before

21   and after the hit so everyone can see what's being spoken about

22   there.

23        And I've said that on the record in every deposition

24   that has taken place in this case so far.  And defendants

25   haven't taken me up on that at all.  And I put that out there

1   again as an option to try to deal with it.

2           MR. WALTON:  This wasn't raised until our very last

3   dep.

4           MR. CARSON:  You weren't at the other deps.  It was

5   raised at every deposition so far.

6           MR. WALTON:  Mr. Gold can speak about that.  But they

7   haven't been produced.  We asked for the text messages --

8           MR. CARSON:  You haven't asked for them.

9           MR. WALTON:  Excuse me.

10          THE COURT:  Okay.  I don't want crosstalk.  Okay?

11  Enough.

12          All right.  I think I've heard what I need to hear,

13  but I'm going to ask you guys all to hold on, because I want to

14  take a recess -- actually, I'm reminded, I have one other

15  question.

16          There was an issue mentioned in the motion about

17  redactions of some of what was produced.

18          Mr. Carson, I think it was your recent production

19  materials were redacted; is that right?

20          MR. CARSON:  I don't think so, no.  I think -- for all

21  the redactions that I provided documents for, there was a

22  redaction log.  It was pretty limited.

23          THE COURT:  The motion says the production on November

24  4th had a lot of redactions.

25          Mr. Walton, am I reading correctly?

1          MR. CARSON:  Your Honor, this is the exact same

2     redactions that we dealt with earlier this year, where you

3     ordered to us provide a redaction log and to unredact stuff,

4     and that's all been done.

5          THE COURT:  So you're just reproducing stuff on

6     November 4th?

7          MR. CARSON:  No.  Like I don't think I redacted

8     anything on November -- in the new stuff that I gave them on

9     November 4th.  Again, I guess maybe ask Dave about it.

10          THE COURT:  Mr. Walton, were there new redactions on

11     the 4th?

12          MR. WALTON:  Yes.

13          MR. CARSON:  Where?

14          THE COURT:  Okay.  So let me...

15          Mr. Carson, this says that there were 274 documents

16     produced on November 4th, including data pulled from Ms.

17     Barbounis's Twitter and Instagram accounts, and those documents

18     are heavily redacted without explanation.

19          So was that stuff that was produced before?

20          MR. CARSON:  No.  I don't even know what they were

21     talking about before.  I didn't produce anything from Twitter

22     accounts, and I didn't redact anything.

23          Can they give a Bates stamp number as, like, an

24     example?

25          MR. WALTON:  I think we had some exhibits to our

1   motion, Your Honor.

2           THE COURT:  The motion -- let me see.  Because the

3   motion --

4           MR. WALTON:  It's like 90-some pages.

5           MR. CARSON:  I mean, I can look right now.  I'm in

6   front of my computer.

7           I don't recall redacting anything, and that was a week

8   ago.

9           MR. WALTON:  We definitely have redactions.

10          THE COURT:  I don't have anything here that's redacted

11  in front of me, or at least not -- I see text messages that

12  you're sending that you attached.  I don't see any redactions.

13          So I don't really have any context for this.

14          MR. CARSON:  I'm looking at it right now, and there's

15  no redactions.

16          THE COURT:  Then you guys may need to work on --

17          MR. WALTON:  Just -- Your Honor, I can explain just

18  quickly.

19          When Mr. Carson produces documents, he does it by

20  Dropbox.  And he'll say -- he'll send us an email.  He'll say,

21  there's some more documents on Dropbox for you.

22          So we got a link from Cornerstone on November 4th with

23  no explanation of what it was.  And that's the information,

24  Seth, that we're talking about on November 4th.

25          MR. CARSON:  A link from Cornerstone?

1              MR. WALTON:  Yes.

2              MR. CARSON:  Again, I mean, instead of filing a motion

3    for contempt, maybe --

4              THE COURT:  Okay.  Mr. Carson, I don't want -- I

5    understand you're trying to get some information, but I don't

6    want argument back and forth between you.  This isn't the time

7    or the place.

8              MR. CARSON:  Sorry.

9              THE COURT:  We're going to take a recess.  I'm going

10   to turn off my camera and mute myself.  You're welcome to do

11   the same.  I'd like you back in front of your screens by 11:30

12   so that we can resume when I'm ready.

13             MR. CARSON:  Your Honor, can I ask you one other

14   thing?

15             THE COURT:  Yes.

16             MR. CARSON:  In the counterclaim, I served some

17   document requests.  I don't think I served any interrogatory

18   requests, just document requests, asking them to produce

19   whatever documents they have that confirms or supports their

20   claims alleged in the counterclaim.

21             I think the 30-day deadline for that is like two days

22   after fact discovery, so I just wanted to -- I think plaintiff

23   or counterclaim defendant has a right to review documents if

24   they're going to support a counterclaim against her in order to

25   make a valid consideration of dispositive motions.

1          THE COURT:  I'm not sure what you're asking me,

2    Mr. Carson.  I'm not going to give some legal advice or

3    advisory opinion about how you're managing your discovery.

4          MR. CARSON:  I just -- since the deadline is two days

5    after the end of fact discovery, I just wanted to maybe ask

6    whether or not, you know, they could have to respond to that,

7    those documents.

8          THE COURT:  I don't have a live dispute in front of me

9    right now about that, Mr. Carson.  I don't know what their

10   position is going to be.  I don't have a motion in front of me.

11   You guys haven't met and conferred.  So it's certainly not a

12   ripe issue, so it's not one that I'm prepared to provide an

13   answer to.

14         MR. CARSON:  Understood.  Thank you, Your Honor.

15         THE COURT:  We're going to stand in recess.  Be back

16   by 11:30.  Thanks.

17         (Recess at 11:24 a.m. until 11:41 a.m.)

18         THE COURT:  All right.  Here's where I am on this.

19         I think that the discovery process in this case has

20   been something of a hash.  And I think everybody bears some

21   responsibility for that, as I've indicated before.

22         Mr. Carson, it's not clear to me that what you've been

23   doing is fulfilling your discovery obligations in the case.

24         I know this is not exactly the normal case for you,

25   but you don't seem to be -- you don't seem to understand the

1    e-discovery process here.  You don't seem to understand the

2    platform you're using.  And I understand there's some interplay

3    with the trade secret case, but, you know, documents are being

4    pushed out without review, and it's not clear to me that you

5    understand some of the technical implications around all that,

6    which is troubling to me.

7           I do think, Mr. Carson, that you in significant ways

8    ignored my order of October 26th.  I didn't get the

9    certification that was required.  And as you've acknowledged,

10   you're not in a position to file that certification.

11          That's troubling to me.  I think what I tried to

12   convey at the last hearing and what the order tried to convey

13   is that I expected a fairly herculean effort to get the

14   documents out and produced so that discovery could wrap up in

15   this case.  There was an effort but I don't know there was a

16   herculean effort to really kind of just buckle down and get

17   everything done.

18          In terms of the remedy here, I think, you know, my

19   view is somewhat tempered, as I've said before, by the fact

20   that some of this is a mess of The Forum's making in terms of

21   the pacing of discovery meet and confers.  There's something of

22   a wait and hurry up approach.

23          Again, I know that there's an interplay with the trade

24   secret case.  I know there's interplay with these other cases.

25   But you all made a decision not to coordinate them or ask the

1  various judges who had them to coordinate them.  And the

2  consequences of that were that they had to proceed on parallel

3  tracks and not have one take the lead.

4          And contempt is at bottom an equitable remedy, and so

5  I consider everybody's conduct.

6          So here's what I want to do.  I am going to take these

7  category by category based on what I've heard.

8          For the media files that are outstanding, I want a

9  report from Cornerstone regarding the number of media files

10 that are out on the database.  I want that broken down by type

11 of file, and I want it categorized in terms of static pictures,

12 videos and audio files.  I want to see what kind of file

13 extensions they are.  And I want to -- I want all -- all of you

14 are going to talk with Cornerstone to get me that report.  I

15 want that report by the end of Monday at the latest.

16         And I want to know from that report what documents

17 have been reviewed and what documents still need to be reviewed

18 for production in this case.  I'm not interested in the trade

19 secret case and whether they've been produced in the trade

20 secret case.  I want to know what has to be reviewed in this

21 case.

22         Some of that may get overtaken by a couple of my other

23 orders -- by some of the rest of this, but I want that done for

24 the media files in case there's standalone media files or media

25 files that were attached to emails that have not yet been

1   produced, so I want to know that for all media files.

2          With respect to the text messages, I want all threads,

3   all text conversations in which there has been a hit to be

4   produced.  I understand that may capture some stuff that's not

5   responsive.  If there's stuff that needs to be designated

6   attorneys' eyes only for confidentiality purposes, that's fine,

7   but I want all text threads produced if there's a hit in any of

8   them.

9          So Mr. Walton, it will probably fall to you in the

10  first instance to identify the threads in which there's been a

11  hit.  I want that given to Mr. Carson.  And then the three of

12  you can make arrangements with Cornerstone to get the threads

13  produced.  And it should be produced with whatever metadata is

14  necessary to maintain the complete text thread.

15         So I'm going to want a report on all of this by the

16  end of Monday as to what the status is and when it's going to

17  be done.  And to the extent any of this can be done by the end

18  of Monday, I want to see progress on these materials being

19  produced by the end of Monday, because there's not a lot for

20  Cornerstone to do in terms of slicing and dicing the

21  information they have.  A lot of it is going to be pushing it

22  out.

23         On Telegram, I want you guys to have a conversation

24  with Cornerstone.  I want all of you to participate in that

25  conversation.  And I want to know what has been done to date in

1  an effort to get the information that's on Telegram.  I want to

2  know what problems Cornerstone has encountered and whether

3  there's any possible solutions to them.  And if they're not, if

4  they're not retrievable, I want to know that too, but I want to

5  know all of it.  And I want to know that by the end of Monday.

6         With respect to the attachments, for any email that

7  has been produced that has an attachment, I think the entire

8  family needs to be produced.  So that means the email with

9  attachments.  And you can either -- I think what should happen

10  is assuming that Cornerstone can do it, it should push out the

11  attachments along with metadata so that the parent-child

12  relationship can be maintained and identified.

13         If that can't be done, then I guess a second best

14  approach would be to reproduce everything with the attachments

15  and the metadata, but that's going to require some additional

16  work to go back and identify and match up the new production to

17  the old documents.

18         So if that is what has to happen, if the documents

19  have to be pushed out that way with the reproduction, then

20  Cornerstone needs to generate a report, which they should be

21  able to do from the MD5 hash information in the metadata as to

22  where the overlap is in the documents.  And that report needs

23  to come as well.

24         And so I want that information.  I want the report by

25  Monday as to the process of getting that done.  And I want a

1   hard deadline as fast as possible.  If Cornerstone can do it by

2   Monday, I want them to do it.

3          So I think that those are the things for Cornerstone

4   for you guys to deal with.  Most of them require you to deal

5   with Cornerstone and come back with a couple of things.  I

6   pretty strongly recommend that when we hang up here or

7   disconnect here, that you guys reach out to Cornerstone and try

8   to set up a call today because I don't want to hear that you

9   tried to get them on Monday and you couldn't be available until

10  Tuesday and so forth and so on.  I want that process moving

11  so that --

12         MR. CARSON:  Your Honor, I'm going to be in a

13  deposition for the rest of the day today.  I'm in one now.

14         THE COURT:  Then, Mr. Carson, you're going to have to

15  find a way to take a break from that and at least reach out to

16  Cornerstone.  I'm sorry, but I want answers to this by the end

17  of Monday.

18         MR. WALTON:  We can reach out to Cornerstone and keep

19  you posted, Mr. Carson.

20         MR. CARSON:  I can't do it today.  I mean, I took a

21  huge break today for this.

22         THE COURT:  I'm not interested in hearing "I can't do

23  it," Mr. Carson.  Okay?  I mean, a deposition is something that

24  has some flexibility to it.  A court order is not.  So unless

25  that deposition is taking place pursuant to a specific court

1  order that you can send me that shows me that you have no

2  flexibility, then you're going to have to work around my court

3  order.

4          I'm not asking you to spend the rest of your day on

5  this, but I am asking you to find time to talk to Cornerstone,

6  whether it is after the end of the deposition, whether it is

7  another half hour break from the deposition, I don't know, but

8  you're going to do this.

9          And then the other issue that's out there is the

10  redaction issue.  You know, I can't tell from the arguments

11  what was redacted.  I don't have examples.  I don't have a log.

12  I think you all need to meet and confer.  And again, I want

13  that in your report to me on Monday.

14          I want to know what you've discussed.  I want to know

15  what the answers are.  If there were redactions in documents

16  that were produced on November 4th, then, Mr. Walton, identify

17  some of those to Mr. Carson by way of example so he can see

18  what they are.  Mr. Carson, give them an explanation as to the

19  basis for the redactions.  And if there's a log that needs to

20  be done as to the redactions, I want to know that too.  And I

21  want all that done by Monday.

22          I want all of this, the status report by Monday.  I

23  want it filed as a status report on the docket.  I don't just

24  want a letter.  So I want all that done.

25          And then the last thing, as far as this goes, as I

1  said at the outset here, I do think some of this, there was a

2  delay in dealing with discovery through this case, but a lot of

3  where we are now is a function of I think a combination of

4  Mr. Carson not really grasping or fulfilling discovery

5  obligations, including obligations that have come -- you know,

6  have been suggested from the ABA that everybody be technically

7  facile in this day and age, coupled with not following my

8  October 26th order.

9          So the last two things then that I'm going to want to

10  do is this.

11         Mr. Carson, I'm going to order you to pay the fees

12  that were incurred for them to prepare this motion.

13         And so today's the 13th.  So Mr. Walton, I'll give you

14  till next Friday, the 20th, to put in a fee petition.  And

15  then, Mr. Carson, you can look at the fee petition and respond

16  to it by -- let's say by -- I know Thanksgiving comes in there,

17  so --

18         Respond to it by the 11th, Mr. Carson.

19         And the fees go to preparing the motion and for this

20  hearing.

21         And then the last thing, Mr. Carson, once I get that

22  report from Cornerstone about the files that are -- the media

23  files that are out there.  And, you know, it may be that

24  there's not that many left to review once the attachments are

25  all produced per my order, but to the extent that there are

1   still media files that need to be produced, I want to see daily

2   updates on the progress of that.  And I want those by email to

3   my chambers.

4          So I'm going to get a report from you on Monday about

5   what's out there.

6          Hopefully what you can tell me is both what's out

7   there in the way of media files but also how many of them are

8   attachments that are going to be produced and what that's going

9   to lead for review.

10          MR. CARSON:  How am I going to get you that

11   information?

12          THE COURT:  You're going to email me to the Chambers

13   account, Mr. Carson, you're going to copy counsel in the case

14   how many files you've reviewed on a daily basis so that I have

15   information about the progress that's being made.  I want to

16   know the files that have been reviewed and the amount of time

17   that's spent reviewing them on a daily basis.  And you're going

18   to send emails to my Chambers account telling me that.

19          MR. CARSON:  Your Honor, if everything was produced, I

20   have to pay for them to file a motion when every possible thing

21   in the case was already produced?

22          THE COURT:  Mr. Carson, you're paying for them to file

23   a motion because it's clear to me that not everything is -- or

24   if everything has been produced, it's by blind luck.

25          MR. CARSON:  No, it's not by blind luck.  It's by all

1   the work that I've done in the case.

2          THE COURT:  You'd better be really careful.  This is

3   not the time you want to be arguing with me and snippy with me

4   about this, Mr. Carson.  I'm going to tell you right now that

5   you conceded earlier on the record that you can't file a

6   certification right now that you're in compliance with my order

7   of October 26th because you haven't reviewed all the media

8   files.  You don't know what's in those media files, so you

9   can't sit here and tell me that you know definitively that all

10  responsive materials have been produced.

11         MR. CARSON:  Right.

12         THE COURT:  Okay?  So that's why I'm ordering a fee

13  award.  You haven't complied with my order.

14         And so, you know, I don't know what else is out there.

15  I don't know about the email attachments, but it seems to me

16  that those are things that need to be dealt with in the course

17  of discovery ordinarily in any case with a heavy e-discovery

18  load.  And it just hasn't been handled correctly here.

19         Okay.  So that's -- we'll get you an order that, you

20  know, lays some of this out, but it's just going to refer back

21  to what's on the record.  So to the extent there's questions, I

22  am going to recommend someone order the transcript so you have

23  it, because it will lay out a lot of my reasoning.  But we'll

24  get you an order as well onto the docket.

25         So I'll look forward to your report.

 1          As I said, I recommend that you try to get a hold of

 2     Cornerstone, at least start the conversation today.

 3          All right?  And with that, we're going to stand

 4     adjourned.

 5          MR. CARSON:  Your Honor, I have another question.

 6          THE COURT:  Yes.

 7          MR. CARSON:  So you ordered every text thread has to

 8     be produced.  That's basically every text she's ever sent.

 9          I mean, that's totally overly broad, unduly

10     burdensome, not calculated to lead to the discovery of

11     admissible evidence, it's not proportional to the case.  Every

12     single communication she ever sent has a hit of some sort.  So

13     you're basically saying for the last five years of her life,

14     she has to turn over every communication she's ever sent, with

15     anyone, including me, including her husband, including doctors,

16     including friends, including family.  That's just not fair.  It

17     makes no sense.

18          THE COURT:  Mr. Carson, I'm doing it because there

19     doesn't seem to have been a process to review.  There doesn't

20     seem to have been a sound e-discovery process in place in this

21     case, so I think objections have been waived.  If there were

22     privilege issues, I assume that they were logged.

23          MR. CARSON:  I've been objecting on the record the

24     entire time.

25          THE COURT:  I assume that, for instance,

1    communications between you and Ms. Barbounis have been logged.

2    If there are hits between you and Ms. Barbounis, then yes, you

3    don't have to produce those, but you do have produce a

4    privilege log about them.  Okay?

5         Beyond that, it seems to me that the objections as to

6    burden and things like are long since waived.

7         MR. CARSON:  I've been making them the entire time.

8         THE COURT:  Well, we're at a point, Mr. Carson, that

9    we're -- having not complied with your obligations, regardless

10   of whether you voiced the objection, having not complied with

11   your obligations, I'm deeming them waived.  Okay?

12        MR. CARSON:  They weren't waived.

13        THE COURT:  Or I'm overruling them, whichever verbiage

14   you want to use.

15        But we're at a point where at the end of the case,

16   this should have been dealt with.  And I'm ordering them

17   produced.

18        MR. CARSON:  I'm going to file a motion for

19   reconsideration.  I'll lay out my argument in that then.  But I

20   don't think that they should be produced until the issues are

21   briefed, because it's not -- I mean, what you're ordering is a

22   total intrusion into her personal and private life that has no

23   relevance to this case.  And it's what they've been after the

24   entire time, since the beginning.

25        I mean, plus, I think there's issues of res judicata

1    or claim preclusion where Judge Sanchez already ordered that

2    that stuff shouldn't be produced in the case.

3           THE COURT:  We, Mr. Carson, I don't want to hear claim

4    preclusion and res judicata.  That doesn't apply.  There are

5    two different cases with different scopes of discovery and

6    different discovery paths.  Okay?

7           I mean, if you want to seek reconsideration, you can.

8    I'm going to rule on it very quickly, because I want this dealt

9    with.  And my practices and procedures don't require responses

10   to reconsideration.  So if you want to do it, do it quickly,

11   because my obligation is still outstanding.  And if you run

12   afoul of it, I'm going to be really unhappy.

13          Okay?  So my order stands.  If you're going to seek

14   reconsideration, you can.  I'll look at it quickly.  I'll rule

15   on it.  But you're going to have to have a really good reason

16   to explain to me not just that it's burdensome, not just that

17   it's intrusive, but you're going to have to explain to me what

18   you did to fulfill your discovery obligations in this case

19   through an evaluation of metadata and email threading or text

20   threading in order to produce stuff with context.

21          MR. CARSON:  Your Honor, we produced every single text

22   that was sent between all the relevant parties in this case.

23   All right?  And then we got every single one of her devices,

24   social media accounts, email accounts, private storage

25   accounts, imaged.  And then we made an argument to produce all

1  the information in those accounts based on keywords.

2         THE COURT:  Did you make that agreement in this case,

3  Mr. Carson?

4         MR. CARSON:  Yes.

5         MR. WALTON:  No.

6         THE COURT:  You made that agreement with Mr. Walton?

7         MR. CARSON:  Yes.

8         MR. WALTON:  No.

9         THE COURT:  You better show me the agreement in

10  writing.

11         MR. CARSON:  I mean, we referenced the agreement in

12  the hearing, the last hearing, so I guess I'll get a transcript

13  of the hearing to do that too.

14         THE COURT:  My order stands.  Okay?  I'm not going to

15  revisit what I've ordered.  That's not my recollection of the

16  last hearing.  I have the transcript, I'll take a look at it,

17  but that's certainly not my recollection.

18         If you're going to move for reconsideration, you can,

19  but my order stands.

20         MR. CARSON:  Dave Walton and I have a lot of emails

21  back and forth where we discussed that we would produce the

22  information in this way.

23         THE COURT:  Okay.  Well, I don't know what the emails

24  say, Mr. Carson.  If you think that -- if you think you've been

25  compliant with your discovery obligations, you can try to show

1   me, but it sure doesn't look it to me.  Based on the

2   conversation I've had earlier today, I don't have any

3   confidence that you really know what's been produced in this

4   case or you've done it in a way that is forensically sound and

5   consistent with your ESI obligation.

6          And so my order stands.  I expect you to comply with

7   it.  You can move for reconsideration if you want to.  If you

8   get it in in time, I'll look at it quickly and we'll see where

9   it stands.  Okay?  I mean, I'm always hoping to be persuaded,

10  but, you know, you need to continue to proceed as though my

11  order is in place until it's not.  Okay?

12         MR. CARSON:  Okay.

13         THE COURT:  All right.  All right.  We'll stand

14  adjourned.  Thank you.

15         (Proceedings concluded at 12:02 p.m.)

16

17

18         I certify that the foregoing is a correct transcript

19  from the record of proceedings in the above-entitled matter.

20

21  _____

22  Ann Marie Mitchell, CRR, RDR, RMR
    Official Court Reporter

23  Date:  14th day of November, 2020

24

25

**100** [1] - 14:17
**10:41** [1] - 3:1
**11:24** [1] - 34:17
**11:30** [2] - 33:11, 34:16
**11:41** [1] - 34:17
**11th** [1] - 41:18
**12:02** [1] - 48:15
**13th** [1] - 41:13
**14th** [1] - 48:23
**15th** [1] - 16:14
**16** [1] - 16:21
**2020** [1] - 48:23
**20th** [1] - 41:14
**24** [1] - 29:20
**25** [1] - 20:9
**26th** [4] - 17:20, 35:8, 41:8, 43:7
**274** [1] - 31:15
**2nd** [3] - 5:8, 8:9, 17:21
**30-day** [1] - 33:21
**345** [1] - 6:24
**4th** [8] - 30:24, 31:6, 31:9, 31:11, 31:16, 32:22, 32:24, 40:16
**72** [1] - 3:4
**80th** [2] - 16:3, 16:12
**90,000** [2] - 24:16
**90-some** [1] - 32:4
**a.m** [3] - 3:1, 34:17
**ABA** [1] - 41:6
**able** [6] - 21:14, 21:15, 22:14, 22:17, 23:5, 38:21
**above-entitled** [1] - 48:19
**access** [7] - 13:7, 13:8, 19:20, 20:5, 21:15, 21:20, 21:21
**account** [3] - 22:13, 42:13, 42:18
**accounts** [8] - 22:24, 23:4, 31:17, 31:22, 46:24, 46:25, 47:1
**acknowledged** [1] - 35:9
**action** [1] - 16:24
**add** [2] - 16:13, 20:7
**addition** [1] - 7:11
**additional** [2] - 27:23, 38:15
**adjourned** [2] - 44:4, 48:14
**admissible** [1] - 44:11
**admitted** [1] - 19:13
**advice** [1] - 34:2
**advisory** [1] - 34:3
**afoul** [1] - 46:12
**age** [1] - 41:7
**ago** [3] - 18:3, 18:4, 32:8
**agree** [3] - 5:19, 15:18, 27:4
**agreed** [1] - 5:21
**agreement** [4] - 47:2, 47:6, 47:9, 47:11
**alleged** [1] - 33:20

**allow** [1] - 26:12
**allowed** [2] - 14:9, 14:10
**allows** [1] - 20:4
**alternatively** [1] - 28:18
**amount** [1] - 42:16
**Ann** [1] - 48:22
**answer** [4] - 5:5, 14:14, 17:14, 34:13
**answered** [1] - 3:12
**answers** [3] - 9:2, 39:16, 40:15
**apologize** [1] - 19:1
**apparent** [1] - 16:21
**applies** [1] - 5:12
**apply** [1] - 46:4
**approach** [2] - 35:22, 38:14
**arguing** [1] - 43:3
**argument** [3] - 33:6, 45:19, 46:25
**arguments** [2] - 5:22, 40:10
**arrangements** [1] - 37:12
**aside** [1] - 16:11
**aspect** [1] - 14:7
**asserted** [1] - 4:12
**assess** [1] - 24:22
**associated** [1] - 12:13
**assume** [4] - 4:22, 11:19, 44:22, 44:25
**assuming** [1] - 38:10
**attached** [3] - 13:20, 32:12, 36:25
**attachment** [6] - 11:12, 11:16, 12:17, 12:22, 13:22, 38:7
**attachments** [25] - 9:20, 9:21, 9:22, 10:16, 10:19, 10:20, 11:1, 15:21, 15:22, 15:24, 18:18, 18:21, 18:23, 19:2, 19:5, 19:6, 24:12, 38:6, 38:9, 38:11, 38:14, 41:24, 42:8, 43:15
**attend** [1] - 19:11
**attention** [1] - 25:17
**attorneys'** [2] - 21:20, 37:6
**audio** [4] - 6:16, 6:25, 8:18, 36:12
**August** [2] - 25:14, 25:22
**authentication** [1] - 22:16
**available** [7] - 13:22, 19:25, 20:10, 20:15, 21:8, 39:9
**award** [1] - 43:13
**aware** [2] - 5:20, 6:10
**Barbounis** [8] - 7:19, 8:20, 9:6, 19:5, 24:4, 24:9, 45:1, 45:2
**Barbounis's** [3] - 22:13, 26:22, 31:17
**based** [6] - 6:10, 36:7, 47:1, 48:1

**basis** [6] - 6:7, 11:14, 19:9, 40:19, 42:14, 42:17
**Bates** [1] - 31:23
**bears** [1] - 34:20
**beginning** [1] - 45:24
**below** [1] - 28:10
**Benson** [1] - 10:22
**best** [1] - 38:13
**better** [5] - 10:23, 11:8, 23:7, 43:2, 47:9
**between** [7] - 9:6, 11:12, 29:14, 33:6, 45:1, 45:2, 46:22
**beyond** [1] - 45:5
**bit** [2] - 19:1, 24:11
**blind** [3] - 17:23, 42:24, 42:25
**board** [1] - 27:6
**boilerplate** [1] - 4:18
**bottom** [1] - 36:4
**break** [5] - 7:3, 9:17, 39:15, 39:21, 40:7
**briefed** [1] - 45:21
**broad** [3] - 9:18, 26:20, 44:9
**broken** [1] - 36:10
**brought** [2] - 25:17, 26:2
**bubble** [3] - 28:9, 28:10, 29:4
**bubbles** [1] - 28:7
**buckle** [1] - 35:16
**bunch** [3] - 16:22, 17:3, 28:7
**burden** [1] - 45:6
**burdensome** [2] - 44:10, 46:16
**burner** [1] - 26:7
**calculated** [1] - 44:10
**camera** [1] - 33:10
**capture** [1] - 37:4
**careful** [1] - 43:2
**Carson** [55] - 3:9, 3:17, 4:12, 4:24, 5:17, 6:11, 8:7, 10:18, 11:2, 11:7, 11:9, 11:17, 12:2, 12:16, 13:4, 14:3, 14:21, 16:10, 16:16, 16:24, 19:23, 20:15, 21:11, 21:15, 22:11, 23:21, 25:22, 28:1, 30:18, 31:15, 32:19, 33:4, 34:2, 34:9, 34:22, 35:7, 37:11, 39:14, 39:19, 39:23, 40:17, 40:18, 41:4, 41:11, 41:15, 41:18, 41:21, 42:13, 42:22, 43:4, 44:18, 45:8, 46:3, 47:3, 47:24
**CARSON** [84] - 3:12, 3:18, 3:20, 3:23, 3:25, 4:4, 5:2, 5:11, 5:19, 5:25, 6:3, 6:9, 6:13, 6:18, 7:8, 7:15, 7:25, 8:4, 8:10, 8:13, 8:23, 9:5, 9:10, 10:8, 11:15, 11:22, 11:24, 12:3, 12:6, 12:23, 13:2, 13:6, 13:10, 13:16,

**basis** (continued column 4)
13:19, 13:24, 14:6, 14:10, 14:15, 15:9, 16:13, 16:17, 17:25, 18:9, 22:6, 22:14, 22:21, 24:25, 28:2, 29:10, 30:4, 30:8, 30:20, 31:1, 31:7, 31:13, 31:20, 32:5, 32:14, 32:25, 33:2, 33:8, 33:13, 33:16, 34:4, 34:14, 39:12, 39:20, 42:10, 42:19, 42:25, 43:11, 44:5, 44:7, 44:23, 45:7, 45:12, 45:18, 46:21, 47:4, 47:7, 47:11, 47:20, 48:12
**case** [76] - 3:3, 3:7, 7:17, 8:19, 9:24, 10:6, 10:10, 10:12, 11:7, 14:24, 14:25, 15:1, 15:4, 15:15, 17:6, 17:8, 17:9, 18:4, 18:5, 19:19, 19:24, 19:25, 20:1, 20:3, 20:5, 20:7, 20:10, 20:12, 20:14, 20:20, 20:21, 20:23, 21:1, 21:4, 21:8, 21:22, 21:23, 21:24, 21:25, 25:1, 25:3, 25:9, 25:13, 26:1, 26:4, 26:6, 26:7, 26:9, 27:6, 29:18, 29:24, 34:19, 34:23, 34:24, 35:3, 35:15, 35:24, 36:18, 36:19, 36:20, 36:21, 36:24, 41:2, 42:13, 42:21, 43:1, 43:17, 44:11, 44:21, 45:15, 45:23, 46:2, 46:18, 46:22, 47:2, 48:4
**cases** [9] - 16:14, 16:15, 16:19, 17:3, 17:8, 22:4, 26:13, 35:24, 46:5
**categories** [1] - 10:15
**categorized** [1] - 36:11
**category** [2] - 18:23, 36:7
**cavalier** [1] - 19:12
**censored** [1] - 10:11
**certain** [1] - 14:17
**certainly** [5] - 23:22, 27:15, 28:24, 34:11, 47:17
**certification** [8] - 3:10, 3:14, 3:16, 3:18, 17:19, 35:9, 35:10, 43:6
**certify** [1] - 48:18
**cetera** [1] - 10:1
**chains** [1] - 28:25
**chambers** [1] - 42:3
**Chambers** [2] - 42:12, 42:18
**chance** [1] - 8:15
**check** [1] - 22:18
**child** [1] - 38:11
**chose** [1] - 16:23
**claim** [2] - 46:1, 46:3
**claims** [1] - 33:20
**clarity** [4] - 17:10, 17:11, 17:12, 23:24
**clear** [4] - 18:2, 34:22, 35:4,

42:23
**client's** [1] - 14:5
**close** [3] - 18:4, 18:5, 25:13
**collectively** [1] - 16:18
**combination** [1] - 41:3
**communication** [2] - 44:12, 44:14
**communications** [1] - 45:1
**complaining** [1] - 21:17
**complete** [3] - 4:8, 24:18, 37:14
**compliance** [6] - 17:13, 17:19, 17:22, 17:23, 18:9, 43:6
**compliant** [1] - 47:25
**complied** [3] - 43:13, 45:9, 45:10
**comply** [1] - 48:6
**computer** [1] - 32:6
**conceded** [1] - 43:5
**concerned** [1] - 9:15
**concluded** [1] - 48:15
**conduct** [1] - 36:5
**confer** [1] - 40:12
**conference** [1] - 10:23
**conferred** [1] - 34:11
**confers** [1] - 35:21
**confidence** [1] - 48:3
**confidentiality** [2] - 20:2, 37:6
**confirms** [1] - 33:19
**connect** [1] - 23:18
**consequences** [3] - 17:2, 17:3, 36:2
**consider** [1] - 36:5
**consideration** [1] - 33:25
**consistent** [1] - 48:5
**consolidate** [2] - 16:19, 17:2
**contact** [1] - 6:22
**contempt** [7] - 3:3, 16:3, 16:4, 16:7, 16:12, 33:3, 36:4
**context** [8] - 15:14, 15:17, 15:20, 29:4, 29:5, 29:20, 32:13, 46:20
**continue** [1] - 48:10
**conversation** [5] - 6:22, 37:23, 37:25, 44:2, 48:2
**conversations** [8] - 7:21, 8:21, 9:3, 9:9, 19:9, 19:13, 22:21, 37:3
**convey** [2] - 35:12
**conveyed** [1] - 22:19
**coordinate** [2] - 35:25, 36:1
**coordination** [1] - 26:3
**copy** [1] - 42:13
**Cornerstone** [40] - 7:1, 7:8, 9:18, 11:2, 12:3, 13:3, 13:4, 13:13, 13:21, 14:4, 15:10, 18:14, 21:19, 22:16, 23:6,

23:19, 23:24, 23:25, 25:24, 28:12, 28:21, 32:22, 32:25, 36:9, 36:14, 37:12, 37:20, 37:24, 38:2, 38:10, 38:20, 39:1, 39:3, 39:5, 39:7, 39:16, 39:18, 40:5, 41:22, 44:2
**correct** [2] - 9:11, 48:18
**correctly** [2] - 30:25, 43:18
**counsel** [5] - 9:11, 20:4, 20:15, 29:5, 42:13
**count** [1] - 4:20
**counterclaim** [7] - 24:5, 24:6, 24:14, 33:16, 33:20, 33:23, 33:24
**couple** [5] - 22:7, 24:2, 27:6, 36:22, 39:5
**coupled** [1] - 41:7
**course** [1] - 11:10, 24:13, 43:16
**Court** [2] - 3:1, 48:22
**court** [3] - 39:24, 39:25, 40:2
**Cozen** [1] - 10:6, 10:12, 19:19, 19:25
**crossover** [1] - 24:13
**crosstalk** [1] - 30:10
**CRR** [1] - 48:22
**daily** [3] - 42:1, 42:14, 42:17
**Daniel** [1] - 25:2
**Danny** [2] - 10:1, 25:1
**data** [5] - 20:6, 21:7, 23:2, 23:15, 31:16
**database** [2] - 21:13, 36:10
**Date** [1] - 48:23
**date** [1] - 37:25
**Dave** [2] - 31:9, 47:20
**days** [2] - 33:21, 34:4
**deadline** [3] - 33:21, 34:4, 39:1
**deal** [4] - 29:10, 30:1, 39:4
**dealing** [1] - 41:2
**dealt** [6] - 26:4, 27:19, 31:2, 43:16, 45:16, 46:8
**decided** [1] - 6:22
**decision** [3] - 16:19, 17:1, 35:25
**deeming** [1] - 45:11
**defendant** [1] - 33:23
**defendants** [11] - 4:16, 6:22, 7:4, 9:11, 14:1, 15:14, 16:1, 18:11, 21:3, 22:22, 29:24
**defenses** [2] - 24:9, 24:14
**definitely** [1] - 32:9
**definitively** [1] - 43:9
**delay** [2] - 24:11, 41:2
**delays** [1] - 21:2
**dep** [1] - 30:3
**deposition** [14] - 8:22, 15:15, 15:16, 19:11, 26:22, 26:23, 27:5, 29:23, 30:5, 39:13, 39:23, 39:25, 40:6, 40:7

**depositions** [5] - 8:14, 15:12, 18:7, 26:21, 27:7
**deps** [1] - 30:4
**designated** [1] - 37:5
**devices** [1] - 46:23
**dicing** [1] - 37:20
**different** [5] - 9:1, 28:7, 46:5, 46:6
**difficulties** [1] - 21:9
**direct** [1] - 11:5
**disagree** [1] - 4:16
**disconnect** [1] - 39:7
**discoverable** [1] - 7:12
**discovery** [45] - 4:3, 5:20, 11:11, 13:1, 14:19, 14:22, 14:25, 15:3, 16:6, 17:4, 17:6, 18:4, 20:11, 20:19, 21:3, 22:22, 24:19, 25:11, 25:12, 25:15, 26:6, 26:11, 26:12, 26:16, 27:1, 28:23, 33:22, 34:3, 34:5, 34:19, 34:23, 35:1, 35:14, 35:21, 41:2, 41:4, 43:17, 44:10, 44:20, 46:5, 46:6, 46:18, 47:25
**discuss** [2] - 15:16, 16:2
**discussed** [2] - 40:14, 47:21
**discussion** [1] - 18:13
**dispositive** [1] - 33:25
**dispute** [1] - 34:8
**docket** [3] - 3:17, 40:23, 43:24
**doctors** [1] - 44:15
**document** [15] - 3:13, 3:14, 4:20, 4:25, 5:14, 6:12, 6:13, 8:18, 11:12, 11:20, 12:10, 13:5, 33:17, 33:18
**documentary** [1] - 27:20
**documents** [44] - 4:15, 4:21, 6:7, 6:9, 6:14, 6:24, 7:1, 7:2, 7:19, 8:8, 9:19, 9:22, 9:23, 10:16, 10:19, 12:2, 18:6, 18:17, 18:21, 19:2, 20:5, 20:17, 21:23, 21:24, 22:1, 24:16, 25:7, 25:16, 30:21, 31:15, 31:17, 32:19, 32:21, 33:19, 33:23, 34:7, 35:3, 35:14, 36:16, 36:17, 38:17, 38:18, 38:22, 40:15
**done** [21] - 3:20, 11:2, 11:4, 11:6, 18:2, 22:11, 23:8, 23:17, 31:4, 35:17, 36:23, 37:17, 37:25, 38:13, 38:25, 40:20, 40:21, 40:24, 43:1, 48:4
**door** [1] - 18:6
**double** [1] - 22:17
**doubt** [1] - 17:14
**down** [9] - 7:3, 9:17, 10:14, 18:23, 22:25, 23:5, 23:10, 35:16, 36:10

**download** [1] - 22:25
**drill** [1] - 10:14
**Dropbox** [2] - 32:20, 32:21
**during** [5] - 8:21, 8:22, 9:3, 15:12, 15:14
**e-discovery** [4] - 14:19, 35:1, 43:17, 44:20
**East** [2] - 8:19, 25:2
**easy** [3] - 6:21, 21:12, 29:12
**ECF** [1] - 3:3
**effect** [1] - 5:22
**efficiency** [1] - 24:21
**efficient** [1] - 15:1
**effort** [5] - 22:20, 35:13, 35:15, 35:16, 38:1
**either** [4] - 11:17, 22:17, 28:17, 38:9
**email** [13] - 11:16, 12:21, 13:21, 13:22, 32:20, 38:6, 38:8, 42:2, 42:12, 43:15, 46:19, 46:24
**emails** [6] - 5:22, 15:22, 36:25, 42:18, 47:20, 47:23
**employee** [1] - 9:6
**employment** [1] - 20:21
**en** [1] - 13:17
**encountered** [1] - 38:2
**end** [10] - 25:15, 34:5, 36:15, 37:16, 37:17, 37:19, 38:5, 39:16, 40:6, 45:15
**engaged** [1] - 21:3
**enter** [1] - 20:16
**entered** [1] - 20:3
**entire** [4] - 38:7, 44:24, 45:7, 45:24
**entitled** [1] - 48:19
**equal** [2] - 13:7, 13:8
**equitable** [1] - 36:4
**ESI** [3] - 25:12, 26:17, 48:5
**et** [1] - 10:1
**evaluation** [1] - 46:19
**evidence** [5] - 19:14, 19:16, 19:17, 44:11
**exact** [1] - 31:1
**exactly** [2] - 17:11, 34:24
**example** [3] - 22:24, 31:24, 40:17
**examples** [1] - 40:11
**excuse** [1] - 30:9
**exemplars** [1] - 10:21
**exhibits** [2] - 3:5, 31:25
**exist** [1] - 18:20
**existing** [1] - 17:4
**exists** [1] - 10:5
**expect** [3] - 11:11, 22:1, 48:6
**expected** [1] - 35:13
**expert** [1] - 21:13
**explain** [5] - 14:2, 28:4, 32:17, 46:16, 46:17

**explanation** [3] - 31:18, 32:23, 40:18
**extensions** [1] - 36:13
**extent** [5] - 4:24, 5:11, 37:17, 41:25, 43:21
**extraordinarily** [1] - 26:11
**eyes** [2] - 21:20, 37:6
**face** [1] - 25:6
**facile** [1] - 41:7
**facilitate** [2] - 18:15, 29:20
**fact** [4] - 16:25, 33:22, 34:5, 35:19
**factor** [1] - 22:16
**factual** [1] - 22:5
**fair** [1] - 44:16
**fairly** [1] - 35:13
**fall** [1] - 37:9
**familiar** [1] - 3:6
**family** [6] - 7:16, 9:24, 13:11, 13:14, 38:8, 44:16
**far** [6] - 6:13, 6:20, 15:15, 29:24, 30:5, 40:25
**fast** [1] - 39:1
**faster** [1] - 26:13
**feasible** [1] - 23:1
**fee** [3] - 41:14, 41:15, 43:12
**fees** [2] - 41:11, 41:19
**few** [1] - 19:9
**figure** [3] - 13:13, 20:24, 23:25
**file** [14] - 6:25, 8:18, 12:17, 13:20, 16:23, 16:24, 17:19, 35:10, 36:11, 36:12, 42:20, 42:22, 43:5, 45:18
**filed** [5] - 3:3, 3:10, 3:18, 16:4, 40:23
**files** [31] - 6:15, 9:16, 9:18, 9:21, 10:25, 12:14, 13:5, 13:9, 13:14, 13:17, 17:17, 20:5, 21:8, 27:18, 27:24, 27:25, 36:8, 36:9, 36:12, 36:24, 36:25, 37:1, 41:22, 41:23, 42:1, 42:7, 42:14, 42:16, 43:8
**filing** [1] - 33:2
**fine** [2] - 15:1, 37:6
**Fink** [1] - 27:6
**first** [7] - 14:11, 14:12, 16:10, 23:4, 24:7, 24:22, 37:10
**five** [2] - 5:14, 44:13
**fix** [1] - 28:22
**flesh** [1] - 24:9
**flexibility** [2] - 39:24, 40:2
**floating** [1] - 22:9
**focus** [1] - 24:6
**follow** [1] - 25:10
**following** [2] - 18:25, 41:7
**foregoing** [1] - 48:18
**forensically** [2] - 11:13, 48:4

**form** [1] - 20:19
**format** [1] - 11:20
**forth** [1] - 33:6, 39:10, 47:21
**Forum** [6] - 7:20, 8:19, 8:21, 24:4, 25:2, 25:10
**Forum's** [1] - 35:20
**forward** [6] - 17:9, 26:9, 26:25, 27:3, 27:5, 43:25
**four** [1] - 29:11
**Friday** [1] - 41:14
**friends** [1] - 44:16
**front** [8] - 3:7, 5:16, 17:6, 32:6, 32:11, 33:11, 34:8, 34:10
**fulfill** [4] - 13:1, 14:22, 14:25, 46:18
**fulfilled** [1] - 15:4
**fulfilling** [3] - 15:5, 34:23, 41:4
**function** [2] - 21:2, 41:3
**gaps** [1] - 27:17
**generate** [1] - 38:20
**generating** [1] - 13:4
**given** [3] - 7:4, 27:23, 37:11
**GOLD** [2] - 20:2, 21:5, 21:7
**Gold** [9] - 10:4, 10:6, 10:10, 11:8, 17:1, 19:12, 19:23, 29:5, 30:6
**governed** [1] - 25:25
**grasping** [1] - 41:4
**Greg** [1] - 19:21
**guess** [11] - 3:20, 5:19, 5:23, 8:2, 13:10, 13:24, 17:16, 18:9, 31:9, 38:13, 47:12
**guys** [3] - 3:7, 15:16, 16:18, 30:13, 32:16, 34:11, 37:23, 39:4, 39:7
**half** [1] - 40:7
**hand** [3] - 27:11, 27:13, 28:4
**handled** [1] - 43:18
**hang** [1] - 39:6
**hard** [2] - 24:15, 39:1
**hash** [1] - 34:20, 38:21
**hear** [4] - 26:24, 30:12, 39:8, 46:3
**heard** [5] - 7:5, 8:18, 26:19, 30:12, 36:7
**hearing** [9] - 4:13, 23:4, 35:12, 39:22, 41:20, 47:12, 47:13, 47:16
**heavily** [1] - 31:18
**heavy** [1] - 43:17
**held** [4] - 7:6, 13:11, 13:17, 13:22
**help** [1] - 29:10
**herculean** [2] - 35:13, 35:16
**hesitant** [1] - 25:18
**history** [2] - 3:6, 22:25
**hit** [9] - 28:9, 28:11, 29:4,

29:17, 29:21, 37:3, 37:7, 37:11, 44:12
**hits** [1] - 45:2
**hold** [2] - 30:13, 44:1
**hone** [1] - 27:15
**honest** [1] - 3:25
**Honor** [33] - 4:11, 5:4, 7:16, 8:13, 9:13, 9:17, 10:12, 11:5, 12:8, 12:23, 15:9, 16:13, 18:10, 18:25, 20:3, 21:7, 23:19, 24:10, 24:25, 25:20, 26:24, 27:25, 28:3, 29:10, 31:1, 32:1, 32:17, 33:13, 34:14, 39:12, 42:19, 44:5, 46:21
**hopefully** [1] - 42:6
**hoping** [1] - 48:9
**hour** [1] - 40:7
**hours** [1] - 29:20
**huge** [1] - 39:21
**hundred** [1] - 4:14
**hundreds** [4] - 6:19, 7:1, 22:1, 29:15
**hurry** [1] - 35:22
**husband** [1] - 44:15
**hyperbole** [1] - 16:11
**idea** [3] - 11:25, 12:23, 14:15
**identified** [3] - 10:18, 21:19, 38:12
**identify** [4] - 29:17, 37:10, 38:16, 40:16
**ignored** [1] - 35:8
**imaged** [1] - 46:25
**images** [4] - 6:25, 7:4, 7:5, 7:10
**implications** [1] - 35:5
**include** [1] - 4:24
**includes** [3] - 6:15, 6:16
**including** [8] - 6:24, 31:16, 41:5, 44:15, 44:16
**incurred** [1] - 41:12
**independently** [2] - 17:4, 18:21
**indicate** [2] - 4:14, 11:18
**indicated** [1] - 34:21
**indicates** [2] - 12:18, 28:19
**information** [20] - 14:9, 14:11, 15:10, 15:18, 20:10, 20:15, 20:21, 27:20, 28:15, 28:24, 32:23, 33:5, 37:21, 38:1, 38:21, 38:24, 42:11, 42:15, 47:1, 47:22
**Instagram** [1] - 31:17
**instance** [2] - 37:10, 44:25
**instead** [2] - 16:3, 33:2
**interactions** [1] - 21:10
**interested** [7] - 14:23, 16:5, 16:15, 17:7, 17:8, 36:18, 39:22
**interplay** [3] - 35:2, 35:23,

35:24
**interrogatories** [1] - 5:13
**interrogatory** [3] - 5:13, 5:17, 33:17
**intrusion** [1] - 45:22
**intrusive** [1] - 46:17
**involved** [1] - 10:6
**issue** [16] - 4:7, 5:6, 5:9, 5:12, 5:16, 5:25, 7:7, 22:10, 23:6, 23:11, 25:9, 25:17, 30:16, 34:12, 40:9, 40:10
**issued** [2] - 8:7, 8:14
**issues** [10] - 4:8, 4:10, 22:5, 22:9, 24:13, 25:18, 44:22, 45:20, 45:25
**J-U-N-T-O** [1] - 12:9
**January** [2] - 5:9, 16:20
**Judge** [7] - 11:6, 21:18, 25:25, 26:3, 29:2, 29:8, 46:1
**judges** [1] - 36:1
**judicata** [2] - 45:25, 46:4
**July** [2] - 25:14, 25:22
**June** [2] - 25:14, 25:22
**Junto** [3] - 12:8, 20:6, 20:11
**keep** [1] - 39:18
**keywords** [1] - 47:1
**kind** [4] - 14:18, 26:12, 35:16, 36:12
**last** [11] - 4:13, 16:16, 22:22, 30:2, 35:12, 40:25, 41:9, 41:21, 44:13, 47:12, 47:16
**late** [2] - 5:21, 26:10
**latest** [1] - 36:15
**lay** [2] - 43:23, 45:19
**lays** [1] - 43:20
**lead** [3] - 36:3, 42:9, 44:10
**least** [4] - 17:22, 32:11, 39:15, 44:2
**left** [2] - 8:3, 41:24
**legal** [2] - 22:5, 34:2
**letter** [2] - 23:19, 40:24
**leverage** [1] - 29:6
**leveraging** [1] - 14:24
**life** [2] - 44:13, 45:22
**Light** [1] - 12:12
**likely** [1] - 19:14
**limited** [3] - 20:8, 20:9, 30:22
**limits** [1] - 20:20
**link** [2] - 32:22, 32:25
**Lisa** [1] - 22:15
**live** [1] - 34:8
**load** [2] - 28:18, 43:18
**log** [6] - 12:4, 30:22, 31:3, 40:11, 40:19, 45:4
**logged** [3] - 14:16, 44:22, 45:1
**look** [16] - 3:9, 5:2, 5:4, 7:6, 8:5, 8:15, 12:1, 21:1, 25:8, 32:5, 41:15, 43:25, 46:14,

47:16, 48:1, 48:8
**looked** [7] - 7:9, 7:13, 14:16,
14:17, 14:18, 17:14, 28:22
**looking** [3] - 8:17, 28:25,
32:14
**lost** [1] - 21:18
**loved** [1] - 10:2
**luck** [3] - 17:23, 42:24, 42:25
**maintain** [2] - 11:11, 37:14
**maintained** [1] - 38:12
**maintains** [1] - 12:18
**managing** [1] - 34:3
**Marie** [1] - 48:22
**mark** [1] - 16:23
**Marty** [1] - 9:6
**masse** [1] - 13:18
**match** [1] - 38:16
**material** [3] - 9:14, 24:8,
27:23
**materials** [8] - 10:11, 10:13,
14:5, 24:4, 25:23, 30:19,
37:18, 43:10
**matter** [2] - 6:5, 48:19
**matters** [1] - 3:8
**McNulty's** [1] - 26:22
**MD5** [1] - 38:21
**me..** [1] - 31:14
**mean** [49] - 4:20, 5:2, 5:6,
5:7, 5:11, 5:23, 6:1, 6:18,
6:20, 6:21, 7:10, 7:15, 7:25,
8:7, 8:24, 9:11, 11:10, 11:15,
11:19, 13:10, 14:8, 14:14,
14:15, 15:25, 17:16, 20:22,
21:13, 21:21, 22:9, 23:3,
23:11, 24:11, 24:24, 25:5,
26:10, 27:8, 27:18, 27:21,
32:5, 33:2, 39:20, 39:23,
44:9, 45:21, 45:25, 46:7,
47:11, 48:9
**meaningful** [2] - 5:5, 22:21
**means** [2] - 21:13, 38:8
**media** [24] - 6:15, 9:16, 9:18,
9:21, 13:9, 13:14, 13:17,
13:20, 22:24, 27:18, 27:24,
27:25, 36:8, 36:9, 36:24,
37:1, 41:22, 42:1, 42:7, 43:7,
43:8, 46:24
**meet** [2] - 35:21, 40:12
**MEF** [2] - 9:4, 9:25
**MEF's** [1] - 29:5
**members** [1] - 27:6
**memory** [1] - 19:21
**mentioned** [1] - 30:16
**mess** [1] - 35:20
**message** [3] - 15:13, 28:18,
28:25
**messages** [15] - 15:17,
15:21, 22:12, 22:15, 23:12,
23:14, 28:1, 28:5, 28:14,
28:18, 28:23, 29:13, 30:7,

32:11, 37:2
**met** [1] - 34:11
**metadata** [9] - 11:18, 12:13,
12:17, 28:19, 37:13, 38:11,
38:15, 38:21, 46:19
**methodology** [2] - 15:8,
17:12
**Meyer** [1] - 9:6
**Middle** [2] - 8:19, 25:2
**might** [1] - 5:25
**minute** [1] - 24:6
**Mitchell** [1] - 48:22
**moment** [1] - 9:16
**Monday** [3] - 36:15, 37:16,
37:18, 37:19, 38:5, 38:25,
39:2, 39:9, 39:17, 40:13,
40:21, 40:22, 42:4
**months** [8] - 5:14, 21:9,
21:21, 25:9, 25:10, 26:10
**morning** [1] - 3:2
**most** [5] - 26:18, 26:20,
27:13, 39:4
**mostly** [2] - 19:2, 19:6
**motion** [20] - 3:3, 3:5, 4:6,
5:17, 7:19, 7:20, 10:22, 16:3,
30:16, 30:23, 32:1, 32:2,
32:3, 33:2, 34:10, 41:12,
41:19, 42:20, 42:23, 45:18
**motions** [3] - 16:4, 16:7,
33:25
**move** [8] - 17:1, 20:25, 26:9,
26:13, 27:2, 27:4, 47:18,
48:7
**moving** [4] - 17:8, 26:24,
27:6, 39:10
**MR** [123] - 3:12, 3:18, 3:20,
3:23, 3:25, 4:4, 4:10, 5:2,
5:11, 5:19, 5:25, 6:3, 6:9,
6:13, 6:18, 7:8, 7:15, 7:25,
8:4, 8:10, 8:13, 8:23, 9:5,
9:10, 9:17, 10:8, 10:9, 10:21,
11:4, 11:15, 11:22, 11:24,
12:3, 12:6, 12:8, 12:12,
12:15, 12:23, 13:2, 13:6,
13:10, 13:16, 13:19, 13:24,
14:6, 14:10, 14:15, 15:9,
16:13, 16:17, 17:25, 18:9,
18:25, 19:6, 19:11, 19:17,
20:2, 21:5, 21:7, 22:6, 22:14,
22:21, 23:3, 23:18, 23:22,
24:10, 24:25, 25:19, 25:22,
26:18, 27:25, 28:2, 28:3,
28:7, 28:9, 29:2, 29:10, 30:2,
30:4, 30:6, 30:8, 30:9, 30:20,
31:1, 31:7, 31:12, 31:13,
31:20, 31:25, 32:4, 32:5,
32:9, 32:14, 32:17, 32:25,
33:1, 33:2, 33:8, 33:13,
33:16, 34:4, 34:14, 39:12,
39:18, 39:20, 42:10, 42:19,

42:25, 43:11, 44:5, 44:7,
44:23, 45:7, 45:12, 45:18,
46:21, 47:4, 47:5, 47:7, 47:8,
47:11, 47:20, 48:12
**multimedia** [1] - 24:12
**mute** [1] - 33:10
**named** [1] - 9:6
**necessary** [1] - 37:14
**need** [23] - 5:23, 6:8, 12:25,
14:3, 14:13, 14:14, 15:4,
18:1, 18:12, 20:21, 24:4,
26:9, 27:2, 27:12, 28:14,
28:22, 30:12, 32:16, 36:17,
40:12, 42:1, 43:16, 48:10
**needed** [2] - 26:3, 29:4
**needs** [12] - 18:4, 18:5,
20:18, 21:25, 23:16, 25:13,
27:19, 37:5, 38:8, 38:20,
38:22, 40:19
**never** [3] - 8:17, 13:25, 16:2
**new** [5] - 25:12, 27:12, 31:8,
31:10, 38:16
**next** [1] - 41:14
**none** [1] - 20:12
**nonresponsive** [1] - 6:8
**normal** [1] - 34:24
**nothing** [5] - 7:16, 8:1,
17:17, 28:10
**November** [1] - 5:8, 8:9,
17:21, 30:23, 31:6, 31:8,
31:9, 31:16, 32:22, 32:24,
40:16, 48:23
**Number** [1] - 3:3
**number** [7] - 3:7, 9:19, 9:22,
9:23, 10:2, 31:23, 36:9
**numbered** [1] - 4:22
**numerous** [1] - 10:22
**objecting** [1] - 44:23
**objection** [1] - 45:10
**objections** [10] - 4:12, 4:24,
5:1, 5:3, 5:10, 6:4, 6:6, 6:10,
44:21, 45:5
**obligation** [2] - 46:11, 48:5
**obligations** [13] - 13:1,
14:22, 14:25, 15:3, 17:5,
17:7, 34:23, 41:5, 45:9,
45:11, 46:18, 47:25
**obviously** [1] - 3:6
**October** [5] - 17:20, 35:8,
41:8, 43:7
**offered** [1] - 29:10
**Official** [1] - 48:22
**old** [1] - 38:17
**once** [2] - 41:21, 41:24
**one** [23] - 3:21, 4:12, 4:19,
6:23, 7:9, 8:17, 9:19, 9:22,
13:2, 15:9, 15:13, 17:2,
19:13, 22:9, 26:15, 26:25,
27:11, 30:14, 33:13, 34:12,
36:3, 39:13, 46:23

**ones** [4] - 5:4, 8:24, 13:14,
29:18
**opinion** [1] - 34:3
**opportunity** [1] - 18:11
**option** [1] - 30:1
**order** [36] - 3:1, 3:22, 5:8,
8:7, 8:14, 11:7, 11:13, 17:13,
20:2, 20:4, 25:24, 27:9,
28:14, 29:3, 29:9, 33:24,
35:8, 35:12, 39:24, 40:1,
40:3, 41:8, 41:11, 41:25,
43:6, 43:13, 43:19, 43:22,
43:24, 46:13, 46:20, 47:14,
47:19, 48:6, 48:11
**ordered** [7] - 3:10, 17:19,
17:20, 31:3, 44:7, 46:1,
47:15
**ordering** [3] - 43:12, 45:16,
45:21
**orders** [1] - 36:23
**ordinarily** [1] - 43:17
**ordinary** [1] - 11:10
**originates** [1] - 29:8
**otherwise** [1] - 27:22
**outset** [1] - 41:1
**outstanding** [2] - 36:8, 46:11
**overlap** [2] - 16:22, 38:22
**overly** [1] - 44:9
**overruled** [2] - 14:6, 14:8
**overruling** [1] - 45:13
**oversight** [2] - 3:25, 4:1
**overtaken** [1] - 36:22
**own** [1] - 27:15
**p.m** [1] - 48:15
**pacing** [1] - 35:21
**page** [1] - 23:23
**pages** [2] - 29:15, 32:4
**parallel** [2] - 17:4, 36:2
**parent** [1] - 38:11
**parent-child** [1] - 38:11
**part** [6] - 10:10, 15:21, 15:22,
20:24, 29:2, 29:3
**participate** [1] - 37:24
**parties** [4] - 5:12, 5:20, 22:6,
46:22
**pass** [1] - 21:6
**password** [1] - 20:17
**paths** [1] - 46:6
**patience** [1] - 21:18
**pay** [2] - 41:11, 42:20
**paying** [1] - 42:22
**PDFs** [1] - 11:23
**people** [1] - 19:21
**per** [3] - 4:13, 5:8, 41:25
**percent** [1] - 14:17
**perhaps** [1] - 24:22
**personal** [1] - 29:14, 45:22
**perspective** [2] - 4:6, 4:8
**persuaded** [1] - 48:9

petition [2] - 41:14, 41:15
ph [1] - 25:1
phone [4] - 10:22, 14:1, 18:3, 23:25
photos [5] - 7:16, 9:24, 13:11, 13:14, 18:18
picture [2] - 6:19, 8:17
pictures [7] - 6:16, 6:19, 7:19, 9:23, 13:10, 18:18, 36:11
Pipe [1] - 25:2
pipes [1] - 27:5
place [4] - 15:15, 18:7, 29:24, 33:7, 39:25, 44:20, 48:11
plaintiff [1] - 33:22
planning [1] - 27:4
platform [7] - 20:6, 20:11, 20:16, 21:12, 22:2, 28:19, 35:2
plus [1] - 45:25
point [7] - 6:12, 16:8, 21:17, 24:3, 45:8, 45:15
pointed [1] - 16:25
portion [1] - 20:12
position [2] - 34:10, 35:10
possession [1] - 25:23
possible [4] - 17:16, 38:3, 39:1, 42:20
posted [1] - 39:19
potentially [2] - 9:22, 23:13
practice [1] - 28:23
practices [1] - 46:9
preclusion [2] - 46:1, 46:4
prepare [1] - 41:12
prepared [1] - 34:12
preparing [1] - 41:19
pretty [3] - 18:2, 30:22, 39:6
primary [1] - 4:7
private [4] - 28:23, 29:14, 45:22, 46:24
privilege [2] - 44:22, 45:4
problem [5] - 15:22, 17:18, 26:2, 26:8, 29:11
problems [3] - 25:6, 25:16, 38:2
procedural [1] - 3:6
procedures [1] - 46:9
proceed [2] - 36:2, 48:10
Proceedings [1] - 48:15
proceedings [1] - 48:19
process [10] - 26:10, 26:16, 28:14, 28:17, 34:19, 35:1, 38:25, 39:10, 44:19, 44:20
produce [13] - 8:8, 12:17, 16:6, 28:13, 29:3, 29:19, 31:21, 33:18, 45:3, 46:20, 46:25, 47:21
produced [43] - 4:21, 6:14,

6:17, 6:24, 7:12, 11:17, 11:18, 13:3, 15:6, 15:7, 15:10, 17:11, 17:15, 19:24, 20:23, 30:7, 30:17, 31:16, 31:19, 35:14, 36:19, 37:1, 37:4, 37:7, 37:13, 37:19, 38:7, 38:8, 40:16, 41:25, 42:1, 42:8, 42:19, 42:21, 42:24, 43:10, 44:8, 45:17, 45:20, 46:2, 46:21, 48:3
produces [1] - 32:19
producing [1] - 11:19, 11:23, 13:2
production [11] - 6:12, 11:13, 12:21, 14:4, 14:24, 29:6, 29:20, 30:18, 30:23, 36:18, 38:16
program [1] - 12:4
programs [1] - 21:14
progress [3] - 37:18, 42:2, 42:15
proportional [1] - 44:11
proposing [1] - 26:25
prove [1] - 24:5
provide [2] - 31:3, 34:12
provided [5] - 3:13, 6:21, 20:14, 27:18, 30:21
pull [2] - 22:25, 23:5
pulled [3] - 10:11, 23:9, 31:16
purposes [1] - 37:6
pursuant [2] - 11:6, 39:25
pursuing [1] - 21:3
push [1] - 38:10
pushed [2] - 35:4, 38:19
pushing [1] - 37:21
put [8] - 5:3, 6:4, 10:21, 15:12, 23:15, 26:6, 29:25, 41:14
questions [4] - 14:14, 22:8, 24:2, 43:21
quick [1] - 4:10
quickly [6] - 25:19, 32:18, 46:8, 46:10, 46:14, 48:8
raised [2] - 30:2, 30:5
RDR [1] - 48:22
reach [3] - 39:7, 39:15, 39:18
read [1] - 3:5
readily [1] - 20:15
reading [1] - 30:25
ready [2] - 26:22, 33:12
real [1] - 25:19
really [11] - 6:5, 24:9, 27:24, 29:14, 32:13, 35:16, 41:4, 43:2, 46:12, 46:15, 48:3
reason [6] - 10:5, 19:22, 21:9, 22:23, 23:1, 46:15
reasoning [1] - 43:23
received [5] - 4:14, 4:16, 5:13, 10:13, 13:25

recent [1] - 30:18
recess [4] - 30:14, 33:9, 34:15, 34:17
recollection [2] - 47:15, 47:17
recommend [3] - 39:6, 43:22, 44:1
reconsideration [6] - 45:19, 46:7, 46:10, 46:14, 47:18, 48:7
record [10] - 4:21, 10:2, 15:9, 20:4, 20:16, 29:23, 43:5, 43:21, 44:23, 48:19
recorded [5] - 7:21, 8:21, 9:3, 19:8, 19:10
recording [2] - 9:5, 9:7
recordings [8] - 6:16, 8:24, 9:8, 10:2, 19:2, 19:4, 19:8, 19:18
recoverable [1] - 27:22
redact [1] - 31:22
redacted [5] - 30:19, 31:7, 31:18, 32:10, 40:11
redacting [1] - 32:7
redaction [3] - 30:22, 31:3, 40:10
redactions [11] - 30:17, 30:21, 30:24, 31:2, 31:10, 32:9, 32:12, 32:15, 40:15, 40:19, 40:20
refer [1] - 43:20
referenced [1] - 47:11
regard [1] - 20:18
regarding [1] - 36:9
regardless [1] - 45:9
regular [1] - 19:9
related [4] - 16:24, 20:12, 20:20, 21:23
relates [2] - 8:18, 24:12
relating [1] - 24:14
relationship [6] - 10:1, 11:12, 11:18, 22:4, 28:20, 38:12
relationships [1] - 12:18
relatively [2] - 21:12, 28:16
Relativity [1] - 11:21, 12:12
relevance [1] - 45:23
relevant [5] - 9:22, 9:24, 15:20, 29:16, 46:22
remaining [1] - 8:8
remedy [2] - 35:18, 36:4
reminded [1] - 30:14
report [11] - 36:9, 36:14, 36:15, 36:16, 37:15, 38:20, 38:22, 38:24, 40:13, 40:22, 40:23, 41:22, 42:4, 43:25
Reporter [1] - 48:22
representations [2] - 7:18, 7:20
representing [1] - 14:1

reproduce [1] - 38:14
reproducing [1] - 31:5
reproduction [1] - 38:19
request [1] - 4:25
requests [9] - 3:13, 3:14, 4:19, 5:8, 5:14, 25:11, 33:17, 33:18
require [3] - 38:15, 39:4, 46:9
required [1] - 35:9
requirements [1] - 3:21
requires [1] - 27:9
res [2] - 45:25, 46:4
reset [2] - 21:4, 25:12
respect [3] - 19:7, 37:2, 38:6
respond [4] - 25:19, 34:6, 41:15, 41:18
responded [2] - 5:7
responding [1] - 16:7
response [1] - 4:19
responses [7] - 3:13, 4:3, 4:7, 4:9, 4:10, 4:14, 4:25, 5:13, 5:18, 5:21, 46:9
responsibility [1] - 34:21
responsive [5] - 6:17, 8:8, 17:17, 37:5, 43:10
rest [3] - 36:23, 39:13, 40:4
resume [1] - 33:12
retrievable [1] - 38:4
retrieve [3] - 22:12, 22:14, 22:17
review [10] - 8:3, 11:20, 12:10, 23:16, 33:23, 35:4, 41:24, 42:9, 44:19
reviewed [9] - 6:16, 6:18, 7:24, 36:17, 36:20, 42:14, 42:16, 43:7
reviewing [1] - 42:17
revisit [1] - 47:15
ripe [1] - 34:12
RMR [1] - 48:22
Robinson [2] - 10:1, 25:1
Robinson/Danny [1] - 24:13
role [1] - 19:23
Roman [3] - 9:9, 19:21, 27:5
rule [2] - 46:8, 46:14
Rule [1] - 16:21
run [2] - 27:15, 46:11
running [1] - 17:4
Sanchez [3] - 21:18, 25:25, 46:1
Sanchez's [4] - 11:7, 26:3, 29:2, 29:9
scopes [1] - 46:5
scrape [2] - 23:2, 23:15
screens [1] - 33:11
screenshots [1] - 23:12
search [18] - 20:8, 20:9, 20:14, 20:17, 21:1, 21:15,

**22:3**, 24:19, 24:22, 24:25, 25:2, 25:4, 25:7, 25:13, 25:14, 26:17, 26:19, 27:12
**searches** [1] - 27:15
**second** [3] - 16:11, 18:23, 38:13
**secret** [18] - 10:6, 10:10, 11:7, 14:24, 14:25, 19:19, 19:24, 19:25, 20:5, 20:7, 20:10, 21:8, 21:24, 26:7, 35:3, 35:24, 36:19, 36:20
**see** [13] - 12:19, 15:19, 23:6, 28:20, 29:21, 32:2, 32:11, 32:12, 36:12, 37:18, 40:17, 42:1, 48:8
**seek** [3] - 16:19, 46:7, 46:13
**seem** [5] - 34:25, 35:1, 44:19, 44:20
**segregating** [1] - 10:25
**send** [3] - 32:20, 40:1, 42:18
**sending** [1] - 32:12
**sense** [5] - 4:6, 9:18, 20:20, 27:1, 44:17
**sensitivity** [1] - 7:7
**sent** [8] - 3:14, 5:14, 5:15, 19:5, 44:8, 44:12, 44:14, 46:22
**sentence** [1] - 15:13
**separated** [2] - 12:20, 13:21
**separately** [1] - 16:23
**separating** [1] - 11:14
**served** [4] - 4:3, 5:8, 33:16, 33:17
**set** [3] - 16:10, 27:5, 39:8
**Seth** [2] - 29:6, 32:24
**several** [1] - 4:14
**shape** [1] - 20:19
**show** [3] - 4:21, 47:9, 47:25
**shows** [2] - 19:14, 40:1
**significant** [1] - 35:7
**simple** [1] - 18:13
**single** [10] - 4:19, 6:13, 6:20, 7:9, 14:1, 15:14, 16:24, 44:12, 46:21, 46:23
**sit** [2] - 24:3, 43:9
**six** [1] - 5:14
**Slack** [1] - 23:2
**slicing** [1] - 37:20
**snippets** [1] - 15:11
**snippy** [1] - 43:3
**so..** [1] - 14:7
**social** [2] - 22:24, 46:24
**solution** [1] - 29:12
**solutions** [1] - 38:3
**someone** [1] - 43:22
**somewhat** [1] - 35:19
**sorry** [5] - 3:18, 11:5, 24:10, 33:8, 39:16
**sort** [6] - 11:11, 11:20, 18:11, 18:20, 28:14, 44:12

**sound** [5] - 11:13, 27:20, 27:23, 44:20, 48:4
**sounds** [2] - 13:21, 17:13
**specific** [1] - 39:25
**spend** [1] - 40:4
**spent** [1] - 42:17
**spoken** [2] - 15:19, 29:21
**square** [3] - 26:15, 26:16, 26:25
**stamp** [1] - 31:23
**stand** [5] - 6:12, 18:8, 34:15, 44:3, 48:13
**standalone** [4] - 18:21, 19:2, 19:4, 36:24
**standing** [5] - 4:25, 5:10, 5:24, 6:5, 6:7
**stands** [5] - 46:13, 47:14, 47:19, 48:6, 48:9
**start** [6] - 3:9, 9:2, 10:16, 10:17, 27:1, 44:2
**started** [1] - 26:21
**starting** [1] - 25:12
**static** [1] - 36:11
**stating** [1] - 21:22
**status** [3] - 37:16, 40:22, 40:23
**still** [4] - 4:8, 4:12, 9:15, 18:12, 24:16, 36:17, 42:1, 46:11
**storage** [1] - 46:24
**straightforward** [1] - 28:17
**string** [1] - 28:5
**strongly** [1] - 39:6
**stuff** [19] - 6:23, 8:16, 9:25, 10:4, 11:23, 18:12, 19:3, 19:19, 27:15, 27:21, 29:14, 31:3, 31:5, 31:8, 31:19, 37:4, 37:5, 46:2, 46:20
**substitute** [1] - 21:25
**suggest** [1] - 5:12
**suggested** [1] - 41:6
**suggesting** [2] - 18:12, 18:20
**supplemental** [1] - 20:23
**support** [1] - 33:24
**supports** [1] - 33:19
**supposed** [5] - 8:6, 8:8, 8:11, 16:6, 17:21
**suspect** [1] - 24:18
**tag** [1] - 12:21
**tagged** [1] - 12:22
**Tahoe** [1] - 25:1
**technical** [1] - 35:5
**technically** [1] - 41:6
**Telegram** [7] - 22:10, 22:12, 23:2, 23:4, 27:21, 37:23, 38:1
**tempered** [1] - 35:19
**ten** [1] - 26:10

**tension** [1] - 27:10
**terms** [26] - 20:8, 20:9, 20:14, 21:1, 21:3, 21:15, 22:3, 22:5, 24:20, 24:21, 24:23, 25:1, 25:2, 25:4, 25:7, 25:13, 25:14, 26:16, 26:17, 26:19, 27:7, 27:12, 35:18, 35:20, 36:11, 37:20
**testified** [1] - 8:25
**testify** [2] - 8:20, 9:3
**testimony** [4] - 9:5, 9:8, 19:7, 19:20
**text** [20] - 15:12, 15:17, 28:1, 28:5, 28:13, 28:17, 28:18, 28:22, 28:25, 29:13, 30:7, 32:11, 37:2, 37:3, 37:7, 37:14, 44:7, 44:8, 46:19, 46:21
**Thanksgiving** [1] - 41:16
**The Court** [104] - 3:2, 3:16, 3:19, 3:21, 3:24, 4:2, 4:5, 4:20, 5:6, 5:16, 5:23, 6:2, 6:4, 6:11, 6:15, 7:3, 7:13, 7:18, 8:3, 8:6, 8:11, 8:20, 9:1, 9:8, 9:14, 10:14, 10:25, 11:9, 11:16, 11:23, 12:1, 12:4, 12:10, 12:13, 12:16, 12:25, 13:4, 13:8, 13:13, 13:17, 13:20, 14:3, 14:8, 14:12, 14:20, 16:10, 16:15, 16:18, 18:1, 18:16, 19:4, 19:7, 19:16, 19:22, 20:22, 21:6, 22:7, 22:19, 22:23, 23:8, 23:19, 23:20, 23:23, 24:24, 25:4, 25:21, 26:1, 27:8, 28:6, 28:8, 28:12, 30:10, 30:23, 31:5, 31:10, 31:14, 32:2, 32:10, 32:16, 33:4, 33:9, 33:15, 34:1, 34:8, 34:15, 34:18, 39:14, 39:22, 42:12, 42:22, 43:2, 43:12, 44:6, 44:18, 44:25, 45:8, 45:13, 46:3, 47:2, 47:6, 47:9, 47:14, 47:23, 48:13
**they've** [5] - 14:17, 16:2, 16:11, 36:19, 45:23
**Thomas** [2] - 10:1, 24:13
**thousand** [1] - 4:15
**thousands** [4] - 6:19, 7:1, 10:24, 22:1
**thread** [4] - 28:20, 29:15, 37:14, 44:7
**threading** [4] - 28:14, 28:24, 46:19, 46:20
**threads** [4] - 37:2, 37:7, 37:10, 37:12
**three** [4] - 10:2, 18:3, 37:11
**timeline** [1] - 25:8
**today** [6] - 39:8, 39:13, 39:20, 39:21, 44:2, 48:2

**today's** [1] - 41:13
**together** [2] - 11:19, 16:13
**Tommy** [3] - 10:1, 24:12, 25:1
**ton** [1] - 27:23
**took** [4] - 7:19, 25:9, 26:22, 39:20
**tool** [4] - 11:20, 12:1, 12:10, 23:16
**tools** [1] - 14:19
**total** [2] - 21:15, 45:22
**totally** [1] - 44:9
**tracks** [1] - 36:3
**trade** [18] - 10:5, 10:10, 11:7, 14:24, 14:25, 19:19, 19:24, 19:25, 20:5, 20:7, 20:9, 21:8, 21:24, 26:7, 35:3, 35:23, 36:18, 36:19
**transcript** [5] - 19:12, 43:22, 47:12, 47:16, 48:18
**tried** [4] - 22:15, 35:11, 35:12, 39:9
**trips** [1] - 9:25
**trouble** [1] - 4:22
**troubled** [1] - 27:18
**troubling** [2] - 35:6, 35:11
**try** [8] - 8:15, 9:17, 22:12, 28:3, 30:1, 39:7, 44:1, 47:25
**trying** [6] - 13:1, 14:21, 15:17, 20:24, 29:6, 33:5
**Tuesday** [1] - 39:10
**turn** [3] - 21:18, 33:10, 44:14
**turned** [11] - 8:24, 8:25, 9:7, 9:19, 10:5, 10:8, 10:9, 19:19, 21:24, 21:25, 29:7
**turning** [1] - 15:23
**Twitter** [2] - 31:17, 31:21
**two** [10] - 4:10, 9:1, 9:23, 19:13, 22:16, 26:16, 33:21, 34:4, 41:9, 46:5
**two-factor** [1] - 22:16
**type** [2] - 18:22, 36:10
**typical** [1] - 12:10
**typically** [3] - 11:17, 12:16, 26:12
**understood** [1] - 34:14
**unduly** [1] - 44:9
**unhappy** [1] - 46:12
**unless** [1] - 39:24
**unreasonable** [1] - 23:13
**unredact** [1] - 31:3
**up** [7] - 25:10, 29:25, 35:14, 35:22, 38:16, 39:6, 39:8
**update** [1] - 23:19
**updates** [1] - 42:2
**uses** [1] - 9:18
**valid** [1] - 33:25
**various** [1] - 36:1
**verbiage** [2] - 6:4, 45:13

**videos** [1] - 36:12

**view** [1] - 35:19

**voiced** [1] - 45:10

**wade** [1] - 6:6

**wading** [1] - 25:4

**wait** [2] - 9:1, 35:22

**waited** [1] - 26:9

**waived** [5] - 4:13, 44:21, 45:6, 45:11, 45:12

**waiver** [4] - 5:6, 5:9, 5:12, 5:21

**Walton** [21] - 4:5, 5:22, 9:14, 10:18, 13:24, 16:25, 18:17, 19:8, 21:22, 22:20, 22:23, 24:2, 25:6, 27:11, 30:25, 31:10, 37:9, 40:16, 41:13, 47:6, 47:20

**WALTON** [36] - 4:10, 9:17, 10:9, 10:21, 11:4, 12:8, 12:12, 12:15, 18:25, 19:6, 19:11, 19:17, 23:3, 23:18, 23:22, 24:10, 25:19, 25:22, 26:18, 27:25, 28:3, 28:7, 28:9, 29:2, 30:2, 30:6, 30:9, 31:12, 31:25, 32:4, 32:9, 32:17, 33:1, 39:18, 47:5, 47:8

**wants** [1] - 9:11

**ways** [3] - 15:10, 22:25, 35:7

**week** [1] - 32:7

**weeks** [2] - 18:3, 18:4

**welcome** [1] - 33:10

**whatever's** [1] - 19:24

**whichever** [1] - 45:13

**whole** [5] - 16:21, 17:3, 28:17, 28:25, 29:15

**withheld** [1] - 6:9

**withhold** [1] - 6:7

**witnesses** [2] - 19:18, 23:5

**words** [2] - 11:1, 12:20

**wrap** [1] - 35:14

**writing** [1] - 47:10

**written** [4] - 3:13, 4:3, 4:7, 4:9

**wrote** [1] - 18:23

**year** [1] - 31:2

**years** [1] - 44:13

**Zoom** [1] - 18:3

# EXHIBIT D

**From:** Walton, David
**Sent:** Friday, November 13, 2020 12:49 PM
**To:** Robert Centofanti; lcinquanto@cornerstonediscovery.com
**Cc:** Seth Carson; Benson, Leigh Ann; Sidney Gold; Bill Rieser; Cavalier, Jonathan
**Subject:** MEF

Rob

Hope you are well.  In the Barbounis/MEF matter, counsel had a hearing today with Judge Wolson on Defendant's Motion for Contempt.  Judge Wolson ordered that we speak with you as soon as we can.  We have to get information from Cornerstone for a report we must submit to the Court by COB on Monday, 16 November 2020.  Please let us if you can talk today (the sooner the better).

Thank you.



**David J. Walton**
**Shareholder**
**Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-5547 F: 215-701-2110 C: 215.527.8459
Email | Bio | LinkedIn | Map | cozen.com

# EXHIBIT E

| | |
|---|---|
| **From:** | Walton, David |
| **Sent:** | Friday, November 13, 2020 2:35:32 PM |
| **To:** | Robert Centofanti;lcinquanto@cornerstonediscovery.com |
| **Cc:** | Seth Carson;Benson, Leigh Ann;Sidney Gold;Bill Rieser;Cavalier, Jonathan |
| **Subject:** | RE: MEF |

Guys –

We really need to discuss this issue with you today.  Here's what we need:

1.  **Multimedia files**:  We need to send a report to Judge Wolson showing file type, file ext., etc. for all of the files in the "multimedia" category.  This includes both attachments and stand-alone documents.  This is due COB Monday, 16 November 2020.

2.  **Text messages**:  For any text-message thread for which there has been a hit on a search term, Judge Wolson is ordering that we receive the thread.  Note:  Seth has indicated that he plans to file a motion for reconsideration on this issue.  We need to update Judge Wolson by COB Monday, 16 November 2020.

3.  **Telegram messages**:  All counsel have been ordered to speak with Cornerstone about: (a) what has been done-to-date to retrieve the Telegram messages [Seth told the Judge that Cornerstone has not been able to retrieve them because of some issues with two-factor security]; and (b) what are the potential solutions for retrieving these messages?  This is due COB Monday, 16 November 2020.

4.  **Attachments**:  For any attachments to emails, etc., can they be produced with the appropriate metadata so that they can be aligned with documents produced already?  Or, do we need to do an entire re-production of the documents, but this time with attachments?  We need to update Judge Wolson by COB Monday, 16 November 2020.

5.  **Redactions**:  Can you confirm that most recent document set we received had redactions?  We have to meet and confer with Seth about this and update Judge Wolson by COB Monday, 16 November 2020.

Please let us know as soon as you can talk.



**David J. Walton**
**Shareholder**
**Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-5547 F: 215-701-2110 C: 215.527.8459
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Walton, David
**Sent:** Friday, November 13, 2020 12:49 PM
**To:** 'Robert Centofanti' <rcentofanti@cornerstonediscovery.com>;

'lcinquanto@cornerstonediscovery.com' <lcinquanto@cornerstonediscovery.com>
**Cc:** Seth Carson <seth@dereksmithlaw.com>; Benson, Leigh Ann <LBenson@cozen.com>; 'Sidney Gold'
<sgold@discrimlaw.net>; Bill Rieser <brieser@discrimlaw.net>; Cavalier, Jonathan
<JCavalier@cozen.com>
**Subject:** MEF

Rob

Hope you are well.  In the Barbounis/MEF matter, counsel had a hearing today with Judge
Wolson on Defendant's Motion for Contempt.  Judge Wolson ordered that we speak with you
as soon as we can.  We have to get information from Cornerstone for a report we must submit
to the Court by COB on Monday, 16 November 2020.  Please let us if you can talk today (the
sooner the better).

Thank you.



**David J. Walton**
**Shareholder**
**Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-5547 F: 215-701-2110 C: 215.527.8459
Email | Bio | LinkedIn | Map | cozen.com

# EXHIBIT F

| | |
|---|---|
| **From:** | Benson, Leigh Ann |
| **Sent:** | Monday, November 16, 2020 3:48 PM |
| **To:** | Seth Carson |
| **Cc:** | Walton, David; Cavalier, Jonathan; Sidney Gold; Bill Rieser |
| **Subject:** | Barbounis v. MEF |
| | |
| **Importance:** | High |

Seth, we are continue to work on the joint report and will have a draft to you soon.  **Please let us know the soonest you can get on a call to go over the outstanding issues**.  We need to file the report by COB.

Leigh Ann



**Leigh Ann Benson**
**Associate | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-4708 F: 215-701-2002
Email | Bio | LinkedIn | Map | cozen.com

# EXHIBIT G

**From:** Walton, David
**Sent:** Monday, November 16, 2020 4:38 PM
**To:** Seth Carson
**Cc:** Benson, Leigh Ann; Cavalier, Jonathan; Sidney Gold; Bill Rieser
**Subject:** MEF Barbounis
**Attachments:** 49622467_1.docx

Seth --

Please attached draft report.  I will be sending a Excel spreadsheet with the text threads shortly.

Please give us the missing information and/or authorize to state that we are awaiting information from you.

Dave

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), | : | |
| GREGG ROMAN (*individually*), and | : | |
| MATTHEW BENNETT (*individually*) | : | |
| | : | |
| Defendants. | : | |

## JOINT DISCOVERY STATUS REPORT

Pursuant to this Court's November 13, 2020 Order (ECF No. 74), plaintiff Ms. Lisa Barbounis ("Ms. Barbounis" or "Plaintiff") and defendants The Middle East Forum ("MEF") and Mr. Gregg Roman ("Mr. Roman") ("Defendants") submit the following Joint Discovery Status Report.

**Preface Regarding Cornerstone:**  Cornerstone has raised a concern regarding its role in this case.  Judge Sanchez appointed Cornerstone as a third-party neutral in *Middle East Forum v. Ms. Barbounis,* No. 19-5687.  In that case, Judge Sanchez has given Cornerstone explicit instructions regarding what it can/cannot do with the data.  Plaintiff's counsel has not hired Cornerstone separately to assist with its discovery obligations in the matter before Your Honor.  And Cornerstone has not been retained to do any work on the matter before Your Honor.  Cornerstone is willing to help, but they want to be sure that their activities in this case do not present any issues with their role as a third-party neutral in the case before Judge Sanchez.  Cornerstone also believes that they should be separately retained by Plaintiff's counsel or ordered by Your Honor to be a third-party neutral in this case.

**Schedule for Producing Text Messages:**  The Parties agree that text messages encompasses text messages (SMS messages); iMessages; iChats, Google chats, Instagram DM, Twitter DM, and WhatsApp messages.  In compliance with Your Honor's Order, Defendants gave Plaintiff an initial list of the message-threads it seeks production of.  Each requested thread contains a message with a search term hit and thus is subject to production pursuant to Your Honor's Order.  There are numerous threads with unnamed participants, which Defendants will continue to parse through to determine, as best they can, if any further threads will need to be produced.  Plaintiff is in the process of producing the applicable message threads.  Plaintiff has not identified a schedule for producing these messages (SETH:  If you have a schedule, please let us know).

1.      **Schedule for Producing Attachments:**  On Monday, November 16, 2020, counsel for the parties spoke with Cornerstone.  Plaintiff's counsel was in the middle of another deposition and joined the call for approximately ten minutes.  Defense counsel continued the call with Cornerstone for approximately another 50 minutes.  During this call, Cornerstone explained that Plaintiff must work this out with the vendor, and Plaintiff has not retained the vendor.

2.      **Total Number of Multimedia Files on Cornerstone Database:**  During our multiple discussions with Cornerstone (on Friday, November 13, 2020 and Monday, 16 November 2020), we learned that there are two categories of "multimedia" files.  First, there are "multimedia" files with search-term hits were produced in the case before Judge Sanchez.  These files have not been produced in the case before Your Honor.   Plaintiff's counsel is currently reviewing these files.  The second category is "multimedia" files without search term hits.  The case before Judge Sanchez has a protocol for dealing with these files.  There are multiple unresolved issues between Plaintiff's counsel and Cornerstone regarding these files.

     **a.**    **Audio Files:**  Plaintiff's counsel is in the process of determining this.

**[Need data]**

     **b.**    **Video Files:**  Plaintiff's counsel is in the process of determining this.

**[Need data]**

     **c.**    **Static Images:**  Plaintiff's counsel is in the process of determining this.

**[Need data]**

     **d.**    **Number of files Plaintiff's counsel has reviewed but not yet produced:**
Plaintiff's counsel is in the process of determining this. **[Need data]**

     **e.**    **Number of files Plaintiff's counsel has not yet reviewed:** Plaintiff's
counsel is in the process of determining this. **[Need data]**

    **3.**    **Description of Cornerstone's Efforts to Access and Obtain Data from Ms.
Barbounis' Telegram Account:**  Cornerstone has not found any Telegram data on any of the
electronic sources received from plaintiff.  Thus, Cornerstone has not made any attempt to
retrieve this data.

    **4.**    **Description of Redactions Included in November 4, 2020 Production and
Proposed Resolution Concerning the Redactions:**  Cornerstone made these redactions per
Judge Sanchez's order and protocol.

Respectfully submitted,

Dated:  November 16, 2020

COZEN O'CONNOR

s/David J. Walton
David J. Walton (PA#86019)
Leigh Ann Benson (PA #319406)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: (215) 665-2000

*Attorneys for Defendants*
*The Middle East Forum and Mr. Gregg Roman*

SIDNEY L. GOLD & ASSOCIATES P.C.

s/[insert name]
Sidney Gold
William Rieser
Sidney L. Gold & Associates P.C.
1835 Market Street
Philadelphia, PA 19103
P: (215) 569-1999

*Attorneys for Defendant*
*Mr. Gregg Roman*

DEREK SMITH LAW GROUP

s/[insert name]
Seth Carson
Derek Smith Law Group
1835 Market Street, Suite 2950
Philadelphia, PA 19103
P: (215) 391-4790

*Attorney for Plaintiff Ms. Lisa Barbounis*

# EXHIBIT H

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA


```
CAITRIONA BRADY,              )
                             ) Case No. 2:19-cv-05082-MAK
                             )
         Plaintiff(s),        )
                             )
                             )
         v.                   ) Philadelphia, Pennsylvania
                             ) July 6, 2020
THE MIDDLE EAST FORUM,        ) 10:45 a.m.
                             )
         Defendant(s).        )
_____     )
```

TRANSCRIPT OF SHOW CAUSE HEARING
BEFORE THE HONORABLE MARK A. KEARNEY
UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Plaintiff(s):      Seth D. Carson, Esq.
                           Derek Smith Law Group, PLLC
                           1835 Market Street, Suite 2950
                           Philadelphia, PA 19103


For Defendants Name:       Jonathan R. Cavalier, Esq.
                           Cozen O'Connor
                           1650 Market Street, 27th Floor
                           One Liberty Place, Suite 2800
                           Philadelphia, PA 19103

```
1    Court Recorder:                    Kerri Christy

2                                       Clerk's Office

3                                       U.S. District

4

5

6

7    Transcription Service:

8

9              Foothill Transcription Company, Inc.

10             9328 Elk Grove Blvd., Suite 105-309

11             Elk Grove, CA  95624

12

13

14   Proceeding recorded by electronic sound recording;

15   Transcript produced by transcription service.

16

17

18

19

20

21

22

23

24

25
```

```
 1              PHILADELPHIA, PENNSYLVANIA
 2              MONDAY, JULY 6, 2020
 3         (PROCEEDINGS HELD IN OPEN COURT:)
 4              THE BAILIFF:  All rise.  Court is now in session.
 5    The Honorable Mark A. Kearney now presiding.
 6              MR. JONATHAN CAVALIER:  Morning, Your Honor.
 7              HONORABLE JUDGE MARK A. KEARNEY:  Good morning.
 8              MR. SETH CARSON:  Good morning, Your Honor.
 9              THE COURT:  Please be seated.
10              MR. SETH CARSON:  Thank you.
11              THE COURT:  Welcome and thank you for your
12    courtesy in being here today.  We're here this morning on a
13    scheduled hearing, Show Cause Hearing under our March 5,
14    2020, order that was extended a couple times due to COVID
15    protocols.  We have before us the papers of the Defendant
16    describing their attorney's fees in connection with the
17    January 31, 2020, initial pretrial conference.
18              Due process, among other reasons, requires that I
19    appreciate and give the -- the attorney for the Plaintiff
20    an opportunity to explain -- not to explain why the
21    sanction is in place but to -- to address any concerns that
22    he may have concerning the amount requested.  So, first,
23    let me have evidentiary appearance for the Plaintiff.
24              MR. CARSON:  Seth Carson on the --
25              THE COURT:  Stand up, Mr. Carson, for the Court.
```

```
 1              MR. CARSON:  Thank you.  I'm sorry.  Seth Carson

 2   on behalf of Caitriona Brady.

 3              THE COURT:  Welcome.  And on behalf of Defendant?

 4              MR. CAVALIER:  Morning, Your Honor.  Jon Cavalier

 5   with Cozen O'Connor on the -- the behalf of the --

 6              THE COURT:  Good morning, Mr. Cavalier.  Thank

 7   you for being here, both of you.

 8              MR. CAVALIER:  Morning.  It's good to see you

 9   again, Your Honor.

10              THE COURT:  The question is, I guess, Mr. -- Mr.

11   Carson, is -- you didn't file any objection to the $945 in

12   fees.  Absent an objection, I have to grant it.  So, what

13   is your view on this?  Do you have any objection?

14              MR. CARSON:  Your Honor, after --

15              THE COURT:  Please stand when you talk to the

16   Court.

17              MR. CARSON:  Sorry, Your Honor.  After the --

18   after the hearing, I sent a letter to Counsel for

19   Defendants, Dave Walton specifically.

20              THE COURT:  Can you turn (inaudible) when you're

21   speaking?

22              MR. CARSON:  Yes.

23              THE COURT:  Okay.

24              MR. CARSON:  I sent a letter to Dave Walton

25   specifically, and --
```

```
1              THE COURT:  After what hearing?

2              MR. CARSON:  After -- I'm sorry, after the Rule

3   16 Conference.

4              THE COURT:  Okay.

5              MR. CARSON:  After this Rule 16 Conference, and,

6   you know, I -- I explained what happened.

7              THE COURT:  Sir, I already found sanctions.  What

8   about the fee?

9              MR. CARSON:  Yeah.

10             THE COURT:  What -- do you have any challenge to

11  the fee?

12             MR. CARSON:  So, I guess the only challenge I

13  would -- I would say is I think the $1,000 or 900 and

14  change is -- is a little high because the parties had that

15  week negotiated.  It's my understanding that the -- the --

16  the amount listed is for the preparation of the rule, the

17  26(f) memo.  And -- and that 26(f) memo was one of the

18  three memos that the parties put together.  Defendants took

19  the lead on putting them all together, but -- but, you

20  know, we had already put together two that week, and I

21  think they just took the information and transferred it

22  over.

23             So, I'm not sure that spending that much time on

24  -- on the memo makes sense to me, but at the same time, I

25  apologize to my -- my opposing counsel and offered to -- to
```

1    cover any costs they have outside of the -- outside of the

2    court.  So, my -- my only objection would be I think it's a

3    little high.

4                THE COURT:  Do you have counsel today?  Did you

5    bring counsel with you today?

6                MR. CARSON:  No, Your Honor.

7                THE COURT:  Let's back up.  Actually, would you

8    raise your right hand, please?

9                MR. CARSON:  Yes, Your Honor.

10               THE COURT:  Do you swear the testimony you're

11   about to give is the truth, the whole truth, and nothing

12   but the truth, so help you God?

13               MR. CARSON:  Yes.

14               THE COURT:  Explain to me then, sir, if you were

15   exchanging drafts back and forth, is your argument that

16   they actually didn't do any drafting?  That you did the

17   drafting, or did they -- did they do the drafting?

18               MR. CARSON:  No, no, that's not what I mean.  So,

19   the -- the week before the Rule 16 Conference for this

20   case, we had a Rule -- two other Rule 16 Conferences.  It

21   might have been the -- the two weeks before that.  And I

22   guess all I'm presenting to the Court is that we had

23   already completed two other Rule 16 -- or 26(f) memos, and

24   that there was no exchange of drafts for this memo in this

25   case.

 1          THE COURT:  Okay.  Do you -- let's be very clear.

 2  They're in other cases, though.  That's before Judge Brody

 3  and Judge Wilson for example?

 4          MR. CARSON:  Yes, Your Honor.

 5          THE COURT:  So, there was no drafts exchanged in

 6  this case.

 7          MR. CARSON:  That's correct, yeah.

 8          THE COURT:  Okay, that's a different fact, right?

 9  So -- so, there was nothing going back and forth in this

10  case, just be clear.

11          MR. CARSON:  Not -- not back and forth, no.

12          THE COURT:  Okay.  Did you see a draft of it

13  before it was final?

14          MR. CARSON:  Yes, Your Honor.

15          THE COURT:  Okay.  And why didn't you comment on

16  it?

17          MR. CARSON:  I think the email said we

18  incorporated the -- the information that you gave us from

19  the Barboonis's (phonetic) case, which was the last Rule

20  16.  And if we don't hear back from him by 4 o'clock, that

21  we're just going to file it.

22          THE COURT:  Okay.  All right.  So, you didn't --

23  you don't show up for the hearing, and you don't call us.

24  So, that's sanctionable.  You got that.  Now, the question

25  is -- and then -- and then one of the issues we have to

```
 1    consider about, sir, as -- as for deterrence is a couple --
 2    a couple weeks ago, we had another hearing, a discovery
 3    hearing, and you didn't appear.
 4              So, what I'm concerned about is that this --
 5    whether I should refer you to the disciplinary board.
 6    That's really what I'm concerned about.  That's two
 7    hearings in the same case that you just ignored.  You
 8    didn't call the court.  You didn't write the court and
 9    apologize.  You didn't ask for an extension.  You just
10    didn't show.
11              Today is not the day to decide whether I'm going
12    to do that.  That's something in my authority, not within
13    the authority of Rule 16.
14              MR. CARSON:  I understand, Your Honor.
15              THE COURT:  I looked at their timesheet.  Do you
16    have any concern with their hourly rate?
17              MR. CARSON:  The -- no, Your Honor.
18              THE COURT:  Okay.
19              MR. CARSON:  Yeah, I think their rate is their
20    rate.
21              THE COURT:  All right.  So, do you have your
22    timesheet, the amount of time you spent looking at the
23    other two Rule 26s to see whether it's comparable?
24              MR. CARSON:  No, I -- I don't really keep
25    timesheets.  Just the way our -- our first bills for these
```

1    types of cases.  I don't -- that's not something I would

2    just have on hand, but, you know, I -- so, no, Your Honor.

3            THE COURT:  Okay.  I -- I dismissed the case

4    today because you've settled it.

5            MR. CARSON:  Right.

6            THE COURT:  Settled it in principle under Rule

7    41.1.  Is there an agreement reached that this sanction

8    will be forgiven by the Defendant as far as the settlement?

9            MR. CARSON:  I think I mentioned it.  I don't

10   think it's something that -- I -- I think -- I think

11   counsel for Defendants might recommend it.  I don't think

12   -- I don't want to speak for my opposing counsel, but --

13           THE COURT:  Okay.

14           MR. CARSON:  -- I would think their client would

15   agree with that.

16           THE COURT:  So, you've asked for it, but it's not

17   part of the agreement as of now.

18           MR. CARSON:  It's not part of the agreement.

19   That's correct, Your Honor.

20           THE COURT:  Okay.  Let's assume it is forgiven

21   and they say, oh, don't -- we're going to forgive the

22   amount of money and let's go forward, which is what we all

23   want to do.  Then we come back to deterrence.  What message

24   are we sending to you, sir, that you cannot just simply

25   fail to appear under court orders?  If -- if I let -- if --

1   if -- if the Defense forgives you -- in other words, sir,

2   should I make the fee -- should I make the fine -- should I

3   make -- not the fine -- should I make the sanction payable

4   to someone other than the Defendant to teach you

5   deterrence?

6           MR. CARSON:  I --

7           THE COURT:  In other words, the Defendant can

8   forgive it, but if I -- if I order you to pay, you know,

9   Legal Aid or somebody, they won't forgive it.

10          MR. CARSON:  I guess what I'll -- what I'll say

11  to the Court is that before -- after -- after this hearing,

12  I -- I wrote a letter apologizing.

13          THE COURT:  To whom?

14          MR. CARSON:  To -- to counsel for the Defendants.

15          THE COURT:  Not the Court.

16          MR. CARSON:  I -- I -- I didn't know if it was

17  appropriate for me to -- to -- to -- to -- to cc the Court

18  on it, so I just wrote it to counsel for the Defendants,

19  and I offered to pay any -- any cost that they incurred

20  because of my --

21          THE COURT:  You mean cost like out-of-pocket

22  costs?

23          MR. CARSON:  Yeah, at -- at the time when I was

24  thinking, like, you know, that -- for a 1080 hearing, I

25  didn't realize it was for the 26(f) memo at that time, but

1   I -- you know, I said whatever cost that you've incurred,

2   you know, because of -- because of my, you know, my -- my -

3   - my mis-calendaring or I offered to pay.  So that's --

4   that's why I didn't oppose the motion because I thought it

5   would be disingenuous to kind of --

6          THE COURT:  Okay.  I appreciate your respect

7   there.  I appreciate your candor.

8          Mr. Cavalier, from the Defense side, do you

9   understand my concern?  Has your client agreed to forgive

10  any sanction that would be payable to it under our -- under

11  our January -- under our -- our order of March 5?

12         MR. CAVALIER:  Your Honor, I do understand your

13  concern.  We do not have that consent from our client.  Not

14  to belabor the point, but I find myself in a bit of a

15  difficult spot this morning.  I -- these cases have been

16  hard fought.  They have been extremely time consuming.  I

17  certainly respect Mr. Carson.  I like him personally.

18         It is never my goal or my desire to seek

19  sanctions against another lawyer or take money out of

20  another lawyer's pocket.  It is the last thing that I want

21  to do, and so I'm conflicted because I also feel that I

22  have a duty to my client, who has paid us and continues to

23  pay us a lot of money to defend them in these cases, and to

24  the Court as well, as a member of the bar of this Court and

25  someone who practices here often.

1              So, I will only say on that point, Your Honor,

2    that from our firm's perspective in the traditional and

3    typical sense, that's certainly something that we would do

4    as a matter of routine.  When we wrap up this case, we

5    would forgive this kind of a sanction.

6              THE COURT:  But you don't know if your client --

7              MR. CAVALIER:  I don't know whether I can get

8    that permission in this particular case from this

9    particular client.

10             THE COURT:  Got you.  Is -- is -- are all -- I --

11   I do know there's other cases.

12             MR. CAVALIER:  Yes.

13             THE COURT:  I know Mr. Brady was one of a couple

14   people that was involved that your firm represented.  Are

15   -- are the -- are the other cases wrapped up?

16             MR. CAVALIER:  They are not.

17             THE COURT:  Judge Wilson and Judge Brody, et

18   cetera?

19             MR. CAVALIER:  They are not, Your Honor.

20             THE COURT:  Okay.  What aspect of their bills do

21   you think is too high?  It's not -- it's not the -- it's

22   not the amount of the rate, so the rate is okay.  You're

23   okay paying the cost, so to speak, to show up at the

24   hearing.  What about the -- what about the amount of time

25   you think they spent in preparing the Rule 26 report?

```
 1            MR. CARSON:  Yeah, and, you know, because there's
 2   a sworn affidavit, I -- you know, I -- I don't want to say
 3   that they're misleading the Court.  I actually know how
 4   long it takes me to put a Rule 26(f) memo together, and I
 5   know that when I have two that were already drafted in very
 6   similar cases, it would be even faster.  But again, I was
 7   ready to before Your Honor set up the rule to Show Cause
 8   Hearing, I was ready to, you know, pay -- pay the money
 9   that that was represented by.
10            THE COURT:  Do you have attorney that supervises
11   your services, sir, in --
12            MR. CARSON:  Yeah.
13            THE COURT:  -- your firm?
14            MR. CARSON:  Yes.
15            THE COURT:  And who is that?
16            MR. CARSON:  His name is Samuel Wilson.
17            THE COURT:  And is Samuel Wilson in Philadelphia
18   or is he in the New York office?
19            MR. CARSON:  He's in Philadelphia.
20            THE COURT:  Does Mr. Wilson know you're here?
21            MR. CARSON:  I believe so, yes, Your Honor.
22            THE COURT:  Does Mr. Wilson know what happened?
23            MR. CARSON:  Yeah.  Yeah.
24            THE COURT:  Are you a partner in that firm?
25            MR. CARSON:  No, Your Honor.
```

```
 1              THE COURT:  Is Mr. Wilson a partner in that firm?

 2              MR. CARSON:  I think that you would him a

 3   partner, yes.  But we don't really have like partners

 4   there.  He -- he runs our Philadelphia office.  So, I think

 5   he would be a managing partner of the Philadelphia office,

 6   so you know.

 7              THE COURT:  Okay, so, if -- if I said to you,

 8   take me to your boss --

 9              MR. CARSON:  Samuel Wilson.

10              THE COURT:  Thank you, sir.

11              MR. CARSON:  Yeah.

12              THE COURT:  That's right.  Okay.  So, Mr. Wilson

13   is the person who you report to from time to time about

14   what you're doing in -- in torts and cases I think.

15              MR. CARSON:  That's right, and -- and then Derek

16   Smith would be the person above him.

17              THE COURT:  If I understand correctly, Mr. Smith

18   is in New York?

19              MR. CARSON:  He is.

20              THE COURT:  Okay.  But -- so, the -- in this

21   case, had it gone to trial, were you trying it alone?

22              MR. CARSON:  I think I would have probably asked

23   for someone with more trial experience to sit second chair,

24   but I think I would have ran the trial, been --

25              THE COURT:  Okay.
```

1        MR. CARSON:  -- lead counsel.

2        THE COURT:  Would -- who -- who would have been

3  -- is Mr. Wilson somebody you would have worked with on the

4  case?

5        MR. CARSON:  Yes.  Yeah.

6        THE COURT:  Okay.

7        MR. CARSON:  And maybe the person who sat with me

8  at trial would have been somebody else, but yes.

9        THE COURT:  Okay.  And is Mr. Wilson -- have --

10  have you ever spoken to Mr. Wilson about his obligation to

11  supervise the attorneys under his direction?

12        MR. CARSON:  Yeah.  So, recently, he and I have

13  had a lot of conversations about that just because in the

14  last 60 days, I've just felt a lot of pressure from my

15  caseload and, you know, my personal life.

16        THE COURT:  Sure.

17        MR. CARSON:  And so -- and so he and I have had a

18  lot of discussions about that recently.

19        THE COURT:  Okay.  I mean, what's interesting

20  about this is, sir, I've had people miss hearings since

21  March 15th, right, and we all get that.  Judges particularly

22  understand that.  We appreciate that lawyers have personal

23  lives that are affected by a pandemic.  I get it.  This

24  conduct had nothing to do with the pandemic, right?  We all

25  agree.

1          MR. CARSON:  No.

2          THE COURT:  This is just something that had to do

3    with --

4          MR. CARSON:  Yes.

5          THE COURT:  -- back -- back in a -- back in a

6    more blessed era, back before --

7          MR. CARSON:  Yeah.

8          THE COURT:  -- March 15.

9          MR. CARSON:  Yeah.

10          THE COURT:  So, your reason -- for whatever

11    reason you didn't show up is -- is one thing.  The -- does

12    your client know you did not appear?  In other words, did

13    you -- did -- did your client have any involvement in the

14    decision to appear or not appear on January 31st?

15          MR. CARSON:  No.  I think I mentioned it to her

16    after the fact.

17          THE COURT:  Okay, but ahead of time?

18          MR. CARSON:  No, I didn't tell -- she -- she

19    didn't know that the Rule -- I don't think she knew the

20    Rule 16 Conference --

21          THE COURT:  Okay.

22          MR. CARSON:  -- was at that --

23          THE COURT:  Okay.  Let me be pretty direct.

24          MR. CARSON:  Yeah.

25          THE COURT:  Did -- did she tell you or did she

1    know you were not going to appear before you did not

2    appear?

3              MR. CARSON:  No, Your Honor.

4              THE COURT:  Okay.  So, the entire culpability

5    here would fall fairly on you and Mr. Wilson and your

6    office.

7              MR. CARSON:  Yeah, I would say -- I would say me,

8    but yes.

9              THE COURT:  Why?

10             MR. CARSON:  It -- I -- I mean, the reason that I

11   didn't appear that day is it was calendared for another

12   day, and my -- it was, like, a week where my paralegal that

13   I was working with left and I had another paralegal that

14   just started that -- and so -- but I -- I think it falls on

15   me because, you know, earlier in the week, you know, we

16   said to each other at -- at Judge Wilson's Rule 16

17   conference, hey, we'll see you later that week.

18             THE COURT:  Right.

19             MR. CARSON:  And so --

20             THE COURT:  I remember the call with Mr. Walton.

21   I remember Mr. Walton being in the room and said, it's

22   funny, I just saw him.  He said he'd see me on Friday or

23   whatever day it was.  He was like --

24             MR. CARSON:  Yeah.

25             THE COURT:  Yeah.

1      MR. CARSON:  So, when it -- you know, I was just

2  flying kind of by the seat of my pants that day, and I

3  looked at my calendar and didn't see it.  And -- but it

4  should have clicked.  I should have -- I should have -- you

5  know, that's why I said I think it falls on me.

6      THE COURT:  Okay.  My obligation is to issue

7  findings.  I hesitate to do that.  I hesitate to write

8  anything, sir.  You're a young lawyer.  You've got a long

9  career and the law ahead of you hopefully.  You -- life has

10  taken over for you in as many ways, and I appreciate that.

11  I've -- I've had discussions with you about that in the

12  past or on the phone anyway.  And I know what you're --

13  some of what you're going through and the best.  I really

14  don't want to hear about today.

15      I don't -- I don't in any way relish the idea of

16  besmirching you.  And what strikes me, though, today is it

17  doesn't appear to me to be a situation where it was

18  childcare issue one day or a car accident one day or, you

19  know, train SNAFU one day.  If it was one day, you

20  recognized the mistake, as you just told me, wrote to Mr.

21  Walton, which I think showed great professionalism by you

22  to do so.

23      That certainly mitigates any view of my conduct

24  -- mitigates my view of your conduct.  But curiously, you

25  then missed another hearing with me, which I'm not here

1    about today.  But it does strike me that -- that there's

2    some level of -- and -- and Mr. -- and your Defense

3    counsel, I don't use his last name in any kind of pun

4    fashion here, but you're taking it cavalierly here, and

5    that just cannot be done.  That just cannot be done.

6          You have the privilege of being member of the bar

7    in this Court.  This is a small bar.  The judges are very

8    close in a sense but not -- not necessarily in age or

9    geography, but certainly in our relationship on the bench,

10   and we talk to each other all the time.

11         Sir, you can't get back your reputation.  You can

12   win a thousand cases and not get back your reputation.  I

13   ask you as a member of the bar of this court, I'm going to

14   give you a chance before I report you to some disciplinary

15   board to show us, as a Court, this was an anomaly.  This

16   was aberrant behavior.

17         If it's not, I've made a record and I'll have an

18   order out there that will address your name, and I suggest

19   there will be a problem for you and Mr. Wilson and maybe

20   Mr. Smith.  But as far as -- as far as a sanction outside

21   of monetary damages, I -- I -- I find it's not warranted.

22         I respect the fact you came here today.  I was

23   concerned when you dismissed the case.  You thought you

24   were not -- I -- I -- I was fearful you weren't going to

25   appear, which would have been a significant lapse in

1   judgment, and you didn't do that.  You came today to -- to

2   -- sure enough, it wasn't a pleasant day of your week, and

3   for that, I respect you for doing that.

4          But I do have a client -- I do have a party --

5   forget Mr. Cavalier and his fine law firm.  Put them to the

6   side for a minute.  I suspect I have a party on the other

7   side -- Mr. Cavalier, if I read your -- read your statement

8   correctly, you believe Middle East Forum pays the fees that

9   -- I know you may not be the person who's actually has the

10  purse, so to speak, that collects the checks, but you know

11  they pay fees?

12         MR. CAVALIER:  They pay fees out at the rates

13  that we bill them.

14         THE COURT:  Okay, so, for example, if this

15  comment would have occurred in January, typically, would it

16  have been paid by now in your experience?

17         MR. CAVALIER:  That's actually a very good

18  question, Your Honor, and I don't want to represent to you

19  on the record, but typically for a bill in January, our

20  firm would very much appreciate that bill being paid by

21  now, yes.

22         THE COURT:  Thanks a lot.

23         MR. CAVALIER:  Yes.

24         THE COURT:  Okay.  So, here's my point of view on

25  this, if you -- if you -- it's not -- it's not a -- it's

 1    not a reward to the Cozen firm.  It's not a reward.  It's

 2    not a penalty to you necessarily, sir.  It's really

 3    somebody paid a fee for work to be done that, especially

 4    under federal rules to be done in a cooperative manner and

 5    appear in court.  One side paid for a lawyer to be there.

 6    The other side didn't.

 7           Now, that's -- whatever relationship you had with

 8    Ms. Brady, that's fine.  That's not my business, but what

 9    it tells me is that -- is that somebody paid for half a

10    hearing.  Middle East Forum paid for half a hearing.

11           MR. CARSON:  Right.

12           THE COURT:  And you're the person who caused

13    that.  You and Mr. Wilson and your firm caused that.

14           So, that is why I find there is some basis for

15    monetary sanction.  If, for example, and I'm not suggesting

16    they should or will, but if, for example, the Middle East

17    Forum decides in its judgment without any of this Court's

18    view of it, decide to release that claim, that's albeit up

19    to them.

20           You have persuaded me not, though, to impose a

21    fine or apply a penalty that goes beyond any -- any award

22    to Middle East Forum.  Many of these cases, sir, you

23    probably are well aware, many of these cases when we have a

24    nominal amount like this -- relatively nominal amount like

25    this, we -- we often make a salutary award of a payment to

1    Legal Aid or to Philadelphia VIP or Montgomery Child

2    Advocacy or Delaware County Legal Aid, something where we

3    show -- we show that we made an error and we're trying to

4    support the legal community.

5            This case, though, has somebody that actually

6    paid money for services that they didn't get the benefit

7    of.  Now, I don't -- I -- I -- I -- I -- I do hear your

8    objection to the amount of time, and I will look at it.  I

9    did see Mr. Warton's -- Mr. Walton's uncontradicted

10   affidavit, and I will -- I will address it.

11           Is there anything further, sir, from you that

12   you'd like to say in terms of mitigation of the amount of

13   money requested in fees from the -- from Middle East Forum?

14           MR. CARSON:  I -- first, I -- I guess I'd just

15   like to thank the Court and apologize for -- for not

16   showing up the day that we're talking about and then also

17   the -- for the second day that -- that you mentioned.

18   Since you didn't ask for a reason, I'm not going to -- I'm

19   not going to --

20           THE COURT:  Sir, it tells me -- I don't -- it --

21   it -- it -- it doesn't --

22           MR. CARSON:  It doesn't help.

23           THE COURT:  Let me give you a little tip, though,

24   a little fair tip here.  I used to represent borrowers, all

25   right?  And I used to -- and -- and they -- they get behind

1    in bank payments, and I used to have a great line.  Write

2    to the bank before you default.  Write to the bank, like,

3    on the 26th, hey, I'm not going to make my payment on the

4    1st, because I represent -- I was a director of a bank, and

5    I used to appreciate the idea of people would write to us

6    and say, hey, look, I'm tight right now.  I'm -- I'm -- I

7    haven't forgot you.  I haven't forgot you.

8              You know, the worst curse is not insult.  The

9    worst curse is apathy.  The disrespect shown to opposing

10   counsel, its client, and me and this Court is that you

11   don't even write to us.  You just ignore us.  My strong

12   suggestion to you, this is a record of this hearing.  My

13   strong suggestion to you is to don't ever do that again.

14             If you have problems -- we all have problems,

15   children.  We all have problems with family.  We all have

16   problems with our cars.  We all have problems with trains.

17   We certainly understand all those problems, okay?

18             MR. CARSON:  Yes.

19             THE COURT:  This is not -- this is not a criminal

20   trial where somebody needs to be -- has to have their trial

21   every day or they -- or -- or they have a 6th Amendment

22   issue.  So, we certainly understand that.  To go and hide

23   from it is really, really, really bad, bad judgment, okay?

24             MR. CARSON:  Yes, Your Honor.

25             THE COURT:  That's my best advice to you because

1   had you not shown today, I can assure you that -- that the

2   sanction would have been at least the amount requested.

3   Showing me -- showing today showed me you understand and

4   have respect this Court and opposing counsel.

5          In the -- in the future when you run into these

6   problems and you don't make a hearing and it's a last-

7   minute thing and you don't make the hearing, file a motion

8   and say, Your Honor, I'm sorry.  Excuse me.  Please excuse

9   my error there.  This is what happened.  But write a letter

10  and write a joint letter with opposing counsel saying no

11  harm, no foul.  Judge, we'll work it out.

12         To ignore it, cost you money, and whatever amount

13  of money -- whatever the family issue was that day, we all

14  have the ability to appreciate it five months later.

15         MR. CARSON:  Yes, Your Honor.

16         THE COURT:  What else, sir?  Anything else?  I

17  appreciate your apology, though.

18         MR. CARSON:  So, I guess the only other thing I

19  would mention with regard to your consideration of the

20  amount would be that I don't think that any work was done

21  above and beyond what would have been done anyway, but

22  just --

23         THE COURT:  Let me say something to you.  I'd be

24  very careful right there.

25         MR. CARSON:  Right.

1              THE COURT:  The federal rules require a

2    cooperative effort.

3              MR. CARSON:  Right.

4              THE COURT:  That, in my view, means that you have

5    at least 50 percent of the play.

6              MR. CARSON:  So, that --

7              THE COURT:  So I'd stop with that argument.

8              MR. CARSON:  That -- Yeah, I'll stop.  I'll stop

9    there and -- I'll just apologize.

10             THE COURT:  I hope you don't let opposing counsel

11   just file things, representing your position without you

12   having input on it.

13             MR. CARSON:  Right.

14             THE COURT:  Right?  You don't do that, do you?

15             MR. CARSON:  No, Your Honor.  Nothing else then,

16   Your Honor.

17             THE COURT:  Okay.  Mr. Cavalier, anything for

18   you, sir?

19             MR. CAVALIER:  Your Honor, no, other than the --

20   the statement that I will represent to the Court that

21   whatever sanction is issued, we will -- we will defer to

22   your judgment.  And I can pledge to the Court that, to the

23   extent possible, I will seek my client's permission to

24   forgive that.  I can't guarantee it, but again, I -- I

25   certainly respect the Court's judgment here.  I respect the

1    position that Mr. Carson is in.

2         I don't like being here for these kinds of

3    things, but again, on behalf of my client and my firm, we

4    will defer to the Court's judgment.

5         THE COURT:  It's not my -- I -- I'm not entering

6    -- I'm not requiring Middle East to do whatever they wish

7    to do.  It's -- they are a sophisticated entity.  They

8    understand certainly what they need to do or not do.

9         MR. CAVALIER:  Understood, Your Honor.

10        THE COURT:  That's their judgment.

11        MR. CAVALIER:  Fair enough.

12        THE COURT:  It sounds like they have two other

13   cases at least going on with other people.  So, this --

14   this -- this -- this issue of what happened to these people

15   is not over --

16        MR. CAVALIER:  That's correct.

17        THE COURT:  -- this morning.  So, people have to

18   get along with each other.

19        MR. CAVALIER:  Certainly.

20        THE COURT:  And it seems you two do, and it seems

21   that that's what good lawyers do.

22        MR. CAVALIER:  Absolutely.

23        THE COURT:  They put aside the -- the client's

24   rancor and they get to -- get to business.  So, I

25   appreciate -- and I would urge your client be mindful of

```
 1  that.
 2            MR. CAVALIER:  Absolutely, Your Honor.
 3            THE COURT:  All right?  That there's not a --
 4  there is no glory in this.  This is a lesson to Mr. -- Mr.
 5  Carson and Mr. Wilson and his firm and unless -- and -- and
 6  frankly, recognize -- if I were Middle East or I -- if I
 7  were inside Middle East and I don't know what kind of
 8  entity it is, but if I were an owner of it, I'd probably be
 9  thinking why would I pay for something I didn't get?  And
10  that -- and that's -- that's what we all have to think
11  about.
12            MR. CAVALIER:  Certainly.
13            THE COURT:  Okay.
14            MR. CAVALIER:  Thank you, Your Honor.
15            THE COURT:  I -- I will take under advisement and
16  issue an order appropriately.  Mr. Carson, again, I
17  appreciate your respect in being here today.
18            MR. CARSON:  Thank you, Your Honor.
19            THE COURT:  Thank you very much.  Court is
20  adjourned.
21            MR. CAVALIER:  Thank you, Your Honor.  Good to
22  see you again.
23            THE BAILIFF:  All rise.
24            (Proceeding Adjourned at 11:15 a.m.)
25
```

1                          C E R T I F I C A T I O N

2

3        I, Robert Perkins, court approved transcriber,

4   certify, that the foregoing is a correct transcript

5   from the official electronic sound recording of the

6   proceedings in the above-entitled matter.

7

8   August 20, 2020

9   Date

10

11

12                    *Robert Perkins*

13              Robert Perkins, Transcriber

14              FOOTHILL TRANSCRIPTION COMPANY

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT I

1                    IN THE UNITED STATES DISTRICT COURT

2                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3
     CAITRIONA BRADY,                   :   CIVIL ACTION
4                                       :
                        Plaintiff,      :
5           vs.                         :
                                        :
6    THE MIDDLE EAST FORUM,             :   NO. 19-5082
                                        :
7                       Defendant.      :

8                        PHILADELPHIA, PENNSYLVANIA

9                          AUGUST 13, 2020

10   BEFORE:        THE HONORABLE MARK A. KEARNEY, J.

11
     APPEARANCES:
12                        DEREK SMITH LAW GROUP PLLC
                          BY:   SETH D. CARSON, ESQUIRE
13                        SAMUEL C. WILSON, ESQUIRE
                          1835 Market Street, Suite 2950
14                        Philadelphia, PA  19103
                                   And
15                        DEREK SMITH, ESQUIRE
                          One Pennsylvania Plaza, Suite 4905
16                        New York, NY  10119
                          Counsel for the Plaintiff
17

18                        COZEN O'CONNOR
                          BY:  LEIGH ANN BENSON, ESQUIRE
19                        1900 Market Street
                          Philadelphia, PA  19103
20                        Counsel for the Defendant

21
                          KATHLEEN FELDMAN, CSR, CRR, RPR, CM
22                        Official Court Reporter
                          James A. Byrne U.S. Courthouse
23                        601 Market Street
                          Philadelphia, PA 19106
24                        (215) 779-5578

25           (Transcript produced by machine shorthand via C.A.T.)

```
 1                    (Deputy Clerk opened court)

 2          THE COURT:  Good afternoon.  Please be seated.

 3          ALL COUNSEL:  Good afternoon, Your Honor.

 4          THE COURT:  We're here today on a show cause hearing

 5   and on a motion for contempt filed by defendant Middle East

 6   Forum.  I'd like to enter the appearance for the defendant,

 7   the movant.

 8          MS. BENSON:  Good afternoon, Your Honor.  Leigh Ann

 9   Benson for the defendant.

10          THE COURT:  Good afternoon.  And on behalf of -- I

11   have counsel for Ms. Brady, two counsel of record.  Can I have

12   their entry of appearance, please.

13          MR. CARSON:  Seth Carson on behalf of Caitriona

14   Brady.

15          THE COURT:  All right.

16          MR. WILSON:  Samuel Wilson on behalf of Ms. Brady.

17          THE COURT:  All right.

18          MR. SMITH:  Derek Smith.  Good afternoon, Your

19   Honor.

20          THE COURT:  Good afternoon.

21          All right, so we are here today, Ms. Benson, on your

22   motion.  I understand from a response that there was a payment

23   made, so it's a part of your motion, but why don't you address

24   where we sit right now and I can decide what I need to do.

25          MS. BENSON:  Sure.  That's correct, Your Honor.  So
```

1    we did receive the payment for the $954.50.  I believe it

2    was --

3              THE COURT:  Okay.

4              MS. BENSON:  -- the day after we filed our motion

5    for contempt.  We're here because we were hoping to recover

6    and are seeking to recover our fees associated with filing

7    that motion for contempt, the research and drafting that went

8    into that motion, and now perhaps the time that we spent

9    preparing to be here today and also for the time for my

10   appearance.  However, I've been speaking with plaintiff's

11   counsel, Ms. Brady's counsel, prior to this hearing and was

12   hopeful that we could reach a resolution and I'll let Mr.

13   Smith address that if that's okay with you.

14             THE COURT:  Certainly.  Mr. Smith, I appreciate --

15   are you a member of the Bar of this Court, sir?

16             MR. SMITH:  I certainly am, Your Honor.

17             THE COURT:  Well, I'm pleased to welcome you back

18   and I will not swear you in, but I'll certainly hear from you

19   as counsel then if you wish to address me.  If I need to take

20   evidence, I'll swear you in separately, but I'm glad to hear

21   from you as counsel and I appreciate the respect you've shown

22   to the Court in being here.

23             MR. SMITH:  Absolutely, Your Honor.

24             THE COURT:  When speaking, take down your mask.

25             MR. SMITH:  Thank you, Your Honor.  So we were

 1   wrong.  We were wrong on at least three accounts, and if Your

 2   Honor wishes, I'm happy to recount those three levels that we

 3   were wrong because I recognized after I discussed what

 4   happened with my Philadelphia partner, Mr. Wilson, as well as

 5   his associate, Mr. Carson, I said, "This can never happen

 6   again.  I want to know why it happened.  I want to know what's

 7   going on.  I want to know what we're missing.  I want to know

 8   what's missing in our system that is not allowing us to show

 9   proper respect for the Court."  And I read Your Honor's order

10   and it said that if we don't cure by a certain date, then we

11   have to come in.  I do understand that we did cure by a

12   certain date, but that defense counsel wants to press their

13   motion for contempt and I don't blame them.  And what I did

14   before this hearing, Your Honor, is I said, "Do you know what,

15   we're going to pay you the $4,200," that she's approximating

16   it is going to be costing her -- their client for the making

17   of the contempt motion as well as appearing for today.  I said

18   that our good reputation in the community is much more

19   important as well as showing respect for the Court and for our

20   adversaries.  So with as much respect as I could possibly

21   muster, I apologize to the Court for the error.  If Your Honor

22   wishes, I could explain the personal problems that were going

23   on with Mr. Carson, but I'm happy to say that we have been

24   able to resolve it with defense counsel.

25            THE COURT:  All right.  Let me address in a moment

1   how we do that and I do appreciate the professionalism and I

2   do appreciate, again, the respect you've shown, sir, to be

3   here and Mr. Wilson.

4           MR. SMITH:   Thank you.

5           THE COURT:   Mr. Carson came before me on July 6th

6   and I think he was absolutely appropriate as an attorney, told

7   us of the problem and we were aware of the issue for him.

8           What bothers us is that we then enter an order that

9   requires payment, all right, and there's no payment, which

10  you're good lawyers, and if you were on the other side, I'm

11  pretty sure you'd be saying the same thing that Middle East

12  Forum's counsel is saying.  I'm sure you would.  I've seen you

13  guys on occasion.  I'm sure you'd be saying, "Judge, this

14  isn't fair."  And, yes, it's not fair, but it is also

15  disrespectful and I don't think that's something you want to

16  do.  I am not a judge that's going to send you to Disciplinary

17  Counsel unless I came here today hearing some reasons that I

18  didn't find credible that would again stretch the limits of

19  what I think is appropriate, but I would like to know, though,

20  from anybody who has the competence to tell me why, the

21  competence to tell me if they know why my July 6th order that

22  told Mr. Carson really that he is not to write this check and

23  then he writes an e-mail suggesting that's he going to write

24  this one "from my own account" and it still wasn't paid.  That

25  is really a shot at the Court and I'd like to know why that

1  was.

2           Yes, Mr. Wilson?  Thank you.

3           MR. WILSON:  Yes.  If I may, Your Honor, first of

4  all, I want to let Your Honor know I actually write all the

5  checks for the Philadelphia office.  I wrote that check the

6  day that the contempt order came out and as soon as I became

7  aware of it.  Perhaps it's my fault.  I should have been on

8  the docket sooner.

9           THE COURT:  Why weren't you aware when it came out

10 on July 6th?

11          MR. WILSON:  I was not on the docket at that time

12 and Mr. Carson -- I knew -- if I could dial back.  I knew that

13 there was a hearing for a potential sanction and I knew that

14 the date of that hearing, it was left open ended.  Mr. Carson

15 did fail to inform me that an affidavit was filed by Middle

16 East Forum stating that they did have a cause and he did fail

17 to ask me for the check.  If I had known, I assure you, I

18 write checks daily immediately for everyone, and I obviously

19 would have, so it was a failure of my knowledge to not write

20 the check, and as soon as I became aware of it, that's why

21 immediately when I got your order, I wrote the check that day.

22 I actually made Mr. Carson take it to their office directly,

23 but Mr. Walton wasn't there that day.

24          And if I may speak on Mr. Carson's behalf, that

25 e-mail that says he paid from his account was a snippet.  He

1    and Mr. Walton were having a back and forth conversation and

2    Mr. Walton corrected Seth and said, "You have to pay it from

3    the firm."  And Seth says, "Oh, I know," he says, "I feel like

4    the Judge was giving me a break that day saying that, but I

5    don't think that he did."  And I don't think that Mr. Carson

6    ever didn't want to tell me because he felt he was going to be

7    in trouble because I said to him the day of the sanctions

8    hearing, "Just keep me posted.  Let me know what goes on

9    because then I can take care of it."  And my attorneys would

10   never pay anything from their personal accounts on anything

11   related to business.  I can assure you that there was more to

12   that e-mail chain.  That is a little misconstrued.  There was

13   more back and forth with Mr. Carson saying that he would get a

14   check from the firm.  That was a -- kind of a snapshot of an

15   entire thread which is kind of unfair and paints Mr. Carson in

16   a bad light.

17          THE COURT:  Explain that to me.  I'm looking at an

18   e-mail that comes out on July 27th, 1:40, that says -- it says

19   that payment was due July 20th and then there's a response at

20   5:02 that same day saying, "I will make it happen."  Now this

21   is, of course, already a week late.

22          MR. WILSON:  Yes.

23          THE COURT:  "So I might have to write this one from

24   my own account."  Are you saying I received an exhibit that is

25   not -- that somebody relies on sent to the Court that is not a

1   complete e-mail chain?

2            MR. WILSON:  It's not complete.  There are e-mails

3   that come after that where Mr. --

4            THE COURT:  After what?  I'm sorry?

5            MR. WILSON:  After Mr. Carson's reply, "I might have

6   to write this out of my own account."

7            THE COURT:  Oh, okay.

8            MR. WILSON:  There are further e-mails where that

9   conversation continues.

10           THE COURT:  Okay.

11           MR. WILSON:  Yes, it was in continuity because I've

12   seen the thread.

13           THE COURT:  Okay.  So just to be clear, Mr.

14   Carson's response, though, at 5:02 p.m. is directly responsive

15   for the one at 1:40 p.m.?

16           MR. WILSON:  That's correct.

17           THE COURT:  There are no e-mails in between that?

18           MR. WILSON:  No, not between that.

19           THE COURT:  So after that, there are e-mails?

20           MR. WILSON:  Yes.  There are e-mails, yes.

21           MS. BENSON:  Your Honor, if I may?

22           THE COURT:  Yes.

23           MS. BENSON:  What Mr. Wilson is saying doesn't have

24   anything to do --

25           THE COURT:  I can't hear you.  Take down your mask.

1          MS. BENSON:  As far as the e-mails that came after

2     that, Mr. Wilson was paraphrasing them and I am not

3     disagreeing with his -- how he's paraphrasing them.  There was

4     something along the lines of Mr. Carson saying that "Judge

5     Kearney was trying to do me a favor, but I'm not sure if he

6     did."  When we were drafting our motion, instead of sending

7     the entire e-mail chain, we did not want to submit something

8     to this Court where Mr. Carson was commenting on you.

9          THE COURT:  Right.

10          MS. BENSON:  We did not think that that would be

11     fair or appropriate, but I will represent to you that that

12     is -- there are no e-mails missing.  Those were the direct

13     communications.  There was just a follow-up e-mail.

14          THE COURT:  All right.  So, Mr. Wilson, I'll let you

15     speak.  You may not know this, Mr. Wilson, and I expect Mr.

16     Smith really wouldn't know this, but on July 6th, I asked Mr.

17     Carson if he had counsel because I was concerned about his

18     ability to answer questions given the fact it's his reputation

19     at risk.

20          MR. WILSON:  Okay.

21          THE COURT:  And no lawyer wants to be that person.

22     Whether you have the experience of you and Mr. Smith or you

23     have the experience of Mr. Carson or the experience of someone

24     else, nobody wants to be that person to stand up and defend

25     themselves.  So I asked him, "Do you have counsel," because,

1    as I said, I was concerned of what's happening here and Mr.

2    Carson said, "No, I'm okay," which led me to be concerned.

3    Mr. Carson did say that he wrote that e-mail, it's pretty

4    accurate, and I was giving him a break in a sense of saying

5    law firms make the money, individual lawyers don't make money,

6    that's how it works, but also give him a break because I

7    thought that when you have a sanctions motion, maybe it's

8    better to have your partner come because Mr. Carson made some

9    admissions that he probably shouldn't have and that you should

10   be concerned about, okay?

11              MR. WILSON:  I will address that with all the

12   attorneys in my firm.

13              THE COURT:  I'm not suggesting anything.  Believe

14   me, I'm not looking for more work, but having said that,

15   that's what it was, okay?  Yes, the idea was I was giving him

16   a break in the sense that I was not requiring him to write a

17   check, I didn't think that was appropriate, but I was also

18   saying maybe next time the law firm should say if we have a

19   sanctions hearing, we should be here.

20              Now, why is it, Mr. Wilson, you would not have known

21   that there was an order in a sanctions hearing that you were

22   aware of that required payment and you would not have known

23   that until the motion of August 5th?

24              MR. WILSON:  Mr. Carson didn't tell me that -- I --

25              THE COURT:  You just didn't know.

1              MR. WILSON:  I honestly did not know, yes.  Like I

2    said, I knew that that hearing transpired.  I was told what

3    happened at the hearing.  I knew that it was open ended.  I

4    was never made aware after that fact until that order that an

5    affidavit was filed about the costs.

6              THE COURT:  Okay.  Your law firm, Mr. Smith, is a

7    very busy law firm in this court.  You do good work in this

8    court.  You have a lot of judges in this court who see your

9    work.  I don't want to write something that's going to affect

10   the causes of people who come to you with their cases and

11   place their confidence in you.  I just have to tell you that.

12   So I'm not going to write something along those lines, but I

13   have to tell you that this just doesn't go.  This is not

14   some -- this is for any court -- but this is not some court,

15   though, that's going to forget about this, the United States

16   District Court.  We kind of keep track of these things,

17   deadlines, things like that.  Federal Rule 1 sort of keeps us

18   on our toes.  And so I'd urge you, whatever you need to do,

19   you and Mr. Wilson and whoever is supervising, please be sure

20   that the really good work that you do for so many people

21   doesn't get discounted by some type of outside factor, some

22   good lawyer on the outside saying, "Oh, look at what Judge

23   Kearney said in August of 2020," all right?  That's not fair

24   to your clients and it's not fair to the interest of justice

25   to those clients.  And so I'm not going to -- if there was a

1   different answer today, I may have considered an appropriate

2   referral.  I appreciate the fact that you came here today

3   because I was concerned that there was, in all candor, the

4   attitude of, Well, until the sheriff's at the door, we're not

5   paying, okay?  That's the idea you get when you hear no

6   payment -- there's a court order, don't show up at hearings,

7   and no payment, okay?  That's not the oath that you took, any

8   of you took, and this is a very small court and those of you

9   who practice here know how close we are -- we really all are.

10  So I urge you to please be mindful.  As I say, you just can't

11  get back a reputation.  It's one bad event, all right, one bad

12  night at a restaurant and I'm not going to make this a bad

13  night.

14          MR. SMITH:  Thank you very much, Your Honor.

15          THE COURT:  But I am going to order -- so what I'm

16  going to require you to do, Ms. Benson, is to do the same

17  thing again.  I want an affidavit from whoever; that you bill

18  them and I'm going to cap it at $4200.  I want you to send it

19  to Mr. Wilson and Mr. Smith and tell them exactly what the

20  bill is.  I don't want you to do some dummy bill, I want the

21  real bill, and send it to them and whatever that dollar is to

22  the penny, obviously, up to a total of $4200 max.  Upon

23  receipt of that affidavit that it's been paid, I want you to

24  reimburse the check to Middle East Forum, not to the firm.

25  The firm will be paid.  The idea here is that it's the client

1    that is harmed, not the firm.  It's the same here that it's

2    your client that's harmed.  So is the firm, fine, and you're

3    going to get paid by the client.  By the same token, the

4    client is the one who's injured because they had to go through

5    this and they don't expect it nor do you.

6            So I'm going to see you again.  Mr. Smith, maybe

7    better days, maybe you'll try a jury trial one of these days,

8    but I urge you to be mindful that we won't forget.  I won't

9    say anything, but, you know, we won't forget either and so be

10   thoughtful about how you're handling our docket and how you

11   measure your respect for the Court.

12           Does the defendant understand my order about

13   getting this -- I want this -- before you send the affidavit

14   over, I want it paid.

15           MS. BENSON:  Yes, Your Honor.

16           THE COURT:  All right, so I want a bill, you know,

17   this is the bill.  Here's the bill.  Send it over to the firm

18   and here's the affidavit from -- it's redacted because I don't

19   want your attorney work product.  But here's the bill we sent

20   and tell them what you did for it and this is who you make it

21   payable to, Middle East Forum, or whatever 1099 or whatever --

22           MS. BENSON:  Yes, Your Honor.

23           THE COURT:  Okay, once that's paid -- once that's

24   sent over at your earliest convenience, you should be able to

25   do it relatively quickly, I want it over by the 15th of this

```
 1   week.

 2            MS. BENSON:  Yes, Your Honor.

 3            THE COURT:  Get the bill over to them and I want

 4   this thing paid and all cleared up by the end of the month.

 5            Understood?

 6            ALL COUNSEL:  Yes, Your Honor.

 7            THE COURT:  Anything further on the motion?  The

 8   motion is granted and I'm going to say here "upon the consent,

 9   a partial consent of the plaintiff" in the Court's order, all

10   right?

11            MS. BENSON:  Yes, Your Honor.

12            THE COURT:  Do you understand?

13            MS. BENSON:  Yes.

14            THE COURT:  Mr. Wilson, any further questions from

15   you, sir?

16            MR. WILSON:  No, I have nothing, Your Honor.

17            THE COURT:  Mr. Smith?

18            MR. SMITH:  Nothing, Your Honor.

19            THE COURT:  Mr. Carson, I've not heard from you.

20   Anything you wish to say, sir?

21            MR. CARSON:  Just to apologize to the Court and to,

22   you know, defendant's counsel and defendant.

23            THE COURT:  Okay.  We'll see you again, all right?

24   Just be mindful of where we are, all right?

25            Mr. Smith, again, I'll tell you for the third time
```

1   only because I mean it.  You've shown considerable maturity in

2   judgment being here today and not trying to -- I understand

3   what it took for you to come, I appreciate that, and I know

4   it's hard to get here from New York and I appreciate all of

5   that in that respect.  This was too serious to the integrity

6   of this Court and I appreciate the respect you've shown to the

7   Court.

8            Thank you very much.  The hearing is adjourned.

9                      (Court adjourned)

10

11                  C E R T I F I C A T E

12         I certify that the foregoing is a correct transcript

13   from the record of the proceedings in the above-entitled

14   matter.

15                    _____*Kathleen Feldman*_____

16                    Kathleen Feldman, CSR, CRR, RPR, CM
                      Official Court Reporter

17

18   Date:  August 18, 2020_____

19

20

21

22

23

24

25

## $

**$4,200** [1] - 4:15
**$4200** [2] - 12:18, 12:22
**$954.50** [1] - 3:1

## 1

**1** [1] - 11:17
**10119** [1] - 1:16
**1099** [1] - 13:21
**13** [1] - 1:9
**15th** [1] - 13:25
**1835** [1] - 1:13
**19-5082** [1] - 1:6
**1900** [1] - 1:19
**19103** [2] - 1:14, 1:19
**19106** [1] - 1:23
**1:40** [2] - 7:18, 8:15

## 2

**2020** [2] - 1:9, 11:23
**20th** [1] - 7:19
**215** [1] - 1:24
**27th** [1] - 7:18
**2950** [1] - 1:13

## 4

**4905** [1] - 1:15

## 5

**5:02** [2] - 7:20, 8:14
**5th** [1] - 10:23

## 6

**601** [1] - 1:23
**6th** [4] - 5:5, 5:21, 6:10, 9:16

## 7

**779-5578** [1] - 1:24

## A

**ability** [1] - 9:18
**able** [2] - 4:24, 13:24
**above-entitled** [1] - 15:13

**absolutely** [1] - 5:6
**Absolutely** [1] - 3:23
**account** [4] - 5:24, 6:25, 7:24, 8:6
**accounts** [2] - 4:1, 7:10
**accurate** [1] - 10:4
**ACTION** [1] - 1:3
**address** [5] - 2:23, 3:13, 3:19, 4:25, 10:11
**adjourned** [2] - 15:8, 15:9
**admissions** [1] - 10:9
**adversaries** [1] - 4:20
**affect** [1] - 11:9
**affidavit** [6] - 6:15, 11:5, 12:17, 12:23, 13:15, 13:18
**afternoon** [6] - 2:2, 2:3, 2:8, 2:10, 2:18, 2:20
**ALL** [2] - 2:3, 14:6
**allowing** [1] - 4:8
**Ann** [1] - 2:8
**ANN** [1] - 1:18
**answer** [2] - 9:18, 12:1
**apologize** [2] - 4:21, 14:21
**appearance** [3] - 2:6, 2:12, 3:10
**APPEARANCES** [1] - 1:11
**appearing** [1] - 4:17
**appreciate** [8] - 3:14, 3:21, 5:1, 5:2, 12:2, 15:3, 15:4, 15:6
**appropriate** [5] - 5:6, 5:19, 9:11, 10:17, 12:1
**approximating** [1] - 4:15
**associate** [1] - 4:5
**associated** [1] - 3:6
**assure** [2] - 6:17, 7:11
**attitude** [1] - 12:4
**attorney** [2] - 5:6, 13:19
**attorneys** [2] - 7:9, 10:12
**August** [2] - 10:23, 11:23
**AUGUST** [1] - 1:9
**aware** [6] - 5:7, 6:7, 6:9, 6:20, 10:22, 11:4

## B

**bad** [4] - 7:16, 12:11, 12:12
**Bar** [1] - 3:15
**became** [2] - 6:6, 6:20
**BEFORE** [1] - 1:10
**behalf** [4] - 2:10, 2:13, 2:16, 6:24
**BENSON** [13] - 1:18, 2:8, 2:25, 3:4, 8:21, 8:23, 9:1, 9:10, 13:15, 13:22, 14:2, 14:11, 14:13
**Benson** [3] - 2:9, 2:21, 12:16
**better** [2] - 10:8, 13:7
**between** [2] - 8:17, 8:18
**bill** [9] - 12:17, 12:20, 12:21, 13:16, 13:17, 13:19, 14:3
**blame** [1] - 4:13
**bothers** [1] - 5:8
**Brady** [3] - 2:11, 2:14, 2:16
**BRADY** [1] - 1:3
**Brady's** [1] - 3:11
**break** [4] - 7:4, 10:4, 10:6, 10:16
**business** [1] - 7:11
**busy** [1] - 11:7
**BY** [2] - 1:12, 1:18
**byrne** [1] - 1:22

## C

**C.A.T** [1] - 1:25
**CAITRIONA** [1] - 1:3
**Caitriona** [1] - 2:13
**candor** [1] - 12:3
**cap** [1] - 12:18
**care** [1] - 7:9
**Carson** [20] - 2:13, 4:5, 4:23, 5:5, 5:22, 6:12, 6:14, 6:22, 7:5, 7:13, 7:15, 9:4, 9:8, 9:17, 9:23, 10:2, 10:3, 10:8, 10:24, 14:19
**CARSON** [3] - 1:12, 2:13, 14:21
**Carson's** [3] - 6:24, 8:5, 8:14
**cases** [1] - 11:10
**causes** [1] - 11:10
**certain** [2] - 4:10, 4:12

**certainly** [3] - 3:14, 3:16, 3:18
**certify** [1] - 15:12
**chain** [3] - 7:12, 8:1, 9:7
**check** [5] - 5:22, 6:5, 6:17, 6:20, 6:21, 7:14, 10:17, 12:24
**checks** [2] - 6:5, 6:18
**cIVIL** [1] - 1:3
**clear** [1] - 8:13
**cleared** [1] - 14:4
**Clerk** [1] - 2:1
**client** [5] - 4:16, 12:25, 13:2, 13:3, 13:4
**clients** [2] - 11:24, 11:25
**close** [1] - 12:9
**CM** [2] - 1:21, 15:16
**commenting** [1] - 9:8
**communications** [1] - 9:13
**community** [1] - 4:18
**competence** [2] - 5:20, 5:21
**complete** [2] - 8:1, 8:2
**concerned** [5] - 9:17, 10:1, 10:2, 10:10, 12:3
**confidence** [1] - 11:11
**consent** [2] - 14:8, 14:9
**considerable** [1] - 15:1
**considered** [1] - 12:1
**contempt** [6] - 2:5, 3:5, 3:7, 4:13, 4:17, 6:6
**continues** [1] - 8:9
**continuity** [1] - 8:11
**convenience** [1] - 13:24
**conversation** [2] - 7:1, 8:9
**correct** [3] - 2:25, 8:16, 15:12
**corrected** [1] - 7:2
**costing** [1] - 4:16
**costs** [1] - 11:5
**Counsel** [3] - 1:16, 1:20, 5:17
**COUNSEL** [2] - 2:3, 14:6
**counsel** [12] - 2:11, 3:11, 3:19, 3:21, 4:12, 4:24, 5:12, 9:17, 9:25,

14:22
**course** [1] - 7:21
**COURT** [40] - 1:1, 2:2, 2:4, 2:10, 2:15, 2:17, 2:20, 3:3, 3:14, 3:17, 3:24, 4:25, 5:5, 6:9, 7:17, 7:23, 8:4, 8:7, 8:10, 8:13, 8:17, 8:19, 8:22, 8:25, 9:9, 9:14, 9:21, 10:13, 10:25, 11:6, 12:15, 13:16, 13:23, 14:3, 14:7, 14:12, 14:14, 14:17, 14:19, 14:23
**Court** [16] - 1:22, 3:15, 3:22, 4:9, 4:19, 4:21, 5:25, 7:25, 9:8, 11:16, 13:11, 14:21, 15:6, 15:7, 15:9, 15:16
**court** [8] - 2:1, 11:7, 11:8, 11:14, 12:6, 12:8
**Court's** [1] - 14:9
**Courthouse** [1] - 1:22
**cOZEN** [1] - 1:18
**credible** [1] - 5:18
**CRR** [2] - 1:21, 15:16
**CSR** [2] - 1:21, 15:16
**cure** [2] - 4:10, 4:11

## D

**daily** [1] - 6:18
**Date** [1] - 15:18
**date** [3] - 4:10, 4:12, 6:14
**days** [2] - 13:7
**deadlines** [1] - 11:17
**decide** [1] - 2:24
**defend** [1] - 9:24
**Defendant** [1] - 1:20
**defendant** [6] - 1:7, 2:5, 2:6, 2:9, 3:12, 14:22
**defendant's** [1] - 14:22
**defense** [2] - 4:12, 4:24
**deputy** [1] - 2:1
**DEREK** [2] - 1:12, 1:15
**Derek** [1] - 2:18
**dial** [1] - 6:12
**different** [1] - 12:1
**direct** [1] - 9:12
**directly** [2] - 6:22, 8:14

disagreeing [1] - 9:3
Disciplinary [1] - 5:16
discounted [1] - 11:21
discussed [1] - 4:3
disrespectful [1] - 5:15
DISTRICT [2] - 1:1, 1:2
District [1] - 11:16
docket [3] - 6:8, 6:11, 13:10
dollar [1] - 12:21
door [1] - 12:4
down [2] - 3:24, 8:25
drafting [2] - 3:7, 9:6
due [1] - 7:19
dummy [1] - 12:20

**E**

e-mail [8] - 5:23, 6:25, 7:12, 7:18, 8:1, 9:7, 9:13, 10:3
e-mails [7] - 8:2, 8:8, 8:17, 8:19, 8:20, 9:1, 9:12
earliest [1] - 13:24
East [5] - 2:5, 5:12, 6:16, 12:24, 13:21
EAST [1] - 1:6
EASTERN [1] - 1:2
either [1] - 13:9
end [1] - 14:4
ended [2] - 6:14, 11:3
enter [1] - 2:6
entered [1] - 5:8
entire [2] - 7:15, 9:7
entitled [1] - 15:13
entry [1] - 2:12
error [1] - 4:21
ESQUIRE [4] - 1:12, 1:13, 1:15, 1:18
event [1] - 12:11
evidence [1] - 3:20
exactly [1] - 12:19
exhibit [1] - 7:24
expect [2] - 9:15, 13:5
experience [3] - 9:22, 9:23
explain [2] - 4:22, 7:17

**F**

fact [3] - 9:18, 11:4, 12:2
factor [1] - 11:21
fail [2] - 6:15, 6:16
failure [1] - 6:19
fair [5] - 5:14, 9:11, 11:23, 11:24
far [1] - 9:1
fault [1] - 6:7
favor [1] - 9:5
federal [1] - 11:17
fees [1] - 3:6
Feldman [1] - 15:16
FELDMAN [1] - 1:21
felt [1] - 7:6
filed [4] - 2:5, 3:4, 6:15, 11:5
filing [1] - 3:6
fine [1] - 13:2
firm [11] - 7:3, 7:14, 10:12, 10:18, 11:6, 11:7, 12:24, 12:25, 13:1, 13:2, 13:17
firms [1] - 10:5
first [1] - 6:3
follow [1] - 9:13
follow-up [1] - 9:13
FOR [1] - 1:2
foregoing [1] - 15:12
forget [2] - 11:15, 13:8, 13:9
forth [2] - 7:1, 7:13
Forum [4] - 2:6, 6:16, 12:24, 13:21
FORUM [1] - 1:6
Forum's [1] - 5:12

**G**

given [1] - 9:18
glad [1] - 3:20
granted [1] - 14:8
GROUP [1] - 1:12
guys [1] - 5:13

**H**

handling [1] - 13:10
happy [2] - 4:2, 4:23
hard [1] - 15:4
harmed [2] - 13:1, 13:2
hear [4] - 3:18, 3:20, 8:25, 12:5
heard [1] - 14:19

hearing [12] - 2:4, 3:11, 4:14, 5:17, 6:13, 6:14, 7:8, 10:19, 10:21, 11:2, 11:3, 15:8
hearings [1] - 12:6
honestly [1] - 11:1
Honor [21] - 2:3, 2:8, 2:19, 2:25, 3:16, 3:23, 3:25, 4:2, 4:14, 4:21, 6:3, 6:4, 8:21, 12:14, 13:15, 13:22, 14:2, 14:6, 14:11, 14:16, 14:18
Honor's [1] - 4:9
HONORABLE [1] - 1:10
hopeful [1] - 3:12
hoping [1] - 3:5

**I**

idea [3] - 10:15, 12:5, 12:25
immediately [2] - 6:18, 6:21
important [1] - 4:19
IN [1] - 1:1
individual [1] - 10:5
inform [1] - 6:15
injured [1] - 13:4
instead [1] - 9:6
integrity [1] - 15:5
interest [1] - 11:24
issue [1] - 5:7

**J**

James [1] - 1:22
Judge [4] - 5:13, 7:4, 9:4, 11:22
judge [1] - 5:16
judges [1] - 11:8
judgment [1] - 15:2
July [6] - 5:5, 5:21, 6:10, 7:18, 7:19, 9:16
jury [1] - 13:7
justice [1] - 11:24

**K**

Kathleen [1] - 15:16
KATHLEEN [1] - 1:21
Kearney [1] - 9:5, 11:23
KEARNEY [1] - 1:10
keep [2] - 7:8, 11:16

keeps [1] - 11:17
kind [3] - 7:14, 7:15, 11:16
knowledge [1] - 6:19
known [3] - 6:17, 10:20, 10:22

**L**

late [1] - 7:21
LAW [1] - 1:12
law [4] - 10:5, 10:18, 11:6, 11:7
lawyer [2] - 9:21, 11:22
lawyers [2] - 5:10, 10:5
least [1] - 4:1
led [1] - 10:2
left [1] - 6:14
Leigh [1] - 2:8
LEIGH [1] - 1:18
levels [1] - 4:2
light [1] - 7:16
limits [1] - 5:18
lines [2] - 9:4, 11:12
look [1] - 11:22
looking [2] - 7:17, 10:14

**M**

machine [1] - 1:25
mail [8] - 5:23, 6:25, 7:12, 7:18, 8:1, 9:7, 9:13, 10:3
mails [7] - 8:2, 8:8, 8:17, 8:19, 8:20, 9:1, 9:12
MARK [1] - 1:10
Market [3] - 1:13, 1:19, 1:23
mask [2] - 3:24, 8:25
matter [1] - 15:14
maturity [1] - 15:1
max [1] - 12:22
mean [1] - 15:1
measure [1] - 13:11
member [1] - 3:15
MIDDLE [1] - 1:6
Middle [5] - 2:5, 5:11, 6:15, 12:24, 13:21
might [2] - 7:23, 8:5
mindful [3] - 12:10, 13:8, 14:24
misconstrued [1] - 7:12

missing [3] - 4:7, 4:8, 9:12
moment [1] - 4:25
money [2] - 10:5
month [1] - 14:4
motion [13] - 2:5, 2:22, 2:23, 3:4, 3:7, 3:8, 4:13, 4:17, 9:6, 10:7, 10:23, 14:7, 14:8
movant [1] - 2:7
MR [25] - 2:13, 2:16, 2:18, 3:16, 3:23, 3:25, 5:4, 6:3, 6:11, 7:22, 8:2, 8:5, 8:8, 8:11, 8:16, 8:18, 8:20, 9:20, 10:11, 10:24, 11:1, 12:14, 14:16, 14:18, 14:21
MS [11] - 2:8, 2:25, 3:4, 8:21, 8:23, 9:1, 9:10, 13:15, 14:2, 14:11, 14:13
muster [1] - 4:21

**N**

need [3] - 2:24, 3:19, 11:18
never [3] - 4:5, 7:10, 11:4
New [2] - 1:16, 15:4
next [1] - 10:18
night [2] - 12:12, 12:13
NO [1] - 1:6
nobody [1] - 9:24
nothing [2] - 14:16, 14:18
NY [1] - 1:16

**O**

O'CONNOR [1] - 1:18
oath [1] - 12:7
obviously [2] - 6:18, 12:22
occasion [1] - 5:13
OF [1] - 1:2
office [2] - 6:5, 6:22
Official [2] - 1:22, 15:16
once [2] - 13:23
One [1] - 1:15
one [7] - 5:24, 7:23, 8:15, 12:11, 13:4, 13:7

**open** [2] - 6:14, 11:3
**opened** [1] - 2:1
**order** [11] - 4:9, 5:8, 5:21, 6:6, 6:21, 10:21, 11:4, 12:6, 12:15, 13:12, 14:9
**outside** [2] - 11:21, 11:22
**own** [3] - 5:24, 7:24, 8:6

## P

**p.m** [2] - 8:14, 8:15
**PA** [3] - 1:14, 1:19, 1:23
**paid** [8] - 5:24, 6:25, 12:23, 12:25, 13:3, 13:14, 13:23, 14:4
**paints** [1] - 7:15
**paraphrasing** [2] - 9:2, 9:3
**part** [1] - 2:23
**partial** [1] - 14:9
**partner** [2] - 4:4, 10:8
**pay** [43] - 4:15, 7:2, 7:10
**payable** [1] - 13:21
**paying** [1] - 12:5
**payment** [8] - 2:22, 3:1, 5:9, 7:19, 10:22, 12:6, 12:7
**PENNSYLVANIA**[2] - 1:2, 1:8
**Pennsylvania** [1] - 1:15
**penny** [1] - 12:22
**people** [2] - 11:10, 11:20
**perhaps** [2] - 3:8, 6:7
**person** [2] - 9:21, 9:24
**personal** [2] - 4:22, 7:10
**PHILADELPHIA** [1] - 1:8
**Philadelphia** [5] - 1:14, 1:19, 1:23, 4:4, 6:5
**place** [1] - 11:11
**plaintiff** [1] - 14:9
**Plaintiff** [2] - 1:4, 1:16
**plaintiff's** [1] - 3:10
**Plaza** [1] - 1:15
**pleased** [1] - 3:17
**PLLC** [1] - 1:12
**possibly** [1] - 4:20

**posted** [1] - 7:8
**potential** [1] - 6:13
**practice** [1] - 12:9
**preparing** [1] - 3:9
**press** [1] - 4:12
**pretty** [2] - 5:11, 10:3
**problem** [1] - 5:7
**problems** [1] - 4:22
**proceedings** [1] - 15:13
**produced** [1] - 1:25
**product** [1] - 13:19
**professionalism** [1] - 5:1
**proper** [1] - 4:9

## Q

**questions** [2] - 9:18, 14:14
**quickly** [1] - 13:25

## R

**reach** [1] - 3:12
**read** [1] - 4:9
**real** [1] - 12:21
**really** [5] - 5:22, 5:25, 9:16, 11:20, 12:9
**reasons** [1] - 5:17
**receipt** [1] - 12:23
**receive** [1] - 3:1
**received** [1] - 7:24
**recognized** [1] - 4:3
**record** [2] - 2:11, 15:13
**recount** [1] - 4:2
**recover** [2] - 3:5, 3:6
**redacted** [1] - 13:18
**referral** [1] - 12:2
**reimburse** [1] - 12:24
**related** [1] - 7:11
**relatively** [1] - 13:25
**relies** [1] - 7:25
**reply** [1] - 8:5
**Reporter** [2] - 1:22, 15:16
**represent** [1] - 9:11
**reputation** [3] - 4:18, 9:18, 12:11
**require** [1] - 12:16
**required** [1] - 10:22
**requires** [1] - 5:9
**requiring** [1] - 10:16
**research** [1] - 3:7
**resolution** [1] - 3:12

**resolve** [1] - 4:24
**respect** [8] - 3:21, 4:9, 4:19, 4:20, 5:2, 13:11, 15:5, 15:6
**response** [3] - 2:22, 7:19, 8:14
**responsive** [1] - 8:14
**restaurant** [1] - 12:12
**risk** [1] - 9:19
**RPR** [2] - 1:21, 15:16
**Rule** [1] - 11:17

## S

**Samuel** [1] - 2:16
**SAMUEL** [1] - 1:13
**sanction** [1] - 6:13
**sanctions** [4] - 7:7, 10:7, 10:19, 10:21
**seated** [1] - 2:2
**see** [3] - 11:8, 13:6, 14:23
**seeking** [1] - 3:6
**send** [5] - 5:16, 12:18, 12:21, 13:13, 13:17
**sending** [1] - 9:6
**sense** [2] - 10:4, 10:16
**sent** [3] - 7:25, 13:19, 13:24
**separately** [1] - 3:20
**serious** [1] - 15:5
**SETH** [1] - 1:12
**Seth** [3] - 2:13, 7:2, 7:3
**sheriff's** [1] - 12:4
**shorthand** [1] - 1:25
**shot** [1] - 5:25
**show** [3] - 2:4, 4:8, 12:6
**showing** [1] - 4:19
**shown** [4] - 3:21, 5:2, 15:1, 15:6
**side** [1] - 5:10
**sit** [1] - 2:24
**small** [1] - 12:8
**SMITH** [9] - 1:12, 1:15, 2:18, 3:16, 3:23, 3:25, 5:4, 12:14, 14:18
**Smith** [10] - 2:18, 3:13, 3:14, 9:16, 9:22, 11:6, 12:19, 13:6, 14:17, 14:25
**snapshot** [1] - 7:14
**snippet** [1] - 6:25
**someone** [1] - 9:23

**soon** [2] - 6:6, 6:20
**sooner** [1] - 6:8
**sorry** [1] - 8:4
**sort** [1] - 11:17
**speaking** [2] - 3:10, 3:24
**spent** [1] - 3:8
**stand** [1] - 9:24
**States** [1] - 11:15
**STATES** [1] - 1:1
**stating** [1] - 6:16
**still** [1] - 5:24
**Street** [3] - 1:13, 1:19, 1:23
**stretch** [1] - 5:18
**submit** [1] - 9:7
**suggesting** [2] - 5:23, 10:13
**Suite** [2] - 1:13, 1:15
**supervising** [1] - 11:19
**swear** [2] - 3:18, 3:20
**system** [1] - 4:8

## T

**THE** [43] - 1:1, 1:2, 1:6, 1:10, 2:2, 2:4, 2:10, 2:15, 2:17, 2:20, 3:3, 3:14, 3:17, 3:24, 4:25, 5:5, 6:9, 7:17, 7:23, 8:4, 8:7, 8:10, 8:13, 8:17, 8:19, 8:22, 8:25, 9:9, 9:14, 9:21, 10:13, 10:25, 11:6, 12:15, 13:16, 13:23, 14:3, 14:7, 14:12, 14:14, 14:17, 14:19, 14:23
**themselves** [1] - 9:25
**third** [1] - 14:25
**thoughtful** [1] - 13:10
**thread** [2] - 7:15, 8:12
**three** [2] - 4:1, 4:2
**today** [8] - 2:4, 2:21, 3:9, 4:17, 5:17, 12:1, 12:2, 15:2
**toes** [1] - 11:18
**token** [1] - 13:3
**took** [3] - 12:7, 12:8, 15:3
**total** [1] - 12:22
**track** [1] - 11:16
**Transcript** [1] - 1:25
**transcript** [1] - 15:12
**transpired** [1] - 11:2

**trial** [1] - 13:7
**trouble** [1] - 7:7
**try** [1] - 13:7
**trying** [2] - 9:5, 15:2
**two** [1] - 2:11
**type** [1] - 11:21

## U

**U.S** [1] - 1:22
**understood** [1] - 14:5
**unfair** [1] - 7:15
**UNITED** [1] - 1:1
**United** [1] - 11:15
**unless** [1] - 5:17
**up** [5] - 9:13, 9:24, 12:6, 12:22, 14:4
**urge** [3] - 11:18, 12:10, 13:8

## V

**via** [1] - 1:25
**vs** [1] - 1:5

## W

**Walton** [3] - 6:23, 7:1, 7:2
**wants** [3] - 4:12, 9:21, 9:24
**week** [2] - 7:21, 14:1
**welcome** [1] - 3:17
**WILSON** [17] - 1:13, 2:16, 6:3, 6:11, 7:22, 8:2, 8:5, 8:8, 8:11, 8:16, 8:18, 8:20, 9:20, 10:11, 10:24, 11:1, 14:16
**Wilson** [12] - 2:16, 4:4, 5:3, 6:2, 8:23, 9:2, 9:14, 9:15, 10:20, 11:19, 12:19, 14:14
**wish** [2] - 3:19, 14:20
**wishes** [2] - 4:2, 4:22
**works** [1] - 10:6
**write** [10] - 5:22, 5:23, 6:4, 6:18, 6:19, 7:23, 8:6, 10:16, 11:9, 11:12
**writes** [1] - 5:23
**wrote** [3] - 6:5, 6:21, 10:3

## Y

**York** [2] - 1:16, 15:4