## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS : | |
| : | |
| Plaintiff, : | |
| -vs- : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| : | |
| THE MIDDLE EAST FORUM, : | |
| DANIEL PIPES (*individually*), : | |
| GREGG ROMAN (*individually*), and : | |
| MATTHEW BENNETT (*individually*) : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Petition for Attorneys' Fees and in accordance with the Court's November 13, 2020 Order, and any response from Plaintiff thereto, it is hereby **ORDERED** that Plaintiff Lisa Barbounis and her Counsel, Seth D. Carson, shall reimburse The Middle East Form for its attorneys' fees incurred in connection with the contempt of Plaintiff and her counsel, in the amount of $9,462.00.

BY THE COURT:

_____
J.