# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 9th day of December, 2020, upon consideration of Plaintiff's Motion to be Permitted to Attempt Compliance with the December 4, 2020 Order Through Cornerstone (ECF No. 86), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1.     The Motion is **GRANTED**, in that the Court will not deem Plaintiff's decision to work with Cornerstone Discovery to be a *per se* violation of its prior Order directing her to "engage an electronic discovery vendor to complete Plaintiff's production of documents in this matter" (ECF No. 85 at ¶ 2); but

2.     The Motion is **DENIED** to the extent Plaintiff seeks to invoke her proposed arrangement with Cornerstone as being indicative of her satisfaction of her discovery obligations in this case under the Federal Rules of Civil Procedure or the Court's Order. The Court reminds Plaintiff that regardless of any arrangement(s) she makes with Cornerstone, Plaintiff must comply with the various deadlines set forth in the Court's prior Order (ECF No. 85). If Plaintiff elects to work with Cornerstone without engaging Cornerstone, and her chosen approach leads to additional technical problems or delays, the Court will not deem her efforts, or this Order, to operate as a safe harbor from additional sanctions.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.