

December 9, 2020

## CERTIFICATION

*Via E-filing*
United States District Court
Eastern District of Pennsylvania
Honorable Joshua D. Wolson
601 Market Street
Room 3809
Philadelphia, PA 19106-1726

                        RE:     Lisa Barbounis v. The Middle East Forum
                                No. 2:19-cv-05030-JDW

Dear Judge Wolson:

Please allow this email to serve as Plaintiff's Certification that counsel for Plaintiff has received all image, audio, and video files and has produced all relevant, responsive documents, through Dropbox, to Defendants.  The final production was furnished this evening at approximately 6:20 P.M.  The final production included 1089 multi media files such as audio recordings.

I have also notified counsel for Defendants, Dave Walton that the production is in Dropbox inside of a folder named Multi-Media Files.


                        Very Truly Yours,

                        **DEREK SMITH LAW GROUP, PLLC**

                        BY:___/s/ Seth D. Carson_____
                                Seth D. Carson, Esquire


CC: All parties through ECF

## CERTIFICATE OF SERVICE

I hereby certify that on this date that I caused a true and correct copy of Plaintiff's Status Report was served via the Court's ECF filing system:

David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com
lbenson@cozen.com

Sidney L. Gold sgold@discrimlaw.
Sidney L. Gold & Associates P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
Tel: (215) 569-1999
Fax: (215) 569-3870
Counsel for The Middle East Forum

**DEREK SMITH LAW GROUP, PLLC**

2

BY:   /s/  Seth D. Carson

SETH D. CARSON

DATED: December 9, 2020