UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| Plaintiff, | : | NO. 2:19-cv-05030-JDW |
| -vs- | : | |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES (*individually*), and | : | |
| GREG ROMAN (*individually*), | : | |
| Defendants. | : | |

**MOTION FOR EXTENTION TO FILE ANSWER TO
<u>DEFENDANTS' PETITION FOR ATTORNEY'S FEES</u>**

Plaintiff, Lisa Barbounis hereby requests a short extension to Sunday, December 13, 2020 to file her Response to Defendants' Petition for Attorney's Fees.  Plaintiff's counsel had a deposition that ran until 8:00 P.M., on December 11, 2020 and requests a short extension to file her Response by Sunday at midnight.

1. Plaintiff, Lisa Barbounis Response to Defendants' Petition for Attorney's Fees is currently due December 11, 2020.

2. Plaintiff, Sheila Jackson requests a short extension of two (2) days to prepare an adequate response to Defendants' Petition.

3. As this matter involves close to ten thousand dollars, Plaintiff requests this time to prepare a thoughtful response.

4. Therefore, requests an extension of time to Sunday, December 13, 2020 to file her response to Defendants' Petition.

5. In compliance with Local Rules, undersigned counsel certifies that he made a reasonable effort to confer with Defendants' counsel regarding the contents of this Motion via electronic communication. Defendants stated that their client would not agree to this request.

6. This request will not affect any other deadline in this case.

BY: ____/s/ Seth D. Carson_____
Seth D. Carson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Email: Seth@ DerekSmithLaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date that I caused a true and correct copy of Plaintiff's Motion Defendants to be served via ECF.

>David J. Walton (PA # 86019)
>Leigh Ann Benson (PA #319406)
>Cozen O'Connor
>1650 Market Street, Suite 2800
>Philadelphia, PA 19103
>P: 215-665-2000
>F: 215-665-2013
>dwalton@cozen.com
>lbenson@cozen.com

>Sidney L. Gold sgold@discrimlaw.
>Sidney L. Gold & Associates P.C.
>1835 Market Street, Suite 515
>Philadelphia, PA 19103
>Tel: (215) 569-1999
>Fax: (215) 569-3870
>Counsel for The Middle East Forum

>**DEREK SMITH LAW GROUP, PLLC**

>BY: /s/ Seth D. Carson
>SETH D. CARSON
>Derek Smith Law Group, PLLC
>1835 Market Street
>Suite 2950
>Philadelphia, PA 19103
>Phone: 215.391.4790
>Facsimile: 215.893.5288
>Email: Seth@DerekSmithLaw.com

DATED: December 11, 2020