UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | **Case No. 2:19-cv-05030-JDW** |

### ORDER

**AND NOW**, this 14th day of December, 2020, upon consideration of Plaintiff's Motion for Extension to File Answer to Defendants' Petition for Attorney's Fees (ECF No. 90), it is **ORDERED** that the Motion is **GRANTED** *nunc pro tunc*.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.