# EXHIBIT B

Case 2:19-cv-05030-JDW   Document 95-2   Filed 12/14/20   Page 2 of 7

Deposition of DANIEL PIPES                                           Lisa Barbounis v. Middle Eastern Forum, et. al.

```
                            - - -

        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                            - - -

LISA BARBOUNIS,                :   CIVIL ACTION
        Plaintiff,             :
                               :
        vs.                    :
                               :
MIDDLE EAST FORUM, et al.,     :
        Defendants.            :   NO. 2:19-cv-05030-GAM

                            - - -

              Tuesday, November 17, 2020

                            - - -
```

Videotaped deposition of DANIEL PIPES, taken pursuant to Notice and remotely via Zoom at 1650 Market Street, Philadelphia, Pennsylvania, commencing at 10:08 a.m., and reported stenographically by Grace M. Baldino, Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

                            - - -

Case 2:19-cv-05030-JDW   Document 95-2   Filed 12/14/20   Page 3 of 7

Deposition of DANIEL PIPES                              Lisa Barbounis v. Middle Eastern Forum, et. al.

- - -

1  BY MR. CARSON:

2    Q.  I know.  It's my fault.  I get it.  It's

3  not your fault in any way, correct?

4    A.  They signed documents saying they were

5  content with it.  Nobody complained after that

6  point, after they signed the documents.

7    Q.  So you don't feel responsible for anything

8  at all?

9        MR. CAVALIER:  Object to form.

10        - - -

11        (Indistinguishable cross-talk.)

12        - - -

13        THE WITNESS:  I investigated and I

14    mitigated the problem to everyone's

15    satisfaction.  All four individuals directly

16    involved were content with my resolution of it.

17    I thought everything was fine.  They indicated

18    everything was fine.  I refer you to the

19    photographs of May 19th, 2019 at our gala in

20    New York -- big smiles in a chorus line with

21    Gregg and others.  Everything was fine, and

22    then all of a sudden we got big problems.  Why?

23    Well, Derek Smith Law Group entered the scene.

24  BY MR. CARSON:

Case 2:19-cv-05030-JDW   Document 95-2   Filed 12/14/20   Page 4 of 7

Deposition of DANIEL PIPES                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

- - -

1  Q. Is the Middle East Forum a victim in this
2  case?
3  A. Of course it is. Of course it is. $31
4  million for what, for made up stuff? Tricia McNulty
5  tells me that he sat too close to her, and then the
6  complaint comes in. Oh, he tried to touch her
7  bottom. Oh, really? Somehow it magically changed
8  between November and June. Wonder how that
9  happened. Sex trafficking? Oh, where did that come
10 from? Sexual assault? Where did all these things
11 come from? Who came up with sex trafficking?
12 Mr. Carson, who came up with sex trafficking?
13 Q. The United States Congress, Mr. Pipes.
14 A. United States Congress did not apply to
15 Gregg Roman; Seth Carson did.
16 Q. Have you ever read the statute because --
17 A. I've read what you have produced and what
18 words you put into their mouths.
19 Q. Have you ever read the sex trafficking
20 statute --
21            - - -
22       (Indistinguishable cross-talk.)
23            - - -
24       THE WITNESS: I do not need to know about

Case 2:19-cv-05030-JDW   Document 95-2   Filed 12/14/20   Page 5 of 7

Deposition of DANIEL PIPES                          Lisa Barbounis v. Middle Eastern Forum, et. al.

- - -

1   the details of sex trafficking laws.  I need to
2   know that that's what you claimed.
3  BY MR. CARSON:
4       Q.   So you don't know whether it applies to
5  this situation or not, do you?
6       A.   I know perfectly well that you make things
7  up as you need to claim your $31 million, of which
8  you get, what, 40 percent?  How much does that come
9  to, Mr. Carson?  That seems to come to about $14
10 million for you.  That's a nice payday.
11      Q.   That's what you think --
12      A.   Good luck with that, Mr. Carson.  I'll let
13 you know that we're not gonna be paying you.  We're
14 gonna fight you tooth and nail, as you can see.
15      Q.   Right.  And then --
16      A.   Good luck with your $14 million.
17      Q.   If there's a judgment, you'll end up
18 paying it, correct?
19      A.   And so far, let me point out, Mr. Carson,
20 you have paid us, not we have paid you.  Due to your
21 mistakes, you have paid us, and, indeed, just a few
22 minutes ago, you got another problem with Judge
23 Wolson, didn't you?
24      Q.   How much money have you received from our

Case 2:19-cv-05030-JDW   Document 95-2   Filed 12/14/20   Page 6 of 7

Deposition of DANIEL PIPES                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

- - -

1  firm?

2      A.    Something on the order of $5,000.

3      Q.    And that was profit for you guys?

4      A.    No.

5            MR. CAVALIER:  Object to form.

6            THE WITNESS:  It was the money that we had

7      to pay our lawyers because of your -- your

8      actions.

9  BY MR. CARSON:

10     Q.    So how much money have you made from our

11 firm?

12           MR. CAVALIER:  Object to form.

13           THE WITNESS:  -- $5,000.

14 BY MR. CARSON:

15     Q.    You've made $5,000?

16     A.    We didn't make it.  We paid it to our

17 lawyers because they had to spend time dealing with

18 the things you raised wrongly.

19     Q.    When did you pay it to your lawyer?

20           MR. CAVALIER:  Object to form.  Hold up,

21     hold up.  Do not answer any questions about

22     bills or payments or --

23           MR. CARSON:  He raised the issue, Jon, not

24     me.

Case 2:19-cv-05030-JDW   Document 95-2   Filed 12/14/20   Page 7 of 7

Deposition of DANIEL PIPES                          Lisa Barbounis v. Middle Eastern Forum, et. al.

- - -

1   MR. CAVALIER: The instruction stands.
2   THE WITNESS: So far, you have paid us.
3   We have not paid you. I remind you of that.
4   And you have more problems on your docket,
5   don't you? Daily reports to the judge.
6   Remember those, Mr. Carson.
7   BY MR. CARSON:
8   Q. I'm gonna direct you back to the question
9   that we were discussing a moment ago in connection
10  with the sex trafficking statute. Have you ever
11  reviewed that statute before?
12  A. I deal with the Middle East, Mr. Carson.
13  I don't read sex trafficking statutes, but I know
14  what the term means, and I know that Gregg did not
15  engage in sex trafficking.
16  Q. Well, if you lure someone across national
17  borders in order to try to engage them in sexual
18  intercourse, isn't that what the statute states?
19  A. Only a perverted mind like your own would
20  come up with an interpretation like that. He went
21  there to work. He asked Matt Bennett first, he
22  asked Marnie Meyer second, and he asked Lisa
23  Barbounis third.
24  Q. Why didn't Marnie Meyer wanna go?