**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | Case No. 2:19-cv-05030-JDW |

**ORDER**

**AND NOW**, this 16th day of December, 2020, the Court notes as follows:

1. On December 15, 2020, Plaintiff Lisa Barbounis filed a status report on the docket in this matter (ECF No. 96), updating the Court as to her efforts to comply with the Court's prior Order (ECF No. 85) and requesting an extension to produce 578 text message threads by December 21, 2020;

2. Because Ms. Barbounis' letter includes a request for relief, the Court will construe it as a Motion pursuant to Fed. R. Civ. P. 7(b); and

3. Upon consideration of Ms. Barbounis' motion for an extension of time to produce the text message threads to Defendants (ECF No. 96), it is **ORDERED** that the motion is **DENIED**. Pursuant to the Court's prior Order (ECF No. 85), Ms. Barbounis was required to produce these text messages to Defendants by December 15, 2020. If she failed to meet that deadline, then Ms. Barbounis' counsel is required to comply with the sanctions set forth in Paragraph 7 of the Court's Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.