## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 21st day of December, 2020, upon consideration of Plaintiff Lisa Barbounis' Motion for Reconsideration (ECF No. 101), the Court notes as follows.

1. Ms. Barbounis' document production is still ongoing.

2. It is possible, if not likely, that Defendants will endeavor to reopen Ms. Barbounis' or another witness' deposition after receiving additional documents from Ms. Barbounis.

3. As set forth in the Court's prior Order (ECF No. 85), the Parties must meet and confer in good faith to resolve a dispute over the need to reopen any depositions. If, however, the Parties cannot reach an agreement regarding the reopening of a deposition, the Court will evaluate Defendants' request to reopen a deposition for a showing of good cause. The Court expects the Parties to be reasonable in connection with any request to reopen a deposition, in light of the discovery issues and delays that have occurred in this matter.

4. The Court retains its discretion not to award attorneys' fees, if the Parties present good faith bases in support of, or opposition to, a request to reopen a deposition. However, in the event the Court deems any Party's position to be unreasonable, it will award fees.

Therefore, it is **ORDERED** that Plaintiff Lisa Barbounis' Motion for Reconsideration (ECF No. 101) is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.