UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 13th day of January, 2021, upon receipt of a letter from counsel for Defendants the Middle East Forum, Gregg Roman, and Daniel Pipes, dated January 12, 2021, requesting a thirty-day extension of the current dispositive motion deadline (given the ongoing discovery issues in this matter), it is **ORDERED** as follows:

1. By the close of business on January 15, 2021, the Parties shall submit a stipulation that sets forth the dates certain on which reopened depositions will take place for those individuals that Plaintiff's counsel represents; and

2. Any dispositive motions shall be filed on or before March 1, 2021. **No further extensions of this deadline shall be granted**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.