## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS : | |
| : | |
| Plaintiff, : | |
| -vs- : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| : | |
| THE MIDDLE EAST FORUM, : | |
| DANIEL PIPES (*individually*), : | |
| GREGG ROMAN (*individually),* and : | |
| MATTHEW BENNETT (*individually*) : | |
| : | |
| Defendants. : | |

## JOINT STIPULATION FOR DEPOSITION DATES

Pursuant to this Court's January 13, 2021 Order (ECF No. 104), Plaintiff Ms. Lisa Barbounis ("Ms. Barbounis" or "Plaintiff") and Defendants The Middle East Forum ("MEF") and Mr. Gregg Roman ("Mr. Roman") ("Defendants") submit the following Joint Stipulation Setting Forth Deposition Dates. Plaintiff and the following witnesses, represented by Plaintiff's counsel, will have their re-opened depositions held as follows:

Ms. Caitriona Brady, February 2, 2021;

Ms. Delaney Yonchek, February 2, 2021;

Ms. Tricia McNulty, February 5, 2021; and

Plaintiff Ms. Lisa Barbounis, February 9, 2021.

                                              Respectfully submitted,

Dated: January 15, 2021                COZEN O'CONNOR

                                              *s/Jonathan R. Cavalier*
                                              Jonathan R. Cavalier
                                              Leigh Ann Benson
                                              Cozen O'Connor
                                              1650 Market Street, Suite 2800
                                              Philadelphia, PA 19103
                                              P: (215) 665-2000

                                              *Attorneys for Defendants*
                                              *The Middle East Forum and Mr. Gregg Roman*

                                              SIDNEY L. GOLD & ASSOCIATES P.C.

                                              *s/Sidney Gold*
                                              Sidney Gold
                                              William Rieser
                                              Sidney L. Gold & Associates P.C.
                                              1835 Market Street
                                              Philadelphia, PA 19103
                                              P: (215) 569-1999

                                              *Attorneys for Defendant*
                                              *Mr. Gregg Roman*


                                              DEREK SMITH LAW GROUP

                                              *s/Seth Carson*
                                              Seth Carson
                                              Derek Smith Law Group
                                              1835 Market Street, Suite 2950
                                              Philadelphia, PA 19103
                                              P: (215) 391-4790

                                              *Attorney for Plaintiff Ms. Lisa Barbounis*