# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 19th day of January, 2021, upon consideration of the Parties' Joint Stipulation for Deposition Dates (ECF No. 105), it is **ORDERED** that the re-opened depositions of witnesses shall proceed according to the following schedule:

    a.    February 2, 2021 – Caitriona Brady;

    b.    February 2, 2021 – Delaney Yonchek;

    c.    February 5, 2021 – Patricia McNulty; and

    d.    February 9, 2021 – Lisa Barbounis.

The Parties may not reschedule any of these depositions without leave of Court, upon a showing of good cause.

                                            **BY THE COURT:**

                                            */s/ Joshua D. Wolson*
                                            JOSHUA D. WOLSON, J.