# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,** *Plaintiff,* v. **THE MIDDLE EAST FORUM, et al.,** *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 23rd day of February, 2021, upon consideration of Defendants' letter requesting to exceed the applicable page limit in their Memorandum of Law in Support of their Motion for Summary Judgment, it is **ORDERED** that Defendants may file a Memorandum of Law no longer than thirty-five (35) pages in length, and Plaintiff may file a 35-page Opposition in response to Defendants' Motion for Summary Judgment.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.