# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| | : | NO. 2:19-cv-05030-JDW |
| Plaintiff, | : | NO. 2:20-cv-02946 |
| -vs- | : | |
| | : | |
| THE MIDDLE EAST FORUM, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DEFENDANTS THE MIDDLE EAST FORUM, MR. DANIEL PIPES, AND MR. GREGG ROMAN'S OMNIBUS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants The Middle East Forum, Mr. Daniel Pipes, and Mr. Gregg Roman, by and through counsel, respectfully move this Court for an entry of summary judgment as to Plaintiff Lisa Barbounis' claims against them and on liability as to the Counterclaims brought by The Middle East Forum against Barbounis. Defendants incorporate herein the accompanying memorandum of law. For the reasons set forth in the memorandum of law, Defendants respectfully request that this Court grant this Motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan R. Cavalier* | */s/ Sidney L. Gold* |
| Jonathan R. Cavalier | Sidney L. Gold |
| Leigh Ann Benson | William Riser |
| Cozen O'Connor | Sidney L. Gold & Associates, P.C. |
| 1650 Market Street, Suite 2800 | 1835 Market Street, Suite 515 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (215) 446-0031 | (215) 569-1999 |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *The Middle East Forum,* | *Gregg Roman* |
| *Daniel Pipes and Gregg Roman* | |