UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| | : | NO. 2:19-cv-05030-JDW |
| Plaintiff, | : | NO. 2:20-cv-02946 |
| -vs- | : | |
| | : | |
| THE MIDDLE EAST FORUM, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**[PROPOSED]**
**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendants' Omnibus Motion for Summary Judgment, along with any response or reply thereto, and the Court having concluded that this is no genuine dispute as to material facts and that Defendants are entitled to judgment as a matter of law, the Court, hereby **ORDERS** as follows:

1. Defendants' Omnibus Motion for Summary Judgment is **GRANTED** in its entirety;

2. Judgement as to Lisa Barbounis' claims against The Middle East Forum, Mr. Daniel Pipes; and Mr. Gregg Roman is entered in favor of The Middle East Forum, Mr. Daniel Pipes; and Mr. Gregg Roman; and

3. Judgment as to defendant The Middle East Forum's counterclaims against Lisa Barbounis is entered in favor of The Middle East Forum.

BY THE COURT:

_____
Joshua D. Wolson, J.