# EXHIBIT 114
# Message from D. Pipes to Plaintiff

## Re: DC

### Daniel Pipes <pipes@meforum.org>

Tue 4/16/2019 9:49 PM

**To:** Lisa Barbounis <Barbounis@meforum.org>

> This message was sent from outside the company by someone with a display name matching a user in your organisation.
> Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

Lisa,

A few responses:

1. You went to DC for activities basically unrelated to MEF's mission.
2. DC has a lot of editors, MEF staff, and MEFEF grantees; they are who you should be focused on.
3. I doubt if Posobiec is someone for us to associate with.
4. Please don't surprise me with your travels, starting with indications on the calendar.

More broadly, I am not convinced that you are focused on the tasks we agreed upon back in November, such as tending to MEFO and cultivating editors to improve our publishing record. Please show me that you are.

On Tue, Apr 16, 2019 at 9:34 AM Lisa Barbounis <Barbounis@meforum.org> wrote:

> Dr. Pipes,
>
> I met up with Jack Posobiec over the weekend and he asked to have Sydney Watson, a friend, on OANN. As such he invited me to the studio. I took that as an opportunity for me meet people there so that we (MEF) can build relationships with them and eventually have them book MEF staff/fellows. It has nothing to do with anything in Europe. This is why I brought it up on the project directors call.
>
> My apologies for not clearing it with you. I was treating it as a work from home day. The OANN time is at 1pm which I was considering a lunch break. I have been working on MEF responsibilities since 8:30am and plan to work the entire day.
>
> Get Outlook for iOS

**From:** Daniel Pipes <pipes@meforum.org>
**Sent:** Monday, April 15, 2019 6:49 PM
**To:** Lisa Barbounis
**Subject:** DC

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

Lisa,

Going over the PD call today with me, Gregg mentioned you're going to DC tomorrow.

I have two concerns. You did not clear this with me. It seems to me that you're getting too caught up with the Europe topic at the expense of your internal MEF work.

Your response?

# EXHIBIT 115 Correspondence between Plaintiff and T. Robinson

This transcript was exported on Feb 23, 2021 - view latest version here.

Tommy:

Lisa, what dates are you in the UK, babe? I fuckin' need help. (laugh) I need to do a proper campaign. I want an election campaign. I've been speaking with Ezra, as well. I just need people who can help. Most people I have are, are not intelligent enough. I need, um, even just taking with media, taking requests, answering them. Um, I don't know how long you're here for, don't know what your plans are. I don't know if you'd like to stay longer. I don't know if you want to stay and help and be part of my campaign team.

I don't know what you're situation with, with Middle East, foreign, whether they'd allow you a week out, two weeks out, three weeks out. I don't know! You tell me. (laugh) I'm just puttin' it out to you, babe. I'm sat here, I'm doing everything I can, I'm gonna get this bus, and I'm gonna fuckin' ... I want to absolutely smash this. [inaudible 00:00:50] to get my head straight. I wanna go out and nonstop for the next four weeks fuckin' own the Northwest of Manchester.

But that needs organization, which I don't have any of, and planning, which I don't have any of, and management, which I don't have any of. Let me know, babe.

# EXHIBIT 116 WhatsApp Communications between Plaintiff and T. Robinson

From: 12159102154@s.whatsapp.net (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

I can do press, comms, writing, organization, etc.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@ s.whatsapp.net +44 7729 634251 | 4/18/2019 11:10:58 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

4/18/2019 11:10:57 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

We have our gala on the 19th that I have to be here for.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@s .whatsapp.net +44 7729 634251 | 4/18/2019 11:11:58 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

4/18/2019 11:11:57 AM(UTC-4)

447729634251@s.whatsapp.net +44 7729 634251

**Attachments:**



Size: 55236
File name: dd8f16ed-ab9c-4fd3-95ee-6b3b28ad57bc.opus
Path:
https://mmg.whatsapp.net/d/f/AvPdywYiaOFLO50E2I9VFPLagcSjNCMKun5mc5_a2Yv
X.enc
dd8f16ed-ab9c-4fd3-95ee-6b3b28ad57bc.opus

**Platform:** Mobile

4/18/2019 11:12:30 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

I have people that will take off and canvas for you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@ s.whatsapp.net +44 7729 634251 | 4/18/2019 11:13:12 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

4/18/2019 11:13:11 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa
To: 447729634251@s.whatsapp.net +44 7729 634251

FYI. For now because of Gregg I'm keeping it quite from MEF.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@s. whatsapp.net +44 7729 634251 | 4/18/2019 11:14:02 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

4/18/2019 11:14:00 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

I'll change my flight out today.  Where are we going to be.  I would need to book hotels

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@s.wha tsapp.net +44 7729 634251 | 4/18/2019 11:19:54 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

4/18/2019 11:19:53 AM(UTC-4)

447729634251@s.whatsapp.net +44 7729 634251
**Attachments:**



Size: 19905
File name: fd517ebe-f6db-456d-93dc-4cc1433c522d.opus
Path:
https://mmg.whatsapp.net/d/f/Akhp4n7brs6wAsooOMyHSgLvsmRlqrwAl1OkMOli4CyX
.enc
fd517ebe-f6db-456d-93dc-4cc1433c522d.opus

**Platform:** Mobile

4/18/2019 11:20:09 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

I fly into London on the 30th.   I'll change my flight to fly out of Manchester.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@s.wh atsapp.net +44 7729 634251 | 4/18/2019 11:20:55 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

4/18/2019 11:20:53 AM(UTC-4)

447729634251@s.whatsapp.net +44 7729 634251

Ok great

**Status:** Read
**Platform:** Mobile

4/18/2019 11:25:02 AM(UTC-4)

447729634251@s.whatsapp.net +44 7729 634251

It's on

**Status:** Read

**Platform:** Mobile

4/18/2019 11:25:06 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

Who is the campaign manager?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251 @s.whatsapp. net +44 7729 634251 | 4/18/2019 11:25:24 AM(UTC-4) | | |

**Status:** Sent

**Platform:** Mobile

4/18/2019 11:25:23 AM(UTC-4)

447729634251@s.whatsapp.net +44 7729 634251

**Attachments:**



Size: 15438
File name: 5968e695-8bac-4d9b-ac58-fe8800416ed8.opus
Path: https://mmg.whatsapp.net/d/f/Aj7J1HlHgWbvWhzk1zNmmzWL_1zL-AIm9GjCXDt-5L3F.enc
5968e695-8bac-4d9b-ac58-fe8800416ed8.opus

**Platform:** Mobile

4/18/2019 11:33:55 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

Have Ezra send me his info so we can gameplan ASAP.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251@ s.whatsapp.net +44 7729 634251 | 4/18/2019 11:41:54 AM(UTC-4) | | |

**Status:** Sent

**Platform:** Mobile

4/18/2019 11:41:53 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729634251@s.whatsapp.net +44 7729 634251

Wtf is this.  Did you put this out?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729634251 @s.whatsapp. net +44 7729 634251 | 4/18/2019 1:35:55 PM(UTC-4) | | |

**Status:** Sent

**Platform:** Mobile

4/18/2019 1:35:53 PM(UTC-4)

# EXHIBIT 117
# Message from D. Pipes to Plaintiff

**2019-04-19 02:14:33 UTC: 447561557032@s.whatsapp.net -> [12159102154@s.whatsapp.net]**

---

**From:**     Twin <447561557032@s.whatsapp.net>
**To:**       Lisa <12159102154@s.whatsapp.net>
**Date:**     Thu, 18 Apr 2019 22:14:33 -0400

---

Well I think it's wrong that tommy accepts Danny has taken the money without him paying him bk or without tommy having a sey on it it's fucking ludicrous and I feel like your being used for there needs as and when they need ya

# 2019-04-19 02:19:03 UTC: 12159102154@s.whatsapp.net -> [447561557032@s.whatsapp.net]

| | |
|---|---|
| **From:** | Lisa <12159102154@s.whatsapp.net> |
| **To:** | Twin <447561557032@s.whatsapp.net> |
| **Date:** | Thu, 18 Apr 2019 22:19:03 -0400 |

I just want to move on from the danny stuff. It's old news.  I'm willing to forget the money so he will leave me alone.  to And tommy is going to pay me. And I get to be where I want to be.  So win win, no?

# 2019-04-19 02:25:30 UTC: 447561557032@s.whatsapp.net -> [12159102154@s.whatsapp.net]

**From:** Twin <447561557032@s.whatsapp.net>
**To:** Lisa <12159102154@s.whatsapp.net>
**Date:** Thu, 18 Apr 2019 22:25:30 -0400

I changed nuffink I backed you and will continue to back you but your so mixed up in this mess o tommy you can't c they don't need you they use u I'm sorry for putting it that way but if he had any respect for u he wud make Danny pay that money back

# 2019-06-28 23:32:21 UTC: 447561557032@s.whatsapp.net -> [12159102154@s.whatsapp.net]

| | |
|---|---|
| **From:** | Twin <447561557032@s.whatsapp.net> |
| **To:** | Lisa <12159102154@s.whatsapp.net> |
| **Date:** | Fri, 28 Jun 2019 19:32:21 -0400 |

It wasn't you I didn't want tho , i didn't like what the rest was doing so I thought fuck yas , that's why I didn't bother with the movement, look at how embarrassing it was in Liverpool and Oldham and Manchester they was getting chased round like little girls made me realise just what mugs they have around them as never once on the demo me Archie & Seamus did , did anyone ever get the chance to attempt to do sumthing like that to tommy let alone get near him , tommy speaks the truth the rest our just out for fame on his back , I become delusional with it all after everyone thought it was okay for tomo to do that with the money if he can virtually rob you and your company & beg off others  and no1 fucks him off for it then that's wrong that's not my shit that ain't how I get down I got fuck all for them demo everyone else getting clothes or money I done it because it was sumthing I believed in and still believe in , I'm famous in my own town I don't need anyone. I cared about you but you wouldn't havd it as you was so wrapped up in it it's all fun and games till people get hurt

# 2019-06-28 23:41:37 UTC: 12159102154@s.whatsapp.net -> [447561557032@s.whatsapp.net]

| | |
|---|---|
| **From:** | Lisa <12159102154@s.whatsapp.net> |
| **To:** | Twin <447561557032@s.whatsapp.net> |
| **Date:** | Fri, 28 Jun 2019 19:41:37 -0400 |

I just knew what my work situation was and I can't rock the boat too much.  I have kids to feed.  Additionally I believe in tommy.

# EXHIBIT 118
# Message from D. Pipes to Plaintiff

**From:** Lisa Barbounis
**Sent:** Monday, April 29, 2019 11:30 AM EDT
**To:** Daniel Pipes <pipes@meforum.org>; Marc Fink <fink@meforum.org>
**Subject:** RE: LP; Tommy Robinson; Defense; Rekindled Contempt Charge

I do think given the amount he is spending/has spent on legal fees it is necessary.  Plus, if he wins it is a win for us.

---

**From:** Daniel Pipes <pipes@meforum.org>
**Sent:** Sunday, April 28, 2019 8:46 PM
**To:** Marc Fink <fink@meforum.org>
**Cc:** Lisa Barbounis <Barbounis@meforum.org>
**Subject:** Re: LP; Tommy Robinson; Defense; Rekindled Contempt Charge

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

I am reluctant. But if you both are convinced this is necessary, I am willing to fund the £10,000.


On Sun, Apr 28, 2019 at 5:37 PM Marc Fink <fink@meforum.org> wrote:

> Seems Tommy is actually desperate for us to pay the 10K GBP?

# EXHIBIT 119
# Message from Pipes to Plaintiff

---------- Forwarded message ---------

From: **Lisa Barbounis** <Barbounis@meforum.org>

Date: Tue, Apr 30, 2019 at 10:34 PM

Subject: Automatic reply: Idiot Lights Blinking: Vetting Failures Still Favor Lying Terrorist Migrants

To: Daniel Pipes Gmail <daniel.pipes@gmail.com>

I will be out of the office starting March 30 through May 14. If you need immediate assistance during my absence, please contact Delaney Yonchek at Yonchek@meforum.org. Otherwise I will respond to your emails as soon as possible upon my return.

Thank you for your message.

# EXHIBIT 120
# Query from The Guardian

**Guardian enquiry re Tommy Robinson**

Josh Halliday <josh.halliday@theguardian.com>
Thu 5/16/2019 3:11 AM

**To:** Daniel Pipes Gmail <daniel.pipes@gmail.com>; Gregg Roman <Roman@meforum.org>; Lisa Barbounis <Barbounis@meforum.org>

Morning all,

I'm getting in touch as we are looking to run a piece on Tommy Robinson's MEP election campaign and I am seeking clarification on the role of Lisa Barbounis, who has been present on the campaign trail for about two weeks. I would be grateful if you could help with the following:

• What is Ms Barbounis' role on Tommy Robinson's campaign?
• Has she provided any advice or other services to the campaign?
• Who funded Ms Barbounis' travel and accommodation costs for her time on the campaign?
• Has the Middle East Forum made any financial or other donation to Tommy Robinson's campaign?
• Is the Middle East Forum still funding Tommy Robinson's legal fees in his ongoing contempt of court case?

I would be grateful for a response by 10pm UK time (6pm EDT) today.

Many thanks,
Josh
--
**Josh Halliday**
North of England correspondent
Guardian News & Media
-----
josh.halliday@theguardian.com
-----
twitter: @joshhalliday
------

Kings Place, 90 York Way,
London N1 9GU
theguardian.com
-----
**Download the Guardian app for Android and iOS**

---

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: PO Box 68164, Kings Place, 90 York Way, London, N1P 2AP.  Registered in England Number 908396

# EXHIBIT 121
# Message from Plaintiff to D. Pipes

**From:** Lisa Barbounis <barbounis@meforum.org>
**Sent:** Thursday, May 16, 2019 5:02 AM EDT
**To:** Daniel Pipes <pipes@meforum.org>; Gregg Roman <Roman@meforum.org>
**Subject:** Fwd: Guardian enquiry re Tommy Robinson

Sending this to just you and Gregg.

I was on l, and requested in writing, a vacation with my family to England and Ireland. I stopped in England to see Tommy and introduce my family to him. I went to 3 of his rallies so they could see what it was like.  I am home.

As you know I do occasionally volunteer my time to help him with little things such as answering emails on TR.news and the Press box for votetommyrobinson.com.  I use my maiden name specifically to keep things separate.

Neither MEF nor Tommy paid me any money for my official family vacation.  That includes travel and accommodation. Anything I have done for Tommy is strictly on a personal volunteer basis.


> **Resent-From:** <Barbounis@meforum.org>
> **From:** Josh Halliday <josh.halliday@theguardian.com>
> **Date:** May 16, 2019 at 3:11:12 AM EDT
> **To:** Daniel Pipes <daniel.pipes@gmail.com>, Gregg Roman <Roman@meforum.org>, Lisa Barbounis <Barbounis@meforum.org>
> **Subject: Guardian enquiry re Tommy Robinson**
>
>
> Morning all,
>
> I'm getting in touch as we are looking to run a piece on Tommy Robinson's MEP election campaign and I am seeking clarification on the role of Lisa Barbounis, who has been present on the campaign trail for about two weeks. I would be grateful if you could help with the following:
>
> • What is Ms Barbounis' role on Tommy Robinson's campaign?
> • Has she provided any advice or other services to the campaign?
> • Who funded Ms Barbounis' travel and accommodation costs for her time on the campaign?
> • Has the Middle East Forum made any financial or other donation to Tommy Robinson's campaign?
> • Is the Middle East Forum still funding Tommy Robinson's legal fees in his ongoing contempt of court case?
>
> I would be grateful for a response by 10pm UK time (6pm EDT) today.
>
> Many thanks,
> Josh
> --
> **Josh Halliday**
> North of England correspondent
> Guardian News & Media
> -----
> josh.halliday@theguardian.com
> -----
> twitter: @joshhalliday
> ------



> Kings Place, 90 York Way,
> London N1 9GU
> theguardian.com
> -----
> **Download the Guardian app for Android and iOS**

---

This e-mail and all attach ments are confidential and may also be privileged. If you are not the  named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. R egistered Office: PO Box 68164, Kings Place, 90 York Way, London, N1P 2AP.  Registered in England Number 908396

# EXHIBIT 122
# Message from G. Igler to Plaintiff

447729111570@s.whatsapp.net George  Igler

Are you departing home or staying until the bitter end a week from today?

**Status:** Read

**Platform:** Mobile

5/16/2019 2:55:03 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

I landed yesterday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George Igler | 5/16/2019 4:41:36 AM(UTC-4) | | |

**Status:** Sent

**Platform:** Mobile

5/16/2019 4:41:32 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

Enjoy the return to sanity. Noticed a few of the campaign vids the other day and saw you front-and-centre.

**Status:** Read

**Platform:** Mobile

5/16/2019 4:45:21 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

I'm forecasting that TR will face more police harassment against his legal campaign efforts as predict that to try and save her doomed premiership Theresa May will launch a last-ditch empty campaign on Islamic issues. Hence she wants TR out of that rhetorical territory.

**Status:** Read

**Platform:** Mobile

5/16/2019 4:45:42 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

https://www.buzzfeed.com/amphtml/alexwickham/theresa-may-will-reject-calls-by-muslim-groups-to-define

**Attachments:**



Title: Theresa May Will Reject Calls By Muslim Groups To Define Islamophobia As A Type Of Racism
Size: 0
(Empty File)

**Status:** Read

**Platform:** Mobile

5/16/2019 4:46:48 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

I tried to stay behind the scenes.  Do you know where you saw that.  I got this today from the guardian.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570@s.what sapp.net George  Igler | 5/16/2019 5:04:25 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:04:03 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

Attachments:



Size: 154138
File name: acdb4470-11de-4bcc-a2a9-24046e1e781c.jpg
Path: https://mmg-
fna.whatsapp.net/d/f/AvDIt7wGnK4xwYsFmQKG5G3zhXVuH0WKuHpOKES0vf3X.enc
acdb4470-11de-4bcc-a2a9-24046e1e781c.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George  Igler | 5/16/2019 5:04:25 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:04:17 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

I wrote this to Daniel and Gregg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George  Igler | 5/16/2019 5:04:55 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:04:53 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

**Attachments:**



Size: 131676
File name: e396e6a2-5b66-4564-b3a3-5353bf551930.jpg
Path: https://mmg-
fna.whatsapp.net/d/f/AqWZmveT3wKAWGX2NZk7zjYdQWTjq41XxF1cNo5csxeo.enc
**e396e6a2-5b66-4564-b3a3-5353bf551930.jpg**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George Igler | 5/16/2019 5:04:59 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:04:57 AM(UTC-4)

---

447729111570@s.whatsapp.net George  Igler

The "present on the campaign trail for two weeks" means of course they've got someone embedded.

Very wise to have a piece of paper from the MEF confirming you were on vacation. It's the classic Marxist "false consciousness" fantasy that they will not let go of.

The working class can't possibly be smart enough to make up their own minds, there have to be dark forces funding and steering it all.

**Status:** Read
**Platform:** Mobile

5/16/2019 5:11:27 AM(UTC-4)

---

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

**Attachments:**

Size: 85009
File name: 15e3baef-196e-4252-b2ad-2aa5147d26a0.jpg
Path: https://mmg-fna.whatsapp.net/d/f/AmXcZ8OEU_WwEfKfdOD18zzf-
ENg1S5JApdKDY_9fIlL.enc
**15e3baef-196e-4252-b2ad-2aa5147d26a0.jpg**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George Igler | 5/16/2019 5:13:06 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:13:04 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

**Attachments:**



Size: 63314
File name: d96b5099-a3d1-4439-b268-123481b7c0f2.jpg
Path: https://mmg-
fna.whatsapp.net/d/f/Aq7EZE3v6jxWP9vu65XWoWfUUDo57rBaU_UY9SpyrodQ.enc
**d96b5099-a3d1-4439-b268-123481b7c0f2.jpg**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George Igler | 5/16/2019 5:13:09 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:13:07 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

_The name rings a bell though. "Josh Halliday." This was a lifetime ago for me. But ask Tommy about him is my gut instinct. I suspect this Guardian scumbag has a history._

**Status:** Read
**Platform:** Mobile

5/16/2019 5:13:12 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

He is. He wrote a story on me before

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George Igler | 5/16/2019 5:13:30 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:13:29 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

What I'm getting at is that you needn't chide yourself for letting yourself appear on camera by accident.

The "two weeks" bit in their email gives the game away, that they've got intel, probably from whoever HOPE not Hate put into Tommy's campaign.

So, you could have stayed in your hotel room nailed to a laptop and not gone outside, and the Guardian still would have sent this sort of enquiry.

**Status:** Read
**Platform:** Mobile

5/16/2019 5:18:15 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

I'm worried pipes will be mad.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570 @s.whatsapp. net George Igler | 5/16/2019 5:19:15 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:19:14 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447729111570@s.whatsapp.net George  Igler

But who cares. The cause is far more important to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447729111570@ s.whatsapp.net George  Igler | 5/16/2019 5:19:35 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/16/2019 5:19:34 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

I wouldn't be worried. Though he would likely throw his own mother under a bus to preserve his 501(c)(3) you followed the right protocols and that's all that matters.

In my little contact with him he combines an academic brain with being reasonably worldly wise,
so will likely shrug off this bullshit from The Guardian as exactly what was to be expected anyway.

**Status:** Read
**Platform:** Mobile

5/16/2019 5:21:48 AM(UTC-4)

447729111570@s.whatsapp.net George  Igler

Attachments:



Title: All you're missing is the trident.
Size: 71185
File name: 00dd6c0f-d8f7-48ed-aa4c-6a316284a1d6.jpg
Path: https://mmg-fna.whatsapp.net/d/f/At7he10VPllG0cjU40db0m_XEuc89gPkyO2XIJfluIIG.enc
00dd6c0f-d8f7-48ed-aa4c-6a316284a1d6.jpg

**Status:** Read
**Platform:** Mobile

5/16/2019 5:27:37 AM(UTC-4)

# EXHIBIT 123
# Guardian Article



**'Punches, attacks, milkshakes': inside the Tommy Robinson campaign**



As the far-right activist fights to become an MEP, the Guardian learns new details of his modus operandi and support network

**Josh Halliday** *and* **Simon Murphy**

Fri 17 May 2019 11.43 EDT

A Drone hovers high above the crowd on a Wigan housing estate. About 300 men, women and children are gathered before a mobile billboard on a sun-drenched spring evening. A cheer erupts when the main speaker arrives.

Waving a St George's flag, Tommy Robinson wants the crowd to send a deafening message to "treacherous politicians" and vote him into the European parliament on 23 May. "I am one of you," he shouts across the estate. "They don't breathe the same air as us. They do not care about us. But I can guarantee you: I am one of you."

The far-right anti-Islam activist, whose real name is Stephen Yaxley-Lennon, has delivered the same speech countless times on a chaotic and ugly campaign across the north-west of England. On the Norley Hall estate, one of Wigan's most deprived neighbourhoods, Robinson addressed one of his biggest crowds of the tour.

"Right now, can anyone say our country is going in the right direction?" he asks. "No, it's turning into fucking Tehran!" shouts back an activist handing out flyers and membership forms for the far-right party For Britain. Although Robinson is officially an independent candidate, and an adviser to the Ukip leader, Gerard Batten, For Britain has pledged its support to his campaign.

There has been a more surprising presence at Robinson's rallies, however: Lisa Barbounis, a senior executive of the conservative US thinktank the Middle East Forum, has been a central

figure on Robinson's campaign team and present at many of his rallies, the Guardian has learned. Her exact role is unclear but Barbounis, who says she has worked on several Republican campaigns including John McCain's run for president in 2008, has been on the trail with Robinson for about a fortnight. The Philadelphia-based group, which is well funded by a number of US rightwing donors, says its goal is to defend "anti-Islamist authors" and last year spent tens of thousands of pounds on <u>Robinson's demonstrations and legal fees</u> when he was jailed for contempt of court.



Lisa Barbounis at a Tommy Robinson rally in Warrington. Photograph: Joel Goodman/The Guardian

The Middle East Forum said it continued to pay Robinson's legal fees but had not contributed to his campaign, which would be in breach of electoral law. It said Barbounis was "on vacation in the UK" and spending her "personal time and personal expense" on the campaign.

There has been outside help, too, from Robinson's former employer, the rightwing Canadian website Rebel Media, which <u>said this week that it had paid</u> for the Israeli-Australian commentator <u>Avi Yemini</u> to fly from Melbourne to cover his campaign. Yemini, who was recently denied entry to the US, has described Islam as a "<u>barbaric ideology</u>" that has taken over England and called Muslim countries "<u>Islamic shitholes</u>". Yemini is little known in the UK but has been ever-present at Robinson's rallies, often as a warm-up act on stage or in videos taking aim at critics of the would-be MEP. His recent videos promoting Robinson include "PROOF: Tommy Robinson PROTESTORS are just PAID thugs" and "CONFIRMED: Tommy Robinson 'protestors' are cowards".

Robinson's international supporters stand in stark contrast to the deprived estates of Manchester, Stockport, Bolton, Cumbria and Wigan where he has focused his campaign, drawing crowds of between 50 and 300. Political rivals are split on whether he has a genuine chance.

If turnout is low, he may need just 8% of the vote to be the first MEP in Britain elected as an independent – a possibility keenly apparent to the main political parties, which recall the election of the BNP's Nick Griffin in the north-west with just 8% of the vote in 2009.

"He will do very badly – he's not got a chance of being elected," said one MEP privately. Another believed he could win if Brexit-weary voters decided to stay at home: "One of the biggest worries is apathy – people saying they're not going to vote." Those fears – that a low

turnout could help anti-European insurgents – are echoed across the continent amid forecasts of historic gains by populist parties such as Nigel Farage's Brexit party.

The election of Tommy Robinson MEP would cap a once-unthinkable rise for the convicted football thug, who started leading nationalist street protests in his hometown of Luton a decade ago. He became a global cause célèbre for the far right last year when he was imprisoned for three months over a broadcast that allegedly risked prejudicing a child sexual exploitation trial in Leeds – a conviction that was eventually overturned but will be retried at the Old Bailey in July. While Robinson regularly complains of being smeared as a racist and a Nazi, he has been filmed saying things like: "Somalis are backward barbarians"; British Muslims are "enemy combatants who want to kill you, maim you and destroy you"; and refugees are "raping their way through the country".

In remarks unearthed by the Guardian, Robinson told a meeting of far-right activists in Cork in 2016 that the west was "too weak to say our culture is superior to Muslim culture" and – in comments picked up off-camera – told one rightwing campaigner it was fine to use violence against counter-protesters as long as it was not on camera. "If the cameras aren't there, fucking punch the geezers right in the head," he said, adding that being seen to be aggressive "just turns people off". "You want to be seen as the victims – people viewing you like: 'Fucking hell, look how they're getting treated. Give them a chance' – you know what I mean?" The unguarded remarks were made during filming for an RTÉ documentary, I Am Immigrant, which has never aired in Britain.

Robinson's chequered history with the law does not prevent him standing for the European parliament. The 37-year-old father of three has at least five convictions for violence and public order offences from 2005 to 2014, and has served prison sentences for using a false passport and a £160,000 mortgage fraud.

On his campaign trail, Robinson has been surrounded almost permanently by a security team and his own film crew. He is keenly aware he will be scrutinised whenever he is on camera – but the mask occasionally slips.

The footage of Robinson being doused with milkshake in Warrington became a viral sensation. In the aftermath, he could be seen throwing a volley of punches at the assailant, who Robinson's team pounced on. The incident sparked chaotic scenes, currently being investigated by Cheshire police, when two anti-racism protesters were punched to the ground leaving them needing hospital treatment. Alice Edwards, one of the victims, said she was punched in the face by Danny Thomas, Robinson's campaign organiser, and suffered a broken nose. Thomas has not denied the incident but claimed Edwards was "attacking our team", which she disputes.

The Guardian has learned that the man who filmed the milkshake incident has been receiving police protection after a far-right activist threatened to pass his and his parents' contact details and address to "the most far-right groups online". Police placed an urgent response marker on the homes of David, who was afraid to give his surname, and his father following threats made online by a former BNP parliamentary candidate. The 31-year-old bar worker, from Wigan, said: "I've been told by police to keep my door locked and get a basket for my letterbox in case someone tried to put anything fire-related through it. It's quite intimidating."

Robinson was quick to use the milkshake incident to rile his supporters. In a video later that day to his 40,000 followers on the encrypted app Telegram, where he was forced to turn after being banned by the major social networks, Robinson claimed he was "politically targeted … and the police have done fuck all", urging viewers to "get angered with what they're watching". He added at the end of the clip: "Ah mate, I so wanna win this. No amount of punches, milkshakes, attacks or anything's gonna stop me. I'm coming to every city …"

After posting the video, he wrote on Telegram: "Shake it up baby! Comments here." His followers responded with more than 700 comments, including many that attacked Muslims

including referring to the milkshake-thrower as a "paki". One user wrote: "Muslims need eradicating from UK probably sounds a bit harsh but they have raped this country and its citizens for the last 30 years disgusting uk gov corrupt paedophiles."

Another commenter called Muslims "cowards" and "inbreds". A supporter also said they were "sick of these Islamic appeasing left extremist groups" which he said were "all funded by Soros", referencing the Jewish financier George Soros, who is often the target of antisemitism. Another follower said the man who threw the drink represented "spot on the attitude of the typical Muslim teenager throughout the UK, absolutely zero respect".

In response to a series of questions from the Guardian, Robinson said: "You are fake news."

While he does not acknowledge responsibility for his supporters' behaviour, on the campaign trail he has sometimes revelled in their shared agenda. "I am one of you," he told supporters on the Norley Hall estate. "I've made mistakes like all of you. I'll make more … [but] I can guarantee you one thing: we are building a movement."

# EXHIBIT 124
# Message from
# Plaintiff to S. Watson

61430991603@s.whatsapp.net Sydney Watson

100%

**Status:** Read

**Platform:** Mobile

5/18/2019 6:02:22 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 61430991603@s.whatsapp.net Sydney Watson

Do you know how many times him and everyone else told me to stay away from Tommy robinson but I love it. I do what I want.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 61430991603@s.whatsapp.net Sydney Watson | | 5/18/2019 6:02:36 AM(UTC-4) | |

**Status:** Sent

**Platform:** Mobile

5/18/2019 6:02:35 AM(UTC-4)

61430991603@s.whatsapp.net Sydney Watson

I'm one of those people who will smash away st things until something gives

**Status:** Read

**Platform:** Mobile

5/18/2019 6:02:36 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 61430991603@s.whatsapp.net Sydney Watson

I don't think Candace Owens is worried about her next job after working with turning point

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 61430991603@s.whatsapp.net Sydney Watson | | 5/18/2019 6:02:49 AM(UTC-4) | |

**Status:** Sent

**Platform:** Mobile

5/18/2019 6:02:48 AM(UTC-4)

61430991603@s.whatsapp.net Sydney Watson

She's huge though

**Status:** Read

**Platform:** Mobile

5/18/2019 6:02:57 AM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 61430991603@s.whatsapp.net Sydney Watson

She was getting big and then she went with turning point And They took her on the road

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 61430991603@s.whatsapp.net Sydney Watson | 5/18/2019 6:03:19 AM(UTC-4) | 5/18/2019 6:03:24 AM(UTC-4) | |

**Status:** Sent

**Platform:** Mobile

5/18/2019 6:03:18 AM(UTC-4)