# EXHIBIT 125
# Message from D. Pipes to Plaintiff

From: **Daniel Pipes** <pipes@meforum.org>
Date: Tue, May 28, 2019 at 5:42 PM
Subject: Job review
To: Lisa Reynolds-Barbounis <Barbounis@meforum.org>

Lisa,

1. In my April 16 note to you, I wrote "Please don't surprise me with your travels." But then it turns out the *Guardian* had a mole who spotted you at three separate Tommy Robinson rallies; that definitely counts as a surprise. From now on, you need express permission from me before engaging in MEF travel and you must also clear with me any personal travel that includes a political agenda.

2. I found out a few weeks ago that since you became communications director, and until it was pointed out in a phone call, that articles were not being sent to the Islamist Watch and Campus Watch mailing lists.  Have we resumed sending articles to these lists? Why was there a six month lapse in articles not being sent out?

3. Gary and Delaney between them seem to have replaced you with the article **evaluation process**, **social media** and MEFO administration. I suggest we formalize this arrangement.

4. I do not notice an improvement in staff and fellow publications. So far as I know, we have not been contacted by editorial boards and your meetings with reporters have not generated quotations. More broadly, our public stature has not improved.

5. Conference calls have stopped since we ended Marilyn's role.

6. Your last weekly report to me was on April 22.

7. Videos have appeared on YouTube, but too few.

8.  On April 17, I wrote you (below) "I am not convinced that you are focused on the tasks we agreed upon back in November, such as tending to MEFO and cultivating editors to improve our publishing record. Please show me that you are." Forty days have gone by; can you establish how you have done so?

# EXHIBIT 126
# Grant Request from A. Mekelburg

## FW: RAIR Foundation USA grant proposal & pitch deck.



**Lisa Barbounis**
Wed 5/29/2019 5:06 PM
**To**: Daniel Pipes

📄 **RAIR Grant Proposal - May 20...**
202 KB

📄 **RAIRfoundationUSA6.1.19pdf....**
2 MB

2 attachments (2 MB)    Download all    Save all to OneDrive - Middle East Forum

Dr. Pipes,

This grant proposal also came over for evaluation.

**From:** Amy Mek <<mark>amymek</mark>@gmail.com>
**Sent:** Tuesday, May 28, 2019 7:04 PM
**To:** Lisa Barbounis <Barbounis@meforum.org>
**Subject:** RAIR Foundation USA grant proposal & pitch deck.

Thank you Lisa!

# EXHIBIT 127
# Messages between Plaintiff and G. Levy

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 972547883401@s.whatsapp.net Grayson  Levy

And honestly DP only cares about and only value is Greg. We are all shit to him. So we are hate him then we are the ones to go

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 972547883401@s.whats app.net Grayson  Levy | 5/29/2019 6:17:41 AM(UTC-4) | | |

**Status:** Sent
**Platform:** Mobile

5/29/2019 6:17:40 AM(UTC-4)

972547883401@s.whatsapp.net Grayson  Levy

What if you said, "You seem to not want me at MEF anymore. Have MEFEF grant money to RAIR and I will go to work for them."

**Status:** Read
**Platform:** PC

5/29/2019 6:18:44 AM(UTC-4)

# EXHIBIT 128
# Message from Plaintiff to J. Bishop

## Jasmin @(Jasmin09973668)

2019/05/31 05:40:24 AM

You love making me feel like this why?

## Jasmin @(Jasmin09973668)

✓

2019/05/31 05:40:44 AM

Prove it to me then

## Jasmin @(Jasmin09973668)

✓

2019/05/31 05:40:54 AM

FFS this isn't nice to be involved in

## Jasmin @(Jasmin09973668)

✓

2019/05/31 05:41:04 AM

I have done nothing to you

## Lisa Reynolds Barbounis @(Lisaelizabeth)

✓

2019/05/31 05:41:11 AM

1. Because it's the truth. And 2. Because you tortured me when I was there. I thought about sleeping with him just to fuck you over because you won't leave me alone

# EXHIBIT 129
# Message from D. Pipes to Plaintiff

**From:** Daniel Pipes <pipes@meforum.org>
**Sent:** Wednesday, June 05, 2019 4:16 PM EDT
**To:** Lisa Barbounis <Barbounis@meforum.org>
**Subject:** campaign work

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

(I wrote this 2½ weeks ago but incessant travels delayed my sending it to you until now)

Lisa,

The Guardian article from May 17 has a long, insinuating paragraph about you along with a picture of you. The clear implication is that MEF supports Tommy Robinson's campaign.

This rates as both a surprise and an unwelcome complication. The article could entirely disappear but it could also pop up in the future and make trouble for us. I do not want potential trouble hanging over us, so am displeased.

You and I have already discussed the matter of your affiliating MEF too closely with Tommy Robinson and we reached an informal agreement that you would stay away from his efforts. Given this development, I am now imposing a formal limitation on you: No campaign work, even during your private time, without clearance from me.

Please reply to me with your response.

Daniel

# EXHIBIT 130
# Message from
# Plaintiff to D. Pipes

On Wed, Jun 5, 2019 at 10:30 PM Lisa Barbounis <Barbounis@meforum.org> wrote:

Dear Daniel,

I too was surprised that I appeared in their sites.  I thought we agreed that it was fine that I helped Tommy on my own time unrelated to MEF.  I thought this because in your office with Gregg I said that I occasionally help with the TR.News emails on my own time under the name Lisa Reynolds and there was no objection.  You also wrote about this in another email to me two weeks ago.  I responded:

1. In my April 16 note to you, I wrote "Please don't surprise me with your travels." But then it turns out the *Guardian* had a mole who spotted you at three separate Tommy Robinson rallies; that definitely counts as a surprise. From now on, you need express permission from me before engaging in MEF travel and you must also clear with me any personal travel that includes a political agenda.

   **Noted.  Although, the trip was for fun and not intended to be political.  My children went with me.  I don't intend on going back any time soon.**

Noting your current email and thoughts, from here on out I will not involve myself in campaign work, even on my personal time, without clearing it with you.

And in the event that you are unaware, I am an elected Republican Committee person for Philadelphia.

Lisa

# EXHIBIT 131
# Messages between Plaintiff and B. Baird

# 2019-07-20 15:40:16 UTC: +1 253-720-1536 -> [+1 215-910-2154]

| | |
|---|---|
| **From:** | Benjamin Baird <"+1 253-720-1536"> |
| **To:** | Home <"+1 215-910-2154"> |
| **Date:** | Sat, 20 Jul 2019 11:40:16 -0400 |

Hope you are feeling better today. Just — seriously — just keep in mind that you are too good for these people. You're definitely sharper and far more charismatic than the likes of Gregg and Marc. Keep that in mind the next time they harass you over some bullshit.

# 2019-06-19 14:29:08 UTC: +1 253-720-1536 -> [+1 215-910-2154]

**From:** Benjamin Baird <"+1 253-720-1536">
**To:** Home <"+1 215-910-2154">
**Date:** Wed, 19 Jun 2019 10:29:08 -0400

Awww baby I'm so sorry. I think you have a lot going on in your world right now, to be honest. I think many of ur professional aspirations are in London, and that's where you're truly happy. Knowing that your going to have a suit with GR HAS to wear you down.

But just don't be too hard on yourself. You are awesome at what you do. People at MEF told me that before I ever even met you. I've seen you in action juggling a million responsibilities and you are beyond impressive. You are so remarkably intelligent and socially things appear effortless for you.

Just remember that when Gregg or DP gives you a hard time. You are on a whole other level girl.

# 2019-06-10 22:47:29 UTC: +12159102154@iMessage -> [+1 215-910-2154, +1 253-720-1536]

**From:**     Home <+12159102154@imessage>
**To:**        Home <"+1 215-910-2154">, Benjamin Baird <"+1 253-720-1536">
**Date:**     Mon, 10 Jun 2019 18:47:29 -0400

Yep the minute I met him I couldn't stand him I told Tommy to stay away from him I knew he stole the 20,000 from Tommy Tommy is just so freaking nice.  When I met him out a drug Tommy and the crew away to a different bar turns out they were following us with hope not hate. He called me the American bitch to Raheem.  And then proceeded to kiss my ass in Brussels and like follow me around like a puppy dog

# 2019-06-19 14:59:18 UTC: +1 253-720-1536 -> [+1 215-910-2154]

**From:** Benjamin Baird <"+1 253-720-1536">
**To:** Home <"+1 215-910-2154">
**Date:** Wed, 19 Jun 2019 10:59:18 -0400

Holy shit man. Like — don't be a fucking dick!!!

I don't handle women I care about in distress very well, FYI. Seriously it's taking everything for me to not want to lash out at them right now. I mean, I wouldn't compromise your job or anything but fuck that has me sore. FUCK OFF Daniel!!!!

# 2019-06-28 18:23:03 UTC: +12159102154@iMessage -> [+1 215-910-2154, +1 253-720-1536]

**From:**     Home <+12159102154@imessage>
**To:**       Home <"+1 215-910-2154">, Benjamin Baird <"+1 253-720-1536">
**Date:**     Fri, 28 Jun 2019 14:23:03 -0400

Ben, I care about you you know that.  But we are both in crazy places right now.  You have the issue with your wife.  I have kids, this suit, my bosses trying to fire me every day, and then I have some of your wife, too.  Not that she is bothering me, but I still am stressed at the fact some woman thinks I ruined her life.  So yesterday I was so down I went to bed, barely interacted with my kids. This isn't just fooling around to me but I'm also insanely stressed out.  I'm drinking heavy and smoking.  It's like I'm self medicating.  I have no clue what I'm doing or how I feel day to day.  Yesterday was so bad Tricia and Marnie were like checking in on me because I was so checked out.  I don't know what to say to your message.  Of course I want to be there for you but not at the expense of my own sanity. I don't think I can be held accountable to anyone right now.  Of course I care about you but I'm not in a place where I can handle any additional pressure. I'm sorry if that comes across as mixed signals.  I understand that it may be unfair to you but in my life I need positivity and leniency.  There are days that I feel like I'm losing my mind.

# EXHIBIT 132
# Message from D. Pipes to Plaintiff

# Re: Tommy Trial

**Sent**   Mon Jun 17, 2019 at 6:57PM UTC / Mon Jun 17, 2019 at 2:57PM
        EDT

**From**   Daniel Pipes <pipes@meforum.org>

**To**     Lisa Barbounis <Barbounis@meforum.org>

**CC**

**BCC**    Roman@meforum.org

---

This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

Lisa,

Thanks for the full replies.

I am reluctant to tell you where to go and what to do in your private time. But I am adamantly opposed to the press getting wind of your working with Tommy; we have a limited role in his work and your repeated presence there goes much beyond our preferred limits.

So, go if you wish but know I will be very upset with major consequences if your presence becomes known outside Tommy Robinson's own circles.

Put differently, I much prefer you not go but I leave the decision to you.

# EXHIBIT 133
# Message from D.
# Pipes to Plaintiff

| From: | "Daniel Pipes" <pipes@meforum.org> |
| To: | "Lisa Barbounis" <Barbounis@meforum.org> |
| Date: | 6/19/2019 9:01:23 AM |
| Subject: | Re: dir of development job announcement |

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

Lisa,

This is a very important job announcement. Your casual unconcern whether it went out or not is unacceptable. If it did not go out, get it out pronto.

On Wed, Jun 19, 2019 at 9:46 AM Lisa Barbounis <Barbounis@meforum.org   > wrote:

It says it did. However, I don't see it either in my spam which is where all mine go.

Get Outlook for iOS

**From:** Daniel Pipes <pipes@meforum.org   >
**Sent:** Wednesday, June 19, 2019 9:16 AM
**To:** Lisa Barbounis
**Cc:** Marnie Meyer
**Subject:** Re: dir of development job announcement

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

Did it go out or not?

On Wed, Jun 19, 2019 at 8:57 AM Lisa Barbounis <Barbounis@meforum.org   > wrote:

I scheduled it in MailChip last week. Should I resend?

**From:** Daniel Pipes <pipes@meforum.org   >
**Sent:** Friday, June 14, 2019 5:13 PM
**To:** Lisa Barbounis; Marnie Meyer
**Subject:** dir of development job announcement

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

Lisa - could you send this out?
Marnie - FYI

# EXHIBIT 134
# Press Release

practices.

*"Jefferies: What gives anyone the right to tell anyone where they can and can't live?*

*Yemini: Borders?*

*Jefferies: I know borders, but wouldn't it just be nice if we got to a place in society, a utopia where we all just commit to this one idea?*

*Yemini: I think most sensible people would agree with you in theory, but in practice, it goes against human nature, it just doesn't work."*

Yemini, "We are seeing a rising effort to silence anyone that disagrees with the main stream media narrative. They will do everything in their power to discredit you, even if it means blatantly lying to the general public."

The underlying and crucial message to be taken away from this blatant act of deception is to be mindfully critical of the  liberal media we consume. This instance is just one of many where any message counter to the main stream is altered to fit their calculated narrative of misconstruing conservative activists' ideas into extreme rhetoric, even if they have to create this rhetoric themselves.

**For immediate release**
For more information, contact:
Lisa Barbounis
Press@tr.news
+1 (215) 910-2154

# EXHIBIT 135
# Press
# Communication

Police originally arrested Robinson in May of 2018 for a "breach of the peace" and within 5 hours changed the charges, convicted him and sentenced him to 13 months in prison for "contempt of court". Of that sentence, Robinson has already served 10 weeks in solitary confinement.

After appealing the case and mass demonstrations by supporters, Robinson was released from prison and the highest judge in the land found procedural failings by the judge who originally sentenced him. The Lord Chief Justice stated the way the case was handled "gave rise to unfairness", further determining the proceedings were "fundamentally flawed" and ultimately sent the case back to the Attorney General.

Not content with the first round of political persecution, the decision to re-charge Robinson, with an added charge of causing anxiety to the Muslim peadophile defendants, was made five months after the case was referred back to the Attorney General.

Robinson presented clear evidence that the court had failed to adhere to their own standards regarding court reporting restrictions, that he only presented information that was in the public domain, and that the trial had ended granting no possibility of collapsing the trial. Nevertheless, he was found guilty on all three charges and sentenced to 6 months in prison.

Shrewdly, the Judge knew that with time served Robinson would be released today in turn reactivating an expired 3 month suspended sentence which yielded a combined 9 month sentence. With 138 days counting toward time served, Robinson will spend approximately another 10 weeks in prison, likely in solitary confinement.

Adding insult to injury, Robinson was also ordered to pay the prosecution's court cost which are estimated to be upward of £25,000.

With appointed judge Dame Victoria outright admitting she intended to make an example out of Robinson, the message is clear. The UK government and the globalist media are determined to sweep the Muslim pedophile grooming gang epidemic, and any robust conversation regarding Islam, under the carpet. All attempts to highlight the realities of Islam that counter their globalist agenda will be met with the full force of the law, regardless of innocence.

This is undeniably political persecution. Tommy Robinson is a political prisoner and we are all witnessing the erosion of the justice system that once made this country great; all at the hands of the globalist agenda.

---

**For immediate release**
For more information or comment, contact:
Lisa Reynolds,
Director of Communication
TR.News
+44 01253670806

---

**Properties**

General | **Summary** | Statistics | Content | Custom

Title:

Subject:

Author: Lisa Barbounis

Manager:

Company:

Category:

Keywords:

Comments:

Hyperlink base:

Template: Normal.dotm

☐ Save preview picture with this document

Cancel | **OK**

# EXHIBIT 136
# Plaintiff Banned
# from Facebook

| From: | "Lisa Barbounis" |
| To: | "Winfield Myers" <myers@meforum.org> |
| | "Daniel Pipes" <pipes@meforum.org> |
| | "Gregg Roman" <Roman@meforum.org> |
| Date: | 7/19/2019 10:58:48 AM |
| Subject: | RE: Author Banned from FB for Linking to Bawer Article on Tommy Robinson |

FYI I just received a full ban on Facebook without warning. I haven't posted on my own Facebook in over a week! I have no access to any of the MEF pages at the moment. I am setting up a new account as we speak.

Lisa

---

**From:** Winfield Myers <myers@meforum.org>
**Sent:** Friday, July 19, 2019 11:46 AM
**To:** Daniel Pipes <pipes@meforum.org>; Gregg Roman <Roman@meforum.org>
**Cc:** Cinnamon Stillwell <stillwell@meforum.org>; Marc Fink <fink@meforum.org>; Lisa Barbounis <Barbounis@meforum.org>
**Subject:** Author Banned from FB for Linking to Bawer Article on Tommy Robinson

This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

I hadn't heard of this author, Danusha Goska, of Polish & Slovak parentage, but she's apparently has a following (I found this via FB). She linked to a FrontPage Mag. piece on Robinson by Bruce Bawer and was summarily banned for seven days.

Daniel, I thought of you when I began reading this, as she recalls her days as a visiting student in Poland in the late '80s. A long but worthwhile read that compares contemporary efforts to ban speech with life behind the Iron Curtain and recalls Polish history.

Perhaps Goska would be useful in our work on Robinson, or at least an ally.

https://www.frontpagemag.com/fpm/274304/banned-facebook-mentioning-t-r-danusha-goska?fbclid=IwAR1eCGBF9qZ0R--7C-fKgrecuajohhRC29KNQ-wra3BrtLrShZxavTNUJJc

# EXHIBIT 137
# Message from Plaintiff to J. Bishop



I blocked her but she is insane I don't know what her problem is I never fucking message you tell her to go the fuck away  9:06 AM

She keeps making fake Twitter accounts  9:06 AM

I'm going to destroy her world if she doesn't stop.  I'm not kidding.  3:35 PM

I never message you.  Why you lying  3:39 PM

I've only just got home! I'll talk to her 🇬🇧  4:45 PM

🙈  4:45 PM

I'm done.  I'm destroying her so she NEVER bothers me again.  5:13

She's telling me you're telling her that I'm messaging you and you

# EXHIBIT 138
# Message from
# Plaintiff to J.
# Bishop

# Lisa
last seen a long time ago

But I love torturing you  09:12

That's sick  09:12

Read it honey it's as clear as day  09:13

Your pure evil  09:13

You're sick now leave me alone you stupid cunt  09:13

You have fuck all on him  09:13

👌  09:13

Prove it  09:13

You just want to split us up  09:13

Tell yourself whatever you need to make yourself feel better  09:13

I know  09:

Message

# EXHIBIT 139
# Plaintiff's Resume

## Resume Submission Form

Please complete this form and paste your resume into the large fields on pages 3-5. When the form is complete, digitally sign and email the form to ResumeService@mail.house.gov or print, sign, and fax to 202-226-6637. We will use the information provided in this form to match your profile with House office resume requests. Please note that resumes are kept on file for 90 days.

### Applicant Information

Name: Lisa Barbounis                                        Date of Submission: 03/01/2021

Phone Number: ( 215 ) 910 - 2154            Alt Phone Number: (_____) _____-_____

Email: lisabarbounis@gmail.com

Home State: Pennsylvania

[ ] I am currently living in the Washington DC area        [✓] I am willing to relocate to the Washington DC area

**Please submit my attached resume (Select One):**

[✓] **General Submission to Resume Bank**

[ ] **Open Vacancy**     Vacancy Number: _____     Title: _____

### Applicant Information for Submission to Resume Bank

**Political party preference:**

[✓] Republican Office        [ ] Democratic Office        [ ] No Preference

**Type of position you are seeking:**

[✓] Full Time        [ ] Part Time        [ ] Intern

**Do you have Capitol Hill experience?**

[ ] No        [✓] Yes        Position Title: Senior District Representative

**For General Submission:**
**Select the position(s) you would like to be considered for (maximum 3 positions):**

[ ] Chief of Staff            [ ] Legislative Correspondent        [✓] Press Secretary

[ ] District Director         [ ] Legislative Director             [ ] Receptionist/Staff Assistant

[ ] Executive Assistant       [ ] Office Manager                   [ ] System Administrator

[✓] Legislative Assistant     [ ] Press Aide                       [ ] Other: _____

House Vacancy Announcement and Placement Service
Office of the Chief Administrative Officer
U.S. House of Representatives
Washington, DC 20515



Please use this space for any additional comments you wish to make.

As a communications professional with over six years of legislative experience, in both the public and private sector, I know my diverse skills and qualifications will make me an asset to the GOP team.

As you will see from the attached resume, I am a passionate conservative who has dedicated my career to forwarding the objectives of the Republican party and fighting for American interest both internationally and domestically.  I have worked on legislation and messaging for two members of congress, a candidate for MEP in the United Kingdom, countless political campaigns and I thrive in the fast-paced environment of Congress and politics.

In addition to being flexible and responsive, I am achievement driven.  Since entering my role as Director of Communication for the Middle East Forum I have increased our social media engagement by 32%.  From June 2018 through June 2019, I helped place 1,128 articles by 56 experts in 97 outlets, from D.C.'s influential The Hill to the Wall Street Journal, from The Washington Times to Foreign Policy. Additionally, I arranged for 27 of our experts to be interviewed 92 times by 81 media outlets on both radio and television ranging from outlets like I24 News and Al Jazeera to Fox News.  The connections that I have made and maintained with members of the press over the years may be one of my biggest contributions to effectively assist in forwarding the Member's objectives.

In closing, I am thrilled at the possibility of returning to Capitol Hill and would love the opportunity to meet with you and discuss the value that I can bring to your office. In addition to my resume, I have also included writing samples for your review.

Of course, a simple letter and resume never tells the entire story about any job applicant.  That is why I am hopeful that if you have any questions, you will contact me at 215-910-2154 or lisabarbounis@gmail.com to either arrange a follow-up meeting or conversation.

Thank you in advance for your consideration.

Sincerely,

Lisa Reynolds Barbounis

Please initial both of the following:

LB
_____   I acknowledge that the House of Representatives Vacancy Announcement  and Placement Service maintains strict confidentiality with House employers regarding vacancies and cannot disclose information pertaining to the vacancies or referral of applicants and as a condition of registering with the House Vacancy Announcement  and Placement Service, I agree not to seek this information.

LB
_____   I certify that all of the foregoing information that I supplied in this submission form and resume is correct and complete. I UNDERSTAND THAT ANY FALSIFICATION OR OMISSION OF ANY INFORMATION CONSTITUTES GROUNDS FOR ANY HOUSE OF REPRESENTATIVES EMPLOYER TO NOT EMPLOY ME OR TO DISMISS ME FROM EMPLOYMENT.

Offices within the United States House of Representatives are equal opportunity employers.

Signature: **Lisa Barbounis** Digitally signed by Lisa Barbounis
Date: 2019.07.24 14:38:20 -04'00'
_____ Date: 03/01/2021

**LISA BARBOUNIS**
2601 Pennsylvania Avenue, #1153
Philadelphia, PA 19130
lisabarbounis@gmail.com
+1 215.910.2154

**SUMMARY**
Communication and public relations professional specializing in Middle East affairs.
Responsible for advancing the Forum's project based and legislative initiatives by working with
domestic and international media outlets, elected officials, advocacy groups, government
agencies, and other nonprofits.

**EXPERIENCE**
**Middle East Forum**                                              October 2017 – Present
Philadelphia, PA

*Director of Communications*
- Responsible for all external communication and public relations
- Represents the president and director, internally and externally, building relationships with
political leaders, industry professionals, editors, journalists and donors
- Develops and delivers political communications strategy in Washington, D.C., Europe and
Israel
- Ensures quality control of all information released including research, articles, messaging,
social media, talking points and government official briefings
- Composes speeches, press releases, op-eds, and promotional material for special events
- Prepares policy memos including a policy proposal on UNRWA that was used by the
Department of State in August 2018
- Oversees all media engagement and article placement for staff and fellows
- Identifies and secures speakers for events, conference calls and media hits.
- Advises and assists in identifying key influencers and facilitates the arrangement of
Congressional, Administration, MP and MEP meetings and briefings
- Conducts briefings with government officials to discuss legislative initiatives
- Tracks domestic and Middle East legislation, news cycles, current events and political trends to
provide background information for staff and for proper placement of fellow articles
- Creates strategic messaging through research and fact analysis
- Implemented and produced new project-based video program
- Increased traffic to website and social media reach by 32%

**U.S. House of Representatives – Rep. Ryan Costello (PA-06)**     January 2015 – October 2017
Washington, D.C./West Chester, PA

*Senior Aide/Senior District Representative*
- In coordination with the District Director and Legislative Director, assisted with the
development of district strategies and legislation that supported the member's policy goals
- Drafted one-minute speeches, Facebook posts, letters of support and constituent
correspondence
- Tracked and researched federal legislation related to office and casework policy goals
- Served as a liaison between the federal government, non-profits, trade associations, advocacy
groups and the Congressman's constituents on issues relevant to their interests and concerns

Developed, managed, and maintained strong relationships with Federal, State and local elected officials, and constituents
- Acted as a surrogate for the Congressman by conducting meetings with constituents and interest groups
- Attended and reported on Congressional briefings and events on behalf of the Congressman
- Organized, planned, and executed outreach events for 100+ guests
- Processed over 500 yearly casework inquiries specializing in Veterans Affairs, Immigration, Medicare, Affordable Healthcare Act, Social Security, Internal Revenue Service
- Oversaw and developed the district intern program
- Developed constituent service and intern procedural manuals
- Assured compliance with House Ethics

**U.S. House of Representatives - Rep. Jim Gerlach (PA-06)**      January 2013 – January 2015
Wyomissing, PA

*District Representative*
- Managed day-to-day operations in Berks County district office
- Acted as a liaison to federal, state, and local government agencies on behalf of constituents
- Handled casework focused on Social Security, Medicare, Veterans Affairs, Military, immigration, consumer affairs and IRS related issues
- Served as a liaison between the federal government, non-profits, trade associations, advocacy groups and the Congressman's constituents on issues relevant to their interests and concerns
- Tracked federal legislation related to policy goals

**EDUCATION**
**University of Pennsylvania, Philadelphia, PA**                     May 2012
*College of Arts and Sciences, Bachelor of Arts in Philosophy Politics & Economics (PPE)*
Concentration: Distributive Justice

**University of Pennsylvania, Philadelphia, PA**              September 2016- Present
*Master of Science in Behavior and Decision Sciences*
Concentration: Behavioral Economics – Public Policy

**SPEAKING ENGAGEMENTS**
- Free Speech in the Age of Censorship – European parliament in Brussels, 2019
- The Chevra – Focus: Israel Advocacy, 2018
- Middle East Forum donor lunches, 2017-2019

**ADDITIONAL INFORMATION**
Volunteer:
- University of Pennsylvania Alumni Interview Program

Political:
- Director of Communication for a United Kingdom Candidate for Member of the European Parliament
- Special political advisor to UK political party
- Lou Barletta for Senate
- Ryan Costello for Congress
- Jim Gerlach for Congress

- Elected Republican Committee Person – Philadelphia
- Matthew Wolf for City Council - Philadelphia

Computer proficiency:
- Microsoft Outlook, Excel, Power Point, Word
- IQ, CRS
- Facebook, Twitter, Periscope, Instagram
- Salesforce, Nation Builder, Constant Contact
- Meltwater, Cision
- Legistorm
- Google Analytics
- MailChimp
- DropBox, Google GSuite
- Monday.com, Slack, Asana

# EXHIBIT 140 Transcript of Call from M. Ebert

| | | |
|---|---|---|
| Gregg: | 00:01 | Hello? |
| Matthew Ebert: | 00:03 | Gregg? |
| Gregg: | 00:04 | Yes. |
| Matthew Ebert: | 00:05 | Hey, it's your anonymous source again. |
| Gregg: | 00:07 | Yes. |
| Matthew Ebert: | 00:09 | Not in agreement to any kind of recordings, right? Either your PA or wherever you're at. I'm not in agreement to that. Can you take me off speaker? |
| Gregg: | 00:15 | Okay. I ain't on speaker, I'm in a restaurant right now, in New York City. |
| Matthew Ebert: | 00:20 | Okay. Well, same applies, right? |
| Gregg: | 00:23 | Yeah, yeah, no. I'll just say the deal is the deal. |
| Matthew Ebert: | 00:27 | Okay. Question for you first of all, any of the information I'm giving you, is it going to help you at all or not? |
| Gregg: | 00:32 | Yeah, look, I haven't gotten any lawsuit yet. |
| Matthew Ebert: | 00:35 | Okay. That's surprising. I thought the paperwork was already there and that's why you were out. We're talking about New York for the Middle Eastern Forum, correct? |
| Gregg: | 00:43 | Yeah. |
| Matthew Ebert: | 00:44 | Yeah. I'm just letting you know, because if you haven't been served yet, because you're home right now on work leave, so I know we're both on the same page, but I'm just surprised that you hadn't been served yet. |
| Gregg: | 00:55 | No. |
| Matthew Ebert: | 00:56 | Okay. I'm going to run some stuff down, and again, if you write it down, it's fine. If you just want to absorb it, it's all up to you, I'm just letting you know. I told you about the woman down in DC. |
| Gregg: | 01:07 | Uh-huh (affirmative). |

| | | |
|---|---|---|
| Matthew Ebert: | 01:09 | She's got a long sexual history past, so I don't know who you're... The attorneys you have that are working for you. I don't know what they can do, as far as what they will do, as far as their limits go, but even on a Friday or Saturday night, she's out on the prowl that would do anything as far as your case goes, as far as what she's claiming is referring to you. I know that she's the one that I guess got the ball rolling with the suit and everybody jumped in the suit because of her. I think they follow her lead. Some of them were encouraged to follow the lead on that. |
| Matthew Ebert: | 01:40 | The one woman that left, or she's leaving within the next month, actually joined in the suit and made up just to cash in. Some of them are already counting [inaudible 00:01:48] hope on first settlement, so they already spent some of their money. I know that for a fact. |
| Gregg: | 01:54 | Okay. |
| Matthew Ebert: | 01:56 | The other thing is the drug policy. Do you have a drug policy there or not? |
| Gregg: | 02:01 | Yeah, it's pretty clear. |
| Matthew Ebert: | 02:04 | Okay. My question to you is this, sooner the better because some of them have left. I don't think you can test the past employees, but the now employees that are there that are affecting you with this suit. I don't know how much longer you're going to wait to drug test them or what you have to do to test them. But if you wait, I don't know what you'll get, but if you do it soon, you're probably going to get something from somebody, out of probably who's left because I know some of them are still leaving. |
| Gregg: | 02:29 | We have to have a credible accusation or some kind of evidence that for instance, you would say, "These people were at this bar on this night," or, "They may have gone out in Philadelphia. We had an anonymous tip that they did X drug." You don't have to give specifics, but if you give me a date and where they were, then I would be able to use that to get them tested. |
| Matthew Ebert: | 02:49 | Well, let's put it this way. I know for a fact within the past three weeks that three of those four women involved in that lawsuit were out and about and they were doing drugs. They were smoking marijuana and they were sniffing some other medication that they're on. Is that clear enough for you, and now does that help you in any way? |

| | | |
|---|---|---|
| Gregg: | 03:06 | Yeah, definitely. Can you just tell me... |
| Matthew Ebert: | 03:09 | They were at... In Philadelphia is where they were all at. |
| Gregg: | 03:11 | Could you say which medication that was? |
| Matthew Ebert: | 03:15 | They're on some kind of medication for, they all have this learning disability. Can I go that far, or do I really need to name it? |
| Gregg: | 03:22 | I get it. |
| Matthew Ebert: | 03:23 | You know what I'm saying? So I'm going give you two drugs that they take for this disability. They take Adderall or they'll take another medication for that. You know what I mean? I forget what the other one's called, but they take two medicines to focus. Well, those medicines are being abused, that and marijuana is being abused. That was three out of the four involved in that law, as of three weeks ago, and that was at a place in Philly they were all out and I was present at. So I don't want my name included in it, but that's definitely where it came from. That's where that came from firsthand. |
| Matthew Ebert: | 03:52 | And I can tell you that because I... I'm sorry, go ahead. |
| Gregg: | 03:55 | I was just going to say we tried to talk with them and say, "What is it that you want?" And they didn't want to talk to us. You're saying that they want a settlement, but we tried to speak to them and just got a response back. No. |
| Matthew Ebert: | 04:13 | They are all banking on a... I'm not going to lie to you. They're all banking on a large settlement. One of them has [inaudible 00:04:20] I guess whatever they think they're entitled to, and they're banking on the settlement quite clearly on that with the money they think they're going to get. Apparently the one girl they've already questioned is the girl I talked about in DC. They've questioned her morality. |
| Matthew Ebert: | 04:33 | If they were to follow it up, I think that would just level her suit, I mean, just chew holes in it as far as her sexual [inaudible 00:04:41] and what she does. The other thing [crosstalk 00:04:44]. |
| Gregg: | 04:45 | ...understood, sorry, I didn't mean to interrupt you. |

| | | |
|---|---|---|
| Matthew Ebert: | 04:48 | No, no. The other thing is, I know you've been out, I don't know how many months it's been you've been out that you've been out for at least I think five or six months. Correct? |
| Gregg: | 04:54 | 10. |
| Matthew Ebert: | 04:56 | 10, so [inaudible 00:04:57] for 10 months now because the main boss is only in once a week, I think. Correct? |
| Gregg: | 05:02 | I don't know, I don't keep track of him. |
| Matthew Ebert: | 05:03 | In those 10 months. Yeah. Okay. In those 10 months, because there's no supervision in that office, they come and go as they please. They do what they want. There's no accountability. Half the time, there's not that many people there, if one, if you're lucky at that office. Because there's no supervision and they have the feeling that they can do work from home, do whatever they need to do. There's no one there. |
| Matthew Ebert: | 05:28 | So I don't know if that's the leverage for the suit also, but that's also, that comes into play as well. |
| Gregg: | 05:33 | They're just bragging about this? You know there's going on... |
| Matthew Ebert: | 05:36 | They just talk about it. That's the, like I said, I haven't been there. I haven't been where they work at, but that's the talk about that that's what they do because there's no supervision and I knew it was an extended period of time because they said that. |
| Matthew Ebert: | 05:51 | There's also, between me and you, [inaudible 00:05:54] you can tell whoever you want. There's just off the record between you as far as anonymous source, there was this girl, I don't know which girl. I believe it's the one down in DC. She ran into another girl who quit. I don't know how she did this, but she said she has a recording of her speaking about something that happened at your place with... Not your place, at your place of business with you, which was made up in order to strengthen their case and it was recorded. Whether it was recorded in a public place... Yeah, so you can see the extremes that they're going to in order to try get at you and I just listen. |
| Matthew Ebert: | 06:28 | I am all for listening to certain bullshit, but when I know it's to extract money or go [inaudible 00:06:34] somebody in a position like yourself, it's not right. And a lot of them, like I said... |

| Gregg: | 06:38 | Can I just ask you why you're... I really appreciate this, but I have to ask, what's your motivation? I mean you're just a good guy? [inaudible 00:06:48]. |
| --- | --- | --- |
| Matthew Ebert: | 06:50 | I'm sorry, what's my motivation? |
| Gregg: | 06:52 | Yeah, you're just a good guy it seems like, but I mean... |
| Matthew Ebert: | 06:55 | Well I guess I don't want to... I don't like to see people taken advantage of, and this is a major, major advantage. You are in a position of power. These women have, for whatever reason, feel that they can try to take you out of that place of power. And I don't understand why you would, they would wreck a good thing but my whole thing is the morality of it. that you don't sue someone for something like this [inaudible 00:07:20] or put somebody through the mill if it's not right and it's not true. |
| Matthew Ebert: | 07:24 | And from what I can gather from what I've heard, it's not true. And some of the things, like I said, their outside lives of work would crumble their case only because of what I told you as far as drugs, the sexual history of the numerous, but especially the one down to DC. There's dirt, then that's just the case of a young girl also that works there. She's got a job that I think in a month she's leaving or something like that, where she's on the downside also. I don't know what your lure is, how they look at things, if they look at these people harder, that they dig more, they're going to find a lot more out than they thought was there. |
| Matthew Ebert: | 07:56 | And if it was me also, if you have a drug testing policy based on what I told you for three weeks ago in Philadelphia, it was at a, not a club but a high end dinner and then this was going on right afterwards. That should be enough to test. I don't know what your policies are. |
| Gregg: | 08:12 | I get it, I understand it. And there's no way we could ask you to come forward even if it was as an anonymous... |
| Matthew Ebert: | 08:20 | I can't because of what it's going to cost me. It's going to cost me a lot and... |
| Gregg: | 08:25 | I don't want you to be in that position. But I appreciate your, I appreciate it. I had to ask though, because I have a duty to the people. |

Matthew Ebert:      08:31      No, I understand that. And I have no problem continuing to relay information to you, as long as I'm not recorded or asked. I'm not going to testify or anything like that, but as far as even giving depositions, I won't do that because I think I'm in a position to at least pass off information to you that can be useful. That can be useful for your case and that can be useful not to pay anyone out, send them money they're not entitled to at all, especially for something that's not true.

Gregg:              08:56      Well, I appreciate it [inaudible 00:08:58].

Matthew Ebert:      09:02      Are you there? Your phone's breaking up. Are you there. Gregg?

Matthew Ebert:      09:12      (silence)

# EXHIBIT 141 Transcript of Plaintiff's Messages to J. Bishop

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:                    00:00              You're the biggest fucking loser I've ever met in my entire life. I actually can't think of anybody in the world more pathetic than you right now. Think about what you're doing on your Saturday night. You're a fucking lo-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

No baby girl, that's you. You're the one that's on meds. You're the one that can't get over shit. You're the one that stays with somebody who physically beats you, asks you to get abortions, and cheats on you. (laughs) I'm the one that's sick in the head? You're a fucking mess.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Oh, but I do. I really do, because you were so pathetic and sad, you told me all of it. You poor thing. Have another abortion, you whore. (laughs)

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

You better go to church, 'cause that shit is murder.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

That born again shit is bullshit. Murder is murder. God doesn't want you to murder anybody. That's called abortions and you weren't a Christian then because that was like in October. So what you've only been a Christian for about fuckin two months? You're so stupid. Murder is murder sweetheart. Keep praying. Hopefully God'll...

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

An abortion a day in my life. Never had an abortion cause I'm not a whore or an idiot.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I think if I had to pick the person that I thought the least of in this entire world, it would definitely, definitely-

This transcript was exported on Feb 27, 2020 - view latest version here.

Speaker 1:

Have you read the message you've sent me? You torture me out of nowhere. You bother me out of nowhere. I don't even talk to either of you. You're a fucking idiot and a-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

So now I'll get real-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I wouldn't have to say any th- things- (laughs) any of these things to you if you didn't fucking contact me, and bother me, and make fake accounts, uh, named Louise.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

You might have to google that word.

Lisa:

(laughs).

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

You must have already gotten what's coming to you...

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I went to an Ivy League school twice and I work for Congress, she's plenty proud. Your mom's a junkie that's puts fucking drugs up her snatch. What a loser.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

No wonder you have zero self-esteem.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

You think everybody is tr- is as trashy as you and your fucked up fa-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

You told me, Danny told me. You all told me because you're all losers.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I must say, I am thoroughly enjoying this. It's like really fucking fu-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

How proud is your mom that your man has... is a convicted kidnapper and has a fucking dick video out on the internet. Your kids must be real proud, that's their father. (laughs)

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

... not to mention he slept with your stepmother in a threesome. Yeah, and I'm the fucked up one. You are so stupid. (laughing).

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I'll sell one of my handbags and it'll be your whole income for the entire year.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Absolutely. There's no question in my mind that I'm not enjoying this. You won't leave me alone, you get what's coming to you, and I'm gonna love every fucking minute of it. Your man's a whore. He sleeps with everyone. You know it. Everyone was right about me. No sweetheart, everyone was right about you and Danny. You're disgusting. Your family is disgusting. Your life is disgusting. Your house is disgusting. Your poor fucking kid-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

If you keep living where you live with the man that you do watching, having your kids watch him beat up on you and fight they way they do, they won't be fine. They may be fine now but they won't be forever.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I know that your house was disgusting and all your furniture is from a charity shop, because you told me. I know that Danny comes home and spends no time with them and just stares at his phone the whole time. I know that you have no money. I know that you barely have any money for food, that all of their clothes come from a charity shop, that you've pulled a knife on your hus ... or your whatever the fuck he is in front of your kids. I know that they watch you cry. I know that they've seen your black eyes. I know all of it because you told me. (Laughs) You think that that's all they need? Okay. Keep dreaming. That's how you end up this fucked up.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I'm not pissed about anything. I'm mad that you fucking keep bothering me. I don't give a fuck about Danny. He's a loser, look at him. He's a laughing stock of the internet. He's a laughing stock of his own friends. He's a fucking joke-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

If that was the case then ask him about Manchester.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

It's really funny to me that you know nothing about your own life. Really funny, really, really, really, really...

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Sorry, my bad. I meant over the edge. The camp...

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Ha! Absolutely, positively not. Absolutely not. Absolutely not. And I have proof. If he wants to call me, tell him. Because I'm free to ruin both your lives. It's not a problem for me at all.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

(laughs)

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I'm not ruining my relationship with Tommy for your fucking crazy ass. But I already warned Danny, so I'm giving him the chance to settle you the fuck down.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

(laughing). You're so fucking stupid. You're so fucking stupid. Really, so stupid. Probably the dumbest bitch I ever fucking met in my life.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

So if you have nothing to worry about, why do you keep writing me? Really. Think about it. It's not even logical.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Every single time I told you I had proof, I did, and I do, and I don't fucking care.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I tried to build you up and make you feel better about your own life, but then you kept harassing me and being crazy, so then, I'm just gonna retaliate. Then I'm just gonna fuckin' be back to the corner and you're gonna make me say things that fuckin', you don't wanna hear. That's on-

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Do you know what the word logical means? Do you? That might be like a high school word. Didn't you drop out?

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

I'll give it to ya. I just wanna make ya sweat a little more. I gotta drag it up anyway. Give me a couple minutes.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Absolutely not. I don't have time for that.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

You feel like shit because you know every time I told you anything it was true.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Oh I can guarantee you won't love it.

Speaker 2:

What?

Lisa:

You'll hate it.

Speaker 2:

Remember this?

Lisa:

I'm just trying to have you not kill yourself.

This transcript was exported on Feb 27, 2020 - view latest version here.

Lisa:

Oh, no that's it at all. I'm just talking to somebody about the situation. Wonder who might that be.

# EXHIBIT 142 Consolidated Transcrips of Plaintiff's Messages to J. Bishop

Lisa: You're the biggest fucking loser I've ever met in my entire life. I
actually can't think of anybody in the world more pathetic than you right now. Think about what you're doing on your
Saturday night. You're a fucking lo-

| audio_1@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
No baby girl, that's you. You're the one that's on meds. You're the one that can't get over shit. You're the one that
stays with somebody who physically beats you, asks you to get abortions, and cheats on you. (laughs) I'm the one
that's sick in the head? You're a fucking mess.

| audio_2@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
Oh, but I do. I really do, because you were so pathetic and sad, you told me all of it. You poor thing. Have another
abortion, you whore. (laughs)

| audio_3@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
You better go to church, 'cause that shit is murder.

| audio_4@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
That born again shit is bullshit. Murder is murder. God doesn't want you to murder anybody. That's called abortions
and you weren't a Christian then because that was like in October. So what you've only been a Christian for about
fuckin two months? You're so stupid. Murder is murder sweetheart. Keep praying. Hopefully God'll...

| audio_5@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
An abortion a day in my life. Never had an abortion cause I'm not a whore or an idiot.

| audio_6@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I think if I had to pick the person that I thought the least of in this entire world, it would definitely, definitely-

| audio_7@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Speaker 1:
Have you read the message you've sent me? You torture me out of nowhere. You bother me out of nowhere. I don't
even talk to either of you. You're a fucking idiot and a-

| audio_8@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
So now I'll get real-

| audio_9@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I wouldn't have to say any th- things- (laughs) any of these things to you if you didn't fucking contact me, and bother
me, and make fake accounts, uh, named Louise.

| audio_10@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:You might have to google that word.

Lisa:
(laughs).

| audio_11@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
You must have already gotten what's coming to you...

| audio_12@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I went to an Ivy League school twice and I work for Congress, she's plenty proud. Your mom's a junkie that's puts fucking drugs up her snatch. What a loser.

| audio_13@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
No wonder you have zero self-esteem.

| audio_14@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
You think everybody is tr- is as trashy as you and your fucked up fa-

| audio_15@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
You told me, Danny told me. You all told me because you're all losers.

| audio_16@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I must say, I am thoroughly enjoying this. It's like really fucking fu-

| audio_17@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
How proud is your mom that your man has... is a convicted kidnapper and has a fucking dick video out on the internet. Your kids must be real proud, that's their father. (laughs)

| audio_18@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
... not to mention he slept with your stepmother in a threesome. Yeah, and I'm the fucked up one. You are so stupid. (laughing).

| audio_19@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I'll sell one of my handbags and it'll be your whole income for the entire year.

| audio_20@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
Absolutely. There's no question in my mind that I'm not enjoying this. You won't leave me alone, you get what's coming to you, and I'm gonna love every fucking minute of it. Your man's a whore. He sleeps with everyone. You know it. Everyone was right about me. No sweetheart, everyone was right about you and Danny. You're disgusting. Your family is disgusting. Your life is disgusting. Your house is disgusting. Your poor fucking kid-

| audio_21@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:If you keep living where you live with the man that you do watching, having your kids watch him beat up on you and fight they way they do, they won't be fine. They may be fine now but they won't be forever.

| audio_22@26-02-2020_18-10-19 (Completed 02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I know that your house was disgusting and all your furniture is from a charity shop, because you told me. I know that Danny comes home and spends no time with them and just stares at his phone the whole time. I know that you have no money. I know that you barely have any money for food, that all of their clothes come from a charity shop, that you've pulled a knife on your hus ... or your whatever the fuck he is in front of your kids. I know that they watch you cry. I know that they've seen your black eyes. I know all of it because you told me. (Laughs) You think that that's all they need? Okay. Keep dreaming. That's how you end up this fucked up.

| audio_23@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I'm not pissed about anything. I'm mad that you fucking keep bothering me. I don't give a fuck about Danny. He's a loser, look at him. He's a laughing stock of the internet. He's a laughing stock of his own friends. He's a fucking joke-

| audio_24@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
If that was the case then ask him about Manchester.

| audio_25@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
It's really funny to me that you know nothing about your own life. Really funny, really, really, really, really...

| audio_26@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
Sorry, my bad. I meant over the edge. The camp...

| audio_27@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
Ha! Absolutely, positively not. Absolutely not. Absolutely not. And I have proof. If he wants to call me, tell him. Because I'm free to ruin both your lives. It's not a problem for me at all.

| audio_28@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
(laughs)

| audio_29@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
I'm not ruining my relationship with Tommy for your fucking crazy ass. But I already warned Danny, so I'm giving him the chance to settle you the fuck down.

| audio_30@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
(laughing). You're so fucking stupid. You're so fucking stupid. Really, so stupid. Probably the dumbest bitch I ever fucking met in my life.

| audio_31@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
So if you have nothing to worry about, why do you keep writing me? Really. Think about it. It's not even logical.

| audio_32@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

Lisa:
Every single time I told you I had proof, I did, and I do, and I don't fucking care.

| audio_33@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
|---|---|

| Lisa:<br>I tried to build you up and make you feel better about your own life, but then you kept harassing me and being crazy, so then, I'm just gonna retaliate. Then I'm just gonna fuckin' be back to the corner and you're gonna make me say things that fuckin', you don't wanna hear. That's on- | |
|---|---|
| audio_34@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
| Lisa:<br>Do you know what the word logical means? Do you? That might be like a high school word. Didn't you drop out? | |
| audio_35@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
| Lisa:<br>I'll give it to ya. I just wanna make ya sweat a little more. I gotta drag it up anyway. Give me a couple minutes. | |
| audio_36@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
| Lisa:<br>Absolutely not. I don't have time for that. | |
| audio_37@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
| Lisa:<br>You feel like shit because you know every time I told you anything it was true. | |
| audio_38@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
| Lisa:<br>Oh I can guarantee you won't love it. | |
| Speaker 2:<br>What? | |
| Lisa:<br>You'll hate it. | |
| Speaker 2:<br>Remember this? | |
| Lisa:<br>I'm just trying to have you not kill yourself. | |
| audio_39@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |
| Lisa:<br>Oh, no that's it at all. I'm just talking to somebody about the situation. Wonder who might that be. | |
| audio_40@26-02-2020_18-10-20 (Completed  02/27/20) | Page 1 of 1 |