# EXHIBIT 143 Messages between Plaintiff and J. Bishop

# EXHIBIT S - PART 2





Who josh. 10:54

They sent them to me 10:54

But I'm not involved anymore 😂 10:54

That proves that you even have Tommy sending you pictures of Danny 🤣😂🤣😂🤣😂🤣 10:55 ✓✓

An I am the crazy one 10:55 ✓✓

You can't get over him can ya 😂🤣😂 10:55 ✓✓

This is killing you 🤣😂🤣😂🤣😂🤣🤣😋🤣🤣😋😋🤣🤣😀😀😀🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣🤣 10:

Message



6% 14:36

← L Lisa
last seen a long time ago



Mar 10, 2020, 9:15 AM








Neither have you. 10:07

You don't scare me 10:07

I think you're actually pretty funny 10:07

⌄

☺ Message 🔗 🎤

🖼 🟢 🍔 ...     ⏰ 📶 8% 🔋 14:29

← L  **Lisa**
        last seen a long time ago     ⋮

10:07 ✓✓

Neither have you. 10:07

You don't scare me 10:07

I think you're actually pretty funny 10:07

I don't plan too 10:08 ✓✓

Oh. Now you are gonna be pathetic and
hurt yourself 10:08

😂🤣🤔🤣😂 why do you think I would
do thay 10:08 ✓✓



That? 10:08 ✓✓

I really wanna know how it feels to be so fucked up in the head 10:08

Is it hard living like that 10:09

Is it also hard knowing you can't take a picture without a filter 10:09

Message



📷 🟢 ... ⏰ 📶 8% 🔋 14:29

← **L** **Lisa**
last seen a long time ago ⋮



I really wanna know how it feels to be so fucked up in the head 10:08

Is it hard living like that 10:09

Is it also hard knowing you can't take a picture without a filter 10:09

You seriously haven't got a clue I have never tried to any thing like that ever



10:09 ✓✓

An I defanitly wouldn't do anything over Danny 🤣😂  10:09 ✓✓

Well that's good to know  10:10

I would of been dead along time ago if that was the case 🤣😂  10:10 ✓✓

Yeah cause he's such a piece of shit  10:10

And you're messaging me over a piece of shit  10:10



☺ |Message  📎 🎤



🖼 💬 🔵 ...  ⏰ 📶 8% 14:29

← **L** **Lisa**
last seen a long time ago  ⋮

Do you see how inconsistent you are  10:10

I just need to know the truth for my own sanity  10:11 ✓✓

Ask for it from him why ask for it from me  10:11



You should 10:12 ✓✓

It's better when you do 😄 10:12 ✓✓

I have a real life 10:13

I don't need to be tied up in this bullshit 10:13

I will say it was fun here's to the next time 10:14

I'm sure I'll see you on a new fake account in a month 10:14

When he's being a dick and you get all insecure 10:14

I want to see this Skype thing 10:14 ✓✓

I'm sure you do 10:14

⌄

☺ Message  📎  🎤

---

🖼 🟢 ⬤ ...                    ⏰ 📶 ▮ 8% ▮ 14:30

←    Ⓛ    **Lisa**                       ⋮
           last seen a long time ago

I want to see this Skype thing 10:14 ✓✓

I'm sure you do 10:14

I do but you clearly haven't got the balls to show me in case you upset Danny 10:15 ✓✓

Just know deep down that if I really wanted Danny I would have him.  But I don't 10:15

Be wouldn't go back to you after all this 10:16 ✓✓

I wouldn't go back to him after all this 10:16

Get it straight 10:16

 10:16 ✓✓

You would an you know it 10:16 ✓✓

Not in 1 million fucking years 10:16

 Message  

Get it straight 10:16

😂🤣 10:16 ✓✓

You would an you know it 10:16 ✓✓

Not in 1 million fucking years 10:16

So protect him still 10:16 ✓✓

And deal with you forever no thanks 10:16

I'll protect him but I don't want him 10:17

I have no relationship with you 10:17

The only reason I ever showed you anything in the first place was because I was sick of all the lies 10:17

But since you refuse to go anywhere there's no benefit in that for me 10:17

It's all a cost benefit analysis 10:17

And deal with you forever no thanks

10:16

I'll protect him but I don't want him 10:17

I have no relationship with you 10:17

The only reason I ever showed you anything in the first place was because I was sick of all the lies

10:17

But since you refuse to go anywhere there's no benefit in that for me 10:17

It's all a cost benefit analysis 10:17

And there is no return on my investment from showing you anything

10:17

No it wasn't you Wanted to make me suffer

Case 2:19-cv-08030-JDW Document 153-7 Filed 08/07/20 Page 16 of 68

You wanted me to know everything

10:1

To make your self feel better 10:18

☺ Message



Lisa
last seen a long time ago

7% 14:30

10:17

No it wasn't you Wanted to make me suffer
10:18 ✓✓

You wanted me to know everything
10:18 ✓✓

To make your self feel better 10:18 ✓✓

You were harassing me I would've never told you shit
10:18

I feel great 10:18

Bollox 10:18 ✓✓

My life is A+









No way 10:20 ✓✓

Fuck that I would never do this to another girl 10:21 ✓✓

No matter what she had done to me no one deserve this 10:21 ✓✓

Oh really because you have no problem coming at me 10:21

Because you fucked with my life 10:22 ✓✓

An I new it from the staty 10:2



Start 10:23 ✓✓

 Message  



🖼 ☺ 🍔 ...                    ⏰ 📶 7% 📋 14:30

← L **Lisa**
last seen a long time ago                    ⋮

Oh really because you have no problem coming at me 10:21

Because you fucked with my life 10:22 ✓✓

Start 10:23 ✓✓

I have never slept with anyone's man 10:23 ✓✓

I never would 10:23 ✓✓

I know the feeling 10:23 ✓✓

It sucks 10:23 ✓✓

That's why it's so funny for me you get all angry and call me all these names but deep down it's all because you know how awesome I am and it scares you. You see me as a threat to your life. And if you didn't think That I had any power over you or danny you wouldn't be messaging me 10:23

☺ Message                    📎 🎤

🖼 🕓 🍔 ...                    🕐 📶 7% ▮ 14:31

← L **Lisa**
    last seen a long time ago        ⋮

I know the feeling 10:23 ✓✓

It sucks  10:23 ✓✓

That's why it's so funny for me you get all angry and call me all these names but deep down it's all because you know how awesome I am and it scares you. You see me as a threat to your life. And if you didn't think That I had any power over you or danny you wouldn't be messaging me  10:23

That's why none of the things you say get to me or hurt me. Because we all know the truth.  10:24

You're just a scared sad little girl  10:24

I am messaging you because I saw on his phone that you said don't make me ruin her day which instantly I new you had something in him I don't want to hurt you or make you feel shitty I am angry with this situation. An I jus

Message

14:31

# Lisa
last seen a long time ago

be messaging me                                    10:23

That's why none of the things you say get to me or hurt me. Because we all know the truth.                                    10:24

You're just a scared sad little girl    10:24

I am messaging you because I saw on his phone that you said don't make me ruin her day which instantly I new you had something in him I don't want to hurt you or make you feel shitty I am angry with this situation. An I just want to get over it. But I can't your right because we both know the truth I am not jealous of you an u defiantly don't want to be you                                    10:25 ✓✓

I thought like I have said at that point in are relationship that we all good it broken me that he could do that to me again for the last 3 years i have put my heart am soul into this                                    10:27 ✓✓

I am not scared I just don't war waste anymore time                                    10:27 ✓✓

**Lisa**
last seen a long time ago

because we both know the truth I am not jealous of you an u defiantly don't want to be you
10:25 ✓✓

I thought like I have said at that point in are relationship that we all good it broken me that he could do that to me again for the last 3 years i have put my heart am soul into this
10:27 ✓✓

I am not scared I just don't want to waste anymore time
10:27 ✓✓

With him 10:27 ✓✓

None of that is my problem nor my issue
10:27

You fucked up when you made an enemy out of me instead of being cool like the original plan
10:28

If he wanted you so bad why ain't you together



I don't want to be with him I live in
another country I have an amazing

Message



Issue
10:27

You fucked up when you made an
enemy out of me instead of being cool
like the original plan
10:28

If he wanted you so bad why ain't you
together
10:28 ✓✓

I don't want to be with him I live in
another country I have an amazing
boyfriend and an amazing job   10:28

You blocked me after you left England
10:28 ✓✓

I'm not gonna go and risk all my good
shit to be with somebody who doesn't
even have any money   10:28



I was cool with you   10:28 ✓✓

No you weren't you started sending me crazy messages again   10:28

So I blocked you   10:28

😊 Message   📎 🎤

---

🖼 💬 🍔 ...                              ⏰ 📶 .ill 7% 🔋 14:31

← L   **Lisa**
         last seen a long time ago                    ⋮

shit to be with somebody who doesn't
even have any money   10:28

I was cool with you   10:28 ✓✓

No you weren't you started sending me crazy messages again   10:28

So I blocked you   10:28

It took a lot for me to even meet you
                                            10:29 ✓✓

You should've kept me as an ally but you fucked up   10:29



You was never on my side 10:29

An never have been 10:29

I actually was for a short period of time
10:29

I'm certainly not now 10:29

No not at all 10:2

Message

📷 🟢 ... 🔔 🛜 .ıl 7% 🔋 14:31

**Lisa**
last seen a long time ago

I actually was for a short period of time
10:29

I'm certainly not now 10:29

No not at all 10:29

And I never will be again know that
10:29

You burnt me far too many times 10:29



That's cool stay on his side 10:30

Im not on his side either I'm on my own side 10:30

🤔 doesn't seem that wau 10:38

Way 10:38

Looks may be deceiving 10:39

Your sent from the devil I swear down 10:4

I'm just tired of your bullshit 10:41

Message

---

... 7% 14:31

**Lisa**
last seen a long time ago

Looks may be deceiving 10:39

Your sent from the devil I swear down 10:41

I'm just tired of your bullshit 10:41





Dikkhead  10:44 ✓✓

The view is pretty good up here  10:44

What's the weather like  10:44 ✓✓

🤣  10:44 ✓✓

Sunny and beautiful  10:44

How is it there in the gutter  10:44

Wouldn't know 😋  10:45 ✓✓

Right  10:45

As it your now writing to Danny 🙈  10:49 ✓✓

What?  10:50

Message

🖼 🟢 🍔 ...                    ⏰ 🛜 📶 7% 🔋 14:32

← Ⓛ  **Lisa**
     last seen a long time ago                    ⋮

As it your now writing to Danny 

10:49 ✓✓

What? 10:50

I only write Danny when you write me just know that.
Every time you message me iMessage him and let him know. If anybody is still keeping me in contact with Danny it's you

10:50

😂🤣 10:51 ✓✓

What the fuck is even going on here

10:51 ✓✓

What's going on is you won't leave me alone

10:52

I have no interest in danny at all 10:52

He has no interest in me and you need to grow the fuck up

10:52



☺ Message





**Lisa**
last seen a long time ago

He has no interest in me and you need to grow the fuck up
10:52

You have shit on Danny an tell me about it how would you react? 10:52 ✓✓

But you're too fucking stupid to get it through your head
10:52

That's not what happened what happened as you started messaging me crazy shit again
10:52

Twist it however you think will work but I'm not going to give in to your bullshit
10:53

**October 21**

Okay so Danny told me he gave you the whole if things where different speech on skype so keep ya fucking proof. Look if what your saying is true an he really did love you why did he finish it all before I even found out

Case 2:19-cv-05030-JDW   Document 153-3   Filed 08/16/21   Page 32 of 68

☺ Message

📷 🟢 🍔 ...                    🕐 📶 7% 🔋 14:32

← **L** **Lisa**
last seen a long time ago     ⋮

~~I'm not going to give in to your bullshit~~
10:53

**October 21**

Okay so Danny told me he gave you the whole if things where different speech on skype so keep ya fucking proof. Look if what your saying is true an he really did love you why did he finish it all before I even found out?? You don't have to answer that. You didn't have sex on the campaign you had a conversation that's all like I said actions speak louder than words.
07:23 ✓✓

😂😂 08:07

You are never going away are ya? 08:08

Yesterday showed me your true
~~colours everyone was right about~~

colours everyone was right about
you! Psychotic weirdo who is out to
make my life hell. Danny finished you
an you was crying your eyes out at
the airport threatening him to tell me
about this sick lil affair. The way you



Message


Case 2:19-cv-06020-JDW Document 53-7 Filed 09/16/21 Page 33 of 68

---

 
← **Lisa**
last seen a long time ago

⋮

You are never going away are ya? 08:08

Yesterday showed me your true
colours everyone was right about
you! Psychotic weirdo who is out to
make my life hell. Danny finished you
an you was crying your eyes out at
the airport threatening him to tell me
about this sick lil affair. The way you
talk is disgusting I would of gone mad
an wanted to kill you a couple of years
ago but that's not me now. I had Danny
in tears last night begging me to stop
talking to you b3fore you split us up
AGAIN He also admitted that he did
ha e feelings for you but every time he
came home it got worse an he realised



that if he carried on he would lose me completely. I message you because I am fucked in the head OVER THIS an like I said I have to get things off my chest when I have gut a feeling which you have now both confirmed. 08:55 ✓✓

Thanks for the conversation 08:55 ✓

😊 Message



🖼 💬 🍔 ...                    ⏰ 📶 📶 7% 🔋 14:32

← L **Lisa**
last seen a long time ago
⋮

Thanks for the conversation. 😘 08:55 ✓✓

You're so fucking crazy you have no idea what you're talking about you're the biggest fucking idiot I've ever met my entire life when are you just going to go away 12:53

How pathetic is this 12:53

40m ago from Camera Roll
JUST FOR YOU DAZ







12:54 ✓✓

That is pathetic  12:55 ✓✓

No that shit was funny  12:55

Like I said we all know the truth it's just you that refuses to admit it  12:55

You're an ugly crack whore for real  12:55

😂🤣😂  12:5

You really don't get to me  12:56 ✓✓

Message

---

🖼 💬 👑 ...  ⏰ 📶 .ıl 7% 🔋 14:32

**Lisa**
last seen a long time ago

😂🤣😂  12:55 ✓✓

You really don't get to me  12:56 ✓✓

I still have the proof of Danny want to

keep lying tell him I'll send it right over

12:56

Say what you want 12:56 ✓✓

I don't have to say anything I have everything in text message and screen recorded
12:56

Send it! he told me the truth yesterday
12:57 ✓✓

If I wasn't driving right now I'll send it all right to you I'm sure he did I'm sure he told you everything that Man hasn't told you the truth in fucking 13 years. And you know it.
12:57

Like I keep saying actions speak lou
words. He told me yesterday broke
down to me on paid it all out to me

☺ Message 📎 🎤

---

🖼 📞 🍔 ...                    ⏰ 🛜 📶 7% 🔋 14:32

←   **L**   **Lisa**
            last seen a long time ago   ⋮

Like I keep saying actions speak louder
words. He told me yesterday broke

Case 2:19-cv-05030-JDW Document 153-7 Filed 03/16/21 Page 38 of 68

words. He told me yesterday broke down to me an paid it all out to me

12:58 ✓✓

I'm sure he did that's what he did the last six times

12:58

You mean shit to him. Like you keep saying it only me dragging this up

12:59 ✓✓

Well that's true  12:59

That doesn't mean he can't keep his dick to him sell

12:59

Self  12:59

  12:59

So good if you know everything and you believe danny stop fucking texting me

12:59



Don't try an say you have slept with him

☺  Message  📎  🎤

Mar 10, 2020, 9:14 AM









Case 2:19-cv-07200-JDW Document 50-2 Filed 00/00/00 Page 42 of 68

You let avi send it to his own pho e

09:32 ✓✓

Phone 09:32 ✓✓

I didn't let Avi do shit 09:32

There's like 1000 witnesses 09:32

Message

---

9% 14:26

**Lisa**
last seen a long time ago

Phone 09:32 ✓✓

I didn't let Avi do shit 09:32

There's like 1000 witnesses 09:32

Another lie 09:32 ✓✓

And danny knows it too 09:33

Didn't try an protect my kids then
09:33 ✓✓









It came from you enough said  09:34 ✓✓

I'm not showing it to you because we talk I'm showing it to you because you know that I know that  I didn't share that video  09:34

👏👏👏  09:35 ✓✓

😉  09:35

Which is  09:35 ✓✓

Fuck off Jaz 🤣  09:36

That's what I was asking about last night  09:36 ✓✓

SEE YOU ARE TRYING TO MAKE M
FEEL CRAZY SO WHAT THE FUCK
VOLLEXPECT WHEN VOLLARUSELIKE

⌄

☺ | Message                    📎  🎤

🖼 💬 🍔 ...            ⏰ 🛜 📶 9% 🔋 14:26

←    L    **Lisa**
          last seen a long time ago          ⋮

Fuck off Jez 🤬 09:36

That's what I was asking about last night 09:36 ✓✓

SEE YOU ARE TRYING TO MAKE ME FEEL CRAZY SO WHAT THE FUCK DO YOU EXPECT WHEN YOU ABUSE LIKE THIS 09:36 ✓✓

Answer me this if you trust him so much, And you too are so happy, Why are you bothering me all the time 09:36

It's been playing on my mind since you said that to him 09:37 ✓✓

I wouldn't do anything if you didn't speak to me 09:37

It's that simple 09:37

I just want to know the fucking truth now 09:

Go away and move on

 Message  

## Lisa
last seen a long time ago

Go away and move on. 09:37

I new there was something else
09:37 ✓✓

I will when I can put it all to bed 09:37 ✓✓

But I thought you said I'm a liar and everything is bollocks 09:37

Your man can't tell you the truth so you go everywhere else looking for it it's pathetic 09:38

Just like the rest of your pathetic life 09:38

I just want to know what the fuck I am dealing with 09:38 ✓✓

How do you not know you've been with the dude for 13 years 09:39

Do you know exactly what you have and that is why you are messaging me 09:39



:) Message

📷 💬 ⬛ ...                    ⏰ 📶 9% 🔋 14:26

← (L) **Lisa**
        last seen a long time ago          ⋮

👋 09:39

Lisa what do you get out of not
showing me
                                  09:39 ✓✓

Fun 09:40

Your protecting him because you still
have feelings for him
                                  09:40 ✓✓

Hence you sitting around on his
clothes
                                  09:40 ✓✓

You're never going to go away why give
you any more ammo?
                                  09:40

I have no feelings for Danny  09:40

Bollox 09:40 ✓✓

You do 09:40 ✓✓

OK think whatever you want  09:40

You told him you love him  09:40 ✓✓

Message

---



9% 14:26

**Lisa**
last seen a long time ago

You do  09:40 ✓✓

OK think whatever you want  09:40

You told him you love him  09:40 ✓✓

An you took your ring off over him
09:40 ✓✓

Hahahaha Me and my girl Tricia were just talking about this earlier today  09:40

We were talking about how crazy it was I actually even thought I liked him  09:41

Planned to leave your family home
09:41 ✓✓



We were rolling on the floor laughing
so hard                                    09:41

I am sure you was    09:41 ✓✓

Yeah I got brought up because of you
                                           09:41

We were like what was I thinking

☺ Message                        📎  🎤



📷 💬 🍔 ...              ⏰ 🛜 �...1 9% 🔋 14:26

←   L   **Lisa**
        last seen a long time ago          ⋮

so nard                                    09:41

I am sure you was    09:41 ✓✓

Yeah I got brought up because of you
                                           09:41

We were like what was I thinking    09:41

So funny   09:41

Telling him you have never felt like this
since 2007                           09:41 ✓✓



All of that was true at the time  09:41

I'm not gonna deny it but it certainly doesn't exist now  09:41

I no it dose  09:42

Lair  09:42

I'll correct your grammar for you. I

Message



**Lisa**
last seen a long time ago

I no it dose  09:42

Lair  09:42

I'll correct your grammar for you. I know it does.  09:42



09:42

Your wouldn't even entertain me or still have his cock on your phone 09:42 ✓✓

I don't delete anything on purpose just for incidents like this 09:42

I'm only entertaining me because you refuse to go away I block to you that didn't work you make up fake accounts I block them that doesn't work so instead I will just torture you 09:42

☺ Message 📎 🎤



🖼 💬 👑 ... ⏰ 📶 9% ▊ 14:27

← Ⓛ **Lisa**
last seen a long time ago ⋮

have his cock on your phone 09:42 ✓✓

I don't delete anything on purpose just for incidents like this 09:42

I'm only entertaining me because you

refuse to go away I block to you that
didn't work you make up fake accounts
I block them that doesn't work so
instead I will just torture you                09:43

Why when don't show anything?? I will
tell ya because you have made it all up
                                                09:43 ✓✓

You know that's not true    09:43

Oh wait here comes    09:43

Bullox    09:43

😂😘👌    09:44

You have fuck all to show me    09:44 ✓

Your a lair    09:44

☺ Message                              🖉  🎤

🖼 📞 🍔 ...          ⏰ 📶 📶 9% 🔋 14:27

←    L    **Lisa**
             last seen a long time ago        ⋮

😂😘👌    09:44

You have fuck all to show me  09:44 ✓✓

Your a lair  09:44 ✓✓

Ok.  09:44

Keep telling yourself that if it makes you sleep better at night  09:44

I SLEEP VERY WELL THANKS  09:45 ✓✓

I have nothing to gain by showing you anything you never go away, Danny and Tommy will be mad, Your kids will suffer. How does it benefit me to show you anything  09:45

Plus this is way more fun  09:45

Especially because I know I have truth on my side  09:45

Like Tommy cares about you an Danny

☺  Message  📎  🎤

🖼 🔵 🎮 ...          ⏰ 📶 ▂▃ 9% 🔋 14:27

Lisa

and Tommy will be mad, your kids will suffer. How does it benefit me to show you anything 09:45

Plus this is way more fun 09:45

Especially because I know I have truth on my side 09:45

Like Tommy cares about you an Danny 😀🤣 09:46 ✓✓

Tommy would care if I disrupt the apple cart 09:46

Still protecting him 09:46 ✓✓

No it's more about making you angry and suffer 09:46

You're the one that needs to put it all behind you not me 09:47

You're the one that's in a position of weakness because you live with a man you don't trust 09:47




and sutter                              09:46

You're the one that needs to put it all
behind you not me          09:47

You're the one that's in a position of
weakness because you live with a man
you don't trust              09:47

I don't trust anyone    09:47 ✓✓

That's just me    09:47 ✓✓

You're the one that has nothing going
for her and her whole entire life except
for Danny fucking Tommo         09:47

That's bollox    09:47 ✓✓

Really? You see your self getting new
furniture anytime soon         09:48

Your not getting to me    09:48 ✓✓



At all    09:

Message

---

← L  **Lisa**
      last seen a long time ago    ⋮

That's bollox    09:47 ✓✓

Really? You see your self getting new
furniture anytime soon    09:48

Your not getting to me    09:48 ✓✓

At all    09:48 ✓✓

Do you see yourself ever making a
stable income and having something
of your own    09:48

I do    09:48 ✓✓

I really hope you do because maybe
then you'll leave me alone    09:48





and I worked hard my whole entire life
09:51

I didn't do drugs and date murderers
09:52

I don't cheat on my men I don't let them
cheat on me
09:52

Expect Danny 09:52 ✓✓

I've lived a good life and that's why
good things come to me
09:52

Let him walk all over you

☺ Message

---

🖼 🟢 🎮 ...                    ⏰ 📶 📶 8% 🔋 14:28

← **L** Lisa
        last seen a long time ago          ⋮

I don't cheat on my men I don't let them
cheat on me
09:52

Expect Danny 09:52 ✓✓

I've lived a good life and that's why
good things come to me
09:52



Let him walk all over you 09:52 ✓✓

That's what you think happened 09:52

But we all know the truth 09:53

And so do you and that's why you're so threatened by me that you keep messaging me 09:53

You paid for Everything 09:53 ✓✓

You said it yourself you know him better than anyone and you know what his messages meant 09:53

I don't have to tell you shit it's in your heart you know it

Message



**Lisa**
last seen a long time ago

I don't have to tell you shit it's in your heart you know it 09:53

Why do you like telling me stuff like

that? 09:54 ✓✓

Why do you like messaging me out of the blue about dumb fucking shit that doesn't matter anymore 09:54

You were the only one that can't get over this 09:54

Danny and I are long over it 09:54

Because it matters to me 09:54 ✓✓

An yeah I can't get over it 09:54 ✓✓

That's on you 09:55

It's hurts it's shit 09:55 ✓✓

Oh now you're hurt 09:55

⌄

☺ Message 📎 🎤

🖼 🟢 🍔 ...                ⏰ 📶 📶 8% 🔋 14:28

← L **Lisa**
last seen a long time ago         ⋮

Why would you be so hurt if you knew
he would never come back to me if I
wanted to 09:56

See this is what I mean 09:56 ✓✓

Your fucking evil 09:56 ✓✓

They're legitimate questions 09:56

Either I'm a terrible lying whore person
and danny is the greatest OR.... 09:57

Please send me this shit you have on
him 09:57 ✓✓

Please 09:57 ✓✓

The fact of the matter is You can say
I'm just some dinlo but you know better
09:57

I am fucking begging you 09:57 ✓✓



You know I'm tall beautiful successful.
And it scares the ever fucking daylights

 Message  

An yeah I can't get over it 09:54 ✓✓

That's on you 09:55

It's hurts it's shit 09:55 ✓✓

Oh now you're hurt 09:55

I MEAN IT HURT LIKE HE'LL 09:55 ✓✓



09:55

Hell 09:55 ✓✓

Why would you be so hurt if I was just a paycheck to him 09:55

Why would you be so hurt if you knew I meant nothing to him 09:56





Created by Universal Document Converter. Licensed to... Page 67 of 68

I'm not doing this Jaz 10:00

I'll let you think what you want to think
10:00

Please just tell me 10:00

Do some soul-searching and leave me

Message



**Lisa**
last seen a long time ago

Did you sleep with him on the campaign
10:00 ✓✓

I'm not doing this Jaz 10:00

I'll let you think what you want to think
10:00

Please just tell me 10:00 ✓✓

Do some soul-searching and leave me alone and maybe one day you'll figure it out
10:00

