# EXHIBIT 143
# Messages between Plaintiff and J. Bishop

# EXHIBIT S - PART 3





And I'm not saying that I did  10:02

Bollox  10:02 ✓✓

I know  10:02 ✓✓

I ain't stupid  10:02 ✓✓

It's funny that you knew it.  But I have other messages from you that says he would've never touched me  10:02

Which one is it Jaz  10:02

You tell me  10:02

Well we both know what he's  10:0⌄

Message

📷 ◻ 🍔 ...                    ⏰ 📶 8% 🔋 14:29

**Lisa**
last seen a long time ago

It's funny that you knew it.  But I have

would've never touched me 10:02

Which one is it Jaz 10:02

You tell me 10:02

Well we both know what he's like 10:03 ✓✓

Well you seem pretty stupid to me 10:03

I hope you're happy I hope you got everything you wanted out of messaging me 10:03

You don't know me or my story 10:03 ✓✓

An yeah I did 10:03 ✓✓

I don't need to I see the end result it's pathetic 10:03

I new there was something 10:04 ✓✓

Message

Mar 10, 2020, 9:14 AM





Or my children's  22:07

😊  Message  📎  🎤

---

📷 💬 🍔 ...    ⏰ 📶 📊 10% 🔋 14:21

← L  **Lisa**
last seen a long time ago    ⋮


00:35    22:07

You seriously don't know what your talking about I told you stuff that I wanted you to know. Who gives a fuck for money you can't take any of it when you die you should try an be a bit more humble my sweet 😉😉😉😋    22:09 ✓✓

Your pissed because Danny left you for me 🤣😂    22:09 ✓✓

Jokes on you  22:09 ✓✓

You was just he ticket to places  22:10 ✓✓



00:15
22:10

We both know it  22:10 ✓✓

Ya ya.  22:10

Message

◻ ☺ 🍔 ...                    ⏰ 🛜 📶 10% 🔋 14:21

← L  **Lisa**
last seen a long time ago            ⋮

We both know it  22:10 ✓✓

Ya ya.  22:10

▶  00:03                22:10

Money an sex that's what that was
22:11 ✓✓

Manchester  22:11 ✓✓

▶  00:07            22:11





keep messaging me every month. 22:15

I don't message you because I don't give a shit you give a shit 22:15

So come on where's this proof 22:16 ✓✓

You have fuck all he wouldn't even come near you on the campaign 22:16 ✓✓



▶ 00:09 22:16

▶ 00:11 22:16

Message

← **L** Lisa
last seen a long time ago ⋮

I don't feel like shit now 🤣😂🤣 22:22 ✓✓



I am loving this too   22:22 ✓✓

Good times   22:22

So you gonna try an show me this proof   22:23 ✓✓

Or keep me hanging   22:23 ✓✓

▶ 00:06   22:23

I would love to see what you come up with   22:23 ✓✓

▶ 00:06   22:24

Bring it on 😂🤣😂   22:2

See you have shit

Message



📷 🟢 🍔 ...                    ⏰ 📶 10% 🔋 14:22

← L   **Lisa**
      last seen a long time ago   ⋮

😂🤣😄🤣🤣 22:29 ✓✓

What are you trying to get at?? 22:30 ✓✓

Dikkkhead 22:30 ✓✓

You ain't got fuck all lisa 🤣😂🤣 so sad 22:31 ✓✓

😂🤣😂😊😂😄😄😄😄😄😄 22:31 ✓✓

🙈🙈🙈 22:45 ✓✓

I'm on the phone relax ho 22:45

🤣😂🤣 fucking hilarious 23:09 ✓✓

I'm re-downloading my Skype app real quick hold up 23:10

October 20

Sure 🤔 00:_ ✓

## Lisa
last seen a long time ago

October 20

Sure 🤔 00:33 ✓✓

I new it was all shit 00:33 ✓✓

Ya ya.  You know it's not. 08:48

You are TRASH 08:48

Your out to fuck with me 08:48 ✓✓

It's clear yo see 08:48 ✓✓

To 08:48 ✓✓

Now I am. 08:49

But it's all still true. 08:49

Or you would of sent it me 08:49 ✓✓

Bollox 08:4

I just didn't want to hurt your feelings

☺ Message

← **L** **Lisa**
last seen a long time ago ⋮

Or you would of sent it me 08:49 ✓✓

Bollox 08:49 ✓✓

I just didn't want to hurt your feelings before
08:49

No I still kind of wanna protect danny
08:49

Hahahahaha ha 08:49

Your sick an twisted you have fuck all on him
08:49 ✓✓

Still wanna protect Danny 🤣😂 08:50 ✓✓

Just like I didn't have that thing on Jessica that you read but I wouldn't send it to you
08:50

He doesn't deserve crazy fucking you

08:50

I thought you didn't care 08:50 ✓✓

Message



□ ⊙ ⊛ ...                    ⏰ 📶 10% 🔋 14:22

← L **Lisa**
last seen a long time ago    ⋮

08:50

I thought you didn't care 08:50 ✓✓

You make his life more difficult you can't just be fucking cool ever that's why he cheats on you all the time 08:50

I don't care about him I care about Tom in the long run but he doesn't deserve shit either 08:50

Bollox 08:50 ✓✓

You do care about him an this is why you make shit up to split us people 08:50 ✓✓



That's right everybody's a liar but you
and Danny
08:50

Up not people 08:51 ✓✓

Ffs 08:51 ✓✓

What interest do I have In splitting you

Message



← **L** **Lisa**
last seen a long time ago ⋮

What interest do I have In splitting you
up
08:51

Getting with him 08:51 ✓✓

Seriously. 08:51

😂😂😂 08:51

Been there done that don't need small
dick
08:51

So why are you doing this?? 08:52 ✓✓



Because you fucking annoyed me  08:52

So now I'm gonna fucking annoy you

08:52

08:52

Message

Lisa
last seen a long time ago

You told me that last night something happened on the campain  08:52 ✓✓

You have fuck all to back that up

08:52 ✓✓

How do you think I got his shirt Whore

08:53



No he didn't 08:54

Okayyyyyyh 08:54

😂😂😂🤣 08:54

So your saying you two had sex on the campaign?? 08:54 ✓✓

I doubt that very much 08:54 ✓✓

😂😂😂 08:55

Then why are you messaging me 08:55

Because that's what your trying to get at so clearly I want proof that you don't have 08:

Ok

Message

---

📷 🟢 ... ⏰ 📶 9% 🔋 14:23

← L **Lisa**
last seen a long time ago ⋮

Dirty lair 09:01 ✓✓

Case 2:20-cv-00320 Document 33-8 Filed 09/06/21 Page 21 of 71

The fact of the matter is my sweetness actions speak louder words so I don't give a fuck what he's has said to you it means jack shit all he was going it for was money an sex an when you hand it to him on plate of course he's going to take a seat. He left you because your a freak an was threatening to tell me about your sick affair

09:05 ✓✓

How many times I've to tell you I don't want to be with him you're the only crazy person that would

09:05

An you said Danny doesn't deserve a crazy me!!! Your hung up on him that bad it's laughable

09:05 ✓✓

You did want to be with him I ha e seen the conversation   

09:0

Yeah just like Jessica was hung up on

☺  Message  📎  🎤

 

Lisa

Case 2:19-cv-00081-DBW Document 321-4 Filed 08/08/21 Page 22 of 71

the conversation 😂😃😂    09:06 ✓✓

Yeah just like Jessica was hung up on him and every other girl he tried to fuck OK    09:06

Keep dreaming   09:06

😂🤣😂😋😁😋😂   09:06 ✓

Sad women   09:06 ✓

If I'm so sad why do you keep texting me    09:07

Why are you so worried   09:07

And Mo can't go by without you texting me    09:07

Month   09:07

And stalking me   09:07

If you have nothing to worry about you wouldn't care what I do    09:07

  ...



# Lisa
last seen a long time ago

You was posting pics of you in my boyfriend clothes expect a reaction

09:08 ✓✓

Your a lanky old women  09:08 ✓✓

I also enjoy writing to you 😂🤣😂

09:09 ✓✓

Good for you I enjoy it to  09:09





Message



Lisa
last seen a long time ago

09:10

What the fuck dose that prove? 😂🤣
09:11 ✓✓









Bollox 09:12 ✓✓

You know he knows it and that's why he's asking me not to do anything 09:12

He don't 09:12 ✓✓

Bollox 09:1

But I love torturing you 09:12

☺ Message



● ◎ ● ... 🕐 📶 9% ▮ 14:24

← L **Lisa**
last seen a long time ago ⋮

But I love torturing you 09:12

That's sick 09:12 ✓✓

Read it honey it's as clear as day 09:13

Your pure evil 09:13 ✓✓

You're sick now leave me alone you stupid cunt 09:13



forever so nobody else has to deal with any of your crazy bullshit 09:13

I am a lil crazy who gives a fucl 09:14 ✓✓

You ain't seen nothing yet 😉 09:14 ✓✓

Trust me 09:14 ✓✓

Im basically in love with my new man. I don't need danny. 09:14

😂🤣😂🤣🤣😂 09:14 ✓✓

Sure you are 09:14 ✓✓

Ok. 09:14

Message

← L **Lisa**
last seen a long time ago ⋮

Sure you are 09:14 ✓✓

Ok. 09:14



That's why you still have videos of him an his clothes 😂🤣😂🤣    09:15 ✓✓

I bet ya still do yaself over him    09:15 ✓✓

🤢🤢🤢🤢    09:15 ✓✓

Fucking filthy    09:15 ✓✓

How's your eye 😂🤣😂🤣😀😂    09:15 ✓✓

You're an idiot    09:15

🤣😂🤣😂    09:15 ✓✓

Your a dirty old lair    09:16 ✓✓

One shirt that's extra comfortable and expensive I'm not throwing out a 200 pound shirt    09:16

Message

🖼 ⊘ 👑 ...    ⏰ 📶 9% 🔋 14:24

← Ⓛ **Lisa**
last seen a long time ago ⋮

Your a dirty old lair 09:16 ✓✓

One shirt that's extra comfortable and expensive I'm not throwing out a 200 pound shirt 09:16

Yup.  Because I've lied to you so much this far 09:16

Did you buy that too 🤣😂🤣😂 09:16 ✓✓

I don't need him. I have guys lining up at my door. This is what it's like to have a real man sweetheart 09:20

🤣😂🤣😂😂 09:21 ✓✓

Fuck off 09:21 ✓✓

😂🤣😂🤣😂😂😂 09:21 ✓✓

Your such a joker 09:21 ✓

Not someone who beats you and

Message   


**Lisa**
last seen a long time ago

Your such a joker 09:21 ✓✓

Not someone who beats you and cheats on you all the time  09:21

How many times you think he's actually cheating on you like actual number of times or even number of people  09:21

Like I keep saying my sweet you know nothing  09:22 ✓✓

Over 50  09:22

Or under 50  09:22

I ain't some victim  09:22 ✓✓

That's not what you were saying on the phone  09:22

😂🤣😂🤣 09:22 ✓✓

Sounds like a really healthy



duck

No you are he won't leave me alone now you get what's coming to you  09:23



☺ Message   📎   🎤

---

🖼 🟢 🍔 ...                      ⏰ 📶 📶 9% 🔋 14:24

Sounds like it  09:22

Your playing with fire  09:23 ✓✓

It looks like a duck and quacks like a duck
09:23

No you are he won't leave me alone now you get what's coming to you  09:23

You*  09:23

Bollox  09:23 ✓✓

He won't leave you alone 😂🤣😂🤣😂🤣😂
09:23 ✓✓

He shows me every time you wrote to



him

> Off ya on her phone 😎 09:23 ✓✓

> Other * 09:24 ✓✓

I meant you won't leave me alone that's
what the * means do you know how to
type

☺ | Message                          🖉    🎤



🖼 🟢 👑 …                    🕐 📶 9% 🔋 14:25

← L **Lisa**
    last seen a long time ago                     ⋮

> Dinlo 09:24 ✓✓

> I just used it myself 🤣 09:24 ✓✓

> I want this proof from ya 09:24 ✓✓

> An I will go 😂😁😂 09:24 ✓✓

Danny and I don't talk at all anymore. I
talk to you 😂
                                        09:24

What do you need proof of if you know
it's not true
                                        09:25



Oh I forgot he doesn't deserve me going crazy on him dose he poor Danny 😭😭😭    09:25 ✓✓

🤣😂😂🤣🤣👏    09:25 ✓✓

You go to bed every night and you know what the truth is    09:25

You have to lay next to a man whose dick has been in everyone    09:25

Message



📷 💬 👑 ...                    ⏰ 📶 9% 📶 14:25

← L  **Lisa**
     last seen a long time ago    ⋮

You go to bed every night and you know what the truth is    09:25

You have to lay next to a man whose dick has been in everyone    09:25

I want this proof from you    09:25 ✓✓

Nah. I don't want you to slit your

wrists. Not fair to your kids. 09:26

Your just trying to make yaself feel better because your a shitty  person 09:26 ✓✓

Why would I do that 09:26 ✓✓

🤣😂 09:26 ✓✓

Because you know your man doesn't fucking give a fuck about you adopt to keep his dick in his pants 09:26

Enough 09:27

☺ Message 📎 🎤

📷 🟢 🍔 ... ⏰ 📶 9% 🔋 14:25

← Ⓛ **Lisa**
last seen a long time ago ⋮

Because you know your man doesn't fucking give a fuck about you adopt to keep his dick in his pants 09:26

Enough 09:27



Your chatting shit lisa you have fuck all on him

09:27 ✓✓

Not adopt 09:27

Ok. Then leave me alone 09:27

No because I want to see this ffs

09:27 ✓✓

I thought it doesn't exist 09:27

I will just lose my shit an everyone will suffer trust me

09:27 ✓✓

I ain't playing around anymore 09:27 ✓✓

Show me 09:

Message

9% 14:25

← L **Lisa**
last seen a long time ago

09:28 ✓

Lose your shit I would love to see it

Or are you Still protecting him? 09:28 ✓✓

Everybody knows that you're not fucking right in the head 09:28

I'm protecting your children 09:28

Your not trust me 09:28 ✓✓

It's you're 09:28

Go finish high school 09:28

Maybe you'll learn to stop behaving like you're in high school 09:29

I want to see this proof 09:29 ✓✓

And I want you to leave me alone 09:29

Imagine how that works 09:29

☺ Message

Mar 10, 2020, 9:13 AM



Tell Danny not to leave his shirt in my room next time
20:20

Message

 ... 🔔 📶 11% 🔋 14:17

**Lisa**
last seen a long time ago

😂😂😂😂 20:20

Tell Danny not to leave his shirt in my room next time
20:20

That was ages ago 20:20 ✓✓

Fat an ugly 🤣😂🤣😂💙🤣 20:20 ✓✓

Louise 20:21

Really cause I have something else of his to how long do you think he lost it do you reckon?
20:21

Loser 20:21

Bollox 20:21 ✓✓



Your just trying to get to me 20:21

I have a rich hot boyfriend and you're still at home hoping loser Danny is being loyal to you.   20:22

Stalking his ex-girlfriend's pages what a

Message



**Lisa**
last seen a long time ago

I have a rich hot boyfriend and you're still at home hoping loser Danny is being loyal to you.   20:22

Stalking his ex-girlfriend's pages what a loser   20:22

🤣🤣😂🤣🤣 20:23

And I know he's not 😂 20:23

You keep messing him an then I get his mates telling me your posting shit with his clothes still on 🤣😂🤔   20:23



20:23

Messaging him *   20:23 ✓✓

Message

---



🖼 🍔 📘 ...                    ⏰ 📶 11% 🔋 14:18

**Lisa**
last seen a long time ago

Messaging him *   20:23 ✓✓

He owes me so much money I can have a stone island shirt.  Nothing to do with Danny at all
20:23

I never messaged him ever ever ever ever ever you loser
20:23

😂🤣😂😂🤣🤣🤣   20:23 ✓✓



You should be on his mates making fun of him all the time I had a group chat with 43 messages of people just ripping on him and his friends don't even like him 20:24

And you know I'm not lying 20:24

You do he has shown me 20:24 ✓✓

🙈🙈🙈 20:24 ✓✓

When is the last time I said anything to Danny Thomas or you are smoking

Message



📷 🍔 f ...                    ⏰ 📶 11% 📋 14:18

← L  **Lisa**
       last seen a long time ago             ⋮

crack and less he has other girls under my name in phone 20:25

His 20:25

But I don't think he's that smart 20:25

It's sad that a women of your age even



To don't make me ruin your life because I don't ever text him  20:25

Ever  20:25

Harassing you 😂  20:26 ✓✓

Get back on your tablets you psychotic awful white trash mother bitch  20:26

I wouldn't let you ruin my life again  20:26 ✓✓

Your not worth it  20:26 ✓✓

I'll just show you shit that happened after the last time we talked and it wasn't from me bitch leave me alone  20:26

Your a sly little cunt lisa you would do

Message

Lisa
last seen a long time ago

11%  14:18

I'll just show you shit that happened after the last time we talked and it wasn't from me bitch leave me alone

20:26

Your a sly little cunt lisa you would do anything to keep ya legs open even sleep with other people's men

20:27 ✓✓

You new about me an that is the lowest if the low

20:27 ✓✓

It's all true and all you got is paranoia and lies

20:28

😂🤣😂 20:28 ✓

It's so sad that you have gone out of your way to take a picture of yourself in my boyfriends clothes !!! Apparently I am the nutter 😅🤔😎

20:30 ✓✓

See so you did know that I was with him 🙈

20:

Message

## Lisa
last seen a long time ago

😂🤣😂 20:28 ✓✓

It's so sad that you have gone out of your way to take a picture of yourself in my boyfriends clothes !!! Apparently I am the nutter 😂🤔😎 20:30 ✓✓

See so you did know that I was with him 🙈 20:32 ✓✓

How much time a week do you spend making fake social media accounts just curious? 20:35

> Lisa
> Really cause I have something else of his...

😂🤣 are you trying to make out that you have slept together. He wouldn't touch you again I know that 😂 20:36 ✓✓

Hmmmmmmm ok. 20:36

Glad you know that. Then why you messaging me? 20:37



Message

← **L** **Lisa**
last seen a long time ago ⋮

Glad you know that. Then why you messaging me?
20:37

😂🤣😂 because your a tramp that likes to keep other men's clothes
20:37 ✓✓

I know your as a bad him your like the women version of him it's sickening
20:38 ✓✓

Lol ok. 20:39

You read the messages. He LOVED me.
20:39

That's why you're so bent out of shape about it you know him
20:39

He never told you that 20:40 ✓✓

Post and songs that we like together

with your kids at a piano well that would burn me up 20:40

Oh yes He did and I have proof 20:40

Message

← L **Lisa**
last seen a long time ago ⋮

Oh yes He did and I have proof 20:40

No you don't at all I read that conversation.  Over an over again
20:41 ✓✓

He didn't say that to you 20:41 ✓✓

Voice Recordings and all you know I read everything
20:41

Swear on my children's lives he did
20:41

Book of 20:41 ✓✓

Bollox 20:41 ✓✓



Book of God hand on the Bible

He just wanted your money he would have said anything to you an not mean it

20:42 ✓✓

And all of his friends know it  20:42

That's bullshit

Message

📷 🍔 f ...                    ⏰ 📶 11% 🔋 14:18

← **L**  **Lisa**
       last seen a long time ago          ⋮

I got a message from a few of them saying I know Danny used to tell you he loves you and stuff. Because they were in the room when he did  20:42

Bollox  20:42 ✓✓

You know it's true  20:42

No I don't  20:43 ✓✓

Oh but you do if it wasn't going to at one of his friends I would totally send it to you

20:43



He would of just carried it on with you wouldn't he ?? He finished you  20:43 ✓✓

You chat shit  20:43 ✓✓

He would do anything for money  20:44 ✓✓

Every single time I told you I had proof I did  20:47

And you know it …

Message



🖼 🍔 📘 …                        ⏰ 📶 11% 🔋 14:18

← L **Lisa**
last seen a long time ago                    ⋮

20:44 ✓✓

Every single time I told you I had proof I did  20:47

And you know it  20:47

Yeah you probably do have proof but he didn't mean it  20:47 ✓✓

Case 2:19-cv-05030-JDW Document 66-4 Filed 03/08/21 Page 52 of 70



Don't think I won't finish it 20:49

You're an idiot I'm talking about later and I'm not even talking about me 20:49

Your trying to make out that you have slept with him 👏👏 20:51 ✓✓

Who dose that? 20:52 ✓✓

What do you get out of that?? 20:52 ✓✓

What do you get out of messaging me once a month with nonsense 20:52

I just have things I need to say 20:52 ✓✓

So I say it 20:5

☺ |Message                    📎  🎤

🖼 🍔 f ...            ⏰ 🛜 ⊿ 11% 🔋 14:19

←  Ⓛ  **Lisa**
       last seen a long time ago         ⋮

once a month with nonsense         20:52

20:52 ✓✓

So I say it  20:53 ✓✓

Once a month you make up a fake account to come bother me when I don't even talk to you guys anymore
20:53

Well don't expect me not to say stuff back
20:53

I don't know what to tell you  20:53

Like the last time you wrote to Danny sent screenshots of me messaging you an said don't make me ruin her day WHAT THE FUCK WAS THAT ABOUT?
20:54 ✓✓





 Message  

 

Lisa

last seen a long time ago



Totally looks like he's hating using me for money                    20:55

Yeah he's pissed he will fuck any thing                    20:

When did he send you that?



**Lisa**
last seen a long time ago

What's that from?

Our little videos

20:54

Totally looks like he's hating using me for money

20:55

Yeah he's pissed he will fuck any thing

20:55 ✓✓

When did he send you that?

20:55 ✓✓

It's killing you. 20:56

Why send that to me 20:56 ✓✓

Every time you call me with this nonsense I'm going to make it a point to hurt your feelings until you get the point that I don't want to hear from you ever again

20:57



When did he send you that

So you clearly have been speaking

Message



← **L** **Lisa**
last seen a long time ago ⋮

No. You are crazy and delusional  21:06

I don't even know why I do this I going to go mad I swear down what kind of person gets a kick out of this kind of shit
21:06 ✓✓

What picture did I post with his clothes on
21:06

His stone island top  21:06 ✓✓

You are nuts. It's a convenient white long sleeve shirt relax you weirdo  21:06

Yeah what picture was it you weirdo
21:06

You have just posted it again



Case 2:19-cv-08280-JDW Document 153-8 Filed 03/16/20 Page 58 of 71

What are you talking about 21:06

I have no idea what you're talking about the first one the one I did today was just to irritate you 21:07

Message



**Lisa**
last seen a long time ago

I have no idea what you're talking about the first one the one I did today was just to irritate you 21:07

Fuck off trying to make me go mad 21:07

I don't know if I was really trying to make you go mad I could but I won't do that I don't want to be responsible for you killing yourself 21:07

That would be messy. 21:07

Your disgusting 21:08



Nahhh you push people over the edge.

21:10

The only time I think of either of you is when you message me

21:10

You only bring the shit on yourself 21:10

Why do you think it is he cheated on you so much?

21:11

Message



Lisa
last seen a long time ago

21:12

Yes you do every month that you message me

21:13

You are so insecure you can't even breathe

21:13

If I was that bad he would just leave

21:13

No he wouldn't. Where would he live.



You don't think if some amazing girl had her shit together and had a place for him to live that he wouldn't leave you?  21:14

You are crazy  21:14

He was coming home to me I new something was going on from the start I didn't bring any of that on myself  21:14 ✓✓

You handed it to him on a plate  21:

Message

☀ 📶 10% 14:20

**Lisa**
last seen a long time ago

This affair has fucked with me so badly  21:17 ✓✓

That's YOUR problem  21:18

Thanks  21:18 ✓✓



21:19

You did post yourself In that jumper the day he nearly got stabbed 21:19 ✓✓

Don't try an fuck with me 21:19 ✓✓

I know that I saw an then you also said to Danny don't make me ruin her day 21:...

If I did I didn't know it

☺ Message 📎 🎙

📷 🍔 ⓕ ... ⏰ 🛜 📶 10% 🔋 14:20

← L **Lisa**
last seen a long time ago ⋮

You still haven't explained what you ment by that 21:20 ✓✓

We were all dying laughing 21:20



Ya I care so much. 21:25

It was a typo. I was supposed to say "I think it's funny" 21:26

He was the laughingstock of the world that day 21:26

He was the laughingstock of the world that day. Look like a frightened little pussy 21:26

Feel free to never message me again 21:28

Your a sad old women who keeps videos an clothes like some freak 21:34 ✓✓

I keep the shirt because it's comfortable and a matches shit get over yourself 21:34

And I save all the evidence because I'm not a fucking idiot 21:34 

☺ Message   




 Message

## Lisa
last seen a long time ago

I keep the shirt because it's comfortable and a matches shit get over yourself
21:34

And I save all the evidence because I'm not a fucking idiot
21:34

I have plenty of text messages and screenshots that would break your little itty bitty heart
21:34

 00:12
21:35

He's fuxked me in that top 😂🤣😂🤣😂🤣
21:35 ✓✓

Even better 😂😂😂😂 21:35

Loser 21:35 ✓✓



Your sick in the head 21:35 ✓✓


00:14                          21:36

☺ Message                    📎 🎤

---

📷 🍔 f ...                    ⏰ 📶 10% 🔋 14:20

← L  **Lisa**                    ⋮
      last seen a long time ago

Your sick in the head 21:35 ✓✓


00:14                          21:36

😂😂😂😂 21:36

😂🤣🤣😂 I am glad we can both laugh
about this                    21:37 ✓✓

We all know you're not laugh and we all
know you're crying you're pathetic eyes
out                           21:37

You know nothing my sweet 21:37 ✓✓



▶ 00:11                    21:38

▶ |.||||.||.|||....|.|.|.||..|.|...|.  
00:03                    21:38

Wasn't a Christian then my da  ⌄  
                    21:3...

☺  Message              📎  🎤



🖼 🍔 f ...        ⏰ 🛜 📶 10% 🔋 14:21

←   L   **Lisa**              ⋮  
        last seen a long time ago

▶ 00:05                    21:40

▶ |||||.|.||.|.||..|.|..||.|.||.|..|...|.  
00:06                    21:41

You know nothing about me lisa you  
only ever new Danny don't get it twisted  
                    21:42 ✓✓

If I have shit on my mind I am going to  
say it end off              21:42 ✓✓

Your the one that gets nasty  21:42 ✓✓



00:10     21:42

00:01     21:43

00:08     21:43

You bring all of this on yourself.   21:43

Message

---

## Lisa
last seen a long time ago

00:01     21:43

00:08     21:43

You bring all of this on yourself.   21:43

No fucks given   21:43 ✓✓

Carry on lisa my darling 🤣😂   21:44 

I don't message you first ever. It's all retaliatory

21:45



00:02                                    21:45

Fuck you lisa you will get what's coming to you one way or another

21:53 ✓✓

00:02                                    21:53

😂🤣😂😂 defiantly not an I won't

Message

📷 🍔 f ...                    ⏰ 🛜 📶 10% 🔋 14:21

← L **Lisa**
last seen a long time ago        ⋮

00:02                                    21:53

😂🤣😂😂 defiantly not an I won't either

21:54 ✓✓

I'm sure I'll hear from you in another

month. Hopefully you will get some
tablets before than 21:55

Your mum must be proud 😂🤣 21:56 ✓✓

You do have a way with words 😎
21:56 ✓✓



▶ 00:09 21:56

▶ 00:02 21:57

▶ 00:04 21:57

😂🤣🤣😂 21:5

☺ Message 📎 🎤

🅦 🖼 🍔 ...   ⏰ 📶 ▴ 10% 🔋 14:21

← Ⓛ **Lisa**
last seen a long time ago ⋮

00:07 21:58



🤣😂🤣😂😂 your a joke  22:04 ✓✓

No baby girl.  That's you.  22:04

Your really enjoying this  22:04 ✓✓

Sick twisted freak  22:04 ✓✓

Everyone was right about you  22:

Message

Mar 10, 2020, 9:13 AM