# EXHIBIT 144 Intentionally Left Blank (same as Exhibit 143c)