# EXHIBIT 145
# Plaintiff's Tweet

**Lisa Reynolds Barbounis**
1,450 Tweets

**Tweets** | Tweets & replies | Media | Likes

**Lisa Reynolds Barbounis** @Lisae... · 22h

I have always been paid more than my male counterparts.
Work hard. Ask for what you want.
#nothard

> **PragerU** @prageru · 22h
>
> Why do people still believe there's a gender wage gap?
>
> If, for the same work, women make only 77 cents for every dollar a man makes, why don't businesses hire only women?
>
> @CHSommers explains the stats.
>
> **THERE IS NO GENDER WAGE GAP!** 4¾ MINUTE VIDEO
>
> attn: WHAT THE LEFT SAYS:

# EXHIBIT 146
# Plaintiff's WhatsApp Messages with J. Bishop

> From: 12159102154@s.whatsapp.net Lisa (owner)
> To: 447787051882@s.whatsapp.net +44 7787 051882
>
> He loves you not me.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:43:11 PM(UTC-4) | 3/18/2019 3:43:11 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:43:10 PM(UTC-4)

> From: 12159102154@s.whatsapp.net Lisa (owner)
> To: 447787051882@s.whatsapp.net +44 7787 051882
>
> He used me
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:43:15 PM(UTC-4) | 3/18/2019 3:43:15 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:43:14 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> No he hasn't at all
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 3:43:15 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> I look after myself an him an the kids
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 3:43:28 PM(UTC-4)

> From: 12159102154@s.whatsapp.net Lisa (owner)
> To: 447787051882@s.whatsapp.net +44 7787 051882
>
> Well he thinks he did.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:44:34 PM(UTC-4) | 3/18/2019 3:45:04 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:44:34 PM(UTC-4)

> **From:** 12159102154@s.whatsapp.net Lisa (owner)
> **To:** 447787051882@s.whatsapp.net +44 7787 051882
>
> He's a guy.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:44:37 PM(UTC-4) | 3/18/2019 3:45:04 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:44:37 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882

Is that what he told you ?
**Status:** Read
**Platform:** Mobile

3/18/2019 3:45:12 PM(UTC-4)

> **From:** 12159102154@s.whatsapp.net Lisa (owner)
> **To:** 447787051882@s.whatsapp.net +44 7787 051882
>
> I hate him.  I see it all so clearly now.  I wish I would have seen it before and saved us all the heartache
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:45:17 PM(UTC-4) | 3/18/2019 3:45:21 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:45:16 PM(UTC-4)

> **From:** 12159102154@s.whatsapp.net Lisa (owner)
> **To:** 447787051882@s.whatsapp.net +44 7787 051882
>
> In so many words not directly.  Just that your mom and dad weren't around and all you had was him.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:45:52 PM(UTC-4) | 3/18/2019 3:45:52 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:45:52 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882

So why didn't you see through it at the time but can now?
**Status:** Read
**Platform:** Mobile

3/18/2019 3:46:12 PM(UTC-4)

242

> **From:** 12159102154@s.whatsapp.net Lisa (owner)
> **To:** 447787051882@s.whatsapp.net +44 7787 051882
>
> Because you are telling me all of it
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:46:25 PM(UTC-4) | 3/18/2019 3:46:25 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:46:24 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> So it makes sense now I get it
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 3:46:56 PM(UTC-4)

> **From:** 12159102154@s.whatsapp.net Lisa (owner)
> **To:** 447787051882@s.whatsapp.net +44 7787 051882
>
> You are telling me you slept with him at Christmas.  He clearly lied to me.  But if I would have known then what I know now I would have never dealt with him.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:47:36 PM(UTC-4) | 3/18/2019 3:47:51 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:47:35 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> Everyday like I said we shower together we sleep in the same bed
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 3:48:42 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> Where did you think he slept?
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 3:49:05 PM(UTC-4)

> **From:** 12159102154@s.whatsapp.net Lisa (owner)
> **To:** 447787051882@s.whatsapp.net +44 7787 051882
>
> I never thought about it honestly.  My husband and I either sleep in the kids bed or on the couch if the other is in the bed.  So I didn't question it
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:49:59 PM(UTC-4) | 3/18/2019 3:49:59 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 3:49:59 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882

That's mad

**Status:** Read
**Platform:** Mobile

3/18/2019 3:50:14 PM(UTC-4)

---

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

Last night I slept on the couch.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:50:17 PM(UTC-4) | 3/18/2019 3:50:17 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:50:17 PM(UTC-4)

---

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

My poor husband.  He loves me so much and keeps trying I'm just not interested.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:50:54 PM(UTC-4) | 3/18/2019 3:50:54 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:50:54 PM(UTC-4)

---

447787051882@s.whatsapp.net +44 7787 051882

Why

**Status:** Read
**Platform:** Mobile

3/18/2019 3:51:04 PM(UTC-4)

---

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

My head is proper fucked up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:51:12 PM(UTC-4) | 3/18/2019 3:51:12 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:51:10 PM(UTC-4)

---

447787051882@s.whatsapp.net +44 7787 051882

He sounds like the perfect man

**Status:** Read
**Platform:** Mobile

3/18/2019 3:51:20 PM(UTC-4)

244

**447787051882@s.whatsapp.net +44 7787 051882**

Over Danny ?

**Status:** Read
**Platform:** Mobile

3/18/2019 3:51:31 PM(UTC-4)

---

**From:** 12159102154@s.whatsapp.net Lisa (owner)
**To:** 447787051882@s.whatsapp.net +44 7787 051882

He is just too girly.  Or something.  I feel like I have a wife and not a husband

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:51:46 PM(UTC-4) | 3/18/2019 3:51:46 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:51:46 PM(UTC-4)

---

**447787051882@s.whatsapp.net +44 7787 051882**

**Status:** Read
**Platform:** Mobile

3/18/2019 3:51:55 PM(UTC-4)

---

**447787051882@s.whatsapp.net +44 7787 051882**

Did you honestly want to be with Danny like what was the plans where was this going ?

**Status:** Read
**Platform:** Mobile

3/18/2019 3:52:49 PM(UTC-4)

---

**From:** 12159102154@s.whatsapp.net Lisa (owner)
**To:** 447787051882@s.whatsapp.net +44 7787 051882

No.  We were like this long before danny.  Danny was the catalyst for me to admit something was wrong. At one point I went to the OB/GYN And asked her if something was wrong with my hormones because I was never interested in sleeping with my husband and I used to love it. She said it was normal and that was what happens when we have kids and we are exhausted.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:52:53 PM(UTC-4) | 3/18/2019 3:52:53 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:52:53 PM(UTC-4)

---

**447787051882@s.whatsapp.net +44 7787 051882**

True that !!

**Status:** Read
**Platform:** Mobile

3/18/2019 3:53:39 PM(UTC-4)

245

**From:** 12159102154@s.whatsapp.net Lisa (owner)
**To:** 447787051882@s.whatsapp.net +44 7787 051882

And I didn't know where it was going. It was all too complicated.  What was I going to rip my kids out of school and bring them there?  Danny isn't even allowed in the US

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:54:25 PM(UTC-4) | 3/18/2019 3:54:27 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:54:00 PM(UTC-4)

---

447787051882@s.whatsapp.net +44 7787 051882

I dunno ♀

**Status:** Read
**Platform:** Mobile

3/18/2019 3:55:49 PM(UTC-4)

---

447787051882@s.whatsapp.net +44 7787 051882

I am sure you would
If it was true love you only live once

**Status:** Read
**Platform:** Mobile

3/18/2019 3:55:49 PM(UTC-4)

---

**From:** 12159102154@s.whatsapp.net Lisa (owner)
**To:** 447787051882@s.whatsapp.net +44 7787 051882

Well it wasn't.  So there's that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:56:11 PM(UTC-4) | 3/18/2019 3:56:11 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:56:10 PM(UTC-4)

---

447787051882@s.whatsapp.net +44 7787 051882

I  am only saying what on my mind I have to

**Status:** Read
**Platform:** Mobile

3/18/2019 3:56:33 PM(UTC-4)

---

**From:** 12159102154@s.whatsapp.net Lisa (owner)
**To:** 447787051882@s.whatsapp.net +44 7787 051882

I get it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:56:42 PM(UTC-4) | 3/18/2019 3:56:42 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:56:41 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
I honestly think it was to be fair
**Status:** Read
**Platform:** Mobile
3/18/2019 3:56:47 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
But he hasn't got them balls to be honest about anything
**Status:** Read
**Platform:** Mobile
3/18/2019 3:57:04 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
He creates all his own drama
**Status:** Read
**Platform:** Mobile
3/18/2019 3:57:21 PM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

But even if I did love him I could never trust him after all of this.  How could i.  I would just think he would do the same to me as he did to you and I can't live like that. Better to just move the fuck on.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:57:30 PM(UTC-4) | 3/18/2019 3:57:30 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile
3/18/2019 3:57:30 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
True
**Status:** Read
**Platform:** Mobile
3/18/2019 3:57:44 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
Easier said then done
**Status:** Read
**Platform:** Mobile
3/18/2019 3:57:58 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
I am a paranoid wreck at the moment
**Status:** Read
**Platform:** Mobile
3/18/2019 3:58:35 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
It's horrible
**Status:** Read
**Platform:** Mobile

3/18/2019 3:58:41 PM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

Easier for me because I'm in a different country. Out of sight out of mind. And I'm already over it which makes me think it wasn't love on my part. I just thought it was.

I only cried 3 times over it and they all didn't last long. And One was when I was speaking to you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:59:13 PM(UTC-4) | 3/18/2019 3:59:16 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:59:12 PM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

That was more an anger cry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 3:59:57 PM(UTC-4) | 3/18/2019 3:59:57 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 3:59:56 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
I cry all the time over it in the shower sat next to him it hurts so much
**Status:** Read
**Platform:** Mobile

3/18/2019 4:00:13 PM(UTC-4)

From: 12159102154@s.whatsapp.net Lisa (owner)
To: 447787051882@s.whatsapp.net +44 7787 051882

Sometomes when I real angry and can't fight I cry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 4:00:18 PM(UTC-4) | 3/18/2019 4:00:18 PM(UTC-4) | |

**Status:** Sent
**Platform:** Mobile

3/18/2019 4:00:17 PM(UTC-4)

447787051882@s.whatsapp.net +44 7787 051882
I do that to
**Status:** Read
**Platform:** Mobile

3/18/2019 4:00:28 PM(UTC-4)

248

> From: 12159102154@s.whatsapp.net Lisa (owner)
> To: 447787051882@s.whatsapp.net +44 7787 051882
>
> I'm so sorry.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 4:00:41 PM(UTC-4) | 3/18/2019 4:00:41 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 4:00:40 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 4:00:59 PM(UTC-4)

> From: 12159102154@s.whatsapp.net Lisa (owner)
> To: 447787051882@s.whatsapp.net +44 7787 051882
>
> But you two will move on and be better.  What doesn't kill you makes you stronger
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 4:01:15 PM(UTC-4) | 3/18/2019 4:01:15 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 4:01:14 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> I hope so
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 4:01:23 PM(UTC-4)

> From: 12159102154@s.whatsapp.net Lisa (owner)
> To: 447787051882@s.whatsapp.net +44 7787 051882
>
> Jaz. I swear to you I will never touch him again. Hopefully I'll never have to speak to him again
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 447787051882@s.whatsapp.net +44 7787 051882 | 3/18/2019 4:02:18 PM(UTC-4) | 3/18/2019 4:02:24 PM(UTC-4) | |
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/18/2019 4:02:17 PM(UTC-4)

> 447787051882@s.whatsapp.net +44 7787 051882
>
> Ok
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/18/2019 4:03:06 PM(UTC-4)