## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 2:19-cv-05030-JDW |
| THE MIDDLE EAST FORUM and | : |
| GREGG ROMAN (individually) | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Daniel E. Dolente, Esquire, do hereby certify that a true and correct copy of the Motion to Quash the 45 Subpoena and Motion for Protective Order of Non-Party, Ryan Coyne, was served to the following parties of record, via electronic filing and e-mail:

Jonathan R. Cavalier, Esq.
David J. Walton, Esq.
Leigh Ann Benson, Esq.
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
*Attorneys for defendants, The Middle East Forum, Greg Roman, and Daniel Pipes*

1835 Market Street, Suite 2950
Philadelphia, PA 19103
*Attorney for Plaintiff, Lisa Barbounis*

Sidney L. Gold, Esq.
Traci M. Greenberg, Esq.
William Rieser, Esq.
Sidney Gold & Assoc.
1835 Market Street, Suite 515
*Attorneys for defendants*

Seth Carson, Esq.
Derek Smith Law Group PLLC

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: _____
DANIEL E. DOLENTE, ESQUIRE
PA Attorney I.D. No: 316293
dedolente@mdwcg.com; 267-519-6574
2000 Market Street, Suite 2300
Philadelphia, PA  19103
*Attorney for Non-Party, Ryan Coyne*

Date: March 3, 2021