# Exhibit 2—Rule 26(a) Disclosures of Both Parties

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DIRSTRICT OF PENNSYLVANIA

|                                   |     |                         |
| --------------------------------- | --- | ----------------------- |
|                                   | :   |                         |
| LISA BARBOUNIS                    | :   | CIVIL ACTION            |
| Plaintiff,                        | :   | NO. 2:19-cv-05030-JDW   |
| -vs-                              | :   |                         |
|                                   | :   |                         |
| THE MIDDLE EAST FORUM, et al.     | :   |                         |
|                                   | :   |                         |
| Defendants.                       | :   |                         |

Plaintiff, Lisa Barbounis, by and through her attorneys, Derek Smith Law Group, PLLC hereby respectfully submits, pursuant to Rule 26(a) et. seq. of the Federal Rules of Civil Procedure, these initial discovery disclosure as follows:

A.      The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support her claims and defenses, unless solely for impeachment, identifying the subjects of the information;

Where the Address is not listed, Plaintiff does not know the address of the individual, but this information should be in the possession of the Defendants.

- **LISA BARBOUNIS**                                  **PLAINTIFF**
  Plaintiff has knowledge of all of the claims in his Complaint. Defendants are in possession of Plaintiff's contact information.


- **PATRICIA MCNULTY**                                  **WITNESS**
  Patricia McNulty witnessed several of the events averred in Plaintiff's Civil Action Complaint including the event that took place at the AIPAC conference in Washington D.C. Patricia McNulty was also in contact with Plaintiff during the events that occurred in Israel. Patricia McNulty can also provide testimony connected with the severe and pervasive discrimination and harassment to which Plaintiff was subjected by Defendants. Patricia McNulty can also provide testimony related to reports of discrimination and harassment in the workplace and retaliation. Defendants are in possession of Patricia McNulty's contact information.


- **MARNIE MEYER**                                  **WITNESS**
  Marnie Meyer witnessed several of the events averred in Plaintiff's Civil Action Complaint. Marnie Meyer can also provide testimony connected with the severe and pervasive discrimination and harassment to which Plaintiff was subjected by Defendants. Marnie Meyer can also provide testimony related to reports of discrimination and

harassment in the workplace and retaliation.  Defendants are in possession of Marnie Meyer's contact information.

- **CAITRIONA BRADY**                                    **WITNESS**
  Caitriona Brady witnessed several of the events averred in Plaintiff's Civil Action Complaint.  Caitriona Brady can also provide testimony connected with the severe and pervasive discrimination and harassment to which Plaintiff was subjected by Defendants. Caitriona Brady can also provide testimony related to reports of discrimination and harassment in the workplace and retaliation.  Defendants are in possession of Caitriona Brady's contact information.

- **DELANEY YONCHEK**                                    **WITNESS**
  Delaney Yonchek witnessed several of the events averred in Plaintiff's Civil Action Complaint.  Delaney Yonchek can also provide testimony connected with the severe and pervasive discrimination and harassment to which Plaintiff was subjected by Defendants. Delaney Yonchek can also provide testimony related to reports of discrimination and harassment in the workplace and retaliation.  Defendants are in possession of Delaney Yonchek's contact information.

- **GREG ROMAN**                                    **DEFENDANT**
  Greg Roman is a named Defendant who subjected Plaintiff to sexual harassment, sexual abuse, a sexual assault, and severe and pervasive discrimination and harassment in the workplace.  Defendants are in possession of Greg Roman's contact information.

- **DANIEL PIPES**                                    **DEFENDANT (POTENTIAL)**
  Daniel Pipes should be treated as a named Defendant for the purposes of discovery as Plaintiff intends to amend her First Amended Complaint to add Daniel Pipes as a named Defendant when Plaintiff's claims under the Pennsylvania Human Relations Act and Philadelphia Fair Practices Ordinance become ripe for suit. Daniel Pipes can offer testimony regarding Defendants failure to implement meaningful corrective measures subject to Defendant, Greg Roman's severe and pervasive discrimination and harassment in the workplace to which Defendant, Greg Roman subjected female staff who worked with or for The Middle East Forum including (1) Plaintiff, Lisa Barbounis, (2) Caitriona Brady, (3) Patricia McNulty, (4) Delaney Yonchek, (5) Marnie Meyer, (6) Tiffany Lee, (7) Lia Merville, (8) Alana Goodman, (9) Raquel Saraswati, (10) Samantha Mandalas, (11) Lara (last name unknown), (12) Laura Frank, and (13) Rosie (last name unknown). This is by no means an exhaustive list.  Plaintiff intends to supplement this list to provide Defendants with an accurate account of the women who worked with or for The Middle East Forum who were subjected to severe and pervasive discrimination and harassment by Defendant, Greg Roman.  Daniel Pipes can offer testimony regarding all of these individuals. Defendants are in possession of Daniel Pipes' contact information.

- **MATTHEW BENNETT**                              **DEFENDANT (POTENTIAL)**
  Matthew Bennett should be treated as a Defendant for the purposes of discovery as
  Plaintiff intends to amend her First Amended Complaint to add Daniel Pipes as a named
  Defendant when Plaintiff's claims under the Pennsylvania Human Relations Act and
  Philadelphia Fair Practices Ordinance become ripe for suit.  Matthew Bennett subjected
  Plaintiff to a campaign of sexual harassment and sexual advances including quid pro quo
  sexual harassment.  Matthew Bennett also has knowledge regarding the discrimination
  and harassment in the workplace to which Plaintiff was subjected by Defendant, Greg
  Roman.  Matthew Bennett also has knowledge regarding Defendant, Greg Roman's
  sexual misconduct, sexual abuse, and sexual harassment aimed at female individuals who
  worked with or for The Middle East Forum. Matthew Bennett also has knowledge
  regarding The Middle East Forum's policies, procedures and protocols.  Defendants are
  in possession of Matthew Bennett's contact information.

- **GRAYSON LEVEY**                              **WITNESS**
  Grayson Levy was employed at The Middle East Forum at the same time when Plaintiff
  was employed.  Grayson Levy can provide relevant testimony related to the severe and
  pervasive discrimination and harassment to which Plaintiff was subjected by Defendants.
  Grayson Levey can also provide testimony related to reports of discrimination and
  harassment in the workplace and retaliation.  Defendants are in possession of Grayson
  Levey's contact information.

- **SAMANTHA MANDELA**                              **WITNESS**
  Samantha Mandela was an employee of The Middle East Forum who was subjected to
  discrimination and harassment because of her gender during her employment with The
  Middle East Forum.  Samantha Mandala can provide relevant testimony related to
  Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Samantha
  Mandela's contact information.

- **TIFFANY LEE**                              **WITNESS**
  Tiffany Lee was an employee of The Middle East Forum who was subjected to
  discrimination and harassment because of her gender during her employment with The
  Middle East Forum.  Tiffany Lee can provide relevant testimony related to Defendant,
  Greg Roman and Daniel Pipes.  Defendants are in possession of Samantha Mandela's
  contact information.

- **VISILI BARBOUNIS**                              **WITNESS**
  Visili Barbounis is Plaintiff's husband and can provide testimony regarding the way in
  which Plaintiff was emotionally effected by the severe and pervasive discrimination and
  harassment in the workplace during Plaintiff's employment with The Middle East Forum.

- **JANE REYNOLDS**                              **WITNESS**

Jane Reynolds is Plaintiff's mother and can provide testimony regarding the way in which Plaintiff was emotionally effected by the severe and pervasive discrimination and harassment in the workplace during Plaintiff's employment with The Middle East Forum.

- **LIA MERVILLE**                                    **WITNESS**
  Lia Merville was an employee of The Middle East Forum who was subjected to discrimination and harassment because of her gender during her employment with The Middle East Forum.  Defendant, Greg Roman subjected Lia Merville to quid pro quo sexual harassment.  Lia Merville can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Lia Merville's contact information.

- **THELMA PROSSER**                                 **WITNESS**
  Thelma Prosser was an employee of The Middle East Forum who was employed at the same time that Plaintiff was employed.  Thelma Prosser can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Thelma Prosser's contact information.

- **EJ KIMBALL**                                       **WITNESS**
  EJ Kimball was an employee of The Middle East Forum who was employed at the same time that Plaintiff was employed.  EJ Kimball can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of EJ Kimball's contact information.

- **ALANA GOODMAN**                                  **WITNESS**
  Alana Goodman who a Washington Examiner reporter who was subjected to discrimination and harassment based of her gender in interactions with Defendant, Greg Roman.  Defendant, Greg Roman subjected Alana Goodman to quid pro quo sexual advances: sex for stories.  Alana Goodman can provide relevant testimony related to Defendant, Greg Roman.

- **ROSIE (Last name unknown)**                       **WITNESS**
  Rosie was an employee of The Middle East Forum who was subjected to discrimination and harassment because of her gender during her employment with The Middle East Forum.  Rosie can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Rosie's contact information.

- **LARA (Last name unknown)**                        **WITNESS**
  Lara was an employee of The Middle East Forum who was subjected to discrimination and harassment because of her gender during her employment with The Middle East

Forum.  Lara can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Lara's contact information.

- **LAURA FRANK:**                          **WITNESS**
  Laura Frank was an employee of The Middle East Forum who was subjected to discrimination and harassment because of her gender during her employment with The Middle East Forum.  Laura Frank can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Laura Frank's contact information.

- **RAQUEL SARASWATI (AMAN PATEL)       WITNESS**
  Raquel Saraswati was an employee of The Middle East Forum who was subjected to discrimination and harassment because of her gender during her employment with The Middle East Forum.  Raquel Saraswati can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Raquel Saraswati's contact information.

- **CLIFF SMITH**                          **WITNESS**
  Cliff Smith was an employee of The Middle East Forum who was employed at the same time that Plaintiff was employed.  Cliff Smith can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Cliff Smith's contact information.

- **BENJAMIN BAIRD**                       **WITNESS**
  Benjamin Baird was an employee of The Middle East Forum who was employed at the same time that Plaintiff was employed.  Benjamin Baird can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Benjamin Baird's contact information.

- **SAMUEL WESTROP**                       **WITNESS**
  Samuel Westrop was an employee of The Middle East Forum who was employed at the same time that Plaintiff was employed.  Samuel Westrop can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Samuel Westrop's contact information.

- **JUDY GOODROB**                         **WITNESS**
  Judy Goodrob was an employee of The Middle East Forum who was employed at the same time that Plaintiff was employed.  Judy Goodrob can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Defendants are in possession of Judy Goodrob's contact information.

- **EXPERT WITNESS                              EMOTIONAL DISTRESS**
  Plaintiff intends to call an expert at trial to provide testimony related to the extent of Plaintiff emotional damages.  Plaintiff will provide the curriculum vitae ("CV") for any and all experts Plaintiff calls upon to testify at trial including the CV for the expert Plaintiff will use related to Plaintiff's claim for emotional damages.


- **STEVEN LEVY                                        WITNESS**
  Steven Levy is an Officer of The Middle East Forum and sits on the Executive Committee as the Chairman of The Middle East Forum during the same time that Plaintiff was employed.  Steven Levy can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Steven Levy can also provide relevant information related to The Middle East Forum's policies regarding sexual harassment and sex and gender discrimination.  Steven Levy can also provide relevant information related to The Middle East Forum's response including investigations and corrective actions related to Greg Roman's ongoing, continuous discrimination and harassment of female staff.  Defendants are in possession of Steven Levy's contact information.


- **DR. YEHUDA BASKIN                             WITNESS**
  Dr. Yehuda Baskin is a founding member of the Board of The Middle East Forum who sat on the Board during the same time that Plaintiff was employed.  Dr. Yehuda Baskin can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Dr. Yehuda Baskin can also provide relevant information related to The Middle East Forum's policies regarding sexual harassment and sex and gender discrimination.  Dr. Yehuda Baskin can also provide relevant information related to The Middle East Forum's response including investigations and corrective actions related to Greg Roman's ongoing, continuous discrimination and harassment of female staff.  Defendants are in possession of Dr. Yehuda Baskin's contact information.


- **WILMA G. AEDER                                  WITNESS**
  Wilma G. Aeder is a member of the Board of Governors of The Middle East Forum who sat on the Board of Governors during the same time that Plaintiff was employed.  Wilma G. Aeder can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes.  Wilma G. Aeder can also provide relevant information related to The Middle East Forum's policies regarding sexual harassment and sex and gender discrimination. Wilma G. Aeder can also provide relevant information related to The Middle East Forum's response including investigations and corrective actions related to Greg Roman's ongoing, continuous discrimination and harassment of female staff.  Defendants are in possession of Wilma G. Aeder's contact information.

- **LAWRENCE HOLLIN**                                    **WITNESS**
  Lawrence Hollin is the Treasurer of The Middle East Forum and sits on the Executive Committee both during the same time that Plaintiff was employed.  Lawrence Hollin can provide relevant testimony related to Defendant, Greg Roman and Daniel Pipes. Lawrence Hollin can also provide relevant information related to The Middle East Forum's policies regarding sexual harassment and sex and gender discrimination. Lawrence Hollin can also provide relevant information related to The Middle East Forum's response including investigations and corrective actions related to Greg Roman's ongoing, continuous discrimination and harassment of female staff.  Defendants are in possession of Lawrence Hollin's contact information.

B.      A copy of, or a description by category and location of, all documents, electronically stores information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

- All pleadings on file with the Court and/or exchanged between parties in this action.
- All discovery which has or will be produced by Plaintiff and Defendants in this action.
- Plaintiff's expert psychological report.
- Plaintiff's documentation related to the exhaustion of her administrative remedies.
- Emails and text messages exchanged between Plaintiff and/or the individual named above.
- Photographic evidence.
- Video evidence.
- Documentation of events that took place during Plaintiff's employment for Defendants.
- Reports, witness statements, declarations, and investigative notes and statements of all previous reports of sexual misconduct, gender discrimination, sexual harassment, sexual assault, sexual abuse related to Defendant, Greg Roman and Matthew Bennett.
- Employee files.
- Plaintiff reserves the right to supplement and/or amend this response as additional information becomes available and as may be appropriate and necessary.

C.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

At this early juncture, Plaintiff is claiming the following damages:

These unjust and illegal actions have had an extreme emotional toll on Plaintiff.

Emotional Distress:                                                    **$3,000,000.00**

<u>Lost Wages</u>:                                                          **$10,000.00**

<u>Punitive Damages under the Discrimination Laws</u>:        **$6,000,000.00**

Plaintiff claims attorney's fees upon a successful verdict under Title VII, the Americans with Disabilities Act, the Family Medical Leave Act, and Pennsylvania Administrative Code.

- Plaintiff reserves the right to supplement/amend this response as more information becomes available and as may be appropriate and necessary.

       D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgement which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

N/A.

                **DEREK SMITH LAW GROUP, PLLC**

          By:_____/s/ Seth D. Carson_____
                 SETH D. CARSON
                 Derek Smith Law Group, PLLC
                 1835 Market St, Ste 2950
                 Philadelphia, PA 19103
                 P: 215-391-4790
                 E: seth@dereksmithlaw.com
                 *Attorneys for Plaintiff*

DATE: February 7, 2020

CC:

**COZEN O'CONNOR**
David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com
lbenson@cozen.com

*Attorneys for Defendants*
*The Middle East Forum and*
*Gregg Roman*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| | : | |
| THE MIDDLE EAST FORUM and | : | |
| GREGG ROMAN *(individually)* | : | |
| | : | |
| Defendants. | : | |

## <u>DEFENDANTS RULE 26(a)(1) INITIAL DISCLOSURES</u>

Defendants The Middle East Forum and Gregg Roman ("Defendants") serve these Rule

26(a)(1) Initial Disclosures:

## <u>INTRODUCTION</u>

1.      These Initial Disclosures are made without waiver of any applicable privilege or

work-product protection.

2.      Defendants hereby reserve all objections to the use for any purpose whatsoever of this Initial Disclosure Statement or any of the information in documents referenced herein in this case or in any other case or proceeding.

3.      By referring to or producing documents in the Initial Disclosure process, Defendants make no representations or concessions regarding the relevance or admissibility of any particular document or type of documents.

4.      These Initial Disclosures are made based upon the information available to the Defendants to date.  Defendants reserve the right to supplement, revise and/or amend these Initial Disclosures if, and when, new information becomes available.

5.      Defendants make these disclosures without prejudice to their right to introduce at trial any evidence that is subsequently discovered and to their right to produce and introduce all evidence whenever discovered relating to the proof of subsequently discovered material facts. These disclosures are not intended to foreclose Defendants' right to add any defenses based on further discovery.

**INITIAL DISCLOSURES**

1.      **Fed. R. Civ. P. 26(a)(1)(A)(i):**

**The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:** Defendants identify the individuals listed on Exhibit A – Identification of Individuals with Relevant Knowledge.  Defendants reserve the right to amend this list during the discovery period in this action.

2.       **Fed. R. Civ. P. 26(a)(1)(A)(ii):**

**A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:**

Defendants identify the following categories of documents, electronically stored information, and tangible things:

        (A)  Defendants relevant employment policies;

        (B)  Plaintiff's personal file and documents related to Plaintiff's compensation and benefits;

        (C)  Correspondence between Plaintiff and Defendants; and

        (D)  Correspondence between Plaintiff and former co-workers.

Defendants will supplement upon further investigation and as documents become available.

(3)       **Fed. R. Civ. P. 26(a)(1)(A)(iii):**

**A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:** Not applicable.

**(4)**     **Fed. R. Civ. P. 26(a)(1)(A)(iv):**

    **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

    **RESPONSE:** Defendants possess an insurance policy with the Hartford Financial Services Group, Inc.

    Respectfully submitted,

    COZEN O'CONNOR

    BY:   _/s/ David J. Walton_____
        David J. Walton (PA # 86019)
        Leigh Ann Benson (PA #319406)
        1650 Market Street, Suite 2800
        Philadelphia, PA 19103
        P: 215-665-2000
        F: 215-665-2013
        dwalton@cozen.com
        lbenson@cozen.com

Dated:   January 20, 2020           *Attorneys for Defendants*
                            *The Middle East Forum and*
                            *Gregg Roman*

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of Initial Disclosures of

Defendants The Middle East Forum and Gregg Roman Pursuant to Federal Rule of Civil

Procedure (26)(a)(1) was served by email on the following parties on this 20th day of January,

2020:

Seth D. Carson, Esq.
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Email:  Seth@DerekSmithLaw.com

*Attorney for Plaintiff*

BY:   _/s/ David J. Walton_____

David J. Walton (PA # 86019)
Leigh Ann Benson (PA #319406)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-2000
F: 215-665-2013
dwalton@cozen.com

Dated:   January 20, 2020                    *Attorneys for Defendants*
*The Middle East Forum and*
*Gregg Roman*

**EXHIBIT A**

**IDENTIFICATION OF INDIVIDUALS WITH RELEVANT KNOWLEDGE**

| Name | Contact Information | Comments |
|---|---|---|
| Daniel Pipes | Can be contacted through counsel. | President of The Middle East Forum. |
| Gregg Roman | Can be contacted through counsel. | Defendant and Director at The Middle East Forum. |
| Matthew Bennett | Can be contacted through counsel. | Former employee at The Middle East Forum. |
| Lisa Reynolds Barbounis | | Plaintiff in this action. |
| Patricia McNulty | | Former co-worker of Plaintiff; Plaintiff in similar action against Defendants. |
| Caitriona Brady | | Former co-worker of Plaintiff; Plaintiff in similar action against The Middle East Forum. |
| Delaney Yonchek | | Former co-worker of Plaintiff; |
| Marnie O'Brien Meyer | | Former co-worker of Plaintiff; Plaintiff in similar action against Defendants. |
| Stacey Roman | Can be contacted through Counsel. | Former co-worker of Plaintiff; employee at The Middle East Forum. |
| Aaron Balshan | | Former co-worker of Defendant, employee at McKinsey. |
| Matan Peleg | Jerusalem, Israel | CEO, Im Tirtzu Non-profit organization |
| Gilad Ach | Shilo, Israel | CEO, Ad Kan organization |

| | | |
|---|---|---|
| Yaron Sideman | Israel Ministry of Foreign Affairs | Former Consul General, Israel Consulate, Philadelphia, spent time with Plaintiff in Israel |
| Eran Vasker | Tel Aviv, Israel | Former Israel Police Officer, spent time with Plaintiff in Israel |
| Raheem Kassam | Washington, DC | Co-Host, The War Room, former Breitbart UK Editor |
| Steven Schimmel | Amherst, MA | CEO, Jewish Federation of Central Massachusetts |
| Jonathan Hunter | London, England | Pinkser Centre Founder |
| Elliot Miller | Los Angeles, CA | Pinsker Center Founder, Political Affair Director, Israel Consulate to Los Angeles |
| Aliza Landes | Tel Aviv, Israel | Captain (RSV) Israel Defense Forces |
| Karys Rhea | New York City, NY | Associate, Middle East Forum |
| Yinon Ben Pesach | New York City, NY | Friend of Defendant, spent time with Plaintiff in Israel |
| Gary Gambill | Wilmington, DE | Former co-worker of Plaintiff; employee at The Middle East Forum. |
| Grayson Levy | Jerusalem, IL | Former co-worker of Plaintiff; contractor at The Middle East Forum. |
| Brandon Gideon Meir Carrier | Jerusalem, Israel | Friend of Defendant, spent time with Defendant in Israel |

| | | |
|---|---|---|
| Oded Forer | Rehovot, Israel | Member of Israeli Parliament, spent time with MEF employees in Israel |
| Rachel Touitou | Raanana, Israel | Former co-worker of Plaintiff; employee at The Middle East Forum. |
| Alex Selsky | Jerusalem, Israel | Former co-worker of Plaintiff; employee at The Middle East Forum. |
| Uri Resnick | Jerusalem, Israel | Director of Policy Planning Department, Israel Ministry of Foreign Affairs |
| Samuel Westrop | Boston, Massachusetts | Former co-worker of Plaintiff; employee at The Middle East Forum. |
| Edward Judd Kimball | Rockville, MD | Former co-worker of Plaintiff; employee at The Middle East Forum. |
| Ashley Perry | Efrat, Israel | Former co-worker of Plaintiff; contractor at The Middle East Forum. |
| Yoseff Shachor | New York, NY | Founder, Pinsker Centre, spent time with plaintiff in Washington DC. |
| Matthew Ebert | West Deptford, NJ | Acquaintance of Colleague |
| Greg Reynolds | New Jersey | Family Member of Plaintiff |
| Jane Reynolds | New Jersey | Family Member of Plaintiff |
| David Reynolds | Philadelphia | Family Member of Plaintiff |
| Ryan Costello | West Chester, PA | Former Congressman |
| Randy Weber | Washington, DC/Texas | Member of Congress |

| | | |
|---|---|---|
| Chara McMicheal | Washington DC | Chief of Staff, Congressman Randy Weber |
| Joel Mowbray | Los Angeles, CA | Former Contractor, Middle East Forum |
| Rob Wasinger | Washington, DC | Former Contractor, Middle East Forum |
| Allison Teti | Philadelphia, PA | Friend of Plaintiff |
| Alana Goodman | Washington, DC | Friend of Plaintiff, Investigative Journalist, Washington Examiner |
| Jarad Geldner | Washington, DC | Former Contractor, Middle East Forum |
| Brett Goldman | Lexington, KY | VP, Government Relations, GenCanna |
| Michelle Makori | New York, NY | Anchor, i24 News |
| Tal Heinrich | New York, NY | Anchor, i24 News |
| Clifford Smith | Washington DC | Former co-worker of Plaintiff, employee at the Middle East Forum. |
| Paul Harris, Stephen Yaxley Lennon, Tommy Robinson | London, UK | Plaintiff's acquaintance |
| Daniel Thomas | London, UK | Plaintiff's acquaintance |
| Avi Yemeni | Hong Kong, China | Plaintiff's acquaintance |