# Exhibit 4—E-mail Exchange Between Mr. Coyne's Counsel and Defense Counsel

## McHale, Kevin J.

| | |
|---|---|
| **From:** | Dolente, Daniel E. |
| **Sent:** | Monday, March 1, 2021 1:39 PM |
| **To:** | 'Cavalier, Jonathan'; Pasquarello, Michele; Walton, David; Benson, Leigh Ann |
| **Cc:** | McHale, Kevin J.; Walker, Nancy D.; 'seth@dereksmithlaw.com'; 'SGold@DiscrimLaw.net'; 'BRieser@DiscrimLaw.net'; 'tgreenberg@discrimlaw.net' |
| **Subject:** | RE: Barbounis, Lisa v. Middle East Forum, et al  (42432.00101) |

Jon:  In light of your MSJ deadline, extension granted.  But I do point out that is yet another reason why the subpoena should be withdrawn.

Please give me a call tomorrow before end of day. Cell is 610-999-9860.

Talk then,
Dan



**Daniel E. Dolente**
*Attorney at Law*
2000 Market Street, Suite 2300, Philadelphia, PA 19103
Direct: (267) 519-6574 | Main: (215) 575-2600 | Fax: (215) 575-0856
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to DEDolente@MDWCG.com, or by telephone at (267) 519-6574 and then delete the message and its attachments from your computer.

**From:** Cavalier, Jonathan <JCavalier@cozen.com>
**Sent:** Monday, March 1, 2021 12:59 PM
**To:** Pasquarello, Michele <MMPasquarello@MDWCG.com>; Walton, David <DWalton@cozen.com>; Benson, Leigh Ann <LBenson@cozen.com>
**Cc:** Dolente, Daniel E. <DEDolente@MDWCG.com>; McHale, Kevin J. <KJMcHale@MDWCG.com>; Walker, Nancy D. <NDWalker@MDWCG.com>; 'seth@dereksmithlaw.com' <seth@dereksmithlaw.com>; 'SGold@DiscrimLaw.net' <SGold@DiscrimLaw.net>; 'BRieser@DiscrimLaw.net' <BRieser@DiscrimLaw.net>; 'tgreenberg@discrimlaw.net' <tgreenberg@discrimlaw.net>
**Subject:** RE: Barbounis, Lisa v. Middle East Forum, et al (42432.00101)

Daniel:

I will review your letter and the objections that you raised, would be happy to discuss them with you, as you suggest.  I cannot, however, comply with your end-of-today deadline, which four hours from now.  Since you have reviewed the relevant docket in this matter, I am sure you can understand why.  I can likely get back to you by tomorrow.

Please let me know if that works, or if you will be filing the motions you referenced.  If the latter, please attach this email to your submission to the court.

Thanks,
Jon Cavalier



**Jonathan R. Cavalier**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2776 F: 215-701-2112
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Pasquarello, Michele <MMPasquarello@MDWCG.com>
**Sent:** Monday, March 1, 2021 12:47 PM
**To:** Cavalier, Jonathan <JCavalier@cozen.com>; Walton, David <DWalton@cozen.com>; Benson, Leigh Ann <LBenson@cozen.com>
**Cc:** Dolente, Daniel E. <DEDolente@MDWCG.com>; McHale, Kevin J. <KJMcHale@MDWCG.com>; Walker, Nancy D. <NDWalker@MDWCG.com>; 'seth@dereksmithlaw.com' <seth@dereksmithlaw.com>; 'SGold@DiscrimLaw.net' <SGold@DiscrimLaw.net>; 'BRieser@DiscrimLaw.net' <BRieser@DiscrimLaw.net>; 'tgreenberg@discrimlaw.net' <tgreenberg@discrimlaw.net>
**Subject:** Barbounis, Lisa v. Middle East Forum, et al (42432.00101)

**\*\*EXTERNAL SENDER\*\***

Good Afternoon Mr. Cavlier,

Attached please find correspondence in the above-captioned matter regarding Objections and Responses of Non-Party, Ryan Coyne, to the Rule 45 Subpoena.

We would kindly ask that all parties please confirm receipt of this e-mail and its attachments.

Thank you for your attention to this matter.



**Michele Pasquarello**
*Administrative Assistant*
2000 Market Street, Suite 2300, Philadelphia, PA 19103
Direct: (267) 787-8012 | Main: (215) 575-2600 | Fax: (215) 575-0856
e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MMPasquarello@MDWCG.com, or by telephone at (267) 787-8012 and then delete the message and its attachments from your computer.


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**