## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS | : CIVIL ACTION |
| | : NO. 2:19-cv-05030-JDW |
| Plaintiff, | : NO. 2:20-cv-02946 |
| -vs- | : |
| | : |
| THE MIDDLE EAST FORUM, et al. | : |
| | : |
| | : |
| Defendants. | : |

## STIPULATION REGARDING WITHDRAWAL OF
## <u>SUBPOENA AND MOTION TO QUASH</u>

By agreement of Defendants and non-party Ryan Coyne, through their respective counsel, concerning (a) the subpoena to testify at a deposition and to produce documents served by Defendants upon Mr. Coyne, *see* Doc. No. 112-2 (the "subpoena"), and (b) the Motion to Stay Deposition, To Quash Subpoena to Testify, and for Protective Order Filed on Behalf of Non-Involved, Non-Party Witness, Ryan Coyne, *see* Doc. No. 112 ("Motion to Quash"), it is hereby stipulated that:

1. The subpoena issued by defendants, The Middle East Forum, Daniel Pipes, and Greg Roman, for the deposition of non-party, Ryan Coyne, and the accompanying demand for production of documents from Mr. Coyne is withdrawn by Defendants in its entirety and with prejudice;

2. The Motion to Quash is withdrawn by Mr. Coyne as moot.

Respectfully submitted this the 5th day of March 2021.

| | |
|---|---|
| _/s/ Jonathan R. Cavalier_ | _/s/ Daniel E. Dolente_ |
| Jonathan R. Cavalier | Daniel Dolente |
| Cozen O'Connor | Marshall, Dennehey, Warner, |
| 1650 Market Street, Suite 2800 | Coleman & Goggin |
| Philadelphia, PA  19103 | 2000 Market Street, Suite 2300 |
| (215) 446-0031 | Philadelphia, PA 19103 |
| | (215) 567-6574 |
| *Attorneys for Defendant* | *Attorneys for Non-Party* |
| *The Middle East Forum,* | *Ryan Coyne* |
| *Daniel Pipes and Gregg Roman* | |

## **CERTIFICATE OF SERVICE**

I, Jonathan R. Cavalier, hereby certify that on March 5, 2021, a true and correct copy of the foregoing Stipulation Regarding Withdrawal of Subpoena and Motion to Quash was served on counsel of record via the court's ECF filing system.

*/s/ Jonathan R. Cavalier*
Jonathan R. Cavalier
