IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 8th day of March, 2021, upon review of Defendants' Stipulation Regarding Withdrawal of Subpoena and Motion to Quash (ECF No. 113), it is **ORDERED** that Defendants' Motion to Stay Deposition, to Quash Subpoena to Testify, and for Protective Order Filed on Behalf of Non-Involved, Non-Party Witness, Ryan Coyne (ECF No. 112) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.