UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | **Case No. 2:19-cv-05030-JDW** |

## ORDER

**AND NOW**, this 11th day of March, 2021, upon receipt of the Parties' joint request for an extension of time to respond to dispositive motion, it is **ORDERED** that responses to dispositive motions shall be filed on or before April 09, 2021.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.