# Lawline

## Certificate of Completion

Congratulations, Seth Carson

**PROGRAM TITLE**

### Litigating with Electronic Information in Civil Cases (Part 1)

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| January 11, 2021 | On Demand | 93 Minutes | Ronald Hedges, Erika M. Lopes-McLeman, and Sean Antone Hunt |

Course completed on **March 31, 2021 6:49pm EDT**

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Pennsylvania CLE | Attendee | | 1.5 General |

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    _____
**ATTENDEE SIGNATURE**                              **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

*[signature]*

David Schnurman, President Lawline

(877) 518-0660
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502

# Lawline

## Certificate of Completion

Congratulations, Seth Carson

**PROGRAM TITLE**

### Litigating with Electronic Information in Civil Cases (Part 2)

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| February 9, 2021 | On Demand | 92 Minutes | Ronald Hedges and Sean Antone Hunt |

Course completed on **March 31, 2021 9:21pm EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Pennsylvania CLE | Attendee | | 1.5 General |

---

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____     _____
**ATTENDEE SIGNATURE**                                **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(877) 518-0660
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Certificate of Completion

Congratulations, Seth Carson

**PROGRAM TITLE**

**E-Discovery: What You Need to Know to Comply with Your Obligations in Litigation, Protect Your Client, and Obtain the Information to Win Your Case**

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| June 25, 2017 | On Demand | 78 Minutes | Jay Safer |

Course completed on **March 30, 2021 6:55pm EDT**

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Pennsylvania CLE | Attendee | | 1 General |

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____    _____
**ATTENDEE SIGNATURE**              **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

David Schnurman, President Lawline

(877) 518-0660
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Certificate of Completion

Congratulations, Seth Carson

**PROGRAM TITLE**

## The Ethics of e-Discovery: What "Competence" Means (Update)

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| May 16, 2019 | On Demand | 61 Minutes | Ronald Hedges |

Course completed on **March 31, 2021 5:04pm EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Pennsylvania CLE | Attendee | | 1 Ethics |

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____     _____
**ATTENDEE SIGNATURE**                              **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

*[signature]*

David Schnurman, President Lawline

(877) 518-0660
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Certificate of Completion

Congratulations, Seth Carson

**PROGRAM TITLE**

### Top Ten E-Discovery Tips for In-House Legal Departments

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| June 15, 2020 | On Demand | 61 Minutes | David R. Cohen and Beth A. Wurzel |

Course completed on **March 31, 2021 11:52pm EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Pennsylvania CLE | Attendee | | 1 General |

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____   _____
**ATTENDEE SIGNATURE**              **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

*[signature]*

David Schnurman, President Lawline

(877) 518-0660
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502



# Certificate of Completion

Congratulations, Seth Carson

**PROGRAM TITLE**

## What Every In-House Counsel Needs to Know to Avoid Discovery-Related Sanctions

| PRODUCTION DATE | DELIVERY METHOD | DURATION | LECTURERS |
|---|---|---|---|
| November 16, 2017 | On Demand | 62 Minutes | Elizabeth Livingston |

Course completed on **March 30, 2021 9:48pm EDT**

---

This course is approved for the following credit:

| JURISDICTION | ATTENDANCE TYPE | REPORTING NUMBER | CREDITS |
|---|---|---|---|
| Pennsylvania CLE | Attendee | | 1 Ethics |

☐ I attended a total of _____ (hr/min) of CLE of which _____ (hr/min) were in Ethics.
☐ These sessions I am claiming had written materials to cover the subject.
☐ I listened/viewed the program in a setting suitable to the course and a suitable writing surface was available.
☐ I was given the opportunity to participate in discussions with the presenter in the form of an email.

_____   _____
**ATTENDEE SIGNATURE**                **ATTORNEY LICENSE NUMBER**

Signature and bar number are required upon submission in the following states: California, Virginia, Texas, and Missouri. A materially false statement shall be subject to appropriate disciplinary action.

*[signature]*

David Schnurman, President Lawline

(877) 518-0660
Lawline
228 Park Ave S, PMB 81742
New York, NY 10003-1502