UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 2nd day of April, 2021, upon review of the letter from Plaintiff's Counsel (ECF No. 116) certifying his compliance with paragraph 8 of this Court's Order dated December 4, 2020 (ECF No. 85), and upon review of the docket, the Court notes as follows:

1. The Court's December 4 Order required Plaintiff's Counsel to file a certification "by the end of the day on December 8, 2020" that he had produced all images and audio files (ECF No. 85, ¶ 1), but Plaintiff's Counsel did not file the required certification until December 9, 2020 (ECF No. 88);

2. The Court's December 4 Order required Plaintiff's Counsel to file a certification "by the end of the day on December 18, 2020" that he had produced all accessible, responsive Telegram data (ECF No. 85, ¶ 3), but Plaintiff's Counsel did not file the required certification until December 22, 2020 (ECF No. 103);

3. The Court's December 4 Order required Plaintiff's Counsel to file a certification "by the end of the day on December 18, 2020" that he had re-produced to Defendants unredacted versions of previously produced documents (ECF No. 85, ¶ 4), but Plaintiff's Counsel has not filed the required certification, so the Court cannot determine when or if Plaintiff's Counsel complied with this requirement;

4. The Court's December 4 Order required Plaintiff's Counsel to "produce the text message threads that Defendants' counsel identified . . . by December 15, 2020" (ECF No. 85 at ¶ 5), but Plaintiff's Counsel's letter dated December 22, 2020 (ECF No. 103) demonstrates that Plaintiff's Counsel did not meet that deadline;

5. The Court cannot discern from the record when or if Plaintiff's Counsel complied with Paragraphs 4 and 5 of the Court's December 4 Order; and

6. The Court's December 4 Order required Plaintiff's Counsel to pay into the Court's registry a sanction of $50 per day for each day that he failed to comply with any of the deadlines in the December 4 Order, but Plaintiff's Counsel has not made any payments into the Court's registry.

Therefore, it is **ORDERED** as follows:

1. On or before April 13, 2021, Plaintiff's Counsel shall file on the docket a certification of the date(s) that that he complied with Paragraph 4 and Paragraph 5 of the Court's December 4 Order; and

2. On or before April 15, 2021, Plaintiff's Counsel shall make all required payments to the Court's registry.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.