IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 16th day of April, 2021, upon review of Plaintiff's Motion for Extension of 1 Day to Respond to Dispositive Motions (ECF No. 121), it is **ORDERED** that the Motion is **GRANTED.** All of the Parties' responses to dispositive motions shall be filed on or before April 17, 2021.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.