# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS : | |
| : | |
| Plaintiff, : | |
| : | |
| -vs- : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| : | |
| THE MIDDLE EAST FORUM, : | |
| DANIEL PIPES (*individually*), : | |
| GREGG ROMAN (*individually*), and : | |
| MATTHEW BENNETT (*individually*) : | |
| : | |
| Defendants. : | |

CERTIFICATION OF COUNSEL

Jonathan R. Cavalier, counsel for The Middle East Forum, Daniel Pipes, Gregg Roman, and Sidney L. Gold, counsel for Gregg Roman, collectively hereby certify as follows:

1. On July 13, 2020, Defendant Gregg Roman initiated a call with Daniel Thomas via WhatsApp.

2. Attorneys Cavalier and Gold were present for the entirety of the call between Roman and Mr. Thomas.

3. Exhibit 81, attached to Defendants Statement of Undisputed Facts, is a true and accurate reflection of the entirety of the call between Roman and Mr. Thomas.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

Respectfully submitted:

| | |
|---|---|
| _/s/_ Jonathan R. Cavalier | _/s/_ Sidney L. Gold |
| Jonathan R. Cavalier | Sidney L. Gold |
| Cozen O'Connor | Sidney L. Gold & Associates, P.C. |
| 1650 Market Street, Suite 2800 | 1835 Market Street, Suite 515 |
| Philadelphia, PA  19103 | Philadelphia, PA 19103 |
| (215) 446-0031 | (215) 569-1999 |
| *Attorneys for Defendant* *The Middle East Forum, Daniel Pipes and Gregg Roman* | *Attorneys for Defendant* *Gregg Roman* |