# EXHIBIT B

**Plaintiff Lisa Barbounis' Trips Across the Atlantic in June 2018-July 2019 Relating to Defendants' Counterclaims for Breach of Duty of Loyalty, and for Fraudulent Misrepresentation**

| Date | Travel | Barbounis' Reason Given To The Forum | Barbounis' Actual Reason For Travel And Activities | Record Citation |
|---|---|---|---|---|
| June 2018 | London | To supervise the rally for Tommy Robinson and oversee the use of the Forum's grant monies. | To supervise the rally for Tommy Robinson and oversee the use of the Forum's grant monies. | Exhibits 55, 71-72 |
| October 2018 | London | To attend a dinner and demonstration for Robinson on behalf of the Forum. | A personal vacation with her mother, and to begin an affair with Daniel Thomas; Barbounis also begins planning to emigrate to the United Kingdom to continue her relationship with Thomas and her work with Robinson. | Exhibits 2 at p. 286-87; 79, 80, 81. |
| November-December 2018 | London | (Does not inform the Forum of her travel.) | To plan a political event in the United Kingdom for Tommy Robinson and to continue her affair with Thomas; also attempts to pass a proposal for financial from Robinson to Pipes without disclosing that she was the author of the proposal. | Exhibits 87, 88, 89, 90, 92 |
| January-February 2018 | Brussels | To work on Forum-related matters relating to Tommy | To continue her affair with Thomas | Exhibit 2 at p. 347-61 |

| | | | | |
|---|---|---|---|---|
| | | Robinson's free speech rights. | and conceal his theft of funds. | |
| March 2019 | London | To work on the Forum's media strategies relating to its various missions in an effort to increase the exposure and heighten the reputation of the organization, and thus aid the organization in its ability to raise funds. | To work on Tommy Robinson's political campaign for European Parliament, to visit another U.K.-based paramour; and to solicit a million dollars for another organization in an effort to earn herself a six-figure commission. | Exhibit 1 at pp.68-80; Exhibit 108. |
| May 2019 | London | To take her children on vacation. | (She did not take her children.) To visit with Thomas and continue her political work for Robinson; tells her friend, "Do you know how many times him and everyone else told me to stay away from Tommy robinson but I love it. I do what I want." | Exhibit 107, 109, 124, 130. |
| July 2019 | London | To observe Robinson's civil contempt trial. | To work for Robinson as the "Director of Communications" for TR.News. | Exhibits 132, 135 |

2