# EXHIBIT C

**Plaintiff Lisa Barbounis' Communications Concerning Funds
Misappropriated by Daniel Thomas
December 2018 to June 2019**

| Date | To/From | Communication | Record Citation |
|---|---|---|---|
| 12/7/2018 | From Vinney Sullivan | VS: Tommo the one u gave 7 grand. The one you coached to lie to everyone. | Exhibit 85 |
| 2/16/2019 | From Daniel Thomas | DT: "You're making things very intense for me right now Lisa, I don't like the direction all of this is taking. I've asked my father please help me to receive the income I need to do this, **I need you to tell me how much money I've taken so I can start making payments to you**. I do absolutely appreciate everything you have done for me Lisa, been my rock at many of times. But I am very stressed at the moment with everything, I'm shouting at people I shouldn't that's just not you. I'm reacting in a way I don't feel is right. But I need some space between us for a while. And get things right for the direction MEF want to take. My whole life is slowly falling apart, it's time I did something about it." (emphasis added). | Exhibit 55 |
| 3/7/2019 | To Jazmin Bishop | LB: "**And I didn't know about the money that he [Thomas] took from MEF until you told me. It was always in the back of my mind because it didn't add up and the whole vinney and you thing** but he said you were crazy and would do anything to destroy him and I wanted to believe him. **Now that I know I'm obligated to tell my work. What do I do? That's theft.**" (emphasis added). | Exhibit 105 |
| 3/7/2019 | To Jazmin Bishop | LB: "That's 7 thousand dollars he stole from MEF and Tommy." | Exhibit 105 |
| 3/7/2019 | To Tommy Robinson | LB: "**I recently found out some potentially messy things that have to deal with demos MEF and I need to back away until I figure it all out. And if I tell MEF which I think I'm obligated to it's not good.** Plus I have jaz | Exhibit 106 |

| | | | |
|---|---|---|---|
| | | harassing me. I'm out. . . . I'm sure you know about the jaz and danny shit. **I knew money didn't add up after the first demo but it looks like he kept 7k for himself. If MEF finds out I knew and didn't tell them I'm fucked. If I tell them its not good for you and future money. It's all so messy. And I don't know what to do**. . . . So MEF gave him 30,000 for the demo. The last one didn't cost that much and look at the difference. He is going to have to get receipts and bank statements." (emphasis added). | |
| 3/10/2019 | To Jazmin Bishop | LB: "I need Danny's bank account and I need the invoices." | Exhibit 105 |
| 3/10/2019 | To Jazmin Bishop | LB: "That's exactly my point **I need a plan if my work gets wind of that Tommy screwed and dandy screwed so we need a plan. . . . I'm afraid my work is going to pull the money and that screws Tommy [Robinson]**. . . . I do more for tommy then danny ever did. As a matter fact if it wasn't for my company getting involved with Danny's demo they would've never been the way they were and he would've never been involved as he is today." (emphasis added). | Exhibit 146 |
| 4/18/2019 | To/From Twin Walton | TW: "Well I think it's wrong that tommy accepts Danny has taken the money without him paying him bk or without tommy having a sey on it it's fucking ludicrous and I feel like your being used for there needs as and when they need ya." (all errors in original).<br><br>LB: "I just want to move on from the danny stuff. It's old news. **I'm willing to forget the money so he will leave me alone. And tommy is going to pay me. And I get to be where I want to be. So win win, no?**" (emphasis added). | Exhibit 117 |
| 6/10/2019 | To Benjamin Baird | LB: Yep the minute I met him I couldn't stand him **I told Tommy to stay away from him I knew he stole the 20,000 from Tommy.** Tommy is just so freaking nice. When I met him out a drug Tommy and the crew away to a different bar turns out they were following us with hope not hate. ["Hope Not Hate" is a British organization] He called me the American | Exhibit 131 |

2

| | | | |
|---|---|---|---|
| | | bitch to Raheem. And then proceeded to kiss my ass in Brussels and like follow me around like a puppy dog." (emphasis added). | |
| 6/28/2019 | To/From Twin Walton | TW: It wasn't you I didn't want tho , i didn't like what the rest was doing so I thought fuck yas , that's why I didn't bother with the movement, look at how embarrassing it was in Liverpool and Oldham and Manchester they was getting chased round like little girls made me realise just what mugs they have around them as never once on the demo me Archie & Seamus did did anyone ever get the chance to attempt to do sumthing like that to tommy let alone get near him, tommy speaks the truth the rest our just out for fame on his back,**I become delusional with it all after everyone thought it was okay for tomo [Daniel Thomas] to do that with the money if he can virtually rob you and your company & beg off others and no1 fucks him off for it then that's wrong that's not my shit that ain't how I get down** I got fuck all for them demo everyone else getting clothes or money I done it because it was sumthing I believed in and still believe in , I'm famous in my own town I don't need anyone. I cared about you but you wouldn't havd it as you was so wrapped up in it it's all fun and games till people get hurt ..." (all errors in original) (emphasis added).<br><br>LB: **I just knew what my work situation was and I can't rock the boat too much. I have kids to feed. Additionally I believe in Tommy**. (emphasis added). | Exhibit 117 |

3