# EXHIBIT D

| | |
|---|---|
| **From:** | Lisa Barbounis <Barbounis@meforum.org> |
| **Sent:** | Thursday, May 31, 2018 2:16 PM |
| **To:** | Gregg Roman |
| **Cc:** | Marc Fink; Sam Westrop; Delaney Yonchek; Raheem Kassam |
| **Subject:** | March on June 9 |

There is another march for Tommy on June 9th at 3:00pm. Its hosted by Danny Tommo and there are 2.9k going and 13k interested. Should we try and make contact with the organizer, bus people in, and promote the event with FB ads?

We could also contact Vickie (see below) and offer to organize busses or just send them money to do it.

This was on the FB event:

"As discussed yesterday, people need to know who is going from different cities and big towns. And how they can get to London for the march on the 9th of June. Vickie Selway will try and help as many as possible, let her know where you are coming from she will do her best to help with times, meet points, bus & train routes to London on the day. add yourself to the group and lets get everyone there and home for the 9th of June..."

Sincerely,

**Lisa Barbounis**
Executive Liaison
Middle East Forum
O: 215.546.5406 x102
C: 215.910.2154
F: 215.546.5409



*Please subscribe to our newsletters here!*

1