# EXHIBIT E

# BEXLEY BEAUMONT

Mr Daniel Thomas
34 Botley Gardens
Southampton
SO19 0SW

Bexley Beaumont Limited
Union
Albert Square
Manchester
M26LW

| | |
|---|---|
| Date: | 9th December 2020 |
| Our Ref: | ESC.2020-289 |
| Contact: | erincowley@bexleybeaumont.com |

Dear Mr Thomas

**Assistance**

I represent Sidney L. Gold Associates who act on behalf of the Middle East Forum.

My client wishes to speak to you in relation to two matters.

Firstly, you will be aware that proceedings are in motion in the US between Lisa Barbounis and the Middle East Forum.  The US lawyers have evidence to show that you were aware that Miss Barbounis' claim against the Middle East Forum and Greg Roman was unsubstantiated.  They are also of the view that you were prepared to assist them with their case, albeit some time ago.

Secondly, there is an outstanding financial matter involving the Middle East Forum.

These matters are of some urgency, I should be grateful if you would revert to me within 14 working days.

Yours faithfully,

*Bexley Beaumont*

**Erin Cowley**
**Bexley Beaumont Limited**

Bexley Beaumont Limited is a limited company registered in England and Wales with company registration number 12216664. It is authorised and regulated by the Solicitors Regulation Authority (SRA Number: 664870).  A list of directors is displayed at the registered office: Union, Albert Square, Manchester M2 6LW, together with a list of those designated as partners. Any reference to a partner means a director of Bexley Beaumont Limited or an employee or consultant of equivalent standing and qualifications.

Bexley Beaumont Limited: Union, Albert Square, Manchester M2 6LW
www.bexleybeaumont.com

# BEXLEY BEAUMONT

Mr Daniel Thomas
34 Botley Gardens
Southampton
SO19 0SW

Bexley Beaumont Limited
Union
Albert Square
Manchester
M26LW

| | | |
|---|---|---|
| Date: | | 11th January 2021 |
| Our Ref: | | ESC.2020-289 |
| Contact: | | erincowley@bexleybeaumont.com |

Dear Mr Thomas,

**Sidney L. Gold & Associates**

I refer to the above and to my email of 30th December 2020.  I am slightly surprised not to have received at least an acknowledgment.

My client would very much like to secure your account on a voluntary basis.  However, if your co-operation is not forthcoming, they will have no option but to obtain it by compulsory means under the Hague Convention. This process is of course, not without cost.

I look forward to hearing from you by return.

Yours faithfully,

*Bexley Beaumont*

**Bexley Beaumont Limited**

Bexley Beaumont Limited is a limited company registered in England and Wales with company registration number 12216664. It is authorised and regulated by the Solicitors Regulation Authority (SRA Number: 664870).  A list of directors is displayed at the registered office: Union, Albert Square, Manchester M2 6LW, together with a list of those designated as partners. Any reference to a partner means a director of Bexley Beaumont Limited or an employee or consultant of equivalent standing and qualifications.

13:07

Begin forwarded message:

**From:** Daniel Thomas
<dannytommo123@icloud.com>
**Date:** 28 December 2020 at 11:07:49
GMT
**To:** BB <BB@bexleybeaumont.com>
**Subject: Message for Erin Cowley - MEF
- Daniel Thomas**

Hi Erin,

I've received a letter from yourself
regarding MEF in USA.

Please can you contact me on
07900171112 at your earliest convenience.

Thank you

Daniel Thomas

Sent from my iPhone

See More

Erin Cowley                          11:40

20:09 

🔒 www3.royalmail.com

~~your item~~

Check the progress of your deliveries

Fersiwn Cymraeg >

 **Delivered**

Tracking no. **VE853111892GB**

Your item was delivered on **12-12-2020**.

Service used:
Royal Mail Special Delivery Guaranteed 1pm™ 



Not the signature you expected? **Find out why**.

Signed for by: THOMAS


Tracking Assistant

07:24

 **Danny thomas**

**Wed 17 Feb**

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

Hey, You mentioned earlier you might be able to find some info out about what's happening or what the papers may be interested in... if you can find out and let's have another convo, because if it's damaging enough on me I may need to response. Thanks Erin x
16:28

Hey Danny. Let me find out and I'll come back to you. You free to talk tomorrow morning sometime?
17:35 ✓✓

Yer no problem, ring me when you're ready to talk. I'd like to have a detailed insight on how the case in the US is going and how it's looking as it moves forward. I'm up north work this week, happy for you show me in detail, so I can make a final decision if that's possible. I just need to make the right choice!
20:34

**Thu 18 Feb**