# EXHIBIT F

LAW OFFICES OF
# SIDNEY L. GOLD & ASSOCIATES
A PROFESSIONAL CORPORATION

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999   FAX (215) 569-3870

SIDNEY L. GOLD **++ *
TRACI M. GREENBERG* **
NEELIMA VANGURI*
WILLIAM RIESER*
JAMIE L. FORD*
LEANNE LANE COYLE*

\*      ALSO ADMITTED IN NEW JERSEY
\*\*   ALSO ADMITTED IN NEW YORK
++    ALSO ADMITTED IN DISTRICT OF COLUMBIA

April 8, 2021

Ms. Lisa Reynolds-Barbounis (Unrepresented Defendant)
2601 Pennsylvania Ave., Suite 1153
Philadelphia, PA 19130

Ms. Lisa Reynolds-Barbounis (Unrepresented Defendant)
2717 S. Walter Reed Drive
Arlington, Virginia 22206

     **RE:** **The Middle East Forum v. Reynolds-Barbounis**
        <u>**EDPA, Civil Action No.: 21-310 (JS)**</u>

To Defendant Lisa Reynolds-Barbounis:

  As you are aware, this office represents the Plaintiff, in connection with the above-referenced matter. Enclosed for your information, please find a time-stamped copy of a Praecipe for Default filed with the Court on April 7, 2021 along with an Order of Entry of Default entered against you on April 8, 2021, for failure to respond to Plaintiff's Complaint served upon you on March 16, 2021.

  Thank you for your attention herein.

               Very truly yours,
               */s/Sidney L. Gold*
               SIDNEY L. GOLD

SLG/dd
Enclosure

| | |
|---|---|
| From: | ecf_paed@paed.uscourts.gov |
| Sent: | Thursday, April 8, 2021 9:08 AM |
| To: | paedmail@paed.uscourts.gov |
| Subject: | Activity in Case 2:21-cv-00310-JS THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS Clerk's Entry of Default |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Eastern District of Pennsylvania**

## Notice of Electronic Filing

The following transaction was entered on 4/8/2021 at 9:07 AM EDT and filed on 4/8/2021
**Case Name:** THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS
**Case Number:** 2:21-cv-00310-JS
**Filer:** LISA REYNOLDS-BARBOUNIS
**Document Number:** No document attached

**Docket Text:**
**DEFAULT BY LISA REYNOLDS-BARBOUNIS FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (fdc, )**


**2:21-cv-00310-JS Notice has been electronically mailed to:**

SIDNEY L. GOLD     sgold@discrimlaw.net, ashields@discrimlaw.net, ddrages@discrimlaw.net

**2:21-cv-00310-JS Notice will not be electronically mailed to:**

LISA REYNOLDS-BARBOUNIS
2601 PENNSYLVANIA AVE
SUITE 1153
PHILADELPHIA, PA 19130

| | |
|---|---|
| From: | ecf_paed@paed.uscourts.gov |
| Sent: | Thursday, April 8, 2021 9:08 AM |
| To: | paedmail@paed.uscourts.gov |
| Subject: | Activity in Case 2:21-cv-00310-JS THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS Default Entered |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 4/8/2021 at 9:08 AM EDT and filed on 4/7/2021
**Case Name:**    THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS
**Case Number:**  2:21-cv-00310-JS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Default Entered. (fdc)**


2:21-cv-00310-JS Notice has been electronically mailed to:

SIDNEY L. GOLD    sgold@discrimlaw.net, ashields@discrimlaw.net, ddrages@discrimlaw.net

2:21-cv-00310-JS Notice will not be electronically mailed to:

LISA REYNOLDS-BARBOUNIS
2601 PENNSYLVANIA AVE
SUITE 1153
PHILADELPHIA, PA 19130

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 21-310 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## PRAECIPE TO ENTER DEFAULT

Kindly enter a default against Defendant Lisa Reynold-Barbounis pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to respond to Plaintiff's Complaint served upon Defendant on March 16, 2021, in the above-captioned matter.

SIDNEY L. GOLD & ASSOC., P.C.

*/s/Sidney L. Gold, Esquire*

SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED: 04/07/2021

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served via regular mail upon the following:

Lisa Reynolds-Barbounis (Unrepresented Defendant)
2601 Pennsylvania Ave., Suite 1153
Philadelphia, PA 19130

Lisa Reynolds-Barbounis (Unrepresented Defendant)
2717 S. Walter Reed Drive
Arlington, Virginia 22206

SIDNEY L. GOLD & ASSOC., P.C.

*/s/Sidney L. Gold, Esquire*

SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED: 04/07/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-310

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LISA REYNOLDS - BARBOUNIS
was received by me on *(date)* 15 MAR 2021

☒ I personally served the summons on the individual at *(place)* 2717 S WALTER REED DR
ARLINGTON, VA 22206 on *(date)* 16 MAR 2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* AFTER BEING NOTIFIED OF THE SUMMONS THE INDIVIDUAL
SHUT THE DOOR AND THE SUMMONS WAS DELIVERED VIA DOOR MAIL SLOT

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 16 MAR 2021

_____
Server's signature

KEVIN DULCHER
Printed name and title

8712 LAKEFRONT DR, HENRICO, VA 23294
Server's address

Additional information regarding attempted service, etc:

| | |
|---|---|
| From: | ecf_paed@paed.uscourts.gov |
| Sent: | Thursday, April 8, 2021 9:08 AM |
| To: | paedmail@paed.uscourts.gov |
| Subject: | Activity in Case 2:21-cv-00310-JS THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS Clerk's Entry of Default |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 4/8/2021 at 9:07 AM EDT and filed on 4/8/2021
**Case Name:**      THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS
**Case Number:**    2:21-cv-00310-JS
**Filer:**          LISA REYNOLDS-BARBOUNIS
**Document Number:** No document attached

**Docket Text:**
**DEFAULT BY LISA REYNOLDS-BARBOUNIS FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (fdc, )**


**2:21-cv-00310-JS Notice has been electronically mailed to:**

SIDNEY L. GOLD     sgold@discrimlaw.net, ashields@discrimlaw.net, ddrages@discrimlaw.net

**2:21-cv-00310-JS Notice will not be electronically mailed to:**

LISA REYNOLDS-BARBOUNIS
2601 PENNSYLVANIA AVE
SUITE 1153
PHILADELPHIA, PA 19130

| | |
|---|---|
| **From:** | ecf_paed@paed.uscourts.gov |
| **Sent:** | Thursday, April 8, 2021 9:08 AM |
| **To:** | paedmail@paed.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-00310-JS THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS Default Entered |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 4/8/2021 at 9:08 AM EDT and filed on 4/7/2021
**Case Name:**    THE MIDDLE EAST FORUM v. REYNOLDS-BARBOUNIS
**Case Number:**   2:21-cv-00310-JS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Default Entered. (fdc)**


**2:21-cv-00310-JS Notice has been electronically mailed to:**

SIDNEY L. GOLD     sgold@discrimlaw.net, ashields@discrimlaw.net, ddrages@discrimlaw.net

**2:21-cv-00310-JS Notice will not be electronically mailed to:**

LISA REYNOLDS-BARBOUNIS
2601 PENNSYLVANIA AVE
SUITE 1153
PHILADELPHIA, PA 19130

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE MIDDLE EAST FORUM, | : | CIVIL ACTION NO.: 21-310 |
| *Plaintiff* | : | Hon. Juan R. Sánchez |
| v. | : | |
| LISA REYNOLDS-BARBOUNIS, | : | |
| *Defendant* | : | JURY TRIAL DEMANDED |

## PRAECIPE TO ENTER DEFAULT

Kindly enter a default against Defendant Lisa Reynold-Barbounis pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to respond to Plaintiff's Complaint served upon Defendant on March 16, 2021, in the above-captioned matter.

SIDNEY L. GOLD & ASSOC., P.C.

*/s/Sidney L. Gold, Esquire*

SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED: 04/07/2021

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served via regular mail upon the following:

Lisa Reynolds-Barbounis (Unrepresented Defendant)
2601 Pennsylvania Ave., Suite 1153
Philadelphia, PA 19130

Lisa Reynolds-Barbounis (Unrepresented Defendant)
2717 S. Walter Reed Drive
Arlington, Virginia 22206

SIDNEY L. GOLD & ASSOC., P.C.

*/s/Sidney L. Gold, Esquire*

SIDNEY L. GOLD, ESQUIRE
I.D. NO: 21374
1835 Market Street, Ste. 515
Philadelphia, PA 19103
215.569.1999
sgold@discrimlaw.net
Attorneys for Plaintiff, The Middle East Forum

DATED: 04/07/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-310

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LISA REYNOLDS - BARBOUNIS

was received by me on *(date)* 15 MAR 2021

☒ I personally served the summons on the individual at *(place)* 2717 S WALTER REED DR ARLINGTON, VA 22206 on *(date)* 16 MAR 2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: AFTER BEING NOTIFIED OF THE SUMMONS THE INDIVIDUAL SHUT THE DOOR AND THE SUMMONS WAS DELIVERED VIA DOOR MAIL SLOT

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 16 MAR 2021

*Server's signature*

KEVIN DULGHUR
*Printed name and title*

8712 LAKEFRONT DR, HENRICO, VA 23294
*Server's address*

Additional information regarding attempted service, etc: