IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, | |
| Plaintiff, | CIVIL ACTION<br>NO. 2:19-cv-05030-JDW |
| v. | |
| THE MIDDLE EAST FORUM, GREG ROMAN, AND DANIEL PIPES, | |
| Defendants. | |

**ORDER DENYING DEFENDANTS**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

In considering Defendants' Motion for Summary Judgment pursuant to F.R.Civ.P. Rule 56, the Court finds that the law and factual support outlined in the briefs does not support Defendant's Motion.  Defendants Motion is DENIED.

It is further Ordered that Plaintiff's Motion for Summary Judgment is granted and all counterclaims are hereby dismissed with prejudice.

IT IS SO ORDERED this _____ day of _____, 2021.

_____
Honorable JOSHUA D. WOLSON, U.S.D.J.