# EXHIBIT B

IN THE UNITED STATES DISTRICT FOR THE EASTERN

DISTRICT OF PENNSYLVANIA


\*   \*   \*

```
LISA BARBOUNIS,            : CIVIL ACTION - LAW
        Plaintiff          :
                           :
        vs                 :
                           :
MIDDLE EASTERN FORUM,      :
et al.,                    :
        Defendants         : NO. 2:19-cv-05030
```

\*   \*   \*


Videotaped deposition of STEVEN LEVY,

via video conference, taken on Tuesday, November 24,

2020, beginning at 2:03 p.m. before Pamela Pratt, via

video conference, Court Reporter and Notary Public in

and for the Commonwealth of Pennsylvania.


\*   \*   \*

Case 2:19-cv-05030-JDW   Document 125-4   Filed 04/20/21   Page 3 of 24

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

APPEARANCES:

            SETH D. CARSON, ESQUIRE
            (Via video conference)
            DEREK SMITH LAW GROUP, PLLC
            1835 Market Street, Suite 2950
            Philadelphia, Pennsylvania 19103
            (215)391-4790
            seth@dereksmithlaw.com

            -- Representing the Plaintiff


            DAVID J. WALTON, ESQUIRE
            JONATHAN R. CAVALIER, ESQUIRE
            (Via video conference)
            COZEN O'CONNOR
            One Liberty Place
            1650 Market Street
            Philadelphia, Pennsylvania 19103
            (215)665-2000
            dwalton@cozen.com

            -- Representing the Defendant
               Middle Eastern Forum


            SIDNEY L. GOLD, ESQUIRE
            WILLIAM RIESER, ESQUIRE
            (Via video conference)
            SIDNEY L. GOLD & ASSOCIATES, P.C.
            Eleven Penn Center, Suite 515
            1835 Market Street
            Philadelphia, Pennsylvania 19103
            (215)569-1999
            sgold@discrimlaw.net

            -- Representing the Defendant Gregg Roman


ALSO PRESENT:

            Mike Gannone - Videographer
            Marc Fink
            Gregg Roman
            Daniel Pipes

```
                    I N D E X

                    *   *   *

WITNESS:   Steven Levy

QUESTIONED BY:                PAGE

      Mr. Carson              5




              E X H I B I T S

                 *   *   *



                                      MARKED
NUMBER      DESCRIPTION                FOR ID

   (None marked.)
```

Page 4

1               * * *
2        (It is hereby stipulated and agreed by
3  and among counsel for the respective parties that
4  sealing, certification, and filing are waived and that
5  all objections, except as to the form of the question,
6  are reserved until the time of trial.)
7               * * *
8        THE VIDEOGRAPHER:  We are now on the
9  record.  Today's date is Tuesday, November 24th, 2020
10 and the time is 2:03 p.m. Eastern Standard Time.  This
11 is the video-recorded deposition of Steven Levey in the
12 matter of Lisa Barbounis versus Middle Eastern Forum, et
13 al., in the United States District for the Eastern
14 District of Pennsylvania, Case Number 219-cv-05030.
15        My name is Michael Gannone from Everest
16 Court Reporting and I am the video specialist.  The
17 court reporter today is Pam Pratt, also from Everest
18 Court Reporting.  All counsel appearing today will be
19 noted on the stenographic record.  Will the court
20 reporter please swear in the witness.
21               * * *
22        STEVEN LEVY,
23        having been first duly sworn, was
24        examined and testified as follows:
25               * * *

Page 5

1        EXAMINATION
2               * * *
3  BY MR. CARSON:
4  Q.      Mr. Levy, my name is Seth Carson and we're
5  here today to take a deposition for the matter of Lisa
6  Barbounis versus Middle East Forum, Daniel Pipes and
7  Gregg Roman.  I represent the plaintiff who is Lisa
8  Barbounis and we're going to take your deposition.  So
9  the first thing I'm going to ask you is, have you ever
10 done a deposition before?
11 A.      Yes.
12 Q.      Okay.  When's the last time you did a
13 deposition?
14 A.      It was less than ten years ago.  I'm not -- I
15 have to think carefully about it.  Certainly nine years
16 ago and I may have had something more recent.  It's been
17 a few years.
18 Q.      Okay.  Well, just -- I want to give you some
19 ground rules just to try keep it running smooth.  So
20 it's a question-and-answer session.  So I'll ask you
21 questions and you'll provide responses -- any response
22 that you want, yes, no, I don't know or you can say I
23 don't remember, any other responsive answer you'd care
24 to provide, but you have to keep all your answers
25 verbal.  So nods and shrugs, huh-uh, uh-huh, those types

Page 6

1  of answers don't have a lot of meaning on the record, so
2  please keep all your answers verbal today, okay?
3  A.      Okay.
4  Q.      And it's important that we don't talk over
5  each other.  Sometimes you'll anticipate my question or
6  I'll anticipate your answer, but it's hard for the court
7  reporter to type two people talking at the same time.
8  So, you know, we'll just try to avoid interrupting each
9  other, okay?
10 A.      Okay.
11        MR. WALTON:  Hey, Seth, can we just have
12 an agreement that it's usual stipulations, reserve all
13 objections, except objections to form, until the time of
14 trial and the witness will read and sign?
15        MR. CARSON:  Yes.
16        MR. WALTON:  Thank you.
17        MR. CARSON:  So noted.
18 BY MR. CARSON:
19 Q.      And so you've been sworn by the court
20 reporter today, so all your answers have the same force
21 and effect as if you were testifying in a courtroom in a
22 trial.  So do you understand that?
23 A.      Yes.
24 Q.      Please state your full name for the record?
25 A.      Steven Mark Levy.

Page 7

1  Q.      And Mr. Levy, what do you do for a living?
2  A.      I have a real estate business in New York
3  City.  We operate various kinds of commercial property
4  and I am also responsible for a family office.
5  Q.      What's a family office?
6  A.      A family office is, I guess, a management
7  office that runs the affairs of a family or even the
8  extended family.
9  Q.      Okay.  So that's for a particular family that
10 you do that work for?
11 A.      My family.
12 Q.      Okay.
13 A.      My extended family.
14 Q.      Fair enough.  And we're not really here today
15 to talk about your personal business.  We're here today
16 to talk about your connection with the Middle East
17 Forum, okay?  So I guess that's, kind of, a good segue.
18 Can you please describe briefly what your relationship
19 is with the Middle East Forum?
20 A.      I'm currently chairman of the executive
21 committee, have been for a number of years.  I've been a
22 contributor and supporter of Daniel's since he started.
23 Q.      What does it mean to be the chairman of the
24 executive committee?
25 A.      Well, I moderate board meetings and pull the

Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 8

1 executive committee together and we handle the affairs
2 of the organization.
3 Q.      You said that you moderate board meetings; is
4 that correct?
5 A.      Yes.
6 Q.      How often are board meetings held?
7 A.      Well, I would say once or twice a year.
8 Executive committee is probably two, three times a year.
9 Q.      So are -- board meetings and meetings of the
10 executive committee, are those two different things?
11 A.      Yes.
12 Q.      So I noticed on the website for Middle East
13 Forum there's a list of officers, there's a list of
14 people on the executive committee and there's also a
15 list of people on the board of governors.  So is
16 there -- are there meetings where just the officers
17 attend?  Are there any meetings like that?
18 A.      So if we have a high-level meeting that is
19 not specifically or formally the executive committee,
20 we -- I might huddle with one or two other lay leaders
21 and Daniel and Gregg about -- could be compensation
22 because we do that once a year.  Or there may be a
23 particular matter that comes up ad hoc -- you could say
24 ad hoc committees but they're not even -- there's more
25 ad hoc -- sometimes just if the subject comes up, we

Page 9

1 pull in the people that are most likely to be
2 contributory.
3 Q.      So there are not -- so the regular meetings
4 then are relegated to meetings of the executive
5 committee and then meetings of the board of governors;
6 is that correct?
7 A.      Correct.
8 Q.      And is there a schedule -- are there -- let's
9 say just for the executive committee meetings first.  Is
10 there a schedule where, you know, every year the
11 executive committee meetings are on such-and-such days?
12 A.      No.
13 Q.      They are scheduled as needed; is that fair to
14 say?
15 A.      Right.
16 Q.      And is that the same for the board of
17 governors meetings or the board meetings?
18 A.      Yes.
19 Q.      What is the executive committee?
20 A.      Well, typically -- in this case and
21 typically, it is the more operating end of the
22 governance of the entity.  So board of directors may
23 meet and review things and vote on them, but all of the
24 work tends to happen at the executive committee.
25 Q.      And so how would you describe the difference

Page 10

1 between the executive committee and the board of
2 governors?
3 A.      The executive committee in the organizations
4 I've been involved with is a small group of leaders who
5 actually help operate the organization whereas the board
6 tends to be a broader outreach to supporters and
7 interested parties to keep them informed, have them --
8 equip them with information so that they can be
9 ambassadors for the organization and so on.
10 Q.      Regarding the executive committee meetings,
11 is that -- are there minutes kept at those executive
12 committee meetings?
13 A.      Not sure.  We don't formally review them.  If
14 they're kept, I'm not sure.
15 Q.      And Gregg Roman's position as secretary, that
16 is a position that exists in connection with the
17 executive committee?
18 A.      Yes.
19 Q.      And your position as chairman also exists in
20 connection with the executive committee, correct?
21 A.      Yes.
22 Q.      And then just to round it out, Daniel Pipes's
23 position as president is in connection with the
24 executive committee, right?
25 A.      Yes.

Page 11

1 Q.      And vice chairman, Joshua Katzen, the same?
2 A.      Yes.
3 Q.      And treasurer, Lawrence Hollin?
4 A.      Yes.
5 Q.      Do you recall whether or not there were ever
6 matter -- issues related to allegations of sexual
7 harassment discussed at any of the meetings with the
8 executive committee?
9 A.      Nothing beyond a report to the board that
10 we're in litigation.
11 Q.      And that report to the board, that was made
12 at a board meeting, that was not an executive committee
13 meeting; is that right?
14 A.      Correct.
15 Q.      When did that notice of the litigation to the
16 board occur first?
17 A.      I think it was over a year ago.  I could be
18 wrong about that.
19 Q.      And did that occur at a board meeting that
20 was in New York?
21 A.      Yes.
22 Q.      Was Janet Doerflinger at that meeting?
23 A.      Yes.
24 Q.      Were the allegations discussed at that
25 meeting?

Deposition of Steven Levy                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 12

1  A.      She raised questions.
2  Q.      Do you remember what questions she raised?
3  A.      I don't.
4  Q.      Do you remember how those questions were
5  addressed?
6  A.      I don't remember the conversation.
7  Q.      Do you know whether or not the veracity of
8  the allegations of sexual harassment were discussed?
9  A.      They must have been.  I mean, if I had the
10 transcript of that meeting in front of me, I could
11 confirm that I -- you know, I could now recall that, but
12 I -- you know, I don't remember the conversation.
13 Q.      There was a transcript from that meeting?
14 A.      I know of none.
15 Q.      Are there transcripts customarily taken at
16 these board meetings?
17 A.      There are typically -- there are typically a
18 minute -- there's typically a minutes.
19 Q.      And who takes those minutes?
20 A.      I'm not sure.
21 Q.      If I represent to you that the -- hang on one
22 second, please -- that the Middle East Forum bylaws
23 lists Gregg Roman as the secretary and that one of the
24 duties of the secretary is to take minutes, does that
25 help you remember who might have taken minutes at the

Page 13

1  board meetings?
2  A.      No.  He may have taken the minutes or maybe
3  somebody else did.  As I said, generally I see minutes
4  from board meetings, but I really don't pay too much
5  attention to who did it.
6  Q.      Other than that instance at a board meeting
7  in New York, were there any other times that you recall
8  that issues related to allegations of sexual harassment
9  were discussed by either the executive committee or the
10 board?
11 A.      That's the only board meeting I recall.  And
12 as far as the executive committee is concerned, we must
13 have discussed it prior to that board meeting that it
14 was going to be brought up and Daniel and, I suppose,
15 Gregg gave us a little bit of a briefing.  We really
16 haven't met this year, by the way.
17 Q.      I noticed that in 2019, the meetings were
18 held at the end of the year.  So is that customarily
19 when these types of meetings take place is at year end?
20 A.      It depends.  There's usually something in the
21 fall and something in the spring.
22 Q.      At the executive committee meeting, did you
23 say that Gregg Roman presented information to the
24 executive committee?
25 A.      He may have.  I assume that he did.  He may

Page 14

1  not have even been in -- I don't recall.
2  Q.      Okay.  Did Daniel Pipes present information?
3  And I'm specifically referring to information related to
4  allegations that were made involving Gregg Roman and
5  sexual harassments.
6  A.      Yes, he discussed the cases.
7  Q.      Prior to any litigation being filed, did you
8  ever hear about any allegations of sexual harassment
9  involving Gregg Roman?
10 A.      No.
11 Q.      And so part of the -- have you ever read the
12 Complaint in this case, Mr. Levy?
13 A.      No.
14 Q.      Part of the -- I'll represent to you, part of
15 the allegations in the Complaints involve a meeting that
16 was held at the Middle East Forum's Philadelphia office
17 on November 5th, 2018.  And I was just -- my question
18 is, do you have any knowledge related to that meeting
19 that was held on November 5th, 2018 at the Philadelphia
20 offices?
21 A.      No.
22 Q.      And I'll represent to you that meeting was
23 held to discuss, among other things, issues related to
24 allegations of sexual harassment.  Does that ring any
25 bells regarding whether or not you ever heard about or

Page 15

1  discussed at one of these meetings any allegations
2  involving Gregg Roman?
3  A.      It was so long ago that Daniel let me know
4  what was going on.  Whether he spoke specifically about
5  that meeting or informed me at the time, I just don't
6  recall.
7  Q.      But sitting here today, you believe the first
8  time you heard about these allegations would have been
9  at the executive committee meeting in 2019?
10 A.      Yes, or a phone call from Daniel prior.
11 Q.      Do you specifically recall any phone call
12 from Daniel prior?
13 A.      I mean, we talk from time to time.  And it
14 would be normal for him to let me know what was coming
15 at the executive, so I assume that we had a
16 conversation.
17 Q.      Are you basing that assumption just on your
18 prior experience working with Mr. Pipes or do you have a
19 specific memory of a call where you discussed these
20 allegations prior to?
21 A.      It must have happened.  I don't have a -- I
22 don't have a specific memory of the conversation.
23 Q.      Do you remember anything that Mr. Pipes said
24 to you during that conversation?
25 A.      Other than to the effect that he was very

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 16

1  upset that he was being sued -- he and Gregg were being
2  sued and he felt it was very wrong.
3  Q.      Why did he say it was wrong?
4  A.      Because he described how none of it was true.
5  Q.      Did he tell you why he didn't think it was
6  true -- the allegations were true?
7  A.      Well, I suppose if someone accused me of
8  doing something and I knew I didn't do it, I would argue
9  that it wasn't true.
10 Q.      But nobody accused Daniel Pipes of sexual
11 harassment, though, right?
12 A.      I'm not sure of the specific allegations in
13 the cases.
14 Q.      Do you know how many women over the last five
15 years have reported sexual harassment involving Gregg
16 Roman?
17 A.      I don't know the precise number.
18 Q.      If I told you it was eight, would that
19 surprise you?
20         MR. WALTON:  Objection to form, but you
21 can answer.
22         THE WITNESS:  I suppose it wouldn't
23 surprise me considering that there are a handful
24 involved with this case, if I'm correct -- cases, if I'm
25 correct.

Page 17

1  BY MR. CARSON:
2  Q.      Have you ever heard of any allegations of
3  sexual harassment involving women who weren't involved
4  in these cases?
5  A.      I don't recall.  I don't think so.
6  Q.      Did you know that a female employee named
7  Tiffany Lee filed a charge of discrimination at the EEOC
8  in 2016 accusing Gregg Roman of sexual harassment?
9  A.      That was mentioned to me over the summer,
10 yes.
11 Q.      Over the summer of 2020?
12 A.      Yes.
13 Q.      Did you hear about it back in 2016?
14 A.      No.
15 Q.      Were you the --
16 A.      Or at least I don't recall hearing it.
17 Q.      And you were the chairman, though, of Middle
18 East executive committee in 2016, correct?
19 A.      Yes.
20 Q.      Did you ever hear about an allegation that
21 Gregg Roman had sex with a young intern named Leah
22 Merville?
23 A.      I've never heard.
24 Q.      Have you ever heard about an allegation that
25 Gregg Roman attempted to trade sex for stories with a

Page 18

1  reporter for the Washington Examiner?
2  A.      Sex for stories?
3  Q.      Yeah.
4  A.      No, I've never heard that.
5  Q.      Have you ever heard a tape recording where
6  she describes in detail her interaction with Gregg Roman
7  where he commanded her to come to her [sic] hotel room
8  that night and he would give her a good story in return?
9  A.      No.
10         MR. WALTON:  Objection to form.
11 BY MR. CARSON:
12 Q.      You never heard that recording?
13 A.      No.
14 Q.      Do you know whether -- so then you wouldn't
15 have any knowledge whether Mr. Pipes ever even called
16 these women to talk to them or interview them or ask for
17 a statement from them in connection with these
18 allegations?
19         MR. WALTON:  Objection to form.  You can
20 answer.
21         THE WITNESS:  No, I do not know of that.
22 BY MR. CARSON:
23 Q.      Are these the type of allegations that you
24 think would be important to know about when determining
25 the veracity of other allegations of sexual harassment?

Page 19

1          MR. WALTON:  Objection to form.  You can
2  answer.
3          THE WITNESS:  I'm tempted to answer as a
4  lawyer right now and I'm not a lawyer.
5  BY MR. CARSON:
6  Q.      You can answer however you want to.
7  A.      I mean, I don't know that any allegations are
8  relevant except for the ones that are actually being
9  brought to court.  They're just allegations, right?
10 Q.      Agreed.  But do you -- would you agree that
11 there is a certain number of allegations that can be
12 made where organizations might take a position with
13 regard to protecting the organization and weigh that
14 over confirming the veracity of the allegations?  If you
15 understood that question, you're a better person than I
16 am.
17         MR. WALTON:  Yeah, I was going to object
18 to that one.
19 BY MR. CARSON:
20 Q.      Strike that.  I'll ask a better question.
21 Let me think.  So have you ever heard of an allegation
22 involving a female employee named Laura Frank?  And by
23 that, I mean allegation of sexual harassment involving
24 Gregg Roman.
25 A.      I'm trying to place the name.  I may have

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 20

1  heard of it, but I don't recall the name.
2  Q.      Have you ever heard of an allegation of a
3  female employee regarding sexual harassment and Gregg
4  Roman by an employee named Lara Szott?
5  A.      Iris?
6  Q.      Lara Szott.
7  A.      Lara Szott.  No.  I mean, I think in a couple
8  of the times that Daniel briefed me, he mentioned a
9  bunch of names.  But I'm not good with names anyway, so
10  if I speak to him once every three months on the subject
11  and he mentions a name, I won't remember it the next
12  time, so...
13  Q.      Just to be -- for the record, how about
14  Lara -- strike that.  How about Gabrielle Bloom?
15  A.      Maybe.  I don't know.
16  Q.      Do you know what the allegations are that my
17  client, Lisa Barbounis, has made involving Gregg Roman?
18  A.      I'm sorry.  Say that again.  I didn't quite
19  hear it.  You trailed off.
20  Q.      Do you know -- I'll speak up.  Do you know
21  what the allegations are that my client, Lisa Barbounis,
22  made in connection with Gregg Roman and sexual
23  harassment?
24  A.      I could not list the specific allegations.
25  But I know in general, she, I guess, feels sexually

Page 21

1  harassed, mistreatment in the office, prejudicial
2  treatment, stuff like that.
3  Q.      Do you know of an allegation that she made
4  involving touching, where Gregg -- she alleged --
5  whether she alleged that Gregg Roman touched her in a
6  sexual way?
7  A.      I don't recall specifically, but I take your
8  word that those were one of the allegations.
9  Q.      I'll represent to you that the allegation
10  involving touching allegedly occurred on a work trip to
11  Israel.  Does that help your recollection?
12  A.      Sure.  I guess that sounds a little more
13  familiar.
14  Q.      You recall that?
15  A.      I recall being told something like that.
16  Q.      How about an allegation that another employee
17  named Patricia McNulty and an unwanted sexual touching,
18  do you have any knowledge of allegations like that?
19  A.      I have knowledge that Patricia was one of the
20  ladies who was part of this group of aggrieved ladies
21  and that she had complaints.  Again, I don't know the
22  specifics.  As I mentioned, I haven't even read the
23  Complaint -- Complaints.
24  Q.      Have you ever discussed anything with
25  Mr. Pipes related to whether he investigated these

Page 22

1  allegations -- any of them?
2  A.      Yes, he assured me that they were all
3  spurious.
4  Q.      Did he say that were all spurious based on
5  his personal opinion or did he say that they were all
6  spurious based on some sort of investigation that was
7  performed?
8  A.      I don't recall the conversation well enough
9  to state affirmatively one way or the other, but I
10  wouldn't doubt if he had given me steps that he had
11  taken.
12  Q.      Do you know what any of the steps were that
13  he took to investigate these allegations?
14  A.      I don't.  I don't recall.
15  Q.      Do you know how long his investigation took?
16  A.      No.
17          MR. WALTON:  Objection to form.  You can
18  answer.
19  BY MR. CARSON:
20  Q.      Have you ever seen any document related to
21  Mr. Pipes's investigation into the allegations that
22  these women made -- that any of these women made?
23  A.      Not that I recall.
24  Q.      By "documents," I would -- you know,
25  conclusionary reports or investigative reports or

Page 23

1  witness statements, things like that.
2  A.      Right.  Not that I recall.
3  Q.      Okay.  Do you know anything about a
4  counterclaim that was -- that the Middle East Forum made
5  in this case, Lisa Barbounis versus Middle East Forum?
6  A.      I do know that Gregg and Daniel have filed
7  counterclaims.
8  Q.      Do you know anything about those
9  counterclaims?
10  A.      Well, they reported to me that they've been
11  doing their own investigating and that they've assured
12  me that the complainants are not only incorrect, but are
13  doing things for ulterior motives.
14  Q.      Have you ever seen any evidence to support
15  that claim?
16  A.      No.
17  Q.      Have you ever discussed with Mr. Pipes
18  terminating Mr. Roman's employment with the Middle East
19  Forum and severing all relations with Mr. Roman?
20  A.      We have discussed it not at my suggestion.
21  Q.      At whose suggestion was that discussed?
22  A.      It came up in the context of Gregg needing to
23  be out of the office and stationing him in Israel and
24  whether or not he could fulfill his duties -- his
25  initial job description from afar.

Page 24

1 Q.      Have you ever heard about anyone discussing
2 whether or not to sever ties with Mr. Roman in
3 connection to the allegations of sexual harassment that,
4 you know, all these women made?
5       MR. WALTON:  I'll place an objection to
6 form.  But you can answer, Steve.
7 BY MR. CARSON:
8 Q.      Has it ever been discussed?
9 A.      I think the point of the conversations at the
10 time was that Gregg was not getting along with people in
11 the office and vice versa and -- but Daniel found him to
12 be quite valuable to the organization.  So his solution
13 was to simply take him out of the office and change his
14 duties so he wasn't interacting with those people.
15 Q.      Did Mr. Pipes say that Mr. Roman was too
16 valuable to fire?
17 A.      Those weren't exactly his words.  Gregg is
18 very effective at what he does.
19 Q.      Something to the extent of, we need him too
20 badly, we can't get rid of him?
21       MR. WALTON:  Objection to form.
22       THE WITNESS:  Not that we can't.  He was
23 like a real asset.  He was doing great things for us.
24 BY MR. CARSON:
25 Q.      In your mind, at what point do you weigh

Page 25

1 protecting the female employees who work with Gregg
2 Roman over the great things he does for the Forum or --
3 A.      Well --
4 Q.      Go ahead.
5 A.      To the extent that there was friction, Daniel
6 solved the problem by getting Gregg out of the office.
7 Q.      Are you aware of whether complaints involving
8 Gregg Roman continued even after Mr. Roman was told he
9 could not come to the office anymore?
10 A.      No.
11 Q.      Do you know whether -- so to understand your
12 answer, Mr. Pipes never told you about any reports of
13 retaliation?
14       MR. WALTON:  Objection to form.  You can
15 answer.
16       THE WITNESS:  No.  No.  No one -- it was
17 not reported to me that people in the office were
18 complaining about somebody who was no longer there.  Nor
19 involved with managing them.
20 BY MR. CARSON:
21 Q.      Do you know what it means for Gregg Roman to
22 be -- I might have already asked this.  If I did, I
23 apologize.  Do you know what it means for Gregg Roman to
24 be listed as an officer of the executive committee and
25 specifically the secretary?  What does that job entail?

Page 26

1 A.      Well, it's a formal position.  We have
2 certain responsibilities and he is on the executive
3 committee.
4 Q.      So Gregg Roman is both the director of the
5 Middle East Forum and a member of the executive
6 committee and a corporate officer, correct?
7 A.      Is his title director?
8 Q.      Well, his employee title I believe is
9 director.  I mean, do you know that --
10 A.      Okay.  Okay.
11 Q.      I mean, if you don't know that, you can say,
12 I didn't know his title directly -- director.
13 A.      Yeah, I --
14 Q.      I don't want to put words in your mouth, Mr.
15 Levy.
16 A.      Yeah, I'm not sure exactly, but...
17 Q.      Do you know what the position -- so Daniel
18 Pipes holds a position of president on the executive
19 committee and as an officer, but I believe that's also
20 his title of the Middle East Forum; is that fair to say?
21 A.      Sure.
22 Q.      And so then the next position underneath Mr.
23 Pipes in the hierarchy would be Gregg Roman, correct?
24 A.      Yes.
25       MR. CARSON:  That might be all.  Can you

Page 27

1 guys just give me, like, a minute just to think --
2 collect my thoughts and then --
3       MR. WALTON:  Sure, Seth.  Mr. Levy, if
4 you just want to take a quick break, a comfort break and
5 just to turn off your video -- turn off your sound too,
6 please, and just check in in about five or ten minutes.
7       MR. CARSON:  Yeah, like 2:42, just five
8 minutes from now.
9       THE WITNESS:  Okay.  I'll be listening.
10       MR. CARSON:  Okay.  Thank you, Mr. Levy.
11       MR. WALTON:  Thank you.
12       THE VIDEOGRAPHER:  So we are off the
13 record, 2:37 p.m.
14    (A recess was taken from 2:37 p.m. until 2:45 p.m.)
15       MR. CARSON:  Yeah, I think I'm done, Mr.
16 Levy.  Thank you for your time.
17       (Witness excused.)
18    (The deposition was concluded at 2:45 p.m.)
19                    * * *
20
21
22
23
24
25

```
 1                    INSTRUCTIONS TO WITNESS

 2                        Read your deposition over carefully.

 3   It is your right to read your deposition and make

 4   changes in form or substance.  You should assign a

 5   reason in the appropriate column on the errata sheet for

 6   any change made.

 7

 8                        After making any change in form or

 9   substance which has been noted on the following errata

10   sheet, along with the reason for any change, sign your

11   name on the errata sheet and date it.

12

13                        Then sign your deposition at the end

14   of your testimony in the space provided.  You are

15   signing it subject to the changes you have made in the

16   errata sheet, which will be attached to the deposition

17   before filing.  You must sign in the space provided.

18   The witness need not be a notary public.  Any competent

19   adult may witness your signature.

20

21                        Return the original errata sheet to

22   the court reporter promptly!  Court rules require filing

23   within 30 days after you receive the deposition.

24

25
```

1                           ERRATA SHEET

2      PAGE     LINE   CHANGE                      REASON

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:19-cv-05030-JDW   Document 125-4   Filed 04/20/21   Page 13 of 24

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

1                    SIGNATURE PAGE

2                         OF

3                    STEVEN LEVY

4

5                    I hereby acknowledge that I have

6    read the foregoing deposition, dated TUESDAY, NOVEMBER

7    24, 2020, and that the same is a true and correct

8    transcription of the answers given by me to the

9    questions propounded, except for the changes, if any,

10   noted on the attached errata sheet.

11

12

13            SIGNATURE:

14

15            DATE:

16

17

18

19            WITNESSED BY:

20

21            DATE:

22

23

24

25

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

1                    C E R T I F I C A T E

2

3

4                         I, Pamela Pratt, Court Reporter and

5      Notary Public in and for the Commonwealth of

6      Pennsylvania, certify that the foregoing is a true and

7      accurate transcript of the deposition of said witness

8      taken by me on the date and place hereinbefore set

9      forth.

10

11                        I further certify that I am neither

12     attorney nor counsel for, nor related to or employed by,

13     any of the parties to the action in which this

14     deposition was taken, and further, that I am not a

15     relative or employee of any attorney or counsel employed

16     in this action, nor am I financially interested in this

17     case.

18

19

20

21

22

23                         Pamela Pratt, Court Reporter
                          Notary Public
24

25

## WORD INDEX

**< 1 >**
**1650**  2:*1*
**1835**  2:*1*
**19103**  2:*1*

**< 2 >**
**2:03**  1:*1*  4:*10*
**2:19-cv-05030**  1:*1*
**2:37**  27:*13, 14*
**2:42**  27:*7*
**2:45**  27:*14, 18*
**2016**  17:*8, 13, 18*
**2018**  14:*17, 19*
**2019**  13:*17*  15:*9*
**2020**  1:*1*  4:*9*  17:*11*
  30:*7*
**215)391-4790**  2:*1*
**215)569-1999**  2:*1*
**215)665-2000**  2:*1*
**219-cv-05030**  4:*14*
**24**  1:*1*  30:*7*
**24th**  4:*9*
**2950**  2:*1*

**< 3 >**
**30**  28:*23*

**< 5 >**
**5**  3:*1*
**515**  2:*1*
**5th**  14:*17, 19*

**< A >**
**accurate**  31:*7*
**accused**  16:*7, 10*
**accusing**  17:*8*
**acknowledge**  30:*5*
**ACTION**  1:*1*  31:*13,
  16*
**ad**  8:*23, 24, 25*
**addressed**  12:*5*
**adult**  28:*19*
**afar**  23:*25*
**affairs**  7:*7*  8:*1*
**affirmatively**  22:*9*
**aggrieved**  21:*20*
**ago**  5:*14, 16*  11:*17*

**15:**3
**agree**  19:*10*
**agreed**  4:*2*  19:*10*
**agreement**  6:*12*
**ahead**  25:*4*
**al**  1:*1*  4:*13*
**allegation**  17:*20, 24*
  19:*21, 23*  20:*2*  21:*3,
  9, 16*
**allegations**  11:*6, 24*
  12:*8*  13:*8*  14:*4, 8, 15,
  24*  15:*1, 8, 20*  16:*6,
  12*  17:*2*  18:*18, 23, 25*
  19:*7, 9, 11, 14*  20:*16,
  21, 24*  21:*8, 18*  22:*1,
  13, 21*  24:*3*
**alleged**  21:*4, 5*
**allegedly**  21:*10*
**ambassadors**  10:*9*
**answer**  5:*23*  6:*6*
  16:*21*  18:*20*  19:*2, 3,
  6*  22:*18*  24:*6*  25:*12,
  15*
**answers**  5:*24*  6:*1, 2,
  20*  30:*8*
**anticipate**  6:*5, 6*
**anymore**  25:*9*
**anyway**  20:*9*
**apologize**  25:*23*
**APPEARANCES**  2:*1*
**appearing**  4:*18*
**appropriate**  28:*5*
**argue**  16:*8*
**asked**  25:*22*
**asset**  24:*23*
**assign**  28:*4*
**ASSOCIATES**  2:*1*
**assume**  13:*25*  15:*15*
**assumption**  15:*17*
**assured**  22:*2*  23:*11*
**attached**  28:*16*  30:*10*
**attempted**  17:*25*
**attend**  8:*17*
**attention**  13:*5*
**attorney**  31:*12, 15*
**avoid**  6:*8*
**aware**  25:*7*

**< B >**

**back**  17:*13*
**badly**  24:*20*
**BARBOUNIS**  1:*1*
  4:*12*  5:*6, 8*  20:*17, 21*
  23:*5*
**based**  22:*4, 6*
**basing**  15:*17*
**beginning**  1:*1*
**believe**  15:*7*  26:*8, 19*
**bells**  14:*25*
**better**  19:*15, 20*
**beyond**  11:*9*
**bit**  13:*15*
**Bloom**  20:*14*
**board**  7:*25*  8:*3, 6, 9,
  15*  9:*5, 16, 17, 22*
  10:*1, 5*  11:*9, 11, 12,
  16, 19*  12:*16*  13:*1, 4,
  6, 10, 11, 13*
**break**  27:*4*
**briefed**  20:*8*
**briefing**  13:*15*
**briefly**  7:*18*
**broader**  10:*6*
**brought**  13:*14*  19:*9*
**bunch**  20:*9*
**business**  7:*2, 15*
**bylaws**  12:*22*

**< C >**
**call**  15:*10, 11, 19*
**called**  18:*15*
**care**  5:*23*
**carefully**  5:*15*  28:*2*
**CARSON**  2:*1*  3:*1*
  5:*3, 4*  6:*15, 17, 18*
  17:*1*  18:*11, 22*  19:*5,
  19*  22:*19*  24:*7, 24*
  25:*20*  26:*25*  27:*7, 10,
  15*
**Case**  4:*14*  9:*20*
  14:*12*  16:*24*  23:*5*
  31:*17*
**cases**  14:*6*  16:*13, 24*
  17:*4*
**CAVALIER**  2:*1*
**Center**  2:*1*
**certain**  19:*11*  26:*2*
**Certainly**  5:*15*

**certification**  4:*4*
**certify**  31:*6, 11*
**chairman**  7:*20, 23*
  10:*19*  11:*1*  17:*17*
**change**  24:*13*  28:*6, 8,
  10*  29:*2*
**changes**  28:*4, 15*
  30:*9*
**charge**  17:*7*
**check**  27:*6*
**City**  7:*3*
**CIVIL**  1:*1*
**claim**  23:*15*
**client**  20:*17, 21*
**collect**  27:*2*
**column**  28:*5*
**come**  18:*7*  25:*9*
**comes**  8:*23*  25:*9*
**comfort**  27:*4*
**coming**  15:*14*
**commanded**  18:*7*
**commercial**  7:*3*
**committee**  7:*21, 24*
  8:*1, 8, 10, 14, 19*  9:*5,
  9, 11, 19, 24*  10:*1, 3,
  10, 12, 17, 20, 24*  11:*8,
  12*  13:*9, 12, 22, 24*
  15:*9*  17:*18*  25:*24*
  26:*3, 6, 19*
**committees**  8:*24*
**Commonwealth**  1:*1*
  31:*5*
**compensation**  8:*21*
**competent**  28:*18*
**complainants**  23:*12*
**complaining**  25:*18*
**Complaint**  14:*12*
  21:*23*
**Complaints**  14:*15*
  21:*21, 23*  25:*7*
**concerned**  13:*12*
**concluded**  27:*18*
**conclusionary**  22:*25*
**conference**  1:*1*  2:*1*
**confirm**  12:*11*
**confirming**  19:*14*
**connection**  7:*16*
  10:*16, 20, 23*  18:*17*
  20:*22*  24:*3*

considering 16:23
context 23:22
continued 25:8
contributor 7:22
contributory 9:2
conversation 12:6, 12
15:16, 22, 24 22:8
conversations 24:9
corporate 26:6
correct 8:4 9:6, 7
10:20 11:14 16:24,
25 17:18 26:6, 23
30:7
counsel 4:3, 18
31:12, 15
counterclaim 23:4
counterclaims 23:7, 9
couple 20:7
Court 1:1 4:16, 17,
18, 19 6:6, 19 19:9
28:22 31:4, 23
courtroom 6:21
COZEN 2:1
currently 7:20
customarily 12:15
13:18

< D >
Daniel 2:1 5:6 8:21
10:22 13:14 14:2
15:3, 10, 12 16:10
20:8 23:6 24:11
25:5 26:17
Daniel's 7:22
date 4:9 28:11
30:15, 21 31:8
dated 30:6
DAVID 2:1
days 9:11 28:23
Defendant 2:1
Defendants 1:1
depends 13:20
deposition 1:1 4:11
5:5, 8, 10, 13 27:18
28:2, 3, 13, 16, 23
30:6 31:7, 14
DEREK 2:1
describe 7:18 9:25
described 16:4
describes 18:6

DESCRIPTION 3:1
23:25
detail 18:6
determining 18:24
difference 9:25
different 8:10
directly 26:12
director 26:4, 7, 9, 12
directors 9:22
discrimination 17:7
discuss 14:23
discussed 11:7, 24
12:8 13:9, 13 14:6
15:1, 19 21:24 23:17,
20, 21 24:8
discussing 24:1
DISTRICT 1:1 4:13,
14
document 22:20
documents 22:24
Doerflinger 11:22
doing 16:8 23:11, 13
24:23
doubt 22:10
duly 4:23
duties 12:24 23:24
24:14
dwalton@cozen.com
2:1

< E >
East 5:6 7:16, 19
8:12 12:22 14:16
17:18 23:4, 5, 18
26:5, 20
EASTERN 1:1 2:1
4:10, 12, 13
EEOC 17:7
effect 6:21 15:25
effective 24:18
eight 16:18
either 13:9
Eleven 2:1
employed 31:12, 15
employee 17:6 19:22
20:3, 4 21:16 26:8
31:15
employees 25:1
employment 23:18

entail 25:25
entity 9:22
equip 10:8
errata 28:5, 9, 11, 16,
21 29:1 30:10
ESQUIRE 2:1
estate 7:2
et 1:1 4:12
Everest 4:15, 17
evidence 23:14
exactly 24:17 26:16
EXAMINATION 5:1
examined 4:24
Examiner 18:1
excused 27:17
executive 7:20, 24
8:1, 8, 10, 14, 19 9:4,
9, 11, 19, 24 10:1, 3,
10, 11, 17, 20, 24 11:8,
12 13:9, 12, 22, 24
15:9, 15 17:18 25:24
26:2, 5, 18
exists 10:16, 19
experience 15:18
extended 7:8, 13
extent 24:19 25:5

< F >
Fair 7:14 9:13
26:20
fall 13:21
familiar 21:13
family 7:4, 5, 6, 7, 8,
9, 11, 13
far 13:12
feels 20:25
felt 16:2
female 17:6 19:22
20:3 25:1
filed 14:7 17:7 23:6
filing 4:4 28:17, 22
financially 31:16
Fink 2:1
fire 24:16
first 4:23 5:9 9:9
11:16 15:7
five 16:14 27:6, 7
following 28:9
follows 4:24

force 6:20
foregoing 30:6 31:6
form 4:5 6:13
16:20 18:10, 19 19:1
22:17 24:6, 21 25:14
28:4, 8
formal 26:1
formally 8:19 10:13
forth 31:9
FORUM 1:1 2:1
4:12 5:6 7:17, 19
8:13 12:22 23:4, 5,
19 25:2 26:5, 20
Forum's 14:16
found 24:11
Frank 19:22
friction 25:5
front 12:10
fulfill 23:24
full 6:24
further 31:11, 14

< G >
Gabrielle 20:14
Gannone 2:1 4:15
general 20:25
generally 13:3
getting 24:10 25:6
give 5:18 18:8 27:1
given 22:10 30:8
Go 25:4
going 5:8, 9 13:14
15:4 19:17
GOLD 2:1
good 7:17 18:8 20:9
governance 9:22
governors 8:15 9:5,
17 10:2
great 24:23 25:2
Gregg 2:1 5:7 8:21
10:15 12:23 13:15,
23 14:4, 9 15:2 16:1,
15 17:8, 21, 25 18:6
19:24 20:3, 17, 22
21:4, 5 23:6, 22
24:10, 17 25:1, 6, 8,
21, 23 26:4, 23
ground 5:19
GROUP 2:1 10:4
21:20

Case 2:19-cv-05030-JDW  Document 125-4  Filed 04/20/21  Page 17 of 24

Deposition of Steven Levy                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

**guess**  7:6, 17  20:25
21:12
**guys**  27:1

**< H >**
**handful**  16:23
**handle**  8:1
**hang**  12:21
**happen**  9:24
**happened**  15:21
**harassed**  21:1
**harassment**  11:7
12:8  13:8  14:8, 24
16:11, 15  17:3, 8
18:25  19:23  20:3, 23
24:3
**harassments**  14:5
**hard**  6:6
**hear**  14:8  17:13, 20
20:19
**heard**  14:25  15:8
17:2, 23, 24  18:4, 5,
12  19:21  20:1, 2
24:1
**hearing**  17:16
**held**  8:6  13:18
14:16, 19, 23
**help**  10:5  12:25
21:11
**hereinbefore**  31:8
**Hey**  6:11
**hierarchy**  26:23
**high-level**  8:18
**hoc**  8:23, 24, 25
**holds**  26:18
**Hollin**  11:3
**hotel**  18:7
**huddle**  8:20
**huh-uh**  5:25

**< I >**
**ID**  3:1
**important**  6:4  18:24
**incorrect**  23:12
**information**  10:8
13:23  14:2, 3
**informed**  10:7  15:5
**initial**  23:25
**instance**  13:6

**INSTRUCTIONS**
28:1
**interacting**  24:14
**interaction**  18:6
**interested**  10:7  31:16
**intern**  17:21
**interrupting**  6:8
**interview**  18:16
**investigate**  22:13
**investigated**  21:25
**investigating**  23:11
**investigation**  22:6, 15,
21
**investigative**  22:25
**involve**  14:15
**involved**  10:4  16:24
17:3  25:19
**involving**  14:4, 9
15:2  16:15  17:3
19:22, 23  20:17  21:4,
10  25:7
**Iris**  20:5
**Israel**  21:11  23:23
**issues**  11:6  13:8
14:23

**< J >**
**Janet**  11:22
**job**  23:25  25:25
**JONATHAN**  2:1
**Joshua**  11:1

**< K >**
**Katzen**  11:1
**keep**  5:19, 24  6:2
10:7
**kept**  10:11, 14
**kind**  7:17
**kinds**  7:3
**knew**  16:8
**know**  5:22  6:8  9:10
12:7, 11, 12, 14  15:3,
14  16:14, 17  17:6
18:14, 21, 24  19:7
20:15, 16, 20, 25  21:3,
21  22:12, 15, 24  23:3,
6, 8  24:4  25:11, 21,
23  26:9, 11, 12, 17
**knowledge**  14:18

18:15  21:18, 19

**< L >**
**ladies**  21:20
**Lara**  20:4, 6, 7, 14
**Laura**  19:22
**LAW**  1:1  2:1
**Lawrence**  11:3
**lawyer**  19:4
**lay**  8:20
**leaders**  8:20  10:4
**Leah**  17:21
**Lee**  17:7
**Levey**  4:11
**LEVY**  1:1  3:1  4:22
5:4  6:25  7:1  14:12
26:15  27:3, 10, 16
30:3
**Liberty**  2:1
**LINE**  29:2
**LISA**  1:1  4:12  5:5,
7  20:17, 21  23:5
**list**  8:13, 15  20:24
**listed**  25:24
**listening**  27:9
**lists**  12:23
**litigation**  11:10, 15
14:7
**little**  13:15  21:12
**living**  7:1
**long**  15:3  22:15
**longer**  25:18
**lot**  6:1

**< M >**
**making**  28:8
**management**  7:6
**managing**  25:19
**Marc**  2:1
**Mark**  6:25
**MARKED**  3:1
**Market**  2:1
**matter**  4:12  5:5
8:23  11:6
**McNulty**  21:17
**mean**  7:23  12:9
15:13  19:7, 23  20:7
26:9, 11
**meaning**  6:1

**means**  25:21, 23
**meet**  9:23
**meeting**  8:18  11:12,
13, 19, 22, 25  12:10,
13  13:6, 11, 13, 22
14:15, 18, 22  15:5, 9
**meetings**  7:25  8:3, 6,
9, 16, 17  9:3, 4, 5, 9,
11, 17  10:10, 12  11:7
12:16  13:1, 4, 17, 19
15:1
**member**  26:5
**memory**  15:19, 22
**mentioned**  17:9  20:8
21:22
**mentions**  20:11
**Merville**  17:22
**met**  13:16
**Michael**  4:15
**MIDDLE**  1:1  2:1
4:12  5:6  7:16, 19
8:12  12:22  14:16
17:17  23:4, 5, 18
26:5, 20
**Mike**  2:1
**mind**  24:25
**minute**  12:18  27:1
**minutes**  10:11  12:18,
19, 24, 25  13:2, 3
27:6, 8
**mistreatment**  21:1
**moderate**  7:25  8:3
**months**  20:10
**motives**  23:13
**mouth**  26:14

**< N >**
**name**  4:15  5:4  6:24
19:25  20:1, 11  28:11
**named**  17:6, 21
19:22  20:4  21:17
**names**  20:9
**need**  24:19  28:18
**needed**  9:13
**needing**  23:22
**neither**  31:11
**never**  17:23  18:4, 12
25:12
**New**  7:2  11:20  13:7

night  18:8
nine  5:15
nods  5:25
normal  15:14
Notary  1:1  28:18
 31:5, 23
noted  4:19  6:17
 28:9  30:10
notice  11:15
noticed  8:12  13:17
November  1:1  4:9
 14:17, 19  30:6
NUMBER  3:1  4:14
 7:21  16:17  19:11

< O >
object  19:17
Objection  16:20
 18:10, 19  19:1  22:17
 24:5, 21  25:14
objections  4:5  6:13
occur  11:16, 19
occurred  21:10
O'CONNOR  2:1
office  7:4, 5, 6, 7
 14:16  21:1  23:23
 24:11, 13  25:6, 9, 17
officer  25:24  26:6, 19
officers  8:13, 16
offices  14:20
Okay  5:12, 18  6:2, 3,
 9, 10  7:9, 12, 17  14:2
 23:3  26:10  27:9, 10
once  8:7, 22  20:10
ones  19:8
operate  7:3  10:5
operating  9:21
opinion  22:5
organization  8:2
 10:5, 9  19:13  24:12
organizations  10:3
 19:12
original  28:21
outreach  10:6

< P >
P.C  2:1
p.m  1:1  4:10  27:13,
 14, 18

PAGE  3:1  29:2  30:1
Pam  4:17
Pamela  1:1  31:4, 23
part  14:11, 14  21:20
particular  7:9  8:23
parties  4:3  10:7
 31:13
Patricia  21:17, 19
pay  13:4
Penn  2:1
PENNSYLVANIA
 1:1  2:1  4:14  31:6
people  6:7  8:14, 15
 9:1  24:10, 14  25:17
performed  22:7
person  19:15
personal  7:15  22:5
Philadelphia  2:1
 14:16, 19
phone  15:10, 11
Pipes  2:1  5:6  14:2
 15:18, 23  16:10
 18:15  21:25  23:17
 24:15  25:12  26:18,
 23
Pipes's  10:22  22:21
Place  2:1  13:19
 19:25  24:5  31:8
Plaintiff  1:1  2:1  5:7
please  4:20  6:2, 24
 7:18  12:22  27:6
PLLC  2:1
point  24:9, 25
position  10:15, 16, 19,
 23  19:12  26:1, 17, 18,
 22
Pratt  1:1  4:17  31:4,
 23
precise  16:17
prejudicial  21:1
PRESENT  2:1  14:2
presented  13:23
president  10:23
 26:18
prior  13:13  14:7
 15:10, 12, 18, 20
probably  8:8
problem  25:6
promptly  28:22

property  7:3
propounded  30:9
protecting  19:13
 25:1
provide  5:21, 24
provided  28:14, 17
Public  1:1  28:18
 31:5, 23
pull  7:25  9:1
put  26:14

< Q >
question  4:5  6:5
 14:17  19:15, 20
question-and-answer
 5:20
QUESTIONED  3:1
questions  5:21  12:1,
 2, 4  30:9
quick  27:4
quite  20:18  24:12

< R >
raised  12:1, 2
read  6:14  14:11
 21:22  28:2, 3  30:6
real  7:2  24:23
really  7:14  13:4, 15
reason  28:5, 10  29:2
recall  11:5  12:11
 13:7, 11  14:1  15:6,
 11  17:5, 16  20:1
 21:7, 14, 15  22:8, 14,
 23  23:2
receive  28:23
recess  27:14
recollection  21:11
record  4:9, 19  6:1,
 24  20:13  27:13
recording  18:5, 12
referring  14:3
regard  19:13
Regarding  10:10
 14:25  20:3
regular  9:3
related  11:6  13:8
 14:3, 18, 23  21:25
 22:20  31:12
relations  23:19

relationship  7:18
relative  31:15
relegated  9:4
relevant  19:8
remember  5:23  12:2,
 4, 6, 12, 25  15:23
 20:11
report  11:9, 11
reported  16:15
 23:10  25:17
Reporter  1:1  4:17,
 20  6:7, 20  18:1
 28:22  31:4, 23
Reporting  4:16, 18
reports  22:25  25:12
represent  5:7  12:21
 14:14, 22  21:9
Representing  2:1
require  28:22
reserve  6:12
reserved  4:6
respective  4:3
response  5:21
responses  5:21
responsibilities  26:2
responsible  7:4
responsive  5:23
retaliation  25:13
return  18:8  28:21
review  9:23  10:13
rid  24:20
RIESER  2:1
Right  9:15  10:24
 11:13  16:11  19:4, 9
 23:2  28:3
ring  14:24
Roman  2:1  5:7
 12:23  13:23  14:4, 9
 15:2  16:16  17:8, 21,
 25  18:6  19:24  20:4,
 17, 22  21:5  23:19
 24:2, 15  25:2, 8, 21,
 23  26:4, 23
Roman's  10:15  23:18
room  18:7
round  10:22
rules  5:19  28:22
running  5:19
runs  7:7

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**< S >**
**schedule** 9:*8, 10*
**scheduled** 9:*13*
**sealing** 4:*4*
**second** 12:*22*
**secretary** 10:*15*
*12:23, 24* 25:*25*
**see** 13:*3*
**seen** 22:*20* 23:*14*
**segue** 7:*17*
**session** 5:*20*
**set** 31:*8*
**SETH** 2:*1* 5:*4* 6:*11*
*27:3*
**seth@dereksmithlaw.c**
**om** 2:*1*
**sever** 24:*2*
**severing** 23:*19*
**sex** 17:*21, 25* 18:*2*
**sexual** 11:*6* 12:*8*
*13:8* 14:*5, 8, 24*
*16:10, 15* 17:*3, 8*
*18:25* 19:*23* 20:*3, 22*
*21:6, 17* 24:*3*
**sexually** 20:*25*
**sgold@discrimlaw.net**
*2:1*
**sheet** 28:*5, 10, 11, 16,*
*21* 29:*1* 30:*10*
**shrugs** 5:*25*
**sic** 18:*7*
**SIDNEY** 2:*1*
**sign** 6:*14* 28:*10, 13,*
*17*
**signature** 28:*19* 30:*1,*
*13*
**signing** 28:*15*
**simply** 24:*13*
**sitting** 15:*7*
**small** 10:*4*
**SMITH** 2:*1*
**smooth** 5:*19*
**solution** 24:*12*
**solved** 25:*6*
**somebody** 13:*3* 25:*18*
**sorry** 20:*18*
**sort** 22:*6*
**sound** 27:*5*

**sounds** 21:*12*
**space** 28:*14, 17*
**speak** 20:*10, 20*
**specialist** 4:*16*
**specific** 15:*19, 22*
*16:12* 20:*24*
**specifically** 8:*19*
*14:3* 15:*4, 11* 21:*7*
*25:25*
**specifics** 21:*22*
**spoke** 15:*4*
**spring** 13:*21*
**spurious** 22:*3, 4, 6*
**Standard** 4:*10*
**started** 7:*22*
**state** 6:*24* 22:*9*
**statement** 18:*17*
**statements** 23:*1*
**STATES** 1:*1* 4:*13*
**stationing** 23:*23*
**stenographic** 4:*19*
**steps** 22:*10, 12*
**Steve** 24:*6*
**STEVEN** 1:*1* 3:*1*
*4:11, 22* 6:*25* 30:*3*
**stipulated** 4:*2*
**stipulations** 6:*12*
**stories** 17:*25* 18:*2*
**story** 18:*8*
**Street** 2:*1*
**Strike** 19:*20* 20:*14*
**stuff** 21:*2*
**subject** 8:*25* 20:*10*
*28:15*
**substance** 28:*4, 9*
**such-and-such** 9:*11*
**sued** 16:*1, 2*
**suggestion** 23:*20, 21*
**Suite** 2:*1*
**summer** 17:*9, 11*
**support** 23:*14*
**supporter** 7:*22*
**supporters** 10:*6*
**suppose** 13:*14* 16:*7,*
*22*
**sure** 10:*13, 14* 12:*20*
*16:12* 21:*12* 26:*16,*
*21* 27:*3*
**surprise** 16:*19, 23*

**swear** 4:*20*
**sworn** 4:*23* 6:*19*
**Szott** 20:*4, 6, 7*

**< T >**
**take** 5:*5, 8* 12:*24*
*13:19* 19:*12* 21:*7*
*24:13* 27:*4*
**taken** 1:*1* 12:*15, 25*
*13:2* 22:*11* 27:*14*
*31:8, 14*
**takes** 12:*19*
**talk** 6:*4* 7:*15, 16*
*15:13* 18:*16*
**talking** 6:*7*
**tape** 18:*5*
**tell** 16:*5*
**tempted** 19:*3*
**ten** 5:*14* 27:*6*
**tends** 9:*24* 10:*6*
**terminating** 23:*18*
**testified** 4:*24*
**testifying** 6:*21*
**testimony** 28:*14*
**Thank** 6:*16* 27:*10,*
*11, 16*
**thing** 5:*9*
**things** 8:*10* 9:*23*
*14:23* 23:*1, 13* 24:*23*
*25:2*
**think** 5:*15* 11:*17*
*16:5* 17:*5* 18:*24*
*19:21* 20:*7* 24:*9*
*27:1, 15*
**thoughts** 27:*2*
**three** 8:*8* 20:*10*
**ties** 24:*2*
**Tiffany** 17:*7*
**time** 4:*6, 10* 5:*12*
*6:7, 13* 15:*5, 8, 13*
*20:12* 24:*10* 27:*16*
**times** 8:*8* 13:*7* 20:*8*
**title** 26:*7, 8, 12, 20*
**today** 4:*17, 18* 5:*5*
*6:2, 20* 7:*14, 15* 15:*7*
**Today's** 4:*9*
**told** 16:*18* 21:*15*
*25:8, 12*
**touched** 21:*5*

**touching** 21:*4, 10, 17*
**trade** 17:*25*
**trailed** 20:*19*
**transcript** 12:*10, 13*
*31:7*
**transcription** 30:*8*
**transcripts** 12:*15*
**treasurer** 11:*3*
**treatment** 21:*2*
**trial** 4:*6* 6:*14, 22*
**trip** 21:*10*
**true** 16:*4, 6, 9* 30:*7*
*31:6*
**try** 5:*19* 6:*8*
**trying** 19:*25*
**Tuesday** 1:*1* 4:*9*
*30:6*
**turn** 27:*5*
**twice** 8:*7*
**two** 6:*7* 8:*8, 10, 20*
**type** 6:*7* 18:*23*
**types** 5:*25* 13:*19*
**typically** 9:*20, 21*
*12:17, 18*

**< U >**
**uh-huh** 5:*25*
**ulterior** 23:*13*
**underneath** 26:*22*
**understand** 6:*22*
*25:11*
**understood** 19:*15*
**UNITED** 1:*1* 4:*13*
**unwanted** 21:*17*
**upset** 16:*1*
**usual** 6:*12*
**usually** 13:*20*

**< V >**
**valuable** 24:*12, 16*
**various** 7:*3*
**veracity** 12:*7* 18:*25*
*19:14*
**verbal** 5:*25* 6:*2*
**versa** 24:*11*
**versus** 4:*12* 5:*6* 23:*5*
**vice** 11:*1* 24:*11*
**video** 1:*1* 2:*1* 4:*16*
*27:5*

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**Videographer**  2:*1*
4:*8*  27:*12*
**video-recorded**  4:*11*
**Videotaped**  1:*1*
**vote**  9:*23*
**vs**  1:*1*

**< W >**
**waived**  4:*4*
**WALTON**  2:*1*  6:*11*,
*16*  16:*20*  18:*10*, *19*
19:*1*, *17*  22:*17*  24:*5*,
*21*  25:*14*  27:*3*, *11*
**want**  5:*18*, *22*  19:*6*
26:*14*  27:*4*
**Washington**  18:*1*
**way**  13:*16*  21:*6*  22:*9*
**website**  8:*12*
**weigh**  19:*13*  24:*25*
**Well**  5:*18*  7:*25*  8:*7*
9:*20*  16:*7*  22:*8*
23:*10*  25:*3*  26:*1*, *8*
**we're**  5:*4*, *8*  7:*14*, *15*
11:*10*
**When's**  5:*12*
**WILLIAM**  2:*1*
**WITNESS**  3:*1*  4:*20*
6:*14*  16:*22*  18:*21*
19:*3*  23:*1*  24:*22*
25:*16*  27:*9*, *17*  28:*1*,
*18*, *19*  31:*7*
**WITNESSED**  30:*19*
**women**  16:*14*  17:*3*
18:*16*  22:*22*  24:*4*
**word**  21:*8*
**words**  24:*17*  26:*14*
**work**  7:*10*  9:*24*
21:*10*  25:*1*
**working**  15:*18*
**wrong**  11:*18*  16:*2*, *3*

**< Y >**
**Yeah**  18:*3*  19:*17*
26:*13*, *16*  27:*7*, *15*
**year**  8:*7*, *8*, *22*  9:*10*
11:*17*  13:*16*, *18*, *19*
**years**  5:*14*, *15*, *17*
7:*21*  16:*15*
**York**  7:*2*  11:*20*  13:*7*

**young**  17:*21*

Deposition of Steven Levy                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

### WORD LIST

**< 1 >**
**1650** *(1)*
**1835** *(2)*
**19103** *(3)*

**< 2 >**
**2:03** *(2)*
**2:19-cv-05030** *(1)*
**2:37** *(2)*
**2:42** *(1)*
**2:45** *(2)*
**2016** *(3)*
**2018** *(2)*
**2019** *(2)*
**2020** *(4)*
**215)391-4790** *(1)*
**215)569-1999** *(1)*
**215)665-2000** *(1)*
**219-cv-05030** *(1)*
**24** *(2)*
**24th** *(1)*
**2950** *(1)*

**< 3 >**
**30** *(1)*

**< 5 >**
**5** *(1)*
**515** *(1)*
**5th** *(2)*

**< A >**
**accurate** *(1)*
**accused** *(2)*
**accusing** *(1)*
**acknowledge** *(1)*
**ACTION** *(3)*
**ad** *(3)*
**addressed** *(1)*
**adult** *(1)*
**afar** *(1)*
**affairs** *(2)*
**affirmatively** *(1)*
**aggrieved** *(1)*
**ago** *(4)*
**agree** *(1)*
**agreed** *(2)*

**agreement** *(1)*
**ahead** *(1)*
**al** *(2)*
**allegation** *(8)*
**allegations** *(30)*
**alleged** *(2)*
**allegedly** *(1)*
**ambassadors** *(1)*
**answer** *(11)*
**answers** *(5)*
**anticipate** *(2)*
**anymore** *(1)*
**anyway** *(1)*
**apologize** *(1)*
**APPEARANCES** *(1)*
**appearing** *(1)*
**appropriate** *(1)*
**argue** *(1)*
**asked** *(1)*
**asset** *(1)*
**assign** *(1)*
**ASSOCIATES** *(1)*
**assume** *(2)*
**assumption** *(1)*
**assured** *(2)*
**attached** *(2)*
**attempted** *(1)*
**attend** *(1)*
**attention** *(1)*
**attorney** *(2)*
**avoid** *(1)*
**aware** *(1)*

**< B >**
**back** *(1)*
**badly** *(1)*
**BARBOUNIS** *(7)*
**based** *(2)*
**basing** *(1)*
**beginning** *(1)*
**believe** *(3)*
**bells** *(1)*
**better** *(2)*
**beyond** *(1)*
**bit** *(1)*
**Bloom** *(1)*
**board** *(23)*
**break** *(2)*
**briefed** *(1)*

**briefing** *(1)*
**briefly** *(1)*
**broader** *(1)*
**brought** *(2)*
**bunch** *(1)*
**business** *(2)*
**bylaws** *(1)*

**< C >**
**call** *(3)*
**called** *(1)*
**care** *(1)*
**carefully** *(2)*
**CARSON** *(20)*
**Case** *(6)*
**cases** *(4)*
**CAVALIER** *(1)*
**Center** *(1)*
**certain** *(2)*
**Certainly** *(1)*
**certification** *(1)*
**certify** *(2)*
**chairman** *(5)*
**change** *(5)*
**changes** *(3)*
**charge** *(1)*
**check** *(1)*
**City** *(1)*
**CIVIL** *(1)*
**claim** *(1)*
**client** *(2)*
**collect** *(1)*
**column** *(1)*
**come** *(2)*
**comes** *(2)*
**comfort** *(1)*
**coming** *(1)*
**commanded** *(1)*
**commercial** *(1)*
**committee** *(31)*
**committees** *(1)*
**Commonwealth** *(2)*
**compensation** *(1)*
**competent** *(1)*
**complainants** *(1)*
**complaining** *(1)*
**Complaint** *(2)*
**Complaints** *(4)*
**concerned** *(1)*

**concluded** *(1)*
**conclusionary** *(1)*
**conference** *(5)*
**confirm** *(1)*
**confirming** *(1)*
**connection** *(7)*
**considering** *(1)*
**context** *(1)*
**continued** *(1)*
**contributor** *(1)*
**contributory** *(1)*
**conversation** *(6)*
**conversations** *(1)*
**corporate** *(1)*
**correct** *(11)*
**counsel** *(4)*
**counterclaim** *(1)*
**counterclaims** *(2)*
**couple** *(1)*
**Court** *(12)*
**courtroom** *(1)*
**COZEN** *(1)*
**currently** *(1)*
**customarily** *(2)*

**< D >**
**Daniel** *(15)*
**Daniel's** *(1)*
**date** *(5)*
**dated** *(1)*
**DAVID** *(1)*
**days** *(2)*
**Defendant** *(2)*
**Defendants** *(1)*
**depends** *(1)*
**deposition** *(15)*
**DEREK** *(1)*
**describe** *(2)*
**described** *(1)*
**describes** *(1)*
**DESCRIPTION** *(2)*
**detail** *(1)*
**determining** *(1)*
**difference** *(1)*
**different** *(1)*
**directly** *(1)*
**director** *(4)*
**directors** *(1)*
**discrimination** *(1)*

Deposition of Steven Levy                                   Lisa Barbounis v. Middle Eastern Forum, et. al.

discuss  *(1)*
discussed  *(13)*
discussing  *(1)*
DISTRICT  *(4)*
document  *(1)*
documents  *(1)*
Doerflinger  *(1)*
doing  *(4)*
doubt  *(1)*
duly  *(1)*
duties  *(3)*
dwalton@cozen.com
 *(1)*

< E >
East  *(12)*
EASTERN  *(6)*
EEOC  *(1)*
effect  *(2)*
effective  *(1)*
eight  *(1)*
either  *(1)*
Eleven  *(1)*
employed  *(2)*
employee  *(7)*
employees  *(1)*
employment  *(1)*
entail  *(1)*
entity  *(1)*
equip  *(1)*
errata  *(7)*
ESQUIRE  *(5)*
estate  *(1)*
et  *(2)*
Everest  *(2)*
evidence  *(1)*
exactly  *(2)*
EXAMINATION  *(1)*
examined  *(1)*
Examiner  *(1)*
excused  *(1)*
executive  *(32)*
exists  *(2)*
experience  *(1)*
extended  *(2)*
extent  *(2)*

< F >
Fair  *(3)*

fall  *(1)*
familiar  *(1)*
family  *(8)*
far  *(1)*
feels  *(1)*
felt  *(1)*
female  *(4)*
filed  *(3)*
filing  *(3)*
financially  *(1)*
Fink  *(1)*
fire  *(1)*
first  *(5)*
five  *(3)*
following  *(1)*
follows  *(1)*
force  *(1)*
foregoing  *(2)*
form  *(12)*
formal  *(1)*
formally  *(2)*
forth  *(1)*
FORUM  *(14)*
Forum's  *(1)*
found  *(1)*
Frank  *(1)*
friction  *(1)*
front  *(1)*
fulfill  *(1)*
full  *(1)*
further  *(2)*

< G >
Gabrielle  *(1)*
Gannone  *(2)*
general  *(1)*
generally  *(1)*
getting  *(2)*
give  *(3)*
given  *(2)*
Go  *(1)*
going  *(5)*
GOLD  *(2)*
good  *(3)*
governance  *(1)*
governors  *(4)*
great  *(2)*
Gregg  *(34)*
ground  *(1)*

GROUP  *(3)*
guess  *(4)*
guys  *(1)*

< H >
handful  *(1)*
handle  *(1)*
hang  *(1)*
happen  *(1)*
happened  *(1)*
harassed  *(1)*
harassment  *(14)*
harassments  *(1)*
hard  *(1)*
hear  *(4)*
heard  *(12)*
hearing  *(1)*
held  *(5)*
help  *(3)*
hereinbefore  *(1)*
Hey  *(1)*
hierarchy  *(1)*
high-level  *(1)*
hoc  *(3)*
holds  *(1)*
Hollin  *(1)*
hotel  *(1)*
huddle  *(1)*
huh-uh  *(1)*

< I >
ID  *(1)*
important  *(2)*
incorrect  *(1)*
information  *(4)*
informed  *(2)*
initial  *(1)*
instance  *(1)*
INSTRUCTIONS  *(1)*
interacting  *(1)*
interaction  *(1)*
interested  *(2)*
intern  *(1)*
interrupting  *(1)*
interview  *(1)*
investigate  *(1)*
investigated  *(1)*
investigating  *(1)*
investigation  *(3)*

investigative  *(1)*
involve  *(1)*
involved  *(4)*
involving  *(11)*
Iris  *(1)*
Israel  *(2)*
issues  *(3)*

< J >
Janet  *(1)*
job  *(2)*
JONATHAN  *(1)*
Joshua  *(1)*

< K >
Katzen  *(1)*
keep  *(4)*
kept  *(2)*
kind  *(1)*
kinds  *(1)*
knew  *(1)*
know  *(37)*
knowledge  *(4)*

< L >
ladies  *(2)*
Lara  *(4)*
Laura  *(1)*
LAW  *(2)*
Lawrence  *(1)*
lawyer  *(2)*
lay  *(1)*
leaders  *(2)*
Leah  *(1)*
Lee  *(1)*
Levey  *(1)*
LEVY  *(12)*
Liberty  *(1)*
LINE  *(1)*
LISA  *(7)*
list  *(4)*
listed  *(1)*
listening  *(1)*
lists  *(1)*
litigation  *(3)*
little  *(2)*
living  *(1)*
long  *(2)*
longer  *(1)*

lot  *(1)*

**< M >**
making  *(1)*
management  *(1)*
managing  *(1)*
Marc  *(1)*
Mark  *(1)*
MARKED  *(2)*
Market  *(3)*
matter  *(4)*
McNulty  *(1)*
mean  *(8)*
meaning  *(1)*
means  *(2)*
meet  *(1)*
meeting  *(17)*
meetings  *(23)*
member  *(1)*
memory  *(2)*
mentioned  *(3)*
mentions  *(1)*
Merville  *(1)*
met  *(1)*
Michael  *(1)*
MIDDLE  *(15)*
Mike  *(1)*
mind  *(1)*
minute  *(2)*
minutes  *(9)*
mistreatment  *(1)*
moderate  *(2)*
months  *(1)*
motives  *(1)*
mouth  *(1)*

**< N >**
name  *(7)*
named  *(5)*
names  *(2)*
need  *(2)*
needed  *(1)*
needing  *(1)*
neither  *(1)*
never  *(4)*
New  *(3)*
night  *(1)*
nine  *(1)*
nods  *(1)*

normal  *(1)*
Notary  *(4)*
noted  *(4)*
notice  *(1)*
noticed  *(2)*
November  *(5)*
NUMBER  *(5)*

**< O >**
object  *(1)*
Objection  *(8)*
objections  *(3)*
occur  *(2)*
occurred  *(1)*
O'CONNOR  *(1)*
office  *(12)*
officer  *(3)*
officers  *(2)*
offices  *(1)*
Okay  *(15)*
once  *(3)*
ones  *(1)*
operate  *(2)*
operating  *(1)*
opinion  *(1)*
organization  *(5)*
organizations  *(2)*
original  *(1)*
outreach  *(1)*

**< P >**
P.C  *(1)*
p.m  *(6)*
PAGE  *(3)*
Pam  *(1)*
Pamela  *(3)*
part  *(4)*
particular  *(2)*
parties  *(3)*
Patricia  *(2)*
pay  *(1)*
Penn  *(1)*
PENNSYLVANIA  *(7)*
people  *(7)*
performed  *(1)*
person  *(1)*
personal  *(2)*
Philadelphia  *(5)*
phone  *(2)*

Pipes  *(13)*
Pipes's  *(2)*
Place  *(5)*
Plaintiff  *(3)*
please  *(6)*
PLLC  *(1)*
point  *(2)*
position  *(9)*
Pratt  *(4)*
precise  *(1)*
prejudicial  *(1)*
PRESENT  *(2)*
presented  *(1)*
president  *(2)*
prior  *(6)*
probably  *(1)*
problem  *(1)*
promptly  *(1)*
property  *(1)*
propounded  *(1)*
protecting  *(2)*
provide  *(2)*
provided  *(2)*
Public  *(4)*
pull  *(2)*
put  *(1)*

**< Q >**
question  *(5)*
question-and-answer  *(1)*
QUESTIONED  *(1)*
questions  *(5)*
quick  *(1)*
quite  *(2)*

**< R >**
raised  *(2)*
read  *(6)*
real  *(1)*
really  *(3)*
reason  *(3)*
recall  *(17)*
receive  *(1)*
recess  *(1)*
recollection  *(1)*
record  *(6)*
recording  *(2)*
referring  *(1)*

regard  *(1)*
Regarding  *(3)*
regular  *(1)*
related  *(8)*
relations  *(1)*
relationship  *(1)*
relative  *(1)*
relegated  *(1)*
relevant  *(1)*
remember  *(7)*
report  *(2)*
reported  *(3)*
Reporter  *(9)*
Reporting  *(2)*
reports  *(3)*
represent  *(5)*
Representing  *(3)*
require  *(1)*
reserve  *(1)*
reserved  *(1)*
respective  *(1)*
response  *(1)*
responses  *(1)*
responsibilities  *(1)*
responsible  *(1)*
responsive  *(1)*
retaliation  *(1)*
return  *(2)*
review  *(2)*
rid  *(1)*
RIESER  *(1)*
Right  *(8)*
ring  *(1)*
Roman  *(28)*
Roman's  *(2)*
room  *(1)*
round  *(1)*
rules  *(2)*
running  *(1)*
runs  *(1)*

**< S >**
schedule  *(2)*
scheduled  *(1)*
sealing  *(1)*
second  *(1)*
secretary  *(4)*
see  *(1)*
seen  *(2)*

segue  *(1)*
session  *(1)*
set  *(1)*
SETH  *(4)*
seth@dereksmithlaw.c
om  *(1)*
sever  *(1)*
severing  *(1)*
sex  *(3)*
sexual  *(17)*
sexually  *(1)*
sgold@discrimlaw.net
 *(1)*
sheet  *(7)*
shrugs  *(1)*
sic  *(1)*
SIDNEY  *(2)*
sign  *(4)*
signature  *(3)*
signing  *(1)*
simply  *(1)*
sitting  *(1)*
small  *(1)*
SMITH  *(1)*
smooth  *(1)*
solution  *(1)*
solved  *(1)*
somebody  *(2)*
sorry  *(1)*
sort  *(1)*
sound  *(1)*
sounds  *(1)*
space  *(2)*
speak  *(2)*
specialist  *(1)*
specific  *(4)*
specifically  *(6)*
specifics  *(1)*
spoke  *(1)*
spring  *(1)*
spurious  *(3)*
Standard  *(1)*
started  *(1)*
state  *(2)*
statement  *(1)*
statements  *(1)*
STATES  *(2)*
stationing  *(1)*
stenographic  *(1)*

steps  *(2)*
Steve  *(1)*
STEVEN  *(6)*
stipulated  *(1)*
stipulations  *(1)*
stories  *(2)*
story  *(1)*
Street  *(3)*
Strike  *(2)*
stuff  *(1)*
subject  *(3)*
substance  *(2)*
such-and-such  *(1)*
sued  *(2)*
suggestion  *(2)*
Suite  *(2)*
summer  *(2)*
support  *(1)*
supporter  *(1)*
supporters  *(1)*
suppose  *(3)*
sure  *(8)*
surprise  *(2)*
swear  *(1)*
sworn  *(2)*
Szott  *(3)*

**< T >**
take  *(8)*
taken  *(8)*
takes  *(1)*
talk  *(5)*
talking  *(1)*
tape  *(1)*
tell  *(1)*
tempted  *(1)*
ten  *(2)*
tends  *(2)*
terminating  *(1)*
testified  *(1)*
testifying  *(1)*
testimony  *(1)*
Thank  *(4)*
thing  *(1)*
things  *(7)*
think  *(10)*
thoughts  *(1)*
three  *(2)*
ties  *(1)*

Tiffany  *(1)*
time  *(13)*
times  *(3)*
title  *(4)*
today  *(8)*
Today's  *(1)*
told  *(4)*
touched  *(1)*
touching  *(3)*
trade  *(1)*
trailed  *(1)*
transcript  *(3)*
transcription  *(1)*
transcripts  *(1)*
treasurer  *(1)*
treatment  *(1)*
trial  *(3)*
trip  *(1)*
true  *(6)*
try  *(2)*
trying  *(1)*
Tuesday  *(3)*
turn  *(2)*
twice  *(1)*
two  *(4)*
type  *(2)*
types  *(2)*
typically  *(5)*

**< U >**
uh-huh  *(1)*
ulterior  *(1)*
underneath  *(1)*
understand  *(2)*
understood  *(1)*
UNITED  *(2)*
unwanted  *(1)*
upset  *(1)*
usual  *(1)*
usually  *(1)*

**< V >**
valuable  *(2)*
various  *(2)*
veracity  *(3)*
verbal  *(2)*
versa  *(1)*
versus  *(3)*
vice  *(2)*

video  *(7)*
Videographer  *(3)*
video-recorded  *(1)*
Videotaped  *(1)*
vote  *(1)*
vs  *(1)*

**< W >**
waived  *(1)*
WALTON  *(14)*
want  *(5)*
Washington  *(1)*
way  *(3)*
website  *(1)*
weigh  *(2)*
Well  *(10)*
we're  *(5)*
When's  *(1)*
WILLIAM  *(1)*
WITNESS  *(15)*
WITNESSED  *(1)*
women  *(6)*
word  *(1)*
words  *(2)*
work  *(4)*
working  *(1)*
wrong  *(3)*

**< Y >**
Yeah  *(6)*
year  *(8)*
years  *(5)*
York  *(3)*
young  *(1)*