# Exhibit D

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA BARBOUNIS, | ) | CIVIL ACTION - LAW |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | NO. 2:19-cv-05030 |
| | ) | |
| THE MIDDLE EAST FORUM, et | ) | |
| al., | ) | |
| | ) | |
| Defendants | ) | |
| _____ | X | |

\* \* \*

The recorded video deposition of GREGG ROMAN,

taken remotely via Zoom, on Friday, November 20,

2020, beginning at 11:28 a.m., before Carrie A.

Kaufman, Registered Professional Reporter and Notary

Public in and for the Commonwealth of Pennsylvania.

A P P E A R A N C E S :


On behalf of the Plaintiff:
        DEREK SMITH LAW GROUP, PLLC
        BY:  SETH D. CARSON, ESQ. (Via Zoom)
        1835 Market Street, Suite 2950
        Philadelphia, PA 19103
        (215) 391-4790
        seth@dereksmithlaw.com


On behalf of the Defendants:
        COZEN O'CONNOR
        BY:  JONATHAN R. CAVALIER, ESQ. (Via Zoom)
        One Liberty Place
        1650 Market Street - Suite 2800
        Philadelphia, PA 19103
        (215) 665-2776
        jcavalier@cozen.com


On behalf of the Deponent:
        SIDNEY L. GOLD & ASSOCIATES, P.C.
        BY:  SIDNEY L. GOLD, ESQ. (Via Zoom)
             WILLIAM RIESER, ESQ. (Via Zoom)
        1835 Market Street, Suite 515
        Philadelphia, PA 19103
        (215) 569-1999
        sgold@discrimlaw.net


Also Present:
        Margaret Susuni (Via Zoom)
        Everest Court Reporting
        Video Specialist

        Daniel Pipes (Via Zoom)
        Matthew Mainen (Via Zoom)
        Marc Fink (Via Zoom)
        Lisa Reynolds Barbounis (Via Zoom)

```
                      WITNESS INDEX


     WITNESS                              PAGE NUMBER


     Gregg Roman


          Examination by Mr. Carson. . . . . . . . 5
```

```
                    INDEX OF EXHIBITS



     Roman 1  -   November 6, 2018, Letter

     Roman 2  -   Text Messages

     Roman 3  -   June 20, 2019, Letter

     Roman 4  -   EEOC Charge of Discrimination

     Roman 5  -   Document 0001

     Roman 6  -   April 23, 2019, E-mail Chain

     Roman 7  -   Photograph of Apartment



     (Court Reporter not in possession of exhibits.)
```

Deposition of GREGG ROMAN                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 4

1     THE VIDEO SPECIALIST:  We are now
2  on the record.  Today's date is Friday,
3  November 20th, 2020, and the time is
4  11:28 a.m. Eastern.
5     This is the recorded video
6  deposition of Gregg Romano in the matter
7  of Lisa Barbounis versus Middle East
8  Forum, et al., in the United States
9  District Court, Eastern District of
10  Pennsylvania, Case Number 2:19-CV-05030-GAM.
11     My name is Margaret Susuni, and
12  I'm with Everest Court Reporting, and
13  I'm the video specialist.  The court
14  reporter today is Carrie, also from
15  Everest Court Reporting.
16     All counsel appearing today will
17  be noted on the stenographic record.
18     Will the court reporter please
19  swear in the witness.
20        - - -
21     G R E G G   R O M A N
22  WAS CALLED AND HAVING BEEN DULY SWORN
23  WAS EXAMINED AND TESTIFIED AS FOLLOWS:
24        - - -
25     MR. CARSON:  So we're back on the

Page 5

1  record and we had some technical
2  difficulties so this is going to be the
3  beginning of a deposition transcript.
4     One correction.  The witness's
5  name, the party's name, is Gregg Roman,
6  R-o-m-a-n, so -- I think -- I think you
7  said Romano before, so I just wanted to
8  let you know it's Roman.
9     And we started the deposition with
10  some instructions for today.  I'm not
11  going to go through them all again
12  because Mr. Roman has heard them, but I
13  will just ask, Mr. Roman, you are aware
14  that you're under oath and your
15  testimony today has the same force and
16  effect as if you were appearing at a --
17  you know, in a trial, at a courtroom,
18  you're under oath, and so you have an
19  obligation to tell the truth today; you
20  understand that.
21     THE WITNESS:  Yes.
22        - - -
23     EXAMINATION
24  BY MR. CARSON:
25     Q.    So subject to the earlier instructions

Page 6

1  I gave, I'll just start by asking you to please state
2  your full name for the record.
3     A.    Gregg, G-r-e-g-g, Eric, E-r-i-c, Roman,
4  R-o-m-a-n.
5     Q.    Okay.  And I think you said you have
6  another name that you're known by.  Do you want to
7  please say that name as well?
8     A.    Sure.  It's my Israeli name, which is
9  -- I'll say it rather fast and I'll break it down for
10  you.  Gavriel Yisrael Ben Ze'ev Halevi Vi'adal.
11  Okay?  G-a-v-r-i-e-l, space, Y-i-s-r-a-e-l, space,
12  B-e-n, space, Ze'ev, Z-e-'-e-v, space, H-a-l-e-v-i,
13  space, Vi'adal, V-i-'-a-d-a-l.  That's it.
14     Q.    Okay.  And you said earlier you were
15  born in Lexington, Kentucky, on May 21st, 1985,
16  correct?
17     A.    That's correct.
18     Q.    And your educational background, I
19  think you said it began at Medill Bair High School in
20  ninth grade; is that correct?
21     A.    Well, it began when I was -- before
22  then I -- the first place I ever studied wasn't
23  Medill Bair.  I mean, I had elementary school,
24  kindergarten, middle school.  But my secondary
25  education started in ninth grade at Medill Bair High

Page 7

1  School in the Pennsbury School District in Fairless
2  Hills, Pennsylvania.
3     Q.    And are you a graduate of Pennsbury
4  High School?
5     A.    No, I went to three high schools, so I
6  was getting into this, and this is sort of like, you
7  know, a theme that's formative from education and
8  kind of connects later on, but -- so Medill Bair High
9  School wasn't until ninth grade.  I was a pretty good
10  wrestler, folkstyle wrestler, in high school.  So I
11  went from Medill Bair to a private school in
12  Princeton, New Jersey, called the Hun School, H-u-n
13  School.  I was there for tenth and eleventh grade.
14  And then as a result of recruiters from different
15  universities saying, look, you can try to do a prep
16  school or you can try to go back in the public
17  school, I was already in the NJISAA, which is the
18  sort of New Jersey sports association, so I decided
19  to go to a public school in Jersey, which was
20  Hopewell Valley Regional High School, HVRSD, in
21  Mercer County, and from there I graduated.  So I
22  graduated from Hopewell Valley Regional School
23  District in 2003.  I guess -- do you want me to
24  continue with college and stuff or what?
25     A.    Sure.  Sure.  Go ahead.  Tell me what

Page 8

1  your educational background is after high school.
2      A.    Sure.  So I attended the American
3  University in Washington D.C. from I guess August of
4  2003 to December of 2005, and during that time I had
5  about like four or five other educational programs.
6  I was in Yeshiva, which is sort of like a Jewish
7  seminary, in Jerusalem, in December of 2004, I was in
8  -- sort of like a field school from the Jewish
9  agency, which is a quasi-governmental organization in
10  Israel, in Haifa and in Jerusalem, and I had all
11  these different experiences over there, so I decided
12  to move from Washington to Israel, in the middle east
13  Israel, in -- I guess the decision was reached in
14  December of '05, and I made the move to study an
15  intensive Hebrew and Arabic program at Haifa
16  University -- Haifa is H-a-i-f-a -- in July of 2006,
17  but about two days after I moved there the Second
18  Lebanon War broke out.  So I went from Haifa
19  University to learn academics and I actually became a
20  firefighter in Israel, and I attended the basically
21  quickest fire academy, if you want to call it that,
22  or rescue academy, for what's called Ichud Hatzalah,
23  which is the rescue service in Israel, where I was a
24  member of the civil guard, and that civil guard --
25  and this is still educational, Mr. Carson, it's not

Page 9

1  like -- you know, it's unconventional, okay, but it's
2  still -- I would categorize it as educational.  So I
3  was a member of the civil guard's education program
4  from June of -- July of 2006 until about September of
5  2006, and then there in parallel I resumed my
6  university studies at a place called the
7  Interdisciplinary Center, IDC, Herzliya,
8  H-e-r-z-l-i-y-a, I did that for a year, and then I
9  actually got drafted -- I didn't volunteer, I got
10  drafted, into the Israeli Army, so my university
11  studies stopped there, and then I was first in a
12  basic training in a place called Nitzan, N-i-t-z-a-n,
13  which is in the south of the country, and then I went
14  to the school for government and -- this is all as
15  part of the Israeli Defense Forces, a place called
16  Rishon Lezion, R-i-s-h-o-n L-e-z-i-o-n, and that was
17  in December and January, December of 2008 and January
18  of 2009, and then Operation Cast Lead broke out, so
19  again a war interrupted with my studies, and I was on
20  the frontlines in a place called Sderot, S-d-e-r-o-t,
21  then the war ended, then I went back to the college
22  for government, part of the IDF, in February of 2009,
23  I graduated from that, and then I went to the school
24  for advanced Israeli and Judaic studies, which was
25  part of the Israel Defense Forces' education corps,

Page 10

1  and that took place in July of 2010 I think, and then
2  I got out of the army and went to the Ministry of
3  Defense Reserves in October of 2010, I want to say,
4  and then I went back to the IDC Herzliya, which was
5  the college that I was at prior to my army
6  enlistment, and I stopped studying -- I was doing
7  political communications and national security
8  studies there until May of 2012 and -- my daughter
9  was born then, and then I stopped studying then to
10  take a job in Pittsburgh where I then continued my
11  studies at the Katz Graduate School of Business at
12  the University of Pittsburgh where I was a joint sort
13  of like lecturer and I audited classes.  I have done
14  some continue education since there, but, Mr. Carson,
15  I never actually obtained my bachelor's degree, so I
16  have about seven years of college under my belt but
17  I'm missing those few credits to finish it.  And so
18  that's education but doesn't include the professional
19  development.  I just want to try to provide as clear
20  a -- complete an answer as possible.
21      Q.    No, that was a thorough answer for
22  sure.  It sounds like you have a degree in the
23  college of life to me, but -- sometimes worth more
24  than a bachelor's degree, but let me jump forward
25  ahead and --

Page 11

1      A.    Sure.
2      Q.    -- just kind of talk about your -- talk
3  about your -- your work history.  I see that you went
4  to the University of Pittsburgh for a year?
5      A.    I didn't go to the University of
6  Pittsburgh, I taught at the University of Pittsburgh
7  and audited classes, but that was like -- to really
8  understand that, you have to understand the
9  educational -- so I've had like three professional
10  lines here.  Okay?  One was government, the second
11  was academic, and the third is private.
12      Q.    Is it around the -- tell me when you
13  were teaching at the University of Pittsburgh,
14  please.
15      A.    So it was a class called scenario
16  planning, which is sort of like the combination of
17  politics and strategy and how it applies to business
18  decisions, and that was I want to say -- I want to
19  say it was probably spring of 2013, and -- but then I
20  had a course that I did through the Hillel Jewish
21  University Center, which was after that -- Hillel is
22  an online -- not online, it's a Jewish university --
23  I mean -- how -- what's the best way to describe it.
24  Jewish campus life.  Right?  So I had multiple years
25  of involvement with that, but at Katz specifically I

Page 12

1  was there January -- it was either January 2013 or
2  September 2013, it was either the spring semester or
3  that fall, but I had involvement with the school as
4  what they call an executive lecturer, guest lectures,
5  doing programs.  We had an incubator that we ran from
6  the Pittsburgh Israel Business Council.  So I was
7  involved with the school for about three years.
8  Okay?  But as a functional lecturer there was
9  probably only one or two semesters.  I judged
10  competitions every semester, but, you know, the
11  involvement -- let's just say this.  It started when
12  I moved to Pittsburgh in the fall of 2012 and it went
13  through September of 2015 when I ran my last external
14  lecture program through Hillel Jewish University
15  Center.
16      Q.    And it was around that time that you
17  also began your employment with the Jewish Federation
18  of Greater Pittsburgh?
19      A.    Yeah, that was in parallel.  So there
20  was a partnership between the Jewish Federation of
21  Greater Pittsburgh and there is about four other
22  units, there is the Jewish University -- excuse me,
23  the Jewish Community Relations Council, JCRC; there
24  was the Urban Affairs Foundation, UAF; there was the
25  corporate equity roundtable, which was part of the

Page 13

1  diversity inclusion effort in Pittsburgh; and then
2  Vibrant Pittsburgh, which was meant for leveling the
3  playing field for minorities in the city and an area
4  called the Power of 32, which was the -- today you
5  would call it an economic opportunity zone, but it
6  was western Maryland, West Virginia, eastern Ohio,
7  and all of western Pennsylvania -- it's like west of
8  Altoona would be the area.
9      Q.    What was your position at the Jewish
10  Federation of Greater Pittsburgh?
11      A.    Well, the title was director of the
12  Jewish Community Relations Council, director of the
13  JCRC, but I had about nine other titles that was sort
14  of like part of that title at the position.
15      Q.    What was the work you did as director
16  of the JCRC similar to the work you're doing with the
17  Middle East Forum?
18      A.    Can you rephrase the question?  I
19  didn't get it.
20      Q.    I guess I'm -- the title director of
21  the JCRC is -- you were the director of the JCRC,
22  today I believe you're the director of the Middle
23  East Forum; is that correct?
24      A.    Yes; however, two totally different
25  jobs with totally different responsibilities on two

Page 14

1  totally different management structures.
2      Q.    So can you please just quickly kind of
3  compare your experience with the JCRC with the Middle
4  East Forum --
5      A.    You want me to -- you want to compare
6  the JCRC with the Middle East Forum so -- can you be
7  more specific?
8      Q.    Can you please compare your job with
9  the JCRC with your position at the Middle East Forum?
10      A.    Yeah, so first I would have to tell you
11  what my job with the JCRC was.  Is that fair?
12      Q.    Go ahead.  Yeah.
13      A.    Okay.  So with the JCRC we had
14  responsibility for about 18 to 19 different domestic
15  policy issues that were affecting the Jewish
16  community of western Pennsylvania, specifically
17  Allegheny County, Butler County, Beaver County,
18  Ligonier County, all the way up to Erie, and down,
19  for population of about 48,000 Jews in western PA,
20  but, beyond that, it was about both building
21  harmonious relationships within the Jewish community
22  and beyond the Jewish community, so if you're talking
23  about tax relief, nonprofit relief, if you're talking
24  about assistance to the elderly, neighborhood
25  inclusion zones, OBIDs, opportunity for business

Page 15

1  improvement districts, education, anything that
2  touched the Jewish community as part of a public
3  policy interest both domestic within the Jewish
4  community around the city of Pittsburgh and beyond
5  the city of Pittsburgh; for instance, representation
6  in Harrisburg, representation in Washington D.C.,
7  even international issues, antisemitism in Europe and
8  even going to Israel.  We had about like three or
9  four times a year that we found ourselves in Israel
10  because of local Jewish community interests in
11  Pittsburgh that then sort of intersected with the
12  sister city of Karmiel Misgav, that's K-a-r-m-i-e-l
13  M-i-s-g-a-v, in the north -- I guess northeast of
14  Israel between like the Sea of Galilee and the Golan
15  Heights, and the main responsibility there was sort
16  of like an interface between the volunteers of the
17  community and the interests of the federated Jewish
18  community, one being the laymen and the other being
19  the professionals.  So that was the second element of
20  this.  You had all the public policy interest but
21  then you have the interest of all the groups.  So we
22  were involved with the NAACP, with the urban league,
23  with the mainline protestant community, with the
24  Anglican church, with the city of Pittsburgh
25  including Mayor Bill Peduto, County Executive Rich

Page 16

1  Fitzgerald.  You know, going beyond that, different
2  congressmen, Senator Toomey and Senator Casey,
3  Governor Wolf and before that Governor Corbett.  So
4  every day was really a different public policy
5  challenge.  Now, beyond that we also had to make sure
6  that we did Jewish community policy, so, you know,
7  you would go to the mayor and he's saying, hey, what
8  does the Jewish community think about policy X.  So
9  we did reproductive health, we did civic inclusion,
10 did what you might call affirmative action, we were
11 involved with racial disparities, equality, the
12 necessity for social justice depending on the way you
13 look at it, but it could also be something like
14 vaccines or whatever.  You know?  If there was a
15 question to that, you would have to do it.  But
16 beyond telling the mayor about that, you also had the
17 media relationships.  So Pittsburgh Post-Gazette,
18 Pittsburgh Tribune, anything dealing with national
19 media and -- so there is also, like, Jewish segmented
20 media, so you have the Jewish Telegraphic Agency, you
21 have the Jewish Exponent, you know, in Philadelphia
22 but also the Pittsburgh Jewish Chronicle.  So
23 anything that dealt with Jewish community interests
24 in short is what was the job responsibilities for the
25 JCRC, but it was sort of just all within the section

Page 17

1  of public affairs.  Now, there was a management
2  responsibility insofar as it dealt with community
3  building and building capacity of external
4  organizations, so there was --
5       Q.   How many people did you manage?
6       A.   One, internally.
7       Q.   That was like one direct report, is
8  that how you called it?
9       A.   I would say it wasn't -- it was like a
10 third of a direct report I guess because it was an
11 individual who was shared across different -- it was
12 certainly not like what I had had in the army where I
13 had about like 30 direct reports.
14      Q.   How many people were employed at the
15 Jewish Community Center?
16      A.   Well, it's not the Jewish Community
17 Center.  I don't know.
18      Q.   Sorry.
19      A.   It's the Jewish Federation.
20      Q.   Yeah, the JCRC.  Sorry about that.
21      A.   No one was employed at the JCRC.
22      Q.   The Jewish Federation of Greater
23 Pittsburgh --
24      A.   That's not the JCRC.
25      Q.   Sorry about that.  When you were the

Page 18

1  director at the Jewish Federation of Greater
2  Pittsburgh, how many people worked there --
3       A.   I was never the director at the Jewish
4  Federation of Greater Pittsburgh.
5       Q.   Okay.  Tell me what your job is at the
6  Middle East -- well, let me -- I guess let me set it
7  up first.  When did you first start working at the
8  Middle East Forum?
9       A.   I think August of 2015 or September of
10 2015.
11      Q.   And when you first were hired with the
12 Middle East Forum what was your first position?
13      A.   I guess the title was director.  Well,
14 it was kind of a codirectorship, so director and
15 director.
16      Q.   Was there another director who was
17 there at the time?
18      A.   Yes.
19      Q.   Who was that?
20      A.   Amy Shargel.
21      Q.   Shargel?
22      A.   Yeah.
23      Q.   Can you spell it?
24      A.   S-h-a-r-g-e-l or j-e-l.  It was like
25 five years ago.

Page 19

1       Q.   At some point in time did Amy Shargel
2  leave the Middle East Forum and then you became the
3  director, is that how it happened?
4       A.   Well -- no, it's a little bit more
5  complicated than that.
6       Q.   You can explain it if you want.
7       A.   Okay.  So she retired but the job
8  responsibilities that Amy Shargel were not the same
9  job responsibilities that I had.  So when you talk
10 about director, it's just a name.  Okay?  It's not a,
11 you know, one director does this, one director does
12 that; there has been multiple directors of MEF.
13      Q.   Is it fair to say it's the name of the
14 position that is the second highest in the corporate
15 structure?
16      A.   No, I don't think that's fair.
17      Q.   Well, what would -- in a corporate
18 structure, in a hierarchy, Daniel Pipes has the
19 highest position; is that right?
20      A.   No, he doesn't.
21      Q.   Who has the highest position?
22      A.   Steve Levy, the chairman of the
23 organization.
24      Q.   And then work down from there and kind
25 of explain that hierarchy for me, please.

Deposition of GREGG ROMAN         Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 20

1  A.  Well, it's not a hierarchy, you know,
2 you're -- you're giving me a factual predicate that
3 doesn't exist, so I can't really answer the question.
4  Q.  Okay.  Well, underneath Steve Levy, if
5 he's the chairman, who would be like the next person
6 who would be responsible for, like, policy at the
7 Middle East Forum?
8  A.  Everyone is responsible for policy at
9 the Middle East Forum.
10  Q.  Interns are responsible for policy?
11  A.  Well, it depends what you mean by
12 everyone.
13  Q.  I guess --
14  A.  And what policy you're talking about.
15  Q.  For creating Middle East Forum
16 policies.
17  A.  It depends on what you mean by Middle
18 East Forum policy.  I can't answer the question if
19 you're not specific.
20  Q.  All right.  Let me try to be more
21 specific.  So if Steve Levy is the chairman, what
22 would Daniel Pipes' position be?
23  A.  Well, Daniel Pipes' position isn't
24 predicated on Steve Levy's position.
25  Q.  What is his position?

Page 21

1  A.  Daniel's position -- Daniel actually
2 has multiple positions, so you have to be specific of
3 what position you're asking about.
4  Q.  Well, what are they?  What are the
5 multiple positions?
6  A.  Of Daniel Pipes?
7  Q.  Yes.
8  A.  He's the publisher of the Middle East
9 Quarterly.  He is the editor-in-chief of the
10 organization.  He sits on multiple boards outside of
11 the Middle East Forum that sort of act as the liaison
12 position he has.  He is the -- I guess the titular
13 name is president of the Middle East Forum, but he
14 has sort of like -- again, it fluctuates.  He's the
15 president but then he's also a member of the board,
16 he's also a member of the executive committee, and
17 there's different people who have different
18 intersecting roles within MEF.  So, you know, he
19 might have a few more positions and titles that I
20 don't remember.
21  Q.  Fair enough.  What is the board?
22  A.  Which board?
23  Q.  You said he's also a member of the
24 board.  What --
25  A.  Well, there is multiple boards.

Page 22

1  Q.  So which board were you talking about
2 when you said he's a member of the board?
3  A.  I'm not sure.  He's I think member of
4 the -- well, there is the board, there is the board
5 of governors, okay, but the board of governors is a
6 board that also exists in addition to the founders
7 board, and both boards don't have any executive
8 authority but he's still a member of them.
9  Q.  What is the board of governors, what is
10 that?
11  A.  It's a group of donors who give a
12 minimum amount to the organization and is updated
13 every once in a while with Middle East Forum news.
14  Q.  In order to be a member of the board of
15 governors do you have to donate a certain amount of
16 money?
17  A.  No.
18  Q.  Like, is the -- what is the minimum
19 amount that you said that someone has to donate to be
20 on the board of governors?
21  A.  I said they may donate a minimum
22 amount, but they may not as well.
23  Q.  What is that amount?
24  A.  Well, depends on the individual.
25  Q.  Well, for instance, like, if I wanted

Page 23

1 to be on the board of governors, could I donate a
2 certain amount of money and then I would be on the
3 board of governors?
4  A.  No.
5  Q.  Is there like an -- like, you know,
6 hey, if -- anyone who donates 20,000 we'll give them
7 the title of board of governors, does it work like
8 that?
9  A.  No.
10  Q.  Okay.  How does it work?  How does one
11 become a member of the board of governors?
12  A.  Each individual has a unique path that
13 they take to get to the board of governors.
14  Q.  Okay.  And -- since we got into that,
15 let's just -- let me do it like this.  Is there a
16 difference between -- strike that.
17  What are the officers -- on the website
18 there is a list of officers, and I'll represent to
19 you it says president, Daniel Pipes; chairman, Steve
20 Levy; vice chairman, Joshua Katzen; treasurer,
21 Lawrence Hollin; secretary, Gregg Roman.  What is
22 that?
23  A.  They're the officers on the website.
24  Q.  But what is that -- what is the
25 importance of being an officer?  What is the

Page 24

1 relevance of that?  What does it mean to be an
2 officer?
3     A.   Well, they're listed on the website, so
4 that's the importance of it, that it's important
5 enough for us to put it on the website.
6     Q.   But do they have any other roles other
7 than being listed on the website?  Is there any,
8 like, responsibilities that come with those
9 positions?
10     A.   Could you be more specific?  There is
11 no connection between --
12     Q.   Sure.
13     A.   -- the website and their jobs or
14 anything else.
15     Q.   Well, I guess, for instance, it says
16 secretary, Gregg Roman.  What does that mean that
17 you're the secretary of the -- what does that mean
18 that you're the secretary?
19     A.   It's a honorific given by virtue of
20 being an officer of the organization.
21     Q.   Do you have any responsibilities as the
22 secretary?
23     A.   Yes.
24     Q.   What are those responsibilities?
25     A.   They are to keep the minutes from the

Page 25

1 -- I guess you would call it the executive committee
2 meeting, and to transmit that to the executive
3 committee.
4     Q.   And do you, in fact, do those
5 responsibilities?
6     A.   When?
7     Q.   At the executive committee meetings?
8     A.   Can you be more specific?  Because
9 there is multiple meetings.
10     Q.   Sure.  When was the last executive
11 committee meeting?
12     A.   When was the last executive committee
13 meeting for what?
14     Q.   For anything.  When is the last time
15 there was a meeting?
16     A.   Well, the last time that there was a
17 meeting I wouldn't remember because I wasn't the
18 secretary.  I can tell you this.  I can represent to
19 you that the last meeting that I remember was in
20 March of 2018.
21     Q.   How long have you been secretary?
22     A.   Well, like I said, just like the
23 position of director is just a name, secretary up
24 until November 1st of 2018 was a position that had
25 certain authority and then that authority changed

Page 26

1 after November of 2018.
2     Q.   But when did you -- when did you become
3 the secretary?
4     A.   I became the secretary in -- I don't
5 recall.  I would have to check the records.
6     Q.   Can you estimate?  Was it in 2018?
7 2017?
8     A.   No.
9     Q.   It wasn't in 2017?
10     A.   No.
11     Q.   Was it in 2018?
12     A.   No.
13     Q.   Was it in 2019?
14     A.   No.
15     Q.   Was it in 2020?
16     A.   No.
17     Q.   So then that leaves 2016 and '15 then,
18 right?
19     A.   Maybe '15 or '16.
20     Q.   And how many times has there been a
21 meeting of the executive committee since 2016?
22     A.   From what I remember, probably
23 annually.
24     Q.   And do you attend those annual
25 meetings?

Page 27

1     A.   Do I attend which annual meetings?
2     Q.   The annual meetings of the executive
3 committee.
4     A.   Some I have and some I haven't.
5     Q.   Are they ever held more than once a
6 year?
7     A.   Depends on the year.
8     Q.   Well, has there ever been a year when
9 there's been more than one meeting of the executive
10 committee since you became --
11     A.   I can't --
12     Q.   -- secretary?
13     A.   Since I became secretary, yes.
14     Q.   Has there ever been a year since you
15 became secretary when there's been more than two
16 meetings of the executive committee?
17     A.   Yes.
18     Q.   Has there ever been a year since you
19 became secretary when there's been more than three
20 meetings?
21     A.   Yes.
22     Q.   What's -- I guess what's the most
23 amount of meetings that you recall being in a single
24 year of the executive committee?  Since --
25     A.   I can't give you an accurate

Page 28

1 representation because I don't remember.
2    Q.    Just to make it clear, if we're asking
3 questions today about your position as secretary, all
4 the questions will be relegated -- I'm not asking you
5 to answer questions about times when you weren't on
6 the executive committee, so it's all relegated to
7 that time between 2015 and the present when you were
8 the secretary.  Okay?
9    A.    Well, no, because there is -- can I
10 offer sort of a footnote here to what the reason why
11 I'm not specific and not sure?  Is that okay?
12   Q.    Uh-huh.  Yeah.
13   A.    So the responsibilities that I had as
14 secretary of the executive committee were of a
15 certain amount from the time that I believe 2015 or
16 '16, I don't want to say that I know a hundred
17 percent, but to the best of my recollection in 2015,
18 '16, is when I had that title added as one of my
19 roles at MEF, and then that title in terms of the
20 name may have been on documents, but the authority
21 vested in that title was removed in I want to say
22 November -- I'm not going to give the exact date, but
23 the authority vested as an officer of the organization
24 was removed and has not been returned since early
25 November of 2018.

Page 29

1    Q.    Who removed that authority?
2    A.    Daniel Pipes.
3    Q.    How did he tell you that that authority
4 was going to be removed?
5    A.    It was communicated to me in a letter I
6 believe in November of 2018.
7    Q.    I'm going to show you an exhibit.
8    A.    Sure.
9    Q.    I might have that letter.  Okay.  So it
10 will be 51 -- hold on.  So -- let me just do a screen
11 share.  So I'm going to do a screen share and share a
12 document that is -- so this document I'll represent
13 to you is a document that was turned over, produced
14 by your lawyers during the course of discovery, and
15 your lawyers put Bates stamps on these documents, and
16 you can see the document I'm producing, which we'll
17 call it Roman 1, Roman Exhibit 1, will be the
18 document that's Bates stamped 000049, 50, 51, and 52.
19 And -- so this letter is dated November 6th, 2018,
20 and just take a minute and look at it.  If you want
21 me to scroll down, let me know and I'll scroll down.
22   A.    Would you mind giving me the ability to
23 scroll myself so I can read at my own time?
24   Q.    Yeah, I don't really know how to do
25 that, but I don't have a problem doing that.  Is

Page 30

1 there a way to do that?
2    A.    Yeah, you -- I think the videographer
3 did it before.
4       THE VIDEO SPECIALIST:  Do you have
5 an option up on top of the screen where
6 it gives you a set of names that you can
7 share it with, and one of the names
8 should be Mr. Roman.
9       MR. CARSON:  It says you are
10 screen sharing, and when I hover over
11 that it says participants.
12       THE VIDEO SPECIALIST:  Yeah,
13 select one of the -- see if Mr. Roman is
14 one of the participants.
15      MR. CARSON:  He is.
16      THE VIDEO SPECIALIST:  Okay.
17      MR. CARSON:  When I click on it,
18 nothing happens, though.
19      THE VIDEO SPECIALIST:  Nothing
20 happens when you click on his name?
21      MR. CARSON:  I hover over it, it
22 says participants, 13 --
23      THE VIDEO SPECIALIST:  Yeah,
24 Mr. Roman, see if you can take over the
25 mouse.

Page 31

1       THE WITNESS:  Here, I'm requesting
2 remote control.
3       THE VIDEO SPECIALIST:  Yeah, see
4 if you can take over.
5       MR. CARSON:  Oh, approve.
6       THE WITNESS:  I'm just
7 representing to you, Mr. Carson, that I
8 am reading this document.  Is that okay?
9       MR. CARSON:  Okay.  Yeah.  Thank
10 you.  Take your time.
11 BY MR. CARSON:
12   Q.    My first question is, just when you're
13 done, is this the letter you're talking about.
14   A.    Well, I'm not sure, because there is a
15 note here that has a mistake.  Effective November 5th
16 your job description has chanted.  And I don't
17 remember ever having a offer like this with a
18 spelling mistake.  So I can't verify this is the
19 document that I'm talking about.
20   Q.    Well, I'll represent to you this
21 document came from you guys, so --
22   A.    That's fine that it came from us, but
23 it doesn't have a log of the files, it doesn't have
24 metadata associated with a file that may have been
25 given to me.

Page 32

1  Q.  Well, did --
2  A.  I would request -- I would request that
3  if there is such a document which is the changes of
4  my employment and we do have it on our system that
5  the counsel for MEF do provide this to Mr. Carson.
6  Is that fair, Jon?
7  (Simultaneous speakers.)
8  BY MR. CARSON:
9  Q.  Yeah, I mean do you remember receiving
10  a document like this around November 6th, 2018?
11  A.  Well, there's receiving a document like
12  it and then there's receiving the document that I'm
13  talking about.  So if you want me to be specific, and
14  I would like to offer as much specificity as
15  possible, I cannot say with a hundred percent
16  validity that this document is something -- this
17  document that you're representing to me as something
18  that's been handed over by MEF's counsel is something
19  that I received.
20  Q.  So I'm just asking you do you remember
21  receiving a document like this, and by like this I
22  just mean a document that you received from Daniel
23  Pipes around November 6th, 2018, where he changed
24  your job responsibilities with the Middle East Forum.
25  A.  Again, "like this" is a comparable

Page 33

1  term.  I did receive a document from Daniel Pipes in
2  November of 2018 which changed the terms of my
3  employment.  Whether or not it's this --
4  Q.  And --
5  A.  -- document, I cannot verify that this
6  is the specific document that I received.
7  Q.  Well, let's kind of just go down the
8  list and see what's -- see if there is anything you
9  remember different.  So do you remember the document
10  that you received you kept your title as director?
11  A.  Again, you're asking me to remember a
12  document that I don't know whether or not it's in
13  front of me, so if you would like --
14  Q.  I'm asking you if you kept --
15  A.  -- if you would like to ask me about
16  that document, the specific document, of my change of
17  employment -- and I believe I had to sign it, so if
18  that exists, then that's something that I'm sure that
19  we can refer to you, but --
20  Q.  Did -- do you --
21  A.  -- in -- if you'll just --
22  Q.  Mr. Roman, I'm just asking if you
23  remember if you kept your title.
24  A.  If I kept my title of what?
25  Q.  Director.

Page 34

1  A.  Yeah, I'm still the director today.
2  Q.  And you kept your title when you
3  received that letter in November of 2018?
4  A.  Well, title as in the name or title as
5  in the position?
6  Q.  Title as in the name.  You kept -- you
7  keep -- you keep the title of director is what I
8  believe he said to you, do you remember that?
9  A.  Well, again, you're representing
10  something that whether or not this is --
11  Q.  I'm not asking you to confirm the
12  document; I'm just asking you if you remember that he
13  -- you got to keep your title as director.
14  Q.  Can the stenographer please read back
15  the question?
16  Q.  She doesn't have to read back the
17  question.  I'm not asking that question.  I'm asking
18  if you remember that you kept your title as
19  director --
20  A.  I kept the name director as it related
21  to the name but not the title.  Title and name is two
22  different things.
23  Q.  Okay.  I don't know -- what's the
24  difference between the title and the name in your
25  mind?

Page 35

1  A.  Sure.  So you could call me Mr. Roman,
2  but Mr. Roman might represent Mr. Roman me or
3  Mr. Roman being married, so if you want to say title
4  of director, as it's represented in that document, I
5  would have to see the document, because I remember
6  there was -- there was a debate that took place over
7  what the exact title and responsibilities were to be
8  associated with that word director itself.
9  Q.  So you remember you kept the name
10  director; is that what your testimony --
11  A.  Yes, if you say director -- like, my --
12  in my signature block, Gregg Roman, director, Middle
13  East Forum, that was in the signature block of
14  e-mails, yes, that's a fair representation.
15  Q.  It never changed.
16  A.  To the best of my knowledge the name in
17  my signature block never changed.
18  Q.  You were the director before November
19  of 2018 and you've been the director since November
20  of 2018, correct?
21  A.  What do you mean director?  Because,
22  like I said beforehand, the job director has changed
23  at multiple times as I've been at MEF -- the name
24  stayed the same but the responsibilities changed.
25  Q.  Okay.  So we're -- I guess let's talk

Everest Court Reporting LLC
215-341-3616   transcripts@everestdepo.com
Page: 11 (32 - 35)
www.everestdepo.com

Deposition of GREGG ROMAN                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 36

1 about the name then. You were named director before
2 November 2018 and you've been named director since
3 November 2018; is that fair to say?
4      A.   The name, the position name director,
5 has remained the same since I've been hired, yes,
6 that's correct.
7      Q.   Do you remember that your
8 responsibilities were -- so if we read the
9 responsibilities section, you will have the following
10 responsibilities, managing the Forum's external
11 projects and initiatives, including all the directors
12 of the Forum's projects except the Middle East
13 Quarterly editor; fundraising, in meetings, on the
14 telephone, and in writing; making media appearances
15 on Forum-related topics. Does that sound like a good
16 description of your responsibilities pursuant to when
17 you received the letter, whether it was this letter
18 or another letter, in November 2018?
19      A.   No.
20      Q.   What's different about this list versus
21 what you did?
22      A.   Well, this list has responsibilities
23 that were inclusive but not wholly inclusive, so it
24 might say that I was supposed to do these things, but
25 there were other responsibilities that were added

Page 37

1 that I didn't have prior to November of 2018.
2      Q.   So I think what you're saying, correct
3 me if I'm wrong, is you did these three things but
4 there is other things you did as well.
5      A.   No, that's not what I'm saying.
6      Q.   Okay. Correct me, please.
7      A.   Correct you about the inclusive
8 responsibilities listed in this document or direct
9 you --
10      Q.   Take it line by line. So managing the
11 Forum's external projects and initiatives, including
12 all the directors of the Forum's formal projects
13 except the Middle East Quarterly editor, that's --
14      A.   Right.
15      Q.   -- bullet point 1. Did you keep that
16 responsibility after November of 2018?
17      A.   The specific managing the Forum's
18 external projects and initiatives, including all the
19 directors of the Forum's formal projects except the
20 Middle East Quarterly editor, we would have to go
21 project by project to tell you about what the
22 responsibilities were prior to twenty -- November of
23 2018 and then after, because that did change.
24      Q.   Well, did you continue to manage the
25 Forum's external projects and initiatives after

Page 38

1 November of 2018?
2      A.   Not in totality, no.
3      Q.   To some degree you did?
4      A.   To some degree that's fair to say.
5      Q.   Did you do fundraising, in meetings, on
6 the telephone, and in writing after November 2018?
7      A.   Yes.
8      Q.   Did you do media appearances on
9 Forum-related topics?
10      A.   When?
11      Q.   After November of 2018. And we're
12 talking about when your job responsibilities changed,
13 right? So did you continue to do media appearances
14 on Forum-related topics?
15      A.   Yes and no.
16      Q.   Are these restrictions accurate after
17 your position -- after you received the letter --
18 strike that.
19          Did your -- after you received the
20 letter in November of 2018 -- and can we -- can we
21 just kind of pin down the date? Is it fair to say
22 you received that letter at the beginning of November
23 2018, if you don't know the exact date?
24      A.   Again, I don't know this specific
25 letter that you're showing me is something that I --

Page 39

1      Q.   No, we've established that.
2      A.   -- received. Yeah.
3      Q.   We're not -- so I'm not trying to make
4 you say that -- I'm not trying to trick you. I'm
5 just trying to ask you if the letter you received
6 was, say, between November 1st and November 10th,
7 2018.
8      A.   I don't know. I would have to see the
9 letter.
10      Q.   Do you remember it being -- do you
11 remember whether there was a meeting around November
12 5th, 2018?
13      A.   Can you be more specific?
14      Q.   Yeah.
15      A.   Your question was was there a meeting
16 around November 5th of 2018. I've been in a lot of
17 meetings, Mr. Carson. I'm not sure what you're
18 referring to.
19      Q.   Yeah. I guess you can interpret the
20 question to mean was there a meeting anywhere on the
21 planet Earth in November, so let me be more specific.
22          So around November 5th, 2018, it's my
23 understanding that there was a meeting held at the
24 Middle East Forum where the people who worked in the
25 Philadelphia office all attended. Do you recall

Page 40

1 that?
2     A.    I wasn't at any meeting.
3     Q.    But do you recall that that meeting was
4 held?
5     A.    Do I recall that a meeting was held on
6 November 5th of 2018 of the Forum staff in
7 Philadelphia that did not involve me?  Yes, I
8 remember hearing that there was a meeting that was
9 supposed to take place, and I can't tell you whether
10 it took place because I wasn't there, but I heard
11 that there was a meeting that took place on November
12 5th, 2018, of the Forum staff in Philadelphia, but,
13 again, wasn't there, so I can't tell you what
14 happened.
15     Q.    And who told you about that meeting?
16     A.    Well, multiple people told me about
17 that meeting.
18     Q.    Who was the first person to tell you
19 about it?
20     A.    I don't remember.
21     Q.    Was Daniel Pipes one of the people who
22 told you about it?
23     A.    About the meeting that took place on
24 November 5th, 2018?
25     Q.    Correct.

Page 41

1     A.    I actually don't remember if Daniel
2 told me about it.  I do remember that there was a
3 memo that went out and then -- that memo said a
4 meeting was going to be held, and then I was
5 specifically told not to attend.
6     Q.    Who told you not to attend?
7     A.    That information is privileged.
8     Q.    It's not -- even if Marc Fink told you
9 not to attend it's not privileged.
10     A.    I'll rely on advice of counsel whether
11 I can answer that question or not.
12         MR. GOLD:  Direct you not to
13 answer the question.
14         MR. CARSON:  Not privileged,
15 Mr. Gold.
16         MR. GOLD:  Take it to the Court.
17         MR. CARSON:  I mean, we can call
18 if you really want me to.
19         MR. GOLD:  Go ahead.  Feel free to
20 do so.
21         MR. CARSON:  I mean, we have other
22 issues to talk to the Court about anyway
23 today, but it's not privileged if Marc
24 Fink told him.  You guys included me on
25 all the e-mails that Marc Fink was on

Page 42

1 where he was told not to go.  It relates
2 to the investigation.  You guys are
3 clearly going to make a Faragher-Ellerth
4 argument in this case where you're going
5 to talk about the investigation, you're
6 going to talk about the meeting, so it's
7 not privileged.
8         MR. GOLD:  My directive stands, so
9 you're free to do as you please.
10         MR. CARSON:  Okay.
11         THE WITNESS:  Mr. Carson --
12 BY MR. CARSON:
13     Q.    Why didn't --
14     A.    Can I just ask you a question for a
15 second?  Are you okay if I get up and I adjust the
16 window?
17     Q.    Yeah.
18     A.    Okay.
19     Q.    Yeah.  You don't have to ask me that.
20     A.    I don't want to, like, ruin the
21 stenographic record or whatever the video thing.
22         THE VIDEO SPECIALIST:  We're off
23 the record.
24         THE WITNESS:  Back on.  Sorry
25 about that.

Page 43

1         MR. CARSON:  Take a break any time
2 you need to today.
3         THE WITNESS:  I'm good, I just
4 wanted to -- got this light thing going
5 on here, so I don't want to mess up the
6 video for you guys.
7 BY MR. CARSON:
8     Q.    Why didn't you attend the meeting
9 pursuant to the memo on March 5th, 2018?
10     A.    That information is privileged.
11     Q.    Were you told not to?
12     A.    What did you say?
13     Q.    Were you told not to?
14     A.    I believe that my answer on the record
15 stands.
16     Q.    Were you invited to the meeting
17 originally?
18         MR. GOLD:  Asked and answered.
19         THE WITNESS:  I believe my answer
20 stands.
21 BY MR. CARSON:
22     Q.    You can answer again.  Asked and
23 answered isn't an instruction not to answer the
24 question.
25     A.    But I'm saying I believe that my answer

Page 44

1  on the record stands.
2       Q.   We're not going to make the court
3  reporter read stuff back all day, so just answer
4  again, please. Were you originally invited --
5            MR. GOLD: Mr. Carson, I direct
6       him not to answer. It's been asked and
7       answered.
8            MR. CARSON: I'm going to call the
9       Court.
10           MR. GOLD: Go ahead.
11           MR. CARSON: Give me a second.
12           THE VIDEO SPECIALIST: We are off
13      the record --
14           MR. CARSON: Could we go off the
15      record, too?
16           THE VIDEO SPECIALIST: We're off
17      the record. It's 12:21 p.m. Eastern.
18           (A discussion was held off the record.)
19           MR. GOLD: You know what, in order
20      to save time, just answer the question,
21      Mr. Roman. Were you invited to the
22      meeting originally?
23           THE WITNESS: I believe that I
24      said on the record --
25           MR. CARSON: We're not on -- are

Page 45

1  we on the record right now?
2            MR. GOLD: Yeah, back on the
3       record. I'm going to allow him to
4       answer that question whether he was
5       originally invited to the meeting.
6            THE WITNESS: I'll repeat what I
7       said beforehand. I received a memo that
8       there was going to be a meeting on
9       November 5th, 2018, in the
10      Philadelphia's office.
11 BY MR. CARSON:
12      Q.   Did that memo instruct you to be at the
13 meeting?
14      A.   I did not construe that memo as an
15 invitation; however, if you have a copy of the memo I
16 would be happy to look at it and give you my
17 interpretation of it.
18      Q.   Have you ever read the memo since then?
19      A.   No, I have not.
20           THE COURT REPORTER: I didn't hear
21      that question, Mr. Carson. What was it?
22 BY MR. CARSON:
23      Q.   Have you ever read the memo since that
24 meeting?
25      A.   No, I don't remember.

Page 46

1       Q.   What was the meeting about?
2       A.   I don't know, Mr. Carson.
3       Q.   You have no idea what that meeting was
4  about.
5       A.   Mr. Carson, I can't --
6       Q.   You understand you're under oath.
7       A.   Mr. Carson, I can't -- I can't tell you
8  about a meeting that I did not attend.
9       Q.   But you understand you're under oath
10 today, right? So if you know what the meeting is
11 about and you say you don't know, that's a lie and
12 that's perjury; you do get that, right?
13      A.   Mr. Carson --
14           MR. GOLD: Mr. Carson, please save
15      your accusations when you get in front
16      of a jury. I'm not going to allow you
17      to harass the witness or try to
18      embarrass the witness. Just rephrase
19      the question, let's move along.
20           MR. CARSON: No.
21 BY MR. CARSON:
22      Q.   You do understand what perjury is,
23 right?
24      A.   Mr. Carson, I am aware what perjury is,
25 yes.

Page 47

1       Q.   Okay. So if you know something and you
2  deny knowledge to it, that's perjury. You understand
3  that, right?
4       A.   Mr. Carson, I would appreciate it if
5  the stenographer can read back the question that
6  you're asking me to reference in terms of whether I
7  know what perjury is or is not.
8       Q.   She -- my question to you is, if you
9  deny having knowledge of something that you have
10 knowledge of, you understand that that's perjury,
11 right?
12      A.   Yes, Mr. Carson.
13      Q.   Okay. So with that understanding, do
14 you have any idea what the November 5th, 2018,
15 meeting was about?
16      A.   Mr. Carson, again, if you're asking
17 me --
18      Q.   Yes or no --
19      A.   No, it's not a yes or no question
20 because there is an explanation here that has to --
21      Q.   No, actually it is.
22      A.   No, there's not, Mr. Carson.
23      Q.   If you know what the meeting was about.
24      A.   If you'll please allow me to answer, I
25 would be happy to.

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 48

1  Q.   I'll allow you to say whatever you
2  want, but begin your answer by saying whether you
3  knew what the meeting was about, yes or no.
4  A.   Mr. Carson, I am aware that a memo went
5  out prior to November 5th, 2018, that described a
6  situation at the Middle East Forum, and to get to
7  that specific situation we would have to see the memo
8  right now, and then that meeting was one that I did
9  not attend, so if you're asking me that if I know
10  exactly what happened at that meeting, I cannot give
11  you an honest answer because I wasn't there.
12  Q.   That wasn't my question.  Do you know
13  generally what that meeting was about?
14  A.   Well, generally --
15  Q.   Sitting here today.
16  A.   Sitting here today I know that I have
17  reviewed a two and a half page document which was
18  minutes and notes from the meeting, so if you're
19  asking me about the minutes as they represented what
20  happened at that meeting, I can comment on that if
21  you'll show me them, but if you're asking me what
22  happened at the meeting, I was not there.
23  Q.   So I'm -- it's a very simple question.
24  Do you know generally what the meeting was about?
25  A.   No, Mr. --

Page 49

1  MR. GOLD:  Mr. Carson, he just
2  answered that he had read the minutes
3  and he now knows what the meeting was
4  about.
5  BY MR. CARSON:
6  Q.   He now knows.
7  A.   I would like to correct that record of
8  your representation what you're saying I now know and
9  also Mr. Gold's representation.  I am aware -- I am
10  aware --
11  Q.   Either you know or you don't.
12  A.   No, it's not yes or no, it's not black
13  and white, it's not a binary question.
14  Q.   Okay.
15  A.   I know that there are minutes of a
16  meeting that took place on November 5th, 2018, that I
17  have reviewed and I know what's in those minutes.
18  That is what I'm representing to you.
19  Q.   What was it about?  What was the
20  meeting about?
21  A.   In those minutes that are raised I
22  would be happy to review them and comment on that
23  document, but it's not in front of me right now.
24  Q.   I'm not putting it in front of you.
25  I'm asking you what your knowledge is about what the

Page 50

1  meeting was about.
2  A.   Again to say that if I was at the
3  meeting or if I wasn't at the meeting, my general
4  understanding of what took place is is that there
5  were accusations that were made against me by members
6  of MEF staff and those accusations were discussed
7  with MEF staff.  That's the general character of what
8  I understood took place at the meeting.
9  Q.   What's your understanding of what those
10  accusations were?
11  A.   Whose accusations?
12  Q.   The ones made at the meeting.
13  A.   Well, it depends because from what I
14  understand there were many accusations, so if you
15  want to ask me about a specific accusation, I can
16  give you my opinion.
17  Q.   No, I'm asking you generally what
18  accusations do you recall there being.
19  A.   Generally there was discontent with my
20  management style and that's what was broached at the
21  meeting.
22  Q.   Was those accusations limited to
23  discontent of your management style?
24  A.   You would have to ask the people at the
25  meeting regarding the specifics, but based on the

Page 51

1  memo that I saw, there was a wide range of issues
2  that were brought up regarding the general topic of
3  discontent with my management style at that meeting,
4  but, again, Mr. Carson, I wasn't there so I can't
5  tell you.
6  Q.   Well, did anyone ever talk to you about
7  the meeting afterwards?
8  A.   That is privileged information.
9  Q.   It's only privileged if it comes from
10  your lawyer.
11  A.   The only discussions I've had regarding
12  that meeting has been with counsel.
13  Q.   Daniel Pipes never talked to you about
14  that meeting?
15  A.   Again, the only discussion that I've
16  had has been in the presence of counsel.
17  Q.   So Daniel Pipes -- well, I'm asking you
18  what Daniel Pipes said to you, not what your counsel
19  said to you.
20  A.   About what?
21  Q.   Did Daniel Pipes -- did Daniel Pipes
22  ever talk to you about that meeting?
23  A.   Daniel Pipes spoke to me about his
24  general discontent with my management style, but he
25  never broached to me, beyond anything that was

Page 52

1  written in a formal document that you may have in
2  your possession, what it was that was specifically
3  brought up at that meeting.
4      Q.    Daniel Pipes spoke to you generally
5  about his discontent in your management style?  Is
6  that what --
7      A.    Oh, yeah.  He really laid into me.
8      Q.    What did he say about discontent in
9  your management style?
10     A.    Well, depends on what topic you're
11 talking about, finances, we're talking about travel,
12 or we're talking about policy, or talking about
13 personnel matters.  Please be more specific.
14     Q.    No, I'm not going to be more specific.
15 I'm saying generally what did Daniel Pipes tell you
16 what his discontent in your management style.  If you
17 want to begin in a certain area, you're welcome to do
18 that, Mr. Roman.
19     A.    Yeah, well, he generally was not happy
20 with my management style.  That's the general answer.
21     Q.    Did he say anything else besides I'm
22 not happy with your management style?
23     A.    There was many things that he said.
24     Q.    What were those things?
25     A.    Well, I've had -- I must have had

Page 53

1  dozens of conversations, hundreds, thousands of
2  conversations with Daniel since I started working at
3  the Middle East Forum, so, again, if you're asking
4  about a specific conversation on a specific day, I
5  would be happy to answer it, but you got to give me
6  more specificity, Mr. Carson.
7      Q.    I'm talking to you about the --
8  Mr. Pipes -- is it your testimony that Mr. Pipes
9  spoke to you after the November 5th, 2018, meeting
10 about the November 5th, 2018, meeting?
11     A.    Has he spoken to me about the meeting?
12 I knew that there was a meeting taking place, but
13 counsel informed me of that meeting, not Mr. Pipes.
14     Q.    Did Mr. Pipes ever speak to you about
15 that meeting?
16     A.    Mr. Pipes I think was in a conversation
17 with counsel that I was present at but I've been
18 instructed to not discuss the contents of that
19 conversation that took place with counsel, it's
20 legally privileged.
21     Q.    So I'm asking you if -- what Mr. Pipes
22 said to you.  I'm not asking you what any lawyer said
23 to you.  Anything that Mr. Pipes said to you is not
24 privileged.
25     A.    Mr. Pipes has said many things to me,

Page 54

1  Mr. Carson, and, again, I'm asking you please be
2  specific.
3      Q.    And I'm responding to your request by
4  telling you that I am being specific in asking you
5  what he's talked to you about pursuant to that
6  meeting.  So I can back up and set up the question.
7           There was a meeting on November 5th,
8  2018, and your testimony is that that meeting was
9  about your management style, correct?
10     A.    That's what I believe the meeting was
11 about.  I'm not testifying that it was about that.
12 I'm testifying to you that I saw a memo that went out
13 that described the results of that meeting and what
14 was allegedly discussed that, but, again, I wasn't
15 there, I can't comment on something that I wasn't at.
16 I can comment about what I heard.  I can comment
17 about what I heard.  I can comment about what was
18 conveyed to me.  But I cannot tell you what happened
19 at that meeting.
20     Q.    Well, you read the minutes of the
21 meeting, correct?
22     A.    Yes, I did.
23     Q.    Okay.  So based on everything you know
24 about the meeting, reading the --
25     A.    Okay.

Page 55

1      Q.    -- reading the minutes, people talking
2  to you about it, everything that you've ever heard
3  about that meeting on November 5th, 2018, that --
4      A.    Sure.
5      Q.    -- occurred at the Philadelphia --
6  based on that, my question is did Daniel Pipes ever
7  talk to you about that?
8      A.    Daniel Pipes discussed with me the
9  issues of my management style that were brought up at
10 that meeting, yes, he did.
11     Q.    When did he do that?
12     A.    I don't remember.
13     Q.    Was it -- it was obviously after the
14 meeting, correct?
15     A.    We've had many discussions about my
16 management style that took place after that meeting.
17 In fact, we probably discussed an issue with my
18 management style only a few weeks ago.  He is my
19 direct -- he is my direct supervisor.  He talks about
20 my management style all the time.
21     Q.    Well, what -- okay.  So -- I mean, we
22 can get to the one that you had a couple weeks ago.
23     A.    Sure.
24     Q.    But let's talk about the meeting first.
25 So when was the first time he came to you after the

Page 56

1  meeting to talk to you about what happened at the
2  meeting?
3       A.   I believe that he conveyed a letter to
4  me of the results of that meeting.  There was no
5  formal conversation or informal conversation that
6  took place as a result.  He had told me that -- he
7  had told me in this letter that he had communicated
8  to me that there had been an investigation, that he
9  had determined what would be the future of my role in
10 the organization, and as a result of the future of
11 that role in the organization my job was to change.
12 So that's sort of the --
13      Q.   Other than --
14      A.   -- that's sort of the milieu of the
15 progression of events that took place.
16      Q.   Other than that letter, was there any
17 other communications to you about what happened at
18 that meeting?
19      A.   There was not any further
20 communications beyond the letter that I received.
21 There were communications subsequent to this letter
22 which came up which further took away other
23 responsibilities that I had had at the Middle East
24 Forum.  There was actually -- there must have been
25 six -- six or seven communications after November 6th

Page 57

1  of 2018 which either added new responsibilities or
2  removed responsibilities or benefits or renumeration
3  or pay.  So this is not -- this letter that I
4  described previously, or the memo, contract, whatever
5  you want to call it, was not the be all end all of
6  the entire results of what happened on November 5th.
7  There was many many more things that happened after
8  that.  That's why I'm trying to ask you to provide
9  specifics, because I want to be able to answer the
10 question in the most accurate truthful way possible,
11 Mr. Carson.
12      Q.   We're going to get there.  So the --
13      A.   I'm trying to help you.
14      Q.   -- the six or seven communications that
15 you testified to just now that occurred after the
16 November 5th, 2018, meeting, all those communications
17 were electronic communications?
18      A.   Yes, we have never discussed any issues
19 that were of a nonlegal nature as they related to the
20 series of events of November 5th in a venue that did
21 not have the presence of counsel, and, more than
22 that, any allegation that was ever communicated to me
23 which had a formal legal conclusion were protected by
24 privilege.  There is procedures in place, Mr. Carson,
25 at the Middle East Forum that have always been in

Page 58

1  place both prior to my arrival to the organization
2  and after my arrival to the organization that take
3  place regarding any sort of formal complaint filed
4  against a staff member, and those --
5       Q.   Well, we're going to --
6       A.   -- those procedures --
7       Q.   We're going to deal with --
8       A.   I'm trying to provide some context for
9  the answer -- I can stop if you want me to.
10      Q.   Go ahead, finish.  No, no, finish what
11 you're saying.
12      A.   Those procedures regarding complaints
13 are what the management staff of the organization
14 followed after, I think, both before, during, and
15 after, the November 5th, 2018, meeting that took
16 place that I saw the minutes of.  So if you're asking
17 about six or seven different communications, there is
18 two ways we can do it.  We can either show each
19 communication or I can recall to the best of my
20 recollection what took place, but I would like to be
21 able to reserve the right to offer a more specific
22 answer if you do ever produce something of a document
23 that I would be able to count on to correct the
24 record.  Is that fair?
25      Q.   Yes, so that's fair, but before -- so

Page 59

1  before we get into looking at --
2       A.   Sure.
3       Q.   -- documents, I just want to -- I want
4  to isolate what we're talking about, so --
5       A.   Sure.
6       Q.   -- there is -- you're talking about --
7  what we're discussing right now all centers around
8  this November 5th, 2018, meeting; is that fair to
9  say?
10      A.   Well, I don't know if it's necessarily
11 fair to say because the November 5th, 2018, meeting
12 was a simulacrum of a bastion of different management
13 complaints, so --
14      Q.   A what?
15      A.   Okay.  I'll try to rephrase that.  The
16 --
17      Q.   Simulacrum?
18      A.   Yeah, simulacrum, s-i-m-u-l-a-c-u-r-m.
19 Okay?  It was a collection --
20      Q.   Okay.
21      A.   -- or a medium --
22      Q.   I'll look that one up when we're on a
23 break.
24      A.   All right.  Whatever.  It was a medium
25 of different complaints about my management style,

Page 60

1  and as a result of those complaints that I saw in
2  those memo -- that I saw in that memo, both counsel,
3  management, and the leadership of the organization
4  took steps to correct any alleged actions that were
5  raised at that meeting.  I mean, this process was
6  exhaustive, and I think that the document record and
7  also the testimony that I give here today will
8  reflect the exhaustive steps that Mr. Pipes, that
9  counsel, and that others, including your clients,
10 took to try to deal with whatever was said at that
11 meeting that I wasn't present at.  So I can comment
12 on what happened after, but I can't comment on what
13 took place there at the meeting.
14     Q.    Let's just slow down for a second.  So
15 --
16     A.    Sure.
17     Q.    -- what we're talking about has to do
18 with the meeting and these allegations, you've
19 characterized them as allegations about your
20 management style, but that -- those things all
21 occurred at the beginning of November and they led up
22 to the November 5th, 2018, meetings; is that what you
23 recall?
24     A.    No, I don't recall that.  There was
25 actually other times that Mr. Pipes raised complaints

Page 61

1  about my management style and took corrective action
2  against me prior.
3     Q.    We're not talking --
4     A.    No, but I'm saying -- like you're
5  asking me in total is November 5th about that, and
6  it's not.  Okay?  Mr. Pipes --
7     Q.    Okay.
8     A.    -- has what I would call a 360 degree
9  review process as it relates to the people that
10 report to him, and I'm not the only person that's a
11 direct report.  There is people at the Middle East
12 Forum that do not report to me.  Okay?  Still to this
13 day --
14     Q.    So --
15     A.    -- and even before November 5th there
16 was never a time where all individual staff members
17 at MEF reported to me.  It is a complex organization.
18     Q.    I understand.  But the meeting that was
19 in November 5th, 2018, was because certain people
20 made these -- made some allegations against you; is
21 that what you understand?
22     A.    That's what I understand, yes, that
23 they made allegations that included -- I estimate --
24 if you look at the notes, this is just based on my
25 memory of it, about 90 percent had to do with

Page 62

1  management issues.
2     Q.    Okay.
3     A.    And that's what filled the thing of the
4  -- the memo itself, if that's like a fair way
5  to categorize it.
6     Q.    If you want to characterize this --
7  sorry.  If you want to characterize them as
8  complaints about management issues, I'm fine -- as
9  long as we're talking about the same thing, I don't
10 care what we call them today.  So --
11     A.    What are you talking about, Mr. Carson.
12     Q.    We're talking about the allegations
13 that some of these employees made in connection with
14 you that led to the November 5th, 2018, meeting.
15 Okay?  So just so we understand that we're talking
16 about the same thing.
17     A.    I think we're maybe talking about two
18 different things.
19     Q.    Okay.  So I'm talking about allegations
20 that specifically three people made around November
21 1st, 2018, Patricia McNulty, Lisa Barbounis, and
22 Marnie Meyer, and those -- these allegations that
23 these three people made culminated in a meeting on
24 November 5th, 2018.  Is that what you understand?
25     A.    That's part of what culminated in a

Page 63

1  meeting on November 5th, 2018.  There were other
2  issues that also from what I understand led to that
3  meeting taking place.
4     Q.    What are those issues?  Can you just
5  name them like one at a time, just --
6     A.    I'll try to recall to the best of my
7  ability other things that may have led towards that.
8     Q.    Okay.
9     A.    There was a --
10    Q.    Give me --
11    A.    Yeah, I'll go through them as best as I
12 remember.  Okay?
13    Q.    Just because this way we can talk about
14 it and --
15    A.    Yeah, yeah, fine, fine, and then if you
16 can just kind of like signpost.  Okay?  I understand
17 that anything -- notes that I write in this will be
18 made available to you because it's -- we're now under
19 oath, but are you okay with me just sort of listing
20 these so I also keep track of that?  Is that fair?
21    Q.    Let me list them and then you -- you
22 say them and I'll list them --
23    A.    Right, but I would rather have a record
24 I can also look at so that if I write something --
25 I'll give you the notes afterwards, I'm not going to

Page 64

1  refer to any documents that you don't have available
2  --
3      Q.    Well, just give me the -- just give me
4  the first one first.  Let's just -- just give me --
5      A.    Yeah.
6      Q.    Other than the women's allegations,
7  you're -- I think the list that you're trying -- that
8  you want to make is a list of other reasons why these
9  meetings happened other than these women's
10 allegations; is that right?
11     A.    Sure.  Sure.  So it goes beyond that
12 and I'm going to refer to the -- to what I remember
13 here as what I think may have been the other reasons.
14     Q.    All right.  Just give me the first
15 thing.
16     A.    Sure.  A complaint that Lisa Barbounis
17 filed against Marnie Meyer on October 30th, 2018.
18     Q.    Okay.
19     A.    The second thing --
20     Q.    Can you say that date again?
21     A.    A complaint that Lisa Barbounis filed
22 --
23     Q.    Filed against Marnie --
24     A.    -- against Marnie Meyer on October
25 30th, 2018.

Page 65

1      Q.    Okay.  What's number two?
2      A.    Number two is a complaint that Matthew
3  Bennett filed against Marnie Meyer backing the
4  complaint of Lisa Barbounis on October 30th of 2018.
5      Q.    All right.  Number three.
6      A.    The third is a complaint that Lisa
7  Barbounis raised against Stacey Roman on October --
8  I'm going to say it's in October of 2018, but I also
9  think that was a subject of that meeting as well.
10     Q.    Okay.  Is there anything else?
11     A.    Yeah, a complaint that Daniel Pipes had
12 registered to me prior -- two times prior actually --
13 to November 5th, 2018.  The first would have been a
14 continuation of a conversation that took place in
15 2017 and the second was the continuation of a
16 conversation that took place in 2018.  I think
17 probably November 5th, 2018, was the -- you know, the
18 final event of what Daniel Pipes would -- I would
19 characterize, I don't know how Daniel Pipes would
20 characterize it, two years of Daniel Pipes's
21 frustration with my management style.
22     Q.    All right.  So that's four things that
23 we have.  Is there any more?
24     A.    Yeah, I think that there was a
25 complaint that dealt with the construction of a

Page 66

1  website by a company called Jump and then GoldenComm.
2  Jump is a company in Kentucky; GoldenComm is a
3  company in California I want to say, Newport Beach or
4  Manhattan Beach.
5      Q.    Okay.  So that's five.
6      A.    There was a complaint about Mr. Arthur
7  Stein, who was a donor to the Middle East Forum and
8  was the subject of a donation issue.  There was a
9  complaint that dealt with technology beyond that of
10 the website, and that specific technological
11 complaint dealt with a company called Hybros,
12 H-y-b-r-o-s.  There was -- and this is all just based
13 on the minutes, so -- I mean, I guess you'll see this
14 reflected, but if there is a disparity between what's
15 in the minutes versus what I'm talking about, then I
16 hope that you'll allow me to correct that.  Is that
17 fair?
18     Q.    Yeah, no one is going to hold you to
19 anything -- you're doing this by memory, it's fine.
20     A.    I'm just doing this by memory, so I'm
21 just trying to jog whatever came up from that memo
22 that I saw.
23     Q.    It's also -- it's not a test, so --
24     A.    No, not saying a test; I'm trying to
25 give you what I remember seeing from that memo.

Page 67

1  Again, I'll reiterate, I wasn't there, so I can't --
2  you know, this is all -- I don't know if it's hearsay
3  or whatever the legal term for it is, but I'm trying
4  to give you what I recall from seeing from this memo.
5  Okay?
6      Q.    Yeah.  Is there -- so I have one, two,
7  three, four, five, six, seven other reasons other
8  than these women's allegations that led to the
9  meeting in -- November 5th, 2018.
10     A.    You're saying that those allegations
11 led to the meeting; what I'm saying is that to
12 this day I have never had the opportunity to directly
13 address those allegations to those women.  I mean, I
14 guess I see -- I see Ms. Barbounis is on this call
15 right now, so this is actually probably the first
16 time that I've ever commented on this, at least one
17 on one to a public forum that's of a nonlegal venue,
18 but -- I guess it is a legal venue, right, though --
19 because you're the -- you're the attorney who is
20 deposing me today, but, again, these issues were a
21 milieu -- there's also some characterizations of what
22 Mr. Pipes --
23     Q.    Well, wait, let me just back you up.
24     A.    Sure.
25     Q.    Did Mr. Pipes ever talk to you about

Page 68

1  the allegations that these women made?  Did he ever
2  sit down and have a conversation with you about it?
3      A.    He had a conversation that I think he
4  observed that was with counsel, yes.
5      Q.    So I'm not talking about -- I'm not
6  talking about, you know, litigation strategy
7  sessions.  I'm talking about --
8      A.    I'm not talking about litigation.  I'm
9  not talking about litigation.  I'm saying --
10      Q.    What I'm trying to ask you about is --
11      A.    Sure.
12      Q.    -- did Daniel Pipes ever sit down with
13  you and just have a conversation with you about these
14  allegations and what are we going to do about it type
15  of thing?
16      A.    Which allegations, the one I just
17  enumerated or other allegations?
18      Q.    The allegations that Patricia McNulty,
19  Marnie Meyer, and Lisa Barbounis made in November of
20  2018.
21      A.    You have to be specific about the
22  allegations because I can't offer an answer in
23  totality unless you specifically get to the
24  allegations that you're talking about.
25      Q.    That's fine.

Page 69

1          MR. CARSON:  Can we -- do you guys
2      mind if we do like a little -- I need --
3      I have like a lump in my throat that's
4      going crazy.  I need to get like a cough
5      drop and go to the bathroom.  Do you
6      guys mind if we do a ten-minute break?
7          THE VIDEO SPECIALIST:  We are now
8      off the record, it's --
9          THE WITNESS:  Sure.
10          THE VIDEO SPECIALIST:  -- 12:47
11      p.m.
12          (A brief recess was taken.)
13          THE VIDEO SPECIALIST:  We are now
14      on the record.  It is 1:02 p.m. Eastern.
15  BY MR. CARSON:
16      Q.    Mr. Roman, what are your -- what's your
17  understanding of the allegations that Patricia
18  McNulty made against you in November of 2018?
19      A.    The understanding of which allegations?
20      Q.    Any of them.  What's your understanding
21  of what she said about you in November of 2018?
22      A.    Well, you would have to be able to go
23  over the factual predicate for each allegation in
24  order for me to comment on it I think.  Of a general
25  nature --

Page 70

1      Q.    What is your general understanding --
2      A.    I was about to answer your general
3  question.  Of a general question, she was unhappy at
4  the Middle East Forum.
5      Q.    Well, did she make any specific
6  allegations regarding you?
7      A.    She's never made an allegation to me,
8  no.
9      Q.    About you.
10      A.    She has, and those I believe are
11  memorialized in a document that I saw after this
12  litigation began that I think was sent in November of
13  2018 but you would have to be able to bring a
14  document forward for me to accurately comment on.
15      Q.    Well, I'm asking you what's your
16  understanding of the allegations that she made
17  regarding you.
18      A.    Again, there was I believe more than
19  one allegation, so you would have to be specific
20  showing me what they are so that I could give you the
21  best answer with all of my honesty and truthfulness
22  regarding the specific nature of what it is that
23  you're trying to get me to comment on.
24      Q.    Well, I want you to tell me everything
25  that you think she said about you when she made

Page 71

1  allegations regarding you in November of 2018.
2      A.    Everything that you want me to think
3  about, there is many things.  For instance --
4      Q.    Everything that you know, everything
5  that you remember, everything that you were told,
6  any --
7      A.    It's -- first of all, there's --
8      Q.    -- based on any knowledge that you
9  have.
10      A.    -- there is many things that I remember
11  about Tricia McNulty.  There is many things that I --
12      Q.    Mr. Roman, I'm going to stop you.  I'm
13  not asking you to tell me everything that you
14  remember about Patricia McNulty.  Do you understand
15  --
16          MR. GOLD:  Objection.  That
17      question is way too broad.  If you
18      narrow it, we'll let him answer it.
19      Everything he knows -- it's just
20      outrageous.  He's not going to answer
21      that question.
22          MR. CARSON:  Sidney, you're not
23      even objecting to the question.
24          MR. GOLD:  I am objecting to it.
25      It's a ridiculous question.

Page 72

1 MR. CARSON: There wasn't a
2 question.
3 MR. GOLD: And from what --
4 MR. CARSON: There wasn't a
5 question.
6 MR. GOLD: How about --
7 MR. CARSON: You're objecting to
8 nothing right now.
9 THE COURT REPORTER: I can't hear
10 -- excuse me. I can't hear each of you
11 when you're both talking at the same
12 time.
13 MR. GOLD: I'm going to object.
14 The question lacks any modicum of
15 specificity with regard to --
16 MR. CARSON: No one asked the
17 question you're objecting to.
18 MR. GOLD: Yes, you did. You
19 asked a question and I'm directing him
20 not to answer until you rephrase it.
21 MR. CARSON: Mr. Gold, you're
22 objecting to something that no one
23 asked. I didn't ask him tell me
24 everything you remember about Patricia
25 McNulty --

Page 73

1 (Simultaneous speakers.)
2 MR. CARSON: What I said was I'm
3 not asking you about everything you said
4 about Patricia McNulty. So just listen,
5 please.
6 BY MR. CARSON:
7 Q. Anyway, what I'm asking you
8 specifically is do you recall that around November
9 1st, 2018, Ms. McNulty made allegations about you,
10 she reported something to Daniel Pipes about you, do
11 you recall that?
12 A. No.
13 Q. You don't recall that.
14 A. No, she never made allegations to me.
15 She made them to someone else. I can't comment on
16 something --
17 Q. Right.
18 A. -- she said to someone else. I wasn't
19 there to comment on it.
20 Q. I'm not -- I'm asking you what's your
21 understanding of -- who do you think she made the
22 allegations to?
23 A. Made which allegations, Mr. Carson?
24 Q. Any. Who did she make them to. We're
25 talking about the allegations she made on November

Page 74

1 1st or around November 1st, 2018. Okay?
2 A. Well, there was -- you know, I've
3 become aware after this litigation started of many
4 things that she said both on and around November 1st
5 of 2018. There is something like 17,000 messages
6 that exist between -- that's maybe not an accurate
7 number, might be 16,000 --
8 Q. Not asking you about messages.
9 A. -- might be 18,000 -- I'm trying to
10 give you comment here to the best of my ability.
11 Q. My question is who -- your
12 understanding who she made those allegations to, who
13 did she report that to.
14 A. Which allegations are you speaking
15 about, Mr. Carson? I have --
16 Q. Any.
17 A. -- yet to see a document.
18 Q. Any of them.
19 A. Any of which allegations?
20 Q. Well, how many --
21 A. For instance, I'll give you an
22 allegation that she --
23 Q. Please stop.
24 A. Sure.
25 Q. We're going to do this clean. Okay?

Page 75

1 A. Let's do it clean.
2 Q. So around November 1st, 2018, do you
3 understand that Ms. McNulty reported certain conduct
4 related to you to Mr. Pipes?
5 A. I understand that -- actually did -- do
6 I understand if Ms. McNulty --
7 Q. It's a yes or no question.
8 A. -- reported -- hold on. I'm trying to
9 frame it here so that I can give you the best answer
10 to the best of my ability, Mr. Carson. Do I
11 understand that around November 1st of 2018 Tricia
12 McNulty made allegations to Daniel Pipes about my
13 conduct. You got to be more specific, in what
14 capacity. Because there is a few things that she
15 said that I can give you the answer here to.
16 Q. Give me the first thing that you
17 remember.
18 A. The first thing that I remember is a
19 text message that Tricia McNulty sent to Lisa
20 Barbounis saying what's your Gregg plan. That's one
21 thing I remember about her concocting allegations
22 about me that she said to Lisa Barbounis that I think
23 she then delivered to Lisa Barbounis -- to Lisa
24 Barbounis and --
25 Q. Well, when did you see --

Page 76

1   A.   -- Daniel Pipes.
2   Q.   -- that message?
3   A.   That was in the two hundred thousand
4  plus messages that you handed over to the Middle East
5  Forum on August 16th, 2020.
6   Q.   Okay.  So I'm -- I'm not talking about
7  what you saw on discovery.
8   A.   So that's why I need you to be
9  specific.  You got to tell me what you're talking
10  about.
11   Q.   I am being specific.  My question is
12  did Daniel Pipes ever notify you that there was
13  allegations made against you.
14   A.   Did Daniel Pipes ever notify me that
15  there were allegations made against me.  We talked
16  about the managerial allegations beforehand, so I
17  think my record stand -- I think my answer stands on
18  the record about what I recall --
19   Q.   Talking about the allegations of
20  Patricia McNulty.
21   A.   What allegations --
22   Q.   It's a yes or no --
23   A.   -- Mr. Carson?
24   Q.   Did Daniel Pipes ever tell you that she
25  made allegations in November -- around November 1st,

Page 77

1  2018?
2   A.   Mr. Pipes --
3   Q.   Did she ever tell you that?
4   A.   Mr. Pipes --
5   Q.   Did he ever tell you that?
6   A.   -- wrote me an e-mail that said certain
7  individuals have said certain things about you and
8  those certain things have led me to conclude that you
9  are no longer in a position to handle the
10  administration of the Middle East Forum anymore.  In
11  terms of what Ms. McNulty said, I don't have a record
12  of a specific allegation made to me on November 1st,
13  2018, because this is information I became aware of
14  in its totality after you filed -- not you, excuse
15  me, that's incorrect.  -- after your clients filed an
16  Equal Employment Opportunity Commission complaint
17  against me --
18   Q.   Okay.  But we're not talking about --
19   A.   No, but I'm saying, because this is the
20  thing, right?  You're saying which allegations,
21  right?  There is actually, from what I understand, at
22  least five different versions of allegations that may
23  be of the same nature around the same alleged series
24  of events which are of all different natures.  That's
25  why it's so confusing.  You've told five different

Page 78

1  stories over the last two years and I'm trying to
2  figure out what story are you trying to refer to.
3   Q.   I'm asking you -- so you just said
4  Daniel Pipes sent you an e-mail about these
5  allegations, correct?
6   A.   The e-mail that you sent me a draft of
7  whether or not that was the specific e-mail that I
8  got, but you have to be able to show me the documents
9  for me to comment on it.
10   Q.   No, I'm asking you a question,
11  Mr. Roman, about -- you said that Daniel Pipes sent
12  you an e-mail where he notified you that certain
13  allegations were being made.
14   A.   Right, that's -- I think you just
15  showed me a draft of an e-mail that I received.
16   Q.   Well, there was nothing about
17  allegations in that draft.
18   A.   There definitely was, that said, in
19  parentheses, if you go back to it, if we can refer to
20  that document -- can we refer to Roman 1 as the
21  exhibit so I can give a comment on it for a second?
22        Go up to the first paragraph.  Interim
23  because the office and I are reeling from the sudden
24  changes this month.  That seems like there has to be
25  a predicate for changing this job and that looks like

Page 79

1  that could be something dealing with changes in the
2  office, and I took that to be that there was a change
3  that took place.  Now, I know -- I know that there is
4  another e-mail.
5   Q.   Is there anything about Ms. McNulty's
6  allegations in this document?
7   A.   No, but I think that what he's
8  referring to is a second e-mail --
9   Q.   I wasn't asking you what he's referring
10  to.  So -- there is not.  So my question --
11   A.   I think there is, though.  I think
12  there is.
13   Q.   Where?  Show me where they're talking
14  about --
15   A.   When he says "are reeling from the
16  sudden changes."  Okay?  So when he's --
17   Q.   You're --
18   A.   -- talking about sudden changes -- this
19  is just my interpretation --
20   Q.   Let me get a question out and then you
21  answer the question.  Okay?
22   A.   Sure.
23   Q.   So is it your testimony that that
24  phrase in this document is referring to Ms. McNulty's
25  allegations?

Page 80

1  A.  No, it's not, not at all.  What it is
2  is is that the --
3  Q.  But my --
4  A.  -- sudden changes refer to the totality
5  of what he said was --
6  Q.  Mr. Roman, I'm --
7  A.  -- change that took place in the
8  office.
9  Q.  You got to just let me get my questions
10 in.  You got to --
11  A.  Well, you asked me a question.  You
12 said is it your testimony that this refers --
13  Q.  Right.
14  A.  -- to Tricia McNulty's allegations --
15  Q.  You said no.
16  A.  -- in quotation marks --
17  Q.  You answered the question.
18  A.  -- and -- I didn't say no.  I said no I
19 think that it refers to the totality of what
20 Mr. Pipes described as sudden changes in the office
21 that may or may not have included these whatever
22 allegations that you haven't specified include.
23  Q.  Okay.  Is there another e-mail that
24 Mr. Pipes sent you where he referred to Ms. McNulty's
25 allegations?

Page 81

1  A.  I don't know if he's referring to Ms.
2  McNulty, but I did get another e-mail from Mr. Pipes.
3  Q.  Did you ever get an e-mail from
4  Mr. Pipes specifically about Ms. McNulty's
5  allegations?
6  A.  I don't know.  You would have to give
7  me the opportunity to read through all the discovery
8  that we handed over to you.  I think we gave you like
9  five or six thousand documents.  So if you in
10 preparation --
11  Q.  Sitting here today.
12  A.  -- for today's deposition be able to
13 provide me that --
14  Q.  Mr. Roman --
15  A.  -- I could probably comment on it.
16  Q.  You can just say I don't know and then
17 we can move on --
18  A.  Well, Mr. Carson, I believe that as the
19 deponent in today's deposition I'm trying to provide
20 you the best recollection of my knowledge as it
21 relates to the questions that you are offering
22 today --
23  Q.  Okay.  Thank you.
24  A.  -- and I would like to be able to do
25 that in the most -- with the most efficacy as

Page 82

1  possible --
2  Q.  You got to stop talking over me.
3  A.  -- so the record reflects what
4  happened.
5  Q.  All right?  You got to stop talking
6  over me.  My question is simple.  Sitting here today
7  do you ever recall an e-mail that you were ever sent
8  by Mr. Pipes specifically about Ms. McNulty's
9  allegations?
10  A.  Which allegations are you talking
11 about, Mr. Carson?
12  Q.  Allegations she made November 1st,
13 2018, or around that --
14  A.  You got to be specific.  I just told
15 you one allegation where she said --
16  Q.  Do you recall any e-mail about her
17 allegations, yes or no?
18  A.  Which --
19  Q.  If you don't -- or I don't know.
20  A.  Mr. Carson --
21  Q.  Yes, no, I don't know.
22  A.  -- the factual -- the factual predicate
23 of the question that you're asking is not specific
24 enough to allow me to comment.
25  MR. CARSON:  All right.  We're

Page 83

1  going to stop and call the Court.  Okay,
2  guys?  This is getting ridiculous, so --
3  all right.  Thank you.
4  THE VIDEO SPECIALIST:  We're off
5  the record.  It's 1:15 p.m. Eastern.
6  MR. CAVALIER:  I would defer to
7  Mr. Gold in this respect, but if we're
8  going to do a call to the Court I would
9  at least like to have a discussion about
10 whether it should be on the record.
11  MR. CARSON:  Well, I'm going to
12 start calling right now.  You guys can
13 have that discussion if you want.  I
14 don't care.
15  MR. CAVALIER:  All right.  Well,
16 if nobody has any opinion on it, then I
17 would ask that we stay on the record for
18 this call.
19  MR. GOLD:  Correct.
20  MR. CARSON:  No.  I have an
21 opinion.  We're not on the record.
22  THE COURT REPORTER:  Are we on the
23 record or off the record, please?
24  MR. CARSON:  Off the record.
25 We're not wasting time with this.  This

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 84

is ridiculous.
    MR. CAVALIER: I disagree. As far
as I'm concerned, we have to remain on
the record unless we all agree to go
off.
    MR. CARSON: Well, you can't go on
the record -- we're already off the
record. You can't go on unless we agree
to go on.
    MR. CAVALIER: I didn't agree to
go off the record, Seth.
    MR. GOLD: We're not going off the
record. Stay on the record.
    MR. CARSON: We are off the record
right now.
    MR. CAVALIER: We're on the
record.
    MR. CARSON: They already said off
the record. No, we're not.
    MR. CAVALIER: You said off the
record. I didn't say it, Sid didn't say
it; you can't unilaterally go off the
record.
    MR. CARSON: Well, we're not on
the record right now. Sorry.

Page 85

    THE VIDEO SPECIALIST: I called it
off the record, gentlemen. I said we're
off the record.
    MR. CAVALIER: Well, then when we
get on the call with the Court, we're
going to raise this issue.
    THE COURT REPORTER: I can't go
off unless you all agree, so it's been
on.
    MR. CAVALIER: Good, because we
didn't all agree.
    (A call was placed to Judge Wolson.)
    (A discussion was held with Judge
    Wolson via speakerphone wherein
    it was agreed that the discussion
    would be off the record.)
    THE WITNESS: Could I take two
minutes to use the restroom?
    MR. GOLD: Yeah, go ahead.
    THE WITNESS: Thank you.
    (A brief recess was taken.)
    THE VIDEO SPECIALIST: We're back
on the record. It is 1:48 p.m. Eastern.
BY MR. CARSON:
    Q.    When did you first find out that

Page 86

Patricia McNulty was making an allegation involving
sexual harassment against you?
    A.    Patricia McNulty. I would have to say
without the specific day the beginning of November
2018.
    Q.    How did you find that out?
    A.    It was communicated to me in an e-mail.
    Q.    Was that e-mail from Daniel Pipes?
    A.    I don't remember.
    Q.    What did the e-mail say?
    A.    There was a -- like I said beforehand,
a general e-mail saying that these people have said
that you have done something and then you have said
that you did not do those things.
    Q.    Right, but that's not when you first
found out about it because the e-mail that you're
referencing talked about your response, right?
    A.    Right, but what I'm saying is is
that there was an e-mail where I was told that there
were issues that took place, I don't remember the
specificity of the e-mail, I don't remember if it was
conversation that took place beforehand -- this is
something that's, what, like two years ago, three
years ago -- so if you, you know, look at this --
    Q.    Is this the e-mail you're talking

Page 87

about?
    A.    As you know, there have been several
allegations -- let me read the whole e-mail first.
        Can you go down?
    Q.    I believe that's it.
    A.    Yes, as it relates to allegations of a
nature as you describe regarding Patricia McNulty,
there was a conversation with counsel that I believe
I'm not supposed to talk about and then this is the
first time I received a formal notice of those
allegations in an e-mail from Daniel Pipes to me on
what looks like here is Friday, November 2nd, at
11:51 in the evening.
    Q.    You received this e-mail on 11/2/18,
correct?
    A.    Well, it says Friday, November 2nd,
2018, 11:51 p.m., that's UTC time, so that's, what,
like four hours ahead of Eastern time, so it's
probably 7, 8 p.m., something like that.
    Q.    7 or 8:00 on November 2nd?
    A.    Yeah, in the evening. That's what the
time stamp says.
    Q.    Okay. So the e-mail says there have
been several allegations of improper conduct directed
against you. The Middle East Forum takes these

Page 88

1  allegations very seriously.  Accordingly, I
2  investigated this matter yesterday, immediately upon
3  learning of it.
4          Did Daniel Pipes talk to you yesterday,
5  November 1st?
6      A.    Yesterday was November 19th, so you
7  mean --
8      Q.    No, yesterday --
9      A.    -- do you mean he spoke to me --
10     Q.    I'm talking about --
11     A.    What do you mean?
12     Q.    -- yesterday -- when I say yesterday, I
13 mean quote/unquote yesterday.  Did he talk to you on
14 November 1st, 2018?
15     A.    I don't remember.
16     Q.    You don't -- when do you remember
17 talking to Daniel Pipes about this?
18     A.    I've spoken about him many times since
19 this e-mail was received.
20     Q.    When is the first time you remember
21 talking to him about this?
22     A.    I don't remember.  It would probably be
23 sometime around November 2nd, 2018.  It's the first
24 time I have an e-mail communication from him about
25 it.

Page 89

1      Q.    Well, it says that you maintain you
2  never made such advances, so who did you maintain
3  that to?
4      A.    I believe that anything that I would
5  have said would have been in the process of an
6  investigation with counsel.  Now, I'm going to ask my
7  attorney for a legal opinion whether or not I should
8  answer that.
9      Q.    It's not privileged.  It's in this
10 letter.
11     A.    I'm not asking you, Mr. Carson.  I'm
12 asking my counsel.
13         THE WITNESS:  Counsel --
14         MR. GOLD:  Can you please read the
15     question back?
16 BY MR. CARSON:
17     Q.    Who did you maintain that you never
18 made such advances to?  Who did you tell that to?
19 You told that to Mr. Pipes?
20         THE WITNESS:  Counsel, can I
21     answer this?  Can I comment --
22         I'm seeking a legal opinion,
23     Mr. Carson.
24         MR. GOLD:  He asked you what you
25     told Mr. Pipes.  You can answer the

Page 90

1  question.
2          THE WITNESS:  Sure.  I've had many
3      conversations with Mr. Pipes about the
4      -- what I believe is where you're
5      talking about, the several allegations
6      of improper conduct that you mention
7      here.  We've had conversations about it
8      in November of 2018, we've had
9      conversations about it many times.
10 BY MR. CARSON:
11     Q.    Not talking about that.  We're talking
12 about this letter here.  So it says you maintain you
13 never made such advances, so that -- you told
14 Mr. Pipes that?
15     A.    I have maintained since the start of
16 this entire process that I have not -- what's the
17 best way to put it that will answer this the best
18 way.
19     Q.    My question is --
20     A.    I'm telling -- I'm giving you my
21 answer, Mr. Carson.
22     Q.    It's did you tell Mr. Pipes that.  That
23 was my question.
24     A.    I have told Mr. Pipes on many occasions
25 and I have told other individuals on many occasions

Page 91

1  the same answer that I give to you now.  I did --
2      Q.    I'm not asking you -- I'm not asking
3  you --
4      A.    I'm telling you -- I'm telling you what
5  I told Mr. Pipes.
6      Q.    No, your -- your answer is
7  nonresponsive right now.  I'm asking you about --
8      A.    Mr. Carson, please let me make the
9  answer and I can give --
10     Q.    No.
11     A.    -- you an answer.
12     Q.    No, no.  I'm asking you specifically,
13 when Mr. Pipes writes to you that you maintain you
14 never made such advances, that's something you told
15 him?  Yes or no.
16     A.    I have told --
17     Q.    Yes or no.
18     A.    I have --
19     Q.    Is that something you told Mr. Pipes?
20     A.    Mr. Carson, if you'll let me please
21 answer, I would like to be able to give the answer to
22 you.
23     Q.    You got to start with yes or no then.
24     A.    Please don't instruct me on how to give
25 my answer.

Page 92

1      (Simultaneous speakers.)
2      THE COURT REPORTER: I can't hear
3  anybody when you're all talking at the
4  same time.
5      MR. GOLD: Mr. Carson, ask the
6  question, let him answer; if you're not
7  happy with the question, then, you know,
8  rephrase it or do whatever you need to
9  do, but no argument, please, wasting
10  time.
11  BY MR. CARSON:
12     Q.    Mr. Roman, my question is about this
13  sentence here. Is this something that you told
14  Mr. Pipes, yes or no.
15     A.    Again, Mr. Carson --
16     Q.    I'm not asking you about every time you
17  told him. I know. You told him a lot of times you
18  didn't do it. I get it. But I'm asking you --
19     A.    I'm trying to get an answer out.
20     Q.    -- about this letter.
21     A.    I'm trying to get an answer out.
22  You're interrupting me every time I give an answer.
23     Q.    All right. I'll rephrase the question.
24  When Mr. Pipes says you maintain you never made such
25  advances, when did you maintain that? When did you

Page 93

1  tell him that?
2      A.    Well, you're again asking that question
3  that relies on a factual predicate that may or not be
4  true because I don't remember it. What I'm trying to
5  tell you is --
6      Q.    It might not be true --
7      A.    I'm --
8      Q.    It might not be true that you didn't
9  tell him that?
10     A.    I may have said to counsel something
11  that I don't know whether or not I'm allowed to do,
12  but in general, Mr. Carson, I have always maintained
13  to Mr. Pipes and to anyone else that all of these
14  allegations are untrue.
15     Q.    It says -- the next thing it says is
16  and that you -- and -- you maintain you never made
17  such advances and do not know they felt
18  uncomfortable. But you acknowledge that your
19  conduct, whatever your intentions were, were not
20  acceptable and put these employees in a difficult
21  position.
22         So that's something you had a
23  conversation with Mr. Pipes about, correct?
24     A.    No, Mr. Carson, Mr. Fink
25  investigated --

Page 94

1      Q.    I'm not asking about Mr. Fink.
2      A.    -- the -- Mr. Carson --
3      Q.    I'm not -- I said is that something you
4  had --
5      A.    Mr. Carson --
6      Q.    -- you talked to Mr. Pipes about.
7      A.    -- I'm trying to give you an answer.
8      Q.    I know. It's a yes or no question,
9  though. Is that something you talked to Mr. Pipes
10  about.
11     A.    Mr. Carson, I do not recall if
12  Mr. Pipes is the individual that I gave these answers
13  to. What I'm trying to tell you is that I
14  participated in an extensive interview with counsel
15  about these allegations --
16     Q.    When?
17     A.    -- and -- before, when they were made.
18  I think --
19     Q.    When --
20     A.    -- that I had -- I think that I had --
21     Q.    Well, when did you have this
22  conversation?
23     A.    -- a -- I think that I had a
24  conversation with Mr. Fink sometime between October
25  31st and the writing of this e-mail, so within that

Page 95

1  48-hour period there was an investigation that was
2  launched by in-house counsel and to these allegations
3  as per the policy of the Middle East Forum and I
4  believe that the results of that investigation was
5  conveyed to Mr. Pipes. That's my answer.
6      Q.    So Mr. Pipes wasn't there when you said
7  that you acknowledge your intentions were not
8  acceptable and put these employees in a difficult
9  position.
10     A.    I don't know because I was speaking to
11  Marc Fink --
12     Q.    Was Mr. Pipes present?
13     A.    -- okay -- I know that there was a
14  conversation with Marc Fink about this entire
15  litany --
16     Q.    Okay.
17     A.    -- of what came forward. Now, whether
18  Mr. Pipes --
19     Q.    I understand. I understand.
20     A.    Now, whether Mr. Pipes was present
21  there or not, I don't know.
22     Q.    Okay. Did you ever have a conversation
23  with Mr. Pipes where you made comments like this,
24  where you said that you acknowledge that your
25  intentions -- you acknowledge your conduct, whatever

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 96

1  your intentions were, were not acceptable and put
2  these employees in a difficult position, did you
3  have a conversation with Mr. Pipes where you said
4  that?
5      A.    We have to break it down.  First of
6  all, about Mr. Pipes, I, again, don't know if he was
7  there or not.  I did speak with in-house counsel.
8  Second, as it relates to conduct, which conduct are
9  we talking about?
10     Q.    Well, which conduct were you talking
11 about when you said that?
12     A.    Well, I don't know if I said this --
13 what I'm saying is is that the conduct you're
14 trying to get me to refer to in general was my
15 managerial style that I think, and I'll try to offer
16 you a little positive matter now so we get this
17 moving a little bit forward, was one in which blended
18 professional and personal relationships, personal of
19 a friendly nature, not one of a sexual nature,
20 Mr. Carson.
21     Q.    So when you --
22     A.    So the mistake -- if I can finish.  So
23 the mistake that I may be referring to in any conduct
24 that allegedly took place prior to November 2nd,
25 2018, 11:51 p.m., was one in which I thought that the

Page 97

1  people I worked with were my friends rather than just
2  subordinates or employees.  That would take the
3  conduct of going to birthday parties, it would be
4  going out to events like seeing movies, it would
5  be --
6      Q.    Going to Israel?
7      A.    -- going -- in terms of going --
8  listen, to -- if you want to finish my answer, I'm
9  trying to give you a little bit of explanation here.
10     Q.    Would it include going to Israel?
11     A.    No, not at all.  Israel and any trips
12 that would be overseas were of a purely professional
13 nature.
14     Q.    Okay.  So my question is, have you ever
15 had a conversation with Mr. Pipes about Ms. McNulty's
16 allegations of sexual harassment?
17     A.    Yes.
18     Q.    When?
19     A.    I've had many conversations with him
20 since she made those allegations.
21     Q.    Okay.  So let me be more specific.  Did
22 you ever have a conversation in 2018 with Mr. Pipes
23 about Ms. McNulty's allegations of sexual harassment?
24     A.    Yes.
25     Q.    When?

Page 98

1      A.    I don't remember.
2      Q.    Well, how many conversations did you
3  have with him back in 2018?
4      A.    I have had probably thousands of
5  conversations with Mr. Pipes in 2018.
6      Q.    No, I didn't ask you how many
7  conversations you had with Mr. Pipes in 2018.  I
8  asked you how many conversations have you had with
9  Mr. Pipes about Patricia McNulty's allegations of
10 sexual harassment in 2018.
11     A.    I don't recall.
12     Q.    Was it more than one?
13     A.    I don't recall.
14     Q.    Could it be zero?
15     A.    No.
16     Q.    So it's at least one.
17     A.    Yes.
18     Q.    Is it at least five?
19     A.    Well, again, you have to be specific
20 about the allegations.  I'll give you an example.
21     Q.    Sexual harassment allegations.
22     A.    We -- no, about --
23     Q.    I don't need an example.  I'm --
24     A.    Okay.  Mr. Carson, you're asking me to
25 be as specific as possible.

Page 99

1      Q.    I know, I don't need you to give me --
2      A.    I'm trying to be as specific as
3  possible.
4      Q.    Okay.  So just listen to my question
5  and answer the question I'm asking you.
6      A.    Okay.
7      Q.    Okay?  How many times did you talk to
8  Mr. Pipes -- and I know you've already answered that
9  you think it's -- it's at least one.  My question is,
10 do you think it's at least five times that you've
11 talked to Mr. Pipes about sexual harassment
12 allegations from Ms. McNulty in 2018?  Is it like
13 five times?
14     A.    I don't know if it's five.
15     Q.    So is it fair to say it's probably
16 between one and five?  Can we put it --
17     A.    No, it's not fair to say because I
18 can't give you the exact number, but if you would
19 like me to tell you what I think I spoke to him
20 about --
21     Q.    Yeah, let me ask the question then.  So
22 --
23     A.    Sure.
24     Q.    -- the one time that -- the at least
25 one time that you can recall, can you describe where

Page 100

1  -- can you say where you were when you had that
2  conversation?
3      A.   No, it's of a general nature.
4      Q.   Well, do you know -- were you in the
5  Middle East Forum office?  Was it over the phone?  Do
6  you know that?
7      A.   No, I have not been in the Middle East
8  Forum office at least between November -- was it even
9  beforehand because I was in Los Angeles when many of
10 these things were taking place, I wasn't even in
11 Philadelphia until that weekend.
12     Q.   So it was probably over the phone; is
13 that fair to say?
14     A.   Yeah.  I have not been in the Middle
15 East Forum office.  I was not in the Middle East
16 Forum office during this entire time, maybe one time
17 to film a video and I was at Lisa Barbounis's
18 initiation.
19     Q.   When you say this entire time, what do
20 you mean?  From when to when?
21     A.   Between the time that these allegations
22 were made until now.  I mean, I think I've been there
23 probably twice.
24     Q.   Okay.  So it's fair to say that the at
25 least one conversation you had with Mr. Pipes was

Page 101

1  over the telephone.
2      A.   Yeah, probably, and there was actually
3  probably ten weeks between this taking place and
4  January of 2019 where I didn't even see him.  I was
5  completely removed from the office.
6      Q.   So we're just talking about
7  conversations with Daniel Pipes in connection with
8  Patricia McNulty's allegations of sexual harassment.
9      A.   Right.  But, again, Mr. Carson, there
10 has to be specificity regarding these allegations
11 because there are five different versions from my
12 account --
13     Q.   But there weren't five versions --
14     A.   -- of what these accusations --
15     Q.   Were there five versions in 2018?
16     A.   There was multiple versions, yes.
17     Q.   All right.  What are the versions you
18 remember there being in 2018?
19     A.   Well, I don't remember the specific
20 versions.  I remember --
21     Q.   Well, how do you know --
22     A.   -- that there was an e-mail that I
23 received which said that Lisa Barbounis, Tricia
24 McNulty, and Marnie -- this is the words here, says
25 they say --

Page 102

1      Q.   We're looking at that e-mail right now.
2      A.   I know, I'm saying this, I'm saying
3  they say you made unwanted sexual advances toward
4  them.
5      Q.   Okay.
6      A.   That's the conversation with Pipes.
7  He's saying these people made allegations against
8  you, they said you made advances towards them, and my
9  response was no I didn't.
10     Q.   Okay.  Did Mr. Pipes ever call you
11 again and get more specific with the allegations?
12     A.   Everything that I've been having with
13 this was through counsel.  Now, as it relates to the
14 conversations that I had with Mr. Pipes, he would say
15 quite often to me, and this is why I can't tell you
16 if it was McNulty or if it was somebody else, Gregg,
17 you're in this position because you were not a good
18 manager, and then subsequent positions took place not
19 about sexual harassment but in the way in which he
20 thought that I was too stern of a boss as it related
21 to the people who were under me until November 1st,
22 two -- or November 2nd here, 2018, when all
23 managerial authorities were removed from my remit as
24 director of the organization.
25     Q.   Everything we're talking about right

Page 103

1  now, though, has to do with allegations that Patricia
2  McNulty -- you asked for specificity.  This is what
3  --
4      A.   Yeah, I'm saying the specific
5  allegations.
6      Q.   Mr. Roman, wait for the question.  Just
7  wait for the question.
8      A.   Sure.
9      Q.   Everything that we're doing right now,
10 everything we're talking about right now, all the
11 questions I'm asking you right now, are regarding
12 Patricia McNulty's allegations of sexual harassment
13 that occurred in 2018, and every conversation I'm
14 asking you about right now I'm asking you to limit it
15 to 2018, so we're only talking about that window from
16 about November 1st, 2018, to December 31st, 2018.
17 That's all -- all right?  So I haven't even asked a
18 question, but I'm just -- that's what I'm asking --
19     A.   Yeah.
20     Q.   All right.
21     A.   Frankly --
22     Q.   So my question is --
23     A.   Frankly, the specificity of what,
24 Mr. Carson, you're --
25     Q.   All I've done is explain the time line

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 104

1  and the subject so I haven't asked a question.
2      A.    Okay.  But I'm trying -- I thought you
3  asked a question right there.
4      Q.    I haven't.
5      A.    You said -- I thought you said you want
6  to ask about 2018, so --
7      Q.    I haven't asked anything yet.
8      A.    -- I was trying to clarify what you
9  said.
10     Q.    I have not asked a question yet.
11     A.    Okay.  Go ahead.
12     Q.    Just wait for the question.  All right.
13 The question is, during that time frame and related
14 to that one person, Patricia McNulty, and allegations
15 of sexual harassment, the conversation that you
16 recall having with Daniel Pipes --
17     A.    Correct.
18     Q.    -- is it your testimony that it only
19 related to what's said in this letter?
20     A.    My testimony is is that any
21 conversations that I ever had with Daniel Pipes in
22 2018 between November 2nd and December 31st regarding
23 allegations that Tricia McNulty may have made were of
24 a general nature where he said, Mr. Roman, the
25 results of the investigation that was carried out by

Page 105

1  in-house counsel are of the following.  You have been
2  accused by Ms. McNulty, and only limiting it to that
3  because that's the scope of the questions that you
4  want to ask, of unwanted sexual advances, you
5  maintain that you did not, and I still maintain to
6  this day that I did not, make any advances towards
7  Tricia McNulty of any nature, and he would say to me
8  we have to do the following actions.  He was speaking
9  to me about the results of his investigation which he
10 still maintains to this day were inconclusive and he
11 took action because it was mitigating risk with the
12 organization rather than following up on the veracity
13 that we now know today is untrue of what she said.
14 So that's the content of my conversations with Mr.
15 Pipes about Ms. McNulty's accusations here of the
16 specific nature you'll have to ask if you would like
17 me to comment specifically.
18     Q.    Did he ever -- did Daniel Pipes ever
19 ask you to provide a statement about what happened in
20 connection with Ms. McNulty's allegations?
21     A.    Any statements that I made were to
22 counsel.
23     Q.    Did you ever write down what happened
24 on a piece of paper?  I'm not asking you to tell me
25 what you wrote; I'm asking whether you wrote it down.

Page 106

1      A.    I don't --
2      Q.    Did you ever say this is what happened.
3      A.    I don't think I did that, no.
4      Q.    All right.  So you -- do you understand
5  that Ms. McNulty's allegations, one of them, relates
6  to something that happened at the AIPAC conference?
7      A.    I understand that it's something that
8  allegedly happened at the AIPAC conference, not
9  something that happened.  Please be specific.
10     Q.    Well, I think I'm being specific when I
11 say that the allegation relates to something that
12 happened -- I'm saying it's an allegation --
13     A.    You're saying something happened at
14 AIPAC.  I'm saying something didn't happen at AIPAC.
15     Q.    Mr. Roman, I can say allegation twice
16 in the same sentence if it helps you.
17     A.    Sure.  Go ahead.
18     Q.    The allegation relates to an allegation
19 at the AIPAC conference.  Okay?  So when did you find
20 that out -- when did you find that out?
21     A.    Regarding specific allegations about
22 what happened specifically at AIPAC, is that what
23 you're asking about?
24     Q.    I'm asking for a date.  What is the
25 date or the approximate date that you learned that

Page 107

1  Ms. McNulty's allegations related to an allegation of
2  something that happened at the AIPAC conference?
3      A.    I would probably say November 1st or
4  November 2nd, whenever I spoke with counsel.
5      Q.    So you're telling me you found that out
6  through information you got from counsel.
7      A.    Anything I found out about allegations
8  of any nature regarding a sexual nature that were
9  made against me as it relates to the people here,
10 Lisa Reynolds Barbounis, Tricia McNulty, and Marnie
11 O'Brien Meyer, all came through counsel.
12     Q.    Then -- so then this should be easy for
13 you then.  So Daniel Pipes never spoke to you
14 specifically about the allegations then.
15     A.    No, he did speak to me specifically
16 about the allegations but after November 2nd.
17     Q.    In 2018 did he ever speak to you
18 specifically about the allegations?
19     A.    He spoke to me generally about the
20 allegations.
21     Q.    So in 2018 you never had a conversation
22 where Daniel Pipes said, hey, she's saying that this
23 and such and such happened at the AIPAC conference.
24 I understand since then you might have had
25 conversations during the course and scope of this

Page 108

1  litigation.
2        A.    Yeah.
3        Q.    But in 2018 --
4        A.    I had many conversations about this
5  since the litigation began.
6        Q.    I understand that.  But, like -- and
7  I'm not -- that's not what I'm asking about.  What
8  I'm asking about is in 2018 did Daniel Pipes ever
9  tell you that.
10       A.    To the best of my recollection I cannot
11 remember having a specific conversation with Daniel
12 Pipes without the presence of counsel, and I don't
13 think I ever addressed him directly, about anything
14 that Tricia McNulty alleges happened at the AIPAC
15 conference.  I did have a conversation which was of
16 the nature Tricia McNulty says that you made unwanted
17 sexual advances against her, what do you say, Mr.
18 Roman, and I said absolutely not, didn't happen.
19       Q.    Well, how do you know it didn't happen
20 if he didn't tell you what the allegations were?
21       A.    Because I've never in my life made a
22 sexual advance towards Ms. McNulty.  That's how I
23 know, Mr. Carson.
24       Q.    Have you ever made a sexual advance to
25 any woman in your life?

Page 109

1        A.    Mr. Carson, you have to be more
2  specific.
3        Q.    That you work with.
4        A.    If you want to -- if you're asking me
5  about my relations with my wife, I think that that's
6  spousal privilege that I have.  If you're asking me
7  about things that happened before I met my wife, that
8  was a long time ago, sir, so I really can't comment
9  on that.
10       Q.    Have you ever made a sexual advance to
11 any woman ever that you've ever worked with?
12       A.    No, I have not.
13       Q.    Have you ever made a sexual advance to
14 -- let me ask you this.  Have you ever said anything
15 sexually inappropriate to anyone that you work with?
16       A.    Not that I remember, no.
17       Q.    Have you ever told a woman that you
18 worked with that they should make the desks
19 see-through so you can see their legs underneath the
20 desk?
21       A.    No, Mr. Carson, I've never said that.
22       Q.    Did you ever tell Laura Frank where
23 have you -- how much you loved her?
24       A.    No, Mr. Carson, I've never said.
25       Q.    Did you ever tell her how great she

Page 110

1  was?
2        A.    No, Mr. Carson, I had a very low
3  opinion of Laura Frank.
4        Q.    Did you ever say where had you been all
5  my life?
6        A.    No, Mr. Carson, I've never said that to
7  Laura Frank.
8        Q.    Did you ever tell her at approximately
9  2 p.m. on April 22nd that -- that you -- you called
10 her to discuss plans for the IVP outreach and after a
11 minute or two you -- did you sigh and say I need to
12 be back in Puerto Rico, and when she said, yeah, I
13 can imagine, did you reply next time I'm taking you
14 with me without your husband of course?
15       A.    Who are you speaking about?
16       Q.    Laura Frank.
17       A.    No, I don't remember that.
18       Q.    Is it possible that you said that?
19       A.    No.  Well, you would have to ask --
20 what year are you speaking about?
21       Q.    April 22nd, 2016.
22       A.    No, I would not have said that because
23 Laura Frank was never an employee of the Middle East
24 Forum nor did I know Laura Frank on April 22nd, 2016.
25       Q.    Well, was it April 22nd, 2015, then?

Page 111

1        A.    No, I didn't work at the Middle East
2  Forum on April 22nd, 2015, Mr. Carson.
3        Q.    Well, was she an employee in April
4  22nd, 2017?
5        A.    Not that I remember, Mr. Carson.
6        Q.    Well, when --
7        A.    She may have been.
8        Q.    When do you recall that she worked at
9  the Middle East Forum?
10       A.    You would have to check her personnel
11 record.  I remember when she left the Middle East
12 Forum.
13       Q.    When was that?
14       A.    When she was caught stealing
15 information from Daniel Pipes and the Middle East
16 Forum's server, she went to the Derek Smith Law Firm,
17 she got a --
18       Q.    No, I asked when she -- when she
19 stopped working there.
20       A.    Like I said, the specific date I don't
21 remember, but I remember the circumstances of how she
22 left the Middle East Forum.
23       Q.    I'll give you a chance to say it.  Let
24 me just keep going.
25             Did you tell her that you really want

Page 112

1  to take her out for dinner and drinks?
2      A.    No, I never said that, Mr. Carson.
3      Q.    Did you invite her to your hotel room?
4      A.    No, I never did, Mr. Carson.
5      Q.    Did you tell her you wouldn't mind
6  getting a little crazy with her?
7      A.    No, Mr. Carson, I didn't.
8      Q.    The quote that she alleges is that you
9  said I don't -- I wouldn't mind -- I wouldn't mind
10 getting a little crazy with you.  Is that --
11     A.    No, Mr. Carson, I never said that.
12     Q.    Did Laura Frank ever accuse you of
13 sexual harassment during her employment?
14     A.    No, Mr. Carson, she did not.
15     Q.    Did you ever go on to her -- did you
16 ever review conversations she had with Lara Sciott?
17 Do you remember Lara's last name?  I don't pronounce
18 it right.
19     A.    I don't know Lara Sciott, no.  If
20 you're talking --
21     Q.    S-c-i-o-t-t?  How do you say --
22     A.    S-c-i-o-t-t, no, we've never had an
23 employee named Lara Sciott.
24     Q.    S-z-o-t-t, Szott.
25     A.    Lara Szott.

Page 113

1      Q.    I don't know how to pronounce it.
2      A.    Lara S-z-o-t-t, yeah, she worked at the
3  Middle East Forum.
4      Q.    When did she work at the Middle East
5  Forum?
6      A.    The specific dates I don't remember,
7  but probably sometime around 2017.
8      Q.    Were Lara and Laura, did they -- were
9  they friendly with each other when they worked at the
10 Middle East Forum?
11     A.    Very much so.
12     Q.    Did you ever review electronic messages
13 they sent each other during your employment at the
14 Middle East Forum?
15     A.    Marnie Meyer and Matt Bennett I believe
16 initiated an investigation of Lara Szott and Laura
17 Frank which led to the conclusion, and this is also
18 involved counsel to a certain extent, that they had
19 been stealing information from the Middle East Forum
20 and were planning on using that information to push
21 forward what they characterize as a diametric
22 political agenda to the Forum's goals.
23     Q.    What does that mean like in layman's
24 terms?
25     A.    So be more -- be more layman's terms.

Page 114

1  Lara Szott, for instance, had volunteered with
2  Palestinian refugee camps in Israel -- might have
3  been Sudan -- but, anyway, she had been involved when
4  she was a masters student at American University in
5  activism and advocacy for organizations that were
6  anathema to the Middle East Forum's positions.  For
7  instance, she would say I really think that you guys
8  have to recategorize what a Palestinian refugee is,
9  and put that in quotation marks in the record, and we
10 would say, this at least being from the work that we
11 did regarding UNRWA, which is an agency that deals
12 with Palestine refugees, Ms. Szott, we don't see it
13 that way, we consider these individuals to be fourth
14 or fifth generation descendents of individuals who
15 may back in 1948 be refugees but today they're
16 individuals who are trying to take advantage of the
17 international refugee system.  So what we did was we
18 would say we can't pursue that point of advocacy that
19 you want to be able to go along with.  And then what
20 Ms. Szott did in response, and this was categorized
21 and I think memorialized in a letter that went to the
22 Lovitz Law Firm, L-o-v-i-t-z, if you're looking for
23 the specific record, we have found that your client,
24 and I'm not quoting this directly, but we can
25 probably get you the letter that we sent if you want

Page 115

1  to see it, has engaged in the following activities
2  which were illegal when she was here at the Middle
3  East Forum.  Abuse of the Computer Fraud and Abuse
4  Act, stealing information from the Middle East Forum,
5  taking donor lists -- and specifically what I
6  remember is there is a website that is called
7  WeTransfer.  What you can do is is you can take a
8  body of information, upload it to another site, and
9  then transfer it to a private device, and this is
10 what Lara and Laura had facilitated in doing so, very
11 much like what your client, Mr. Carson, did when she
12 took information from MEF and basically took it into
13 her own possession without authorization from the
14 organization.  So what I also find was a common
15 thread between the two things is that they both went
16 to the Derek Smith Law Firm, and that in and of
17 itself was something that kind of raised alarms in my
18 head when we actually had received the complaint that
19 I guess you helped facilitate with the EEOC back in
20 June of 2019.
21     Q.    Did you ever tell Laura Frank that
22 maybe if you dress better more men would be talking
23 to you and we would get better media hits?
24     A.    No, Mr. Carson.
25           And then she told you that was

Page 116

1  inappropriate and you said -- did you say --
2      A.    No, Mr. Carson, that never took place.
3      Q.    Well, how do you know you didn't say it
4  if I didn't ask the question yet.
5      A.    Because the nature of the conversations
6  which you are asking me quotes about never took place
7  with Ms. Frank nor have they ever taken place with
8  any female worker or male worker that I've ever
9  worked with.
10     Q.    So you don't need to hear what the
11 women allege; you know it didn't happen.
12     A.    No, because what I did do was before
13 the deposition today I went paragraph by paragraph
14 over a few documents.  First document that I reviewed
15 --
16     Q.    Well --
17     A.    -- was the complaint --
18     Q.    -- I didn't ask you what documents you
19 reviewed.
20     A.    No, you're saying how do I know, right?
21 So I'm --
22     Q.    I didn't say that.
23     A.    -- telling you how I know.
24     Q.    I know.  I didn't ask that question.
25     A.    What you did ask was how I knew that

Page 117

1  whatever you're alleging right now wouldn't be
2  true --
3      Q.    Well, did you review --
4      A.    -- and I'm providing --
5      Q.    -- any documents --
6      A.    -- I'm providing you an answer.
7      Q.    Did you review any documents related to
8  Laura Frank before today's deposition?
9      A.    In your complaint that you filed with
10 the Court, whether it was the first complaint or the
11 second amended complaint --
12     Q.    Mr. Roman, I asked you --
13     A.    -- or the answer --
14     Q.    -- a yes or no question.  I said did
15 you review --
16     A.    Mr. Carson --
17     Q.    -- any documents related to Laura
18 Frank.
19     A.    -- I'm telling you about the documents
20 that I reviewed.
21     Q.    I know.  I didn't ask you what
22 documents they were.  I just said did you review any
23 documents related to Laura Frank.
24     A.    I reviewed your complaints that had
25 Laura Frank's name in it.

Page 118

1      Q.    Did you review anything else related to
2  Laura Frank --
3      A.    I reviewed --
4      Q.    -- before today's deposition.
5      A.    Yeah, like I said, I reviewed the
6  complaints that you had of Laura Frank and then I
7  went back into our personnel records and looked at
8  her history with her involvement with MEF that
9  covered a period of time that the Derek Smith Law
10 Firm was involved in conversations --
11     Q.    Well, what documents --
12     A.    -- with her.
13     Q.    -- did you review that related to Laura
14 Frank other than the complaint?
15     A.    Well, that's it, I only reviewed the
16 documents that related to her -- that related to what
17 you wrote about her in the complaint from Lisa
18 Barbounis.
19     Q.    So you're saying the only document you
20 reviewed before today that related to Laura Frank was
21 Lisa Barbounis's complaint?
22     A.    That's not what I said.
23     Q.    Well, then what -- what other document
24 other than her complaint did you review?
25     A.    You make allegations in Lisa

Page 119

1  Barbounis's complaint that mention Laura Frank.
2      Q.    Right.
3      A.    Anything that related to any potential
4  allegation that Laura Frank's name was included in as
5  part of Lisa Barbounis's complaint --
6      Q.    So you --
7      A.    -- I went back into Laura Frank's file
8  --
9      Q.    Tell me the specific documents you
10 reviewed.
11     A.    I'm getting to that, Mr. Carson.
12     Q.    Just give me -- Mr. Roman --
13         (Simultaneous speakers.)
14         THE WITNESS:  Mr. Carson, I'm
15     trying to be specific.
16         THE COURT REPORTER:  I can't hear
17     you when you're talking at the same
18     time.
19 BY MR. CARSON:
20     Q.    No, no, I'm -- just tell me the
21 documents you reviewed.  Give me the names of them.
22     A.    Mr. Carson, I'm getting to that --
23 there is no named documents.
24     Q.    No, no, there's no getting to that.
25 That's the question.

Deposition of GREGG ROMAN                                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 120

1  A.    Mr. --
2  Q.    Tell me the documents you reviewed.
3  There's the complaint.  What else is there?
4  A.    Mr. Carson, there are other documents
5  pertaining to Laura Frank.
6  Q.    Well, tell me what they are.
7  A.    There's Delaney Yonchek's complaint
8  that mentions Laura Frank.  There is Tricia McNulty's
9  complaint that relates to Laura Frank.
10  Q.    Okay.
11  A.    There is Caitriona Brady's complaint
12  that relates to Laura Frank.  There is a contingency
13  agreement that Laura Frank stored on her computer
14  from the Derek Smith Law Group.  So if you would like
15  to --
16  Q.    Did you review that contingency
17  agreement before --
18  A.    I did.  I did review that, Mr. Carson.
19  Q.    Did you review anything else besides
20  the three -- the four complaints --
21  A.    I reviewed the --
22  Q.    -- and the contingency agreement.
23  A.    I reviewed the letter that the Middle
24  East Forum sent to Laura Frank that related to her
25  termination from the Middle East Forum.

Page 121

1  Q.    Did you review anything else besides
2  the contingency agreement, the letter, and the four
3  complaints?
4  A.    Any of the documents that were around
5  that is what I reviewed, but nothing else that I can
6  remember I reviewed around Laura Frank -- I have
7  reviewed other documents between June of 2019 and
8  today that relates to Laura Frank, but the specifity
9  of those documents I wouldn't be able to tell you
10  today.
11  Q.    I'm asking you specifically before
12  today's deposition, you named four, five -- you named
13  six documents, you named the four complaints,
14  McNulty, Barbounis, Brady, Yonchek, you named the
15  contingency agreement, and you named a letter.
16  A.    Not just a letter, the letter, anything
17  surrounding the letter, so there was --
18  Q.    Well, what else surrounding the letter
19  did you review?
20  A.    There was attachments that were with
21  the letter --
22  Q.    Did you review those before --
23  A.    -- I think that there was -- I don't
24  remember.  This was months in the process of
25  being able to go.  We do have those attachments if

Page 122

1  you would like to see them.
2  Q.    Sure.  Since you turned nothing over in
3  connection with Laura Frank, I ask that everything
4  you just referenced that you reviewed before --
5  A.    I'm not -- I'm not trying to tell you
6  that we're willing or not willing to.  You're asking
7  for -- I'm instructing counsel of course with the
8  agreement of in-house counsel that the items related
9  to Laura Frank's theft of information from the Middle
10  East Forum, the circumstances for her departure,
11  definitely be made available to you.  They're very
12  similar to what your clients did.
13  Q.    So let's continue.  So I don't even
14  need to read anything to do with Laura Frank because
15  you just -- you deny it all anyway, right?  Is that
16  --
17  A.    Hundred percent.
18  Q.    Okay.
19  A.    Well, let me be more specific, okay --
20  Q.    Yeah, it doesn't matter what she --
21  A.    -- because --
22  Q.    -- said; you deny it.
23  A.    No, it's -- if she said that I asked
24  her to develop a communication strategy for the
25  Middle East Forum, that would be true, so I can't

Page 123

1  deny that, but if you're asking me about something of
2  a sexual nature, there was nothing ever to be
3  speaking of.
4  Q.    Yeah, you deny every -- every
5  allegation of sexual harassment that any woman ever
6  made in connection with you, correct?
7  A.    Yes, I have never sexually harassed a
8  woman, Mr. Carson.
9  Q.    You never said anything sexually
10  inappropriate about a woman.
11  A.    Your question is what?  Have I ever
12  said anything sexually --
13  Q.    Have you ever said anything --
14  A.    -- inappropriate about a woman?
15  Q.    Have you ever said anything sexually
16  inappropriate about a woman who you work with?
17  A.    No, I have not.
18  Q.    So all the allegations that Lisa
19  Barbounis made, false.
20  A.    Hundred percent false, correct.
21  Q.    All the allegations that Patricia
22  McNulty made, they're false.
23  A.    Of a sexual nature?  False.
24  Q.    Yeah.
25  A.    Yes.

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 124

1  Q.  All the allegations that Leah Merville
2  made, they're false?
3  A.  I've never heard any allegations from
4  Leah Merville.
5  Q.  Said that you guys had a sexual
6  relationship.  Is that false?
7  A.  That is false, correct.
8  Q.  How about Alana Goodman, is everything
9  she said false?
10  A.  Alana Goodman, I heard a tape last --
11  when was it, on Wednesday --
12  Q.  Yeah.
13  A.  -- or Tuesday, they had provided, so if
14  you would like to go over that tape again I can tell
15  you what I believe is true and what's false.
16  Q.  Did you take your penis out in front of
17  her at a bar?
18  A.  No, I never did.
19  Q.  Did you yell at her that she needed to
20  come to your hotel room because you had a story
21  there?
22  A.  No.  I have shared stories with Alana
23  Goodman, but I never invited her to a hotel room to
24  give her a story.
25  Q.  You never invited Leah Merville to a

Page 125

1  hotel room?
2  A.  No, I've never invited Leah Merville to
3  a hotel room.
4  Q.  Did you ever invite Gabrielle Bloom to
5  a hotel room?
6  A.  No, I have never invited Gabrielle
7  Bloom to a hotel room.
8  Q.  Did you ever subject her to sexual
9  harassment?
10  A.  No, I did not, Mr. Carson.
11  Q.  How about Marnie Meyer, everything she
12  said is false?
13  A.  Well, you have to tell me what she said
14  and I can tell you what's true and false.
15  Q.  She said that she had to tell you that
16  she's never going to have sex with you, did she say
17  that to you?
18  A.  No, I never heard that from her, Mr.
19  Carson.
20  Q.  She's lying, correct?
21  A.  What is she lying about?
22  Q.  Well, she wrote a complaint, didn't
23  she, where she made that allegation?
24  A.  The complaint where Marnie Meyer wrote
25  anything that was of a sexual nature is incorrect,

Page 126

1  Mr. Carson.
2  Q.  Laura Frank and Lara Szott, everything
3  they said about you in regards to sexual misconduct
4  or sexual questions or sexual comments, none of those
5  happened, correct?
6  A.  Nothing happened, Mr. Carson.
7  Q.  How about Tiffany Lee, is her entire
8  charge of sexual harassment involving you, that's all
9  false, too?
10  A.  Tiffany Lee is actually an interesting
11  case.
12  Q.  Well, just answer the question.  Is --
13  A.  I'm answering your question.  She --
14  Q.  My question is is her charge of
15  discrimination that she filed, are all those
16  allegations false?
17  A.  Mr. Carson, yes, and -- it's not that
18  it's just false, it was fabricated by the Derek Smith
19  Law Firm.
20  Q.  Why do you think it was fabricated by
21  Derek Smith Law Firm?
22  A.  You would have to refer to the response
23  of the Cozen O'Connor law firm from 2016 where it was
24  proven that Ms. Lee fabricated text messages that
25  were sent to me and then didn't only just fabricate

Page 127

1  it but also misinterpreted the information.  We
2  actually never received any --
3  Q.  What do you think it has to do with
4  Derek Smith Law Group, though?
5  A.  Because Derek Smith Law Group wrote the
6  complaint, Mr. Carson.  Actually, in fact, the
7  attorney who wrote that complaint, I just found this
8  out about two weeks ago, has been working with you to
9  try to do the same thing that Tiffany Lee tried to do
10  to us four years ago.  And if you want another piece
11  of information I found out yesterday when I was
12  looking over the complaints that you filed against
13  the Middle East Forum, myself, Daniel Pipes, and
14  others, Caroline Miller is the woman I'm talking
15  about, who I actually went to legal advice for, which
16  I cannot believe the unethical nature of what she's
17  trying to do here, it just blows my mind, but, beyond
18  that, her name --
19  Q.  What do you think --
20  A.  This is what I found out yesterday.
21  This is what I found out yesterday.  Caroline
22  Miller's name --
23  Q.  Well, there's no question on the table
24  about Caroline Miller.
25  A.  I'm trying to get to -- you asked me

Page 128

1  why I think --
2         THE COURT REPORTER:  I can't hear
3  you when you're talking at the same
4  time.
5         THE WITNESS:  Excuse me, Ms.
6  Carrie.
7         You asked me why I think the Derek
8  Smith Law Group was responsible for
9  making those accusations.  I'm giving
10  you the answer.  Not only was it
11  Caroline Miller who I think was involved
12  in the administrative action which ended
13  up with a no cause and no lawsuit after
14  Tiffany Lee was involved, but upon
15  further examination when I was preparing
16  an affidavit yesterday for a separate
17  case, I found out that Caroline Miller's
18  name was in the metadata associated with
19  the complaints that you filed with the
20  EEOC, and I don't know why an attorney
21  in Miami as your coworkers --
22  BY MR. CARSON:
23         Q.    What does that mean, the metadata?
24         A.    What it means, Mr. Carson, is is that
25  an attorney with an obvious conflict of interest --

Page 129

1         Q.    No --
2         A.    -- assisted you --
3         Q.    -- I'm not asking you --
4         A.    -- assisted you --
5         Q.    I'm not asking you about --
6         A.    -- in again trying to drum up
7  complaints against the Middle East Forum.
8         Q.    I'm asking you --
9         A.    It's all there -- it's all there in the
10  record.
11         Q.    Yeah, what metadata are you referring
12  to?
13         A.    Okay.  If you go to the EEOC complaint
14  that your clients filed against the Middle East Forum
15  and if you go to the complaint that was uploaded in
16  PACER and also in -- I think it was in the e-mails
17  you sent to Marc Fink, in-house counsel, and you open
18  it up, the PDF file, and you look at -- that you have
19  the time it's written, the subject, the file
20  location, and you look at the author line, it says
21  Caroline Miller.
22         Q.    The author line where?
23         A.    In the metadata of the PDF associated
24  with your complaints.  Why would someone I went to
25  legal advice -- why would someone I went to legal

Page 130

1  advice for be involved in drafting complaints --
2         Q.    Mr. Roman, I'm going to ask that you
3  just slow down and stop asking questions and let me
4  just --
5         A.    Sure.  Sure.  It's a hypothetical,
6  Mr. Carson.  You're used to this.
7         Q.    I'm getting -- I'm just -- I'm trying
8  to give you an opportunity to explain what you're
9  talking about --
10         A.    Sure.
11         Q.    -- to this sort of nonissue, but, like,
12  when you talk about metadata, where are you seeing
13  this metadata?
14         A.    Which metadata are you referring to?
15         Q.    To metadata that you just referred to.
16         A.    Well, the metadata that I was referring
17  to was the evidence that was in files you provided to
18  the Middle East Forum.
19         Q.    What files?  Where are you seeing --
20         A.    Mr. Carson, if you look at the record
21  and you're following the record, you'll see this.
22  EEOC complaints --
23         Q.    What record?  Explain.
24         A.    The record that the stenographer has
25  been taking for the past seven minutes that we've

Page 131

1  been speaking about this.  I'll try to do it again so
2  I break it down for you.
3         Q.    Yeah, give it a try.
4         A.    I'll give you -- if you'll allow me to
5  give the whole --
6         Q.    No, I don't want you to give the whole
7  -- I want you to say specifically where you saw the
8  metadata.  Let me help you.  I sent an e-mail from me
9  to my paralegal.  If you look at the metadata in that
10  e-mail, you'll see that it went from me to my
11  paralegal.
12         A.    That's not where the metadata is.
13         Q.    Identify where you saw the metadata.
14         A.    In the author field of at least one of
15  the complaints, whether they be the EEOC or the
16  complaints that you filed with the Eastern District
17  of Pennsylvania against the Middle East Forum, Daniel
18  Pipes, myself, and Matthew Bennett, that had the name
19  Caroline Miller.
20         Q.    When a complaint is filed with the
21  Eastern District of Pennsylvania it's filed on their
22  ECF system; do you understand that?
23         A.    What I'm saying is is that the
24  complaint that you forwarded to Marc Fink -- if you
25  look back in the record, that's what I said, not that

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 132

1  was filed. The complaint can be filed multiple
2  places, you send it to Marc, you send it to our
3  counsel, Dave Walton, you send it to the ECF system,
4  but the original file in the original metadata of the
5  draft complaint, whether it was the EEOC or of the
6  complaint of the employment nature before you filed
7  the lawsuit, have Caroline Miller's name listed in
8  the metadata. She assisted you with drafting these
9  complaints, Mr. Carson. She violated her -- the
10 rules of professional responsibility associated with
11 an attorney because I went to her for legal advice
12 before I knew any of you or the name of Derek Smith.
13 It's really amazing that I found this out in the past
14 two weeks in preparation for this deposition today
15 and it's actually the subject of a motion for
16 disqualification in another case. It's really really
17 amazing what you guys have been able to do, you know,
18 and -- but now you've gotten caught and your
19 colleagues are lying in affidavits that they file
20 with the Court. So you'll have to excuse me if I'm a
21 little bit perturbed by this, but if it's news to
22 you, I would be happy to explain more.
23     Q.    I have no clue what you're even talking
24 about.
25     A.    Okay. You're fine. Look, all you have

Page 133

1  to do is follow what's going on in the cases.
2     Q.    Well, why don't you just explain -- I
3  mean, you still haven't explained --
4     A.    I just explained it to you, Mr. Carson.
5     Q.    You said it's in the metadata on the
6  document that I filed with the ECF system; is that
7  what you said?
8     A.    No, that's not what I said. I said --
9     Q.    Then you said it's in the metadata --
10    A.    -- I said that the document --
11    Q.    You got to -- Mr. Roman --
12    A.    Okay. Let's break it down very simply.
13 Okay?
14    Q.    Well, wait --
15    A.    There is a few --
16    Q.    Mr. Roman, remember, this is a
17 question-answer. So you got to let me ask you the
18 question and then you got to say the answer --
19    A.    Ask your question, please.
20    Q.    You can't jump --
21    A.    I'm sorry. I apologize for
22 interrupting you. If you would like to get a glass
23 of water, please, we can do that, we can reset in 30
24 seconds if it's too confusing for you.
25    Q.    I think you said it's in the metadata

Page 134

1  from a complaint I forwarded to Marc Fink; is that
2  what you said?
3     A.    Okay. This is what I said. There were
4  communications that took place between you and Marc
5  Fink in June of 2018.
6     Q.    Okay.
7     A.    There also were communications that you
8  had with Dave Walton and Cozen O'Connor, maybe Sidney
9  Gold was involved in that, I'm not sure, I believe in
10 August and September of 2018.
11    Q.    Okay.
12    A.    Excuse me. I have my dates wrong.
13 June of 2019, and August, September, and October of
14 2019 prior to your filing two complaints on October
15 27th, 2019, that was McNulty versus MEF and Barbounis
16 versus MEF, and then I believe you filed Yonchek and
17 Brady a few days later, at least -- whatever the date
18 is in PACER. In at least one, if not more, of those
19 complaints, whether it was a copy of the EEOC
20 complaint that you sent to Marc Fink or a copy of a
21 draft complaint before you filed it in the ECF system
22 of PACER and all of these documents were then put
23 into a custodian and control system for discovery
24 review called Relativity, okay, so it's taken from
25 you sending it, it goes to counsel --

Page 135

1     Q.    Documents that I -- from -- that I
2  e-mailed people are on Relativity?
3     A.    Of course they are. They're evidence,
4  Mr. Carson.
5     Q.    Mr. Roman, there is nothing -- nothing
6  related to my e-mails ever been produced --
7     A.    No, Mr. Carson, your complaints that
8  you sent to Mr. Fink from the EEOC and your draft
9  complaints that you sent to our organization's
10 counsel prior to you filing them with the Eastern
11 District of Pennsylvania by way of the ECF system are
12 in a system that, since you probably already had
13 possession of the documents, you would know this,
14 indicate that Caroline Miller was the author of one,
15 if not more, of those documents.
16    Q.    Yeah, that's -- what you're saying
17 is --
18    A.    That's what I'm saying.
19    Q.    It's just not --
20    A.    And you know what, if we want to take
21 like a few minutes here so I can prove it to you, I
22 would love to do it on the record, it will help me
23 with my motion to disqualify your firm from the other
24 case.
25    Q.    I would be happy to give you a minute

Page 136

1  if you want to show me what you're talking about.
2      A.    We can probably do that.  I think it's
3  probably lunchtime now, but --
4      Q.    Do you want to take a lunch break and
5  then --
6      A.    No, I'm fine talking to you about this,
7  Mr. Carson.  I'm just trying to tell you what's going
8  on, I'm trying to enlighten you with what's going on
9  at your own firm, which I thought you would know
10 about.
11     Q.    I mean, listen, I feel like we just
12 wasted 20 minutes, but that's okay I guess.
13     A.    Okay.
14     Q.    But I would suggest to you that if
15 there is information that you want me to look at
16 related to the, you know, information you just told
17 me, I would be more than happy to look at it.
18     A.    That's great.
19     Q.    So do you want to take a break and get
20 that or do you want to just move on?  How do you want
21 to -- it's up to you.
22     A.    Mr. Carson, this is your deposition.
23 So you ask the questions, I'll give the answers.
24         MR. CARSON:  Okay.  Does anyone
25 want to take a lunch break so Mr. Roman

Page 137

1  can obtain these documents and everyone
2  can eat lunch?
3         THE WITNESS:  Well, if I look for
4  any of the documents, I'll probably do
5  it while I'm on the record.  If you want
6  to submit an interrogatory or a request
7  for production of documents, you can
8  please give that to Mr. Cavalier or
9  Mr. Gold.
10        MR. CARSON:  Okay.
11        MR. GOLD:  I assume the court
12 reporter needs a break for lunch, is
13 that what you want to take a break for
14 lunch, is that it?  Okay.  So it's now
15 2:38.  I mean, whatever time you need
16 just tell me and we'll take a break.
17        MR. CARSON:  I mean, can you guys
18 -- can Mr. Roman, like -- you know, can
19 you guys produce these documents that
20 you're referring to?
21        MR. GOLD:  We'll come back after
22 lunch with the documents.  All right?
23        MR. CARSON:  Yeah, I'm not sure it
24 matters, but I'm just curious what he's
25 talking about.

Page 138

1         MR. GOLD:  More than happy to do
2  it.  All right?
3         THE VIDEO SPECIALIST:  We're off
4  the record.  It's 2:39 p.m.
5         (A lunch recess was taken.)
6         THE VIDEO SPECIALIST:  It is 3:30
7  p.m., and we are back on the record.
8  BY MR. CARSON:
9      Q.    So did you find the documents you were
10 talking about with this metadata?
11     A.    I did, yes.
12     Q.    Do you want to share the screen or put
13 one up?
14     A.    Is that okay?  I mean, how do I -- do
15 I -- Roman 3?  Roman 5?
16     Q.    I want to get through it quickly
17 because we have a lot of other stuff to talk about,
18 but --
19     A.    Yeah, sure.
20     Q.    I mean, I'm obviously -- I can't
21 respond to it, but I guess I'll let you explain what
22 it is on the record if you want.
23     A.    Sure.  So I'm going to share my screen.
24 Is this okay -- how do we do this?  Do I, like,
25 share, is it Roman 2, or do you label it, like --

Page 139

1      Q.    Yeah, you can label it Roman 2.
2      A.    Okay.  So this is in PACER.  Okay?
3  This is in a filing that's in the Meyer O'Brien
4  versus MEF case, it's Exhibit --
5      Q.    Yeah, I've --
6      A.    It's Exhibit 2.  Right?  So the way I
7  came to know about this was, we have these documents,
8  this is between you and Lisa, and she forwarded this
9  to Marnie, so I don't want to, like, to be said that
10 I'm, like, trying to breach privilege or anything.
11 Okay?  This is something that Lisa sent to Tricia and
12 Marnie prior to Marnie having an attorney.  All
13 right?  So I just want to make that clear.  I'm not
14 trying to do any, like, privilege funny business.
15 Okay?  And you say here, another interesting note,
16 the attorney that used to run our Philly office runs
17 our Miami office that's one person, that is Caroline
18 Miller, who was listed as the attorney on the
19 administrative action from 2016 with Tiffany Miller
20 -- sorry, Tiffany Lee.  Can I, like, say scratch it
21 on the record?  I think that's only something you can
22 say, Mr. Carson.  Sorry about that.  Tiffany Lee's
23 attorney in the EEOC administrative matter from 2016.
24 Now, Caroline Miller is also somebody that I sought
25 legal advice from on April 23rd, 2016, at 10:42 p.m.

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 39 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 140

1  in the evening, this is a picture from when I went
2  there, between then and sometime later that evening
3  here in Bala Cynwyd, Pennsylvania.  I signed an
4  affidavit to that effect.  There is a second
5  affidavit being attached to another filing which is a
6  reply to Derek Smith Law Group's response to motion
7  to disqualify, just to make sure everything is clean
8  on the record.  All right?  I even pulled it up in
9  PACER if you want to go through this stuff.  Okay?
10 So then I went back into the discovery database of
11 the documents that had been provided either by the
12 EEOC -- like, you know that website you go into and
13 you download the filing, upload it and then it
14 becomes available to the person or the organization
15 you filed against and the person can download it or
16 counsel can download, right?  So there's first -- I
17 just got to get to this.  Shoot.  I disconnected --
18     MR. CARSON:  I would just put an
19     objection on the record to the extent I
20     think the witness just -- or the
21     defendant just showed text message
22     communications between counsel and
23     client.
24 BY MR. CARSON:
25     Q.    But besides that, keep going,

Page 141

1  Mr. Roman.
2      A.    I wasn't trying to do that, Mr. -- I
3  was --
4      Q.    I'm just preserving an objection.
5  That's all.  You can continue.
6      A.    Okay.  I'm sorry.  I didn't -- did I do
7  something wrong?
8      Q.    No, you did not.
9      A.    All right.  I'm not trying to, like, do
10 any funny business.  All right?
11     Q.    Yeah, you're good.
12     A.    So then you sent an e-mail to Marc Fink
13 on June 20th, 2019, which I will call this Roman
14 whatever -- shoot.  Hold on.  I'll call this Roman
15 whatever.  Okay?  Whatever number you --
16     Q.    Roman 3.
17     A.    Roman 3.  I just got to share my
18 screen.  Sorry.  Where is it.  There you go.  So this
19 is Roman 3.  This is a notice that you sent to Marc
20 Fink by way of e-mail on June 20th -- you sent a
21 letter and here is the complaint or people have
22 complained about you, whatever else.  This is when
23 you tell us that you're doing the EEOC thing.  Right?
24 And then the full filing is obtained -- which is like
25 the handwritten letter, everything else, so if you go

Page 142

1  into this, you'll see that your letter has the name
2  in properties Derek Smith.  Okay?  This is the
3  metadata that I'm talking about.  Tells us that you
4  created the file on June 20th, tells you that you
5  saved it and modified it on June 20th, this is when
6  you converted your word file that I'm assuming you
7  wrote this on, turned it into a -- actually you call
8  it research America Bernhardt.  I don't know why you
9  would be calling us Bernhardt.  Is that somebody else
10 that you filed a complaint against.
11     Q.    Because when we do stuff, Mr. Roman, we
12 usually track --
13     A.    Okay.  Well, anyway, there's --
14     Q.    So what that might mean is that she --
15 nothing, just keep going.
16     A.    Yeah, sure, I mean, whatever you --
17 we'll be in court to talk about this probably, but
18 this is my finding out that Caroline Miller was
19 named on a document that was on MEF four years after,
20 three years after, whatever.  So she's here, says
21 Derek Smith.  All right.  Derek Smith, name of the
22 firm, right, maybe Derek Smith wrote it, somebody
23 else wrote -- but guess what, Derek Smith's name is
24 there on Bernhardt but it's MEF, so you guys --
25 however your file management practices, whatever.  So

Page 143

1  then when we go to the full EEOC filing, which is
2  downloaded from the EEOC --
3      Q.    Wait, what -- I don't understand.
4  Like, what did you just show us with the last
5  document?
6      A.    What did I show you?
7      Q.    Yeah.
8      A.    So here Derek Smith was involved in the
9  drafting of this letter or at least --
10     Q.    I'm sorry --
11     A.    -- his metadata --
12     Q.    -- I'm not looking at that -- you're
13 saying that --
14     A.    The author's name, okay, if you want to
15 find out who the author of a document is, the only
16 way to provide a forensic footprint of who did that
17 document is by showing who is in the metadata.  So
18 the metadata indicates here that Derek Smith was
19 involved in the drafting of the complaint, of the
20 letter --
21     Q.    Wait, wait, the complaint?
22     A.    No, not the complaint, the letter that
23 you sent to Marc Fink on June 20th.  So maybe he
24 reviewed your work, maybe he made edits to it, maybe
25 he put together the PDF, maybe he did a lot of

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 40 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 144

1  things. We don't know. Only you know, Mr. Carson.
2  I don't know. But I know that Derek Smith was
3  forensically attached to this file. Okay? I'm just
4  telling you what I'm thinking here. We can get an
5  expert -- I don't know, that's not me. I'm not the
6  expert -- I'm just saying how I came to the
7  conclusion that you asked me why I thought Caroline
8  Miller helped fabricate evidence against MEF. So
9  then we get to the full EEOC filing. Okay? Call
10 this Roman 4. And this, if you're familiar with this
11 document, is Lisa Barbounis's handwritten complaint
12 against MEF, she signed it, it's got the thing here,
13 Commonwealth of Pennsylvania, and then it's your
14 letter from June 20th and the parties and statement
15 of facts --
16     Q.   I know what it is. Keep going.
17     A.   -- whatever else. So when we go to the
18 metadata from this, Caroline Miller's name shows up.
19 So why would a document you write that has Derek
20 Smith on it then be combined by a different user with
21 two separate documents, handwritten, letter,
22 statement to the EEOC, by anyone other than Seth
23 Carson. Maybe Caroline Miller was supervising you,
24 maybe she was involved in the drafting of the
25 complaint, maybe as we relate to the personal

Page 145

1  knowledge that you talked to your client about in a
2  text message you got advice from Caroline Miller on
3  how to file a complaint against MEF. Maybe you guys
4  worked together. I don't know. That's only between
5  the two of you. So that's how I came to that
6  conclusion, Mr. Carson. And I'm not here questioning
7  you, you're here questioning me, but if there is
8  anything else I can teach you about metadata, I would
9  love to -- there is a lot of metadata in this case.
10 I would be happy to speak about all of it at least to
11 the best of my ability. So that's why Caroline
12 Miller should be disqualified from this case, at
13 least screened, and that's why we have sought to
14 disqualify your entire firm from involvement in the
15 Meyer matter, but I'm not the lawyer here; you are.
16 You tell me about ethics.
17     Q.   All right. So we're going to move on
18 now. Thank you, Mr. Roman.
19     A.   Sure.
20     Q.   So -- all right. Let's get back to
21 something that is actually relevant to this case,
22 which is the reports of discrimination and harassment
23 in the workplace. So I think we were talking about
24 instances in 2018 when Mr. Pipes spoke with you, you
25 said he spoke to you on the phone at least once,

Page 146

1  correct?
2      A.   Yes.
3      Q.   In 2018.
4      A.   Spoke to me many times on the phone in
5  2018.
6      Q.   Relating to the allegations of sexual
7  harassment.
8      A.   I think my answer on the record stands.
9      Q.   Can you -- it's at least once, correct?
10     A.   Yes. As I said, my record on the
11 answer stands. My answer on the record stands.
12     Q.   I know, but you can't answer that. You
13 have to just answer the questions. You can't just
14 say my record stands.
15     A.   Well, Mr. Carson, I've answered the
16 question already. My answer on the record stands.
17     Q.   I'm reviewing it. Okay? So at least
18 once, and that one time you said he didn't speak to
19 you specifically about any specific allegations, he
20 talked to you generally and you used the language --
21     A.   Is my screen off? I just want to make
22 sure that I'm -- that I'm not sharing my screen
23 anymore, am I? I'm good?
24     Q.   I don't think so.
25     A.   Okay. Thank you.

Page 147

1      Q.   -- and you used the language in this
2  letter as an example of the general conversation that
3  you and Mr. Pipes had, you said he kind of -- he told
4  you that there were allegations of misconduct
5  directed against you, that three women, made unwanted
6  sexual advances, but that was -- that was about the
7  extent of the conversation that you had with
8  Mr. Pipes in 2018, correct?
9      A.   No, that's incorrect.
10     Q.   Okay. So what else did you talk about
11 in 2018 --
12     A.   It's not what else I spoke to about;
13 you have to bifurcate it. Okay?
14     Q.   Just listen to the question.
15     A.   Sure.
16     Q.   What else did you speak to Mr. Pipes
17 about in 2018 in connection with these three women's
18 allegations of sexual harassment?
19     A.   Okay. So if it's about sexual
20 harassment -- your previous question was about
21 allegations, and you gave the --
22     Q.   Allegations of sexual harassment, so
23 we're specifically talking about the conversations
24 that you had with Mr. Pipes in 2018 in connection
25 with these three women's allegations of sexual

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 148

1  harassment.
2      A.    Again, he generalized the
3  description --
4      Q.    That wasn't the question.
5      A.    -- saying -- I'm giving an answer.
6      Q.    Okay.  I mean, I just said that and you
7  said that wasn't correct, but go ahead.
8      A.    It wasn't correct because your previous
9  question was what allegations.  Now you're saying
10  sexual allegations, so I'm trying to really bifurcate
11  between management issues and then unproven
12  allegations of alleged unwanted sexual advances as
13  it's quoted here in the letter.
14      Q.    Okay.
15      A.    So if it's about sex --
16      Q.    Okay.  If you want to make the
17  distinction --
18      A.    -- general; management, very different.
19      Q.    We're not here today to talk about
20  management.  We're here today to talk about
21  violations of specific statutes including Title 7,
22  including the Pennsylvania Human Relations Act,
23  including the Philadelphia Fair Practice Ordinance,
24  so let's relegate our conversation today to
25  allegations of sexual harassment.  Please explain

Page 149

1  what you spoke to Mr. Pipes about or was I right that
2  in connection with -- in connection with the
3  conversation about sexual harassment and those
4  allegations your conversation with Mr. Pipes was
5  general and kind of relegated to what we're seeing
6  here in this letter; is that correct?
7      A.    No.  I will --
8      Q.    Why isn't it correct?  What else did
9  you talk about?
10      A.    I'll try to explain this again.
11      Q.    What else did you talk about?
12      A.    What he said to me, from what I can
13  best recall, at least on one occasion between --
14      Q.    That's all you can testify to is what
15  you can best recall, Mr. Pipes.  Mr. --
16      A.    Right, that's why I'm saying as best as
17  I can recall so the written record reflects what I'm
18  saying.  As best as I can recall, from November 2nd,
19  2018, until the end of 2018 there was at least one
20  discussion that Mr. Pipes and I had where he said in
21  a general manner, Mr. Roman -- calls me Gregg,
22  whatever you want to go by -- these women have made
23  sexual -- accusations against you that you have made
24  unwanted sexual advances towards them and this is
25  what we are going to do about it.

Page 150

1      Q.    Okay.  So --
2      A.    And then what he did was --
3      Q.    I understand.  So did he ever have a
4  conversation with you where he specifically spoke to
5  you about each woman's specific allegations in 2018?
6      A.    Not that I can -- I can recall a
7  privileged conversation I had with counsel, but I
8  cannot recall discussing the specifics, and the
9  specifics you're talking about -- you'll have to tell
10  me which specific you're asking about to see if I
11  discussed it with Pipes, but I cannot recall
12  generally specific allegations beyond what I talked
13  about with counsel.
14      Q.    All right.  So the conversation you had
15  with counsel, we're going to talk about that a little
16  bit.  We're going to figure out what happened there.
17      A.    Sure.
18      Q.    So the conversation you had with
19  counsel, you're talking about house counsel Marc
20  Fink?
21      A.    I've also had conversations with my
22  personal counsel Mr. Sidney Gold.
23      Q.    In 2018?
24      A.    I did, yes.  Mr. Gold has been my
25  attorney for four years.

Page 151

1      Q.    I didn't ask you that.  All right.  So
2  in 2018 did -- well, it says here that he finished
3  his investigation yesterday, and since sent it on
4  11/2 we can assume the investigation happened on
5  11/1, correct?
6      A.    I don't know what happened with the
7  investigation.  I wasn't part of it.
8      Q.    So you didn't talk to anyone on 11/1?
9      A.    I don't know if I spoke to someone on
10  11/1.  I would have to see my phone records.  I do
11  remember that I spoke with counsel between October
12  31st I believe, maybe it was 11/1 -- this is two
13  years ago, Mr. Carson, long time ago.
14      Q.    Right.
15      A.    And with the -- by the time I got
16  this -- I'll give you an example.  Lisa Barbounis
17  called me.
18      Q.    I don't need an example.
19      A.    No, you're asking me if I talked with
20  anybody.  I spoke with --
21      Q.    I'm asking you --
22      A.    -- Lisa Barbounis.
23      Q.    I'm not asking if you talked to anyone
24  in the world.  I'm asking whether you talked to
25  anyone related to the instant investigation whereas

Page 152

1  -- so I'm asking if you had any conversations with
2  anyone where you gave your side of the story on
3  11/1/2018.
4      A.    I don't know if it's 11/1, but maybe
5  11/2.
6      Q.    Sorry?
7      A.    I don't know on 11/1 or 11/2, but I did
8  have a conversation with someone about these
9  allegations, general allegations, on 11/1 or 11/2.
10     Q.    I'm asking you specifically, though,
11 the -- so you understand --
12     A.    Specifically 11/1?  I can't answer you,
13 Mr. Carson.  I don't remember.
14     Q.    Is that Marc Fink that you spoke to?
15     A.    I had a conversation with Marc Fink,
16 in-house counsel, between October 31st and November
17 2nd.  I don't know which exact day.
18     Q.    And did he talk to you about the
19 specific -- I don't want to know what he said, but is
20 that when you got into the specific allegations?
21     A.    Well, I need to ask counsel if I can
22 answer that question.
23           MR. CARSON:  Can he answer?
24           MR. GOLD:  Conversation with Marc
25 Fink, yeah, direct you not to answer the

Page 153

1  question.
2            MR. CARSON:  I'm not asking what
3  he said, Mr. Gold.  I'm just asking if
4  that's -- if that was when he talked
5  more specifically about the case.
6            MR. GOLD:  Can you read back the
7  question?
8            (The following was read back by
9            the court reporter:
10           Question, "And did he talk to you
11           about the specific -- I don't
12           want to know what he said.  Is
13           that when you got into the
14           specific allegations?")
15           MR. GOLD:  I don't understand the
16 question.
17           MR. CARSON:  Okay.  I'll rephrase
18 it.
19 BY MR. CARSON:
20     Q.    So you told -- so Mr. Pipes says that
21 you told somebody that you felt -- that -- that you
22 acknowledge your conduct, whatever your intentions,
23 was not acceptable and put these employees in a
24 difficult position, correct?
25     A.    That's what the letter -- I think the

Page 154

1  factual evidence speaks for itself.
2      Q.    Well, did you acknowledge that?  Is
3  that true?
4      A.    Well, I didn't acknowledge that I had
5  unacceptable conduct.  What I acknowledged was that
6  Mr. Pipes was in a difficult position because of the
7  allegations that were made against me.
8      Q.    So this statement is not true then.
9  You didn't do that.
10     A.    Well, let's go over it again.  But you
11 acknowledge that your conduct, whatever your
12 intentions were, was not acceptable and put these
13 employees in a difficult position.  No, again, my
14 conduct, according to the way that these three
15 employees, Lisa Barbounis, Tricia McNulty, and Marnie
16 Meyer O'Brien or O'Brien Meyer, whatever, said put
17 Pipes in a difficult position, and if there was
18 anything that they alleged I do -- if I smiled the
19 wrong way, if I looked up, if I looked over, and they
20 said that they thought it was unwelcoming and they
21 went to him to complain, what am I going to say, I'm
22 the manager of the organization and, you know what --
23 hold on, you know what, it's a smile, it's something
24 else -- I wasn't part of the investigation.  If
25 they're saying I did something and now the president

Page 155

1  of the organization is impacted by it, doesn't matter
2  what I think.  He's affected by it.
3      Q.    Mr. Roman --
4      A.    That's the way that it works.
5      Q.    Mr. Roman, did you acknowledge that
6  your conduct was not acceptable?
7      A.    No, I don't know what conduct you're
8  talking about, Mr. Carson.  It's a general question.
9      Q.    Then the letter is wrong then.  Then
10 the letter is wrong, correct?
11     A.    It's not that the letter is wrong.
12     Q.    Well, it --
13     A.    The characterization --
14     Q.    -- it says that you acknowledge that,
15 right?
16     A.    No, what I'm saying is is that I
17 acknowledged in many conversations both then and
18 afterwards that management practices that I was privy
19 to and decisions that I made, not of a sexual nature,
20 but a general management nature, were wrong --
21     Q.    Okay.  Did you ever --
22     A.    -- but I never had any --
23     Q.    -- send a letter back to Daniel Pipes
24 and explain to him that --
25           THE COURT REPORTER:  I can't hear

Page 156

1 you.  Start the question over, please.
2 BY MR. CARSON:
3     Q.    Did you respond to this letter and let
4 Mr. Pipes know that this -- that the wording is off,
5 because the wording says that you're acknowledging
6 that -- I mean, look what it says.  It says --
7     A.    Yeah, yeah, I see, I see --
8     Q.    It says you acknowledge that your --
9     A.    -- what it says.
10     Q.    Let me finish the question.  It says
11 you acknowledge that your conduct, whatever your
12 intentions, was not acceptable.  So I'm asking you,
13 did you contact Mr. Pipes and tell him I don't agree
14 with this letter?
15     A.    No, I didn't contact Mr. Pipes and tell
16 him I disagree with the letter.  I think that I had a
17 response --
18     Q.    Did you -- did you --
19     A.    -- to the letter.
20     Q.    Did you -- do you agree with the second
21 part, do you agree that your conduct put Lisa,
22 Tricia, and Marnie in a difficult position?
23     A.    No, because there wasn't any conduct to
24 put them in a difficult position.  Look, Mr. Carson,
25 you're trying to explain --

Page 157

1     Q.    So you don't --
2     A.    I'm trying to give you --
3     Q.    So you don't agree with this --
4     A.    I'm trying to give you --
5           THE COURT REPORTER:  Excuse me.
6 Please.
7 BY MR. CARSON:
8     Q.    I know, but, Mr. Roman, just --
9           THE COURT REPORTER:  One at a
10 time.  Please.
11 BY MR. CARSON:
12     Q.    -- answer the questions that I'm asking
13 and let's just keep it moving so we can get out of
14 here, man, it's Friday.  So, like --
15     A.    I've got all night, Mr. Carson.
16     Q.    Yeah, I do, too, but, you know what I
17 mean, we don't have to be here all night if we don't
18 need to be.
19     A.    I'm trying to explain myself.
20     Q.    Mr. Roman, I promise, I'll give you the
21 opportunity to answer -- put whatever information you
22 want on the record before this is over, but --
23     A.    Okay.
24     Q.    It says here -- so the whole sentence
25 you're -- you just -- you disagree with this

Page 158

1 sentence; is that fair to say?
2     A.    No, it's not that I disagree with the
3 sentence.  I disagree with your characterization of
4 the sentence.
5     Q.    Well, you think this sentence doesn't
6 say that you put Lisa -- that you're acknowledging
7 that you put Lisa, Tricia, and Marnie in a difficult
8 position?
9     A.    May I ask you for the license to
10 explain the paragraph so that you have the context of
11 the sentence.
12     Q.    Well, let me just read it to you.  Here
13 is what I found.  This is Dr. Pipes -- this is what
14 Dr. Pipes is saying.  He's "I", right?
15     A.    Okay.  Before --
16     Q.    The "I" is Dr. Pipes.
17     A.    Before we get to you reading --
18     Q.    Just let me finish the question.  The
19 "I" is Dr. Pipes.
20     A.    I just want to ask you -- I want to ask
21 you for clarity on something from your previous
22 question.
23     Q.    Well --
24     A.    You'll read the sentence, okay, and if
25 I can say, Mr. Carson, stop, and I'll explain what I

Page 159

1 see as my interpretation of Mr. Pipes's words.  Is
2 that fair?
3     Q.    Do you agree, Mr. Roman, that the "I"
4 here is Mr. Pipes?
5     A.    I do.
6     Q.    Okay.  So here Dr. Pipes is saying here
7 is what I found.  Three women who work for you, Lisa,
8 Tricia, and Marnie, say that you made unwanted sexual
9 advances toward them.  You maintain that you never
10 made such advances and did not know they felt
11 uncomfortable.  But you acknowledge that your
12 conduct, whatever your intentions were, was not
13 acceptable and put these employees in a difficult
14 position.
15           So I'm just asking, do you agree with
16 this paragraph or do you disagree with this
17 paragraph?
18     A.    No, I disagree with this paragraph.
19     Q.    Okay.  Would you like -- I'll give you
20 the opportunity because I told you to, would you like
21 to explain why?
22     A.    Yeah.  Sure.  Thank you very much.  All
23 right.  So we have to go back to the previous
24 paragraph to understand this paragraph.
25     Q.    Go ahead.

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 160

1   A.    As you know, there have been several
2  allegations of improper conduct directed against you.
3  Right?  So we said beforehand earlier in the
4  deposition several allegations.  Some say there was
5  sexual allegations, other are business professional
6  management organizations.  Okay?  Allegations.
7      The Middle East Forum takes these
8  allegations very seriously.  Mr. Pipes is taking both
9  the allegations of a sexual nature and the
10  allegations of a nonsexual matter seriously.
11      Accordingly, I investigated this matter
12  yesterday, immediately upon learning of it.  And we
13  heard in Mr. Pipes's testimony that he said that he
14  spoke with each employee in each of their offices.  I
15  don't know what was said, I wasn't there, I was I
16  think traveling back to Philadelphia or something,
17  but he investigated with those employees.  Okay?
18      It says here is what I found.
19  What he's saying is he found from his conversations
20  with those employees, maybe counsel was involved, I
21  don't know, three women who work for you, da da da da
22  da, say they -- unwanted -- that's the first
23  sentence.  Second sentence, apologies.  And what I am
24  saying is this.  After these allegations both of a
25  managerial and of a sexual nature were made against

Page 161

1  me, Marc Fink, in-house counsel, was charged with
2  investigating somewhat as -- I guess you would call
3  it as the detective, as in-house counsel, corporate
4  counsel, whatever you want -- of taking the
5  complaints that the women made to Mr. Pipes that then
6  Pipes conveyed to Fink, and this is probably privy, I
7  don't know about the conversations there, that's a
8  privileged conversation, and Fink went ahead and
9  talked to me.  The contents of that conversation I
10  understand are either privileged or work product, I
11  don't know the proper classification.  I'll defer to
12  counsel on that.  Then what Pipes is doing is just
13  saying you maintain that you never made such advances
14  and did not know they felt uncomfortable.  He's
15  saying what I believe I conveyed to counsel in a
16  privileged conversation.  So whatever that conclusion
17  he's making there that he addresses to me, that's his
18  words, not mine.  Okay?  I never talked to Pipes
19  about this directly with specifics.  I talked to
20  counsel, didn't talk to Pipes.  So I can't comment on
21  what Daniel Pipes is thinking.  I'm not Daniel Pipes.
22      Then the concluding sentence here,
23  which goes back to the first sentence where he says
24  several allegations, both professional and sexual, he
25  says but you acknowledge that your conduct, whatever

Page 162

1  your intentions were, was not acceptable and put
2  these employees in a difficult position.  What he
3  means by that sentence I'll never know, but my
4  interpretation of that sentence is the fact that he
5  has said that I acted like a drill sergeant, he said
6  that I asked people to work too late, he said that I
7  gave people too much work, he said that I should have
8  been nicer, and he never said that I wasn't nice to
9  female employees and he never said that I made sexual
10  advances beyond what's in this letter and there is
11  very very long documentation over three years where
12  he believes that I was too tough of a boss, that he
13  thinks that I took the way that I was when I was a
14  commander in the Israel defense forces and then I
15  went back into civilian life and tried to be somewhat
16  of a -- I don't know what the word would be, more of
17  like a disciplinarian than I would be someone a boss,
18  and whatever it was, however I spoke to employees,
19  like I said, could have smiled, could have said
20  hello, whatever it was, nothing was ever of a sexual
21  nature, Mr. Carson.  It was always just because they
22  probably thought that I was too tough.  And if you
23  look at the text messages and every other
24  communication from all of the clients you've
25  represented, Ms. Shikunov's clients, and specifically

Page 163

1  the men who work and worked at the Middle East Forum,
2  all say that I was too hard, and I learned from that,
3  I learned from that, I try to be a much nicer person
4  these days, I've done a lot of work on trying to
5  improve my management style, and even today I'm still
6  bound by the restrictions that Mr. Pipes -- some of
7  the restrictions that Mr. Pipes put on me in that
8  letter that you showed previously of what I'm allowed
9  and what I'm not allowed to do at the Middle East
10  Forum.  That's what I meant by that.
11      Q.    What about the next sentence?
12      A.    What?
13      Q.    What about the next sentence?  You put
14  this in the context of calling yourself a social
15  junkie.  What did you mean by that?
16      A.    Well, I don't think I ever called
17  myself a social junkie.  I don't remember saying
18  that.
19      Q.    So you didn't say that you were a
20  social junkie who seeks constant social interaction?
21      A.    I don't remember ever saying that, and
22  if I did say it, I don't know how he's taking it
23  because I didn't talk to him about it, I talked to
24  Mr. Fink.
25      Q.    Well, you did receive this letter,

Page 164

1  though, right?
2      A.    It looks like I received it.  It's
3  addressed to me, it's copied to Marc Fink.
4      Q.    And you read it in November 2nd, 2018,
5  so why didn't you respond and correct Mr. Pipes?
6      A.    Mr. Carson, it was like an avalanche
7  coming down a mountain.  Everyone who I considered to
8  be my friend and my associate all of a sudden came
9  out overnight after months of interactions, birthday
10 parties, going out with social events, travel,
11 whatever else, not one complaint was ever registered
12 to me between the time any of your clients started
13 working with MEF about me -- it was all about each
14 other and them.  I had to mediate between Marnie and
15 Lisa, Marnie and Tricia, between Delaney and Matt,
16 Matt and Tricia, there was all these interpersonal
17 conflicts, and it's all reflected on the record, by
18 the way, by all the discovery that you gave to the
19 Middle East Forum.  I have so much more knowledge now
20 understanding the interpersonal dynamics of your
21 clients and how they hated each other before November
22 2nd, 2018.  And then when all this is coming at you,
23 this wave of complaints that are addressing you, at
24 least the way I reacted was sort of fight or flight.
25 Mr. Pipes, look, I just --

Page 165

1      Q.    Did you --
2      A.    -- want to -- hold on.  Hold on.  Hold
3  on.  Mr. Pipes, look, I've got a job, I've got three
4  kids that I have to worry about, I have to pay my
5  rent, I got to do things -- whatever you're saying,
6  there will be a time to address the veracity and the
7  truthfulness and the honesty of what these people are
8  saying about me, but right now I'm going to work with
9  you to try to make this problem mitigate itself and
10 I'll do whatever you need me to do, and I even
11 offered my resignation, Mr. Carson, if that's what
12 you need me to do, and the conclusion at the end of
13 the day when all this was over is that I was to go
14 and start my own organization until Lisa Barbounis
15 went back on her word, reneged on her complaints, and
16 said I should come back to work with her as if though
17 nothing ever happened.  That's what happened,
18 Mr. Carson.
19     Q.    Do you -- do you understand why women
20 might come -- not come forward and report sexual
21 harassment the day it happens?
22     A.    Mr. Carson, I'm not those women, so I
23 can't comment on something that someone else might
24 think.
25     Q.    Well, can you think of any reasons why

Page 166

1  it might be hard to do that?
2      A.    Do what?
3      Q.    For a woman to report information that
4  has a personal sexual context to it.
5      A.    Mr. Carson, I can and I can relate to
6  that on a personal level.
7      Q.    Going back to the AIPAC conference, can
8  you please explain what that is, briefly?
9      A.    What's what?
10     Q.    What is the AIPAC conference?  Is that
11 an annual conference held in Washington D.C.?
12     A.    Well, there's a few AIPAC conferences
13 that take place.
14     Q.    Well, in 2018 --
15     A.    Some take place --
16     Q.    In 2018 the Middle East Forum attended
17 an AIPAC conference sometime around March; is that
18 correct?
19     A.    There was the American Israel Public
20 Affairs policy conference that took place between
21 March 3rd and March 6th or March 2nd and March 5th,
22 if that's what you're referring to, yes.
23     Q.    Yeah, I'm going to try to get us
24 through this quickly.  So the AIPAC conference in
25 March of 2018, did you attend that along with Matt

Page 167

1  Bennett and Patricia McNulty and Lisa Barbounis and
2  Marnie Meyer?
3      A.    Yes, and there was other people who
4  attended with us as well.
5      Q.    Understood.  And you -- it's my
6  understanding that you and Matt Bennett booked the
7  Airbnb; is that right?
8      A.    I actually think it was Lisa that
9  booked the Airbnb.
10     Q.    For you and Matt Bennett, correct?
11     A.    Yes, and she also booked her own hotel
12 room for her and Tricia and for Marnie after Tricia
13 asked if Lisa and Marnie could go.
14     Q.    Okay.  And I believe that you went to
15 the AIPAC conference over the -- over a weekend in
16 March; is that right?
17     A.    Well, you would have to tell me when it
18 is, but usually it's Saturday -- or Friday to Tuesday
19 depending on the year.
20     Q.    And that first Friday during that AIPAC
21 conference did the -- during that first AIPAC
22 conference in March of 2018 did the Middle East Forum
23 hold an event?
24     A.    No.
25     Q.    A dinner?

Deposition of GREGG ROMAN                         Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 168

1    A.    No.
2    Q.    Is that Saturday?
3    A.    I don't think so, no.
4    Q.    Did the Middle East Forum sponsor or
5  hold a dinner for donors during that conference?
6    A.    Not at the conference; in parallel to
7  the conference.
8    Q.    Okay.  Where was that dinner held, do
9  you remember?
10   A.    In Chinatown Gallery Place at a
11 restaurant called Cuba Libre.
12   Q.    The -- that dinner, it was a dinner
13 that Ms. McNulty helped organize; is that correct?
14   A.    The donor dinner, yes, she organized it
15 with Matt Bennett.
16   Q.    And that was part of her job as the --
17 working with Matt Bennett who at the time Matt
18 Bennett was the director of development, correct?
19   A.    Correct.
20   Q.    And Ms. McNulty was sort of -- reported
21 to Matt Bennett at that time; is that correct?
22   A.    What do you mean reported to?
23   Q.    He was her boss.
24   A.    Yeah, well, she really had sort of four
25 people that she was involved with.  She worked with

Page 169

1  Daniel Pipes, she worked with Matt Bennett, she
2  worked with Marnie Meyer -- well, actually five
3  people.  Marnie Meyer, myself.  And then she also had
4  the responsibility of liaising with the different
5  volunteers and the different hosts of events, so she
6  sort of like was a board liaison, too.  So if you
7  want to consider that a direct report, I don't know
8  about the management structure -- but it was pretty
9  informal.
10   Q.    You were their -- all their boss,
11 though, correct?
12   A.    No, I was not.
13   Q.    You were not Matt Bennett's boss?
14   A.    No, I was.
15   Q.    You were not Marnie Meyer's boss?
16   A.    No, I was.
17   Q.    In March of 2018.
18   A.    I was, yes.
19   Q.    You were Lisa Barbounis's boss?
20   A.    Yes, but I didn't mention her.
21   Q.    By boss I mean supervisor, boss, same
22 thing.
23   A.    Yeah, but, like I said, I didn't
24 mention her, so you asked me if I was all of their
25 bosses, and I was Marnie and I was Matt's boss but

Page 170

1  not the others.
2    Q.    Well, you were Lisa's and Patricia
3  McNulty's, too --
4    A.    Yeah, but my understanding is you were
5  asking about who managed Tricia McNulty, so I was
6  answering that question.
7    Q.    Okay.  So if we put it in a hierarchy,
8  you and then Matt Bennett and then Ms. McNulty,
9  correct?
10   A.    Yeah, but, again, McNulty reported to
11 other people besides me and Bennett.
12   Q.    Okay.  So the night that that dinner
13 was held, at the end of the night tell me where you
14 guys went.
15   A.    So Tricia McNulty had just been on a
16 cruise I think.  She was on vacation -- yeah, it was
17 really crazy because we had asked her to schedule the
18 entire dinner before she went on vacation, and there
19 was an e-mail that went from Tricia to me, which I
20 think was sent like February 23rd, February 24th, I
21 forget the exact date she was on vacation, but she
22 sent me an e-mail before vacation and she said here
23 is all the plans, here is everything else, and I said
24 to her who is going to manage this, and she said,
25 well, I will, but I need more people, and I said what

Page 171

1  more people do you need, and she said, well, what
2  about Marnie and Lisa, and I said, okay, you make the
3  decision what's best for you.  I really believed in
4  having people decide what's best for them,
5  self-empowerment.  And I said if it's just you, get a
6  hotel; if it's you and Marnie and Lisa, get an
7  Airbnb.  Not my Airbnb; that was just me and Matt.
8  Okay?  And then she booked her hotel, I think -- I
9  told her to stay at the Hilton, we had a good deal
10 there, so she had her own hotel, that was her
11 accommodations and lodging, she was supposed to stay
12 with Marnie and Lisa, they had agreed to stay
13 together for some reason.  I said if you need more
14 than one, go ahead.  And then we arrived in D.C. -- I
15 was in meetings all day.  Can I ask you a question,
16 Mr. Carson, just about specifics?  Has MEF provided
17 you or has my counsel provided you with the calendar
18 from 2018?
19   Q.    I don't know.  But --
20   A.    The reason it matters is because that
21 calendar was arranged by Tricia McNulty.
22   Q.    Okay.
23   A.    So I don't want to give you an answer
24 that is like, well, you know, we were supposed to go
25 here and then it turns out I was somewhere else.  I'm

Deposition of GREGG ROMAN                           Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 172

1  trying to give it to you best of my recollection.
2      Q.    Let me fast forward this a little bit.
3  At the end of the night did --
4      A.    All this is important because it gives
5  context to what was planned.
6      Q.    I understand.  I understand.  But let
7  me just --
8      A.    So --
9      Q.    So at the end of the night did you and
10  Matt Bennett and Ms. McNulty and Ms. Meyer and Ms.
11  Barbounis return to the Airbnb that you and Matt had
12  booked?
13      A.    No, because there was other events
14  between the dinner and the end of the night.
15      Q.    Yeah, I -- at the end of the night I
16  said.
17      A.    Well, not at the end of the night.  At
18  the end of the night Tricia McNulty slept in the
19  Airbnb, but we didn't immediately go back to the
20  Airbnb.
21      Q.    I know.  I understand.  I'm not worried
22  about where you guys went and had a couple drinks in
23  between dinner and Airbnb, I'm trying --
24      A.    It wasn't a couple drinks, Mr. Carson.
25  Tricia McNulty was drunk beyond belief.

Page 173

1      Q.    Okay.  Now, at the end of the night
2  when you allege that she was drunk beyond belief did
3  you all return to the Airbnb that you and Mr. Bennett
4  had booked?
5      A.    No, Matt -- Matt and I had, I think, we
6  went to get pizza, they were waiting outside the
7  entrance, or we may have been in the same car, I'm
8  not sure, I think probably Lisa has the Uber records
9  or they might be somewhere, but there was different
10  times that different people showed up to the Airbnb
11  because there was multiple rides.
12      Q.    But you and Lisa --
13      A.    So I -- I don't remember if I arrived
14  with those three and Bennett.  I do remember that I
15  was with, like, seven other people who were there and
16  they stayed -- few of them stayed there until the
17  next day, too.  So it wasn't just the four of them.
18      Q.    But then you guys all did go back to
19  your place at the Airbnb, right?
20      A.    At different times, staggered.
21      Q.    But you and Lisa and Mr. Bennett and
22  Ms. McNulty all took the same Uber back to it,
23  correct?
24      A.    I don't remember if we were in the same
25  Uber.

Page 174

1      Q.    Okay.
2      A.    But I do remember --
3      Q.    Is it possible --
4      A.    -- that I had -- I don't know if it's
5  possible or not.  I don't want to answer something
6  that's not accurate.
7      Q.    Well, is it possible that you took the
8  same Uber or do you specifically recall that you
9  didn't?
10      A.    No, I don't remember who I took an Uber
11  with, Mr. Carson.
12      Q.    Okay.  So now you're all back at the
13  Airbnb.  What time is it when you get there?
14      A.    I think the Uber records indicate --
15  you have to see, but the bars -- see, what happened
16  -- that's why I wanted to mention beforehand, that --
17  after the dinner and then after, Marnie Meyer and
18  Lisa and Tricia had booked our attendance at four or
19  five events that took place after the dinner.  I have
20  an e-mail, and we can provide this if this is
21  something that will help, Lisa Barbounis and Tricia
22  McNulty were exchanging e-mails with EJ Kimball, who
23  used to work for MEF, where Lisa asks EJ what's this
24  event CAMERA, Committee for Accurate Middle East
25  Reporting in America, and EJ says I don't know but

Page 175

1  they have top shelf liquor, I'll be there, and then
2  Lisa responds count me in.  And there is another
3  e-mail which talks about --
4      Q.    Mr. Bennett, you can -- you and your
5  counsel can submit whatever documents you want and --
6      A.    I'm Mr. Roman, not Mr. Bennett.
7      Q.    Sorry.  Mr. Roman.  Thank you.
8      A.    But the reason I'm saying all this is
9  important is because the way in which they returned,
10  some people were at the hotels and were at the bars,
11  other people were at the Airbnb, and at the end there
12  were so many people at the Airbnb I don't remember
13  who was there and when they were there but I do
14  remember --
15      Q.    I just want to know what time you got
16  back, what time --
17      A.    I can't give you an accurate time.
18      Q.    Approximately.
19      A.    It was after the -- after that we were
20  at three or four or five bars -- we were at some bars
21  together, we were at some bars that we separated --
22      Q.    Was it around 2 in the morning?
23      A.    -- it was really mix.
24      THE COURT REPORTER:  I can't hear
25  you when you're talking at the same

Page 176

1    time.  Please.
2  BY MR. CARSON:
3      Q.    Was it around 2 in the morning?
4      A.    I don't know.
5      Q.    Okay.  Fine.  So now you're back at the
6  Airbnb.  You're there, Matt Bennett is there,
7  correct?
8      A.    In addition to about eight other
9  people, yes.
10     Q.    Is Lisa Barbounis one of those eight
11 people?
12     A.    Yeah, I believe she was there.
13     Q.    And Patricia McNulty is one of those
14 eight people?
15     A.    I believe she was there, yeah, she
16 slept there that night.
17     Q.    Marnie Meyer is one of those eight
18 people?
19     A.    She also slept there.
20     Q.    Was there someone named Raheem Kassam?
21     A.    Yeah, Raheem was there.
22     Q.    Was there some people from Pinsker
23 there?
24     A.    Can you be more specific?
25     Q.    No.  I don't know how to be.  Were

Page 177

1  there Pinsker people there?
2      A.    Yes.  Would you like the names of the
3  people who were there?
4      Q.    If you know their names, you're welcome
5  to say them for the record.
6      A.    Sure.  Elliot Miller, Jonathan Hunter,
7  a guy named Ryan, I don't remember his last name,
8  Yosef or Yusef, guy named Steve Shimel [ph] was
9  there.  I want to say -- there was two or three
10 others, they go to Oxford and Cambridge, okay,
11 they're students, that are involved with this
12 organization called the Pinsker Centre, but there was
13 -- must have been at least 14 or 15 people there.
14     Q.    And you started smoking marijuana?
15     A.    No, I smoked cigarettes at that time.
16     Q.    Do you smoke marijuana?
17     A.    Now, no.
18     Q.    Knowing that there is nothing wrong
19 with it because it just got legalized in New Jersey
20 and legalized in 15 other states?
21     A.    No, you asked me if I smoke marijuana
22 now.  I said no.
23     Q.    At that time did you?
24     A.    I have smoked marijuana in the past.
25     Q.    So now you're all back, I think -- did

Page 178

1  you order some pizza into the room or did you go get
2  pizza on the way back there?  How did that happen?
3      A.    Raheem Kassam ordered pizza.
4      Q.    Okay.  And were you sitting on the
5  couch next to Lisa Barbounis and Patricia McNulty?
6      A.    When?
7      Q.    When you got back to the Airbnb.
8      A.    No, I don't think so.
9      Q.    At no time did you sit on the couch
10 with them.
11     A.    I may have, but the exact time you're
12 asking me if I did, I had conversations with the
13 students, I played the game of Battleship with them
14 -- we actually got this box of Battleship from one of
15 the bars which was one of these board game bars,
16 brought it back to the condo, whatever it was, and I
17 remember that some people were taking pictures
18 because the view was over Logan -- not Logan --
19 anyways, one of the circles on Massachusetts Avenue,
20 and then we were playing a game of Battleship, you
21 know, the board game Battleship, at the dining room
22 table, and the entire room was this, like, purple
23 couch that extended like this, like an oval.  The TV
24 was to the left.  There was a table for chess that
25 came around.  There was a dining room table which

Page 179

1  divided -- there was no walls, but it divided the
2  kitchen area from the living room, but everything was
3  all together.  So I had this very intense game of
4  Battleship against Elliot Miller, and -- I don't even
5  know where he is than you, but that's what I
6  remember.  And then I also remember rolling
7  cigarettes because the Brits, they don't know how to
8  roll cigarettes, they're -- I don't smoke anymore,
9  but doesn't matter.  And then I was rolling the
10 cigarettes and I would go outside to the balcony --
11 it was cold, man.  It was really cold.  That's what I
12 remember.  And then there was a point where it was
13 getting late, I said everybody's got to go, we're
14 going to sleep -- because at AIPAC I had a meeting at
15 8 a.m. the next day --
16     Q.    Did you whisper that in Ms. McNulty's
17 ear?
18     A.    Did I whisper what -- I didn't whisper
19 anything.  I don't whisper.
20     Q.    That everyone had to go?
21     A.    I'm a pretty --
22           THE COURT REPORTER:  I can't hear
23     you.  I can't hear you.  Can you repeat
24     that question?
25  BY MR. CARSON:

Page 180

1  Q.  Did you whisper that in Ms. McNulty's
2  ear?
3  A.  No, Mr. Carson, I don't whisper, I'm
4  always told -- one of the complaints that Mr. Pipes
5  said is that I'm too loud.
6  Q.  So you --
7  A.  So I don't -- I don't whisper into
8  people's ears, no.
9  Q.  Did you yell into her ear then?
10  A.  No, I -- that would not be nice if I
11  yelled in someone's ear.  I don't yell in people's
12  ear.
13  Q.  Did you tell her that everyone should
14  go, it should just be the two of you there?
15  A.  No, I never said that.
16  Q.  Did you pick her up by her butt and put
17  her on your lap?
18  A.  No, I've never touched Ms. McNulty in
19  such a fashion.  I've actually never probably ever
20  touched Ms. McNulty, so that accusation is
21  outlandish.
22  Q.  Well, she made the accusation against
23  you.  Is she lying?
24  A.  Mr. Carson, Tricia McNulty has made
25  seven different versions of an allegation of some

Page 181

1  nature which started one way when you sent the letter
2  to us on June 20th and it morphed into this story on
3  and on and on to this day that she -- not this day,
4  but that she gave another version some -- two weeks
5  ago she testified.  Ms. McNulty is lying, there is no
6  other word to say it, when she says that I in one way
7  or another may have touched her on some couch that I
8  don't remember even sitting on.  So, yes, she's
9  lying.
10  Q.  Well, is Ms. Barbounis lying, too,
11  then?
12  A.  Ms. Barbounis is a whole other case of
13  lying.  Ms. Barbounis --
14  Q.  Well, she said --
15  A.  -- according to --
16  Q.  -- that she saw you on the couch next
17  to Ms. McNulty and she said --
18  A.  Ms. Barbounis says a lot of things.  I
19  can't testify to the veracity of what Ms. Barbounis
20  sees.  She sees a lot of things that have already
21  been disproven, Mr. Carson, so, no --
22  Q.  So they're --
23  A.  -- I don't --
24  Q.  So they're both lying.
25  A.  Well, what are they lying -- what are

Page 182

1  you saying they're lying about?
2  THE COURT REPORTER:  I can't hear
3  your questions because you're talking at
4  the same time that he is.  Please repeat
5  it.
6  BY MR. CARSON:
7  Q.  My question is, so are they both lying
8  then?
9  A.  What are you talking about?  What are
10  they -- what are you saying they're lying about?
11  Q.  Ms. Barbounis and Ms. McNulty have
12  consistently alleged since November of 2018 that you
13  were on the couch between them, that you put your arm
14  around Ms. Barbounis, that you put your other arm
15  around Ms. McNulty, you pulled them both toward you,
16  that Ms. McNulty -- picked her up by her butt and
17  put her on your lap and started whispering in her ear
18  that everyone should leave and it should just be the
19  two of you in the room.  They both allege that.  Are
20  they both lying?
21  A.  Mr. Carson --
22  Q.  Yes or no.
23  A.  -- first of all -- first of all, what
24  you're alleging has been told in this case, in
25  multiple cases, seven different ways.

Page 183

1  Q.  Okay.
2  A.  So that's the first thing.  So if you
3  want to address each allegation how it's changed
4  seven times --
5  Q.  Yeah --
6  A.  That's one thing.
7  Q.  -- I would be happy to do that, but can
8  you just answer the question?
9  A.  Sure.  But the answer to those --
10  Q.  Were they lying?
11  A.  -- seven different stories is they
12  lied, they lied, they lied, they lied, they lied,
13  they lied, they lied, seven times.  Yes, they lied.
14  Q.  So what -- so tell me these seven
15  different stories.  When did you hear the first one?
16  A.  Well, it's not that I have to see them,
17  it's we have to go through the complaints.  You filed
18  four complaints, in Yonchek, in Brady, in Barbounis
19  --
20  Q.  We're only here today to talk about one
21  case.
22  A.  No, but you're asking about the lies.
23  You tell the story a different way in each of your
24  complaints.  We have to address each lie if you would
25  like to really get into the specificity of it.

Page 184

1  Q.  I think -- Mr. Roman --
2  A.  So you say it one --
3  Q.  Just slow down --
4  A.  I'm just trying to answer your
5 question, Mr. Carson. I'm sorry. I won't answer if
6 you don't want me to.
7  Q.  I'm going to give you an opportunity to
8 explain yourself. Slow down for a second.
9     You testified that -- from when until
10 when has the story morphed. Give me the first date
11 of the -- the date of the first story and give me the
12 date of the last story and then we'll fill in the
13 blanks once we have a date range that we can talk
14 about. So please --
15  A.  Sure.
16  Q.  -- give me the date the first story was
17 alleged.
18  A.  So I wasn't there when the first story
19 was told, so I can't tell you the exact --
20  Q.  Approximate date.
21  A.  -- date. So I think there was text
22 messages between Lisa and Tricia from around the time
23 that Lisa started her relationship with Danny Tommo,
24 October 23rd, 2018, and they start talking about a
25 Gregg plan, which Lisa Barbounis acknowledged in her

Page 185

1 testimony given at her deposition last week --
2  Q.  That's not what --
3  A.  -- or two weeks ago -- I'm getting to
4 this. Because what they're doing is --
5  Q.  That's not what we're talking about.
6 I'm --
7  A.  Mr. Carson, you're asking me when the
8 lies started. I'm trying to give you the context.
9  Q.  I'm asking -- I don't -- I don't want
10 context. I just want a date so we -- and then --
11  A.  I'm giving you the date, but I got to
12 identify the specific thing so I don't --
13  Q.  No, you don't.
14  A.  -- mess it up.
15  Q.  No, you don't, because I -- you're
16 going to get there. All right? Just we got to take
17 it slowly so that the record is clear.
18  A.  I'm going real slow, real slow.
19  Q.  So you're saying the date of the first
20 story -- and we're specifically talking about AIPAC
21 right now and what happened on that couch, what did
22 or did not happen on that couch. Okay? That's what
23 we're talking about right now. And everything that
24 we're discussing relates to that couch right now.
25  A.  Right.

Page 186

1  Q.  So -- and you testified that that story
2 has morphed and that there has been --
3  A.  Oh yeah.
4  Q.  -- eight versions of the story, so --
5  A.  Seven versions, not eight. Seven.
6  Q.  Seven. And so the first -- and you
7 don't -- I'm not going to hold you to the number.
8  A.  I think it's seven. It might be eight,
9 it might be six.
10  Q.  Approximately. So --
11  A.  Sevenish or so.
12  Q.  -- the first -- the first one that
13 you're aware of occurred around October of 2018; is
14 that right?
15  A.  No, I said when Lisa Barbounis revealed
16 that she had started an affair with Danny Tommo to
17 Tricia McNulty, that's the first time.
18  Q.  The first time --
19  A.  I think it was October --
20  Q.  -- that you heard the story.
21  A.  -- 23rd or 24th -- I didn't hear her
22 story; that's after reviewing the litigation and all
23 of the discovery that you produced, that's when it
24 starts making sense of this lie.
25  Q.  That's not what I'm -- that's not what

Page 187

1 I'm asking you. I'm -- you said that the story of
2 how they described the incident has morphed seven
3 times around.
4  A.  Correct.
5  Q.  So I'm wondering when the first version
6 of the story was told. Is that around --
7  A.  The first --
8  Q.  -- October 2018?
9  A.  The first version was told when Tricia
10 McNulty concocted it in a text message to Lisa
11 Barbounis around October 23rd.
12  Q.  All right. Concocted it? Concocted?
13  A.  Yeah.
14  Q.  Okay. Give me a second. Let me write
15 it down. When Tricia concocted it in a text to Lisa
16 Barbounis in October 2018. Okay.
17  A.  Not October, like --
18  Q.  Around.
19  A.  -- October twenty -- because if you're
20 saying October, there is other events that took place
21 in October --
22  Q.  It's not a test.
23  A.  -- that was a different version of
24 the story --
25  Q.  You can say in or around.

Page 188

1  A.  -- than from what they originally said.
2      THE COURT REPORTER:  One at a
3  time, please.
4  BY MR. CARSON:
5  Q.  It's not a test.  We're going to say in
6  or around.  We have to be able to make -- we have to
7  be able to outline this, so --
8  A.  I'm trying to outline this, Mr. Carson.
9  You're saying --
10  Q.  No, no, no.
11  A.  -- in or around.  I'm saying --
12  Q.  Wait for a question.
13  A.  -- October 23rd.
14  Q.  You got to wait for a question.
15  A.  I'm waiting.
16  Q.  All right.  The first version of this
17  concocted, quote/unquote, version, quote/unquote,
18  allegation, whatever, it was when Tricia texted it to
19  Lisa Barbounis sometime around October 2018.  Okay?
20  Is that fair?
21  A.  Well, there is multiple references to
22  conversations --
23  Q.  You got to just answer the question yes
24  or no.  Is it fair -- if it's not, then correct me.
25  A.  I'm correcting you.  There's --

Page 189

1  Q.  I'm looking for a date.  When?
2  A.  So I give you a date.
3  Q.  Okay.  When?
4  A.  I said that the first version that I'm
5  aware of or that I remember was based on text
6  messages that I reviewed that you have produced
7  between Tricia and Lisa around the time that Lisa
8  started having an affair with Danny Tommo --
9  Q.  That was in -- that was well into 2019,
10  so --
11  A.  No, no, that --
12      THE COURT REPORTER:  I can't hear
13  you.  I can't hear you.
14      THE WITNESS:  Mr. Carson, Lisa
15  Barbounis testified to starting an
16  affair with Danny Tommo on October 23rd,
17  2018.  You should recollect what your
18  own client said about her affairs.
19  BY MR. CARSON:
20  Q.  Sorry, I don't, but that's fine.
21  A.  So -- well, how are we doing -- we got
22  to be accurate with these dates, so --
23  Q.  Just give me a date.
24  A.  -- I'm trying to give you the accurate
25  --

Page 190

1  Q.  Mr. Roman, I need a date.  I just need
2  a date.  I don't need to know what's around the date.
3  Just give me a date.  Give me a date.
4  A.  Like I said, I'm trying to tell you --
5  Q.  Just give me a date.
6  A.  -- that I think --
7  Q.  The next words out of your mouth need
8  to be a month and a year.
9  A.  I think the affair started October 23rd
10  and I think that's when the text messages started.
11  Q.  So then why did you say wrong when I
12  just said in or around October 2018?
13  A.  Because it's not specific enough.  We
14  have to be as specific as possible.
15  Q.  No, we don't.  We can be general.  It's
16  easier.
17  A.  Mr. Carson, I don't want that -- I
18  don't want that to be my testimony.
19  Q.  Mr. Roman, stop --
20  A.  I want to have specific --
21  Q.  -- interrupting me.
22  A.  -- testimony.
23  Q.  The court reporter can't take two
24  people talking at the same time.
25  A.  Okay.

Page 191

1  Q.  October 23rd, 2018.  Done.
2  A.  I think.  I think October 23rd.
3  Q.  When's the last one, the most recent
4  one.  Give me a month and a year.
5  A.  When -- either when Lisa or Tricia gave
6  their testimony during their deposition, that's the
7  last time we heard a different version of the story.
8  Q.  Okay.  During the dep.  Okay.  And
9  you're saying in between those there were five more
10  about?
11  A.  I would say that there was two versions
12  of the story, one told by Lisa and one told by
13  Tricia, when they were examined by Dr. Barbara Ziv,
14  the forensic psychiatrist that examined both of them
15  a few months ago.  Lisa told one version of the
16  story, Tricia told another version of the story.
17  Q.  Of AIPAC.
18  A.  Of AIPAC, that's what we're talking
19  about, this alleged --
20  Q.  Of the couch.
21  A.  -- couch incident that never happened.
22  Q.  Of what happened on the couch or what
23  didn't happen on the couch at the AIPAC conference,
24  correct?
25  A.  What didn't happen at the couch at the

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 192

1  AIPAC conference.
2      Q.   We're talking about the same thing,
3  Mr. Roman, so --
4      A.   We're not, Mr. Carson.  We're not
5  talking about the same thing.
6      Q.   Okay.  We're not.  We'll pretend like
7  we're not.  So -- so then you said another version is
8  a version that Patricia provided to Dr. Ziv and
9  another version is a version that Lisa provided to
10 Dr. Ziv?
11     A.   Correct.  Now we're at five.
12     Q.   No, we're actually at four now, but
13 that's okay.
14     A.   Well, no, we have the text message, we
15 have --
16     Q.   Text message --
17     A.   -- one testimony from Lisa --
18     Q.   Right.
19     A.   -- we have another testimony from Lisa
20 -- excuse me, from Tricia, that's three.  We have
21 Tricia's story that she told Dr. Ziv.  We have Lisa's
22 story that she told Dr. Ziv.  So that's five.
23     Q.   Okay.  It would be easier if you just
24 let me be -- you answer the questions and let me
25 organize it.  Okay?

Page 193

1      A.   I just want to make sure my testimony
2  is accurate.
3      Q.   The first one I have is from October
4  23rd, 2018, sometime around, in a text message.  All
5  right?  The last one I have is when Lisa provided
6  testimony at a deposition.  In between those two I
7  have Patricia providing testimony -- or not
8  testimony.  Patricia providing a statement to Dr. Ziv
9  and then I also have Lisa providing a statement to
10 Dr. Ziv, and I believe the last one, the sixth one
11 that you're testifying about, is Ms. McNulty
12 providing testimony at deposition, correct?
13     A.   We're at five and now we have two more
14 but there is actually probably five more now that
15 you're helping me jog my memory.
16     Q.   So --
17     A.   We're at about ten right now.  So we're
18 at five.  I'm going to give you another five.
19     Q.   We're at five.  Just slow down.
20     A.   I'm sorry.
21     Q.   Just give me one more, just one more
22 right now.
23     A.   Okay.  So the next one that I recall is
24 Tricia McNulty's accounting of what she says happened
25 at AIPAC in her complaint that was filed October

Page 194

1  27th, 2019, in the Eastern District of Pennsylvania.
2      Q.   Okay.  And I'll represent to you I
3  copied and pasted all the complaints, so regardless
4  of the fact that there is multiple complaints, it's
5  all the same, it's all one big story.
6      A.   Can you just clarify -- just to
7  understand.
8      Q.   Never changed a word of the complaint.
9  Every time I file a new complaint I just copy and
10 paste --
11     A.   You took the same complaint in
12 Barbounis, you put it in McNulty, you put it in
13 Yonchek, you put it in Brady?
14     Q.   No, that's not -- what I'm saying is
15 that Ms. McNulty's filed more than one complaint.
16 She's filed a complaint and an amended complaint,
17 another amended complaint.  I'm saying all the
18 accounts in those three complaints are the same.
19     A.   Okay.  Well --
20     Q.   So we're going to say the complaint is
21 one more story.
22     A.   It's not -- it's not, though, because
23 what you wrote in your civil complaint is different
24 from what is written in the handwritten complaint
25 that either Barbounis or McNulty gave to the EEOC in

Page 195

1  or around June 5th of 2019.
2      Q.   That's called a charge.
3      A.   So the charge and the complaint -- so
4  she files a complaint that has one version, she files
5  a charge that has a different version, two different
6  versions within two weeks of each other.  There is
7  more versions of her story than I knew about.  This
8  is -- you're really enlightening here.
9      Q.   We're going to take a look at them and
10 you're going to explain this.  All right?  I'm just
11 --
12     A.   Well, I can't explain anything that
13 didn't happen, Mr. Carson.
14     Q.   Well, we're going to -- just -- let me
15 just lead the way and I'll --
16     A.   All right.  Sorry.  My apologies.
17     Q.   You're doing fine.  Just keep going.
18 All right.  So the EEOC charge is another version.
19 So we have one, two, three, four, five, six, this is
20 -- that's seven, the charge is number seven.  Do you
21 -- are there any others you want to say -- can I
22 suggest one.
23     A.   Well, I think there is a version that
24 Ms. McNulty gave to Mr. Pipes.
25     Q.   That's the one I was about to suggest.

Page 196

1    A.    That's eight.
2    Q.    So the letter -- the letter to
3  Mr. Pipes.  Okay?
4    A.    No, no, I didn't say -- you're putting
5  words in my mouth, Mr. Carson.
6    Q.    Well, I was about to -- it's this right
7  here.  This is the letter to Mr. Pipes.
8    A.    Not this.  This would be another
9  version.
10    Q.    Okay.  So -- so you're going to --
11  well, let's just -- the letter to Mr. Pipes is one.
12  Okay?
13    A.    There's three or four more versions.
14  We haven't gone over all the versions yet.
15    Q.    Is it fair to say the letter to
16  Mr. Pipes is one of them; okay?
17    A.    One, but not the last one.
18    Q.    Not the last one.  Okay.  The letter to
19  Mr. Pipes --
20    A.    There is a difference --
21    Q.    I'll call him Dr. Pipes.  And --
22    A.    He actually prefers Mr. Pipes.  I mean,
23  I know he's got the doctor but --
24    Q.    I don't know.  I deal with --
25    A.    But this is not -- this is not the one

Page 197

1  between October 23rd and this -- it says November
2  4th.  I also understand that --
3    Q.    There is a statement on 11/1.
4    A.    On 11/1 and there is another version
5  that McNulty tells Meyer or Lisa, maybe she changed
6  her version from --
7    Q.    We don't have Ms. Meyer's statement
8  here.  Can we just --
9    A.    No, but you're asking me about every
10  one that took place.  What we do have is the text
11  messages between Meyer and McNulty that was produced
12  by your coworker Erica Shikunov --
13    Q.    I don't think she --
14    A.    -- that has -- no, but -- I'm not
15  saying -- she has another story of how that went
16  through, so we must be at like 12 or 13 right now.
17    Q.    Right now we're at one, two, three
18  four, five, six, seven, eight, right now we're at
19  nine.
20    A.    Nine.
21    Q.    I don't have -- I mean, if you want me
22  to say the version she gave to Ms. -- to Ms. Meyer,
23  is that what you want to say?
24    A.    I don't know.  Mr. Carson, McNulty
25  hasn't turned over any discovery except for a few

Page 198

1  text messages in this case, so I don't know what she
2  said to Marnie.  I have what we have produced by
3  Marnie Meyer's counsel in Meyer versus MEF, but there
4  has been no evidence or limited amount of evidence
5  produced by McNulty versus MEF.  I think there is a
6  motion for contempt against Ms. McNulty that we're
7  waiting to see what Judge Brody is going to say, so I
8  can't answer that right now.
9        THE WITNESS:  Can we take a break?
10  I got to get some water.  Is that okay?
11        MR. CARSON:  Absolutely.
12        THE WITNESS:  Okay.  All right.
13  Take five minutes?
14        THE VIDEO SPECIALIST:  We're off
15  the record.  It's 4:31 p.m. Eastern.
16        THE WITNESS:  Thank you,
17  Mr. Carson.
18        (A brief recess was taken.)
19        THE VIDEO SPECIALIST:  We're back
20  on the record.  It's 4:43 p.m. Eastern.
21        THE WITNESS:  Can you guys see me
22  okay?
23        THE VIDEO SPECIALIST:  Yes.
24  BY MR. CARSON:
25    Q.    All right.  So, Mr. Roman, screen share

Page 199

1  -- all right.  So do you see this right here,
2  Mr. Roman?  See it?
3    A.    Yeah.
4    Q.    I'm going to represent to you this is
5  the EEOC charge that was filed at the EEOC, it's been
6  turned over and marked LBEEOC docs.  This is the dual
7  filing letter --
8    A.    Actually it looks like a -- looks like
9  a different document than the one we have from when
10  you first sent it --
11    Q.    Yeah, it's not.  It's the exact same --
12  I mean, I don't know what you have, but this is what
13  was filed with the EEOC.  This is the second charge
14  of discrimination.  You can tell because of the date.
15    A.    Second charge.
16    Q.    What?
17    A.    So this is the second charge.
18    Q.    This is the second charge for
19  retaliation because of the lawsuits you guys filed
20  against her.
21    A.    Yeah, I understand that, but what I was
22  saying is that there -- the first charge was in June
23  -- you sent that -- there you go.  That's June.
24  Okay.
25    Q.    So let's just take a look at how it's

Page 200

1 explained -- I mean, look, this is Lisa Barbounis's
2 charge.  Lisa Barbounis wrote in her charge in the
3 material facts section Airbnb -- see AIPAC
4 conference?
5      A.    It's spelled incorrectly.
6      Q.    Sorry.  AI, right?
7      A.    Uh-huh.
8      Q.    So see it says respondent Gregg Roman
9 sat on the couch between charging party Lisa
10 Barbounis and coworker Patricia McNulty?
11      A.    I can read -- yes, that's what it says.
12      Q.    All right.  So --
13      A.    It's kind of hard to see with the blue.
14      Q.    What?
15      A.    You highlighted it in blue and I
16 couldn't see the text when you highlighted it.
17      Q.    It ends right here.  Right?  This is
18 the part that explains the couch.  It goes from 20 to
19 26.  Okay?  Do you see that?
20      A.    Go up a little bit.  Yeah, okay.
21      Q.    20 to 26.
22      A.    Okay.
23      Q.    Did you read that?
24      A.    27 has AIPAC in it, too.
25      Q.    27 is just a legal conclusion.

Page 201

1      A.    I'm not -- I don't understand the law,
2 but I can start from 20 and read down to twenty --
3      Q.    I mean, I will suggest to you that this
4 is just my characterization of the facts that my
5 client alleged.
6      A.    Exactly, Mr. Carson.  Exactly.
7      Q.    Right.  I made a legal conclusion on
8 behalf of my client.
9      A.    No, but that's what I'm saying, it's
10 your conclusion of one of at least 12 different
11 versions of what McNulty has said to private people
12 on the public record in different areas.  All of
13 these different representations of what she says
14 happened that evening --
15      Q.    Right.  So --
16      A.    -- are just -- are just -- they really
17 make what the allegations confusing -- first of all,
18 I'm saying they didn't happen, but, beyond that, she
19 said -- she tells so many different versions in so
20 many different forums --
21      Q.    Let me -- I understand.  You said that
22 already.  That's why we just made a list.  So let --
23 now we're going to look at what you're talking about.
24 So I'll represent to you that this -- this part is
25 not a legal conclusion, the calling it a sexual

Page 202

1 assault is, okay, so it's part legal conclusion, part
2 -- but I don't think it continues.  There is no more
3 description of the couch incident in this charge.
4 Okay?  Fair enough?
5      A.    No, the alleged couch incident is how
6 it should be represented.
7      Q.    What?
8      A.    You're saying there was a couch
9 incident.  I'm not acknowledging that there was a
10 couch incident.
11      Q.    We know -- Mr. Roman, no one is trying
12 to trick you into acknowledging --
13      A.    You just said couch incident, so I
14 don't want to have the record be incorrect.
15      Q.    Let me just -- I'm going to describe it
16 as the couch incident.  The couch incident refers to
17 what may or may never have happened on the couch.  My
18 client alleges it happened, Mr. Roman alleges it
19 didn't happen.  We know.  This is what we call a
20 material fact in dispute.  We understand that.  No
21 one is trying to trick you into saying it happened.
22 I'm just calling it the incident, just -- all right?
23 That's what -- fair enough?
24      A.    Not --
25      Q.    When I say the incident I mean what --

Page 203

1 what you allege didn't happen is fine.  We can call
2 that the incident.  Okay?  When I say incident, I'm
3 alleging -- what I mean by that is what Mr. Roman
4 alleges did not happen on the couch that Ms. McNulty
5 alleges did.  That's what that --
6      A.    Correct, did not happen on the couch.
7      Q.    Okay.  So this is her characterization
8 of what happened on the couch filed at the EEOC,
9 right?  That's one of the times you said her story
10 changed?
11      A.    Well, actually, it doesn't start at 20;
12 it goes before 20.  The whole story -- 18 -- is there
13 something in 17?
14      Q.    Let's just make it easy and just
15 relegate it to the couch --
16      A.    Mr. Carson, you're showing me a
17 document that's 31 pages long --
18      Q.    This says -- this says exactly what you
19 already testified to.  Respondent and Matt Bennett
20 booked an Airbnb in D.C.  Lisa Barbounis had a hotel
21 room.  The other female employees including Barbounis
22 also had a hotel room.
23      A.    Yeah, but the thing is is that you
24 write in your first complaint against me that I
25 forced McNulty to go to Washington D.C.  You said

Deposition of GREGG ROMAN                              Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 204

that I trafficked her there.  So, again, you have a
representation here that's different from a
representation that you made in October that's
different from another representation that your
client made two weeks ago.
    Q.    Mr. Roman --
    A.    So I don't know which one we're talking
about here.  If this is like -- if you're asking me
to comment on this version --
    Q.    Yeah, no --
    A.    -- okay, fine.
    Q.    That's what we're looking at.  We're
looking at a charge.
    A.    Right.
    Q.    Right?
    A.    But it's just there's so many different
versions of this, Mr. Carson.
    Q.    But we've heard you say that --
    A.    I don't know what you want.
    Q.    We've heard you say that.  We actually
listed the number of versions that you allege are out
there and that you --
    A.    I'm not alleging it.  You have -- the
records have showed me.  It's --
    Q.    Right.

Page 205

    A.    -- a material fact not in dispute.
    Q.    But what I'm going to show you is that
they're all the same version, Mr. Roman, but, like,
you know --
    A.    You can show me whatever you want,
Mr. Carson, but --
    Q.    But this is --
    A.    -- I'm just telling you --
    Q.    -- the version that you --
    A.    -- there's so many stories.
    Q.    -- that you said that my client made,
which she did, to the EEOC on June --
    A.    That's not what I'm talking about.
    Q.    It's one of the ones you listed, Mr.
Roman.
    A.    One of them but not the one I was
specifically referring to --
    Q.    It's one of the -- it's one, two,
three, four, five, six, seven, eight, nine, ten, it's
one of the ten that you came up with.
    A.    One of ten.
    Q.    You said there is ten different
versions.  This is one of them.
    A.    There is this -- the one -- the one in
this specific one that I'm talking about, there is

Page 206

a handwritten complaint that I think -- I think she
maybe --
    Q.    This?  This?
    A.    I don't know.  I'm talking about
McNulty's complaint, not Barbounis's.  There is a
handwritten complaint that McNulty filled out -- am I
allowed to ask counsel -- is that okay if I ask
counsel something?
    Q.    No.
    A.    Not to tell me something, but if we
have a document that I'm referring to and I can say,
hey, counsel, can you get that document, can he do
that?
    Q.    If they want to jump in and say what
you're talking about, it's fine, I can pull it up.
    A.    Okay.  So there is this document that I
reviewed I think like a day or two ago and it was a
handwritten --
    Q.    Did it look like this?  Did it say
charge of discrimination?
    A.    There was a few.  There is the McNulty
one and there's the Barbounis one.  Okay?  But this
is specifically McNulty's recollection of the alleged
couch imbroglio and it says something in there that's
different --

Page 207

    Q.    What does it say?
    A.    -- from this.  Can I ask counsel to get
that document so I can be specific?
    Q.    What does it say that's different?
    A.    It says there -- let's go back -- let's
-- let me read 20 through 28 and I'll tell you what's
different.  And then I want to read the one that we
were talking about.  Can I just ask counsel to get
that for me?  Is that okay, Mr. Carson?
    Q.    If they know what you're talking about,
they're welcome to jump in and say what it is.
    A.    Okay.  Can I do a -- without breaking
privilege I'm going to ask Mr. Gold --
    THE WITNESS:  There is a document
    that's a handwritten allegation,
    Mr. Gold --
    MR. GOLD:  Uh-huh.
    THE WITNESS:  -- that I may have
    read and you were aware that I read
    yesterday, two days ago, you know what
    I'm talking about, Mr. Gold?
    MR. GOLD:  Talking about the
    charge of discrimination that was filed
    with the commission?
    THE WITNESS:  The handwritten one.

Page 208

1   There was one that Mr. Carson typed up
2   and sent --
3        MR. GOLD:  Right.
4        THE WITNESS:  There's a
5   handwritten one either from Barbounis or
6   McNulty.  Do you have that?
7        MR. GOLD:  Matt, can you pull that
8   up?
9        THE WITNESS:  Either Matt or Bill
10  Rieser, do you guys have that?
11       (Simultaneous speakers.)
12       THE WITNESS:  I can't hear you.
13       THE COURT REPORTER:  I can't hear
14  you at all.
15       MR. GOLD:  It's the charge that
16  was filed -- can you hear me now?
17       THE COURT REPORTER:  Yes.  Thank
18  you.
19       MR. GOLD:  It's the charge that
20  was filed with the EEOC back in June --
21  on June 7th, 2019.
22       THE WITNESS:  Is that McNulty or
23  Barbounis?
24       MR. GOLD:  I think it's Barbounis.
25       THE WITNESS:  So do we have that,

Page 209

1   Mr. Carson?
2        (Simultaneous speakers.)
3        THE COURT REPORTER:  Sorry.
4   Everyone is talking at the same time
5   again.
6        (Simultaneous speakers.)
7        MR. GOLD:  Mr. Carson typed up the
8   actual charge.  Here it is right here.
9   That's not -- this is it.  Here is what
10  you're talking about.  Correct?
11       THE WITNESS:  Yeah.  So it's in,
12  like, the little -- it's in the thing
13  here, I think in the little sheet --
14       MR. GOLD:  Yeah, keep going down.
15  You'll see -- then there's a letter from
16  Mr. Carson to the commission.  Keep
17  going.  Keep going.  Keep going.  Keep
18  going.
19       THE WITNESS:  There is nothing
20  there.
21       MR. GOLD:  Yeah, this is not the
22  -- this is not the charge.  Looks like a
23  right to sue letter.  Yeah, it's a right
24  to sue letter, it's not the document.
25       MR. CARSON:  The dismissal, this

Page 210

1   is a dual filing, this is the --
2        MR. GOLD:  Keep going.
3        MR. CARSON:  This is the entry of
4   appearance, this is the typed charge --
5        MR. GOLD:  Yeah, this looks like
6   it right here.  Go ahead.  Something
7   about escaping -- go ahead, let's see
8   what we got here.
9        MR. CARSON:  I think I know what
10  you're talking about.  Here -- I mean, I
11  just gave you a chance to read it, but
12  just take your time and read it slower.
13       MR. GOLD:  Why don't you read this
14  document, Mr. Roman, see if this is the
15  document you're referring to.
16  BY MR. CARSON:
17       Q.    So number -- so I'm not starting at the
18  dinner because I don't -- I mean, I think those facts
19  are probably not as material as what happened on the
20  couch.  So respondent proceeded to put his arm --
21       A.    What allegedly happened on the couch.
22       Q.    The incident that may or may not have
23  happened.
24            Respondent Gregg Roman sat on the couch
25  between charging party Lisa Barbounis and coworker

Page 211

1   Ms. McNulty.  Respondent Gregg Roman proceeded to put
2   his arms around both charging party Lisa Barbounis
3   and coworker Patricia --
4        THE COURT REPORTER:  Please.  You
5   have to slow down.
6        MR. CARSON:  Sorry.
7   BY MR. CARSON:
8        Q.    Respondent Gregg Roman grabbed coworker
9   Patricia McNulty by her upper thigh and violently
10  yanked coworker Patricia McNulty onto his lap.
11  Respondent Gregg Roman then began whispering
12  inappropriate sexual advances in coworker Patricia
13  McNulty's ear.  Charging party Lisa Barbounis was
14  present and witnessed this violent and aggressive
15  sexual assault.  Coworker Patricia McNulty tried to
16  pull away from respondent Gregg Roman who resisted
17  coworker McNulty -- McNulty's attempts to escape from
18  respondent Gregg Roman's grip.  Coworker McNulty had
19  to fight to get away.  Once coworker McNulty was able
20  to get away she left the room and entered the kitchen
21  area.  Thereafter charging party witnessed respondent
22  Roman leave the room and go upstairs.  He did not
23  return again -- downstairs again.
24       MR. GOLD:  Is that the document?
25       THE WITNESS:  Well, that's one

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 57 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 212

1   version, yeah.
2       MR. CARSON:  This document -- for
3   the record, this document is EEO --
4   LBEEOC Docs 1 through 31, and we'll make
5   that Roman 4.
6       THE WITNESS:  Yeah.
7       Mr. Carson, there is a very simple
8   reason why this cannot be true.
9   BY MR. CARSON:
10      Q.    Okay.
11      A.    The layout of the way Ms. McNulty --
12  I'm sorry, this is Ms. Barbounis alleging this, not
13  McNulty --
14      Q.    Well --
15      A.    -- right?
16      Q.    -- yeah, I mean it's -- yeah.
17      A.    But I don't understand why you would
18  include something that -- what McNulty said in
19  Barbounis's allegations.  Is this Barbounis's
20  representation of McNulty or McNulty's representation
21  of Barbounis?
22      Q.    Let me answer with a question.  If you
23  were discriminating against black people and you
24  called one black person the N word in front of
25  another black person, wouldn't that be discrimination

Page 213

1   against both of them?
2       A.    Mr. --
3       MR. GOLD:  Hypothetical question,
4   Mr. Roman, I'm not going to let you
5   answer the question.
6       THE COURT REPORTER:  Sorry, Mr.
7   Gold, can you repeat that?
8       MR. GOLD:  Hypothetical question.
9   I'm directing him not to answer the
10  question.
11  BY MR. CARSON:
12      Q.    Mr. Roman, it would be discriminating
13  against both of them, correct?
14      MR. GOLD:  Same objection.  Direct
15  him not to answer.
16      MR. CARSON:  You can't -- first of
17  all, you can't let someone not to
18  answer based on the fact that it's a
19  hypothetical.  That's not a reason to
20  tell him not to answer.  But if you --
21  look, I'm going to file a motion with
22  Judge Wolson already because of this
23  deposition.  So if you want to add that
24  to my list of things that you're doing
25  --

Page 214

1       THE COURT REPORTER:  I'm sorry --
2       MR. CARSON:  -- that are not
3   proper --
4       THE COURT REPORTER:  You guys have
5   to -- I know Mr. Gold was saying
6   something but I couldn't hear him.  You
7   have to talk one at a time, please.
8       MR. CARSON:  For the record,
9   Mr. Gold instructed the witness not to
10  answer the question --
11      MR. GOLD:  Because it was a
12  hypothetical question about African
13  Americans, but go ahead.  And Mr. --
14      THE WITNESS:  Mr. Carson's sound
15  got cut.
16      MR. GOLD:  -- Mr. Carson told me
17  to add it to my list, which I will do.
18      THE WITNESS:  I can't hear Mr.
19  Carson.
20      THE COURT REPORTER:  I can't hear
21  him either.
22      THE WITNESS:  Mr. Carson, your
23  sound is off.  Your microphone is off.
24      MR. CARSON:  Is it on now?
25      THE WITNESS:  Yeah, yeah, now I

Page 215

1   can hear you.
2   BY MR. CARSON:
3       Q.    So when you subject a female -- if you
4   subjected a female employee to sexual harassment in
5   front of another female employee, it's sexual
6   harassment of both of them; do you understand that?
7       A.    Mr. Carson, I didn't subject anyone to
8   sexual harassment.
9       Q.    But you understand that concept,
10  correct?
11      A.    What concept?
12      Q.    That sexual harassment could be
13  witnessing another member of your protected class
14  being subjected to discrimination based on their
15  gender.
16      MR. CAVALIER:  Object to form.
17      THE WITNESS:  Mr. Carson, I don't
18  understand the question.
19  BY MR. CARSON:
20      Q.    Well, you asked why there is an
21  allegation involving McNulty in a charge for Lisa
22  Barbounis, and I'm trying to help you understand with
23  my questions.  If Ms. Barbounis witnessed you
24  sexually assault a coworker, that could be sexual
25  harassment for both of them, that's -- do you

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 58 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 216

1  understand that?
2      A.   No.
3          MR. CAVALIER:  Object to form.
4          MR. CARSON:  Okay.  That's fine.
5  BY MR. CARSON:
6      Q.   But that's --
7          THE COURT REPORTER:  Sorry.  Who
8  was objecting?
9          MR. CAVALIER:  Cavalier.
10         MR. GOLD:  No one is objecting,
11  got right to the next question.
12         Mr. Carson, maybe you should
13  consider teaching a course in employment
14  discrimination next year at law school.
15         MR. CARSON:  Thank you.  Maybe I
16  will.
17  BY MR. CARSON:
18     Q.   The --
19     A.   Your sound went off again.  Your sound
20  went off again.
21     Q.   All right.  So let's get back to it.
22  So -- sorry, you guys are now watching a movie.  This
23  is --
24     A.   What movie.
25     Q.   I don't know.  Dolly Parton apparently.

Page 217

1  Let me get back to this -- here, let me stop so you
2  guys don't need to see my calendar.
3          All right.  So, anyway, my -- look,
4  let's get -- let's get through this.  So, look, the
5  charge of discrimination which is Roman Exhibit 4,
6  which is EEOC Docs 1 through 31, you do see this
7  description which is between Paragraphs 20 and, say,
8  27, right, Mr. Roman?  You see it.  That's all I'm
9  asking.
10     A.   Right, what I said was there is no way
11  at all it could be accurate because of the -- the
12  facts that are alleged in the charge -- one of 12
13  charges here, but this specific charge of 12, can't
14  be correct.  There is no way --
15     Q.   Why?
16     A.   -- at all, unless all of a sudden a
17  building in Washington D.C. has morphed magically
18  from one way to another, there is no way this could
19  be true.  There is at least five things I can point
20  out to you that make this incorrect.
21     Q.   Just take one at a time and point them
22  out.
23     A.   Sure.  Number one, the kitchen that's
24  mentioned here, what does it say?  It says -- hold
25  on.  Where is the kitchen.  Here.  Was able to get

Page 218

1  away.  She left the room and entered the kitchen
2  area.  There is no two rooms.  There is one room.  We
3  should get blueprints from this -- and I'm sure you
4  can get it from Airbnb.  There is no two rooms.
5  Okay?
6      Q.   So --
7      A.   One room.
8      Q.   -- does it say -- Mr. Roman --
9      A.   That's one.
10     Q.   -- does it say she went into another
11  room?
12     A.   It says she left the room, so if you're
13  in a room and you leave it, there by logic has to be
14  a second room.  Okay?
15     Q.   Because of that you're saying it's
16  impossible for this --
17     A.   No, I'm not saying that, I'm saying
18  that's one of five reasons why, besides my own
19  personal knowledge that it didn't happen, this is
20  incorrect.
21     Q.   Mr. Roman, let me ask you a question
22  real quick about that.  Was there --
23     A.   I have four more, Mr. Carson.
24     Q.   Was there a kitchen in the Airbnb?
25     A.   There might be a kitchen, I -- there

Page 219

1  was a kitchen area, yes, but wasn't in a separate
2  room.
3      Q.   There was a kitchen area?
4      A.   There was a kitchen area which was part
5  of the living room area.
6      Q.   Isn't that the language in the
7  complaint, kitchen area?
8      A.   No, it's not.  It's was able to --
9      Q.   See what I highlighted?
10     A.   -- get away -- it was able to get away,
11  she left the room, so it's three parts, so what she's
12  alleging is there is this couch, she's getting up,
13  she's leaving the couch, and then it says she left
14  the room.  So if the kitchen and living room are in
15  the same room, sorry, but the way that it's written
16  here, it couldn't have happened.
17     Q.   Okay.
18     A.   No way that could have happened.
19     Q.   Okay.  I mean, if you think that's
20  relevant testimony, then it's now on the record for
21  you.
22     A.   It's not what I think is relevant; I'm
23  just representing to you my recollection and the
24  blueprints of the place where I the individual with
25  Matt Bennett and Steve Shimel [ph] and Elliot Miller

Deposition of GREGG ROMAN                                Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 220

1 and Jonathan Hunter and everyone else who was there
2 will testify if you call them to testify, I think
3 they're on our initial disclosures, I think we're
4 having them testify, if they come testify, they will
5 testify there was never a different room between a
6 kitchen and the living room. It was all one room.
7 So this statement, Number 26 --
8      Q.    You said that one now. What's the
9 other --
10     A.    -- at least half of it is completely
11 inaccurate. Number two --
12     Q.    Because it says left the room, it means
13 that it couldn't have happened.
14     A.    Right. Number two --
15     Q.    Okay.
16     A.    Let's look at Number 27. Okay? It
17 says that this individual is yanked across the couch.
18 Okay?
19     Q.    Where does it say yanked across the
20 couch.
21     A.    Right there, right there, when he
22 violently yanked. That's what you allege. That's
23 what your client alleges. This is Lisa alleging it.
24     Q.    Can you -- can you talk about -- can
25 you say what you're talking about?

Page 221

1      A.    Number 27. Okay? What it says here
2 says -- this allegation, this incorrect allegation,
3 is when he -- when he yanked across the couch. Okay?
4 So you have yanked across the couch. What you're
5 saying is that there is -- Barbounis you're saying
6 is on one side, you're saying McNulty is on the other
7 side, unless the implication is is that they're on
8 the same side, okay -- what does it say there? It
9 says Barbounis was present and witnesses this -- this
10 thing, and this is -- this is where the problem
11 exists with the multiple representations. When she's
12 talking to Ziv, okay, she says that there is one
13 person on the couch on one side and there is another
14 person on the couch on the other side.
15     Q.    Isn't that what it says here?
16     A.    This -- this implies, if we can go up
17 to 20 --
18     Q.    Doesn't --
19     A.    -- was sitting on the couch --
20     Q.    -- Number 20 say that --
21     A.    -- between -- listen. Hold on a
22 second.
23     Q.    Mr. Roman --
24     A.    -- between Barbounis and McNulty.
25     Q.    Right.

Page 222

1      A.    So what you're saying is is that
2 there's two -- I guess we can't really do a
3 stenographic representation of where two people are,
4 but the laws of physics -- and I'm not -- I might be,
5 like, you know, a former wrestler or whatever, but to
6 lift somebody up to yank across the couch would mean
7 that there would have to be contact with someone
8 else, the actual positioning on the other side --
9 Mr. Carson, I'm not that able, I got a bad back, I
10 got a bad other side. There is no way that I would
11 have the strength even to do what's being alleged
12 there. Okay? I don't have the --
13     Q.    Okay.
14     A.    -- physical acumen to be able to do
15 such a thing. Now, beyond that, the third reason why
16 this didn't happen according to at least what's in
17 this charge --
18     Q.    Well, wait. Just to get it straight,
19 Mr. Roman, number one is because it says left the
20 room and number two is because you don't have the
21 physical acumen to yank someone --
22     A.    No, not just that, it would be
23 physically impossible -- the laws of physics would
24 not allow one person be lifted from one side across
25 the other side without contact going on someone else,

Page 223

1 and even if there was contact on someone else, the
2 ability to have two hands cross sitting on a couch I
3 don't see how it works. I'm not someone who deals
4 with anatomy, but to me that doesn't seem like it's
5 possible.
6      Q.    Okay.
7      A.    The third reason that I don't think
8 that this is possible is because of -- if we go to --
9 where is the upstairs part. Here, the second
10 sentence after the kitchen. Thereafter, charging --
11 hold on. Up. Go up. Thereafter charging party
12 witnesses respondent Roman leave the room and go
13 upstairs. Mr. Carson, there was no upstairs. It was
14 a one level --
15     Q.    So because of that it didn't happen.
16     A.    No, I'm giving you my analysis of
17 multiple reasons why I think beyond my own personal
18 denial that anything happened --
19     Q.    Do you have another reason?
20     A.    -- that this would be -- I do. I'm
21 just saying --
22     Q.    Go ahead. We got this one.
23     A.    -- there was no -- there was no
24 upstairs, so now we have three reasons why what she
25 writes here is completely unplausible in my opinion.

Page 224

1   Q.   Can you -- can we --
2   A.   Beyond my own personal denial.  The
3   fourth reason --
4   Q.   Mr. Roman --
5   A.   Yes.
6   Q.   -- just slow down for a second.  Okay?
7   A.   Sure.
8   Q.   You've listed three reasons so far.
9   A.   Three reasons.  I have two more to go.
10  Q.   Tell us number four and just please be
11  brief and so we can get through this.
12  A.   Mr. Carson, I'm trying to give you the
13  most accurate representation of what I remember from
14  that evening as it relates to everything else.
15  Q.   Just give us number four.  Let's go.
16  A.   The fourth reason is because in terms
17  of my own placement of where I was that evening --
18  Q.   Right.
19  A.   -- was sitting at the center of the
20  table surrounded by all members of the Pinsker Centre
21  for the entirety of the evening, there was never a
22  time that I would have sat on a couch, and, if there
23  was, it wouldn't be sitting next to Barbounis or
24  McNulty.  Could I have maybe been sitting next to
25  them?  Maybe.  It was a long -- it was two and a half

Page 225

1   years ago.  But I specifically remember engaging in a
2   game of Battleship against Elliot Miller, the game
3   which we had taken from the previous bar that we had
4   been from --
5   Q.   What's number five?
6   A.   That's four.
7   Q.   Right.
8   A.   Not five.
9   Q.   What's number five?
10  A.   That's four.
11  Q.   I asked you what is number five.
12  A.   Well, I'm saying that that's the other
13  reason, and also --
14  Q.   We got that one.  Go ahead.
15  A.   Mr. Carson, I'm trying to give you a
16  complete answer.
17  Q.   I know but we're just -- we got more to
18  go through, so, like, give us the fifth one so we can
19  get -- I'm trying to give you an opportunity to give
20  us the reasons.
21  A.   I'm giving you the reasons and I'm
22  trying to take my opportunity to tell you what the
23  reasons are.
24  Q.   Go ahead.
25  A.   Okay?  You had complained that I wasn't

Page 226

1   being specific enough before --
2   Q.   Mr. Roman, let's go.  What's number
3   five?
4   A.   -- and now I'm trying to be more
5   specific.
6   Q.   Okay.  What's number five?
7   A.   The fifth reason is because Ms.
8   McNulty, at least from what I remember Ms. McNulty
9   being, had been engaging in intimate and I would say
10  deep conversations of -- she was pretty inebriated
11  that evening, with Raheem Kassam and Lisa Barbounis.
12  She had spent the evening trying to be with
13  Mr. Kassam and even elected to stay at that apartment
14  and slept there after you're alleging -- or she's
15  alleging that she was sexually assaulted.  So this is
16  what I don't understand.  She mischaracterizes --
17  Q.   We got it.  She was talking to -- she
18  was talking to Kassam, so it couldn't have happened.
19  A.   It's not just that she's talking to
20  Kassam.  This is my final analysis.  She doesn't
21  remember what the place looks like.  She
22  mischaracterizes the room.  She doesn't remember how
23  many people were there.  And there is no other
24  witnesses to what happened beyond Ms. Barbounis who
25  has her own reasons and motivation to say something

Page 227

1   negative about me.  She doesn't even remember what
2   the layout of the actual people and who was there,
3   what was there, what was talked about.  And, lastly,
4   her condition itself is misrepresented 12 separate
5   times in 12 different stories.
6   Q.   What condition is that?
7   A.   The condition that she alleges she was
8   in saying that she was assaulted, and that never
9   happened, Mr. Carson.
10  Q.   Okay.
11  A.   That's why she's telling a lie, or
12  maybe she's just become so engrossed in this over the
13  past year and a half, two years, three years,
14  whenever she concocted this, that she's eventually
15  become part of the tissue of lies that Ms. Barbounis
16  has spread to so many different people and has caused
17  so much damage to so many people through her own
18  self-proclivities and malingering behavior.
19  Q.   Or maybe you just sexually assaulted
20  her at a party and screwed up because you were
21  drinking and smoking weed, right?
22  A.   No, Mr. Carson, that never happened,
23  and I do not appreciate the opportunity you've tried
24  to take to either oppress, harass, or annoy me as a
25  deponent in today's deposition.

Page 228

1  Q.    Mr. Roman, what are you, just like the
2  unluckiest person on the planet?
3  A.    Well, Mr. Carson, I would characterize
4  you as the unluckiest person on the planet because
5  these are your clients, but I didn't choose that; you
6  did.
7  Q.    Well, why -- so how many women have
8  accused you of sexual harassment in the last, say,
9  ten years?
10  A.    Well, if we take your clients --
11  Q.    Yeah, let's --
12  A.    -- and if we take --
13  Q.    -- let's start with them.
14  A.    -- and if we take -- well, I think the
15  answer is is anyone who has been represented by the
16  Derek Smith Law Group in an attempt to get over $30
17  million from the Middle East Forum, that's how many
18  people have represented --
19  Q.    Leah -- Alana Goodman?
20  A.    I'm giving an answer.
21  THE COURT REPORTER:  I can't hear
22  you.
23  BY MR. CARSON:
24  Q.    Well, the answer is a number, right?
25  So give me the number of people.

Page 229

1  A.    There is no number.  The number is
2  however many clients you have.  From what I
3  understand --
4  Q.    Let's count --
5  A.    -- Alana Goodman -- Alana Goodman --
6  Q.    Alana Goodman.
7  A.    -- has never accused me of sexual
8  harassment.
9  Q.    You don't call it an accusation of
10  sexual harassment when she says that you whipped your
11  penis out in front of her at a bar and told her --
12  A.    No --
13  Q.    -- that --
14  A.    -- what she said is --
15  Q.    Let me finish my question, Mr. Roman.
16  A.    I'm listening.
17  Q.    -- and you told her that she needed to
18  come -- that you needed to come to her hotel room in
19  order to get a story and that you wanted to trade sex
20  for stories?
21  A.    No --
22  Q.    That's not sexual harassment?
23  A.    -- Mr. Carson, if you had done your
24  investigation and you had looked into the background
25  of that, you would realize that there is four things

Page 230

1  about what Alana Goodman allegedly said --
2  Q.    My question, Mr. Roman, was, is that
3  sexual harassment, that behavior?
4  A.    No, Mr. Carson, because it didn't
5  happen.  You have to be able to take into account the
6  entirety of the story and the explanation I have to
7  give if you want to know what I think about it.
8  Q.    Well, Alana Goodman described in detail
9  it happening, so was she lying?
10  A.    What -- my interpretation of what Alana
11  Goodman said is is that I found out that a friend of
12  mine -- and you've never asked me what's the story
13  that Alana Goodman was talking about and did Alana
14  Goodman ever get the story, did she ever continue
15  communications with me afterwards, was there any
16  conversations that I've had with her after your
17  client recorded her without her knowledge of her
18  being recorded.  Was --
19  Q.    Does that matter?
20  A.    It all matters because maybe the tape
21  that you played for Daniel Pipes on Wednesday, or on
22  Tuesday, was not the full recording of the
23  conversation between Ms. Goodman and Ms. Barbounis at
24  the Schuyler Arms Tavern [ph] on June 26th, 2019.
25  Maybe you should have done a little bit more

Page 231

1  investigation into what actually happened there,
2  Mr. Carson.
3  Q.    Well, what do you think happened there?
4  A.    This is what I think happened.  I think
5  Ms. Barbounis was right on the precipice of filing
6  her EEOC complaint against me and my organization in
7  Philadelphia with you as her attorney.  She started
8  going out trying to misrepresent everything that ever
9  happened when she was an employee of the Middle East
10  Forum up until that time and she told a story of lies
11  to Ms. Alana Goodman and Goodman herself said, you
12  know what, maybe there is something that I'm going to
13  say happened when Roman wasn't even an employee of
14  the Middle East Forum and had found out that the
15  White House advisor for counterterrorism had told him
16  that the man responsible for murdering his friend,
17  beheading his friend, the day that his son was born
18  -- maybe you didn't hear about this, Mr. Carson --
19  Q.    I'm waiting for a link.
20  A.    -- was not going to be assassinated --
21  was not going to be assassinated by President Obama.
22  Okay?
23  Q.    Mr. Roman --
24  A.    On --
25  Q.    -- I'm waiting for you to link this to

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 232

1  what she --
2      A.    I'm linking it to you, Mr. Carson,
3  because the conversations that I had with Ms. Goodman
4  after this tape allegedly took place would show you
5  that I, first of all, don't even remember any of this
6  happening, but even to the extent that someone may
7  have, I don't know, you know, urinated on the side of
8  a building, the way it was characterized, it was a
9  complete mischaracterization of everything.  I cannot
10  wait until you bring Ms. Goodman forward as a witness
11  in this case --
12      Q.    Me neither.
13      A.    -- so she can tell what happens.
14      Q.    Okay.
15      A.    That's what I'm waiting for,
16  Mr. Carson.  Maybe you would like to depose her, too.
17      Q.    I would suggest to you that you'll have
18  that opportunity.  So --
19      A.    Beyond anything else, I would have to
20  see why she's even relevant to this case due to the
21  fact that any interactions that took place between me
22  and her from August of 2015 until today have been one
23  of a professional nature --
24      Q.    When is the last --
25      A.    -- and not what Ms. Barbounis has on a

Page 233

1  tape that she surreptitiously made as she's done to
2  so many other people.
3      Q.    When is the last time you spoke to
4  Ms. Goodman?
5      A.    I actually printed out -- and I can
6  volunteer to give this to you --
7      Q.    I just want a date.
8      A.    Probably at the end of 2019.
9      Q.    Did you ask her about the recording?
10      A.    I didn't know about the recording at
11  the time --
12      Q.    Have you ever spoken to her about the
13  recording?
14      A.    No, I have not.
15      Q.    How do you know that it was made
16  without her knowledge?
17      A.    I can't comment on privileged matters,
18  Mr. Carson.
19      Q.    That's not privileged.
20      A.    No, I'm saying that there may or may
21  not have been a conversation between counsel, but I'm
22  not a hundred percent sure.  I do know, though, that
23  a story that I've been investigating writing as it
24  relates to Lisa Barbounis for the better part of the
25  last year and a half -- one of the other jobs -- we

Page 234

1  didn't get into my professional history, but I'm also
2  an investigative journalist --
3      Q.    Mr. Roman --
4      A.    -- if you want to see my work --
5      Q.    -- I'm not asking questions about that
6  right now.
7      A.    You're asking me -- you're asking me
8  how I may know that Alana Goodman represented --
9      Q.    No --
10      A.    -- that what she said on tape wasn't
11  the whole story --
12      Q.    Right.  Who told you that?
13      A.    -- or wasn't accurate story.
14      THE COURT REPORTER:  One at a
15  time.
16  BY MR. CARSON:
17      Q.    Who told you that the recording was
18  made without her knowledge?
19      A.    Mr. Carson, I'm going to invoke
20  Pennsylvania Shield Law and the journalist's
21  privilege in terms of giving you that answer.
22      Q.    You can't.
23      A.    I just did.
24      Q.    You can't -- I mean, you're giving me a
25  lot of good reasons to make -- to make it so we're

Page 235

1  going to have to come back and do this all over
2  again.
3      A.    Mr. Carson, I'm willing to talk to you
4  all night.
5      MR. CAVALIER:  We can make it very
6  simple.  Lisa admitted during her
7  deposition that she didn't (indiscernible.)
8      MR. CARSON:  Jon, you're not
9  testifying here today.
10      THE COURT REPORTER:  Sorry.  Mr.
11  Cavalier, I didn't hear what you said.
12      MR. CARSON:  He didn't say
13  anything.
14  BY MR. CARSON:
15      Q.    Mr. Roman --
16      A.    Sure.
17      Q.    -- did you ever tell Ms. Goodman that
18  you wanted to go -- form a relationship with her
19  where you would give her stories in exchange for sex?
20      A.    No, never.
21      Q.    Did you ever pull your penis out in
22  front of her?
23      A.    No, never.
24      Q.    So she's lying then, right?
25      A.    No, she's not lying.  She's

Page 236

1  mischaracterizing what she saw.
2      Q.   Okay. So --
3      A.   Everything in your world is binary,
4  lie, not lie. No. I just told you what I think
5  happened.
6      Q.   Has Daniel Pipes ever spoken to you
7  about Ms. Goodman?
8      A.   No, he hasn't. Actually, no, that's
9  not true. He has spoken to me about Ms. Goodman.
10     Q.   In connection with her claims that you
11 were trying to trade sex for stories?
12     A.   No, he never spoke to me about that.
13          MR. CAVALIER: I'm going to object
14 to the form on the use of the word
15 claims.
16          THE WITNESS: Okay, that's fair.
17 BY MR. CARSON:
18     Q.   All right. Let's continue. So --
19     A.   Mr. Carson, if you'll just give me one
20 second, I'm going to put the light on here so it gets
21 better. Okay? Is that fair?
22     Q.   Yeah, go ahead.
23          THE VIDEO SPECIALIST: We're off
24 the record. It's 5:18 p.m.
25          MR. CARSON: We don't have to go

Page 237

1  off the record.
2          THE WITNESS: Sorry about that.
3  Is that better?
4          MR. CARSON: Back on the record.
5          THE VIDEO SPECIALIST: We're back
6  on the record. It's 5:18 p.m.
7  BY MR. CARSON:
8      Q.   Mr. Roman, did you take Lisa Barbounis
9  to Israel?
10     A.   Yes.
11     Q.   Did you tell Daniel Pipes that you were
12 going to take her to Israel?
13     A.   When?
14     Q.   When you took her to Israel.
15     A.   I told Matt Bennett, I told Marnie
16 Meyer, I told Tricia McNulty, I told EJ Kimball, I
17 told --
18     Q.   My question was --
19     A.   -- most of the MEF staff, and I said to
20 Mr. Pipes that there was a staff trip to Israel, but
21 I never told him which staff went. So in terms of
22 the general answer, yes, I said that she was going to
23 Israel, but I never used her specific name.
24     Q.   Why didn't you want Daniel Pipes to
25 know that you were taking her?

Page 238

1      A.   That's subject to trade secrets. I'm
2  open to discussing it under seal, if you're okay with
3  that, Mr. Carson.
4      Q.   Yeah, I mean you can mark any documents
5  confidential if you --
6      A.   As Ms. -- can we mark this part as
7  sealed here or at least the subject of the
8  conversation being sealed?
9      Q.   I will -- I promise you I will not file
10 anything that you're about to say on the docket. If
11 I file it, I'll file it under seal.
12     A.   Okay.
13     Q.   Please let me know --
14          MR. CAVALIER: We'll take that
15 representation.
16          MR. CARSON: Jon, okay?
17          MR. CAVALIER: Yeah, we'll accept
18 that, Seth. Thank you.
19          THE WITNESS: Am I -- Jon, can I
20 talk about this?
21          MR. CAVALIER: Yes. So long as
22 Mr. Gold is okay with it.
23          THE WITNESS: Mr. Gold?
24          MR. GOLD: I'm fine.
25          THE WITNESS: Okay.

Page 239

1  BY MR. CARSON:
2      Q.   Please let me know when you're -- when
3  we're done because -- you know what I mean --
4      A.   This part, Mr. Carson, covers the
5  activities of MEF from the end of December 2017 until
6  I would say like April 25th, 2018, not as it relates
7  --
8      Q.   But listen to my question. My question
9  is why didn't you want Mr. Pipes to know -- Dr. Pipes
10 to know --
11     A.   Well, I'm sharing that with you.
12     Q.   Okay. That you're -- so, for the
13 record, the question is why didn't you want Dr. Pipes
14 to know that you were going to bring Lisa to Israel.
15     A.   Well, I never said that I didn't want
16 him to know that I was bringing someone to Israel.
17 That's a mischaracterization of what I'm about to
18 say. You're asking me why there was a general
19 nonannouncement of which staff were going to Israel.
20 Is that fair characterization of my -- what my answer
21 will be?
22     Q.   No, Lisa Barbounis alleged that she was
23 told that -- not to say anything, that you instructed
24 her not to tell anyone that you were going to take
25 her.

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 240

1  A.   That's correct.
2  Q.   So why did you give her that
3  instruction?
4  A.   So in December of 2017 -- this part's
5  the part under seal. Okay? In December of 2017 I
6  was approached by an individual who works for a
7  middle eastern government that the United States is
8  allied with asking us to put together a plan that
9  would take on Iran, the Islamic Republic of Iran, and
10  this involved seven different trips that took place
11  over five months starting with a trip to Italy and
12  then a trip to Israel, which is right around when the
13  Patriots were playing the Eagles in the Superbowl,
14  and -- by the way, at each of these trips that took
15  place we stayed at Airbnbs. We did not stay at
16  hotels. Okay?
17  Q.   Who is we?
18  A.   The people who went on these different
19  trips. Multiple staff members and multiple MEF
20  contractors went on multiple trips regarding what we
21  call in the organization The Little Project. Okay?
22  Q.   I just want to relegate our
23  conversation to the one that --
24  A.   Well, I'm giving you the reason --
25  Q.   -- one that --

Page 241

1  A.   -- why. So there was -- I'm sorry, the
2  stenographer is shaking her -- did I not say
3  something?
4  THE COURT REPORTER: No, you guys
5  are just talking all over each other. I
6  know I keep saying it, but you guys keep
7  doing it, so please try to talk one at a
8  time, I would appreciate it.
9  THE WITNESS: Okay. My apologies.
10  Mr. Carson, can I continue?
11  BY MR. CARSON:
12  Q.   Yeah, so -- but just -- just listen to
13  the question. So --
14  A.   Sure.
15  Q.   -- why was it that you told Lisa not to
16  tell anyone that you were taking her to Israel, just
17  quick, quick answer. I don't need a whole backstory.
18  A.   Well, the whole backstory is the reason
19  for the answer, Mr. Carson. So -- it is. So I
20  started off in Italy, then went to Israel, then with
21  a man named Nir Dashti, N-i-r, space, D-a-s-h-t-i,
22  Nir Dashti, I traveled back from Israel to Italy and
23  then from Italy I went to Cairo. I was held up at
24  the airport in Cairo from about 2 in the morning
25  until about 5 in the morning, and I -- I told the

Page 242

1  staff, by the way, the story, too, about why we were
2  taking these precautions. I was almost put into an
3  Egyptian jail. If you're familiar with Cairo's
4  Scorpion prison, Mr. Carson, it's where ISIS, Al
5  Qaeda, Hezbollah, Muslim Brotherhood, all the bad
6  guys are in. I was in a car about to be taken to the
7  prison until an embassy official from this country we
8  were dealing with said it's okay, he's fine, and then
9  I went on my way to stay at the Four Seasons in Cairo
10  next to the Giza Zoo, G-i-z-a Zoo. There's a few
11  Four Seasons there. Across from the Nile River. The
12  next day I got into a car with Mr. Dashti and we
13  drove about two and a half hours out to a military
14  base, an Egyptian military base, between Alexandria
15  and Cairo --
16  Q.   When is this?
17  A.   -- where -- this is in January of 2018.
18  Q.   Right. So we're about four months away
19  from where we're talking about.
20  A.   You're six weeks away from what we're
21  talking about.
22  So we went there and -- like I said, it
23  was around the time of the Superbowl, the Patriots
24  were playing the Eagles. We watched that game in
25  Israel, went to Italy, went to Egypt, and we came

Page 243

1  back. There I have never been more afraid for my
2  life besides the time that I was in the army because
3  of the work that MEF was doing. I recorded a video
4  with Matt Bennett which would be released in the
5  event of my demise. And the reason I say all of this
6  is because a man named Michael Levin who I was
7  friends with died after being murdered by Hezbollah.
8  A man named Steven Sotloff who was the second hostage
9  killed by ISIS in September 2nd -- there is -- yeah,
10  September 2nd, 2014 -- I saw him beheaded,
11  Mr. Carson. I went into a downward spiral for the
12  better part of a year between 2014 and 2015 because
13  this is the subject of the kind of work that we do.
14  If we don't take security precautions like the ones
15  I'm laying out to you right now, people can die. I
16  am not exaggerating this. If you would like to speak
17  with anyone who is on our board or if you would like
18  to speak with other staff who are involved in this --
19  I've got a guy right now who has been rotting in a
20  Turkish prison for the past three years because he
21  didn't take proper security measures. So if you're
22  asking me -- if you're asking me why there was an
23  instruction to compartmentalize information from a
24  relatively new employee who only been working with us
25  for five to six months -- by the way, that employee

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 65 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 244

1  was the third person who was asked to go on this
2  trip.  First it was Bennett, a man who speaks Hebrew,
3  then it was Meyer, someone who is 20 years my senior
4  and has extensive experience who wanted to violate
5  the security protocols that we had put in place so no
6  one would be hurt, and lastly --
7     Q.   How did she want --
8     A.   Excuse me?
9     Q.   How did she want to violate the
10 security protocols?
11    A.   If you stay in a hotel, when you are
12 doing the kind of work that we were doing -- think
13 about it for a second.  You have staff that are
14 there.  You have someone cleaning your room.  You
15 have two people who are different.  You have
16 individuals that come and go.  You have no ability to
17 have physical security over your own space.  Now, if
18 you want to speak about the exact place where we
19 were, I actually got pictures of that apartment that
20 I would be very happy to make available to you.
21 Again, the architecture, the design, whatever else.
22 And also there is a list of 15 people that we met
23 with between March -- I'll give you the exact date,
24 March 11th and March 15th, March 11th and March 16th,
25 including representatives of Israel's intelligence

Page 245

1  agencies, one of the commanders from Israel's police
2  department, members of parliament, individuals who
3  disagree with MEF, and we actually have affidavits
4  that I know you asked about in Mr. Pipes' deposition,
5  but also that -- can I talk to counsel for a second
6  just to direct them to do something?
7           Mr. Cavalier, Mr. Gold, if you have
8  those affidavits, please give them to Mr. Carson so
9  he has more context for that.
10          They will attest to not just the manner
11 of why we had to keep this secret, but they will also
12 attest to the veracity of what I'm telling you right
13 now in terms of the subject of this.  In fact, it was
14 Lisa Barbounis who worked on the presentation that
15 eventually was given to a senior minister in the
16 government of who I'm talking to, and that senior
17 minister accepted the work that we were doing.  So
18 any mischaracterization of why information security
19 protocols and compartmentalizing personnel --
20 personnel and personal security at that time never
21 told you the whole story, and if they did you would
22 know all this of what I'm saying to you right now.
23    Q.   So you did tell Marnie Meyer then that
24 she couldn't go if she wanted to get her hotel room.
25    A.   Hundred percent.

Page 246

1     Q.   Okay.  Is this the -- is this -- can
2  you see that?  Hold on.
3     A.   I can't see anything.
4     Q.   I don't know why my screen share isn't
5  working.  Start screen share.  So -- here.  Is that
6  where you stayed?
7     A.   Yes.
8     Q.   And how many bathrooms did it have?
9     A.   We found out there was one but we
10 thought that there was two.
11    Q.   Did you -- why did you think there was
12 two?
13    A.   Ms. Barbounis booked the Airbnb.
14    Q.   You didn't promise her that there would
15 be two bathrooms?
16    A.   No, what I said was --
17    Q.   That each of you would have your own
18 living space?
19    A.   No, what I -- there was a living space.
20 If you look at the curtain there behind the section,
21 so if we look at this for a second -- can you zoom in
22 on that?  Go to the right.  So this is the common
23 area where meetings were held.  Okay?  And if you go
24 there, back there, in that room with the shades or
25 whatever you want to call it, that's where they were,

Page 247

1  and if you go to the right, there is a kitchen --
2  again, it's like this combined kitchen/living room
3  area like we were talking about beforehand.  There
4  was a bomb shelter, a restroom, and another bedroom.
5  So on the complete opposite ends of where people
6  were.
7     Q.   Is this a bedroom right here?
8     A.   Yeah, back there, that's where she
9  chose to stay.
10    Q.   When you say she chose to stay there,
11 how many rooms were in -- how many bedrooms were
12 there?
13    A.   Three.
14    Q.   And was there -- where was the other
15 two bedrooms?
16    A.   So if you click there --
17    Q.   Oh, you know why?  It's a screen shot.
18 That's why I can't -- it's not the website.
19    A.   Actually, if you zoom in on those
20 screen shots --
21    Q.   They're going to be --
22    A.   That's -- you can't really see --
23    Q.   But, Mr. Roman, was it one of these two
24 couches that you were on when she alleges that you
25 put your foot up her butt?

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 66 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 248

1    A.    Mr. Carson, that never happened, so I
2  can't answer a question that's based on a factual
3  predicate that never happened.
4    Q.    Well, did the two of you sit on one of
5  those two couches one night?
6    A.    Could you be more specific?
7    Q.    Yeah, did you come home drunk after
8  going out and come back and start talking about
9  inappropriate sexual things in front of Ms.
10 Barbounis?
11   A.    No, Mr. Carson, that never happened.
12   Q.    You didn't try to have sex with Leah
13 Merville while you were there?
14   A.    No, Mr. Carson, and just in terms of
15 general questions of a nature which may regard any
16 intimacy or alleged intimacy, I'm going to invoke my
17 privacy privilege under Israel's basic law for human
18 dignity and liberty as amended in 1989.
19   Q.    That's not a privilege you can invoke
20 in this case.
21   A.    Actually it is and I'm going to invoke
22 that since the -- well, actually, if counsel has an
23 answer to further give reason for that?
24   Q.    I mean, look, you can do whatever you
25 want, we'll just make a record of it and then we'll

Page 249

1  deal with it --
2    A.    Sure.
3    Q.    So Ms. Barbounis alleges that you sat
4  down on the couch next to her and put your foot under
5  her butt and put it up there and then said now that
6  my foot is up your butt or in your butt or next to
7  your butt then I guess we can take our relationship
8  to the next level or something of that nature.  Did
9  that happen?
10   A.    No.
11   Q.    Did you -- did you describe having
12 sexual intercourse with Leah Merville to my client?
13   A.    No.
14   Q.    Did you say to my client how nice her
15 body was when you were having sex with her?
16   A.    No.
17   Q.    Did you try to have sex with anyone
18 else while you were in Israel besides Leah Merville?
19   A.    Mr. Carson, again, that question is
20 based on a factual predicate of an event that never
21 happened, and, beyond that, I am not going to answer
22 any questions that you ask that are related to a
23 privacy privilege that I have as an Israeli citizen
24 under Israel's basic law of human dignity and privacy
25 1989.

Page 250

1    Q.    Mr. Roman, are you attempting to invoke
2  a protection under Israeli law right now?
3    A.    I am.
4    Q.    Okay.  All right.  So my client alleges
5  that you came back to the room and began to describe
6  in detail different sexual encounters with different
7  women.  Did that happen?
8    A.    No.
9    Q.    My client alleges that you asked her
10 for a blowjob when you got back to the room.  Did
11 that happen?
12   A.    No, Mr. Carson, I find this offensive.
13   Q.    It's important to -- for you to put
14 your position on the record because these are
15 certainly issues of material fact that are in
16 dispute.  So it's important that you dispute them.  I
17 think your counsel would probably agree with that.
18         My client alleges that during this trip
19 you asked her to engage in different sexual acts with
20 her, primarily -- maybe even exclusively, oral sex.
21 Did that ever happen?
22   A.    No.
23   Q.    And after this trip my client alleges
24 that you started treating her differently because she
25 said no.  Do you agree with that?

Page 251

1    A.    No, I disagree, and there would be two
2  specific instances that I can account that would
3  prove that disagreement.  The first would be an
4  employee review that all new Middle East Forum
5  employees receive between six to seven months into
6  their tenure that Ms. Barbounis had in May of 2018.
7  She had a full review, and that review included the
8  opportunity to give feedback on me to Mr. Pipes
9  directly, which she did.  And I'm sure if you don't
10 have a copy of that review, you should get one.  And
11 the second instance is my intention to promote Lisa
12 Barbounis up until the time when she told gross lies
13 about me on October 31st, 2018, in a note to
14 Mr. Pipes.  So there is really this dissonance
15 between what happened according to the textual record
16 and the lies she's been telling since October of
17 2018, and it goes all the way throughout today, to
18 this very point.
19   Q.    Why would she lie?
20   A.    Ms. Barbounis as from at least what I
21 understand, according to a -- whatchamacallit, a
22 supplemental report that was filed with Barbara Ziv
23 is I think the best record of why Ms. Barbounis would
24 not just lie but would wrap herself in a shroud of
25 dishonesty which has been going with her ever since

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 67 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 252

1 she was accused of having sexual relations with
2 Congressman Ryan Costello prior to working at the
3 Middle East Forum. So this is something that
4 backdates before she even started for MEF.
5     Q.    Your testimony is that she lied because
6 she had sex with somebody else? I don't
7 understand --
8     A.    No, that's not what I said. I said her
9 shroud of lies predates her time of working with the
10 Middle East Forum. To ask me what I think Lisa
11 Barbounis thinks is to ask me what, I don't know,
12 Vladimir Putin thinks. I'm not in the man's head but
13 I see his destruction. The same thing with Lisa, I'm
14 not in her head, but wow have I seen how much she has
15 ruined people's lives not just by -- hold on. Not
16 just by what I have seen happen to me personally
17 because of the wealth of dishonesty that is in her
18 reserves of just self-destructive behavior but also
19 from what I've seen from other people. For instance,
20 she ruined the lives of Danny Tommo and Jazmin
21 Bishop, two people -- I would categorize them as
22 whistleblowers that came to the Middle East Forum,
23 and then she employed a web of criminals -- she
24 employed a web of criminals in the United Kingdom to
25 try to, A, tamper with their testimony; B, try to

Page 253

1 silence them as witnesses; C, obstruct the justice to
2 try to prevent the turnover electronic devices to the
3 Middle East Forum, and even going so far as to take
4 over an enterprise to be able to try to silence them.
5 I mean --
6     Q.    What are you --
7     A.    -- you have to see --
8     Q.    -- talking about, Mr. Roman?
9     A.    She has -- she has been --
10    Q.    Mr. Roman --
11    A.    -- so beyond --
12    Q.    -- stop and let me ask the questions.
13    A.    Sure.
14    Q.    I'm going to ask you all about this
15 now. Okay?
16    A.    Sure.
17    Q.    So stop so we can get -- so we can put
18 it in order. Okay?
19        So you started by saying she ruined
20 different people's lives, and two people you named
21 are Dan -- Danny Thomas?
22    A.    Daniel Thomas.
23    Q.    Daniel Thomas and --
24    A.    And Kalina [ph] --
25    Q.    -- Jazmin --

Page 254

1     A.    Not Jazmin Bishop. The full name is
2 Kalina Jazmin Bishop. Those are the first two.
3 There is about ten people that I can think of of
4 where Ms. Barbounis has been like a hurricane
5 destroying entire villages. You know, she literally
6 lives in a Potemkin village.
7     Q.    All right. So let's just -- let's just
8 do the list. All right? So I just want to hear the
9 names of the people whose lives she ruined. Okay?
10    A.    Sure.
11    Q.    And then I'll ask you about them, so
12 you don't have to go into why --
13    A.    Sure. So I prepared this for you if
14 you just want me to give this to you after we're done
15 this right now.
16    Q.    That's fine, but just Danny Thomas,
17 Kalina Jazmin Bishop. Who else?
18    A.    Caitriona Brady.
19    Q.    She ruined Caitriona Brady's life?
20    A.    Yeah.
21    Q.    Why?
22    A.    Well, let's use Caitriona Brady's own
23 words.
24    Q.    Okay.
25    A.    Brady says she doesn't trust Lisa at

Page 255

1 all. That's in MEF Bates numbered document 579, five
2 eight -- excuse me, the documents you provided to
3 MEF. MEF 579 to 580.
4     Q.    So you think that --
5     A.    She says --
6     Q.    -- because she said that she doesn't --
7     A.    No, I'm giving you the totality --
8     Q.    So -- when you say that someone ruined
9 --
10    A.    Yeah, I mean, you want to have me
11 answer this I'll answer it why I give you this
12 opinion.
13        THE COURT REPORTER: One at a
14 time. One at a time.
15 BY MR. CARSON:
16    Q.    When you say that someone ruined
17 someone's life, that has a pretty specific meaning,
18 so --
19    A.    Yeah --
20    Q.    -- why is Caitriona Brady's life ruined
21 today?
22    A.    So it's because of the following
23 messages that I understand to be the totality of how
24 Ms. Barbounis has eventually led Brady to be in a
25 position that has really not done so well for her

Page 256

1 life. I can continue, Mr. Carson, if you would like
2 me to.
3     Q.   Do you think Ms. Brady would say that
4 she ruined her life?
5     A.   I think that Ms. Brady speaks out of
6 one side of her mouth when she's in testimony and
7 perjures herself and then when she's actually
8 speaking with her friends like we see in her text
9 exchanges with Delaney Yonchek, the truth comes out.
10 And if you had reviewed the messages, and maybe you
11 did, maybe you didn't, between Ms. Yonchek and
12 Ms. Brady, we would understand what they actually
13 think about Lisa Barbounis and how they've had a
14 negative detrimental effect on their life, and, more
15 than that, how Lisa introduced Ms. Brady to you,
16 Mr. Carson, and then led her to be in a legally
17 compromising position where she might get sued
18 because of your malpractice, but we can get into that
19 if you really want to go into it. I mean, I don't
20 think Brady would have met you without Lisa
21 Barbounis, but correct me if I'm wrong.
22     Q.   Why is Caitriona Brady going to get
23 sued?
24     A.   Well, I'm not saying she's not -- she's
25 in a legally compromising position that may lead her

Page 257

1 to being sued, but that I guess is something --
2     Q.   Sued for what?
3     A.   -- that calls for a legal conclusion.
4 That's something that I think -- well, if we actually
5 go into the conclusion on everything, in that case,
6 Mr. Carson, you --
7     Q.   Sued -- just sued for what?
8     A.   I'm getting there in a second. I don't
9 know the legal term for it, but I'll give you the
10 general characterization.
11     Q.   What's the nonlegal term?
12     A.   You wrote in Ms. Brady's complaint that
13 I allegedly sexually assaulted Caitriona Brady.
14     Q.   That's just flat out not true.
15     A.   Mr. Carson, we can go to the complaint
16 if you would like to and I'll tell you what I'm
17 talking about.
18     Q.   I mean, we -- look, it's a waste of
19 time because I know exactly what I wrote. Would you
20 like me to --
21     A.   Okay.
22     Q.   -- show it to you, though?
23     A.   I would love to see it. It's in I
24 believe the fourth charge that you offer on Brady,
25 either in the first allegation or the second

Page 258

1 allegation, but we can get there. So you write --
2     Q.   Her complaint -- Mr. Roman, slow down.
3 Her complaint alleges no sexual harassment
4 whatsoever.
5     A.   Ms. Brady never alleged sexual
6 harassment against me? That's news to me,
7 Mr. Carson.
8     Q.   Well, then you didn't read her
9 complaint, Mr. Roman.
10     A.   What you're saying -- you just said
11 Caitriona Brady's complaint does not allege sexual
12 harassment against me?
13     Q.   That's correct.
14     A.   Okay. That's news to me. Like, let's
15 go to the complaint and see what's going on with it.
16 Let's go to the EEOC filing --
17     Q.   We're starting to have a conversation
18 and not a question-answer --
19     A.   I'm just saying, you made a statement
20 and I saw it as the form of a question, and I'm
21 trying to get to it.
22     Q.   So we don't drive the court reporter
23 crazy let's just try not to talk over each other.
24     A.   Sure.
25     Q.   It's getting late and it's Friday. I'm

Page 259

1 sure everyone is tired.
2         Here, I want to do this quickly, so I'm
3 just going to show it to you just to get -- so first
4 amended complaint, filed second amended complaint --
5 all right.
6     A.   Right. Mr. Carson, this is the second
7 complaint. There's also a first complaint. We have
8 to --
9     Q.   They're all the same, but --
10     A.   -- look at the complaints.
11     Q.   -- the -- the only difference in the --
12 do you see the first one, first -- this is the first
13 amended --
14     A.   So let's go through this and then we
15 can look at the second one.
16     Q.   This is all the legal stuff in the
17 case, but --
18     A.   Seems like there's a lot of files to
19 review.
20     Q.   Yeah. Just -- all the allegations in
21 the amended complaint are in the first complaint.
22 There's -- the amended complaint has more, not less,
23 so --
24     A.   Mr. Carson, I have an experience where
25 you say --

Page 260

1  Q.   I want to -- look, every place where it
2  says sex it says discriminated based on her sex and
3  gender, right?  Discriminated based on her sex and
4  gender, sex and gender, sex and gender.  It doesn't
5  say sexual harassment anywhere in her complaint.
6  A.   We have to go -- we have to go to her
7  deposition to see that --
8  Q.   Her deposition doesn't allege that
9  either.
10  A.   It does allege that.  We can go to the
11  history of the deposition that took place.  Here we
12  go.  Gregg Roman's continuous campaign of sexual
13  harassment.  What do you call that, Mr. Carson?
14  Q.   Mr. Roman, read it all.
15  A.   Far beyond the 2018 statute of
16  limitations that did not end until November 2018.
17  Accordingly, plaintiff claims violations of the
18  continuing violations doctrine.  You're claiming that
19  there is a continuing violation doctrine of sexual
20  harassment under sexual harassment laws.  Mr. Carson,
21  you have to --
22  Q.   It's a typo.
23  A.   -- have -- it's a typo.
24  Mr. Carson, you just represented to me that Caitriona
25  Brady did not sexually harass --

Page 261

1  Q.   Mr. Roman --
2  A.   Hold on.  Hold on.  Hold on.  I'm
3  telling you what I see here.
4  Q.   I know you're getting excited,
5  Mr. Roman.
6  A.   I am excited because you just told me
7  that your client didn't accuse me of sexual
8  harassment and you just showed me a document that
9  accuses me of sexual harassment.
10  Q.   I know, but do you notice the
11  difference between her complaint and the others is
12  that they all characterize it as discrimination based
13  on sex and gender, sex and gender?
14  A.   Mr. Carson, Mr. Carson, the way in
15  which a lawyer speaks out of both sides of his mouth
16  is not something that I profess to be an expert in.
17  Q.   Her complaint --
18  A.   What I can tell you --
19  Q.   Just slow --
20  A.   -- is what you said -- what I can tell
21  you --
22  Q.   Slow down.  Slow down.
23  A.   What I can tell you --
24  Q.   Her complaint --
25  A.   -- is what you said to me approximately

Page 262

1  four minutes ago where you said Caitriona Brady never
2  accused me of sexual harassment, then you showed me a
3  complaint where she accuses me of sexual harassment
4  and you're attributing it to a typo.  Mr. Carson, the
5  law does not allow for typos.  You made my
6  organization spend hundreds of thousands of dollars
7  defending itself against a complaint which resulted
8  in accusations against me of harassment because of
9  your typo.  That my dear Mr. Carson is something
10  where I find to be reprehensible and worthy and
11  meritorious of you being sued for vexatious conduct,
12  for liability which comes out of an abuse of civil
13  proceedings, perhaps under the Dragonetti Act, and
14  more than that, more than that, you just acted in
15  such a way where you found yourself in front of the
16  court to be sanctioned not once on July 6th but
17  twice.
18  Q.   Mr. Roman, you don't want to start
19  talking about -- that's not going to help your case
20  to talk about.
21  A.   Mr. Carson, you paid my organization --
22  Q.   Or not paid.
23  A.   Or not paid.  You reimbursed my
24  organization --
25  Q.   -- it's not -- not going to help you --

Page 263

1  A.   -- over $5,000 in fees --
2  Q.   I'm trying to help you right now.
3  A.   Don't tell me what helps me, Mr.
4  Carson --
5  Q.   It's not going to --
6  A.   -- I'm trying to help you.
7  THE COURT REPORTER:  Can't hear
8  either of you.  Can't hear either of
9  you.
10  BY MR. CARSON:
11  Q.   You got to stop.  I'm trying to --
12  A.   Mr. Carson --
13  Q.   I'm actually trying to help you right
14  now.
15  A.   You can help me as much as you would
16  like.
17  Q.   It's not -- it's not going to --
18  A.   You can help me as -- you can help me
19  as much --
20  Q.   -- help you to sit here and --
21  A.   -- you can help me as much as you would
22  like, but, Mr. Carson, if you'll just go to paragraph
23  --
24  Q.   Mr. Roman, I'm asking you --
25  A.   Okay.  I'm trying to just -- I'm trying

Page 264

1  to get here.
2      Q.     There's no question --
3      A.     I'm sorry. I'm going to take a -- I'm
4  going to take a breath. I'm going to take a breath.
5  Okay?
6          THE COURT REPORTER:  This is --
7      okay. Stop. Please.
8          THE WITNESS:  I'm going to breathe
9      in. I'm going to drink some water. I'm
10     going to calm down. Okay?
11         MR. GOLD:  Why don't we take a
12     five-minute break.
13         THE WITNESS:  Do you want to take
14     a break? Take a break.
15         THE VIDEO SPECIALIST:  We're off
16     the record. It's 5:47 p.m. Eastern.
17         (A brief recess was taken.)
18         THE VIDEO SPECIALIST:  It's 5:59
19     p.m. and we're back on the record.
20         MR. CARSON:  Yeah, for the record,
21     Mr. Gold, when you give your -- when you
22     tell your client what to say during a
23     deposition in the middle of a deposition
24     you should put yourself on mute.
25     Everyone can hear you giving your client

Page 265

1  advice.
2  BY MR. CARSON:
3      Q.     But to continue the deposition,
4  Mr. Roman, can you hear me?
5      A.     Yes.
6      Q.     Do you understand sitting here today
7  that neither Caitriona Brady nor Delaney Yonchek ever
8  accused you of sexual assault or sexual harassment?
9      A.     I would point you to Paragraph 364 in
10 the second amended complaint of Ms. Brady
11 allegations --
12     Q.     Yeah, did you read --
13     A.     -- and Paragraph --
14     Q.     -- the rest of the complaint?
15     A.     -- and Paragraph 366 of the first
16 amended complaint, and if you would like me to be
17 able to comment on that we can read the paragraphs --
18     Q.     No, I don't need you to comment. Do
19 you understand that the rest of the complaint alleges
20 sex and gender discrimination throughout?
21     A.     I understand in part it alleges sex and
22 gender discrimination, but it also alleges sexual
23 harassment and sexual assault, two things which your
24 client --
25     Q.     Where does it allege --

Page 266

1      A.     -- admitted under oath didn't happen.
2      Q.     -- sexual assault, Mr. Roman?
3      A.     364 and 366, second amended complaint
4  and first amended complaint --
5      Q.     364 of the what?
6      A.     364 of the second amended complaint and
7  366 in the first amended complaint. Is that also a
8  typo?
9      Q.     364 of the second amended complaint.
10     A.     Correct.
11     Q.     Defendant Middle East Forum breached
12 its duty of care and this directly caused the sexual
13 assault of plaintiff Caitriona Brady, yes, yeah, it
14 is a typo actually.
15     A.     So you made a typo in your complaint
16 accusing me of sexual assault.
17     Q.     Your client -- your lawyer --
18     A.     I don't have a client.
19     Q.     Your lawyers understood the entire time
20 we've litigated this case that there was never a
21 sexual assault --
22     A.     Mr. Carson, this is what I understand.
23 I understand that you filed a public document --
24     Q.     I didn't ask -- I didn't ask a question
25 yet.

Page 267

1      A.     Okay. You asked me where it says it, I
2  told you where you said it, you just read it, it says
3  that you accused me of sexual assault --
4      Q.     There is no question on the record.
5  This isn't a conversation.
6      A.     I'm not saying --
7      Q.     It's not a conversation.
8      A.     I took that as a question. I apologize
9  if I mischaracterized your statement.
10         MR. CAVALIER:  I am going to state
11     for the record that your categorization
12     of what Mr. Roman's lawyers understood
13     throughout the entirety of this case is
14     inaccurate.
15         MR. CARSON:  It's not inaccurate
16     at all. You guys didn't ask one
17     question at her deposition about a
18     sexual assault.
19         MR. CAVALIER:  That's false.
20         MR. CARSON:  No, it's not. I'm
21     going to continue, though.
22 BY MR. CARSON:
23     Q.     So to continue this -- this deposition,
24 so after the AIPAC conference in -- strike that.
25     After the trip to Israel that you made

Deposition of GREGG ROMAN                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 268

1  sure Daniel Pipes didn't know about, when did you get
2  back to Philadelphia?
3      A.    I don't remember the exact date, Mr.
4  Carson.
5      Q.    And what was the month?
6      A.    Mr. Carson, I went on trips which took
7  me overseas and outside of Philadelphia over a
8  hundred days in 2018.
9      Q.    Well, approximately what month.
10     A.    I don't remember, Mr. Carson.
11     Q.    Well, when did you go to Israel with
12 Ms. Barbounis?
13     A.    Well, I stayed in Israel after their
14 departure, so I don't remember when I came back.
15     Q.    You didn't fly back with Ms. Barbounis?
16     A.    No, Mr. Carson.
17     Q.    When did you fly back?
18     A.    I don't remember, Mr. Carson.
19     Q.    Well, what month was it when you went?
20     A.    March, Mr. Carson.
21     Q.    It was March of what?
22     A.    2018, Mr. Carson.
23     Q.    Okay. So were you back in April?
24     A.    I may have been back in Philadelphia
25 sometime between March and April of 2018 -- actually,

Page 269

1  yes. Actually yes. In April of 2018 the Middle East
2  Forum held a sexual harassment seminar that was led
3  by -- I specifically remember this. It was led by
4  Marnie Meyer. She had brought in a New Jersey state
5  approved sexual harassment guide or whatever. I
6  specifically remember Lisa Barbounis was there in the
7  conference room. Tricia McNulty was there in the
8  conference room. Brady, I don't know if she was
9  working for us yet. Yonchek I think may have been
10 working for us. And Marnie Meyer held the sexual
11 harassment seminar. All the staff invited from all
12 over the country was either participating in the
13 office in Philadelphia or via Skype for business, and
14 there was an element there where I said members of
15 MEF staff -- I'm paraphrasing this now to the best of
16 my recollection -- if there are any incidents of
17 sexual harassment that you are aware of or if you
18 ever become aware of them, this is the following
19 procedure of what you have to do, and this is also
20 codified in our personnel manual.
21     Q.    Mr. Roman, do you understand that the
22 question I asked you is when did you get back and
23 then I said did you get back in April.
24     A.    Well, I'm saying what happened is when
25 I got back.

Page 270

1      Q.    It was a yes or no question. Did you
2  get back in April 2018?
3      A.    Well, if I'm talking about the sexual
4  harassment seminar that I participated in in April
5  2018 --
6      Q.    I'm not asking you about that.
7      A.    -- that means that I was back.
8      Q.    Okay. So you participated -- yes or
9  no, you participated in the sexual harassment seminar
10 in April 2018; is that correct?
11     A.    That's correct.
12     Q.    Did you work in Philadelphia in May of
13 2018?
14     A.    There may have been days that I was in
15 the office, there may not have been.
16     Q.    Well, at that time you were permitted
17 to go to the office whenever you wanted, correct?
18     A.    Right, but I don't know if I was in the
19 office in May of 2018. I'm sure there was days that
20 I was there. It was actually when we had the
21 planning discussions around Tommy Robinson and his
22 rally in late May of 2018, that's when I authorized
23 Lisa and Tricia to travel to London. So, yes, I was
24 in Philadelphia at least once in May of 2018.
25     Q.    You were in Philadelphia quite a bit in

Page 271

1  April and May of 2018, correct?
2      A.    I don't know about that
3  characterization, Mr. Carson. I have to check my
4  calendar.
5      Q.    Where do you think you were?
6      A.    Well, I traveled to -- when is this,
7  April of 2018? I think I was in Hawaii for three
8  weeks. I think I was in California. I was in
9  Seattle.
10     Q.    When were you in Hawaii?
11     A.    I was in Paris.
12     Q.    Just -- you're going to have to take it
13 one by one. When were you in Hawaii?
14     A.    Would it be proper for me to consult my
15 calendar so I give you the exact dates?
16     Q.    No, I mean, just --
17     A.    I can give you the exact dates.
18     Q.    All right. Fine. Look at your
19 calendar.
20     A.    Okay. Give me a second. Just have to
21 go back two years. I hope it's here.
22          THE WITNESS: Mr. Cavalier, do you
23     have that calendar?
24          MR. CARSON: Can't ask questions
25     of your counsel.

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 272

1    THE WITNESS:  Mr. Carson, do you
2  mind if I ask Mr. Cavalier to provide a
3  calendar if I can't find it?
4    MR. CARSON:  If you can't find it
5  in your calendar for now, I'll just ask
6  you to produce it.
7    THE WITNESS:  There we go.  I left
8  for Hawaii --
9  BY MR. CARSON:
10   Q.    Sometime around blank blank.
11   A.    I left for Hawaii on March twenty --
12 well, that was Passover, so we had the seder, I
13 didn't work at all, I was in D.C. then, so I was out
14 of the office starting like March 25th, Hawaii was
15 through -- I was in Paris with Daniel -- I was in the
16 office it looks like three times in April of 2018.
17   Q.    Three -- you were where?
18   A.    In Philadelphia, in the Philadelphia
19 office, I have here three times in April of 2018.
20 You characterized me as being in the office a lot.  I
21 wouldn't call three times a lot, Mr. Carson.
22   Q.    Well, do you have any proof that you
23 were away during these trips?
24   A.    Yes, I probably have plane tickets, I
25 probably have the hotel reservations that Lisa

Page 273

1  Barbounis booked for me, I probably have --
2    Q.    It was a yes or no question.
3    A.    -- travel records.
4    Q.    It was a yes or no question.
5    A.    Yes, and, by the way, Lisa's six month
6  review took place on April 19th, 2018.
7    Q.    And you were in Philly for that?
8    A.    I was, and I was also in Philadelphia
9  for the sexual harassment seminar that took place on
10 -- it was 10 a.m. on April 17th, 2018.
11   Q.    Say that date again?
12   A.    10 a.m., April 17th, 2018.
13   Q.    How about in May 2018?
14   A.    May -- sorry, I have to correct myself,
15 Mr. Carson.  Ms. Barbounis's review was not on April
16 19th.  It was on May 3rd, 2018.  My apologies.
17   Q.    So you were in the office on May 3rd,
18 2018, correct?
19   A.    Yeah.
20   Q.    What about June and July, you were in
21 the office June and July, right?
22   A.    No, I wasn't, Mr. Carson, not that
23 much.  I was traveling to Israel, to California.  I
24 actually spent -- I spent a good amount of my time in
25 May in Israel as well.

Page 274

1    Q.    Okay.  How long were you in Israel?
2    A.    I was in -- I was in Israel for ten
3  days in May of 2018, I was in California for eight
4  days in May of 2018 -- so for more than half the
5  month, at least from the calendar here, I was
6  traveling, Mr. Carson.  So the statement that I was
7  in the office a lot in April and May of 2018 is
8  incorrect.  I was -- had a de minimis presence in the
9  office in April and May of 2018.
10   Q.    If you can prove that with records,
11 we'll definitely look at the records, so I'll ask
12 that you produce all -- any and all records for
13 travel between March of 2018 and November of 2018.
14   A.    Yeah, to the extent that I have them,
15 Mr. Carson.  I also think you should -- to the extent
16 that I have it, Mr. Carson, and also to your own
17 client's recollection of the travel that she booked
18 for me during that time, I would be glad to provide
19 that to you.
20   Q.    Is it your deposition testimony today
21 under oath that my client booked all your hotel rooms
22 for your travel?
23   A.    No, it's not.
24   Q.    So why would she know about your
25 vacations then?

Page 275

1    A.    Well, she controlled my calendar,
2  Mr. Carson.  I would book the hotel, she would put it
3  on the calendar.
4    Q.    Okay.
5    A.    She was my assistant or what we call
6  the executive liaison.
7    Q.    Okay.  You mentioned that Lisa
8  Barbounis went to London around March of 2018?  April
9  --
10   A.    No, Mr. Carson.
11   Q.    -- 2018?
12   A.    No, Mr. Carson.
13   Q.    Where did she go?
14   A.    When did she go where, Mr. Carson?
15   Q.    Where did she go to London?
16   A.    Where?  She went to London.  That's
17 where she went.
18   Q.    Right.  When did she go to London?
19 Sorry.
20   A.    She's been to London multiple times,
21 Mr. Carson.
22   Q.    Talking about in April of 2018.
23   A.    Ms. Barbounis to the best of my
24 knowledge was not in London in April of 2018,
25 Mr. Carson.

Page 276

1  Q.   Was she there in May of 2018?
2  A.   No, Mr. Carson.
3  Q.   Was she there in June of 2018?
4  A.   I believe so, Mr. Carson.
5  Q.   Okay.  Was that the first time she went
6  there?
7  A.   I don't know, Mr. Carson, if she
8  traveled to London before June of 2018.
9  Q.   Well, related to her work at the Middle
10 East Forum is that the first time she went there?
11 A.   To the best of my knowledge, yes, Mr.
12 Carson.
13 Q.   Okay.  Why did she go there?
14 A.   Why did she go to London?
15 Q.   Yeah.
16 A.   Well, there's a few ways to answer
17 that.  Why did the organization send her or why did
18 she go?  I can't answer the reasons why she
19 personally --
20 Q.   Best of your ability, okay, why did she
21 go to London in connection with her employment at the
22 Middle East Forum?
23 A.   So she went -- she went for two
24 reasons.  The first reason of a personal nature was
25 to start to be what I consider to be a year and a

Page 277

1  half fraud she enacted against MEF, and the second
2  reason is because she was charged with overseeing a
3  tens of thousands of dollar grant that was given to
4  the convicted criminal Daniel Thomas that she had
5  suggested we give that money to.
6  Q.   Who approved that -- who approved that
7  grant?
8  A.   Based on the representations that Ms.
9  Barbounis gave to me, it was approved by me, Marnie
10 Meyer, and Daniel Pipes, of which the fiduciary
11 responsibility fell on Ms. Barbounis's lap.  She had
12 been asking for more responsibility.  She got it and
13 then she abused it.
14 Q.   You said she was an executive liaison
15 at that time, a secretary basically, correct?
16 A.   She was on her track to being promoted
17 to a deputy chief of staff position.
18 Q.   Had she been promoted to deputy chief
19 of staff?
20 A.   She was promoted after she made false
21 allegations against me.
22 Q.   She was demoted -- she was promoted to
23 deputy chief of staff?
24 A.   She was on her way to being promoted to
25 deputy chief of staff.

Page 278

1  Q.   Did she ever --
2  A.   Marnie Meyer -- Marnie Meyer --
3  Q.   It's a yes or no question.
4  A.   -- disagreed -- I'm answering your
5  question, Mr. Carson.
6  Q.   My question is, did she ever work in
7  the role of deputy chief of staff in her life for the
8  Middle East Forum?
9  A.   Her responsibilities --
10 Q.   It's a yes or no question.
11 A.   Mr. Carson, it's more complicated than
12 that.
13 Q.   Was she ever the deputy chief of staff?
14 Why is that hard for you to answer?
15 A.   We talked about this -- we talked about
16 this at the beginning of the deposition.  Names,
17 titles, and responsibilities at MEF are all relative
18 to the position that someone has according to the day
19 that they had that position.
20 Q.   Well, was she --
21 A.   She started off --
22 Q.   Mr. Roman --
23      THE COURT REPORTER:  I can't hear
24 you.
25 BY MR. CARSON:

Page 279

1  Q.   -- I'm going to ask the question,
2  you're going to answer --
3  A.   I'm answering your question.
4  Q.   No, you're not.  You're interrupting
5  and you're causing problems with the court reporter.
6  Okay?  So what the question is is was she ever
7  afforded the position, role, title, anything, deputy
8  chief of staff?
9  A.   Yes.
10 Q.   When?
11 A.   She was afforded the responsibilities
12 that would have gone along with the title of deputy
13 chief of staff had she not lied and subjected herself
14 --
15 Q.   When?  The answer was -- the question
16 was when.
17 A.   Mr. Carson, I'm answering your
18 question.
19 Q.   No, you're not.  You just said yes --
20 Mr. Roman --
21 A.   I'm giving you my answer.
22 Q.   No, no, no, you're not.  Because it was
23 -- I asked you when.  I asked for a date.
24 A.   Mr. Carson --
25 Q.   Wait and let me ask the question for

Deposition of GREGG ROMAN                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 280

1  the record and then the court reporter will type one
2  person saying the question and then your attorney's
3  welcome to object, and then you're welcome to give
4  your answer, and the answer is a date.  When did Ms.
5  Barbounis assume the role deputy chief of staff?
6      A.    Mr. Carson, she did not assume the role
7  of deputy chief of staff; she assumed the
8  responsibilities of someone if they had proven
9  themselves would eventually have been on the track to
10  be promoted to deputy chief of staff.
11      Q.    And you think --
12      A.    The date would have been --
13      Q.    And you think that's the same thing?
14      A.    The date would have been --
15      Q.    You think that's a promotion?
16      A.    Hundred percent, Mr. Carson, especially
17  if you look at the correspondence between myself and
18  Ms. Barbounis, which you should have.
19      Q.    Okay.
20      A.    On May 3rd, two thousand -- I'll stop
21  answering if you would like me to.
22      Q.    Yeah, you should.  I think --
23      A.    I should what, Mr. Carson?
24      Q.    So give me the date when she was given
25  the position of deputy chief of staff.

Page 281

1      A.    She was never given the position of
2  deputy chief of staff --
3      Q.    Okay.  So give me the date when she was
4  given the responsibilities of a deputy chief of
5  staff.
6      A.    It started when she was in Israel,
7  Mr. Carson.
8      Q.    So started in March of 2018?
9      A.    Yes, and gradually she got more and
10  more responsibilities until there was a discussion in
11  early October of 2018 where Daniel Pipes informed me
12  that I was going to be eventually promoted to
13  president of the organization when he was planning on
14  retiring, and the first person that I told was Lisa
15  Barbounis.
16      Q.    Okay.  Was -- did Ms. Barbounis ever
17  receive a pay raise for this position or these
18  responsibilities?
19      A.    She received a pay raise I believe in
20  November of 2018, but I wasn't part of that since all
21  of my administrative responsibilities were removed on
22  November 6th, 7th, or 8th of that year.  And, by the
23  way, those responsibilities never came back while she
24  was employed at Middle East Forum.
25      Q.    I asked you did she ever receive a pay

Page 282

1  raise.
2      A.    You would have to ask her, Mr. Carson.
3  I was not part of administration of MEF.
4      Q.    So you don't know --
5      A.    She actually did -- she did receive a
6  pay raise when she was at MEF, yes.
7      Q.    That wasn't my question.  My question
8  was did she ever get a pay raise to go along with
9  these so-called responsibilities that she received
10  that made her have a deputy chief of staff title.
11      A.    She never had the title of deputy chief
12  of staff.
13      Q.    Did she ever receive a pay raise in
14  connection with the responsibilities?
15      A.    Yes, Mr. Carson.
16      Q.    When?  When did she get the pay raise?
17      A.    After I was removed from the
18  administration of the organization.
19      Q.    How much was this pay raise?
20      A.    I don't know, Mr. Carson.
21      Q.    How do you know she got it then?
22      A.    Because it's in the documents afforded
23  to the litigation.  I can review it and give you a
24  specific answer if you like.
25      Q.    Well, aren't you talking about an

Page 283

1  amount of money that every single female employee at
2  the Middle East Forum received?
3      A.    Mr. Carson, I wasn't part of that
4  decision.  I was out of the administration of the
5  Middle East Forum after Daniel Pipes removed me from
6  the responsibilities that were previously afforded to
7  the position of director in early November of 2018
8  and I never assumed those responsibilities until
9  Marnie Meyer left the organization in February of
10  2020, so I had a good 16-month period where I was not
11  involved in the formal administration of MEF as a
12  result of Lisa Barbounis's complaint.
13      Q.    What was her position in April of 2018?
14  She was an executive liaison, correct?
15      A.    No, her title was executive liaison,
16  but her responsibilities were incrementally given
17  more and more as month and month went by.  She made
18  this very clear to us in communications in May of
19  2018.
20      Q.    She was what?
21      A.    She made it very clear and known to the
22  management of the Middle East Forum in conversations
23  with Daniel Pipes and with myself that she wanted
24  more responsibilities beyond what was originally
25  afforded to her in her job description when she was

Page 284

1   hired in -- it was October, November of 2017.  She
2   assumed those responsibilities and were given more
3   portfolios.  For instance, she was given --
4       Q.    You don't have to give me a for
5   instance.
6       A.    No, I'm just giving you an example so
7   you can --
8       Q.    It's not necessary.
9       A.    -- comparison.
10      Q.    It's really not --
11      A.    She was given Tommy Robinson when she
12  asked for more responsibilities.  She traveled
13  internationally, she handled foreign clients, she
14  handled members of congress, members of parliament,
15  but little did we know that she was abusing those new
16  responsibilities that she got.
17      Q.    How did she abuse them?
18      A.    There was multiple ways.
19      Q.    Give me one.
20      A.    She tried to hire hackers to get
21  information from the organization.
22      Q.    What hacker did she try to hire?
23      A.    Well, if you look at her
24  correspondence --
25      Q.    Mr. Roman, I'm not asking you to refer

Page 285

1   to documents.  I asked you what hacker did she try to
2   hire.
3       A.    This is what I'm referring to.
4       Q.    Yeah, you're not -- I need you to put
5   that down.  Okay?  It's not --
6       A.    Why?
7       Q.    -- an exhibit.
8       A.    No, this is documents I brought to the
9   deposition.
10      Q.    It's not an exhibit that you can -- you
11  got to stop and you got to put it down.
12      A.    Well, Mr. Carson, you're asking me a
13  question --
14      Q.    It's not an exhibit.  Yeah --
15      A.    I'm answering your question.  You asked
16  me -- I'm referring to a document I brought to answer
17  that.
18      Q.    You're not allowed --
19      A.    Would you like me to do that?
20      Q.    -- to have documents surrounding you
21  that you refer to during a deposition.
22      A.    They're not surrounding me, Mr. Carson.
23  I have a few exhibits that I said --
24          MR. CARSON:  Guys, can you please
25              --

Page 286

1           THE WITNESS:  -- at the beginning
2   of this deposition I'll give to you.
3           MR. CARSON:  -- explain to your
4   client that he needs to put the document
5   away?
6           MR. CAVALIER:  You want him to
7   have less information for the
8   deposition?
9           MR. CARSON:  Jon, I'm not going to
10  ask twice.  It's totally inappropriate
11  for him to be pulling out documents from
12  folders and reading them to me.
13          THE WITNESS:  Mr. Carson, these
14  are documents you gave to us.
15          MR. CARSON:  Jon, are you going to
16  direct your client to put the document
17  away?  Yes or no?
18          MR. GOLD:  Unless you need to
19  refer to a document to refresh your
20  memory.
21          MR. CARSON:  You do not get to
22  refer to documents unless -- unless
23  they're exhibits that I hand you.
24          MR. GOLD:  You can post them if
25  you wish.

Page 287

1           THE WITNESS:  Sure.  I can put
2   them on the screen if you want.
3           MR. CARSON:  No.  No, no, no.
4   We're not looking at that document.  Put
5   it away.
6           THE WITNESS:  Mr. Carson, you
7   asked me when I believe Mr. -- Ms.
8   Barbounis hired a hacker to go after
9   Middle East Forum data.
10  BY MR. CARSON:
11      Q.    Answer the question.  When did she hire
12  a hacker?
13      A.    She suggested hiring a hacker on
14  November 15th, 2018, in a conversation with Tricia
15  McNulty.  She then did it again on March 4th, 2019,
16  saying we have a hacker trying to get his data from
17  Facebook as a workaround.  So she's talking about a
18  hacker.  She does it twice, once in November of 2018,
19  once in March of 2019.  I don't believe you've given
20  us who that hacker is in your production for your
21  discovery, but I would love to know and I can offer
22  you a better answer.
23      Q.    Do you even know what you're talking
24  about right now, Mr. Roman?
25      A.    I'm talking about a hacker that I

Page 288

1  believe Ms. Barbounis hired to try to sabotage the
2  Middle East Forum.
3      Q.   Mr. Roman, do you have a hard time
4  keeping up with your lies?
5      A.   Mr. Carson, I'm quoting -- first of
6  all, they're not lies.  Second of all, I'm quoting
7  from documents that you provided to the Middle East
8  Forum in discovery.  These are documents you gave to
9  us to review.  So I'm just quoting --
10     Q.   My question was --
11     A.   -- from your documents.
12     Q.   -- do you have a hard time keeping
13 track of all your lies.
14     A.   Mr. Carson, you have to look at the
15 documentation, and this is I believe the ninth or
16 tenth time that you've accused me of lying throughout
17 all these processions.  I believe it's a violation of
18 Rule 4 of the rules of professional responsibility
19 for you to make a misrepresentation on the record,
20 and I think it's abhorrent that you're being
21 unethical --
22     Q.   What question are you --
23     A.   -- in your conduct of the procession.
24     Q.   -- answering right now?  What question
25 are you answering right now?

Page 289

1      A.   I'm answering the question that you
2  asked are you --
3      Q.   It's a yes or no question.
4      A.   -- are you aware -- are you keeping
5  track of the lies.  That's what you said.
6      Q.   Right.  Are you keeping --
7      A.   And I'm saying --
8      Q.   -- track of all your lies?
9      A.   I'm saying that --
10     Q.   Yes or no?
11     A.   -- number one, they are not lies --
12     Q.   Right.  I'm going to --
13     A.   -- and number two --
14     Q.   -- withdraw the question.  All right?
15 So we're going to move on now.
16     A.   Okay.
17     Q.   Mr. Roman, you said that when Lisa
18 Barbounis went to -- you said that when Lisa
19 Barbounis went to Europe in June of 2018 it was at
20 your direction, correct?
21     A.   She -- well, yes and no.
22     Q.   Yes or no, did you say that?
23     A.   Yes -- no, yes and no.  What I'm saying
24 is --
25     Q.   No, no --

Page 290

1      A.   -- she --
2      Q.   Mr. Roman --
3      A.   -- she -- she asked --
4      Q.   I asked you a yes or no question.  When
5  you're done saying yes or no, I'll ask another
6  question.  Okay?
7      A.   Well, Mr. Carson, that is not a yes or
8  no question.
9      Q.   Did she go --
10     A.   It's more complicated than that.
11     Q.   -- as part of her responsibilities as
12 an executive liaison?
13     A.   Yes and no.
14     Q.   Okay.  Why do --
15     A.   She went because she -- she volunteered
16 to go.  Okay?  She asked for permission.  And then
17 what she did is she got a reimbursement from the
18 Middle East Forum and lied to our organization to
19 redirect $5,000 in a grant that went from us to
20 Raheem Kassam and then was paid to her husband to
21 cover travel that was unapproved.  So she wanted to
22 go, but then she lied about covering the cost for
23 that and then defrauded the organization out of
24 $5,000.  So that's really the totality of the answer
25 I can provide to you.  And there is text messages

Page 291

1  that you provided to us that proves that.
2      Q.   Yeah.  It's funny that you think -- all
3  right.  Anywho, so -- so, Mr. Roman, when she went to
4  Europe she went to witness a rally that -- that was
5  put on because of a grant that the Middle East Forum
6  made to Danny Thomas and Tommy Robinson; is that
7  correct?
8      A.   That's incorrect.
9      Q.   Why is it incorrect?
10     A.   Because the grant wasn't made to Danny
11 Thomas and to Tommy Robinson.
12     Q.   Who was it made to?
13     A.   The grant was made to a movement that
14 Ms. Barbounis said --
15     Q.   What's the name of the movement?
16     A.   Well, if you want to call it an
17 enterprise -- I wouldn't call it a movement per se; I
18 would call it an enterprise that constituted about 15
19 to 20 different people.
20     Q.   Well, Mr. Roman, Lisa has nothing to do
21 with money at the Middle East Forum, correct?
22     A.   She definitely has something to do with
23 money at the Middle East Forum.
24     Q.   She does?
25     A.   Yeah.

Page 292

1  Q.    She -- so she sends wires out and she
2  makes sure that the books are straight --
3  A.    Yes.
4  Q.    -- as part of her responsibility?
5  A.    Ms. Barbounis made a recommendation in
6  early June of 2018 to transfer tens of thousands of
7  dollars to Mr. Daniel Thomas and then, as in --
8  e-mails indicate, and you'll see this was a constant
9  pattern from June of 2018 until --
10 Q.    I'm not --
11 A.    -- her departure --
12 Q.    -- asking you about a pattern; I'm
13 asking you --
14 A.    You're asking me if she was responsible
15 for money, and I'm giving you an answer.
16 Q.    I'm asking if she was responsible for
17 actually sending money out.  Did she -- was she the
18 person who said, all right, I'm going to send this
19 money now; is that part of her job?
20 A.    What she said was --
21 Q.    Yes or no?
22 A.    -- we should send money -- what she
23 said was -- I can't say yes or no to something that
24 didn't happen.
25 Q.    Right.  Did -- was that one of her

Page 293

1  responsibilities or did you have a bookkeeper at the
2  time who did that?
3  A.    No, she recommended the money be
4  transferred.  I approved --
5  Q.    Who did she make the recommendation to?
6  A.    I approved that recommendation based on
7  her representations.
8  Q.    Who else approved --
9  A.    And then the money was sent by Marnie
10 Meyer.
11 Q.    Correct.  Who else approved the
12 recommendation?  Daniel Pipes?
13 A.    Yeah, he would approve some
14 recommendations and others he wouldn't be involved
15 with.
16 Q.    Was he involved in this one?
17 A.    I don't remember.
18 Q.    Okay.  When you approved it what did
19 you approve it based on?
20 A.    I approved it based on quotes that
21 Daniel Thomas gave to Lisa Barbounis and then from
22 those quotes she said I believe that we should send X
23 amount of money to Mr. Thomas, and I said are you
24 going to be able to keep track of those receipts and
25 the spending, and she said yes, and then she provided

Page 294

1  those receipts to me afterwards and --
2  Q.    She provided what receipts to you
3  afterwards?
4  A.    The receipts that Mr. Thomas allegedly
5  gave to Ms. Barbounis.
6  Q.    Ms. -- Daniel Thomas gave Ms. Barbounis
7  receipts that she gave to you; is that your
8  testimony?
9  A.    Right, that -- what she did was she
10 said that these were receipts, and that accounted for
11 a portion of the money, but the sum total of the
12 money -- if you take the total amount of money that
13 came from what was given --
14 Q.    Mr. Roman --
15 A.    I'm giving you an answer.
16 Q.    No, you're not.
17 A.    I'm giving you an answer.  Yes, I am.
18 Q.    No, you're not.  All right?
19 A.    There is receipts --
20 Q.    Listen to the question before --
21 THE COURT REPORTER:  One at a
22 time.
23 BY MR. CARSON:
24 Q.    The question is, did Daniel Thomas give
25 receipts to Lisa that she then gave you; is that what

Page 295

1  you're saying?
2  A.    He gave partial receipts, and then he
3  also gave an accounting --
4  Q.    What is a partial receipt?
5  A.    Okay.  So I'll give you an example.
6  Let's say I give you a hundred dollars.  Okay?  And I
7  ask you to go buy a stack of books.  All right?  So
8  you go buy the books.  They cost $80.  And then on
9  your way back to the office you buy a Big Mac and you
10 have a $6 Big Mac.  And then you go buy a pack of gum
11 and you get something else.  So you spent $80 on the
12 books, that's what you have the receipt for, but you
13 bought yourself a Big Mac and a pack of gum but you
14 didn't give me those receipts.  So you gave me
15 partial receipts for 80 percent of the total that you
16 were allocated and you represented that you spent the
17 rest of the money on a Big Mac and on bubble gum.
18 Now, if you're working for an organization usually
19 the --
20 Q.    So stop.  I understand what you mean.
21 A.    Hold on a second.
22 Q.    Let me ask you a question.
23 A.    So what she did -- what he did --
24 Q.    How much money -- stop.
25 THE COURT REPORTER:  I can't get

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 296

1    both of you.
2  BY MR. CARSON:
3      Q.    How much money was granted to Danny --
4  who was the money granted to?
5      A.    The money was granted in the grant
6  contract --
7      Q.    Just a name. Danny Thomas, right?
8      A.    There's not a name, Mr. Carson.
9      Q.    Well, who did -- how was the money
10 sent?
11     A.    The money was wired to a --
12     Q.    Where?
13     A.    -- to a bank account that Lisa
14 Barbounis provided to the Middle East Forum that she
15 said came from Danny Thomas.
16     Q.    Okay. So the money was sent to Danny
17 Thomas's bank account, correct?
18     A.    I don't know if it was Danny Thomas's
19 bank account. Ms. Barbounis said it was Danny
20 Thomas's bank account. And there was actually
21 problems with the initial transfer. We sent the
22 money overseas --
23     Q.    I didn't ask you any questions --
24     A.    -- and then --
25     Q.    -- anything about a transfer, I didn't

Page 297

1  ask you any questions about that.
2      A.    Sure. Sure. I'm trying to answer your
3  questions.
4      Q.    No, you're not, but just -- just listen
5  to my questions. Okay? Because we're going to get
6  through this.
7           So you're saying that the intention was
8  for the Middle East Forum to send how much money to
9  Danny Thomas?
10     A.    The exact amount I don't recall, but I
11 would say it was probably around 25,000 pounds, which
12 I'm not sure of the conversion rate at the time. We
13 can look this up in the records. It was probably
14 between --
15     Q.    I don't care about the --
16     A.    -- 28 and --
17     Q.    -- conversion rate. Just give me an
18 amount.
19     A.    Mr. Carson, I'm not trying to have a
20 conversation; I'm trying to answer a question.
21     Q.    Is it 25 -- it was an amount. I asked
22 you for an amount. 25,000 pounds?
23     A.    I'm trying to give you an exact amount.
24     Q.    I don't need an exact amount. I just
25 want to know how much. 25,000?

Page 298

1      A.    You want to know how much. I'm trying
2  to give you the exact amount of how much it was.
3      Q.    Thank you. Was it 25,000? Is that
4  your testimony?
5      A.    No, it's not.
6      Q.    Approximately 25,000?
7      A.    It was between twenty -- about 25,000
8  pounds, but I don't know the dollar rate.
9      Q.    I don't care what the dollar rate is.
10     A.    Okay.
11     Q.    Okay? It's not important. Okay.
12 Thank you.
13     A.    Okay.
14     Q.    So 25,000 pounds. The intention was to
15 transfer 25,000 pounds to Danny Thomas, correct?
16     A.    No, that was not the intention. The
17 intention was to transfer the money to the -- the
18 individual that Lisa Barbounis represented was the
19 organizer of the event so that --
20     Q.    And who was that?
21     A.    -- so that vendors would be paid.
22     Q.    Who was that?
23     A.    It was Danny Thomas.
24     Q.    So then what are you talking about?
25     A.    It was Danny Thomas and Kevin Carroll,

Page 299

1  it's another acquaintance of Ms. Barbounis, it was --
2      Q.    Did the money go to two -- Mr. Roman,
3  did the money go to two people's accounts or one
4  account?
5      A.    No, the account -- there was actually
6  two accounts that were provided.
7      Q.    Did the money -- was the money sent
8  from -- to two accounts, 15 and 15, 20 and 15, or did
9  it all go to one account?
10     A.    I would have to look at the books to be
11 able to tell you how many transfers were made, but I
12 know that the initial transfer was problematic --
13     Q.    Who made the -- who made the transfers?
14     A.    You can ask Marnie Meyer about that.
15     Q.    Marnie Meyer made those transfers,
16 correct?
17     A.    At the suggestion of Lisa Barbounis,
18 correct.
19     Q.    And you approved those transfers,
20 correct?
21     A.    After Ms. Barbounis represented to me
22 that it was going to support the rally that she went
23 to.
24     Q.    Who told her to begin working on the
25 Tommy Robinson campaign in the first place?

Page 300

1   A.   I think that there was a discussion
2  where we saw that this guy --
3   Q.   I'm asking for the name of a person.
4   A.   I'm trying to remember.  I'm trying to
5  remember, Mr. Carson.
6   Q.   Who told her to -- you don't have to
7  talk out loud.  Think in your mind --
8   A.   Okay.
9   Q.   -- and give us the name of a person.
10  A.   Okay.  So I'm thinking in my mind right
11 now.
12  Q.   Okay.
13  A.   And I'm thinking about Tommy Robinson.
14  Q.   Who assigned Ms. Barbounis to work on
15 this rally?
16  A.   I believe Ms. Barbounis volunteered.
17  Q.   So Ms. Barbounis came to you out of
18 nowhere and said Tommy Robinson.
19  A.   No, it wasn't out of nowhere.  The
20 involvement with Tommy Robinson started years before
21 when we provided legal assistance to the individual
22 when he was found involved with some contempt
23 proceeding or some free speech case.  It might have
24 even been before I started working at MEF.
25  Q.   After you approved the $25,000 and

Page 301

1  Marnie sent it to Danny Thomas, Lisa Barbounis went
2  to London to oversee the rally that was put on with
3  that money; is that correct?
4   A.   No, it wasn't $25,000.
5   Q.   Mr. Roman, I'm using the number you
6  gave me.
7   A.   I said 25,000 pounds.
8   Q.   Right.  25,000 pounds.  Good.  Is that
9  right then if we said pounds?
10  A.   Yeah, but, like I said, I didn't know
11 the dollar amount.
12  Q.   Okay.  So after Marnie transferred
13 25,000 pounds that you approved Lisa Barbounis went
14 to London to see the rally that was paid for with the
15 Middle East Forum grant; is that correct?
16  A.   No.  Ms. Barbounis went --
17  Q.   She didn't go there to see the rally?
18  A.   No, she didn't go there to see the
19 rally; she went there to manage the rally.
20  Q.   To manage the rally?
21  A.   Correct.  Ms. Barbounis was intimately
22 involved in the planning of all aspects related to
23 the Middle East Forum's backing of that rally that
24 took place in London in June of 2018.
25  Q.   Why do you think that?  Why do you

Page 302

1  think that?
2   A.   It's not that I think it; it's that the
3  e-mails, text messages, and all of the communications
4  from Lisa Barbounis that you provided to us in
5  discovery prove that she was the center point for
6  that rally.
7   Q.   Well, we're going to find out if that's
8  true; aren't we, Mr. Roman?  But why do you --
9   A.   I already have, Mr. Carson.  I've
10 looked at the information --
11  Q.   Mr. Roman --
12  A.   -- you've provided to MEF.
13  Q.   -- why do you think that?  What -- you
14 can't just say that's what the evidence proves.  You
15 sound like Donald Trump.  Why?  What evidence?
16  A.   Mr. Carson, I take great exception with
17 you trying to insult me at a deposition.
18  Q.   Why, Mr. Roman?  What evidence are you
19 talking about?  Be specific.  What evidence proves
20 that she was intimately involved with managing the
21 rally?
22  A.   Sure.  So let's start with the text
23 messages.
24  Q.   Just give me one piece of evidence.
25  A.   E-mails --

Page 303

1   Q.   We don't have to start anywhere.  One
2  piece of evidence.
3   A.   E-mails that were --
4   Q.   All right.  Give me one e-mail and tell
5  me what it said.
6      MR. GOLD:  Excuse me, Mr. Carson.
7   I know it's getting late.  Just let Mr.
8   Roman finish his answer and then you can
9   ask another question.  All right?  Go
10  ahead.
11 BY MR. CARSON:
12  Q.   One e-mail, what did it say?  Tell me
13 one e-mail.  Describe it.
14  A.   Sure.  So --
15     MR. GOLD:  One question at a time,
16  Mr. Carson.
17 BY MR. CARSON:
18  Q.   Go ahead.
19  A.   Okay.  So that was a compound question.
20 One e-mail --
21  Q.   Go ahead.  Describe one e-mail.
22  A.   Sure.  So an e-mail that Danny Thomas
23 -- I think he was dannythomas@tesco.co.uk --
24  Q.   Right.  Great.
25  A.   -- sent -- excuse me?

Page 304

1  Q.  Keep going.
2  A.  Okay. -- sent to Lisa Barbounis
3  involved the deployment of buses that were to go from
4  the midlands of England, from the Scottish border,
5  from Sheffield, from Manchester, I think Wales was
6  involved, and they were busing these people in from
7  these areas that were outside of London and coming
8  into London.  Then what happened was --
9  Q.  I don't need to know what happened.  I
10  said to describe an e-mail.
11  A.  I'm giving you the e-mail description.
12  Q.  Right.  Are you still talking about the
13  e-mail or are you going to tell me what happened --
14  A.  Hundred percent I'm talking about the
15  e-mail.
16  Q.  Okay.  Go ahead.
17  A.  And the e-mail that was between Ms.
18  Barbounis and Mr. Thomas were talking about the
19  intricate difficulties in trying to make sure that
20  enough people attend, so what they discussed was that
21  there would be additional monies that Mr. Thomas
22  suggested that Ms. Barbounis provide to what they
23  call the lift carrier, so she's talking about in this
24  e-mail the money that -- or not even the money, the
25  quotes that the team she was working with in the UK

Page 305

1  was getting from that team and then going down, but
2  in the end I don't think any money was paid directly
3  to the bus companies --
4  Q.  Why would you grant money to Danny
5  Thomas if Ms. Barbounis was going to manage the whole
6  thing?  Why wouldn't you just let her handle it?
7  A.  Well, I did let her handle it and she
8  recommended sending money to Danny Thomas.  That's
9  where the entire conspiracy began.
10  Q.  Did she know Danny Thomas at the time?
11  A.  She recommended him and she said she --
12  Q.  Did she know Danny Thomas at the time;
13  yes or no?
14  A.  When -- what time are we talking about?
15  Q.  What time are you talking about?
16  A.  I'm talking about the time that Lisa
17  Barbounis introduced me to Danny Thomas.
18  Q.  June 2018, right?
19  A.  Yeah, I can't tell --
20  Q.  Did she know him at that time; yes or
21  no?
22  A.  I can't -- I can't represent what
23  Ms. Barbounis's relationship was with Danny Thomas
24  prior to when she introduced me to him.
25  Q.  Right.  She didn't know him at the

Page 306

1  time, correct?
2  A.  I don't know.
3  Q.  Isn't it funny that you're accusing her
4  of entering into a conspiracy with someone she didn't
5  know?
6  A.  No, Mr. Carson.  She engaged in a
7  four-month at least intimate affair with Danny
8  Thomas, and I think they knew parts of each other
9  that no one else probably knew about Danny Thomas or
10  Lisa Barbounis.  This is the ultimate definition of
11  what I would consider to be not just a conspiracy but
12  an enterprise designed to defraud the Middle East
13  Forum.
14  Q.  When did you find out that there might
15  have been -- strike that.
16  Why do you think that Danny Thomas
17  didn't spend all the money on the rally?
18  A.  I don't know.  You would have to ask
19  Danny Thomas.
20  Q.  Well, why -- but you're alleging that,
21  aren't you, that not all the money went to the rally?
22  A.  No, I'm not alleging that --
23  Q.  You just said partial receipts.
24  A.  I'm not alleging that, Mr. Carson.
25  What I'm doing is is I'm taking the testimony that

Page 307

1  Danny Thomas in part gave --
2  Q.  Danny Thomas hasn't testified,
3  Mr. Roman.
4  A.  Okay, so the statement that Mr. Thomas
5  made in the presence of two attorneys registered with
6  the Pennsylvania Bar just like you are, Mr. Carson,
7  and said in a recording.  I'm also talking about a
8  statement that --
9  Q.  I don't need you to pull up any
10  statements.  Seriously.  You can put it down.
11  A.  -- you provided to -- okay.  I'm just
12  trying to refresh my memory based on the evidence
13  that you provided to us.
14  Q.  Did you hear my question?
15  A.  Yeah, you're saying -- can the
16  stenographer repeat the question, please?
17  Q.  I'll just say it again.  I'm not going
18  to make her do that.
19  So my question is -- at some point in
20  time did you learn that Danny Thomas might not have
21  spent the entire $25,000 on the rally?
22  A.  Mr. Carson, again --
23  Q.  Yes or no question.
24  A.  -- it wasn't $25,000.
25  Q.  25,000 pounds.  Thank you for helping

Page 308

1 me with that. Thank you.
2     A.    Sure.
3     Q.    25,000 pounds.
4     A.    What about it?
5     Q.    At some point in time did you discover
6 that maybe he didn't spend it all on the rally?
7     A.    Yes, I discovered that, Mr. Carson.
8     Q.    Okay. How did you discover that?
9     A.    When I believe Ms. Jazmin Bishop
10 provided me and the Middle East Forum and our
11 attorneys with a record that constituted Ms.
12 Barbounis's statements with Mr. Thomas from March
13 7th, 2019.
14     Q.    What are you talking about?
15     A.    Talking about --
16     Q.    Talking about text messages?
17     A.    No, not just the text messages;
18 specific quote where Ms. --
19     Q.    Are you reading from a text message?
20     A.    No, I'm recollecting my memory from a
21 piece of evidence that you gave to us.
22     Q.    Is it a text message?
23     A.    It's a text message you gave to us,
24 yes.
25     Q.    Why do you keep saying no then? I'm

Page 309

1 asking you if it's a text message.
2     A.    I didn't say no; I'm saying that it's a
3 --
4     Q.    You understand you're under oath, you
5 can't say no when the answer is yes.
6     A.    Well, Mr. Carson --
7     Q.    That's called a lie.
8     A.    Mr. Carson, I'm not lying. What I'm
9 saying is --
10     Q.    Stop perjuring yourself today.
11     A.    I'm not reading from a text message;
12 I'm reading from a printout that came in discovery
13 that you gave to us. Now, this might be an e-mail,
14 might be a text message --
15     Q.    You're holding a text message.
16     A.    This might be an e-mail, it might be a
17 text message, and I'm quoting from it.
18     Q.    Did it come from an electronic
19 communication?
20     A.    It came from something that you
21 provided to us in discovery, yes.
22     Q.    Okay.
23     A.    But there is all kind of things you
24 gave to us. You gave to us WhatsApp, you gave to us
25 text messages, you gave to us e-mails.

Page 310

1     Q.    I don't need a list of the discovery in
2 this case. Thank you, though.
3     A.    There's also a lot of stuff you haven't
4 given yet, and I look forward to reading that as
5 well.
6     Q.    Good luck with that.
7          Did you ever talk to Danny Thomas
8 before?
9     A.    Yes.
10     Q.    Did you offer to pay him money for his
11 -- for his testimony?
12     A.    No.
13     Q.    Why did he say you did?
14     A.    I don't think you can ask a question
15 which is based on a factual predicate on instances
16 that did not exist, Mr. Carson.
17     Q.    Well, why would he say that you offered
18 to give him a wink and a nod when this whole thing
19 ends?
20     A.    Mr. Carson, I am not Danny Thomas and I
21 can't answer that question.
22     Q.    So he's lying when he says that, right?
23     A.    About what, Mr. Carson?
24     Q.    He's lying when he says you offered to
25 pay for his testimony.

Page 311

1     A.    Mr. Carson, I don't believe that Danny
2 Thomas has ever said that.
3     Q.    I can play you the recording if you
4 want.
5     A.    I appreciate to hear that, Mr. Carson.
6     Q.    No problem. I would be happy to.
7     A.    Sure. Just as a point of information,
8 do you have --
9     Q.    You don't have to say -- there is no
10 question pending. No points of information are
11 required. Thank you, though.
12     A.    -- a transcript that goes along with
13 the recording.
14     Q.    I'm sure there is.
15          THE COURT REPORTER: Okay. I'm
16 going to go off the record for the
17 recording.
18          MR. CARSON: No, we don't have to
19 go off the record. This can be on
20 record.
21          THE COURT REPORTER: I mean when
22 you play it.
23          MR. GOLD: You would have no shot
24 at stenographically recording this
25 thing.

Page 312

1  (Audio played.)
2  BY MR. CARSON:
3      Q.    He said I'm fuckin' testifying,
4  brother, under oath.  I'm taking her to fuckin' town.
5      A.    Yeah.
6      Q.    Does that sound like someone who is
7  credible?
8      A.    Yes, a hundred percent, especially
9  because if we go back to earlier question --
10     Q.    You think Daniel Thomas is credible?
11     A.    Well, in --
12     Q.    I asked you a yes or no question.
13     A.    -- in reference --
14     Q.    I don't need to know --
15     A.    In reference --
16         THE COURT REPORTER:  Please one at
17  a time.
18  BY MR. CARSON:
19     Q.    Gregg, stop.  Seriously.  I'm asking
20  you yes or no questions.  That's it.
21     A.    No, Mr. Carson.
22         MR. GOLD:  Hold on.  Ask the
23         question, let him answer, then you can
24         follow with another question.
25  BY MR. CARSON:

Page 313

1      Q.    Do you think Daniel Thomas is credible,
2  yes or no?
3      A.    In what terms, Mr. Carson?  He's
4  probably --
5      Q.    Do you think he's a liar?  You don't
6  know what credible means?
7      A.    Mr. Carson --
8      Q.    No, no, no, I -- do you know what
9  credible means?
10     A.    Mr. Carson --
11     Q.    No, no.
12     A.    -- the answer is much more complicated
13  than that.
14     Q.    Mr. Roman, stop.  I'm not asking you to
15  give me a complicated response to a definition of a
16  word.  I can read you the definition of the word
17  credible if you would like me to.  Do you want -- do
18  you need me to do that?
19     A.    So as many cases show in this, this
20  case is much more complicated than just a yes or no
21  question affords to.
22     Q.    Do you think that Daniel Thomas is
23  credible, yes or no?
24     A.    When Danny Thomas is speaking about the
25  pain inflicted upon him and what happened with Lisa

Page 314

1  Barbounis I believe he's credible, yes.
2      Q.    You think he's a credible person,
3  period.
4      A.    I do.  I also believe --
5      Q.    You do.
6      A.    -- that --
7      Q.    No, no, I don't need to know what else
8  you believe.  The question was about Daniel Thomas
9  and your feelings on his credibility.
10     A.    When Mr. Thomas is speaking about Lisa
11  Barbounis --
12     Q.    Mr. Roman, there is no question
13  pending.  None.
14     A.    You didn't let me finish because you
15  cut me off on the last --
16     Q.    I asked you a yes or no question.
17  There is nothing to finish.
18     A.    I would like to --
19     Q.    Do you think he's credible.
20     A.    -- just put -- I would like to --
21     Q.    I'm going to play the rest of the
22  recording now.
23     A.    You just said do you think he's
24  credible --
25     Q.    Yeah, and you said I do.

Page 315

1      A.    -- then you said -- then you said
2  period, then I said --
3         (Audio played.)
4         THE WITNESS:  -- Mr. -- can I
5  finish my --
6  BY MR. CARSON:
7      Q.    No.
8      A.    -- question?
9      Q.    There is no question pending.
10        (Audio played.)
11        THE WITNESS:  Mr. Gold, can you
12  please --
13        (Audio played.)
14  BY MR. CARSON:
15     Q.    I'm taking her to fuckin' town, that's
16  what he says, right?
17     A.    Then he says then she ruined my life.
18  So, yeah, that's what he said.
19        (Audio played.)
20        THE WITNESS:  Can we stop there
21  for a second?
22  BY MR. CARSON:
23     Q.    No.
24     A.    Okay.  I can't comment if you won't let
25  me give the piece by piece if I don't see any written

Page 316

1 transcript in front of me.
2     Q.   Mr. Roman, there is no question
3 pending. You're just talking for no reason.
4     A.   And you're playing a tape that I can't
5 comment on.
6     MR. GOLD:  (Indiscernible.)
7     THE COURT REPORTER:  I can't hear
8 you, Mr. Gold.
9     MR. GOLD:  What is he -- if there
10 is no question pending, what is he
11 doing?
12     MR. CARSON:  Is everyone going to
13 stop talking so I can play this?  Thank
14 you.
15     (Audio played.)
16 BY MR. CARSON:
17     Q.   He gave me a little wink and said when
18 this is all over we'll thank you.
19     A.   Yeah.
20     Q.   What did he mean by that?
21     A.   I don't know, Mr. Carson. I'm not
22 Mr. Daniel Thomas. But I can tell you what he may
23 mean.
24     Q.   Did you give him a little wink and tell
25 him when this is all over we're going to thank you?

Page 317

1     A.   No, Mr. Carson, I never told him that.
2     Q.   Okay. So he's lying then.
3     A.   No, he may not be lying. What he may
4 be talking about is a man named Matthew Altass,
5 A-l-t-a-s-s.
6     Q.   He said that -- he said I talked to
7 Gregg Roman, he gave me a little wink and told me --
8     A.   Yeah.
9     Q.   -- when this is all over we're going to
10 thank you. Did you --
11     A.   Exactly.
12     Q.   -- do that? Did you do that?
13     A.   No -- Mr. Carson, I'm answering your
14 question.
15     Q.   No. Mr. Roman --
16     A.   A man --
17     Q.   -- did you do that? Did you give him a
18 little wink and did you tell him when this is all
19 over we're going to thank you.
20     MR. GOLD:  One question at a time.
21 One question at a time. And let him
22 answer the question.
23 BY MR. CARSON:
24     Q.   You never did that, right? That's your
25 testimony.

Page 318

1     MR. GOLD:  What are you doing?
2 You're talking to yourself now, Carson?
3 One question at a time and let him
4 answer the question.
5 BY MR. CARSON:
6     Q.   Yes or no?
7     A.   Can you read back the question?
8     Q.   Did you ever give him a little wink and
9 tell him when this is all over we're going to thank
10 you?
11     A.   Mr. Carson, that's a compound question.
12 One question at a time, please.
13     Q.   No, it's not a compound question. Did
14 you do that?
15     A.   Did you give him a wink, that's one
16 question --
17     Q.   No, I'm not --
18     A.   -- and then did you do something else.
19     Q.   I'm asking if you did that, yes or --
20     A.   Do what?
21     Q.   -- no? Did you give him a little wink
22 and did you tell him when this is all over we're
23 going to thank you. That's one question. Did you do
24 that?
25     A.   No, I had him meet a man named Matthew

Page 319

1 Altass, who is the premier e-discovery expert in the
2 United States -- sorry, not in the United States; in
3 the United Kingdom --
4     Q.   Mr. Roman, I don't need to know --
5     A.   Mr. Carson --
6     MR. GOLD:  Let him finish his
7 answer.
8 BY MR. CARSON:
9     Q.   Go ahead.
10     A.   -- in order to assure the chain of
11 custody of Mr. Thomas's two electronic devices of
12 which a picture should have been provided to you in
13 discovery -- if they weren't, I'm asking Mr. Cavalier
14 to please give that to him -- so that the purity of
15 his testimony and the purity of his evidence wouldn't
16 be questioned such a way as doing right now.
17 Immediately after Mr. Thomas agreed to testify at the
18 U.S. Embassy in London the following happened, which
19 I think was an example of Lisa Barbounis taking part
20 in witness tampering --
21     Q.   I don't want to hear about your
22 speculation about my client.
23     A.   It's not speculation, Mr. Carson. I
24 have sources that I'm willing to share with you right
25 now. Would you like to hear that?

Page 320

1  Q.    I'm not interested.
2  A.    Okay.
3  Q.    Really not.  Thank you, though.
4  A.    Okay.  Well, then I can't --
5  Q.    When is the last --
6  A.    -- give you a complete answer on why I
7  think that --
8  Q.    You --
9  A.    -- his --
10  Q.    Through your lawyers you can make
11 whatever arguments you want.  I'm not doing that with
12 you right now.
13  A.    It's not an argument, Mr. Carson.  It's
14 my belief on what he meant when he --
15  Q.    Mr. Roman, you got to stop.
16  A.    -- said what you represented he said.
17  Q.    You got to stop.  Seriously.
18      MR. GOLD:  Mr. Carson, you're not
19  -- he's trying to complete his answer --
20      MR. CARSON:  There's no --
21      MR. GOLD:  -- you don't like --
22      MR. CARSON:  There's no question
23  pending.
24      MR. GOLD:  -- the response, you're
25  trying to cut him off.  Let him just

Page 321

1  finish his answer --
2      MR. CARSON:  There's absolutely no
3  question pending right now.
4      MR. GOLD:  He's finishing his
5  answer --
6      MR. CARSON:  No, he's not.
7      MR. GOLD:  -- to your last
8  question.
9  BY MR. CARSON:
10  Q.    You can answer this question.  When is
11 the last time you spoke to Daniel Thomas?
12      MR. GOLD:  We're going to let
13  Mr. Roman finish the answer and then you
14  can ask your next question.
15      MR. CARSON:  Answer to what
16  question?
17      MR. GOLD:  The question about a
18  wink of the eye, whatever you're going
19  after --
20      MR. CARSON:  He already answered
21  that question.
22      MR. GOLD:  He's not done answering
23  the question.
24      MR. CARSON:  He is.
25      MR. GOLD:  Are you done, Mr.

Page 322

1  Roman?
2      THE WITNESS:  No, I'm not,
3  Mr. Gold.
4      MR. CARSON:  Yeah, you are.
5      MR. GOLD:  Finish your answer
6  then, Mr. Roman.
7      MR. CARSON:  It was a yes or no
8  question and you answered it.
9  BY MR. CARSON:
10  Q.    When is the last time -- when is the
11 last time you spoke to Daniel Thomas?
12      MR. GOLD:  Mr. -- let him answer
13  the previous question and then he'll
14  give you the answer to that question.
15  Go ahead.
16      MR. CARSON:  There is no question
17  pending.
18      MR. GOLD:  There is a question
19  pending because there's an answer
20  pending.  The answer is pending -- yeah,
21  there's no question, it's the answer
22  that's pending.
23      MR. CARSON:  There is no answer
24  pending.
25      MR. GOLD:  Let him finish his

Page 323

1  answer.  Go ahead.  Go ahead, Mr. Roman.
2      THE WITNESS:  Can the stenographer
3  please read back the question?
4      MR. CARSON:  No, she's not going
5  to read back the question.  She's not
6  doing that.  You're not doing that to
7  the stenographer right now.
8      MR. GOLD:  I think you were at the
9  part of talking about this electronic
10 e-discovery expert in the UK, that's
11 where you were.
12      THE WITNESS:  Okay.  So --
13 BY MR. CARSON:
14  Q.    Just do what you got to do.
15  A.    Okay.  So you're talking about this
16 wink and whatever.  Okay?  So what we did was --
17  Q.    All I asked you was did you do it.
18  A.    No, Mr. Carson, I'm trying to finish my
19 answer.
20      MR. GOLD:  Mr. Carson, take the
21 food out of your mouth if you're going
22 to ask a question.
23      Go ahead, Mr. Roman.
24      THE WITNESS:  Okay.  So when
25 Mr. Thomas was engaged in conversations

Page 324

1  with Tommy Robinson -- when Daniel
2  Thomas was engaged in conversations with
3  Tommy Robinson, I believe that's when
4  you were able to actually get that
5  recording, he received five phone calls
6  from an associate of his named Si, S-i.
7  In August when Danny Tommy was present
8  these calls all came from an American
9  phone number.  They called Si and Danny
10  Tommo got the phone call.  Then he
11  started receiving calls from a Qatari
12  registered number and a visit from the
13  UK counterterrorism police in September
14  2020.  This was all around the time
15  that a man named Darren Perry, a former
16  British serviceman who had been with
17  Tommy Robinson in the English Defence
18  League and was close to his crew,
19  started being around a drug deal that
20  went wrong where because of Mr. Thomas
21  Perry lost a huge amount of money.  As a
22  result, the same threats that were made
23  against Mr. Jordan James, another woman
24  named Ashley, and so on, ended up being
25  the same things that happened to

Page 325

1  Mr. Thomas.  The people who were
2  involved with the threats against him
3  include Steven Clark, Gary Paige, Andy
4  Harrison --
5  BY MR. CARSON:
6  Q.  What question --
7  A.  -- Nick Walsh --
8  Q.  -- are you answering right now?  What
9  are you telling me?
10  A.  -- Jamie McClintock.
11  Q.  What are you telling me?
12  A.  So when Mr. -- when Mr. Thomas --
13  Q.  What question are you answering right
14  now?  What -- I don't even know what you're telling
15  me.
16  A.  The wink --
17  Q.  You're just blabbing.
18  A.  The wink -- the wink question, Mr.
19  Carson.
20  Q.  The question was did you say that.
21  A.  So --
22  THE COURT REPORTER:  One at a
23  time.
24  BY MR. CARSON:
25  Q.  That was the question I asked you, Mr.

Page 326

1  Roman.  I said did you -- did you do that.
2  A.  So when Mr. --
3  Q.  So why are you telling me about drug
4  deals?  What the hell are you doing?
5  A.  I'm trying -- I'm trying to give the
6  answer, Mr. Carson.
7  Q.  No.  No, no, no, no.  I'm putting a
8  stop --
9  A.  So --
10  Q.  -- to this right now.  I'm putting a --
11  A.  Hold on.
12  Q.  -- stop to it.  We're not going to do
13  this.  You're done.  You're done that answer.
14  A.  I'm done -- I'm done what?  I'm not
15  done the answer, Mr. Carson.
16  Q.  Yeah, you are.
17  A.  I'll finish with one sentence.  Is that
18  fair?
19  Q.  No.
20  A.  Okay.
21  Q.  I'm going to ask you the next question
22  now.  The next question is --
23  A.  Sure.
24  Q.  -- when is the last time you spoke to
25  Daniel Thomas?

Page 327

1  MR. GOLD:  What's the next
2  question?
3  BY MR. CARSON:
4  Q.  When is the last time you spoke to
5  Daniel Thomas?
6  A.  The last time I spoke with Daniel
7  Thomas was after Lisa Barbounis engineered the
8  quieting of the witness by Tommy Robinson.
9  Q.  When is the last time you spoke to
10  Jazmin Bishop?
11  A.  Last time I spoke with Jazmin Bishop
12  was after Lisa Barbounis engineered the quieting of
13  her as a witness.
14  Q.  When is the last time, I'm sorry?
15  A.  After Lisa Barbounis threatened to kill
16  Jazmin Bishop and after she arranged the quieting of
17  the witness through Tommy Robinson.
18  Q.  Have you ever asked for that money
19  back?  How much --
20  A.  Yes, Mr. Carson.
21  Q.  -- money do you -- how much money do
22  you think was stolen by Daniel Thomas?
23  A.  I believe that -- if you look at the
24  contract that was signed --
25  Q.  I just need an amount.  How much?

Deposition of GREGG ROMAN                                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 328

1    A.   -- between -- the entirety of the money
2    was defrauded from MEF so we will be demanding in a
3    future legal action the full amount of money -- and
4    actually it was actually conveyed from him.
5    Q.   How much?
6    A.   If you read -- if you read --
7    Q.   How much money?
8    A.   -- the complaint --
9    Q.   That's the question.  How much?
10   A.   Probably --
11        THE COURT REPORTER:  I can't take
12   both of you at the same time.  Please
13   one at a time.
14   BY MR. CARSON:
15   Q.   Stop.  I'm asking you a question.  How
16   much money?
17   A.   Mr. Carson, if you'll just --
18   Q.   How much money are we talking about?
19   A.   If you would let me finish my answer,
20   please.
21        MR. GOLD:  Lower the decibel here
22   -- I mean, you're like -- my -- there's
23   no need to scream.  We're really --
24   BY MR. CARSON:
25   Q.   How much money are we talking about?

Page 329

1    A.   Mr. Carson, it would be --
2        MR. GOLD:  Hold on, Mr. Roman.
3    Please slow it down.  The stenographer
4    is not going to -- the record is going
5    to be lousy.
6        THE COURT REPORTER:  The record is
7    going to be a mess.  The record is going
8    to be a mess.
9    BY MR. CARSON:
10   Q.   How much money are we talking about?
11   How much money --
12   A.   Can I answer --
13        MR. CARSON:  Please type my -- I
14   want every time I ask this question to
15   be on the record.
16   BY MR. CARSON:
17   Q.   How much money are we talking about?
18   A.   So, like I said before --
19        MR. GOLD:  Well, you've
20   interrupted him four times already, so
21   go ahead.
22   BY MR. CARSON:
23   Q.   How much money are we talking about?
24   A.   It would be 25,000 pounds plus interest
25   plus whatever punitive damages that we would have as

Page 330

1    a result of him --
2    Q.   Mr. --
3    A.   -- defrauding us.
4    Q.   Mr. Roman, I didn't ask you how much
5    money you're trying to recover from my client in
6    litigation.  I said how much money --
7    A.   I'm not talking about your client; I'm
8    talking about Daniel Thomas.
9    Q.   Can I please finish the question?
10   A.   Sure.
11   Q.   How much money are you alleging was
12   stolen from the Middle East Forum?
13   A.   From who?
14   Q.   Are you alleging that money was stolen
15   by the -- from the Middle East Forum?
16   A.   I'm alleging --
17   Q.   Yes or no?  Are you alleging -- in the
18   case -- in a counterclaim against Lisa Barbounis that
19   it's based on money that was stolen from the
20   Middle East Forum, yes or no?
21   A.   Mr. Carson, I am alleging -- actually
22   it's not me, it's the organization that's alleging,
23   that Ms. Barbounis both facilitated, she covered up,
24   she defrauded, and then breached her duty of loyalty
25   to the organization, because as I say what she quotes

Page 331

1    on Thursday, March 7th, 2018, she says "and now I
2    have proof about the money."  She says you are a liar
3    and a thief.
4    Q.   How much money are we talking about?
5    A.   She says you will never change because
6    you are a horrible human.
7    Q.   How much money are we talking about?
8    A.   Tens of thousands of pounds --
9    Q.   How much exactly --
10   A.   -- that would be --
11   Q.   -- was taken?
12   A.   Exactly -- like I said beforehand in
13   the original answer, 25,000 pounds --
14   Q.   Okay.  Thank you.
15   A.   -- plus interest --
16   Q.   I'm going to ask another question now.
17   Thank you.
18   A.   I can't -- I want to finish --
19   Q.   25,000 pounds.
20   A.   -- the answer, Mr. Carson.
21   Q.   Can you give me a breakdown of why --
22        MR. GOLD:  What's the next
23   question?
24   BY MR. CARSON:
25   Q.   Why is it 25,000 pounds?  Give me --

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 332

1  how much?
2      A.    As I said beforehand, the approximate
3  amount would be the amount of money that we granted
4  to the individuals who organized the Tommy Robinson
5  rally in June of 2018 plus interest --
6      Q.    All that money was stolen.
7      A.    Yes, as a result of breach of contract,
8  we have a duty that's in that contract, you can
9  review the contract -- it's an exhibit that's part of
10  the counterclaim, that allows us to collect not just
11  the money that was granted but also any damages that
12  came as a result of our organization being defrauded
13  by Lisa Barbounis and Daniel Thomas.
14      Q.    How much money exactly did they -- do
15  you allege was used that didn't go toward putting on
16  the rally?
17      A.    Well, Mr. Carson, I believe that there
18  is an accounting of that came --
19      Q.    So how much is it?
20      A.    I would say at least, if you look at
21  the contractual language, all of the money was
22  misappropriated, and as soon as one pound is
23  misappropriated, all the money is misappropriated
24  according to the terms of the contract.  It's very
25  clear.  It's very clear.

Page 333

1      Q.    And you're alleging that Ms. Barbounis
2  was involved in Daniel Thomas not spending all the
3  money on the -- allegedly not spending all the money
4  on the rally?
5      A.    As soon as she became aware of the
6  fraud she had a duty to the organization to report
7  it.  As soon as she stopped and thought about it and
8  said it in multiple messages to other people, she
9  became part of the conspiracy.  When she became part
10  of the conspiracy of fraudulent -- aiding and
11  abetting the fraudulent misrepresentation of funds
12  which were granted to Danny Thomas, she breached her
13  duty of loyalty to the organization, and that's why
14  those three claims have been filed against Ms.
15  Barbounis.
16      Q.    Can you prove any money was stolen?
17      A.    Yes.
18      Q.    How?
19      A.    Based on the testimony of at least four
20  people involved and the text messages of
21  Ms. Barbounis and of Ms. McNulty and of Ms. Marnie
22  Meyer.  I have seven witnesses who will show that
23  that money was stolen.
24      Q.    Well, name one of them.
25      A.    I just did.  Daniel Thomas, Kalina [ph]

Page 334

1  Bishop --
2      Q.    Daniel Thomas is a witness in this
3  case?
4      A.    He may be.  I think we may have put him
5  on the list of the initial Rule 26 disclosures.  If
6  he's not there, he should be amended.
7      Q.    You're going to fly him to the United
8  States?
9          THE COURT REPORTER:  What was
10      that?
11          THE WITNESS:  I will do --
12          THE COURT REPORTER:  What was
13      that?
14          THE WITNESS:  -- whatever is
15      necessary to make sure -- you know, so
16      -- we got coronavirus we got to worry
17      about, we have to worry about maybe the
18      guy's going to be --
19  BY MR. CARSON:
20      Q.    I asked if you were going to fly him to
21  the United States.  It's a yes or no question.  I
22  don't need to hear about coronavirus.
23      A.    I don't know.  You know, there may be
24  the ability for us to conduct --
25          MR. GOLD:  We'll check with his

Page 335

1  travel agent.
2          THE WITNESS:  Yeah.  Well, not
3      just that --
4          MR. CARSON:  Thank you.
5          THE WITNESS:  -- some judges now
6      are allowing for --
7          MR. CARSON:  I heard your
8      attorney's answer.  Thank you.
9          THE WITNESS:  Okay.
10  BY MR. CARSON:
11      Q.    So Daniel Thomas told you that he stole
12  money?
13      A.    Yes.
14      Q.    Did you ask for it back?
15      A.    Yes.
16      Q.    From Daniel Thomas.
17      A.    I did.
18      Q.    In writing?
19      A.    I think I did verbally and I also said
20  that we are considering pursuing litigation against
21  Mr. Thomas both in the United States and in the
22  United Kingdom.  We --
23      Q.    Have you done anything?  Have you
24  started any litigation against Daniel Thomas?
25      A.    Yes, there is two pending lawsuits that

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 336

1  we're about to file. The first is being filed by
2  Sidkoff, Pincus & Green. The attorney is Robert
3  Davitch.
4      Q.    I asked you a yes or no question. Have
5  you started any litigation against Daniel Thomas as
6  of today. It's 11/20/2020. Can I go into a docket
7  somewhere and see a case that you filed against him,
8  yes or no?
9      A.    No, well -- Mr. Carson, as you know --
10     Q.    So you haven't --
11     A.    -- the process --
12     Q.    -- started litigation against Daniel
13 Thomas today.
14     A.    -- the process of starting
15 litigation --
16     Q.    So stop lying, Mr. Roman.
17         MR. GOLD: Hold on.
18 BY MR. CARSON:
19     Q.    Stop saying yes when the answer is no.
20         MR. GOLD: Mr. Carson, the word
21     started means retaining a lawyer --
22         MR. CARSON: No, it doesn't. Mr.
23     Gold -- no, it doesn't.
24         MR. GOLD: (Indiscernible.)
25         MR. CARSON: Have you initiated

Page 337

1  any litigation I said.
2         THE COURT REPORTER: Excuse me.
3     Excuse me. I can't hear Mr. Gold. I
4     couldn't hear any of that conversation.
5     Everybody is talking all over each
6     other.
7  BY MR. CARSON:
8      Q.    Have you initiated any litigation. The
9  answer is no, correct?
10     A.    No, that's incorrect. I have initiated
11 litigation.
12     Q.    So there is a courthouse -- what court
13 have you filed a case in?
14     A.    So in the United Kingdom --
15     Q.    What court have you filed a case in?
16 Just give me the name of the court.
17     A.    Mr. Carson, I'm still answering the
18 last question.
19     Q.    No, you're not. What court have you
20 filed a case in?
21     A.    Mr. Carson, if you're familiar with the
22 way in which common law works in the United
23 Kingdom --
24     Q.    Can you give me the name of the court?
25     A.    -- there is the ability -- there is the

Page 338

1  ability to take a barrister or a solicitor to start
2  pre-discovery before the filing of a lawsuit. The
3  Middle East Forum has attained a lawyer in the United
4  Kingdom -- first we attained the firm Mishcon de
5  Reya, which was in March of 2020, and they were to
6  interview Jazmin Bishop before Ms. Bishop was
7  intimidated into no longer testifying and then --
8         THE WITNESS: Mr. Gold, do you
9     know the name of the firm -- or
10    Mr. Rieser, do you know the --
11 BY MR. CARSON:
12     Q.    You can't ask your lawyers questions in
13 the middle of a deposition.
14     A.    Okay. Sorry. So there is a firm whose
15 name I don't specifically remember right now but I
16 know that there has been this whole mess over a
17 passport photo, but there is a firm in the UK that's
18 already been on Daniel Thomas for at least two months
19 and they are working in conjunction with Sidkoff
20 Pinus & Green to file a RICO case against your
21 client, Ms. Lisa Barbounis, and I expect that
22 complaint to either be given to you as a way in which
23 to start settlement negotiations or to be filed in
24 the Eastern District in the coming weeks.
25     Q.    Never have to give that to me to begin

Page 339

1  settlement negotiations.
2      A.    Well, I'm just saying, I don't know how
3  it works, but a letter was sent to you on September
4  28th --
5      Q.    Okay. All right. There is no --
6      A.    -- and --
7      Q.    Mr. Roman, there is no question pending
8  right now. We're not having a conversation with each
9  other.
10         MR. GOLD: Next question.
11         THE WITNESS: I'm just answering
12     your last question.
13         MR. GOLD: Next question.
14 BY MR. CARSON:
15     Q.    Is there any other basis for the
16 counterclaim other than what you've already testified
17 to?
18     A.    Yes, there is at least 12 charges we're
19 considering.
20     Q.    I'm -- Mr. Roman, I'm not asking you
21 about things that aren't in the counterclaim that are
22 bouncing around in your brain.
23     A.    Not 12 legal charges.
24     Q.    I'm asking you about what is in the
25 counterclaim that you filed. Do you understand the

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 89 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 340

1 difference?
2       MR. GOLD: Mr. Carson, you're
3 getting abusive now. If it's getting
4 late for you, take a break and, you
5 know, get a cup of coffee, but --
6       MR. CARSON: No, Mr. Gold, why
7 don't you take a break and have a
8 conversation with your client.
9       MR. GOLD: You know what, why
10 don't we just take a five-minute break.
11 We have a -- we're trying to get to the
12 end of this thing. I just don't want
13 the record to be so replete with people
14 jumping in and out. And I respect the
15 stenographer. And I want the record to
16 be clean. So let's take a five-minute
17 break, everybody take a deep breath, and
18 come back and --
19       MR. CARSON: I want him to answer
20 the question that's pending. He has to
21 answer the question --
22       MR. GOLD: What's the question?
23 BY MR. CARSON:
24    Q.   The question that's pending, is there
25 anything else that is in litigation now that the

Page 341

1 counterclaims are based on other than what you've
2 already testified to?
3       MR. CAVALIER: Object to form.
4    You can answer.
5       THE WITNESS: Okay. So there's
6 Exhibit A to Exhibit HH which is replete
7 with dozens of accusations that -- or
8 dozens of pieces of evidence that back
9 the three charges --
10 BY MR. CARSON:
11    Q.   I want to know what -- I want to know
12 what the basis of the counterclaim is other than what
13 you've already testified to.
14    A.   We'll have to go through each exhibit
15 and I can give you the relevance to each part if you
16 would like to do that.
17    Q.   We're not going to take a break and let
18 your lawyers tell you and then come back and tell me.
19    A.   You don't have to. I don't have to
20 take a break, Mr. Carson. I can go exhibit by
21 exhibit right now without taking a break. Let's do
22 it.
23    Q.   No. I want to know from you what the
24 basis of the counterclaim is. I'm not going to show
25 you the complaint so you can read it to me. What is

Page 342

1 the basis of the counterclaim?
2       MR. CAVALIER: Same objection.
3 BY MR. CARSON:
4    Q.   The factual basis is what I'm talking
5 about.
6    A.   Sure. So we can start --
7       MR. CAVALIER: Same objection.
8       THE WITNESS: -- in June of
9 2018 --
10 BY MR. CARSON:
11    Q.   Do you understand what the basis means?
12    A.   Yeah, yeah, I'm giving you the evidence
13 which --
14    Q.   Let me help you. Let me help.
15       MR. GOLD: Mr. Carson -- you're
16 getting abusive again, Mr. Carson.
17 BY MR. CARSON:
18    Q.   I'm going to help. The basis of the
19 counterclaim begin -- so you're alleging that Lisa
20 Barbounis and Daniel Thomas --
21       MR. GOLD: (Indiscernible.)
22       MR. CARSON: Why are you
23 interrupting me?
24       THE COURT REPORTER: I can't hear
25 you, Mr. Gold.

Page 343

1       MR. GOLD: Mr. Carson, there is a
2 counterclaim filed right now against
3 your client.
4       MR. CARSON: Yeah, there is.
5       MR. GOLD: You know what the basis
6 of it is. Just read it.
7       MR. CARSON: No. I'm asking your
8 client about it.
9       MR. GOLD: Okay. He'll tell you
10 what the basis of it is if that's what
11 you want --
12       MR. CARSON: All right.
13 BY MR. CARSON:
14    Q.   So the --
15       MR. CARSON: Stop interrupting,
16 please.
17 BY MR. CARSON:
18    Q.   The basis that you've already testified
19 to is money that was stolen with regard to this
20 25,000 dollar -- pound grant. So what -- besides
21 that grant, what else is the basis of your
22 counterclaim?
23       MR. CAVALIER: Object to form.
24    You can answer.
25       THE WITNESS: So we start in June

Page 344

1  of 2018.  Ms. Barbounis gives the
2  representation that Daniel Thomas is a
3  reliable agent from which we can use to
4  facilitate a rally in the United
5  Kingdom.
6  BY MR. CARSON:
7      Q.    That's the one I just said.
8      A.    Huh?
9      Q.    This is the one I just said, the 25,000
10 pound.
11     A.    I'm getting there.  You asked me what
12 the basis --
13     Q.    I'm asking what the other ones are.
14     A.    Well, Mr. Carson, it starts --
15         MR. GOLD:  Mr. Carson, let him
16 finish the answer.
17         MR. RIESER:  Seth, I think the
18 court reporter really needs a break.
19         MR. CARSON:  I said other than
20 what we've already testified to.
21         THE COURT REPORTER:  I can't hear
22 anybody.  I can't hear anybody.
23         MR. RIESER:  Seth, the court
24 reporter really needs a break.
25         MR. CARSON:  Well, he's going to

Page 345

1  answer this question first.
2          MR. CAVALIER:  You realize the
3  question is so incredibly broad that you
4  got to give him leeway to answer.
5          MR. CARSON:  No, I don't.  I said
6  other than -- other than the 25,000,
7  other than him -- other than the
8  relationship with Daniel Thomas, what
9  else.  Is there anything else.
10         THE WITNESS:  Yes.
11 BY MR. CARSON:
12     Q.    What?
13     A.    Would it be -- would it help you if I
14 showed you a diagram.
15     Q.    No, it would help me if you just were
16 specific and testify to that.
17     A.    The diagram has all the specificity
18 that might provide --
19     Q.    Just tell me.
20     A.    -- the answers that you're looking for.
21     Q.    Can you -- explain the diagram.  What's
22 the first thing you would show me?
23     A.    Okay.  So give me a second.  I'll get
24 the diagram.
25     Q.    No.

Page 346

1      A.    Well, you're asking me about the
2  diagram.
3      Q.    No, I didn't.  I said explain it.
4  What's the first thing you would show me?
5      A.    Well, to explain it I have to look at
6  it.
7      Q.    No.  Mr. Roman, I'm asking you a
8  question.  You're refusing to answer it.
9      A.    I'm not refusing.  I'm trying --
10     Q.    Then tell me what the basis is.
11         MR. GOLD:  Mr. Carson --
12 BY MR. CARSON:
13     Q.    What is the basis of the counterclaim?
14         THE COURT REPORTER:  Excuse me.
15 Every time -- I can see Mr. Gold is
16 trying to say something.  I can't hear
17 anything when you're saying something.
18 It's just not coming through.
19 BY MR. CARSON:
20     Q.    What's the basis for the counterclaim?
21         MR. GOLD:  Mr. Carson, please stop
22 --
23 BY MR. CARSON:
24     Q.    Stop going on your computer and pulling
25 up a diagram.

Page 347

1          MR. GOLD:  Mr. Carson, stop
2  interfering with the witness's --
3          MR. CARSON:  He can't go on his
4  computer and read an answer from his
5  computer screen, which is exactly what
6  he's doing right now.
7          MR. GOLD:  You already made that
8  clear.  He's not going into the
9  computer, he's not --
10         MR. CARSON:  That's exactly what
11 he's doing right now.
12         THE WITNESS:  That's not what I'm
13 doing, Mr. Carson.
14 BY MR. CARSON:
15     Q.    All right.  So then tell me what --
16 why is this so difficult?  Just tell me the basis of
17 the counterclaim.
18         THE COURT REPORTER:  I can't hear
19 you.
20 BY MR. CARSON:
21     Q.    Why is this so difficult?  What's the
22 basis for the counterclaim?
23         MR. CAVALIER:  Object to form.
24 BY MR. CARSON:
25     Q.    What we're talking about is other --

Page 348

1  other than what we've already testified to.
2      A.    This is like Abbott and Costello Who's
3  On First.
4          MR. CAVALIER:  It's also not his
5  counterclaim.
6          THE WITNESS:  Yeah, so -- no, but
7  I can answer, Mr. --
8  BY MR. CARSON:
9      Q.    You're the quarterback of it.
10         THE WITNESS:  -- Cavalier.
11         Mr. Carson, I am not the
12  quarterback of anything.
13 BY MR. CARSON:
14     Q.    Just answer the question.
15     A.    Okay.  So starting in June of 2018 you
16 know about -- you know about --
17     Q.    Now you're going to -- you're going to
18 talk about the $25,000?
19     A.    No, you know about the grant already.
20     Q.    Right.  Thank you.
21     A.    Okay?  And how Ms. Barbounis defrauded
22 the organization by covering it up.
23     Q.    Right, I understand --
24     A.    Breach of contract, all of that.  Then
25 there was another action that Ms. Barbounis started

Page 349

1  right at the outset, too, and that was when she
2  misappropriated $5,000 which was granted to Raheem
3  Kassam, then a fellow of the Middle East Forum, and
4  directed the money to be paid from MEF to Kassam to
5  her husband to cover her flights to the United
6  Kingdom when the written agreement that she had with
7  MEF that it would only be $300.
8      Q.    What flights to the United Kingdom?
9      A.    The flights that she took to fly to
10 London.
11     Q.    When?  When did she fly to London with
12 this money?
13     A.    For the rally we're talking about, June
14 of 2018, the one that you asked me about beforehand.
15     Q.    So $5,000 you're saying that was given
16 to Raheem?
17     A.    And then the money was funneled back to
18 Vasili Barbounis.
19     Q.    Who funneled the money to Vasili
20 Barbounis?
21     A.    Lisa Barbounis and Raheem Kassam.  And
22 also Tricia McNulty took part in it, too.
23     Q.    How?
24     A.    I think we're considering adding her as
25 a third party complaint.

Page 350

1      Q.    How did the money get funneled from
2  Raheem Kassam --
3      A.    So if you --
4      Q.    -- back to --
5      A.    -- look at the -- if you look at the
6  text messages and the PayPal transfers between
7  Raheem, Lisa, Tricia, and Vasili -- and we would have
8  to go to the -- I have it ready if you want to see
9  it.
10     Q.    No, no.  I want you to testify about
11 it.
12     A.    Okay.  Well, I'm testifying about what
13 I've seen.  So there's the --
14     Q.    That's right.
15     A.    -- there's the text messages between
16 Raheem, Lisa, and Tricia, and then Lisa says, hey,
17 Raheem, I'm going to get you that money, and at the
18 same time she's telling me that Raheem is not willing
19 to help host the event if he's not paid.  So she's
20 saying to me representing Raheem needs the money to
21 be able to do the event.  She's saying to Raheem,
22 hey, take that money, make sure that my husband gets
23 paid, it's going to help me pay to go over there.
24 And the whole reason why -- and this is even based on
25 Tricia's conversations with Lisa, Raheem Kassam was

Page 351

1  trying to sleep with Tricia McNulty.  It started at
2  AIPAC in March of 2018 and then they were flirting
3  over text messages.  We'll probably see more when you
4  produce Tricia McNulty's text messages in the McNulty
5  case, that's still outstanding discovery obligations
6  that you and your client in that case have.  But at
7  the outset, from what we can tell from the Barbounis
8  text messages, is is that thousands of dollars were
9  misappropriated in a scheme started by Lisa Barbounis
10 before she even knew about Danny Thomas taking the
11 money.  So that's where it starts.  Then the next
12 basis for her fraudulent -- I'm speaking too fast.  I
13 apologize.  I'll try to go a little bit slower.
14     Q.    Just keep going.
15     A.    I saw the look of despair on the
16 stenographer's face.  I'm really sorry.  So -- I'll
17 slow down.
18         Okay.  So then Ms. Barbounis became
19 aware of a trip involving Congressmen Paul Gosar,
20 representative from Arizona, and the travel of
21 Mr. Cliff Smith, the director of the Washington
22 Project of the Middle East Forum, and she writes to
23 her husband back in June of 2018, wow, I would quit
24 right now if I knew that Cliff was going instead of
25 me.  That doesn't necessarily go to the actions that

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 352

1  she took, but it goes to motive.  That's what we'll
2  include in our arguments as it's associated with
3  that.  She goes in July of 2018 to the UK which I
4  think is for another rally or maybe the release from
5  jail for Tommy Robinson.  And then she starts getting
6  involved with Danny Tommo in a more -- this was
7  before they started their sexual relationship, but
8  she gets more involved with Danny Tommo and Tommy
9  Robinson saying to her mother, oh, I would like to go
10 work for Tommy Robinson, I would like to be the PA to
11 Tommy Robinson, I would like to be able to meet him
12 after he gets out of jail.  So then she travels to
13 the UK with her mother -- I think we already have
14 testimony about this --
15     Q.   You're starting to go off -- you're
16 starting to go rogue again.  We need -- we're just
17 talking about the basis of the counterclaim.
18     A.   Yeah, this is the basis of the
19 complaint, Mr. Carson.
20     Q.   So you did a good job when you said the
21 5,000 with Raheem, you -- I'm just looking for the --
22 what was -- what the damages are, that's all.
23     A.   Yeah.  So the damages I would argue --
24     Q.   I don't need to hear about her mother
25 and the relationship.

Page 353

1     A.   Well, no, but the mother and the
2  relationship have everything to do with it.
3     Q.   But just -- I don't need the whole
4  backstory, Mr. Roman.  I know it.  I've been working
5  on this for two years.  I just want to know the
6  damages, what the basis is.
7     A.   So the damages I guess if we want to
8  add something else -- and, by the way, just for the
9  record, I stopped in July of 2018.  There is a whole
10 story to tell until even today --
11     Q.   I don't need to hear --
12     A.   -- where the conspiracy continues.
13     Q.   -- the whole stories, but go, what's
14 the basis.
15     A.   So the damages would also be the
16 after-acquired evidence that we've had from the time
17 that Lisa Barbounis started defrauding our
18 organization, so I guess we would be seeking her to
19 pay her entire salary to us that we paid to her while
20 she was defrauding us from June of --
21     Q.   Is there any other examples of her
22 defrauding you than what you've said now --
23     A.   Yes, many.  So in October of 2018 she
24 misrepresented the reason why she wanted to go to the
25 United Kingdom.  She said it was because she wanted

Page 354

1  to assist Mr. Robinson with his rally or release, but
2  it actually, even according to her testimony, was the
3  beginning of a love affair that took place between
4  her and Mr. Thomas.  She then defrauded MEF by
5  alleging that I committed sexual harassment against
6  her in March of 2018 with the intent of what she
7  calls the Gregg plan to get me fired.  That caused
8  unenumerated damages to the Middle East Forum with us
9  losing donations, that cost us leading productive
10 time, our relationships with congress -- our
11 organization was debilitated and handicapped because
12 of Ms. Barbounis's fraud.  Now we get into December
13 of 2018 and that is when some of the worst examples
14 happen.  She started to act as an agent for
15 Mr. Robinson to try to get him a Visa to the United
16 States, an act originally supported by Daniel Pipes,
17 but a specific message was given to Ms. Barbounis
18 saying the organization's policy was it's better for
19 Mr. Robinson to be in the UK where he can have his
20 activism rather than using company resources to try
21 to facilitate what I think Ms. Barbounis considered
22 asylum from the United Kingdom.  Then in January and
23 February of 2019 Ms. Barbounis started identifying
24 herself as the director of communications for
25 TR.news.  TR.news is a for-profit corporation in the

Page 355

1  United Kingdom which was originally organized in
2  participation with a website called Politici [ph]
3  which was meant for Ms. Barbounis during that time --
4  there is recordings that you provided to us, I can
5  play those recordings if you want to hear them, where
6  she was trying to arrange a second job in the United
7  Kingdom while at the same time representing through
8  MEF systems that she was our director of
9  communications.  So it was basically like a virus
10 that took over the systems of an organization.  She
11 step by step started co-opting the levers of power in
12 the organization to use MEF money, MEF time.  She
13 misappropriated --
14     Q.   How much MEF money has she used?
15     A.   I would say that the damages that she's
16 directly and --
17     Q.   How much MEF -- I don't want to know
18 the total damages.  I want to know how much money she
19 used that was MEF's money for any of this stuff that
20 you're saying she did.
21     A.   So -- it depends on --
22     Q.   Like if a plane ticket was 500, the
23 answer is 500.
24     A.   No.  So it's not 500.  If we're going
25 to do a damage assessment and calculate the damages

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 356

--

Q.   Just give me a ballpark number, man.
Come on.

A.   -- she's responsible for at least $4
million in damages done to the Middle East Forum.

Q.   How much?

A.   $4 million is the minimum amount of
what she's responsible in her damages to the Middle
East Forum.

Q.   You're not understanding my question.

MR. CARSON:  All right.  We can
take that break now.

MR. GOLD:  Thank you.

(A discussion was held off the record.)

THE VIDEO SPECIALIST:  We are off
the record.  It is 7:16 p.m. Eastern.

(A brief recess was taken.)

THE VIDEO SPECIALIST:  It is 7:32
p.m. Eastern and we are now on the
record at 7:32 p.m. Eastern.

BY MR. CARSON:

Q.   Who is Gabrielle Bloom, Mr. Roman?

A.   Well, I know a few Gabrielle -- I
actually know two.  I believe the one you're speaking
about was an intern at the Middle East Forum.

Page 357

Q.   Did you guys pay her money?

A.   You guys, the Middle East Forum.

Q.   Sure.

A.   At the direction of Lara Szott and the
suggestion of Marnie Meyer she received a agreement
for four projects of extra work in the summer of 2016
or '17.  Of how much she accomplished, you have to
ask Lara since she was her supervisor.

Q.   So do you recall a telephone call
between you and Matthew Bennett --

A.   Matt Bennett and I have had countless
phone calls.  Which one are you referring to?

Q.   I wasn't done the question.

So -- I'm going to put a document in
front of you.

A.   Okay.

Q.   So it's way up -- past it.  All right.
So I'm going to put a document in front of you and
it's going to look like this.  So Tricia McNulty sent
an e-mail to Gregg Roman like this.  She sent -- and
she talks about this phone call.  I received a phone
call from Matt Bennett last night.  He started the
conversation with pleasantries but then began to
discuss current MEF internal operations.  He is
apparently speaking to Gregg every two days, knew

Page 358

that Gary was back, also that Marnie had made another
allegation against Gregg which Gregg was very upset
about because he didn't know what the allegation was.
They were apparently concerned that Marnie may have
gone out to find an old intern of MEF by the name of
Gabrielle Bloom.

So when another allegation came about
you, why did you think it was Gabrielle Bloom they
were talking about?

A.   Well, first of all, I don't think there
was another allegation against me.  I think that
there was a misrepresentation of a phone call to
Daniel Pipes by Tricia McNulty where McNulty revealed
to Matt Bennett that there was a rumor that Lisa
Barbounis started about me, and thereby I said to
Mr. Bennett they're trying to get everyone against
me, and by everyone I meant people who may have ever
been employed by MEF, and I don't think this is the
only name I said, I said Grayson Levy, I said Gary
Gambill, who had just been rehired at that time by
the Middle East Forum, I spoke about Bennett himself,
and the reason why I was speaking to Bennett was
because he was helping me with a story that I was
writing, and I actually believe it was he who
initiated phone calls with me rather than I who

Page 359

initiated phone calls with him.

Q.   The other claim against you was a claim
that Marnie Meyer made where she said that you were
spreading rumors about her and Caitriona Brady's
father.  Do you recall that?

A.   No, I never spoke with Meyer or Brady
about that, but the e-mails that I've seen since this
litigation began show that Lisa Barbounis started
that rumor, not Marnie Meyer.

Q.   What e-mail have you seen that shows
that Lisa Barbounis started that rumor?

A.   There was a communication between
Daniel Pipes and Lisa Barbounis where Daniel asks I
believe it was either Marnie or Lisa where did you
hear this rumor, Marnie says Lisa, and then the
question is was that before or after November 2018,
and Lisa says before.

Q.   Weren't they talking about when you
spread the rumor?

A.   That's a question based on a factual
predicate that didn't exist, Mr. Carson.  I never
spread any rumor --

Q.   But --

A.   -- or started --

Q.   -- that's what they were referring to,

Page 360

1  right?
2      A.    I don't know what they were referring
3  to.  I think that they were actually referring to the
4  groundwork they were laying to prepare for litigation
5  against the Middle East Forum.
6      Q.    In April of 2019 that's what your
7  testimony is, that they were laying groundwork for
8  litigation?
9      A.    My testimony is that after this
10 litigation began I had the opportunity to review
11 thousands of messages between Meyer and McNulty and
12 Brady and Barbounis and Yonchek and also the messages
13 between Barbounis and dozens of other individuals in
14 the United Kingdom and also Belgium and Canada and
15 Texas --
16     Q.    Mr. Roman --
17     A.    -- and Washington D.C. --
18     Q.    -- I asked you --
19     A.    I'm answering your question.
20     Q.    It has nothing to do with text messages
21 in the United Kingdom.
22     A.    It has everything to do with it, Mr.
23 Carson.
24     Q.    I asked you if they were referring to
25 something that happened before November of 2018,

Page 361

1  isn't that what they were talking about.
2      A.    No, and I answered that, I said that
3  question was based on a factual predicate that
4  doesn't exist, thereby there was no rumor.
5      Q.    The allegation was is that you said
6  that the only reason Marnie Meyer got her job was
7  because she was trading sex with Caitriona Brady's
8  father, right?
9      A.    No, you then asked me what was the
10 groundwork for that allegation --
11     Q.    Wasn't that the allegation?
12     A.    No, I don't know what the allegation
13 was because I never heard the allegation, Mr. Carson,
14 nor do I know what rumor you're talking about.
15     Q.    Mr. Pipes never talked to you about it?
16     A.    If you'll let me finish my answer, I
17 said I never heard the allegation or the rumor from
18 any of those involved.  I received an e-mail --
19     Q.    Did you hear it from Mr. Pipes?
20     A.    I received an e-mail from Daniel Pipes
21 which laid out what these other people had
22 misrepresented and had lied about, and then I had to
23 answer that e-mail, and I think you probably have a
24 copy of the answer that I gave.
25     Q.    Well, when did you get the e-mail from

Page 362

1  Daniel Pipes?
2      A.    Whenever the top of the time stamp has
3  the e-mail addressed to it.  I don't remember the
4  exact day, Mr. Carson --
5      Q.    What did you say in the e-mail?
6      A.    I don't remember what I said,
7  Mr. Carson.
8      Q.    Did Mr. Pipes ever talk to you about it
9  in person?
10     A.    Not that I remember -- well, yes, he
11 did, Mr. Carson.
12     Q.    Did he talk to you about it in person
13 back in the middle of 2019?
14     A.    No, Mr. Carson.  The only time I was
15 with Daniel Pipes in the middle of 2019 was twice,
16 once to record videos that were for MEF's 2019 --
17     Q.    When I say talk to you in person --
18 when I say talk in person, that includes phone calls.
19     A.    No, I don't remember speaking to him
20 over the phone about --
21         THE COURT REPORTER:  Sorry.
22     Repeat that, Mr. Carson.
23 BY MR. CARSON:
24     Q.    When I say talk in person, I don't mean
25 face to face, I mean have a conversation that's not

Page 363

1  electronic, phone calls included.  Okay?  That's what
2  I mean.
3      A.    Right.  No, what I remember is is that
4  whenever there was an allegation that was of a legal
5  nature or anything dealing with anything that was
6  innuendo or sexual or anything of a personal nature
7  it was always either done with counsel or it was done
8  electronically so there was a record that would be
9  established in the case of eventual litigation like
10 this.
11     Q.    Well, so have you ever sat down and
12 talked to Mr. Pipes by phone, in person, any way, by
13 Facebook, voice messenger, by -- you know, any time
14 where you and Mr. Pipes had a conversation with each
15 other, did you guys ever sit down and have a
16 conversation about these allegations that Marnie
17 Meyer made in April 2019?
18     A.    No.
19     Q.    Did you ever have a conversation of
20 that nature about any of the allegations that Lisa or
21 Marnie or Patricia made?
22     A.    With counsel?
23     Q.    No, with Dr. Pipes.
24     A.    Just with him alone.
25     Q.    Where you and Dr. Pipes had a

Page 364

conversation about -- where you talked about it, where you guys had a discussion.

A.   No, we've only communicated about this in the presence of counsel and not with each other but just with our attorneys.

Q.   I don't understand what you mean by that, so --

A.   So I'm in a room, okay, and there is an attorney there, and the attorney is saying, Mr. Roman, A, B, C, privilege, privilege, privilege, and I respond, Mr. Attorney, X, Y, Z.  Never did I have a direct conversation with Daniel Pipes about any of the allegations that was not in the presence of counsel.

Q.   Well, how many --

A.   Meaning, we have a -- we have a policy in place that whenever there is anything of a legal nature we make sure that we follow the proper channels, policies, and procedures, to do three things.  Number one, to make sure --

Q.   I don't need to know -- I don't need to know your -- the policies.  I just am --

A.   Okay.

Q.   -- questioning about the conversation. So how many --

Page 365

A.   Which conversation?

Q.   -- of these conversations did you have where counsel was there, how many of these types of conversations did you have?

A.   About which, about sexual --

Q.   About any of the allegations in this case or with Patricia McNulty.

A.   There have been countless conversations with counsel since November 1st, 2018, in multiple stages, but they really started picking up after you filed your EEOC complaint.  Sorry, not -- they're not yours.  After --

Q.   I'm not -- so I'm talking about in connection with your employment, so I'm not talking about litigation strategy sessions, I'm talking about did Mr. Pipes ever have a conversation with you, whether counsel was there or not, about any of these allegations in person where it was a discussion about just the allegations and how you were going to handle it and, like, you know, where he was telling you, like, these allegations are serious, did that ever happen?

A.   When I have spoken with him about these allegations it has always been in the presence of counsel and for at least the first --

Page 366

Q.   That's what I'm asking you about.  Have you ever had a conversation --

A.   And I'm -- I'm trying to finish this, Mr. Carson.  For at least the first year from November of 2018 until October or November of 2019 there was no one-on-one discussions besides ones in which he would say -- and it depends on the allegation that we're talking about, but the general gist of it was there are a plethora of things that have been said about you, we have to mitigate risk to the organization, and that's why you're no longer in administration, and we only started talking about litigation strategy, really talking about litigation strategy, after your clients filed their lawsuits in late October of 2019.

Q.   So before that how many times did you and Mr. Pipes have an in-person conversation, that includes telephone calls, how many times before that did you guys have in-person conversation about the allegations made by Lisa, by Patricia, or by Marnie?

A.   Well, there was the one time that he told me that I was removed and he had suggested that this was because -- just on a dialogue that we had gone on beforehand a few hours ago, Mr. Roman, accusations have been made against you, in response I

Page 367

am taking you out of administration of the organization.

Q.   Okay.

A.   And then the next conversation which was of a direct relation to this nature counsel was present but just the two of us.  Mr. Roman, they have been EEOC complaints filed against the organization, you're going to have to work with counsel to be able to address this, and that was both in-house and outside counsel, and then the last time that we -- before litigation was filed was when you were sending demand letters for millions of dollars to the Middle East Forum and we were determining the strategy of -- well, that's a strategy question, so I really -- can't really comment on that, but we discussed in general how we thought that this was un -- I don't want to say that -- or strike that.  We were discussing in general how -- I'm trying to find the best words to represent the sense of sorrow that I felt about your clients related to that they had been wrapped into this web of lies that you were then allowing them to try to litigate against us.  And after that, October 26th, 27th, there were many discussions, not one-on-one, but with counsel, of what I remember, what Dr. Pipes remembers, of what

Page 368

1 staff did, interviews, and that's when we really
2 started getting into it of unraveling everything.
3        Q.   In March, April, and May did Mr. Pipes
4 ever talk to you about retaliation in person?
5        A.   March, April, and May of when?
6        Q.   2019.
7        A.   What do you mean retaliation?
8        Q.   Did he ever talk to you about
9 retaliation?
10       A.   You have to be more specific.
11       Q.   No, I'm being specific.
12            MR. CAVALIER:  Object to form.
13 BY MR. CARSON:
14       Q.   Retaliation.  Did he ever come -- did
15 he ever call you on the phone, did he ever have a
16 conversation with you, did you guys ever have a
17 conversation about retaliation?
18            MR. CAVALIER:  Object to form.
19            THE WITNESS:  I really don't know
20       what you're talking about, Mr. Carson.
21 BY MR. CARSON:
22       Q.   Do you know what retaliation is?
23       A.   Well, you can retaliate against a
24 quarterback, you can retaliate against a hit to your
25 team --

Page 369

1        Q.   Do you know what retaliation is with
2 respect to the types of claims that we're dealing
3 with?
4            MR. CAVALIER:  Object to form.
5            THE WITNESS:  Well, one of the
6       things that you categorize as
7       retaliation in your EEOC complaint from
8       December of 2019 --
9 BY MR. CARSON:
10       Q.   Just --
11       A.   I'm talking about that.  I'm talking
12 about that.
13       Q.   I'm asking you -- just say yes or no.
14 If you don't know, I'll help you understand it.  Do
15 you know what retaliation is with respect to the EEOC
16 and with respect to Title 7 and the Pennsylvania --
17       A.   Well, Mr. Carson --
18            MR. GOLD:  Objection.  Calls for a
19       legal conclusion.  Why don't you explain
20       it to him first and then ask the
21       question.
22 BY MR. CARSON:
23       Q.   Do you know what that is?
24       A.   Well, there's what you in your
25 profession as a lawyer consider to be retaliation --

Page 370

1        Q.   I'm talking about the legal definition.
2 If you don't know --
3        A.   No, no, but I'm just trying to say this
4 is -- you're asking me my perspective, right?
5        Q.   No, I'm asking if you know what the
6 legal definition of retaliation is.
7        A.   So I'm --
8        Q.   If you don't, I will tell you.  Just
9 say, no, I don't know, and I'll tell you.
10       A.   Mr. Carson, you have filed multiple
11 retaliation --
12       Q.   I'm not asking you about what I filed.
13 I'm asking you if you understand what retaliation is.
14       A.   Mr. Carson, I believe -- I believe my
15 understanding of retaliation is different from your
16 understanding of retaliation.
17       Q.   Okay.  It sounds like you don't know,
18 so let me explain.  Retaliation specifically refers
19 to acts that are taken adverse to an employer's --
20 employee's interest because they reported
21 discrimination or harassment in the workplace.
22 That's the legal definition.
23            MR. GOLD:  That's not quite
24       accurate, but -- it's adverse actions
25       are taken against one who voices

Page 371

1 opposition to discrimination or sexual
2 harassment --
3            MR. CARSON:  Mr. Gold --
4            MR. GOLD:  -- not just adverse --
5       adverse actions.  Go ahead.
6            MR. CARSON:  Mr. Gold's been doing
7       this a lot longer --
8 BY MR. CARSON:
9        Q.   So with that understanding I'm asking
10 did Mr. Pipes ever talk to you about retaliation,
11 whether -- like, did he ever say to you, Mr. Roman,
12 you have to be careful not to do anything that could
13 be conceived as retaliation?
14            MR. CAVALIER:  Object to form and
15       also I'll ask the witness to be aware of
16       the fact that if such communications
17       occurred they may have occurred in the
18       presence of counsel --
19            MR. CARSON:  That doesn't matter
20       if Dr. Pipes said it.  It doesn't --
21       there is no privilege if -- no matter
22       where it's said.
23            THE WITNESS:  What -- I'm lost
24       here.  Who asked me what?
25            MR. GOLD:  I also -- if there's a

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 372

1 conversation that occurs with Mr. Pipes
2 present and Mr. Fink is offering counsel
3 to both --
4        MR. CARSON:  I'm not talking about
5     Marc Fink.  I'm asking the question
6     about Mr. Pipes.
7 BY MR. CARSON:
8     Q.    Did Mr. Pipes ever talk to you about
9 retaliation -- I don't know why this is such a hard
10 question to answer.  It's not a hard question.  Did
11 -- and it's -- I'm -- the question specifically
12 refers to March, April, May 2019.  During those
13 months did Mr. Pipes ever talk to you about
14 retaliation?
15     A.    In what context?  It's pretty broad.
16     Q.    In the context of the reports of
17 discrimination or harassment that were made by Marnie
18 Meyer, Patricia Barbounis, and -- I'm sorry, Lisa
19 Barbounis and Patricia McNulty.
20     A.    Not that I can remember, no.
21     Q.    So did he ever talk to you about it in
22 a specific context due to any e-mails that he
23 received from Ms. McNulty or Ms. Barbounis?
24     A.    No, not that I remember.
25     Q.    Did he ever tell you that he received

Page 373

1 e-mails from Ms. McNulty or Ms. Barbounis where they
2 alleged that they were being retaliated against?
3     A.    No -- I don't remember if he ever said
4 anything to me.  He may have forwarded me e-mails
5 from McNulty and from Meyer asking me to answer them.
6     Q.    So did he ever tell you that they made
7 the allegation that you had called them usurpers?
8     A.    Oh, that's another thing.  That's a
9 great story.
10        THE COURT REPORTER:  Called them
11     what?
12        MR. CARSON:  Usurpers.
13        THE WITNESS:  U-s-u-r-p-e-r-s.
14 BY MR. CARSON:
15     Q.    So --
16     A.    That's one -- Mr. Carson, that's one of
17 my taglines from the radio.
18     Q.    Okay.  So the question is, though, did
19 Mr. Pipes ever talk to you about an allegation that
20 you had called these women usurpers?
21     A.    No, I never called them usurpers.
22     Q.    But did he -- whether you called them
23 that or not, did he ever talk to you about it?
24     A.    I don't think so, because I never
25 called them that.

Page 374

1     Q.    Well, you understand that it wouldn't
2 matter whether you called them that if they -- if the
3 allegation's made it would be reasonable to have a
4 discussion with you about it, correct?
5        MR. CAVALIER:  Object --
6        THE WITNESS:  All allegations
7     which were made against anyone at the
8     Middle East Forum was done through
9     counsel.  Mr. Pipes never directly said
10     to me without the presence of counsel
11     this, this, and this was said, this,
12     this, and this is how you respond.  He
13     has sent me e-mails which may have had
14     complaints of a nonsexual variety that
15     did not relate to any other items that
16     you are addressing right now which may
17     have said why are you asking about the
18     audit, why are you asking about
19     fundraising, but those are all
20     operational questions that the head of
21     an organization can ask people who work
22     for him.  So, no, he never did that in
23     the context of a sexual harassment or a
24     retaliation as you had defined it or Mr.
25     Gold defined it earlier nature.

Page 375

1 BY MR. CARSON:
2     Q.    Did you call Raquel Swazetti [ph], who
3 I think is better known as Eman Patel, did you call
4 her a walking lawsuit?
5     A.    No, I did not.
6     Q.    Did you say that she's a walking
7 lawsuit because she is a woman, she's gay, and she's
8 Muslim?
9     A.    No, Mr. Carson, that question is based
10 on a factual predicate that did not happen.  I never
11 called Ms. Saraswati or Eman Patel a walking lawsuit.
12 In fact, I celebrated her diversity and I was so
13 proud that I presided over a -- I can preside over
14 weddings, I have a license to preside over common law
15 marriages from the Universal Life Church which grants
16 this ability.  When I presided over the wedding of my
17 best friend Ryan who lives in Los Angeles now and his
18 husband Joe in Brooklyn of May of 2016 I think, and
19 the first person I told when they asked me to
20 officiate the wedding was Eman Patel.  I'm so happy
21 that she got to move on from the Middle East Forum to
22 work in the capacity of -- I think diversity
23 coordinator for an LGBT resource center in
24 Philadelphia.  She's really somebody I admire.  So,
25 no, I would never call her a walking lawsuit --

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 376

1  Q.   Well, you --
2  A.   -- and I would never criticize -- what
3  did you say?
4  Q.   You forced her out of the Forum, right?
5  A.   I never forced her out of any
6  organization.  She left MEF, and when she left MEF I
7  remember communicating with her saying is this really
8  what you want to do, and she said I want to take a
9  break, I'm looking for something more in my lane,
10  which was associated with diversity, and I think MEF
11  gave her severance bonus of salary several times of
12  what she had had, and I actually have the note that
13  she wrote to me when she left the organization
14  thanking me for the work that we had done together,
15  and I'm sure that we can get you that correspondence.
16  Q.   Do you know --
17  A.   There never any there ill will --
18  Q.   Do you know who Rosie is?
19  A.   Hold on.  There was never any ill will
20  between myself and Eman Patel.  I honor her, I
21  cherish her, and I think the world of her.
22  Q.   Are you sure that she doesn't have ill
23  will?
24  A.   She may, but --
25       THE COURT REPORTER:  I didn't hear

Page 377

1  the question.  I didn't hear the
2  question.
3  BY MR. CARSON:
4  Q.   I said are you sure she doesn't have
5  ill will.
6  A.   She may, but the last time I spoke with
7  her was in probably September or October of 2019 when
8  I was asking how she was doing.
9  Q.   Are you sure she doesn't feel like she
10  was constructively discharged?
11  A.   I don't know what you mean by that, Mr.
12  Carson.
13  Q.   Her work -- her work life was made so
14  miserable that she quit and any reasonable person in
15  her shoes would have quit under those same
16  conditions.
17  A.   No, I don't think she felt that way,
18  and if she did I wish that she would talk to me about
19  it because we could have an honest conversation why
20  she felt that way.
21  Q.   Well, did you -- what about Rosie,
22  Rose, do you know her?
23  A.   Who is Rosie?
24  Q.   She was an employee of the Middle East
25  Forum --

Page 378

1  A.   No one named --
2  Q.   She was asked to transition to a
3  position as your assistant.
4  A.   No one named Rosie ever worked for the
5  Middle East Forum.
6  Q.   She said I'll be dead before I work for
7  Gregg Roman?
8  A.   Mr. Carson, again, that is a question
9  based on a factual predicate that never happened, so
10  you're misrepresenting anything that you're talking
11  about.
12  Q.   Did you ever rub your --
13  A.   Beyond that --
14  Q.   -- body against a female employee?
15  A.   Beyond that --
16       THE COURT REPORTER:  I can't hear
17  you, Mr. Carson.
18  BY MR. CARSON:
19  Q.   Did you ever rub your body against a
20  female employee --
21  A.   Mr. Carson, I'm not done the question
22  about --
23       THE COURT REPORTER:  I still can't
24  hear you.
25  BY MR. CARSON:

Page 379

1  Q.   I said did you ever rub your body
2  against a female employee while you were working with
3  them?
4  A.   No, I did not.
5  Q.   Ever force a female employee to sit
6  next to you behind your desk and watch the computer
7  screen with you?
8  A.   No, I did not.
9  Q.   Ever call female employees at
10  inappropriate hours after -- you know, at the end of
11  the day, at nighttime?
12  A.   Your characterization of that question
13  of what an inappropriate hour requires clarification.
14  Can you please be more specific?
15  Q.   Well, they're on their own private time
16  at the end of the day, when they're not working.
17  A.   Mr. Carson, we have two kinds of
18  employees at the Middle East Forum.  We have
19  administrative employees who work from 9 to 5 and
20  they're sometimes asked to work in off-hours, and we
21  also have professional employees who are expected to
22  be on the clock at any given time.  For instance, if
23  I'm in Israel and it's 12 p.m., there's a seven-hour
24  time difference with our employees in the United
25  States, so it would be 5 a.m., so it would not be

Page 380

1 beyond the pale of comprehension that we would ask an
2 employee who was a professional exempt employee, I'm
3 sure you're familiar with that term, to work at hours
4 which may not have been regular according to a 9 to 5
5 schedule. So if you're asking did I ever communicate
6 with someone from MEF outside of the 9 to 5 work
7 time, yes, of course I did. If you're asking if I
8 ever did it inappropriately, no, it was always
9 appropriate and relevant to the task at hand.
10     Q.   Lisa Barbounis was a 9 to 5, though,
11 wasn't she?
12     A.   No, she was not. She was a
13 professional exempt employee.
14     Q.   She's a executive assistant.
15     A.   No, she wasn't. She was an executive
16 liaison -- she specifically requested to be an exempt
17 employee when she started working for MEF because she
18 did not want to be equated with an assistant. She
19 asked for that title. It's in an e-mail actually
20 that she sent to us when she was negotiating with us.
21 She got higher pay, she got more money for health
22 insurance. She was a very good negotiator.
23     Q.   You fired Tiffany Lee because she
24 reported sexual harassment?
25     A.   No, I did not. I fired Tiffany Lee --

Page 381

1 actually I didn't do it. Marnie Meyer was the one
2 who fired Tiffany Lee, and that was done after
3 Tiffany Lee was the subject of I think an improvement
4 plan that was put together. She failed to attain the
5 goals of the improvement plan, she failed to go to an
6 event, and then she tried to defraud the organization
7 by demanding millions of dollars from us after Derek
8 Smith Law Group misrepresented text messages that she
9 put forward, deconstructed those text messages, and
10 then we never heard from her again.
11     Q.   Isn't it interesting how every woman
12 who accuses you of sexual harassment defrauds the
13 Middle East Forum and owes you millions of dollars?
14         (Simultaneous speakers.)
15         THE COURT REPORTER: I need you to
16     repeat the question and anything that
17     was said after it, please.
18 BY MR. CARSON:
19     Q.   Why do you claim that every single
20 woman who has accused you of sexual harassment owes
21 the Forum millions of dollars?
22         MR. CAVALIER: Object to form.
23         THE WITNESS: Mr. Carson -- sorry.
24         MR. CAVALIER: Object to form.
25         THE WITNESS: Can I answer?

Page 382

1 BY MR. CARSON:
2     Q.   Don't you find that a coincidence, like
3 there's -- every -- you respond to every single
4 allegation of sexual harassment the same way --
5         (Simultaneous speakers.)
6         THE COURT REPORTER: I can't hear.
7     I can't hear the question. Please
8     repeat it.
9         (Simultaneous speakers.)
10         THE COURT REPORTER: I didn't hear
11     the question or anything after it.
12 BY MR. CARSON:
13     Q.   You respond to every single allegation
14 of sexual harassment by the plethora of women who
15 have made them in the last five years the exact same
16 way. They're all liars, aren't they?
17     A.   No, Mr. Carson.
18         MR. CAVALIER: Object to form.
19         MR. GOLD: Argumentative. Assumes
20     facts not in evidence. Predicate of the
21     question is absolutely false. I'm going
22     to ask you to rephrase the question.
23         MR. CAVALIER: I didn't hear a
24     question; it's a statement you made.
25 BY MR. CARSON:

Page 383

1     Q.   Is there a woman who has accused you of
2 sexual harassment who is not a liar?
3         MR. CAVALIER: Object to form.
4         THE WITNESS: Mr. Carson, you have
5     to be more specific.
6 BY MR. CARSON:
7     Q.   Well, is there one woman that has
8 accused you of sexual harassment that you can name
9 who is not a liar?
10     A.   No, Mr. --
11         MR. CAVALIER: Same objection.
12         THE WITNESS: -- Mr. Carson, I sat
13     here this evening and I heard you say
14     that one woman didn't accuse me of
15     sexual harassment and then you said that
16     -- I'm sorry, I said that she did accuse
17     me of sexual harassment, you then said
18     that she did accuse me of sexual
19     harassment. I said, Mr. Carson, look at
20     your complaint. You went back to it and
21     then you saw that, hold on, I actually
22     did, it was a typo. So every time --
23     every time I've been accused of sexual
24     harassment it has been by a client of
25     the Derek Smith --

Page 384

BY MR. CARSON:
Q.   That's not true.
A.   -- Law Group.
Q.   Is it?
A.   No, Mr. Carson.  Every time I have been
accused of sexual harassment it has been done by a
client of the Derek Smith Law Group.
Q.   You think that's evidence?
A.   No, I think what it is is a pattern
that speaks to the veracity of those claims, so it's
not about --
Q.   I'll repeat the question --
A.   Sure.
Q.   -- since you avoided answering it.
Is there a single woman who has accused
you of sexual harassment who you haven't called a
liar?
MR. CAVALIER:  Object to form.
THE WITNESS:  Mr. Carson --
BY MR. CARSON:
Q.   You respond to every single --
A.   -- you are --
Q.   -- allegation --
A.   -- you are saying that I categorized
women as liars.  Okay?  I didn't say that in every

Page 385

claim.  We went over a whole list of people today,
and I didn't call everyone a liar.
Q.   You called Lisa Barbounis a liar.
A.   She is.
Q.   You called Patricia McNulty a liar.
A.   She is.
Q.   You called Marnie Meyer a liar.
A.   I didn't call her a liar; I called her
a fraud.
Q.   You called Caitriona Brady a liar.
A.   You said Caitriona Brady didn't accuse
me of sexual harassment, so I don't know how to
answer you.
Q.   She accused you of discrimination and
harassment based on her sex.
A.   But you said earlier she didn't accuse
me of harassment.
Q.   No, I said she didn't accuse you of
sexual misconduct.
MR. GOLD:  Exactly two minutes to
go here.  Let's go.  Two minutes.  Wrap
it up.
BY MR. CARSON:
Q.   She accused you of discrimination and
harassment based on her sex, and so does --

Page 386

A.   Mr. Carson --
Q.   -- Delaney Yonchek.
A.   -- I will -- I will represent to you --
Q.   Are they liars?
THE COURT REPORTER:  One at a
time.
BY MR. CARSON:
Q.   Just answer the question.  Are they --
A.   My answer is --
THE COURT REPORTER:  I can't hear
the question.
BY MR. CARSON:
Q.   We're going to get through this list
and then we're going to be done.  Is Caitriona Brady
a liar?
MR. GOLD:  You're going to be done
in one more minute.
BY MR. CARSON:
Q.   Is Caitriona Brady a liar?
A.   Yes.
MR. CARSON:  We're done the first
deposition in one minute, not the second
one.
BY MR. CARSON:
Q.   Is Delaney Yonchek a liar?

Page 387

A.   In what context?
Q.   Her allegations that she made.
A.   Yes, that's why she dismissed her
complaint.
Q.   You think that's why she would say she
dismissed her complaint, because it wasn't true?
A.   I think that when she answered
questions about the veracity of her complaint in her
deposition that took place back in March when I was
there in person, the first and the last time I've
seen you, was quite revealing, Mr. Carson.  She was
asked whether or not she had said something that was
in her complaint, and she said no, and then when
Mr. Dave Walton asked her, well, you put it in your
complaint, and she responded, oh, my lawyer did that.
So, no, Mr. Carson, I think that in some cases these
women had been manipulated by you and your law firm
into delusions of grandeur based on your ability to
try to get 40 percent of the 30 plus million dollars
that you've been trying to acquire from our
organization.  So --
Q.   So you're a victim.
A.   -- it's not so much that they're liars.
They have been duped and deceived by you and your
colleagues.

Deposition of GREGG ROMAN                         Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 388

1    Q.    So you're a victim in all this; is that
2  right?
3           MR. GOLD:  Let's go.  Last
4  question.
5           THE WITNESS:  I can't hear you.
6           THE COURT REPORTER:  I can't hear
7  anyone right now.
8  BY MR. CARSON:
9    Q.    Are you the victim in all this?
10   A.    The victim of what?
11   Q.    Are you a victim?
12   A.    Mr. Carson --
13   Q.    Do you have any responsibility at all,
14 personal responsibility, for any of the allegations
15 that have been made regarding you.
16          MR. GOLD:  Objection --
17          (Simultaneous speakers.)
18          THE COURT REPORTER:  You're going
19 to have to repeat the question.
20          MR. CARSON:  Guys, everyone keeps
21 interrupting me.  Like, stop.
22          MR. GOLD:  No one is interrupting
23 you at all.
24          MR. CARSON:  Yeah, every time I
25 ask a question I hear five different

Page 389

1  voices going and everyone has to stop
2  talking.
3           MR. GOLD:  There's only one person
4  here and it's my voice.  Objection.  It
5  is a compound question.
6           MR. CARSON:  No, it's not.
7  BY MR. CARSON:
8    Q.    The question is this.  Do you take any
9  responsibility at all?  It's my last question.
10          MR. GOLD:  That's the last
11 question.
12 BY MR. CARSON:
13   Q.    Do you take any responsibility at all
14 for any of the allegations that any woman has ever
15 made against you for sexual harassment?
16          MR. CAVALIER:  Object to form.
17 BY MR. CARSON:
18   Q.    Do you take any personal
19 responsibility, yes or no?
20          MR. CAVALIER:  Same objection.
21          THE WITNESS:  Yes.  The
22 responsibility that I take is one that I
23 allowed individuals to deceive, defraud,
24 and to cause countless hours, countless
25 days, countless years, of damage to this

Page 390

1  organization and hiring these people who
2  at the end of the day ended up trying to
3  go out on a mission to be able to ruin
4  all organization and to allow a law firm
5  like yours to go so far as to cause
6  this.  So if I take responsibility for
7  this, Mr. Carson, the responsibility
8  that I take is that I didn't see this
9  coming earlier, and, had I, we wouldn't
10 be here right now.  It's not about
11 allegations of harassment.  What it's
12 about is a concerted effort to try to
13 destroy us.  And that, Mr. Carson, is my
14 final answer.
15          (Simultaneous speakers.)
16 BY MR. CARSON:
17   Q.    Which is why you are the victim, right?
18 You're the victim.
19          THE COURT REPORTER:  I can't hear
20 anybody right now.
21          MR. GOLD:  Game over.
22          MR. CARSON:  Well, I -- it's --
23 well, we can't go off the record until
24 we all say yes, right?
25          MR. GOLD:  Game over.  Last

Page 391

1  question.
2  BY MR. CARSON:
3    Q.    So it's why -- that's why you're the
4  victim, right?  Because of what you just said.
5           MR. GOLD:  No more questions, no
6  more answers.  We're done.  Seven hours.
7  We're done.
8           MR. CARSON:  It hasn't been seven
9  hours.
10          MR. GOLD:  It has been seven
11 hours.  We agreed.  It's now 8:07.
12 We're done.
13          MR. CARSON:  All right.  That's
14 part one.
15          MR. GOLD:  Have as many parts as
16 you need under the law.
17          MR. CARSON:  Thank you.
18 Appreciate it.
19          (A discussion was held off the record.)
20          THE VIDEO SPECIALIST:  It is 8:08
21 p.m. Eastern.  We are off the record.
22              - - -
23          (The proceedings concluded at 8:08 p.m.)
24
25

C E R T I F I C A T E

I HEREBY CERTIFY that the proceedings and

evidence are contained fully and accurately, to the

best of my ability, in the notes of testimony taken by

me in the proceedings of the above cause, and that the

copy is a correct transcript of the same.

_____

Carrie A. Kaufman

Registered Professional Reporter

Notary Public

Deposition of GREGG ROMAN | Lisa Barbounis v. Middle Eastern Forum, et. al.

## WORD INDEX

**< $ >**

**$25,000** 300:*25* 301:*4* 307:*21, 24* 348:*18*
**$30** 228:*16*
**$300** 349:*7*
**$4** 356:*4, 7*
**$5,000** 263:*1* 290:*19, 24* 349:*2, 15*
**$6** 295:*10*
**$80** 295:*8, 11*

**< 0 >**

**000049** 29:*18*
**0001** 3:*1*
**05** 8:*14*

**< 1 >**

**1** 3:*1* 29:*17, 17* 37:*15* 78:*20* 151:*5, 8, 10, 12* 152:*3, 4, 7, 9, 12* 197:*3, 4* 212:*4* 217:*6*
**1:02** 69:*14*
**1:15** 83:*5*
**1:48** 85:*23*
**10** 273:*10, 12*
**10:42** 139:*25*
**10th** 39:*6*
**11** 87:*14* 151:*4, 5, 8, 10, 12* 152:*3, 4, 5, 7, 7, 9, 9, 12* 197:*3, 4* 336:*6*
**11:28** 1:*1* 4:*4*
**11:51** 87:*13, 17* 96:*25*
**11th** 244:*24, 24*
**12** 197:*16* 201:*10* 217:*12, 13* 227:*4, 5* 339:*18, 23* 379:*23*
**12:21** 44:*17*
**12:47** 69:*10*
**13** 30:*22* 197:*16*
**14** 177:*13*
**15** 26:*17, 19* 177:*13, 20* 244:*22* 291:*18* 299:*8, 8, 8*
**15th** 244:*24* 287:*14*
**16** 26:*19* 28:*16, 18*
**16,000** 74:*7*

**1650** 2:*1*
**16-month** 283:*10*
**16th** 76:*5* 244:*24*
**17** 203:*13* 357:*7*
**17,000** 74:*5*
**17th** 273:*10, 12*
**18** 14:*14* 87:*14* 203:*12*
**18,000** 74:*9*
**1835** 2:*1, 1*
**19** 14:*14*
**19103** 2:*1, 1, 1*
**1948** 114:*15*
**1985** 6:*15*
**1989** 248:*18* 249:*25*
**19th** 88:*6* 273:*6, 16*
**1st** 25:*24* 39:*6* 62:*21* 73:*9* 74:*1, 1, 4* 75:*2, 11* 76:*25* 77:*12* 82:*12* 88:*5, 14* 102:*21* 103:*16* 107:*3* 365:*9*

**< 2 >**

**2** 3:*1* 87:*14* 110:*9* 138:*25* 139:*1, 6* 151:*4* 152:*5, 7, 9* 175:*22* 176:*3* 241:*24*
**2:19-cv-05030** 1:*1*
**2:19-CV-05030-GAM** 4:*10*
**2:38** 137:*15*
**2:39** 138:*4*
**20** 1:*1* 3:*1* 136:*12* 200:*18, 21* 201:*2* 203:*11, 12* 207:*6* 217:*7* 221:*17, 20* 244:*3* 291:*19* 299:*8* 336:*6*
**20,000** 23:*6*
**2003** 7:*23* 8:*4*
**2004** 8:*7*
**2005** 8:*4*
**2006** 8:*16* 9:*4, 5*
**2008** 9:*17*
**2009** 9:*18, 22*
**2010** 10:*1, 3*
**2012** 10:*8* 12:*12*
**2013** 11:*19* 12:*1, 2*
**2014** 243:*10, 12*

**2015** 12:*13* 18:*9, 10* 28:*7, 15, 17* 110:*25* 111:*2* 232:*22* 243:*12*
**2016** 26:*17, 21* 110:*21, 24* 126:*23* 139:*19, 23, 25* 357:*6* 375:*18*
**2017** 26:*7, 9* 65:*15* 111:*4* 113:*7* 239:*5* 240:*4, 5* 284:*1*
**2018** 3:*1* 25:*20, 24* 26:*1, 6, 11* 28:*25* 29:*6, 19* 32:*10, 23* 33:*2* 34:*3* 35:*19, 20* 36:*2, 3, 18* 37:*1, 16, 23* 38:*1, 6, 11, 20, 23* 39:*7, 12, 16, 22* 40:*6, 12, 24* 43:*9* 45:*9* 47:*14* 48:*5* 49:*16* 53:*9, 10* 54:*8* 55:*3* 57:*1, 16* 58:*15* 59:*8, 11* 60:*22* 61:*19* 62:*14, 21, 24* 63:*1* 64:*17, 25* 65:*4, 8, 13, 16, 17* 67:*9* 68:*20* 69:*18, 21* 70:*13* 71:*1* 73:*9* 74:*1, 5* 75:*2, 11* 77:*1, 13* 82:*13* 86:*5* 87:*17* 88:*14, 23* 90:*8* 96:*25* 97:*22* 98:*3, 5, 7, 10* 99:*12* 101:*15, 18* 102:*22* 103:*13, 15, 16, 16* 104:*6, 22* 107:*17, 21* 108:*3, 8* 134:*5, 10* 145:*24* 146:*3, 5* 147:*8, 11, 17, 24* 149:*19, 19* 150:*5, 23* 151:*2* 152:*3* 164:*4, 22* 166:*14, 16, 25* 167:*22* 169:*17* 171:*18* 182:*12* 184:*24* 186:*13* 187:*8, 16* 188:*19* 189:*17* 190:*12* 191:*1* 193:*4* 239:*6* 242:*17* 251:*6, 13, 17* 260:*15, 16* 268:*8, 22, 25* 269:*1* 270:*2, 5, 10, 13, 19, 22, 24* 271:*1, 7* 272:*16, 19* 273:*6, 10, 12, 13,*

**16, 18** 274:*3, 4, 7, 9, 13, 13* 275:*8, 11, 22, 24* 276:*1, 3, 8* 281:*8, 11, 20* 283:*7, 13, 19* 287:*14, 18* 289:*19* 292:*6, 9* 301:*24* 305:*18* 331:*1* 332:*5* 342:*9* 344:*1* 348:*15* 349:*14* 351:*2, 23* 352:*3* 353:*9, 23* 354:*6, 13* 359:*16* 360:*25* 365:*9* 366:*5*
**2019** 3:*1, 1* 26:*13* 101:*4* 115:*20* 121:*7* 134:*13, 14, 15* 141:*13* 189:*9* 194:*1* 195:*1* 208:*21* 230:*24* 233:*8* 287:*15, 19* 308:*13* 354:*23* 360:*6* 362:*13, 15, 16* 363:*17* 366:*5, 15* 368:*6* 369:*8* 372:*12* 377:*7*
**2020** 1:*1* 4:*3* 26:*15* 76:*5* 283:*10* 324:*14* 336:*6* 338:*5*
**20th** 4:*3* 141:*13, 20* 142:*4, 5* 143:*23* 144:*14* 181:*2*
**215** 2:*1, 1, 1*
**21st** 6:*15*
**22nd** 110:*9, 21, 24, 25* 111:*2, 4*
**23** 3:*1*
**23rd** 139:*25* 170:*20* 184:*24* 186:*21* 187:*11* 188:*13* 189:*16* 190:*9* 191:*1, 2* 193:*4* 197:*1*
**24th** 170:*20* 186:*21*
**25** 297:*21*
**25,000** 297:*11, 22, 25* 298:*3, 6, 7, 14, 15* 301:*7, 8, 13* 307:*25* 308:*3* 329:*24* 331:*13, 19, 25* 343:*20* 344:*9* 345:*6*
**25th** 239:*6* 272:*14*
**26** 200:*19, 21* 220:*7* 334:*5*
**26th** 230:*24* 367:*23*

**27** 200:*24, 25* 217:*8* 220:*16* 221:*1*
**27th** 134:*15* 194:*1* 367:*23*
**28** 207:*6* 297:*16*
**2800** 2:*1*
**28th** 339:*4*
**2950** 2:*1*
**2nd** 87:*12, 16, 20* 88:*23* 96:*24* 102:*22* 104:*22* 107:*4, 16* 149:*18* 152:*17* 164:*4, 22* 166:*21* 243:*9, 10*

< 3 >
**3** 3:*1* 138:*15* 141:*16, 17, 19*
**3:30** 138:*6*
**30** 17:*13* 133:*23* 387:*19*
**30th** 64:*17, 25* 65:*4*
**31** 203:*17* 212:*4* 217:*6*
**31st** 94:*25* 103:*16* 104:*22* 151:*12* 152:*16* 251:*13*
**32** 13:*4*
**360** 61:*8*
**364** 265:*9* 266:*3, 5, 6, 9*
**366** 265:*15* 266:*3, 7*
**391-4790** 2:*1*
**3rd** 166:*21* 273:*16, 17* 280:*20*

< 4 >
**4** 3:*1* 144:*10* 212:*5* 217:*5* 288:*18*
**4:31** 198:*15*
**4:43** 198:*20*
**40** 387:*19*
**48,000** 14:*19*
**48-hour** 95:*1*
**4th** 197:*2* 287:*15*

< 5 >
**5** 3:*1, 1* 138:*15* 241:*25* 379:*19, 25* 380:*4, 6, 10*

**5,000** 352:*21*
**5:18** 236:*24* 237:*6*
**5:47** 264:*16*
**5:59** 264:*18*
**50** 29:*18*
**500** 355:*22, 23, 24*
**51** 29:*10, 18*
**515** 2:*1*
**52** 29:*18*
**569-1999** 2:*1*
**579** 255:*1, 3*
**580** 255:*3*
**5th** 31:*15* 39:*12, 16, 22* 40:*6, 12, 24* 43:*9* 45:*9* 47:*14* 48:*5* 49:*16* 53:*9, 10* 54:*7* 55:*3* 57:*6, 16, 20* 58:*15* 59:*8, 11* 60:*22* 61:*5, 15, 19* 62:*14, 24* 63:*1* 65:*13, 17* 67:*9* 166:*21* 195:*1*

< 6 >
**6** 3:*1, 1*
**665-2776** 2:*1*
**6th** 29:*19* 32:*10, 23* 56:*25* 166:*21* 262:*16* 281:*22*

< 7 >
**7** 3:*1* 87:*19, 20* 148:*21* 369:*16*
**7:16** 356:*16*
**7:32** 356:*18, 20*
**7th** 208:*21* 281:*22* 308:*13* 331:*1*

< 8 >
**8** 87:*19* 179:*15*
**8:00** 87:*20*
**8:07** 391:*11*
**8:08** 391:*20, 23*
**80** 295:*15*
**8th** 281:*22*

< 9 >
**9** 379:*19* 380:*4, 6, 10*
**90** 61:*25*

< A >

**a.m** 1:*1* 4:*4* 179:*15* 273:*10, 12* 379:*25*
**Abbott** 348:*2*
**abetting** 333:*11*
**abhorrent** 288:*20*
**ability** 29:*22* 63:*7* 74:*10* 75:*10* 145:*11* 223:*2* 244:*16* 276:*20* 334:*24* 337:*25* 338:*1* 375:*16* 387:*18* 392:*1*
**able** 57:*9* 58:*21, 23* 69:*22* 70:*13* 78:*8* 81:*12, 24* 91:*21* 114:*19* 121:*9, 25* 132:*17* 188:*6, 7* 211:*19* 217:*25* 219:*8, 10* 222:*9, 14* 230:*5* 253:*4* 265:*17* 293:*24* 299:*11* 324:*4* 350:*21* 352:*11* 367:*8* 390:*3*
**absolutely** 108:*18* 198:*11* 321:*2* 382:*21*
**Abuse** 115:*3, 3* 262:*12* 284:*17*
**abused** 277:*13*
**abusing** 284:*15*
**abusive** 340:*3* 342:*16*
**academic** 11:*11*
**academics** 8:*19*
**academy** 8:*21, 22*
**accept** 238:*17*
**acceptable** 93:*20* 95:*8* 96:*1* 153:*23* 154:*12* 155:*6* 156:*12* 159:*13* 162:*1*
**accepted** 245:*17*
**accommodations** 171:*11*
**accomplished** 357:*7*
**account** 101:*12* 230:*5* 251:*2* 296:*13, 17, 19, 20* 299:*4, 5, 9*
**accounted** 294:*10*
**accounting** 193:*24* 295:*3* 332:*18*
**accounts** 194:*18* 299:*3, 6, 8*
**accurate** 27:*25* 38:*16* 57:*10* 74:*6* 174:*6, 24* 175:*17* 189:*22, 24*

193:*2* 217:*11* 224:*13* 234:*13* 370:*24*
**accurately** 70:*14* 392:*1*
**accusation** 50:*15* 180:*20, 22* 229:*9*
**accusations** 46:*15* 50:*5, 6, 10, 11, 14, 18, 22* 101:*14* 105:*15* 128:*9* 149:*23* 262:*8* 341:*7* 366:*25*
**accuse** 112:*12* 261:*7* 383:*14, 16, 18* 385:*11, 16, 18*
**accused** 105:*2* 228:*8* 229:*7* 252:*1* 262:*2* 265:*8* 267:*3* 288:*16* 381:*20* 383:*1, 8, 23* 384:*6, 15* 385:*14, 24*
**accuses** 261:*9* 262:*3* 381:*12*
**accusing** 266:*16* 306:*3*
**acknowledge** 93:*18* 95:*7, 24, 25* 153:*22* 154:*2, 4, 11* 155:*5, 14* 156:*8, 11* 159:*11* 161:*25*
**acknowledged** 154:*5* 155:*17* 184:*25*
**acknowledging** 156:*5* 158:*6* 202:*9, 12*
**acquaintance** 299:*1*
**acquire** 387:*20*
**act** 21:*11* 115:*4* 148:*22* 262:*13* 354:*14, 16*
**acted** 162:*5* 262:*14*
**ACTION** 1:*1* 16:*10* 61:*1* 105:*11* 128:*12* 139:*19* 328:*3* 348:*25*
**actions** 60:*4* 105:*8* 351:*25* 370:*24* 371:*5*
**activism** 114:*5* 354:*20*
**activities** 115:*1* 239:*5*
**acts** 250:*19* 370:*19*
**actual** 209:*8* 222:*8* 227:*2*
**acumen** 222:*14, 21*

Deposition of GREGG ROMAN                                          Lisa Barbounis v. Middle Eastern Forum, et. al.

**add** 213:*23* 214:*17*
353:*8*
**added** 28:*18* 36:*25*
57:*1*
**adding** 349:*24*
**addition** 22:*6* 176:*8*
**additional** 304:*21*
**address** 67:*13* 165:*6*
183:*3, 24* 367:*9*
**addressed** 108:*13*
164:*3* 362:*3*
**addresses** 161:*17*
**addressing** 164:*23*
374:*16*
**adjust** 42:*15*
**administration** 77:*10*
282:*3, 18* 283:*4, 11*
366:*12* 367:*1*
**administrative** 128:*12*
139:*19, 23* 281:*21*
379:*19*
**admire** 375:*24*
**admitted** 235:*6* 266:*1*
**advance** 108:*22, 24*
109:*10, 13*
**advanced** 9:*24*
**advances** 89:*2, 18*
90:*13* 91:*14* 92:*25*
93:*17* 102:*3, 8* 105:*4,
6* 108:*17* 147:*6*
148:*12* 149:*24* 159:*9,
10* 161:*13* 162:*10*
211:*12*
**advantage** 114:*16*
**adverse** 370:*19, 24*
371:*4, 5*
**advice** 41:*10* 127:*15*
129:*25* 130:*1* 132:*11*
139:*25* 145:*2* 265:*1*
**advisor** 231:*15*
**advocacy** 114:*5, 18*
**affair** 186:*16* 189:*8,
16* 190:*9* 306:*7*
354:*3*
**Affairs** 12:*24* 17:*1*
166:*20* 189:*18*
**affidavit** 128:*16*
140:*4, 5*
**affidavits** 132:*19*

**245**:*3, 8*
**affirmative** 16:*10*
**afforded** 279:*7, 11*
282:*22* 283:*6, 25*
**affords** 313:*21*
**afraid** 243:*1*
**African** 214:*12*
**after-acquired** 353:*16*
**agencies** 245:*1*
**agency** 8:*9* 16:*20*
114:*11*
**agenda** 113:*22*
**agent** 335:*1* 344:*3*
354:*14*
**aggressive** 211:*14*
**ago** 18:*25* 55:*18, 22*
86:*23, 24* 109:*8*
127:*8, 10* 151:*13, 13*
181:*5* 185:*3* 191:*15*
204:*5* 206:*17* 207:*20*
225:*1* 262:*1* 366:*24*
**agree** 84:*4, 8, 10*
85:*8, 11* 156:*13, 20,
21* 157:*3* 159:*3, 15*
250:*17, 25*
**agreed** 85:*15* 171:*12*
319:*17* 391:*11*
**agreement** 120:*13, 17,
22* 121:*2, 15* 122:*8*
349:*6* 357:*5*
**ahead** 7:*25* 10:*25*
14:*12* 41:*19* 44:*10*
58:*10* 85:*19* 87:*18*
104:*11* 106:*17* 148:*7*
159:*25* 161:*8* 171:*14*
210:*6, 7* 214:*13*
223:*22* 225:*14, 24*
236:*22* 303:*10, 18, 21*
304:*16* 319:*9* 322:*15*
323:*1, 1, 23* 329:*21*
371:*5*
**AI** 200:*6*
**aiding** 333:*10*
**AIPAC** 106:*6, 8, 14,
14, 19, 22* 107:*2, 23*
108:*14* 166:*7, 10, 12,
17, 24* 167:*15, 20, 21*
179:*14* 185:*20*
191:*17, 18, 23* 192:*1*

**193**:*25* 200:*3, 24*
267:*24* 351:*2*
**Airbnb** 167:*7, 9*
171:*7, 7* 172:*11, 19,
20, 23* 173:*3, 10, 19*
174:*13* 175:*11, 12*
176:*6* 178:*7* 200:*3*
203:*20* 218:*4, 24*
246:*13*
**Airbnbs** 240:*15*
**airport** 241:*24*
**al** 1:*1* 4:*8* 242:*4*
**Alana** 124:*8, 10, 22*
228:*19* 229:*5, 5, 6*
230:*1, 8, 10, 13, 13*
231:*11* 234:*8*
**alarms** 115:*17*
**Alexandria** 242:*14*
**allegation** 57:*22*
69:*23* 70:*7, 19* 74:*22*
77:*12* 82:*15* 86:*1*
106:*11, 12, 15, 18, 18*
107:*1* 119:*4* 123:*5*
125:*23* 180:*25* 183:*3*
188:*18* 207:*15*
215:*21* 221:*2, 2*
257:*25* 258:*1* 358:*2,
3, 7, 11* 361:*5, 10, 11,
12, 13, 17* 363:*4*
366:*8* 373:*7, 19*
382:*4, 13* 384:*23*
**allegations** 60:*18, 19*
61:*20, 23* 62:*12, 19,
22* 64:*6, 10* 67:*8, 10,
13* 68:*1, 14, 16, 17, 18,
22, 24* 69:*17, 19* 70:*6,
16* 71:*1* 73:*9, 14, 22,
23, 25* 74:*12, 14, 19*
75:*12, 21* 76:*13, 15,
16, 19, 21, 25* 77:*20,
22* 78:*5, 13, 17* 79:*6,
25* 80:*14, 22, 25* 81:*5*
82:*9, 10, 12, 17* 87:*3,
6, 11, 24* 88:*1* 90:*5*
93:*14* 94:*15* 95:*2*
97:*16, 20, 23* 98:*9, 20,
21* 99:*12* 100:*21*
101:*8, 10* 102:*7, 11*
103:*1, 5, 12* 104:*14,
23* 105:*20* 106:*5, 21*

**107**:*1, 7, 14, 16, 18, 20*
108:*20* 118:*25*
123:*18, 21* 124:*1, 3*
126:*16* 146:*6, 19*
147:*4, 18, 21, 22, 25*
148:*9, 10, 12, 25*
149:*4* 150:*5, 12*
152:*9, 9, 20* 153:*14*
154:*7* 160:*2, 4, 5, 6, 8,
9, 10, 24* 161:*24*
201:*17* 212:*19*
259:*20* 265:*11*
277:*21* 363:*16, 20*
364:*13* 365:*6, 18, 19,
21, 24* 366:*20* 374:*6*
387:*2* 388:*14* 389:*14*
390:*11*
**allegation's** 374:*3*
**allege** 116:*11* 173:*2*
182:*19* 203:*1* 204:*21*
220:*22* 258:*11* 260:*8,
10* 265:*25* 332:*15*
**alleged** 60:*4* 77:*23*
148:*12* 154:*18*
182:*12* 184:*17*
191:*19* 201:*5* 202:*5*
206:*23* 217:*12*
222:*11* 239:*22*
248:*16* 258:*5* 373:*2*
**allegedly** 54:*14*
96:*24* 106:*8* 210:*21*
230:*1* 232:*4* 257:*13*
294:*4* 333:*3*
**alleges** 108:*14* 112:*8*
202:*18, 18* 203:*4, 5*
220:*23* 227:*7* 247:*24*
249:*3* 250:*4, 9, 18, 23*
258:*3* 265:*19, 21, 22*
**Allegheny** 14:*17*
**alleging** 117:*1*
182:*24* 203:*3* 204:*23*
212:*12* 219:*12*
220:*23* 226:*14, 15*
306:*20, 22, 24* 330:*11,
14, 16, 17, 21, 22*
333:*1* 342:*19* 354:*5*
**allied** 240:*8*
**allocated** 295:*16*
**allow** 45:*3* 46:*16*
47:*24* 48:*1* 66:*16*

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

82:*24*  131:*4*  222:*24*
262:*5*  390:*4*
**allowed**  93:*11*  163:*8*,
*9*  206:*7*  285:*18*
389:*23*
**allowing**  335:*6*
367:*22*
**allows**  332:*10*
**Altass**  317:*4*  319:*1*
**A-l-t-a-s-s**  317:*5*
**Altoona**  13:*8*
**amazing**  132:*13, 17*
**amended**  117:*11*
194:*16, 17*  248:*18*
259:*4, 4, 13, 21, 22*
265:*10, 16*  266:*3, 4, 6,
7, 9*  334:*6*
**America**  142:*8*
174:*25*
**American**  8:*2*  114:*4*
166:*19*  324:*8*
**Americans**  214:*13*
**amount**  22:*12, 15, 19,
22, 23*  23:*2*  27:*23*
28:*15*  198:*4*  273:*24*
283:*1*  293:*23*  294:*12*
297:*10, 18, 21, 22, 23,
24*  298:*2*  301:*11*
324:*21*  327:*25*  328:*3*
332:*3, 3*  356:*7*
**Amy**  18:*20*  19:*1, 8*
**analysis**  223:*16*
226:*20*
**anathema**  114:*6*
**anatomy**  223:*4*
**Andy**  325:*3*
**Angeles**  100:*9*  375:*17*
**Anglican**  15:*24*
**annoy**  227:*24*
**annual**  26:*24*  27:*1, 2*
166:*11*
**annually**  26:*23*
**answer**  10:*20, 21*
20:*3, 18*  28:*5*  41:*11,
13*  43:*14, 19, 22, 23,
25*  44:*3, 6, 20*  45:*4*
47:*24*  48:*2, 11*  52:*20*
53:*5*  57:*9*  58:*9, 22*
68:*22*  70:*2, 21*  71:*18,
20*  72:*20*  75:*9, 15*

76:*17*  79:*21*  89:*8, 21,
25*  90:*17, 21*  91:*1, 6,
9, 11, 21, 21, 25*  92:*6,
19, 21, 22*  94:*7*  95:*5*
97:*8*  99:*5*  117:*6, 13*
126:*12*  128:*10*
133:*18*  146:*8, 11, 11,
12, 13, 16*  148:*5*
152:*12, 22, 23, 25*
157:*12, 21*  171:*23*
174:*5*  183:*8, 9*  184:*4,
5*  188:*23*  192:*24*
198:*8*  212:*22*  213:*5,
9, 15, 18, 20*  214:*10*
225:*16*  228:*15, 20, 24*
234:*21*  237:*22*
239:*20*  241:*17, 19*
248:*2, 23*  249:*21*
255:*11, 11*  276:*16, 18*
278:*14*  279:*2, 15, 21*
280:*4, 4*  282:*24*
285:*16*  287:*11, 22*
290:*24*  292:*15*
294:*15, 17*  297:*2, 20*
303:*8*  309:*5*  310:*21*
312:*23*  313:*12*
317:*22*  318:*4*  319:*7*
320:*6, 19*  321:*1, 5, 10,
13, 15*  322:*5, 12, 14,
19, 20, 21, 23*  323:*1,
19*  326:*6, 13, 15*
328:*19*  329:*12*
331:*13, 20*  335:*8*
336:*19*  337:*9*  340:*19,
21*  341:*4*  343:*24*
344:*16*  345:*1, 4*
346:*8*  347:*4*  348:*7,
14*  355:*23*  361:*16, 23,
24*  372:*10*  373:*5*
381:*25*  385:*13*  386:*8,
9*  390:*14*
**answered**  43:*18, 23*
44:*7*  49:*2*  80:*17*
99:*8*  146:*15*  321:*20*
322:*8*  361:*2*  387:*7*
**answering**  126:*13*
170:*6*  278:*4*  279:*3,
17*  280:*21*  285:*15*
288:*24, 25*  289:*1*
317:*13*  321:*22*  325:*8,

*13*  337:*17*  339:*11*
360:*19*  384:*14*
**answers**  94:*12*
136:*23*  345:*20*  391:*6*
**antisemitism**  15:*7*
**anybody**  92:*3*  151:*20*
344:*22, 22*  390:*20*
**anymore**  77:*10*
146:*23*  179:*8*
**anyway**  41:*22*  73:*7*
114:*3*  122:*15*  142:*13*
217:*3*
**anyways**  178:*19*
**Anywho**  291:*3*
**Apartment**  3:*1*
226:*13*  244:*19*
**apologies**  160:*23*
195:*16*  241:*9*  273:*16*
**apologize**  133:*21*
267:*8*  351:*13*
**apparently**  216:*25*
357:*25*  358:*4*
**appearance**  210:*4*
**appearances**  36:*14*
38:*8, 13*
**appearing**  4:*16*  5:*16*
**applies**  11:*17*
**appreciate**  47:*4*
227:*23*  241:*8*  311:*5*
391:*18*
**approached**  240:*6*
**appropriate**  380:*9*
**approve**  31:*5*  293:*13,
19*
**approved**  269:*5*
277:*6, 6, 9*  293:*4, 6, 8,
11, 18, 20*  299:*19*
300:*25*  301:*13*
**approximate**  106:*25*
184:*20*  332:*2*
**approximately**  110:*8*
175:*18*  186:*10*
261:*25*  268:*9*  298:*6*
**April**  3:*1*  110:*9, 21,
24, 25*  111:*2, 3*
139:*25*  239:*6*  268:*23,
25*  269:*1, 23*  270:*2, 4,
10*  271:*1, 7*  272:*16,
19*  273:*6, 10, 12, 15*
274:*7, 9*  275:*8, 22, 24*

283:*13*  360:*6*  363:*17*
368:*3, 5*  372:*12*
**Arabic**  8:*15*
**architecture**  244:*21*
**area**  13:*3, 8*  52:*17*
179:*2*  211:*21*  218:*2*
219:*1, 3, 4, 5, 7*
246:*23*  247:*3*
**areas**  201:*12*  304:*7*
**argue**  352:*23*
**argument**  42:*4*  92:*9*
320:*13*
**Argumentative**  382:*19*
**arguments**  320:*11*
352:*2*
**Arizona**  351:*20*
**arm**  182:*13, 14*
210:*20*
**arms**  211:*2*  230:*24*
**Army**  9:*10*  10:*2, 5*
17:*12*  243:*2*
**arrange**  355:*6*
**arranged**  171:*21*
327:*16*
**arrival**  58:*1, 2*
**arrived**  171:*14*
173:*13*
**Arthur**  66:*6*
**Ashley**  324:*24*
**Asked**  43:*18, 22*  44:*6*
72:*16, 19, 23*  80:*11*
89:*24*  98:*8*  103:*2, 17*
104:*1, 3, 7, 10*  111:*18*
117:*12*  122:*23*
127:*25*  128:*7*  144:*7*
162:*6*  167:*13*  169:*24*
170:*17*  177:*21*
215:*20*  225:*11*
230:*12*  244:*1*  245:*4*
250:*9, 19*  267:*1*
269:*22*  279:*23, 23*
281:*25*  284:*12*  285:*1,
15*  287:*7*  289:*2*
290:*3, 4, 16*  297:*21*
312:*12*  314:*16*
323:*17*  325:*25*
327:*18*  334:*20*  336:*4*
344:*11*  349:*14*
360:*18, 24*  361:*9*
371:*24*  375:*19*  378:*2*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

379:20  380:19
387:12, 14
**asking**  6:1  21:3
28:2, 4  32:20  33:11,
14, 22  34:11, 12, 17,
17  47:6, 16  48:9, 19,
21  49:25  50:17
51:17  53:3, 21, 22
54:1, 4  58:16  61:5
70:15  71:13  73:3, 7,
20  74:8  78:3, 10
79:9  82:23  89:11, 12
91:2, 2, 7, 12  92:16,
18  93:2  94:1  98:24
99:5  103:11, 14, 14,
18  105:24, 25  106:23,
24  108:7, 8  109:4, 6
116:6  121:11  122:6
123:1  129:3, 5, 8
130:3  150:10  151:19,
21, 23, 24  152:1, 10
153:2, 3  156:12
157:12  159:15  170:5
178:12  183:22  185:7,
9  187:1  197:9  204:8
217:9  234:5, 7, 7
239:18  240:8  243:22,
22  263:24  270:6
277:12  284:25
285:12  292:12, 13, 14,
16  300:3  309:1
312:19  313:14
318:19  319:13
328:15  339:20, 24
343:7  344:13  346:1,
7  366:1  369:13
370:4, 5, 12, 13  371:9
372:5  373:5  374:17,
18  377:8  380:5, 7
**asks**  174:23  359:13
**aspects**  301:22
**assassinated**  231:20,
21
**assault**  202:1  211:15
215:24  265:8, 23
266:2, 13, 16, 21
267:3, 18
**assaulted**  226:15
227:8, 19  257:13

**assessment**  355:25
**assigned**  300:14
**assist**  354:1
**assistance**  14:24
300:21
**assistant**  275:5  378:3
380:14, 18
**assisted**  129:2, 4
132:8
**associate**  164:8  324:6
**associated**  31:24
35:8  128:18  129:23
132:10  352:2  376:10
**ASSOCIATES**  2:1
**association**  7:18
**assume**  137:11  151:4
280:5, 6
**assumed**  280:7  283:8
284:2
**Assumes**  382:19
**assuming**  142:6
**assure**  319:10
**asylum**  354:22
**attached**  140:5  144:3
**attachments**  121:20,
25
**attain**  381:4
**attained**  338:3, 4
**attempt**  228:16
**attempting**  250:1
**attempts**  211:17
**attend**  26:24  27:1
41:5, 6, 9  43:8  46:8
48:9  166:25  304:20
**attendance**  174:18
**attended**  8:2, 20
39:25  166:16  167:4
**attest**  245:10, 12
**attorney**  67:19  89:7
127:7  128:20, 25
132:11  139:12, 16, 18,
23  150:25  231:7
336:2  364:9, 9, 11
**attorneys**  307:5
308:11  364:5
**attorney's**  280:2
335:8
**attributing**  262:4
**Audio**  312:1  315:3,

10, 13, 19  316:15
**audit**  374:18
**audited**  10:13  11:7
**August**  8:3  18:9
76:5  134:10, 13
232:22  324:7
**author**  129:20, 22
131:14  135:14
143:15
**authorities**  102:23
**authority**  22:8  25:25,
25  28:20, 23  29:1, 3
**authorization**  115:13
**authorized**  270:22
**author's**  143:14
**available**  63:18  64:1
122:11  140:14
244:20
**avalanche**  164:6
**Avenue**  178:19
**avoided**  384:14
**aware**  5:13  46:24
48:4  49:9, 10  74:3
77:13  186:13  189:5
207:19  269:17, 18
289:4  333:5  351:19
371:15

**< B >**
**bachelor's**  10:15, 24
**back**  4:25  7:16  9:21
10:4  34:14, 16  42:24
44:3  45:2  47:5  54:6
67:23  78:19  85:22
89:15  98:3  110:12
114:15  115:19  118:7
119:7  131:25  137:21
138:7  140:10  145:20
153:6, 8  155:23
159:23  160:16
161:23  162:15
165:15, 16  166:7
172:19  173:18, 22
174:12  175:16  176:5
177:25  178:2, 7, 16
198:19  207:5  208:20
216:21  217:1  222:9
235:1  237:4, 5
241:22  243:1  246:24
247:8  248:8  250:5,

10  264:19  268:2, 14,
15, 17, 23, 24  269:22,
23, 25  270:2, 7
271:21  281:23  295:9
312:9  318:7  323:3, 5
327:19  335:14
340:18  341:8, 18
349:17  350:4  351:23
358:1  362:13  383:20
387:9
**backdates**  252:4
**background**  6:18  8:1
229:24
**backing**  65:3  301:23
**backstory**  241:17, 18
353:4
**bad**  222:9, 10  242:5
**Bair**  6:19, 23, 25  7:8,
11
**Bala**  140:3
**balcony**  179:10
**ballpark**  356:2
**bank**  296:13, 17, 19,
20
**bar**  124:17  225:3
229:11  307:6
**Barbara**  191:13
251:22
**BARBOUNIS**  1:1
2:1  4:7  62:21  64:16,
21  65:4, 7  67:14
68:19  75:20, 22, 23,
24  101:23  107:10
118:18  121:14
123:19  134:15
151:16, 22  154:15
165:14  167:1  172:11
174:21  176:10  178:5
181:10, 12, 13, 18, 19
182:11, 14  183:18
184:25  186:15
187:11, 16  188:19
189:15  194:12, 25
200:2, 10  203:20, 21
206:22  208:5, 23, 24
210:25  211:2, 13
212:12, 21  215:22, 23
221:5, 9, 24  224:23
226:11, 24  227:15
230:23  231:5  232:25

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

233:*24*  237:*8*  239:*22*
245:*14*  246:*13*
248:*10*  249:*3*  251:*6,*
*12, 20, 23*  252:*11*
254:*4*  255:*24*  256:*13,*
*21*  268:*12, 15*  269:*6*
273:*1*  275:*8, 23*
277:*9*  280:*5, 18*
281:*15, 16*  287:*8*
288:*1*  289:*18, 19*
291:*14*  292:*5*  293:*21*
294:*5, 6*  296:*14, 19*
298:*18*  299:*1, 17, 21*
300:*14, 16, 17*  301:*1,*
*13, 16, 21*  302:*4*
304:*2, 18, 22*  305:*5,*
*17*  306:*10*  314:*1, 11*
319:*19*  327:*7, 12, 15*
330:*18, 23*  332:*13*
333:*1, 15, 21*  338:*21*
342:*20*  344:*1*  348:*21,*
*25*  349:*18, 20, 21*
351:*7, 9, 18*  353:*17*
354:*17, 21, 23*  355:*3*
358:*15*  359:*8, 11, 13*
360:*12, 13*  372:*18, 19,*
*23*  373:*1*  380:*10*
385:*3*
**Barbounis's**  100:*17*
118:*21*  119:*1, 5*
144:*11*  169:*19*  200:*1*
206:*5*  212:*19, 19*
273:*15*  277:*11*
283:*12*  305:*23*
308:*12*  354:*12*
**barrister**  338:*1*
**bars**  174:*15*  175:*10,*
*20, 20, 21*  178:*15, 15*
**base**  242:*14, 14*
**based**  50:*25*  54:*23*
55:*6*  61:*24*  66:*12*
71:*8*  189:*5*  213:*18*
215:*14*  248:*2*  249:*20*
260:*2, 3*  261:*12*
277:*8*  293:*6, 19, 20*
307:*12*  310:*15*
330:*19*  333:*19*  341:*1*
350:*24*  359:*20*  361:*3*
375:*9*  378:*9*  385:*15,*
*25*  387:*18*

**basic**  9:*12*  248:*17*
249:*24*
**basically**  8:*20*  115:*12*
277:*15*  355:*9*
**basis**  339:*15*  341:*12,*
*24*  342:*1, 4, 11, 18*
343:*5, 10, 18, 21*
344:*12*  346:*10, 13, 20*
347:*16, 22*  351:*12*
352:*17, 18*  353:*6, 14*
**bastion**  59:*12*
**Bates**  29:*15, 18*  255:*1*
**bathroom**  69:*5*
**bathrooms**  246:*8, 15*
**Battleship**  178:*13, 14,*
*20, 21*  179:*4*  225:*2*
**Beach**  66:*3, 4*
**Beaver**  14:*17*
**bedroom**  247:*4, 7*
**bedrooms**  247:*11, 15*
**began**  6:*19, 21*  12:*17*
70:*12*  108:*5*  211:*11*
250:*5*  305:*9*  357:*23*
359:*8*  360:*10*
**beginning**  1:*1*  5:*3*
38:*22*  60:*21*  86:*4*
278:*16*  286:*1*  354:*3*
**behalf**  2:*1, 1, 1*  201:*8*
**behavior**  227:*18*
230:*3*  252:*18*
**beheaded**  243:*10*
**beheading**  231:*17*
**Belgium**  360:*14*
**belief**  172:*25*  173:*2*
320:*14*
**believe**  13:*22*  28:*15*
29:*6*  33:*17*  34:*8*
43:*14, 19, 25*  44:*23*
54:*10*  56:*3*  70:*10, 18*
81:*18*  87:*5, 8*  89:*4*
90:*4*  95:*4*  113:*15*
124:*15*  127:*16*  134:*9,*
*16*  151:*12*  161:*15*
167:*14*  176:*12, 15*
193:*10*  257:*24*  276:*4*
281:*19*  287:*7, 19*
288:*1, 15, 17*  293:*22*
300:*16*  308:*9*  311:*1*
314:*1, 4, 8*  324:*3*
327:*23*  332:*17*

**basic**
356:*24*  358:*24*
359:*14*  370:*14, 14*
**believed**  171:*3*
**believes**  162:*12*
**belt**  10:*16*
**Ben**  6:*10*
**B-e-n**  6:*12*
**benefits**  57:*2*
**Bennett**  65:*3*  113:*15*
131:*18*  167:*1, 6, 10*
168:*15, 17, 18, 21*
169:*1*  170:*8, 11*
172:*10*  173:*3, 14, 21*
175:*4, 6*  176:*6*
203:*19*  219:*25*
237:*15*  243:*4*  244:*2*
357:*10, 11, 22*  358:*14,*
*16, 21, 22*
**Bennett's**  169:*13*
**Bernhardt**  142:*8, 9, 24*
**best**  11:*23*  28:*17*
35:*16*  58:*19*  63:*6, 11*
70:*21*  74:*10*  75:*9, 10*
81:*20*  90:*17, 17*
108:*10*  145:*11*
149:*13, 15, 16, 18*
171:*3, 4*  172:*1*
251:*23*  269:*15*
275:*23*  276:*11, 20*
367:*19*  375:*17*  392:*1*
**better**  115:*22, 23*
233:*24*  236:*21*  237:*3*
243:*12*  287:*22*
354:*18*  375:*3*
**beyond**  14:*20, 22*
15:*4*  16:*1, 5, 16*
51:*25*  56:*20*  64:*11*
66:*9*  127:*17*  150:*12*
162:*10*  172:*25*  173:*2*
201:*18*  222:*15*
223:*17*  224:*2*  226:*24*
232:*19*  249:*21*
253:*11*  260:*15*
283:*24*  378:*13, 15*
380:*1*
**bifurcate**  147:*13*
148:*10*
**big**  194:*5*  295:*9, 10,*
*13, 17*

**Bill**  15:*25*  208:*9*
**binary**  49:*13*  236:*3*
**birthday**  97:*3*  164:*9*
**Bishop**  252:*21*  254:*1,*
*2, 17*  308:*9*  327:*10,*
*11, 16*  334:*1*  338:*6, 6*
**bit**  19:*4*  96:*17*  97:*9*
132:*21*  150:*16*  172:*2*
200:*20*  230:*25*
270:*25*  351:*13*
**blabbing**  325:*17*
**black**  49:*12*  212:*23,*
*24, 25*
**blank**  272:*10, 10*
**blanks**  184:*13*
**blended**  96:*17*
**block**  35:*12, 13, 17*
**Bloom**  125:*4, 7*
356:*22*  358:*6, 8*
**blowjob**  250:*10*
**blows**  127:*17*
**blue**  200:*13, 15*
**blueprints**  218:*3*
219:*24*
**board**  21:*15, 21, 22,*
*24*  22:*1, 2, 4, 4, 5, 6, 7,*
*9, 14, 20*  23:*1, 3, 7, 11,*
*13*  169:*6*  178:*15, 21*
243:*17*
**boards**  21:*10, 25*  22:*7*
**body**  115:*8*  249:*15*
378:*14, 19*  379:*1*
**bomb**  247:*4*
**bonus**  376:*11*
**book**  275:*2*
**booked**  167:*6, 9, 11*
171:*8*  172:*12*  173:*4*
174:*18*  203:*20*
246:*13*  273:*1*  274:*17,*
*21*
**bookkeeper**  293:*1*
**books**  292:*2*  295:*7, 8,*
*12*  299:*10*
**border**  304:*4*
**born**  6:*15*  10:*9*
231:*17*
**boss**  102:*20*  162:*12,*
*17*  168:*23*  169:*10, 13,*
*15, 19, 21, 21, 25*

bosses 169:*25*
bought 295:*13*
bouncing 339:*22*
bound 163:*6*
box 178:*14*
Brady 121:*14* 134:*17*
*183:18* 194:*13*
*254:18, 25* 255:*24*
*256:3, 5, 12, 15, 20, 22*
*257:13, 24* 258:*5*
*260:25* 262:*1* 265:*7,*
*10* 266:*13* 269:*8*
*359:6* 360:*12* 385:*10,*
*11* 386:*14, 19*
Brady's 120:*11*
*254:19, 22* 255:*20*
*257:12* 258:*11* 359:*4*
*361:7*
brain 339:*22*
breach 139:*10* 332:*7*
*348:24*
breached 266:*11*
*330:24* 333:*12*
break 6:*9* 43:*1*
*59:23* 69:*6* 96:*5*
*131:2* 133:*12* 136:*4,*
*19, 25* 137:*12, 13, 16*
*198:9* 264:*12, 14, 14*
*340:4, 7, 10, 17*
*341:17, 20, 21* 344:*18,*
*24* 356:*12* 376:*9*
breakdown 331:*21*
breaking 207:*12*
breath 264:*4, 4*
*340:17*
breathe 264:*8*
brief 69:*12* 85:*21*
*198:18* 224:*11*
*264:17* 356:*17*
briefly 166:*8*
bring 70:*13* 232:*10*
*239:14*
bringing 239:*16*
British 324:*16*
Brits 179:*7*
broached 50:*20* 51:*25*
broad 71:*17* 345:*3*
*372:15*
Brody 198:*7*

broke 8:*18* 9:*18*
Brooklyn 375:*18*
brother 312:*4*
Brotherhood 242:*5*
brought 51:*2* 52:*3*
*55:9* 178:*16* 269:*4*
*285:8, 16*
bubble 295:*17*
building 14:*20* 17:*3,*
*3* 217:*17* 232:*8*
bullet 37:*15*
bus 305:*3*
buses 304:*3*
Business 10:*11* 11:*17*
*12:6* 14:*25* 139:*14*
*141:10* 160:*5* 269:*13*
busing 304:*6*
Butler 14:*17*
butt 180:*16* 182:*16*
*247:25* 249:*5, 6, 6, 7*
buy 295:*7, 8, 9, 10*

< C >
Cairo 241:*23, 24*
*242:9, 15*
Cairo's 242:*3*
Caitriona 120:*11*
*254:18, 19, 22* 255:*20*
*256:22* 257:*13*
*258:11* 260:*24* 262:*1*
*265:7* 266:*13* 359:*4*
*361:7* 385:*10, 11*
*386:14, 19*
calculate 355:*25*
calendar 171:*17, 21*
*217:2* 271:*4, 15, 19,*
*23* 272:*3, 5* 274:*5*
*275:1, 3*
California 66:*3*
*271:8* 273:*23* 274:*3*
call 8:*21* 12:*4* 13:*5*
*16:10* 25:*1* 29:*17*
*35:1* 41:*17* 44:*8*
*57:5* 61:*8* 62:*10*
*67:14* 83:*1, 8, 18*
*85:5, 12* 102:*10*
*141:13, 14* 142:*7*
*144:9* 161:*2* 196:*21*
*202:19* 203:*1* 220:*2*
*229:9* 240:*21* 246:*25*

*260:13* 272:*21* 275:*5*
*291:16, 17, 18* 304:*23*
*324:10* 357:*9, 21, 22*
*358:12* 368:*15* 375:*2,*
*3, 25* 379:*9* 385:*2, 8*
CALLED 4:*22* 7:*12*
*8:22* 9:*6, 12, 15, 20*
*11:15* 13:*4* 17:*8*
*66:1, 11* 85:*1* 110:*9*
*115:6* 134:*24* 151:*17*
*163:16* 168:*11*
*177:12* 195:*2* 212:*24*
*309:7* 324:*9* 355:*2*
*373:7, 10, 20, 21, 22,*
*25* 374:*2* 375:*11*
*384:16* 385:*3, 5, 7, 8,*
*10*
calling 83:*12* 142:*9*
*163:14* 201:*25*
*202:22*
calls 149:*21* 257:*3*
*324:5, 8, 11* 354:*7*
*357:12* 358:*25* 359:*1*
*362:18* 363:*1* 366:*18*
*369:18*
calm 264:*10*
Cambridge 177:*10*
CAMERA 174:*24*
campaign 260:*12*
*299:25*
camps 114:*2*
campus 11:*24*
Canada 360:*14*
capacity 17:*3* 75:*14*
*375:22*
car 173:*7* 242:*6, 12*
care 62:*10* 83:*14*
*266:12* 297:*15* 298:*9*
careful 371:*12*
Caroline 127:*14, 21,*
*24* 128:*11, 17* 129:*21*
*131:19* 132:*7* 135:*14*
*139:17, 24* 142:*18*
*144:7, 18, 23* 145:*2, 11*
Carrie 1:*1* 4:*14*
*128:6* 392:*1*
carried 104:*25*
carrier 304:*23*
Carroll 298:*25*

CARSON 2:*1* 3:*1*
*4:25* 5:*24* 8:*25*
*10:14* 30:*9, 15, 17, 21*
*31:5, 7, 9, 11* 32:*5, 8*
*39:17* 41:*14, 17, 21*
*42:10, 11, 12* 43:*1, 7,*
*21* 44:*5, 8, 11, 14, 25*
*45:11, 21, 22* 46:*2, 5,*
*7, 13, 14, 20, 21, 24*
*47:4, 12, 16, 22* 48:*4*
*49:1, 5* 51:*4* 53:*6*
*54:1* 57:*11, 24* 62:*11*
*69:1, 15* 71:*22* 72:*1,*
*4, 7, 16, 21* 73:*2, 6, 23*
*74:15* 75:*10* 76:*23*
*81:18* 82:*11, 20, 25*
*83:11, 20, 24* 84:*6, 14,*
*18, 24* 85:*24* 89:*11,*
*16, 23* 90:*10, 21* 91:*8,*
*20* 92:*5, 11, 15* 93:*12,*
*24* 94:*2, 5, 11* 96:*20*
*98:24* 101:*9* 103:*24*
*108:23* 109:*1, 21, 24*
*110:2, 6* 111:*2, 5*
*112:2, 4, 7, 11, 14*
*115:11, 24* 116:*2*
*117:16* 119:*11, 14, 19,*
*22* 120:*4, 18* 123:*8*
*125:10, 19* 126:*1, 6,*
*17* 127:*6* 128:*22, 24*
*130:6, 20* 132:*9*
*133:4* 135:*4, 7* 136:*7,*
*22, 24* 137:*10, 17, 23*
*138:8* 139:*22* 140:*18,*
*24* 144:*1, 23* 145:*6*
*146:15* 151:*13*
*152:13, 23* 153:*2, 17,*
*19* 155:*8* 156:*2, 24*
*157:7, 11, 15* 158:*25*
*162:21* 164:*6* 165:*11,*
*18, 22* 166:*5* 171:*16*
*172:24* 174:*11* 176:*2*
*179:25* 180:*3, 24*
*181:21* 182:*6, 21*
*184:5* 185:*7* 188:*4, 8*
*189:14, 19* 190:*17*
*192:4* 195:*13* 196:*5*
*197:24* 198:*11, 17, 24*
*201:6* 203:*16* 204:*17*
*205:6* 207:*9* 208:*1*

209:*1, 7, 16, 25*  210:*3, 9, 16*  211:*6, 7*  212:*2, 7, 9*  213:*11, 16*  214:*2, 8, 16, 19, 22, 24*  215:*2, 7, 17, 19*  216:*4, 5, 12, 15, 17*  218:*23*  222:*9*  223:*13*  224:*12*  225:*15*  227:*9, 22*  228:*3, 23*  229:*23*  230:*4*  231:*2, 18*  232:*2, 16*  233:*18*  234:*16, 19*  235:*3, 8, 12, 14*  236:*17, 19, 25*  237:*4, 7*  238:*3, 16*  239:*1, 4*  241:*10, 11, 19*  242:*4*  243:*11*  245:*8*  248:*1, 11, 14*  249:*19*  250:*12*  255:*15*  256:*1, 16*  257:*6, 15*  258:*7*  259:*6, 24*  260:*13, 20, 24*  261:*14, 14*  262:*4, 9, 21*  263:*4, 10, 12, 22*  264:*20*  265:*2*  266:*22*  267:*15, 20, 22*  268:*4, 6, 10, 16, 18, 20, 22*  271:*3, 24*  272:*1, 4, 9, 21*  273:*15, 22*  274:*6, 15, 16*  275:*2, 10, 12, 14, 21, 25*  276:*2, 4, 7, 12*  278:*5, 11, 25*  279:*17, 24*  280:*6, 16, 23*  281:*7*  282:*2, 15, 20*  283:*3*  285:*12, 22, 24*  286:*3, 9, 13, 15, 21*  287:*3, 6, 10*  288:*5, 14*  290:*7*  294:*23*  296:*2, 8*  297:*19*  300:*5*  302:*9, 16*  303:*6, 11, 16, 17*  306:*6, 24*  307:*6, 22*  308:*7*  309:*6, 8*  310:*16, 20, 23*  311:*1, 5, 18*  312:*2, 18, 21, 25*  313:*3, 7, 10*  315:*6, 14, 22*  316:*12, 16, 21*  317:*1, 13, 23*  318:*2, 5, 11*  319:*5, 8, 23*  320:*13, 18, 20, 22*  321:*2, 6, 9, 15, 20, 24*  322:*4, 7, 9, 16, 23*

323:*4, 13, 18, 20*  325:*5, 19, 24*  326:*6, 15*  327:*3, 20*  328:*14, 17, 24*  329:*1, 9, 13, 16, 22*  330:*21*  331:*20, 24*  332:*17*  334:*19*  335:*4, 7, 10*  336:*9, 18, 20, 22, 25*  337:*7, 17, 21*  338:*11*  339:*14*  340:*2, 6, 19, 23*  341:*10, 20*  342:*3, 10, 15, 16, 17, 22*  343:*1, 4, 7, 12, 13, 15, 17*  344:*6, 14, 15, 19, 25*  345:*5, 11*  346:*11, 12, 19, 21, 23*  347:*1, 3, 10, 13, 14, 20, 24*  348:*8, 11, 13*  352:*19*  356:*11, 21*  359:*21*  360:*23*  361:*13*  362:*4, 7, 11, 14, 22, 23*  366:*4*  368:*13, 20, 21*  369:*9, 17, 22*  370:*10, 14*  371:*3, 6, 8, 19*  372:*4, 7*  373:*12, 14, 16*  375:*1, 9*  377:*3, 12*  378:*8, 17, 18, 21, 25*  379:*17*  381:*18, 23*  382:*1, 12, 17, 25*  383:*4, 6, 12, 19*  384:*1, 5, 19, 20*  385:*23*  386:*1, 7, 12, 18, 21, 24*  387:*11, 16*  388:*8, 12, 20, 24*  389:*6, 7, 12, 17*  390:*7, 13, 16, 22*  391:*2, 8, 13, 17*  **Carson's**  214:*14*  **Case**  4:*10*  42:*4*  126:*11*  128:*17*  132:*16*  135:*24*  139:*4*  145:*9, 12, 21*  153:*5*  181:*12*  182:*24*  183:*21*  198:*1*  232:*11, 20*  248:*20*  257:*5*  259:*17*  262:*19*  266:*20*  267:*13*  300:*23*  310:*2*  313:*20*  330:*18*  334:*3*  336:*7*  337:*13, 15, 20*  338:*20*  351:*5, 6*  363:*9*  365:*7*

**cases**  133:*1*  182:*25*  313:*19*  387:*16*  **Casey**  16:*2*  **Cast**  9:*18*  **categorization**  267:*11*  **categorize**  9:*2*  62:*5*  252:*21*  369:*6*  **categorized**  114:*20*  384:*24*  **caught**  111:*14*  132:*18*  **cause**  128:*13*  389:*24*  390:*5*  392:*1*  **caused**  227:*16*  266:*12*  354:*7*  **causing**  279:*5*  **CAVALIER**  2:*1*  83:*6, 15*  84:*2, 10, 16, 20*  85:*4, 10*  137:*8*  215:*16*  216:*3, 9, 9*  235:*5, 11*  236:*13*  238:*14, 17, 21*  245:*7*  267:*10, 19*  271:*22*  272:*2*  286:*6*  319:*13*  341:*3*  342:*2, 7*  343:*23*  345:*2*  347:*23*  348:*4, 10*  368:*12, 18*  369:*4*  371:*14*  374:*5*  381:*22, 24*  382:*18, 23*  383:*3, 11*  384:*18*  389:*16, 20*  **celebrated**  375:*12*  **Center**  9:*7*  11:*21*  12:*15*  17:*15, 17*  224:*19*  302:*5*  375:*23*  **centers**  59:*7*  **Centre**  177:*12*  224:*20*  **certain**  22:*15*  23:*2*  25:*25*  28:*15*  52:*17*  61:*19*  75:*3*  77:*6, 7, 8*  78:*12*  113:*18*  **certainly**  17:*12*  250:*15*  **CERTIFY**  392:*1*  **Chain**  3:*1*  319:*10*  **chairman**  19:*22*  20:*5, 21*  23:*19, 20*  **challenge**  16:*5*  **chance**  111:*23*  210:*11*

**change**  33:*16*  37:*23*  56:*11*  79:*2*  80:*7*  331:*5*  **changed**  25:*25*  32:*23*  33:*2*  35:*15, 17, 22, 24*  38:*12*  183:*3*  194:*8*  197:*5*  203:*10*  **changes**  32:*3*  78:*24*  79:*1, 16, 18*  80:*4, 20*  **changing**  78:*25*  **channels**  364:*19*  **chanted**  31:*16*  **character**  50:*7*  **characterization**  155:*13*  158:*3*  201:*4*  203:*7*  239:*20*  257:*10*  271:*3*  379:*12*  **characterizations**  67:*21*  **characterize**  62:*6, 7*  65:*19, 20*  113:*21*  228:*3*  261:*12*  **characterized**  60:*19*  232:*8*  272:*20*  **Charge**  3:*1*  126:*8, 14*  195:*2, 3, 5, 18, 20*  199:*5, 13, 15, 17, 18, 22*  200:*2, 2*  202:*3*  204:*13*  206:*20*  207:*23*  208:*15, 19*  209:*8, 22*  210:*4*  215:*21*  217:*5, 12, 13*  222:*17*  257:*24*  **charged**  161:*1*  277:*2*  **charges**  217:*13*  339:*18, 23*  341:*9*  **charging**  200:*9*  210:*25*  211:*2, 13, 21*  223:*10, 11*  **check**  26:*5*  111:*10*  271:*3*  334:*25*  **cherish**  376:*21*  **chess**  178:*24*  **chief**  277:*17, 18, 23, 25*  278:*7, 13*  279:*8, 13*  280:*5, 7, 10, 25*  281:*2, 4*  282:*10, 11*  **Chinatown**  168:*10*  **choose**  228:*5*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**chose** 247:9, 10
**Chronicle** 16:22
**church** 15:24 375:15
**cigarettes** 177:15
179:7, 8, 10
**circles** 178:19
**circumstances** 111:21
122:10
**citizen** 249:23
**city** 13:3 15:4, 5, 12,
24
**civic** 16:9
**CIVIL** 1:1 8:24, 24
9:3 194:23 262:12
**civilian** 162:15
**claim** 359:2, 2
381:19 385:1
**claiming** 260:18
**claims** 236:10, 15
260:17 333:14 369:2
384:10
**clarification** 379:13
**clarify** 104:8 194:6
**clarity** 158:21
**Clark** 325:3
**class** 11:15 215:13
**classes** 10:13 11:7
**classification** 161:11
**clean** 74:25 75:1
140:7 340:16
**cleaning** 244:14
**clear** 10:19 28:2
139:13 185:17
283:18, 21 332:25, 25
347:8
**clearly** 42:3
**click** 30:17, 20 247:16
**client** 114:23 115:11
140:23 145:1 189:18
201:5, 8 202:18
204:5 205:11 220:23
230:17 249:12, 14
250:4, 9, 18, 23 261:7
264:22, 25 265:24
266:17, 18 274:21
286:4, 16 319:22
330:5, 7 338:21
340:8 343:3, 8 351:6
383:24 384:7

**clients** 60:9 77:15
122:12 129:14
162:24, 25 164:12, 21
228:5, 10 229:2
284:13 366:14
367:20
**client's** 274:17
**Cliff** 351:21, 24
**clock** 379:22
**close** 324:18
**clue** 132:23
**codified** 269:20
**codirectorship** 18:14
**coffee** 340:5
**coincidence** 382:2
**cold** 179:11, 11
**colleagues** 132:19
387:25
**collect** 332:10
**collection** 59:19
**college** 7:24 9:21
10:5, 16, 23
**combination** 11:16
**combined** 144:20
247:2
**come** 24:8 124:20
137:21 165:16, 20, 20
220:4 229:18, 18
235:1 244:16 248:7,
8 309:18 340:18
341:18 356:3 368:14
**comes** 51:9 256:9
262:12
**coming** 164:7, 22
304:7 338:24 346:18
390:9
**commander** 162:14
**commanders** 245:1
**comment** 48:20
49:22 54:15, 16, 16,
17 60:11, 12 69:24
70:14, 23 73:15, 19
74:10 78:9, 21 81:15
82:24 89:21 105:17
109:8 161:20 165:23
204:9 233:17 265:17,
18 315:24 316:5
367:15
**commented** 67:16

**comments** 95:23
126:4
**Commission** 77:16
207:24 209:16
**committed** 354:5
**committee** 21:16
25:1, 3, 7, 11, 12
26:21 27:3, 10, 16, 24
28:6, 14 174:24
**common** 115:14
246:22 337:22
375:14
**Commonwealth** 1:1
144:13
**communicate** 380:5
**communicated** 29:5
56:7 57:22 86:7
364:3
**communicating** 376:7
**communication** 58:19
88:24 122:24 162:24
309:19 359:12
**communications** 10:7
56:17, 20, 21, 25
57:14, 16, 17 58:17
134:4, 7 140:22
230:15 283:18 302:3
354:24 355:9 371:16
**Community** 12:23
13:12 14:16, 21, 22
15:2, 4, 10, 17, 18, 23
16:6, 8, 23 17:2, 15, 16
**companies** 305:3
**company** 66:1, 2, 3,
11 354:20
**comparable** 32:25
**compare** 14:3, 5, 8
**comparison** 284:9
**compartmentalize**
243:23
**compartmentalizing**
245:19
**competitions** 12:10
**complain** 154:21
**complained** 141:22
225:25
**complaint** 58:3
64:16, 21 65:2, 4, 6,
11, 25 66:6, 9, 11
77:16 115:18 116:17

117:9, 10, 11 118:14,
17, 21, 24 119:1, 5
120:3, 7, 9, 11 125:22,
24 127:6, 7 129:13,
15 131:20, 24 132:1,
5, 6 134:1, 20, 21
141:21 142:10
143:19, 21, 22 144:11,
25 145:3 164:11
193:25 194:8, 9, 11,
15, 16, 16, 17, 20, 23,
24 195:3, 4 203:24
206:1, 5, 6 219:7
231:6 257:12, 15
258:2, 3, 9, 11, 15
259:4, 4, 7, 7, 21, 21,
22 260:5 261:11, 17,
24 262:3, 7 265:10,
14, 16, 19 266:3, 4, 6,
7, 9, 15 283:12 328:8
338:22 341:25
349:25 352:19
365:11 369:7 383:20
387:4, 6, 8, 13, 15
**complaints** 58:12
59:13, 25 60:1, 25
62:8 117:24 118:6
120:20 121:3, 13
127:12 128:19 129:7,
24 130:1, 22 131:15,
16 132:9 134:14, 19
135:7, 9 161:5
164:23 165:15 180:4
183:17, 18, 24 194:3,
4, 18 259:10 367:7
374:14
**complete** 10:20
225:16 232:9 247:5
320:6, 19
**completely** 101:5
220:10 223:25
**complex** 61:17
**complicated** 19:5
278:11 290:10
313:12, 15, 20
**compound** 303:19
318:11, 13 389:5
**comprehension** 380:1
**compromising** 256:17,
25

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

**Computer** 115:*3*
120:*13* 346:*24* 347:*4,*
*5, 9* 379:*6*
**conceived** 371:*13*
**concept** 215:*9, 11*
**concerned** 84:*3* 358:*4*
**concerted** 390:*12*
**conclude** 77:*8*
**concluded** 391:*23*
**concluding** 161:*22*
**conclusion** 57:*23*
113:*17* 144:*7* 145:*6*
161:*16* 165:*12*
200:*25* 201:*7, 10, 25*
202:*1* 257:*3, 5*
369:*19*
**concocted** 187:*10, 12,*
*12, 15* 188:*17* 227:*14*
**concocting** 75:*21*
**condition** 227:*4, 6, 7*
**conditions** 377:*16*
**condo** 178:*16*
**conduct** 75:*3, 13*
87:*24* 90:*6* 93:*19*
95:*25* 96:*8, 8, 10, 13,*
*23* 97:*3* 153:*22*
154:*5, 11, 14* 155:*6, 7*
156:*11, 21, 23* 159:*12*
160:*2* 161:*25* 262:*11*
288:*23* 334:*24*
**conference** 106:*6, 8,*
*19* 107:*2, 23* 108:*15*
166:*7, 10, 11, 17, 20,*
*24* 167:*15, 21, 22*
168:*5, 6, 7* 191:*23*
192:*1* 200:*4* 267:*24*
269:*7, 8*
**conferences** 166:*12*
**confidential** 238:*5*
**confirm** 34:*11*
**conflict** 128:*25*
**conflicts** 164:*17*
**confusing** 77:*25*
133:*24* 201:*17*
**congress** 284:*14*
354:*10*
**Congressman** 252:*2*
**congressmen** 16:*2*
351:*19*
**conjunction** 338:*19*

**connection** 24:*11*
62:*13* 101:*7* 105:*20*
122:*3* 123:*6* 147:*17,*
*24* 149:*2, 2* 236:*10*
276:*21* 282:*14*
365:*14*
**connects** 7:*8*
**consider** 114:*13*
169:*7* 216:*13* 276:*25*
306:*11* 369:*25*
**considered** 164:*7*
354:*21*
**considering** 335:*20*
339:*19* 349:*24*
**consistently** 182:*12*
**conspiracy** 305:*9*
306:*4, 11* 333:*9, 10*
353:*12*
**constant** 163:*20*
292:*8*
**constituted** 291:*18*
308:*11*
**construction** 65:*25*
**constructively** 377:*10*
**construe** 45:*14*
**consult** 271:*14*
**contact** 156:*13, 15*
222:*7, 25* 223:*1*
**contained** 392:*1*
**contempt** 198:*6*
300:*22*
**content** 105:*14*
**contents** 53:*18* 161:*9*
**context** 58:*8* 158:*10*
163:*14* 166:*4* 172:*5*
185:*8, 10* 245:*9*
372:*15, 16, 22* 374:*23*
387:*1*
**contingency** 120:*12,*
*16, 22* 121:*2, 15*
**continuation** 65:*14, 15*
**continue** 7:*24* 10:*14*
37:*24* 38:*13* 122:*13*
141:*5* 230:*14* 236:*18*
241:*10* 256:*1* 265:*3*
267:*21, 23*
**continued** 10:*10*
**continues** 202:*2*
353:*12*

**continuing** 260:*18, 19*
**continuous** 260:*12*
**contract** 57:*4* 296:*6*
327:*24* 332:*7, 8, 9, 24*
348:*24*
**contractors** 240:*20*
**contractual** 332:*21*
**control** 31:*2* 134:*23*
**controlled** 275:*1*
**conversation** 53:*4, 16,*
*19* 56:*5, 5* 65:*14, 16*
68:*2, 3, 13* 86:*22*
87:*8* 93:*23* 94:*22, 24*
95:*14, 22* 96:*3* 97:*15,*
*22* 100:*2, 25* 102:*6*
103:*13* 104:*15*
107:*21* 108:*11, 15*
147:*2, 7* 148:*24*
149:*3, 4* 150:*4, 7, 14,*
*18* 152:*8, 15, 24*
161:*8, 9, 16* 230:*23*
233:*21* 238:*8* 240:*23*
258:*17* 267:*5, 7*
287:*14* 297:*20* 337:*4*
339:*8* 340:*8* 357:*23*
362:*25* 363:*14, 16, 19*
364:*1, 12, 24* 365:*1,*
*16* 366:*2, 17, 19*
367:*4* 368:*16, 17*
372:*1* 377:*19*
**conversations** 53:*1, 2*
90:*3, 7, 9* 97:*19* 98:*2,*
*5, 7, 8* 101:*7* 102:*14*
104:*21* 105:*14*
107:*25* 108:*4* 112:*16*
116:*5* 118:*10* 147:*23*
150:*21* 152:*1* 155:*17*
160:*19* 161:*7* 178:*12*
188:*22* 226:*10*
230:*16* 232:*3* 283:*22*
323:*25* 324:*2* 350:*25*
365:*2, 4, 8*
**conversion** 297:*12, 17*
**converted** 142:*6*
**conveyed** 54:*18* 56:*3*
95:*5* 161:*6, 15* 328:*4*
**convicted** 277:*4*
**co-opting** 355:*11*
**coordinator** 375:*23*
**copied** 164:*3* 194:*3*

**copy** 45:*15* 134:*19,*
*20* 194:*9* 251:*10*
361:*24* 392:*1*
**Corbett** 16:*3*
**coronavirus** 334:*16,*
*22*
**corporate** 12:*25*
19:*14, 17* 161:*3*
**corporation** 354:*25*
**corps** 9:*25*
**correct** 6:*16, 17, 20*
13:*23* 35:*20* 36:*6*
37:*2, 6, 7* 40:*25* 49:*7*
54:*9, 21* 55:*14* 58:*23*
60:*4* 66:*16* 78:*5*
83:*19* 87:*15* 93:*23*
104:*17* 123:*6, 20*
124:*7* 125:*20* 126:*5*
146:*1, 9* 147:*8* 148:*7,*
*8* 149:*6, 8* 151:*5*
153:*24* 155:*10* 164:*5*
166:*18* 167:*10*
168:*13, 18, 19, 21*
169:*11* 170:*9* 173:*23*
176:*7* 187:*4* 188:*24*
191:*24* 192:*11*
193:*12* 203:*6* 209:*10*
213:*13* 215:*10*
217:*14* 240:*1* 256:*21*
258:*13* 266:*10*
270:*10, 11, 17* 271:*1*
273:*14, 18* 277:*15*
283:*14* 289:*20* 291:*7,*
*21* 293:*11* 296:*17*
298:*15* 299:*16, 18, 20*
301:*3, 15, 21* 306:*1*
337:*9* 374:*4* 392:*1*
**correcting** 188:*25*
**correction** 5:*4*
**corrective** 61:*1*
**correspondence**
280:*17* 284:*24*
376:*15*
**cost** 290:*22* 295:*8*
354:*9*
**Costello** 252:*2* 348:*2*
**couch** 178:*5, 9, 23*
181:*7, 16* 182:*13*
185:*21, 22, 24* 191:*20,*
*21, 22, 23, 25* 200:*9,*

Case 2:19-cv-05030-JDW   Document 126-1   Filed 04/20/21   Page 113 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

*18* 202:*3, 5, 8, 10, 13,*
*16, 16, 17* 203:*4, 6, 8,*
*15* 206:*24* 210:*20, 21,*
*24* 219:*12, 13* 220:*17,*
*20* 221:*3, 4, 13, 14, 19*
222:*6* 223:*2* 224:*22*
249:*4*
**couches** 247:*24* 248:*5*
**cough** 69:*4*
**Council** 12:*6, 23*
13:*12*
**counsel** 4:*16* 32:*5, 18*
41:*10* 51:*12, 16, 18*
53:*13, 17, 19* 57:*21*
60:*2, 9* 68:*4* 87:*8*
89:*6, 12, 13, 20* 93:*10*
94:*14* 95:*2* 96:*7*
102:*13* 105:*1, 22*
107:*4, 6, 11* 108:*12*
113:*18* 122:*7, 8*
129:*17* 132:*3* 134:*25*
135:*10* 140:*16, 22*
150:*7, 13, 15, 19, 19,*
*22* 151:*11* 152:*16, 21*
160:*20* 161:*1, 3, 4, 12,*
*15, 20* 171:*17* 175:*5*
198:*3* 206:*7, 8, 12*
207:*2, 8* 233:*21*
245:*5* 248:*22* 250:*17*
271:*25* 363:*7, 22*
364:*4, 14* 365:*3, 9, 17,*
*25* 367:*5, 8, 10, 24*
371:*18* 372:*2* 374:*9,*
*10*
**count** 58:*23* 175:*2*
229:*4*
**counterclaim** 330:*18*
332:*10* 339:*16, 21, 25*
341:*12, 24* 342:*1, 19*
343:*2, 22* 346:*13, 20*
347:*17, 22* 348:*5*
352:*17*
**counterclaims** 341:*1*
**counterterrorism**
231:*15* 324:*13*
**countless** 357:*11*
365:*8* 389:*24, 24, 25*
**country** 9:*13* 242:*7*
269:*12*

**County** 7:*21* 14:*17,*
*17, 17, 18* 15:*25*
**couple** 55:*22* 172:*22,*
*24*
**course** 11:*20* 29:*14*
107:*25* 110:*14* 122:*7*
135:*3* 216:*13* 380:*7*
**COURT** 1:*1* 2:*1* 3:*1*
*4:9, 12, 13, 15, 18*
41:*16, 22* 44:*2, 9*
45:*20* 72:*9* 83:*1, 8,*
*22* 85:*5, 7* 92:*2*
117:*10* 119:*16* 128:*2*
132:*20* 137:*11*
142:*17* 153:*9* 155:*25*
157:*5, 9* 175:*24*
179:*22* 182:*2* 188:*2*
189:*12* 190:*23*
208:*13, 17* 209:*3*
211:*4* 213:*6* 214:*1, 4,*
*20* 216:*7* 228:*21*
234:*14* 235:*10* 241:*4*
255:*13* 258:*22*
262:*16* 263:*7* 264:*6*
278:*23* 279:*5* 280:*1*
294:*21* 295:*25*
311:*15, 21* 312:*16*
316:*7* 325:*22* 328:*11*
329:*6* 334:*9, 12*
337:*2, 12, 15, 16, 19,*
*24* 342:*24* 344:*18, 21,*
*23* 346:*14* 347:*18*
362:*21* 373:*10*
376:*25* 378:*16, 23*
381:*15* 382:*6, 10*
386:*5, 10* 388:*6, 18*
390:*19*
**courthouse** 337:*12*
**courtroom** 5:*17*
**cover** 290:*21* 349:*5*
**covered** 118:*9* 330:*23*
**covering** 290:*22*
348:*22*
**covers** 239:*4*
**coworker** 197:*12*
200:*10* 210:*25* 211:*3,*
*8, 10, 12, 15, 17, 18, 19*
215:*24*
**coworkers** 128:*21*

**COZEN** 2:*1* 126:*23*
134:*8*
**crazy** 69:*4* 112:*6, 10*
170:*17* 258:*23*
**created** 142:*4*
**creating** 20:*15*
**credibility** 314:*9*
**credible** 312:*7, 10*
313:*1, 6, 9, 17, 23*
314:*1, 2, 19, 24*
**credits** 10:*17*
**crew** 324:*18*
**criminal** 277:*4*
**criminals** 252:*23, 24*
**criticize** 376:*2*
**cross** 223:*2*
**cruise** 170:*16*
**Cuba** 168:*11*
**culminated** 62:*23, 25*
**cup** 340:*5*
**curious** 137:*24*
**current** 357:*24*
**curtain** 246:*20*
**custodian** 134:*23*
**custody** 319:*11*
**cut** 214:*15* 314:*15*
320:*25*
**Cynwyd** 140:*3*

**< D >**
**D.C** 8:*3* 15:*6* 171:*14*
203:*20, 25* 217:*17*
272:*13* 360:*17*
**D.C.** 166:*11*
**da** 160:*21, 21, 21, 21,*
*22*
**damage** 227:*17*
355:*25* 389:*25*
**damages** 329:*25*
332:*11* 352:*22, 23*
353:*6, 7, 15* 354:*8*
355:*15, 18, 25* 356:*5, 8*
**Dan** 253:*21*
**Daniel** 2:*1* 19:*18*
20:*22, 23* 21:*1, 6*
23:*19* 29:*2* 32:*22*
33:*1* 40:*21* 41:*1*
51:*13, 17, 18, 21, 21,*
*23* 52:*4, 15* 53:*2*
55:*6, 8* 65:*11, 18, 19,*

*20* 68:*12* 73:*10*
75:*12* 76:*1, 12, 14, 24*
78:*4, 11* 86:*8* 87:*11*
88:*4, 17* 101:*7*
104:*16, 21* 105:*18*
107:*13, 22* 108:*8, 11*
111:*15* 127:*13*
131:*17* 155:*23*
161:*21, 21* 169:*1*
230:*21* 236:*6* 237:*11,*
*24* 253:*22, 23* 268:*1*
272:*15* 277:*4, 10*
281:*11* 283:*5, 23*
292:*7* 293:*12, 21*
294:*6, 24* 312:*10*
313:*1, 22* 314:*8*
316:*22* 321:*11*
322:*11* 324:*1* 326:*25*
327:*5, 6, 22* 330:*8*
332:*13* 333:*2, 25*
334:*2* 335:*11, 16, 24*
336:*5, 12* 338:*18*
342:*20* 344:*2* 345:*8*
354:*16* 358:*13*
359:*13, 13* 361:*20*
362:*1, 15* 364:*12*
**Daniel's** 21:*1*
**Danny** 184:*23*
186:*16* 189:*8, 16*
252:*20* 253:*21*
254:*16* 291:*6, 10*
296:*3, 7, 15, 16, 18, 19*
297:*9* 298:*15, 23, 25*
301:*1* 303:*22* 305:*4,*
*8, 10, 12, 17, 23* 306:*7,*
*9, 16, 19* 307:*1, 2, 20*
310:*7, 20* 311:*1*
313:*24* 324:*7, 9*
333:*12* 351:*10* 352:*6,*
*8*
**dannythomas@tesco.co**
**.uk** 303:*23*
**Darren** 324:*15*
**Dashti** 241:*21, 22*
242:*12*
**D-a-s-h-t-i** 241:*21*
**data** 287:*9, 16*
**database** 140:*10*
**date** 4:*2* 28:*22*
38:*21, 23* 64:*20*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

106:*24, 25, 25*  111:*20*
134:*17*  170:*21*
184:*10, 11, 12, 13, 16,*
*20, 21*  185:*10, 11, 19*
189:*1, 2, 23*  190:*1, 2,*
*2, 3, 3, 5*  199:*14*
233:*7*  244:*23*  268:*3*
273:*11*  279:*23*  280:*4,*
*12, 14, 24*  281:*3*
**dated**  29:*19*
**dates**  113:*6*  134:*12*
189:*22*  271:*15, 17*
**daughter**  10:*8*
**Dave**  132:*3*  134:*8*
387:*14*
**Davitch**  336:*3*
**day**  16:*4*  44:*3*  53:*4*
61:*13*  67:*12*  86:*4*
105:*6, 10*  152:*17*
165:*13, 21*  171:*15*
173:*17*  179:*15*  181:*3,*
*3*  206:*17*  231:*17*
242:*12*  278:*18*  362:*4*
379:*11, 16*  390:*2*
**days**  8:*17*  134:*17*
163:*4*  179:*5*  207:*20*
268:*8*  270:*14, 19*
274:*3, 4*  357:*25*
389:*25*
**de**  274:*8*  338:*4*
**dead**  378:*6*
**deal**  58:*7*  60:*10*
171:*9*  196:*24*  249:*1*
324:*19*
**dealing**  16:*18*  79:*1*
242:*8*  363:*5*  369:*2*
**deals**  114:*11*  223:*3*
326:*4*
**dealt**  16:*23*  17:*2*
65:*25*  66:*9, 11*
**dear**  262:*9*
**debate**  35:*6*
**debilitated**  354:*11*
**deceive**  389:*23*
**deceived**  387:*24*
**December**  8:*4, 7, 14*
9:*17, 17*  103:*16*
104:*22*  239:*5*  240:*4,*
*5*  354:*12*  369:*8*

**decibel**  328:*21*
**decide**  171:*4*
**decided**  7:*18*  8:*11*
**decision**  8:*13*  171:*3*
283:*4*
**decisions**  11:*18*
155:*19*
**deconstructed**  381:*9*
**deep**  226:*10*  340:*17*
**Defence**  324:*17*
**defendant**  140:*21*
266:*11*
**Defendants**  1:*1*  2:*1*
**defending**  262:*7*
**Defense**  9:*15, 25*
10:*3*  162:*14*
**defer**  83:*6*  161:*11*
**defined**  374:*24, 25*
**definitely**  78:*18*
122:*11*  274:*11*
291:*22*
**definition**  306:*10*
313:*15, 16*  370:*1, 6, 22*
**defraud**  306:*12*
381:*6*  389:*23*
**defrauded**  290:*23*
328:*2*  330:*24*  332:*12*
348:*21*  354:*4*
**defrauding**  330:*3*
353:*17, 20, 22*
**defrauds**  381:*12*
**degree**  10:*15, 22, 24*
38:*3, 4*  61:*8*
**Delaney**  120:*7*
164:*15*  256:*9*  265:*7*
386:*2, 25*
**delivered**  75:*23*
**delusions**  387:*18*
**demand**  367:*12*
**demanding**  328:*2*
381:*7*
**demise**  243:*5*
**demoted**  277:*22*
**denial**  223:*18*  224:*2*
**deny**  47:*2, 9*  122:*15,*
*22*  123:*1, 4*
**dep**  191:*8*
**department**  245:*2*
**departure**  122:*10*
268:*14*  292:*11*

**depending**  16:*12*
167:*19*
**depends**  20:*11, 17*
22:*24*  27:*7*  50:*13*
52:*10*  355:*21*  366:*7*
**deployment**  304:*3*
**Deponent**  2:*1*  81:*19*
227:*25*
**depose**  232:*16*
**deposing**  67:*20*
**deposition**  1:*1*  4:*6*
5:*3, 9*  81:*12, 19*
116:*13*  117:*8*  118:*4*
121:*12*  132:*14*
136:*22*  160:*4*  185:*1*
191:*6*  193:*6, 12*
213:*23*  227:*25*  235:*7*
245:*4*  260:*7, 8, 11*
264:*23, 23*  265:*3*
267:*17, 23*  274:*20*
278:*16*  285:*9, 21*
286:*2, 8*  302:*17*
338:*13*  386:*22*  387:*9*
**deputy**  277:*17, 18, 23,*
*25*  278:*7, 13*  279:*7,*
*12*  280:*5, 7, 10, 25*
281:*2, 4*  282:*10, 11*
**DEREK**  2:*1*  111:*16*
115:*16*  118:*9*  120:*14*
126:*18, 21*  127:*4, 5*
128:*7*  132:*12*  140:*6*
142:*2, 21, 21, 22, 23*
143:*8, 18*  144:*2, 19*
228:*16*  381:*7*  383:*25*
384:*7*
**descendents**  114:*14*
**describe**  11:*23*  87:*7*
99:*25*  202:*15*  249:*11*
250:*5*  303:*13, 21*
304:*10*
**described**  48:*5*  54:*13*
57:*4*  80:*20*  187:*2*
230:*8*
**description**  31:*16*
36:*16*  148:*3*  202:*3*
217:*7*  283:*25*  304:*11*
**design**  244:*21*
**designed**  306:*12*
**desk**  109:*20*  379:*6*

**desks**  109:*18*
**despair**  351:*15*
**destroy**  390:*13*
**destroying**  254:*5*
**destruction**  252:*13*
**detail**  230:*8*  250:*6*
**detective**  161:*3*
**determined**  56:*9*
**determining**  367:*13*
**detrimental**  256:*14*
**develop**  122:*24*
**development**  10:*19*
168:*18*
**device**  115:*9*
**devices**  253:*2*  319:*11*
**diagram**  345:*14, 17,*
*21, 24*  346:*2, 25*
**dialogue**  366:*23*
**diametric**  113:*21*
**die**  243:*15*
**died**  243:*7*
**difference**  23:*16*
34:*24*  196:*20*  259:*11*
261:*11*  340:*1*  379:*24*
**different**  7:*14*  8:*11*
13:*24, 25*  14:*1, 14*
16:*1, 4*  17:*11*  21:*17,*
*17*  33:*9*  34:*22*  36:*20*
58:*17*  59:*12, 25*
62:*18*  77:*22, 24, 25*
101:*11*  144:*20*
148:*18*  169:*4, 5*
173:*9, 10, 20*  180:*25*
182:*25*  183:*11, 15, 23*
187:*23*  191:*7*  194:*23*
195:*5, 5*  199:*9*
201:*10, 12, 13, 19, 20*
204:*2, 4, 16*  205:*22*
206:*25*  207:*4, 7*
220:*5*  227:*5, 16*
240:*10, 18*  244:*15*
250:*6, 6, 19*  253:*20*
291:*19*  370:*15*
388:*25*
**differently**  250:*24*
**difficult**  93:*20*  95:*8*
96:*2*  153:*24*  154:*6,*
*13, 17*  156:*22, 24*
158:*7*  159:*13*  162:*2*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

347:16, 21

**difficulties** 5:2 304:19

**dignity** 248:18 249:24

**dining** 178:21, 25

**dinner** 112:1 167:25
168:5, 8, 12, 12, 14
170:12, 18 172:14, 23
174:17, 19 210:18

**direct** 17:7, 10, 13
37:8 41:12 44:5
55:19, 19 61:11
152:25 169:7 213:14
245:6 286:16 364:12
367:5

**directed** 87:24 147:5
160:2 349:4

**directing** 72:19 213:9

**direction** 289:20
357:4

**directive** 42:8

**directly** 67:12 108:13
114:24 161:19 251:9
266:12 305:2 355:16
374:9

**director** 13:11, 12, 15,
20, 21, 22 18:1, 3, 13,
14, 15, 16 19:3, 10, 11,
11 25:23 33:10, 25
34:1, 7, 13, 19, 20
35:4, 8, 10, 11, 12, 18,
19, 21, 22 36:1, 2, 4
102:24 168:18 283:7
351:21 354:24 355:8

**directors** 19:12
36:11 37:12, 19

**disagree** 84:2 156:16
157:25 158:2, 3
159:16, 18 245:3
251:1

**disagreed** 278:4

**disagreement** 251:3

**discharged** 377:10

**disciplinarian** 162:17

**disclosures** 220:3
334:5

**disconnected** 140:17

**discontent** 50:19, 23
51:3, 24 52:5, 8, 16

**discover** 308:5, 8

**discovered** 308:7

**discovery** 29:14 76:7
81:7 134:23 140:10
164:18 186:23
197:25 287:21 288:8
302:5 309:12, 21
310:1 319:13 351:5

**discriminated** 260:2, 3

**discriminating** 212:23
213:12

**Discrimination** 3:1
126:15 145:22
199:14 206:20
207:23 212:25
215:14 216:14 217:5
261:12 265:20, 22
370:21 371:1 372:17
385:14, 24

**discuss** 53:18 110:10
357:24

**discussed** 50:6 54:14
55:8, 17 57:18
150:11 304:20
367:15

**discussing** 59:7
150:8 185:24 238:2
367:18

**discussion** 44:18
51:15 83:9, 13 85:13,
15 149:20 281:10
300:1 356:14 364:2
365:18 374:4 391:19

**discussions** 51:11
55:15 270:21 366:6
367:24

**dishonesty** 251:25
252:17

**dismissal** 209:25

**dismissed** 387:3, 6

**disparities** 16:11

**disparity** 66:14

**disproven** 181:21

**dispute** 202:20 205:1
250:16, 16

**disqualification**
132:16

**disqualified** 145:12

**disqualify** 135:23
140:7 145:14

**dissonance** 251:14

**distinction** 148:17

**DISTRICT** 1:1, 1
4:9, 9 7:1, 23 131:16,
21 135:11 194:1
338:24

**districts** 15:1

**diversity** 13:1 375:12,
22 376:10

**divided** 179:1, 1

**docket** 238:10 336:6

**docs** 199:6 212:4
217:6

**doctor** 196:23

**doctrine** 260:18, 19

**Document** 3:1 29:12,
12, 13, 16, 18 31:8, 19,
21 32:3, 10, 11, 12, 16,
17, 21, 22 33:1, 5, 6, 9,
12, 16, 16 34:12 35:4,
5 37:8 48:17 49:23
52:1 58:22 60:6
70:11, 14 74:17
78:20 79:6, 24
116:14 118:19, 23
133:6, 10 142:19
143:5, 15, 17 144:11,
19 199:9 203:17
206:11, 12, 16 207:3,
14 209:24 210:14, 15
211:24 212:2, 3
255:1 261:8 266:23
285:16 286:4, 16, 19
287:4 357:14, 18

**documentation**
162:11 288:15

**documents** 28:20
29:15 59:3 64:1
78:8 81:9 116:14, 18
117:5, 7, 17, 19, 22, 23
118:11, 16 119:9, 21,
23 120:2, 4 121:4, 7,
9, 13 134:22 135:1,
13, 15 137:1, 4, 7, 19,
22 138:9 139:7
140:11 144:21 175:5
238:4 255:2 282:22
285:1, 8, 20 286:11,
14, 22 288:7, 8, 11

**doing** 10:6 12:5
13:16 29:25 66:19,
20 103:9 115:10

**DISTRICT** 141:23 161:12 185:4
189:21 195:17
213:24 241:7 243:3
244:12, 12 245:17
306:25 316:11 318:1
319:16 320:11 323:6,
6 326:4 347:6, 11, 13
371:6 377:8

**dollar** 277:3 298:8, 9
301:11 343:20

**dollars** 262:6 292:7
295:6 351:8 367:12
381:7, 13, 21 387:19

**Dolly** 216:25

**domestic** 14:14 15:3

**Donald** 302:15

**donate** 22:15, 19, 21
23:1

**donates** 23:6

**donation** 66:8

**donations** 354:9

**donor** 66:7 115:5
168:14

**donors** 22:11 168:5

**download** 140:13, 15,
16

**downloaded** 143:2

**downstairs** 211:23

**downward** 243:11

**dozens** 53:1 341:7, 8
360:13

**Dr** 158:13, 14, 16, 19
159:6 191:13 192:8,
10, 21, 22 193:8, 10
196:21 239:9, 13
363:23, 25 367:25
371:20

**draft** 78:6, 15, 17
132:5 134:21 135:8

**drafted** 9:9, 10

**drafting** 130:1 132:8
143:9, 19 144:24

**Dragonetti** 262:13

**dress** 115:22

**drill** 162:5

**drink** 264:9

**drinking** 227:21

**drinks** 112:1 172:22,
24

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

drive  258:22
drop  69:5
drove  242:13
drug  324:19  326:3
drum  129:6
drunk  172:25  173:2
  248:7
dual  199:6  210:1
due  232:20  372:22
DULY  4:22
duped  387:24
duty  266:12  330:24
  332:8  333:6, 13
dynamics  164:20

< E >
Eagles  240:13  242:24
ear  179:17  180:2, 9,
  11, 12  182:17  211:13
earlier  5:25  6:14
  160:3  312:9  374:25
  385:16  390:9
early  28:24  281:11
  283:7  292:6
ears  180:8
Earth  39:21
easier  190:16  192:23
EAST  1:1  4:7  8:12
  13:17, 23  14:4, 6, 9
  18:6, 8, 12  19:2  20:7,
  9, 15, 18  21:8, 11, 13
  22:13  32:24  35:13
  36:12  37:13, 20
  39:24  48:6  53:3
  56:23  57:25  61:11
  66:7  70:4  76:4
  77:10  87:25  95:3
  100:5, 7, 15, 15
  110:23  111:1, 9, 11,
  15, 22  113:3, 4, 10, 14,
  19  114:6  115:3, 4
  120:24, 25  122:10, 25
  127:13  129:7, 14
  130:18  131:17  160:7
  163:1, 9  164:19
  166:16  167:22  168:4
  174:24  228:17  231:9,
  14  251:4  252:3, 10,
  22  253:3  266:11
  269:1  276:10, 22

278:8  281:24  283:2,
  5, 22  287:9  288:2, 7
  290:18  291:5, 21, 23
  296:14  297:8  301:15,
  23  306:12  308:10
  330:12, 15, 20  338:3
  349:3  351:22  354:8
  356:5, 9, 25  357:2
  358:21  360:5  367:13
  374:8  375:21  377:24
  378:5  379:18  381:13
EASTERN  1:1  4:4, 9
  13:6  44:17  69:14
  83:5  85:23  87:18
  131:16, 21  135:10
  194:1  198:15, 20
  240:7  264:16  338:24
  356:16, 19, 20  391:21
easy  107:12  203:14
eat  137:2
ECF  131:22  132:3
  133:6  134:21  135:11
economic  13:5
e-discovery  319:1
  323:10
editor  36:13  37:13,
  20
editor-in-chief  21:9
edits  143:24
education  6:25  7:7
  9:3, 25  10:14, 18
  15:1
educational  6:18  8:1,
  5, 25  9:2  11:9
EEO  212:3
EEOC  3:1  115:19
  128:20  129:13
  130:22  131:15  132:5
  134:19  135:8  139:23
  140:12  141:23  143:1,
  2  144:9, 22  194:25
  195:18  199:5, 5, 13
  203:8  205:12  208:20
  217:6  231:6  258:16
  365:11  367:7  369:7,
  15
effect  5:16  140:4
  256:14
Effective  31:15

efficacy  81:25
effort  13:1  390:12
Egypt  242:25
Egyptian  242:3, 14
eight  176:8, 10, 14, 17
  186:4, 5, 8  196:1
  197:18  205:19  255:2
  274:3
either  12:1, 2  49:11
  57:1  58:18  140:11
  161:10  191:5  194:25
  208:5, 9  214:21
  227:24  257:25  260:9
  263:8, 8  269:12
  338:22  359:14  363:7
EJ  174:22, 23, 25
  237:16
elderly  14:24
elected  226:13
electronic  57:17
  113:12  253:2  309:18
  319:11  323:9  363:1
electronically  363:8
element  15:19  269:14
elementary  6:23
eleventh  7:13
Elliot  177:6  179:4
  219:25  225:2
E-mail  3:1  77:6
  78:4, 6, 7, 12, 15  79:4,
  8  80:23  81:2, 3  82:7,
  16  86:7, 8, 10, 12, 16,
  19, 21, 25  87:3, 11, 14,
  23  88:19, 24  94:25
  101:22  102:1  131:8,
  10  141:12, 20  170:19,
  22  174:20  175:3
  303:4, 12, 13, 20, 21,
  22  304:10, 11, 13, 15,
  17, 24  309:13, 16
  357:20  359:10
  361:18, 20, 23, 25
  362:3, 5  380:19
e-mailed  135:2
e-mails  35:14  41:25
  129:16  135:6  174:22
  292:8  302:3, 25
  303:3  309:25  359:7
  372:22  373:1, 4
  374:13

Eman  375:3, 11, 20
  376:20
embarrass  46:18
embassy  242:7
  319:18
employed  17:14, 21
  252:23, 24  281:24
  358:18
employee  110:23
  111:3  112:23  160:14
  215:4, 5  231:9, 13
  243:24, 25  251:4
  283:1  377:24  378:14,
  20  379:2, 5  380:2, 2,
  13, 17
employees  62:13
  93:20  95:8  96:2
  97:2  153:23  154:13,
  15  159:13  160:17, 20
  162:2, 9, 18  203:21
  251:5  379:9, 18, 19,
  21, 24
employee's  370:20
employer's  370:19
employment  12:17
  32:4  33:3, 17  77:16
  112:13  113:13  132:6
  216:13  276:21
  365:14
enacted  277:1
encounters  250:6
ended  9:21  128:12
  324:24  390:2
ends  200:17  247:5
  310:19
engage  250:19
engaged  115:1  306:6
  323:25  324:2
engaging  225:1  226:9
engineered  327:7, 12
England  304:4
English  324:17
engrossed  227:12
enlighten  136:8
enlightening  195:8
enlistment  10:6
entered  211:20  218:1
entering  306:4
enterprise  253:4
  291:17, 18  306:12

**entire** 57:*6* 90:*16* 95:*14* 100:*16, 19* 126:*7* 145:*14* 170:*18* 178:*22* 254:*5* 266:*19* 305:*9* 307:*21* 353:*19*
**entirety** 224:*21* 230:*6* 267:*13* 328:*1*
**entrance** 173:*7*
**entry** 210:*3*
**enumerated** 68:*17*
**Equal** 77:*16*
**equality** 16:*11*
**equated** 380:*18*
**equity** 12:*25*
**Eric** 6:*3*
**E-r-i-c** 6:*3*
**Erica** 197:*12*
**Erie** 14:*18*
**escape** 211:*17*
**escaping** 210:*7*
**especially** 280:*16* 312:*8*
**ESQ** 2:*1, 1, 1, 1*
**established** 39:*1* 363:*9*
**estimate** 26:*6* 61:*23*
**et** 1:*1* 4:*8*
**ethics** 145:*16*
**Europe** 15:*7* 289:*19* 291:*4*
**evening** 87:*13, 21* 140:*1, 2* 201:*14* 224:*14, 17, 21* 226:*11, 12* 383:*13*
**event** 65:*18* 167:*23* 174:*24* 243:*5* 249:*20* 298:*19* 350:*19, 21* 381:*6*
**events** 56:*15* 57:*20* 77:*24* 97:*4* 164:*10* 169:*5* 172:*13* 174:*19* 187:*20*
**eventual** 363:*9*
**eventually** 227:*14* 245:*15* 255:*24* 280:*9* 281:*12*
**Everest** 2:*1* 4:*12, 15*
**Everybody** 337:*5* 340:*17*
**everybody's** 179:*13*

**evidence** 130:*17* 135:*3* 144:*8* 154:*1* 198:*4, 4* 302:*14, 15, 18, 19, 24* 303:*2* 307:*12* 308:*21* 319:*15* 341:*8* 342:*12* 353:*16* 382:*20* 384:*8* 392:*1*
**exact** 28:*22* 35:*7* 38:*23* 99:*18* 152:*17* 170:*21* 178:*11* 184:*19* 199:*11* 244:*18, 23* 268:*3* 271:*15, 17* 297:*10, 23, 24* 298:*2* 362:*4* 382:*15*
**exactly** 48:*10* 201:*6, 6* 203:*18* 257:*19* 317:*11* 331:*9, 12* 332:*14* 347:*5, 10* 385:*20*
**exaggerating** 243:*16*
**Examination** 3:*1* 5:*23* 128:*15*
**EXAMINED** 4:*23* 191:*13, 14*
**example** 98:*20, 23* 147:*2* 151:*16, 18* 284:*6* 295:*5* 319:*19*
**examples** 353:*21* 354:*13*
**exception** 302:*16*
**exchange** 235:*19*
**exchanges** 256:*9*
**exchanging** 174:*22*
**excited** 261:*4, 6*
**exclusively** 250:*20*
**excuse** 12:*22* 72:*10* 77:*14* 128:*5* 132:*20* 134:*12* 157:*5* 192:*20* 244:*8* 255:*2* 303:*6, 25* 337:*2, 3* 346:*14*
**executive** 12:*4* 15:*25* 21:*16* 22:*7* 25:*1, 2, 7, 10, 12* 26:*21* 27:*2, 9, 16, 24* 28:*6, 14* 275:*6* 277:*14* 283:*14, 15* 290:*12* 380:*14, 15*
**exempt** 380:*2, 13, 16*
**exhaustive** 60:*6, 8*

**exhibit** 29:*7, 17* 78:*21* 139:*4, 6* 217:*5* 285:*7, 10, 14* 332:*9* 341:*6, 6, 14, 20, 21*
**EXHIBITS** 3:*1, 1* 285:*23* 286:*23*
**exist** 20:*3* 74:*6* 310:*16* 359:*21* 361:*4*
**exists** 22:*6* 33:*18* 221:*11*
**expect** 338:*21*
**expected** 379:*21*
**experience** 14:*3* 244:*4* 259:*24*
**experiences** 8:*11*
**expert** 144:*5, 6* 261:*16* 319:*1* 323:*10*
**explain** 19:*6, 25* 103:*25* 130:*8, 23* 132:*22* 133:*2* 138:*21* 148:*25* 149:*10* 155:*24* 156:*25* 157:*19* 158:*10, 25* 159:*21* 166:*8* 184:*8* 195:*10, 12* 286:*3* 345:*21* 346:*3, 5* 369:*19* 370:*18*
**explained** 133:*3, 4* 200:*1*
**explains** 200:*18*
**explanation** 47:*20* 97:*9* 230:*6*
**Exponent** 16:*21*
**extended** 178:*23*
**extensive** 94:*14* 244:*4*
**extent** 113:*18* 140:*19* 147:*7* 232:*6* 274:*14, 15*
**external** 12:*13* 17:*3* 36:*10* 37:*11, 18, 25*
**extra** 357:*6*
**eye** 321:*18*

**< F >**
**fabricate** 126:*25* 144:*8*
**fabricated** 126:*18, 20, 24*
**face** 351:*16* 362:*25, 25*

**Facebook** 287:*17* 363:*13*
**facilitate** 115:*19* 344:*4* 354:*21*
**facilitated** 115:*10* 330:*23*
**fact** 25:*4* 55:*17* 127:*6* 162:*4* 194:*4* 202:*20* 205:*1* 213:*18* 232:*21* 245:*13* 250:*15* 371:*16* 375:*12*
**facts** 144:*15* 200:*3* 201:*4* 210:*18* 217:*12* 382:*20*
**factual** 20:*2* 69:*23* 82:*22, 22* 93:*3* 154:*1* 248:*2* 249:*20* 310:*15* 342:*4* 359:*20* 361:*3* 375:*10* 378:*9*
**failed** 381:*4, 5*
**fair** 14:*11* 19:*13, 16* 21:*21* 32:*6* 35:*14* 36:*3* 38:*4, 21* 58:*24, 25* 59:*8, 11* 62:*4* 63:*20* 66:*17* 99:*15, 17* 100:*13, 24* 148:*23* 158:*1* 159:*2* 188:*20, 24* 196:*15* 202:*4, 23* 236:*16, 21* 239:*20* 326:*18*
**Fairless** 7:*1*
**fall** 12:*3, 12*
**false** 123:*19, 20, 22, 23* 124:*2, 6, 7, 9, 15* 125:*12, 14* 126:*9, 16, 18* 267:*19* 277:*20* 382:*21*
**familiar** 144:*10* 242:*3* 337:*21* 380:*3*
**far** 84:*2* 224:*8* 253:*3* 260:*15* 390:*5*
**Faragher-Ellerth** 42:*3*
**fashion** 180:*19*
**fast** 6:*9* 172:*2* 351:*12*
**father** 359:*5* 361:*8*
**February** 9:*22* 170:*20, 20* 283:*9*

354:*23*

**federated** 15:*17*
**Federation** 12:*17, 20*
13:*10* 17:*19, 22* 18:*1,
4*
**feedback** 251:*8*
**Feel** 41:*19* 136:*11*
377:*9*
**feelings** 314:*9*
**fees** 263:*1*
**fell** 277:*11*
**fellow** 349:*3*
**felt** 93:*17* 153:*21*
159:*10* 161:*14*
367:*20* 377:*17, 20*
**female** 116:*8* 162:*9*
203:*21* 215:*3, 4, 5*
283:*1* 378:*14, 20*
379:*2, 5, 9*
**fiduciary** 277:*10*
**field** 8:*8* 13:*3* 131:*14*
**fifth** 114:*14* 225:*18*
226:*7*
**fight** 164:*24* 211:*19*
**figure** 78:*2* 150:*16*
**file** 31:*24* 119:*7*
129:*18, 19* 132:*4, 19*
142:*4, 6, 25* 144:*3*
145:*3* 194:*9* 213:*21*
238:*9, 11, 11* 336:*1*
338:*20*
**filed** 58:*3* 64:*17, 21,
23* 65:*3* 77:*14, 15*
117:*9* 126:*15* 127:*12*
128:*19* 129:*14*
131:*16, 20, 21* 132:*1,
1, 6* 133:*6* 134:*16, 21*
140:*15* 142:*10*
183:*17* 193:*25*
194:*15, 16* 199:*5, 13,
19* 203:*8* 207:*23*
208:*16, 20* 251:*22*
259:*4* 266:*23* 333:*14*
336:*1, 7* 337:*13, 15,
20* 338:*23* 339:*25*
343:*2* 365:*11* 366:*14*
367:*7, 11* 370:*10, 12*
**files** 31:*23* 130:*17, 19*
195:*4, 4* 259:*18*

**filing** 134:*14* 135:*10*
139:*3* 140:*5, 13*
141:*24* 143:*1* 144:*9*
199:*7* 210:*1* 231:*5*
258:*16* 338:*2*
**fill** 184:*12*
**filled** 62:*3* 206:*6*
**film** 100:*17*
**final** 65:*18* 226:*20*
390:*14*
**finances** 52:*11*
**find** 85:*25* 86:*6*
106:*19, 20* 115:*14*
138:*9* 143:*15* 250:*12*
262:*10* 272:*3, 4*
302:*7* 306:*14* 358:*5*
367:*18* 382:*2*
**finding** 142:*18*
**fine** 31:*22* 62:*8*
63:*15, 15* 66:*19*
68:*25* 132:*25* 136:*6*
176:*5* 189:*20* 195:*17*
203:*1* 204:*11* 206:*15*
216:*4* 238:*24* 242:*8*
254:*16* 271:*18*
**finish** 10:*17* 58:*10,
10* 96:*22* 97:*8*
156:*10* 158:*18*
229:*15* 303:*8* 314:*14,
17* 315:*5* 319:*6*
321:*1, 13* 322:*5, 25*
323:*18* 326:*17*
328:*19* 330:*9* 331:*18*
344:*16* 361:*16* 366:*3*
**finished** 151:*2*
**finishing** 321:*4*
**Fink** 2:*1* 41:*8, 24, 25*
93:*24* 94:*1, 24* 95:*11,
14* 129:*17* 131:*24*
134:*1, 5, 20* 135:*8*
141:*12, 20* 143:*23*
150:*20* 152:*14, 15, 25*
161:*1, 6, 8* 163:*24*
164:*3* 372:*2, 5*
**fire** 8:*21*
**fired** 354:*7* 380:*23,
25* 381:*2*
**firefighter** 8:*20*
**Firm** 111:*16* 114:*22*
115:*16* 118:*10*

126:*19, 21, 23* 135:*23*
136:*9* 142:*22* 145:*14*
338:*4, 9, 14, 17*
387:*17* 390:*4*
**first** 6:*22* 9:*11*
14:*10* 18:*7, 7, 11, 12*
31:*12* 40:*18* 55:*24,
25* 64:*4, 4, 14* 65:*13*
67:*15* 71:*7* 75:*16, 18*
78:*22* 85:*25* 86:*15*
87:*3, 10* 88:*20, 23*
96:*5* 116:*14* 117:*10*
140:*16* 160:*22*
161:*23* 167:*20, 21*
182:*23, 23* 183:*2, 15*
184:*10, 11, 16, 18*
185:*19* 186:*6, 12, 12,
17, 18* 187:*5, 7, 9*
188:*16* 189:*4* 193:*3*
199:*10, 22* 201:*17*
203:*24* 213:*16* 232:*5*
244:*2* 251:*3* 254:*2*
257:*25* 259:*3, 7, 12,
12, 12, 21* 265:*15*
266:*4, 7* 276:*5, 10, 24*
281:*14* 288:*5* 299:*25*
336:*1* 338:*4* 345:*1,
22* 346:*4* 348:*3*
358:*10* 365:*25* 366:*4*
369:*20* 375:*19*
386:*21* 387:*10*
**Fitzgerald** 16:*1*
**five** 8:*5* 18:*25* 66:*5*
67:*7* 77:*22, 25* 81:*9*
98:*18* 99:*10, 13, 14,
16* 101:*11, 13, 15*
121:*12* 169:*2* 174:*19*
175:*20* 191:*9* 192:*11,
22* 193:*13, 14, 18, 18,
19* 195:*19* 197:*18*
198:*13* 205:*19*
217:*19* 218:*18* 225:*5,
8, 9, 11* 226:*3, 6*
240:*11* 243:*25* 255:*1*
324:*5* 382:*15* 388:*25*
**five-minute** 264:*12*
340:*10, 16*
**flat** 257:*14*
**flight** 164:*24*

**flights** 349:*5, 8, 9*
**flirting** 351:*2*
**fluctuates** 21:*14*
**fly** 268:*15, 17* 334:*7,
20* 349:*9, 11*
**folders** 286:*12*
**folkstyle** 7:*10*
**follow** 133:*1* 312:*24*
364:*18*
**followed** 58:*14*
**following** 36:*9* 105:*1,
8, 12* 115:*1* 130:*21*
153:*8* 255:*22* 269:*18*
319:*18*
**FOLLOWS** 4:*23*
**food** 323:*21*
**foot** 247:*25* 249:*4, 6*
**footnote** 28:*10*
**footprint** 143:*16*
**force** 5:*15* 379:*5*
**forced** 203:*25* 376:*4,
5*
**Forces** 9:*15, 25*
162:*14*
**foreign** 284:*13*
**forensic** 143:*16*
191:*14*
**forensically** 144:*3*
**forget** 170:*21*
**form** 215:*16* 216:*3*
235:*18* 236:*14*
258:*20* 341:*3* 343:*23*
347:*23* 368:*12, 18*
369:*4* 371:*14* 381:*22,
24* 382:*18* 383:*3*
384:*18* 389:*16*
**formal** 37:*12, 19*
52:*1* 56:*5* 57:*23*
58:*3* 87:*10* 283:*11*
**formative** 7:*7*
**former** 222:*5* 324:*15*
**for-profit** 354:*25*
**FORUM** 1:*1* 4:*8*
13:*17, 23* 14:*4, 6, 9*
18:*8, 12* 19:*2* 20:*7, 9,
15, 18* 21:*11, 13*
22:*13* 32:*24* 35:*13*
39:*24* 40:*6, 12* 48:*6*
53:*3* 56:*24* 57:*25*
61:*12* 66:*7* 67:*17*

Deposition of GREGG ROMAN                                     Lisa Barbounis v. Middle Eastern Forum, et. al.

70:4  76:5  77:10
87:25  95:3  100:5, 8,
15, 16  110:24  111:2,
9, 12, 22  113:3, 5, 10,
14, 19  115:3, 4
120:24, 25  122:10, 25
127:13  129:7, 14
130:18  131:17  160:7
163:1, 10  164:19
166:16  167:22  168:4
228:17  231:10, 14
251:4  252:3, 10, 22
253:3  266:11  269:2
276:10, 22  278:8
281:24  283:2, 5, 22
287:9  288:2, 8
290:18  291:5, 21, 23
296:14  297:8  301:15
306:13  308:10
330:12, 15, 20  338:3
349:3  351:22  354:8
356:5, 9, 25  357:2
358:21  360:5  367:13
374:8  375:21  376:4
377:25  378:5  379:18
381:13, 21
**Forum-related**  36:15
38:9, 14
**forums**  201:20
**Forum's**  36:10, 12
37:11, 12, 17, 19, 25
111:16  113:22  114:6
301:23
**forward**  10:24  70:14
95:17  96:17  113:21
165:20  172:2  232:10
310:4  381:9
**forwarded**  131:24
134:1  139:8  373:4
**found**  15:9  86:16
107:5, 7  114:23
127:7, 11, 20, 21
128:17  132:13
158:13  159:7  160:18,
19  230:11  231:14
246:9  262:15  300:22
**Foundation**  12:24
**founders**  22:6
**four**  8:5  12:21  15:9
65:22  67:7  87:18

120:20  121:2, 12, 13
127:10  142:19
150:25  168:24
173:17  174:18
175:20  183:18
192:12  195:19
196:13  197:18
205:19  218:23
224:10, 15  225:6, 10
229:25  242:9, 11, 18
262:1  329:20  333:19
357:6
**four-month**  306:7
**fourth**  114:13  224:3,
16  257:24
**frame**  75:9  104:13
**Frank**  109:22  110:3,
7, 16, 23, 24  112:12
113:17  115:21  116:7
117:8, 18, 23  118:2, 6,
14, 20  119:1  120:5, 8,
9, 12, 13, 24  121:6, 8
122:3, 14  126:2
**Frankly**  103:21, 23
**Frank's**  117:25
119:4, 7  122:9
**Fraud**  115:3  277:1
333:6  354:12  385:9
**fraudulent**  333:10, 11
351:12
**free**  41:19  42:9
300:23
**Friday**  1:1  4:2
87:12, 16  157:14
167:18, 20  258:25
**friend**  164:8  230:11
231:16, 17  375:17
**friendly**  96:19  113:9
**friends**  97:1  243:7
256:8
**front**  33:13  46:15
49:23, 24  124:16
212:24  215:5  229:11
235:22  248:9  262:15
316:1  357:15, 18
**frontlines**  9:20
**frustration**  65:21
**fuckin**  312:3, 4
315:15

**full**  6:2  141:24
143:1  144:9  230:22
251:7  254:1  328:3
**fully**  392:1
**functional**  12:8
**fundraising**  36:13
38:5  374:19
**funds**  333:11
**funneled**  349:17, 19
350:1
**funny**  139:14  141:10
291:2  306:3
**further**  56:19, 22
128:15  248:23
**future**  56:9, 10  328:3

**< G >**
**Gabrielle**  125:4, 6
356:22, 23  358:6, 8
**Galilee**  15:14
**Gallery**  168:10
**Gambill**  358:20
**game**  178:13, 15, 20,
21  179:3  225:2, 2
242:24  390:21, 25
**Gary**  325:3  358:1, 19
**Gavriel**  6:10
**G-a-v-r-i-e-l**  6:11
**gay**  375:7
**gender**  215:15  260:3,
4, 4, 4  261:13, 13
265:20, 22
**general**  50:3, 7  51:2,
24  52:20  69:24  70:1,
2, 3  86:12  93:12
96:14  100:3  104:24
147:2  148:18  149:5,
21  152:9  155:8, 20
190:15  237:22
239:18  248:15
257:10  366:8  367:16,
18
**generalized**  148:2
**generally**  48:13, 14,
24  50:17, 19  52:4, 15,
19  107:19  146:20
150:12
**generation**  114:14
**gentlemen**  85:2

**getting**  7:6  83:2
112:6, 10  119:11, 22,
24  130:7  179:13
185:3  219:12  257:8
258:25  261:4  303:7
305:1  340:3, 3
342:16  344:11  352:5
368:2
**gist**  366:9
**give**  22:11  23:6
27:25  28:22  44:11
45:16  48:10  50:16
53:5  60:7  63:10, 25
64:3, 3, 4, 14  66:25
67:4  70:20  74:10, 21
75:9, 15, 16  78:21
81:6  91:1, 9, 21, 24
92:22  94:7  97:9
98:20  99:1, 18
111:23  119:12, 21
124:24  130:8  131:3,
4, 5, 6  135:25  136:23
137:8  151:16  157:2,
4, 20  159:19  171:23
172:1  175:17  184:7,
10, 11, 16  185:8
187:14  189:2, 23, 24
190:3, 3, 5  191:4
193:18, 21  224:12, 15
225:15, 18, 19, 19
228:25  230:7  233:6
235:19  236:19  240:2
244:23  245:8  248:23
251:8  254:14  255:11
257:9  264:21  271:15,
17, 20  277:5  280:3,
24  281:3  282:23
284:4, 19  286:2
294:24  295:5, 6, 14
297:17, 23  298:2
300:9  302:24  303:4
310:18  313:15
315:25  316:24
317:17  318:8, 15, 21
319:14  320:6  322:14
326:5  331:21, 25
337:16, 24  338:25
341:15  345:4, 23
356:2

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

**given** 24:19  31:25
185:1  245:15  277:3
280:24  281:1, 4
283:16  284:2, 3, 11
287:19  294:13  310:4
338:22  349:15
354:17  379:22
**gives** 30:6  172:4
344:1
**giving** 20:2  29:22
90:20  128:9  148:5
185:11  223:16
225:21  228:20
234:21, 24  240:24
255:7  264:25  279:21
284:6  292:15  294:15,
17  304:11  342:12
**Giza** 242:10
**G-i-z-a** 242:10
**glad** 274:18
**glass** 133:22
**go** 5:11  7:16, 19, 25
11:5  14:12  16:7
33:7  37:20  41:19
42:1  44:10, 14  58:10
63:11  69:5, 22  78:19,
22  84:4, 6, 8, 9, 11, 22
85:7, 19  87:4  104:11
106:17  112:15
114:19  121:25
124:14  129:13, 15
140:9, 12  141:18, 25
143:1  144:17  148:7
149:22  154:10
159:23, 25  165:13
167:13  171:14, 24
172:19  173:18
177:10  178:1  179:10,
13, 20  180:14  183:17
199:23  200:20
203:25  207:5  210:6,
7  211:22  214:13
221:16  223:8, 11, 12,
22  224:9, 15  225:14,
18, 24  226:2  235:18
236:22, 25  244:1, 16
245:24  246:22, 23
247:1  254:12  256:19
257:5, 15  258:15, 16
259:14  260:6, 6, 10,

12  263:22  268:11
270:17  271:21  272:7
275:13, 14, 15, 18
276:13, 14, 18, 21
282:8  287:8  290:9,
16, 22  295:7, 8, 10
299:2, 3, 9  301:17, 18
303:9, 18, 21  304:3,
16  311:16, 19  312:9
319:9  322:15  323:1,
1, 23  329:21  332:15
336:6  341:14, 20
347:3  350:8, 23
351:13, 25  352:9, 15,
16  353:13, 24  371:5
381:5  385:21, 21
388:3  390:3, 5, 23
**goals** 113:22  381:5
**goes** 64:11  134:25
161:23  200:18
203:12  251:17
311:12  352:1, 3
**going** 5:2, 11  15:8
16:1  28:22  29:4, 7,
11  41:4  42:3, 4, 6
43:4  44:2, 8  45:3, 8
46:16  52:14  57:12
58:5, 7  63:25  64:12
65:8  66:18  68:14
69:4  71:12, 20  72:13
74:25  83:1, 8, 11
84:12  85:6  89:6
97:3, 4, 6, 7, 7, 10
111:24  125:16  130:2
133:1  136:7, 8
138:23  140:25
142:15  144:16
145:17  149:25
150:15, 16  154:21
164:10  165:8  166:7,
23  170:24  179:14
184:7  185:16, 18
186:7  188:5  193:18
194:20  195:9, 10, 14,
17  196:10  198:7
199:4  201:23  202:15
205:2  207:13  209:14,
17, 17, 17, 18  210:2
213:4, 21  222:25
231:8, 12, 20, 21

234:19  235:1  236:13,
20  237:12, 22  239:14,
19, 24  247:21  248:8,
16, 21  249:21  251:25
253:3, 14  256:22
258:15  259:3  262:19,
25  263:5, 17  264:3, 4,
4, 8, 9, 10  267:10, 21
271:12  279:1, 2
281:12  286:9, 15
289:12, 15  292:18
293:24  297:5  299:22
302:7  304:1, 13
305:1, 5  307:17
311:16  314:21
316:12, 25  317:9, 19
318:9, 23  321:12, 18
323:4, 21  326:12, 21
329:4, 4, 7, 7  331:16
334:7, 18, 20  341:17,
24  342:18  344:25
346:24  347:8  348:17,
17  350:17, 23  351:14,
24  355:24  357:14, 18,
19  365:19  367:8
382:21  386:13, 14, 16
388:18  389:1
**Golan** 15:14
**GOLD** 2:1, 1  41:12,
15, 16, 19  42:8  43:18
44:5, 10, 19  45:2
46:14  49:1  71:16, 24
72:3, 6, 13, 18, 21
83:7, 19  84:12  85:19
89:14, 24  92:5  134:9
137:9, 11, 21  138:1
150:22, 24  152:24
153:3, 6, 15  207:13,
16, 17, 21, 22  208:3, 7,
15, 19, 24  209:7, 14,
21  210:2, 5, 13
211:24  213:3, 7, 8, 14
214:5, 9, 11, 16
216:10  238:22, 23, 24
245:7  264:11, 21
286:18, 24  303:6, 15
311:23  312:22
315:11  316:6, 8, 9
317:20  318:1  319:6
320:18, 21, 24  321:4,

7, 12, 17, 22, 25  322:3,
5, 12, 18, 25  323:8, 20
327:1  328:21  329:2,
19  331:22  334:25
336:17, 20, 23, 24
337:3  338:8  339:10,
13  340:2, 6, 9, 22
342:15, 21, 25  343:1,
5, 9  344:15  346:11,
15, 21  347:1, 7
356:13  369:18
370:23  371:3, 4, 25
374:25  382:19
385:20  386:16  388:3,
16, 22  389:3, 10
390:21, 25  391:5, 10,
15
**GoldenComm** 66:1, 2
**Gold's** 49:9  371:6
**good** 7:9  36:15  43:3
85:10  102:17  141:11
146:23  171:9  234:25
273:24  283:10  301:8
310:6  352:20  380:22
**Goodman** 124:8, 10,
23  228:19  229:5, 5, 6
230:1, 8, 11, 13, 14, 23
231:11, 11  232:3, 10
233:4  234:8  235:17
236:7, 9
**Gosar** 351:19
**gotten** 132:18
**government** 9:14, 22
11:10  240:7  245:16
**Governor** 16:3, 3
**governors** 22:5, 5, 9,
15, 20  23:1, 3, 7, 11, 13
**grabbed** 211:8
**grade** 6:20, 25  7:9, 13
**gradually** 281:9
**graduate** 7:3  10:11
**graduated** 7:21, 22
9:23
**grandeur** 387:18
**grant** 277:3, 7
290:19  291:5, 10, 13
296:5  301:15  305:4
343:20, 21  348:19

granted  296:3, 4, 5
332:3, 11  333:12
349:2
grants  375:15
Grayson  358:19
great  109:25  136:18
302:16  303:24  373:9
Greater  12:18, 21
13:10  17:22  18:1, 4
Green  336:2  338:20
GREGG  1:1  3:1  4:6
5:5  6:3  23:21  24:16
35:12  75:20  102:16
149:21  184:25  200:8
210:24  211:1, 8, 11,
16, 18  260:12  312:19
317:7  354:7  357:20,
25  358:2, 2  378:7
G-r-e-g-g  6:3
grip  211:18
gross  251:12
groundwork  360:4, 7
361:10
GROUP  2:1  22:11
120:14  127:4, 5
128:8  228:16  381:8
384:3, 7
groups  15:21
Group's  140:6
guard  8:24, 24
guard's  9:3
guess  7:23  8:3, 13
13:20  15:13  17:10
18:6, 13  20:13  21:12
24:15  25:1  27:22
35:25  39:19  66:13
67:14, 18  115:19
136:12  138:21
142:23  161:2  222:2
249:7  257:1  353:7,
18
guest  12:4
guide  269:5
gum  295:10, 13, 17
guy  177:7, 8  243:19
300:2
guys  31:21  41:24
42:2  43:6  69:1, 6
83:2, 12  114:7  124:5
132:17  137:17, 19

142:24  145:3  170:14
172:22  173:18
198:21  199:19
208:10  214:4  216:22
217:2  241:4, 6  242:6
267:16  285:24  357:1,
2  363:15  364:2
366:19  368:16
388:20
guy's  334:18

< H >
hacker  284:22  285:1
287:8, 12, 13, 16, 18,
20, 25
hackers  284:20
Haifa  8:10, 15, 16, 18
H-a-i-f-a  8:16
Halevi  6:10
H-a-l-e-v-i  6:12
half  48:17  220:10
224:25  227:13
233:25  242:13  274:4
277:1
hand  286:23  380:9
handed  32:18  76:4
81:8
handicapped  354:11
handle  77:9  305:6, 7
365:19
handled  284:13, 14
hands  223:2
handwritten  141:25
144:11, 21  194:24
206:1, 6, 18  207:15,
25  208:5
happen  106:14
108:18, 19  116:11
178:2  185:22  191:23,
25  195:13  201:18
202:19  203:1, 4, 6
218:19  222:16
223:15  230:5  249:9
250:7, 11, 21  252:16
266:1  292:24  354:14
365:22  375:10
happened  19:3  40:14
48:10, 20, 22  54:18
56:1, 17  57:6, 7
60:12  64:9  82:4

105:19, 23  106:2, 6, 8,
9, 12, 13, 22  107:2, 23
108:14  109:7  126:5,
6  150:16  151:4, 6
165:17, 17  174:15
185:21  191:21, 22
193:24  201:14
202:17, 18, 21  203:8
210:19, 21, 23  219:16,
18  220:13  223:18
226:18, 24  227:9, 22
231:1, 3, 4, 9, 13
236:5  248:1, 3, 11
249:21  251:15
269:24  304:8, 9, 13
313:25  319:18
324:25  360:25  378:9
happening  230:9
232:6
happens  30:18, 20
165:21  232:13
happy  45:16  47:25
49:22  52:19, 22  53:5
92:7  132:22  135:25
136:17  138:1  145:10
183:7  244:20  311:6
375:20
harass  46:17  227:24
260:25
harassed  123:7
harassment  86:2
97:16, 23  98:10, 21
99:11  101:8  102:19
103:12  104:15
112:13  123:5  125:9
126:8  145:22  146:7
147:18, 20, 22  148:1,
25  149:3  165:21
215:4, 6, 8, 12, 25
228:8  229:8, 10, 22
230:3  258:3, 6, 12
260:5, 13, 20, 20
261:8, 9  262:2, 3, 8
265:8, 23  269:2, 5, 11,
17  270:4, 9  273:9
354:5  370:21  371:2
372:17  374:23
380:24  381:12, 20
382:4, 14  383:2, 8, 15,
17, 19, 24  384:6, 16

385:12, 15, 17, 25
389:15  390:11
hard  163:2  166:1
200:13  278:14  288:3,
12  372:9, 10
harmonious  14:21
Harrisburg  15:6
Harrison  325:4
hated  164:21
Hatzalah  8:22
Hawaii  271:7, 10, 13
272:8, 11, 14
head  115:18  252:12,
14  374:20
health  16:9  380:21
hear  45:20  72:9, 10
92:2  116:10  119:16
128:2  155:25  175:24
179:22, 23  182:2
183:15  186:21
189:12, 13  208:12, 13,
16  214:6, 18, 20
215:1  228:21  231:18
235:11  254:8  263:7,
8  264:25  265:4
278:23  307:14  311:5
316:7  319:21, 25
334:22  337:3, 4
342:24  344:21, 22
346:16  347:18
352:24  353:11  355:5
359:15  361:19
376:25  377:1  378:16,
24  382:6, 7, 10, 23
386:10  388:5, 6, 25
390:19
heard  5:12  40:10
54:16, 17  55:2  124:3,
10  125:18  160:13
186:20  191:7  204:18,
20  335:7  361:13, 17
381:10  383:13
hearing  40:8
hearsay  67:2
Hebrew  8:15  244:2
Heights  15:15
held  27:5  39:23
40:4, 5  41:4  44:18
85:13  166:11  168:8
170:13  241:23

246:*23*  269:*2, 10*
356:*14*  391:*19*
**hell**  326:*4*
**he'll**  322:*13*  343:*9*
**hello**  162:*20*
**help**  57:*13*  131:*8*
135:*22*  174:*21*
215:*22*  262:*19, 25*
263:*2, 6, 13, 15, 18, 18,*
*20, 21*  342:*14, 14, 18*
345:*13, 15*  350:*19, 23*
369:*14*
**helped**  115:*19*  144:*8*
168:*13*
**helping**  193:*15*
307:*25*  358:*23*
**helps**  106:*16*  263:*3*
**Herzliya**  9:*7*  10:*4*
**H-e-r-z-l-i-y-a**  9:*8*
**hey**  16:*7*  23:*6*
107:*22*  206:*12*
350:*16, 22*
**Hezbollah**  242:*5*
243:*7*
**HH**  341:*6*
**hierarchy**  19:*18, 25*
20:*1*  170:*7*
**High**  6:*19, 25*  7:*4, 5,*
*8, 10, 20*  8:*1*
**higher**  380:*21*
**highest**  19:*14, 19, 21*
**highlighted**  200:*15,*
*16*  219:*9*
**Hillel**  11:*20, 21*  12:*14*
**Hills**  7:*2*
**Hilton**  171:*9*
**hire**  284:*20, 22*  285:*2*
287:*11*
**hired**  18:*11*  36:*5*
284:*1*  287:*8*  288:*1*
**hiring**  287:*13*  390:*1*
**history**  11:*3*  118:*8*
234:*1*  260:*11*
**hit**  368:*24*
**hits**  115:*23*
**hold**  29:*10*  66:*18*
75:*8*  141:*14*  154:*23*
165:*2, 2, 2*  167:*23*
168:*5*  186:*7*  217:*24*
221:*21*  223:*11*  246:*2*

252:*15*  261:*2, 2, 2*
295:*21*  312:*22*
326:*11*  329:*2*  336:*17*
376:*19*  383:*21*
**holding**  309:*15*
**Hollin**  23:*21*
**home**  248:*7*
**honest**  48:*11*  377:*19*
**honesty**  70:*21*  165:*7*
**honor**  376:*20*
**honorific**  24:*19*
**hope**  66:*16*  271:*21*
**Hopewell**  7:*20, 22*
**horrible**  331:*6*
**host**  350:*19*
**hostage**  243:*8*
**hosts**  169:*5*
**hotel**  112:*3*  124:*20,*
*23*  125:*1, 3, 5, 7*
167:*11*  171:*6, 8, 10*
203:*20, 22*  229:*18*
244:*11*  245:*24*
272:*25*  274:*21*  275:*2*
**hotels**  175:*10*  240:*16*
**hour**  379:*13*
**hours**  87:*18*  242:*13*
366:*24*  379:*10*  380:*3*
389:*24*  391:*6, 9, 11*
**house**  150:*19*  231:*15*
**hover**  30:*10, 21*
**huge**  324:*21*
**Huh**  344:*8*
**Human**  148:*22*
248:*17*  249:*24*  331:*6*
**Hun**  7:*12*
**H-u-n**  7:*12*
**hundred**  28:*16*  32:*15*
76:*3*  122:*17*  123:*20*
233:*22*  245:*25*  268:*8*
280:*16*  295:*6*  304:*14*
312:*8*
**hundreds**  53:*1*  262:*6*
**Hunter**  177:*6*  220:*1*
**hurricane**  254:*4*
**hurt**  244:*6*
**husband**  110:*14*
290:*20*  349:*5*  350:*22*
351:*23*  375:*18*
**HVRSD**  7:*20*

**Hybros**  66:*11*
**H-y-b-r-o-s**  66:*12*
**hypothetical**  130:*5*
213:*3, 8, 19*  214:*12*

**< I >**
**Ichud**  8:*22*
**IDC**  9:*7*  10:*4*
**idea**  46:*3*  47:*14*
**Identify**  131:*13*
185:*12*
**identifying**  354:*23*
**IDF**  9:*22*
**ill**  376:*17, 19, 22*
377:*5*
**illegal**  115:*2*
**imagine**  110:*13*
**imbroglio**  206:*24*
**immediately**  88:*2*
160:*12*  172:*19*
319:*17*
**impacted**  155:*1*
**implication**  221:*7*
**implies**  221:*16*
**importance**  23:*25*
24:*4*
**important**  24:*4*
172:*4*  175:*9*  250:*13,*
*16*  298:*11*
**impossible**  218:*16*
222:*23*
**improper**  87:*24*  90:*6*
160:*2*
**improve**  163:*5*
**improvement**  15:*1*
381:*3, 5*
**inaccurate**  220:*11*
267:*14, 15*
**inappropriate**  109:*15*
116:*1*  123:*10, 14, 16*
211:*12*  248:*9*  286:*10*
379:*10, 13*
**inappropriately**  380:*8*
**incident**  187:*2*
191:*21*  202:*3, 5, 9, 10,*
*13, 16, 16, 22, 25*
203:*2, 2*  210:*22*
**incidents**  269:*16*

**include**  10:*18*  80:*22*
97:*10*  212:*18*  325:*3*
352:*2*
**included**  41:*24*  61:*23*
80:*21*  119:*4*  251:*7*
363:*1*
**includes**  362:*18*
366:*18*
**including**  15:*25*
36:*11*  37:*11, 18*  60:*9*
148:*21, 22, 23*  203:*21*
244:*25*
**inclusion**  13:*1*  14:*25*
16:*9*
**inclusive**  36:*23, 23*
37:*7*
**inconclusive**  105:*10*
**incorrect**  77:*15*
125:*25*  147:*9*  202:*14*
217:*20*  218:*20*  221:*2*
274:*8*  291:*8, 9*
337:*10*
**incorrectly**  200:*5*
**incredibly**  345:*3*
**incrementally**  283:*16*
**incubator**  12:*5*
**INDEX**  3:*1, 1*
**indicate**  135:*14*
174:*14*  292:*8*
**indicates**  143:*18*
**indiscernible**  235:*7*
316:*6*  336:*24*  342:*21*
**individual**  17:*11*
22:*24*  23:*12*  61:*16*
94:*12*  219:*24*  220:*17*
240:*6*  298:*18*  300:*21*
**individuals**  77:*7*
90:*25*  114:*13, 14, 16*
244:*16*  245:*2*  332:*4*
360:*13*  389:*23*
**inebriated**  226:*10*
**inflicted**  313:*25*
**informal**  56:*5*  169:*9*
**information**  41:*7*
43:*10*  51:*8*  77:*13*
107:*6*  111:*15*  113:*19,*
*20*  115:*4, 8, 12*  122:*9*
127:*1, 11*  136:*15, 16*
157:*21*  166:*3*  243:*23*

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

245:*18*  284:*21*  286:*7*
302:*10*  311:*7, 10*
**informed**  53:*13*
281:*11*
**in-house**  95:*2*  96:*7*
105:*1*  122:*8*  129:*17*
152:*16*  161:*1, 3*
367:*9*
**initial**  220:*3*  296:*21*
299:*12*  334:*5*
**initiated**  113:*16*
336:*25*  337:*8, 10*
358:*25*  359:*1*
**initiation**  100:*18*
**initiatives**  36:*11*
37:*11, 18, 25*
**innuendo**  363:*6*
**in-person**  366:*17, 19*
**insofar**  17:*2*
**instance**  15:*5*  22:*25*
24:*15*  71:*3*  74:*21*
114:*1, 7*  251:*11*
252:*19*  284:*3, 5*
379:*22*
**instances**  145:*24*
251:*2*  310:*15*
**instant**  151:*25*
**instruct**  45:*12*  91:*24*
**instructed**  53:*18*
214:*9*  239:*23*
**instructing**  122:*7*
**instruction**  43:*23*
240:*3*  243:*23*
**instructions**  5:*10, 25*
**insult**  302:*17*
**insurance**  380:*22*
**intelligence**  244:*25*
**intense**  179:*3*
**intensive**  8:*15*
**intent**  354:*6*
**intention**  251:*11*
297:*7*  298:*14, 16, 17*
**intentions**  93:*19*  95:*7,
25*  96:*1*  153:*22*
154:*12*  156:*12*
159:*12*  162:*1*
**interaction**  163:*20*
**interactions**  164:*9*
232:*21*

**intercourse**  249:*12*
**Interdisciplinary**  9:*7*
**interest**  15:*3, 20, 21*
128:*25*  329:*24*
331:*15*  332:*5*  370:*20*
**interested**  320:*1*
**interesting**  126:*10*
139:*15*  381:*11*
**interests**  15:*10, 17*
16:*23*
**interface**  15:*16*
**interfering**  347:*2*
**Interim**  78:*22*
**intern**  356:*25*  358:*5*
**internal**  357:*24*
**internally**  17:*6*
**international**  15:*7*
114:*17*
**internationally**  284:*13*
**Interns**  20:*10*
**interpersonal**  164:*16,
20*
**interpret**  39:*19*
**interpretation**  45:*17*
79:*19*  159:*1*  162:*4*
230:*10*
**interrogatory**  137:*6*
**interrupted**  9:*19*
329:*20*
**interrupting**  92:*22*
133:*22*  190:*21*  279:*4*
342:*23*  343:*15*
388:*21, 22*
**intersected**  15:*11*
**intersecting**  21:*18*
**interview**  94:*14*  338:*6*
**interviews**  368:*1*
**intimacy**  248:*16, 16*
**intimate**  226:*9*  306:*7*
**intimately**  301:*21*
302:*20*
**intimidated**  338:*7*
**intricate**  304:*19*
**introduced**  256:*15*
305:*17, 24*
**investigated**  88:*2*
93:*25*  160:*11, 17*
**investigating**  161:*2*
233:*23*

**investigation**  42:*2, 5*
56:*8*  89:*6*  95:*1, 4*
104:*25*  105:*9*  113:*16*
151:*3, 4, 7, 25*  154:*24*
229:*24*  231:*1*
**investigative**  234:*2*
**invitation**  45:*15*
**invite**  112:*3*  125:*4*
**invited**  43:*16*  44:*4,
21*  45:*5*  124:*23, 25*
125:*2, 6*  269:*11*
**invoke**  234:*19*
248:*16, 19, 21*  250:*1*
**involve**  40:*7*
**involved**  12:*7*  15:*22*
16:*11*  113:*18*  114:*3*
118:*10*  128:*11, 14*
130:*1*  134:*9*  143:*8,
19*  144:*24*  160:*20*
168:*25*  177:*11*
240:*10*  243:*18*
283:*11*  293:*14, 16*
300:*22*  301:*22*
302:*20*  304:*3, 6*
325:*2*  333:*2, 20*
352:*6, 8*  361:*18*
**involvement**  11:*25*
12:*3, 11*  118:*8*
145:*14*  300:*20*
**involving**  86:*1*  126:*8*
215:*21*  351:*19*
**Iran**  240:*9, 9*
**ISIS**  242:*4*  243:*9*
**Islamic**  240:*9*
**isolate**  59:*4*
**Israel**  8:*10, 12, 13, 20,
23*  9:*25*  12:*6*  15:*8, 9,
14*  97:*6, 10, 11*  114:*2*
162:*14*  166:*19*  237:*9,
12, 14, 20, 23*  239:*14,
16, 19*  240:*12*  241:*16,
20, 22*  242:*25*  249:*18*
267:*25*  268:*11, 13*
273:*23, 25*  274:*1, 2*
281:*6*  379:*23*
**Israeli**  6:*8*  9:*10, 15,
24*  249:*23*  250:*2*
**Israel's**  244:*25*  245:*1*
248:*17*  249:*24*

**issue**  55:*17*  66:*8*
85:*6*
**issues**  14:*15*  15:*7*
41:*22*  51:*1*  55:*9*
57:*18*  62:*1, 8*  63:*2, 4*
67:*20*  86:*20*  148:*11*
250:*15*
**Italy**  240:*11*  241:*20,
22, 23*  242:*25*
**items**  122:*8*  374:*15*
**its**  77:*14*  266:*12*
**IVP**  110:*10*

**< J >**
**jail**  242:*3*  352:*5, 12*
**James**  324:*23*
**Jamie**  325:*10*
**January**  9:*17, 17*
12:*1, 1*  101:*4*  242:*17*
354:*22*
**Jazmin**  252:*20*
253:*25*  254:*1, 2, 17*
308:*9*  327:*10, 11, 16*
338:*6*
jcavalier@cozen.com
2:*1*
**JCRC**  12:*23*  13:*13,
16, 21, 21*  14:*3, 6, 9,
11, 13*  16:*25*  17:*20,
21, 24*
**j-e-l**  18:*24*
**Jersey**  7:*12, 18, 19*
177:*19*  269:*4*
**Jerusalem**  8:*7, 10*
**Jewish**  8:*6, 8*  11:*20,
22, 24*  12:*14, 17, 20,
22, 23*  13:*9, 12*  14:*15,
21, 22*  15:*2, 3, 10, 17*
16:*6, 8, 19, 20, 21, 22,
23*  17:*15, 16, 19, 22*
18:*1, 3*
**Jews**  14:*19*
**job**  10:*10*  14:*8, 11*
16:*24*  18:*5*  19:*7, 9*
31:*16*  32:*24*  35:*22*
38:*12*  56:*11*  78:*25*
165:*3*  168:*16*  283:*25*
292:*19*  352:*20*  355:*6*
361:*6*

**jobs** 13:*25* 24:*13* 233:*25*
**Joe** 375:*18*
**jog** 66:*21* 193:*15*
**joint** 10:*12*
**Jon** 32:*6* 235:*8* 238:*16*, *19* 286:*9*, *15*
**JONATHAN** 2:*1* 177:*6* 220:*1*
**Jordan** 324:*23*
**Joshua** 23:*20*
**journalist** 234:*2*
**journalist's** 234:*20*
**Judaic** 9:*24*
**Judge** 85:*12*, *13* 198:7 213:*22*
**judged** 12:*9*
**judges** 335:*5*
**July** 8:*16* 9:*4* 10:*1* 262:*16* 273:*20*, *21* 352:*3* 353:*9*
**jump** 10:*24* 66:*1*, *2* 133:*20* 206:*14* 207:*11*
**jumping** 340:*14*
**June** 3:*1* 9:*4* 115:*20* 121:*7* 134:*5*, *13* 141:*13*, *20* 142:*4*, *5* 143:*23* 144:*14* 181:*2* 195:*1* 199:*22*, *23* 205:*12* 208:*20*, *21* 230:*24* 273:*20*, *21* 276:*3*, *8* 289:*19* 292:*6*, *9* 301:*24* 305:*18* 332:*5* 342:*8* 343:*25* 348:*15* 349:*13* 351:*23* 353:*20*
**junkie** 163:*15*, *17*, *20*
**jury** 46:*16*
**justice** 16:*12* 253:*1*

**< K >**
**Kalina** 253:*24* 254:*2*, *17* 333:*25*
**Karmiel** 15:*12*
**K-a-r-m-i-e-l** 15:*12*
**Kassam** 176:*20* 178:*3* 226:*11*, *13*, *18*,

*20* 290:*20* 349:*3*, *4*, *21* 350:*2*, *25*
**Katz** 10:*11* 11:*25*
**Katzen** 23:*20*
**Kaufman** 1:*1* 392:*1*
**keep** 24:*25* 34:*7*, *7*, *13* 37:*15* 63:*20* 111:*24* 140:*25* 142:*15* 144:*16* 157:*13* 195:*17* 209:*14*, *16*, *17*, *17*, *17* 210:*2* 241:*6*, *6* 245:*11* 293:*24* 304:*1* 308:*25* 351:*14*
**keeping** 288:*4*, *12* 289:*4*, *6*
**keeps** 388:*20*
**Kentucky** 6:*15* 66:*2*
**kept** 33:*10*, *14*, *23*, *24* 34:*2*, *6*, *18*, *20* 35:*9*
**Kevin** 298:*25*
**kids** 165:*4*
**kill** 327:*15*
**killed** 243:*9*
**Kimball** 174:*22* 237:*16*
**kind** 7:*8* 11:*2* 14:*2* 18:*14* 19:*24* 33:*7* 38:*21* 63:*16* 115:*17* 147:*3* 149:*5* 200:*13* 243:*13* 244:*12* 309:*23*
**kindergarten** 6:*24*
**kinds** 379:*17*
**Kingdom** 252:*24* 319:*3* 335:*22* 337:*14*, *23* 338:*4* 344:*5* 349:*6*, *8* 353:*25* 354:*22* 355:*1*, *7* 360:*14*, *21*
**kitchen** 179:*2* 211:*20* 217:*23*, *25* 218:*1*, *24*, *25* 219:*1*, *3*, *4*, *7*, *14* 220:*6* 223:*10* 247:*1*, *2*
**knew** 48:*3* 53:*12* 116:*25* 132:*12* 195:*7* 306:*8*, *9* 351:*10*, *24* 357:*25*

**know** 5:*8*, *17* 7:*7* 9:*1* 12:*10* 16:*1*, *6*, *14*, *21* 17:*17* 19:*11* 20:*1* 21:*18* 23:*5* 28:*16* 29:*21*, *24* 33:*12* 34:*23* 38:*23*, *24* 39:*8* 44:*19* 46:*2*, *10*, *11* 47:*1*, *7*, *23* 48:*9*, *12*, *16*, *24* 49:*8*, *11*, *15*, *17* 54:*23* 59:*10* 65:*17*, *19* 67:*2*, *2* 68:*6* 71:*4* 74:*2* 79:*3*, *3* 81:*1*, *6*, *16* 82:*19*, *21* 86:*24* 87:*2* 92:*7*, *17* 93:*11*, *17* 94:*8* 95:*10*, *13*, *21* 96:*6*, *12* 99:*1*, *8*, *14* 100:*4*, *6* 101:*21* 102:*2* 105:*13* 108:*19*, *23* 110:*24* 112:*19* 113:*1* 116:*3*, *11*, *20*, *23*, *24* 117:*21* 128:*20* 132:*17* 135:*13*, *20* 136:*9*, *16* 137:*18* 139:*7* 140:*12* 142:*8* 144:*1*, *1*, *2*, *2*, *5*, *16* 145:*4* 146:*12* 151:*6*, *9* 152:*4*, *7*, *17*, *19* 153:*12* 154:*22*, *23* 155:*7* 156:*4* 157:*8*, *16* 159:*10* 160:*1*, *15*, *21* 161:*7*, *11*, *14* 162:*3*, *16* 163:*22* 169:*7* 171:*19*, *24* 172:*21* 174:*4*, *25* 175:*15* 176:*4*, *25* 177:*4* 178:*21* 179:*5*, *7* 190:*2* 196:*23*, *24* 197:*24* 198:*1* 199:*12* 202:*11*, *19* 204:*7*, *19* 205:*4* 206:*4* 207:*10*, *20* 210:*9* 214:*5* 216:*25* 222:*5* 225:*17* 230:*7* 231:*12* 232:*7*, *7* 233:*10*, *15*, *22* 234:*8* 237:*25* 238:*13* 239:*2*, *3*, *9*, *10*, *14*, *16* 241:*6* 245:*4*, *22* 246:*4* 247:*17* 252:*11* 254:*5* 257:*9*, *19* 261:*4*, *10* 268:*1*

**Knowing** 177:*18*
**knowledge** 35:*16* 47:*2*, *9*, *10* 49:*25* 71:*8* 81:*20* 145:*1* 164:*19* 218:*19* 230:*17* 233:*16* 234:*18* 275:*24* 276:*11*
**known** 6:*6* 283:*21* 375:*3*
**knows** 49:*3*, *6* 71:*19*

**< L >**
**label** 138:*25* 139:*1*
**lacks** 72:*14*
**laid** 52:*7* 361:*21*
**lane** 376:*9*
**language** 146:*20* 147:*1* 219:*6* 332:*21*
**lap** 180:*17* 182:*17* 211:*10* 277:*11*
**Lara** 112:*16*, *19*, *23*, *25* 113:*2*, *8*, *16* 114:*1* 115:*10* 126:*2* 357:*4*, *8*
**Lara's** 112:*17*
**lastly** 227:*3* 244:*6*

269:*8* 270:*18* 271:*2* 274:*24* 276:*7* 282:*4*, *20*, *21* 284:*15* 287:*21*, *23* 296:*18* 297:*25* 298:*1*, *8* 299:*12* 301:*10* 303:*7* 304:*9* 305:*10*, *12*, *20*, *25* 306:*2*, *5*, *18* 312:*14* 313:*6*, *8* 314:*7* 316:*21* 319:*4* 325:*14* 334:*15*, *23*, *23* 336:*9* 338:*9*, *10*, *16* 339:*2* 340:*5*, *9* 341:*11*, *11*, *23* 343:*5* 348:*16*, *16*, *19* 353:*4*, *5* 355:*17*, *18* 356:*23*, *24* 358:*3* 360:*2* 361:*12*, *14* 363:*13* 364:*21*, *22* 365:*20* 368:*19*, *22* 369:*1*, *14*, *15*, *23* 370:*2*, *5*, *9*, *17* 372:*9* 376:*16*, *18* 377:*11*, *22* 379:*10* 385:*12*

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

late 162:6  179:13
258:25  270:22  303:7
340:4  366:15
launched 95:2
Laura 109:22  110:3,
7, 16, 23, 24  112:12
113:8, 16  115:10, 21
117:8, 17, 23, 25
118:2, 6, 13, 20  119:1,
4, 7  120:5, 8, 9, 12, 13,
24  121:6, 8  122:3, 9,
14  126:2
LAW 1:1  2:1
111:16  114:22
115:16  118:9  120:14
126:19, 21, 23  127:4,
5  128:8  140:6  201:1
216:14  228:16
234:20  248:17
249:24  250:2  262:5
337:22  375:14  381:8
384:3, 7  387:17
390:4  391:16
Lawrence 23:21
laws 222:4, 23  260:20
lawsuit 128:13  132:7
338:2  375:4, 7, 11, 25
lawsuits 199:19
335:25  366:14
lawyer 51:10  53:22
145:15  261:15
266:17  336:21  338:3
369:25  387:15
lawyers 29:14, 15
266:19  267:12
320:10  338:12
341:18
laying 243:15  360:4,
7
layman's 113:23, 25
laymen 15:18
layout 212:11  227:2
LBEEOC 199:6
212:4
Lead 9:18  195:15
256:25
leadership 60:3
leading 354:9
league 15:22  324:18

Leah 124:1, 4, 25
125:2  228:19  248:12
249:12, 18
learn 8:19  307:20
learned 106:25  163:2,
3
learning 88:3  160:12
leave 19:2  182:18
211:22  218:13
223:12
leaves 26:17
leaving 219:13
Lebanon 8:18
lecture 12:14
lecturer 10:13  12:4, 8
lectures 12:4
led 60:21  62:14
63:2, 7  67:8, 11  77:8
113:17  255:24
256:16  269:2, 3
Lee 126:7, 10, 24
127:9  128:14  139:20
380:23, 25  381:2, 3
Lee's 139:22
leeway 345:4
left 111:11, 22
178:24  211:20  218:1,
12  219:11, 13  220:12
222:19  272:7, 11
283:9  376:6, 6, 13
legal 57:23  67:3, 18
89:7, 22  127:15
129:25, 25  132:11
139:25  200:25  201:7,
25  202:1  257:3, 9
259:16  300:21  328:3
339:23  363:4  364:17
369:19  370:1, 6, 22
legalized 177:19, 20
legally 53:20  256:16,
25
legs 109:19
Letter 3:1, 1  29:5, 9,
19  31:13  34:3  36:17,
17, 18  38:17, 20, 22,
25  39:5, 9  56:3, 7, 16,
20, 21  57:3  89:10
90:12  92:20  104:19
114:21, 25  120:23
121:2, 15, 16, 16, 17,

18, 21  141:21, 25
142:1  143:9, 20, 22
144:14, 21  147:2
148:13  149:6  153:25
155:9, 10, 11, 23
156:3, 14, 16, 19
162:10  163:8, 25
181:1  196:2, 2, 7, 11,
15, 18  199:7  209:15,
23, 24  339:3
letters 367:12
level 166:6  223:14
249:8
leveling 13:2
levers 355:11
Levin 243:6
Levy 19:22  20:4, 21
23:20  358:19
Levy's 20:24
Lexington 6:15
Lezion 9:16
L-e-z-i-o-n 9:16
LGBT 375:23
liability 262:12
liaising 169:4
liaison 21:11  169:6
275:6  277:14  283:14,
15  290:12  380:16
liar 313:5  331:2
383:2, 9  384:17
385:2, 3, 5, 7, 8, 10
386:15, 19, 25
liars 382:16  384:25
386:4  387:23
Liberty 2:1  248:18
Libre 168:11
license 158:9  375:14
lie 46:11  183:24
186:24  227:11  236:4,
4  251:19, 24  309:7
lied 183:12, 12, 12, 12,
12, 13, 13, 13  252:5
279:13  290:18, 22
361:22
lies 183:22  185:8
227:15  231:10
251:12, 16  252:9
288:4, 6, 13  289:5, 8,
11  367:21

life 10:23  11:24
108:21, 25  110:5
162:15  243:2  254:19
255:17, 20  256:1, 4,
14  278:7  315:17
375:15  377:13
lift 222:6  304:23
lifted 222:24
light 43:4  236:20
Ligonier 14:18
limit 103:14
limitations 260:16
limited 50:22  198:4
limiting 105:2
line 37:10, 10  103:25
129:20, 22
lines 11:10
link 231:19, 25
linking 232:2
liquor 175:1
LISA 1:1  2:1  4:7
62:21  64:16, 21  65:4,
6  68:19  75:19, 22, 23,
23  100:17  101:23
107:10  118:17, 21, 25
119:5  123:18  139:8,
11  144:11  151:16, 22
154:15  156:21  158:6,
7  159:7  164:15
165:14  167:1, 8, 13
169:19  171:2, 6, 12
173:8, 12, 21  174:18,
21, 23  175:2  176:10
178:5  184:22, 23, 25
186:15  187:10, 15
188:19  189:7, 7, 14
191:5, 12, 15  192:9,
17, 19  193:5, 9  197:5
200:1, 2, 9  203:20
210:25  211:2, 13
215:21  220:23
226:11  233:24  235:6
237:8  239:14, 22
241:15  245:14
251:11  252:10, 13
254:25  256:13, 15, 20
269:6  270:23  272:25
275:7  281:14  283:12
289:17, 18  291:20
293:21  294:25

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

296:*13*  298:*18*
299:*17*  301:*1*, *13*
302:*4*  304:*2*  305:*16*
306:*10*  313:*25*
314:*10*  319:*19*  327:*7*,
*12*, *15*  330:*18*  332:*13*
338:*21*  342:*19*
349:*21*  350:*7*, *16*, *16*,
*25*  351:*9*  353:*17*
358:*14*  359:*8*, *11*, *13*,
*14*, *15*, *17*  363:*20*
366:*20*  372:*18*
380:*10*  385:*3*
**Lisa's**  170:*2*  192:*21*
273:*5*
**list**  23:*18*  33:*8*
36:*20*, *22*  63:*21*, *22*
64:*7*, *8*  201:*22*
213:*24*  214:*17*
244:*22*  254:*8*  310:*1*
334:*5*  385:*1*  386:*13*
**listed**  24:*3*, *7*  37:*8*
132:*7*  139:*18*  204:*21*
205:*14*  224:*8*
**listen**  73:*4*  97:*8*
99:*4*  136:*11*  147:*14*
221:*21*  239:*8*  241:*12*
294:*20*  297:*4*
**listening**  229:*16*
**listing**  63:*19*
**lists**  115:*5*
**litany**  95:*15*
**literally**  254:*5*
**litigate**  367:*22*
**litigated**  266:*20*
**litigation**  68:*6*, *8*, *9*
70:*12*  74:*3*  108:*1*, *5*
186:*22*  282:*23*  330:*6*
335:*20*, *24*  336:*5*, *12*,
*15*  337:*1*, *8*, *11*
340:*25*  359:*8*  360:*4*,
*8*, *10*  363:*9*  365:*15*
366:*13*, *13*  367:*11*
**little**  19:*4*  69:*2*
96:*16*, *17*  97:*9*  112:*6*,
*10*  132:*21*  150:*15*
172:*2*  200:*20*  209:*12*,
*13*  230:*25*  240:*21*
284:*15*  316:*17*, *24*

317:*7*, *18*  318:*8*, *21*
351:*13*
**lives**  252:*15*, *20*
253:*20*  254:*6*, *9*
375:*17*
**living**  179:*2*  219:*5*,
*14*  220:*6*  246:*18*, *19*
247:*2*
**local**  15:*10*
**location**  129:*20*
**lodging**  171:*11*
**log**  31:*23*
**Logan**  178:*18*, *18*
**logic**  218:*13*
**London**  270:*23*
275:*8*, *15*, *16*, *18*, *20*,
*24*  276:*8*, *14*, *21*
301:*2*, *14*, *24*  304:*7*, *8*
319:*18*  349:*10*, *11*
**long**  25:*21*  62:*9*
109:*8*  151:*13*  162:*11*
203:*17*  224:*25*
238:*21*  274:*1*
**longer**  77:*9*  338:*7*
366:*11*  371:*7*
**look**  7:*15*  16:*13*
29:*20*  45:*16*  59:*22*
61:*24*  63:*24*  86:*24*
129:*18*, *20*  130:*20*
131:*9*, *25*  132:*25*
136:*15*, *17*  137:*3*
156:*6*, *24*  162:*23*
164:*25*  165:*3*  195:*9*
199:*25*  200:*1*  201:*23*
206:*19*  213:*21*  217:*3*,
*4*  220:*16*  246:*20*, *21*
248:*24*  257:*18*
259:*10*, *15*  260:*1*
271:*18*  274:*11*
280:*17*  284:*23*
288:*14*  297:*13*
299:*10*  310:*4*  327:*23*
332:*20*  346:*5*  350:*5*,
*5*  351:*15*  357:*19*
383:*19*
**looked**  118:*7*  154:*19*,
*19*  229:*24*  302:*10*
**looking**  59:*1*  102:*1*
114:*22*  127:*12*
143:*12*  189:*1*  204:*12*,

*13*  287:*4*  345:*20*
352:*21*  376:*9*
**looks**  78:*25*  87:*12*
164:*2*  199:*8*, *8*
209:*22*  210:*5*  226:*21*
272:*16*
**Los**  100:*9*  375:*17*
**losing**  354:*9*
**lost**  324:*21*  371:*23*
**lot**  39:*16*  92:*17*
138:*17*  143:*25*  145:*9*
163:*4*  181:*18*, *20*
234:*25*  259:*18*
272:*20*, *21*  274:*7*
310:*3*  371:*7*
**loud**  180:*5*  300:*7*
**lousy**  329:*5*
**love**  135:*22*  145:*9*
257:*23*  287:*21*  354:*3*
**loved**  109:*23*
**Lovitz**  114:*22*
**L-o-v-i-t-z**  114:*22*
**low**  110:*2*
**Lower**  328:*21*
**loyalty**  330:*24*  333:*13*
**luck**  310:*6*
**lump**  69:*3*
**lunch**  136:*4*, *25*
137:*2*, *12*, *14*, *22*  138:*5*
**lunchtime**  136:*3*
**lying**  125:*20*, *21*
132:*19*  180:*23*  181:*5*,
*9*, *10*, *13*, *24*, *25*  182:*1*,
*7*, *10*, *20*  183:*10*
230:*9*  235:*24*, *25*
288:*16*  309:*8*  310:*22*,
*24*  317:*2*, *3*  336:*16*

**< M >**
**Mac**  295:*9*, *10*, *13*, *17*
**magically**  217:*17*
**main**  15:*15*
**Mainen**  2:*1*
**mainline**  15:*23*
**maintain**  89:*1*, *2*, *17*
90:*12*  91:*13*  92:*24*,
*25*  93:*16*  105:*5*, *5*
159:*9*  161:*13*
**maintained**  90:*15*

93:*12*
**maintains**  105:*10*
**making**  36:*14*  86:*1*
128:*9*  161:*17*  186:*24*
**male**  116:*8*
**malingering**  227:*18*
**malpractice**  256:*18*
**man**  157:*14*  179:*11*
231:*16*  241:*21*  243:*6*,
*8*  244:*2*  317:*4*, *16*
318:*25*  324:*15*  356:*2*
**manage**  17:*5*  37:*24*
170:*24*  301:*19*, *20*
305:*5*
**managed**  170:*5*
**management**  14:*1*
17:*1*  50:*20*, *23*  51:*3*,
*24*  52:*5*, *9*, *16*, *20*, *22*
54:*9*  55:*9*, *16*, *18*, *20*
58:*13*  59:*12*, *25*  60:*3*,
*20*  61:*1*  62:*1*, *8*
65:*21*  142:*25*  148:*11*,
*18*, *20*  155:*18*, *20*
160:*6*  163:*5*  169:*8*
283:*22*
**manager**  102:*18*
154:*22*
**managerial**  76:*16*
96:*15*  102:*23*  160:*25*
**managing**  36:*10*
37:*10*, *17*  302:*20*
**Manchester**  304:*5*
**Manhattan**  66:*4*
**manipulated**  387:*17*
**manner**  149:*21*
245:*10*
**man's**  252:*12*
**manual**  269:*22*
**Marc**  2:*1*  41:*8*, *23*,
*25*  95:*11*, *14*  129:*17*
131:*24*  132:*2*  134:*1*,
*4*, *20*  141:*12*, *19*
143:*23*  150:*19*
152:*14*, *15*, *24*  161:*1*
164:*3*  372:*5*
**March**  25:*20*  43:*9*
166:*17*, *21*, *21*, *21*, *21*,
*25*  167:*16*, *22*  169:*17*
244:*23*, *24*, *24*, *24*, *24*
268:*20*, *21*, *25*  272:*11*,

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

*14* 274:*13* 275:*8*
281:*8* 287:*15, 19*
308:*12* 331:*1* 338:*5*
351:*2* 354:*6* 368:*3, 5*
372:*12* 387:*9*
**Margaret** 2:*1* 4:*11*
**marijuana** 177:*14, 16,*
*21, 24*
**mark** 238:*4, 6*
**marked** 199:*6*
**Market** 2:*1, 1, 1*
**marks** 80:*16* 114:*9*
**Marnie** 62:*22* 64:*17,*
*23, 24* 65:*3* 68:*19*
101:*24* 107:*10*
113:*15* 125:*11, 24*
139:*9, 12, 12* 154:*15*
156:*22* 158:*7* 159:*8*
164:*14, 15* 167:*2, 12,*
*13* 169:*2, 3, 15, 25*
171:*2, 6, 12* 174:*17*
176:*17* 198:*2, 3*
237:*15* 245:*23* 269:*4,*
*10* 277:*9* 278:*2, 2*
283:*9* 293:*9* 299:*14,*
*15* 301:*1, 12* 333:*21*
357:*5* 358:*1, 4* 359:*3,*
*9, 14, 15* 361:*6*
363:*16, 21* 366:*20*
372:*17* 381:*1* 385:*7*
**marriages** 375:*15*
**married** 35:*3*
**Maryland** 13:*6*
**Massachusetts** 178:*19*
**masters** 114:*4*
**material** 200:*3*
202:*20* 205:*1* 210:*19*
250:*15*
**Matt** 113:*15* 164:*15,*
*16* 166:*25* 167:*6, 10*
168:*15, 17, 17, 21*
169:*1, 13* 170:*8*
171:*7* 172:*10, 11*
173:*5, 5* 176:*6*
203:*19* 208:*7, 9*
219:*25* 237:*15* 243:*4*
357:*11, 22* 358:*14*
**matter** 4:*6* 88:*2*
96:*16* 122:*20* 139:*23*
145:*15* 155:*1* 160:*10,*

*11* 179:*9* 230:*19*
371:*19, 21* 374:*2*
**matters** 52:*13* 137:*24*
171:*20* 230:*20*
233:*17*
**Matthew** 2:*1* 65:*2*
131:*18* 317:*4* 318:*25*
357:*10*
**Matt's** 169:*25*
**Mayor** 15:*25* 16:*7, 16*
**McClintock** 325:*10*
**McNulty** 62:*21* 68:*18*
69:*18* 71:*11, 14*
72:*25* 73:*4, 9* 75:*3, 6,*
*12, 19* 76:*20* 77:*11*
81:*2* 86:*1, 3* 87:*7*
99:*12* 101:*24* 102:*16*
103:*2* 104:*14, 23*
105:*2, 7* 107:*10*
108:*14, 16, 22* 121:*14*
123:*22* 134:*15*
154:*15* 167:*1* 168:*13,*
*20* 170:*5, 8, 10, 15*
171:*21* 172:*10, 18, 25*
173:*22* 174:*22*
176:*13* 178:*5* 180:*18,*
*20, 24* 181:*5, 17*
182:*11, 15, 16* 186:*17*
187:*10* 193:*11*
194:*12, 25* 195:*24*
197:*5, 11, 24* 198:*5, 6*
200:*10* 201:*11* 203:*4,*
*25* 206:*6, 21* 208:*6,*
*22* 211:*1, 9, 10, 15, 17,*
*18, 19* 212:*11, 13, 18,*
*20* 215:*21* 221:*6, 24*
224:*24* 226:*8, 8*
237:*16* 269:*7* 287:*15*
333:*21* 349:*22* 351:*1,*
*4* 357:*19* 358:*13, 13*
360:*11* 365:*7* 372:*19,*
*23* 373:*1, 5* 385:*5*
**McNulty's** 79:*5, 24*
80:*14, 24* 81:*4* 82:*8*
97:*15, 23* 98:*9* 101:*8*
103:*12* 105:*15, 20*
106:*5* 107:*1* 120:*8*
170:*3* 179:*16* 180:*1*
193:*24* 194:*15* 206:*5,*

*23* 211:*13, 17* 212:*20*
351:*4*
**mean** 6:*23* 11:*23*
20:*11, 17* 24:*1, 16, 17*
32:*9, 22* 35:*21* 39:*20*
41:*17, 21* 55:*21* 60:*5*
66:*13* 67:*13* 88:*7, 9,*
*11, 13* 100:*20, 22*
113:*23* 128:*23* 133:*3*
136:*11* 137:*15, 17*
138:*14, 20* 142:*14, 16*
148:*6* 156:*6* 157:*17*
163:*15* 168:*22*
169:*21* 196:*22*
197:*21* 199:*12* 200:*1*
201:*3* 202:*25* 203:*3*
210:*10, 18* 212:*16*
219:*19* 222:*6* 234:*24*
238:*4* 239:*3* 248:*24*
253:*5* 255:*10* 256:*19*
257:*18* 271:*16*
295:*20* 311:*21*
316:*20, 23* 328:*22*
362:*24, 25* 363:*2*
364:*6* 368:*7* 377:*11*
**meaning** 255:*17*
364:*16*
**means** 128:*24* 162:*3*
220:*12* 270:*7* 313:*6,*
*9* 336:*21* 342:*11*
**meant** 13:*2* 163:*10*
320:*14* 355:*3* 358:*17*
**measures** 243:*21*
**media** 16:*17, 19, 20*
36:*14* 38:*8, 13*
115:*23*
**mediate** 164:*14*
**Medill** 6:*19, 23, 25*
7:*8, 11*
**medium** 59:*21, 24*
**meet** 318:*25* 352:*11*
**meeting** 25:*2, 11, 13,*
*15, 17, 19* 26:*21* 27:*9*
39:*11, 15, 20, 23* 40:*2,*
*3, 5, 8, 11, 15, 17, 23*
41:*4* 42:*6* 43:*8, 16*
44:*22* 45:*5, 8, 13, 24*
46:*1, 3, 8, 10* 47:*15,*
*23* 48:*3, 8, 10, 13, 18,*
*20, 22, 24* 49:*3, 16, 20*

50:*1, 3, 3, 8, 12, 21, 25*
51:*3, 7, 12, 14, 22*
52:*3* 53:*9, 10, 11, 12,*
*13, 15* 54:*6, 7, 8, 10,*
*13, 19, 21, 24* 55:*3, 10,*
*14, 16, 24* 56:*1, 2, 4,*
*18* 57:*16* 58:*15* 59:*8,*
*11* 60:*5, 11, 13, 18*
61:*18* 62:*14, 23* 63:*1,*
*3* 65:*9* 67:*9, 11*
179:*14*
**meetings** 25:*7, 9*
26:*25* 27:*1, 2, 16, 20,*
*23* 36:*13* 38:*5* 39:*17*
60:*22* 64:*9* 171:*15*
246:*23*
**MEF** 19:*12* 21:*18*
28:*19* 32:*5* 35:*23*
50:*6, 7* 61:*17* 115:*12*
118:*8* 134:*15, 16*
139:*4* 142:*19, 24*
144:*8, 12* 145:*3*
164:*13* 171:*16*
174:*23* 198:*3, 5*
237:*19* 239:*5* 240:*19*
243:*3* 245:*3* 252:*4*
255:*1, 3, 3* 269:*15*
277:*1* 278:*17* 282:*3,*
*6* 283:*11* 300:*24*
302:*12* 328:*2* 349:*4,*
*7* 354:*4* 355:*8, 12, 12,*
*14, 17* 357:*24* 358:*5,*
*18* 376:*6, 6, 10* 380:*6,*
*17*
**MEF's** 32:*18* 355:*19*
362:*16*
**member** 8:*24* 9:*3*
21:*15, 16, 23* 22:*2, 3,*
*8, 14* 23:*11* 58:*4*
215:*13*
**members** 50:*5* 61:*16*
224:*20* 240:*19* 245:*2*
269:*14* 284:*14, 14*
**memo** 41:*3, 3* 43:*9*
45:*7, 12, 14, 15, 18, 23*
48:*4, 7* 51:*1* 54:*12*
57:*4* 60:*2, 2* 62:*4*
66:*21, 25* 67:*4*
**memorialized** 70:*11*
114:*21*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

memory 61:*25* 66:*19*, *20* 193:*15* 286:*20* 307:*12* 308:*20*
men 115:*22* 163:*1*
mention 90:*6* 119:*1* 169:*20*, *24* 174:*16*
mentioned 217:*24* 275:*7*
mentions 120:*8*
Mercer 7:*21*
meritorious 262:*11*
Merville 124:*1*, *4*, *25* 125:*2* 248:*13* 249:*12*, *18*
mess 43:*5* 185:*14* 329:*7*, *8* 338:*16*
message 75:*19* 76:*2* 140:*21* 145:*2* 187:*10* 192:*14*, *16* 193:*4* 308:*19*, *22*, *23* 309:*1*, *11*, *14*, *15*, *17* 354:*17*
Messages 3:*1* 74:*5*, *8* 76:*4* 113:*12* 126:*24* 162:*23* 184:*22* 189:*6* 190:*10* 197:*11* 198:*1* 255:*23* 256:*10* 290:*25* 302:*3*, *23* 308:*16*, *17* 309:*25* 333:*8*, *20* 350:*6*, *15* 351:*3*, *4*, *8* 360:*11*, *12*, *20* 381:*8*, *9*
messenger 363:*13*
met 109:*7* 244:*22* 256:*20*
metadata 31:*24* 128:*18*, *23* 129:*11*, *23* 130:*12*, *13*, *14*, *15*, *16* 131:*8*, *9*, *12*, *13* 132:*4*, *8* 133:*5*, *9*, *25* 138:*10* 142:*3* 143:*11*, *17*, *18* 144:*18* 145:*8*, *9*
Meyer 62:*22* 64:*17*, *24* 65:*3* 68:*19* 107:*11* 113:*15* 125:*11*, *24* 139:*3* 145:*15* 154:*16*, *16* 167:*2* 169:*2*, *3* 172:*10* 174:*17* 176:*17* 197:*5*, *11*, *22* 198:*3* 237:*16* 244:*3*

245:*23* 269:*4*, *10* 277:*10* 278:*2*, *2* 283:*9* 293:*10* 299:*14*, *15* 333:*22* 357:*5* 359:*3*, *6*, *9* 360:*11* 361:*6* 363:*17* 372:*18* 373:*5* 381:*1* 385:*7*
Meyer's 169:*15* 197:*7* 198:*3*
Miami 128:*21* 139:*17*
Michael 243:*6*
microphone 214:*23*
MIDDLE 1:*1* 4:*7* 6:*24* 8:*12* 13:*17*, *22* 14:*3*, *6*, *9* 18:*6*, *8*, *12* 19:*2* 20:*7*, *9*, *15*, *17* 21:*8*, *11*, *13* 22:*13* 32:*24* 35:*12* 36:*12* 37:*13*, *20* 39:*24* 48:*6* 53:*3* 56:*23* 57:*25* 61:*11* 66:*7* 70:*4* 76:*4* 77:*10* 87:*25* 95:*3* 100:*5*, *7*, *14*, *15* 110:*23* 111:*1*, *9*, *11*, *15*, *22* 113:*3*, *4*, *10*, *14*, *19* 114:*6* 115:*2*, *4* 120:*23*, *25* 122:*9*, *25* 127:*13* 129:*7*, *14* 130:*18* 131:*17* 160:*7* 163:*1*, *9* 164:*19* 166:*16* 167:*22* 168:*4* 174:*24* 228:*17* 231:*9*, *14* 240:*7* 251:*4* 252:*3*, *10*, *22* 253:*3* 264:*23* 266:*11* 269:*1* 276:*9*, *22* 278:*8* 281:*24* 283:*2*, *5*, *22* 287:*9* 288:*2*, *7* 290:*18* 291:*5*, *21*, *23* 296:*14* 297:*8* 301:*15*, *23* 306:*12* 308:*10* 330:*12*, *15*, *20* 338:*3*, *13* 349:*3* 351:*22* 354:*8* 356:*5*, *8*, *25* 357:*2* 358:*21* 360:*5* 362:*13*, *15* 367:*12* 374:*8* 375:*21* 377:*24* 378:*5* 379:*18* 381:*13*
midlands 304:*4*

milieu 56:*14* 67:*21*
military 242:*13*, *14*
Miller 127:*14*, *24* 128:*11* 129:*21* 131:*19* 135:*14* 139:*18*, *19*, *24* 142:*18* 144:*8*, *23* 145:*2*, *12* 177:*6* 179:*4* 219:*25* 225:*2*
Miller's 127:*22* 128:*17* 132:*7* 144:*18*
million 228:*17* 356:*5*, *7* 387:*19*
millions 367:*12* 381:*7*, *13*, *21*
mind 29:*22* 34:*25* 69:*2*, *6* 112:*5*, *9*, *9* 127:*17* 272:*2* 300:*7*, *10*
mine 161:*18* 230:*12*
minimis 274:*8*
minimum 22:*12*, *18*, *21* 356:*7*
minister 245:*15*, *17*
Ministry 10:*2*
minorities 13:*3*
minute 29:*20* 110:*11* 135:*25* 386:*17*, *22*
minutes 24:*25* 48:*18*, *19* 49:*2*, *15*, *17*, *21* 54:*20* 55:*1* 58:*16* 66:*13*, *15* 85:*18* 130:*25* 135:*21* 136:*12* 198:*13* 262:*1* 385:*20*, *21*
misappropriated 332:*22*, *23*, *23* 349:*2* 351:*9* 355:*13*
mischaracterization 232:*9* 239:*17* 245:*18*
mischaracterized 267:*9*
mischaracterizes 226:*16*, *22*
mischaracterizing 236:*1*
misconduct 126:*3* 147:*4* 385:*19*
miserable 377:*14*

Misgav 15:*12*
M-i-s-g-a-v 15:*13*
Mishcon 338:*4*
misinterpreted 127:*1*
misrepresent 231:*8*
misrepresentation 288:*19* 333:*11* 358:*12*
misrepresented 227:*4* 353:*24* 361:*22* 381:*8*
misrepresenting 378:*10*
missing 10:*17*
mission 390:*3*
mistake 31:*15*, *18* 96:*22*, *23*
mitigate 165:*9* 366:*10*
mitigating 105:*11*
mix 175:*23*
modicum 72:*14*
modified 142:*5*
money 22:*16* 23:*2* 277:*5* 283:*1* 291:*21*, *23* 292:*15*, *17*, *19*, *22* 293:*3*, *9*, *23* 294:*11*, *12*, *12* 295:*17*, *24* 296:*3*, *4*, *5*, *9*, *11*, *16*, *22* 297:*8* 298:*17* 299:*2*, *3*, *7*, *7* 301:*3* 304:*24*, *24* 305:*2*, *4*, *8* 306:*17*, *21* 310:*10* 324:*21* 327:*18*, *21*, *21* 328:*1*, *3*, *7*, *16*, *18*, *25* 329:*10*, *11*, *17*, *23* 330:*5*, *6*, *11*, *14*, *19* 331:*2*, *4*, *7* 332:*3*, *6*, *11*, *14*, *21*, *23* 333:*3*, *3*, *16*, *23* 335:*12* 343:*19* 349:*4*, *12*, *17*, *19* 350:*1*, *17*, *20*, *22* 351:*11* 355:*12*, *14*, *18*, *19* 357:*1* 380:*21*
monies 304:*21*
month 78:*24* 190:*8* 191:*4* 268:*5*, *9*, *19* 273:*5* 274:*5* 283:*17*, *17*
months 121:*24* 164:*9* 191:*15* 240:*11*

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

242:*18* 243:*25* 251:*5*
338:*18* 372:*13*
**morning** 175:*22*
176:*3* 241:*24, 25*
**morphed** 181:*2*
184:*10* 186:*2* 187:*2*
217:*17*
**mother** 352:*9, 13, 24*
353:*1*
**motion** 132:*15*
135:*23* 140:*6* 198:*6*
213:*21*
**motivation** 226:*25*
**motive** 352:*1*
**mountain** 164:*7*
**mouse** 30:*25*
**mouth** 190:*7* 196:*5*
256:*6* 261:*15* 323:*21*
**move** 8:*12, 14* 46:*19*
81:*17* 136:*20* 145:*17*
289:*15* 375:*21*
**moved** 8:*17* 12:*12*
**movement** 291:*13, 15,*
*17*
**movie** 216:*22, 24*
**movies** 97:*4*
**moving** 96:*17* 157:*13*
**multiple** 11:*24* 19:*12*
21:*2, 5, 10, 25* 25:*9*
35:*23* 40:*16* 101:*16*
132:*1* 173:*11* 182:*25*
188:*21* 194:*4* 221:*11*
223:*17* 240:*19, 19, 20*
275:*20* 284:*18* 333:*8*
365:*9* 370:*10*
**murdered** 243:*7*
**murdering** 231:*16*
**Muslim** 242:*5* 375:*8*
**mute** 264:*24*

**< N >**
**NAACP** 15:*22*
**name** 4:*11* 5:*5, 5*
6:*2, 6, 7, 8* 19:*10, 13*
21:*13* 25:*23* 28:*20*
30:*20* 34:*4, 6, 20, 21,*
*21, 24* 35:*9, 16, 23*
36:*1, 4, 4* 63:*5*
112:*17* 117:*25* 119:*4*
127:*18, 22* 128:*18*

131:*18* 132:*7, 12*
142:*1, 21, 23* 143:*14*
144:*18* 177:*7* 237:*23*
254:*1* 291:*15* 296:*7,*
*8* 300:*3, 9* 333:*24*
337:*16, 24* 338:*9, 15*
358:*5, 19* 383:*8*
**named** 36:*1, 2*
112:*23* 119:*23*
121:*12, 12, 13, 14, 15*
142:*19* 176:*20* 177:*7,*
*8* 241:*21* 243:*6, 8*
253:*20* 317:*4* 318:*25*
324:*6, 15, 24* 378:*1, 4*
**names** 30:*6, 7* 119:*21*
177:*2, 4* 254:*9*
278:*16*
**narrow** 71:*18*
**national** 10:*7* 16:*18*
**nature** 57:*19* 69:*25*
70:*22* 77:*23* 87:*7*
96:*19, 19* 97:*13*
100:*3* 104:*24* 105:*7,*
*16* 107:*8, 8* 108:*16*
116:*5* 123:*2, 23*
125:*25* 127:*16* 132:*6*
155:*19, 20* 160:*9, 25*
162:*21* 181:*1* 232:*23*
248:*15* 249:*8* 276:*24*
363:*5, 6, 20* 364:*18*
367:*5* 374:*25*
**natures** 77:*24*
**necessarily** 59:*10*
351:*25*
**necessary** 284:*8*
334:*15*
**necessity** 16:*12*
**need** 43:*2* 69:*2, 4*
76:*8* 92:*8* 98:*23*
99:*1* 110:*11* 116:*10*
122:*14* 137:*15*
151:*18* 152:*21*
157:*18* 165:*10, 12*
170:*25* 171:*1, 13*
190:*1, 1, 2, 7* 217:*2*
241:*17* 265:*18* 285:*4*
286:*18* 297:*24* 304:*9*
307:*9* 310:*1* 312:*14*
313:*18* 314:*7* 319:*4*
327:*25* 328:*23*

334:*22* 352:*16, 24*
353:*3, 11* 364:*21, 21*
381:*15* 391:*16*
**needed** 124:*19*
229:*17, 18*
**needs** 137:*12* 286:*4*
344:*18, 24* 350:*20*
**negative** 227:*1*
256:*14*
**negotiating** 380:*20*
**negotiations** 338:*23*
339:*1*
**negotiator** 380:*22*
**neighborhood** 14:*24*
**neither** 232:*12* 265:*7*
**never** 10:*15* 18:*3*
35:*15, 17* 51:*13, 25*
57:*18* 61:*16* 67:*12*
70:*7* 73:*14* 89:*2, 17*
90:*13* 91:*14* 92:*24*
93:*16* 107:*13, 21*
108:*21* 109:*21, 24*
110:*6, 23* 112:*2, 4, 11,*
*22* 116:*2, 6* 123:*7, 9*
124:*3, 18, 23, 25*
125:*2, 6, 16, 18* 127:*2*
155:*22* 159:*9* 161:*13,*
*18* 162:*3, 8, 9* 180:*15,*
*18, 19* 191:*21* 194:*8*
202:*17* 220:*5* 224:*21*
227:*8, 22* 229:*7*
230:*12* 235:*20, 23*
236:*12* 237:*21, 23*
239:*15* 243:*1* 245:*20*
248:*1, 3, 11* 249:*20*
258:*5* 262:*1* 266:*20*
281:*1, 23* 282:*11*
283:*8* 317:*1, 24*
331:*5* 338:*25* 359:*6,*
*21* 361:*13, 15, 17*
364:*11* 373:*21, 24*
374:*9, 22* 375:*10, 25*
376:*2, 5, 17, 19* 378:*9*
381:*10*
**New** 7:*12, 18* 57:*1*
177:*19* 194:*9* 243:*24*
251:*4* 269:*4* 284:*15*
**Newport** 66:*3*
**news** 22:*13* 132:*21*
258:*6, 14*

**nice** 162:*8* 180:*10*
249:*14*
**nicer** 162:*8* 163:*3*
**Nick** 325:*7*
**night** 157:*15, 17*
170:*12, 13* 172:*3, 9,*
*14, 15, 17, 18* 173:*1*
176:*16* 235:*4* 248:*5*
357:*22*
**nighttime** 379:*11*
**Nile** 242:*11*
**nine** 13:*13* 197:*19,*
*20* 205:*19*
**ninth** 6:*20, 25* 7:*9*
288:*15*
**Nir** 241:*21, 22*
**N-i-r** 241:*21*
**Nitzan** 9:*12*
**N-i-t-z-a-n** 9:*12*
**NJISAA** 7:*17*
**nod** 310:*18*
**nonannouncement**
239:*19*
**nonissue** 130:*11*
**nonlegal** 57:*19* 67:*17*
257:*11*
**nonprofit** 14:*23*
**nonresponsive** 91:*7*
**nonsexual** 160:*10*
374:*14*
**north** 15:*13*
**northeast** 15:*13*
**Notary** 1:*1* 392:*1*
**note** 31:*15* 139:*15*
251:*13* 376:*12*
**noted** 4:*17*
**notes** 48:*18* 61:*24*
63:*17, 25* 392:*1*
**notice** 87:*10* 141:*19*
261:*10*
**notified** 78:*12*
**notify** 76:*12, 14*
**November** 1:*1* 3:*1*
4:*3* 25:*24* 26:*1*
28:*22, 25* 29:*6, 19*
31:*15* 32:*10, 23* 33:*2*
34:*3* 35:*18, 19* 36:*2,*
*3, 18* 37:*1, 16, 22*
38:*1, 6, 11, 20, 22*
39:*6, 6, 11, 16, 21, 22*

40:6, *11*, *24*  45:*9*
47:*14*  48:5  49:*16*
53:*9*, *10*  54:7  55:3
56:*25*  57:6, *16*, *20*
58:*15*  59:*8*, *11*  60:*21*,
*22*  61:5, *15*, *19*  62:*14*,
*20*, *24*  63:*1*  65:*13*, *17*
67:*9*  68:*19*  69:*18*, *21*
70:*12*  71:*1*  73:*8*, *25*
74:*1*, *4*  75:*2*, *11*
76:*25*, *25*  77:*12*
82:*12*  86:*4*  87:*12*, *16*,
*20*  88:5, *6*, *14*, *23*
90:*8*  96:*24*  100:*8*
102:*21*, *22*  103:*16*
104:*22*  107:*3*, *4*, *16*
149:*18*  152:*16*  164:*4*,
*21*  182:*12*  197:*1*
260:*16*  274:*13*
281:*20*, *22*  283:7
284:*1*  287:*14*, *18*
359:*16*  360:*25*  365:*9*
366:5, *5*

**NUMBER**  3:*1*  4:*10*
65:*1*, *2*, *5*  74:7  99:*18*
141:*15*  186:7  195:*20*
204:*21*  210:*17*
217:*23*  220:7, *11*, *14*,
*16*  221:*1*, *20*  222:*19*,
*20*  224:*10*, *15*  225:5,
*9*, *11*  226:*2*, *6*  228:*24*,
*25*  229:*1*, *1*  289:*11*,
*13*  301:5  324:*9*, *12*
356:*2*  364:*20*
**numbered**  255:*1*


< O >
**oath**  5:*14*, *18*  46:6, *9*
63:*19*  266:*1*  274:*21*
309:*4*  312:*4*
**Obama**  231:*21*
**OBIDs**  14:*25*
**object**  72:*13*  215:*16*
216:*3*  236:*13*  280:3
341:*3*  343:*23*  347:*23*
368:*12*, *18*  369:*4*
371:*14*  374:5  381:*22*,
*24*  382:*18*  383:*3*
384:*18*  389:*16*

**objecting**  71:*23*, *24*
72:7, *17*, *22*  216:*8*, *10*
**Objection**  71:*16*
140:*19*  141:*4*  213:*14*
342:*2*, 7  369:*18*
383:*11*  388:*16*  389:*4*,
*20*
**obligation**  5:*19*
**obligations**  351:5
**O'Brien**  107:*11*
139:*3*  154:*16*, *16*
**observed**  68:*4*
**obstruct**  253:*1*
**obtain**  137:*1*
**obtained**  10:*15*
141:*24*
**obvious**  128:*25*
**obviously**  55:*13*
138:*20*
**occasion**  149:*13*
**occasions**  90:*24*, *25*
**occurred**  55:5  57:*15*
60:*21*  103:*13*  186:*13*
371:*17*, *17*
**occurs**  372:*1*
**O'CONNOR**  2:*1*
126:*23*  134:*8*
**October**  10:*3*  64:*17*,
*24*  65:*4*, 7, *8*  94:*24*
134:*13*, *14*  151:*11*
152:*16*  184:*24*
186:*13*, *19*  187:*8*, *11*,
*16*, *17*, *19*, *20*, *21*
188:*13*, *19*  189:*16*
190:*9*, *12*  191:*1*, *2*
193:*3*, *25*  197:*1*
204:*3*  251:*13*, *16*
281:*11*  284:*1*  353:*23*
366:5, *15*  367:*23*
377:7
**offensive**  250:*12*
**offer**  28:*10*  31:*17*
32:*14*  58:*21*  68:*22*
96:*15*  257:*24*  287:*21*
310:*10*
**offered**  165:*11*
310:*17*, *24*
**offering**  81:*21*  372:*2*
**off-hours**  379:*20*

**office**  39:*25*  45:*10*
78:*23*  79:*2*  80:*8*, *20*
100:5, *8*, *15*, *16*  101:5
139:*16*, *17*  269:*13*
270:*15*, *17*, *19*  272:*14*,
*16*, *19*, *20*  273:*17*, *21*
274:7, *9*  295:*9*
**officer**  23:*25*  24:*2*, *20*
28:*23*
**officers**  23:*17*, *18*, *23*
**offices**  160:*14*
**official**  242:7
**officiate**  375:*20*
**Oh**  31:5  52:7  186:*3*
247:*17*  352:*9*  373:*8*
387:*15*
**Ohio**  13:*6*
**Okay**  6:5, *11*, *14*  9:*1*
11:*10*  12:*8*  14:*13*
18:5  19:*7*, *10*  20:*4*
22:5  23:*10*, *14*  28:*8*,
*11*  29:*9*  30:*16*  31:*8*,
*9*  34:*23*  35:*25*  37:*6*
42:*10*, *15*, *18*  47:*1*, *13*
49:*14*  54:*23*, *25*
55:*21*  59:*15*, *19*, *20*
61:*6*, *7*, *12*  62:*2*, *15*,
*19*  63:*8*, *12*, *16*, *19*
64:*18*  65:*1*, *10*  66:5
67:5  74:*1*, *25*  76:*6*
77:*18*  79:*16*, *21*
80:*23*  81:*23*  83:*1*
87:*23*  95:*13*, *16*, *22*
97:*14*, *21*  98:*24*  99:*4*,
*6*, 7  100:*24*  102:5, *10*
104:*2*, *11*  106:*19*
120:*10*  122:*18*, *19*
129:*13*  132:*25*
133:*12*, *13*  134:*3*, *6*,
*11*, *24*  136:*12*, *13*, *24*
137:*10*, *14*  138:*14*, *24*
139:*2*, *2*, *11*, *15*  140:*9*
141:*6*, *15*  142:*2*, *13*
143:*14*  144:*3*, *9*
146:*17*, *25*  147:*10*, *13*,
*19*  148:*6*, *14*, *16*
150:*1*  153:*17*  155:*21*
157:*23*  158:*15*, *24*
159:*6*, *19*  160:*6*, *17*
161:*18*  167:*14*  168:*8*

170:*7*, *12*  171:*2*, *8*, *22*
173:*1*  174:*1*, *12*
176:5  177:*10*  178:*4*
183:*1*  185:*22*  187:*14*,
*16*  188:*19*  189:*3*
190:*25*  191:*8*, *8*
192:*6*, *13*, *23*, *25*
193:*23*  194:*2*, *19*
196:*3*, *10*, *12*, *16*, *18*
198:*10*, *12*, *22*  199:*24*
200:*19*, *20*, *22*  202:*1*,
*4*  203:*2*, 7  204:*11*
206:*7*, *16*, *22*  207:*9*,
*12*  212:*10*  216:*4*
218:5, *14*  219:*17*, *19*
220:*15*, *16*, *18*  221:*1*,
*3*, *8*, *12*  222:*12*, *13*
223:*6*  224:*6*  225:*25*
226:*6*  227:*10*  231:*22*
232:*14*  236:*2*, *16*, *21*
238:*2*, *12*, *16*, *22*, *25*
239:*12*  240:5, *16*, *21*
241:*9*  242:*8*  246:*1*,
*23*  250:*4*  253:*15*, *18*
254:*9*, *24*  257:*21*
258:*14*  263:*25*  264:5,
*7*, *10*  267:*1*  268:*23*
270:*8*  271:*20*  274:*1*
275:*4*, *7*  276:5, *13*, *20*
279:*6*  280:*19*  281:*3*,
*16*  285:5  289:*16*
290:*6*, *14*, *16*  293:*18*
295:5, *6*  296:*16*
297:5  298:*10*, *11*, *11*,
*13*  300:*8*, *10*, *12*
301:*12*  303:*19*  304:*2*,
*16*  307:*4*, *11*  308:*8*
309:*22*  311:*15*
315:*24*  317:*2*  320:*2*,
*4*  323:*12*, *15*, *16*, *24*
326:*20*  331:*14*  335:*9*
338:*14*  339:5  341:5
343:*9*  345:*23*  348:*15*,
*21*  350:*12*  351:*18*
357:*16*  363:*1*  364:*8*,
*23*  367:*3*  370:*17*
373:*18*  384:*25*
**old**  358:5
**once**  22:*13*  27:5
145:*25*  146:*9*, *18*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

184:*13*  211:*19*
262:*16*  270:*24*
287:*18, 19*  362:*16*
**one-on-one**  366:*6*
367:*24*
**ones**  50:*12*  205:*14*
243:*14*  344:*13*  366:*6*
**online**  11:*22, 22*
**open**  129:*17*  238:*2*
**Operation**  9:*18*
**operational**  374:*20*
**operations**  357:*24*
**opinion**  50:*16*  83:*16,*
*21*  89:*7, 22*  110:*3*
223:*25*  255:*12*
**opportunity**  13:*5*
14:*25*  67:*12*  77:*16*
81:*7*  130:*8*  157:*21*
159:*20*  184:*7*  225:*19,*
*22*  227:*23*  232:*18*
251:*8*  360:*10*
**opposite**  247:*5*
**opposition**  371:*1*
**oppress**  227:*24*
**option**  30:*5*
**oral**  250:*20*
**order**  22:*14*  44:*19*
69:*24*  178:*1*  229:*19*
253:*18*  319:*10*
**ordered**  178:*3*
**Ordinance**  148:*23*
**organization**  8:*9*
19:*23*  21:*10*  22:*12*
24:*20*  28:*23*  56:*10,*
*11*  58:*1, 2, 13*  60:*3*
61:*17*  102:*24*  105:*12*
115:*14*  140:*14*
154:*22*  155:*1*  165:*14*
177:*12*  231:*6*  240:*21*
262:*6, 21, 24*  276:*17*
281:*13*  282:*18*  283:*9*
284:*21*  290:*18, 23*
295:*18*  330:*22, 25*
332:*12*  333:*6, 13*
348:*22*  353:*18*
354:*11*  355:*10, 12*
366:*11*  367:*2, 7*
374:*21*  376:*6, 13*
381:*6*  387:*21*  390:*1,*
*4*

**organizations**  17:*4*
114:*5*  160:*6*
**organization's**  135:*9*
354:*18*
**organize**  168:*13*
192:*25*
**organized**  168:*14*
332:*4*  355:*1*
**organizer**  298:*19*
**original**  132:*4, 4*
331:*13*
**originally**  43:*17*  44:*4,*
*22*  45:*5*  188:*1*
283:*24*  354:*16*  355:*1*
**outlandish**  180:*21*
**outline**  188:*7, 8*
**outrageous**  71:*20*
**outreach**  110:*10*
**outset**  349:*1*  351:*7*
**outside**  21:*10*  173:*6*
179:*10*  268:*7*  304:*7*
367:*10*  380:*6*
**outstanding**  351:*5*
**oval**  178:*23*
**overnight**  164:*9*
**overseas**  97:*12*  268:*7*
296:*22*
**oversee**  301:*2*
**overseeing**  277:*2*
**owes**  381:*13, 20*
**Oxford**  177:*10*

**< P >**
**P.C**  2:*1*
**p.m**  44:*17*  69:*11, 14*
83:*5*  85:*23*  87:*17, 19*
96:*25*  110:*9*  138:*4, 7*
139:*25*  198:*15, 20*
236:*24*  237:*6*  264:*16,*
*19*  356:*16, 19, 20*
379:*23*  391:*21, 23*
**PA**  2:*1, 1, 1*  14:*19*
352:*10*
**PACER**  129:*16*
134:*18, 22*  139:*2*
140:*9*
**pack**  295:*10, 13*
**PAGE**  3:*1*  48:*17*
**pages**  203:*17*

**paid**  262:*21, 23*
290:*20*  298:*21*
301:*14*  305:*2*  349:*4*
350:*19, 23*  353:*19*
**Paige**  325:*3*
**pain**  313:*25*
**pale**  380:*1*
**Palestine**  114:*12*
**Palestinian**  114:*2, 8*
**paper**  105:*24*
**paragraph**  78:*22*
116:*13, 13*  158:*10*
159:*16, 17, 18, 24, 24*
263:*22*  265:*9, 13, 15*
**Paragraphs**  217:*7*
265:*17*
**paralegal**  131:*9, 11*
**parallel**  9:*5*  12:*19*
168:*6*
**paraphrasing**  269:*15*
**parentheses**  78:*19*
**Paris**  271:*11*  272:*15*
**parliament**  245:*2*
284:*14*
**part**  9:*15, 22, 25*
12:*25*  13:*14*  15:*2*
62:*25*  119:*5*  151:*7*
154:*24*  156:*21*
168:*16*  200:*18*
201:*24*  202:*1, 1*
219:*4*  223:*9*  227:*15*
233:*24*  238:*6*  239:*4*
240:*5*  243:*12*  265:*21*
281:*20*  282:*3*  283:*3*
290:*11*  292:*4, 19*
307:*1*  319:*19*  323:*9*
332:*9*  333:*9, 9*
341:*15*  349:*22*
391:*14*
**partial**  295:*2, 4, 15*
306:*23*
**participants**  30:*11, 14,*
*22*
**participated**  94:*14*
270:*4, 8, 9*
**participating**  269:*12*
**participation**  355:*2*
**parties**  97:*3*  144:*14*
164:*10*

**partnership**  12:*20*
**Parton**  216:*25*
**parts**  219:*11*  306:*8*
391:*15*
**part's**  240:*4*
**party**  200:*9*  210:*25*
211:*2, 13, 21*  223:*11*
227:*20*  349:*25*
**party's**  5:*5*
**Passover**  272:*12*
**passport**  338:*17*
**paste**  194:*10*
**pasted**  194:*3*
**Patel**  375:*3, 11, 20*
376:*20*
**path**  23:*12*
**Patricia**  62:*21*  68:*18*
69:*17*  71:*14*  72:*24*
73:*4*  76:*20*  86:*1, 3*
87:*7*  98:*9*  101:*8*
103:*1, 12*  104:*14*
123:*21*  167:*1*  170:*2*
176:*13*  178:*5*  192:*8*
193:*7, 8*  200:*10*
211:*3, 9, 10, 12, 15*
363:*21*  365:*7*  366:*20*
372:*18, 19*  385:*5*
**Patriots**  240:*13*
242:*23*
**pattern**  292:*9, 12*
384:*9*
**Paul**  351:*19*
**pay**  57:*3*  165:*4*
281:*17, 19, 25*  282:*6,*
*8, 13, 16, 19*  310:*10,*
*25*  350:*23*  353:*19*
357:*1*  380:*21*
**PayPal**  350:*6*
**PDF**  129:*18, 23*
143:*25*
**Peduto**  15:*25*
**pending**  311:*10*
314:*13*  315:*9*  316:*3,*
*10*  320:*23*  321:*3*
322:*17, 19, 20, 20, 22,*
*24*  335:*25*  339:*7*
340:*20, 24*
**penis**  124:*16*  229:*11*
235:*21*
**Pennsbury**  7:*1, 3*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**Pennsylvania** 1:*1, 1*
4:*10*  7:*2*  13:*7*  14:*16*
131:*17, 21*  135:*11*
140:*3*  144:*13*  148:*22*
194:*1*  234:*20*  307:*6*
369:*16*
**people** 17:*5, 14*  18:*2*
21:*17*  39:*24*  40:*16,*
*21*  50:*24*  55:*1*  61:*9,*
*11, 19*  62:*20, 23*
86:*12*  97:*1*  102:*7, 21*
107:*9*  135:*2*  141:*21*
162:*6, 7*  165:*7*  167:*3*
168:*25*  169:*3*  170:*11,*
*25*  171:*1, 4*  173:*10,*
*15*  175:*10, 11, 12*
176:*9, 11, 14, 18, 22*
177:*1, 3, 13*  178:*17*
190:*24*  201:*11*
212:*23*  222:*3*  226:*23*
227:*2, 16, 17*  228:*18,*
*25*  233:*2*  240:*18*
243:*15*  244:*15, 22*
247:*5*  252:*19, 21*
253:*20*  254:*3, 9*
291:*19*  304:*6, 20*
325:*1*  333:*8, 20*
340:*13*  358:*17*
361:*21*  374:*21*  385:*1*
390:*1*
**people's** 180:*8, 11*
252:*15*  253:*20*  299:*3*
**percent** 28:*17*  32:*15*
61:*25*  122:*17*  123:*20*
233:*22*  245:*25*
280:*16*  295:*15*
304:*14*  312:*8*  387:*19*
**period** 95:*1*  118:*9*
283:*10*  314:*3*  315:*2*
**perjures** 256:*7*
**perjuring** 309:*10*
**perjury** 46:*12, 22, 24*
47:*2, 7, 10*
**permission** 290:*16*
**permitted** 270:*16*
**Perry** 324:*15, 21*
**person** 20:*5*  40:*18*
61:*10*  104:*14*  139:*17*
140:*14, 15*  163:*3*
212:*24, 25*  221:*13, 14*

222:*24*  228:*2, 4*
244:*1*  280:*2*  281:*14*
292:*18*  300:*3, 9*
314:*2*  362:*9, 12, 17,*
*18, 24*  363:*12*  365:*18*
368:*4*  375:*19*  377:*14*
387:*10*  389:*3*
**personal** 96:*18, 18*
144:*25*  150:*22*  166:*4,*
*6*  218:*19*  223:*17*
224:*2*  245:*20*  276:*24*
363:*6*  388:*14*  389:*18*
**personally** 252:*16*
276:*19*
**personnel** 52:*13*
111:*10*  118:*7*  245:*19,*
*20*  269:*20*
**perspective** 370:*4*
**pertaining** 120:*5*
**perturbed** 132:*21*
**ph** 177:*8*  219:*25*
230:*24*  253:*24*
333:*25*  355:*2*  375:*2*
**Philadelphia** 2:*1, 1, 1*
16:*21*  39:*25*  40:*7, 12*
55:*5*  100:*11*  148:*23*
160:*16*  231:*7*  268:*2,*
*7, 24*  269:*13*  270:*12,*
*24, 25*  272:*18, 18*
273:*8*  375:*24*
**Philadelphia's** 45:*10*
**Philly** 139:*16*  273:*7*
**phone** 100:*5, 12*
145:*25*  146:*4*  151:*10*
324:*5, 9, 10*  357:*12,*
*21, 21*  358:*12, 25*
359:*1*  362:*18, 20*
363:*1, 12*  368:*15*
**photo** 338:*17*
**Photograph** 3:*1*
**phrase** 79:*24*
**physical** 222:*14, 21*
244:*17*
**physically** 222:*23*
**physics** 222:*4, 23*
**pick** 180:*16*
**picked** 182:*16*
**picking** 365:*10*
**picture** 140:*1*  319:*12*

**pictures** 178:*17*
244:*19*
**piece** 105:*24*  127:*10*
302:*24*  303:*2*  308:*21*
315:*25, 25*
**pieces** 341:*8*
**pin** 38:*21*
**Pincus** 336:*2*
**Pinsker** 176:*22*
177:*1, 12*  224:*20*
**Pinus** 338:*20*
**Pipes** 2:*1*  19:*18*
20:*22*  21:*6*  23:*19*
29:*2*  32:*23*  33:*1*
40:*21*  51:*13, 17, 18,*
*21, 21, 23*  52:*4, 15*
53:*8, 8, 13, 14, 16, 21,*
*23, 25*  55:*6, 8*  60:*8,*
*25*  61:*6*  65:*11, 18, 19*
67:*22, 25*  68:*12*
73:*10*  75:*4, 12*  76:*1,*
*12, 14, 24*  77:*2, 4*
78:*4, 11*  80:*20, 24*
81:*2, 4*  82:*8*  86:*8*
87:*11*  88:*4, 17*  89:*19,*
*25*  90:*3, 14, 22, 24*
91:*5, 13, 19*  92:*14, 24*
93:*13, 23*  94:*6, 9, 12*
95:*5, 6, 12, 18, 20, 23*
96:*3, 6*  97:*15, 22*
98:*5, 7, 9*  99:*8, 11*
100:*25*  101:*7*  102:*6,*
*10, 14*  104:*16, 21*
105:*15, 18*  107:*13, 22*
108:*8, 12*  111:*15*
127:*13*  131:*18*
145:*24*  147:*3, 8, 16,*
*24*  149:*1, 4, 15, 20*
150:*11*  153:*20*  154:*6,*
*17*  155:*23*  156:*4, 13,*
*15*  158:*13, 14, 16, 19*
159:*4, 6*  160:*8*  161:*5,*
*6, 12, 18, 20, 21, 21*
163:*6, 7*  164:*5, 25*
165:*3*  169:*1*  180:*4*
195:*24*  196:*3, 7, 11,*
*16, 19, 21, 22*  230:*21*
236:*6*  237:*11, 20, 24*
239:*9, 9, 13*  245:*4*
251:*8, 14*  268:*1*

277:*10*  281:*11*  283:*5,*
*23*  293:*12*  354:*16*
358:*13*  359:*13*
361:*15, 19, 20*  362:*1,*
*8, 15*  363:*12, 14, 23,*
*25*  364:*12*  365:*16*
366:*17*  367:*25*  368:*3*
371:*10, 20*  372:*1, 6, 8,*
*13*  373:*19*  374:*9*
**Pipes's** 20:*23*  65:*20*
159:*1*  160:*13*
**Pittsburgh** 10:*10, 12*
11:*4, 6, 6, 13*  12:*6, 12,*
*18, 21*  13:*1, 2, 10*
15:*4, 5, 11, 24*  16:*17,*
*18, 22*  17:*23*  18:*2, 4*
**pizza** 173:*6*  178:*1, 2,*
*3*
**Place** 2:*1*  6:*22*  9:*6,*
*12, 15, 20*  10:*1*  35:*6*
40:*9, 10, 11, 23*  49:*16*
50:*4, 8*  53:*12, 19*
55:*16*  56:*6, 15*  57:*24*
58:*1, 3, 16, 20*  60:*13*
63:*3*  65:*14, 16*  79:*3*
80:*7*  86:*20, 22*  96:*24*
100:*10*  101:*3*  102:*18*
116:*2, 6, 7*  134:*4*
166:*13, 15, 20*  168:*10*
173:*19*  174:*19*
187:*20*  197:*10*
219:*24*  226:*21*  232:*4,*
*21*  240:*10, 15*  244:*5,*
*18*  260:*1, 11*  273:*6, 9*
299:*25*  301:*24*  354:*3*
364:*17*  387:*9*
**placed** 85:*12*
**placement** 224:*17*
**places** 132:*2*
**Plaintiff** 1:*1*  2:*1*
260:*17*  266:*13*
**plan** 75:*20*  184:*25*
240:*8*  354:*7*  381:*4, 5*
**plane** 272:*24*  355:*22*
**planet** 39:*21*  228:*2, 4*
**planned** 172:*5*
**planning** 11:*16*
113:*20*  270:*21*
281:*13*  301:*22*
**plans** 110:*10*  170:*23*

**play** 311:*3, 22*
314:*21* 316:*13* 355:*5*
**played** 178:*13*
230:*21* 312:*1* 315:*3,
10, 13, 19* 316:*15*
**playing** 13:*3* 178:*20*
240:*13* 242:*24* 316:*4*
**pleasantries** 357:*23*
**please** 4:*18* 6:*1, 7*
11:*14* 14:*2, 8* 19:*25*
34:*14* 37:*6* 42:*9*
44:*4* 46:*14* 47:*24*
52:*13* 54:*1* 73:*5*
74:*23* 83:*23* 89:*14*
91:*8, 20, 24* 92:*9*
106:*9* 133:*19, 23*
137:*8* 148:*25* 156:*1*
157:*6, 10* 166:*8*
176:*1* 182:*4* 184:*14*
188:*3* 211:*4* 214:*7*
224:*10* 238:*13* 239:*2*
241:*7* 245:*8* 264:*7*
285:*24* 307:*16*
312:*16* 315:*12*
318:*12* 319:*14* 323:*3*
328:*12, 20* 329:*3, 13*
330:*9* 343:*16* 346:*21*
379:*14* 381:*17* 382:*7*
**plethora** 366:*9*
382:*14*
**PLLC** 2:*1*
**plus** 76:*4* 329:*24, 25*
331:*15* 332:*5* 387:*19*
**point** 19:*1* 37:*15*
114:*18* 179:*12*
217:*19, 21* 251:*18*
265:*9* 302:*5* 307:*19*
308:*5* 311:*7*
**points** 311:*10*
**police** 245:*1* 324:*13*
**policies** 20:*16* 364:*19,
22*
**policy** 14:*15* 15:*3, 20*
16:*4, 6, 8* 20:*6, 8, 10,
14, 18* 52:*12* 95:*3*
166:*20* 354:*18*
364:*16*
**political** 10:*7* 113:*22*
**Politici** 355:*2*

**politics** 11:*17*
**population** 14:*19*
**portfolios** 284:*3*
**portion** 294:*11*
**position** 13:*9, 14*
14:*9* 18:*12* 19:*14, 19,
21* 20:*22, 23, 24, 25*
21:*1, 3, 12* 25:*23, 24*
28:*3* 34:*5* 36:*4*
38:*17* 77:*9* 93:*21*
95:*9* 96:*2* 102:*17*
153:*24* 154:*6, 13, 17*
156:*22, 24* 158:*8*
159:*14* 162:*2* 250:*14*
255:*25* 256:*17, 25*
277:*17* 278:*18, 19*
279:*7* 280:*25* 281:*1,
17* 283:*7, 13* 378:*3*
**positioning** 222:*8*
**positions** 21:*2, 5, 19*
24:*9* 102:*18* 114:*6*
**positive** 96:*16*
**possession** 3:*1* 52:*2*
115:*13* 135:*13*
**possible** 10:*20* 32:*15*
57:*10* 82:*1* 98:*25*
99:*3* 110:*18* 174:*3, 5,
7* 190:*14* 223:*5, 8*
**post** 286:*24*
**Post-Gazette** 16:*17*
**Potemkin** 254:*6*
**potential** 119:*3*
**pound** 332:*22* 343:*20*
344:*10*
**pounds** 297:*11, 22*
298:*8, 14, 15* 301:*7, 8,
9, 13* 307:*25* 308:*3*
329:*24* 331:*8, 13, 19,
25*
**Power** 13:*4* 355:*11*
**Practice** 148:*23*
**practices** 142:*25*
155:*18*
**precautions** 242:*2*
243:*14*
**precipice** 231:*5*
**predates** 252:*9*
**predicate** 20:*2* 69:*23*
78:*25* 82:*22* 93:*3*
248:*3* 249:*20* 310:*15*

**politics** 359:*21* 361:*3* 375:*10*
378:*9* 382:*20*
**predicated** 20:*24*
**pre-discovery** 338:*2*
**prefers** 196:*22*
**premier** 319:*1*
**prep** 7:*15*
**preparation** 81:*10*
132:*14*
**prepare** 360:*4*
**prepared** 254:*13*
**preparing** 128:*15*
**presence** 51:*16* 57:*21*
108:*12* 274:*8* 307:*5*
364:*4, 13* 365:*24*
371:*18* 374:*10*
**Present** 2:*1* 28:*7*
53:*17* 60:*11* 95:*12,
20* 211:*14* 221:*9*
324:*7* 367:*6* 372:*2*
**presentation** 245:*14*
**preserving** 141:*4*
**preside** 375:*13, 14*
**presided** 375:*13, 16*
**president** 21:*13, 15*
23:*19* 154:*25* 231:*21*
281:*13*
**pretend** 192:*6*
**pretty** 7:*9* 169:*8*
179:*21* 226:*10*
255:*17* 372:*15*
**prevent** 253:*2*
**previous** 147:*20*
148:*8* 158:*21* 159:*23*
225:*3* 322:*13*
**previously** 57:*4*
163:*8* 283:*6*
**primarily** 250:*20*
**Princeton** 7:*12*
**printed** 233:*5*
**printout** 309:*12*
**prior** 10:*5* 37:*1, 22*
48:*5* 58:*1* 61:*2*
65:*12, 12* 96:*24*
134:*14* 135:*10*
139:*12* 252:*2* 305:*24*
**prison** 242:*4, 7*
243:*20*
**privacy** 248:*17*
249:*23, 24*

**private** 7:*11* 11:*11*
115:*9* 201:*11* 379:*15*
**privilege** 57:*24* 109:*6*
139:*10, 14* 207:*13*
234:*21* 248:*17, 19*
249:*23* 364:*10, 10, 19*
371:*21*
**privileged** 41:*7, 9, 14,
23* 42:*7* 43:*10* 51:*8,
9* 53:*20, 24* 89:*9*
150:*7* 161:*8, 10, 16*
233:*17, 19*
**privy** 155:*18* 161:*6*
**probably** 11:*19* 12:*9*
26:*22* 55:*17* 65:*17*
67:*15* 81:*15* 87:*19*
88:*22* 98:*4* 99:*15*
100:*12, 23* 101:*2, 3*
107:*3* 113:*7* 114:*25*
135:*12* 136:*2, 3*
137:*4* 142:*17* 161:*6*
162:*22* 173:*8* 180:*19*
193:*14* 210:*19* 233:*8*
250:*17* 272:*24, 25*
273:*1* 297:*11, 13*
306:*9* 313:*4* 328:*10*
351:*3* 361:*23* 377:*7*
**problem** 29:*25* 165:*9*
221:*10* 311:*6*
**problematic** 299:*12*
**problems** 279:*5*
296:*21*
**procedure** 269:*19*
**procedures** 57:*24*
58:*6, 12* 364:*19*
**proceeded** 210:*20*
211:*1*
**proceeding** 300:*23*
**proceedings** 262:*13*
391:*23* 392:*1, 1*
**process** 60:*5* 61:*9*
89:*5* 90:*16* 121:*24*
336:*11, 14*
**procession** 288:*23*
**processions** 288:*17*
**produce** 58:*22*
137:*19* 272:*6* 274:*12*
351:*4*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

produced 29:*13*
135:*6* 186:*23* 189:*6*
197:*11* 198:*2, 5*
producing 29:*16*
product 161:*10*
production 137:*7*
287:*20*
productive 354:*9*
profess 261:*16*
profession 369:*25*
Professional 1:*1*
10:*18* 11:*9* 96:*18*
97:*12* 132:*10* 160:*5*
161:*24* 232:*23* 234:*1*
288:*18* 379:*21* 380:*2,
13* 392:*1*
professionals 15:*19*
program 8:*15* 9:*3*
12:*14*
programs 8:*5* 12:*5*
progression 56:*15*
project 37:*21, 21*
240:*21* 351:*22*
projects 36:*11, 12*
37:*11, 12, 18, 19, 25*
357:*6*
promise 157:*20*
238:*9* 246:*14*
promote 251:*11*
promoted 277:*16, 18,
20, 22, 24* 280:*10*
281:*12*
promotion 280:*15*
pronounce 112:*17*
113:*1*
proof 272:*22* 331:*2*
proper 161:*11* 214:*3*
243:*21* 271:*14*
364:*18*
properties 142:*2*
protected 57:*23*
215:*13*
protection 250:*2*
protestant 15:*23*
protocols 244:*5, 10*
245:*19*
proud 375:*13*
prove 135:*21* 251:*3*
274:*10* 302:*5* 333:*16*
proven 126:*24* 280:*8*

proves 291:*1* 302:*14,
19*
provide 10:*19* 32:*5*
57:*8* 58:*8* 81:*13, 19*
105:*19* 143:*16*
174:*20* 272:*2* 274:*18*
290:*25* 304:*22*
345:*18*
provided 124:*13*
130:*17* 140:*11*
171:*16, 17* 192:*8, 9*
193:*5* 255:*2* 288:*7*
291:*1* 293:*25* 294:*2*
296:*14* 299:*6* 300:*21*
302:*4, 12* 307:*11, 13*
308:*10* 309:*21*
319:*12* 355:*4*
providing 117:*4, 6*
193:*7, 8, 9, 12*
psychiatrist 191:*14*
Public 1:*1* 7:*16, 19*
15:*2, 20* 16:*4* 17:*1*
67:*17* 166:*19* 201:*12*
266:*23* 392:*1*
publisher 21:*8*
Puerto 110:*12*
pull 206:*15* 208:*7*
211:*16* 235:*21* 307:*9*
pulled 140:*8* 182:*15*
pulling 286:*11* 346:*24*
punitive 329:*25*
purely 97:*12*
purity 319:*14, 15*
purple 178:*22*
pursuant 36:*16* 43:*9*
54:*5*
pursue 114:*18*
pursuing 335:*20*
push 113:*20*
put 24:*5* 29:*15*
90:*17* 93:*20* 95:*8*
96:*1* 99:*16* 114:*9*
134:*22* 138:*12*
140:*18* 143:*25*
153:*23* 154:*12, 16*
156:*21, 24* 157:*21*
158:*6, 7* 159:*13*
162:*1* 163:*7, 13*
170:*7* 180:*16* 182:*13,
14, 17* 194:*12, 12, 13*

210:*20* 211:*1* 236:*20*
240:*8* 242:*2* 244:*5*
247:*25* 249:*4, 5*
250:*13* 253:*17*
264:*24* 275:*2* 285:*4,
11* 286:*4, 16* 287:*1, 4*
291:*5* 301:*2* 307:*10*
314:*20* 334:*4* 357:*14,
18* 381:*4, 9* 387:*14*
Putin 252:*12*
putting 49:*24* 196:*4*
326:*7, 10* 332:*15*

< Q >
Qaeda 242:*5*
Qatari 324:*11*
quarterback 348:*9,
12* 368:*24*
Quarterly 21:*9* 36:*13*
37:*13, 20*
quasi-governmental
8:*9*
question 13:*18* 16:*15*
20:*3, 18* 31:*12* 34:*15,
17, 17* 39:*15, 20*
41:*11, 13* 42:*14*
43:*24* 44:*20* 45:*4, 21*
46:*19* 47:*5, 8, 19*
48:*12, 23* 49:*13* 54:*6*
55:*6* 57:*10* 70:*3, 3*
71:*17, 21, 23, 25* 72:*2,
5, 14, 17, 19* 74:*11*
75:*7* 76:*11* 78:*10*
79:*10, 20, 21* 80:*11,
17* 82:*6, 23* 89:*15*
90:*1, 19, 23* 92:*6, 7,
12, 23* 93:*2* 94:*8*
97:*14* 99:*4, 5, 9, 21*
103:*6, 7, 18, 22* 104:*1,
3, 10, 12, 13* 116:*4, 24*
117:*14* 119:*25*
123:*11* 126:*12, 13, 14*
127:*23* 133:*18, 19*
146:*16* 147:*14, 20*
148:*4, 9* 152:*22*
153:*1, 7, 10, 16* 155:*8*
156:*1, 10* 158:*18, 22*
170:*6* 171:*15* 179:*24*
182:*7* 183:*8* 184:*5*
188:*12, 14, 23* 212:*22*

213:*3, 5, 8, 10* 214:*10,
12* 215:*18* 216:*11*
218:*21* 229:*15* 230:*2*
237:*18* 239:*8, 8, 13*
241:*13* 248:*2* 249:*19*
258:*20* 264:*2* 266:*24*
267:*4, 8, 17* 269:*22*
270:*1* 273:*2, 4* 278:*3,
5, 6, 10* 279:*1, 3, 6, 15,
18, 25* 280:*2* 282:*7, 7*
285:*13, 15* 287:*11*
288:*10, 22, 24* 289:*1,
3, 14* 290:*4, 6, 8*
294:*20, 24* 295:*22*
297:*20* 303:*9, 15, 19*
307:*14, 16, 19, 23*
310:*14, 21* 311:*10*
312:*9, 12, 23, 24*
313:*21* 314:*8, 12, 16*
315:*8, 9* 316:*2, 10*
317:*14, 20, 21, 22*
318:*3, 4, 7, 11, 12, 13,
16, 23* 320:*22* 321:*3,
8, 10, 14, 16, 17, 21, 23*
322:*8, 13, 14, 16, 18,
21* 323:*3, 5, 22* 325:*6,
13, 18, 20, 25* 326:*21,
22* 327:*2* 328:*9, 15*
329:*14* 330:*9* 331:*16,
23* 334:*21* 336:*4*
337:*18* 339:*7, 10, 12,
13* 340:*20, 21, 22, 24*
345:*1, 3* 346:*8*
348:*14* 356:*10*
357:*13* 359:*16, 20*
360:*19* 361:*3* 367:*14*
369:*21* 372:*5, 10, 10,
11* 373:*18* 375:*9*
377:*1, 2* 378:*8, 21*
379:*12* 381:*16* 382:*7,
11, 21, 22, 24* 384:*12*
386:*8, 11* 388:*4, 19,
25* 389:*5, 8, 9, 11*
391:*1*
question-answer
133:*17* 258:*18*
questioned 319:*16*
questioning 145:*6, 7*
364:*24*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**questions** 28:*3, 4, 5*
80:*9*  81:*21*  103:*11*
105:*3*  126:*4*  130:*3*
136:*23*  146:*13*
157:*12*  182:*3*  192:*24*
215:*23*  234:*5*  248:*15*
249:*22*  253:*12*
271:*24*  296:*23*  297:*1,*
*3, 5*  312:*20*  338:*12*
374:*20*  387:*8*  391:*5*

**quick** 218:*22*  241:*17,*
*17*

**quickest** 8:*21*

**quickly** 14:*2*  138:*16*
166:*24*  259:*2*

**quieting** 327:*8, 12, 16*

**quit** 351:*23*  377:*14,*
*15*

**quite** 102:*15*  270:*25*
370:*23*  387:*11*

**quotation** 80:*16*
114:*9*

**quote** 88:*13*  112:*8*
188:*17, 17*  308:*18*

**quoted** 148:*13*

**quotes** 116:*6*  293:*20,*
*22*  304:*25*  330:*25*

**quoting** 114:*24*
288:*5, 6, 9*  309:*17*

**< R >**
**racial** 16:*11*
**radio** 373:*17*
**Raheem** 176:*20, 21*
178:*3*  226:*11*  290:*20*
349:*2, 16, 21*  350:*2, 7,*
*16, 17, 18, 20, 21, 25*
352:*21*

**raise** 85:*6*  281:*17, 19*
282:*1, 6, 8, 13, 16, 19*

**raised** 49:*21*  60:*5, 25*
65:*7*  115:*17*

**rally** 270:*22*  291:*4*
299:*22*  300:*15*  301:*2,*
*14, 17, 19, 19, 20, 23*
302:*6, 21*  306:*17, 21*
307:*21*  308:*6*  332:*5,*
*16*  333:*4*  344:*4*
349:*13*  352:*4*  354:*1*

**ran** 12:*5, 13*
**range** 51:*1*  184:*13*
**Raquel** 375:*2*
**rate** 297:*12, 17*  298:*8,*
*9*
**reached** 8:*13*
**reacted** 164:*24*
**read** 29:*23*  34:*14, 16*
36:*8*  44:*3*  45:*18, 23*
47:*5*  49:*2*  54:*20*
81:*7*  87:*3*  89:*14*
122:*14*  153:*6, 8*
158:*12, 24*  164:*4*
200:*11, 23*  201:*2*
207:*6, 7, 19, 19*
210:*11, 12, 13*  258:*8*
260:*14*  265:*12, 17*
267:*2*  313:*16*  318:*7*
323:*3, 5*  328:*6, 6*
341:*25*  343:*6*  347:*4*

**reading** 31:*8*  54:*24*
55:*1*  158:*17*  286:*12*
308:*19*  309:*11, 12*
310:*4*

**ready** 350:*8*

**real** 185:*18, 18*
218:*22*

**realize** 229:*25*  345:*2*

**really** 11:*7*  16:*4*
20:*3*  29:*24*  41:*18*
52:*7*  109:*8*  111:*25*
114:*7*  132:*13, 16, 16*
148:*10*  168:*24*
170:*17*  171:*3*  175:*23*
179:*11*  183:*25*  195:*8*
201:*16*  222:*2*  247:*22*
251:*14*  255:*25*
256:*19*  284:*10*
290:*24*  320:*3*  328:*23*
344:*18, 24*  351:*16*
365:*10*  366:*13*
367:*14, 15*  368:*1, 19*
375:*24*  376:*7*

**reason** 28:*10*  171:*13,*
*20*  175:*8*  212:*8*
213:*19*  222:*15*  223:*7,*
*19*  224:*3, 16*  225:*13*
226:*7*  240:*24*  241:*18*
243:*5*  248:*23*  276:*24*

**reasonable** 374:*3*
377:*14*
**reasons** 64:*8, 13*  67:*7*
165:*25*  218:*18*
223:*17, 24*  224:*8, 9*
225:*20, 21, 23*  226:*25*
234:*25*  276:*18, 24*
**recall** 26:*5*  27:*23*
39:*25*  40:*3, 5*  50:*18*
58:*19*  60:*23, 24*  63:*6*
67:*4*  73:*8, 11, 13*
76:*18*  82:*7, 16*  94:*11*
98:*11, 13*  99:*25*
104:*16*  111:*8*  149:*13,*
*15, 17, 18*  150:*6, 8, 11*
174:*8*  193:*23*  297:*10*
357:*9*  359:*5*
**recategorize** 114:*8*
**receipt** 295:*4, 12*
**receipts** 293:*24*
294:*1, 2, 4, 7, 10, 19,*
*25*  295:*2, 14, 15*
306:*23*
**receive** 33:*1*  163:*25*
251:*5*  281:*17, 25*
282:*5, 13*
**received** 32:*19, 22*
33:*6, 10*  34:*3*  36:*17*
38:*17, 19, 22*  39:*2, 5*
45:*7*  56:*20*  78:*15*
87:*10, 14*  88:*19*
101:*23*  115:*18*  127:*2*
164:*2*  281:*19*  282:*9*
283:*2*  324:*5*  357:*5,*
*21*  361:*18, 20*  372:*23,*
*25*
**receiving** 32:*9, 11, 12,*
*21*  324:*11*
**recess** 69:*12*  85:*21*
138:*5*  198:*18*  264:*17*
356:*17*
**recollect** 189:*17*
**recollecting** 308:*20*
**recollection** 28:*17*
58:*20*  81:*20*  108:*10*
172:*1*  206:*23*  219:*23*
269:*16*  274:*17*

**recommendation**
292:*5*  293:*5, 6, 12*
**recommendations**
293:*14*
**recommended** 293:*3*
305:*8, 11*
**record** 4:*2, 17*  5:*1*
6:*2*  42:*21, 23*  43:*14*
44:*1, 13, 15, 17, 18, 24*
45:*1, 3*  49:*7*  58:*24*
60:*6*  63:*23*  69:*8, 14*
76:*17, 18*  77:*11*  82:*3*
83:*5, 10, 17, 21, 23, 23,*
*24*  84:*4, 7, 8, 11, 13,*
*13, 14, 17, 19, 21, 23,*
*25*  85:*2, 3, 16, 23*
111:*11*  114:*9, 23*
129:*10*  130:*20, 21, 23,*
*24*  131:*25*  135:*22*
137:*5*  138:*4, 7, 22*
139:*21*  140:*8, 19*
146:*8, 10, 11, 14, 16*
149:*17*  157:*22*
164:*17*  177:*5*  185:*17*
198:*15, 20*  201:*12*
202:*14*  212:*3*  214:*8*
219:*20*  236:*24*  237:*1,*
*4, 6*  239:*13*  248:*25*
250:*14*  251:*15, 23*
264:*16, 19, 20*  267:*4,*
*11*  280:*1*  288:*19*
308:*11*  311:*16, 19, 20*
329:*4, 6, 7, 15*  340:*13,*
*15*  353:*9*  356:*14, 16,*
*20*  362:*16*  363:*8*
390:*23*  391:*19, 21*
**recorded** 1:*1*  4:*5*
230:*17, 18*  243:*3*
**recording** 230:*22*
233:*9, 10, 13*  234:*17*
307:*7*  311:*3, 13, 17,*
*24*  314:*22*  324:*5*
**recordings** 355:*4, 5*
**records** 26:*5*  118:*7*
151:*10*  173:*8*  174:*14*
204:*24*  273:*3*  274:*10,*
*11, 12*  297:*13*
**recover** 330:*5*
**recruiters** 7:*14*

redirect 290:*19*
reeling 78:*23* 79:*15*
refer 33:*19* 64:*1, 12*
78:*2, 19, 20* 80:*4*
96:*14* 126:*22* 284:*25*
285:*21* 286:*19, 22*
reference 47:*6*
312:*13, 15*
referenced 122:*4*
references 188:*21*
referencing 86:*17*
referred 80:*24*
130:*15*
referring 39:*18* 79:*8,*
*9, 24* 81:*1* 96:*23*
129:*11* 130:*14, 16*
137:*20* 166:*22*
205:*17* 206:*11*
210:*15* 285:*3, 16*
357:*12* 359:*25* 360:*2,*
*3, 24*
refers 80:*12, 19*
202:*16* 370:*18*
372:*12*
reflect 60:*8*
reflected 66:*14*
164:*17*
reflects 82:*3* 149:*17*
refresh 286:*19*
307:*12*
refugee 114:*2, 8, 17*
refugees 114:*12, 15*
refusing 346:*8, 9*
regard 72:*15* 248:*15*
343:*19*
regarding 50:*25* 51:*2,*
*11* 58:*3, 12* 70:*6, 17,*
*22* 71:*1* 87:*7* 101:*10*
103:*11* 104:*22*
106:*21* 107:*8* 114:*11*
240:*20* 388:*15*
regardless 194:*3*
regards 126:*1*
Regional 7:*20, 22*
Registered 1:*1* 65:*12*
164:*11* 307:*5* 324:*12*
392:*1*
regular 380:*4*
rehired 358:*20*

reimbursed 262:*23*
reimbursement 290:*17*
reiterate 67:*1*
relate 144:*25* 166:*5*
374:*15*
related 34:*20* 57:*19*
75:*4* 102:*20* 104:*13,*
*19* 107:*1* 117:*7, 17,*
*23* 118:*1, 13, 16, 16,*
*20* 119:*3* 120:*24*
122:*8* 135:*6* 136:*16*
151:*25* 249:*22* 276:*9*
301:*22* 367:*20*
relates 42:*1* 61:*9*
81:*21* 87:*6* 96:*8*
102:*13* 106:*5, 11, 18*
107:*9* 120:*9, 12*
121:*8* 185:*24* 224:*14*
233:*24* 239:*6*
Relating 146:*6*
relation 367:*5*
Relations 12:*23*
13:*12* 109:*5* 148:*22*
252:*1*
relationship 124:*6*
184:*23* 235:*18* 249:*7*
305:*23* 345:*8* 352:*7,*
*25* 353:*2*
relationships 14:*21*
16:*17* 96:*18* 354:*10*
relative 278:*17*
relatively 243:*24*
Relativity 134:*24*
135:*2*
release 352:*4* 354:*1*
released 243:*4*
relegate 148:*24*
203:*15* 240:*22*
relegated 28:*4, 6*
149:*5*
relevance 24:*1*
341:*15*
relevant 145:*21*
219:*20, 22* 232:*20*
380:*9*
reliable 344:*3*
relief 14:*23, 23*
relies 93:*3*
rely 41:*10*

remain 84:*3*
remained 36:*5*
remember 21:*20*
25:*17, 19* 26:*22* 28:*1*
31:*17* 32:*9, 20* 33:*9,*
*9, 11, 23* 34:*8, 12, 18*
35:*5, 9* 36:*7* 39:*10,*
*11* 40:*8, 20* 41:*1, 2*
45:*25* 55:*12* 63:*12*
64:*12* 66:*25* 71:*5, 10,*
*14* 72:*24* 75:*17, 18,*
*21* 86:*9, 20, 21* 88:*15,*
*16, 20, 22* 93:*4* 98:*1*
101:*18, 19, 20* 108:*11*
109:*16* 110:*17* 111:*5,*
*11, 21, 21* 112:*17*
113:*6* 115:*6* 121:*6,*
*24* 133:*16* 151:*11*
152:*13* 163:*17, 21*
168:*9* 173:*13, 14, 24*
174:*2, 10* 175:*12, 14*
177:*7* 178:*17* 179:*6,*
*6, 12* 181:*8* 189:*5*
224:*13* 225:*1* 226:*8,*
*21, 22* 227:*1* 232:*5*
268:*3, 10, 14, 18*
269:*3, 6* 293:*17*
300:*4, 5* 338:*15*
362:*3, 6, 10, 19* 363:*3*
367:*25* 372:*20, 24*
373:*3* 376:*7*
remembers 367:*25*
remit 102:*23*
remote 31:*1*
remotely 1:*1*
removed 28:*21, 24*
29:*1, 4* 57:*2* 101:*5*
102:*23* 281:*21*
282:*17* 283:*5* 366:*22*
reneged 165:*15*
rent 165:*5*
renumeration 57:*2*
repeat 45:*6* 179:*23*
182:*4* 213:*7* 307:*16*
362:*22* 381:*16* 382:*8*
384:*12* 388:*19*
rephrase 13:*18* 46:*18*
59:*15* 72:*20* 92:*8, 23*
153:*17* 382:*22*

replete 340:*13* 341:*6*
reply 110:*13* 140:*6*
report 17:*7, 10* 61:*10,*
*11, 12* 74:*13* 165:*20*
166:*3* 169:*7* 251:*22*
333:*6*
reported 61:*17* 73:*10*
75:*3, 8* 168:*20, 22*
170:*10* 370:*20*
380:*24*
Reporter 1:*1* 3:*1*
4:*14, 18* 44:*3* 45:*20*
72:*9* 83:*22* 85:*7*
92:*2* 119:*16* 128:*2*
137:*12* 153:*9* 155:*25*
157:*5, 9* 175:*24*
179:*22* 182:*2* 188:*2*
189:*12* 190:*23*
208:*13, 17* 209:*3*
211:*4* 213:*6* 214:*1, 4,*
*20* 216:*7* 228:*21*
234:*14* 235:*10* 241:*4*
255:*13* 258:*22* 263:*7*
264:*6* 278:*23* 279:*5*
280:*1* 294:*21* 295:*25*
311:*15, 21* 312:*16*
316:*7* 325:*22* 328:*11*
329:*6* 334:*9, 12*
337:*2* 342:*24* 344:*18,*
*21, 24* 346:*14* 347:*18*
362:*21* 373:*10*
376:*25* 378:*16, 23*
381:*15* 382:*6, 10*
386:*5, 10* 388:*6, 18*
390:*19* 392:*1*
Reporting 2:*1* 4:*12,*
*15* 174:*25*
reports 17:*13* 145:*22*
372:*16*
reprehensible 262:*10*
represent 23:*18*
25:*18* 29:*12* 31:*20*
35:*2* 194:*2* 199:*4*
201:*24* 305:*22*
367:*19* 386:*3*
representation 15:*5, 6*
28:*1* 35:*14* 49:*8, 9*
204:*2, 3, 4* 212:*20, 20*
222:*3* 224:*13* 238:*15*
344:*2*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

representations
201:13  221:11  277:8
293:7
representative  351:20
representatives  244:25
represented  35:4
48:19  162:25  202:6
228:15, 18  234:8
260:24  295:16
298:18  299:21
320:16
representing  31:7
32:17  34:9  49:18
219:23  350:20  355:7
reproductive  16:9
Republic  240:9
request  32:2, 2  54:3
137:6
requested  380:16
requesting  31:1
required  311:11
requires  379:13
rescue  8:22, 23
research  142:8
reservations  272:25
reserve  58:21
Reserves  10:3  252:18
reset  133:23
resignation  165:11
resisted  211:16
resource  375:23
resources  354:20
respect  83:7  340:14
369:2, 15, 16
respond  138:21
156:3  164:5  364:11
374:12  382:3, 13
384:21
responded  387:15
respondent  200:8
203:19  210:20, 24
211:1, 8, 11, 16, 18, 21
223:12
responding  54:3
responds  175:2
response  86:17  102:9
114:20  126:22  140:6
156:17  313:15
320:24  366:25

responsibilities  13:25
16:24  19:8, 9  24:8,
21, 24  25:5  28:13
32:24  35:7, 24  36:8,
9, 10, 16, 22, 25  37:8,
22  38:12  56:23  57:1,
2  278:9, 17  279:11
280:8  281:4, 10, 18,
21, 23  282:9, 14
283:6, 8, 16, 24  284:2,
12, 16  290:11  293:1
responsibility  14:14
15:15  17:2  37:16
132:10  169:4  277:11,
12  288:18  292:4
388:13, 14  389:9, 13,
19, 22  390:6, 7
responsible  20:6, 8,
10  128:8  231:16
292:14, 16  356:4, 8
rest  265:14, 19
295:17  314:21
restaurant  168:11
restrictions  38:16
163:6, 7
restroom  85:18  247:4
result  7:14  56:6, 10
60:1  283:12  324:22
330:1  332:7, 12
resulted  262:7
results  54:13  56:4
57:6  95:4  104:25
105:9
resumed  9:5
retaining  336:21
retaliate  368:23, 24
retaliated  373:2
retaliation  199:19
368:4, 7, 9, 14, 17, 22
369:1, 7, 15, 25  370:6,
11, 13, 15, 16, 18
371:10, 13  372:9, 14
374:24
retired  19:7
retiring  281:14
return  172:11  173:3
211:23
returned  28:24  175:9
revealed  186:15

358:13
revealing  387:11
review  49:22  61:9
112:16  113:12  117:3,
7, 15, 22  118:1, 13, 24
120:16, 18, 19  121:1,
19, 22  134:24  251:4,
7, 7, 10  259:19  273:6,
15  282:23  288:9
332:9  360:10
reviewed  48:17
49:17  116:14, 19
117:20, 24  118:3, 5,
15, 20  119:10, 21
120:2, 21, 23  121:5, 6,
7  122:4  143:24
189:6  206:17  256:10
reviewing  146:17
186:22
Reya  338:5
Reynolds  2:1  107:10
Rich  15:25
Rico  110:12  338:20
rides  173:11
ridiculous  71:25
83:2  84:1
RIESER  2:1  208:10
338:10  344:17, 23
Right  11:24  19:19
20:20  26:18  37:14
38:13  45:1  46:10, 12,
23  47:3, 11  48:8
49:23  58:21  59:7, 24
63:23  64:10, 14  65:5,
22  67:15, 18  72:8
73:17  77:20, 21
78:14  80:13  82:5, 25
83:3, 12, 15  84:15, 25
86:15, 17, 18  91:7
92:23  101:9, 17
102:1, 25  103:9, 10,
11, 14, 17, 20  104:3,
12  106:4  112:18
116:20  117:1  119:2
122:15  137:22  138:2
139:6, 13  140:8, 16
141:9, 10, 23  142:21,
22  145:17, 20  149:1,
16  150:14  151:1, 14
155:15  158:14

159:23  160:3  164:1
165:8  167:7, 16
173:19  185:16, 21, 23,
24, 25  186:14  187:12
188:16  192:18  193:5,
17, 22  195:10, 16, 18
196:6  197:16, 17, 18
198:8, 12, 25  199:1, 1
200:6, 12, 17, 17
201:7, 15  202:22
203:9  204:14, 15, 25
208:3  209:8, 23, 23
210:6  212:15  216:11,
21  217:3, 8, 10
220:14, 21, 21  221:25
224:18  225:7  227:21
228:24  231:5  234:6,
12  235:24  236:18
240:12  242:18
243:15, 19  245:12, 22
246:22  247:1, 7
250:2, 4  254:7, 8, 15
259:5, 6  260:3  263:2,
13  270:18  271:18
273:21  275:18
287:24  288:24, 25
289:6, 12, 14  291:3
292:18, 25  294:9, 18
295:7  296:7  300:10
301:8, 9  303:4, 9, 24
304:12  305:18, 25
310:22  315:16
317:24  319:16, 24
320:12  321:3  323:7
325:8, 13  326:10
338:15  339:5, 8
341:21  343:2, 12
347:6, 11, 15  348:20,
23  349:1  350:14
351:24  356:11
357:17  360:1  361:8
363:3  370:4  374:16
376:4  388:2, 7
390:10, 17, 20, 24
391:4, 13
Rishon  9:16
R-i-s-h-o-n  9:16
risk  105:11  366:10
River  242:11
Robert  336:2

**Robinson** 270:*21*
284:*11* 291:*6, 11*
299:*25* 300:*13, 18, 20*
324:*1, 3, 17* 327:*8, 17*
332:*4* 352:*5, 9, 10, 11*
354:*1, 15, 19*
**rogue** 352:*16*
**role** 56:*9, 11* 278:*7*
279:*7* 280:*5, 6*
**roles** 21:*18* 24:*6*
28:*19*
**roll** 179:*8*
**rolling** 179:*6, 9*
**ROMAN** 1:*1* 3:*1, 1,*
*1, 1, 1, 1, 1, 1* 5:*5, 8,*
*12, 13* 6:*3* 23:*21*
24:*16* 29:*17, 17* 30:*8,*
*13, 24* 33:*22* 35:*1, 2,*
*2, 3, 12* 44:*21* 52:*18*
65:*7* 69:*16* 71:*12*
78:*11, 20* 80:*6* 81:*14*
92:*12* 103:*6* 104:*24*
106:*15* 108:*18*
117:*12* 119:*12* 130:*2*
133:*11, 16* 135:*5*
136:*25* 137:*18*
138:*15, 15, 25* 139:*1*
141:*1, 13, 14, 16, 17,*
*19* 142:*11* 144:*10*
145:*18* 149:*21* 155:*3,*
*5* 157:*8, 20* 159:*3*
175:*6, 7* 184:*1* 190:*1,*
*19* 192:*3* 198:*25*
199:*2* 200:*8* 202:*11,*
*18* 203:*3* 204:*6*
205:*3, 15* 210:*14, 24*
211:*1, 8, 11, 16, 22*
212:*5* 213:*4, 12*
217:*5, 8* 218:*8, 21*
221:*23* 222:*19*
223:*12* 224:*4* 226:*2*
228:*1* 229:*15* 230:*2*
231:*13, 23* 234:*3*
235:*15* 237:*8* 247:*23*
250:*1* 253:*8, 10*
258:*2, 9* 260:*14*
261:*1, 5* 262:*18, 22*
263:*24* 265:*4* 266:*2*
269:*21* 278:*22*
279:*20* 284:*25*

287:*24* 288:*3* 289:*17*
290:*2* 291:*3, 20*
294:*14* 299:*2* 301:*5*
302:*8, 11, 18* 303:*8*
307:*3* 313:*14* 314:*12*
316:*2* 317:*7, 15*
319:*4* 320:*15* 321:*13*
322:*1, 6* 323:*1, 23*
326:*1* 329:*2* 330:*4*
336:*16* 339:*7, 20*
346:*7* 353:*4* 356:*22*
357:*20* 360:*16*
364:*10* 366:*24* 367:*6*
371:*11* 378:*7*
**R-o-m-a-n** 5:*6* 6:*4*
**Romano** 4:*6* 5:*7*
**Roman's** 211:*18*
260:*12* 267:*12*
**room** 112:*3* 124:*20,*
*23* 125:*1, 3, 5, 7*
167:*12* 178:*1, 21, 22,*
*25* 179:*2* 182:*19*
203:*21, 22* 211:*20, 22*
218:*1, 2, 7, 11, 12, 13,*
*14* 219:*2, 5, 11, 14, 14,*
*15* 220:*5, 6, 6, 12*
222:*20* 223:*12*
226:*22* 229:*18*
244:*14* 245:*24*
246:*24* 247:*2* 250:*5,*
*10* 269:*7, 8* 364:*8*
**rooms** 218:*2, 4*
247:*11* 274:*21*
**Rose** 377:*22*
**Rosie** 376:*18* 377:*21,*
*23* 378:*4*
**rotting** 243:*19*
**roundtable** 12:*25*
**rub** 378:*12, 19* 379:*1*
**ruin** 42:*20* 390:*3*
**ruined** 252:*15, 20*
253:*19* 254:*9, 19*
255:*8, 16, 20* 256:*4*
315:*17*
**Rule** 288:*18* 334:*5*
**rules** 132:*10* 288:*18*
**rumor** 358:*14* 359:*9,*
*11, 15, 19, 22* 361:*4,*
*14, 17*

**rumors** 359:*4*
**run** 139:*10*
**runs** 139:*16*
**Ryan** 177:*7* 252:*2*
375:*17*

**< S >**
**sabotage** 288:*1*
**salary** 353:*19* 376:*11*
**sanctioned** 262:*16*
**Saraswati** 375:*11*
**sat** 200:*9* 210:*24*
224:*22* 249:*3* 363:*11*
383:*12*
**Saturday** 167:*18*
168:*2*
**save** 44:*20* 46:*14*
**saved** 142:*5*
**saw** 51:*1* 54:*12*
58:*16* 60:*1, 2* 66:*22*
70:*11* 76:*7* 131:*7, 13*
181:*16* 236:*1* 243:*10*
258:*20* 300:*2* 351:*15*
383:*21*
**saying** 7:*15* 16:*7*
37:*2, 5* 43:*25* 48:*2*
49:*8* 52:*15* 58:*11*
61:*4* 66:*24* 67:*10, 11*
68:*9* 75:*20* 77:*19, 20*
86:*12, 18* 96:*13*
102:*2, 2, 7* 103:*4*
106:*12, 13, 14* 107:*22*
116:*20* 118:*19*
131:*23* 135:*16, 18*
143:*13* 144:*6* 148:*5,*
*9* 149:*16, 18* 154:*25*
155:*16* 158:*14* 159:*6*
160:*19, 24* 161:*13, 15*
163:*17, 21* 165:*5, 8*
175:*8* 182:*1, 10*
185:*19* 187:*20* 188:*9,*
*11* 191:*9* 194:*14, 17*
197:*15* 199:*22* 201:*9,*
*18* 202:*8, 21* 214:*5*
218:*15, 17, 17* 221:*5,*
*5, 6* 222:*1* 223:*21*
225:*12* 227:*8* 233:*20*
241:*6* 245:*22* 253:*19*
256:*24* 258:*10, 19*
267:*6* 269:*24* 280:*2*

287:*16* 289:*7, 9, 23*
290:*5* 295:*1* 297:*7*
307:*15* 308:*25* 309:*2,*
*9* 336:*19* 339:*2*
346:*17* 349:*15*
350:*20, 21* 352:*9*
354:*18* 355:*20* 364:*9*
376:*7* 384:*24*
**says** 23:*19* 24:*15*
30:*9, 11, 22* 79:*15*
87:*16, 22, 23* 89:*1*
90:*12* 92:*24* 93:*15,*
*15* 101:*24* 108:*16*
129:*20* 142:*20* 151:*2*
153:*20* 155:*14* 156:*5,*
*6, 6, 8, 9, 10* 157:*24*
160:*18* 161:*23, 25*
174:*25* 181:*6, 18*
193:*24* 197:*1* 200:*8,*
*11* 201:*13* 203:*18, 18*
206:*24* 207:*5* 217:*24*
218:*12* 219:*13*
220:*12, 17* 221:*1, 2, 9,*
*12, 15* 222:*19* 229:*10*
254:*25* 255:*5* 260:*2,*
*2* 267:*1, 2* 310:*22, 24*
315:*16, 17* 331:*1, 2, 5*
350:*16* 359:*15, 17*
**scenario** 11:*15*
**schedule** 170:*17*
380:*5*
**scheme** 351:*9*
**School** 6:*19, 23, 24*
7:*1, 1, 4, 9, 10, 11, 12,*
*13, 16, 17, 19, 20, 22*
8:*1, 8* 9:*14, 23* 10:*11*
12:*3, 7* 216:*14*
**schools** 7:*5*
**Schuyler** 230:*24*
**Sciott** 112:*16, 19, 23*
**S-c-i-o-t-t** 112:*21, 22*
**scope** 105:*3* 107:*25*
**Scorpion** 242:*4*
**Scottish** 304:*4*
**scratch** 139:*20*
**scream** 328:*23*
**screen** 29:*10, 11* 30:*5,*
*10* 138:*12, 23* 141:*18*
146:*21, 22* 198:*25*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

246:*4, 5*  247:*17, 20*
287:*2*  347:*5*  379:*7*
**screened**  145:*13*
**screwed**  227:*20*
**scroll**  29:*21, 21, 23*
**Sderot**  9:*20*
**S-d-e-r-o-t**  9:*20*
**se**  291:*17*
**Sea**  15:*14*
**seal**  238:*2, 11*  240:*5*
**sealed**  238:*7, 8*
**Seasons**  242:*9, 11*
**Seattle**  271:*9*
**Second**  8:*17*  11:*10*
*15:19*  19:*14*  42:*15*
*44:11*  60:*14*  64:*19*
*65:15*  78:*21*  79:*8*
*96:8*  117:*11*  140:*4*
*156:20*  160:*23*  184:*8*
*187:14*  199:*13, 15, 17,*
*18*  218:*14*  221:*22*
*223:9*  224:*6*  236:*20*
*243:8*  244:*13*  245:*5*
*246:21*  251:*11*  257:*8,*
*25*  259:*4, 6, 15*
*265:10*  266:*3, 6, 9*
*271:20*  277:*1*  288:*6*
*295:21*  315:*21*
*345:23*  355:*6*  386:*22*
**secondary**  6:*24*
**seconds**  133:*24*
**secret**  245:*11*
**secretary**  23:*21*
*24:16, 17, 18, 22*
*25:18, 21, 23*  26:*3, 4*
*27:12, 13, 15, 19*  28:*3,*
*8, 14*  277:*15*
**secrets**  238:*1*
**section**  16:*25*  36:*9*
*200:3*  246:*20*
**security**  10:*7*  243:*14,*
*21*  244:*5, 10, 17*
*245:18, 20*
**seder**  272:*12*
**see**  11:*3*  29:*16*
*30:13, 24*  31:*3*  33:*8,*
*8*  35:*5*  39:*8*  48:*7*
*66:13*  67:*14, 14*
*74:17*  75:*25*  101:*4*
*109:19*  114:*12*  115:*1*

122:*1*  130:*21*  131:*10*
*142:1*  150:*10*  151:*10*
*156:7, 7*  159:*1*
*174:15, 15*  183:*16*
*198:7, 21*  199:*1, 2*
*200:3, 8, 13, 16, 19*
*209:15*  210:*7, 14*
*217:2, 6, 8*  219:*9*
*223:3*  232:*20*  234:*4*
*246:2, 3*  247:*22*
*252:13*  253:*7*  256:*8*
*257:23*  258:*15*
*259:12*  260:*7*  261:*3*
*292:8*  301:*14, 17, 18*
*315:25*  336:*7*  346:*15*
*350:8*  351:*3*  390:*8*
**seeing**  66:*25*  67:*4*
*97:4*  130:*12, 19*
*149:5*
**seeking**  89:*22*  353:*18*
**seeks**  163:*20*
**seen**  252:*14, 16, 19*
*350:13*  359:*7, 10*
*387:11*
**sees**  181:*20, 20*
**see-through**  109:*19*
**segmented**  16:*19*
**select**  30:*13*
**self-destructive**  252:*18*
**self-empowerment**
*171:5*
**self-proclivities**  227:*18*
**semester**  12:*2, 10*
**semesters**  12:*9*
**seminar**  269:*2, 11*
*270:4, 9*  273:*9*
**seminary**  8:*7*
**Senator**  16:*2, 2*
**send**  132:*2, 2, 3*
*155:23*  276:*17*
*292:18, 22*  293:*22*
*297:8*
**sending**  134:*25*
*292:17*  305:*8*  367:*11*
**sends**  292:*1*
**senior**  244:*3*  245:*15,*
*16*
**sense**  186:*24*  367:*19*
**sent**  70:*12*  75:*19*
*78:4, 6, 11*  80:*24*

82:*7*  113:*13*  114:*25*
*120:24*  126:*25*
*129:17*  131:*8*  134:*20*
*135:8, 9*  139:*11*
*141:12, 19, 20*  143:*23*
*151:3*  170:*20, 22*
*181:1*  199:*10, 23*
*208:2*  293:*9*  296:*10,*
*16, 21*  299:*7*  301:*1*
*303:25*  304:*2*  339:*3*
*357:19, 20*  374:*13*
*380:20*
**sentence**  92:*13*
*106:16*  157:*24*  158:*1,*
*3, 4, 5, 11, 24*  160:*23,*
*23*  161:*22, 23*  162:*3,*
*4*  163:*11, 13*  223:*10*
*326:17*
**separate**  128:*16*
*144:21*  219:*1*  227:*4*
**separated**  175:*21*
**September**  9:*4*  12:*2,*
*13*  18:*9*  134:*10, 13*
*243:9, 10*  324:*13*
*339:3*  377:*7*
**sergeant**  162:*5*
**series**  57:*20*  77:*23*
**serious**  365:*21*
**seriously**  88:*1*  160:*8,*
*10*  307:*10*  312:*19*
*320:17*
**server**  111:*16*
**service**  8:*23*
**serviceman**  324:*16*
**sessions**  68:*7*  365:*15*
**set**  18:*6*  30:*6*  54:*6*
**SETH**  2:*1*  84:*11*
*144:22*  238:*18*
*344:17, 23*
**seth@dereksmithlaw.c**
**om**  2:*1*
**settlement**  338:*23*
*339:1*
**seven**  10:*16*  56:*25*
*57:14*  58:*17*  67:*7*
*130:25*  173:*15*
*180:25*  182:*25*  183:*4,*
*11, 13, 14*  186:*5, 5, 6,*
*8*  187:*2*  195:*20, 20*
*197:18*  205:*19*

240:*10*  251:*5*  333:*22*
*391:6, 8, 10*
**seven-hour**  379:*23*
**Sevenish**  186:*11*
**severance**  376:*11*
**sex**  125:*16*  148:*15*
*229:19*  235:*19*
*236:11*  248:*12*
*249:15, 17*  250:*20*
*252:6*  260:*2, 2, 3, 4, 4*
*261:13, 13*  265:*20, 21*
*361:7*  385:*15, 25*
**sexual**  86:*2*  96:*19*
*97:16, 23*  98:*10, 21*
*99:11*  101:*8*  102:*3,*
*19*  103:*12*  104:*15*
*105:4*  107:*8*  108:*17,*
*22, 24*  109:*10, 13*
*112:13*  123:*2, 5, 23*
*124:5*  125:*8, 25*
*126:3, 4, 4, 8*  146:*6*
*147:6, 18, 19, 22, 25*
*148:10, 12, 25*  149:*3,*
*23, 24*  155:*19*  159:*8*
*160:5, 9, 25*  161:*24*
*162:9, 20*  165:*20*
*166:4*  201:*25*  211:*12,*
*15*  215:*4, 5, 8, 12, 24*
*228:8*  229:*7, 10, 22*
*230:3*  248:*9*  249:*12*
*250:6, 19*  252:*1*
*258:3, 5, 11*  260:*5, 12,*
*19, 20*  261:*7, 9*  262:*2,*
*3*  265:*8, 8, 22, 23*
*266:2, 12, 16, 21*
*267:3, 18*  269:*2, 5, 10,*
*17*  270:*3, 9*  273:*9*
*352:7*  354:*5*  363:*6*
*365:5*  371:*1*  374:*23*
*380:24*  381:*12, 20*
*382:4, 14*  383:*2, 8, 15,*
*17, 18, 23*  384:*6, 16*
*385:12, 19*  389:*15*
**sexually**  109:*15*
*123:7, 9, 12, 15*
*215:24*  226:*15*
*227:19*  257:*13*
*260:25*
**sgold@discrimlaw.net**

2:*1*

shades 246:*24*

shaking 241:*2*

share 29:*11, 11, 11*
30:*7* 138:*12, 23, 25*
141:*17* 198:*25* 246:*4,
5* 319:*24*

shared 17:*11* 124:*22*

Shargel 18:*20, 21*
19:*1, 8*

S-h-a-r-g-e-l 18:*24*

sharing 30:*10* 146:*22*
239:*11*

sheet 209:*13*

Sheffield 304:*5*

shelf 175:*1*

shelter 247:*4*

Shield 234:*20*

Shikunov 197:*12*

Shikunov's 162:*25*

Shimel 177:*8* 219:*25*

shoes 377:*15*

Shoot 140:*17* 141:*14*

short 16:*24*

shot 247:*17* 311:*23*

shots 247:*20*

show 29:*7* 48:*21*
58:*18* 78:*8* 79:*13*
136:*1* 143:*4, 6* 205:*2,
5* 232:*4* 257:*22*
259:*3* 313:*19* 333:*22*
341:*24* 345:*22* 346:*4*
359:*8*

showed 78:*15* 140:*21*
163:*8* 173:*10* 204:*24*
261:*8* 262:*2* 345:*14*

showing 38:*25* 70:*20*
143:*17* 203:*16*

shows 144:*18* 359:*10*

shroud 251:*24* 252:*9*

Si 324:*6, 9*

S-i 324:*6*

Sid 84:*21*

side 152:*2* 221:*6, 7, 8,
13, 14* 222:*8, 10, 24,
25* 232:*7* 256:*6*

sides 261:*15*

Sidkoff 336:*2* 338:*19*

SIDNEY 2:*1, 1*

71:*22* 134:*8* 150:*22*

sigh 110:*11*

sign 33:*17*

signature 35:*12, 13, 17*

signed 140:*3* 144:*12*
327:*24*

signpost 63:*16*

silence 253:*1, 4*

similar 13:*16* 122:*12*

simple 48:*23* 82:*6*
212:*7* 235:*6*

simply 133:*12*

simulacrum 59:*12, 17,
18*

s-i-m-u-l-a-c-u-r-m
59:*18*

Simultaneous 32:*7*
73:*1* 92:*1* 119:*13*
208:*11* 209:*2, 6*
381:*14* 382:*5, 9*
388:*17* 390:*15*

single 27:*23* 283:*1*
381:*19* 382:*3, 13*
384:*15, 21*

sir 109:*8*

sister 15:*12*

sit 68:*2, 12* 178:*9*
248:*4* 263:*20* 363:*15*
379:*5*

site 115:*8*

sits 21:*10*

Sitting 48:*15, 16*
81:*11* 82:*6* 178:*4*
181:*8* 221:*19* 223:*2*
224:*19, 23, 24* 265:*6*

situation 48:*6, 7*

six 56:*25, 25* 57:*14*
58:*17* 67:*7* 81:*9*
121:*13* 186:*9* 195:*19*
197:*18* 205:*19*
242:*20* 243:*25* 251:*5*
273:*5*

sixth 193:*10*

Skype 269:*13*

sleep 179:*14* 351:*1*

slept 172:*18* 176:*16,
19* 226:*14*

slow 60:*14* 130:*3*
184:*3, 8* 185:*18, 18*
193:*19* 211:*5* 224:*6*

258:*2* 261:*19, 22, 22*
329:*3* 351:*17*

slower 210:*12* 351:*13*

slowly 185:*17*

smile 154:*23*

smiled 154:*18* 162:*19*

SMITH 2:*1* 111:*16*
115:*16* 118:*9* 120:*14*
126:*18, 21* 127:*4, 5*
128:*8* 132:*12* 140:*6*
142:*2, 21, 21, 22*
143:*8, 18* 144:*2, 20*
228:*16* 351:*21* 381:*8*
383:*25* 384:*7*

Smith's 142:*23*

smoke 177:*16, 21*
179:*8*

smoked 177:*15, 24*

smoking 177:*14*
227:*21*

so-called 282:*9*

social 16:*12* 163:*14,
17, 20, 20* 164:*10*

solicitor 338:*1*

somebody 102:*16*
139:*24* 142:*9, 22*
153:*21* 222:*6* 252:*6*
375:*24*

someone's 180:*11*
255:*17*

somewhat 161:*2*
162:*15*

son 231:*17*

soon 332:*22* 333:*5, 7*

sorrow 367:*19*

Sorry 17:*18, 20, 25*
42:*24* 62:*7* 84:*25*
133:*21* 139:*20, 22*
141:*6, 18* 143:*10*
152:*6* 175:*7* 184:*5*
189:*20* 193:*20*
195:*16* 200:*6* 209:*3*
211:*6* 212:*12* 213:*6*
214:*1* 216:*7, 22*
219:*15* 235:*10* 237:*2*
241:*1* 264:*3* 273:*14*
275:*19* 319:*2* 327:*14*
338:*14* 351:*16*
362:*21* 365:*11*

372:*18* 381:*23*
383:*16*

sort 7:*6, 18* 8:*6, 8*
10:*12* 11:*16* 13:*13*
15:*11, 15* 16:*25*
21:*11, 14* 28:*10*
56:*12, 14* 58:*3* 63:*19*
130:*11* 164:*24*
168:*20, 24* 169:*6*

Sotloff 243:*8*

sought 139:*24* 145:*13*

sound 36:*15* 214:*14,
23* 216:*19, 19* 302:*15*
312:*6*

sounds 10:*22* 370:*17*

sources 319:*24*

south 9:*13*

space 6:*11, 11, 12, 12,
13* 241:*21* 244:*17*
246:*18, 19*

speak 53:*14* 96:*7*
107:*15, 17* 145:*10*
146:*18* 147:*16*
243:*16, 18* 244:*18*

speakerphone 85:*14*

speakers 32:*7* 73:*1*
92:*1* 119:*13* 208:*11*
209:*2, 6* 381:*14*
382:*5, 9* 388:*17*
390:*15*

speaking 74:*14*
95:*10* 105:*8* 110:*15,
20* 123:*3* 131:*1*
256:*8* 313:*24* 314:*10*
351:*12* 356:*24*
357:*25* 358:*22*
362:*19*

speaks 154:*1* 244:*2*
256:*5* 261:*15* 384:*10*

Specialist 2:*1* 4:*1, 13*
30:*4, 12, 16, 19, 23*
31:*3* 42:*22* 44:*12, 16*
69:*7, 10, 13* 83:*4*
85:*1, 22* 138:*3, 6*
198:*14, 19, 23* 236:*23*
237:*5* 264:*15, 18*
356:*15, 18* 391:*20*

specific 14:*7* 20:*19,
21* 21:*2* 24:*10* 25:*8*
28:*11* 32:*13* 33:*6, 16*

Deposition of GREGG ROMAN

Lisa Barbounis v. Middle Eastern Forum, et. al.

37:17  38:24  39:13,
21  48:7  50:15  52:13,
14  53:4, 4  54:2, 4
58:21  66:10  68:21
70:5, 19, 22  75:13
76:9, 11  77:12  78:7
82:14, 23  86:4  97:21
98:19, 25  99:2
101:19  102:11  103:4
105:16  106:9, 10, 21
108:11  109:2  111:20
113:6  114:23  119:9,
15  122:19  146:19
148:21  150:5, 10, 12
152:19, 20  153:11, 14
176:24  185:12
190:13, 14, 20  205:25
207:3  217:13  226:1,
5  237:23  248:6
251:2  255:17  282:24
302:19  308:18
345:16  354:17
368:10, 11  372:22
379:14  383:5

**specifically**  11:25
14:16  41:5  52:2
62:20  68:23  73:8
81:4  82:8  91:12
105:17  106:22
107:14, 15, 18  115:5
121:11  131:7  146:19
147:23  150:4  152:10,
12  153:5  162:25
174:8  185:20  205:17
206:23  225:1  269:3,
6  338:15  370:18
372:11  380:16

**specificity**  32:14  53:6
72:15  86:21  101:10
103:2, 23  183:25
345:17

**specifics**  50:25  57:9
150:8, 9  161:19
171:16

**specified**  80:22

**specifity**  121:8

**speculation**  319:22, 23

**speech**  300:23

**spell**  18:23

**spelled**  200:5

**spelling**  31:18

**spend**  262:6  306:17
308:6

**spending**  293:25
333:2, 3

**spent**  226:12  273:24,
24  295:11, 16  307:21

**spiral**  243:11

**spoke**  51:23  52:4
53:9  88:9  99:19
107:4, 13, 19  145:24,
25  146:4  147:12
149:1  150:4  151:9,
11, 20  152:14  160:14
162:18  233:3  236:12
321:11  322:11
326:24  327:4, 6, 9, 11
358:21  359:6  377:6

**spoken**  53:11  88:18
233:12  236:6, 9
365:23

**sponsor**  168:4

**sports**  7:18

**spousal**  109:6

**spread**  227:16
359:19, 22

**spreading**  359:4

**spring**  11:19  12:2

**Stacey**  65:7

**stack**  295:7

**staff**  40:6, 12  50:6, 7
58:4, 13  61:16
237:19, 20, 21  239:19
240:19  242:1  243:18
244:13  269:11, 15
277:17, 19, 23, 25
278:7, 13  279:8, 13
280:5, 7, 10, 25  281:2,
5  282:10, 12  368:1

**stages**  365:10

**staggered**  173:20

**stamp**  87:22  362:2

**stamped**  29:18

**stamps**  29:15

**stand**  76:17

**stands**  42:8  43:15, 20
44:1  76:17  146:8, 11,
11, 14, 16

**start**  6:1  18:7  83:12
90:15  91:23  156:1
165:14  184:24  201:2
203:11  228:13  246:5
248:8  262:18  276:25
302:22  303:1  338:1,
23  342:6  343:25

**started**  5:9  6:25
12:11  53:2  74:3
164:12  177:14  181:1
182:17  184:23  185:8
186:16  189:8  190:9,
10  231:7  241:20
250:24  252:4  253:19
278:21  281:6, 8
300:20, 24  324:11, 19
335:24  336:5, 12, 21
348:25  351:1, 9
352:7  353:17  354:14,
23  355:11  357:22
358:15  359:8, 11, 24
365:10  366:12  368:2
380:17

**starting**  189:15
210:17  240:11
258:17  272:14
336:14  348:15
352:15, 16

**starts**  186:24  344:14
351:11  352:5

**state**  6:1  267:10
269:4

**statement**  105:19
144:14, 22  154:8
193:8, 9  197:3, 7
220:7  258:19  267:9
274:6  307:4, 8
382:24

**statements**  105:21
307:10  308:12

**STATES**  1:1  4:8
177:20  240:7  319:2,
2  334:8, 21  335:21
354:16  379:25

**statute**  260:15

**statutes**  148:21

**stay**  83:17  84:13
171:9, 11, 12  226:13
240:15  242:9  244:11
247:9, 10

**stayed**  35:24  173:16,
16  240:15  246:6
268:13

**stealing**  111:14
113:19  115:4

**Stein**  66:7

**stenographer**  34:14
47:5  130:24  241:2
307:16  323:2, 7
329:3  340:15

**stenographer's**  351:16

**stenographic**  4:17
42:21  222:3

**stenographically**
311:24

**step**  355:11, 11

**steps**  60:4, 8

**stern**  102:20

**Steve**  19:22  20:4, 21,
24  23:19  177:8
219:25

**Steven**  243:8  325:3

**stole**  335:11

**stolen**  327:22  330:12,
14, 19  332:6  333:16,
23  343:19

**stop**  58:9  71:12
74:23  82:2, 5  83:1
130:3  158:25  190:19
217:1  253:12, 17
263:11  264:7  280:20
285:11  295:20, 24
309:10  312:19
313:14  315:20
316:13  320:15, 17
326:8, 12  328:15
336:16, 19  343:15
346:21, 24  347:1
388:21  389:1

**stopped**  9:11  10:6, 9
111:19  333:7  353:9

**stored**  120:13

**stories**  78:1  124:22
183:11, 15  205:10
227:5  229:20  235:19
236:11  353:13

**story**  78:2  124:20, 24
152:2  181:2  183:23
184:10, 11, 12, 16, 18
185:20  186:1, 4, 20,

*22* 187:*1*, *6*, *24*  191:*7*, *12*, *16*, *16*  192:*21*, *22*  194:*5*, *21*  195:*7*  197:*15*  203:*9*, *12*  229:*19*  230:*6*, *12*, *14*  231:*10*  233:*23*  234:*11*, *13*  242:*1*  245:*21*  353:*10*  358:*23*  373:*9*
**straight**  222:*18*  292:*2*
**strategy**  11:*17*  68:*6*  122:*24*  365:*15*  366:*13*, *14*  367:*13*, *14*
**Street**  2:*1*, *1*, *1*
**strength**  222:*11*
**strike**  23:*16*  38:*18*  267:*24*  306:*15*  367:*17*
**structure**  19:*15*, *18*  169:*8*
**structures**  14:*1*
**student**  114:*4*
**students**  177:*11*  178:*13*
**studied**  6:*22*
**studies**  9:*6*, *11*, *19*, *24*  10:*8*, *11*
**study**  8:*14*
**studying**  10:*6*, *9*
**stuff**  7:*24*  44:*3*  138:*17*  140:*9*  142:*11*  259:*16*  310:*3*  355:*19*
**style**  50:*20*, *23*  51:*3*, *24*  52:*5*, *9*, *16*, *20*, *22*  54:*9*  55:*9*, *16*, *18*, *20*  59:*25*  60:*20*  61:*1*  65:*21*  96:*15*  163:*5*
**subject**  5:*25*  65:*9*  66:*8*  104:*1*  125:*8*  129:*19*  132:*15*  215:*3*, *7*  238:*1*, *7*  243:*13*  245:*13*  381:*3*
**subjected**  215:*4*, *14*  279:*13*
**submit**  137:*6*  175:*5*
**subordinates**  97:*2*
**subsequent**  56:*21*  102:*18*
**Sudan**  114:*3*

**sudden**  78:*23*  79:*16*, *18*  80:*4*, *20*  164:*8*  217:*16*
**sue**  209:*23*, *24*
**sued**  256:*17*, *23*  257:*1*, *2*, *7*, *7*  262:*11*
**suggest**  136:*14*  195:*22*, *25*  201:*3*  232:*17*
**suggested**  277:*5*  287:*13*  304:*22*  366:*22*
**suggestion**  299:*17*  357:*5*
**Suite**  2:*1*, *1*, *1*
**sum**  294:*11*
**summer**  357:*6*
**Superbowl**  240:*13*  242:*23*
**supervising**  144:*23*
**supervisor**  55:*19*  169:*21*  357:*8*
**supplemental**  251:*22*
**support**  299:*22*
**supported**  354:*16*
**supposed**  36:*24*  40:*9*  87:*9*  171:*11*, *24*
**Sure**  6:*8*  7:*25*, *25*  8:*2*  10:*22*  11:*1*  16:*5*  22:*3*  24:*12*  25:*10*  28:*11*  29:*8*  31:*14*  33:*18*  35:*1*  39:*17*  55:*4*, *23*  59:*2*, *5*  60:*16*  64:*11*, *11*, *16*  67:*24*  68:*11*  69:*9*  74:*24*  79:*22*  90:*2*  99:*23*  103:*8*  106:*17*  122:*2*  130:*5*, *5*, *10*  134:*9*  137:*23*  138:*19*, *23*  140:*7*  142:*16*  145:*19*  146:*22*  147:*15*  150:*17*  159:*22*  173:*8*  177:*6*  183:*9*  184:*15*  193:*1*  217:*23*  218:*3*  224:*7*  233:*22*  235:*16*  241:*14*  249:*2*  251:*9*  253:*13*, *16*  254:*10*, *13*  258:*24*  259:*1*  268:*1*  270:*19*  287:*1*  292:*2*

297:*2*, *2*, *12*  302:*22*  303:*14*, *22*  304:*19*  308:*2*  311:*7*, *14*  326:*23*  330:*10*  334:*15*  342:*6*  350:*22*  357:*3*  364:*18*, *20*  376:*15*, *22*  377:*4*, *9*  380:*3*  384:*13*
**surreptitiously**  233:*1*
**surrounded**  224:*20*
**surrounding**  121:*17*, *18*  285:*20*, *22*
**Susuni**  2:*1*  4:*11*
**Swazetti**  375:*2*
**swear**  4:*19*
**SWORN**  4:*22*
**system**  32:*4*  114:*17*  131:*22*  132:*3*  133:*6*  134:*21*, *23*  135:*11*, *12*
**systems**  355:*8*, *10*
**Szott**  112:*24*, *25*  113:*16*  114:*1*, *12*, *20*  126:*2*  357:*4*
**S-z-o-t-t**  112:*24*  113:*2*

**< T >**
**table**  127:*23*  178:*22*, *24*, *25*  224:*20*
**taglines**  373:*17*
**take**  10:*10*  23:*13*  29:*20*  30:*24*  31:*4*, *10*  37:*10*  40:*9*  41:*16*  43:*1*  58:*2*  85:*17*  97:*2*  112:*1*  114:*16*  115:*7*  124:*16*  135:*20*  136:*4*, *19*, *25*  137:*13*, *16*  166:*13*, *15*  185:*16*  190:*23*  195:*9*  198:*9*, *13*  199:*25*  210:*12*  217:*21*  225:*22*  227:*24*  228:*10*, *12*, *14*  230:*5*  237:*8*, *12*  238:*14*  239:*24*  240:*9*  243:*14*, *21*  249:*7*  253:*3*  264:*3*, *4*, *4*, *11*, *13*, *14*  271:*12*  294:*12*  302:*16*  323:*20*  328:*11*  338:*1*  340:*4*, *7*, *10*, *16*, *17*  341:*17*, *20*  350:*22*  356:*12*

376:*8*  389:*8*, *13*, *18*, *22*  390:*6*, *8*
**taken**  1:*1*  69:*12*  85:*21*  116:*7*  134:*24*  138:*5*  198:*18*  225:*3*  242:*6*  264:*17*  331:*11*  356:*17*  370:*19*, *25*  392:*1*
**takes**  87:*25*  160:*7*
**talk**  11:*2*, *2*  19:*9*  35:*25*  41:*22*  42:*5*, *6*  51:*6*, *22*  55:*7*, *24*  56:*1*  63:*13*  67:*25*  87:*9*  88:*4*, *13*  99:*7*  130:*12*  138:*17*  142:*17*  147:*10*  148:*19*, *20*  149:*9*, *11*  150:*15*  151:*8*  152:*18*  153:*10*  161:*20*  163:*23*  183:*20*  184:*13*  214:*7*  220:*24*  235:*3*  238:*20*  241:*7*  245:*5*  258:*23*  262:*20*  300:*7*  310:*7*  348:*18*  362:*8*, *12*, *17*, *18*, *24*  368:*4*, *8*  371:*10*  372:*8*, *13*, *21*  373:*19*, *23*  377:*18*
**talked**  51:*13*  54:*5*  76:*15*  86:*17*  94:*6*, *9*  99:*11*  145:*1*  146:*20*  150:*12*  151:*19*, *23*, *24*  153:*4*  161:*9*, *18*, *19*  163:*23*  227:*3*  278:*15*, *15*  317:*6*  361:*15*  363:*12*  364:*1*
**talking**  14:*22*, *23*  20:*14*  22:*1*  31:*13*, *19*  32:*13*  38:*12*  52:*11*, *11*, *12*, *12*  53:*7*  55:*1*  59:*4*, *6*  60:*17*  61:*3*  62:*9*, *11*, *12*, *15*, *17*, *19*  66:*15*  68:*5*, *6*, *7*, *8*, *9*, *24*  72:*11*  73:*25*  76:*6*, *9*, *19*  77:*18*  79:*13*, *18*  82:*2*, *5*, *10*  86:*25*  88:*10*, *17*, *21*  90:*5*, *11*, *11*  92:*3*  96:*9*, *10*  101:*6*  102:*25*  103:*10*, *15*  112:*20*  115:*22*

119:*17*  127:*14*  128:*3*
130:*9*  132:*23*  136:*1,*
*6*  137:*25*  138:*10*
142:*3*  145:*23*  147:*23*
150:*9, 19*  155:*8*
175:*25*  182:*3, 9*
184:*24*  185:*5, 20, 23*
190:*24*  191:*18*  192:*2,*
*5*  201:*23*  204:*7*
205:*13, 25*  206:*4, 15*
207:*8, 10, 21, 22*
209:*4, 10*  210:*10*
220:*25*  221:*12*
226:*17, 18, 19*  230:*13*
241:*5*  242:*19, 21*
245:*16*  247:*3*  248:*8*
253:*8*  257:*17*  262:*19*
270:*3*  275:*22*  282:*25*
287:*17, 23, 25*  298:*24*
302:*19*  304:*12, 14, 18,*
*23*  305:*14, 15, 16*
307:*7*  308:*14, 15, 16*
316:*3, 13*  317:*4*
318:*2*  323:*9, 15*
328:*18, 25*  329:*10, 17,*
*23*  330:*7, 8*  331:*4, 7*
337:*5*  342:*4*  347:*25*
349:*13*  352:*17*  358:*9*
359:*18*  361:*1, 14*
365:*13, 14, 15*  366:*8,*
*12, 13*  368:*20*  369:*11,*
*11*  370:*1*  372:*4*
378:*10*  389:*2*
**talks**  55:*19*  175:*3*
357:*21*
**tamper**  252:*25*
**tampering**  319:*20*
**tape**  124:*10, 14*
230:*20*  232:*4*  233:*1*
234:*10*  316:*4*
**task**  380:*9*
**taught**  11:*6*
**Tavern**  230:*24*
**tax**  14:*23*
**teach**  145:*8*
**teaching**  11:*13*
216:*13*
**team**  304:*25*  305:*1*
368:*25*

**technical**  5:*1*
**technological**  66:*10*
**technology**  66:*9*
**Telegraphic**  16:*20*
**telephone**  36:*14*  38:*6*
101:*1*  357:*9*  366:*18*
**tell**  5:*19*  7:*25*  11:*12*
14:*10*  18:*5*  25:*18*
29:*3*  37:*21*  40:*9, 13,*
*18*  46:*7*  51:*5*  52:*15*
54:*18*  70:*24*  71:*13*
72:*23*  76:*9, 24*  77:*3,*
*5*  89:*18*  90:*22*  93:*1,*
*5, 9*  94:*13*  99:*19*
102:*15*  105:*24*  108:*9,*
*20*  109:*22, 25*  110:*8*
111:*25*  112:*5*  115:*21*
119:*9, 20*  120:*2, 6*
121:*9*  122:*5*  124:*14*
125:*13, 14, 15*  136:*7*
137:*16*  141:*23*
145:*16*  150:*9*  156:*13,*
*15*  167:*17*  170:*13*
180:*13*  183:*14, 23*
184:*19*  190:*4*  199:*14*
206:*10*  207:*6*  213:*17,*
*20*  224:*10*  225:*22*
232:*13*  235:*17*
237:*11*  239:*24*
241:*16*  245:*23*
257:*16*  261:*18, 20, 23*
263:*3*  264:*22*  299:*11*
303:*4, 12*  304:*13*
305:*19*  316:*22, 24*
317:*18*  318:*9, 22*
341:*18, 18*  343:*9*
345:*19*  346:*10*
347:*15, 16*  351:*7*
353:*10*  370:*8, 9*
372:*25*  373:*6*
**telling**  16:*16*  54:*4*
90:*20*  91:*4, 4*  107:*5*
116:*23*  117:*19*  144:*4*
205:*8*  227:*11*  245:*12*
251:*16*  261:*3*  325:*9,*
*11, 14*  326:*3*  350:*18*
365:*20*
**Tells**  142:*3, 4*  197:*5*
201:*19*

**ten**  101:*3*  193:*17*
205:*19, 20, 21, 22*
228:*9*  254:*3*  274:*2*
**ten-minute**  69:*6*
**tens**  277:*3*  292:*6*
331:*8*
**tenth**  7:*13*  288:*16*
**tenure**  251:*6*
**term**  33:*1*  67:*3*
257:*9, 11*  380:*3*
**termination**  120:*25*
**terms**  28:*19*  33:*2*
47:*6*  77:*11*  97:*7*
113:*24, 25*  224:*16*
234:*21*  237:*21*
245:*13*  248:*14*  313:*3*
332:*24*
**test**  66:*23, 24*  187:*22*
188:*5*
**TESTIFIED**  4:*23*
57:*15*  181:*5*  184:*9*
186:*1*  189:*15*  203:*19*
307:*2*  339:*16*  341:*2,*
*13*  343:*18*  344:*20*
348:*1*
**testify**  149:*14*  181:*19*
220:*2, 2, 4, 4, 5*
319:*17*  345:*16*
350:*10*
**testifying**  54:*11, 12*
193:*11*  235:*9*  312:*3*
338:*7*  350:*12*
**testimony**  5:*15*  35:*10*
53:*8*  54:*8*  60:*7*
79:*23*  80:*12*  104:*18,*
*20*  160:*13*  185:*1*
190:*18, 22*  191:*6*
192:*17, 19*  193:*1, 6, 7,*
*8, 12*  219:*20*  252:*5,*
*25*  256:*6*  274:*20*
294:*8*  298:*4*  306:*25*
310:*11, 25*  317:*25*
319:*15*  333:*19*
352:*14*  354:*2*  360:*7,*
*9*  392:*1*
**Texas**  360:*15*
**Text**  3:*1*  75:*19*
126:*24*  140:*21*  145:*2*
162:*23*  184:*21*
187:*10, 15*  189:*5*

190:*10*  192:*14, 16*
193:*4*  197:*10*  198:*1*
200:*16*  256:*8*  290:*25*
302:*3, 22*  308:*16, 17,*
*19, 22, 23*  309:*1, 11,*
*14, 15, 17, 25*  333:*20*
350:*6, 15*  351:*3, 4, 8*
360:*20*  381:*8, 9*
**texted**  188:*18*
**textual**  251:*15*
**Thank**  31:*9*  81:*23*
83:*3*  85:*20*  145:*18*
146:*25*  159:*22*  175:*7*
198:*16*  208:*17*
216:*15*  238:*18*  298:*3,*
*12*  307:*25*  308:*1*
310:*2*  311:*11*  316:*13,*
*18, 25*  317:*10, 19*
318:*9, 23*  320:*3*
331:*14, 17*  335:*4, 8*
348:*20*  356:*13*
391:*17*
**thanking**  376:*14*
**theft**  122:*9*
**theme**  7:*7*
**thief**  331:*3*
**thigh**  211:*9*
**thing**  42:*21*  43:*4*
62:*3, 9, 16*  64:*15, 19*
68:*15*  75:*16, 18, 21*
77:*20*  93:*15*  127:*9*
141:*23*  144:*12*
169:*22*  183:*2, 6*
185:*12*  192:*2, 5*
203:*23*  209:*12*
221:*10*  222:*15*
252:*13*  280:*13*  305:*6*
310:*18*  311:*25*
340:*12*  345:*22*  346:*4*
373:*8*
**things**  34:*22*  36:*24*
37:*3, 4*  52:*23, 24*
53:*25*  57:*7*  60:*20*
62:*18*  63:*7*  65:*22*
71:*3, 10, 11*  74:*4*
75:*14*  77:*7, 8*  86:*14*
100:*10*  109:*7*  115:*15*
144:*1*  165:*5*  181:*18,*
*20*  213:*24*  217:*19*
229:*25*  248:*9*  265:*23*

309:23  324:25
339:21  364:20  366:9
369:6
**think**  5:6, 6  6:5, 19
10:1  16:8  18:9
19:16  22:3  30:2
37:2  53:16  58:14
60:6  62:17  64:7, 13
65:9, 16, 24  68:3
69:24  70:12, 25  71:2
73:21  75:22  76:17,
17  78:14  79:7, 11, 11
80:19  81:8  94:18, 20,
23  96:15  99:9, 10, 19
100:22  106:3, 10
108:13  109:5  114:7,
21  121:23  126:20
127:3, 19  128:1, 7, 11
129:16  133:25  136:2
139:21  140:20
145:23  146:8, 24
153:25  155:2  156:16
158:5  160:16  163:16
165:24, 25  167:8
168:3  170:16, 20
171:8  173:5, 8
174:14  177:25  178:8
184:1, 21  186:8, 19
190:6, 9, 10  191:2, 2
195:23  197:13  198:5
202:2  206:1, 1, 17
208:24  209:13  210:9,
18  219:19, 22  220:2,
3  223:7, 17  228:14
230:7  231:3, 4, 4
236:4  244:12  246:11
250:17  251:23
252:10  254:3  255:4
256:3, 5, 13, 20  257:4
269:9  271:5, 7, 8
274:15  280:11, 13, 15,
22  288:20  291:2
300:1, 7  301:25
302:1, 2, 13  303:23
304:5  305:2  306:8,
16  310:14  312:10
313:1, 5, 22  314:2, 19,
23  319:19  320:7
323:8  327:22  334:4
335:19  344:17

349:24  352:4, 13
354:21  358:8, 10, 11,
18  360:3  361:23
373:24  375:3, 18, 22
376:10, 21  377:17
381:3  384:8, 9  387:5,
7, 16
**thinking**  144:4
161:21  300:10, 13
**thinks**  162:13  252:11,
12
**third**  11:11  17:10
65:6  222:15  223:7
244:1  349:25
**Thomas**  253:21, 22,
23  254:16  277:4
291:6, 11  292:7
293:21, 23  294:4, 6,
24  296:7, 15  297:9
298:15, 23, 25  301:1
303:22  304:18, 21
305:5, 8, 10, 12, 17, 23
306:8, 9, 16, 19  307:1,
2, 4, 20  308:12  310:7,
20  311:2  312:10
313:1, 22, 24  314:8,
10  316:22  319:17
321:11  322:11
323:25  324:2, 20
325:1, 12  326:25
327:5, 7, 22  330:8
332:13  333:2, 12, 25
334:2  335:11, 16, 21,
24  336:5, 13  338:18
342:20  344:2  345:8
351:10  354:4
**Thomas's**  296:17, 18,
20  319:11
**thorough**  10:21
**thought**  96:25
102:20  104:2, 5
136:9  144:7  154:20
162:22  246:10  333:7
367:16
**thousand**  76:3  81:9
280:20
**thousands**  53:1  98:4
262:6  277:3  292:6
331:8  351:8  360:11

**thread**  115:15
**threatened**  327:15
**threats**  324:22  325:2
**three**  7:5  11:9  12:7
15:8  27:19  37:3
62:20, 23  65:5  67:7
86:23  120:20  142:20
147:5, 17, 25  154:14
159:7  160:21  162:11
165:3  173:14  175:20
177:9  192:20  194:18
195:19  196:13
197:17  205:19
219:11  223:24  224:8,
9  227:13  243:20
247:13  271:7  272:16,
17, 19, 21  333:14
341:9  364:19
**throat**  69:3
**Thursday**  331:1
**ticket**  355:22
**tickets**  272:24
**Tiffany**  126:7, 10
127:9  128:14  139:19,
20, 22  380:23, 25
381:2, 3
**time**  4:3  8:4  12:16
18:17  19:1  25:14, 16
28:7, 15  29:23  31:10
43:1  44:20  55:20, 25
61:16  63:5  67:16
72:12  83:25  87:10,
17, 18, 22  88:20, 24
92:4, 10, 16, 22  99:24,
25  100:16, 16, 19, 21
103:25  104:13  109:8
110:13  118:9  119:18
128:4  129:19  137:15
146:18  151:13, 15
157:10  164:12  165:6
168:17, 21  174:13
175:15, 16, 17  176:1
177:15, 23  178:9, 11
182:4  184:22  186:17,
18  188:3  189:7
190:24  191:7  194:9
209:4  210:12  214:7
217:21  224:22
231:10  233:3, 11
234:15  241:8  242:23

243:2  245:20  251:12
252:9  255:14, 14
257:19  266:19
270:16  273:24
274:18  276:5, 10
277:15  288:3, 12, 16
293:2  294:22  297:12
303:15  305:10, 12, 14,
15, 16, 20  306:1
307:20  308:5  312:17
317:20, 21  318:3, 12
321:11  322:10, 11
324:14  325:23
326:24  327:4, 6, 9, 11,
14  328:12, 13  329:14
346:15  350:18
353:16  354:10  355:3,
7, 12  358:20  362:2,
14  363:13  366:21
367:10  377:6  379:15,
22, 24  380:7  383:22,
23  384:5  386:6
387:10  388:24
**times**  15:9  26:20
28:5  35:23  60:25
65:12  88:18  90:9
92:17  99:7, 10, 13
146:4  173:10, 20
183:4, 13  187:3
203:9  227:5  272:16,
19, 21  275:20  329:20
366:16, 18  376:11
**tired**  259:1
**tissue**  227:15
**title**  13:11, 14, 20
18:13  23:7  28:18, 19,
21  33:10, 23, 24  34:2,
4, 4, 6, 7, 13, 18, 21, 21,
24  35:3, 7  148:21
279:7, 12  282:10, 11
283:15  369:16
380:19
**titles**  13:13  21:19
278:17
**titular**  21:12
**today**  4:14, 16  5:10,
15, 19  13:4, 22  28:3
34:1  41:23  43:2
46:10  48:15, 16  60:7
62:10  67:20  81:11,

Case 2:19-cv-05030-JDW Document 126-1 Filed 04/20/21 Page 145 of 166

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

22 82:6 105:13
114:15 116:13
118:20 121:8, 10
132:14 148:19, 20, 24
163:5 183:20 232:22
235:9 251:17 255:21
265:6 274:20 309:10
336:6, 13 353:10
385:1
**Today's** 4:2 81:12,
19 117:8 118:4
121:12 227:25
**told** 40:15, 16, 22
41:2, 5, 6, 8, 24 42:1
43:11, 13 56:6, 7
71:5 77:25 82:14
86:19 89:19, 25
90:13, 24, 25 91:5, 14,
16, 19 92:13, 17, 17
109:17 115:25
136:16 147:3 153:20,
21 159:20 171:9
180:4 182:24 184:19
187:6, 9 191:12, 12,
15, 16 192:21, 22
214:16 229:11, 17
231:10, 15 234:12, 17
236:4 237:15, 15, 16,
16, 17, 21 239:23
241:15, 25 245:21
251:12 261:6 267:2
281:14 299:24 300:6
317:1, 7 335:11
366:22 375:19
**Tommo** 184:23
186:16 189:8, 16
252:20 324:10 352:6,
8
**Tommy** 270:21
284:11 291:6, 11
299:25 300:13, 18, 20
324:1, 3, 7, 17 327:8,
17 332:4 352:5, 8, 10,
11
**Toomey** 16:2
**top** 30:5 175:1 362:2
**topic** 51:2 52:10
**topics** 36:15 38:9, 14
**total** 61:5 294:11, 12
295:15 355:18

**totality** 38:2 68:23
77:14 80:4, 19 255:7,
23 290:24
**totally** 13:24, 25 14:1
286:10
**touched** 15:2 180:18,
20 181:7
**tough** 162:12, 22
**town** 312:4 315:15
**TR.news** 354:25, 25
**track** 63:20 142:12
277:16 280:9 288:13
289:5, 8 293:24
**trade** 229:19 236:11
238:1
**trading** 361:7
**trafficked** 204:1
**training** 9:12
**transcript** 5:3 311:12
316:1 392:1
**transfer** 115:9 292:6
296:21, 25 298:15, 17
299:12
**transferred** 293:4
301:12
**transfers** 299:11, 13,
15, 19 350:6
**transition** 378:2
**transmit** 25:2
**travel** 52:11 164:10
270:23 273:3 274:13,
17, 22 290:21 335:1
351:20
**traveled** 241:22
271:6 276:8 284:12
**traveling** 160:16
273:23 274:6
**travels** 352:12
**treasurer** 23:20
**treating** 250:24
**trial** 5:17
**Tribune** 16:18
**Tricia** 71:11 75:11,
19 80:14 101:23
104:23 105:7 107:10
108:14, 16 120:8
139:11 154:15
156:22 158:7 159:8
164:15, 16 167:12, 12
170:5, 15, 19 171:21

172:18, 25 174:18, 21
180:24 184:22
186:17 187:9, 15
188:18 189:7 191:5,
13, 16 192:20 193:24
237:16 269:7 270:23
287:14 349:22 350:7,
16 351:1, 4 357:19
358:13
**Tricia's** 192:21
350:25
**trick** 39:4 202:12, 21
**tried** 127:9 162:15
211:15 227:23
284:20 381:6
**trip** 237:20 240:11,
12 244:2 250:18, 23
267:25 351:19
**trips** 97:11 240:10,
14, 19, 20 268:6
272:23
**true** 93:4, 6, 8 117:2
122:25 124:15
125:14 154:3, 8
212:8 217:19 236:9
257:14 302:8 384:2
387:6
**Trump** 302:15
**trust** 254:25
**truth** 5:19 256:9
**truthful** 57:10
**truthfulness** 70:21
165:7
**try** 7:15, 16 10:19
20:20 46:17 59:15
60:10 63:6 96:15
127:9 131:1, 3
149:10 163:3 165:9
166:23 241:7 248:12
249:17 252:25, 25
253:2, 4 258:23
284:22 285:1 288:1
351:13 354:15, 20
367:22 387:19
390:12
**trying** 39:3, 4, 5 57:8,
13 58:8 64:7 66:21,
24 67:3 68:10 70:23
74:9 75:8 78:1, 2
81:19 92:19, 21 93:4

94:7, 13 96:14 97:9
99:2 104:2, 8 114:16
119:15 122:5 127:17,
25 129:6 130:7
136:7, 8 139:10, 14
141:2, 9 148:10
156:25 157:2, 4, 19
163:4 172:1, 23
184:4 185:8 188:8
189:24 190:4 202:11,
21 215:22 224:12
225:15, 19, 22 226:4,
12 231:8 236:11
258:21 263:2, 6, 11,
13, 25, 25 287:16
297:2, 19, 20, 23
298:1 300:4, 4
302:17 304:19
307:12 320:19, 25
323:18 326:5, 5
330:5 340:11 346:9,
16 351:1 355:6
358:16 366:3 367:18
370:3 387:20 390:2
**Tuesday** 124:13
167:18 230:22
**Turkish** 243:20
**turned** 29:13 122:2
142:7 197:25 199:6
**turnover** 253:2
**turns** 171:25
**TV** 178:23
**twenty** 37:22 187:19
201:2 272:11 298:7
**twice** 100:23 106:15
262:17 286:10
287:18 362:15
**two** 8:17 12:9 13:24,
25 27:15 34:21
48:17 58:18 62:17
65:1, 2, 12, 20 67:6
76:3 78:1 85:17
86:23 102:22 110:11
115:15 127:8 132:14
134:14 144:21 145:5
151:12 177:9 180:14
181:4 182:19 185:3
190:23 191:11 193:6,
13 195:5, 6, 19
197:17 204:5 205:18

Deposition of GREGG ROMAN                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

206:*17*  207:*20*  218:*2,*
*4*  220:*11, 14*  222:*2, 3,*
*20*  223:*2*  224:*9, 25*
227:*13*  242:*13*
244:*15*  246:*10, 12, 15*
247:*15, 23*  248:*4, 5*
251:*1*  252:*21*  253:*20*
254:*2*  265:*23*  271:*21*
276:*23*  280:*20*
289:*13*  299:*2, 3, 6, 8*
307:*5*  319:*11*  335:*25*
338:*18*  353:*5*  356:*24*
357:*25*  367:*6*  379:*17*
385:*20, 21*
**type**  68:*14*  280:*1*
329:*13*
**typed**  208:*1*  209:*7*
210:*4*
**types**  365:*3*  369:*2*
**typo**  260:*22, 23*
262:*4, 9*  266:*8, 14, 15*
383:*22*
**typos**  262:*5*

**< U >**
**U.S**  319:*18*
**UAF**  12:*24*
**Uber**  173:*8, 22, 25*
174:*8, 10, 14*
**Uh-huh**  28:*12*  200:*7*
207:*17*
**UK**  304:*25*  323:*10*
324:*13*  338:*17*  352:*3,*
*13*  354:*19*
**ultimate**  306:*10*
**un**  367:*16*
**unacceptable**  154:*5*
**unapproved**  290:*21*
**uncomfortable**  93:*18*
159:*11*  161:*14*
**unconventional**  9:*1*
**underneath**  20:*4*
109:*19*
**understand**  5:*20*
11:*8, 8*  46:*6, 9, 22*
47:*2, 10*  50:*14*  61:*18,*
*21, 22*  62:*15, 24*  63:*2,*
*16*  71:*14*  75:*3, 5, 6,*
*11*  77:*21*  95:*19, 19*
106:*4, 7*  107:*24*

108:*6*  131:*22*  143:*3*
150:*3*  152:*11*  153:*15*
159:*24*  161:*10*
165:*19*  172:*6, 6, 21*
194:*7*  197:*2*  199:*21*
201:*1, 21*  202:*20*
212:*17*  215:*6, 9, 18,*
*22*  216:*1*  226:*16*
229:*3*  251:*21*  252:*7*
255:*23*  256:*12*  265:*6,*
*19, 21*  266:*22, 23*
269:*21*  295:*20*  309:*4*
339:*25*  342:*11*
348:*23*  364:*6*  369:*14*
370:*13*  374:*1*
**understanding**  39:*23*
47:*13*  50:*4, 9*  69:*17,*
*19, 20*  70:*1, 16*  73:*21*
74:*12*  164:*20*  167:*6*
170:*4*  356:*10*  370:*15,*
*16*  371:*9*
**understood**  50:*8*
167:*5*  266:*19*  267:*12*
**unenumerated**  354:*8*
**unethical**  127:*16*
288:*21*
**unhappy**  70:*3*
**unilaterally**  84:*22*
**unique**  23:*12*
**UNITED**  1:*1*  4:*8*
240:*7*  252:*24*  319:*2,*
*2, 3*  334:*7, 21*  335:*21,*
*22*  337:*14, 22*  338:*3*
344:*4*  349:*5, 8*
353:*25*  354:*15, 22*
355:*1, 6*  360:*14, 21*
379:*24*
**units**  12:*22*
**Universal**  375:*15*
**universities**  7:*15*
**University**  8:*3, 16, 19*
9:*6, 10*  10:*12*  11:*4, 5,*
*6, 13, 21, 22*  12:*14, 22*
114:*4*
**unluckiest**  228:*2, 4*
**unplausible**  223:*25*
**unproven**  148:*11*
**unquote**  88:*13*
188:*17, 17*

**unraveling**  368:*2*
**UNRWA**  114:*11*
**untrue**  93:*14*  105:*13*
**unwanted**  102:*3*
105:*4*  108:*16*  147:*5*
148:*12*  149:*24*  159:*8*
160:*22*
**unwelcoming**  154:*20*
**updated**  22:*12*
**upload**  115:*8*  140:*13*
**uploaded**  129:*15*
**upper**  211:*9*
**upset**  358:*2*
**upstairs**  211:*22*
223:*9, 13, 13, 24*
**Urban**  12:*24*  15:*22*
**urinated**  232:*7*
**use**  85:*18*  236:*14*
254:*22*  344:*3*  355:*12*
**user**  144:*20*
**usually**  142:*12*
167:*18*  295:*18*
**usurpers**  373:*7, 12, 20,*
*21*
**U-s-u-r-p-e-r-s**  373:*13*
**UTC**  87:*17*

**< V >**
**vacation**  170:*16, 18,*
*21, 22*
**vacations**  274:*25*
**vaccines**  16:*14*
**validity**  32:*16*
**Valley**  7:*20, 22*
**variety**  374:*14*
**Vasili**  349:*18, 19*
350:*7*
**vendors**  298:*21*
**venue**  57:*20*  67:*17, 18*
**veracity**  105:*12*
165:*6*  181:*19*  245:*12*
384:*10*  387:*8*
**verbally**  335:*19*
**verify**  31:*18*  33:*5*
**version**  181:*4*  187:*5,*
*9, 23*  188:*16, 17*
189:*4*  191:*7, 15, 16*
192:*7, 8, 9, 9*  195:*4, 5,*
*18, 23*  196:*9*  197:*4, 6,*

*22*  204:*9*  205:*3, 9*
212:*1*
**versions**  77:*22*
101:*11, 13, 15, 16, 17,*
*20*  180:*25*  186:*4, 5*
191:*11*  195:*6, 7*
196:*13, 14*  201:*11, 19*
204:*17, 21*  205:*23*
**versus**  4:*7*  36:*20*
66:*15*  134:*15, 16*
139:*4*  198:*3, 5*
**vested**  28:*21, 23*
**vexatious**  262:*11*
**Vi'adal**  6:*10, 13*
**V-i-'-a-d-a-l**  6:*13*
**Vibrant**  13:*2*
**vice**  23:*20*
**victim**  387:*22*  388:*1,*
*9, 10, 11*  390:*17, 18*
391:*4*
**video**  1:*1*  2:*1*  4:*1, 5,*
*13*  30:*4, 12, 16, 19, 23*
31:*3*  42:*21, 22*  43:*6*
44:*12, 16*  69:*7, 10, 13*
83:*4*  85:*1, 22*  100:*17*
138:*3, 6*  198:*14, 19,*
*23*  236:*23*  237:*5*
243:*3*  264:*15, 18*
356:*15, 18*  391:*20*
**videographer**  30:*2*
**videos**  362:*16*
**view**  178:*18*
**village**  254:*6*
**villages**  254:*5*
**violate**  244:*4, 9*
**violated**  132:*9*
**violation**  260:*19*
288:*17*
**violations**  148:*21*
260:*17, 18*
**violent**  211:*14*
**violently**  211:*9*
220:*22*
**Virginia**  13:*6*
**virtue**  24:*19*
**virus**  355:*9*
**Visa**  354:*15*
**visit**  324:*12*
**Vladimir**  252:*12*

Deposition of GREGG ROMAN                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

**voice** 363:*13* 389:*4*
**voices** 370:*25* 389:*1*
**volunteer** 9:*9* 233:*6*
**volunteered** 114:*1*
290:*15* 300:*16*
**volunteers** 15:*16*
169:*5*
**vs** 1:*1*

**< W >**
**wait** 67:*23* 103:6, 7
104:*12* 133:*14* 143:*3,*
*21, 21* 188:*12, 14*
222:*18* 232:*10*
279:*25*
**waiting** 173:*6* 188:*15*
198:*7* 231:*19, 25*
232:*15*
**Wales** 304:*5*
**walking** 375:*4, 6, 11,*
*25*
**walls** 179:*1*
**Walsh** 325:*7*
**Walton** 132:*3* 134:*8*
387:*14*
**want** 6:*6* 7:*23* 8:*21*
10:*3, 19* 11:*18, 18*
14:*5, 5* 19:*6* 28:*16,*
*21* 29:*20* 32:*13* 35:*3*
41:*18* 42:*20* 43:*5*
48:*2* 50:*15* 52:*17*
57:*5, 9* 58:*9* 59:*3, 3*
62:*6, 7* 64:*8* 66:*3*
70:*24* 71:*2* 83:*13*
97:*8* 104:*5* 105:*4*
109:*4* 111:*25* 114:*19,*
*25* 127:*10* 131:*6, 7*
135:*20* 136:*1, 4, 15,*
*19, 20, 20, 25* 137:*5,*
*13* 138:*12, 16, 22*
139:*9, 13* 140:*9*
143:*14* 146:*21*
148:*16* 149:*22*
152:*19* 153:*12*
157:*22* 158:*20, 20*
161:*4* 165:*2* 169:*7*
171:*23* 174:*5* 175:*5,*
*15* 177:*9* 183:*3*
184:*6* 185:*9, 10*
190:*17, 18, 20* 193:*1*

195:*21* 197:*21, 23*
202:*14* 204:*19* 205:*5*
206:*14* 207:*7* 213:*23*
230:*7* 233:*7* 234:*4*
237:*24* 239:*9, 13, 15*
240:*22* 244:*7, 9, 18*
246:*25* 248:*25* 254:*8,*
*14* 255:*10* 256:*19*
259:*2* 260:*1* 262:*18*
264:*13* 286:*6* 287:*2*
291:*16* 297:*25* 298:*1*
311:*4* 313:*17* 319:*21*
320:*11* 329:*14*
331:*18* 340:*12, 15, 19*
341:*11, 11, 23* 343:*11*
350:*8, 10* 353:*5, 7*
355:*5, 17, 18* 367:*17*
376:*8, 8* 380:*18*
**wanted** 5:*7* 22:*25*
43:*4* 174:*16* 229:*19*
235:*18* 244:*4* 245:*24*
270:*17* 283:*23*
290:*21* 353:*24, 25*
**War** 8:*18* 9:*19, 21*
**Washington** 8:*3, 12*
15:*6* 166:*11* 203:*25*
217:*17* 351:*21*
360:*17*
**waste** 257:*18*
**wasted** 136:*12*
**wasting** 83:*25* 92:*9*
**watch** 379:*6*
**watched** 242:*24*
**watching** 216:*22*
**water** 133:*23* 198:*10*
264:*9*
**wave** 164:*23*
**way** 11:*23* 14:*18*
16:*12* 30:*1* 57:*10*
62:*4* 63:*13* 71:*17*
90:*17, 18* 102:*19*
114:*13* 135:*11* 139:*6*
141:*20* 143:*16*
154:*14, 19* 155:*4*
162:*13* 164:*18, 24*
175:*9* 178:*2* 181:*1, 6*
183:*23* 195:*15*
212:*11* 217:*10, 14, 18,*
*18* 219:*15, 18* 222:*10*
232:*8* 240:*14* 242:*1,*

9 243:*25* 251:*17*
261:*14* 262:*15* 273:*5*
277:*24* 281:*23* 295:*9*
319:*16* 337:*22*
338:*22* 353:*8* 357:*17*
363:*12* 377:*17, 20*
382:*4, 16*
**ways** 58:*18* 182:*25*
276:*16* 284:*18*
**wealth** 252:*17*
**web** 252:*23, 24*
367:*21*
**website** 23:*17, 23*
24:*3, 5, 7, 13* 66:*1, 10*
115:*6* 140:*12* 247:*18*
355:*2*
**wedding** 375:*16, 20*
**weddings** 375:*14*
**Wednesday** 124:*11*
230:*21*
**weed** 227:*21*
**week** 185:*1*
**weekend** 100:*11*
167:*15*
**weeks** 55:*18, 22*
101:*3* 127:*8* 132:*14*
181:*4* 185:*3* 195:*6*
204:*5* 242:*20* 271:*8*
338:*24*
**welcome** 52:*17* 177:*4*
207:*11* 280:*3, 3*
**well** 6:*7, 21* 13:*11*
17:*16* 18:*6, 13* 19:*4,*
*17* 20:*1, 4, 11, 23*
21:*4, 25* 22:*4, 22, 24,*
*25* 24:*3, 15* 25:*16, 22*
27:*8* 28:*9* 31:*14, 20*
32:*1, 11* 33:*7* 34:*4, 9*
36:*22* 37:*4, 24* 40:*16*
48:*14* 50:*13* 51:*6, 17*
52:*10, 19, 25* 54:*20*
55:*21* 58:*5* 59:*10*
64:*3* 65:*9* 67:*23*
69:*22* 70:*5, 15, 24*
74:*2, 20* 75:*25* 78:*16*
80:*11* 81:*18* 83:*11,*
*15* 84:*6, 24* 85:*4*
87:*16* 89:*1* 93:*2*
94:*21* 96:*10, 12* 98:*2,*
*19* 100:*4* 101:*19, 21*

106:*10* 108:*19*
110:*19, 25* 111:*3, 6*
116:*3, 16* 117:*3*
118:*11, 15, 23* 120:*6*
121:*18* 122:*19*
125:*13, 22* 126:*12*
127:*23* 130:*16* 133:*2,*
*14* 137:*3* 142:*13*
146:*15* 151:*2* 152:*21*
154:*2, 4, 10* 155:*12*
158:*5, 12, 23* 163:*16,*
*25* 165:*25* 166:*12, 14*
167:*4, 17* 168:*24*
169:*2* 170:*2, 25*
171:*1, 24* 172:*17*
174:*7* 180:*22* 181:*10,*
*14, 25* 183:*16* 188:*21*
189:*9, 21* 192:*14*
194:*19* 195:*12, 14, 23*
196:*6, 11* 203:*11*
211:*25* 212:*14*
215:*20* 222:*18*
225:*12* 228:*3, 7, 10,*
*14, 24* 230:*8* 231:*3*
239:*11, 15* 240:*24*
241:*18* 248:*4, 22*
254:*22* 255:*25*
256:*24* 257:*4* 258:*8*
268:*9, 11, 13, 19*
269:*24* 270:*3, 16*
271:*6* 272:*12, 22*
273:*25* 275:*1* 276:*9,*
*16* 278:*20* 282:*25*
284:*23* 285:*12*
289:*21* 290:*7* 291:*16,*
*20* 296:*9* 302:*7*
305:*7* 306:*20* 309:*6*
310:*5, 17* 312:*11*
320:*4* 329:*19* 332:*17*
333:*24* 335:*2* 336:*9*
339:*2* 344:*14, 25*
346:*1, 5* 350:*12*
353:*1* 356:*23* 358:*10*
361:*25* 362:*10*
363:*11* 364:*15*
366:*21* 367:*14*
368:*23* 369:*5, 17, 24*
374:*1* 376:*1* 377:*21*
379:*15* 383:*7* 387:*14*
390:*22, 23*

Deposition of GREGG ROMAN                                          Lisa Barbounis v. Middle Eastern Forum, et. al.

went  7:5, 11  8:18
9:13, 21, 23  10:2, 4
11:3  12:12  41:3
48:4  54:12  111:16
114:21  115:15
116:13  118:7  119:7
127:15  129:24, 25
131:10  132:11  140:1,
10  154:21  161:8
162:15  165:15
167:14  170:14, 18, 19
172:22  173:6  197:15
216:19, 20  218:10
237:21  240:18, 20
241:20, 23  242:9, 22,
25, 25  243:11  268:6,
19  275:8, 16, 17
276:5, 10, 23, 23
283:17  289:18, 19
290:15, 19  291:3, 4
299:22  301:1, 13, 16,
19  306:21  324:20
383:20  385:1
we're  4:25  28:2
35:25  38:11  39:3
42:22  44:2, 16, 25
52:11, 12  57:12  58:5,
7  59:4, 7, 22  60:17
61:3  62:9, 12, 15, 17
63:18  73:24  74:25
77:18  82:25  83:4, 7,
21, 25  84:7, 12, 16, 19,
24  85:2, 5, 22  90:11
101:6  102:1, 25
103:9, 10, 15  122:6
138:3  145:17  147:23
148:19, 20  149:5
150:15, 16  179:13
183:20  185:5, 20, 23,
24  188:5  191:18
192:2, 4, 4, 6, 7, 11, 12
193:13, 17, 17, 19
194:20  195:9, 14
197:17, 18  198:6, 14,
19  201:23  204:7, 12,
12  220:3  225:17
234:25  236:23  237:5
239:3  242:18, 19, 20
254:14  258:17
264:15, 19  287:4

289:15  297:5  302:7
316:25  317:9, 19
318:9, 22  321:12
326:12  328:23  336:1
339:8, 18  340:11
341:17  347:25
349:13, 24  352:16
355:24  366:8  369:2
386:13, 14, 21  391:6,
7, 12
West  13:6, 7
western  13:6, 7
14:16, 19
WeTransfer  115:7
we've  39:1  55:15
90:7, 8  112:22
130:25  204:18, 20
266:20  344:20  348:1
353:16  364:3
whatchamacallit
251:21
WhatsApp  309:24
whatsoever  258:4
When's  191:3
whipped  229:10
whisper  179:16, 18,
18, 19  180:1, 3, 7
whispering  182:17
211:11
whistleblowers  252:22
white  49:13  231:15
wholly  36:23
wide  51:1
wife  109:5, 7
WILLIAM  2:1
willing  122:6, 6
235:3  319:24  350:18
window  42:16  103:15
wink  310:18  316:17,
24  317:7, 18  318:8,
15, 21  321:18  323:16
325:16, 18, 18
wired  296:11
wires  292:1
wish  286:25  377:18
withdraw  289:14
WITNESS  3:1, 1
4:19  5:21  31:1, 6
42:11, 24  43:3, 19
44:23  45:6  46:17, 18

69:9  85:17, 20  89:13,
20  90:2  119:14
128:5  137:3  140:20
189:14  198:9, 12, 16,
21  207:14, 18, 25
208:4, 9, 12, 22, 25
209:11, 19  211:25
212:6  214:9, 14, 18,
22, 25  215:17  232:10
236:16  237:2  238:19,
23, 25  241:9  264:8,
13  271:22  272:1, 7
286:1, 13  287:1, 6
291:4  315:4, 11, 20
319:20  322:2  323:2,
12, 24  327:8, 13, 17
334:2, 11, 14  335:2, 5,
9  338:8  339:11
341:5  342:8  343:25
345:10  347:12  348:6,
10  368:19  369:5
371:15, 23  373:13
374:6  381:23, 25
383:4, 12  384:19
388:5  389:21
witnessed  211:14, 21
215:23
witnesses  221:9
223:12  226:24  253:1
333:22
witnessing  215:13
witness's  5:4  347:2
Wolf  16:3
Wolson  85:12, 14
213:22
woman  108:25
109:11, 17  123:5, 8,
10, 14, 16  127:14
166:3  324:23  375:7
381:11, 20  383:1, 7,
14  384:15  389:14
woman's  150:5
women  67:13  68:1
116:11  147:5  149:22
159:7  160:21  161:5
165:19, 22  228:7
250:7  373:20  382:14
384:25  387:17
women's  64:6, 9  67:8

147:17, 25
wondering  187:5
word  35:8  142:6
162:16  165:15  181:6
194:8  212:24  236:14
313:16, 16  336:20
wording  156:4, 5
words  101:24  159:1
161:18  190:7  196:5
254:23  367:19
work  11:3  13:15, 16
19:24  23:7, 10  109:3,
15  111:1  113:4
114:10  123:16
143:24  159:7  160:21
161:10  162:6, 7
163:1, 4  165:8, 16
174:23  234:4  243:3,
13  244:12  245:17
270:12  272:13  276:9
278:6  300:14  352:10
357:6  367:8  374:21
375:22  376:14
377:13, 13  378:6
379:19, 20  380:3, 6
workaround  287:17
worked  18:2  39:24
97:1  109:11, 18
111:8  113:2, 9  116:9
145:4  163:1  168:25
169:1, 2  245:14
378:4
worker  116:8, 8
working  18:7  53:2
111:19  127:8  164:13
168:17  243:24  246:5
252:2, 9  269:9, 10
295:18  299:24
300:24  304:25
338:19  353:4  379:2,
16  380:17
workplace  145:23
370:21
works  155:4  223:3
240:6  337:22  339:3
world  151:24  236:3
376:21
worried  172:21
worry  165:4  334:16,

Deposition of GREGG ROMAN | Lisa Barbounis v. Middle Eastern Forum, et. al.

*17*
**worst** 354:*13*
**worth** 10:*23*
**worthy** 262:*10*
**wow** 252:*14* 351:*23*
**wrap** 251:*24* 385:*21*
**wrapped** 367:*21*
**wrestler** 7:*10*, *10*
222:*5*
**write** 63:*17*, *24*
105:*23* 144:*19*
187:*14* 203:*24* 258:*1*
**writes** 91:*13* 223:*25*
351:*22*
**writing** 36:*14* 38:*6*
94:*25* 233:*23* 335:*18*
358:*24*
**written** 52:*1* 129:*19*
149:*17* 194:*24*
219:*15* 315:*25* 349:*6*
**wrong** 37:*3* 134:*12*
141:*7* 154:*19* 155:*9*,
*10, 11, 20* 177:*18*
190:*11* 256:*21*
324:*20*
**wrote** 77:*6* 105:*25*,
*25* 118:*17* 125:*22, 24*
127:*5, 7* 142:*7, 22, 23*
194:*23* 200:*2* 257:*12*,
*19* 376:*13*

**< Y >**
**yank** 222:*6, 21*
**yanked** 211:*10*
220:*17, 19, 22* 221:*3, 4*
**Yeah** 12:*19* 14:*10, 12*
17:*20* 18:*22* 28:*12*
29:*24* 30:*2, 12, 23*
31:*3, 9* 32:*9* 34:*1*
39:*2, 14, 19* 42:*17, 19*
45:*2* 52:*7, 19* 59:*18*
63:*11, 15, 15* 64:*5*
65:*11, 24* 66:*18* 67:*6*
85:*19* 87:*21* 99:*21*
100:*14* 101:*2* 103:*4*,
*19* 108:*2* 110:*12*
113:*2* 118:*5* 122:*20*
123:*4, 24* 124:*12*
129:*11* 131:*3* 135:*16*
137:*23* 138:*19* 139:*1*,

*5* 141:*11* 142:*16*
143:*7* 152:*25* 156:*7*,
*7* 157:*16* 159:*22*
166:*23* 168:*24*
169:*23* 170:*4, 10, 16*
172:*15* 176:*12, 15, 21*
183:*5* 186:*3* 187:*13*
199:*3, 11, 21* 200:*20*
203:*23* 204:*10*
209:*11, 14, 21, 23*
210:*5* 212:*1, 6, 16, 16*
214:*25, 25* 228:*11*
236:*22* 238:*4, 17*
241:*12* 243:*9* 247:*8*
248:*7* 254:*20* 255:*10*,
*19* 259:*20* 264:*20*
265:*12* 266:*13*
273:*19* 274:*14*
276:*15* 280:*22* 285:*4*,
*14* 291:*2, 25* 293:*13*
301:*10* 305:*19*
307:*15* 312:*5* 314:*25*
315:*18* 316:*19* 317:*8*
322:*4, 20* 326:*16*
335:*2* 342:*12, 12*
343:*4* 348:*6* 352:*18*,
*23* 388:*24*
**year** 9:*8* 11:*4* 15:*9*
27:*6, 7, 8, 14, 18, 24*
110:*20* 167:*19* 190:*8*
191:*4* 216:*14* 227:*13*
233:*25* 243:*12*
276:*25* 281:*22* 366:*4*
**years** 10:*16* 11:*24*
12:*7* 18:*25* 65:*20*
78:*1* 86:*23, 24*
127:*10* 142:*19, 20*
150:*25* 151:*13*
162:*11* 225:*1* 227:*13*,
*13* 228:*9* 243:*20*
244:*3* 271:*21* 300:*20*
353:*5* 382:*15* 389:*25*
**yell** 124:*19* 180:*9, 11*
**yelled** 180:*11*
**Yeshiva** 8:*6*
**yesterday** 88:*2, 4, 6, 8*,
*12, 12, 13* 127:*11, 20*,
*21* 128:*16* 151:*3*
160:*12* 207:*20*

**Yisrael** 6:*10*
**Y-i-s-r-a-e-l** 6:*11*
**Yonchek** 121:*14*
134:*16* 183:*18*
194:*13* 256:*9, 11*
265:*7* 269:*9* 360:*12*
386:*2, 25*
**Yonchek's** 120:*7*
**Yosef** 177:*8*
**Yusef** 177:*8*

**< Z >**
**Ze'ev** 6:*10, 12*
**Z-e-'-e-v** 6:*12*
**zero** 98:*14*
**Ziv** 191:*13* 192:*8, 10*,
*21, 22* 193:*8, 10*
221:*12* 251:*22*
**zone** 13:*5*
**zones** 14:*25*
**Zoo** 242:*10, 10*
**Zoom** 1:*1* 2:*1, 1, 1, 1*,
*1, 1, 1, 1, 1* 246:*21*
247:*19*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**WORD LIST**

**< $ >**
$25,000  (5)
$30  (1)
$300  (1)
$4  (2)
$5,000  (5)
$6  (1)
$80  (2)

**< 0 >**
000049  (1)
0001  (1)
05  (1)

**< 1 >**
1  (18)
1:02  (1)
1:15  (1)
1:48  (1)
10  (2)
10:42  (1)
10th  (1)
11  (17)
11:28  (2)
11:51  (3)
11th  (2)
12  (9)
12:21  (1)
12:47  (1)
13  (2)
14  (1)
15  (9)
15th  (2)
16  (3)
16,000  (1)
1650  (1)
16-month  (1)
16th  (2)
17  (2)
17,000  (1)
17th  (2)
18  (3)
18,000  (1)
1835  (2)
19  (1)
19103  (3)
1948  (1)

1985  (1)
1989  (2)
19th  (3)
1st  (18)

**< 2 >**
2  (13)
2:19-cv-05030  (1)
2:19-CV-05030-GAM
  (1)
2:38  (1)
2:39  (1)
20  (16)
20,000  (1)
2003  (2)
2004  (1)
2005  (1)
2006  (3)
2008  (1)
2009  (2)
2010  (2)
2012  (2)
2013  (3)
2014  (2)
2015  (10)
2016  (10)
2017  (9)
2018  (203)
2019  (31)
2020  (8)
20th  (8)
215  (3)
21st  (1)
22nd  (6)
23  (1)
23rd  (12)
24th  (2)
25  (1)
25,000  (20)
25th  (2)
26  (4)
26th  (2)
27  (5)
27th  (3)
28  (2)
2800  (1)
28th  (1)
2950  (1)
2nd  (16)

**< 3 >**
3  (5)
3:30  (1)
30  (3)
30th  (3)
31  (3)
31st  (6)
32  (1)
360  (1)
364  (5)
366  (3)
391-4790  (1)
3rd  (4)

**< 4 >**
4  (5)
4:31  (1)
4:43  (1)
40  (1)
48,000  (1)
48-hour  (1)
4th  (2)

**< 5 >**
5  (9)
5,000  (1)
5:18  (2)
5:47  (1)
5:59  (1)
50  (1)
500  (3)
51  (2)
515  (1)
52  (1)
569-1999  (1)
579  (2)
580  (1)
5th  (34)

**< 6 >**
6  (2)
665-2776  (1)
6th  (7)

**< 7 >**
7  (5)
7:16  (1)
7:32  (2)

**7th**  (4)

**< 8 >**
8  (2)
8:00  (1)
8:07  (1)
8:08  (2)
80  (1)
8th  (1)

**< 9 >**
9  (4)
90  (1)

**< A >**
a.m  (6)
Abbott  (1)
abetting  (1)
abhorrent  (1)
ability  (14)
able  (31)
absolutely  (4)
Abuse  (4)
abused  (1)
abusing  (1)
abusive  (2)
academic  (1)
academics  (1)
academy  (2)
accept  (1)
acceptable  (9)
accepted  (1)
accommodations  (1)
accomplished  (1)
account  (10)
accounted  (1)
accounting  (3)
accounts  (4)
accurate  (14)
accurately  (2)
accusation  (4)
accusations  (15)
accuse  (8)
accused  (16)
accuses  (3)
accusing  (2)
acknowledge  (14)
acknowledged  (3)
acknowledging  (4)

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

acquaintance *(1)*
acquire *(1)*
act *(6)*
acted *(2)*
ACTION *(8)*
actions *(5)*
activism *(2)*
activities *(2)*
acts *(2)*
actual *(3)*
acumen *(2)*
add *(3)*
added *(3)*
adding *(1)*
addition *(2)*
additional *(1)*
address *(5)*
addressed *(3)*
addresses *(1)*
addressing *(2)*
adjust *(1)*
administration *(7)*
administrative *(5)*
admire *(1)*
admitted *(2)*
advance *(4)*
advanced *(1)*
advances *(19)*
advantage *(1)*
adverse *(4)*
advice *(8)*
advisor *(1)*
advocacy *(2)*
affair *(6)*
Affairs *(4)*
affidavit *(3)*
affidavits *(3)*
affirmative *(1)*
afforded *(5)*
affords *(1)*
afraid *(1)*
African *(1)*
after-acquired *(1)*
agencies *(1)*
agency *(3)*
agenda *(1)*
agent *(3)*
aggressive *(1)*
ago *(19)*

agree *(13)*
agreed *(4)*
agreement *(8)*
ahead *(32)*
AI *(1)*
aiding *(1)*
AIPAC *(28)*
Airbnb *(21)*
Airbnbs *(1)*
airport *(1)*
al *(3)*
Alana *(14)*
alarms *(1)*
Alexandria *(1)*
allegation *(43)*
allegations *(144)*
allegation's *(1)*
allege *(11)*
alleged *(16)*
allegedly *(9)*
alleges *(18)*
Allegheny *(1)*
alleging *(21)*
allied *(1)*
allocated *(1)*
allow *(10)*
allowed *(6)*
allowing *(2)*
allows *(1)*
Altass *(2)*
A-l-t-a-s-s *(1)*
Altoona *(1)*
amazing *(2)*
amended *(17)*
America *(2)*
American *(4)*
Americans *(1)*
amount *(27)*
Amy *(3)*
analysis *(2)*
anathema *(1)*
anatomy *(1)*
Andy *(1)*
Angeles *(2)*
Anglican *(1)*
annoy *(1)*
annual *(4)*
annually *(1)*
answer *(176)*

answered *(11)*
answering *(18)*
answers *(4)*
antisemitism *(1)*
anybody *(5)*
anymore *(3)*
anyway *(6)*
anyways *(1)*
Anywho *(1)*
Apartment *(3)*
apologies *(4)*
apologize *(3)*
apparently *(3)*
appearance *(1)*
appearances *(3)*
appearing *(2)*
applies *(1)*
appreciate *(5)*
approached *(1)*
appropriate *(1)*
approve *(3)*
approved *(13)*
approximate *(3)*
approximately *(6)*
April *(35)*
Arabic *(1)*
architecture *(1)*
area *(13)*
areas *(2)*
argue *(1)*
argument *(3)*
Argumentative *(1)*
arguments *(2)*
Arizona *(1)*
arm *(3)*
arms *(2)*
Army *(5)*
arrange *(1)*
arranged *(2)*
arrival *(2)*
arrived *(2)*
Arthur *(1)*
Ashley *(1)*
Asked *(66)*
asking *(133)*
asks *(2)*
aspects *(1)*
assassinated *(2)*
assault *(11)*

assaulted *(4)*
assessment *(1)*
assigned *(1)*
assist *(1)*
assistance *(2)*
assistant *(4)*
assisted *(3)*
associate *(2)*
associated *(7)*
ASSOCIATES *(1)*
association *(1)*
assume *(4)*
assumed *(3)*
Assumes *(1)*
assuming *(1)*
assure *(1)*
asylum *(1)*
attached *(2)*
attachments *(2)*
attain *(1)*
attained *(2)*
attempt *(1)*
attempting *(1)*
attempts *(1)*
attend *(10)*
attendance *(1)*
attended *(5)*
attest *(2)*
attorney *(16)*
attorneys *(3)*
attorney's *(2)*
attributing *(1)*
Audio *(6)*
audit *(1)*
audited *(2)*
August *(7)*
author *(5)*
authorities *(1)*
authority *(7)*
authorization *(1)*
authorized *(1)*
author's *(1)*
available *(5)*
avalanche *(1)*
Avenue *(1)*
avoided *(1)*
aware *(16)*

< B >

bachelor's  (2)
back  (93)
backdates  (1)
background  (3)
backing  (2)
backstory  (3)
bad  (3)
Bair  (5)
Bala  (1)
balcony  (1)
ballpark  (1)
bank  (4)
bar  (4)
Barbara  (2)
BARBOUNIS  (166)
Barbounis's  (16)
barrister  (1)
bars  (2)
base  (2)
based  (31)
basic  (3)
basically  (4)
basis  (22)
bastion  (1)
Bates  (3)
bathroom  (1)
bathrooms  (2)
Battleship  (6)
Beach  (2)
Beaver  (1)
bedroom  (2)
bedrooms  (2)
began  (11)
beginning  (8)
behalf  (4)
behavior  (3)
beheaded  (1)
beheading  (1)
Belgium  (1)
belief  (3)
believe  (53)
believed  (1)
believes  (1)
belt  (1)
Ben  (1)
B-e-n  (1)
benefits  (1)
Bennett  (32)
Bennett's  (1)

Bernhardt  (3)
best  (30)
better  (9)
beyond  (28)
bifurcate  (2)
big  (5)
Bill  (2)
binary  (2)
birthday  (2)
Bishop  (11)
bit  (10)
blabbing  (1)
black  (4)
blank  (2)
blanks  (1)
blended  (1)
block  (3)
Bloom  (5)
blowjob  (1)
blows  (1)
blue  (2)
blueprints  (2)
board  (23)
boards  (3)
body  (5)
bomb  (1)
bonus  (1)
book  (1)
booked  (12)
bookkeeper  (1)
books  (5)
border  (1)
born  (3)
boss  (11)
bosses  (1)
bought  (1)
bouncing  (1)
bound  (1)
box  (1)
Brady  (28)
Brady's  (8)
brain  (1)
breach  (3)
breached  (3)
break  (28)
breakdown  (1)
breaking  (1)
breath  (3)
breathe  (1)

brief  (6)
briefly  (1)
bring  (3)
bringing  (1)
British  (1)
Brits  (1)
broached  (2)
broad  (3)
Brody  (1)
broke  (2)
Brooklyn  (1)
brother  (1)
Brotherhood  (1)
brought  (7)
bubble  (1)
building  (5)
bullet  (1)
bus  (1)
buses  (1)
Business  (8)
busing  (1)
Butler  (1)
butt  (7)
buy  (4)

< C >
Cairo  (4)
Cairo's  (1)
Caitriona  (18)
calculate  (1)
calendar  (12)
California  (4)
call  (50)
CALLED  (39)
calling  (5)
calls  (13)
calm  (1)
Cambridge  (1)
CAMERA  (1)
campaign  (2)
camps  (1)
campus  (1)
Canada  (1)
capacity  (3)
car  (3)
care  (5)
careful  (1)
Caroline  (17)
Carrie  (4)

carried  (1)
carrier  (1)
Carroll  (1)
CARSON  (571)
Carson's  (1)
Case  (37)
cases  (4)
Casey  (1)
Cast  (1)
categorization  (1)
categorize  (4)
categorized  (2)
caught  (2)
cause  (4)
caused  (3)
causing  (1)
CAVALIER  (49)
celebrated  (1)
Center  (8)
centers  (1)
Centre  (2)
certain  (12)
certainly  (2)
CERTIFY  (1)
Chain  (2)
chairman  (5)
challenge  (1)
chance  (2)
change  (6)
changed  (12)
changes  (7)
changing  (1)
channels  (1)
chanted  (1)
character  (1)
characterization  (8)
characterizations  (1)
characterize  (7)
characterized  (3)
Charge  (31)
charged  (2)
charges  (4)
charging  (7)
check  (4)
cherish  (1)
chess  (1)
chief  (16)
Chinatown  (1)
choose  (1)

chose  (2)
Chronicle  (1)
church  (2)
cigarettes  (4)
circles  (1)
circumstances  (2)
citizen  (1)
city  (5)
civic  (1)
CIVIL  (6)
civilian  (1)
claim  (4)
claiming  (1)
claims  (6)
clarification  (1)
clarify  (2)
clarity  (1)
Clark  (1)
class  (2)
classes  (2)
classification  (1)
clean  (4)
cleaning  (1)
clear  (9)
clearly  (1)
click  (3)
client  (37)
clients  (14)
client's  (1)
Cliff  (2)
clock  (1)
close  (1)
clue  (1)
codified  (1)
codirectorship  (1)
coffee  (1)
coincidence  (1)
cold  (2)
colleagues  (2)
collect  (1)
collection  (1)
college  (5)
combination  (1)
combined  (2)
come  (18)
comes  (3)
coming  (6)
commander  (1)
commanders  (1)

comment  (30)
commented  (1)
comments  (2)
Commission  (3)
committed  (1)
committee  (14)
common  (4)
Commonwealth  (2)
communicate  (1)
communicated  (5)
communicating  (1)
communication  (6)
communications  (18)
Community  (17)
companies  (1)
company  (5)
comparable  (1)
compare  (3)
comparison  (1)
compartmentalize  (1)
compartmentalizing
 (1)
competitions  (1)
complain  (1)
complained  (2)
complaint  (113)
complaints  (37)
complete  (6)
completely  (3)
complex  (1)
complicated  (6)
compound  (4)
comprehension  (1)
compromising  (2)
Computer  (7)
conceived  (1)
concept  (2)
concerned  (2)
concerted  (1)
conclude  (1)
concluded  (1)
concluding  (1)
conclusion  (14)
concocted  (6)
concocting  (1)
condition  (3)
conditions  (1)
condo  (1)
conduct  (27)

conference  (24)
conferences  (1)
confidential  (1)
confirm  (1)
conflict  (1)
conflicts  (1)
confusing  (3)
congress  (2)
Congressman  (1)
congressmen  (2)
conjunction  (1)
connection  (14)
connects  (1)
consider  (1)
considered  (2)
considering  (3)
consistently  (1)
conspiracy  (6)
constant  (2)
constituted  (2)
construction  (1)
constructively  (1)
construe  (1)
consult  (1)
contact  (5)
contained  (2)
contempt  (1)
content  (1)
contents  (2)
context  (13)
contingency  (5)
continuation  (2)
continue  (13)
continued  (1)
continues  (2)
continuing  (2)
continuous  (1)
contract  (8)
contractors  (1)
contractual  (1)
control  (2)
controlled  (1)
conversation  (73)
conversations  (37)
conversion  (2)
converted  (1)
conveyed  (6)
convicted  (1)
co-opting  (1)

coordinator  (1)
copied  (2)
copy  (7)
Corbett  (1)
coronavirus  (2)
corporate  (4)
corporation  (1)
corps  (1)
correct  (86)
correcting  (1)
correction  (1)
corrective  (1)
correspondence  (3)
cost  (3)
Costello  (2)
couch  (45)
couches  (2)
cough  (1)
Council  (3)
counsel  (84)
count  (3)
counterclaim  (17)
counterclaims  (1)
counterterrorism  (2)
countless  (5)
country  (3)
County  (6)
couple  (3)
course  (8)
COURT  (93)
courthouse  (1)
courtroom  (1)
cover  (2)
covered  (2)
covering  (1)
covers  (1)
coworker  (12)
coworkers  (1)
COZEN  (3)
crazy  (5)
created  (1)
creating  (1)
credibility  (1)
credible  (11)
credits  (1)
crew  (1)
criminal  (1)
criminals  (2)
criticize  (1)

cross (1)
cruise (1)
Cuba (1)
culminated (2)
cup (1)
curious (1)
current (1)
curtain (1)
custodian (1)
custody (1)
cut (3)
Cynwyd (1)

< D >
D.C (8)
D.C. (1)
da (5)
damage (3)
damages (13)
Dan (1)
Daniel (107)
Daniel's (1)
Danny (44)
dannythomas@tesco.co
.uk (1)
Darren (1)
Dashti (3)
D-a-s-h-t-i (1)
data (2)
database (1)
date (41)
dated (1)
dates (5)
daughter (1)
Dave (3)
Davitch (1)
day (24)
days (12)
de (2)
dead (1)
deal (6)
dealing (5)
deals (3)
dealt (5)
dear (1)
debate (1)
debilitated (1)
deceive (1)
deceived (1)

December (12)
decibel (1)
decide (1)
decided (2)
decision (3)
decisions (2)
deconstructed (1)
deep (2)
Defence (1)
defendant (2)
Defendants (2)
defending (1)
Defense (4)
defer (2)
defined (2)
definitely (4)
definition (6)
defraud (3)
defrauded (6)
defrauding (4)
defrauds (1)
degree (6)
Delaney (6)
delivered (1)
delusions (1)
demand (1)
demanding (2)
demise (1)
demoted (1)
denial (2)
deny (6)
dep (1)
department (1)
departure (3)
depending (2)
depends (8)
deployment (1)
Deponent (3)
depose (1)
deposing (1)
deposition (39)
deputy (16)
DEREK (25)
descendents (1)
describe (9)
described (6)
description (7)
design (1)
designed (1)

desk (2)
desks (1)
despair (1)
destroy (1)
destroying (1)
destruction (1)
detail (2)
detective (1)
determined (1)
determining (1)
detrimental (1)
develop (1)
development (2)
device (1)
devices (2)
diagram (6)
dialogue (1)
diametric (1)
die (1)
died (1)
difference (7)
different (65)
differently (1)
difficult (14)
difficulties (2)
dignity (2)
dining (2)
dinner (14)
direct (16)
directed (4)
directing (2)
direction (2)
directive (1)
directly (9)
director (42)
directors (4)
disagree (9)
disagreed (1)
disagreement (1)
discharged (1)
disciplinarian (1)
disclosures (2)
disconnected (1)
discontent (7)
discover (2)
discovered (1)
discovery (16)
discriminated (2)
discriminating (2)

Discrimination (18)
discuss (3)
discussed (8)
discussing (5)
discussion (14)
discussions (5)
dishonesty (2)
dismissal (1)
dismissed (2)
disparities (1)
disparity (1)
disproven (1)
dispute (4)
disqualification (1)
disqualified (1)
disqualify (3)
dissonance (1)
distinction (1)
DISTRICT (11)
districts (1)
diversity (4)
divided (2)
docket (2)
docs (3)
doctor (1)
doctrine (2)
Document (73)
documentation (2)
documents (51)
doing (32)
dollar (5)
dollars (9)
Dolly (1)
domestic (2)
Donald (1)
donate (4)
donates (1)
donation (1)
donations (1)
donor (3)
donors (2)
download (3)
downloaded (1)
downstairs (1)
downward (1)
dozens (4)
Dr (19)
draft (6)
drafted (2)

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

drafting  (5)
Dragonetti  (1)
dress  (1)
drill  (1)
drink  (1)
drinking  (1)
drinks  (3)
drive  (1)
drop  (1)
drove  (1)
drug  (2)
drum  (1)
drunk  (3)
dual  (2)
due  (2)
DULY  (1)
duped  (1)
duty  (5)
dynamics  (1)

< E >
Eagles  (2)
ear  (7)
earlier  (7)
early  (4)
ears  (1)
Earth  (1)
easier  (2)
EAST  (122)
EASTERN  (22)
easy  (2)
eat  (1)
ECF  (5)
economic  (1)
e-discovery  (2)
editor  (3)
editor-in-chief  (1)
edits  (1)
education  (7)
educational  (6)
EEO  (1)
EEOC  (31)
effect  (3)
Effective  (1)
efficacy  (1)
effort  (2)
Egypt  (1)
Egyptian  (2)
eight  (12)

either  (21)
EJ  (4)
elderly  (1)
elected  (1)
electronic  (7)
electronically  (1)
element  (2)
elementary  (1)
eleventh  (1)
Elliot  (4)
E-mail  (62)
e-mailed  (1)
e-mails  (15)
Eman  (4)
embarrass  (1)
embassy  (2)
employed  (6)
employee  (21)
employees  (21)
employee's  (1)
employer's  (1)
employment  (11)
enacted  (1)
encounters  (1)
ended  (4)
ends  (3)
engage  (1)
engaged  (4)
engaging  (2)
engineered  (2)
England  (1)
English  (1)
engrossed  (1)
enlighten  (1)
enlightening  (1)
enlistment  (1)
entered  (2)
entering  (1)
enterprise  (4)
entire  (14)
entirety  (4)
entrance  (1)
entry  (1)
enumerated  (1)
Equal  (1)
equality  (1)
equated  (1)
equity  (1)
Eric  (1)

E-r-i-c  (1)
Erica  (1)
Erie  (1)
escape  (1)
escaping  (1)
especially  (2)
ESQ  (4)
established  (2)
estimate  (2)
et  (2)
ethics  (1)
Europe  (3)
evening  (11)
event  (9)
events  (9)
eventual  (1)
eventually  (5)
Everest  (3)
Everybody  (2)
everybody's  (1)
evidence  (21)
exact  (20)
exactly  (12)
exaggerating  (1)
Examination  (3)
EXAMINED  (3)
example  (8)
examples  (2)
exception  (1)
exchange  (1)
exchanges  (1)
exchanging  (1)
excited  (2)
exclusively  (1)
excuse  (15)
executive  (23)
exempt  (3)
exhaustive  (2)
exhibit  (15)
EXHIBITS  (4)
exist  (5)
exists  (3)
expect  (1)
expected  (1)
experience  (3)
experiences  (1)
expert  (5)
explain  (26)
explained  (3)

explains  (1)
explanation  (3)
Exponent  (1)
extended  (1)
extensive  (2)
extent  (6)
external  (6)
extra  (1)
eye  (1)

< F >
fabricate  (2)
fabricated  (3)
face  (3)
Facebook  (2)
facilitate  (3)
facilitated  (2)
fact  (13)
facts  (6)
factual  (14)
failed  (2)
fair  (32)
Fairless  (1)
fall  (2)
false  (17)
familiar  (4)
far  (5)
Faragher-Ellerth  (1)
fashion  (1)
fast  (3)
father  (2)
February  (5)
federated  (1)
Federation  (7)
feedback  (1)
Feel  (3)
feelings  (1)
fees  (1)
fell  (1)
fellow  (1)
felt  (7)
female  (12)
fiduciary  (1)
field  (3)
fifth  (3)
fight  (2)
figure  (2)
file  (18)
filed  (52)

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

files  *(6)*
filing  *(13)*
fill  *(1)*
filled  *(2)*
film  *(1)*
final  *(3)*
finances  *(1)*
find  *(16)*
finding  *(1)*
fine  *(19)*
finish  *(25)*
finished  *(1)*
finishing  *(1)*
Fink  *(29)*
fire  *(1)*
fired  *(4)*
firefighter  *(1)*
Firm  *(17)*
first  *(92)*
Fitzgerald  *(1)*
five  *(45)*
five-minute  *(3)*
flat  *(1)*
flight  *(1)*
flights  *(3)*
flirting  *(1)*
fluctuates  *(1)*
fly  *(6)*
folders  *(1)*
folkstyle  *(1)*
follow  *(3)*
followed  *(1)*
following  *(10)*
FOLLOWS  *(1)*
food  *(1)*
foot  *(3)*
footnote  *(1)*
footprint  *(1)*
force  *(2)*
forced  *(3)*
Forces  *(3)*
foreign  *(1)*
forensic  *(2)*
forensically  *(1)*
forget  *(1)*
form  *(18)*
formal  *(8)*
formative  *(1)*
former  *(2)*

for-profit  *(1)*
FORUM  *(117)*
Forum-related  *(3)*
forums  *(1)*
Forum's  *(11)*
forward  *(10)*
forwarded  *(4)*
found  *(20)*
Foundation  *(1)*
founders  *(1)*
four  *(36)*
four-month  *(1)*
fourth  *(4)*
frame  *(2)*
Frank  *(29)*
Frankly  *(2)*
Frank's  *(4)*
Fraud  *(5)*
fraudulent  *(3)*
free  *(3)*
Friday  *(8)*
friend  *(5)*
friendly  *(2)*
friends  *(3)*
front  *(14)*
frontlines  *(1)*
frustration  *(1)*
fuckin  *(3)*
full  *(8)*
fully  *(1)*
functional  *(1)*
fundraising  *(3)*
funds  *(1)*
funneled  *(3)*
funny  *(4)*
further  *(4)*
future  *(3)*

< G >
Gabrielle  *(6)*
Galilee  *(1)*
Gallery  *(1)*
Gambill  *(1)*
game  *(10)*
Gary  *(3)*
Gavriel  *(1)*
G-a-v-r-i-e-l  *(1)*
gay  *(1)*
gender  *(9)*

general  *(29)*
generalized  *(1)*
generally  *(11)*
generation  *(1)*
gentlemen  *(1)*
getting  *(22)*
gist  *(1)*
give  *(133)*
given  *(19)*
gives  *(3)*
giving  *(21)*
Giza  *(1)*
G-i-z-a  *(1)*
glad  *(1)*
glass  *(1)*
go  *(161)*
goals  *(2)*
goes  *(9)*
going  *(192)*
Golan  *(1)*
GOLD  *(150)*
GoldenComm  *(2)*
Gold's  *(1)*
good  *(15)*
Goodman  *(22)*
Gosar  *(1)*
gotten  *(1)*
government  *(5)*
Governor  *(2)*
governors  *(10)*
grabbed  *(1)*
grade  *(4)*
gradually  *(1)*
graduate  *(2)*
graduated  *(3)*
grandeur  *(1)*
grant  *(12)*
granted  *(7)*
grants  *(1)*
Grayson  *(1)*
great  *(5)*
Greater  *(6)*
Green  *(2)*
GREGG  *(28)*
G-r-e-g-g  *(1)*
grip  *(1)*
gross  *(1)*
groundwork  *(3)*
GROUP  *(10)*

groups  *(1)*
Group's  *(1)*
guard  *(2)*
guard's  *(1)*
guess  *(28)*
guest  *(1)*
guide  *(1)*
gum  *(3)*
guy  *(4)*
guys  *(36)*
guy's  *(1)*

< H >
hacker  *(9)*
hackers  *(1)*
Haifa  *(4)*
H-a-i-f-a  *(1)*
Halevi  *(1)*
H-a-l-e-v-i  *(1)*
half  *(8)*
hand  *(2)*
handed  *(3)*
handicapped  *(1)*
handle  *(4)*
handled  *(2)*
hands  *(1)*
handwritten  *(10)*
happen  *(28)*
happened  *(74)*
happening  *(2)*
happens  *(4)*
happy  *(16)*
harass  *(3)*
harassed  *(1)*
harassment  *(78)*
hard  *(8)*
harmonious  *(1)*
Harrisburg  *(1)*
Harrison  *(1)*
hated  *(1)*
Hatzalah  *(1)*
Hawaii  *(6)*
head  *(4)*
health  *(2)*
hear  *(63)*
heard  *(18)*
hearing  *(1)*
hearsay  *(1)*
Hebrew  *(2)*

Deposition of GREGG ROMAN                                   Lisa Barbounis v. Middle Eastern Forum, et. al.

Heights  (1)
held  (16)
hell  (1)
he'll  (2)
hello  (1)
help  (23)
helped  (3)
helping  (3)
helps  (2)
Herzliya  (2)
H-e-r-z-l-i-y-a  (1)
hey  (6)
Hezbollah  (2)
HH  (1)
hierarchy  (4)
High  (8)
higher  (1)
highest  (3)
highlighted  (3)
Hillel  (3)
Hills  (1)
Hilton  (1)
hire  (4)
hired  (5)
hiring  (2)
history  (4)
hit  (1)
hits  (1)
hold  (26)
holding  (1)
Hollin  (1)
home  (1)
honest  (2)
honesty  (2)
honor  (1)
honorific  (1)
hope  (2)
Hopewell  (2)
horrible  (1)
host  (1)
hostage  (1)
hosts  (1)
hotel  (19)
hotels  (2)
hour  (1)
hours  (9)
house  (2)
hover  (2)
huge  (1)

Huh  (1)
Human  (4)
Hun  (1)
H-u-n  (1)
hundred  (12)
hundreds  (2)
Hunter  (2)
hurricane  (1)
hurt  (1)
husband  (6)
HVRSD  (1)
Hybros  (1)
H-y-b-r-o-s  (1)
hypothetical  (5)

< I >
Ichud  (1)
IDC  (2)
idea  (2)
Identify  (2)
identifying  (1)
IDF  (1)
ill  (4)
illegal  (1)
imagine  (1)
imbroglio  (1)
immediately  (4)
impacted  (1)
implication  (1)
implies  (1)
importance  (2)
important  (6)
impossible  (2)
improper  (3)
improve  (1)
improvement  (3)
inaccurate  (3)
inappropriate  (10)
inappropriately  (1)
incident  (14)
incidents  (1)
include  (6)
included  (6)
includes  (2)
including  (10)
inclusion  (3)
inclusive  (3)
inconclusive  (1)
incorrect  (11)

incorrectly  (1)
incredibly  (1)
incrementally  (1)
incubator  (1)
INDEX  (2)
indicate  (3)
indicates  (1)
indiscernible  (4)
individual  (10)
individuals  (10)
inebriated  (1)
inflicted  (1)
informal  (2)
information  (25)
informed  (2)
in-house  (9)
initial  (4)
initiated  (6)
initiation  (1)
initiatives  (4)
innuendo  (1)
in-person  (2)
insofar  (1)
instance  (12)
instances  (3)
instant  (1)
instruct  (2)
instructed  (3)
instructing  (1)
instruction  (3)
instructions  (2)
insult  (1)
insurance  (1)
intelligence  (1)
intense  (1)
intensive  (1)
intent  (1)
intention  (5)
intentions  (9)
interaction  (1)
interactions  (2)
intercourse  (1)
Interdisciplinary  (1)
interest  (8)
interested  (1)
interesting  (3)
interests  (3)
interface  (1)
interfering  (1)

Interim  (1)
intern  (2)
internal  (1)
internally  (1)
international  (2)
internationally  (1)
Interns  (1)
interpersonal  (2)
interpret  (2)
interpretation  (5)
interrogatory  (1)
interrupted  (2)
interrupting  (8)
intersected  (1)
intersecting  (1)
interview  (2)
interviews  (1)
intimacy  (2)
intimate  (2)
intimately  (2)
intimidated  (1)
intricate  (1)
introduced  (3)
investigated  (4)
investigating  (2)
investigation  (16)
investigative  (1)
invitation  (1)
invite  (2)
invited  (9)
invoke  (5)
involve  (1)
involved  (32)
involvement  (6)
involving  (4)
Iran  (2)
ISIS  (2)
Islamic  (1)
isolate  (1)
Israel  (39)
Israeli  (6)
Israel's  (4)
issue  (3)
issues  (14)
Italy  (5)
items  (2)
its  (2)
IVP  (1)

**< J >**
jail  (3)
James  (1)
Jamie  (1)
January  (7)
Jazmin  (10)
jcavalier@cozen.com  (1)
JCRC  (14)
j-e-l  (1)
Jersey  (5)
Jerusalem  (2)
Jewish  (32)
Jews  (1)
job  (20)
jobs  (3)
Joe  (1)
jog  (2)
joint  (1)
Jon  (6)
JONATHAN  (3)
Jordan  (1)
Joshua  (1)
journalist  (1)
journalist's  (1)
Judaic  (1)
Judge  (4)
judged  (1)
judges  (1)
July  (8)
jump  (6)
jumping  (1)
June  (36)
junkie  (3)
jury  (1)
justice  (2)

**< K >**
Kalina  (4)
Karmiel  (1)
K-a-r-m-i-e-l  (1)
Kassam  (12)
Katz  (2)
Katzen  (1)
Kaufman  (2)
keep  (25)
keeping  (4)
keeps  (1)
Kentucky  (2)

kept  (9)
Kevin  (1)
kids  (1)
kill  (1)
killed  (1)
Kimball  (2)
kind  (15)
kindergarten  (1)
kinds  (1)
Kingdom  (15)
kitchen  (16)
knew  (10)
know  (266)
Knowing  (1)
knowledge  (15)
known  (3)
knows  (3)

**< L >**
label  (2)
lacks  (1)
laid  (2)
lane  (1)
language  (4)
lap  (4)
Lara  (12)
Lara's  (1)
lastly  (2)
late  (7)
launched  (1)
Laura  (34)
LAW  (30)
Lawrence  (1)
laws  (3)
lawsuit  (7)
lawsuits  (3)
lawyer  (9)
lawyers  (7)
laying  (3)
layman's  (1)
laymen  (1)
layout  (2)
LBEEOC  (2)
Lead  (3)
leadership  (1)
leading  (1)
league  (2)
Leah  (8)
learn  (2)

learned  (3)
learning  (2)
leave  (5)
leaves  (1)
leaving  (1)
Lebanon  (1)
lecture  (1)
lecturer  (3)
lectures  (1)
led  (12)
Lee  (10)
Lee's  (1)
leeway  (1)
left  (16)
legal  (26)
legalized  (2)
legally  (3)
legs  (1)
Letter  (71)
letters  (1)
level  (3)
leveling  (1)
levers  (1)
Levin  (1)
Levy  (5)
Levy's  (1)
Lexington  (1)
Lezion  (1)
L-e-z-i-o-n  (1)
LGBT  (1)
liability  (1)
liaising  (1)
liaison  (8)
liar  (14)
liars  (4)
Liberty  (1)
Libre  (1)
license  (2)
lie  (9)
lied  (13)
lies  (14)
life  (17)
lift  (2)
lifted  (1)
light  (2)
Ligonier  (1)
limit  (1)
limitations  (1)
limited  (2)

limiting  (1)
line  (5)
lines  (1)
link  (2)
linking  (1)
liquor  (1)
LISA  (141)
Lisa's  (3)
list  (17)
listed  (8)
listen  (10)
listening  (1)
listing  (1)
lists  (1)
litany  (1)
literally  (1)
litigate  (1)
litigated  (1)
litigation  (28)
little  (23)
lives  (6)
living  (7)
local  (1)
location  (1)
lodging  (1)
log  (1)
Logan  (2)
logic  (1)
London  (18)
long  (9)
longer  (4)
look  (54)
looked  (5)
looking  (12)
looks  (9)
Los  (2)
losing  (1)
lost  (2)
lot  (15)
loud  (2)
lousy  (1)
love  (5)
loved  (1)
Lovitz  (1)
L-o-v-i-t-z  (1)
low  (1)
Lower  (1)
loyalty  (2)
luck  (1)

Deposition of GREGG ROMAN                                Lisa Barbounis v. Middle Eastern Forum, et. al.

| | | | |
|---|---|---|---|
| lump *(1)* | Matthew *(6)* | million *(4)* | moved *(2)* |
| lunch *(7)* | Matt's *(1)* | millions *(4)* | movement *(3)* |
| lunchtime *(1)* | Mayor *(3)* | mind *(11)* | movie *(2)* |
| lying *(25)* | McClintock *(1)* | mine *(2)* | movies *(1)* |
| | McNulty *(110)* | minimis *(1)* | moving *(2)* |
| < M > | McNulty's *(27)* | minimum *(4)* | multiple *(25)* |
| Mac *(4)* | mean *(71)* | minister *(2)* | murdered *(1)* |
| magically *(1)* | meaning *(2)* | Ministry *(1)* | murdering *(1)* |
| main *(1)* | means *(8)* | minorities *(1)* | Muslim *(2)* |
| Mainen *(1)* | meant *(5)* | minute *(5)* | mute *(1)* |
| mainline *(1)* | measures *(1)* | minutes *(20)* | |
| maintain *(12)* | media *(7)* | misappropriated *(6)* | < N > |
| maintained *(2)* | mediate *(1)* | mischaracterization | NAACP *(1)* |
| maintains *(1)* | Medill *(5)* | *(3)* | name *(56)* |
| making *(5)* | medium *(2)* | mischaracterized *(1)* | named *(24)* |
| male *(1)* | meet *(2)* | mischaracterizes *(2)* | names *(7)* |
| malingering *(1)* | meeting *(99)* | mischaracterizing *(1)* | narrow *(1)* |
| malpractice *(1)* | meetings *(15)* | misconduct *(3)* | national *(2)* |
| man *(12)* | MEF *(57)* | miserable *(1)* | nature *(37)* |
| manage *(6)* | MEF's *(3)* | Misgav *(1)* | natures *(1)* |
| managed *(1)* | member *(12)* | M-i-s-g-a-v *(1)* | necessarily *(2)* |
| management *(35)* | members *(8)* | Mishcon *(1)* | necessary *(2)* |
| manager *(2)* | memo *(20)* | misinterpreted *(1)* | necessity *(1)* |
| managerial *(4)* | memorialized *(2)* | misrepresent *(1)* | need *(47)* |
| managing *(4)* | memory *(7)* | misrepresentation *(3)* | needed *(3)* |
| Manchester *(1)* | men *(2)* | misrepresented *(4)* | needs *(5)* |
| Manhattan *(1)* | mention *(5)* | misrepresenting *(1)* | negative *(2)* |
| manipulated *(1)* | mentioned *(2)* | missing *(1)* | negotiating *(1)* |
| manner *(2)* | mentions *(1)* | mission *(1)* | negotiations *(2)* |
| man's *(1)* | Mercer *(1)* | mistake *(4)* | negotiator *(1)* |
| manual *(1)* | meritorious *(1)* | mitigate *(2)* | neighborhood *(1)* |
| Marc *(22)* | Merville *(7)* | mitigating *(1)* | neither *(2)* |
| March *(35)* | mess *(5)* | mix *(1)* | never *(101)* |
| Margaret *(2)* | message *(17)* | modicum *(1)* | New *(9)* |
| marijuana *(4)* | Messages *(32)* | modified *(1)* | Newport *(1)* |
| mark *(2)* | messenger *(1)* | money *(89)* | news *(4)* |
| marked *(1)* | met *(3)* | monies *(1)* | nice *(3)* |
| Market *(3)* | metadata *(27)* | month *(10)* | nicer *(2)* |
| marks *(2)* | Meyer *(47)* | months *(9)* | Nick *(1)* |
| Marnie *(62)* | Meyer's *(3)* | morning *(4)* | night *(15)* |
| marriages *(1)* | Miami *(2)* | morphed *(5)* | nighttime *(1)* |
| married *(1)* | Michael *(1)* | mother *(4)* | Nile *(1)* |
| Maryland *(1)* | microphone *(1)* | motion *(5)* | nine *(4)* |
| Massachusetts *(1)* | MIDDLE *(128)* | motivation *(1)* | ninth *(2)* |
| masters *(1)* | midlands *(1)* | motive *(1)* | Nir *(2)* |
| material *(5)* | milieu *(2)* | mountain *(1)* | N-i-r *(1)* |
| Matt *(28)* | military *(2)* | mouse *(1)* | Nitzan *(1)* |
| matter *(14)* | Miller *(18)* | mouth *(5)* | N-i-t-z-a-n *(1)* |
| matters *(5)* | Miller's *(4)* | move *(8)* | NJISAA *(1)* |

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

nod  (1)
nonannouncement  (1)
nonissue  (1)
nonlegal  (3)
nonprofit  (1)
nonresponsive  (1)
nonsexual  (2)
north  (1)
northeast  (1)
Notary  (2)
note  (4)
noted  (1)
notes  (5)
notice  (3)
notified  (1)
notify  (2)
November  (115)
NUMBER  (39)
numbered  (1)

< O >
oath  (9)
Obama  (1)
OBIDs  (1)
object  (19)
objecting  (7)
Objection  (11)
obligation  (1)
obligations  (1)
O'Brien  (4)
observed  (1)
obstruct  (1)
obtain  (1)
obtained  (2)
obvious  (1)
obviously  (2)
occasion  (1)
occasions  (2)
occurred  (7)
occurs  (1)
O'CONNOR  (3)
October  (41)
offensive  (1)
offer  (9)
offered  (3)
offering  (2)
off-hours  (1)
office  (26)
officer  (4)

officers  (3)
offices  (1)
official  (1)
officiate  (1)
Oh  (7)
Ohio  (1)
Okay  (292)
old  (1)
once  (12)
one-on-one  (2)
ones  (5)
online  (2)
open  (2)
Operation  (1)
operational  (1)
operations  (1)
opinion  (8)
opportunity  (15)
opposite  (1)
opposition  (1)
oppress  (1)
option  (1)
oral  (1)
order  (7)
ordered  (1)
Ordinance  (1)
organization  (54)
organizations  (3)
organization's  (2)
organize  (2)
organized  (3)
organizer  (1)
original  (3)
originally  (8)
outlandish  (1)
outline  (2)
outrageous  (1)
outreach  (1)
outset  (2)
outside  (7)
outstanding  (1)
oval  (1)
overnight  (1)
overseas  (3)
oversee  (1)
overseeing  (1)
owes  (2)
Oxford  (1)

< P >
P.C  (1)
p.m  (24)
PA  (5)
PACER  (5)
pack  (2)
PAGE  (2)
pages  (1)
paid  (10)
Paige  (1)
pain  (1)
pale  (1)
Palestine  (1)
Palestinian  (2)
paper  (1)
paragraph  (13)
Paragraphs  (2)
paralegal  (2)
parallel  (3)
paraphrasing  (1)
parentheses  (1)
Paris  (2)
parliament  (2)
part  (40)
partial  (4)
participants  (3)
participated  (4)
participating  (1)
participation  (1)
parties  (3)
partnership  (1)
Parton  (1)
parts  (3)
part's  (1)
party  (8)
party's  (1)
Passover  (1)
passport  (1)
paste  (1)
pasted  (1)
Patel  (4)
path  (1)
Patricia  (35)
Patriots  (2)
pattern  (3)
Paul  (1)
pay  (16)
PayPal  (1)
PDF  (3)

Peduto  (1)
pending  (17)
penis  (3)
Pennsbury  (2)
Pennsylvania  (16)
people  (78)
people's  (5)
percent  (12)
period  (5)
perjures  (1)
perjuring  (1)
perjury  (6)
permission  (1)
permitted  (1)
Perry  (2)
person  (34)
personal  (14)
personally  (2)
personnel  (6)
perspective  (1)
pertaining  (1)
perturbed  (1)
ph  (7)
Philadelphia  (23)
Philadelphia's  (1)
Philly  (2)
phone  (19)
photo  (1)
Photograph  (1)
phrase  (1)
physical  (3)
physically  (1)
physics  (2)
pick  (1)
picked  (1)
picking  (1)
picture  (2)
pictures  (2)
piece  (7)
pieces  (1)
pin  (1)
Pincus  (1)
Pinsker  (4)
Pinus  (1)
Pipes  (192)
Pipes's  (4)
Pittsburgh  (23)
pizza  (4)
Place  (66)

*Lisa Barbounis v. Middle Eastern Forum, et. al.*

placed  (1)
placement  (1)
places  (1)
Plaintiff  (4)
plan  (6)
plane  (2)
planet  (3)
planned  (1)
planning  (5)
plans  (2)
play  (5)
played  (8)
playing  (5)
pleasantries  (1)
please  (61)
plethora  (2)
PLLC  (1)
plus  (6)
point  (12)
points  (1)
police  (2)
policies  (3)
policy  (16)
political  (2)
Politici  (1)
politics  (2)
population  (1)
portfolios  (1)
portion  (1)
position  (48)
positioning  (1)
positions  (6)
positive  (1)
possession  (4)
possible  (13)
post  (1)
Post-Gazette  (1)
Potemkin  (1)
potential  (1)
pound  (3)
pounds  (16)
Power  (2)
Practice  (1)
practices  (2)
precautions  (2)
precipice  (1)
predates  (1)
predicate  (13)
predicated  (1)

pre-discovery  (1)
prefers  (1)
premier  (1)
prep  (1)
preparation  (2)
prepare  (1)
prepared  (1)
preparing  (1)
presence  (10)
Present  (11)
presentation  (1)
preserving  (1)
preside  (2)
presided  (2)
president  (6)
pretend  (1)
pretty  (6)
prevent  (1)
previous  (6)
previously  (3)
primarily  (1)
Princeton  (1)
printed  (1)
printout  (1)
prior  (14)
prison  (3)
privacy  (3)
private  (5)
privilege  (13)
privileged  (17)
privy  (2)
probably  (42)
problem  (4)
problematic  (1)
problems  (2)
procedure  (1)
procedures  (4)
proceeded  (2)
proceeding  (1)
proceedings  (4)
process  (7)
procession  (1)
processions  (1)
produce  (5)
produced  (7)
producing  (1)
product  (1)
production  (2)
productive  (1)

profess  (1)
profession  (1)
Professional  (15)
professionals  (1)
program  (3)
programs  (2)
progression  (1)
project  (4)
projects  (8)
promise  (2)
promote  (1)
promoted  (7)
promotion  (1)
pronounce  (2)
proof  (2)
proper  (5)
properties  (1)
protected  (2)
protection  (1)
protestant  (1)
protocols  (3)
proud  (1)
prove  (5)
proven  (2)
proves  (3)
provide  (14)
provided  (24)
providing  (6)
psychiatrist  (1)
Public  (12)
publisher  (1)
Puerto  (1)
pull  (5)
pulled  (2)
pulling  (2)
punitive  (1)
purely  (1)
purity  (2)
purple  (1)
pursuant  (3)
pursue  (1)
pursuing  (1)
push  (1)
put  (61)
Putin  (1)
putting  (5)

< Q >
Qaeda  (1)

Qatari  (1)
quarterback  (3)
Quarterly  (4)
quasi-governmental  (1)
question  (283)
question-answer  (2)
questioned  (1)
questioning  (3)
questions  (29)
quick  (3)
quickest  (1)
quickly  (4)
quieting  (3)
quit  (3)
quite  (4)
quotation  (2)
quote  (5)
quoted  (1)
quotes  (5)
quoting  (5)

< R >
racial  (1)
radio  (1)
Raheem  (17)
raise  (9)
raised  (5)
rally  (24)
ran  (2)
range  (2)
Raquel  (1)
rate  (4)
reached  (1)
reacted  (1)
read  (43)
reading  (9)
ready  (1)
real  (3)
realize  (2)
really  (41)
reason  (24)
reasonable  (2)
reasons  (16)
recall  (35)
recategorize  (1)
receipt  (2)
receipts  (12)
receive  (7)

| | | | |
|---|---|---|---|
| received  (*31*) | Relations  (*5*) | required  (*1*) | RIESER  (*5*) |
| receiving  (*5*) | relationship  (*9*) | requires  (*1*) | Right  (*232*) |
| recess  (*6*) | relationships  (*4*) | rescue  (*2*) | Rishon  (*1*) |
| recollect  (*1*) | relative  (*1*) | research  (*1*) | R-i-s-h-o-n  (*1*) |
| recollecting  (*1*) | relatively  (*1*) | reservations  (*1*) | risk  (*2*) |
| recollection  (*9*) | Relativity  (*2*) | reserve  (*1*) | River  (*5*) |
| recommendation  (*4*) | release  (*2*) | Reserves  (*2*) | Robert  (*1*) |
| recommendations  (*1*) | released  (*1*) | reset  (*1*) | Robinson  (*21*) |
| recommended  (*3*) | relegate  (*2*) | resignation  (*1*) | rogue  (*1*) |
| record  (*117*) | relegated  (*3*) | resisted  (*1*) | role  (*6*) |
| recorded  (*5*) | relevance  (*2*) | resource  (*1*) | roles  (*3*) |
| recording  (*12*) | relevant  (*5*) | resources  (*1*) | roll  (*1*) |
| recordings  (*2*) | reliable  (*1*) | respect  (*5*) | rolling  (*2*) |
| records  (*11*) | relief  (*2*) | respond  (*8*) | ROMAN  (*170*) |
| recover  (*1*) | relies  (*1*) | responded  (*1*) | R-o-m-a-n  (*2*) |
| recruiters  (*1*) | rely  (*1*) | respondent  (*11*) | Romano  (*2*) |
| redirect  (*1*) | remain  (*1*) | responding  (*1*) | Roman's  (*3*) |
| reeling  (*2*) | remained  (*1*) | responds  (*1*) | room  (*48*) |
| refer  (*13*) | remember  (*107*) | response  (*9*) | rooms  (*4*) |
| reference  (*3*) | remembers  (*1*) | responsibilities  (*44*) | Rose  (*1*) |
| referenced  (*1*) | remit  (*1*) | responsibility  (*18*) | Rosie  (*4*) |
| references  (*1*) | remote  (*1*) | responsible  (*9*) | rotting  (*1*) |
| referencing  (*1*) | remotely  (*1*) | rest  (*4*) | roundtable  (*1*) |
| referred  (*2*) | removed  (*11*) | restaurant  (*1*) | rub  (*3*) |
| referring  (*21*) | reneged  (*1*) | restrictions  (*3*) | ruin  (*2*) |
| refers  (*5*) | rent  (*1*) | restroom  (*2*) | ruined  (*10*) |
| reflect  (*1*) | renumeration  (*1*) | result  (*9*) | Rule  (*2*) |
| reflected  (*2*) | repeat  (*10*) | resulted  (*1*) | rules  (*2*) |
| reflects  (*2*) | rephrase  (*8*) | results  (*6*) | rumor  (*9*) |
| refresh  (*2*) | replete  (*2*) | resumed  (*1*) | rumors  (*1*) |
| refugee  (*3*) | reply  (*2*) | retaining  (*1*) | run  (*1*) |
| refugees  (*2*) | report  (*11*) | retaliate  (*2*) | runs  (*1*) |
| refusing  (*2*) | reported  (*9*) | retaliated  (*1*) | Ryan  (*3*) |
| regard  (*3*) | Reporter  (*75*) | retaliation  (*22*) | |
| regarding  (*18*) | Reporting  (*4*) | retired  (*1*) | < S > |
| regardless  (*1*) | reports  (*3*) | retiring  (*1*) | sabotage  (*1*) |
| regards  (*1*) | reprehensible  (*1*) | return  (*3*) | salary  (*2*) |
| Regional  (*2*) | represent  (*11*) | returned  (*2*) | sanctioned  (*1*) |
| Registered  (*6*) | representation  (*15*) | revealed  (*2*) | Saraswati  (*1*) |
| regular  (*1*) | representations  (*4*) | revealing  (*1*) | sat  (*6*) |
| rehired  (*1*) | representative  (*1*) | review  (*29*) | Saturday  (*2*) |
| reimbursed  (*1*) | representatives  (*1*) | reviewed  (*23*) | save  (*2*) |
| reimbursement  (*1*) | represented  (*12*) | reviewing  (*2*) | saved  (*1*) |
| reiterate  (*1*) | representing  (*7*) | Reya  (*1*) | saw  (*17*) |
| relate  (*3*) | reproductive  (*1*) | Reynolds  (*2*) | saying  (*111*) |
| related  (*25*) | Republic  (*1*) | Rich  (*1*) | says  (*71*) |
| relates  (*17*) | request  (*4*) | Rico  (*2*) | scenario  (*1*) |
| Relating  (*1*) | requested  (*1*) | rides  (*1*) | schedule  (*2*) |
| relation  (*1*) | requesting  (*1*) | ridiculous  (*3*) | scheme  (*1*) |

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

School  *(24)*
schools  *(1)*
Schuyler  *(1)*
Sciott  *(3)*
S-c-i-o-t-t  *(2)*
scope  *(2)*
Scorpion  *(1)*
Scottish  *(1)*
scratch  *(1)*
scream  *(1)*
screen  *(17)*
screened  *(1)*
screwed  *(1)*
scroll  *(3)*
Sderot  *(1)*
S-d-e-r-o-t  *(1)*
se  *(1)*
Sea  *(1)*
seal  *(3)*
sealed  *(2)*
Seasons  *(2)*
Seattle  *(1)*
Second  *(49)*
secondary  *(1)*
seconds  *(1)*
secret  *(1)*
secretary  *(18)*
secrets  *(1)*
section  *(4)*
security  *(8)*
seder  *(1)*
see  *(71)*
seeing  *(6)*
seeking  *(2)*
seeks  *(1)*
seen  *(7)*
sees  *(2)*
see-through  *(1)*
segmented  *(1)*
select  *(1)*
self-destructive  *(1)*
self-empowerment  *(1)*
self-proclivities  *(1)*
semester  *(2)*
semesters  *(1)*
seminar  *(5)*
seminary  *(1)*
Senator  *(2)*
send  *(9)*

sending  *(4)*
sends  *(1)*
senior  *(3)*
sense  *(2)*
sent  *(41)*
sentence  *(19)*
separate  *(4)*
separated  *(1)*
September  *(11)*
sergeant  *(1)*
series  *(2)*
serious  *(1)*
seriously  *(6)*
server  *(1)*
service  *(1)*
serviceman  *(1)*
sessions  *(2)*
set  *(3)*
SETH  *(6)*
seth@dereksmithlaw.c
om  *(1)*
settlement  *(2)*
seven  *(28)*
seven-hour  *(1)*
Sevenish  *(1)*
severance  *(1)*
sex  *(22)*
sexual  *(120)*
sexually  *(10)*
sgold@discrimlaw.net
  *(1)*
shades  *(1)*
shaking  *(1)*
share  *(12)*
shared  *(2)*
Shargel  *(4)*
S-h-a-r-g-e-l  *(1)*
sharing  *(3)*
sheet  *(1)*
Sheffield  *(1)*
shelf  *(1)*
shelter  *(1)*
Shield  *(1)*
Shikunov  *(1)*
Shikunov's  *(1)*
Shimel  *(2)*
shoes  *(1)*
Shoot  *(2)*
short  *(1)*

shot  *(2)*
shots  *(1)*
show  *(19)*
showed  *(8)*
showing  *(4)*
shows  *(2)*
shroud  *(2)*
Si  *(2)*
S-i  *(1)*
Sid  *(1)*
side  *(12)*
sides  *(1)*
Sidkoff  *(2)*
SIDNEY  *(5)*
sigh  *(1)*
sign  *(1)*
signature  *(3)*
signed  *(3)*
signpost  *(1)*
silence  *(2)*
similar  *(2)*
simple  *(4)*
simply  *(1)*
simulacrum  *(3)*
s-i-m-u-l-a-c-u-r-m  *(1)*
Simultaneous  *(12)*
single  *(7)*
sir  *(1)*
sister  *(1)*
sit  *(7)*
site  *(1)*
sits  *(1)*
Sitting  *(12)*
situation  *(2)*
six  *(15)*
sixth  *(1)*
Skype  *(1)*
sleep  *(2)*
slept  *(4)*
slow  *(15)*
slower  *(2)*
slowly  *(1)*
smile  *(1)*
smiled  *(2)*
SMITH  *(25)*
Smith's  *(1)*
smoke  *(3)*
smoked  *(2)*
smoking  *(2)*

so-called  *(1)*
social  *(6)*
solicitor  *(1)*
somebody  *(8)*
someone's  *(2)*
somewhat  *(2)*
son  *(1)*
soon  *(3)*
sorrow  *(1)*
Sorry  *(42)*
sort  *(22)*
Sotloff  *(1)*
sought  *(2)*
sound  *(7)*
sounds  *(2)*
sources  *(1)*
south  *(1)*
space  *(9)*
speak  *(10)*
speakerphone  *(1)*
speakers  *(12)*
speaking  *(15)*
speaks  *(5)*
Specialist  *(30)*
specific  *(88)*
specifically  *(36)*
specificity  *(9)*
specifics  *(6)*
specified  *(1)*
specifity  *(1)*
speculation  *(2)*
speech  *(1)*
spell  *(1)*
spelled  *(1)*
spelling  *(1)*
spend  *(3)*
spending  *(3)*
spent  *(6)*
spiral  *(1)*
spoke  *(32)*
spoken  *(6)*
sponsor  *(1)*
sports  *(1)*
spousal  *(1)*
spread  *(3)*
spreading  *(1)*
spring  *(2)*
Stacey  *(1)*
stack  *(1)*

Deposition of GREGG ROMAN                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

staff  (34)
stages  (1)
staggered  (1)
stamp  (2)
stamped  (1)
stamps  (1)
stand  (1)
stands  (10)
start  (21)
started  (48)
starting  (9)
starts  (4)
state  (3)
statement  (15)
statements  (3)
STATES  (11)
statute  (1)
statutes  (1)
stay  (11)
stayed  (6)
stealing  (3)
Stein  (1)
stenographer  (9)
stenographer's  (1)
stenographic  (3)
stenographically  (1)
step  (2)
steps  (2)
stern  (1)
Steve  (7)
Steven  (2)
stole  (1)
stolen  (8)
stop  (36)
stopped  (6)
stored  (1)
stories  (10)
story  (44)
straight  (2)
strategy  (8)
Street  (3)
strength  (1)
strike  (5)
structure  (3)
structures  (1)
student  (1)
students  (2)
studied  (1)
studies  (6)

study  (1)
studying  (2)
stuff  (8)
style  (20)
subject  (14)
subjected  (3)
submit  (2)
subordinates  (1)
subsequent  (2)
Sudan  (1)
sudden  (7)
sue  (2)
sued  (7)
suggest  (5)
suggested  (4)
suggestion  (2)
Suite  (3)
sum  (1)
summer  (1)
Superbowl  (2)
supervising  (1)
supervisor  (3)
supplemental  (1)
support  (1)
supported  (1)
supposed  (5)
Sure  (95)
surreptitiously  (1)
surrounded  (1)
surrounding  (4)
Susuni  (2)
Swazetti  (1)
swear  (1)
SWORN  (1)
system  (9)
systems  (2)
Szott  (8)
S-z-o-t-t  (2)

< T >
table  (5)
taglines  (1)
take  (76)
taken  (15)
takes  (2)
talk  (59)
talked  (25)
talking  (168)
talks  (3)

tamper  (1)
tampering  (1)
tape  (7)
task  (1)
taught  (1)
Tavern  (1)
tax  (1)
teach  (1)
teaching  (2)
team  (3)
technical  (1)
technological  (1)
technology  (1)
Telegraphic  (1)
telephone  (5)
tell  (105)
telling  (20)
Tells  (4)
ten  (9)
ten-minute  (1)
tens  (3)
tenth  (2)
tenure  (1)
term  (5)
termination  (1)
terms  (14)
test  (4)
TESTIFIED  (14)
testify  (10)
testifying  (7)
testimony  (39)
Texas  (1)
Text  (41)
texted  (1)
textual  (1)
Thank  (33)
thanking  (1)
theft  (1)
theme  (1)
thief  (1)
thigh  (1)
thing  (35)
things  (38)
think  (186)
thinking  (4)
thinks  (3)
third  (7)
Thomas  (78)
Thomas's  (4)

thorough  (1)
thought  (11)
thousand  (3)
thousands  (8)
thread  (1)
threatened  (1)
threats  (2)
three  (45)
throat  (1)
Thursday  (1)
ticket  (1)
tickets  (1)
Tiffany  (11)
time  (155)
times  (28)
tired  (1)
tissue  (1)
title  (31)
titles  (3)
titular  (1)
today  (43)
Today's  (7)
told  (77)
Tommo  (8)
Tommy  (19)
Toomey  (1)
top  (3)
topic  (2)
topics  (3)
total  (5)
totality  (8)
totally  (4)
touched  (4)
tough  (2)
town  (2)
TR.news  (2)
track  (8)
trade  (3)
trading  (1)
trafficked  (1)
training  (1)
transcript  (4)
transfer  (7)
transferred  (2)
transfers  (5)
transition  (1)
transmit  (1)
travel  (10)
traveled  (4)

Deposition of GREGG ROMAN                                     Lisa Barbounis v. Middle Eastern Forum, et. al.

traveling  (3)
travels  (1)
treasurer  (1)
treating  (1)
trial  (1)
Tribune  (1)
Tricia  (51)
Tricia's  (2)
trick  (3)
tried  (6)
trip  (8)
trips  (7)
true  (16)
Trump  (1)
trust  (1)
truth  (2)
truthful  (1)
truthfulness  (2)
try  (33)
trying  (99)
Tuesday  (3)
Turkish  (1)
turned  (5)
turnover  (1)
turns  (1)
TV  (1)
twenty  (5)
twice  (6)
two  (88)
type  (3)
typed  (3)
types  (2)
typo  (8)
typos  (1)

< U >
U.S  (1)
UAF  (1)
Uber  (6)
Uh-huh  (3)
UK  (7)
ultimate  (1)
un  (1)
unacceptable  (1)
unapproved  (1)
uncomfortable  (3)
unconventional  (1)
underneath  (2)
understand  (72)

understanding  (18)
understood  (4)
unenumerated  (1)
unethical  (2)
unhappy  (1)
unilaterally  (1)
unique  (1)
UNITED  (25)
units  (1)
Universal  (1)
universities  (1)
University  (15)
unluckiest  (2)
unplausible  (1)
unproven  (1)
unquote  (3)
unraveling  (1)
UNRWA  (1)
untrue  (2)
unwanted  (8)
unwelcoming  (1)
updated  (1)
upload  (2)
uploaded  (1)
upper  (1)
upset  (1)
upstairs  (5)
Urban  (2)
urinated  (1)
use  (5)
user  (1)
usually  (3)
usurpers  (4)
U-s-u-r-p-e-r-s  (1)
UTC  (1)

< V >
vacation  (4)
vacations  (1)
vaccines  (1)
validity  (1)
Valley  (2)
variety  (1)
Vasili  (1)
vendors  (1)
venue  (3)
veracity  (6)
verbally  (1)
verify  (2)

version  (26)
versions  (20)
versus  (8)
vested  (2)
vexatious  (1)
Vi'adal  (2)
V-i-'-a-d-a-l  (1)
Vibrant  (1)
vice  (1)
victim  (8)
video  (36)
videographer  (1)
videos  (1)
view  (1)
village  (1)
villages  (1)
violate  (2)
violated  (1)
violation  (2)
violations  (3)
violent  (1)
violently  (2)
Virginia  (1)
virtue  (1)
virus  (1)
Visa  (1)
visit  (1)
Vladimir  (1)
voice  (2)
voices  (2)
volunteer  (2)
volunteered  (3)
volunteers  (2)
vs  (1)

< W >
wait  (13)
waiting  (6)
Wales  (1)
walking  (4)
walls  (1)
Walsh  (1)
Walton  (3)
want  (143)
wanted  (13)
War  (3)
Washington  (8)
waste  (1)
wasted  (1)

wasting  (2)
watch  (1)
watched  (1)
watching  (1)
water  (3)
wave  (1)
way  (58)
ways  (4)
wealth  (1)
web  (2)
website  (12)
wedding  (2)
weddings  (1)
Wednesday  (2)
weed  (1)
week  (1)
weekend  (2)
weeks  (12)
welcome  (5)
well  (226)
went  (75)
we're  (130)
West  (1)
western  (4)
WeTransfer  (1)
we've  (13)
whatchamacallit  (1)
WhatsApp  (1)
whatsoever  (1)
When's  (1)
whipped  (1)
whisper  (7)
whispering  (2)
whistleblowers  (1)
white  (2)
wholly  (1)
wide  (1)
wife  (2)
WILLIAM  (1)
willing  (5)
window  (2)
wink  (13)
wired  (1)
wires  (1)
wish  (2)
withdraw  (1)
WITNESS  (103)
witnessed  (3)
witnesses  (5)

**witnessing**  (*1*)
**witness's**  (*2*)
**Wolf**  (*1*)
**Wolson**  (*3*)
**woman**  (*19*)
**woman's**  (*1*)
**women**  (*16*)
**women's**  (*5*)
**wondering**  (*1*)
**word**  (*11*)
**wording**  (*2*)
**words**  (*7*)
**work**  (*46*)
**workaround**  (*1*)
**worked**  (*16*)
**worker**  (*2*)
**working**  (*21*)
**workplace**  (*2*)
**works**  (*5*)
**world**  (*3*)
**worried**  (*1*)
**worry**  (*3*)
**worst**  (*1*)
**worth**  (*1*)
**worthy**  (*1*)
**wow**  (*2*)
**wrap**  (*2*)
**wrapped**  (*1*)
**wrestler**  (*3*)
**write**  (*7*)
**writes**  (*3*)
**writing**  (*6*)
**written**  (*7*)
**wrong**  (*12*)
**wrote**  (*16*)

**< Y >**
**yank**  (*2*)
**yanked**  (*6*)
**Yeah**  (*134*)
**year**  (*20*)
**years**  (*25*)
**yell**  (*3*)
**yelled**  (*1*)
**Yeshiva**  (*1*)
**yesterday**  (*14*)
**Yisrael**  (*1*)
**Y-i-s-r-a-e-l**  (*1*)
**Yonchek**  (*11*)

**Yonchek's**  (*1*)
**Yosef**  (*1*)
**Yusef**  (*1*)

**< Z >**
**Ze'ev**  (*2*)
**Z-e-'-e-v**  (*1*)
**zero**  (*1*)
**Ziv**  (*9*)
**zone**  (*1*)
**zones**  (*1*)
**Zoo**  (*2*)
**Zoom**  (*12*)