# EXHIBIT I

```
 1     IN THE UNITED STATES DISTRICT FOR THE EASTERN
                    DISTRICT OF PENNSYLVANIA
 2
     MARNIE O'BRIEN,                    )
 3                                      )
                        Plaintiff       )  2:19-cv-06078-JMG
 4                                      )
                    vs.                 )
 5                                      )
     MIDDLE EASTERN FORUM,              )
 6   DANIEL PIPES (individually),       )
     and GREGG ROMAN                    )
 7   (individually),                    )
                                        )
 8                      Defendants      )
     _____
 9   GREGG ROMAN,                       )
                                        )
10    Counterclaim and Third-Party )
      Plaintiff                         )
11                                      )
          vs.                           )
12                                      )
     MARNIE O'BRIEN,                    )
13                                      )
       Counterclaim Defendant,         )
14                                      )
     and                                )
15                                      )
     MATTHEW EBERT,                     )
16                                      )
       Third-Party Defendant           )
17   _____

18                               --oOo--

19   DEPONENT:       MATTHEW BENNETT

20   TAKEN BY:       Plaintiff

21   DATE/TIME:      Tuesday, January 12, 2021
                     9:09 a.m.
22
     PLACE:          Zoom Videoconference
23
     REPORTER:       Joyce A. Wise, RMR
24                   Notary Public
```

1

2   APPEARANCES:

3   DEREK SMITH LAW GROUP, PLLC
    BY: Erica A. Shikunov, Esquire
4   1835 Market Street
    Suite 2950
5   Philadelphia, PA 19103
    215.391.4790
6   erica@dereksmithlaw.com

7   Counsel for Plaintiff

8

9

    CLARK HILL, PLC
10  BY: Molly DiBianca, Esquire
    824 North Market Street
11  Wilmington, DE 19801
    302.250.4748
12  mdibianca@clarkhill.com

13  Counsel for Defendant

14

15  ALSO PRESENT:

16    Jakob Williams

17    Mark Fink, Esquire
        Middle Eastern Forum In-house Counsel
18

19    Jason Brockman

20    Ken Amrhein, Video Specialist

21

22

23

24

Deposition of Matthew Bennett                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

1

2                              INDEX TO DEPONENT

3      EXAMINATION                                    PAGE

4      By Ms. Shikunov ......................5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          THE VIDEOGRAPHER:  Okay.  We are

2     now on the record.

3          Today's date is January 12, 2021,

4     and the time is 9:09 a.m. Eastern.

5          This is a recorded video

6     deposition of Matthew Bennett taken in

7     the matter of Marnie O'Brien versus

8     Middle Eastern Forum, et al, the United

9     States District Court for the Eastern

10     District of Pennsylvania, Case Number

11     2:19-CV-07078-JMG.

12          My name is Ken Amrhein from

13     Everest Court Reporter.  I'm the video

14     specialist.  The court reporter is Joyce

15     Wise from Everest Court Reporting.

16          All counsel appearing today will

17     be noted on the stenographic record.

18          Will the court reporter please

19     swear in the witness?

20          MATTHEW BENNETT,

21     called upon by Defendant to give testimony, being

22     duly sworn or affirmed by me, testified as

23     follows:

24               EXAMINATION

1  BY MS. SHIKUNOV:

2          Q.      All right.  Good morning,

3  Mr. Bennett.

4               We are here today to take your

5  deposition, which is effectively an

6  information-gathering exercise prior to summary

7  judgment motions and trial.

8               In light of that, there is a court

9  reporter who is virtually here this morning.

10  She's taking down everything we say.

11               What that means is that we cannot

12  speak at the same time, particularly over the

13  Zoom platform.

14               So that can feel a little

15  unnatural.  Where I run into trouble with it is I

16  start to ask a question, you know where the

17  question's going and you want to start to answer

18  as if we were in a conversation.

19               It's important that you let me

20  finish the question so she can take it down

21  accurately.

22               Likewise, I may think you're done

23  with an answer, but you're not done, and I may

24  start to speak.

1            I will immediately stop speaking,

2   if that's happening.  I will never cut you off

3   and I will always let you complete your answer.

4            Do you understand all of that?

5        A.    Yes.

6        Q.    Okay.  The other thing, because we

7   have a court reporter here today, it's important

8   that all your answers are verbal.

9            So I need a yes or a no or a word.

10  If you give me an uh-huh or an huh-uh or nod or

11  shake your head, which I promise you'll do at

12  least once, I will just remind you to answer

13  verbally.

14            Okay?

15       A.    Yep.

16       Q.    I may ask you a poorly-worded

17  question this morning.  I'm not scripted.  It

18  happens as we speak.

19            If you do not understand a

20  question that I've asked of you, let me know that

21  you don't understand the question and I will

22  happily rephrase it.

23            If you don't know or can't

24  remember the answer to a question I ask you,

1  those are fabulous answers to a question.

2              If you do answer a question, we

3  are going to assume that you've understood the

4  question and that you knew the answer to the

5  question.

6              Do you understand?

7        A.     Yes.

8        Q.     We can take a break at any time.

9  The only caveat to that is you do need to answer

10 any question that's open before you.

11             And finally, sir, are you under

12 the influence of any medication or substance that

13 would impede your ability to testify truthfully

14 here this morning?

15       A.     No.

16       Q.     Do you have a medical condition

17 that would make it difficult for you to testify

18 truthfully here today?

19       A.     No.

20       Q.     And do you agree to read and sign

21 the transcript for accuracy?

22       A.     My audio cut out.

23       Q.     Do you agree to read and sign the

24 transcript for accuracy?

1        A.        Sure.

2        Q.        Okay.  Sir, preparing for today's

3   deposition, did you review any documents?

4        A.        I received an e-mail from Jakob.

5                  MS. DiBANCA:  That's counsel.  So

6        I'm just going to interrupt --

7   BY MS. SHIKUNOV:

8        Q.        Yeah.  Don't tell me anything that

9   counsel said.

10                 If you reviewed an e-mail from

11  counsel, that's sufficient.

12       A.        No, I -- yeah, I didn't review it.

13  But I didn't really have time to go through

14  documents.  But, yeah, I glanced at some stuff.

15       Q.        So other than -- did you review

16  any prior deposition transcripts or the complaint

17  or anything like that is more what I'm interested

18  in?

19       A.        No.

20       Q.        Okay.  Have you given a deposition

21  before?

22       A.        Yeah, once about, I think, a month

23  ago.  Something like that.

24       Q.        And was that in the Lisa Barbounis

1    versus MEF matter?

2          A.      Correct.

3          Q.      Other than that deposition, have

4    you ever given a deposition previously or

5    testified at all in a legal proceeding?

6          A.      No.

7          Q.      Okay.  Sir, when did you -- you

8    used to work for the Middle East Forum, correct?

9          A.      Correct.

10         Q.      When did you start?

11         A.      I believe it was summer of 2016.

12         Q.      Okay.  And what job were you hired

13   in to perform?

14         A.      I was hired as the Director of

15   Special Projects.

16         Q.      And who hired you?

17         A.      Daniel Pipes, Gregg Roman and I

18   think those are the only people I interviewed

19   with.

20         Q.      Did you have a prior relationship

21   with Daniel Pipes, meaning prior to joining the

22   Forum?

23         A.      No.

24         Q.      What about with Mr. Roman?

1       A.      Yes.

2       Q.      How did you know Mr. Roman?

3       A.      We attended the same university

4  in, I believe, 200 maybe 3.  So I've known him

5  now 17 years, something along those lines.

6               We played flag football against

7  one another maybe in, I think, fraternity

8  football, something like that.

9       Q.      And what university was that?

10      A.      American University in Washington,

11  D.C.

12      Q.      Have you continued your social

13  relationship with Mr. Roman after leaving the

14  Forum?

15      A.      Yeah.  We speak about maybe once a

16  month on average.

17      Q.      How would you characterize your

18  relationship with Mr. Roman?

19      A.      It's good.  Not what it used to

20  be.  But, you know, we were friends for a while

21  and then not and now we are again.  At least from

22  my perspective.

23      Q.      Did Mr. Roman introduce you to the

24  Forum?  Like is he how you got your job there?

1        A.      I knew about the Forum.  I was

2   working at another organization and we hosted an

3   event and he was one of the panel speakers at the

4   event.

5               So that's when I came to learn

6   about the work that he was doing and then we

7   had -- you know, through that gotten back in

8   touch.

9        Q.      So you -- you started your work

10  for the Forum as the Director of Special Projects

11  in 2016, is that the position you held throughout

12  your entirety of your time at the Forum?

13       A.      No.  I think the end of 2016, I

14  took on the responsibilities of the Director of

15  Development and I stayed in that role until --

16  for the entire time.

17       Q.      Okay.  And was that -- can you

18  describe to me the change in roles there?

19       A.      Sure.  Can you hold on one second?

20  Sorry.

21       Q.      That's okay.

22       A.      What was the last question?

23       Q.      I was just asking for you to

24  describe the change in positions.

1    A.    Change in position was -- I was

2  six months in to the role of the Director of

3  Special Projects.  The person who was

4  occupying -- or who had that role, the Director

5  of Development, was let go and I took on those

6  responsibilities.

7    Q.    Who was let go?

8    A.    Her name was Tiffany Lee.

9    Q.    Are you aware of the circumstances

10 under which she was let go?

11   A.    Not -- well, I think I am anyway,

12 but -- I interviewed originally for that position

13 and I believe I reported to Tiffany 70 percent of

14 the time, Gregg the other 30 percent of the time.

15   So as a member of the, I think,

16 development team and the staff, she would, you

17 know, manage my day-to-day activities.

18   A couple months into the job,

19 myself and another -- another member of the

20 development -- or another, you know, colleague

21 started to receive assignments they thought were

22 odd.

23   And we didn't raise any sort of

24 flags about them, but it continued on for a

1    while.

2              It became, I guess, clear to me

3    that maybe she didn't have the credentials that

4    she said she had or that she wasn't able to do

5    the job that she was tasked in doing, database

6    migration, run the national fundraising campaign,

7    manage the day-to-day staff.

8              She was yelling at janitors in the

9    building.  I think she was vocal with other

10   members of the office.

11             And so finally I did raise an

12   issue.  You know, I said, I want to make sure

13   that, you know, that the organization was aware

14   of the assignments that I'm being asked to work

15   on so that I account for my time how it's

16   supposed to be accounted for.

17             Think others had expressed that

18   issue with her.  And I believe it was the end of

19   October, something around then, she was let go.

20             And that's my knowledge of -- I

21   believe it was Halloween, Marnie Meyer escorted

22   her out of the office while she was -- Tiffany

23   was trying to pack up, take papers and, like,

24   propriety information and Marnie was saying, no,

1   you can't take this.

2                 Sorry, I don't know if I'm -- if I

3   answered the question.

4        Q.      You definitely answered the

5   question.

6                 So that's a good lead-in, though,

7   because my next question, I want to shift gears

8   and talk about Marnie, because Marnie has made

9   allegations against the Forum.  And that's why

10  you're here this morning.

11                Did you and Marnie -- how do I

12  phrase this?

13                Was Marnie at the Forum the

14  entirety of the time that you were at the Forum

15  or was she hired after you?

16       A.      I believe she was hired the day

17  before me.  We started on the same day at the --

18  the only office I ever worked in, I believe was,

19  I started there the first day that everyone else

20  did.  And I think she said she had started the

21  day before.

22       Q.      And what was your working

23  relationship like with Marnie?

24       A.      In the beginning it was good.

1   We -- we joked around a lot.  Our offices were

2   right next to each other about -- for about three

3   years, so we'd know, see each other coming and

4   going.

5                    We socialized outside of work.

6   She invited me with her friend to happy hour at

7   the -- at the bank that's now a restaurant on

8   Market Street -- or Chestnut Street.

9                    We had cocktails at a pizza place

10  on, you know -- like we were friendly for a

11  while.  And I'm not sure when it was, but started

12  to feel that maybe -- I don't know, that

13  something was strange.

14        Q.     What do you mean by that,

15  something was strange?

16        A.     She would ask, like, what is Eman

17  working on, or what is so and so doing in their

18  office?

19                    And, you know, she was the finance

20  and the HR.  I forget what her title was exactly.

21  But, you know, she wanted either more

22  responsibility than she had or she got offended

23  if I was asked to do something that she believed

24  was on her -- her words were, came across her

1   desk.

2           But it wasn't until probably the

3   final months of, I guess, before I resigned that,

4   you know, she had asked me, do you think I could

5   be Director of the Forum and, you know, questions

6   along those lines.

7           And I started to get the feeling

8   that maybe she wanted more responsibility or

9   authority over the -- over the office.

10          Then at some point I believe I was

11  asked to be, like, the point person to

12  communicate with Daniel.  She took issue with

13  that.  Not directly with me, which I was, you

14  know, hurt by.

15          You know, if she had said, Matt, I

16  think I'm the most qualified to run the office, I

17  would have said, you know, please do.

18          But, you know, we started off

19  well.  My wife was -- my wife met her.  I don't

20  think she was ever a big fan, for whatever

21  reasons.

22          So I guess it started off good and

23  then it progressed downward over -- over time.

24          Q.    I just want to clarify two things

1    you just mentioned in that answer.

2              So you made a comment that she

3    said, do you think I could be director.  But the

4    way you phrased it, I'm unclear if she was asking

5    you if you thought she could be director or if

6    she was referring to herself?

7          A.    I'm sorry.  I don't understand

8    your question.

9          Q.    Let me ask it again.

10             So you -- you had just testified

11   that you had a conversation with Marnie wherein

12   she made a remark akin to, do you think I could

13   be director.

14             And the way you just stated it in

15   your answer, I was unclear if you had intended to

16   mean that Marnie was referring to herself or that

17   Marnie was referring to you, Matthew Bennett?

18         A.    No.  Do I think that she could be

19   director.

20         Q.    Okay.

21         A.    And I don't remember what my

22   response was.  But I might have -- or I might

23   have said, you know, no, because she didn't have

24   any, I don't know, background or understanding of

1    Middle East foreign policy and things of that

2    nature.  But it was more administratively, that's

3    how my knowledge of her skills, and, you know, as

4    in finance and books and accounting, et cetera,

5    and knowing what the director role involved,

6    so -- but -- yeah.  I don't remember when -- when

7    she asked me that, but immediately I started

8    to -- I don't know.

9               I would never ask somebody else,

10   do you think I could be -- unless I wanted to be

11   it, so...

12        Q.     Was that -- I believe you said

13   that was in the few months leading up to your

14   separation from the Forum?

15        A.     Yeah.  It would have been

16   unnatural if it came up before then.

17        Q.     Okay.  Then you also said that you

18   found out that you were going to be a point

19   person at the Forum and you felt that she had

20   taken issue with that.

21               How do you know that she took

22   issue with that?  And how was it communicated to

23   you?

24        A.     It was never communicated to me.

1  But at the time, I was on very good terms with

2  every single person at the office.

3              I asked them point blank.  I asked

4  Lisa, Tricia, Katrina, every single person.  I

5  said, did you have any issue with me being

6  supervisor or manager or whatever?

7              And they said, of course not.  And

8  I said, you know, did -- like am I -- you know,

9  what could have led to me being asked to do that?

10             And then, you know, I was -- I was

11  on vacation in Jamaica and I was with my family.

12  And I remember the day before I left, I think it

13  was, I said, sure, I'll be point person.

14             And then on my last day in

15  Jamaica, I was told that that was no longer the

16  case.

17             So whatever transpired in that

18  week while I was gone led to me, I guess, not

19  being desired for that point person, whatever.

20       Q.     So your opinion that Marnie had an

21  issue with it was just because you had asked

22  everybody else and they said that they did not

23  have a problem with it?

24       A.      Yeah, I think so.

1          I mean, at the time, things, I

2   guess, were -- I mean, it's hard for me to

3   pinpoint the exact time that I felt like my

4   relationship with Marnie was, like,

5   deteriorating.

6          But, you know, she would say

7   things that -- like I would socialize with, like,

8   Lisa and Tricia.  We would go out, you know, to

9   happy hours and drinking until 2, 3:00 in the

10  morning, and -- all the time.

11         One day Marnie said, well, they

12  don't really like it if you -- when you go with

13  them, because they want -- they're trying to pick

14  up guys and it's harder to do that when you're

15  with them.

16         I said, oh, they never told me

17  that.  I'm not trying to, like, force myself into

18  a happy hour with people for no reason.

19         And I asked Tricia, I said, you

20  could have just told me one day that, you know,

21  you wanted to whatever.  And she said, I can't

22  believe Marnie said that to you.

23         And, you know, I remember thinking

24  or saying, like, you can't believe it because she

1  made it up?  Or you can't believe it because you

2  can't believe she told me?

3           And the response that, I believe,

4  she gave was, I can't believe she made it up.

5           So I saw that she was drive a

6  wedge or I felt that she was trying to drive a

7  wedge between myself and the rest of the people

8  in the office.

9           And that -- I didn't at the time

10  maybe see the full picture.  But sitting here

11  today, I could tell you other things I think

12  might be indicative of that -- of her efforts to

13  do that from my perspective.

14       Q.    You supervised or were -- Lisa --

15  let me ask the question this way.

16           Lisa and Tricia were your

17  subordinates, correct?

18       A.    No, Lisa was not my subordinate.

19       Q.    Tricia was your subordinate?

20       A.    Yes, one of them.

21       Q.    And how would you, in terms of the

22  hierarchy of the office, where would Lisa fall in

23  if she was not your subordinate?

24       A.    She was originally hired, I

1  believe, as an executive assistant or executive

2  liaison.  I'm not sure what the role was.  But it

3  was providing assistance to current director.

4             Lisa, I believe, she -- at some

5  point she started taking on

6  communications-related work, like marketing-type,

7  I guess, activities that was never under the

8  development role when Tiffany was managing the

9  development team or when I was.

10            It was strictly fundraising --

11 fundraising, you know, activities online,

12 fundraising related travel physically.

13            So the work that she did, we

14 needed to like coordinate, but she never sent,

15 like, her weekly reports to me, for example.

16       Q.    And Marnie was HR, correct?

17       A.    Yeah, I believe.  She had, like, a

18 dual title of finance and HR, yes.  Director of

19 Finance and something like that.

20       Q.    Did it ever occur to you that

21 Marnie was telling you not to go out with the

22 other women because it put you in a compromising

23 position?

24       A.    No.  She could have told me that

1 directly.  I mean, Marnie was inviting me to

2 happy hours herself with her friend.

3             I remember sitting at the bar and

4 they were, you know, trying to -- like talking to

5 guys.

6             Several times I had gone out with

7 Marnie and, I mean, -- why wouldn't she just say

8 that to me directly?

9       Q.      Were you done with your answer?

10 You said um at the end and I wanted to make sure

11 I wasn't interrupting.

12      A.      Yes, so that's -- well, to answer

13 your question, that never occurred to me.

14             If that was the case, she said

15 much more direct things to me than that, so I

16 believe she would have said it.

17      Q.      Okay.  You mentioned that you felt

18 she was trying to drive a wedge in between you

19 and the other office staff and you had many more

20 examples of that.

21             Can you give me the examples that

22 you recall?

23      A.      I believe -- I think the time came

24 for annual reviews or something along those

1  lines, or it was like end of year, maybe 2018, I

2  was pushing to give everybody raises, promotions.

3           And that if I took on the director

4  role, was advocating for Tricia to take on my

5  role as Director of Development.

6           Marnie said Tricia was a follower.

7  She didn't deserve it.  Delaney -- she would tell

8  me, what's she doing in her office?  You know,

9  same thing with Eman.  What's Eman doing in her

10 office all this time?

11          So I would have to, like, -- she

12 would say it to me or sometimes me and Gregg

13 together, and then I would, you know, get more on

14 top of subordinates, as you called them, and I

15 think it was obvious to them that my -- that

16 wasn't my management style.  It wasn't like the

17 nature of my personality to be, like,

18 aggressively timekeeping.

19          It was more of a -- you know, I

20 respect your ability to do this.  So, you know,

21 if you execute on whatever timeframe and

22 workplace you want to do it, deliver it at

23 3:00 a.m., fine.

24          But, you know, if you want to sit

1  in the office and do something else for an hour,

2  okay.  I suddenly became like the clock watcher.

3  And I think that was obvious to some of the

4  people there.

5            At some point when we were

6  receiving bonuses, she came in my office and told

7  me what Daniel was going to receive and compared

8  that to what I was going to receive and said,

9  this is the man that you work for, that we work

10 for.  You know, look at this.  Said worse things

11 than that.

12            But trying to show me that, like,

13 you have all this admiration for this guy and

14 then this is his -- how he is going to compensate

15 you after this year or what he thinks of your

16 work product after this year.

17            In the time that -- you know,

18 after the fallout with, I guess, with the meeting

19 and with everything with Gregg, she would just

20 say things like, just imagine -- just imagine,

21 like, Gregg and one of the interns or, like, just

22 he's a predator.

23            There wasn't one person that she

24 had a good thing to say about.  And then, you

1  know, eventually it became clear to me that I'm

2  obviously not -- I'm not the only one that she's

3  badmouthing, so that she's obviously badmouthing

4  me to other people as well.

5             And like I said before, then I

6  started to, I guess, see more full picture of

7  what I thought was Marnie's, you know, nature.

8        Q.     Is that everything you can recall

9  in terms of her trying to drive a wedge between

10 you and the rest of the staff?

11       A.     There were -- I mean, when you say

12 rest of the staff, do you mean the staff that

13 were there at the time that I left?  Or in

14 general when there were, you know, everybody was

15 there?

16       Q.     Well, I'll let you answer that

17 question, because you had testified that you

18 thought Marnie was trying to drive a wedge

19 between you and the rest of the staff.

20             So I'm just following up on that.

21 So --

22       A.     All right.  Well, I mean, as far

23 as driving a wedge, I mean, it was a very -- it

24 was, like, a casual relationship we all had.  We

1  were friends.  We all went out to happy hour.  We

2  were socializing.

3              She talked about guys she was

4  dating.  I think she wanted to date the Jewish

5  guy.  I tried setting her up with my friend.

6  Messaged him on Facebook.  You know, I sent him

7  Marnie's profile.  Said he wasn't interested.

8              She talked about, I guess, an

9  African-American guy she was dating.  And then

10 Lisa threw it back in her face one day and said

11 Marnie was -- I don't want to be explicit, but --

12      Q.      You can be explicit.

13      A.      Marnie's out sucking big black

14 cocks.  And, I mean, they had issues between

15 them, I guess, as both two Alpha females became,

16 like, explosive.

17      Q.      Are you saying Lisa said that

18 about Marnie, to be clear?

19      A.      Yes.  She yelled it in the middle

20 of the office.  I don't know if Marnie was there

21 that day or whatever, but -- I think Lisa felt at

22 some point Marnie was, like, watching her.

23              And then there was this

24 closed-door meeting that she was unhappy about.

1   And that I had to figure out what was -- Lisa was

2   meeting with another person about.

3              She yelled at me.  She said,

4   you've always had a big mouth and that's your

5   problem.  Or she screamed something like that in

6   my face.

7        Q.    Who screamed in your face?

8        A.    Marnie.

9        Q.    Okay.  I wasn't sure if we were

10  talking about Marnie or Lisa.

11       A.    Yes.  Sorry.  She stormed out of

12  the office.

13             I mean, whether or not she was

14  doing it knowingly or unknowingly, you know, it

15  definitely felt like her actions would diminish

16  my relationship with staff -- or they weren't

17  there to bolster or boost them.

18             And I believe that, you know, that

19  is evident in her wanting to be the point person

20  for the office.  Her believing that she could be

21  director.  And her thinking that she was the most

22  qualified or she worked the hardest or she was

23  the person that should be or that deserved more

24  roles and responsibilities, et cetera.

1          So I remember a phone conversation

2   that I had with her where, I believe -- where I

3   was in the airport maybe on the way to Jamaica or

4   something -- sometime around then when I said,

5   when I get back, you know, I'm gonna motivate

6   everybody and get them all -- everything to be

7   inspired.  I have big plans.  Roll out Google for

8   work or other things that I was thinking about.

9          And I remember her reaction to

10  that just being on the other side of the phone,

11  like, she -- she could have cared less.  Like she

12  wasn't caring about motivate -- like it was --

13  there was something else that was eating her and

14  now I see that it was that.  She wasn't asked to

15  be point person.

16       Q.     Is that everything you can

17  remember with regard to Marnie trying to drive a

18  wedge between you and the rest of the staff?

19       A.     There was two other females that

20  worked there, Lara and Laura.  They walked in

21  the -- the pink -- the pink hat -- I forget the

22  'Me, Too' -- like the pink hat -- there was a

23  March in D.C.

24          And they tell me Lara and Laura

1    are like these pink hat people and they -- you

2    know, they're 'Me, Too' women or something along

3    those lines.

4              But, yeah, with those two people

5    also, like, Laura isn't -- she was constantly

6    pointing people a finger at other people doing

7    their jobs.  Saying this one can't do their job,

8    this one can't do their job, this one can't do

9    their job.

10        Q.    Laura was doing that or Marnie

11   was?  I'm sorry.

12        A.    Marnie was.  And I'm just saying

13   Lara and Laura were two people -- like Lara I saw

14   it in, because Lara was Gregg's assistant and she

15   couldn't fulfill that role.

16              So when we had an intern that

17   Marnie recommended for the job, Katrina --

18   Katrina was able to help schedule meetings and

19   organize travel, whereas, Lara, with a Master's

20   degree and a background, you know, in foreign

21   policy or international relations, was unable to

22   do that.

23              So that was the person, like

24   Tiffany, that sort of I was -- I had firsthand

1  knowledge, right, they're not able to execute the

2  roles of their position.

3          But, you know others, it would be

4  Marnie sort of bringing it to my attention.

5      Q.     So I don't -- I don't want to

6  interrupt you with your answer.

7          But I guess I'm just a little

8  confused with the conversation about Lara and

9  Laura, how that plays into the question of what

10 Marnie did to drive a wedge between you and the

11 staff?

12     A.     Well, Laura, I started -- once I

13 started to scrutinize, I guess, her work more

14 carefully, I saw the newsletter she was

15 preparing.  There were, like, spelling mistakes

16 and Daniel would be -- you know, to misspell the

17 name of a university, like, it's embarrassing for

18 think tank.

19         And, you know, it's true.  I mean,

20 it was.

21         You know, just I would -- I'm not

22 like the type to aggressively be managing people.

23 I'm more, like, lead by example and inspiration.

24 And she was the opposite approach.

1           It was, like, what time did you

2   get here?  What did you do for four hours?  You

3   know, like just a different mentality.

4           So in either telling me directly

5   that I had to be on top of people in the way that

6   she was or, you know, saying it to Gregg so that

7   Gregg would tell me, you know, you need to better

8   account for people's time.  You know, it was

9   coming from Marnie.

10          Like I would know that Gregg and

11  Daniel weren't in the office and all of a sudden

12  Gregg's telling, that's because Marnie told him,

13  Eman was in her office with the door closed and

14  now Gregg's telling me you need to account for

15  Eman's time better.

16          I mean, it's evident to me what

17  happened.  She went to Gregg and she told, Eman's

18  not doing whatever -- she had an issue with

19  him -- like she had an issue with her.

20          She was like -- I don't know.  She

21  was like Draconian in her oversight.  She was

22  very, like, aggressive in, like, this management,

23  you know, style.

24          And it was just -- it was the

1    opposite of what I -- of my personality.

2              So together as friends, she would

3    be very cordial with me.  We would joke.  Tell me

4    about her son.  He had a smoking problem.  Or

5    people she was dating or what her daughter did

6    or, you know, things in her personal life.

7              But then when it came to work, it

8    was, like, -- you know, a different person.

9              And that, you know, person, I

10   guess, was -- I would just sort of ignore that,

11   because I had all of the social and

12   inter-personal stuff with her.

13             But, you know, I think in the end,

14   that contributed a lot to, you know,

15   deteriorating relations between staff.

16       Q.    So is that everything you can

17   think of with regard to Marnie putting a wedge

18   between you and your staff?

19       A.    I believe so.  Lara, Laura, Eman,

20   Tricia, Lisa, Katrina, Delaney.  Maybe Thelma,

21   also.

22             I think -- I remember one day they

23   had an argument or a fight or something and then

24   I think Marnie was making the case that Thelma

1  needed to go, that she was there for a while and

2  she's past her time.  Something like that.

3                    But, you know, I'm pretty sure

4  that's all -- oh, there was then Judy.

5                    Judy said there wasn't enough

6  Hanukkah decorations and she wanted more.  Like

7  they decorated the office for Christmas and she

8  thought, you know, it should be equal or there

9  should be multi-denominational, you know,

10 decorations or whatever.

11                   Then it was something with Judy.

12 Look, I don't recall that that's her

13 responsibility to find fault as an HR person.

14 That would be every single person.

15                   But if I start going back in my

16 mind, I can think of issues that she took with

17 every single person for the most part.

18      Q.    So I don't need you to do that,

19 because the question that's in front of you right

20 now is how Marnie specifically --

21      A.    I understand now --

22      Q.    -- drove a stake between you and

23 your employees.

24                   So is -- have you -- do you feel

1  like you have listed everything you can think of

2  with regard to that specific inquiry?

3          A.      Yes.

4          Q.      Okay.  You mentioned in -- well,

5  first of all, let me ask you this.

6                  So you said that Marnie had wanted

7  you to keep a better handle on what Eman was

8  doing in her office and that she wanted you to

9  hold Lara and Laura accountable for the quality

10 of their work, correct?

11         A.      No.  She never came in and said,

12 like, Laura needs to do better work.

13                 She never came in and said, like,

14 Lara's not doing a good job.

15                 Like Lara and Laura just happened

16 to become friends, because they were hired at the

17 same time.  So they were eating lunch together,

18 they were in each other's offices.  They were,

19 you know, whatever.

20                 She seemed to like that, them

21 being, like, buddy, buddy.

22                 Eman -- I think Marnie went on

23 Twitter and found that, you know, she was

24 tweeting during work and said, like, look, this

1  is what she's doing in her office with the door

2  closed.  Like she's on Twitter, she's not doing

3  work.

4           So she's never telling me, like,

5  you need to keep better time or, you know, with

6  anybody.

7           But it was mostly, like, look --

8  you know, like what are they doing?  Or just

9  expressing doubt about their -- what they were --

10  how they were using their time.

11      Q.    Well, you mentioned that the

12  newsletters did have misspellings that Dr. Pipes

13  was unhappy with, correct?

14      A.    I mean, I know -- yeah, there were

15  misspellings in some of the newsletters, yeah.

16      Q.    So in terms of somebody tweeting

17  during work or putting misspellings into work

18  products that circulated, her concerns about the

19  quality of their work and how they were spending

20  their time were well-founded, correct?

21      A.    Well, I guess that's debatable.

22  If they were founded, they should have been put

23  into writing.  Any time there was formal issue

24  with an employee, you know, if there was

1   something that happened, I would -- you know, I

2   knew I had to put it into writing and so that

3   there was a clear record for obvious purposes.

4            But if it was just her coming to

5   me saying something, like asking me to be the

6   intermediary, which I'm not HR, and I

7   shouldn't -- you know, even though Eman was under

8   me, you know, if there was an issue, she could

9   have said or held a meeting with me and Gregg or

10  something along those lines, or Laura, to say,

11  you know, I'd like to talk about, I don't know,

12  the work that Laura's doing or -- I mean, in

13  answer to your -- like, in answer to your

14  question, it was -- no, we did -- we did have

15  weekly meetings.

16           Like there was always a weekly

17  team meeting with everyone.  And then several

18  occasions Marnie, Gregg and I would, like, go to

19  lunch, like an Indian restaurant, I think it was

20  an Indian buffet on Chestnut Street or something

21  like that, and talk about, you know, these

22  things.

23           So, I mean, this is a long time

24  ago.  It's hard for me to remember 2017 at this

1  point.  Or what was going on in early 2017, which

2  is when the Lara, Laura, Eman stuff, I believe,

3  was going on.

4         Q.    So would it be fair to say that

5  you were the supervisor for those individuals

6  that Marnie was coming forward to talk to you

7  about their work performance or what they were

8  doing in their offices?

9         A.    I'm sorry.  What was the question?

10 Is it fair to say?

11        Q.    That you were the supervisor of

12 Eman or Lara or Laura?

13        A.    Yeah.  For a time I was Eman's

14 supervisor.  Then she was promoted to maybe

15 Acting Communications Manager.  So then I no

16 longer needed to supervise her.

17              I never supervised Laura.  She was

18 the Communications Director.  And Lara was

19 Gregg's assistant.

20              So actually, no, those three

21 people I never -- I didn't supervise them at all.

22              The only people who sent me weekly

23 reports were Rosiebell, Thelma, Tricia and Eman,

24 when she was in that role.  But then, like I

1   said, she was promoted and then was no longer

2   reporting to me.

3           Q.      Okay.   You had mentioned in your

4   prior answer that Lisa made a remark that Marnie

5   sucks big black cock.   I know.

6           A.      I'm sorry.

7           Q.      I know it's funny to hear me

8   repeat it.   I get it.

9                   Was Lisa ever disciplined for

10  making that remark out in the open as you

11  described it?

12          A.      I don't -- I don't know.   I mean,

13  I don't -- I wasn't, like, her disciplinary -- it

14  wasn't my --

15          Q.      I don't know is an acceptable

16  answer to any of the questions I ask you.

17                  So if I ask you if she was

18  disciplined, I don't want you to feel like you

19  have to search for a better answer.   If you don't

20  know, I don't know is an acceptable answer.

21          A.      All right.   I mean, so no, that

22  specific one, I don't know.   I know -- I think --

23  almost certain she was reprimanded for other

24  things she said.

1        That particular one, I think,

2   was -- no, because no one was there, except

3   probably myself -- I would be, like, the highest,

4   I guess, ranking person other than -- I don't

5   think she said it in front of Marnie and I didn't

6   tell anybody that she was yelling that, but --

7   Marnie had an issue with Lisa's language.  I

8   think she was, like, vulgar.  She was, like,

9   loud.

10        And I believe that they talked --

11   they had to talk to her about that.  But not that

12   specific comment.

13        Q.    Did Lisa ever make any other

14   comments about Marnie's sex life out in the open

15   when they were arguing?

16        A.    Other than that one, yeah, that

17   she -- I can't remember the words, but saying

18   that, yes, she had, like, I guess, -- maybe had

19   gotten laid the night before or something, so she

20   was, like, talking to, I guess, Lisa or them

21   about it.

22        And then I don't remember the

23   exact words, but like feeling good or something

24   or that she had a good night or whatever.

1    And then, you know, would talk

2  about it.  I mean, she talked -- like, she wasn't

3  shy to talk about if she was dating someone or if

4  there was someone -- or, you know, what was going

5  on in her personal life with me and the other

6  women in the office.

7    Maybe she was more explicit about

8  it, about the details with the other women.  But

9  then it came back, like, you know, the

10  comments in -- by Lisa were, you know, -- if that

11  makes sense.

12    So it was, like, you know, she

13  might share it with me.  I'm not gonna go blurt

14  it out.  But she might have shared things with

15  Lisa and then Lisa blurted it out.

16    I can't -- I'm trying to think of

17  specific examples, but that's the best I can do.

18    Q.    If Lisa or anybody else spoke

19  about that out in the office when they were

20  actually at work during work hours, so not at a

21  happy hour, but at work, was she ever disciplined

22  or told not to speak like that in the workplace?

23    A.    Who, Lisa or Marnie?

24    Q.    Lisa.

1      A.      Lisa.  I mean, I feel like I

2  remember saying, you know, you need to tone it

3  down.  Like, you know, -- like, Thelma has been

4  there, like, 30 years or however many years.  And

5  she's, you know, older -- I mean, she's on the

6  other side of the office but it could still be

7  heard.

8                 And there were young -- you know,

9  young girls we had just hired, either interns.

10  You know, if Katrina was still an intern or

11  whatever.

12                 So I remember -- you know, that

13  atmosphere never existed at MEF until -- in the

14  beginning.  It was always, you know, be very

15  careful about what you say in the office.

16                 And then it changed, you know,

17  over time when Marnie and Lisa started talking

18  about, like, male escapades or their personal

19  stuff.

20                 You know, I think that's -- that

21  led to the -- I don't know, deterioration.  It

22  was -- like everybody knew not to do it in front

23  of Gregg.  Like, because it -- Gregg is acting

24  director or, you know, director, acting

1    supervisor over everyone in the office.

2                    Even if I or Gary or someone else

3    made, like, you know, a borderline comment, like,

4    we would get chewed out for it.  Like, it's not

5    appropriate in the workplace, whatever.

6                    And we had a sexual harassment

7    training or workshop.  We had a security

8    workshop.  Whatever.

9                    As soon as Gregg was out of the

10   picture, it was, like, you know, you could say

11   whatever -- I don't know, say whatever you want.

12   Like Matt's not going to be the one to come down

13   with an iron fist and reprimand us.

14                    And with all fairness, you know,

15   that was the thought.  And it was probably right.

16   I was not -- I was not putting everybody on,

17   like, lockdown.

18                    But I can see now, in hindsight,

19   obviously needed, you know, in that type of

20   environment, when you're dealing with these types

21   of personalities.

22          Q.     So do you feel that the -- that

23   the environment at MEF, that the conversations

24   became more about sex and more vulgar after

```
 1   Mr. Roman's departure from the office?

 2            A.      I'd have to say yes.  I don't

 3   remember anybody else ever talking about their

 4   like sex life, so to speak, other than -- other

 5   than Marnie.

 6                    I could go through them, obviously

 7   not -- not Thelma, not Lara and Laura.  Certainly

 8   not Eman.  Certainly not Judy.

 9                    The only open relationship on the

10   table was Marnie.  Then Lisa and Tricia come on

11   board, and Katrina and Delaney.  Things, I guess,

12   loosened up.

13                    I mean, we felt like we were

14   creating like a real, you know, cohesive team of,

15   you know, capable, qualified people that, you

16   know, we were happy to socialize with outside of

17   work.

18                    So, you know, I guess people let

19   their roles down -- or let their guard down so to

20   speak and became more free speaking.

21                    But, yeah, definitely after, I

22   guess, you know, Gregg left.  I mean, I never

23   thought about it like that but, yeah.

24            Q.      So you talked a lot about your
```

relationship with Marnie and you mentioned

several times that you would go out for happy

hour and drinks and socialize with Lisa Barbounis

and Patricia McNulty.

On those occasions, was Marnie

present?

A.     Some of them.

Q.     Okay.

A.     I mean, I would say, like,

50 percent.

Q.     Would you classify yourself, prior

to your separation from MEF, as having been

closer with Lisa and Patricia than with Marnie?

A.     Would I -- I'm sorry.  Say it

again?

Q.     Yeah.

Would you say that you were closer

with Lisa and Patricia than you were with Marnie

prior to your separation from MEF?

A.     Like you mean on the day that I

resigned, what was the status of my relationships

with them?

Q.     No.

I'm asking you -- I'm trying to

1  get -- to limit it in space and time for you only

2  but I'm just asking you in generally if you felt

3  closer with Lisa and Patricia than you did with

4  Marnie?

5          A.      Oh, yeah.  Over time, I started,

6  you know, feeling much closer with Lisa and

7  Tricia, I guess.  But it was never, like, -- I

8  mean, it was only after I believed that Marnie

9  was, like, trying to undermine me in the office.

10          So, I mean, I guess, like -- like

11  it varied.  Obviously Marnie was the closest

12  person that I had on, you know, the -- since the

13  beginning, since my time there.

14          And then after Gregg left and I

15  was named point person -- so from 2016 to end of

16  2018, I was, you know, obviously closer to

17  Marnie.

18          Then something happened while I

19  was in Jamaica.  I feel like she had it out for

20  me.  And, you know, naturally my natural response

21  would probably have been to detract from her and,

22  you know, become closer with Lisa and Tricia.

23          I mean, I can't prove that she

24  wanted me -- to have me fired.  But I would -- if

1   I had to guess today, I would say that the same

2   way she did with it -- like started doing it with

3   every other person, Gary, Eman.  Like, I believe

4   she would have done it with me, too.

5                I have no reason to believe she

6   would not have done it with me, based on watching

7   her interactions with those people.  It always,

8   like, jovial and, you know, good -- good

9   relationships, just like me.

10               And then but behind the scenes

11  was, well, look at Gary, look at Eman, look at

12  Lisa.  She called Lisa a cancer that needed to be

13  removed.

14               But, you know, I can't pinpoint

15  and answer your question how often, if it was all

16  of us together.  But, you know, when it was, it

17  would be, you know, we were -- it was, like, our

18  work hats were off.

19               You know, if Lisa was talking

20  about her relationship or her marriage or a guy

21  that Tricia was dating that I knew or met on

22  Bumble that I knew or whatever it was, that

23  Marnie was looking to -- for a relationship or

24  her ex-husband or whatever, that she would tell

1  me about, it was all in the open.

2          Like, it was -- it's hard to say,

3  like, who I was closer with.  It was just not

4  thinking about it, you know, in those terms.

5          But knowing me, as soon as I got

6  the feeling that she was probably not as genuine

7  as I thought she was, I would have veered to, you

8  know, other people.

9          I was going through a difficult --

10  I had lost a baby.  It was, like, rough with my

11  wife.  So I really felt, like, my co-workers were

12  all like my family.  They were colleagues,

13  friends and family.

14          When we got pregnant, like, those

15  were the people that I told that Holly was

16  pregnant.  And when we lost the baby, those were

17  the first people we told that we lost the baby.

18          You know, not even my -- you know,

19  my closest friends and family from childhood.  It

20  was them.  Because we spent all day together in

21  the office, we socialized in the evening.

22          Q.    Okay.  So I will always let you

23  finish your answers to my questions, but -- we

24  will get through this faster if you just listen

1    to the question that I'm asking and try to stick

2    to that.

3           A.      I'm sorry.

4           Q.      I'm not going to interrupt you

5    when I just -- when I promised you I'll go fast,

6    you are sort of the beholder of your own destiny.

7    There for the time -- I'll leave that with you.

8           A.      All right.  I'll try to make --

9           Q.      I'll leave that with you.

10          A.      All right.

11          Q.      With regard to the work

12   environment at MEF, you have described that, you

13   know, there was some tension between Marnie and

14   Lisa, at least.

15                  Can you describe sort of what the

16   everyday work environment at MEF was like?

17          A.      All right.  So I'm gonna try not

18   to go on forever.

19                  But was -- everybody mostly

20   arrived to the office around 9 a.m.  And, you

21   know, on days that there were guests or meetings,

22   Daniel was going to be meeting with a donor or

23   Gregg -- if we had vendors in, you know,

24   everybody would be dressed up, suit and tie, like

1  business professional.

2            On days that that was not the case

3  we'd be in business casual or just casual.

4            You know, everybody had the

5  privacy of their own offices, the doors and they

6  had their own desk.

7            For lunch, you know, sometimes,

8  you know, everybody would go out to lunch

9  together or bring back food from the -- you know,

10  restaurant and eat in the conference room.

11            And I don't know, that's the -- I

12  don't know what type of, you know, information

13  you're looking for, but --

14       Q.    So, you know, you had mentioned

15  that Lisa and Marnie sometimes would get into it

16  in the office.

17            Was there anybody else who had

18  tensions in the office or would you say it was

19  only Lisa and Marnie?

20            MS. DiBANCA:  Erica, may I

21       interrupt to ask, do you want to give him

22       a date range?

23            MS. SHIKUNOV:  Sure.  You know

24       what, we can --

```
 1              THE DEPONENT:  Yeah, that's --

 2   BY MS. SHIKUNOV:

 3        Q.      Let's divide that up.  Let's

 4   divide that up.

 5              So I am going -- for most of our

 6   depositions, we sort of talked about the work

 7   situation pre-November 1st, 2018, and then

 8   post-November 1st, 2018.

 9              So I'm going to ask you the same

10   question twice with those date ranges in mind.

11              So first I'm going to ask you,

12   other thing than between Lisa and Marnie, prior

13   to November 1st of 2018, whether tensions with

14   anybody else -- amongst anybody else in the

15   office that you were aware of?

16              And I'm not asking you to talk

17   about something you're not aware of.  So don't

18   guess.  Just tell me what you personally were

19   aware of.

20        A.      Yeah.  I mean, I just got to think

21   about it for a minute, like go through my head of

22   who's there when I was hired.

23              MS. DiBANCA:  Erica, do you want

24        him to go back to when he was hired or
```

1          just during Ms. O'Brien's employment?

2                    That's fine.

3                    Well, they started together.

4               MS. SHIKUNOV:  Okay.  I'm trying.

5               THE DEPONENT:  All right.  So

6      we're pre-November 1st.  It would be --

7      the first one would be Marnie and Tiffany

8      Lee.  And then Marnie and Lara.  Then

9      Marnie and Stacy.

10  BY MS. SHIKUNOV:

11          Q.     Stacy Roman?

12          A.     And Gary.  Sorry.  I think there

13  was something with Gary, yes.

14                    Stacy Roman, yeah.  And something

15  with Gary.

16                    So those -- who else was there

17  when I started?  Oh, Rosie.  Maybe Rosiebell

18  Maria.  But that was, like, in the very

19  beginning.  I can't remember what that was about.

20          Q.     Okay.  And are you, when you're,

21  like, wracking your brain and thinking these

22  things through, are you recalling specific

23  incidents where there was tension in the office?

24  Or are you recalling that there was just overall

1  breakdown in the relationship between those

2  individuals?

3          A.      I believe with Tiffany it was --

4  they were, like, -- or they were, like, -- it

5  was, like, -- they wanted control -- it was,

6  like, who was in control when Gregg's away?  Was

7  it Tiffany or was it Marnie?

8                  And, you know, I was never in, I

9  guess, any meeting or I wouldn't have been privy

10  to that.  But I could tell that that was an

11  issue.

12                  With Stacy, Marnie needed to

13  reconcile -- Stacy managed SalesForce database.

14  And Marnie managed the books.  So there would

15  have to be reconciliation, so they would have to

16  meet regularly.

17                  There was some issues that were --

18  that they wouldn't be able to meet or that she

19  wouldn't -- oh, that's right, before Stacy, it

20  was Rosiebell.  So Rosiebell was the database

21  administrator before Stacy -- or had those

22  responsibilities.

23                  So Rosie would have to meet with

24  Marnie.  And then Stacy would have to meet with

1   Marnie.  And they both seemed to have, I don't

2   know, -- like, issues meeting with her.

3                  I can't remember what that was

4   exactly.  Maybe -- I don't know --

5        Q.      Don't guess.  If you don't know --

6   because I was just asking you if you recalled the

7   nature of the complaints you were raising were

8   with regard to specific incidents or generally.

9                  And I literally just -- that was

10   all the information that I was for asking.

11        A.      Yeah.  Okay.  So Tiffany I told

12   you.

13                  I believe she said Gary was, like,

14   dirty and he smelled.  I'm sorry.  But -- I think

15   that was -- that and -- what was it Lara was --

16   and Laura were inappropriately maybe dressed.

17   Something like that.  Weren't professionally --

18   didn't have professional attire on when either

19   for some event or maybe just in general in the

20   office.  I just remember it had something to do

21   with clothes.

22                  Yeah, that's right.  Because Laura

23   was an assistant, she handled reimbursements,

24   something like that.  Something about -- I don't

 1 know, business expenses or on the MEF card,
 2 something like that.
 3         Q.     Okay.  So what you're describing
 4 to me it sounds like there were issues regarding
 5 specific incidents.  Is that a fair -- fair
 6 generalization?
 7         A.     I think so.  But that's -- I mean,
 8 like, there's two answers.
 9               There's my perspective at the time
10 and what I believe now.  So my perspective at the
11 time, yes.  What I believe now is no.
12         Q.     Why do you think something
13 different now?
14         A.     Just looking at everything from
15 30,000 feet, it seems like there's a pattern of
16 taking issue with the way that it was gone about
17 with various people.  And, you know, -- well,
18 they're not there anymore.
19               Those people don't work at the
20 organization anymore.  Gary, Eman, Larry [sic],
21 Laura, Tiffany.
22               They all -- I think, Eman
23 resigned.  Maybe she got a better position
24 elsewhere or she got to do Vegan restaurant

1   thing, whatever she wanted to.

2              But everybody else, I believe, was

3   let go.  And really the only people in the office

4   who would have been able to see day-to-day.

5              Like, their work performance would

6   have been myself and Marnie in, like, managerial

7   position capacities.

8              It wasn't me who was, like, I

9   don't know urging for anybody's termination or,

10  like, seek -- or, you know, out for that.

11  Whatever.

12      Q.    I'm sorry.  I need to interrupt

13  you for a second.

14              You said everybody was let go.

15  Did you feel that Marnie was pushing to let

16  people go who didn't desire to be fired?

17      A.    I think she knew it was naturally

18  better finance-wise that there was less people on

19  payroll meant more responsibility for the people

20  who are in the organization or remain in the

21  organization.

22              I mean, I can't say, yes, Marnie

23  wanted to fire people, but, I mean --

24      Q.    Well, you just did testify to

1  that.  And my question to you is, if you felt

2  that Marnie was pushing to fire people, do you

3  feel she was pushing to fire people who didn't

4  deserve to be fired?

5            Put another way, do you think MEF

6  fired somebody who didn't desire to be fired?

7        A.    No.  I mean, everybody who was let

8  go had good -- while I was there that I saw had

9  good reason.

10       Q.    Okay.

11       A.    You know, when it came time to

12 talk about their work performance, like, yes, I

13 would say, like, all right, I don't think Tiffany

14 knows what she's doing with the sales for force

15 database migration.

16            And Lara is not able to schedule

17 all the travel and the meetings.

18            And, you know, Eman could be

19 making better use of her time.  And Laura --

20 Laura would bring more to the table as a

21 Communications Director with the background and

22 qualifications that she had.

23            So it's, like, -- it was, like,

24 the issues were dropped in, like, engineered and

1    then eventually in the future, like, well, Matt,

2    what do you think about Lara's performance?  What

3    do you think about, you know, this person, you

4    know, in general?

5                    And then I'd have to think about

6    it and do, like, a serious assessment, make sure,

7    you know, I'm being diligent or -- you know,

8    what's in the best interests of the organization

9    to fulfill its mission.

10                   But balance that with -- you know,

11   with fairness to, you know, the people.

12                   So I always tried to do that.

13        Q.     So, Mr. Bennett, I'm going to ask

14   you another question now.

15                   But I just want to draw you to the

16   attention fact that I asked you simply if MEF

17   ever fired somebody that didn't desire to be

18   fired, and we got probably three or four minutes

19   of response back to a yes or no question.

20                   So I'm gonna let you finish --

21        A.     No.  All right.  Thank you for

22   pointing it out.

23        Q.     I'm just pointing out to you that

24   I can only help you so much in terms of getting

1  out of here quickly.

2          A.      I understand.   My answer is no.

3          Q.      Okay.  So I'm going to ask you

4  that question about tensions or workplace

5  interactions post-November 1st, 2018, through

6  your separation in early 2019.

7          A.      So the question -- sorry.   Just

8  repeat it one more time.

9          Q.      Sure.

10                 You had mentioned that there were

11  workplace tensions between Lisa and Marnie.

12                 Were there any other tensions in

13  the MEF workplace between November 1st, 2018, and

14  your separation, I believe, at the end of

15  February 2019?

16                 So we're talking about a four- or

17  five-month period.

18          A.      Yeah, I believe all of the girls

19  were -- I mean, it was obvious to Stacy that it

20  was not going to be a comfortable work

21  environment for her.  But if she went remote,

22  meaning she continued working, but, like, from

23  obviously remote working -- everybody knows what

24  that is now.  So there was that.

1       Not that I could think of.  I

2  mean, Marnie would say to me behind the scenes

3  about Tricia, but I don't think she ever said

4  anything -- maybe, I don't know, with Tricia and

5  Marnie.

6       Definitely with Lisa and Marnie.

7  I think the thing with Thelma was before

8  November 2018.

9       Yeah, I think that was -- I think

10  that's -- I mean, I don't think there would be

11  anybody else.

12       I mean, as far as, like, the

13  people in the office, there was maybe something

14  with, I don't know, remote people.  Like what is

15  people that worked in DC or around the world or

16  wherever.  Like we're paying them this money and

17  what are they doing with their time?  That was,

18  like, constant.

19       You know, like does this one

20  deserve them what we were paying them?  They were

21  asked to go to the office -- you know, they sit

22  at home or whatever.

23       I think -- I believe that that's

24  it.

1      Q.      I also believe --

2      A.      It was like Game of Thrones.

3  Marnie was the referee or something like that.

4  Survivor.  Or whatever.

5      Q.      You felt like the work environment

6  was like Game of Thrones or Survivor?

7          MS. DiBANCA:  I'm just going to

8          object to the form of the question.  You

9          can answer.

10             (Reporter read back last

11              question.)

12          MS. DiBANCA:  And then I put my

13          objection on the record.

14             THE DEPONENT:  Yeah.  So, I mean,

15          we're talking about, like, the way

16          that -- I don't know, I felt that Marnie

17          made it feel.  Or, like, that -- you

18          know, from the issues with employees.

19              Like, yeah, that was -- yeah, I

20          guess that's how it felt.  Not in the

21          beginning, but yeah, that's how it felt

22          after November 2018.

23  BY MS. SHIKUNOV:

24      Q.      Okay.  I am gonna move on from

1  this line of questioning.  And I'd like to take

2  just, like, a two- to five-minute comfort break

3  really quickly.  And then we'll come back on the

4  record.

5             MS. DiBANCA:  Yep.  Perfect.

6             MS. SHIKUNOV:  You okay with that?

7        So why don't we come back at, like, --

8        it's 10:13, so I don't know, 10:18 feels

9        like a weird time to come back.  But

10       that's five minutes.

11            THE DEPONENT:  All right.  Fine.

12       So do I stay -- should I log out and come

13       back in?

14            MS. SHIKUNOV:  No.  Stay logged

15       in.  If you want to mute yourself or turn

16       off your camera, that's perfectly fine.

17       But I would definitely don't disconnect

18       the call.

19            THE DEPONENT:  Okay.

20            MS. DiBANCA:  Just turn off the

21       video and audio.

22            THE VIDEOGRAPHER:  Off the record

23       at 10:13.

24          (Recess.)

1              THE VIDEOGRAPHER:  On the record,

2        the time is 10:25 a.m.

3   BY MS. SHIKUNOV:

4        Q.    Okay.  So I'd like to shift gears

5   from talking about the general environment at MEF

6   and talk about some of the specifics of this

7   case.

8              So I want to talk to you sort of

9   the timeline of events as they transpire and get

10  your recollections about what happened.

11             So it's my understanding that on

12  October 30th, 2018, Lisa Barbounis and Marnie

13  O'Brien had a pretty explosive argument in the

14  office.

15             Do you recall that day, if that

16  was --

17        A.    I believe I wrote a report about

18  it, yeah.

19        Q.    Can you tell me as you sit here

20  now what specifically you recall about that day?

21        A.    October -- so I was on my way into

22  the office, I think.  But before I got there, I

23  was -- Marnie told me there was a closed-door

24  meeting going on.  What's it about?  I didn't

1    know.

2              I got to the office.  I hadn't had

3    coffee or anything yet and I think I went to see

4    what it was about.  And maybe because it was kind

5    of awkward of me to interrupt a meeting to say,

6    like, hey, what are you guys working on or

7    whatever or something.

8              And I believe Marnie told me there

9    was a closed-door meeting.  So I came to see what

10   it was about.

11             Later on I went to the bathroom.

12   I came back from the bathroom.  They were

13   shouting -- Marnie and Lisa were shouting at each

14   other.

15             She was -- she told me I had a big

16   mouth because I repeated something that she had

17   said.

18        Q.    Who is she?

19        A.    Marnie.  If this is the day that

20   I'm thinking of.  I don't remember exactly what

21   they were screaming.  I wrote it down -- I mean,

22   I'm pretty sure I wrote it down.  But there

23   was -- she left the office, slammed the door.

24   And obviously everybody could hear it or whatever

1  was -- you know, whatever transpired.

2          Yeah, I'm pretty sure that was it.

3  It was a closed-door meeting in Lisa's office.  I

4  came in trying to figure out what was going on.

5          I think I told Marnie whatever it

6  was.  I think Lisa got the feeling that I was,

7  like, you know, like, hey, what are you doing?

8  Which is unnatural for me -- I'm not -- for me to

9  do stuff like that or what's the meeting about.

10          Yeah.  And then I came back from

11  the bathroom, they're yelling at each other.

12  Marnie storms out of the office.

13      Q.     Okay.  And then it's my

14  understanding that they had some sort of coffee

15  or bench meeting on October 31st, the very next

16  day, to work it out.

17          Do you have any knowledge about

18  that?  And, again, I would remind you that if you

19  don't, that is also a satisfactory answer.

20      A.     I don't know if that's the meeting

21  to work it out.  But there was one morning where

22  I was in an Uber on the way to work.

23          I get a message from one of them

24  that said, can you meet at Starbucks?

1          Q.     We're gonna talk about that in a

2    minute.  Right now we're talking about the 31st.

3          A.     Yeah, I don't even know what that

4    is --

5          Q.     Okay.  And that's a perfectly fine

6    answer.

7                 So the next day, November 1, 2018,

8    Marnie presented Dr. Pipes with a handwritten

9    report containing sexual harassment allegations

10   about Mr. Roman, as well as other complaints

11   about Mr. Roman's management.

12                Did you ever meet or discuss that

13   report with Marnie, Lisa or anyone else?

14         A.     Yeah, that's what I was saying

15   before.

16         Q.     Okay.

17         A.     Was that on -- I guess if that's

18   the date, November the 1st, I was in an Uber.  I

19   was asked to meet at Starbucks.

20                I got to Starbucks, Marnie and

21   Lisa, on 16th and Arch.

22                Marnie and Lisa are sitting at the

23   table.  Lisa had her arms crossed.  I don't know

24   if they were fighting.  I thought they were

1  arguing.

2          And Marnie told me, I want to let

3  you know what you're walking into.  We told

4  Daniel everything.

5          And then she showed me, I believe,

6  like a screen shot of her phone that she sent

7  him -- she telegrammed him the letter.

8          She texted him the -- she wrote

9  something by hand.  Whenever she showed me and I

10 tried to read it, but it was in cursive and I

11 couldn't really understand.

12         So I said, what is -- what are

13 you, you know, telling me this for?  She said,

14 because you're mentioned in the letter and I want

15 to know what you're walking into, something --

16 you know, we've had enough of Gregg and the gist

17 of it was, like, you know, you're with us or

18 against us.

19      Q.    That's really important.  So when

20 you say the gist of it was, you're with us or

21 against us, did Marnie or Lisa expressly state

22 that to you or that was the feeling you got after

23 meeting with them?

24      A.    That was a -- the feeling I got.

1    It wasn't -- like after -- when we left the

2    Starbucks and walked back, it wasn't like, oh,

3    Matt, it's going to be okay.  Whatever.  They

4    weren't storming to the office.

5              It wasn't -- I don't know, like,

6    Matt, we want you to know, because, you know, we

7    know you're going through, you know, some tough

8    things right now.  You have a baby at home and

9    whatever else.

10             It was like -- we told Daniel,

11   like, the dirt.  And now things are gonna become,

12   like, start popping up in the office and just

13   want to give you the heads up, which I now

14   believe was, like, they wanted me to also hammer

15   at Daniel also about Gregg.

16        Q.    Why do you believe that?

17             I'm sorry, I cut you off.  I

18   thought you were done.

19        A.    Because after the meeting on

20   November 5th, we went to that same place, that

21   16th and Arch, except this time we were at tir na

22   nOg with Thelma and the entire staff, Katrina,

23   Delaney.

24             And Lisa said, you're a fucking

1   pussy and pointed in my face.  Said you're a

2   fucking pussy.  And Marnie said, I'll never trust

3   you ever or I'll never trust you again or

4   something along those lines, because I didn't

5   rise up in that meeting to drive a stake through

6   Gregg's heart, like I guess they taught I was

7   going to do after they told me on the 1st that

8   that was happening.

9          Q.     Why do you think they thought you

10  would do that?

11         A.     I mean, I guess -- I mean, I can't

12  tell you why I would think that they would do

13  something, but --

14         Q.     Let's rewind a little bit, because

15  I think we glossed over the meeting itself.

16                So there was -- Marnie files this

17  complaint with Dr. Pipes.  And shortly

18  thereafter, there was a meeting that was held in

19  the office, I believe, on November 4th or 5th.

20                Is that the meeting you were just

21  discussing?

22         A.     Yes, the first -- you know,

23  whatever -- there was only really one meeting,

24  you know, at that time.

1    Q.    Who do you remember being at the

2  meeting?

3    A.    Everyone.  Everyone but Gregg

4  who -- I think he was supposed to be there and

5  then he was told not to come.

6    Q.    How do you know that?

7    A.    Daniel told us when the meeting

8  started, I believe, Gregg will not be coming.

9  Something like that.

10    Q.    How do you know he was told to

11  come initially?

12    A.    It was -- I don't remember the

13  context of it, but it was -- like he was gonna be

14  confronted on whatever was in the letter.  I

15  believe that was the purpose of it.

16    I mean, I --

17    Q.    Everyone was at the meeting.

18  Everyone can mean everyone in the City of

19  Philadelphia.  Everyone can mean everybody who's

20  local to that office.

21    So to the extent you can recall

22  any specific individuals who were present at the

23  meeting, I would ask you to do that.

24    A.    Everyone who was employed in the

1    Philadelphia -- in the main office.

2                    So if we go around the table, it

3    was Lisa, myself, Marnie, Daniel, Stacy, Tricia,

4    Katrina, Delaney, Thelma.

5            Q.      Okay.  And what do you recall --

6            A.      And Marc Fink.  Sorry.  I believe

7    Marc was there, but I'm not, you know, like

8    positive on that.

9            Q.      What do you recall being discussed

10   at the meeting?

11           A.      Daniel said there were issues that

12   have been raised and we wanted to sort it out or,

13   you know, to hear firsthand what was -- what was

14   going on.

15                   And then -- then everybody just

16   started coming out with stuff.  You know, their

17   own -- everybody had another story or argument,

18   allegation, et cetera.

19           Q.      There were some allegations that

20   were made about Gregg's behavior in Israel when

21   he took a trip with Lisa Barbounis.

22                   My first question to you is, did

23   you have knowledge of those allegations prior to

24   the meeting on November 5th, 2018?

1      A.      I was shown text messages, I

2  believe, that Lisa had sent to Tricia but then

3  deleted and sent back to Lisa.

4              And then she showed them to me

5  saying whatever, you know, -- describing what

6  took place there -- what she says took place

7  there.

8      Q.      Do you recall when she showed

9  those to you?

10     A.      I mean, it had to be after -- no.

11 I mean, obviously sometime after the trip and

12 before the November 5th meeting.

13     Q.      You were originally invited to go

14 on that trip, correct?

15     A.      To Israel, yeah.

16     Q.      Yeah.  And then you ultimately

17 couldn't go and then Marnie was invited to go,

18 correct?

19     A.      Yeah, I believe so.

20     Q.      Do you have any knowledge as to

21 why Marnie declined to go?

22     A.      I think she said later that -- I

23 don't know, that -- I don't know if she was not

24 scared of going to the Middle East, but I don't

1   know, she has two teenagers at home.  I really

2   don't know the -- what her reason was.

3           Q.     If you don't know, that's an

4   acceptable answer.  I don't want to you guess.

5           A.     Sorry.  I don't know how to play

6   this game again.  I don't know.

7           Q.     This is an exercise trying to

8   ascertain what you know.  So we don't want you to

9   guess at things.

10              Okay?

11          A.     Yep.

12          Q.     With -- there were other

13  complaints of sexual harassment that were made

14  about Gregg Roman.

15              Did you ever hear any complaints

16  about Gregg sexually harassing or making comments

17  of a sexual nature to the women who worked at the

18  Philadelphia office?

19          A.     No.

20          Q.     And do you recall those

21  allegations being discussed at the November 5th,

22  2018, meeting?

23              MS. DiBANCA:  I'm just gonna

24      object to the form of the question.  But

1      you can go ahead and answer.

2              THE DEPONENT:  To be honest with

3      you, no, I don't remember specifics.

4              I was, like, traumatized myself --

5      outside of this, I had personal stuff

6      going on.  And I remember -- I mean, it

7      was, like, -- I don't know, like, six

8      people talking at once.  And, you know,

9      Stacy trying to defend or make sense of

10     like, you know, certain things that

11     people were saying.

12             They were, like, you know -- like

13     jumping down her throat every time she

14     tried to get a word out.

15             I remember I, like, defended

16     Stacy.  Oh, yeah, that's right.  I

17     defended Stacy.  And that was like --

18     like I would have done any other person

19     that was my subordinate who was crying in

20     the middle of a meeting with -- being

21     attacked by everybody.

22             And because I did that, that was

23     perceived as that I was a loyalist to

24     Gregg and, therefore, was a pussy and

1    couldn't be trusted.

2         And that, I mean -- and that

3    really is my sort of part in it.

4         I think I said something, like, --

5    there was an account or there was a donor

6    that I had been building, like, a

7    relationship with for the purpose of,

8    like, a big gift.  And, you know, I

9    thought that I was going to see that,

10   like, to fruition.

11        Instead like, you know, Gregg was

12   like, all right, Matt, thanks, we'll take

13   it from here.

14        And that, you know, I was -- I saw

15   that as my chance to, like, prove, you

16   know, myself to them and the

17   organization.

18        But, no, I didn't have knowledge

19   of what was -- you know, later I see what

20   they said.

21        I know they were -- I guess they

22   were talking about it.  I don't know how

23   much detail they said or they gave to

24   Daniel in the room.

1                I remember looking over at Thelma,

2           who was just sitting with her eyes closed

3           letting it all wash over her, but other

4           than that, that's my --

5    BY MS. SHIKUNOV:

6           Q.     What does the donor have to do

7    with anything?

8           A.     I mean, everybody was complaining

9    about Gregg, so I injected a complaint that, you

10   know, I thought that he wasn't --

11          Q.     Okay.  That was a little -- that

12   seemed a little out of left field.  I wasn't sure

13   where that came from.

14          A.     That was my contribution to the --

15          Q.     Okay.

16          A.     -- to the --

17          Q.     Meeting?

18          A.     -- Gregg's assassination.  Like

19   whatever.  You know, like that was my qualm.

20   Like I really didn't have any other issues to

21   raise like, you know, because he hadn't wronged

22   me.  I didn't have knowledge of any -- of

23   anything to, like, support what was being said.

24   So that was -- you know, when it came my turn,

1    that's what I put out there.

2              Q.      In retrospect, do you think it was

3    fair to Stacy to have her at the meeting?

4              A.      I can't remember -- I mean, I

5    think -- I don't know if she wanted to be there.

6                      But, I mean, I know that she

7    either didn't believe or disagree with a lot of

8    the stuff that -- it was fair to Stacy or fair to

9    the other people?

10             Q.      I'm asking you about Stacy right

11   now.  We'll talk about the other people in a

12   minute.

13             A.      So do I think it was fair to her

14   to have her there?

15             Q.      Correct.

16             A.      I don't know.

17             Q.      Okay.  And do you think, given the

18   sensitivity and the nature of the complaints that

19   were being raised by the women, it was

20   appropriate to have the alleged sexual harasser's

21   sister sit in on the meeting?

22             A.      She was a member of the staff and

23   it was an all-staff meeting.

24                     If she -- I mean, it was gonna be,

1    does anybody have knowledge of this, anybody

2    witness that.  That's you know what, I guess, we

3    thought was going to be taking place.

4                    As somebody who sat in the office

5    all day, every day, five days a week, then she

6    would have been asked or required to be here.

7                    So I guess to answer your

8    question, no, it probably was not unfair to her.

9    It would have been expected for her to be there.

10                   I mean, they certainly didn't hold

11   back on Stacy, if that's what you're asking.  Oh,

12   we're not going to say what we needed to say

13   because Stacy was there.

14                   It all came flying out.

15        Q.      Did you believe any of the

16   allegations that were raised about Mr. Roman when

17   they were initially raised?

18        A.      When they were initially raised?

19   Yeah.  Yeah.

20                   At first, I mean, it was, like,

21   surprising.  And then, you know, there's --

22   because there was, like, one person, two people,

23   three people, it was like, well, you know --

24   yeah, at first -- I think at first I doubted it.

1   Then I believed that -- and now I disbelieve, you

2   know, just because of knowing what the nature of

3   the complaints were and seeing the things made up

4   about myself then, yeah.  So I cast doubt on --

5   on the complaints.

6           Q.      When you say the complaints -- and

7   we ran into this at a few other depositions.  I

8   just want to be clear.

9               There are complaints as in a

10  document that's filed on the docket with the

11  Court and there are complaints that the women

12  raised to Dr. Pipes.

13              So we're speaking about complaints

14  in the colloquial sense.

15              When you say you saw the

16  complaints that were raised against you, are you

17  referring to a Court document or are you

18  referring to statements that were made to Dr.

19  Pipes?

20          A.      I'm referring to paperwork which

21  was delivered to my home in New York City that --

22  by a process server, like, this thick.  I don't

23  remember exactly what they were.

24              But, I mean, it was like McNulty,

1  Barbounis, Yonchek or whatever or -- I don't

2  think Marnie's was in there.

3                  But the other complaints were

4  there, saying that, you know, that -- that all

5  these things took place.  That I'm, you know, --

6  many of which I have direct knowledge or would

7  contradict and say that that's a lie or that

8  that's not how it happened.

9                  I was taken back by that.  I was,

10  like, Facebook friends with everybody.

11                  We were, you know, -- Katrina and

12  Delaney wanted to rent my house even weeks after

13  I had left.  They wanted to rent my home in

14  Philadelphia when I moved to New York.

15                  Tricia was a babysitter for my

16  daughter for months.  Baby-sat my newborn

17  daughter.

18                  Lisa's husband would, you know, --

19  I went to her daughter's first birthday.  She

20  came to my daughter's first birthday.  Not just

21  her, but her husband and her kids.

22                  Like, I mean, we were all best

23  friends.

24                  And then suddenly I get served

1   with paperwork saying that -- that I'm a horrible

2   person who contributed to their harassment at an

3   organization, even though they threw me a

4   going-away party the day that I left, you know.

5            Matt, we love you so much.  Are we

6   going to ever get -- what's it going to be here

7   without you.  We're at Continental for cocktails.

8   There's a picture of it with us all smiling at

9   the table.

10            And then, who knows how many weeks

11  later, I'm the enemy of the state.  They all

12  unfriend me on Facebook.  And then they name me

13  in complaints.

14            So from my perspective, yeah, I

15  cast doubt on the things that are written in that

16  paperwork which I received.

17            And since then, have not wanted to

18  even have one memory of the entire experience

19  with them, and I apologize for saying this, but

20  this deposition and they all are agonizing to

21  recount all of these memories.

22       Q.    Sir, you're aware that you were

23  not named -- well, let me actually ask you this.

24            Did you ever see the complaint

1  that was filed by Ms. O'Brien?

2          A.      No.

3          Q.      And are you aware that you were

4  not named in that complaint?

5          A.      Well, I mean --

6                  MS. DiBANCA:  Object to the form

7          of the question.

8                  If he didn't see it, he couldn't

9          say.

10                 THE DEPONENT:  I assume if I

11         was --

12  BY MS. SHIKUNOV:

13         Q.      Let me ask you the question this

14  way.

15                 I will represent to you that you

16  were not named in Ms. O'Brien's complaint,

17  because I wrote it.

18         A.      Okay.

19         Q.      And you are being called here

20  today strictly as a fact witness.

21                 Were you aware you were being

22  called here today as a fact witness, meaning that

23  you observed events that were relevant to the

24  complaint?

1          MS. DiBANCA:  I'm just gonna

2     object to the question.  You can go ahead

3     and answer.

4          THE DEPONENT:  I mean, I

5     understand that I was called to give to

6     -- to be asked questions and to answer

7     them to the best of my ability of my

8     recollection of what happened in my time

9     at MEF.

10 BY MS. SHIKUNOV:

11     Q.    Okay.  And so you're saying you

12 initially believed the allegations against

13 Mr. Roman.

14          But what has changed your mind is

15 the fact that several women filed complaints that

16 named you and you felt that the allegations about

17 yourself were untrue, so you extrapolate that to

18 mean that all the other allegations in the

19 complaint are also untrue?

20     A.    Well, no, not because of that.

21          Yes, that contributes to it.  But,

22 you know, like, most -- in my head, I always

23 think, well, maybe, you know, like Marnie slept

24 with Gregg but she doesn't actually want to say

1   it.

2             Or maybe something, like, more

3   happened than was let on with Tricia or Lisa.  Or

4   that they said that happened, but they don't

5   actually want to say that because it's

6   embarrassing to them or something.

7             So in my head, I was thinking,

8   like, maybe, you know, it's like a Law and Order

9   episode, you know, whatever.

10            But it came -- you know, when push

11  came to shove, it was, like, that -- that nothing

12  happened, I mean.

13            To my knowledge, nothing happened

14  that would -- which was written that said

15  happened.  So, I mean, -- does that answer the

16  question?

17       Q.      Kind of.

18            But I'm gonna have to follow up

19  based on something that you just threw out,

20  because you just stating that this is the first

21  time, I think, anybody has made that allegation

22  or heard it.

23            Do you have any knowledge that Ms.

24  O'Brien and Mr. Roman had a sexual relationship?

1       A.      No.

2       Q.      So can you clarify what you meant

3  when you just stated that in your last answer?

4       A.      Because Marnie was on the --

5  because at the New Year's Party, Marnie -- I

6  mean, at the holiday party, and before that,

7  Marnie is handing me glasses of champagne or

8  beers saying, like, just imagine Gregg with Leah

9  in Israel and imagine -- it seemed like she was

10  like, -- like, she was Gregg's a predator.

11          Like she -- I felt as if, like,

12  there was something else, like, she knew that --

13  like she had direct knowledge of something and --

14  and that's why.

15          I thought maybe something happened

16  between them.  I mean, at the time that I was

17  believing everything, I'm, like, well, Lisa and

18  Tricia and whoever else are going to stay

19  something's happened.

20          And if it did, then who's to say

21  it didn't with Marnie.

22          So, yeah, that's why I said it.

23  No, I don't have any knowledge or whatever --

24  proof.

1        Q.    Okay.  I'm going to ask you

2    another question.

3              MS. SHIKUNOV:  Before I do,

4         there's a 301 number on the line that is

5         not muted and I'm getting noise from it.

6              So I would ask either that number

7         mute themselves or, Alex, can you mute

8         them unilaterally?

9    BY MS. SHIKUNOV:

10       Q.    So you testified that you

11   initially believed these complaints.  And at some

12   point in time you came to disbelieve them.

13             Do you recall specifically when it

14   was that you started to question the allegations

15   that were made?

16       A.    Probably -- oh, yeah.  I can tell

17   you straight.

18             Yeah, here's one, is when I called

19   a meeting, myself, after Gregg was removed,

20   probably in December.

21             My wife was at work.  I took my

22   two-year-old daughter, got into an Uber, came to

23   the office, gathered everyone in the conference

24   room and said, from this point forward, you're no

1  longer to communicate with Gregg.

2               If his phone calls and -- the

3  nature of the work relationship that's been just

4  put in place, which is he can't come to the

5  office and he's only being -- corresponding with

6  staff to complete the assignments that he still

7  has, and I said that's no longer the case.

8               I'm going to now bear the brunt of

9  dealing with Gregg around the clock and to be the

10  pass-thru between him and every other message and

11  for every message, phone call, e-mail and

12  directive that comes to the Philadelphia office.

13               I said, goodbye.  Took my daughter

14  and I left the office.

15       Q.    Can I stop you for just one

16  second, Mr. Bennett?

17               MS. SHIKUNOV:  Somebody named

18       Matthew Mainen just joined the call, do

19       you know that is?

20               MS. DiBANCA:  I do.  He's with

21       MEF.

22               MS. SHIKUNOV:  Who is that?

23               MS. DiBANCA:  I believe he is

24       their associate in-house counsel.  He's a

1        lawyer.

2              MS. SHIKUNOV:  Okay.  Okay.  You

3        can continue your answer.

4              MS. DiBANCA:  I'm sorry.  Matt, go

5        ahead.

6              THE DEPONENT:  Daniel called me,

7        said -- or, no, I messaged him in the

8        meeting -- no, first, I called Gregg.  I

9        said, I just want to let you know, you're

10       not to communicate with any single --

11       anyone in the office accept myself.

12             Hung up the phone.

13             Then I telegrammed Daniel, I

14       believe, and I said, I just want you to

15       know, I told everybody in the office

16       whatever and then I left.

17             He called me while I was in the

18       Uber.  Eventually I connected with him.

19             He said, why did you do that?  You

20       know, obviously I didn't authorize you or

21       permit you to do that.

22             I think we spoke on the phone.  I

23       communicated that the women were still

24       complaining to me about Gregg -- about

1  having to work with Gregg, about

2  contacting Gregg.

3      So Daniel said, oh, man, I guess,

4  get to the bottom of it myself.  He went

5  to each one of them individually and

6  said, do you have a problem with Gregg.

7  And they all said, no.

8      And he came back and he said, the

9  women said it's not them with a problem,

10  but it's, in fact, you have a problem

11  working with Gregg and you seem to have

12  this obsession with removing Gregg from

13  the office.  And then I said okay.

14      So the same women who told me that

15  I was a pussy and was to never be

16  trusted, because I didn't rise up and

17  drive a stake through Gregg's heart,

18  they're now the women telling you that

19  they're fine and that everything's okay

20  and that I'm a lunatic because I'm trying

21  to get rid of him so aggressively.

22      And like that, I knew that

23  something's obviously going on.

24  Something was obviously wrong.

1    And I began searching for other

2    jobs.  Probably the same day.  Because I

3    realized then that not only was it

4    probably Marnie, who I had known was

5    undermining me, but probably the rest of

6    them.

7    And if they were -- and that's

8    fine.  If they're gonna be competitive

9    when you want to go head to head with

10   work product, then any day of the week.

11   But if you're gonna do it by lying

12   and being two-faced, then, no.  I don't

13   want to work with anybody or be involved

14   in an office or an organization with

15   anybody, let alone everybody, who's gonna

16   do such a thing.

17   BY MS. SHIKUNOV:

18   Q.    So that kind --

19   A.    When I say everybody, I'm

20   referring specifically to Marnie, Lisa and Tricia

21   who -- and not the younger girls who, I believe,

22   were coerced.

23   Q.    So is it your testimony here today

24   that you believe that Marnie advised Dr. Pipes

1  that she preferred to speak with Mr. Roman than

2  have you be the conduit?

3          A.      I believe that he followed up on

4  what I did, the meeting that I held.  I know she

5  wasn't happy in the meeting.  She had sat there

6  with her, you know, arms crossed like this.

7                  Like she was saying, oh, okay,

8  guys, we finally don't have to work with Gregg

9  anymore guys.  Look, Matt stepped up to do it.

10 And I believe that, because I believe that she --

11 she wanted to be that person, not me.

12                 She saw that not because of my own

13 actions, like my own desires to suddenly become

14 director of the organization, but because they

15 were prying me into it for months.

16                 And there I was doing it and I

17 think that that was the opposite of, you know,

18 her desire or plan to become the eventual point

19 person, director, whatever you want to call the

20 leader of the Philadelphia office.

21         Q.      Do you recall having a

22 conversation with Dr. Pipes about this situation

23 by telegram?

24         A.      About this situation?

1      Q.      Yes, about this situation, about

2  you being the conduit between the women and

3  Gregg?

4      A.      Like as a result of this -- of the

5  meeting that I called?

6      Q.      Correct.

7      A.      Yeah, I mess -- I believe I

8  messaged him from the meeting in a telegram.  I

9  said, I just want to let you know I did this.

10     Q.      And do you recall sending that

11 message around January 25, 2019?

12     A.      Yeah, that make -- that makes

13 sense, yeah.

14     Q.      And messaging him saying, I just

15 instructed -- at 11:18 a.m., I just instructed

16 the office staff that all communications with

17 Gregg are to go through me and they are not to

18 respond to him, unless I authorize it.

19             I'm available for Gregg 24/7, but

20 I will not have him undermining me and inserting

21 himself in what I am doing.

22     A.      Yeah.

23     Q.      Okay.

24     A.      I mean, if you have the message,

1  that's what it I said.

2          Q.     And immediately at 11:22 a.m., Dr.

3  Pipes texts you back saying please call me.

4                Ten minutes later, approximately

5  11:36, please call.

6                Do you recall getting those

7  telegram messages?

8          A.     Yeah.  I was in the Uber and I

9  wasn't going to have that conversation in an Uber

10  with a two-year-old in the car.

11                So I waited until I got home.

12  Then I tried to put her to sleep, so that I

13  could, you know, talk to him and then talk about

14  it.

15                Obviously I could tell he was

16  upset about it, so...

17          Q.     So it's your belief that sometime

18  between 11:18 and 11:22 that all of the women in

19  the office conspired against you and undermined

20  you to Dr. Pipes after that meeting?

21          A.     No.  Certainly not.

22                But -- what, in three minutes?

23  No.  It would take Marnie a lot more time than

24  that to weave a narrative that -- of whatever

1  they're saying.

2            Or if that's what they naturally

3  believed, that Matt was so crazy that he is the

4  one who wanted Gregg removed, that everything was

5  fine and that I was -- I was the problem, then I

6  don't think they came up with it in those three

7  minutes.  I think that it was much more long term

8  than that.

9       Q.    Well, you just testified that you

10  had the meeting and you sent that telegram

11  message to Dr. Pipes directly after the meeting.

12       A.    Uh-huh.

13       Q.    And you're saying sometime between

14  the meeting and the time that you spoke with Dr.

15  Pipes, the women intervened and all said you were

16  crazy and had no idea what you were talking

17  about.

18            So --

19       A.    No.  You asked me when did I

20  know --

21       Q.    Let me finish the question.

22            I'm curious as to when you believe

23  that would have happened, given the fact that

24  there's approximately three minutes between when

1    you texted Dr. Pipes and he asked for you to call

2    him immediately.

3              MS. DiBANCA:  And I'm just gonna

4         object to the form of the question.

5              And, Matt, you can go ahead and

6         answer.

7              THE DEPONENT:  If I remember the

8         last five minutes correctly, you had

9         asked me when did I know.  And then I

10        told you when I called this meeting,

11        following that -- following those

12        actions, I believe that no one had my

13        back in the office or no one wanted me to

14        manage them or lead the organization.

15             And then I began looking for other

16        jobs.  And that's when I began to

17        disbelieve the stories of the women.  It

18        was at that time.

19             Because if they were harassed, if

20        they were bothered, if they were enduring

21        psychological and whatever else they

22        said, why wouldn't they tell Daniel then,

23        yes, we wanted Matt to do that.  Yes, we

24        want Gregg gone.  We don't want to talk

1          to him and communicate with him anymore.

2     BY MS. SHIKUNOV:

3          Q.     Sir, do you have any direct

4     knowledge of Mr. Marnie calling Dr. Pipes or

5     communicating with Dr. Pipes that she preferred

6     to communicate with Mr. Roman directly rather

7     than have you do it for her?

8          A.     Do I have any direct knowledge of

9     it?  No.  Daniel -- other than --

10         Q.     I'm sorry.  Wait.  Wait.  I was

11    asking you a follow-up question.  We can't talk

12    at the same time for Joyce's sake.

13              So my question to you is, is this

14    just a suspicion of yours?

15         A.     No.  When Daniel went to discover

16    why I did that, he said, they don't seem to have

17    an issue with him.

18              FYI, like -- and I believe he went

19    to them and asked them, you know.

20              You have to ask them.  But, no, I

21    don't have any, you know, direct knowledge of

22    Marnie or anybody other than I believe he went to

23    their offices.  That's the way he would have done

24    it.  Knocked on the door, walked in and said --

1   or telegrammed with them and asked.

2          Q.      With regard to these telegrams,

3   you continued to exchange telegrams with Dr.

4   Pipes after he asked you to call him, like you

5   said, because you were trying to put your

6   daughter down for a nap, correct?

7          A.      That's what I remember, yeah.

8          Q.      Okay.  And at 12:55 p.m., you

9   asked him, are you upset with me?  He replied

10  instantly, stating, very.  You said, okay.

11         He said, in brief, show me does

12  not mean grab power.  It means do hard work.  I'm

13  waiting impatiently to talk on phone or in

14  person.

15         And you replied at 1, that's how

16  you see my trying to protect the office from

17  Gregg as a telegraph.  And he replied back, call

18  me.

19         Did I -- do you have any other

20  recollection of that conversation other than what

21  I just reviewed with you?

22         A.      No.  Definitely not.

23         But, I mean, I remember realizing

24  later that was, like, -- I was in a bad point in

1  my life.

2                    I was being, like, direct with my

3  supervisor, so to speak.  And I was speaking --

4  you know, more, like, off the cuff than I should

5  have been.  But, no, hearing you reading it back

6  now, no, I don't remember.

7            Q.     Okay.

8            A.     Hearing you read it, I do

9  remember.  But I don't remember what came next or

10  what came before, if that's what you're asking.

11           Q.     Okay.  And, sir, are you aware of

12  the fact that anytime Marnie was asked to

13  communicate with Gregg or work with Gregg

14  directly, she complained about having to do that

15  to Dr. Pipes?

16                    MS. DiBANCA:  And I'll object to

17          the form of the question.

18                    You can go ahead and answer what

19          you know.

20                    THE DEPONENT:  I didn't even hear

21          the question.  You said, are you aware --

22  BY MS. SHIKUNOV:

23           Q.     My question to you is, are you

24  aware that any time Marnie was directed to work

1   with Mr. Roman, she lodged a complaint about

2   having to communicate with him or work with him

3   directly to Dr. Pipes?

4                    MS. DiBANCA:  Objection stands.

5        You can go ahead and answer.

6                    THE DEPONENT:  No, I'm not aware.

7                    She complained to me, but I wasn't

8        aware of any formal complaints that she

9        was making.

10  BY MS. SHIKUNOV:

11       Q.    So you just said she complained to

12  you about having to work with Gregg.

13                   You have to say yes for the

14  record.  You can't nod your head.

15                   MS. DiBANCA:  I'm going to object

16       to the form, because that's not exactly

17       what he said.  But go ahead.

18                   Is there a question --

19                   THE DEPONENT:  It you wasn't like

20       Marnie -- sorry.

21                   So if the question is, did Marnie

22       complain to me?  No.  But like she's mad,

23       I'd like to make a complaint that I'm

24       being made to work with Gregg.

1           It was like, I just changed the

2       password on the security system to bump

3       Gregg or something like that.  You know,

4       things like that that she believed that

5       Gregg still had -- she didn't like that

6       she still had a hand in her work.

7           And, yeah.  Does that answer the

8       question?

9   BY MS. SHIKUNOV:

10          Q.      It does.  It does.

11          A.      She didn't make a complaint to me.

12          Q.      And it's your belief that rather

13  than have somebody operate as a conduit between

14  her and Mr. Roman so she didn't have to

15  communicate to him, she undermined you to Dr.

16  Pipes so that she could have the authority of

17  communicating with Mr. Roman rather than

18  yourself?

19          A.      I think she wanted Gregg gone.

20  And I think she was happy to have me gone, too.

21  I don't think she wanted to be a conduit to

22  anything.

23          I think she wanted complete and

24  total control of the staff.  I think that's how

1   she manages her children.  I think that's her

2   personality.  I think that's just who she is.

3                     And if you want to be competitive

4   and aggressive, then fine.

5                     Then I don't think there was any

6   -- it had nothing to do with -- it had nothing to

7   do with Gregg.

8                     She's more than capable of

9   standing her ground and fighting for herself

10  physically and verbally.

11                    No, she wanted it.  She wanted --

12  she wanted to be the top person in the office.

13  She wanted more money.  She wanted more

14  authority.  That's it.  That's the way I see it.

15         Q.      Why do you say that she's capable

16  of defending herself physically?

17         A.      She's -- she told me before, like,

18  I don't know, she's like weight training,

19  marathon runner.

20         Q.      So you're making an observation of

21  her general fitness?

22         A.      Not her general fitness.  But just

23  her general, like, -- I think she's, like, a

24  scrapper.  I believe, like a scrapper.  And

1  that's how they came to heads.  That's why they

2  disliked each other so much.

3            They were both this combative

4  personality that doesn't back down and that

5  stands their ground.  And that's who they are.

6            Two Alpha males and I don't think

7  Marnie is afraid of anything and neither is Lisa.

8        Q.    Sir, you, yourself, were vying for

9  the director role after Mr. Roman was removed

10  from office, correct?

11        A.    No, I wasn't vying -- I wasn't

12  vying for it until, I guess, the time came and

13  then I started thinking about the direction of

14  the organization, whatever date that may be.

15            But I saw it as the opportunity to

16  implement things, like, -- like migrating from

17  Microsoft to Google, which I was, like, a

18  proponent of, that Gregg didn't want to do.

19            So, you know, I started to see the

20  opportunity to go directly to Daniel with those

21  ideas.

22        Q.    I want to stop you right there,

23  because you're starting to get into specific

24  ideas, which I don't think anybody needs for the

1    purposes of today.

2            A.      Sorry.

3            Q.      So my question to you is, were you

4    vying for role of director after Gregg was

5    removed from the office?

6                    MS. DiBANCA:  I'll object as asked

7            and answered, but you can go ahead and

8            answer the again.

9                    THE DEPONENT:  Can you be more

10           specific?  Was I vying?

11                   Do you mean, like, was I competing

12           for control, do you know what I mean?

13                   Like competing for role of

14           director?

15   BY MS. SHIKUNOV:

16           Q.      I'll put it to you simply.

17                   Do you recall exchanging telegram

18   messages or communications with Dr. Pipes asking

19   to be instated as director and arguing with him

20   when he declined to give you the position?

21           A.      Yeah, definitely.  I don't

22   remember what I said.  But I said, why would --

23   you know, what's the -- you know, why won't you

24   make me just director?  What's the issue?

1          Q.     Okay.  You mentioned, and we

2   danced around it, and I didn't really get -- I

3   want to kind of put an end cap on it.

4               So other than -- you said that --

5   I'm trying to figure out how to ask this in a

6   concise way so you just don't ask me to repeat

7   the question.  So bear with me first.

8               So you had testified probably 10

9   or 15 minutes ago that you started to disbelieve

10  the claims that were made by the women at the

11  point in time that you offered to be a conduit

12  between them and Gregg.  And you were under the

13  impression that they said that they did not need

14  or want that.

15              Other than that understanding, was

16  there anything else or was -- did anything else

17  occur that caused you to start to disbelieve the

18  women?

19          A.     Well, other than what we had

20  already mentioned, which was the receiving the --

21  I don't know what they're called, what the

22  official name is, the paperwork from the process

23  server, which was -- which was later on -- and

24  then through discovery of all that, yeah, like --

1  so, yes, it definitely does, after I left the

2  organization.

3                I'm already with a new

4  organization and received that.  And especially

5  when, you know, I was called for my last

6  deposition, then I had to -- you know, to ask

7  what is going on.

8                And then Mr. Seth or Mr. Carlton,

9  whatever his name is, asking me like, you know,

10  lots of ridiculous questions and I'm telling him

11  it's just not how it went down.

12                So, you know, especially between

13  then and now, thinking that -- about that is,

14  like, -- it seemed like he genuinely believed,

15  and I believe you, too, of the story that they're

16  telling you.

17                And I'm just trying to answer --

18  you know, provide answers to questions that shed

19  light from a different narrative, from a

20  different perspective, because it's the right

21  thing to do.

22                I don't know.

23        Q.      Between the time that you left the

24  Middle East Forum in late February, early March

1    of 2019, and when you were served with the

2    paperwork you were just referencing, did you

3    remain in contact with anybody from the Forum

4    other than Mr. Roman?

5              MS. DiBANCA:  I believe he did

6         answer that, but you can go ahead and

7         answer it again.

8              THE DEPONENT:  No.  There was up

9         until -- so I left on March the 8th.  And

10        I exchanged text messages with Katrina,

11        Delaney, Lisa, Tricia.

12             So Katrina and Delaney, we

13        exchanged messages that they wanted to

14        rent my house.

15             Lisa and me exchanged messages

16        that she asked me how is ZOA going, do

17        they need anybody yet, meaning can I give

18        her a job.

19             Same with Tricia.  How's it going?

20        She said Katrina had found another job

21        and that she had a lot of work on her.

22        She'd love to talk about coming to work

23        for me at Zoa.

24             Thelma just out of being a very

1          loveable woman checked in, hey, Matt,

2          just wanted to see how you're doing.  Are

3          you okay, blah, blah, blah.

4                    And I believe that's it.

5                    Those were my -- extent of my

6          communications of everybody until one day

7          I suddenly realized that they weren't

8          friends with me on Facebook anymore and,

9          et cetera.

10   BY MS. SHIKUNOV:

11          Q.    When do you think the

12   communication with the other women died off?

13          A.    Not long after I started my new

14   role there.  So probably 30 to 60 days after

15   March the 9th.

16          Q.    And did you have any further

17   communication with Marnie after you separated

18   from employment?

19          A.    No.

20          Q.    Okay.

21          A.    No.

22          Q.    I want to ask you specifically

23   about some telegram messages that were exchanged

24   between you and Dr. Pipes on December 26, 2018.

1          You had sent him a message at

2    17:27.  So I believe that's 5:27 military time.

3    You subtract the 12.  Saying, are you aware that

4    Gregg called me yesterday?

5          He indicated that he wasn't.  And

6    you reported to him that Gregg told you he was

7    being asked to investigate Marnie and that you

8    should not tell Dr. Pipes he had told you about

9    it.

10          Do you recall having a

11    conversation with Mr. Roman wherein he informed

12    you he was being asked to investigate Marnie?

13     A.     I don't even remember that

14    message.

15          Can I see it?

16     Q.     I can pull it up, but if you don't

17    have any recollection of it for me just reading

18    it to you and you're not gonna be able to answer

19    questions about it, I'm not sure the fruitfulness

20    of that exercise.

21          MS. SHIKUNOV:  But, Alex, do you

22          want to pull those text messages up on

23          the screen for me?

24          MS. DiBANCA:  Erica, may I

1          interject?

2                    MS. SHIKUNOV:  Sure.

3                    MS. DiBANCA:  So, Matt, if you

4          don't have a recollection of it, it's

5          fine to say you don't.

6                    If you would prefer to see the

7          messages to confirm that you don't -- if

8          that is the case to confirm you don't

9          have a recollection, that's also fine.

10                   THE DEPONENT:  Yeah, I mean, it

11         was the worst year of my life.  I'm sure

12         I said a lot of things to Daniel.  And I

13         don't remember really any of them,

14         especially during that period of time.

15                   And I certainly don't remember

16         saying that.  But if they're there, I'm

17         sure they're there, along with lots of

18         other stuff that --

19    BY MS. SHIKUNOV:

20         Q.     To give a brief summary, you're

21    saying you don't dispute that you sent that, but

22    you don't have any recollection of it now.  And

23    you don't know what you were talking about.

24                   Is that fair?

1      A.      No, I mean -- I mean, it doesn't

2    sound like it was something that I would say

3    or -- naturally.

4              But if you're telling me that you

5    have it written down somewhere and that

6    there's -- it's time stamped and you received it

7    from Daniel, because we didn't -- because that's

8    the only person who could give it to you, then

9    I'm guessing that the message exists.

10             But, I mean, I have to see, like,

11   the context before and after and understand what

12   was being talked about that there was an

13   investigation or whatever.

14      Q.      You wrote, you said he was being

15   asked to investigate Marnie.  And I shouldn't

16   tell you what he was telling me.  Pipes says,

17   what?  You say, exactly.  Pipes said, asked by

18   whom.  And you said, so I cleaned out my office,

19   Daniel.

20             Dr. Pipes, by whom?  Unless you

21   and I are on the same page, I cannot go on --

22             MS. DiBANCA:  We're going to need

23         to see it.  It's too much to read.

24             MS. SHIKUNOV:  Okay.  I can pull

1          it up.

2                    THE DEPONENT:  And what was the

3          date?  It's okay if you just tell me what

4          was the date.

5    BY MS. SHIKUNOV:

6          Q.     It's December 26, 2018.  And I'm

7    just trying to figure out what you recall about

8    that message.

9                    So give me just a second here.

10   And for the record, I'm gonna be referring to

11   text messages starting at D0006058.

12                    MS. DiBANCA:  It's not text

13         messages right, Erica?

14                    MS. SHIKUNOV:  I'm sorry.  It's

15         telegram.  I am not the most

16         technologically intelligent person.  So

17         to me they're all text messages.

18                    MS. DiBANCA:  And technically they

19         are.  They are texts and they're

20         messages, so --

21                    THE DEPONENT:  Ninety-five pages

22         of telegram messages?

23   BY MS. SHIKUNOV:

24         Q.     There's quite a lot here, sir,

1   which is why I was trying to avoid having to pull

2   it up for you.

3           A.      Yeah.  Well, let it be a lesson of

4   now not to communicate with your boss.

5           Q.      Okay.  So I am starting at 17:27

6   here.

7                   Do you see where my cursor is

8   hovering?

9           A.      Yep.

10          Q.      Are you aware that Gregg called me

11  yesterday?

12                  So go ahead and read along to the

13  bottom of this page and I will scroll when you're

14  ready.

15                  MS. DiBANCA:  Just for the record,

16          can you tell me what date this is?  I'm

17          sure it's up there somewhere and I'm just

18          going to rely on whatever you say.

19                  MS. SHIKUNOV:  It's December 26,

20          2018.

21                  I'm gonna pull it up and give you

22          that page.

23                  MS. DiBANCA:  Okay.

24                  MS. SHIKUNOV:  I'm gonna have to

```
1             scroll through like three pages.

2                   MS. DiBANCA:  That's what I am --

3                   THE DEPONENT:  Can I see the top

4        of the page?

5   BY MS. SHIKUNOV:

6        Q.     Sure.

7               I'm sorry, I shouldn't have

8   scrolled yet.  Were you ready for me to scroll?

9        A.     Yeah.  Yeah.  Go ahead.

10       Q.     Okay.

11       A.     Yeah, I think -- I mean, it's

12  okay.  I cleaned out my office.

13              I thought that guy Jakob was

14  being -- was gonna come in as the new director of

15  the organization at that point.  And I had

16  respect for his credentials and, you know,

17  he's -- you know -- I don't know.  What's your

18  question?

19       Q.     I was gonna say, I didn't ask you

20  a question, but --

21       A.     Oh, okay.  Yeah.

22       Q.     My first question to you is what

23  you recall about the phone call wherein Mr. Roman

24  informed you that he was investigating Ms.
```

1  O'Brien?

2           MS. DiBANCA:  Could you just

3       scroll up, Marnie -- Erica?  I called you

4       Marnie.  Just so we're -- perfect.

5       Thanks.  There we go.  Yep, 17:29.

6           MS. SHIKUNOV:  Yes.

7           THE DEPONENT:  Look, I wasn't on

8       terms with Gregg that he would be

9       asking -- that he would be telling me if

10      he was doing something.

11           My only -- I can only believe that

12      I said this because she believes that he

13      was watching her.

14           She believed that the cameras and

15      the internal -- there was an internal

16      vestibule camera and that passwords on

17      her computer that he could monitor or he

18      could turn on the camera on her computer.

19      And she was changing all the passwords

20      and she believed that Gregg was looking

21      into her work or something like that.

22           And if I said this, I was trying

23      to figure out if that's the case.  And

24      I'm bluffing with Daniel to see if it is

1          the case.

2                    The main thing is Jakob, is

3          because I met Jakob.  I believe he was a

4          very smart person.

5                    So at that time, it was -- things

6          were unraveling.  Yeah, I forgot about

7          the Jakob.

8    BY MS. SHIKUNOV:

9          Q.    So is it your testimony here today

10   that you fabricated this conversation with

11   Mr. Roman?

12         A.    I don't remember -- I mean, you're

13   asking me did I remember Gregg telling me that?

14   I don't.

15         Q.    Well, you just stated that you

16   were bluffing.

17                    So were you bluffing or do you

18   just not recall if you had a conversation?

19                    MS. DiBANCA:  I'm gonna object.

20         He did use the word bluffing, but I don't

21         recall that he said he was bluffing.

22                    MS. SHIKUNOV:  Your objection is

23         noted for the record.

24

1   BY MS. SHIKUNOV:

2        Q.      But, Matt, you started to answer

3   when she made the objection.  So can you repeat

4   your answer?

5        A.      To answer, I don't recall having

6   the conversation with Gregg.

7             If the message is there, I

8   obviously said it.  And the best reason that I

9   could think that I said it was because Marnie

10  wanted to know if Gregg was -- had a way to spy

11  on her, or whatever, which I was almost certain

12  he wasn't.

13            He couldn't just because of my

14  tech stuff and I understood how it worked.

15            MS. SHIKUNOV:  Alex, we're done

16       with this.  Thank you so much for pulling

17       it up.

18            I only have a few more questions

19       for you.  Okay?

20            THE DEPONENT:  Okay.

21  BY MS. SHIKUNOV:

22       Q.      So I -- there was some discussion

23  in this case about a rumor that Ms. O'Brien had

24  slept with Katrina Brady's father.

1        And there are some e-mails here

2  that you had a conversation with, I believe, Pat

3  McNulty and Lisa Barbounis after your separation

4  from the Forum.

5        Do you recall having a discussion

6  about this rumor with either Pat McNulty or Lisa

7  Barbounis after you separated from the Forum?

8        A.     Yeah.  As I knew something was

9  wrong then.  Tricia called me randomly and said,

10  do you remember when you told us that Marnie

11  slept with Katrina's dad?  And I said, Matt never

12  told you anything.  I said, if either --

13        Q.     When you say Matt never told you

14  anything, sir, are you referring yourself in the

15  third person?

16        A.     I'm referring to myself.  I

17  certainly didn't invent some scenario where I'm

18  saying that Marnie slept with Katrina's dad.

19        And my best guess of where that

20  came from is Lisa said Marnie probably fucked

21  Katrina's dad and -- or something to get the job

22  or something like that.

23        But I -- Katrina was my intern.  I

24  hired her.  I trained her.  I taught her

1   everything I knew.

2              And for her to believe that I'm

3   gonna spread a rumor in the office -- that was

4   one of the most hurtful things of all, of all of

5   this ridiculous paperwork that I was served to

6   think that, yeah, I'm starting a rumor in the

7   office to malign a girl who I trained, helped her

8   write and tried to get articles published, was

9   going to let her live in my house, went out to

10  eat with her and her fiance, introduce her to my

11  wife and my kid and then I'm gonna spread rumors

12  about her dad, who led one of our -- who led the

13  NATO parliamentary assembly through Center City,

14  Philadelphia, giving a historical tour.  And

15  that -- and Tricia's calling me on the phone, do

16  you remember when you told us that you spread the

17  rum -- or you said that?  And I said, no, I don't

18  remember telling you that.

19              So that's the conversation you're

20  referring to.

21       Q.    Okay.  Is that the only

22  conversation that you had about that after your

23  separation?

24              A.    About Katrina?  About the rumor?

1          Q.     Yes.

2          A.     I believe so.

3                 That's the only one I can recall,

4     because I thought it was so ridiculous that -- I

5     could tell it wasn't -- it's not how she talked.

6     It's not how she would have asked me a question

7     like that.

8          Q.     Sir, you left the Middle East

9     Forum to go work for the Zionist Organization of

10    America, correct?

11         A.     Correct.

12         Q.     Do you still work there?

13         A.     No.

14         Q.     Okay.  When did you leave that

15    position?

16         A.     I applied for a job in October or

17    November of 2019 and began in the new

18    organization -- yeah, I resigned in November.

19                I worked for another three weeks

20    and then I accepted another role with another

21    non-profit organization.

22         Q.     What non-profit are you with now?

23         A.     The American Friends of Tel Aviv

24    Foundation.

1    Q.    So since working at the Middle

2 East Forum, you have proceeded to work with two

3 other Zionist non-profits, correct?

4            MS. DiBANCA:  Object to the form

5        of the question.  You can answer.

6            THE DEPONENT:  ZOA is definitely a

7        Zionist organization.

8            The organization I'm with now is a

9        left-of-center organization.

10            Zionism isn't really in the

11        mission station.  But, yeah, they're

12        pro-Israel.  If you want to call it a

13        non-profit organization, yes.

14 BY MS. SHIKUNOV:

15    Q.    Okay.  And in my vernacular, when

16 I say Zionist, I refer to it as being pro-Israel.

17 So I think we're saying the same thing.

18            Do you still -- when you were at

19 the Zionist Organization of America, were you

20 performing fundraising in that organization?

21    A.    Yes.  I was the director of the --

22 National Director of Development.

23    Q.    And your current organization, do

24 you also do fundraising in your capacity at that

1   organization?

2           A.      Yeah.  It's part of it.  But I'm

3   the lead executive.  I run the organization.

4           Q.      Okay.  When you left the Middle

5   East Forum, you were permitted to take your

6   laptop with you, correct, your device?

7           A.      Yes.

8           Q.      Were you asked to have the laptop

9   wiped or to do anything to return any proprietary

10  information that was on the laptop back to the

11  Forum?

12          A.      Was I asked?

13          Q.      Correct.

14          A.      I was the one who would be doing

15  the asking at that point in March of, et cetera.

16              So I systematically wiped

17  everything.  And then one-by-one sent e-mail

18  messages to Marnie and Daniel with the password

19  saying, I am no longer in the administrative or

20  SalesForce, I deleted it and removed my user

21  account.

22              I no longer have access to

23  mailchimp.  I removed my user account.

24              This is the new admin password, et

1   cetera.

2          So I systematically, like, wiped

3   myself and then handed over all of the admin

4   credentials to Marnie and became the -- the

5   person managing the relationship with the IT

6   vendor that I was having migrate us to Google.

7          Q.    Did you purchase the laptop or was

8   it given to you?

9          A.    I physically went to Apple to pick

10  them up.

11         Q.    I'm sorry.  That was a bad

12  question.

13         Upon leaving, did you purchase the

14  laptop from MEF or was it given to you?

15         A.    I think they agreed to, like, work

16  it off, so to speak, if I stayed and then

17  conducted the employee trainings and tutorials.

18  And, like, up -- work until my last day before

19  starting in my new role.

20         Then -- yeah, I believe there was,

21  like, an amount that -- that was, like, factored

22  into my -- you know, my last paycheck or

23  something like that.

24         Q.    Okay.

1          MS. SHIKUNOV:  I don't have any

2     further questions.

3          MS. DiBANCA:  I don't have any

4     questions.

5          MS. SHIKUNOV:  All right.  You are

6     off the hook, Mr. Bennett.  Thank you

7     very much for your time this morning.

8          THE VIDEOGRAPHER:  Off the record.

9     The time is 11:28 a.m. Eastern.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

```
 1                    CERTIFICATE
 2              I, MATTHEW BENNETT, do hereby
 3   certify that I have read the foregoing deposition
 4   given by me on January 12, 2021, and I certify it
 5   to be a true and correct transcript of my said
 6   deposition.  In the event that I desire to make
 7   changes in the form or substance of my
 8   deposition, said changes will be listed below,
 9   along with my reasons for making them.
10   PAGE   LINE      CHANGE AND REASON FOR MAKING CHANGE
11   ____  ____     _____
12   ____  ____     _____
13   ____  ____     _____
14   ____  ____     _____
15   ____  ____     _____
16   ____  ____     _____
17   ____  ____     _____
18   ____  ____     _____
19   ____  ____     _____
20   ____  ____     _____
21   ____  ____     _____
22   _____
     MATTHEW BENNETT
23
24   Sworn and subscribed to before me this _____
     day of _____, 2021.
```

1  COUNTY OF LANCASTER            :
                                  : SS
2  COMMONWEALTH OF PENNSYLVANIA:

3           I, Joyce A. Wise, RMR, Court Reporter

4  and Notary Public, do hereby certify that MATTHEW

5  BENNETT, the witness, personally appeared before

6  me, being first duly sworn or affirmed to testify

7  to the truth, the whole truth, and nothing but

8  the truth, in answer to the oral questions

9  propounded to him by the attorneys for the

10 respective parties, testified as set forth in the

11 foregoing deposition.

12          I further certify that before taking of

13 said deposition, the above witness was duly sworn

14 or affirmed, that the questions and answers were

15 taken down stenographically by the said Joyce A.

16 Wise, RMR, approved and agreed to, and afterwards

17 reduced to print by means of computer-aided

18 transcription under the direction of the

19 aforesaid Reporter.

20          In testimony whereof, I have hereunto

21 subscribed my hand this 13th day of January 2021.

22

23                      _____
                        Joyce A. Wise, RMR
24                      Notary Public

Deposition of Matthew Bennett

Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

## WORD INDEX

**< 1 >**
**1** 66:7  97:15
**10** 104:8
**10:13** 62:8, 23
**10:18** 62:8
**10:25** 63:2
**11:18** 92:15  93:18
**11:22** 93:2, 18
**11:28** 123:9
**11:36** 93:5
**12** 1:21  4:3  108:3
124:4
**12:55** 97:8
**13th** 125:21
**15** 104:9
**16th** 66:21  68:21
**17** 10:5
**17:27** 108:2  112:5
**17:29** 114:5
**1835** 2:4
**19103** 2:5
**19801** 2:11
**1st** 51:7, 8, 13  52:6
59:5, 13  66:18  69:7

**< 2 >**
**2** 20:9
**2:19-cv-06078-JMG**
1:3
**2:19-CV-07078-JMG**
4:11
**200** 10:4
**2016** 9:11  11:11, 13
46:15
**2017** 37:24  38:1
**2018** 24:1  46:16
51:7, 8, 13  59:5, 13
60:8  61:22  63:12
66:7  71:24  73:22
107:24  111:6  112:20
**2019** 59:6, 15  92:11
106:1  119:17
**2021** 1:21  4:3  124:4,
24  125:21
**215.391.4790** 2:5
**24/7** 92:19
**25** 92:11

**26** 107:24  111:6
112:19
**2950** 2:4

**< 3 >**
**3** 10:4
**3:00** 20:9  24:23
**30** 12:14  42:4
107:14
**30,000** 55:15
**301** 86:4
**302.250.4748** 2:11
**30th** 63:12
**31st** 65:15  66:2

**< 4 >**
**4th** 69:19

**< 5 >**
**5** 3:4
**5:27** 108:2
**50** 45:10
**5th** 68:20  69:19
71:24  72:12  73:21

**< 6 >**
**60** 107:14

**< 7 >**
**70** 12:13

**< 8 >**
**824** 2:10
**8th** 106:9

**< 9 >**
**9** 49:20
**9:09** 1:21  4:4
**9th** 107:15

**< A >**
**a.m** 1:21  4:4  24:23
49:20  63:2  92:15
93:2  123:9
**ability** 7:13  24:20
83:7
**able** 13:4  30:18
31:1  53:18  56:4
57:16  108:18
**accept** 88:11

**acceptable** 39:15, 20
73:4
**accepted** 119:20
**access** 121:22
**account** 13:15  32:8,
14  75:5  121:21, 23
**accountable** 35:9
**accounted** 13:16
**accounting** 18:4
**accuracy** 7:21, 24
**accurately** 5:21
**Acting** 38:15  42:23,
24
**actions** 28:15  91:13
95:12
**activities** 12:17  22:7,
11
**admin** 121:24  122:3
**administrative** 121:19
**administratively** 18:2
**administrator** 53:21
**admiration** 25:13
**advised** 90:24
**advocating** 24:4
**affirmed** 4:22  125:6,
14
**aforesaid** 125:19
**afraid** 102:7
**African-American**
27:9
**aggressive** 32:22
101:4
**aggressively** 24:18
31:22  89:21
**ago** 8:23  37:24
104:9
**agonizing** 81:20
**agree** 7:20, 23
**agreed** 122:15
125:16
**ahead** 74:1  83:2
88:5  95:5  98:18
99:5, 17  103:7  106:6
112:12  113:9
**airport** 29:3
**akin** 17:12
**al** 4:8
**Alex** 86:7  108:21
116:15

**allegation** 71:18
84:21
**allegations** 14:9  66:9
71:19, 23  73:21
78:16  83:12, 16, 18
86:14
**alleged** 77:20
**all-staff** 77:23
**Alpha** 27:15  102:6
**America** 119:10
120:19
**American** 10:10
119:23
**amount** 122:21
**Amrhein** 4:12
**annual** 23:24
**answer** 5:17, 23  6:3,
12, 24  7:2, 4, 9  17:1,
15  23:9, 12  26:16
31:6  37:13  39:4, 16,
19, 20  47:15  59:2
61:9  65:19  66:6
73:4  74:1  78:7  83:3,
6  84:15  85:3  88:3
95:6  98:18  99:5
100:7  103:8  105:17
106:6, 7  108:18
116:2, 4, 5  120:5
125:8
**answered** 14:3, 4
103:7
**answers** 6:8  7:1
48:23  55:8  105:18
125:14
**anybody** 36:6  40:6
41:18  44:3  50:17
51:14  60:11  78:1
84:21  90:13, 15
96:22  102:24  106:3,
17
**anybody's** 56:9
**anymore** 55:18, 20
91:9  96:1  107:8
**anytime** 98:12
**anyway** 12:11
**apologize** 81:19
**APPEARANCES** 2:2
**appeared** 125:5
**appearing** 4:16

Deposition of Matthew Bennett                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

**Apple** 122:*9*
**applied** 119:*16*
**approach** 31:*24*
**appropriate** 43:*5*
77:*20*
**approved** 125:*16*
**approximately** 93:*4*
94:*24*
**Arch** 66:*21* 68:*21*
**arguing** 40:*15* 67:*1*
103:*19*
**argument** 33:*23*
63:*13* 71:*17*
**arms** 66:*23* 91:*6*
**arrived** 49:*20*
**articles** 118:*8*
**ascertain** 73:*8*
**asked** 6:*20* 13:*14*
15:*23* 16:*4, 11* 18:*7*
19:*3, 9, 21* 20:*19*
29:*14* 58:*16* 60:*21*
66:*19* 78:*6* 83:*6*
94:*19* 95:*1, 9* 96:*19*
97:*1, 4, 9* 98:*12*
103:*6* 106:*16* 108:*7,
12* 110:*15, 17* 119:*6*
121:*8, 12*
**asking** 11:*23* 17:*4*
37:*5* 45:*24* 46:*2*
49:*1* 51:*16* 54:*6, 10*
77:*10* 78:*11* 96:*11*
98:*10* 103:*18* 105:*9*
114:*9* 115:*13* 121:*15*
**assassination** 76:*18*
**assembly** 118:*13*
**assessment** 58:*6*
**assignments** 12:*21*
13:*14* 87:*6*
**assistance** 22:*3*
**assistant** 22:*1* 30:*14*
38:*19* 54:*23*
**associate** 87:*24*
**assume** 7:*3* 82:*10*
**atmosphere** 42:*13*
**attacked** 74:*21*
**attended** 10:*3*
**attention** 31:*4* 58:*16*
**attire** 54:*18*
**attorneys** 125:*9*
**audio** 7:*22* 62:*21*

**authority** 16:*9*
100:*16* 101:*14*
**authorize** 88:*20*
92:*18*
**available** 92:*19*
**average** 10:*16*
**Aviv** 119:*23*
**avoid** 112:*1*
**aware** 12:*9* 13:*13*
51:*15, 17, 19* 81:*22*
82:*3, 21* 98:*11, 21, 24*
99:*6, 8* 108:*3* 112:*10*
**awkward** 64:*5*

**< B >**
**baby** 48:*10, 16, 17*
68:*8*
**Baby-sat** 80:*16*
**babysitter** 80:*15*
**back** 11:*7* 27:*10*
29:*5* 34:*15* 41:*9*
50:*9* 51:*24* 58:*19*
61:*10* 62:*3, 7, 9, 13*
64:*12* 65:*10* 68:*2*
72:*3* 78:*11* 80:*9*
89:*8* 93:*3* 95:*13*
97:*17* 98:*5* 102:*4*
121:*10*
**background** 17:*24*
30:*20* 57:*21*
**bad** 97:*24* 122:*11*
**badmouthing** 26:*3*
**balance** 58:*10*
**bank** 15:*7*
**bar** 23:*3*
**Barbounis** 8:*24* 45:*3*
63:*12* 71:*21* 80:*1*
117:*3, 7*
**based** 47:*6* 84:*19*
**bathroom** 64:*11, 12*
65:*11*
**bear** 87:*8* 104:*7*
**beers** 85:*8*
**began** 90:*1* 95:*15, 16*
119:*17*
**beginning** 14:*24*
42:*14* 46:*13* 52:*19*
61:*21*
**behavior** 71:*20*

**beholder** 49:*6*
**belief** 93:*17* 100:*12*
**believe** 9:*11* 10:*4*
12:*13* 13:*18, 21*
14:*16, 18* 16:*10*
18:*12* 20:*22, 24* 21:*1,
2, 3, 4* 22:*1, 4, 17*
23:*16, 23* 28:*18* 29:*2*
33:*19* 38:*2* 40:*10*
47:*3, 5* 53:*3* 54:*13*
55:*10, 11* 56:*2* 59:*14,
18* 60:*23* 61:*1* 63:*17*
64:*8* 67:*5* 68:*14, 16*
69:*19* 70:*8, 15* 71:*6*
72:*2, 19* 77:*7* 78:*15*
87:*23* 88:*14* 90:*21,
24* 91:*3, 10* 92:*7*
94:*22* 95:*12* 96:*18,
22* 101:*24* 105:*15*
106:*5* 107:*4* 108:*2*
114:*11* 115:*3* 117:*2*
118:*2* 119:*2* 122:*20*
**believed** 15:*23* 46:*8*
79:*1* 83:*12* 86:*11*
94:*3* 100:*4* 105:*14*
114:*14, 20*
**believes** 114:*12*
**believing** 28:*20* 85:*17*
**bench** 65:*15*
**BENNETT** 1:*19* 4:*6,
20* 5:*3* 17:*17* 58:*13*
87:*16* 123:*6* 124:*2,
22* 125:*5*
**best** 41:*17* 58:*8*
80:*22* 83:*7* 116:*8*
117:*19*
**better** 32:*7, 15* 35:*7,
12* 36:*5* 39:*19* 55:*23*
56:*18* 57:*19*
**big** 16:*20* 27:*13*
28:*4* 29:*7* 39:*5*
64:*15* 75:*8*
**birthday** 80:*19, 20*
**bit** 69:*14*
**black** 27:*13* 39:*5*
**blah** 107:*3*
**blank** 19:*3*
**bluffing** 114:*24*
115:*16, 17, 20, 21*

**blurt** 41:*13*
**blurted** 41:*15*
**board** 44:*11*
**bolster** 28:*17*
**bonuses** 25:*6*
**books** 18:*4* 53:*14*
**boost** 28:*17*
**borderline** 43:*3*
**boss** 112:*4*
**bothered** 95:*20*
**bottom** 89:*4* 112:*13*
**Brady's** 116:*24*
**brain** 52:*21*
**break** 7:*8* 62:*2*
**breakdown** 53:*1*
**brief** 97:*11* 109:*20*
**bring** 50:*9* 57:*20*
**bringing** 31:*4*
**Brockman** 2:*19*
**brunt** 87:*8*
**buddy** 35:*21*
**buffet** 37:*20*
**building** 13:*9* 75:*6*
**Bumble** 47:*22*
**bump** 100:*2*
**business** 50:*1, 3* 55:*1*

**< C >**
**call** 62:*18* 87:*11, 18*
91:*19* 93:*3, 5* 95:*1*
97:*4, 17* 113:*23*
120:*12*
**called** 4:*21* 24:*14*
47:*12* 82:*19, 22* 83:*5*
86:*18* 88:*6, 8, 17*
92:*5* 95:*10* 104:*21*
105:*5* 108:*4* 112:*10*
114:*3* 117:*9*
**calling** 96:*4* 118:*15*
**calls** 87:*2*
**camera** 62:*16*
114:*16, 18*
**cameras** 114:*14*
**campaign** 13:*6*
**cancer** 47:*12*
**cap** 104:*3*
**capable** 44:*15* 101:*8,
15*
**capacities** 56:*7*

capacity 120:*24*
car 93:*10*
card 55:*1*
cared 29:*11*
careful 42:*15*
carefully 31:*14*
caring 29:*12*
Carlton 105:*8*
Case 4:*10* 19:*16*
23:*14* 33:*24* 50:*2*
63:*7* 87:*7* 109:*8*
114:*23* 115:*1* 116:*23*
cast 79:*4* 81:*15*
casual 26:*24* 50:*3*
caused 104:*17*
caveat 7:*9*
Center 118:*13*
certain 39:*23* 74:*10*
116:*11*
Certainly 44:*7, 8*
78:*10* 93:*21* 109:*15*
117:*17*
CERTIFICATE
124:*1*
certify 124:*3, 4*
125:*4, 12*
cetera 18:*4* 28:*24*
71:*18* 107:*9* 121:*15*
122:*1*
champagne 85:*7*
chance 75:*15*
change 11:*18, 24*
12:*1* 124:*10*
changed 42:*16* 83:*14*
100:*1*
changes 124:*7, 8*
changing 114:*19*
characterize 10:*17*
checked 107:*1*
Chestnut 15:*8* 37:*20*
chewed 43:*4*
childhood 48:*19*
children 101:*1*
Christmas 34:*7*
circulated 36:*18*
circumstances 12:*9*
City 70:*18* 79:*21*
118:*13*
claims 104:*10*

clarify 16:*24* 85:*2*
CLARK 2:*7*
classify 45:*11*
cleaned 110:*18*
113:*12*
clear 13:*2* 26:*1*
27:*18* 37:*3* 79:*8*
clock 25:*2* 87:*9*
closed 32:*13* 36:*2*
76:*2*
closed-door 27:*24*
63:*23* 64:*9* 65:*3*
closer 45:*13, 17* 46:*3,*
*6, 16, 22* 48:*3*
closest 46:*11* 48:*19*
clothes 54:*21*
cock 39:*5*
cocks 27:*14*
cocktails 15:*9* 81:*7*
coerced 90:*22*
coffee 64:*3* 65:*14*
cohesive 44:*14*
colleague 12:*20*
colleagues 48:*12*
colloquial 79:*14*
combative 102:*3*
come 43:*12* 44:*10*
62:*3, 7, 9, 12* 70:*5, 11*
87:*4* 113:*14*
comes 87:*12*
comfort 62:*2*
comfortable 59:*20*
coming 15:*3* 32:*9*
37:*4* 38:*6* 70:*8*
71:*16* 106:*22*
comment 17:*2* 40:*12*
43:*3*
comments 40:*14*
41:*10* 73:*16*
COMMONWEALTH
125:*2*
communicate 16:*12*
87:*1* 88:*10* 96:*1, 6*
98:*13* 99:*2* 100:*15*
112:*4*
communicated 18:*22,*
*24* 88:*23*
communicating 96:*5*
100:*17*

communication
107:*12, 17*
Communications
38:*15, 18* 57:*21*
92:*16* 103:*18* 107:*6*
communications-
related 22:*6*
compared 25:*7*
compensate 25:*14*
competing 103:*11, 13*
competitive 90:*8*
101:*3*
complain 99:*22*
complained 98:*14*
99:*7, 11*
complaining 76:*8*
88:*24*
complaint 8:*16*
69:*17* 76:*9* 81:*24*
82:*4, 16, 24* 83:*19*
99:*1, 23* 100:*11*
complaints 54:*7*
66:*10* 73:*13, 15*
77:*18* 79:*3, 5, 6, 9, 11,*
*13, 16* 80:*3* 81:*13*
83:*15* 86:*11* 99:*8*
complete 6:*3* 87:*6*
100:*23*
compromising 22:*22*
computer 114:*17, 18*
computer-aided
125:*17*
concerns 36:*18*
concise 104:*6*
condition 7:*16*
conducted 122:*17*
conduit 91:*2* 92:*2*
100:*13, 21* 104:*11*
conference 50:*10*
86:*23*
confirm 109:*7, 8*
confronted 70:*14*
confused 31:*8*
connected 88:*18*
conspired 93:*19*
constant 60:*18*
constantly 30:*5*
contact 106:*3*
contacting 89:*2*

containing 66:*9*
context 70:*13* 110:*11*
Continental 81:*7*
continue 88:*3*
continued 10:*12*
12:*24* 59:*22* 97:*3*
contradict 80:*7*
contributed 33:*14*
81:*2*
contributes 83:*21*
contribution 76:*14*
control 53:*5, 6*
100:*24* 103:*12*
conversation 5:*18*
17:*11* 29:*1* 31:*8*
91:*22* 93:*9* 97:*20*
108:*11* 115:*10, 18*
116:*6* 117:*2* 118:*19,*
*22*
conversations 43:*23*
coordinate 22:*14*
cordial 33:*3*
Correct 9:*2, 8, 9*
21:*17* 22:*16* 35:*10*
36:*13, 20* 72:*14, 18*
77:*15* 92:*6* 97:*6*
102:*10* 119:*10, 11*
120:*3* 121:*6, 13*
124:*5*
correctly 95:*8*
corresponding 87:*5*
Counsel 2:*7, 13, 17*
4:*16* 8:*5, 9, 11* 87:*24*
Counterclaim 1:*10, 13*
COUNTY 125:*1*
couple 12:*18*
course 19:*7*
Court 4:*9, 13, 14, 15,*
*18* 5:*8* 6:*7* 79:*11, 17*
125:*3*
co-workers 48:*11*
crazy 94:*3, 16*
creating 44:*14*
credentials 13:*3*
113:*16* 122:*4*
crossed 66:*23* 91:*6*
crying 74:*19*
cuff 98:*4*
curious 94:*22*

Deposition of Matthew Bennett                                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

current 22:3 120:23
cursive 67:10
cursor 112:7
cut 6:2 7:22 68:17

< D >
D.C 10:11 29:23
D0006058 111:11
dad 117:11, 18, 21
118:12
D'Ambra 2:20
danced 104:2
DANIEL 1:6 9:17,
21 16:12 25:7 31:16
32:11 49:22 67:4
68:10, 15 70:7 71:3,
11 75:24 88:6, 13
89:3 95:22 96:9, 15
102:20 109:12 110:7,
19 114:24 121:18
database 13:5 53:13,
20 57:15
date 4:3 27:4 50:22
51:10 66:18 102:14
111:3, 4 112:16
DATE/TIME 1:21
dating 27:4, 9 33:5
41:3 47:21
daughter 33:5 80:16,
17 86:22 87:13 97:6
daughter's 80:19, 20
day 14:16, 17, 19, 21
19:12, 14 20:11, 20
27:10, 21 33:22
45:20 48:20 63:15,
20 64:19 65:16 66:7
78:5 81:4 90:2, 10
107:6 122:18 124:24
125:21
days 49:21 50:2
78:5 107:14
day-to-day 12:17
13:7 56:4
DC 60:15
DE 2:11
dealing 43:20 87:9
debatable 36:21
December 86:20
107:24 111:6 112:19

declined 72:21
103:20
decorated 34:7
decorations 34:6, 10
defend 74:9
Defendant 1:13, 16
2:13 4:21
Defendants 1:8
defended 74:15, 17
defending 101:16
definitely 14:4 28:15
44:21 60:6 62:17
97:22 103:21 105:1
120:6
degree 30:20
Delaney 24:7 33:20
44:11 68:23 71:4
80:12 106:11, 12
deleted 72:3 121:20
deliver 24:22
delivered 79:21
departure 44:1
DEPONENT 1:19
3:2 51:1 52:5 61:14
62:11, 19 74:2 82:10
83:4 88:6 95:7
98:20 99:6, 19 103:9
106:8 109:10 111:2,
21 113:3 114:7
116:20 120:6
deposition 4:6 5:5
8:3, 16, 20 9:3, 4
81:20 105:6 124:3, 6,
8 125:11, 13
depositions 51:6 79:7
DEREK 2:3
describe 11:18, 24
49:15
described 39:11
49:12
describing 55:3 72:5
deserve 24:7 57:4
60:20
deserved 28:23
desire 56:16 57:6
58:17 91:18 124:6
desired 19:19
desires 91:13
desk 16:1 50:6

destiny 49:6
detail 75:23
details 41:8
deteriorating 20:5
33:15
deterioration 42:21
detract 46:21
Development 11:15
12:5, 16, 20 22:8, 9
24:5 120:22
device 121:6
DiBANCA 8:5 50:20
51:23 61:7, 12 62:5,
20 73:23 82:6 83:1
87:20, 23 88:4 95:3
98:16 99:4, 15 103:6
106:5 108:24 109:3
110:22 111:12, 18
112:15, 23 113:2
114:2 115:19 120:4
123:3
DiBianca 2:10
died 107:12
different 32:3 33:8
55:13 105:19, 20
difficult 7:17 48:9
diligent 58:7
diminish 28:15
direct 23:15 80:6
85:13 96:3, 8, 21
98:2
directed 98:24
direction 102:13
125:18
directive 87:12
directly 16:13 23:1,
8 32:4 94:11 96:6
98:14 99:3 102:20
Director 9:14 11:10,
14 12:2, 4 16:5 17:3,
5, 13, 19 18:5 22:3,
18 24:3, 5 28:21
38:18 42:24 57:21
91:14, 19 102:9
103:4, 14, 19, 24
113:14 120:21, 22
dirt 68:11
dirty 54:14
disagree 77:7

disbelieve 79:1
86:12 95:17 104:9,
17
disciplinary 39:13
disciplined 39:9, 18
41:21
disconnect 62:17
discover 96:15
discovery 104:24
discuss 66:12
discussed 71:9 73:21
discussing 69:21
discussion 116:22
117:5
disliked 102:2
dispute 109:21
DISTRICT 1:1 4:9,
10
divide 51:3, 4
docket 79:10
document 79:10, 17
documents 8:3, 14
doing 11:6 13:5
15:17 24:8, 9 28:14
30:6, 10 32:18 35:8,
14 36:1, 2, 8 37:12
38:8 47:2 57:14
60:17 65:7 91:16
92:21 107:2 114:10
121:14
donor 49:22 75:5
76:6
door 32:13 36:1
64:23 96:24
doors 50:5
doubt 36:9 79:4
81:15
doubted 78:24
downward 16:23
Dr 36:12 66:8
69:17 79:12, 18
90:24 91:22 93:2, 20
94:11, 14 95:1 96:4,
5 97:3 98:15 99:3
100:15 103:18
107:24 108:8 110:20
Draconian 32:21
draw 58:15
dressed 49:24 54:16

drinking 20:9
drinks 45:3
drive 21:5, 6 23:18
26:9, 18 29:17 31:10
69:5 89:17
driving 26:23
dropped 57:24
drove 34:22
dual 22:18
duly 4:22 125:6, 13

< E >
early 38:1 59:6
105:24
East 9:8 18:1 72:24
105:24 119:8 120:2
121:5
EASTERN 1:1, 5
2:17 4:4, 8, 9 123:9
eat 50:10 118:10
eating 29:13 35:17
EBERT 1:15
effectively 5:5
efforts 21:12
either 15:21 32:4
42:9 54:18 77:7
86:6 117:6, 12
e-mail 8:4, 10 87:11
121:17
e-mails 117:1
Eman 15:16 24:9
32:13 33:19 35:7, 22
37:7 38:2, 12, 23
44:8 47:3, 11 55:20,
22 57:18
Eman's 32:15, 17
38:13
embarrassing 31:17
84:6
employed 70:24
employee 36:24
122:17
employees 34:23
61:18
employment 52:1
107:18
enduring 95:20
enemy 81:11
engineered 57:24

entire 11:16 68:22
81:18
entirety 11:12 14:14
environment 43:20,
23 49:12, 16 59:21
61:5 63:5
episode 84:9
equal 34:8
Erica 2:3 50:20
51:23 108:24 111:13
114:3
erica@clarkhill.com
2:6
escapades 42:18
escorted 13:21
especially 105:4, 12
109:14
Esquire 2:3, 10, 17
et 4:8 18:4 28:24
71:18 107:9 121:15,
24
evening 48:21
event 11:3, 4 54:19
124:6
events 63:9 82:23
eventual 91:18
eventually 26:1 58:1
88:18
Everest 4:13, 15
everybody 19:22
24:2 26:14 29:6
42:22 43:16 49:19,
24 50:4, 8 56:2, 14
57:7 59:23 64:24
70:19 71:15, 17
74:21 76:8 80:10
88:15 90:15, 19
107:6
everyday 49:16
everything's 89:19
evident 28:19 32:16
exact 20:3 40:23
exactly 15:20 54:4
64:20 79:23 99:16
110:17
EXAMINATION 3:3
4:24
example 22:15 31:23
examples 23:20, 21

41:17
exchange 97:3
exchanged 106:10, 13,
15 107:23
exchanging 103:17
execute 24:21 31:1
executive 22:1 121:3
exercise 5:6 73:7
108:20
ex-husband 47:24
existed 42:13
exists 110:9
expected 78:9
expenses 55:1
experience 81:18
explicit 27:11, 12
41:7
explosive 27:16
63:13
expressed 13:17
expressing 36:9
expressly 67:21
extent 70:21 107:5
extrapolate 83:17
eyes 76:2

< F >
fabricated 115:10
fabulous 7:1
face 27:10 28:6, 7
69:1
Facebook 27:6
80:10 81:12 107:8
fact 58:16 82:20, 22
83:15 89:10 94:23
98:12
factored 122:21
fair 38:4, 10 55:5
77:3, 8, 13 109:24
fairness 43:14 58:11
fall 21:22
fallout 25:18
family 19:11 48:12,
13, 19
fan 16:20
far 26:22 60:12
fast 49:5
faster 48:24
father 116:24
fault 34:13

February 59:15
105:24
feel 5:14 15:12
34:24 39:18 42:1
43:22 46:19 56:15
57:3 61:17
feeling 16:7 40:23
46:6 48:6 65:6
67:22, 24
feels 62:8
feet 55:15
felt 18:19 20:3 21:6
23:17 27:21 28:15
44:13 46:2 48:11
57:1 61:5, 16, 20, 21
83:16 85:11
females 27:15 29:19
fiance 118:10
field 76:12
fight 33:23
fighting 66:24 101:9
figure 28:1 65:4
104:5 111:7 114:23
filed 79:10 82:1
83:15
files 69:16
final 16:3
finally 7:11 13:11
91:8
finance 15:19 18:4
22:18, 19
finance-wise 56:18
find 34:13
fine 24:23 52:2
62:11, 16 66:5 89:19
90:8 94:5 101:4
109:5, 9
finger 30:6
finish 5:20 48:23
58:20 94:21
Fink 2:17 71:6
fire 56:23 57:2, 3
fired 46:24 56:16
57:4, 6 58:17, 18
first 14:19 35:5
48:17 51:11 52:7
69:22 71:22 78:20,
24 80:19, 20 84:20
88:8 104:7 113:22
125:6

firsthand   30:*24*
   71:*13*
fist   43:*13*
fitness   101:*21, 22*
five   62:*10*   78:5   95:8
five-minute   62:2
five-month   59:*17*
flag   10:6
flags   12:*24*
flying   78:*14*
follow   84:*18*
followed   91:*3*
follower   24:6
following   26:20
   95:*11*
follows   4:*23*
follow-up   96:*11*
food   50:9
football   10:6, 8
force   20:*17*   57:*14*
foregoing   124:*3*
   125:*11*
foreign   18:*1*   30:20
forever   49:*18*
forget   15:20   29:21
forgot   115:6
form   61:8   73:*24*
   82:6   95:4   98:*17*
   99:*16*   120:4   124:7
formal   36:*23*   99:8
forth   125:*10*
FORUM   1:5   2:*17*
   4:8   9:8, 22   10:*14, 24*
   11:*1, 10, 12*   14:*9, 13,
   14*   16:5   18:*14, 19*
   105:*24*   106:*3*   117:*4,
   7*   119:9   120:2   121:5,
   *11*
forward   38:6   86:*24*
found   18:*18*   35:*23*
   106:20
Foundation   119:*24*
founded   36:*22*
four   32:2   58:*18*
   59:*16*
fraternity   10:7
free   44:*20*
friend   15:6   23:2
   27:5
friendly   15:*10*

friends   10:20   27:*1*
   33:2   35:*16*   48:*13, 19*
   80:*10, 23*   107:8
   119:*23*
front   34:*19*   40:5
   42:*22*
fruitfulness   108:*19*
fruition   75:*10*
fucked   117:20
fucking   68:*24*   69:2
fulfill   30:*15*   58:9
full   21:*10*   26:6
fundraising   13:6
   22:*10, 11, 12*   120:20,
   *24*
funny   39:7
further   107:*16*   123:2
   125:*12*
future   58:*1*
FYI   96:*18*

**< G >**
Game   61:2, 6   73:6
Gary   43:2   47:3, *11*
   52:*12, 13, 15*   54:*13*
   55:20
gathered   86:*23*
gears   14:7   63:4
general   26:*14*   54:*19*
   58:*4*   63:5   101:*21, 22,
   23*
generalization   55:6
generally   46:2   54:8
genuine   48:6
genuinely   105:*14*
getting   58:*24*   86:5
   93:6
gift   75:8
girl   118:7
girls   42:9   59:*18*
   90:*21*
gist   67:*16, 20*
give   4:*21*   6:*10*
   23:*21*   24:2   50:*21*
   68:*13*   83:5   103:20
   106:*17*   109:20   110:8
   111:9   112:*21*
given   8:20   9:4
   77:*17*   94:*23*   122:8,

*14*   124:*4*
giving   118:*14*
glanced   8:*14*
glasses   85:7
glossed   69:*15*
go   8:*13*   12:5, *7, 10*
   13:*19*   20:8, *12*   22:*21*
   34:*1*   37:*18*   41:*13*
   44:6   45:2   49:5, *18*
   50:8   51:*21, 24*   56:3,
   *14, 16*   57:8   60:*21*
   71:2   72:*13, 17, 21*
   74:*1*   83:2   88:4   90:9
   92:*17*   95:5   98:*18*
   99:5, *17*   102:20
   103:7   106:6   110:*21*
   112:*12*   113:9   114:5
   119:9
going   5:*17*   7:3   8:6
   15:*4*   18:*18*   25:7, *8,
   14*   34:*15*   38:*1, 3*
   41:*4*   43:*12*   48:9
   49:*4, 22*   51:5, *9, 11*
   58:*13*   59:3, 20   61:7
   63:*24*   65:4   68:3, *7*
   69:7   71:*14*   72:*24*
   74:6   75:9   78:3, *12*
   81:6   85:*18*   86:*1*
   87:8   89:*23*   93:9
   99:*15*   105:7   106:*16,
   19*   110:*22*   112:*18*
   118:9
going-away   81:*4*
gonna   29:5   41:*13*
   49:*17*   58:20   61:*24*
   66:*1*   68:*11*   70:*13*
   73:*23*   77:*24*   83:*1*
   84:*18*   90:8, *11, 15*
   95:*3*   108:*18*   111:*10*
   112:*21, 24*   113:*14, 19*
   115:*19*   118:*3, 11*
Good   5:2   10:*19*
   14:6, *24*   16:22   19:*1*
   25:*24*   35:*14*   40:*23,
   24*   47:8   57:8, *9*
goodbye   87:*13*
Google   29:7   102:*17*
   122:6
gotten   11:7   40:*19*
grab   97:*12*

GREGG   1:6, *9*   9:*17*
   12:*14*   24:*12*   25:*19,
   21*   32:6, *7, 10, 17*
   37:9, *18*   42:*23*   43:9
   44:*22*   46:*14*   49:*23*
   67:*16*   68:*15*   70:3, *8*
   73:*14, 16*   74:*24*
   75:*11*   76:9   83:*24*
   85:8   86:*19*   87:*1, 9*
   88:8, *24*   89:*1, 2, 6, 11,
   12*   91:8   92:3, *17, 19*
   94:*4*   95:*24*   97:*17*
   98:*13*   99:*12, 24*
   100:3, *5, 19*   101:7
   102:*18*   103:*4*   104:*12*
   108:*4, 6*   112:*10*
   114:*8, 20*   115:*13*
   116:6, *10*
Gregg's   30:*14*   32:*12,
   14*   38:*19*   53:6   69:6
   71:20   76:*18*   85:*10*
   89:*17*
ground   101:9   102:5
GROUP   2:*3*
guard   44:*19*
guess   13:2   16:3, *22*
   19:*18*   20:2   22:7
   25:*18*   26:6   27:8, *15*
   31:7, *13*   33:*10*   36:*21*
   40:4, *18, 20*   44:*11, 18,
   22*   46:7, *10*   47:*1*
   51:*18*   53:9   54:5
   61:20   66:*17*   69:6, *11*
   73:4, *9*   75:*21*   78:2, *7*
   89:3   102:*12*   117:*19*
guessing   110:9
guests   49:*21*
guy   25:*13*   27:5, *9*
   47:20   113:*13*
guys   20:*14*   23:5
   27:3   64:6   91:8, *9*

**< H >**
Halloween   13:*21*
hammer   68:*14*
hand   67:9   100:6
   125:*21*
handed   122:*3*
handing   85:7

handle 35:7
handled 54:23
handwritten 66:8
Hanukkah 34:6
happened 32:17
 35:15 37:1 46:18
 63:10 80:8 83:8
 84:3, 4, 12, 13, 15
 85:15, 19 94:23
happening 6:2 69:8
happens 6:18
happily 6:22
happy 15:6 20:9, 18
 23:2 27:1 41:21
 44:16 45:2 91:5
 100:20
harassed 95:19
harasser's 77:20
harassing 73:16
harassment 43:6
 66:9 73:13 81:2
hard 20:2 37:24
 48:2 97:12
harder 20:14
hardest 28:22
hat 29:21, 22 30:1
hats 47:18
head 6:11 51:21
 83:22 84:7 90:9
 99:14
heads 68:13 102:1
hear 39:7 64:24
 71:13 73:15 98:20
heard 42:7 84:22
hearing 98:5, 8
heart 69:6 89:17
held 11:11 37:9
 69:18 91:4
help 30:18 58:24
helped 118:7
hereunto 125:20
hey 64:6 65:7 107:1
hierarchy 21:22
highest 40:3
HILL 2:7
hindsight 43:18
hired 9:12, 14, 16
 14:15, 16 21:24
 35:16 42:9 51:22, 24

117:24
historical 118:14
hold 11:19 35:9
 78:10
holiday 85:6
Holly 48:15
home 60:22 68:8
 73:1 79:21 80:13
 93:11
honest 74:2
hook 123:6
horrible 81:1
hosted 11:2
hour 15:6 20:18
 25:1 27:1 41:21
 45:3
hours 20:9 23:2
 32:2 41:20
house 80:12 106:14
 118:9
hovering 112:8
How's 106:19
HR 15:20 22:16, 18
 34:13 37:6
huh-uh 6:10
Hung 88:12
hurt 16:14
hurtful 118:4
husband 80:18, 21

< I >
idea 94:16
ideas 102:21, 24
ignore 33:10
imagine 25:20 85:8,
 9
immediately 6:1
 18:7 93:2 95:2
impatiently 97:13
impede 7:13
implement 102:16
important 5:19 6:7
 67:19
impression 104:13
inappropriately 54:16
incidents 52:23 54:8
 55:5
INDEX 3:2
Indian 37:19, 20

indicated 108:5
indicative 21:12
individually 1:6, 7
 89:5
individuals 38:5
 53:2 70:22
influence 7:12
information 13:24
 50:12 54:10 121:10
information-gathering
 5:6
informed 108:11
 113:24
In-house 2:17 87:24
initially 70:11 78:17,
 18 83:12 86:11
injected 76:9
inquiry 35:2
inserting 92:20
inspiration 31:23
inspired 29:7
instantly 97:10
instated 103:19
instructed 92:15
intelligent 111:16
intended 17:15
interactions 47:7
 59:5
interested 8:17 27:7
interests 58:8
interject 109:1
intermediary 37:6
intern 30:16 42:10
 117:23
internal 114:15
international 30:21
interns 25:21 42:9
inter-personal 33:12
interrupt 8:6 31:6
 49:4 50:21 56:12
 64:5
interrupting 23:11
intervened 94:15
interviewed 9:18
 12:12
introduce 10:23
 118:10
invent 117:17
investigate 108:7, 12

110:15
investigating 113:24
investigation 110:13
invited 15:6 72:13,
 17
inviting 23:1
involved 18:5 90:13
iron 43:13
Israel 71:20 72:15
 85:9
issue 13:12, 18 16:12
 18:20, 22 19:5, 21
 32:18, 19 36:23 37:8
 40:7 53:11 55:16
 96:17 103:24
issues 27:14 34:16
 53:17 54:2 55:4
 57:24 61:18 71:11
 76:20
its 58:9

< J >
Jakob 2:16 8:4
 113:13 115:2, 3, 7
Jamaica 19:11, 15
 29:3 46:19
janitors 13:8
January 1:21 4:3
 92:11 124:4 125:21
Jason 2:19
Jewish 27:4
job 9:12 10:24
 12:18 13:5 30:7, 8, 9,
 17 35:14 106:18, 20
 117:21 119:16
jobs 30:7 90:2 95:16
joined 87:18
joining 9:21
joke 33:3
joked 15:1
jovial 47:8
Joyce 1:21 4:14
 125:3, 15, 23
Joyce's 96:12
judgment 5:7
Judy 34:4, 5, 11 44:8
jumping 74:13

< K >

**Katrina** 19:*4* 30:*17, 18* 33:20 42:*10* 44:*11* 68:22 71:*4* 80:*11* 106:*10, 12, 20* 116:*24* 117:*23* 118:*24*

**Katrina's** 117:*11, 18, 21*

**keep** 35:7 36:5

**Ken** 4:*12*

**kid** 118:*11*

**kids** 80:*21*

**kind** 64:*4* 84:*17* 90:*18* 104:*3*

**knew** 7:*4* 11:*1* 37:2 42:22 47:*21, 22* 56:*17* 85:*12* 89:22 117:*8* 118:*1*

**Knocked** 96:*24*

**know** 5:*16* 6:*20, 23* 10:*2, 20* 11:7 12:*17, 20* 13:*12, 13* 14:2 15:*3, 10, 12, 19, 21* 16:*4, 5, 14, 15, 17, 18* 17:*23, 24* 18:*3, 8, 21* 19:*8, 10* 20:*6, 8, 20, 23* 22:*11* 23:*4* 24:*8, 13, 19, 20, 24* 25:*10, 17* 26:*1, 7, 14* 27:*6, 20* 28:*14, 18* 29:*5* 30:*2, 20* 31:*3, 16, 19, 21* 32:*3, 6, 7, 8, 10, 20, 23* 33:*6, 8, 9, 13, 14* 34:*3, 8, 9* 35:*19, 23* 36:*5, 8, 14, 24* 37:*1, 7, 8, 11, 21* 39:*5, 7, 12, 15, 20, 22* 41:*1, 4, 9, 10, 12* 42:*2, 3, 5, 8, 10, 12, 14, 16, 20, 21, 24* 43:*3, 10, 11, 14, 19* 44:*14, 15, 16, 18, 22* 46:*6, 12, 16, 20, 22* 47:*8, 14, 16, 17, 19* 48:*4, 8, 18* 49:*13, 21, 23* 50:*4, 7, 8, 9, 11, 12, 14, 23* 53:*8* 54:*2, 4, 5* 55:*1, 17* 56:*9, 10* 57:*11, 18* 58:*3, 4, 7, 10, 11* 60:*4, 14, 19, 21* 61:*16, 18* 62:*8* 64:*1*

65:*1, 7, 20* 66:*3, 23* 67:*3, 13, 15, 16, 17* 68:*5, 6, 7* 69:22, *24* 70:*6, 10* 71:*7, 13, 16* 72:*5, 23* 73:*1, 2, 3, 5, 6, 8* 74:*7, 8, 10, 12* 75:*8, 11, 14, 16, 19, 21, 22* 76:*10, 19, 21, 24* 77:*5, 6, 16* 78:*2, 21, 23* 79:*2* 80:*4, 5, 11, 18* 81:*4* 83:*22, 23* 84:*8, 9, 10* 87:*19* 88:*9, 15, 20* 91:*4, 6, 17* 92:*9* 93:*13* 94:*20* 95:*9* 96:*19, 21* 98:*4, 19* 100:*3* 101:*18* 102:*19* 103:*12, 23* 104:*21* 105:*5, 6, 9, 12, 18, 22* 109:*23* 113:*16, 17* 116:*10* 122:*22*

**knowing** 18:*5* 48:*5* 79:*2*

**knowingly** 28:*14*

**knowledge** 13:*20* 18:*3* 31:*1* 65:*17* 71:*23* 72:*20* 75:*18* 76:*22* 78:*1* 80:*6* 84:*13, 23* 85:*13, 23* 96:*4, 8, 21*

**known** 10:*4* 90:*4*

**knows** 57:*14* 59:*23* 81:*10*

**< L >**

**laid** 40:*19*

**LANCASTER** 125:*1*

**language** 40:*7*

**laptop** 121:*6, 8, 10* 122:*7, 14*

**Lara** 29:20, *24* 30:*13, 14, 19* 31:*8* 33:*19* 35:*9, 15* 38:*2, 12, 18* 44:*7* 52:*8* 54:*15* 57:*16*

**Lara's** 35:*14* 58:2

**Larry** 55:*20*

**late** 105:*24*

**Laura** 29:20, *24* 30:*5, 10, 13* 31:*9, 12* 33:*19* 35:*9, 12, 15*

37:*10* 38:*2, 12, 17* 44:*7* 54:*16, 22* 55:*21* 57:*19, 20*

**Laura's** 37:*12*

**LAW** 2:*3* 84:*8*

**lawyer** 88:*1*

**lead** 31:*23* 95:*14* 121:*3*

**leader** 91:*20*

**lead-in** 14:*6*

**leading** 18:*13*

**Leah** 85:*8*

**learn** 11:*5*

**leave** 49:*7, 9* 119:*14*

**leaving** 10:*13* 122:*13*

**led** 19:*9, 18* 42:*21* 118:*12*

**Lee** 12:*8* 52:*8*

**left** 19:*12* 26:*13* 44:22 46:*14* 64:*23* 68:*1* 76:*12* 80:*13* 81:*4* 87:*14* 88:*16* 105:*1, 23* 106:*9* 119:*8* 121:*4*

**left-of-center** 120:*9*

**legal** 9:*5*

**lesson** 112:*3*

**letter** 67:*7, 14* 70:*14*

**letting** 76:*3*

**liaison** 22:*2*

**lie** 80:*7*

**life** 33:*6* 40:*14* 41:*5* 44:*4* 98:*1* 109:*11*

**light** 5:*8* 105:*19*

**Likewise** 5:*22*

**limit** 46:*1*

**line** 62:*1* 86:*4* 124:*10*

**lines** 10:*5* 16:*6* 24:*1* 30:*3* 37:*10* 69:*4*

**Lisa** 8:*24* 19:*4* 20:*8* 21:*14, 16, 18, 22* 22:*4* 27:*10, 17, 21* 28:*1, 10* 33:*20* 39:*4, 9* 40:*13, 20* 41:*10, 15, 18, 23, 24* 42:*1, 17* 44:*10* 45:*3, 13, 18* 46:*3, 6, 22* 47:*12, 19* 49:*14* 50:*15, 19* 51:*12* 59:*11* 60:*6* 63:*12*

64:*13* 65:6 66:*13, 21, 22, 23* 67:*21* 68:*24* 71:*3, 21* 72:*2, 3* 84:*3* 85:*17* 90:*20* 102:*7* 106:*11, 15* 117:*3, 6, 20*

**Lisa's** 40:*7* 65:*3* 80:*18*

**listed** 35:*1* 124:*8*

**listen** 48:*24*

**literally** 54:*9*

**little** 5:*14* 31:*7* 69:*14* 76:*11, 12*

**live** 118:*9*

**local** 70:*20*

**lockdown** 43:*17*

**lodged** 99:*1*

**log** 62:*12*

**logged** 62:*12*

**long** 37:*23* 94:*7* 107:*13*

**longer** 19:*15* 38:*16* 39:*1* 87:*1, 7* 121:*19, 22*

**look** 25:*10* 34:*12* 35:*24* 36:*7* 47:*11* 91:*9* 114:*7*

**looking** 47:*23* 50:*13* 55:*14* 76:*1* 95:*15* 114:*20*

**loosened** 44:*12*

**lost** 48:*10, 16, 17*

**lot** 15:*1* 33:*14* 44:*24* 77:*7* 93:*23* 106:*21* 109:*12* 111:*24*

**lots** 105:*10* 109:*17*

**loud** 40:*9*

**love** 81:*5* 106:*22*

**loveable** 107:*1*

**loyalist** 74:*23*

**lunatic** 89:*20*

**lunch** 35:*17* 37:*19* 50:*7, 8*

**lying** 90:*11*

**< M >**

**mad** 99:*22*

**mailchimp** 121:*23*

**main** 71:*1* 115:*2*
**Mainen** 87:*18*
**making** 33:*24* 39:*10*
  57:*19* 73:*16* 99:*9*
  101:*20* 124:*9, 10*
**male** 42:*18*
**males** 102:*6*
**malign** 118:*7*
**man** 25:*9* 89:*3*
**manage** 12:*17* 13:*7*
  95:*14*
**managed** 53:*13, 14*
**management** 24:*16*
  32:*22* 66:*11*
**manager** 19:*6* 38:*15*
**managerial** 56:*6*
**manages** 101:*1*
**managing** 22:*8*
  31:*22* 122:*5*
**marathon** 101:*19*
**Marc** 71:*6, 7*
**March** 29:*23* 105:*24*
  106:*9* 107:*15* 121:*15*
**Maria** 52:*18*
**Mark** 2:*17*
**Market** 2:*4, 10* 15:*8*
**marketing-type** 22:*6*
**MARNIE** 1:*1, 12*
  4:*7* 13:*21, 24* 14:*8,*
  *11, 13, 23* 17:*11, 16,*
  *17* 19:*20* 20:*4, 11, 22*
  22:*16, 21* 23:*1, 7*
  24:*6* 26:*18* 27:*11, 18,*
  *20, 22* 28:*8, 10* 29:*17*
  30:*10, 12, 17* 31:*4, 10*
  32:*9, 12* 33:*17, 24*
  34:*20* 35:*6, 22* 37:*18*
  38:*6* 39:*4* 40:*5, 7*
  41:*23* 42:*17* 44:*5, 10*
  45:*1, 5, 13, 18* 46:*4, 8,*
  *11, 17* 47:*23* 49:*13*
  50:*15, 19* 51:*12* 52:*7,*
  *8, 9* 53:*7, 12, 14, 24*
  54:*1* 56:*6, 15, 22*
  57:*2* 59:*11* 60:*2, 5, 6*
  61:*3, 16* 63:*12, 23*
  64:*8, 13, 19* 65:*5, 12*
  66:*8, 13, 20, 22* 67:*2,*
  *21* 69:*2, 16* 71:*3*
  72:*17, 21* 83:*23* 85:*4,*

*5, 7, 21* 90:*4, 20, 24*
  93:*23* 96:*4, 22* 98:*12,*
  *24* 99:*20, 21* 102:*7*
  107:*17* 108:*7, 12*
  110:*15* 114:*3, 4*
  116:*9* 117:*10, 18, 20*
  121:*18* 122:*4*
**Marnie's** 26:*7* 27:*7,*
  *13* 40:*14* 80:*2*
**marriage** 47:*20*
**Master's** 30:*19*
**Matt** 16:*15* 58:*1*
  68:*3, 6* 75:*12* 81:*5*
  88:*4* 91:*9* 94:*3* 95:*5,*
  *23* 107:*1* 109:*3*
  116:*2* 117:*11, 13*
**matter** 4:*7* 9:*1*
**MATTHEW** 1:*15, 19*
  4:*6, 20* 17:*17* 87:*18*
  124:*2, 22* 125:*4*
**Matt's** 43:*12*
**McNulty** 45:*4* 79:*24*
  117:*3, 6*
**mdibianca@clarkhill.c**
**om** 2:*12*
**mean** 15:*14* 17:*16*
  20:*1, 2* 23:*1, 7* 26:*11,*
  *12, 22, 23* 27:*14*
  28:*13* 31:*19* 32:*16*
  36:*14* 37:*12, 23*
  39:*12, 21* 41:*2* 42:*1,*
  *5* 44:*13, 22* 45:*9, 20*
  46:*8, 10, 23* 51:*20*
  55:*7* 56:*22, 23* 57:*7*
  59:*19* 60:*2, 10, 12*
  61:*14* 64:*21* 69:*11*
  70:*16, 18, 19* 72:*10,*
  *11* 74:*6* 75:*2* 76:*8*
  77:*4, 6, 24* 78:*10, 20*
  79:*24* 80:*22* 82:*5*
  83:*4, 18* 84:*12, 15*
  85:*6, 16* 92:*24* 97:*12,*
  *23* 103:*11, 12* 109:*10*
  110:*1, 10* 113:*11*
  115:*12*
**meaning** 9:*21* 59:*22*
  82:*22* 106:*17*
**means** 5:*11* 97:*12*
  125:*17*

**meant** 56:*19* 85:*2*
**medical** 7:*16*
**medication** 7:*12*
**meet** 53:*16, 18, 23, 24*
  65:*24* 66:*12, 19*
**meeting** 25:*18* 27:*24*
  28:*2* 37:*9, 17* 49:*22*
  53:*9* 54:*2* 63:*24*
  64:*5, 9* 65:*3, 9, 15, 20*
  67:*23* 68:*19* 69:*5, 15,*
  *18, 20, 23* 70:*2, 7, 17,*
  *23* 71:*10, 24* 72:*12*
  73:*22* 74:*20* 76:*17*
  77:*3, 21, 23* 86:*19*
  88:*8* 91:*4, 5* 92:*5, 8*
  93:*20* 94:*10, 11, 14*
  95:*10*
**meetings** 30:*18*
  37:*15* 49:*21* 57:*17*
**MEF** 9:*1* 42:*13*
  43:*23* 45:*12, 19*
  49:*12, 16* 55:*1* 57:*5*
  58:*16* 59:*13* 63:*5*
  83:*9* 87:*21* 122:*14*
**member** 12:*15, 19*
  77:*22*
**members** 13:*10*
**memories** 81:*21*
**memory** 81:*18*
**mentality** 32:*3*
**mentioned** 17:*1*
  23:*17* 35:*4* 36:*11*
  39:*3* 45:*1* 50:*14*
  59:*10* 67:*14* 104:*1,*
  *20*
**mess** 92:*7*
**message** 65:*23* 87:*10,*
  *11* 92:*11, 24* 94:*11*
  108:*1, 14* 110:*9*
  111:*8* 116:*7*
**Messaged** 27:*6* 88:*7*
  92:*8*
**messages** 72:*1* 93:*7*
  103:*18* 106:*10, 13, 15*
  107:*23* 108:*22* 109:*7*
  111:*11, 13, 17, 20, 22*
  121:*18*
**messaging** 92:*14*
**met** 16:*19* 47:*21*

115:*3*
**Meyer** 13:*21*
**Microsoft** 102:*17*
**MIDDLE** 1:*5* 2:*17*
  4:*8* 9:*8* 18:*1* 27:*19*
  72:*24* 74:*20* 105:*24*
  119:*8* 120:*1* 121:*4*
**migrate** 122:*6*
**migrating** 102:*16*
**migration** 13:*6* 57:*15*
**military** 108:*2*
**mind** 34:*16* 51:*10*
  83:*14*
**minute** 51:*21* 66:*2*
  77:*12*
**minutes** 58:*18* 62:*10*
  93:*4, 22* 94:*7, 24*
  95:*8* 104:*9*
**mission** 58:*9* 120:*11*
**misspell** 31:*16*
**misspellings** 36:*12,*
  *15, 17*
**mistakes** 31:*15*
**Molly** 2:*10*
**money** 60:*16* 101:*13*
**monitor** 114:*17*
**month** 8:*22* 10:*16*
**months** 12:*2, 18*
  16:*3* 18:*13* 80:*16*
  91:*15*
**morning** 5:*2, 9* 6:*17*
  7:*14* 14:*10* 20:*10*
  65:*21* 123:*7*
**motions** 5:*7*
**motivate** 29:*5, 12*
**mouth** 28:*4* 64:*16*
**move** 61:*24*
**moved** 80:*14*
**multi-denominational**
  34:*9*
**mute** 62:*15* 86:*7*
**muted** 86:*5*

**< N >**
**name** 4:*12* 12:*8*
  31:*17* 81:*12* 104:*22*
  105:*9*
**named** 46:*15* 81:*23*
  82:*4, 16* 83:*16* 87:*17*
**nap** 97:*6*

**narrative** 93:*24*
105:*19*
**national** 13:*6* 120:*22*
**NATO** 118:*13*
**natural** 46:*20*
**naturally** 46:*20*
56:*17* 94:*2* 110:*3*
**nature** 18:*2* 24:*17*
26:*7* 54:*7* 73:*17*
77:*18* 79:*2* 87:*3*
**need** 6:*9* 7:*9* 32:*7*,
*14* 34:*18* 36:*5* 42:*2*
56:*12* 104:*13* 106:*17*
110:*22*
**needed** 22:*14* 34:*1*
38:*16* 43:*19* 47:*12*
53:*12* 78:*12*
**needs** 35:*12* 102:*24*
**neither** 102:*7*
**never** 6:*2* 18:*9*, *24*
20:*16* 22:*7*, *14* 23:*13*
35:*11*, *13* 36:*4* 38:*17*,
*21* 42:*13* 44:*22* 46:*7*
53:*8* 69:*2*, *3* 89:*15*
117:*11*, *13*
**New** 79:*21* 80:*14*
85:*5* 105:*3* 107:*13*
113:*14* 119:*17*
121:*24* 122:*19*
**newborn** 80:*16*
**newsletter** 31:*14*
**newsletters** 36:*12*, *15*
**night** 40:*19*, *24*
**Ninety-five** 111:*21*
**nod** 6:*10* 99:*14*
**nOg** 68:*22*
**noise** 86:*5*
**non-profit** 119:*21*, *22*
120:*13*
**non-profits** 120:*3*
**North** 2:*10*
**Notary** 1:*24* 125:*4*,
*23*
**noted** 4:*17* 115:*23*
**November** 51:*13*
59:*13* 60:*8* 61:*22*
66:*7*, *18* 68:*20* 69:*19*
71:*24* 72:*12* 73:*21*
119:*17*, *18*

**Number** 4:*10* 86:*4*, *6*

**< O >**
**object** 61:*8* 73:*24*
82:*6* 83:*2* 95:*4*
98:*16* 99:*15* 103:*6*
115:*19* 120:*4*
**objection** 61:*13* 99:*4*
115:*22* 116:*3*
**O'BRIEN** 1:*1*, *12*
4:*7* 63:*13* 82:*1*
84:*24* 114:*1* 116:*23*
**O'Brien's** 52:*1* 82:*16*
**observation** 101:*20*
**observed** 82:*23*
**obsession** 89:*12*
**obvious** 24:*15* 25:*3*
37:*3* 59:*19*
**obviously** 26:*2*, *3*
43:*19* 44:*6* 46:*11*, *16*
59:*23* 64:*24* 72:*11*
88:*20* 89:*23*, *24*
93:*15* 116:*8*
**occasions** 37:*18* 45:*5*
**occupying** 12:*4*
**occur** 22:*20* 104:*17*
**occurred** 23:*13*
**October** 13:*19* 63:*12*,
*21* 65:*15* 119:*16*
**odd** 12:*22*
**offended** 15:*22*
**offered** 104:*11*
**office** 13:*10*, *22*
14:*18* 15:*18* 16:*9*, *16*
19:*2* 21:*8*, *22* 23:*19*
24:*8*, *10* 25:*1*, *6*
27:*20* 28:*12*, *20*
32:*11*, *13* 34:*7* 35:*8*
36:*1* 41:*6*, *19* 42:*6*,
*15* 43:*1* 44:*1* 46:*9*
48:*21* 49:*20* 50:*16*,
*18* 51:*15* 52:*23*
54:*20* 56:*3* 60:*13*, *21*
63:*14*, *22* 64:*2*, *23*
65:*3*, *12* 68:*4*, *12*
69:*19* 70:*20* 71:*1*
73:*18* 78:*4* 86:*23*
87:*5*, *12*, *14* 88:*11*, *15*
89:*13* 90:*14* 91:*20*
92:*16* 93:*19* 95:*13*

**Number** 4:*10* 86:*4*, *6*

97:*16* 101:*12* 102:*10*
103:*5* 110:*18* 113:*12*
118:*3*, *7*
**offices** 15:*1* 35:*18*
38:*8* 50:*5* 96:*23*
**official** 104:*22*
**oh** 20:*16* 34:*4* 46:*5*
52:*17* 53:*19* 68:*2*
74:*16* 78:*11* 86:*16*
89:*3* 91:*7* 113:*21*
**Okay** 4:*1* 6:*6*, *14*
8:*2*, *20* 9:*7*, *12* 11:*17*,
*21* 17:*20* 18:*17*
23:*17* 25:*2* 28:*9*
35:*4* 39:*3* 45:*8*
48:*22* 52:*4*, *20* 54:*11*
55:*3* 57:*10* 59:*3*
61:*24* 62:*6*, *19* 63:*4*
65:*13* 66:*5*, *16* 68:*3*
71:*5* 73:*10* 76:*11*, *15*
77:*17* 82:*18* 83:*11*
86:*1* 88:*2* 89:*13*, *19*
91:*7* 92:*23* 97:*8*, *10*
98:*7*, *11* 104:*1* 107:*3*,
*20* 110:*24* 111:*3*
112:*5*, *23* 113:*10*, *12*,
*21* 116:*19*, *20* 118:*21*
119:*14* 120:*15* 121:*4*
122:*24*
**older** 42:*5*
**once** 6:*12* 8:*22*
10:*15* 31:*12* 74:*8*
**one-by-one** 121:*17*
**online** 22:*11*
**oOo** 1:*18*
**open** 7:*10* 39:*10*
40:*14* 44:*9* 48:*1*
**operate** 100:*13*
**opinion** 19:*20*
**opportunity** 102:*15*,
*20*
**opposite** 31:*24* 33:*1*
91:*17*
**oral** 125:*8*
**Order** 84:*8*
**organization** 11:*2*
13:*13* 55:*20* 56:*20*,
*21* 58:*8* 75:*17* 81:*3*
90:*14* 91:*14* 95:*14*
102:*14* 105:*2*, *4*

113:*15* 119:*9*, *18*, *21*
120:*7*, *8*, *9*, *13*, *19*, *20*,
*23* 121:*1*, *3*
**organize** 30:*19*
**originally** 12:*12*
21:*24* 72:*13*
**other's** 35:*18*
**outside** 15:*5* 44:*16*
74:*5*
**overall** 52:*24*
**oversight** 32:*21*

**< P >**
**p.m** 97:*8*
**PA** 2:*5*
**pack** 13:*23*
**PAGE** 3:*3* 110:*21*
112:*13*, *22* 113:*4*
124:*10*
**pages** 111:*21* 113:*1*
**panel** 11:*3*
**papers** 13:*23*
**paperwork** 79:*20*
81:*1*, *16* 104:*22*
106:*2* 118:*5*
**parliamentary** 118:*13*
**part** 34:*17* 75:*3*
121:*2*
**particular** 40:*1*
**particularly** 5:*12*
**parties** 125:*10*
**party** 81:*4* 85:*5*, *6*
**pass-thru** 87:*10*
**password** 100:*2*
121:*18*, *24*
**passwords** 114:*16*, *19*
**Pat** 117:*2*, *6*
**Patricia** 45:*4*, *13*, *18*
46:*3*
**pattern** 55:*15*
**Paul** 2:*20*
**paycheck** 122:*22*
**paying** 60:*16*, *20*
**payroll** 56:*19*
**PENNSYLVANIA**
1:*1* 4:*10* 125:*2*
**people** 9:*18* 20:*18*
21:*7* 25:*4* 26:*4* 30:*1*,
*4*, *6*, *13* 31:*22* 32:*5*
33:*5* 38:*21*, *22* 44:*15*,

*18* 47:7 48:*8*, *15*, *17*
55:*17*, *19* 56:*3*, *16*, *18*,
*19*, *23* 57:*2*, *3* 58:*11*
60:*13*, *14*, *15* 74:*8*, *11*
77:*9*, *11* 78:*22*, *23*
**people's** 32:*8*
**perceived** 74:*23*
**percent** 12:*13*, *14*
45:*10*
**Perfect** 62:*5* 114:*4*
**perfectly** 62:*16* 66:*5*
**perform** 9:*13*
**performance** 38:*7*
56:*5* 57:*12* 58:*2*
**performing** 120:*20*
**period** 59:*17* 109:*14*
**permit** 88:*21*
**permitted** 121:*5*
**person** 12:*3* 16:*11*
18:*19* 19:*2*, *4*, *13*, *19*
25:*23* 28:*2*, *19*, *23*
29:*15* 30:*23* 33:*8*, *9*
34:*13*, *14*, *17* 40:*4*
46:*12*, *15* 47:*3* 58:*3*
74:*18* 78:*22* 81:*2*
91:*11*, *19* 97:*14*
101:*12* 110:*8* 111:*16*
115:*4* 117:*15* 122:*5*
**personal** 33:*6* 41:*5*
42:*18* 74:*5*
**personalities** 43:*21*
**personality** 24:*17*
33:*1* 101:*2* 102:*4*
**personally** 51:*18*
125:*5*
**perspective** 10:*22*
21:*13* 55:*9*, *10* 81:*14*
105:*20*
**Philadelphia** 2:*5*
70:*19* 71:*1* 73:*18*
80:*14* 87:*12* 91:*20*
118:*14*
**phone** 29:*1*, *10* 67:*6*
87:*2*, *11* 88:*12*, *22*
97:*13* 113:*23* 118:*15*
**phrase** 14:*12*
**phrased** 17:*4*
**physically** 22:*12*
101:*10*, *16* 122:*9*
**pick** 20:*13* 122:*9*

**picture** 21:*10* 26:*6*
43:*10* 81:*8*
**pink** 29:*21*, *22* 30:*1*
**pinpoint** 20:*3* 47:*14*
**PIPES** 1:*6* 9:*17*, *21*
36:*12* 66:*8* 69:*17*
79:*12*, *19* 90:*24*
91:*22* 93:*3*, *20* 94:*11*,
*15* 95:*1* 96:*4*, *5* 97:*4*
98:*15* 99:*3* 100:*16*
103:*18* 107:*24* 108:*8*
110:*16*, *17*, *20*
**pizza** 15:*9*
**PLACE** 1:*21* 15:*9*
68:*20* 72:*6* 78:*3*
80:*5* 87:*4*
**Plaintiff** 1:*3*, *10*, *20*
2:*7*
**plan** 91:*18*
**plans** 29:*7*
**platform** 5:*13*
**play** 73:*5*
**played** 10:*6*
**plays** 31:*9*
**PLC** 2:*7*
**please** 4:*18* 16:*17*
93:*3*, *5*
**PLLC** 2:*3*
**point** 16:*10*, *11*
18:*18* 19:*3*, *13*, *19*
22:*5* 25:*5* 27:*22*
28:*19* 29:*15* 38:*1*
46:*15* 86:*12*, *24*
91:*18* 97:*24* 104:*11*
113:*15* 121:*15*
**pointed** 69:*1*
**pointing** 30:*6* 58:*22*,
*23*
**policy** 18:*1* 30:*21*
**poorly-worded** 6:*16*
**popping** 68:*12*
**position** 11:*11* 12:*1*,
*12* 22:*23* 31:*2* 55:*23*
56:*7* 103:*20* 119:*15*
**positions** 11:*24*
**positive** 71:*8*
**post-November** 51:*8*
59:*5*
**power** 97:*12*

**predator** 25:*22* 85:*10*
**prefer** 109:*6*
**preferred** 91:*1* 96:*5*
**pregnant** 48:*14*, *16*
**pre-November** 51:*7*
52:*6*
**preparing** 8:*2* 31:*15*
**PRESENT** 2:*15*
45:*6* 70:*22*
**presented** 66:*8*
**pretty** 34:*3* 63:*13*
64:*22* 65:*2*
**previously** 9:*4*
**print** 125:*17*
**prior** 5:*6* 8:*16* 9:*20*,
*21* 39:*4* 45:*11*, *19*
51:*12* 71:*23*
**privacy** 50:*5*
**privy** 53:*9*
**probably** 16:*2* 40:*3*
43:*15* 46:*21* 48:*6*
58:*18* 78:*8* 86:*16*, *20*
90:*2*, *4*, *5* 104:*8*
107:*14* 117:*20*
**problem** 19:*23* 28:*5*
33:*4* 89:*6*, *9*, *10* 94:*5*
**proceeded** 120:*2*
**proceeding** 9:*5*
**process** 79:*22* 104:*22*
**product** 25:*16* 90:*10*
**products** 36:*18*
**professional** 50:*1*
54:*18*
**professionally** 54:*17*
**profile** 27:*7*
**progressed** 16:*23*
**pro-Israel** 120:*12*, *16*
**Projects** 9:*15* 11:*10*
12:*3*
**promise** 6:*11*
**promised** 49:*5*
**promoted** 38:*14* 39:*1*
**promotions** 24:*2*
**proof** 85:*24*
**proponent** 102:*18*
**propounded** 125:*9*
**proprietary** 121:*9*
**propriety** 13:*24*
**protect** 97:*16*

**prove** 46:*23* 75:*15*
**provide** 105:*18*
**providing** 22:*3*
**prying** 91:*15*
**psychological** 95:*21*
**Public** 1:*24* 125:*4*, *23*
**published** 118:*8*
**pull** 108:*16*, *22*
110:*24* 112:*1*, *21*
**pulling** 116:*16*
**purchase** 122:*7*, *13*
**purpose** 70:*15* 75:*7*
**purposes** 37:*3* 103:*1*
**push** 84:*10*
**pushing** 24:*2* 56:*15*
57:*2*, *3*
**pussy** 69:*1*, *2* 74:*24*
89:*15*
**put** 22:*22* 36:*22*
37:*2* 57:*5* 61:*12*
77:*1* 87:*4* 93:*12*
97:*5* 103:*16* 104:*3*
**putting** 33:*17* 36:*17*
43:*16*

**< Q >**
**qualifications** 57:*22*
**qualified** 16:*16*
28:*22* 44:*15*
**quality** 35:*9* 36:*19*
**qualm** 76:*19*
**question** 5:*16*, *20*
6:*17*, *20*, *21*, *24* 7:*1*, *2*,
*4*, *5*, *10* 11:*22* 14:*3*, *5*,
*7* 17:*8* 21:*15* 23:*13*
26:*17* 31:*9* 34:*19*
37:*14* 38:*9* 47:*15*
49:*1* 51:*10* 57:*1*
58:*14*, *19* 59:*4*, *7*
61:*8*, *11* 71:*22* 73:*24*
78:*8* 82:*7*, *13* 83:*2*
84:*16* 86:*2*, *14* 94:*21*
95:*4* 96:*11*, *13* 98:*17*,
*21*, *23* 99:*18*, *21*
100:*8* 103:*3* 104:*7*
113:*18*, *20*, *22* 119:*6*
120:*5* 122:*12*
**questioning** 62:*1*
**questions** 16:*5* 39:*16*
48:*23* 83:*6* 105:*10*,

*18* 108:*19* 116:*18*
123:*2, 4* 125:*8, 14*
**question's** 5:*17*
**quickly** 59:*1* 62:*3*
**quite** 111:*24*

**< R >**
**raise** 12:*23* 13:*11*
76:*21*
**raised** 71:*12* 77:*19*
78:*16, 17, 18* 79:*12,
16*
**raises** 24:*2*
**raising** 54:*7*
**ran** 79:*7*
**randomly** 117:*9*
**range** 50:*22*
**ranges** 51:*10*
**ranking** 40:*4*
**reaction** 29:*9*
**read** 7:*20, 23* 61:*10*
67:*10* 98:*8* 110:*23*
112:*12* 124:*3*
**reading** 98:*5* 108:*17*
**ready** 112:*14* 113:*8*
**real** 44:*14*
**realized** 90:*3* 107:*7*
**realizing** 97:*23*
**really** 8:*13* 20:*12*
48:*11* 56:*3* 62:*3*
67:*11, 19* 69:*23* 73:*1*
75:*3* 76:*20* 104:*2*
109:*13* 120:*10*
**reason** 20:*18* 47:*5*
57:*9* 73:*2* 116:*8*
124:*10*
**reasons** 16:*21* 124:*9*
**recall** 23:*22* 26:*8*
34:*12* 63:*15, 20*
70:*21* 71:*5, 9* 72:*8*
73:*20* 86:*13* 91:*21*
92:*10* 93:*6* 103:*17*
108:*10* 111:*7* 113:*23*
115:*18, 21* 116:*5*
117:*5* 119:*3*
**recalled** 54:*6*
**recalling** 52:*22, 24*
**receive** 12:*21* 25:*7, 8*
**received** 8:*4* 81:*16*
105:*4* 110:*6*

**receiving** 25:*6*
104:*20*
**Recess** 62:*24*
**recollection** 83:*8*
97:*20* 108:*17* 109:*4,
9, 22*
**recollections** 63:*10*
**recommended** 30:*17*
**reconcile** 53:*13*
**reconciliation** 53:*15*
**record** 4:*2, 17* 37:*3*
61:*13* 62:*4, 22* 63:*1*
99:*14* 111:*10* 112:*15*
115:*23* 123:*8*
**recorded** 4:*5*
**recount** 81:*21*
**reduced** 125:*17*
**refer** 120:*16*
**referee** 61:*3*
**referencing** 106:*2*
**referring** 17:*6, 16, 17*
79:*17, 18, 20* 90:*20*
111:*10* 117:*14, 16*
118:*20*
**regard** 29:*17* 33:*17*
35:*2* 49:*11* 54:*8*
97:*2*
**regarding** 55:*4*
**regularly** 53:*16*
**reimbursements**
54:*23*
**related** 22:*12*
**relations** 30:*21* 33:*15*
**relationship** 9:*20*
10:*13, 18* 14:*23* 20:*4*
26:*24* 28:*16* 44:*9*
45:*1* 47:*20, 23* 53:*1*
75:*7* 84:*24* 87:*3*
122:*5*
**relationships** 45:*21*
47:*9*
**relevant** 82:*23*
**rely** 112:*18*
**remain** 56:*20* 106:*3*
**remark** 17:*12* 39:*4,
10*
**remember** 6:*24*
17:*21* 18:*6* 19:*12*
20:*23* 23:*3* 29:*1, 9,
17* 33:*22* 37:*24*

40:*17, 22* 42:*2, 12*
44:*3* 52:*19* 54:*3, 20*
64:*20* 70:*1, 12* 74:*3,
6, 15* 76:*1* 77:*4*
79:*23* 95:*7* 97:*7, 23*
98:*6, 9* 103:*22*
108:*13* 109:*13, 15*
115:*12, 13* 117:*10*
118:*16, 18*
**remind** 6:*12* 65:*18*
**remote** 59:*21, 23*
60:*14*
**removed** 47:*13*
86:*19* 94:*4* 102:*9*
103:*5* 121:*20, 23*
**removing** 89:*12*
**rent** 80:*12, 13* 106:*14*
**repeat** 39:*8* 59:*8*
104:*6* 116:*3*
**repeated** 64:*16*
**rephrase** 6:*22*
**replied** 97:*9, 15, 17*
**report** 63:*17* 66:*9, 13*
**reported** 12:*13* 108:*6*
**REPORTER** 1:*21*
4:*13, 14, 18* 5:*9* 6:*7*
61:*10* 125:*3, 19*
**Reporting** 4:*15* 39:*2*
**reports** 22:*15* 38:*23*
**represent** 82:*15*
**reprimand** 43:*13*
**reprimanded** 39:*23*
**required** 78:*6*
**resigned** 16:*3* 45:*21*
55:*23* 119:*18*
**respect** 24:*20* 113:*16*
**respective** 125:*10*
**respond** 92:*18*
**response** 17:*22* 21:*3*
46:*20* 58:*19*
**responsibilities** 11:*14*
12:*6* 28:*24* 53:*22*
**responsibility** 15:*22*
16:*8* 34:*13* 56:*19*
**rest** 21:*7* 26:*10, 12,
19* 29:*18* 90:*5*
**restaurant** 15:*7*
37:*19* 50:*10* 55:*24*
**result** 92:*4*

**retrospect** 77:*2*
**return** 121:*9*
**review** 8:*3, 12, 15*
**reviewed** 8:*10* 97:*21*
**reviews** 23:*24*
**rewind** 69:*14*
**rid** 89:*21*
**ridiculous** 105:*10*
118:*5* 119:*4*
**right** 5:*2* 15:*2*
26:*22* 31:*1* 34:*19*
39:*21* 43:*15* 49:*8, 10,
17* 52:*5* 53:*19* 54:*22*
57:*13* 58:*21* 62:*11*
66:*2* 68:*8* 74:*16*
75:*12* 77:*10* 102:*22*
105:*20* 111:*13* 123:*5*
**rise** 69:*5* 89:*16*
**RMR** 1:*21* 125:*3, 16,
23*
**role** 11:*15* 12:*2, 4*
18:*5* 22:*2, 8* 24:*4, 5*
30:*15* 38:*24* 102:*9*
103:*4, 13* 107:*14*
119:*20* 122:*19*
**roles** 11:*18* 28:*24*
31:*2* 44:*19*
**Roll** 29:*7*
**ROMAN** 1:*6, 9* 9:*17,
24* 10:*2, 13, 18, 23*
52:*11, 14* 66:*10*
73:*14* 78:*16* 83:*13*
84:*24* 91:*1* 96:*6*
99:*1* 100:*14, 17*
102:*9* 106:*4* 108:*11*
113:*23* 115:*11*
**Roman's** 44:*1* 66:*11*
**room** 50:*10* 75:*24*
86:*24*
**Rosie** 52:*17* 53:*23*
**Rosiebell** 38:*23*
52:*17* 53:*20*
**rough** 48:*10*
**rum** 118:*17*
**rumor** 116:*23* 117:*6*
118:*3, 6, 24*
**rumors** 118:*11*
**run** 5:*15* 13:*6* 16:*16*
121:*3*

Deposition of Matthew Bennett

Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

runner  101:*19*

< S >
sake  96:*12*
sales  57:*14*
SalesForce  53:*13*
121:*20*
sat  78:*4*  91:*5*
satisfactory  65:*19*
saw  21:*5*  30:*13*
31:*14*  57:*8*  75:*14*
79:*15*  91:*12*  102:*15*
saying  13:*24*  20:*24*
27:*17*  30:*7, 12*  32:*6*
37:*5*  40:*17*  42:*2*
66:*14*  72:*5*  74:*11*
80:*4*  81:*1, 19*  83:*11*
85:*8*  91:*7*  92:*14*
93:*3*  94:*1, 13*  108:*3*
109:*16, 21*  117:*18*
120:*17*  121:*19*
says  72:*6*  110:*16*
scared  72:*24*
scenario  117:*17*
scenes  47:*10*  60:*2*
schedule  30:*18*  57:*16*
scrapper  101:*24*
screamed  28:*5, 7*
screaming  64:*21*
screen  67:*6*  108:*23*
scripted  6:*17*
scroll  112:*13*  113:*1,*
*8*  114:*3*
scrolled  113:*8*
scrutinize  31:*13*
search  39:*19*
searching  90:*1*
second  11:*19*  56:*13*
87:*16*  111:*9*
security  43:*7*  100:*2*
see  15:*3*  21:*10*  26:*6*
29:*14*  43:*18*  56:*4*
64:*3, 9*  75:*9, 19*
81:*24*  82:*8*  97:*16*
101:*14*  102:*19*  107:*2*
108:*15*  109:*6*  110:*10,*
*23*  112:*7*  113:*3*
114:*24*
seeing  79:*3*

seek  56:*10*
sending  92:*10*
sense  41:*11*  74:*9*
79:*14*  92:*13*
sensitivity  77:*18*
sent  22:*14*  27:*6*
38:*22*  67:*6*  72:*2, 3*
94:*10*  108:*1*  109:*21*
121:*17*
separated  107:*17*
117:*7*
separation  18:*14*
45:*12, 19*  59:*6, 14*
117:*3*  118:*23*
serious  58:*6*
served  80:*24*  106:*1*
118:*5*
server  79:*22*  104:*23*
set  125:*10*
Seth  105:*8*
setting  27:*5*
sex  40:*14*  43:*24*
44:*4*
sexual  43:*6*  66:*9*
73:*13, 17*  77:*20*
84:*24*
sexually  73:*16*
shake  6:*11*
share  41:*13*
shared  41:*14*
shed  105:*18*
She'd  106:*22*
shift  14:*7*  63:*4*
Shikunov  2:*3*  3:*4*
5:*1*  8:*7*  50:*23*  51:*2*
52:*4, 10*  61:*23*  62:*6,*
*14*  63:*3*  76:*5*  82:*12*
83:*10*  86:*3, 9*  87:*17,*
*22*  88:*2*  90:*17*  96:*2*
98:*22*  99:*10*  100:*9*
103:*15*  107:*10*
108:*21*  109:*2, 19*
110:*24*  111:*5, 14, 23*
112:*19, 24*  113:*5*
114:*6*  115:*8, 22*
116:*1, 15, 21*  120:*14*
123:*1, 5*
shortly  69:*17*
shot  67:*6*

shouting  64:*13*
shove  84:*11*
show  25:*12*  97:*11*
showed  67:*5, 9*  72:*4,*
*8*
shown  72:*1*
shy  41:*3*
sic  55:*20*
side  29:*10*  42:*6*
sign  7:*20, 23*
simply  58:*16*  103:*16*
single  19:*2, 4*  34:*14,*
*17*  88:*10*
sir  7:*11*  8:*2*  9:*7*
81:*22*  96:*3*  98:*11*
102:*8*  111:*24*  117:*14*
119:*8*
sister  77:*21*
sit  24:*24*  60:*21*
63:*19*  77:*21*
sitting  21:*10*  23:*3*
66:*22*  76:*2*
situation  51:*7*  91:*22,*
*24*  92:*1*
six  12:*2*  74:*7*
skills  18:*3*
slammed  64:*23*
sleep  93:*12*
slept  83:*23*  116:*24*
117:*11, 18*
smart  115:*4*
smelled  54:*14*
smiling  81:*8*
SMITH  2:*3*
smoking  33:*4*
social  10:*12*  33:*11*
socialize  20:*7*  44:*16*
45:*3*
socialized  15:*5*  48:*21*
socializing  27:*2*
somebody  18:*9*
36:*16*  57:*6*  58:*17*
78:*4*  87:*17*  100:*13*
something's  85:*19*
89:*23*
son  33:*4*
soon  43:*9*  48:*5*
Sorry  11:*20*  14:*2*
17:*7*  28:*11*  30:*11*
38:*9*  39:*6*  45:*14*

49:*3*  52:*12*  54:*14*
56:*12*  59:*7*  68:*17*
71:*6*  73:*5*  88:*4*
96:*10*  99:*20*  103:*2*
111:*14*  113:*7*  122:*11*
sort  12:*23*  30:*24*
31:*4*  33:*10*  49:*6, 15*
51:*6*  63:*8*  65:*14*
71:*12*  75:*3*
sound  110:*2*
sounds  55:*4*
space  46:*1*
speak  5:*12, 24*  6:*18*
10:*15*  41:*22*  44:*4, 20*
91:*1*  98:*3*  122:*16*
speakers  11:*3*
speaking  6:*1*  44:*20*
79:*13*  98:*3*
Special  9:*15*  11:*10*
12:*3*
Specialist  2:*20*  4:*14*
specific  35:*2*  39:*22*
40:*12*  41:*17*  52:*22*
54:*8*  55:*5*  70:*22*
102:*23*  103:*10*
specifically  34:*20*
63:*20*  86:*13*  90:*20*
107:*22*
specifics  63:*6*  74:*3*
spelling  31:*15*
spending  36:*19*
spent  48:*20*
spoke  41:*18*  88:*22*
94:*14*
spread  118:*3, 11, 16*
spy  116:*10*
SS  125:*1*
Stacy  52:*9, 11, 14*
53:*12, 13, 19, 21, 24*
59:*19*  71:*3*  74:*9, 16,*
*17*  77:*3, 8, 10*  78:*11,*
*13*
staff  12:*16*  13:*7*
23:*19*  26:*10, 12, 19*
28:*16*  29:*18*  31:*11*
33:*15, 18*  68:*22*
77:*22*  87:*6*  92:*16*
100:*24*
stake  34:*22*  69:*5*

89:*17*
**stamped**  110:*6*
**standing**  101:*9*
**stands**  99:*4*  102:*5*
**Starbucks**  65:*24*
66:*19, 20*  68:*2*
**start**  5:*16, 17, 24*
9:*10*  34:*15*  68:*12*
104:*17*
**started**  11:*9*  12:*21*
14:*17, 19, 20*  15:*11*
16:*7, 18, 22*  18:*7*
22:*5*  26:*6*  31:*12, 13*
42:*17*  46:*5*  47:*2*
52:*3, 17*  70:*8*  71:*16*
86:*14*  102:*13, 19*
104:*9*  107:*13*  116:*2*
**starting**  102:*23*
111:*11*  112:*5*  118:*6*
122:*19*
**state**  67:*21*  81:*11*
**stated**  17:*14*  85:*3*
115:*15*
**statements**  79:*18*
**STATES**  1:*1*  4:*9*
**stating**  84:*20*  97:*10*
**station**  120:*11*
**status**  45:*21*
**stay**  62:*12, 14*  85:*18*
**stayed**  11:*15*  122:*16*
**stenographic**  4:*17*
**stenographically**
125:*15*
**stepped**  91:*9*
**stick**  49:*1*
**stop**  6:*1*  87:*15*
102:*22*
**stories**  95:*17*
**stormed**  28:*11*
**storming**  68:*4*
**storms**  65:*12*
**story**  71:*17*  105:*15*
**straight**  86:*17*
**strange**  15:*13, 15*
**Street**  2:*4, 10*  15:*8*
37:*20*
**strictly**  22:*10*  82:*20*
**stuff**  8:*14*  33:*12*
38:*2*  42:*19*  65:*9*

71:*16*  74:*5*  77:*8*
109:*18*  116:*14*
**style**  24:*16*  32:*23*
**subordinate**  21:*18, 19,
23*  74:*19*
**subordinates**  21:*17*
24:*14*
**subscribed**  124:*24*
125:*21*
**substance**  7:*12*  124:*7*
**subtract**  108:*3*
**sucking**  27:*13*
**sucks**  39:*5*
**sudden**  32:*11*
**suddenly**  25:*2*  80:*24*
91:*13*  107:*7*
**sufficient**  8:*11*
**suit**  49:*24*
**Suite**  2:*4*
**summary**  5:*6*  109:*20*
**summer**  9:*11*
**supervise**  38:*16, 21*
**supervised**  21:*14*
38:*17*
**supervisor**  19:*6*  38:*5,
11, 14*  43:*1*  98:*3*
**support**  76:*23*
**supposed**  13:*16*  70:*4*
**Sure**  8:*1*  11:*19*
13:*12*  15:*11*  19:*13*
22:*2*  23:*10*  28:*9*
34:*3*  50:*23*  58:*6*
59:*9*  64:*22*  65:*2*
76:*12*  108:*19*  109:*2,
11, 17*  112:*17*  113:*6*
**surprising**  78:*21*
**Survivor**  61:*4, 6*
**suspicion**  96:*14*
**swear**  4:*19*
**sworn**  4:*22*  124:*24*
125:*6, 13*
**system**  100:*2*
**systematically**  121:*16*
122:*2*

**< T >**
**table**  44:*10*  57:*20*
66:*23*  71:*2*  81:*9*
**take**  5:*4, 20*  7:*8*
13:*23*  14:*1*  24:*4*

62:*1*  75:*12*  93:*23*
121:*5*
**TAKEN**  1:*20*  4:*6*
18:*20*  80:*9*  125:*15*
**talk**  14:*8*  37:*11, 21*
38:*6*  40:*11*  41:*1, 3*
51:*16*  57:*12*  63:*6, 8*
66:*1*  77:*11*  93:*13*
95:*24*  96:*11*  97:*13*
106:*22*
**talked**  27:*3, 8*  40:*10*
41:*2*  44:*24*  51:*6*
110:*12*  119:*5*
**talking**  23:*4*  28:*10*
40:*20*  42:*17*  44:*3*
47:*19*  59:*16*  61:*15*
63:*5*  66:*2*  74:*8*
75:*22*  94:*16*  109:*23*
**tank**  31:*18*
**tasked**  13:*5*
**taught**  69:*6*  117:*24*
**team**  12:*16*  22:*9*
37:*17*  44:*14*
**tech**  116:*14*
**technically**  111:*18*
**technologically**
111:*16*
**teenagers**  73:*1*
**Tel**  119:*23*
**telegram**  91:*23*  92:*8*
93:*7*  94:*10*  103:*17*
107:*23*  111:*15, 22*
**telegrammed**  67:*7*
88:*13*  97:*1*
**telegrams**  97:*2, 3*
**telegraph**  97:*17*
**tell**  8:*8*  21:*11*  24:*7*
29:*24*  32:*7*  33:*3*
40:*6*  47:*24*  51:*18*
53:*10*  63:*19*  69:*12*
86:*16*  93:*15*  95:*22*
108:*8*  110:*16*  111:*3*
112:*16*  119:*5*
**telling**  122:*21*  32:*4,
12, 14*  36:*4*  67:*13*
89:*18*  105:*10, 16*
110:*4, 16*  114:*9*
115:*13*  118:*18*
**Ten**  93:*4*
**tension**  49:*13*  52:*23*

**tensions**  50:*18*  51:*13*
59:*4, 11, 12*
**term**  94:*7*
**termination**  56:*9*
**terms**  19:*1*  21:*21*
26:*9*  36:*16*  48:*4*
58:*24*  114:*8*
**testified**  4:*22*  9:*5*
17:*10*  26:*17*  86:*10*
94:*9*  104:*8*  125:*10*
**testify**  7:*13, 17*  56:*24*
125:*6*
**testimony**  4:*21*
90:*23*  115:*9*  125:*20*
**text**  72:*1*  106:*10*
108:*22*  111:*11, 12, 17*
**texted**  67:*8*  95:*1*
**texts**  93:*3*  111:*19*
**Thank**  58:*21*  116:*16*
123:*6*
**thanks**  75:*12*  114:*5*
**Thelma**  33:*20, 24*
38:*23*  42:*3*  44:*7*
60:*7*  68:*22*  71:*4*
76:*1*  106:*24*
**thick**  79:*22*
**thing**  6:*6*  24:*9*
25:*24*  51:*12*  56:*1*
60:*7*  90:*16*  105:*21*
115:*2*  120:*17*
**things**  16:*24*  18:*1*
20:*1, 7*  21:*11*  23:*15*
25:*10, 20*  29:*8*  33:*6*
37:*22*  39:*24*  41:*14*
44:*11*  52:*22*  68:*8, 11*
73:*9*  74:*10*  79:*3*
80:*5*  81:*15*  100:*4*
102:*16*  109:*12*  115:*5*
118:*4*
**think**  5:*22*  8:*22*
9:*18*  10:*7*  11:*13*
12:*11, 15*  13:*9, 17*
14:*20*  16:*4, 16, 20*
17:*3, 12, 18*  18:*10*
19:*12, 24*  21:*11*
23:*23*  24:*15*  25:*3*
27:*4, 21*  31:*18*  33:*13,
17, 22, 24*  34:*16*  35:*1,
22*  37:*19*  39:*22*  40:*1,
5, 8*  41:*16*  42:*20*

Deposition of Matthew Bennett                                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

51:*20*  52:*12*  54:*14*
55:*7, 12, 22*  56:*17*
57:*5, 13*  58:*2, 3, 5*
60:*1, 3, 7, 9, 10, 23*
63:*22*  64:*3*  65:*5, 6*
69:*9, 12, 15*  70:*4*
72:*22*  75:*4*  77:*2, 5,*
*13, 17*  78:*24*  80:*2*
83:*23*  84:*21*  88:*22*
91:*17*  94:*6, 7*  100:*19,*
*20, 21, 23, 24*  101:*1, 2,*
*5, 23*  102:*6, 24*
107:*11*  113:*11*  116:*9*
118:*6*  120:*17*  122:*15*
**thinking**  20:*23*
28:*21*  29:*8*  48:*4*
52:*21*  64:*20*  84:*7*
102:*13*  105:*13*
**thinks**  25:*15*
**third**  117:*15*
**Third-Party**  1:*10, 16*
**thought**  12:*21*  17:*5*
26:*7, 18*  34:*8*  43:*15*
44:*23*  48:*7*  66:*24*
68:*18*  69:*9*  75:*9*
76:*10*  78:*3*  85:*15*
113:*13*  119:*4*
**three**  15:*2*  38:*20*
58:*18*  78:*23*  93:*22*
94:*6, 24*  113:*1*
119:*19*
**threw**  27:*10*  81:*3*
84:*19*
**throat**  74:*13*
**Thrones**  61:*2, 6*
**tie**  49:*24*
**Tiffany**  12:*8, 13*
13:*22*  22:*8*  30:*24*
52:*7*  53:*3, 7*  54:*11*
55:*21*  57:*13*
**time**  4:*4*  5:*12*  7:*8*
8:*13*  11:*12, 16*  12:*14*
13:*15*  14:*14*  16:*23*
19:*1*  20:*1, 3, 10*  21:*9*
23:*23*  24:*10*  25:*17*
26:*13*  32:*1, 8, 15*
34:*2*  35:*17*  36:*5, 10,*
*20, 23*  37:*23*  38:*13*
42:*17*  46:*1, 5, 13*
49:*7*  55:*9, 11*  57:*11,*

19  59:*8*  60:*17*  62:*9*
63:*2*  68:*21*  69:*24*
74:*13*  83:*8*  84:*21*
85:*16*  86:*12*  93:*23*
94:*14*  95:*18*  96:*12*
98:*24*  102:*12*  104:*11*
105:*23*  108:*2*  109:*14*
110:*6*  115:*5*  123:*7, 9*
**timeframe**  24:*21*
**timekeeping**  24:*18*
**timeline**  63:*9*
**times**  23:*6*  45:*2*
**tir**  68:*21*
**title**  15:*20*  22:*18*
**today**  4:*16*  5:*4*  6:*7*
7:*18*  21:*11*  47:*1*
82:*20, 22*  90:*23*
103:*1*  115:*9*
**Today's**  4:*3*  8:*2*
**told**  19:*15*  20:*16, 20*
21:*2*  22:*24*  25:*6*
32:*12, 17*  41:*22*
48:*15, 17*  54:*11*
63:*23*  64:*8, 15*  65:*5*
67:*2, 3*  68:*10*  69:*7*
70:*5, 7, 10*  88:*15*
89:*14*  95:*10*  101:*17*
108:*6, 8*  117:*10, 12,*
*13*  118:*16*
**tone**  42:*2*
**top**  24:*14*  32:*5*
101:*12*  113:*3*
**total**  100:*24*
**touch**  11:*8*
**tough**  68:*7*
**tour**  118:*14*
**trained**  117:*24*  118:*7*
**training**  43:*7*  101:*18*
**trainings**  122:*17*
**transcript**  7:*21, 24*
124:*5*
**transcription**  125:*18*
**transcripts**  8:*16*
**transpire**  63:*9*
**transpired**  19:*17*
65:*1*
**traumatized**  74:*4*
**travel**  22:*12*  30:*19*
57:*17*
**trial**  5:*7*

**Tricia**  19:*4*  20:*8, 19*
21:*16, 19*  24:*4, 6*
33:*20*  38:*23*  44:*10*
46:*7, 22*  47:*21*  60:*3,*
*4*  71:*3*  72:*2*  80:*15*
84:*3*  85:*18*  90:*20*
106:*11, 19*  117:*9*
**Tricia's**  118:*15*
**tried**  27:*5*  58:*12*
67:*10*  74:*14*  93:*12*
118:*8*
**trip**  71:*21*  72:*11, 14*
**trouble**  5:*15*
**true**  31:*19*  124:*5*
**trust**  69:*2, 3*
**trusted**  75:*1*  89:*16*
**truth**  125:*7, 8*
**truthfully**  7:*13, 18*
**try**  49:*1, 8, 17*
**trying**  13:*23*  20:*13,*
*17*  21:*6*  23:*4, 18*
25:*12*  26:*9, 18*  29:*17*
41:*16*  45:*24*  46:*9*
52:*4*  65:*4*  73:*7*  74:*9*
89:*20*  97:*5, 16*  104:*5*
105:*17*  111:*7*  112:*1*
114:*22*
**Tuesday**  1:*21*
**turn**  62:*15, 20*  76:*24*
114:*18*
**tutorials**  122:*17*
**tweeting**  35:*24*  36:*16*
**twice**  51:*10*
**Twitter**  35:*23*  36:*2*
**two**  16:*24*  27:*15*
29:*19*  30:*4, 13*  55:*8*
62:*2*  73:*1*  78:*22*
102:*6*  120:*2*
**two-faced**  90:*12*
**two-year-old**  86:*22*
93:*10*
**type**  31:*22*  43:*19*
50:*12*
**types**  43:*20*

**< U >**
**Uber**  65:*22*  66:*18*
86:*22*  88:*18*  93:*8, 9*
**uh-huh**  6:*10*  94:*12*

**ultimately**  72:*16*
**um**  23:*10*
**unable**  30:*21*
**unclear**  17:*4, 15*
**undermine**  46:*9*
**undermined**  93:*19*
100:*15*
**undermining**  90:*5*
92:*20*
**understand**  6:*4, 19,*
*21*  7:*6*  17:*7*  34:*21*
59:*2*  67:*11*  83:*5*
110:*11*
**understanding**  17:*24*
63:*11*  65:*14*  104:*15*
**understood**  7:*3*
116:*14*
**unfair**  78:*8*
**unfriend**  81:*12*
**unhappy**  27:*24*  36:*13*
**unilaterally**  86:*8*
**UNITED**  1:*1*  4:*8*
**university**  10:*3, 9, 10*
31:*17*
**unknowingly**  28:*14*
**unnatural**  5:*15*
18:*16*  65:*8*
**unraveling**  115:*6*
**untrue**  83:*17, 19*
**upset**  93:*16*  97:*9*
**urging**  56:*9*
**use**  57:*19*  115:*20*
**user**  121:*20, 23*

**< V >**
**vacation**  19:*11*
**varied**  46:*11*
**various**  55:*17*
**veered**  48:*7*
**Vegan**  55:*24*
**vendor**  122:*6*
**vendors**  49:*23*
**verbal**  6:*8*
**verbally**  6:*13*  101:*10*
**vernacular**  120:*15*
**versus**  4:*7*  9:*1*
**vestibule**  114:*16*
**Video**  2:*20*  4:*5, 13*
62:*21*
**Videoconference**  1:*21*

**VIDEOGRAPHER**
4:*1*  62:*22*  63:*1*
123:*8*
**virtually**  5:*9*
**vocal**  13:*9*
**vs**  1:*4*, *11*
**vulgar**  40:*8*  43:*24*
**vying**  102:*8*, *11*, *12*
103:*4*, *10*

**< W >**
**Wait**  96:*10*
**waited**  93:*11*
**waiting**  97:*13*
**walked**  29:*20*  68:*2*
96:*24*
**walking**  67:*3*, *15*
**want**  5:*17*  13:*12*
14:*7*  16:*24*  20:*13*
24:*22*, *24*  27:*11*  31:*5*
39:*18*  43:*11*  50:*21*
51:*23*  58:*15*  62:*15*
63:*8*  67:*2*, *14*  68:*6*,
*13*  73:*4*, *8*  79:*8*
83:*24*  84:*5*  88:*9*, *14*
90:*9*, *13*  91:*19*  92:*9*
95:*24*  101:*3*  102:*18*,
*22*  104:*3*, *14*  107:*22*
108:*22*  120:*12*
**wanted**  15:*21*  16:*8*
18:*10*  20:*21*  23:*10*
27:*4*  34:*6*  35:*6*, *8*
46:*24*  53:*5*  56:*1*, *23*
68:*14*  71:*12*  77:*5*
80:*12*, *13*  81:*17*
91:*11*  94:*4*  95:*13*, *23*
100:*19*, *21*, *23*  101:*11*,
*12*, *13*  106:*13*  107:*2*
116:*10*
**wanting**  28:*19*
**wash**  76:*3*
**Washington**  10:*10*
**watcher**  25:*2*
**watching**  27:*22*  47:*6*
114:*13*
**way**  17:*4*, *14*  21:*15*
29:*3*  32:*5*  47:*2*
55:*16*  57:*5*  61:*15*
63:*21*  65:*22*  82:*14*

96:*23*  101:*14*  104:*6*
116:*10*
**weave**  93:*24*
**wedge**  21:*6*, *7*  23:*18*
26:*9*, *18*, *23*  29:*18*
31:*10*  33:*17*
**week**  19:*18*  78:*5*
90:*10*
**weekly**  22:*15*  37:*15*,
*16*  38:*22*
**weeks**  80:*12*  81:*10*
119:*19*
**weight**  101:*18*
**weird**  62:*9*
**well**  12:*11*  16:*19*
20:*11*  23:*12*  26:*4*, *16*,
*22*  31:*12*  35:*4*  36:*11*,
*21*  47:*11*  52:*3*  55:*17*
56:*24*  58:*1*  66:*10*
78:*23*  81:*23*  82:*5*
83:*20*, *23*  85:*17*  94:*9*
104:*19*  112:*3*  115:*15*
**well-founded**  36:*20*
**went**  27:*1*  32:*17*
35:*22*  59:*21*  64:*3*, *11*
68:*20*  80:*19*  89:*4*
96:*15*, *18*, *22*  105:*11*
118:*9*  122:*9*
**we're**  52:*6*  59:*16*
60:*16*  61:*15*  66:*1*, *2*
78:*12*  79:*13*  81:*7*
110:*22*  114:*4*  116:*15*
120:*17*
**we've**  67:*16*
**whereof**  125:*20*
**wife**  16:*19*  48:*11*
86:*21*  118:*11*
**Williams**  2:*16*
**Wilmington**  2:*11*
**wiped**  121:*9*, *16*
122:*2*
**Wise**  1:*21*  4:*15*
125:*3*, *16*, *23*
**witness**  4:*19*  78:*2*
82:*20*, *22*  125:*5*, *13*
**woman**  107:*1*
**women**  22:*22*  30:*2*
41:*6*, *8*  73:*17*  77:*19*
79:*11*  83:*15*  88:*23*
89:*9*, *14*, *18*  92:*2*

93:*18*  94:*15*  95:*17*
104:*10*, *18*  107:*12*
**word**  6:*9*  74:*14*
115:*20*
**words**  15:*24*  40:*17*,
*23*
**work**  9:*8*  11:*6*, *9*
13:*14*  15:*5*  22:*6*, *13*
25:*9*, *16*  29:*8*  31:*13*
33:*7*  35:*10*, *12*, *24*
36:*3*, *17*, *19*  37:*12*
38:*7*  41:*20*, *21*  44:*17*
47:*18*  49:*11*, *16*  51:*6*
55:*19*  56:*5*  57:*12*
59:*20*  61:*5*  65:*16*, *21*,
*22*  86:*21*  87:*3*  89:*1*
90:*10*, *13*  91:*8*  97:*12*
98:*13*, *24*  99:*2*, *12*, *24*
100:*6*  106:*21*, *22*
114:*21*  119:*9*, *12*
120:*2*  122:*15*, *18*
**worked**  14:*18*  28:*22*
29:*20*  60:*15*  73:*17*
116:*14*  119:*19*
**working**  11:*2*  14:*22*
15:*17*  59:*22*, *23*  64:*6*
89:*11*  120:*1*
**workplace**  24:*22*
41:*22*  43:*5*  59:*4*, *11*,
*13*
**workshop**  43:*7*, *8*
**world**  60:*15*
**worse**  25:*10*
**worst**  109:*11*
**wracking**  52:*21*
**write**  118:*8*
**writing**  36:*23*  37:*2*
**written**  81:*15*  84:*14*
110:*5*
**wrong**  89:*24*  117:*9*
**wronged**  76:*21*
**wrote**  63:*17*  64:*21*,
*22*  67:*8*  82:*17*
110:*14*

**< Y >**
**Yeah**  8:*8*, *12*, *14*, *22*
10:*15*  18:*6*, *15*  19:*24*
22:*17*  30:*4*  36:*14*, *15*
38:*13*  40:*16*  44:*21*,

23  45:*16*  46:*5*  51:*1*,
*20*  52:*14*  54:*11*, *22*
59:*18*  60:*9*  61:*14*, *19*,
*21*  63:*18*  65:*2*, *10*
66:*3*, *14*  72:*15*, *16*, *19*
74:*16*  78:*19*, *24*  79:*4*
81:*14*  85:*22*  86:*16*,
*18*  92:*7*, *12*, *13*, *22*
93:*8*  97:*7*  100:*7*
103:*21*  104:*24*
109:*10*  112:*3*  113:*9*,
*11*, *21*  115:*6*  117:*8*
118:*6*  119:*18*  120:*11*
121:*2*  122:*20*
**year**  24:*1*  25:*15*, *16*
109:*11*
**years**  10:*5*  15:*3*  42:*4*
**Year's**  85:*5*
**yelled**  27:*19*  28:*3*
**yelling**  13:*8*  40:*6*
65:*11*
**Yep**  6:*15*  62:*5*
73:*11*  112:*9*  114:*5*
**yesterday**  108:*4*
112:*11*
**Yonchek**  80:*1*
**York**  79:*21*  80:*14*
**young**  42:*8*, *9*
**younger**  90:*21*

**< Z >**
**Zionism**  120:*10*
**Zionist**  119:*9*  120:*3*,
*7*, *16*, *19*
**ZOA**  106:*16*, *23*
120:*6*
**Zoom**  1:*21*  5:*13*

Deposition of Matthew Bennett                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

## WORD LIST

**< 1 >**
**1**  *(2)*
**10**  *(1)*
**10:13**  *(2)*
**10:18**  *(1)*
**10:25**  *(1)*
**11:18**  *(2)*
**11:22**  *(2)*
**11:28**  *(1)*
**11:36**  *(1)*
**12**  *(4)*
**12:55**  *(1)*
**13th**  *(1)*
**15**  *(1)*
**16th**  *(2)*
**17**  *(1)*
**17:27**  *(2)*
**17:29**  *(1)*
**1835**  *(1)*
**19103**  *(1)*
**19801**  *(1)*
**1st**  *(8)*

**< 2 >**
**2**  *(1)*
**2:19-cv-06078-JMG**
  *(1)*
**2:19-CV-07078-JMG**
  *(1)*
**200**  *(1)*
**2016**  *(4)*
**2017**  *(2)*
**2018**  *(16)*
**2019**  *(5)*
**2021**  *(5)*
**215.391.4790**  *(1)*
**24/7**  *(1)*
**25**  *(1)*
**26**  *(3)*
**2950**  *(1)*

**< 3 >**
**3**  *(1)*
**3:00**  *(2)*
**30**  *(3)*
**30,000**  *(1)*
**301**  *(1)*

**302.250.4748**  *(1)*
**30th**  *(1)*
**31st**  *(2)*

**< 4 >**
**4th**  *(1)*

**< 5 >**
**5**  *(1)*
**5:27**  *(1)*
**50**  *(1)*
**5th**  *(5)*

**< 6 >**
**60**  *(1)*

**< 7 >**
**70**  *(1)*

**< 8 >**
**824**  *(1)*
**8th**  *(1)*

**< 9 >**
**9**  *(1)*
**9:09**  *(2)*
**9th**  *(1)*

**< A >**
**a.m**  *(8)*
**ability**  *(3)*
**able**  *(7)*
**accept**  *(1)*
**acceptable**  *(3)*
**accepted**  *(1)*
**access**  *(1)*
**account**  *(6)*
**accountable**  *(1)*
**accounted**  *(1)*
**accounting**  *(1)*
**accuracy**  *(2)*
**accurately**  *(1)*
**Acting**  *(3)*
**actions**  *(3)*
**activities**  *(3)*
**admin**  *(2)*
**administrative**  *(1)*
**administratively**  *(1)*
**administrator**  *(1)*

**admiration**  *(1)*
**advised**  *(1)*
**advocating**  *(1)*
**affirmed**  *(3)*
**aforesaid**  *(1)*
**afraid**  *(1)*
**African-American**  *(1)*
**aggressive**  *(2)*
**aggressively**  *(3)*
**ago**  *(3)*
**agonizing**  *(1)*
**agree**  *(2)*
**agreed**  *(2)*
**ahead**  *(11)*
**airport**  *(1)*
**akin**  *(1)*
**al**  *(1)*
**Alex**  *(3)*
**allegation**  *(2)*
**allegations**  *(10)*
**alleged**  *(1)*
**all-staff**  *(1)*
**Alpha**  *(2)*
**America**  *(2)*
**American**  *(2)*
**amount**  *(1)*
**Amrhein**  *(1)*
**annual**  *(1)*
**answer**  *(47)*
**answered**  *(3)*
**answers**  *(6)*
**anybody**  *(17)*
**anybody's**  *(1)*
**anymore**  *(5)*
**anytime**  *(1)*
**anyway**  *(1)*
**apologize**  *(1)*
**APPEARANCES**  *(1)*
**appeared**  *(1)*
**appearing**  *(1)*
**Apple**  *(1)*
**applied**  *(1)*
**approach**  *(1)*
**appropriate**  *(2)*
**approved**  *(1)*
**approximately**  *(2)*
**Arch**  *(2)*
**arguing**  *(3)*
**argument**  *(3)*

**arms**  *(2)*
**arrived**  *(1)*
**articles**  *(1)*
**ascertain**  *(1)*
**asked**  *(34)*
**asking**  *(18)*
**assassination**  *(1)*
**assembly**  *(1)*
**assessment**  *(1)*
**assignments**  *(3)*
**assistance**  *(1)*
**assistant**  *(4)*
**associate**  *(1)*
**assume**  *(2)*
**atmosphere**  *(1)*
**attacked**  *(1)*
**attended**  *(1)*
**attention**  *(2)*
**attire**  *(1)*
**attorneys**  *(1)*
**audio**  *(2)*
**authority**  *(3)*
**authorize**  *(2)*
**available**  *(1)*
**average**  *(1)*
**Aviv**  *(1)*
**avoid**  *(1)*
**aware**  *(15)*
**awkward**  *(1)*

**< B >**
**baby**  *(4)*
**Baby-sat**  *(1)*
**babysitter**  *(1)*
**back**  *(26)*
**background**  *(3)*
**bad**  *(2)*
**badmouthing**  *(2)*
**balance**  *(1)*
**bank**  *(1)*
**bar**  *(1)*
**Barbounis**  *(7)*
**based**  *(2)*
**bathroom**  *(3)*
**bear**  *(2)*
**beers**  *(1)*
**began**  *(4)*
**beginning**  *(5)*
**behavior**  *(1)*

Deposition of Matthew Bennett                                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

beholder  (1)
belief  (2)
believe  (72)
believed  (10)
believes  (1)
believing  (2)
bench  (1)
BENNETT  (11)
best  (6)
better  (9)
big  (7)
birthday  (2)
bit  (1)
black  (2)
blah  (3)
blank  (1)
bluffing  (5)
blurt  (1)
blurted  (1)
board  (1)
bolster  (1)
bonuses  (1)
books  (2)
boost  (1)
borderline  (1)
boss  (1)
bothered  (1)
bottom  (2)
Brady's  (1)
brain  (1)
break  (2)
breakdown  (1)
brief  (2)
bring  (2)
bringing  (1)
Brockman  (1)
brunt  (1)
buddy  (2)
buffet  (1)
building  (2)
Bumble  (1)
bump  (1)
business  (3)

< C >
call  (11)
called  (18)
calling  (2)
calls  (1)

camera  (3)
cameras  (1)
campaign  (1)
cancer  (1)
cap  (1)
capable  (3)
capacities  (1)
capacity  (1)
car  (1)
card  (1)
cared  (1)
careful  (1)
carefully  (1)
caring  (1)
Carlton  (1)
Case  (11)
cast  (2)
casual  (3)
caused  (1)
caveat  (1)
Center  (1)
certain  (3)
Certainly  (6)
CERTIFICATE  (1)
certify  (4)
cetera  (6)
champagne  (1)
chance  (2)
change  (5)
changed  (3)
changes  (2)
changing  (1)
characterize  (1)
checked  (1)
Chestnut  (2)
chewed  (1)
childhood  (1)
children  (1)
Christmas  (1)
circulated  (1)
circumstances  (1)
City  (3)
claims  (1)
clarify  (2)
CLARK  (1)
classify  (1)
cleaned  (2)
clear  (5)
clock  (2)

closed  (3)
closed-door  (4)
closer  (7)
closest  (2)
clothes  (1)
cock  (1)
cocks  (1)
cocktails  (2)
coerced  (1)
coffee  (2)
cohesive  (1)
colleague  (1)
colleagues  (1)
colloquial  (1)
combative  (1)
come  (10)
comes  (1)
comfort  (1)
comfortable  (1)
coming  (7)
comment  (3)
comments  (3)
COMMONWEALTH  (1)
communicate  (9)
communicated  (3)
communicating  (2)
communication  (2)
Communications  (6)
communications-related  (1)
compared  (1)
compensate  (1)
competing  (2)
competitive  (1)
complain  (1)
complained  (3)
complaining  (2)
complaint  (11)
complaints  (17)
complete  (3)
compromising  (1)
computer  (2)
computer-aided  (1)
concerns  (1)
concise  (1)
condition  (1)
conducted  (1)
conduit  (5)

conference  (2)
confirm  (2)
confronted  (1)
confused  (1)
connected  (1)
conspired  (1)
constant  (1)
constantly  (1)
contact  (1)
contacting  (1)
containing  (1)
context  (2)
Continental  (1)
continue  (1)
continued  (4)
contradict  (1)
contributed  (2)
contributes  (1)
contribution  (1)
control  (4)
conversation  (14)
conversations  (1)
coordinate  (1)
cordial  (1)
Correct  (20)
correctly  (1)
corresponding  (1)
Counsel  (8)
Counterclaim  (2)
COUNTY  (1)
couple  (1)
course  (1)
Court  (10)
co-workers  (1)
crazy  (2)
creating  (1)
credentials  (3)
crossed  (2)
crying  (1)
cuff  (1)
curious  (1)
current  (2)
cursive  (1)
cursor  (1)
cut  (3)

< D >
D.C  (2)
D0006058  (1)

Deposition of Matthew Bennett                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

dad  *(4)*
D'Ambra  *(1)*
danced  *(1)*
DANIEL  *(27)*
database  *(4)*
date  *(9)*
DATE/TIME  *(1)*
dating  *(5)*
daughter  *(6)*
daughter's  *(2)*
day  *(27)*
days  *(4)*
day-to-day  *(3)*
DC  *(1)*
DE  *(1)*
dealing  *(2)*
debatable  *(1)*
December  *(4)*
declined  *(2)*
decorated  *(1)*
decorations  *(2)*
defend  *(1)*
Defendant  *(4)*
Defendants  *(1)*
defended  *(2)*
defending  *(1)*
definitely  *(9)*
degree  *(1)*
Delaney  *(8)*
deleted  *(2)*
deliver  *(1)*
delivered  *(1)*
departure  *(1)*
DEPONENT  *(24)*
deposition  *(14)*
depositions  *(2)*
DEREK  *(1)*
describe  *(3)*
described  *(2)*
describing  *(2)*
deserve  *(3)*
deserved  *(1)*
desire  *(5)*
desired  *(1)*
desires  *(1)*
desk  *(2)*
destiny  *(1)*
detail  *(1)*
details  *(1)*

deteriorating  *(2)*
deterioration  *(1)*
detract  *(1)*
Development  *(8)*
device  *(1)*
DiBANCA  *(31)*
DiBianca  *(1)*
died  *(1)*
different  *(5)*
difficult  *(2)*
diligent  *(1)*
diminish  *(1)*
direct  *(7)*
directed  *(1)*
direction  *(2)*
directive  *(1)*
directly  *(9)*
Director  *(30)*
dirt  *(1)*
dirty  *(1)*
disagree  *(1)*
disbelieve  *(5)*
disciplinary  *(1)*
disciplined  *(3)*
disconnect  *(1)*
discover  *(1)*
discovery  *(1)*
discuss  *(1)*
discussed  *(2)*
discussing  *(1)*
discussion  *(2)*
disliked  *(1)*
dispute  *(1)*
DISTRICT  *(4)*
divide  *(2)*
docket  *(1)*
document  *(2)*
documents  *(2)*
doing  *(25)*
donor  *(3)*
door  *(4)*
doors  *(1)*
doubt  *(3)*
doubted  *(1)*
downward  *(1)*
Dr  *(22)*
Draconian  *(1)*
draw  *(1)*
dressed  *(2)*

drinking  *(1)*
drinks  *(1)*
drive  *(9)*
driving  *(1)*
dropped  *(1)*
drove  *(1)*
dual  *(1)*
duly  *(3)*

< E >
early  *(3)*
East  *(7)*
EASTERN  *(7)*
eat  *(1)*
eating  *(2)*
EBERT  *(1)*
effectively  *(1)*
efforts  *(1)*
either  *(8)*
e-mail  *(4)*
e-mails  *(1)*
Eman  *(17)*
Eman's  *(3)*
embarrassing  *(2)*
employed  *(1)*
employee  *(2)*
employees  *(2)*
employment  *(2)*
enduring  *(1)*
enemy  *(1)*
engineered  *(1)*
entire  *(3)*
entirety  *(2)*
environment  *(7)*
episode  *(1)*
equal  *(1)*
Erica  *(6)*
erica@clarkhill.com  *(1)*
escapades  *(1)*
escorted  *(1)*
especially  *(3)*
Esquire  *(3)*
et  *(7)*
evening  *(1)*
event  *(4)*
events  *(2)*
eventual  *(1)*
eventually  *(3)*

Everest  *(2)*
everybody  *(25)*
everyday  *(1)*
everything's  *(1)*
evident  *(2)*
exact  *(2)*
exactly  *(6)*
EXAMINATION  *(2)*
example  *(2)*
examples  *(3)*
exchange  *(1)*
exchanged  *(4)*
exchanging  *(1)*
execute  *(2)*
executive  *(3)*
exercise  *(3)*
ex-husband  *(1)*
existed  *(1)*
exists  *(1)*
expected  *(1)*
expenses  *(1)*
experience  *(1)*
explicit  *(3)*
explosive  *(2)*
expressed  *(1)*
expressing  *(1)*
expressly  *(1)*
extent  *(2)*
extrapolate  *(1)*
eyes  *(1)*

< F >
fabricated  *(1)*
fabulous  *(1)*
face  *(4)*
Facebook  *(4)*
fact  *(7)*
factored  *(1)*
fair  *(9)*
fairness  *(2)*
fall  *(1)*
fallout  *(1)*
family  *(4)*
fan  *(2)*
far  *(1)*
fast  *(1)*
faster  *(1)*
father  *(1)*
fault  *(1)*

Deposition of Matthew Bennett                                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

February *(2)*
feel *(10)*
feeling *(7)*
feels *(1)*
feet *(1)*
felt *(16)*
females *(2)*
fiance *(1)*
field *(1)*
fight *(1)*
fighting *(2)*
figure *(5)*
filed *(3)*
files *(1)*
final *(1)*
finally *(3)*
finance *(4)*
finance-wise *(1)*
find *(1)*
fine *(11)*
finger *(1)*
finish *(4)*
Fink *(2)*
fire *(3)*
fired *(7)*
first *(17)*
firsthand *(2)*
fist *(1)*
fitness *(2)*
five *(3)*
five-minute *(1)*
five-month *(1)*
flag *(1)*
flags *(1)*
flying *(1)*
follow *(1)*
followed *(1)*
follower *(1)*
following *(3)*
follows *(1)*
follow-up *(1)*
food *(1)*
football *(2)*
force *(2)*
foregoing *(2)*
foreign *(2)*
forever *(1)*
forget *(2)*
forgot *(1)*

form *(8)*
formal *(2)*
forth *(1)*
FORUM *(24)*
forward *(2)*
found *(3)*
Foundation *(1)*
founded *(1)*
four *(3)*
fraternity *(1)*
free *(1)*
friend *(3)*
friendly *(1)*
friends *(10)*
front *(3)*
fruitfulness *(1)*
fruition *(1)*
fucked *(1)*
fucking *(2)*
fulfill *(2)*
full *(2)*
fundraising *(6)*
funny *(1)*
further *(3)*
future *(1)*
FYI *(1)*

< G >
Game *(3)*
Gary *(8)*
gathered *(1)*
gears *(2)*
general *(7)*
generalization *(1)*
generally *(2)*
genuine *(1)*
genuinely *(1)*
getting *(3)*
gift *(1)*
girl *(1)*
girls *(3)*
gist *(2)*
give *(13)*
given *(7)*
giving *(1)*
glanced *(1)*
glasses *(1)*
glossed *(1)*
go *(45)*

going *(48)*
going-away *(1)*
gonna *(25)*
Good *(14)*
goodbye *(1)*
Google *(3)*
gotten *(2)*
grab *(1)*
GREGG *(66)*
Gregg's *(10)*
ground *(2)*
GROUP *(1)*
guard *(1)*
guess *(38)*
guessing *(1)*
guests *(1)*
guy *(5)*
guys *(6)*

< H >
Halloween *(1)*
hammer *(1)*
hand *(3)*
handed *(1)*
handing *(1)*
handle *(1)*
handled *(1)*
handwritten *(1)*
Hanukkah *(1)*
happened *(15)*
happening *(2)*
happens *(1)*
happily *(1)*
happy *(10)*
harassed *(1)*
harasser's *(1)*
harassing *(1)*
harassment *(4)*
hard *(4)*
harder *(1)*
hardest *(1)*
hat *(3)*
hats *(1)*
head *(7)*
heads *(2)*
hear *(5)*
heard *(2)*
hearing *(2)*
heart *(2)*

held *(4)*
help *(2)*
helped *(1)*
hereunto *(1)*
hey *(3)*
hierarchy *(1)*
highest *(1)*
HILL *(1)*
hindsight *(1)*
hired *(11)*
historical *(1)*
hold *(3)*
holiday *(1)*
Holly *(1)*
home *(6)*
honest *(1)*
hook *(1)*
horrible *(1)*
hosted *(1)*
hour *(6)*
hours *(4)*
house *(3)*
hovering *(1)*
How's *(1)*
HR *(5)*
huh-uh *(1)*
Hung *(1)*
hurt *(1)*
hurtful *(1)*
husband *(2)*

< I >
idea *(1)*
ideas *(2)*
ignore *(1)*
imagine *(4)*
immediately *(4)*
impatiently *(1)*
impede *(1)*
implement *(1)*
important *(3)*
impression *(1)*
inappropriately *(1)*
incidents *(3)*
INDEX *(1)*
Indian *(2)*
indicated *(1)*
indicative *(1)*
individually *(3)*

individuals *(3)*
influence *(1)*
information *(4)*
information-gathering *(1)*
informed *(2)*
In-house *(2)*
initially *(5)*
injected *(1)*
inquiry *(1)*
inserting *(1)*
inspiration *(1)*
inspired *(1)*
instantly *(1)*
instated *(1)*
instructed *(2)*
intelligent *(1)*
intended *(1)*
interactions *(2)*
interested *(2)*
interests *(1)*
interject *(1)*
intermediary *(1)*
intern *(3)*
internal *(2)*
international *(1)*
interns *(2)*
inter-personal *(1)*
interrupt *(6)*
interrupting *(1)*
intervened *(1)*
interviewed *(2)*
introduce *(2)*
invent *(1)*
investigate *(3)*
investigating *(1)*
investigation *(1)*
invited *(3)*
inviting *(1)*
involved *(2)*
iron *(1)*
Israel *(3)*
issue *(16)*
issues *(9)*
its *(1)*

< J >
Jakob *(6)*
Jamaica *(4)*

janitors *(1)*
January *(5)*
Jason *(1)*
Jewish *(1)*
job *(13)*
jobs *(3)*
joined *(1)*
joining *(1)*
joke *(1)*
joked *(1)*
jovial *(1)*
Joyce *(5)*
Joyce's *(1)*
judgment *(1)*
Judy *(4)*
jumping *(1)*

< K >
Katrina *(15)*
Katrina's *(3)*
keep *(2)*
Ken *(1)*
kid *(1)*
kids *(1)*
kind *(4)*
knew *(11)*
Knocked *(1)*
know *(265)*
knowing *(3)*
knowingly *(1)*
knowledge *(17)*
known *(2)*
knows *(3)*

< L >
laid *(1)*
LANCASTER *(1)*
language *(1)*
laptop *(5)*
Lara *(17)*
Lara's *(2)*
Larry *(1)*
late *(1)*
Laura *(21)*
Laura's *(1)*
LAW *(2)*
lawyer *(1)*
lead *(3)*
leader *(1)*

lead-in *(1)*
leading *(1)*
Leah *(1)*
learn *(1)*
leave *(3)*
leaving *(2)*
led *(5)*
Lee *(2)*
left *(16)*
left-of-center *(1)*
legal *(1)*
lesson *(1)*
letter *(3)*
letting *(1)*
liaison *(1)*
lie *(1)*
life *(6)*
light *(2)*
Likewise *(1)*
limit *(1)*
line *(3)*
lines *(6)*
Lisa *(64)*
Lisa's *(3)*
listed *(2)*
listen *(1)*
literally *(1)*
little *(5)*
live *(1)*
local *(1)*
lockdown *(1)*
lodged *(1)*
log *(1)*
logged *(1)*
long *(3)*
longer *(7)*
look *(9)*
looking *(6)*
loosened *(1)*
lost *(3)*
lot *(8)*
lots *(2)*
loud *(1)*
love *(2)*
loveable *(1)*
loyalist *(1)*
lunatic *(1)*
lunch *(4)*
lying *(1)*

< M >
mad *(1)*
mailchimp *(1)*
main *(2)*
Mainen *(1)*
making *(8)*
male *(1)*
males *(1)*
malign *(1)*
man *(2)*
manage *(3)*
managed *(2)*
management *(3)*
manager *(1)*
managerial *(1)*
manages *(1)*
managing *(3)*
marathon *(1)*
Marc *(1)*
March *(5)*
Maria *(1)*
Mark *(1)*
Market *(3)*
marketing-type *(1)*
MARNIE *(128)*
Marnie's *(5)*
marriage *(1)*
Master's *(1)*
Matt *(16)*
matter *(2)*
MATTHEW *(9)*
Matt's *(1)*
McNulty *(4)*
mdibianca@clarkhill.c
om *(1)*
mean *(75)*
meaning *(4)*
means *(3)*
meant *(2)*
medical *(1)*
medication *(1)*
meet *(7)*
meeting *(46)*
meetings *(4)*
MEF *(15)*
member *(3)*
members *(1)*
memories *(1)*

memory *(1)*
mentality *(1)*
mentioned *(11)*
mess *(1)*
message *(11)*
Messaged *(3)*
messages *(15)*
messaging *(1)*
met *(3)*
Meyer *(1)*
Microsoft *(1)*
MIDDLE *(12)*
migrate *(1)*
migrating *(1)*
migration *(2)*
military *(1)*
mind *(3)*
minute *(3)*
minutes *(8)*
mission *(2)*
misspell *(1)*
misspellings *(3)*
mistakes *(1)*
Molly *(1)*
money *(2)*
monitor *(1)*
month *(2)*
months *(6)*
morning *(8)*
motions *(1)*
motivate *(2)*
mouth *(2)*
move *(1)*
moved *(1)*
multi-denominational *(1)*
mute *(3)*
muted *(1)*

< N >
name *(6)*
named *(6)*
nap *(1)*
narrative *(2)*
national *(2)*
NATO *(1)*
natural *(1)*
naturally *(4)*
nature *(8)*

need *(11)*
needed *(7)*
needs *(2)*
neither *(1)*
never *(21)*
New *(9)*
newborn *(1)*
newsletter *(1)*
newsletters *(2)*
night *(2)*
Ninety-five *(1)*
nod *(2)*
nOg *(1)*
noise *(1)*
non-profit *(3)*
non-profits *(1)*
North *(1)*
Notary *(3)*
noted *(2)*
November *(13)*
Number *(3)*

< O >
object *(10)*
objection *(4)*
O'BRIEN *(8)*
O'Brien's *(2)*
observation *(1)*
observed *(1)*
obsession *(1)*
obvious *(4)*
obviously *(14)*
occasions *(2)*
occupying *(1)*
occur *(2)*
occurred *(1)*
October *(5)*
odd *(1)*
offended *(1)*
offered *(1)*
office *(72)*
offices *(5)*
official *(1)*
oh *(12)*
Okay *(67)*
older *(1)*
once *(5)*
one-by-one *(1)*
online *(1)*

oOo *(1)*
open *(5)*
operate *(1)*
opinion *(1)*
opportunity *(2)*
opposite *(3)*
oral *(1)*
Order *(1)*
organization *(27)*
organize *(1)*
originally *(3)*
other's *(1)*
outside *(3)*
overall *(1)*
oversight *(1)*

< P >
p.m *(1)*
PA *(1)*
pack *(1)*
PAGE *(6)*
pages *(2)*
panel *(1)*
papers *(1)*
paperwork *(6)*
parliamentary *(1)*
part *(3)*
particular *(1)*
particularly *(1)*
parties *(1)*
party *(3)*
pass-thru *(1)*
password *(3)*
passwords *(2)*
Pat *(2)*
Patricia *(4)*
pattern *(1)*
Paul *(1)*
paycheck *(1)*
paying *(2)*
payroll *(1)*
PENNSYLVANIA *(3)*
people *(40)*
people's *(1)*
perceived *(1)*
percent *(3)*
Perfect *(2)*
perfectly *(2)*
perform *(1)*

performance *(4)*
performing *(1)*
period *(2)*
permit *(1)*
permitted *(1)*
person *(35)*
personal *(4)*
personalities *(1)*
personality *(4)*
personally *(2)*
perspective *(6)*
Philadelphia *(8)*
phone *(10)*
phrase *(1)*
phrased *(1)*
physically *(4)*
pick *(2)*
picture *(4)*
pink *(4)*
pinpoint *(2)*
PIPES *(27)*
pizza *(1)*
PLACE *(8)*
Plaintiff *(4)*
plan *(1)*
plans *(1)*
platform *(1)*
play *(1)*
played *(1)*
plays *(1)*
PLC *(1)*
please *(4)*
PLLC *(1)*
point *(20)*
pointed *(1)*
pointing *(3)*
policy *(2)*
poorly-worded *(1)*
popping *(1)*
position *(9)*
positions *(1)*
positive *(1)*
post-November *(2)*
power *(1)*
predator *(2)*
prefer *(1)*
preferred *(2)*
pregnant *(2)*
pre-November *(2)*

preparing  (2)
PRESENT  (3)
presented  (1)
pretty  (4)
previously  (1)
print  (1)
prior  (9)
privacy  (1)
privy  (1)
probably  (15)
problem  (7)
proceeded  (1)
proceeding  (1)
process  (2)
product  (2)
products  (1)
professional  (2)
professionally  (1)
profile  (1)
progressed  (1)
pro-Israel  (2)
Projects  (3)
promise  (1)
promised  (1)
promoted  (2)
promotions  (1)
proof  (1)
proponent  (1)
propounded  (1)
proprietary  (1)
propriety  (1)
protect  (1)
prove  (2)
provide  (1)
providing  (1)
prying  (1)
psychological  (1)
Public  (3)
published  (1)
pull  (5)
pulling  (1)
purchase  (2)
purpose  (2)
purposes  (2)
push  (1)
pushing  (4)
pussy  (4)
put  (11)
putting  (3)

< Q >
qualifications  (1)
qualified  (3)
quality  (2)
qualm  (1)
question  (60)
questioning  (1)
questions  (12)
question's  (1)
quickly  (2)
quite  (1)

< R >
raise  (3)
raised  (7)
raises  (1)
raising  (1)
ran  (1)
randomly  (1)
range  (1)
ranges  (1)
ranking  (1)
reaction  (1)
read  (8)
reading  (2)
ready  (2)
real  (1)
realized  (2)
realizing  (1)
really  (14)
reason  (6)
reasons  (2)
recall  (23)
recalled  (1)
recalling  (2)
receive  (3)
received  (4)
receiving  (2)
Recess  (1)
recollection  (6)
recollections  (1)
recommended  (1)
reconcile  (1)
reconciliation  (1)
record  (12)
recorded  (1)
recount  (1)
reduced  (1)

refer  (1)
referee  (1)
referencing  (1)
referring  (11)
regard  (6)
regarding  (1)
regularly  (1)
reimbursements  (1)
related  (1)
relations  (2)
relationship  (16)
relationships  (2)
relevant  (1)
rely  (1)
remain  (2)
remark  (3)
remember  (43)
remind  (2)
remote  (3)
removed  (7)
removing  (1)
rent  (3)
repeat  (4)
repeated  (1)
rephrase  (1)
replied  (3)
report  (3)
reported  (2)
REPORTER  (9)
Reporting  (2)
reports  (2)
represent  (1)
reprimand  (1)
reprimanded  (1)
required  (1)
resigned  (4)
respect  (2)
respective  (1)
respond  (1)
response  (4)
responsibilities  (4)
responsibility  (4)
rest  (6)
restaurant  (4)
result  (1)
retrospect  (1)
return  (1)
review  (3)
reviewed  (2)

reviews  (1)
rewind  (1)
rid  (1)
ridiculous  (3)
right  (25)
rise  (2)
RMR  (4)
role  (16)
roles  (4)
Roll  (1)
ROMAN  (25)
Roman's  (2)
room  (3)
Rosie  (2)
Rosiebell  (4)
rough  (1)
rum  (1)
rumor  (5)
rumors  (1)
run  (4)
runner  (1)

< S >
sake  (1)
sales  (1)
SalesForce  (2)
sat  (2)
satisfactory  (1)
saw  (8)
saying  (28)
says  (2)
scared  (1)
scenario  (1)
scenes  (2)
schedule  (2)
scrapper  (2)
screamed  (2)
screaming  (1)
screen  (2)
scripted  (1)
scroll  (4)
scrolled  (1)
scrutinize  (1)
search  (1)
searching  (1)
second  (4)
security  (2)
see  (23)
seeing  (1)

Deposition of Matthew Bennett                    Marnie O'Brien v. Middle Eastern Forum, Daniel Pipes & Gregg Roman

seek *(1)*
sending *(1)*
sense *(4)*
sensitivity *(1)*
sent *(10)*
separated *(2)*
separation *(7)*
serious *(1)*
served *(3)*
server *(2)*
set *(1)*
Seth *(1)*
setting *(1)*
sex *(3)*
sexual *(6)*
sexually *(1)*
shake *(1)*
share *(1)*
shared *(1)*
shed *(1)*
She'd *(1)*
shift *(2)*
Shikunov *(46)*
shortly *(1)*
shot *(1)*
shouting *(2)*
shove *(1)*
show *(2)*
showed *(4)*
shown *(1)*
shy *(1)*
sic *(1)*
side *(2)*
sign *(2)*
simply *(2)*
single *(5)*
sir *(10)*
sister *(1)*
sit *(4)*
sitting *(4)*
situation *(4)*
six *(2)*
skills *(1)*
slammed *(1)*
sleep *(1)*
slept *(4)*
smart *(1)*
smelled *(1)*
smiling *(1)*

SMITH *(1)*
smoking *(1)*
social *(2)*
socialize *(3)*
socialized *(2)*
socializing *(1)*
somebody *(7)*
something's *(2)*
son *(1)*
soon *(2)*
Sorry *(23)*
sort *(11)*
sound *(1)*
sounds *(1)*
space *(1)*
speak *(10)*
speakers *(1)*
speaking *(4)*
Special *(3)*
Specialist *(2)*
specific *(10)*
specifically *(5)*
specifics *(2)*
spelling *(1)*
spending *(1)*
spent *(1)*
spoke *(3)*
spread *(3)*
spy *(1)*
SS *(1)*
Stacy *(18)*
staff *(17)*
stake *(3)*
stamped *(1)*
standing *(1)*
stands *(2)*
Starbucks *(4)*
start *(7)*
started *(27)*
starting *(5)*
state *(2)*
stated *(3)*
statements *(1)*
STATES *(2)*
stating *(1)*
station *(1)*
status *(1)*
stay *(3)*
stayed *(2)*

stenographic *(1)*
stenographically *(1)*
stepped *(1)*
stick *(1)*
stop *(3)*
stories *(1)*
stormed *(1)*
storming *(1)*
storms *(1)*
story *(2)*
straight *(1)*
strange *(2)*
Street *(5)*
strictly *(2)*
stuff *(10)*
style *(2)*
subordinate *(4)*
subordinates *(2)*
subscribed *(1)*
substance *(2)*
subtract *(1)*
sucking *(1)*
sucks *(1)*
sudden *(1)*
suddenly *(4)*
sufficient *(1)*
suit *(1)*
Suite *(1)*
summary *(2)*
summer *(1)*
supervise *(2)*
supervised *(2)*
supervisor *(6)*
support *(1)*
supposed *(2)*
Sure *(21)*
surprising *(1)*
Survivor *(2)*
suspicion *(1)*
swear *(1)*
sworn *(4)*
system *(1)*
systematically *(2)*

< T >
table *(5)*
take *(10)*
TAKEN *(5)*
talk *(19)*

talked *(8)*
talking *(14)*
tank *(1)*
tasked *(1)*
taught *(2)*
team *(4)*
tech *(1)*
technically *(1)*
technologically *(1)*
teenagers *(1)*
Tel *(1)*
telegram *(8)*
telegrammed *(3)*
telegrams *(2)*
telegraph *(1)*
tell *(20)*
telling *(14)*
Ten *(1)*
tension *(2)*
tensions *(5)*
term *(1)*
termination *(1)*
terms *(7)*
testified *(8)*
testify *(4)*
testimony *(4)*
text *(6)*
texted *(2)*
texts *(2)*
Thank *(3)*
thanks *(2)*
Thelma *(10)*
thick *(1)*
thing *(10)*
things *(27)*
think *(98)*
thinking *(9)*
thinks *(1)*
third *(1)*
Third-Party *(2)*
thought *(17)*
three *(9)*
threw *(3)*
throat *(1)*
Thrones *(2)*
tie *(1)*
Tiffany *(11)*
time *(65)*
timeframe *(1)*

timekeeping  *(1)*
timeline  *(1)*
times  *(2)*
tir  *(1)*
title  *(2)*
today  *(11)*
Today's  *(2)*
told  *(33)*
tone  *(1)*
top  *(4)*
total  *(1)*
touch  *(1)*
tough  *(1)*
tour  *(1)*
trained  *(2)*
training  *(2)*
trainings  *(1)*
transcript  *(3)*
transcription  *(1)*
transcripts  *(1)*
transpire  *(1)*
transpired  *(2)*
traumatized  *(1)*
travel  *(3)*
trial  *(1)*
Tricia  *(24)*
Tricia's  *(1)*
tried  *(6)*
trip  *(3)*
trouble  *(1)*
true  *(2)*
trust  *(2)*
trusted  *(2)*
truth  *(3)*
truthfully  *(2)*
try  *(3)*
trying  *(25)*
Tuesday  *(1)*
turn  *(4)*
tutorials  *(1)*
tweeting  *(2)*
twice  *(1)*
Twitter  *(2)*
two  *(11)*
two-faced  *(1)*
two-year-old  *(2)*
type  *(3)*
types  *(1)*

< U >
Uber  *(6)*
uh-huh  *(2)*
ultimately  *(1)*
um  *(1)*
unable  *(1)*
unclear  *(2)*
undermine  *(1)*
undermined  *(2)*
undermining  *(2)*
understand  *(10)*
understanding  *(4)*
understood  *(2)*
unfair  *(1)*
unfriend  *(1)*
unhappy  *(2)*
unilaterally  *(1)*
UNITED  *(2)*
university  *(4)*
unknowingly  *(1)*
unnatural  *(3)*
unraveling  *(1)*
untrue  *(2)*
upset  *(2)*
urging  *(1)*
use  *(2)*
user  *(2)*

< V >
vacation  *(1)*
varied  *(1)*
various  *(1)*
veered  *(1)*
Vegan  *(1)*
vendor  *(1)*
vendors  *(1)*
verbal  *(1)*
verbally  *(2)*
vernacular  *(1)*
versus  *(2)*
vestibule  *(1)*
Video  *(4)*
Videoconference  *(1)*
VIDEOGRAPHER  *(4)*
virtually  *(1)*
vocal  *(1)*
vs  *(2)*
vulgar  *(2)*

vying  *(5)*

< W >
Wait  *(2)*
waited  *(1)*
waiting  *(1)*
walked  *(3)*
walking  *(2)*
want  *(41)*
wanted  *(34)*
wanting  *(1)*
wash  *(1)*
Washington  *(1)*
watcher  *(1)*
watching  *(3)*
way  *(16)*
weave  *(1)*
wedge  *(9)*
week  *(3)*
weekly  *(4)*
weeks  *(3)*
weight  *(1)*
weird  *(1)*
well  *(27)*
well-founded  *(1)*
went  *(15)*
we're  *(13)*
we've  *(1)*
whereof  *(1)*
wife  *(5)*
Williams  *(1)*
Wilmington  *(1)*
wiped  *(3)*
Wise  *(5)*
witness  *(6)*
woman  *(1)*
women  *(19)*
word  *(3)*
words  *(3)*
work  *(59)*
worked  *(7)*
working  *(8)*
workplace  *(6)*
workshop  *(2)*
world  *(1)*
worse  *(1)*
worst  *(1)*
wracking  *(1)*
write  *(1)*

writing  *(2)*
written  *(3)*
wrong  *(2)*
wronged  *(1)*
wrote  *(6)*

< Y >
Yeah  *(68)*
year  *(4)*
years  *(4)*
Year's  *(1)*
yelled  *(2)*
yelling  *(3)*
Yep  *(5)*
yesterday  *(2)*
Yonchek  *(1)*
York  *(2)*
young  *(2)*
younger  *(1)*

< Z >
Zionism  *(1)*
Zionist  *(5)*
ZOA  *(3)*
Zoom  *(2)*