# EXHIBIT M

| | |
|---|---|
| To: | Lisa Barbounis[Barbounis@meforum.org] |
| Cc: | Marc Fink[fink@meforum.org] |
| From: | Daniel Pipes[Pipes@MEForum.org] |
| Sent: | Sun 11/4/2018 4:34:17 PM (UTC) |
| Subject: | Allegations and consequences |

Dear Lisa:

I am responding to the allegations you raised on Nov. 1 of improper conduct by Gregg. The Middle East Forum takes these allegations very seriously.

I have investigated this matter and found the following: You say that Gregg made unwanted sexual advances toward you. Gregg maintains that he never made such advances.

But, on learning your reaction, he acknowledges that his conduct was unacceptable and put you in a difficult position. Gregg put this in the context of calling himself a "social junkie" who seeks constant social interaction. He acknowledges this drive led to melding together his business and personal relationships with staffers, male and female alike; he also acknowledges that this mixing of business and personal relations must cease immediately.

In light of the forgoing and considering your stated wish to go on with your work at MEF, I propose several changes:

1. Gregg is no longer your supervisor; if he were to become that again in the future, it would only be with your consent.
2. During business hours, you both agree to limit yourselves, within reason, to professional relations.
3. Outside of business hours, you both agree to no contact other than using MEF e-mail: that is, no after-hours telephone calls, texts, other e-mails, social media, drinks, meals, outings, trips, shared lodgings, and so forth.

Gregg agrees that there will be no retaliation against you whatsoever, now or in the future, for you informing me of this matter. You agree not to wait months to inform me about any problems in the future concerning Gregg, but to do so immediately.

Gregg has been told and accepts that if there is a future case of a credible unwanted sexual advance by him toward a female staffer under his supervision, he will be fired immediately.

In the interests of documenting precisely what happened, I request that you send me a written account of what you already told me about Gregg's unwanted advances toward you.

Finally, I ask you to respond to three questions:

1. Do you agree to my proposed three changes? If not, please specify.
2. Are you satisfied with how the Forum has handled this matter? If not, what additional steps do you request?
3. Do you consider this matter satisfactorily resolved?

Thank you for bringing this matter to my attention, and for your cooperation.

Yours sincerely,

Daniel Pipes

cc: Marc Fink