# EXHIBIT O

Meeting on Gregg Roman November 5, 2018:

DP explained GR would not be joining

MF said this meeting was confidential

DP said he was disappointed in everyone as his motto is "No Surprises" then asked what exactly was going on

Main topics discussed:

- MM and LB and MB fights – said GR was manipulative and MM said he told LB to write up the incident, then told her that LB wrote it up, then offered to let her see a screen shot of what LB wrote. Said she felt manipulated because GR said he had her back and after talking to LB realized that they were being pitted against each other
- Israel trip
    - LB said she didn't understand why it was a big secret, that GR asked her not to be in sight when facetiming with his wife, and that no MEF employee should know she was there
    - Mb said he had put it on the MEF calendar but it was gone the next day
    - MM said she knew about it but didn't know why she needed to keep it a secret from DP
    - LB said she went on a trip to Israel with GR and was asked not to tell anyone in the company she went. Said she didn't see anything wrong with it at first since it was for a secret project until GR asked her to hide while facetiming with his wife. Mentioned inappropriate behavior happened in DC, GR smoked pot in front of other people.
    - SR said for clarification was that the night the 3 girls were laughing about wearing short skirts and being drunk?
    - MM responded with no that was New York. TM said they were all dressed very modestly then.
- Were people afraid of GR
    - Said he was a large man with a temper
    - LB said DY brought in pepper spray because she was afraid of GR today. DY clarified it was still in its packaging
    - LB said DY was always in her office because she was going over what she had to send to GR first since she was afraid
    - SR said she was more afraid of LB with her emotional breakdowns and loud outbursts
    - MM said she had seen SR cry, TM chimed in. SR clarified it was not over GR, but that TM had made a mistake and SR was blamed for it and did not think it was right that TM did not take responsibility
- Financial misuse of funds
    - Business class seats
    - Contactually (paid for by MEF, but employees instructed not to use it)
- People feeling like they were being watched
    - SR explained that it is most companies policies to monitor what sites their employees visit and that they probably felt watched because there was a video feed of the entry way, visibly on display to everyone

- - They mentioned GR called to check in who was there and what they were working on
  - An example was of LB when she was on the phone too long. SR mentioned perhaps it was because of her history of taking personal phone calls throughout the day and her emotional bouts of crying in her office.
- Technology
  - Venders were discussed as to the effectiveness
  - Splash point discussed – SR explained that screen viewing did not mean that passwords were recorded, that was a different program that no one in this office would have access to and that any syncing of personal wifi enabled devices was due to a gmail sync, not the company
- Arthur Stein
  - MB said he didn't know why GR said not to talk to him any more
  - LB said he was a sweet old man and that GR just must not have liked the project. That GR would ridicule Mr. Stein and be rude and Mr. Stein would write to her asking why GR was so mean
- Speaking ill of DP
  - LB said she sent DP a screenshot of GR cursing about him and calling him names
  - MB said GR asked him to put together a list of what DP has said to employees that was inappropriate
  - LB said she had heard about DP's infidelity from GR and a few around the room agreed
- GR asking all contact with DP be sent to him first
  - MM said GR blew his top when he found out she sent financial records to DP that DP asked for without consulting GR first or copying him on the email
  - Many concurred that they needed to send anything to DP through GR first
  - SR said he was probably just making sure that DP wasn't getting bogged down with information he didn't need as was customary with chain of rank organizations
- GR's managerial style
  - LB said he would give her impossible deadlines and her daily work would suffer trying to meet them
  - Said GR would send back work saying do it over, without any input on what he wanted
  - TP said she just asks GR first what he wants and its not a problem. SR agreed.
  - LB said DY was afraid to ask as was she and others
  - Said the pressure of meeting the deadlines was tough and that GR would threaten people's jobs if it wasn't done well.
- Meeting on LB
  - LB brought up she heard there was a meeting about her between MM MB SR and GR
  - MM described the meeting that people were concerned about her use of time and GR wanted a time sheet done. SR pointed out that MM had agreed at the time as well.
  - SR said the meeting took place because she was having issues with LB
- The Gala
  - DP asked how it was going then said he didn't much care for extravagant events as such
  - LB said she could take over finding speakers for the event and that it can be parred down

What next

- DP said he would speak with the project directors to see what their feelings were
- LB reminded him about the Project directors call at 1:30, said she could take over
- DP said GR would still hold the call and would still be on fundraising, but not allowed in the office.