# EXHIBIT P

| | |
|---|---|
| **To:** | Gregg Roman[Roman@meforum.org] |
| **Cc:** | Marc Fink[fink@meforum.org] |
| **From:** | Daniel Pipes[Pipes@MEForum.org] |
| **Sent:** | Fri 11/2/2018 11:51:03 PM (UTC) |
| **Subject:** | Allegations and conclusions |

Dear Gregg:

As you know, there have been several allegations of improper conduct directed against you. The Middle East Forum takes these allegations very seriously. Accordingly, I investigated this matter yesterday, immediately upon learning of it.

Here is what I found: Three women who work for you – Lisa, Tricia and Marnie – say that you made unwanted sexual advances toward them. You maintain that you never made such advances and did not know they felt uncomfortable. But you acknowledge that your conduct, whatever your intentions were, was not acceptable and put these employees in a difficult position.

You put this in the context of calling yourself a "social junkie" who seeks constant social interaction. You acknowledge this drive led to melding together your business and personal relationships with staffers, male and female alike. You acknowledge that this melding must cease immediately and that you will limit yourself, within reason, to professional relations with MEF staff, fellows, and interns.

In light of the forgoing and considering the stated wishes of these three staffers to go on with their work at MEF, I propose a new structure governing the employment relationship between you and female staffers: no contact outside of business hours other than using MEF e-mail. That means no after-hours telephone calls, texts, other e-mails, social media, drinks, meals, outings, trips, shared lodgings, and so forth. And even during business hours, interactions will be business-related, within reason.

Furthermore, you agree that there will be no retaliation against these three employees whatsoever, now or in the future, for them informing me of this matter; while they agree immediately to inform me directly in the future about any problems concerning you.

You acknowledge that if there is a future case of a credible unwanted sexual advance by you toward a female staffer under your supervision, you will be fired immediately.

Finally, I ask you to respond to this question:

> Do you agree to my proposed new structure governing the employment relationship between you and female staffers? If not, please propose additional/alternative structures.

I'd appreciate a quick reply that you accept these terms, as we are trying to close this matter as soon as possible. Thank you for your cooperation.

        Yours sincerely,

        Daniel Pipes

cc: Marc Fink