# EXHIBIT U

November 6, 2018

Dear Gregg:

Effective Nov. 5, your job description has chanted. In particular, you are no longer running the administration of the Middle East Forum.

Pursuant to our phone conversion on that date, I formally offer you new, interim terms for your employment. (Interim because the office and I are reeling from the sudden changes this month and need to preserve the right to make changes.)

Title

You keep the title of director.

Responsibilities

You will have the following responsibilities:

- Managing the Forum's external projects and initiatives, including all the directors of the Forum's formal projects except the *Middle East Quarterly* editor.
- Fundraising, in meetings, on the telephone, and in writing.
- Making media appearances on Forum-related topics.

Restrictions

You will have the following restrictions until further notice:

- No involvement in the Forum's accounting, finances, office affairs, personnel issues, and property management.
- No authority over the Forum's administrative staff.
- No authority to approve expenses of projects or initiatives.
- No authority to hire or fire Forum employees, including project directors.
- No authority to offer or approve contracts on behalf of the Forum.
- No authority over Middle East Forum Education Fund monies.
- No access to the Forum's Philadelphia office.
- No contact with the Forum's female employees outside of business hours other than using Forum e-mail. That means no after-hours telephone calls, texts, other e-mails, social media, drinks, meals, outings, trips, shared lodgings, and so forth. And during business hours, interactions will be business-related, within reason.

Conditions

As a condition precedent for this new, interim offer of employment, you shall turn over to designated staffers your administrative control over the following platforms:

- Asana (Marnie Meyer)
- Slack (Marnie Meyer)
- Dropbox (Marnie Meyer)
- Zenefits (Marnie Meyer)
- Salesforce (Matt Bennett)
- Twitter (Lisa Barbounis)
- YouTube (Lisa Barbounis)
- Facebook (Lisa Barbounis)

In case other platforms have been omitted, the Forum reserves the right to add those to this list.

Salary

Your salary and benefits remain unchanged. Your salary will be payable in accordance with the Forum's standard payroll practice and subject to applicable withholding taxes. Because your position is exempt from overtime pay, your salary will compensate you for all hours worked.

Expenses

You agree not to incur any liabilities with third parties and only to expend your own resources with the expectation of reimbursement by the Forum when specifically pre-approved by me in writing, on a case by case basis. If the expense is approved by me, you shall lay out the funds, then submit a reimbursement form to the Forum's controller.

Travel

You will continue to travel on MEF business; when doing so, you must keep in mind that you are working for a non-profit that legally and morally must spend money thriftily. That means economy class on trains and planes, standard business rooms in hotel, and ordinary rideshare and rental cars. In particular, when possible, air travel must be booked weeks in advance to get advantageous prices.

Other terms

You will be an employee-at-will, meaning that either you or the Forum may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Forum, its agents, or representatives, are superseded by this offer letter. To re-emphasize, these interim terms are subject to change.

You shall work remotely, from anywhere of your choosing.

You are eligible to participate in the following benefit plans:

- Group medical health, which may include dental and vision coverage depending on the plan you choose.
- 403(b) retirement plan.
- Life insurance.
- Short-term and long-term disability.

(Please note: participation in these benefits may *reduce* the amount of your all-inclusive salary.)

If you wish to accept employment with the Forum under these terms, please indicate so by signing two copies of this letter, returning one copy to me. You may do so by regular mail or by scanning this letter and e-mailing it.

This offer and all terms of employment stated in this letter will expire at 5:00 PM Eastern Standard Time on Friday, November 9, 2018.

Sincerely,

*Daniel Pipes*

CONFIDENTIAL D0000051

                                        Daniel Pipes
                                      President, Middle East Forum

With the signature below, I accept employment with the Middle East Forum, under the terms set forth in this letter.

_____       _____

Gregg Roman                                                 Date

CONFIDENTIAL
D0000052