# EXHIBIT X

Lisa has a tendency to be loud. Gregg

Tuesday: asked me to document her tone in ___ and anytime I had to address her ___

Gregg was complaining she made an error on schedules. (Prior to that I had asked him several times if he was happy with her work and he said that he was).

→ closed door meetings made mention to Matt & Gregg

I told him she was probably focusing on the Tommy stuff too much and that he needed to call her, go over her task list and help her prioritize it.

Throughout the day she became more & more agitated she got loud saying everything was a shit show. I walked her back into her office said she was being inappropriate and shut the door and she came out into my office saying I watch her and persecute her and ~~that TH~~ why did I ~~too~~ need to know what was going on in her office behind closed doors. She said Matt asked Tricia what they were doing.

I got loud at that point and yelled at Matt because I felt he betrayed a

## Tuesday night

Matt called me and said a bunch of things. Informed me that he was offering to take the Executive Assistant position and grooming Tricia McNulty to take his and that they were planning to give Lisa the Director of Communications role so she would quit and leave. He also informed me that while on MEF business in Israel Gregg had been inappropriate with Lisa. He tried to sleep with her to be point blank. Matt knew for quite some time and did nothing and was now trying to help Gregg fire her and take her position

## Wednesday:

I asked Lisa to meet for coffee. I was trying to smooth over the situation so that we could work together. — side note when they returned from Israel I sensed a weirdness between them and asked her point blank if he hit on her. She said no but was weird about it so I suspected she was lying. When I spoke with him

LB Supplemental Production 00212

He jumped upright in his seat and said she hit on me. I said what? with an air of disbelief and he said - IDK it seemed like it. That was the end of it.

~~[scribbled out]~~

~~[scribbled out]~~

During our conversation Lisa told me a lot of things which she can share with you. At the end she told me that Matt told her to write up the entire event and send to him & Gregg. She wanted to be honest with me. I was asked by Gregg to write it up but I did not. I felt at that point Lisa was being railroaded because he was inappropriate. and I did tell him that I felt he was setting her up for failure.

After our meeting he called me and told me that Lisa ~~[scribbled]~~ had filed a complaint about me and that Marc was coming in to interview everyone about the situation and her accusations against me. He offered to let me read the letter she wrote. I declined. He said if the meeting between her and I went well he could probably get her to drop the whole thing "He was taking care of me".

LB Supplemental Production 00213

Had I not known she was asked to write the letter (email) I would have thought she was going after me and putting my job at risk and he would have successfully pitted us against each other. I had gotten the sense previously that he wanted me to not like her. This I believe is the epitome of a hostile work environment.

Matt fearing for his job is positioning for Lisa's. Lisa is having work dumped on her so she fails. Marnie (me) being fed information to pit me against Lisa.

Another extremely important detail that has been left out is that Greig told me, Matt, and Lisa all on seperate occasions that he slept with our intern Leah after her internship while they were both in Israel. He told Lisa in detail that they met up because he had to sign her internship paperwork. He met up with her, they went out drinking and he invited her up to his room so he could sign her paperwork. She's 18 years old in a hotel room with a man whose signature she needs.

There are other issues to discuss. This is

the tip of the iceberg.

Lisa wants her job. She loves working at MEF.

I want my job. I'm pretty sure we all do and it's very sad because Gregg does a lot of great things for MEF, but he is managing us into another implosion and putting MEF at risk.

Lisa would like to meet with you to discuss as would I. There are no lawyers involved at this point aside from Marc.

Fun Fact - this note is handwritten because I am afraid to use it for this. He retains everyone's password. I know he goes through my files and my email. He gave Lisa and I both Alexa's for our offices. I'm pretty sure the intent was to rig them so he could hear what goes on in our offices. Everyone here is paranoid. Including him. He put a camera in his office so pointing right at his desk so he can see when anyone goes near it.

excuse how poorly written and any bad    11/1/18    Mannie O'Brien