# EXHIBIT Y

**+44 7787 051882** — 10

*[11:06 AM]* (outgoing message)

**I didn't know it was 7 grand he didn't have that much at all** — 11:12 AM

**He's car was from his mum as I ha e just finished speaking to her** — 11:12 AM

**How much?** — 11:12 AM

**She has proof of that** — 11:12 AM

**He told me the car was 500** — 11:12 AM

**But not that he got it from the MEF money.** — 11:13 AM

**An also she lent Danny 2 grand for the house I didn't know that either they didn't want me to know** — 11:13 AM

**And how much was the house and your tattoo and all of that** — 11:13 AM

**That's all I know** — 11:13 AM

**I have just confirmed it with his mum** — 11:14 AM

**He admitted last week that he took the money to get the kids out of a crack house** — 11:14 AM

🤷‍♀️🤷‍♀️🤷‍♀️

Mar 7, 2019

10:07 AM

And I didn't know about the money that he took from MEF until you told me. It was always in the back of my mind because it didn't add up and the whole vinney and you thing but he said you were crazy and would do anything to destroy him and I wanted to believe him. Now that I know I'm obligated to tell my work. What do I do? That's theft.

10:11 AM

↪ Forwarded

▶ 0:13    10:29 AM

↪ Forwarded

▶ 0:11    10:30 AM

Can you send me proof of him taking that 8,000

10:36 AM

1:44

< 10   +44 7787 051882

> That's why I need to go to them with invoices saying these are the rumors that are going around and this is the proof that everything is fine  4:16 PM

> If I don't have that I have to go to them and then they have to subpoena him  4:16 PM

> This shit is no joke Jaz  4:16 PM

So what do you need ?  4:17 PM

I will get it for you  4:17 PM

> I need all the invoices for the first demo on the ninth and I need all the accounts statements of where the money was deposited and how the funds were drawn  4:17 PM


4:18 PM

> What don't you understand?  4:18 PM

I understand lol that's just the face I am pulling  4:19 PM

Did he ever tell you he loved you ?  4:19 PM

> Why are we doing this again?  4:20 PM