# Exhibit Z

Exhibit Z is recording of Daniel Thomas. The recording has been produced in discovery and produced in the courtesy copy provided to Defendants and the Court. The recording is not offered for the truth of the matter asserted. It is offered to demonstrate notice and failure to investigate and ameliorate. The recording is also a declaration against interest as Daniel Thomas was admitting to be complicit in an unlawful and possibly criminal scheme.