# EXHIBIT DD