# EXHIBIT HH

