# EXHIBIT II

**Bunny**

think it is

Ok

Gregg Weirds me out

Lol i feel you on that

I have so much to tell you 🤮

Can't wait!

I feel like I'm one of the girls sometimes lol

No.

No.

Lol

I'm so uncomfortable

I'm deleting my messages don't respond. I'm paranoid

I'll call you back

CONFIDENTIAL

D0000981

> Oh gosh, so it got like aipac couch-ish

No.

I'll explain

Ughh

I'll call you tomorrow

> Kk, I don't want to ask questions till you then

I'm going to put a knife in my room

> 😳😳 I'm so confused and worried

He's creepy. Talking about stuff he shouldn't be and too drunk

But I have Vasili FaceTimeing me to save me lol

I really will stab him

> I was being sarcastic, like it's gone, nothing to delete 😜😝😝 aaaah I can't wait!!! What time is your flight

I can't wait to come home!

> Almost there!

I'm so uncomfortable

> It's like almost 11pm there, are you guys out or in

In. He just came back I stayed in. We had a call with EJ

But weird

He drank to much

> Oh gosh, so it got like aipac couch-ish

No.

I'll explain

> Creepy like in a touch you kind of way

> I would never!!

Like maybe

Enough doubt to make me uncomfortable

> That's what I meant about the couch.. uuuugh that's not ok... I'll tell you something tomorrow relevant

The shit he is saying is so strange I can't type it all anyway

Talking about women and his wife and conquests and graphic ughhh

>  eek

He said he fucked Lea and tried to meet up with her again and it didn't work out. He said he wanted



**Bunny**

> U r super smoopy

> And i like it ;)

Good. I can't wait to get home

*Tue, Mar 13, 6:51 PM*

Gregg Gave me awesome work to do but not enough time to finish it 😩

> Go to bed luv u

I can't!

I love you.

Gregg is FaceTiming his family so I'm hiding in my room because his wife would get mad if she knew I was here 🙄🔫

> I would get mad if i was a female shrek and he was in Israel w a fairy princess



CONFIDENTIAL　　　　D0001011

**Bunny**

> Ok

Gregg Weirds me out

> Lol i feel you on that

I have so much to tell you 🤮

> Can't wait!
>
> I feel like I'm one of the girls sometimes lol

No.

No.

> Lol

I'm so uncomfortable

I'm deleting my messages don't respond. I'm paranoid

> I'll call you back

CONFIDENTIAL　　D0001012

**Lisa Barbounis**

Wed, Mar 14, 5:02 PM

🤮

> Pukey?

No.

But I don't want to put it in writing

🙄

> Uh oh

No.

But just so fucking weird

I'm paranoid so delete this

> Hahha delete what

These message. I'll call you from the airport tomorrow be ready

> I was being sarcastic, like it's gone

CONFIDENTIAL D0001013

**Lisa Barbounis**

> I was being sarcastic, like it's gone, nothing to delete 😜😝😝 aaaah I can't wait!!! What time is your flight

I can't wait to come home!

> Almost there!

I'm so uncomfortable

> It's like almost 11pm there, are you guys out or in

In. He just came back I stayed in. We had a call with EJ

But weird

He drank to much

> Oh gosh, so it got like aipac couch-ish

No.

I'll explain

Ughh

CONFIDENTIAL                                                                 D0001014

