# EXHIBIT JJ

1          IN THE UNITED STATES DISTRICT FOR THE

2             EASTERN DISTRICT OF PENNSYLVANIA


3

4    LISA BARBOUNIS,                    )
                                        )
5              Plaintiff,               )
                                        )  Civil Action
6    v.                                 )  No. 2:19-cv-05030
                                        )
7    MIDDLE EASTERN                     )
     FORUM, et al.,                     )
8                                       )
                                        )
9              Defendants.              )

10

11

12          Deposition of MATTHEW BENNETT taken

13   via remote videoconferencing of all

14   participants, pursuant to notice, beginning

15   at 11:11 a.m., on Tuesday, November 10, 2020,

16   before Eleanor J. Schwandt, Registered Merit

17   Reporter and Notary Public.

18

19

20

21

22

23

24

25

```
 1    APPEARANCES:

 2         SETH D. CARSON, ESQ.
           DEREK SMITH LAW GROUP, PLLC
 3           1835 Market Street
             Suite 2950
 4           Philadelphia, Pennsylvania  19103
             215.391.4790
 5           Seth@dereksmithlaw.com
             for the Plaintiff
 6
           DAVID J. WALTON, ESQ.
 7         LEIGH ANN BENSON, ESQ.
           COZEN O'CONNER
 8           One Liberty Place
             1650 Market Street
 9           Suite 2800
             Philadelphia, Pennsylvania  19103
10           215.665.5547
             dwalton@cozen.com
11           for the Defendants

12         SIDNEY L. GOLD, ESQ.
           WILLIAM RIESER, ESQ.
13         SIDNEY L. GOLD & ASSOCIATES, P.C.
             1835 Market Street
14           Suite 515
             Philadelphia, Pennsylvania  19103
15           215.569.1999
             SGold@DiscrimLaw.net
16           for the Deponent

17
      ALSO PRESENT:    JENNIFER LUU,
18                     Everest Court Reporting,
                       Video Specialist
19
                       GREGG ROMAN
20                     DANIEL PIPES

21              - - - - - - - -

22

23

24

25
```

Deposition of Matthew Bennett                                   Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 3

1  THE VIDEO SPECIALIST:  We are
2  now on the record.  Today's date is
3  Tuesday, November 10th, 2020, and the time
4  is 11:11 a.m. Eastern Standard Time.  This
5  is the recorded video deposition of Matthew
6  Bennett in the matter of Lisa Barbounis
7  versus Middle Eastern Forum, et al., in the
8  United States District for the Eastern
9  District of Pennsylvania, Case No.
10 2:19-CV-05030.
11         My name is Jennifer Luu from
12 Everest Court Reporting, and I'm the video
13 specialist.  The court reporter today is
14 Eleanor Schwandt, also from Everest Court
15 Reporting.
16         All counsel appearing today
17 will be noted on the stenographic record.
18 Will the court reporter please swear in the
19 witness.
20         MATTHEW BENNETT,
21 the witness herein, having first been
22 duly sworn on oath, was examined and
23 testified as follows:
24
25

Page 4

1         EXAMINATION
2  BY MR. CARSON:
3     Q.   Good morning, Mr. Bennett.  My name
4  is Seth Carson.  I am Lisa Barbounis'
5  attorney.  And we are here today to take
6  your, to conduct the deposition in the
7  matter of Lisa Barbounis versus the Middle
8  East Forum, Daniel Pipes and Gregg Roman.
9         To make things go smooth today
10 I'll just start by giving a couple ground
11 rules or suggestions.  Have you ever done a
12 deposition before?
13    A.   No.
14    Q.   So it is a question and answer
15 session.  I'll ask questions.  You provide
16 answers.  You can say yes, no, I don't
17 know, I don't remember.  You can say
18 whatever other response that you think is
19 appropriate.  And we are going to try to
20 keep a record clear, where I ask a
21 question, your lawyer might enter an
22 objection.  Unless your lawyer says
23 objection and then directs you not to
24 answer the question, he is just putting the
25 objection on the record.  There is no judge

Page 5

1  here to rule on any objection today so a
2  judge will do that later.  So kind of the
3  order is like I ask the question, no
4  objection, you answer.  I ask a question,
5  objection, you answer, and unless you are
6  instructed not to by your lawyer.
7         And we will try to keep the
8  record clear that way so we try not to
9  interrupt each other.  It is hard for our
10 court reporter to type two people talking
11 at the same time.  I take it with Zoom it
12 is even harder because Zoom like cuts off
13 the microphone and only hears the person
14 talking or whatever.  So, yes, do me a
15 favor, try to let me finish my question,
16 I'll let you try to finish your answer.  We
17 will mess it up a few times today.  But
18 does that sound okay?
19    A.   Yep.
20    Q.   The next thing is try to keep all
21 your answers verbal.  Nods and shrugs and
22 mm-hmms and uh-uhs don't really have a lot
23 of meaning on the record.  So if I prompt
24 you and say, yes or no, or whatever, I'm
25 not being aggressive or argumentative.  I'm

Page 6

1  just trying to keep the record clear.
2  Okay?
3     A.   Okay.
4     Q.   Say yes.
5     A.   Yeah.
6     Q.   Or if you don't understand
7  something I'm saying, tell me to rephrase
8  it or let me know, and I'll explain it and
9  give you more.
10         I guess that comes to my third,
11 my third suggestion is that I might ask a
12 bad question today, a crappy question
13 today.  If I do, I'll rephrase it.  Just
14 say you don't understand the question, and
15 I'll rephrase it or I'll try to think of
16 another way we can get to the information
17 we are talking about.  Okay?
18    A.   Okay.
19    Q.   You understand that your testimony
20 today has the same force and effect as if
21 you were testifying in a courtroom, with a
22 judge and jury.  So you have been sworn,
23 you are under oath, and so you have to tell
24 the truth today.  You have to answer all
25 the questions truthfully, to the best of

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 7

1  your knowledge.  Right?
2      A.   Yes.
3      Q.   Okay.  Can you please state your
4  full name for the record.
5      A.   Matthew Phillip Bennett.
6      Q.   And where do you live, Mr. Bennett?
7      A.   You want the full address?
8      Q.   Yes, please.
9      A.   4 Mercer Lane, Manalapan, New
10  Jersey.
11      Q.   Manalapan?
12      A.   Yes.
13      Q.   How long have you been there for?
14      A.   Seven months.
15      Q.   What was your address before that?
16      A.   236 East 47th Street, Apartment
17  37C, New York, New York.  I forget the zip
18  code.
19      Q.   No problem.  How long were you at
20  the house in New York for?
21      A.   It was an apartment.  And just
22  under a year.  When COVID began, we left
23  the city.  My wife were was pregnant.
24      Q.   Congratulations.
25      A.   Thank you.

Page 8

1      Q.   And were you working in New York at
2  the time?  Is that why you were living in
3  New York?
4      A.   Yes.  I accepted a position in
5  Manhattan and I moved nearby to that
6  office.
7      Q.   What was that position?  Where was
8  that?
9      A.   That was at the Zionist
10  Organization of America, and I was the
11  national director of development.
12      Q.   What is the national director of
13  the development, is that similar to your
14  position when you worked with the Middle
15  East Forum?
16      A.   Yes.
17      Q.   Did you basically do the same type
18  of work?
19      A.   Yes.
20      Q.   Can you describe that work?  And I
21  guess since we are here today to talk about
22  the Middle East Forum, if there is any
23  differences, resolving what you did when
24  you were at the Middle East Forum.
25      A.   What was that, the second part?

Page 9

1      Q.   So like I asked you to describe
2  your position at two different jobs.  I
3  guess since we are here today to talk about
4  the Middle East Forum, it is kind of
5  relegated to the Middle East Forum, like a
6  description of your job while you were
7  there.
8      A.   So the question is what is a
9  description of my job at the Middle East
10  Forum?
11      Q.   Yes.  Thank you.  Better way to
12  state it.
13      A.   Okay.  I was hired as the director
14  of special projects, I believe that was in
15  June or July 2015.  And in that role I
16  launched a young adult division, was
17  responsible for writing some news letters,
18  help out with fund raising, coordinating
19  meetings.  Development I believe was about
20  33 percent of my portfolio, and, you know,
21  was sort of a all-around, wearing different
22  hats position.  I would help out with
23  whatever may be needed.
24      Q.   What does that mean, development is
25  33 percent of your portfolio?  What is that

Page 10

1  33 percent?  What do you do?
2      A.   Fund raising, assisting with
3  organizing, donor meetings, travel, events,
4  anything that would be related to the
5  eventual solicitation and receival of
6  contributions from donors.
7      Q.   Developing relationships with
8  people who ultimately give the Forum money;
9  is that kind of what it was?
10      A.   Not just money.  It is also, you
11  know, reach, influence.  The goal is to
12  influence policy, and, obviously, to do
13  that you have to have a following and
14  audience, so there has to be newsletters,
15  subscribers, people reading, attending
16  events, etcetera.  So money is part of it.
17  It is not all of it.
18      Q.   What, tell me what the Middle East
19  Forum's mission was.  What was your, what
20  was the goal of the organization?
21      A.   Promote U.S. interests,
22  domestically and abroad.  That could fall
23  under a wide range of different projects
24  and activities.
25      Q.   So from a U.S. interest, was it in

Deposition of Matthew Bennett                               Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 11

1  a specific given field or area?  So in the
2  Middle East?  Is it relegated to the Middle
3  East?
4      A.   Sure.  I mean, there is Middle East
5  and there is also Islamism, you know, which
6  is not defined by geographic area.  It can
7  be different topics.  There are, you know,
8  the campus project, Campus Watch, the,
9  maybe professors at universities who are
10 not acting in good faith or according to
11 how a professor may be expected to teach.
12 So there is different initiatives.  Campus
13 Watch would be one of them.  Islamist
14 Watch.  There is, you know, it is all on
15 the website.
16     Q.   And you said you began your
17 position with the Middle East Forum, was it
18 in June of 2015?
19     A.   I believe so.  I don't remember the
20 exact time or the exact month or day.
21     Q.   Is it fair to say sometime around
22 2015?
23     A.   Yeah, maybe it was -- actually, it
24 might have been '16.  I was there for just
25 under three years and I left in --

Page 12

1      Q.   Someone doesn't have their thing
2  muted.  Sorry about that.
3      A.   Yeah, I was there for just under
4  three years and I left in March of 2018.
5  So whatever 33 months is, you know, before
6  that.
7      Q.   You were employed with the Middle
8  East Forum for about 33 months?
9      A.   Yeah, I believe so, I mean.
10     Q.   And your employment with the Middle
11 East Forum ended in March of 2019?
12     A.   '18.
13     Q.   I'm sorry.  '18?
14     A.   Right?  No, no, I'm sorry.  I'm
15 getting confused.  Yeah, '19, '19.
16     Q.   Yeah.  So I think an event that
17 happened at the Middle East Forum that we
18 might use as like a marker to try to gauge
19 time might be November 4th of 2018 when you
20 had this group meeting where everyone --
21     A.   Yeah.  Sorry.  Messing up the
22 dates.  But, yeah, that's right, November
23 4th, 2018.  I left in March of 2019.
24     Q.   Okay.
25     A.   Yeah.

Page 13

1      Q.   And the entire time between
2  sometime around June 2015 and March 2019
3  did you remain in that role as director of
4  development?
5      A.   No.  I stated previous, I started
6  as director of special projects.  I was
7  promoted to the director of development at
8  some point at the end of that first, first
9  year, so I guess about five or six months.
10 And then I remained as director of
11 development until, until I left.
12     Q.   So was there any time like, for
13 instance, after Mr. Roman stopped working
14 at the office when your responsibilities
15 increased?
16     A.   Sorry, say that again.
17     Q.   Was there any time when your
18 responsibilities increased and you did more
19 than just, when you maybe did the job as
20 the director for the Middle East Forum, did
21 that ever happen?
22     A.   No.
23     Q.   Let's go back to the beginning of
24 your employment at the Middle East Forum.
25 Who hired you?

Page 14

1      A.   I interviewed initially with Thelma
2  Prosser, invited me for an interview.  I
3  was interviewed then by Gregg Roman, I
4  believe twice, and then Daniel Pipes a
5  third time.
6      Q.   When Thelma Prosser invited you for
7  an interview, do you remember what her
8  position was at that time?
9      A.   I believe office manager, if I'm
10 not mistaken.
11     Q.   At the time that Thelma Prosser
12 invited you for a position, do you remember
13 what Gregg Roman's position was at that
14 time?
15     A.   A director.
16     Q.   Did he hold any other positions
17 with the Middle East Forum?
18     A.   I don't understand the question.
19     Q.   So I think I have seen a hierarchy
20 where there is a board of governors.  Is
21 Gregg Roman on the board of governors?
22     A.   You mean as secretary?
23     Q.   Is that your knowledge, that Gregg
24 Roman was the secretary on the board of
25 governors?

Page 15

1    A.   No.  But, I mean, at that time, I
2  don't recall.  I don't know what his -- I
3  mean, I didn't remember what the -- if it
4  happened, maybe now, or it may be before.
5  I checked the website a couple months ago
6  and I think I saw it there.
7    Q.   Do you know when he was given that
8  title as secretary of the board of
9  governors?
10   A.   I don't even know what that is.  I
11 don't even know what the secretary of the
12 board of governors entails.
13   Q.   Do you know what the board of
14 governors is?
15   A.   Yes, yes.
16   Q.   What is the board of governors?
17   A.   The group of people who are
18 responsible for the governance of, you
19 know, they are contributors, and there is
20 board meetings, there is annual meetings,
21 to which they are briefed on the ongoings
22 of the organization.
23   Q.   And do you know who sits on the
24 board of governors today?
25   A.   No.  I have been with two other

Page 16

1  organizations since, and, you know, I have
2  my own board of governors to keep track of.
3  I don't, I don't know who currently sits on
4  the board of governors, no.
5    Q.   In general, is the board of
6  governors, so not related to the Middle
7  East Forum, but since you deal with board
8  of governors today, in general what is a
9  board of governors?
10   A.   Well, it is called different things
11 at different places.  It can be board of
12 directors, board of governors.  Just a
13 board, board members.  But they are a group
14 of donors who take interest in the
15 organization, sometimes, most often they
16 are contributors that can be invited to
17 take on like a lay leadership-type role,
18 where they can attend events and be asked
19 to invite friends to events to help
20 increase the awareness of and the reach of
21 the organization.  So they are just people
22 from every walk of life.
23   Q.   Are they the people who actually
24 run the organization?
25   A.   Run the organization?  No.

Page 17

1    Q.   Who runs the organization,
2  generally?  Or actually let's say
3  specifically for Middle East Forum.
4         Strike that.  Let's back up.
5  So do you know who was on the board of
6  governors when you were the director of
7  development for the Middle East Forum?
8    A.   I mean, I believe there was about
9  40 different people.  But to recall
10 specific names, no, I don't.  I mean,
11 again, I've had to remember another 80
12 board members since I have left there.
13 But, I mean, it is all on the website.  I'm
14 sure that --
15   Q.   Fair enough.  So going back to your
16 interview, you said you interviewed twice
17 with Daniel -- I'm sorry -- with Gregg
18 Roman and then once with Daniel Pipes; is
19 that correct?
20   A.   Yes, I believe so.
21   Q.   And during that interview process,
22 when did you find out that you were going
23 to be offered a position with the Middle
24 East Forum?
25   A.   I guess it was in the weeks or

Page 18

1  months following my final interview.
2    Q.   Do you know if it was like weeks or
3  months?  Was it months after the final
4  interview?  Or was it like not long after
5  that?
6    A.   I, I --
7    Q.   If you remember.
8    A.   I don't recall.  I don't recall.  I
9  mean, it was obviously some time between
10 the time I interviewed and the time that I
11 began.
12   Q.   That's right.  I think that's fair
13 to say.
14         So when you actually started,
15 that would be the date that you gave me,
16 some time around June 2015, that's when you
17 actually began --
18   A.   I believe.  It could be May, June,
19 July of, yeah, of 2016.  I believe it was
20 '16, not '15.
21   Q.   2000 --
22   A.   2015 I was --
23   Q.   '17, '18, '19, yeah.
24   A.   '15 I was the director of Jewish
25 Community Relations and the Israel Center

Page 19

1  for the Jewish Federation of Atlantic and
2  Cape May Counties.
3     Q.   Did you work with Gregg Roman when
4  you were at the Jewish Federation?
5     A.   Did I work with him?  No.  We had
6  met, after having not seen each other for a
7  number of years, at a JCPA conference in
8  Chicago.  And we spoke there for the first
9  time in I don't remember how long.  But he
10  was not at the Middle East Forum at that
11  time.  He was at, he was the director of
12  Jewish Community Relations for Pittsburgh,
13  in Pittsburgh.
14     Q.   Is that the same Jewish Federation
15  or are there different Jewish Federations
16  situated in different areas of the state or
17  country?
18     A.   There is, it is like every city,
19  state has their own Jewish Federation.  I
20  think there is 11 in the State of New
21  Jersey.  There is one in Philadelphia, one
22  in New York.  Various, you know, every
23  city, I think there is -- I don't know how
24  many there are today, but --
25     Q.   Are they all connected?  Are they

Page 20

1  like independent organizations?
2     A.   No, they are independent
3  organizations.  It is like your local, you
4  know, community center has, you know, it
5  could be local, JCRC, local food bank,
6  etcetera.
7     Q.   And so when you first started at
8  the Middle East Forum, did you report to
9  the Philadelphia offices, located on I
10  believe it is Market Street in
11  Philadelphia, Pennsylvania?
12     A.   When I first started working there
13  did I work at the office on Market Street?
14     Q.   Yes, yes.
15     A.   Yes.
16     Q.   And who worked at that office when
17  you first started working there?
18     A.   Let me see, like go around the horn
19  so to speak.  It was Tiffany Lee, Marnie
20  Meyer or Marnie O'Brien, Gary Gambill, Eman
21  Patel, Thelma Prosser.
22           Occasionally there would be
23  others, you know, that weren't necessarily
24  based in the office, but that was, you
25  know, they would be in and out of the

Page 21

1  office.  Judy Goodrobb.  You know, all of
2  the various project directors that may be
3  based elsewhere but would come to and from
4  the office when needed.
5     Q.   Samantha Mandeles, was she there
6  back then?
7     A.   I mean, she worked there.  But I
8  don't remember.  She didn't work in the
9  office, no.  And I don't know if she was
10  employed at the time that I began.  But I
11  know at some point she was employed there.
12     Q.   How about, was there someone named
13  Laura Frank?
14     A.   You asked when I began working
15  there, who were the people that were
16  working there, right?
17     Q.   Yeah.  So if she wasn't there when
18  you started working there, I guess you can
19  just say no.  I'm asking about when you
20  first started.
21     A.   Oh.  So when I first started
22  working there, no, Laura Frank was not
23  there.  And again, Samantha Mandeles, I
24  don't know when she began her tenure.
25     Q.   Laura Frank.  I'm told there was

Page 22

1  another employee named Lara who worked
2  there around the same time that Laura Frank
3  worked there.  Are you familiar with her?
4     A.   Yes.
5     Q.   Do you know what Lara's last name
6  is?
7     A.   It began with an S and had some
8  funny spelling.  Sort of like Scott, but I
9  know it is not Scott.  I'm not sure exactly
10  what it was or is.
11     Q.   We can call her Lara Scott today
12  with the understanding that that is
13  probably not it.
14           So at the time you started,
15  Gregg Roman, he was the director of the
16  Middle East Forum, correct?
17     A.   Yes.
18     Q.   And what was his role as the
19  director of the Middle East Forum when you
20  started?
21     A.   Day-to-day operations, fund
22  raising, content, you know, development,
23  marketing.  He oversaw the, ran the
24  organization, operationally.
25     Q.   Was there any position higher than

Page 23

director?
A.   Was there any position higher than
director?  Among the other people that you
just mentioned?  I mean --
Q.   No, among everybody.
A.   I mean, Daniel Pipes is the
president of the organization, so if that's
what you are asking.
Q.   President, as president, that's
not, -- president is his title as an
officer among the board of governors,
correct?
A.   I don't know exactly what the -- I
don't know what the question is.  I don't
know what -- you are asking if Daniel is
higher ranked than Gregg in the
organization?
Q.   I'm asking if there is any employee
with a higher rank than Gregg Roman, the
director, at that time?
A.   Well, if there was, it would be
Daniel.  I'm not sure if you are
considering that Daniel is a board member
or considering that he is a employee of the
organization.

Page 24

Q.   Other than Daniel, is there anybody
else?  Is there any other position?
A.   Not that I know of.
Q.   Let's talk about Tiffany Lee for a
moment, please.  You said Tiffany Lee
started, or, I'm sorry, was already an
employee of the Middle East Forum when you
first began your employment; is that
correct?
A.   Yes.
Q.   Do you know what her position was
at that time?
A.   Director of development.
Q.   So is director of special projects
and director of development, are those
parallel positions, like neither one is the
supervisor of the other?  They are two
different departments, I guess is a way to
say it?
A.   Sort of.  When I said previously
that my portfolio included a percentage of
development work, that would be the 33
percent of my time Tiffany Lee would, you
know, direct me on what to do.  The rest I
would report to Gregg.

Page 25

Q.   And do you know how long, do you
know when Tiffany Lee's employment with the
Middle East Forum ended?
A.   Yeah, I want to say probably
December of, maybe November/December of the
same year that I began.
Q.   That's November/December 2016,
correct?
A.   Yes.
Q.   And is the reason you are aware of
that date is because you became the
director of development after her
employment ended?
A.   Yeah, I remember that after
approximately five to six months at the
beginning I was promoted to the director of
development.  So I'm estimating five or six
months from the time that I began to, you
know, for which I believe is December.
Q.   And you replaced Tiffany Lee after
she left, correct?
A.   Yes, I took that, I took on that
role.
Q.   Do you know why her employment with
the Middle East Forum ended?

Page 26

A.   She, well, she failed at doing the
job that, raising money, developing
content, at organizing events, managing
other employees in the office who said she
was terrorizing them.
        Me personally, she would ask me
to, you know, to carry out assignments that
I didn't believe Daniel or Gregg knew
about.  And I asked her constantly, please
put that in writing to make sure I'm
working on something that, you know, that
my boss is aware of that you are assigning
me to do.
        One day she was screaming at a
janitor inside of the office.  You know, I
mean, I would say biggest reason, the
number one reason is that she, besides the
fact that other employees I believe had
complained about her, is that she was
delinquent in her responsibilities to raise
funds and to successfully promote the
interests of the organization.
Q.   Do you know if that's the reasons
why she was terminated?  Or, well, tell me
your knowledge related to the reasons why

Page 27

1  she was actually terminated.  Strike that.
2      Do you know whether she was
3  terminated or whether she resigned when it
4  ended?
5    A.  No, I was never -- I remember, I
6  wasn't in the office the day that it
7  happened.  I think it was Halloween, maybe,
8  now that I remember.  It may have been
9  Halloween, because I remember Marnie told
10  me that she had, that she was the one who
11  had escorted her out of the office, and
12  Tiffany was demanding to take papers and
13  files out of her office, and Marnie
14  prevented her from doing that.
15      And then in recounting that
16  story to me, I knew that, you know, she had
17  left.  I don't know what -- maybe she
18  resigned before that and then they asked
19  her to go, or if she was terminated.
20    Q.  Do you know whether she ever
21  reported any issues related to sexual
22  harassment during her employment?
23    A.  During her employment, no.  I
24  believe after she said that she was
25  discriminated against or felt that because

Page 28

1  she was a woman or something.  It was at
2  that point that I, I made it known that I
3  felt that she had harassed me, to come to
4  my office in a short skirt, crossing,
5  uncrossing her legs in front of me, saying,
6  Matt, will you please do this for me, or,
7  Matt, can you do that for me, then, you
8  know, things that I believe that had been
9  assigned to her.  And she was partially my
10  boss.
11      And at the time, before I had
12  asked her to put, you know, things in
13  writing that I believe demonstrated she was
14  not fit to be in that role, which I was
15  hesitant to do because I knew that it would
16  look as if I was, you know, aiming for
17  that, for her, for her job.
18    Q.  Do you know if she ever reported
19  any issues of sexual harassment related to
20  Gregg Roman?
21    A.  There was a story that I believe
22  she had said, which I had no knowledge of.
23  And --
24    Q.  How did you hear about it?
25    A.  I'm trying to remember.

Page 29

1    Q.  Take your time.
2    A.  I don't remember who told me.  I
3  just remember that she said, I don't know,
4  she had felt -- that she claimed something
5  or alleged something, which I had no
6  knowledge of.
7    Q.  Do you remember what the
8  allegations were?
9      MR. GOLD:  Asked and answered.
10      THE COURT REPORTER:  I'm sorry,
11  who spoke, please?
12      MR. GOLD:  Mr. Gold.  I'm
13  representing Mr. Bennett here today.
14      THE COURT REPORTER:  Thank you.
15      MR. GOLD:  The question has
16  been asked and answered already.  Move on.
17      THE WITNESS:  I believe that it
18  was after she had been -- after she had
19  parted ways with the organization, then at
20  some point something came up.  There was --
21  I definitely, while she was there, had no
22  knowledge or I don't believe anything was
23  ever claimed or whatever.
24  BY MR. CARSON:
25    Q.  You don't know anything about a

Page 30

1  couch that Gregg Roman and Tiffany had sex
2  on during the --
3    A.  What was that?
4    Q.  I asked you if you know anything
5  about a couch that they had sex on in the
6  Philadelphia office, Gregg Roman and
7  Tiffany Lee?
8    A.  I'm sorry, I don't mean to laugh.
9  No, definitely, definitely not.
10    Q.  You are allowed to laugh.  The
11  court reporter will write down you are
12  smiling.  You can --
13    A.  No, I definitely do not know of
14  anything about the couch and no relations
15  between the two of them.
16    Q.  Did you ever see Gregg Roman act
17  inappropriately toward her?
18    A.  No.
19    Q.  Did you ever tell Patricia McNulty
20  that you saw Gregg Roman acting
21  inappropriately toward her?
22    A.  No, I don't believe I did.
23    Q.  So is Patricia McNulty lying when
24  she testifies that you told her that?
25    A.  Yeah, I believe so.  I believe so.

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 31

1  Q.   And have you ever seen Gregg Roman
2  act inappropriately to any female employee?
3  A.   No.
4  Q.   Have you ever seen Gregg Roman
5  sexually harass any female employee?
6  A.   Have I ever seen Gregg harass
7  anybody, no.
8  Q.   Have you ever seen Gregg -- that
9  wasn't my question.  My question was:  Have
10 you ever seen Gregg Roman sexually harass
11 any female employee who worked at the
12 Middle East Forum?
13 A.   No, definitely not.
14 Q.   Have you ever said that you saw
15 Gregg Roman sexually harass a female
16 employee at the Middle East Forum?
17 A.   Have I ever said that I saw, is
18 that the question?
19 Q.   Yes.
20 A.   No.
21 Q.   You never told Daniel Pipes that
22 Gregg Roman acted inappropriately toward
23 female employees at the Middle East Forum?
24 A.   Well, we are going to have to back
25 up timeline-wise to understand that.

Page 32

1      But I was told or there were
2  several rumors by other people that things
3  had happened, and at the time I believed
4  them because I had no reason not to.
5      So, yes.  And then at some
6  point I believe I told Daniel, after
7  November the 5th or whatever this meeting
8  took place, or following a letter that was,
9  that Marnie and Lisa and Tricia penned to
10 Daniel, following that.
11 Q.   What did you say?
12 A.   I don't even, I don't remember.
13 Q.   Well, why did you say that at the
14 time you believed them, that you had no
15 reason not to?
16 A.   Well, it was, it was alarming that,
17 I don't know, that people that I work with
18 every day all of a sudden had all these
19 allegations that I believe as like a friend
20 that would have made, they would have made
21 aware to me, you know, prior to the point
22 where it came out in like an explosive
23 manner.
24      So, you know, at first I
25 didn't, I didn't believe some of the

Page 33

1  things.  And in a meeting which I believe
2  was November 5th of 2018, you know, when
3  those things were being outed or claimed or
4  whatever about Gregg, Marnie and Lisa
5  proceeded to call me a pussy and said they
6  would never trust me because I did not
7  demand to have Daniel fire Gregg
8  immediately, during that meeting.  And that
9  was the beginning of a ridiculous time at
10 MEF.
11 Q.   You don't believe that those things
12 happened today?
13 A.   I have no way to know.  I have
14 never visually, physically seen anything.
15 All I have is, was -- were things people
16 told me after the fact, sometimes weeks or
17 months after.  And at this point, I don't
18 -- I have no way to -- I have no way to
19 tell -- I mean, based on the ridiculous
20 things that I saw that were written about
21 me, I, I have no way to give credit to
22 anything that was said about Gregg.  I have
23 no -- never saw anything, never witnessed
24 anything, no.
25 Q.   Do you think you sound credible

Page 34

1  right now?
2  A.   Do I think I sound credible?
3  Q.   Yeah.  Do you think you sound
4  credible right now?
5  A.   I don't think, I don't think it
6  matters.
7      MR. WALTON:  Objection,
8  argumentative.  That's Dave Walton for MEF.
9  I just want to place an objection that's
10 argumentative.  But you can answer, Mr.
11 Bennett.
12      MR. CARSON:  I think he
13 answered.
14      MR. WALTON:  Then move on.
15      MR. CARSON:  I'm happy to move
16 on.
17      THE WITNESS:  Where do I start?
18 BY MR. CARSON:
19 Q.   Okay.  So sitting here today, you
20 have no reason to disbelieve or believe?
21 You have no knowledge related to any of the
22 allegations that any of the people, that
23 Lisa Barbounis made against Gregg Roman?
24      MR. GOLD:  Asked and answered.
25 The next question.  Don't answer.

Page 35

1   A.   I don't know what allegations
2  specifically you are referring to.
3        MR. GOLD:  Matt, if I tell you
4  not to answer a question, don't answer a
5  question.
6        MR. CARSON:  You can't tell him
7  not to answer that question.
8        MR. GOLD:  Absolutely, I can.
9  I can direct him not to answer a question.
10       MR. CARSON:  We are going to
11 stop and call Judge Wolson.
12       MR. GOLD:  Call him.
13       MR. CARSON:  Yeah.  No.  We are
14 going to stop and call him if you direct
15 him not to answer the question.
16       MR. GOLD:  He answered the
17 question.  He said he has no personal
18 knowledge and you asked the question again.
19 One more question.  Go ahead.  Repeat the
20 question.
21       MR. CARSON:  It is not going to
22 be one more.
23       MR. GOLD:  All right.  Well, go
24 ahead.
25

Page 36

1  BY MR. CARSON:
2    Q.   We will start with the question:
3  Sitting here today, do you believe the
4  allegations that Lisa has made in her
5  lawsuit?
6    A.   Can you -- what allegations?
7    Q.   Do you believe Lisa Barbounis was
8  sexually harassed by Gregg Roman?
9    A.   No.
10   Q.   Do you believe Patricia McNulty was
11 sexually harassed by Gregg Roman?
12   A.   No.
13   Q.   But you said you believe they were
14 on November 4th, 2018, correct?
15   A.   Yeah.
16       MR. GOLD:  Objection.  That's
17 not an accurate representation of his
18 testimony.  But you can answer.  Go ahead,
19 Matt.
20   Q.   Well, you said you believed they
21 were on November 4th, 2018, correct?
22   A.   They took it to a level that would
23 make it difficult for anyone not to
24 believe.
25   Q.   So on November 4th, 2018, you

Page 37

1  believed, but today you don't; is that your
2  testimony?
3    A.   I don't even remember what I was
4  aware of at that point.  I was showed
5  screen shots of messages that were sent and
6  then deleted.  I think it was before that.
7        But to answer your question, on
8  November the 4th, yeah, I was riled up by
9  what I had been told.  There was a letter
10 written, and I was mentioned in that
11 letter, and I didn't know in what context
12 and for what reason, and on November, yeah,
13 whatever it was, the 5th, I believe, or the
14 4th, whatever the date of that meeting was,
15 I was trying to -- sorry, hold on one
16 second.  I'm sorry, is it okay if the dog
17 sits on my lap?  She is barking.
18   Q.   I don't have any objection to that.
19   A.   Okay.  Sorry, will you remind me
20 where we were?
21   Q.   You were testifying about whether
22 or not on November 4th, 2018, you indicated
23 that you believed these women's allegations
24 of sexual harassment related to Gregg
25 Roman?

Page 38

1    A.   Yeah.  They had took it to a level
2  that would make it difficult to believe
3  that that was not the case.  So, I mean,
4  you know, put everybody else's employment
5  on the line or in jeopardy.  Yeah, it was
6  at a level that why would anybody do that
7  unless it was true.
8    Q.   Okay.  So you believed them then,
9  and you don't believe them now; is that
10 your testimony?
11   A.   I would say, yeah, I don't believe
12 them now.  I mean, I believe that they were
13 saying things that they had never said
14 before.  And, look, at the time I was -- I
15 broke my foot, then I had double pink eye.
16 I used my vacation time to work a
17 conference in California.
18       My wife was pregnant.  We were
19 told that the baby had a genetic disease,
20 and we had to terminate the pregnancy, and
21 we did terminate the pregnancy.  I was
22 struggling personally to cope with my
23 personal life, and work was the one place
24 that I would be able to feel that I have
25 like a stable environment, as my personal

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 39

1 life was deteriorating.
2        So when the people that I, you
3 know, Tricia and Lisa and my colleagues in
4 the office, they were the people I sent the
5 ultrasound of my baby to, to say, guys,
6 look, first people I told I was pregnant.
7 They were my best friends there. They were
8 my best friends in life, Gregg and all of
9 them. All I had was my work life. I was
10 dedicated to that.
11        And when all of a sudden they
12 came out saying these things, then, you
13 know, I'm in a position, I have all these
14 friendships, I have life hanging heavy on
15 my head, and I believed it, yeah.
16   Q.   And you don't believe them today,
17 correct?
18   A.   I have reason -- I mean, when
19 someone had the, had the not -- said things
20 that I believe are lies about myself or
21 that are lies about myself, and other
22 things that they recalled that I know are
23 not true, or I recall them very
24 differently, then, yes, it leads me to cast
25 a doubt on anything and everything that

Page 40

1 they said or were their reasons for even
2 saying them.
3   Q.   Well, give me an example. What are
4 these things that, let's relegate it to
5 Lisa since you are here today to testify
6 about Lisa's case.
7   A.   Okay.
8   Q.   So what has Lisa said about you
9 that you know not to be true?
10   A.   I mean, it has been awhile since I
11 was delivered this, the packet by the
12 process server or whatever.
13   Q.   I can put it in front of you if it
14 will help.
15   A.   If you could just tell me and then
16 I'll respond to it.
17   Q.   Well, it is a 60-page complaint so
18 I think I would show it you.
19   A.   Exactly, so somebody who makes a
20 60-page complaint, after they threw me a
21 going away party on the day before I left,
22 I attended Lisa's son's birthday party and
23 sat a table with her parents, she and her
24 husband attended my daughter's first
25 birthday party with my parents, Tricia

Page 41

1 baby-sat my daughter, Catriona and Delany
2 wanted to rent my house. I mean, these are
3 my friends.
4        I have a picture of us sitting
5 at Continental Midtown, the day before I
6 left, going away, and all of a sudden then
7 two months later I get a paper that says
8 that I'm some horrible person, and that
9 their whatever is gone, their employment
10 after I had left was somehow -- I'm
11 responsible for, or that I didn't report
12 something, which they say that I should
13 have reported or did something.
14        I mean, these are my friends.
15 We went out drinking. We went out every
16 week, every month, phone calls.
17        I hung out with Lisa's husband.
18 He we got beers at the bar, and wings,
19 watched the Eagles game. I mean, like
20 these were, these were people who I
21 socialized with on a daily, weekly, monthly
22 basis for the entire time that they were
23 employed there. Up to the day that I left
24 they were my friends.
25        They called, they called my

Page 42

1 wife, we are worried about Matt, he hasn't
2 been to work, what is going on. And then
3 all of a sudden now I'm enemy of the state.
4   Q.   Well --
5   A.   What happened between the time that
6 I left and the time that all of a sudden I
7 became persona non grata, un-friended on
8 Facebook? What did I do in the two months
9 that I didn't talk to them that made that
10 happen?
11   Q.   Well, what has Lisa Barbounis said
12 about you that's not true? Has she said
13 anything about you that's not true?
14   A.   I'm not going to -- put it on the
15 screen or read it to me, and then we will
16 go through one by one.
17   Q.   All right. So I would be happy to
18 do that. Is the document you are referring
19 to her complaint?
20   A.   I don't remember. It is whatever
21 the thing that was delivered to my house
22 probably over a year ago at this point,
23 whatever.
24   Q.   I want to put a complaint on the
25 screen. You do know that you are not, you

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 43

1  are not a defendant in Lisa's case, right?
2    A.   I believe I was at some point, and
3  now, then, now I'm not.  Is that a correct
4  understanding of it?
5    Q.   You were dismissed from her case,
6  right?  Did you know that?
7    A.   No, to be honest with you.  I'm
8  trying to stay -- look, I have a newborn
9  baby at home.  I just bought a house.  I
10  just had to flee New York City with a
11  pregnant wife in a pandemic.  I'm trying to
12  keep toxic things out of my life.  So, no
13  I'm not aware of what is going on.
14         But if you put it up on the
15  screen and I read it, then I can recount to
16  what I do remember at that time.
17    Q.   Well, do you know that you were
18  dismissed from Lisa's case pursuant to an
19  agreement that Lisa made with, with you,
20  to--
21    A.   An agreement?
22    Q.   Yeah, it's called a stipulation.
23  Did you know that you were dismissed from
24  the case pursuant to a stipulation?
25    A.   You are saying that she made an

Page 44

1  agreement with me?
2    Q.   Yeah, through your lawyers, to
3  dismiss you from the case.
4    A.   Oh, oh.  Yeah.  I thought you were
5  insinuating or claiming I had some contact
6  with her between the time, whatever, and
7  now.  Yes.
8    Q.   Were you aware that that -- I'm
9  sorry to interrupt.  Were you aware that
10  that is the reason you are no longer part
11  of her case?
12    A.   Yes, yes.  I don't know all the
13  details, but, yes, I'm aware that there was
14  an agreement and that I was -- that I am no
15  longer a party to it.
16    Q.   Do you know that the reason why the
17  stipulation was agreed to is because she
18  made no allegations concerning you in her
19  complaint?  Are you aware of that?
20    A.   Sorry, repeat that again.
21    Q.   Are you aware that she made no
22  allegations concerning you and harassment
23  in her complaint?
24    A.   Well, I would hope not.  Like what?
25    Q.   Right.

Page 45

1    A.   I mean, I don't know what the
2  difference is, to be honest with you, I
3  don't know what the difference is between
4  whatever those documents were that were
5  delivered and whatever is going on now.  I
6  don't know what the -- what was removed,
7  added, agreed upon, the details, no.  I
8  don't.
9         So I don't know what -- I
10  remember reading things in a set of
11  documents, which were ridiculous, and
12  thinking how could, how could people I
13  called my friends do this to me or say this
14  about me.  And then, I don't know what is
15  there now.  So, no.
16    Q.   But you don't remember any specific
17  things?  Because the reason, and I'll tell
18  you the reason I'm asking is because you
19  said this is the reason you have changed
20  your mind.  This is the reason you testify
21  that you believed them on November 4th,
22  2018, but you don't believe them now,
23  because of these things you read.  So
24  that's the only reason I'm trying to
25  identify what you read that caused you to

Page 46

1  dramatically change your mind.
2    A.   Well, I don't know specifically who
3  said what, but if they are saying that I
4  was supposed to -- that some things, the
5  instance on the Israel trip, that I was
6  supposed to be the person to go on, and I
7  didn't go on that trip, and that I believe
8  they said a complaint was made to me about
9  it, and that I didn't report it.
10         I'm not sure who said that or
11  what case or whatever it was in.  But my
12  specific recollection of that is Lisa came
13  back, we were having lunch downstairs
14  underneath in the cafeteria place, talked
15  about the trip, and she said:  Gregg was
16  acting like a dork on the couch.
17         And I remember she said the
18  word "dork," which I thought was strange,
19  because I don't know she uses that word.
20  But then later she had felt that or alleged
21  that, I don't know, what was obviously much
22  more than that, and then I was shown text
23  messages that said she was --
24    Q.   Sorry, but there is some sort of
25  clicking.  I'm not sure what that is.

Deposition of Matthew Bennett                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 47

1    A.   It is not me.
2         THE VIDEO SPECIALIST:  Can we
3    go off the record.
4         (Discussion off the record.)
5         THE VIDEO SPECIALIST:  Back on
6    the record.
7    BY MR. CARSON:
8    Q.   Sorry about that, Mr. Bennett.
9    A.   That's okay.
10   Q.   So since you brought it up, let's
11   just talk about the Israel trip for a
12   minute.  So you just mentioned that someone
13   alleged that you were supposed to go on
14   that trip.  You were never supposed to go
15   on that trip, correct?
16   A.   No, I was.  And at the time that my
17   wife had either just given birth or was
18   about to give birth, and I told Gregg, I
19   said, I can't, I can't leave her, you know,
20   take somebody else.
21        I believe he asked maybe
22   Marnie.  And then I don't think Marnie --
23   obviously, Marnie didn't go.  And then I
24   believe Lisa went.
25   Q.   Do you know why Marnie wouldn't go?

Page 48

1    A.   I don't know.  I mean, I would
2    have, I would have been glad to go.  I'm
3    not sure why she didn't go.
4    Q.   Did Gregg send you any text
5    messages where he asked you to go on this
6    Israel trip?
7    A.   Text message?
8    Q.   Yes.
9    A.   I don't believe so.  I mean, it was
10   probably either discussion in the office or
11   -- no, I don't remember, I don't recall any
12   text messages saying come with me to Israel
13   or whatever.
14   Q.   Is there any e-mails --
15   A.   But we -- on all of Gregg's fund
16   raising trips, in travel, and work, you
17   know, I was the logical person to go
18   because I had knowledge of the content of
19   the work being done by the organization.  I
20   had the ability to sit in on meetings and
21   process high-level information and relate
22   that to the strategy of the organization,
23   how we are best able to leverage
24   relationships with vendors, key people, you
25   know, promote our interests and influence,

Page 49

1    etcetera.
2         I had intimate knowledge of the
3    inner-workings of the organization, so I
4    would be able to relay, relay that back to
5    whatever department or project would have
6    then made use of that, so, you know,
7    California, Florida.
8    Q.   My only question --
9    A.   Chicago.
10   Q.   -- was whether he sent you an
11   e-mail asking you to go?
12   A.   I mean, if there is, I'm sure it is
13   in some, in some MEF e-mails.  But I don't
14   recall an e-mail or text message.
15   Q.   You haven't read any e-mails or
16   texts where he mentioned asking you to go
17   to the Israel trip, correct?
18   A.   When?
19   Q.   Ever?
20   A.   No, I don't recall.
21   Q.   In your life?
22        MR. GOLD:  Asked and answered.
23   He said he didn't recall.
24   Q.   It is your testimony, right, you
25   have never read, you have never seen any

Page 50

1    e-mail, text message, electronic
2    communication of any kind where Gregg Roman
3    asked you to go on that this trip, correct?
4         MR. GOLD:  Matt, don't answer
5    that.  Matt, don't answer that.  Just let
6    me place my objection.
7         Seth, he said he doesn't recall
8    any.  He said it about three different
9    times.  He didn't say he never read one.
10   He said he didn't recall.
11        MR. CARSON:  Okay.
12        MR. GOLD:  He said it three
13   different times.
14        MR. CARSON:  That's why I said
15   "correct" at the end.  It was a question.
16        MR. GOLD:  I know, but you have
17   prior --
18   BY MR. CARSON:
19   Q.   Have you read any of these text
20   messages, have you ever read a text
21   message, e-mail, electronic communication
22   where Gregg Roman asked you to go on this
23   Israel trip?
24        MR. GOLD:  Objection, asked and
25   answered.  You can answer again.

Page 51

1   A.   I don't recall.
2   Q.   So you don't recall ever reading?
3   You didn't read one any time recently,
4   correct?
5   A.   No, definitely not.
6        A VOICE:  Yo, I'm in this dep,
7   man.  What is up?
8        (Discussion off the record.)
9        MR. CARSON:  Guys, I got to
10  take a break.  Go off the record for a
11  second.  Thank you, Jason.
12       THE VIDEO SPECIALIST:  We are
13  off the record.
14       (Recess taken.)
15       THE VIDEO SPECIALIST:  We are
16  back on the record.
17  BY MR. CARSON:
18  Q.   All right.  So, sorry for that
19  short break.  When we left we were talking
20  about the Israel trip, and I think you said
21  that Mr. Roman asked Marnie Meyer to go on
22  the trip; is that correct?
23  A.   I know that there was someone that
24  was asked after me.  Then, at least that's
25  what I remember.  Then, that Lisa...

Page 52

1   Q.   And that someone who was asked
2   after you was Marnie Meyer, right?
3   A.   To the best of my recollection,
4   yes.
5   Q.   Do you know why she said no?
6   A.   I do not.
7   Q.   Do you know if she said no?
8        MR. WALTON:  Object.
9   A.   I do not.
10  Q.   Do you know whether or not she
11  turned Gregg down because Gregg forced her,
12  said, if you go you have to share a room
13  with me?
14       MR. WALTON:  Objection.
15  Assumes facts not in evidence.  But go
16  ahead.
17  A.   I definitely did not know that.
18  And, no, I don't.
19  Q.   Did Gregg tell you that you were
20  going to be sharing a room with him if you
21  went on the trip?
22       MR. WALTON:  Objection.
23  A.   No.
24  Q.   Did Gregg tell you that you could
25  have your own hotel room if you went?

Page 53

1        MR. WALTON:  Asked and
2   answered.
3   A.   On this, on this specific trip
4   there weren't any details.  It was, there
5   is the Israel trip, and I said I can't go
6   on it because of my wife and the baby.
7   That was it.  But every other trip, you
8   know, it was accommodations as normal, that
9   I would go on.
10  Q.   What does that mean?  What is
11  normal accommodations?
12  A.   Whatever we were able to find at
13  the last minute.  If it was -- if we looked
14  long in advance and there wasn't a problem,
15  then wouldn't be an issue getting two rooms
16  in the same hotel for like a normal cost.
17  If it was a problem, we would share a room,
18  or an Airbnb, or whatever that other thing
19  is called that you book stays in.
20  Q.   Airbnb?
21  A.   Yeah, Airbnb.
22  Q.   Do you think it is appropriate for
23  Gregg to share an Airbnb with another
24  female employee on the trip to Israel?
25  A.   I guess it depended on the nature

Page 54

1   of the, you know, the place.
2   Q.   What do you mean by that?
3   A.   Well, if it is a studio apartment,
4   I guess it would be odd.  If there was, if
5   there was ample, you know, space and room
6   for privacy, then it should be fine.
7   Q.   If there was one bathroom in the
8   middle of the kitchen, would that be odd?
9   A.   One bathroom --
10       MR. GOLD:  Objection to form.
11  But you can answer.
12  A.   To share a bathroom?  I mean I
13  stayed at Airbnbs with other jobs that
14  would only be one bathroom.  But I guess,
15  no, it wouldn't be odd if that was -- you
16  know, unless they were in the bathroom at
17  the same time together, you know.
18  Q.   You think that's appropriate?
19       MR. GOLD:  Asked and answered.
20  Now, come on, Seth, you are wasting time.
21       MR. CARSON:  I think your
22  objections are wasting time, but I'm going
23  to ask my question again.
24  BY MR. CARSON:
25  Q.   Do you think that's appropriate?

Page 55

1   A.   Appropriate to whom?  Would my wife
2   have a problem with it?  Probably.  If --
3   but many times I had to stay places and she
4   wasn't happy about it, and that's just the
5   way it is.  That was the nature of -- at
6   another job I had to share, I had to share
7   a small hotel room with a 55-year-old gay
8   man, and that was -- wasn't happy about
9   that, but I had to do it because that was
10  the nature of the job, because there were
11  no other hotel rooms.
12       So I mean, you know, it is not
13  like we are in high school here.  Everybody
14  is a big kid.  And if there is an
15  uncomfortable situation, then leave.
16  Q.   Did you ever share a hotel room
17  with another woman on a trip?
18  A.   Have I?  No.
19  Q.   Yes.  Right.  So when was this trip
20  to Israel scheduled; do you remember?
21  A.   It is probably somewhere in the
22  vicinity of, my daughter was born in --
23  Q.   If I said it was around April of
24  2018, does that sound right to you?
25  A.   Yeah, that makes sense.  My

Page 56

1   daughter was born end of February.  And
2   then, yeah, yeah, in April, we were
3   pregnant, then the drama with the baby.
4   Q.   Did Gregg tell you that you
5   shouldn't tell anyone you were going to
6   Israel if you went?
7   A.   Did he tell me that I shouldn't
8   tell anyone?
9   Q.   Yeah.
10  A.   That I was going to Israel?
11  Q.   Right.  When he asked you, did he
12  say:  Don't tell anyone that you are going
13  to go?
14  A.   No.  I told him right away that I
15  can't go.
16  Q.   Did he say:  Don't tell anyone that
17  I asked you?
18  A.   I don't recall that.
19  Q.   Do you recall him trying to hide
20  the fact that he asked you in any way, from
21  anybody?
22       MR. GOLD:  Objection.
23  A.   Do I recall that he asked me what?
24  Q.   Whether he asked you to hide the
25  fact that he had invited you to go to

Page 57

1   Israel?
2   A.   No, I don't recall that.
3   Q.   Do you know whether he asked Lisa
4   to hide it from anyone?
5   A.   No.  I would have no way to know
6   that, no.
7   Q.   When did you find out that Lisa
8   went to Israel with Gregg?
9   A.   I mean, probably just before the
10  trip, I guess.
11  Q.   You knew that they were there while
12  they were there; is that your testimony?
13  A.   At the time I had, I used time to
14  fly to California to attend the Google
15  conference.  If it was at the same time --
16  I mean, at this point I obviously know that
17  they were there.  I don't remember when I
18  found out that they were there, if it
19  was -- most likely I knew before they left,
20  I would say.
21  Q.   So I know it is tough because there
22  is things you know after the fact because
23  of the case.
24  A.   Well, yes.  I mean to remember when
25  I learned of it is --

Page 58

1   Q.   So I'm not trying to be like, I'm
2   not trying to be aggressive or
3   argumentative right now.
4   A.   Okay.
5   Q.   I'm just trying to make that
6   distinction, if your knowledge is based
7   upon information you learned after or what
8   you knew then.  So I guess my question is
9   then, like, when did you find out in
10  realtime?  Was it before the trip or after
11  the trip?
12  A.   Again, I don't recall.  I cannot
13  say for sure.  Most likely before the trip.
14  Q.   But why do you say "most likely"?
15  A.   I was dealing with like a personal
16  drama with the baby, and I was trying to
17  use my vacation time to work a second job,
18  to make extra money.  I went to the Google
19  conference in San Francisco.
20       So whether or not I found out
21  when I came back from that conference, all
22  I can say is most likely, because I worked
23  in the office every day, and if she was
24  going, then I would say other people in the
25  office would know and it would be common

Page 59

1  knowledge.
2      Q.   Is that all hypothetical, or do you
3  have knowledge that other people told you
4  she was there?
5      A.   It is all hypothetical.  I mean, it
6  is just, we were all close, we had lunch
7  together, we went out together.  So, yeah,
8  it is hypothetical, but it seems unlikely
9  that I wouldn't find out until they got
10  back.
11     Q.   Do you know who Leah Merville is?
12     A.   Yes.
13          THE COURT REPORTER:  I'm sorry?
14          MR. CARSON:  I'm sorry about
15  that.  Do you know who Leah Merville is?
16  L-E-A-H, M-E-R-V-I-L-L-E.  Leah Merville.
17          THE COURT REPORTER:  Thank you.
18          THE WITNESS:  Yes.
19  BY MR. CARSON:
20     Q.   Who is she?
21     A.   An intern I believe from Marseille
22  or somewhere in France.
23     Q.   And do you know where Leah Merville
24  was in April of 2018?
25     A.   I'm going to -- for sure, no.  But

Page 60

1  to guess, based on, again, after-the-fact
2  type stuff, I'm going to say Israel.
3      Q.   Okay.  And you can make those
4  distinctions any time you think it is
5  appropriate today.  So during this trip to
6  Israel, my client has alleged that certain
7  inappropriate conduct of a sexual nature
8  occurred, so my question to you is:  When
9  did you find out that she was making those
10  allegations?  When did you first find out
11  that she was making those allegations?
12     A.   As soon as --
13          MR. WALTON:  Seth, objection.
14  Wait, Matt.  Seth, can you be more specific
15  about, can you be more specific about what
16  you mean by the allegations?
17  BY MR. CARSON:
18     Q.   Sure.  When did you first find out
19  that Lisa Barbounis had claimed to have
20  experienced sexual misconduct during the
21  trip to Israel by Gregg Roman?
22          MR. GOLD:  Objection.  Assumes
23  facts not in evidence.  Also, there is a
24  conclusion of law.  Why don't you ask him
25  what facts he knows rather than

Page 61

1  characterizing it as sexual harassment.
2      Q.   When did you first find out about
3  Lisa's claims regarding the trip to Israel.
4      A.   She had told me that Gregg was
5  acting like a dork on the couch probably
6  the day she -- when we first saw each other
7  after I came back, or she came back, over
8  lunch, I believe it was downstairs in the
9  cafeteria, around, close to where the
10  office was.
11     Q.   So where were you when Lisa first
12  told you that Gregg acted like a dork on
13  the couch?
14     A.   I was sitting across from her at a
15  table.  I think I was eating pizza, maybe.
16     Q.   You were at a restaurant?
17     A.   In the cafeteria underneath, in the
18  subterranean, whatever it is called there,
19  where all the food court is, around 16th
20  and Market.
21     Q.   And what else did she say?
22     A.   That was it, I mean.  In that
23  particular conversation, they went to a lot
24  of meetings, then at night on the couch he
25  was acting like a dork.

Page 62

1      Q.   Who told you to say that?
2      A.   I remember the word, "dork."
3      Q.   Who told you to say that?
4      A.   Who told me to say that?
5          MR. WALTON:  Wait a second.
6  Stop.  Objection.  Who told him to say
7  what?
8      Q.   Who told you to say that, that my
9  client told you that Gregg acted like a
10  dork?
11         MR. WALTON:  Nobody told him to
12  say it.
13     Q.   Who directed you to say that?
14     A.   Come on.  Who --
15         MR. WALTON:  Don't answer that.
16         MR. CARSON:  You can answer it.
17         MR. WALTON:  No, it is not.
18  That's, that's accusing him of fraud.
19         MR. CARSON:  I am accusing him
20  of fraud.
21  BY MR. CARSON:
22     Q.   You are lying right now, aren't
23  you?
24         MR. WALTON:  Objection.  Don't
25  answer that.

Deposition of Matthew Bennett                                        Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 63

1   A.   Definitely not.  Lisa and I had
2   lunch downstairs, underneath the office, in
3   the cafeteria.  We talked about the trip.
4   She said:  Gregg was acting like a dork on
5   the couch.
6   Q.   Is that funny that she said that?
7   A.   No.  It is funny that you are
8   insinuating --
9        MR. WALTON:  It is funny that
10   you are accusing him of lying.
11        MR. CARSON:  Dave, if you are
12   not going to get sworn in you need to stop
13   and just enter your objection.
14        MR. WALTON:  No.  You need to
15   stop your argumentative and abusive
16   questions.
17   BY MR. CARSON:
18   Q.   I'm going to continue my
19   examination.  So did she tell you that she
20   slept with a knife under her pillow?
21   A.   No, she did not tell me that.  I
22   saw text messages, I saw screen shots that
23   were e-mailed to me, I believe, that she
24   had sent to someone else, and then deleted,
25   but the other person saved them.  I believe

Page 64

1   it was Tricia.  And I guess Tricia gave her
2   back the screen shots of the messages,
3   which I saw, which said that thing about
4   the knife under the pillow.
5   Q.   Those text messages were sent in
6   realtime, right?
7   A.   I would --
8   Q.   While she was in Israel?
9   A.   Again, I was showed screen shots of
10   messages that were apparently sent and
11   deleted, that I never -- I don't know what
12   was time stamped or whatever.  I assume
13   that they were in Israel.  That's what the
14   logical assumption is, is that she was
15   texting them in realtime.
16   Q.   Did Lisa Barbounis tell you that
17   Gregg told her that he needed release and
18   suggested that she give him a blow job?
19   A.   No, definitely didn't, wasn't
20   graphic in that, in that depiction or
21   description.  She said he was acting -- she
22   said something like he said he was very
23   stressed, but she didn't say that he had
24   asked her to give her a blow job, no.
25   Q.   Okay.  Did she tell you that Gregg

Page 65

1   Roman graphically explained how he had sex
2   with Leah Merville?
3   A.   I remember talking about that.  Not
4   me and her.  I remember there was talking
5   about that.  But in that conversation when
6   I first learned that whatever took place on
7   a couch that you are describing now, no, in
8   that conversation, there was no mention of
9   that.
10   Q.   When did you first learn that Gregg
11   Roman had sex with Leah Merville?
12   A.   I believe it was probably at AIPAC,
13   Marnie said Gregg had told her that, or
14   Marnie said that it had happened, or there
15   was a rumor that it had happened.
16        I mean, you are asking me to
17   remember something that I have heard of
18   after the fact, and then when I heard it
19   the first time.  So to the best of --
20   Q.   Did Gregg --
21   A.   Sorry.
22   Q.   Did Gregg ever tell you he had sex
23   with Leah Merville?
24   A.   No.  He told me he had met Leah
25   Merville to give her a paper, in Israel,

Page 66

1   because she was there and she needed a
2   paper.
3        And then later when I found out
4   that this was, you know, I guess being said
5   about him, I was worried or nervous that if
6   that did happen, and I was the one who, you
7   know, brought her, my name was on her
8   internship papers, whatever, I became angry
9   at Gregg, for, if that happened, having put
10   me in the situation.  Or like --
11   Q.   What is this paper that you were
12   testifying about?  What was that?
13   A.   I think it was a document that she
14   needed about, to complete her internship or
15   something.  I don't know.
16   Q.   So who told you about that paper?
17   A.   I believe, I'm not sure if -- who
18   was still working in the office.  But
19   whoever was coordinating after the
20   follow-up of her internship said that there
21   was some document, depending on what time
22   it was, it could have been Eman Patel who
23   was corresponding with -- whoever was
24   corresponding with all the intern people at
25   the time then informed me there is a

Page 67

1  document, there is a thing needed to be
2  filled out and signed and returned to her
3  for internship.
4      Q.   So what does that have to do with
5  Gregg Roman having sex with her?
6      A.   I didn't say it had anything to do
7  with that.
8      Q.   When I asked you about Gregg Roman
9  having sex with her, you brought up a piece
10  of paper.  So do you have any knowledge of
11  the way that piece of paper that she
12  needed signed related to a sexual encounter
13  between them?
14      A.   Well, the allegation is or the
15  story is, is that, that, yes, that happened
16  when she came to get the paper.
17      Q.   Is that appropriate?
18          A VOICE:  It didn't happen.
19      A.   Is what appropriate?
20          MR. CARSON:  Who just said
21  that?
22          THE WITNESS:  Making the
23  allegation?
24          MR. CARSON:  Who just said, "It
25  didn't happen"?

Page 68

1          Who just said, "It didn't
2  happen"?  The court reporter needs to
3  record their voice, who has made that
4  statement.  So we are going to wait while
5  we figure that out right now.
6          Is anyone going to say who said
7  that?
8          I'm going to ask the court
9  reporter, you just recorded someone saying,
10  "It didn't happen," correct?
11          THE COURT REPORTER:  I reported
12  that as "a voice" because I didn't know who
13  it was.
14          MR. CARSON:  Yeah.  So the
15  person who said that needs to make
16  themselves known right now.
17          I guess I'll give you guys like
18  another two minutes or I'm going to call
19  the Court.
20          MR. WALTON:  Go ahead and call
21  the Court, I guess.
22          MR. CARSON:  I am going to call
23  the Court.  Because Gregg Roman just said
24  that, and that's totally inappropriate.
25  And the court reporter needs to put down on

Page 69

1  the record that the defendant in this case
2  is going on the record and instructing the
3  witness what to say.
4          MR. WALTON:  No, he is not, he
5  didn't instruct the witness.  If that was
6  Gregg, there was no instruction to the
7  witness for what the witness to say.
8          MR. CARSON:  So we are going to
9  put Gregg Roman down next to the person who
10  said, "It didn't happen," okay?  That's how
11  we are going to record that.
12          MR. GOLD:  That's not okay.
13          MR. CARSON:  Well, who said it?
14  Did you say it, Sidney?  We can ask
15  everyone who is on this call right or else
16  I'm going to call Judge Wolson.
17          MR. GOLD:  I'll take a voice
18  test.  It is not me.
19          MR. CARSON:  I'm calling the
20  judge.  That's fine.
21          MR. WALTON:  Let's go off the
22  record.
23          MR. CARSON:  That's fine.  We
24  will just call the judge and ask him.
25          MR. WALTON:  Let's go off the

Page 70

1  record and see if we can resolve it, Seth.
2          MR. CARSON:  What is there to
3  resolve?  We are going to either properly
4  record the person who made the statement on
5  the record, or we are not.
6          MR. WALTON:  Seth, I asked you
7  if we could go off the record.
8          MR. CARSON:  We can go off the
9  record.
10          THE VIDEO SPECIALIST:  We are
11  off the record.
12          (Discussion off the record.)
13          MR. CARSON:  We are going to
14  properly identify Gregg Roman as the person
15  who made that statement, correct?
16          MR. WALTON:  Correct.
17          MR. GOLD:  Gregg --
18          THE COURT REPORTER:  Counsel.
19          MR. GOLD:  This is Mr. Gold.  I
20  represent Mr. Roman.  Mr. Roman thought he
21  was on mute.  That was his voice we heard
22  on the record saying, "I didn't do it," or
23  whatever the comment was, and we can
24  attribute it to Mr. Roman on the record.
25          MR. CARSON:  Sure.  Now, there

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 71

1  is two people telling lies for Gregg today.
2           MR. GOLD:  So --
3           MR. WALTON:  What?
4           MR. CARSON:  Two people.  It is
5  okay.  I'll continue my examination.
6           MR. WALTON:  No, no, no.  Wait,
7  wait a second.  Wait a second.  Did you
8  just accuse Sid of lying?
9           MR. CARSON:  Yes, I did.
10          MR. WALTON:  So you --
11          MR. GOLD:  Now what --
12          THE COURT REPORTER:  Excuse me.
13  I'm having trouble because multiple people
14  are talking.
15          MR. GOLD:  What is the lie you
16  are accusing me of?
17          MR. CARSON:  He didn't think
18  his phone was on mute.  That's nonsense.
19          MR. GOLD:  Are you a mind
20  reader?
21          MR. CARSON:  Nonsense.
22          MR. GOLD:  Reading people's
23  minds will get far in this case.
24          MR. CARSON:  I'm sure telling
25  lies that have no credibility is going to

Page 72

1  get you guys far.
2           MR. GOLD:  Watch your
3  commentary because I will report that to
4  the Court.
5           MR. CARSON:  You do what you
6  got to do.
7           MR. GOLD:  I'll do what I have
8  to do.  Go ahead.  You've had enough
9  sanctions asserted against you already in
10  this case.  Go ahead.  Let's go.
11          MR. CARSON:  It doesn't bother
12  me.  You can keep asserting --
13          MR. GOLD:  Oh, it doesn't.  Go
14  ahead.
15          MR. CARSON:  Keep asserting
16  privilege sanctions against me until you
17  guys are blue in the face.  That's fine.
18  I'm going to continue now.
19  BY MR. CARSON:
20      Q.   Okay.  So you were testifying about
21  Gregg Roman luring Leah Merville to a hotel
22  room by using a piece of paper that she
23  needed signed to have sex with her?
24          MR. GOLD:  Objection.  Direct
25  the witness not to answer.  Assumes facts

Page 73

1  not in evidence, misleading question.
2           MR. CARSON:  Correct?
3           MR. GOLD:  Rephrase the
4  question.  I'm not going to allow him to
5  answer that question.  Now you can call the
6  Court.
7           And save that question, Ms.
8  Stenographer.  We are going to read that
9  back to the judge.
10          MR. CARSON:  Your objection is
11  noted, correct?
12          MR. GOLD:  I direct you not to
13  answer the question.
14          MR. CARSON:  You can't direct
15  him.
16          MR. GOLD:  I already said, read
17  the question back, because the question is
18  not stated, you said --
19          MR. CARSON:  That's not a valid
20  reason to tell someone not to answer the
21  question.
22          MR. GOLD:  Can I hear the
23  question again.
24          (The record was read back:
25          Q.  So you were testifying

Page 74

1  about Gregg Roman luring Leah Merville to a
2  hotel room by using a piece of paper that
3  she needed to have signed to have sex with
4  her?)
5           MR. GOLD:  I direct you not to
6  answer the question.  Misstates his
7  testimony.
8  BY MR. CARSON:
9      Q.   Is that correct?  Is that what you
10  were testifying about?
11     A.   No.
12     Q.   So explain how the piece of paper
13  that Leah Merville needed to have signed
14  relates to Gregg Roman and her sexual
15  encounter.
16     A.   I was not in Israel in April.  I do
17  not know if, or if a paper was ever given
18  to Leah or what -- I know that at some
19  point she needed something after her
20  internship, and that's it.  And there was a
21  rumor that he had -- that someone, I
22  believe, else started that, that that had
23  taken place or that something had taken
24  place.
25          Again, I have no knowledge if

Page 75

something had taken place. I didn't
witness anything. Leah never told me
anything. I never saw a piece of paper.
I'm telling you what was common knowledge
in the office at the time that I left the
office and between the time that all of
this chaos broke out.

Q. When did it become common knowledge
in the office?

A. It could have been at some point
around the holiday party when we were all
drinking and Marnie was asking me, imagine
Gregg's dick in Leah's mouth, over and over
again.

Q. What year? What holiday party?
When was this?

A. The last one that I attended in,
whatever it was, the end of 2018.

Q. Didn't you testify that you had a
conversation with Marnie Meyer about it
during the AIPAC conference in March of
2018?

A. She told me that, she told me that
then. She said, Did you know Leah needed a
paper, or something like that. And I said,

Page 76

"Yes." And then she told me that Gregg
told her or she said that Gregg told her
that.

Q. And then Lisa told you about it
too, correct?

A. Lisa told me that about Leah?

Q. Right.

A. I don't recall Lisa being the one
to inform me of that. But I believe --

Q. Go ahead. You can finish.

A. I believe it was, I believe it was
at AIPAC, I believe Marnie told me that at
AIPAC. And I was almost like surprised
that I wouldn't know if that happened, if
it did happen, that's why I remember her
telling me there.

Q. Were you concerned after you found
this out?

A. Not in the moment. But as months
went by, then, or at the time that -- no, I
was concerned when, when I was shown a
screen shot of a yellow paper that was
apparently sent to Daniel, and told we --
you are in this, and you're -- you know, we
are just giving you a heads-up.

Page 77

I was asked to meet at a
Starbucks, on the way to work I got a text
message, come meet us here. And then I get
to the Starbucks, Marnie and Lisa are
there. They said: We told Daniel
everything, and we just want, and we want
you to know so you know what you are
walking into.

And I said: "What is
everything? What do you mean?"

And she showed me on her phone,
which was like about this big (indicating),
of a picture of a letter that looks like
was sent. I don't know if the actual
letter was sent. Whatever. But I saw the
picture.

I said: "I can't read this.
Tell me, like tell me what is going on."
And the implication was that I was
mentioned in it or that they made me look
guilty in some way to Daniel, that I had
done something or not done something.

I think the words "you are with
us or against us," or something like that,
were said to me, because that, I was

Page 78

rattled going into the office that day.
And that was when my concern began of
whatever this, of this story, of this
whatever.

Q. You are testifying that your
concern into what began at that time?

A. My concern was that there was
something that was said to me, to my boss,
or about me to my boss that I didn't know
what it was, me knowing that I'm not guilty
of anything.

I even said on the spot: I
think my work will speak for itself. I'm
good at what I do. I didn't do anything
wrong, so I don't know why you are telling
me that you wrote a letter and put my name
in it, and then gave it all to a person,
like, the implication was you might get
fired now.

Q. Didn't you have a conversation with
Lisa and Tricia in your office about it?

A. About Leah Merville?

Q. Yes.

A. No, I don't, I don't recall a
conversation about Leah Merville, no.

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 79

1  Q.   So you might have had a
2  conversation in your office about it; is
3  that correct?
4  A.   I said I don't recall a
5  conversation about Leah Merville in my
6  office.
7  Q.   Tricia sat in the chair, Lisa was
8  on the floor, and they were talking to you
9  about what happened in Israel, correct?
10 A.   Incorrect.  I don't remember --
11 about -- no, I don't.
12 Q.   About Gregg Roman sexually
13 harassing female employees at the Middle
14 East Forum, correct?  You had a
15 conversation about that in your office?
16 A.   No.  If a conversation was ever
17 brought to me in that regard, or somebody
18 had a legitimate gripe, I would have done
19 the same thing I did when Tiffany Lee was
20 destroying the organization, and I would
21 have said:  Put it in writing and e-mail it
22 to me, so that I had proof, so that I
23 wouldn't be responsible.
24     My biggest fear was losing my
25 job, not being able to pay the mortgage and

Page 80

1  support the family that I had just begun
2  creating.  If I was at any point having had
3  to sign a document that said I would know
4  of some, as a manager or supervisor, and
5  someone said I have a claim that I am, I
6  feel this way or I want to do something, I
7  would have said: Put it in writing, we
8  will take, you know, logical course of
9  action.
10 Q.   You told Lisa McNulty -- sorry --
11 Lisa Barbounis and Patricia McNulty that,
12 you told them that you were worried about
13 Catriona coming on full-time with Gregg
14 Roman in the office, correct?
15 A.   At some point -- no, I didn't say I
16 was worried about Catriona coming on.  I
17 said at some point, they were talking about
18 -- I don't know if they were talking about
19 who one of them was sleeping with or
20 something, but when the -- it was like,
21 more like gossip talk than anything, like
22 what, all the drama that was going on or
23 all the -- everybody's personal business.
24     And I said, if there is a
25 problem with Gregg, then before I hire

Page 81

1  Catriona, then make it known now, or
2  something like that, or at least it is the
3  best I can remember of saying something
4  like that.
5      The point is, is that I'm not
6  an idiot.  If someone was going to make a
7  complaint, and then I'm not going to report
8  it, then obviously I did something wrong.
9  If I'm going to make a complaint, my
10 natural response to anything would have
11 been, put it in writing, just like I did
12 with Tiffany Lee, just like I did with Lara
13 and Laura when they demonstrated
14 incompetency in performing their tasks.  I
15 said:  Send me the e-mail, send me the
16 e-mail, send me the e-mail, put it in
17 writing.
18 Q.   When Lara and Laura accused Gregg
19 Roman of sexual harassment, you told them
20 to put it in writing?
21 A.   They never said anything to me
22 about sexual harassment or anything about
23 Gregg Roman.
24 Q.   They never told you that Gregg
25 Roman was inappropriate with them?

Page 82

1  A.   Definitely not.  Definitely not.
2  Lara and Laura?
3  Q.   Yes.
4  A.   Definitely not.
5  Q.   Yeah.  Isn't that why they got
6  fired, is because they were talking about
7  Gregg Roman's sexually inappropriate
8  behavior, and Gregg Roman found out about
9  it and made sure that they were fired?
10     MR. GOLD:  Objection.  Assumes
11 facts not in evidence.  Nobody was fired.
12 What are you talking about?
13 BY MR. CARSON:
14 Q.   Isn't that why they were fired?
15 A.   I don't know if they were -- I
16 don't know if anybody was fired, or
17 anybody, what agreements anybody had, if
18 they left or if they resigned, except for
19 myself, I know that I resigned.
20     Lara was, demonstrated that she
21 was incompetent or unable to handle the
22 workload of all the travel, the domestic
23 travel.  For that reason Catriona, who was
24 an intern, assisted me in organizing dozens
25 and hundreds of meetings.  Before Lisa and

Page 83

1  Tricia were ever hired, Catriona, as an
2  intern, was better able to do Lara's job
3  than Lara was, as someone with a master's
4  degree and an interest in Middle East
5  foreign policy.
6        So when Lara demonstrated her
7  inability to carry out her tasks, I asked
8  to hire Catriona to help with, instead,
9  that maybe we should bring on Catriona.
10       I don't know, I don't think
11 that's the reason that Lara left, because I
12 asked or that I said Catriona will be able
13 to carry out the responsibility of a
14 development associate. But it was very
15 clear that she couldn't. And so Lara's
16 workload fell on my desk, the same way that
17 Laura's workload fell on my desk. She
18 misspelled the names of universities. She
19 misspelled things in news releases that
20 would go out. And Daniel would say: Why
21 would there be these stupid mistakes in
22 publications being sent out? And then I
23 would have to double check and reread
24 everything that she was doing, or made sure
25 that work was being carried out.

Page 84

1        So the challenge was not to
2  have that work fall on my desk. And it did
3  for both of them. And that prevents me to
4  promote the mission of the organization,
5  raise money, organize more events,
6  etcetera, etcetera.
7        So, no, neither of them
8  certainly ever told me that Gregg was
9  sexually inappropriate with them.
10 Q.   How many women told you that Gregg
11 was sexually inappropriate with them during
12 your employment with the Middle East Forum?
13 A.   None. None.
14 Q.   Not one?
15 A.   No. At some point Tricia said
16 something happened at AIPAC, and then Lisa
17 said something happened in Israel. And all
18 I had was -- and I remember saying to
19 Tricia, who I thought was close to a
20 friend: Well, why wouldn't you tell me
21 that? I had no idea. She didn't.
22       Lisa at the time didn't come
23 back from Israel and say I was sexually
24 assaulted, I was sexually harassed. If she
25 had done it, I would have said, like,

Page 85

1  alright, I got to go to Marnie because
2  that's the HR person.
3  Q.   In fact, you did try to talk Lisa
4  into reporting the sexual harassment to
5  Daniel Pipes, correct?
6  A.   You cut out for a second. What was
7  the question?
8  Q.   In fact, you did try to talk Lisa
9  into reporting sexual harassment to Daniel
10 Pipes, right, Gregg's sexual harassment?
11 A.   I don't remember doing that, but if
12 it occurred, it would have been at a point
13 where I started to hear that Delaney
14 brought pepper spray to a meeting, and
15 everybody was suddenly afraid of Gregg,
16 that he was large, intimidating. And then
17 saying, well, you have these gripes, then,
18 fine.
19       After Marnie said, "I'll never
20 trust you again," and Lisa called me a
21 pussy to my face, right in the middle of
22 Tir na nOg at 16th and Arch, and I realize
23 I no longer had the support or friendship
24 of anybody in the office, I was left with
25 one alternative, it was either rise up and

Page 86

1  take Gregg out, which she obviously wanted
2  me to do at the November 5th meeting, or
3  start looking for another job.
4        And I did both at the same
5  time, and I found another job before,
6  first, and things took their natural
7  conclusion.
8  Q.   When did you start looking for
9  another job?
10 A.   Probably, I could look up when I
11 started sending resumes and stuff, it was
12 probably -- well, it could have been after
13 I realized that, that none of them were
14 actually my friends or that I had none of
15 their respect, they didn't really want me
16 to be their manager or leader.
17 Q.   When was that?
18 A.   It increased between November 2018
19 and the time that I left in March.
20 Q.   So it is your testimony that when
21 you were confronted with all these reports
22 of sexual harassment, you had two choices,
23 either take Gregg Roman out or get another
24 job; is that your testimony?
25 A.   I wasn't confronted with any

Page 87

1 reports of sexual harassment.  Again, no
2 one --
3   Q.   Ever?
4   A.   -- said Gregg harassed me, no.  No
5 one said Gregg harassed me or I feel
6 uncomfortable.  And if they did, I would
7 have said: Let's write something about it,
8 or why didn't you come to me sooner.
9          It was like either months later
10 or, or one day it was suddenly something
11 that was like traumatic.
12          On one hand it was, well,
13 nothing happened, it wasn't a big deal.
14 And then later on, it was a big deal.
15 Everyone was saying it.
16   Q.   Did Gregg Roman offer you money for
17 your testimony today?
18   A.   That's absurd.
19   Q.   Well, it is not absurd since there
20 is evidence that --
21   A.   No, no.
22   Q.   -- that --
23   A.   No, no, he did not.  No, he did
24 not.
25          MR. GOLD:  Objection.

Page 88

1 Objection, again argumentative, states
2 facts not in evidence.
3   Q.   Okay.  So I'll ask this one more
4 time and then I won't ask it again.  In
5 your entire career at the Middle East
6 Forum, from the first day of your
7 employment to the last day of your
8 employment, has any woman ever complained
9 that Gregg Roman was sexually inappropriate
10 to you?
11          MR. WALTON:  This is Dave
12 Walton.  Objection, asked and answered.
13 You can answer again.
14   Q.   Yes or no?
15   A.   If anyone would have come to me at
16 any point, man or woman, and said Gregg was
17 sexually inappropriate to me, my answer
18 would have been:  Write it in an official
19 e-mail so that we could carry things out to
20 the natural conclusion.
21   Q.   Nonresponsive.
22          I'm asking you a simple yes or
23 no question.  From the first day of your
24 employment to the last day of your
25 employment, have you ever heard any woman

Page 89

1 accuse Gregg of sexual harassment or
2 sexually inappropriate conduct of any sort?
3          MR. WALTON:  This is Dave
4 Walton.
5          THE WITNESS:  If I received --
6          MR. WALTON:  Wait, Matt.  Wait,
7 Matt.
8          MR. CARSON:  Mr. Walton is
9 going to say:  Objection, asked and
10 answered.  And then you can answer.
11          MR. WALTON:  No, Seth, please
12 let me state my objection.  I'm trying to
13 do it slow for the court reporter.  Okay.
14          MR. CARSON:  Go ahead.
15          MR. WALTON:  Seth, you keep
16 badgering the witness.  His --
17          MR. CARSON:  His last answer
18 was not responsive.
19          MR. WALTON:  Please let me
20 finish, Seth.  Please let me finish.  His
21 last answer was not nonresponsive.  You
22 just don't like the answer.
23          MR. CARSON:  No, I'm fine with
24 the answer.
25          MR. WALTON:  I said objection

Page 90

1 for --
2          MR. CARSON:  It is
3 nonresponsive.
4          MR. WALTON:  If you were fine
5 with the answer you wouldn't be acting like
6 this.  Just let me finish my objection.
7          MR. CARSON:  No, Mr. Walton,
8 his answer was if someone would have came
9 to me, this is what I would have done.  I
10 didn't ask if someone would have came to
11 you, what would you done.  I said:  Did
12 anyone ever come to you?  So his answer was
13 nonresponsive.  We are going to be here --
14          MR. WALTON:  He gave responses.
15 His answer was not nonresponsive.  He
16 answered the question 20 different times,
17 and you keep trying to get him to answer it
18 in a different way.
19          MR. CARSON:  I just want him to
20 state no so we can move on.
21          MR. WALTON:  I'm going to place
22 my objection.  I'm going to place my
23 objection to asked and answered numerous
24 times.
25          MR. CARSON:  Got it.

Deposition of Matthew Bennett                                     Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 91

1  MR. WALTON: He can answer
2  subject to the objection.
3  MR. CARSON: Mr. Walton, don't
4  you think your objection is a little
5  long-winded right now? Is it appropriate
6  for you to take five minutes to make a
7  simple objection, asked and answered. Five
8  minutes.
9  MR. WALTON: Well, Seth, it
10  wouldn't have taken five minutes if you
11  didn't interrupt me 20 times.
12  MR. CARSON: All you got to do
13  is say: Objection, asked and answered.
14  You don't have to say --
15  MR. WALTON: Ah --
16  THE COURT REPORTER: Counsel,
17  counsel, excuse me. I can't report you
18  both at once.
19  MR. WALTON: Okay. Seth --
20  MR. CARSON: So we are not
21  going to do speaking objections today.
22  That's not going to happen.
23  MR. WALTON: Seth. Seth.
24  Seth, you are --
25  MR. CARSON: Are you going to

Page 92

1  say -- if you have another objection to
2  make, make it. If not, I don't need to
3  hear anything else from you guys.
4  MR. WALTON: Seth, I will say
5  whatever I want on the record.
6  MR. CARSON: You will not.
7  MR. WALTON: You are being
8  abusive. You are out of control right now.
9  I suggest that you take a break.
10  MR. CARSON: We are not going
11  to take a break.
12  MR. WALTON: Take a deep
13  breath. And then come back. Because you
14  are out of control.
15  MR. CARSON: We are not taking
16  a break.
17  MR. WALTON: Just relax.
18  Finish the deposition. Stop lobbing
19  accusations at me. Stop lobbing
20  accusations at your --
21  MR. CARSON: Dave, you are just
22  wasting time. You are just speaking for
23  the record.
24  MR. WALTON: Stop calling
25  people --

Page 93

1  MR. CARSON: That's all you are
2  doing. You are just blabbering on the
3  record. Like I don't need --
4  MR. WALTON: Stop calling
5  people --
6  MR. CARSON. -- that on the
7  record. You don't need to sit and explain
8  what your client -- like, you have a right
9  to make objections today. Your objections
10  need to be short and concise. Anything
11  else you say on the record is
12  inappropriate. And therefore --
13  MR. WALTON: Seth --
14  MR. CARSON: -- telling me that
15  I -- telling me that we should take a
16  break. Like, stop, just stop.
17  MR. WALTON: Seth, Seth, you
18  stop. Please, please --
19  MR. CARSON: Are you done now?
20  MR. WALTON: No, I'm not done.
21  I'm not done.
22  MR. CARSON: I'll wait for you
23  to be done. Go ahead.
24  MR. WALTON: Well, then, are
25  you going to interrupt me again or are you

Page 94

1  going to let me finish?
2  MR. CARSON: I mean, are you
3  going to make another nonsensical, totally
4  inappropriate, speaking objection?
5  MR. WALTON: You are completely
6  out of control right now. I'm going to ask
7  you to tone it down, be civil, stop
8  accusing people of lying, so we can go
9  forward with this deposition.
10  This is completely
11  inappropriate, the way you are acting.
12  MR. CARSON: I agree that there
13  is something very inappropriate.
14  MR. WALTON: Now, you can, now,
15  Mr. Bennett, you can answer the question
16  for the umpteenth time. Objection, asked
17  and answered.
18  MR. CARSON: Right. How long
19  did that take Mr. Walton to do? What was
20  that? Five minutes?
21  MR. WALTON: Seth, you are the
22  one who is --
23  MR. CARSON: What was that?
24  Five minutes?
25  MR. WALTON: Seth, you are the

Page 95

1  one who is continuing this with these
2  snarky comments. And you interrupted me,
3  you've interrupted me fifty different
4  times.
5       MR. CARSON: Okay. Here we go
6  again.
7       MR. WALTON: And your behavior
8  right now is sophomoric and juvenile. Now,
9  knock it off.
10      MR. CARSON: Take your time.
11 Anything else you need to say?
12      MR. WALTON: Go ahead.
13      MR. CARSON: Is there anything
14 else you would like to put on the record,
15 Mr. Walton?
16      MR. WALTON: Every time I say
17 I'm done then you come back with a snarky
18 comment. I'm done.
19      MR. CARSON: Okay.
20      MR. WALTON: I told him he can
21 answer the question.
22 BY MR. CARSON:
23   Q.  What is your answer?
24   A.  Frankly, I don't remember what the
25 question was, but the whole line of

Page 96

1  questioning --
2    Q.  I asked if any woman, from the
3  first day of your employment to the last
4  day of your employment, ever reported
5  sexual misconduct with regard to Gregg
6  Roman, ever?
7    A.  Define "reported."
8    Q.  Told you about.
9    A.  No, no. Was it mentioned in
10 passing in a casual way, amongst other
11 people? Yes.
12      Did I ask: Is this something
13 that is serious? No. It was either,
14 either it happened months ago, or some
15 screen shots of it.
16      If anyone had come to me, my
17 natural response would have been: Put it
18 in writing.
19   Q.  Yeah. You would have done
20 something about it, right?
21   A.  Well, I wouldn't have done
22 something about it. I don't know what
23 authority I have. I would have passed it
24 on to HR, or Daniel, or in-house counsel,
25 or whatever.

Page 97

1    Q.  Wasn't that doing something about
2  it?
3    A.  Well, doing something about it is
4  taking action. Action would be reporting.
5  I'm not sure if it is taking action.
6  Whatever you want to say.
7       But if someone comes to me and
8  said, Matt, I have a complaint to make, no.
9  No one ever came to me and said, Matt, I
10 would like to make a complaint. Zero
11 times. Not one person. Never.
12   Q.  Is it your testimony that --
13   A.  Everything that I know was either
14 told to me after it happened by someone
15 else that was making the accusations. I
16 never saw anything firsthand, no. Like
17 over and over again, a resounding no.
18   Q.  Did you tell your wife about it?
19   A.  About what?
20   Q.  Gregg Roman's sexual harassment?
21      MR. WALTON: Objection to form.
22   A.  I don't know. I don't understand
23 the question.
24   Q.  Did you ever tell your wife about
25 all the women in the office who reported

Page 98

1  sexual harassment?
2       MR. WALTON: Objection to form
3  and that misstates his testimony. You can
4  answer.
5    A.  First of all, I don't know whether
6  spousal privilege applies here. But she
7  knew that there was drama breaking out at
8  the office, and she said -- and she
9  didn't--
10      MR. GOLD: Objection. I'm
11 going to direct you not to mention any
12 conversations you had with your wife.
13 Okay.
14   Q.  Yeah, except for the ones that were
15 waived because he told other people about
16 them, those ones you have to testify about.
17 Did your wife tell you she was extremely
18 disappointed in you for the way you handled
19 it?
20      MR. GOLD: The better question
21 is: What did you tell other people about
22 what your wife told you.
23   Q.  Thank you for the advice. I can go
24 with Sidney's question. What did you tell
25 other people about what your wife told you?

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 99

1   A.   I don't, I don't recall.
2   Q.   Okay.
3   A.   But it sounds like you know, so, I
4   mean, you could tell me and ask me if I
5   remember, but I don't recall.
6   Q.   Did your wife express
7   disappointment in you for the way you
8   handled the entire situation with regard to
9   the women at MEF who were subjected to
10  sexual harassment?
11              MR. GOLD:  Objection.  I direct
12  you not to answer.  It is a matter of
13  privilege.
14              MR. CARSON:  It is not a matter
15  of privilege.
16              MR. GOLD:  You asked:  What did
17  you tell your wife.
18              MR. WALTON:  Seth, I think you
19  need to ask him, did you ever tell anybody
20  that your wife said X, Y, Z, that's the way
21  you need to ask it.
22  BY MR. CARSON:
23  Q.   I mean, I'll get to the exhibit in
24  a minute.  But my question is:  Were you
25  ever --

Page 100

1              MR. WALTON:  Your sound cut
2   out.
3              THE COURT REPORTER:  Can't hear
4   you.  Cannot hear you.
5              THE WITNESS:  Oh, not just me.
6              MR. WALTON:  Seth.
7              THE VIDEO SPECIALIST:  Seth, we
8   lost you.
9              MR. CARSON:  Hello?  Can you
10  hear me now?
11              MR. WALTON:  Yes.  Seth, can
12  you hear us?
13              MR. CARSON:  Yep, I can hear
14  you guys.
15  BY MR. CARSON:
16  Q.   Did you ever express disappointment
17  in yourself for the way you handled all
18  these women's allegations?
19  A.   I believe maybe I said at some
20  point that I was disappointed for not
21  knowing, or something along those lines.
22              I mean, look, I lost a kid.  I
23  was at the lowest point in my life.  I was
24  drinking more than I should have been.  I
25  don't remember if I -- I probably said

Page 101

1   that, yes, she was disappointed in me or
2   that I was disappointed.  I don't recall.
3   I don't recall.  But if you had that
4   exhibit, just let's get it over with.
5   Q.   We will get to the exhibits in a
6   moment.
7   A.   Okay.
8   Q.   You were ashamed of yourself for
9   the way you handled all these women's
10  reports, correct?
11  A.   Again, I never received any reports
12  of anything.
13  Q.   So why were you ashamed?
14  A.   No one said:  I have a report.  No
15  one said:  I have a complaint.  No one
16  said:  I have -- I want to do something
17  about something.
18  Q.   So is it your testimony that a
19  female needs to use certain magic words in
20  order to report discrimination or
21  harassment in the workplace?
22              MR. GOLD:  He is not going to
23  respond to --
24  A.   No.  There is a handbook that says,
25  if you have a complaint, this is the way to

Page 102

1   go about it.
2   Q.   So if a female employee, for
3   instance, complains about her supervisor
4   asking for a blow job, but doesn't say I
5   want to make a report, that's not -- she
6   didn't --
7              MR. GOLD:  Objection.
8   Objection.  Direct you not to answer.
9   Don't answer the question.  It is a
10  hypothetical question.
11  A.   She, she -- here is my answer --
12              MR. GOLD:  Don't answer the
13  question.
14  A.   All the women in the office
15  routinely talked about their affairs, their
16  dating, Marnie was sucking big, black dick,
17  Lisa hurt her eye having sex.  That's was
18  what was going on in the office.  That was
19  daily conversation.
20              Delaney dated a transvestite or
21  a transgender person.  Tricia was on Bumble
22  and whatever it was.  It was swiping and
23  dating people, one of which happened to be
24  a doctor friend of mine, who they were
25  embarrassed I actually knew.  This was

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 103

1  every day in the office.  Every single day,
2  who they were dating, who they were
3  banging.
4          When they would argue Lisa
5  would call Marnie white trash and that she
6  was sucking big, black dicks.  And then
7  Marnie would say Lisa is a nuance and she
8  needs to go.  There would be slamming
9  doors, be yelling.  That was it.
10         I didn't inject any of those
11 conversations.  That was being mentioned
12 outside of my door on a daily basis.
13         At some point did somebody say,
14 oh, whatever happened with Leah and
15 whatever happened with Tricia, whatever
16 with happened Lisa, yeah, all that stuff in
17 passing.
18         Did anybody come to me and say:
19 I would like to make a complaint, or I feel
20 a certain way?  No.  If they would have, I
21 would have done something about it.
22         That's what I'm disappointed
23 in, that maybe I was thinking to myself,
24 well, should I have been -- should I have
25 not been focused on the death of my child,

Page 104

1  should I have not been focused on the
2  struggles I was having in my marriage, or
3  just been better able to read somebody's
4  mind and saying, oh, they are having an off
5  day, maybe I should just give them a third
6  degree until they come forward with
7  whatever.
8          No, no one came to me.  No,
9  none of that ever took place.
10 Q.   So what does female employees
11 talking about their dating life have to do
12 with sexual harassment?
13 A.   I didn't say it had anything to do
14 with it.
15 Q.   Well, what are you talking about
16 right now?
17 A.   I'm saying these are conversations
18 that were ongoing all the time, and among
19 those conversations was, well, what about
20 Gregg and Leah, and what about -- and then
21 after months had gone by after AIPAC, well,
22 there was -- something happened at AIPAC.
23 And then months after Israel, something in
24 Israel, or the screen shots of the text
25 messages that were from exchanges while

Page 105

1  Lisa was in Israel, or after or whatever.
2  That's it.
3          There was conversations all the
4  time about, about people's personal lives,
5  my own included.
6          Lisa said:  If I wanted to bang
7  Gregg Roman, I'll do it on my desk.  She
8  said: I'll fuck Daniel Pipes on my desk.
9  Or something like that.  Or I had a crush
10 on Daniel Pipes, he has a big brain,
11 something like that.
12         Tricia was surprised Lisa told
13 me that she had hit her eye on a table
14 while banging some guy in London.
15         Like, I didn't ask, oh, well,
16 who did you guys sleep with at this weekend
17 or that weekend, whatever.  I didn't pull
18 this information out of people.  This was
19 ongoing, daily discussions in the office,
20 that people brought their personal lives
21 there.
22         My personal life was the birth
23 of my child, which subsequently we had
24 lost, and that, asked whatever else I was
25 sharing about, playing poker or sports,

Page 106

1  whatever.  I don't know.
2          But your line of questioning
3  here is obviously implying that I knew
4  something, somebody told me something, I
5  didn't do anything about it.  And it is
6  completely false.  It is completely false.
7  Q.   What about this yellow piece of
8  paper that you testified to, you said that
9  at some point in time someone showed you a
10 yellow piece of paper on a phone; is that
11 correct?
12 A.   Probably about a couple days before
13 the November, whatever, 5th meeting, I
14 received a text message while I was in an
15 Uber, on the way to work, so I'm sure phone
16 records will show for whoever, can you meet
17 before you go into the office.  I said,
18 "Yes."  I went to the Starbucks at --
19 Q.   Well, just let me slow down,
20 because I want to understand what you are
21 testifying.  So --
22         MR. WALTON:  I just want to
23 make sure he was finished his testimony.
24 This is Dave Walton.
25 Q.   Go ahead.  You can finish.  I just

Deposition of Matthew Bennett                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 107

1  think it might be easier if you let me ask
2  the questions.
3     A.   Well, I showed up there, and Marnie
4  showed me her phone with a screen shot of a
5  yellow piece of paper, and said:  This was
6  written, sent to Daniel, you are mentioned
7  in it.  Are you with us or against us?
8  Just want you to know what you are walking
9  into.  Let's go to work.
10    Q.   Okay.  So when is the first time
11 you saw this yellow piece of paper?  Just
12 give me a date, please.
13    A.   I never saw the paper.  I only saw
14 the screen shot of the paper.
15    Q.   Fine.
16    A.   Until this day, until this day, I
17 still don't even know what was in this
18 letter.
19    Q.   Fine.  When is the first time you
20 saw this screen shot of the piece of paper?
21    A.   Well, if the meeting was November,
22 early November of 2018, it would have to be
23 the day before, two days before, three days
24 before.
25    Q.   Where were you when you first saw

Page 108

1  this yellow piece of paper or the screen
2  shot of the yellow piece of paper?
3     A.   At a Starbucks at 16th and Arch.
4     Q.   Who was present at the Starbucks
5  when you first saw the screen shot of the
6  yellow piece of paper?
7     A.   Marnie and Lisa.
8     Q.   Was it only Marnie, Lisa and you
9  that were present?
10    A.   Yes.
11    Q.   Is it your testimony that that is
12 the first time that you ever heard about
13 any allegations that any of these women
14 were making?
15    A.   No, no one ever told me that there
16 was allegations in the paper.  I don't know
17 what was written in the note.  I was told,
18 I was told:  You are mentioned, and we want
19 you to know what you are walking into.
20        And I said, "Mentioned for
21 what?"
22        And they said:  Because you
23 knew about Leah.
24        And I said, "I knew what about
25 Leah?"  And the implication that is made in

Page 109

1  the letter is that, well, I knew something
2  had happened and I didn't do anything about
3  it.  The same one that you are making now.
4     Q.   Is it your testimony that that is
5  the first time you ever were confronted
6  with any of the allegations that were
7  raised at the November 4th, 2018 meeting?
8     A.   No.  Again, they were said in
9  passing, and/or a dumbed-down version of
10 them, or a casual version of them by
11 saying:  Gregg was being a dork on the
12 couch.
13        When I first heard that Tricia
14 was unhappy about or disturbed by something
15 that happened in AIPAC I said, "Well, why
16 didn't you tell me?  Why didn't you say
17 something to me?"
18        No one ever said anything to me
19 about this stuff until the point came where
20 it was like, all right, Matt, here's --
21 everybody has a complaint.
22    Q.   And that was --
23    A.   With --
24    Q.   And that was the yellow piece of
25 paper day, right?

Page 110

1     A.   No.  I don't know what was in the
2  piece of paper.
3        At that meeting, when everybody
4  went around the table telling Daniel all
5  the horrible stuff about Gregg, that's when
6  stuff was being thrown into the air.
7     Q.   So then the first time you heard
8  about any of the allegations was at the
9  November 4th, 2018 meeting?
10    A.   You are referring, you are saying
11 allegations.  What allegations?  Which one
12 specifically?
13    Q.   That Gregg Roman sexually harassed
14 Patricia McNulty, Marnie Meyer and Lisa
15 Barbounis?
16    A.   Yes.  And none of them ever said:
17 Gregg sexually harassed me.  No one ever
18 said:  I want to make -- I have a problem,
19 I felt uncomfortable, I have a report on
20 misconduct by a supervisor, manager or
21 whatever.
22    Q.   No one ever said that until the
23 November 4th, 2018 meeting, is that your
24 testimony, yes or no?
25    A.   No, it is not.  I feel like we are

Deposition of Matthew Bennett                                     Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 111

1  going around in circles.  You are saying
2  did I know about it.  Yeah.  Did I know
3  Lisa and Gregg were on the couch in Israel?
4  Yeah, because she had told me he was acting
5  like a dork on the couch and they were
6  drinking.
7         Did I know that Tricia said
8  that something, that they were sitting next
9  to each other on a couch at AIPAC, yeah,
10 because it was mentioned to me months
11 after.  I don't even know how many months
12 afterwards.
13        So, yeah, were things mentioned
14 casually to me, did I know of them, yes, I
15 did know of these casual mentions.
16        Is this -- when -- at the
17 November 5th meeting was the first time,
18 yes, now there is complaints.  Now, all of
19 a sudden those things turned into formal
20 complaints, and now you are implying that I
21 received complaints and then did nothing
22 with them and said go back to your normal
23 work.
24        The people who babysat my
25 daughter, the people who I attended their

Page 112

1  birthday parties and met their parents and
2  was going to rent out my house to, and all
3  these people, those are the people that I'm
4  ignoring, their all mental and emotional
5  well-being, for the sake of, for the
6  sake -- at the risk of my, of my own job,
7  my own livelihood, etcetera, etcetera.
8         Q.   You care about their emotional or
9  mental well-being, is that your testimony?
10        A.   Oh, my God.  I cared about all of
11 them, deeply.  They were -- I hired and
12 trained them.  I socialized with them.
13 Yes, I did.  I did care about them, all of
14 them.
15        And I did, and I did take it
16 personally when they told me:  You are a
17 pussy, we don't trust you, because I didn't
18 rise up and drive a stake through Gregg's
19 heart, like a monster, in front of his
20 little sister, at a November 5th meeting.
21        From that day forward I just
22 kept trying to earn back their trust and
23 friendship, at my own expense.
24        Q.   When was --
25        A.   Both emotionally and

Page 113

1  professionally.  Sorry?
2         Q.   When was Catriona Brady hired?
3         A.   I'm sure that records will show.  I
4  don't know the exact date.
5         Q.   Was it before the November 4th,
6  2018 meeting?
7         A.   Yes, because she was there.
8         Q.   How long before?
9         A.   Well, she started first as an
10 intern.  Put out an internship description.
11 Marnie referred her, told her to apply or
12 gave her resume.  I interviewed her.
13        She interned for I guess a
14 summer.  She went back to school.  As she
15 approached graduation, she was applying for
16 jobs, we put out job description,
17 development something, associate, I guess,
18 and I hired her.
19        She was obviously the most
20 competent.  She had experience assisting
21 with Lara's failures in organizing Gregg's
22 travel across the country, donor meetings.
23 Yeah.
24        Q.   And she came on full-time in the
25 beginning of 2018, correct?

Page 114

1         A.   Well, it would logically be
2  whenever she graduated school.  So whenever
3  she finished a semester.  I don't know.
4  Whatever school ends, May or whatever, then
5  she probably started shortly after.
6         Q.   And what else was said at the
7  Starbucks that morning?  Did you leave
8  anything out?  Please tell me everything
9  that was said at the Starbucks the morning
10 that you were shown this yellow piece of
11 paper or a screen shot thereof.
12        A.   You asked me what else was said
13 that morning at the Starbucks?
14        Q.   Just tell me the entire
15 conversation.  How long were you at the
16 Starbucks?  Let's start there.
17        A.   Couldn't have been more than a
18 couple minutes.
19        I was disturbed by the idea
20 that -- well, at the time I guess I didn't
21 realize it was like you should be worried,
22 but I was worried because I was thinking
23 like what, what is -- like I knew something
24 was off as soon as I got a message, meet us
25 before you go into the office, so I got

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 115

1  there wondering what was going on, then
2  shown a picture of something I couldn't
3  read, then told I was mentioned in it, said
4  we want you to know what you are walking
5  into, you are either with us or against us,
6  or some implication.  I don't know if those
7  are the exact words.  But the overall
8  message was, like, we are taking down
9  Gregg, and, by the way, in part, in doing
10 that, here you are mentioned, because you
11 have knowledge of something.
12         And I asked to see the paper.
13 I couldn't read, I couldn't read what was
14 written on it.  It was a screen shot of --
15 I was shown a message of, like a photo of a
16 paper that was telegramed I believe from
17 Marnie to Daniel.
18    Q.   Did anyone say anything else at
19 this meeting at Starbucks?
20    A.   That was the main points.  I mean,
21 if it was, I don't, I don't recall.
22    Q.   And they told you that you were
23 mentioned in a document and showed you the
24 document, but you didn't read it; is that
25 your testimony?

Page 116

1    A.   I couldn't read it.  It wasn't the
2  letter.  It was a picture.  It was like you
3  send somebody a text message, and then you
4  take a picture of a piece of paper, and
5  then show me a screen of your phone with
6  that piece of paper.
7         I remember it was written in
8  cursive, and I couldn't understand just the
9  writing itself even by zooming in on the
10 thing.
11    Q.   Did you ever ask to just look at
12 the document?
13    A.   No.  I said directly at that time,
14 I said, "What do you want me to worry
15 about?  I didn't do anything wrong."
16         I kept thinking in my head,
17 what could I possibly have done wrong that
18 they are telling me that that is in the
19 letter?
20    Q.   The question was: Did you ever ask
21 to just look at the document?
22    A.   I don't believe I did.
23    Q.   Why not?
24    A.   Things started moving very quickly
25 at that point.  We got into the office.

Page 117

1  Daniel came in, asked people questions.
2  Everybody's doors were closed.  I didn't
3  really know what was happening at that
4  point.
5    Q.   You read the entire document,
6  that's correct, right?
7    A.   Never read, never read the letter,
8  no.
9    Q.   Never read the letter, okay.
10 That's fine, if that's your testimony.
11    A.   You can show me the letter now.  I
12 mean --
13    Q.   Well, I'm going to show you a lot
14 of exhibits today, but I'm going to finish
15 the first part of the examination first.
16    A.   All right.
17    Q.   Did you testify earlier that you
18 were concerned about Catriona Brady
19 starting full-time?
20    A.   No.  I asked if there was, if there
21 was a concern of theirs that should be done
22 something about before Catriona was hired.
23    Q.   Who did you ask that to?
24    A.   I believe Lisa and Tricia, I want
25 to say.  It didn't seem logical I would ask

Page 118

1  anybody else.
2    Q.   Where were you when you asked that?
3  I'm sorry?
4    A.   I don't, I don't recall.
5    Q.   Were you in your office?
6    A.   I mean, I could have been.  You
7  asked me previously, didn't you have a
8  meeting in your office where this was said
9  and I said no, I don't recall.  I don't
10 think that that was the same conversation.
11         But, no, at some point before I
12 hired Catriona, and they were talking about
13 all these, I don't know --
14    Q.   Well, you can't call them
15 allegations, right, because you testified
16 they weren't allegations, so you have got
17 to think of another word, right?
18    A.   What allegations?
19    Q.   Exactly.  So what were your
20 concerns?  They were telling you the issues
21 about Catriona.  What were they telling
22 you?
23    A.   They weren't telling me anything.
24 They were saying that, all of a sudden it
25 seemed as if they were mentioning Gregg's

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 119

1  behavior. And I said, "Is there something
2  I should worry about with Gregg?"
3         And they said: No. No. Maybe
4  it was then Lisa used the word "No," Gregg
5  was just a big dork, although I'm pretty
6  sure it was downstairs. Like I said
7  before, I just remembered the word "big
8  dork" and I remembered that that like
9  disalarmed me, because if someone attacked
10  me or did something to me I wouldn't call
11  them a dork.
12  Q.   So they were mentioning concerns
13  about Gregg's behavior. What exactly were
14  they saying that there their concerns were?
15  A.   They didn't say they had concerns.
16  I said are these -- it was like at some
17  point when Trish said, "Oh, yeah, at AIPAC
18  this happened," I said, "Well, why wouldn't
19  you tell me that, when it happened, or even
20  after it happened, or any point in between
21  then and now."
22         Especially because we were,
23  like we would go out to happy hour
24  sometimes until 3:00 o'clock in the
25  morning, and I considered us to be close

Page 120

1  and friends. I would imagine that I would
2  be the first person that somebody would --
3  that she would say that to.
4         They both said, no, they said,
5  no, no, Gregg is -- we have no problem with
6  Gregg.
7  Q.   So because they --
8  A.   As a matter of fact, and as a
9  matter of fact, after I tried to remove
10  Gregg by taking authoritative action or
11  unilateral action, I called a staff
12  meeting, after the November 5th meeting I
13  called Gregg on the phone, I said, "You are
14  no longer to talk to anybody in the office,
15  Lisa, Tricia, Catriona." I said, "Every
16  communication with every single person in
17  the office, now it goes through me."
18         I remember this vividly. I had
19  my two-year-old daughter sitting on my lap
20  because I was with her that day. I had to
21  take her to the office with me.
22         Then I called Daniel. I said,
23  "Daniel, I just want you to know what I
24  just did. I just called a staff meeting.
25  I told everyone in the office that Gregg is

Page 121

1  no longer to be in communication with
2  them."
3         I hung up the phone and I left
4  the office. After that, Daniel then asked
5  them, everybody, "Do you have any problems
6  with Gregg?"
7         They said: No, Gregg is fine.
8  Matt is crazy. So apparently I should have
9  risen up to destroy him on November the
10  5th, but I didn't, and for that I'm a pussy
11  and nobody trusts me.
12         And then when I finally do do
13  it in the future, well, Matt is crazy
14  because he wants to get rid of Gregg, not
15  because we manipulated and emotionally
16  abused him for the last couple months,
17  telling him to imagine Leah Merville giving
18  him a blow job and to imagine all these
19  other things.
20         So this is, it is for this
21  reason I tried to rise up, tried to do
22  something. And then I'm told: Well, no,
23  actually everybody seems to be okay with
24  Gregg, Matt, except you.
25         And then I said: Well,

Page 122

1  obviously, I have no friends in this
2  office, at least that are going to be
3  honest with me or at least that have any
4  respect or modicum of appreciation for
5  anything, at any point, and that was it,
6  and I left.
7         And they threw me a going away
8  party at Continental in Midtown. And I
9  have a picture of us all happy, sitting
10  around the table, Delaney, Catriona, me,
11  Lisa, Tricia. Everybody was smiling. We
12  had cocktails. We had lunch. We went back
13  to the office. We wish you well, Matt.
14  You are the best boss ever. We miss you.
15  How are we going to get through our lives
16  without you, blah, blah, blah. And then,
17  and then I don't know.
18  Q.   Who did you just testify that was
19  emotionally abused for months? You?
20  A.   What was that?
21  Q.   You just said someone was
22  emotionally abused for months. Were you
23  talking about yourself?
24  A.   Yeah, I believe I was.
25  Q.   By who? Lisa Barbounis?

Page 123

1   A.   By whoever was, what I believe now
2  to be like an orchestrated, I don't know,
3  assuming of power or somebody was trying to
4  take over as director.
5   Q.   You were trying to take over as
6  director, right?
7   A.   Yes, I believed that that is what
8  they wanted me to do, until Marnie said,
9  "We don't need you to be our savior."
10        But I said, "That's what you
11 told me on November 5th downstairs," after
12 I didn't apparently try to destroy Gregg.
13   Q.   All right.  So I'm going to go back
14 to the conversation that you had with Lisa
15 and Tricia before Catriona Brady became a
16 full-time employee.
17   A.   Okay.  The conversation which I
18 told you I don't recall already, maybe
19 three times.
20   Q.   But you testified, is there
21 something I have to worry about with Gregg,
22 and that they said no.  Is that correct?
23   A.   The first time that I learned that
24 Tricia said that something happened, which
25 was long after the fact, I was surprised I

Page 124

1  didn't hear about it or know about it via
2  someone else, Lisa or Marnie, that she may
3  have told.  I said, "Well, is there
4  something to worry about with Gregg?"
5        Yes, I remember having -- I
6  remember saying that.  I don't remember
7  where I said it, when I said it, whatever.
8  But I do believe it was before Catriona
9  started, yeah.
10   Q.   Based on that you were comfortable
11 allowing Catriona to become a full-time
12 employee, correct?
13   A.   Yep.  They both said, like, nothing
14 to worry about here.
15   Q.   And if I told you that Catriona
16 became a full-time employee in January of
17 2018, does that make sense?  Does that
18 sound right to you?
19   A.   I mean, it could, I guess, if she
20 finished school in December of 2017.
21   Q.   All right.  And that's before AIPAC
22 and it is before Israel, right?
23   A.   Before AIPAC?
24   Q.   Yeah, AIPAC was in March 2018,
25 correct?

Page 125

1   A.   I guess, I mean, if you say so, I'm
2  sure, whatever.  But it sounds about right.
3   Q.   Israel was April 2018, correct?
4   A.   Okay.
5   Q.   So whatever concerns were being
6  expressed during that time weren't because
7  of AIPAC and Israel then, right?  It is
8  impossible?
9   A.   So what concerns were expressed to
10 me?
11   Q.   That's my next question.  You don't
12 remember?
13   A.   No.  Well, then, that means that
14 the conversation, the one line that I do
15 remember saying is:  Do I have anything to
16 worry about having just hired Catriona.
17        I mean, I don't, I don't know
18 what other things that could have been
19 brought to me before Catriona's hire.  I
20 don't know.
21   Q.   Let's talk about AIPAC for a few
22 minutes.  So what is the AIPAC conference?
23   A.   The annual conference of the
24 American Israel Political Action Committee.
25   Q.   And is that a yearly conference?

Page 126

1   A.   Yep, I believe so.
2   Q.   Where does that conference take
3  place every year, if it does take place in
4  the same place every year?
5   A.   Washington, D.C., as long as I have
6  been going to it.
7   Q.   In 2018 did you attend the AIPAC
8  conference?
9   A.   Yep.
10   Q.   And in 2018 who else from the
11 Middle East Forum attended the AIPAC
12 conference?
13   A.   Our D.C. staff obviously, because
14 they were there.  So EJ, Cliff.  Then the
15 people from the office that came, which
16 were me, Gregg, Lisa, Tricia, Marnie.
17        If you are saying Catriona was
18 already there at that point, maybe
19 Catriona.  But I don't think I remember her
20 being there.
21   Q.   Let's just say she was either an
22 intern, or it was sometime after she became
23 an intern, we will say, for now.
24   A.   Let's just say what?
25   Q.   We can just agree that she was an

Page 127

1  intern before that, at least.
2      A.   Before AIPAC?
3      Q.   Yes.
4      A.   Yeah, of course.
5      Q.   She wasn't at the AIPAC conference,
6  correct?
7      A.   No, I don't remember, I don't
8  remember her being there.
9      Q.   So it was --
10     A.   I think somebody, somebody came for
11 the dinners or something and then left to
12 go, maybe to go back to Philadelphia.  But
13 I don't think it was her, no.
14     Q.   So it was Gregg Roman, Lisa
15 Barbounis, Marnie Meyer, and Patricia
16 McNulty.  Anybody else?
17     A.   Yeah, I just said the D.C. staff.
18     Q.   The D.C. staff is how many people?
19     A.   At the time I think it was Cliff
20 and EJ.  I'm not sure if -- oh, maybe Sam
21 Westrop.  But he was in Boston.  So I don't
22 know.  Maybe Samantha that worked with him.
23 I don't know if she was there at that time
24 or whatever.
25          But anybody that would have

Page 128

1  been in D.C. would have probably been
2  there.  Anybody that was based in D.C., I
3  guess.
4      Q.   All right.  And so where did you
5  stay during the conference?
6      A.   At an Airbnb.  It was like an
7  apartment.  Yeah, I think it was like a
8  hotel apartment or an Airbnb.  I don't
9  remember the address.
10     Q.   And did you stay at that Airbnb
11 with anybody?
12     A.   Yeah, Gregg, another friend of mine
13 from home.  I think he was there.  He
14 didn't stay there.  And whoever slept there
15 from the group.
16          I think, I don't know, there
17 was I think three bedrooms.  Somebody
18 played a game for the bedroom.  I don't
19 know if Lisa won or Tricia won.  Somebody
20 had to sleep on the couch.  The other
21 people stayed in the rooms.
22     Q.   So how long did you have an Airbnb
23 for?
24     A.   However, probably two nights or
25 three nights, however long, duration of the

Page 129

1  conference.
2      Q.   Do you remember if it was two or
3  three nights?
4      A.   No.  But, again, I'm sure there is
5  a receipt or something to show.
6      Q.   You can only testify to the way you
7  remember.
8      A.   I don't remember how many nights,
9  no, I'm sorry.
10     Q.   So, and did Patricia McNulty, Lisa
11 and Marnie, did they share that Airbnb with
12 you guys, or did they get their own rooms?
13     A.   They had their own rooms.  I don't
14 know if it was a room or rooms.  I just
15 know that they had their own
16 accommodations.
17     Q.   Okay.  Did the AIPAC conference
18 start on a Friday?
19     A.   No.  Usually it would start at the
20 end of Shabbat, so maybe a Saturday night.
21 Usually there is like, just like -- it
22 usually starts on an evening the day before
23 the actual happenings of the conference
24 begins.  So if it was -- yeah, Saturday
25 night sounds right.  And then they would

Page 130

1  have all the breakout sessions and the
2  plenaries on the Sunday and Monday.
3      Q.   So the first night you slept down
4  there was that Saturday?
5      A.   Yep.  I mean, again, to the best of
6  my recollection.  Whatever, I don't know
7  the dates.
8      Q.   I just looked it up while we were
9  sitting here.  If I said it was March
10 4th, 2018, does that sound right?
11     A.   Okay.
12     Q.   March 4th, 2018 was a Sunday.  So
13 the weekend of the 3rd and the 4th and the
14 5th, does that sound about right?
15     A.   Yeah.  We wouldn't have gotten
16 there for the, for just the nighttime
17 activity on Saturday night.  So it seems
18 right, Sunday night, Monday night, and
19 then, yeah, leave on Tuesday, I guess.
20     Q.   So the night when this incident
21 occurred that we are building toward was
22 that Saturday or Sunday?  Do you remember?
23     A.   Probably whatever, whatever date
24 the event was, where there was a big dinner
25 at Cuba Libre.  That's why we needed so

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 131

1  many like all hands on deck, so to speak.
2  We had donors, we had writing fellows, we
3  had grantees.  It was like, it was a big
4  deal for us to be holding like, you know, a
5  big event during AIPAC.
6            And I believe that after that
7  event, yeah, we went out like celebrating.
8  I was dancing with Marnie, spinning her
9  around on the dance floor, went bar
10  hopping, all of us as a group, drinking.
11  So likely after the event, because we are
12  not going to wake up the next day, you
13  know, all hung over and then try to execute
14  one of the biggest events we were trying to
15  pull off.
16    Q.   So that was that first night that
17  you had that you guys all went out and did
18  that, right?  It was like that Saturday?
19            If you don't know, just say you
20  don't know.  That's fine.
21    A.   I don't know.  I don't know.  I
22  mean, I don't know, no.
23    Q.   That's fine.  So, but you do
24  remember, like I think it was the night
25  that you guys threw a dinner for donors,

Page 132

1  right?
2    A.   Yeah, that's the one I'm talking
3  about.  I believe it was at Cuba Libre.
4    Q.   Cuba Libre, after the dinner for
5  donors, you went to another event after
6  that?
7    A.   Yeah, we went to several, several
8  things.  I don't remember.  But I know that
9  there was, I think there was an
10  invitation-only type thing that we had sort
11  of just showed up at.  I don't remember
12  what it was.  I'm sure there was -- you
13  know, I remember we went to like a big
14  nightclub/bar, because I remember there was
15  a dance floor.  I remember dancing.  I
16  think it was hosted by another
17  organization, like an after-party.  So we
18  went to a couple, we went to a couple
19  places.
20    Q.   When that all ended, tell me what
21  happened next.
22    A.   There was like last call probably,
23  whatever time that they shut down.  Could
24  have probably very late, 2:00 a.m., I
25  something, whatever D.C. law is.  I don't

Page 133

1  remember.  Then, yeah, we all got in Ubers
2  and we bent back to the Airbnb.  Somebody
3  ordered pizzas.  We were having, it was
4  like a party there as well.
5    Q.   And how did you get back to your
6  Airbnb when it all ended, when you were
7  done going out to bars and stuff like that?
8    A.   I don't, I don't remember.  But
9  likely Uber.  If it was close enough we
10  would have walked.  I always prefer walking
11  to car share or any type of taxi when
12  possible.  So I would have said, hey, we
13  could walk, if we were able to.  If not, we
14  probably took an Uber.
15    Q.   Do you remember who else took that
16  Uber with you?
17    A.   No.
18    Q.   Do you remember what time it was
19  about when you got back to your Airbnb?
20    A.   No.
21    Q.   And do you remember who was back at
22  the Airbnb with you at the end of the
23  night?
24    A.   No.  I mean, there was a lot of
25  people.  I just remember there was a lot of

Page 134

1  people there.
2    Q.   Okay.  So let me go one at a time.
3  You were there, correct?
4    A.   Yeah, yeah, I stayed there.
5    Q.   Gregg Roman was there?
6    A.   Yep.
7    Q.   Was Patricia McNulty present?
8    A.   Yeah.
9    Q.   Was Lisa Barbounis present?
10    A.   Yeah.  I believe all the girls, all
11  the Philadelphia staff were there.
12    Q.   Marnie Meyer, she was present?
13    A.   Yeah.
14    Q.   And was someone named Akeem
15  present?
16    A.   I don't know any Akeem.
17    Q.   Was there anyone else there
18  besides, was there someone named Raheem
19  present?
20    A.   Was there someone what?
21    Q.   Raheem.  I think I said Akeem.  I
22  meant Raheem.  Sorry.
23    A.   Oh, Raheem.
24    Q.   Raheem.
25    A.   Yeah, I think he is the one that

Page 135

1  ordered the pizzas.
2    Q.   Kassam, was there someone named
3  Kassam there?
4    A.   Kassam? I mean there is Sam. Oh,
5  Kassam, I think that's Raheem's last name.
6    Q.   Raheem Kassam. So was there anyone
7  else besides, you know, the MEF staff and
8  Raheem. I think I heard there might have
9  been some fellows there or something like
10 that or some people from another
11 organization?
12   A.   Yeah, there was another --
13   Q.   Pink Skirt maybe?
14   A.   Yeah, exactly. There was a couple
15 -- yeah, those guys. I don't know, I don't
16 remember which. There were at least maybe
17 one or two of them. Which ones, I don't
18 know. But, yeah, somebody was there.
19   Q.   And that was just about everybody?
20 If you remember. If you don't, just say I
21 don't remember, that's fine.
22   A.   Yeah, I don't remember. I mean I
23 believe so. I didn't remember that they
24 were there until you told me just now.
25 But, yeah. Well, yeah, there was a lot of

Page 136

1  people. So I mean, obviously, if it was
2  us, then Raheem and them.
3    Q.   And so during this event my client,
4  who is, actually both my clients, Lisa and
5  Patricia have alleged that Gregg Roman
6  stuck his hands on them in an inappropriate
7  way. Did you see that happen?
8    A.   No.
9    Q.   Did you go to sleep? Did you have
10 -- strike that.
11         Did you have your own room at
12 this Airbnb?
13   A.   Yeah.
14   Q.   At some point in time did you
15 retire to your room and kind of leave
16 everybody?
17   A.   Yeah, sure. I mean I woke up in
18 the bed.
19   Q.   Do you remember if like everyone
20 was still up when you went to your room, or
21 were you one of the last people that shut
22 it down, if you remember?
23   A.   I'm the type that I can hang, so to
24 speak. So if it was still going on, I
25 would be the last one there.

Page 137

1    Q.   And --
2    A.   Unless, unless, I mean, whatever,
3  unless my wife wanted to talk. It is
4  possible. Or, I don't know, or I had too
5  much to drink.
6         But usually I, like the
7  caretaker, making sure everything goes as
8  planned and etcetera, etcetera.
9    Q.   So you said at some point in time
10 someone played a game for a room. I think
11 I have heard testimony that Lisa and Marnie
12 flipped a coin to see who got the extra
13 room. Is that what you were referring to?
14   A.   It sounds right. I just remember
15 that there was an extra bedroom, and I
16 think the couch was obviously a pull-out
17 bed or something. It was a big, it was a
18 really big place. I think there was three
19 bedrooms. So, yeah, somebody, yeah, there
20 was a game or something. I don't, I don't
21 remember -- I don't know the details. But
22 somebody -- I believe it was Tricia. I
23 believe it was Tricia.
24   Q.   Tricia had the bedroom?
25   A.   I believe so.

Page 138

1    Q.   And Lisa, where was she? Do you
2  know where she slept?
3    A.   No. But I don't even know -- when
4  I woke up, I woke up in the morning,
5  everybody was gone. And I woke up pretty
6  early too. And I remember thinking that,
7  like, wow, everybody woke up, you know,
8  they cleared out quick. But so, no, I
9  don't know where anybody slept.
10   Q.   So did you see anything that
11 evening that caused you any kind of
12 concern?
13   A.   Hold on one second. I got to let
14 the dog out.
15   Q.   Yeah, take your time.
16         MR. WALTON: I haven't eaten
17 lunch.
18         MR. GOLD: Let's take a break.
19         MR. CARSON: All right. Let's
20 do like, we will come back at like 1:35 or
21 something like that. I'm sorry. 2:15.
22         THE WITNESS: I mean, I like to
23 go faster if it is possible. I would like
24 a five-minute break.
25         (Discussion off the record.)

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 139

1    MR. GOLD:  2:15 is good for you
2  to take a break, Matt.
3    (Lunch recess taken.)
4    THE VIDEO SPECIALIST:  We are
5  back on the record.
6  BY MR. CARSON:
7    Q.   I think when we stopped we were
8  talking about the AIPAC conference.  And
9  you said that you didn't see anything that
10  caused you concern that evening with regard
11  to Gregg Roman, Lisa Barbounis and Patricia
12  McNulty, correct?
13    A.   Correct.
14    THE COURT REPORTER:  Mr.
15  Carson, this is the court reporter.  I have
16  lost visual on you.
17    (Discussion off the record.)
18    Q.   And do you know what time Gregg
19  Roman left the gathering and went to bed?
20    A.   No.
21    Q.   You have to speak up a little bit
22  for the court reporter.
23    A.   No, no.
24    Q.   Do you know whether it was like
25  before you or after you?  Or, no, you don't

Page 140

1  remember?
2    A.   I don't remember.
3    Q.   When is the first time -- sitting
4  here today, you are aware that Patricia
5  McNulty has alleged and Lisa Barbounis has
6  alleged that Gregg Roman put his hands on
7  them in an inappropriate manner, correct?
8  You are aware of those allegations?
9    A.   I believe that -- well, I was
10  aware, Leah in Israel and Tricia at AIPAC.
11    Q.   Are you aware that Leah has alleged
12  that Gregg Roman, when he put his arm
13  around Patricia and lifted her up onto his
14  lap, that he also put his arm around Lisa
15  and pulled Lisa toward him?  Did you know
16  that?
17    A.   No, I don't believe so.
18    Q.   So I understand sitting here today
19  you are aware of these allegations, so my
20  question is:  When did you first become
21  aware of those allegations that either
22  Patricia or Lisa made?
23    Well, if you didn't know about
24  Lisa's, let's just keep it to Patricia's.
25  When is the first time you became aware of

Page 141

1  the allegations that Patricia made
2  regarding Gregg Roman's conduct at the
3  AIPAC conference?
4    A.   I would be guessing if I gave a
5  date.  I really don't know.
6    Q.   Well, is it fair to say you learned
7  about those allegations on November 4th,
8  2018?
9    A.   Yeah, definitely.  I mean I -- I
10  can't say for sure.  Maybe it was after.  I
11  don't know, unless, if it was said then,
12  then, yeah, I learned about it.  I don't
13  remember what was said then exactly.
14    Q.   So my question was going to be:
15  Did you hear about it before that, before
16  that November 4th meeting?
17    A.   I mean if I did, I don't remember
18  when.  I couldn't give a date.
19    Q.   And I just wanted to kind of clean
20  something up for the record.
21    A.   Sure.
22    Q.   During the break I looked at some
23  documents, and I believe Catriona Brady may
24  have began as a full-time employee sometime
25  around May 2018, like at the end of the

Page 142

1  school year.
2    A.   Yeah, that's what I guessed
3  originally, is that it would have to be
4  following, you know, academic year.
5    Q.   So a couple of my questions were
6  based on if she might have started
7  full-time in January.  I just wanted to
8  make that clear for the record.  I think
9  you were right when you said it was in May
10  2018, so I just wanted to make it clear.
11    So now that we know that she
12  started in May 2018 as a full-time
13  employee, is it possible that the concerns
14  that Patricia and Lisa told you about with
15  regard to Gregg were the Israel and the
16  AIPAC concerns?
17    A.   I'm sorry, what was the question?
18    Q.   So earlier you testified that
19  before Catriona became a full-time employee
20  that you asked the question, hey, is there
21  something I need to worry about.  And, you
22  know, I guess you were concerned about
23  bringing Catriona on full-time if there
24  were concerns about Gregg Roman, correct?
25    A.   I don't know if it was before.  But

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 143

1  I remember thinking that, you know, she was
2  young, that, straight out of, straight out
3  of school.  They were nearing 40, had been
4  around the block, so to speak.  So it
5  wasn't like -- you know, if there was like
6  somebody who wouldn't know what to do in
7  that scenario, it would be her.
8     Q.  And so you asked, and I think, I'm
9  trying to just reiterate just to get the
10 timing right, so you asked Patricia and
11 Lisa:  Is there something I need, should I
12 be worried about bringing her here
13 full-time?
14    A.  Or it could have been after she was
15 there and I was saying, like, do I need to
16 like pay close attention, or is there
17 something that, you know, like that you are
18 saying that would be, like make her
19 uncomfortable, risky, etcetera.
20         I was basically looking out to
21 say as the person who hired her for her
22 internship and then invited her to work.
23    Q.  So as I guess just knowing that --
24 so is it possible that when you made that
25 statement it was in response to learning

Page 144

1  about AIPAC and Israel, what my clients
2  were alleging occurred at AIPAC and Israel?
3     A.  It's possible.  I just remember
4  that I had, you know, my natural instinct
5  was should I be concerned for somebody that
6  now I'm responsible for.
7     Q.  I didn't think it was fair because
8  some of my questions were based on saying
9  it was January 2018.  I just wanted to make
10 that clear.
11    A.  Okay.  The timeline for me is, it
12 is hard.
13    Q.  And your testimony is you actually
14 don't remember that this --
15        THE COURT REPORTER:  I'm sorry,
16 that this?  I couldn't hear the question.
17    Q.  I'm giving the witness an
18 opportunity just to say for the record he
19 doesn't actually, you don't actually
20 remember the specific timeline when these
21 things happened, correct?
22    A.  Correct, correct.
23    Q.  So I just want to go skip ahead.
24 So November 4th, 2018, tell me what
25 happened that day.

Page 145

1     A.  I thought it was November the 5th
2  for some reason.  But you are talking about
3  the meeting, like the big meeting?
4     Q.  Yeah.  So I'm representing that it
5  was either the 4th or the 5th.  I'm talking
6  about a meeting where Daniel Pipes and you
7  and my clients, and I guess some of the
8  other people who worked at the Middle East
9  Forum, were all present, and you guys met
10 to discuss I guess Gregg Roman that day,
11 correct?
12    A.  Yeah.  That was an emergency staff
13 meeting, or whatever it was called, yeah.
14 We were all told that day and time.
15    Q.  I've heard some people refer to it
16 as D Day.  Have you ever heard it referred
17 to that, as D Day?
18    A.  I don't think so.  But, I mean,
19 possibly.
20    Q.  How about, there is a movie called
21 V for, V or V for Vendetta?
22    A.  Yeah, that's why I think, that's
23 why I remembered November the 5th, because
24 I remember, remember, remember, the 5th of
25 November, and they say that in the movie,

Page 146

1  yeah.
2     Q.  I think you made that I guess joke
3  at some point in time about, hey, that's
4  weird, remember, remember, the 5th of
5  November, referencing that movie, correct?
6     A.  Yeah, I believe so.
7     Q.  All this is a roundabout way --
8     A.  I remember the reference.  I don't
9  know if I was the one who thought it up.
10 But, yeah.
11    Q.  That's the meeting I'm talking
12 about.  Tell me what happened that day.
13    A.  Okay.  Yeah.  We all gathered
14 around, and Daniel sort of just said:  What
15 is going on in this place?  And everybody
16 had the opportunity, it was like an airing
17 of grievances so to speak.  Everybody
18 seemed to have something different to say
19 or like whatever their gripes were.
20         Mine specifically were that
21 Gregg didn't include me in like the website
22 development, and that was something that,
23 you know, I thought I could have been
24 helpful with, and just more like
25 administrative/operational sort of

Page 147

1 decisions that I thought I could have
2 benefited the organization had I been --
3 had some hand in it.
4 Everybody else had more,
5 obviously, what we are referring to as
6 allegations. And Delaney said she had
7 brought pepper spray. Lisa and Trish were
8 -- I believe they had mentioned what we
9 have been talking about that happened in
10 Israel.
11 I can't remember what everybody
12 said specifically. I just remember sort of
13 thinking like, well, what is going to
14 happen next.
15 And then sort of Stacy, who I
16 was also responsible for or managing, and,
17 you know, trying to like defend her brother
18 against, you know, basically everyone else.
19 I remember I got emotional, like if it was
20 my little sibling or something, and then,
21 you know, they are like on their own
22 versus, you know, everyone else. I just
23 thought it was like sort of not fair.
24 But she was trying to digest
25 the information and then sort of offer I

Page 148

1 think her take on it or whatever. She
2 might have or didn't have knowledge of.
3 And I remember the only thing
4 that I introduced into that meeting was,
5 you know, like website, administrative,
6 operational type stuff, which after that
7 they basically said, like, oh, Matt just is
8 obviously -- as long as, you know, Gregg is
9 around, Matt will be, you know, loyal to
10 him. And so, you know, he is, in the words
11 of Marnie and Lisa, Matt is a pussy, I
12 don't -- I'll never trust you.
13 Q. They said that at the meeting?
14 A. No, no. After the meeting we all
15 went, as I said before, down to 16th and
16 Arch. There is a bar there, close to the
17 Starbucks where I met Lisa and Marnie
18 originally, and we all were sitting around
19 like a booth, and right in front of
20 everybody, in front of the whole team, in
21 front of the whole staff, Lisa and Marnie
22 said: You are a pussy, I'll never trust
23 you.
24 Q. Can we get a list of people who
25 were present at that meeting? So Daniel

Page 149

1 Pipes was there?
2 A. At the bar afterwards or in the
3 staff meeting?
4 Q. In the staff meeting.
5 A. Everyone who worked in the office.
6 So if I go around the table or we will go
7 around the offices, it would be Daniel,
8 Marnie, myself. Gregg was supposed to be
9 there but didn't come that day or Daniel
10 told him not to. Lisa, Tricia, Catriona,
11 Delaney, Thelma. I think that's it.
12 Q. Did you say --
13 A. And Stacy. And Stacy.
14 Q. So it is Daniel Pipes, Marnie
15 Meyer, Matthew Bennett, Lisa Barbounis,
16 Thelma Prosser, Delaney Onchek, Catriona
17 Brady, and Stacy Roman. Is that everybody?
18 A. I believe so. I don't think there
19 was anybody else.
20 Q. Did Daniel Pipes start the meeting
21 by talking to everyone about stuff?
22 A. I don't remember how it opened, to
23 be honest. Sort of just shellshocked
24 having to be there. It was like
25 surprising.

Page 150

1 Q. Did Daniel Pipes say the reason why
2 he had called this meeting?
3 A. I believe it was the letter.
4 Q. So the meeting was called to
5 discuss a letter that was submitted to
6 Daniel Pipes?
7 A. Yeah, I believe so. And maybe
8 conversations that followed.
9 Q. And what did Lisa say at the
10 meeting? Did she say what happened? Did
11 she say what happened, what she alleged
12 happened in Israel?
13 A. Probably. I believe so.
14 I was really focused on myself
15 at that point. I was -- for all I knew, we
16 were all being gathered to be informed that
17 we were being let go. I didn't -- I had no
18 idea what was -- like I said, in the
19 letter, I didn't know what had taken place
20 that maybe no one didn't inform me of. I
21 was sort of just waiting to see what,
22 exactly what was happening. It was like a
23 soap opera.
24 I wasn't remembering everything
25 or taking note of everything everybody was

Deposition of Matthew Bennett                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 151

1 saying. You know, I was mostly just
2 thinking about when it came, Matt, do you
3 have anything to say, I said the website
4 and vendors, I could be more helpful with
5 IT, things of that nature. But that was
6 it.
7  Q.  So you used --
8  A.  And I defended, I defended Stacy, I
9 believe. I'm not sure how, but I remember
10 they were angry at me or, you know, felt
11 that I was like a traitor for defending
12 Stacy.
13  Q.  Do you think it was appropriate for
14 Stacy to be there?
15  A.  Well, she was a member of the team.
16 May or may not have had direct knowledge of
17 all the stuff that was going to be talked
18 about. Could have been -- maybe things
19 could have been said a little bit
20 differently or, I don't know, more politely
21 taking note that she is his sister, she is
22 Gregg's sister. But I'm not sure --
23  Q.  Do you think it was fair --
24  A.  I don't know if it is inappropriate
25 just because they are brother and sister.

Page 152

1  Q.  Well, do you think it was fair to
2 the women who were there to report sexual
3 harassment that they needed to say things
4 more carefully because Gregg, because the
5 harasser -- because the harasser's sister
6 was present?
7  A.  I don't believe that anything was
8 held back.
9  Q.  So that was probably tough on Stacy
10 Roman then, right?
11  A.  I just remember thinking that, you
12 know, she responded with, you know, like
13 she was pretty like calm in her responses.
14 I mean, obviously, like I could tell she
15 was hurt. Like I worked with the girl for
16 awhile. But she was hurt to sit there and,
17 you know, and have this going on. It was
18 hurting me to sit there and I'm not related
19 to Gregg. And so I'm thinking, you know,
20 look how she feels.
21  I don't remember what I said
22 exactly in Stacy's defense, but I remember
23 that me sticking up for her in their mind
24 was like, oh, Matt is a traitor, you know,
25 whatever.

Page 153

1  Q.  Why did --
2  A.  In reality, I was looking out for
3 her in the same way I thought I was trying
4 to look out for Catriona, asking, well,
5 does Catriona have something to worry -- do
6 I have something to worry about with
7 Catriona and well-being of everybody else.
8 So...
9  Q.  Why did it hurt you to be there?
10  A.  It seemed like, seemed like the
11 organization was falling apart, like
12 somebody just set off a bomb inside of,
13 inside of the office.
14  I mean, how do you continue end
15 of your fund raising events, travel,
16 intellectual output, content, marketing,
17 whatever, with everybody -- this suddenly
18 took center stage at the time where, I
19 don't know how much more money I had to
20 raise to the end of the year, 1. something
21 million dollars outstanding and uncollected
22 renewals or contributions.
23  I remember thinking like if, if
24 I had to do my job now in the absence of
25 Gregg, I'm going to need this team to, you

Page 154

1 know, to come together, and I remember that
2 going through my head.
3  And then when they subsequently
4 said: I don't trust you, you are a pussy,
5 etcetera, etcetera, I said: Well, there is
6 no way I'm going to be able to raise that
7 money, there is no way I'm going to be able
8 to hold everything together if that's, if
9 that's how they view me at this point,
10 after having hired them, trained them, been
11 their friend, mentored them, attended
12 birthday parties, invited them into my
13 home. So...
14  Q.  Did Patricia McNulty talk about
15 what happened at the AIPAC conference
16 during this meeting?
17  A.  Possibly. I don't remember.
18  Q.  So what did Stacy say?
19  A.  I don't remember. I just remember
20 that sort of, it was like everybody on
21 Stacy. Thelma just sat quietly, just
22 letting, letting it all wash over her.
23 Because I don't think she knew anything or
24 was around anything. But seemed like
25 everybody had something to say about Gregg,

Deposition of Matthew Bennett                                   Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 155

1  and she was trying to defend. I just
2  remember like seeing somebody that was
3  under distress, in the same way I cared
4  about Lisa, Tricia, Catriona and Delaney, I
5  see someone else who I have known even
6  longer than them, worked with longer, was
7  closer with, you know, with tears behind
8  her eyes, thinking that the right thing to
9  do in that situation for the manager is to
10 look out for the well-being of, you know,
11 of everyone, even if -- so I tried to do
12 that in defending Stacy, and it didn't go
13 over well.
14     Q.   Do you know whether Middle East
15 Forum maintained a policy to prevent sexual
16 harassment during the time that you worked
17 there?
18     A.   There were I think documents that,
19 you know, like an on-boarding packet, you
20 know, said if this, if you see, if you feel
21 this way or something, then report it to
22 this person. And if you are this person or
23 in this department, then report it to that
24 person.
25     You know, so we did a sexual

Page 156

1  harassment training also. I remember
2  somebody came, I think we did -- maybe that
3  was another organization. I'm pretty sure
4  there was something signed, unless I'm
5  mistaken.
6      Q.   Did you ever do any sexual
7  harassment training when you worked with
8  the Middle East Forum?
9      A.   I know there was a security
10 workshop, I think, and as part of like an
11 all around sort of HR thing, Marnie may
12 have organized a security expert to come
13 in. Maybe there was a -- yeah, actually I
14 think, yeah, I believe everybody sat around
15 with a table, maybe, at some point, and it
16 was made clear -- I think Gregg actually
17 moderated the meeting. Maybe it was
18 Daniel. But I mean it was obvious, you
19 know, there was some -- you know, people
20 knew, obviously, if you are harassed, this
21 is what to do.
22     Q.   When was that?
23     A.   I would be guessing.
24     Q.   Was it before November 4th, 2018?
25     A.   I mean, I don't remember it taking

Page 157

1  place between November 4th and -- I don't
2  remember it taking place in my final three
3  months, so...
4      But to be honest, like I said,
5  again, if I told you, I don't know, I don't
6  remember.
7      Q.   What happened after the meeting --
8  strike that.
9      How did the meeting conclude?
10 Did Daniel Pipes announce any policy change
11 or any conclusion?
12     A.   Well, yeah, he said, "Gregg is
13 banished from the office." I believe that
14 concluded the meeting. Or that was like,
15 like, all right, he was no longer -- he
16 will no longer be here.
17     And then I said, "How about we
18 all go for a drink?" And that's how we
19 ended up at Tir na nOg, I believe it was.
20     Q.   So Daniel Pipes' response to all
21 these allegations of sexual harassment was
22 that Gregg Roman was no longer permitted to
23 attend or visit the Philadelphia office; is
24 that your testimony?
25     A.   Well, in that moment, in front of

Page 158

1  everybody, before we adjourned, I believe
2  that that is what was said, and that held
3  true. He never came back.
4      Q.   Never --
5      A.   The time while I was there, he
6  never came back.
7      Q.   What about his employment in
8  general, did he continue working with the
9  Middle East Forum?
10     A.   I have no way to know that. I
11 mean, I checked the website at some point,
12 and he was still listed as director, so, I
13 mean, unless he left and then he was
14 rehired. I don't know.
15     Q.   You are testifying today that you
16 don't know whether Gregg Roman continued
17 working with the Middle East Forum after
18 November 4th, 2018?
19     A.   Of course he did. He, during the
20 time that I was there, he was still working
21 with MEF. And, I don't know, January or
22 February I held a meeting, when I called
23 him and I said, "Gregg, you are no longer
24 to contact anybody in the office, only go
25 through me."

Deposition of Matthew Bennett                                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 159

1    Daniel said, "Well, let me ask
2  the women if that's their position."
3    They all said:  No, Matt is
4  crazy, we are fine working with Gregg over
5  the phone, and text and whatever.
6    So I looked like I was just off
7  my rocker and seeking to usurp him and then
8  take control as director.
9  Q.  When was that?
10  A.  At some point between November the
11  4th and March the 9th.
12  Q.  Well, do you know, can you be more
13  precise?
14  A.  I just remember I had my daughter
15  with me that day, I took her to work.
16  Q.  Did it happen in 2018?  Was it
17  2019?
18  A.  I think it was after, I believe it
19  was after the New Years party.  It was
20  after that, I remember, yeah.
21  Q.  After the New Years party you
22  called Gregg and told Gregg not to contact
23  any of the women?
24  A.  I called the staff meeting.  I had
25  everybody gather in the same conference

Page 160

1  room that the original meeting took place.
2  I called Gregg, I said, "You are not to
3  contact anybody in the office anymore.  If
4  you want to give a directive to any one of
5  the women or anybody, it goes through me.
6  I will then filter everything and then
7  relay it back to you."
8    He said, "Okay.  No problem."
9    I'm off the phone with him,
10  then I called Daniel straight away.
11  Daniel, I just want to let you know what I
12  did.  And his response to me was, like, I
13  didn't tell you to do that.  And I said,
14  "Well, I did it."
15    And then I guess he had asked
16  everybody, you know, did Matt do that
17  because he was compelled -- because, on his
18  own volition, or was it, did you guys want
19  him to do it.  And then when he asked
20  everybody, apparently they said no,
21  everybody was fine, and that I was, I was
22  obsessed with taking Gregg down at that
23  point.
24  Q.  You called a staff meeting before
25  you made the phone call?

Page 161

1  A.  Yeah.
2  Q.  Why did you call a staff meeting?
3  A.  So that they would all see that I
4  was stepping in to make sure that whatever
5  they are saying, this uncomfortable, this
6  harassment that they alleging, it would,
7  poof, be gone because they would no longer
8  have to deal with him, personally, through
9  the phone, through a message, through an
10  e-mail.  So I volunteered myself to be the
11  buffer and take on whatever, you know,
12  other work that would not necessarily be
13  through development or, like the stuff I
14  wasn't involved in, but take that on.  I
15  would then be responsible for, as a
16  go-between.
17  Q.  So what prompted that staff
18  meeting?  Why did you feel like you needed
19  to call a staff meeting about harassment in
20  January, or sometime after that, 2019?
21  A.  I didn't call a staff meeting about
22  harassment.  There was the harassment
23  training, which I believe was 2018, maybe
24  like -- I don't know, probably after --
25  maybe like -- it was probably around the

Page 162

1  time that everything was going wrong with
2  my personal life.  It would be like May,
3  April/May of 2018.
4    That was, you know, the
5  harassment I believe discussion we had.
6  Everybody gathered around.  I think.  I
7  don't even know who it was.  It was Marc
8  Fink, maybe Gregg sat everybody down, hey,
9  you have been harassed, you know, say
10  something here.  If you don't know who to
11  go to, go to Marnie.  If you can't go to
12  Marnie, go to Marc.  If you can't go to
13  Mark, go to Daniel.
14  Q.  That happened in 2018?
15  A.  Yeah.  There was no way that
16  happened between the time of the November
17  meeting, by the time I left in March.  I
18  mean it had to be 2018.
19  Q.  Let's go back to the staff meeting
20  that you called.  You said you thought it
21  was in January 2019 or sometime thereafter.
22  A.  December, January, February.  I
23  believe after New Years.  I would put it
24  like January, February.
25  Q.  So you called that meeting to

1  discuss harassment regarding Gregg Roman,
2  right?
3    A.   No.  I called the meeting so that
4  everybody would see Gregg is gone, I mean,
5  that was -- we don't have to talk about
6  Gregg anymore.  We don't have to worry
7  about Gregg anymore.  We can go back to
8  work, trying to be a team.  I had started
9  to conceive ideas for the organization, how
10 to improve its efficiency.  I liked the
11 idea of moving things to the cloud and
12 basically making everything more simple,
13 cohesive, fluent.
14       And I had like a big white
15 board in my office.  I was listing all the
16 dozens of things and different projects
17 that I was aiming to tackle.  And it was
18 like this issue of like, well, Gregg is
19 still around.
20       I was upset, you know, I was
21 upset as well, knowing everybody else was
22 upset and thinking that -- you know, the
23 way it made me feel was, well, Matt, we
24 can't trust you because you are friends
25 with Gregg, and you will always be friends

1  with Gregg, and we will never be able to
2  trust you.  So I tried to earn back their
3  trust.  I tried to position myself so that
4  they would see, like, alright, Matt is on
5  our side.
6    Q.   But by January 2018, Gregg had been
7  gone for two months by that point, correct?
8    A.   In January, yes.  I guess November,
9  December, yeah.
10   Q.   So I guess my question, so why did
11 you call this staff meeting at that time,
12 to tell, so you could show everyone that
13 you were going to call Gregg and tell him
14 not to contact everyone?
15   A.   I guess for a number of reasons.
16 There was the -- I guess everybody just
17 sort of wanted him gone at that point, just
18 thinking that, like, all right, this is a
19 bad thing that's happened to the
20 organization, let's just get past it and
21 move forward.
22       You know, in the absence of
23 Gregg, started to think, well, maybe I
24 could be the director.  Then I started to
25 conceive all these ideas.  So, you know,

1  you have to -- you have to have the
2  following of a team in order, in order to
3  lead it.  So if not, then you are not going
4  to accomplish very much.  So I tried to
5  gain their confidence in me.
6    Q.   Was it because Gregg Roman was not
7  following the rules and contacting people?
8    A.   I don't really remember what the
9  rules were.  I think it was only e-mail.  I
10 mean no phone.  I think text was okay,
11 maybe.  I don't know.  Maybe somebody had
12 said that he had, he had spoken to them.
13       It would be like, you know,
14 like Matt, Gregg is bothering me with phone
15 calls, so I put an end to the phone calls.
16 That was, like that was my -- that was the
17 aim.
18   Q.   What was the date, what was your
19 final date of employment with the Middle
20 East Forum?
21   A.   March either like 7, 8, 9,
22 something like that.
23   Q.   You said March 2019?
24   A.   Yeah.
25       MR. GOLD:  Hey, Seth -- this is

1  Dave, Eleanor -- I just wanted to
2  interject, I have to run to another call.
3  I just wanted to let the court reporter
4  know that I am jumping off the record, for
5  purposes of the record.  Leigh Ann Benson
6  from Cozen O'Connor is still on the call
7  and she will be taking my place.  Okay,
8  Seth?
9        MR. CARSON:  Yes.
10       MR. WALTON:  I might jump back
11 in at some point.  Sorry to interrupt you.
12       MR. CARSON:  No problem.
13 BY MR. CARSON:
14   Q.   At some point in time did you ever
15 become aware of Gregg returning as the
16 director of the Middle East Forum or the
17 rules, the rules that were put in place of
18 being lifted?
19   A.   Yeah, around the time about that I
20 left.  I mean, I don't know if rule -- I
21 don't know what rules were lifted or what
22 the arrangement was.  But I think for a
23 time things went back to normal, as far as
24 I know.
25       I don't know.  I exchanged

Page 167

1  messages with Tricia and Lisa after I left
2  in March and April. They were still
3  working. I think they had taken on -- it
4  was a heavy workload. They both expressed
5  interest in, you know, in working with me
6  at ZOA. I didn't have the go-ahead to hire
7  there until, you know, later on. But I
8  still had conversations with them in the
9  weeks or, I don't know however many weeks
10  it was before suddenly I was un-friended
11  and whatever.
12    Q.  Did you facilitate Gregg's return
13  in any way?
14    A.  I don't know how I could facilitate
15  his return as a non employee or an
16  ex-employee.
17    Q.  Well, I think Lisa testified that,
18  if she is wrong, you should say so --
19    A.  Yeah.
20    Q.  -- that you set up a phone call
21  between her and Gregg. Do you remember
22  that?
23    A.  Actually, I do remember that. She
24  said she was interested in -- she said: We
25  need a leader, or something like that. And

Page 168

1  so, I mean, unrelated to this is that, you
2  know, I believed that at that time that
3  Marnie was, whether or not it is the case
4  or not the case, I felt at that time was
5  destroying the organization from the
6  inside, and it had come to my attention
7  that she tried to undermine me, or made me
8  look bad, or said she refused to report to
9  me, or refused to work for me ever, around
10  the same time asking me, well, do you think
11  I could be director of the organization.
12        So I started to think that
13  maybe she just resented the idea that I
14  thought I would be director of the
15  organization.
16    Q.  This is Marnie or Lisa you are
17  talking about?
18    A.  This is Marnie. But this is, my
19  answer to the question is based on the fact
20  that there was some kind of, after I
21  announced, I'm resigning, I'm leaving, my
22  final day will be, I don't know if I gave
23  the date, March the 7th or 8th, whatever,
24  you know, I expected that they would just
25  ask me to leave the next day or just allow

Page 169

1  me to finish out what I was doing. And
2  they allowed me to finish out what I was
3  doing.
4        They handed off everything to
5  Marnie, IT, controls, passwords to
6  different accounts. Basically everything
7  that was on my desk I had to get off of my
8  desk to make sure like a smooth transition.
9  So that was taking place.
10        There was a vote, maybe a few
11  days before I left, where everybody except
12  for myself was able to vote for who should
13  lead the office. And I believe everyone
14  voted for Lisa, and Marnie voted for
15  herself. And they told me that. I
16  remember thinking that, well, you know,
17  that's going to be it. Marnie I saw as the
18  person who summoned me to Starbucks, wrote
19  the letter, undermined me or was -- I don't
20  know. She would tell me: Well, Lisa and
21  Tricia don't really want you to hang out
22  with them when they go out after work.
23  They are trying to pick up guys, and, you
24  know, it is weird if a guy is with them.
25        So when I confronted them with

Page 170

1  that, Marnie said you guys really don't
2  want me hanging out with you at all, they
3  said: Why would she say that? That's
4  ridiculous, etcetera.
5        So things started to add up in
6  my mind that Marnie was two-faced or
7  manipulating people. And I saw, you know,
8  the safety of everybody's jobs and the
9  future of the organization and the
10  cohesiveness or the ability to carry out
11  the mission lied in Gregg, since they had
12  told Daniel that they had no problem with
13  Gregg, that Matt was the one who was
14  illogically obsessed with removing him.
15        That that was the answer to
16  their, you know, to their problem of
17  Marnie. They at some point -- I don't
18  know. Like saga between Marnie and Lisa, I
19  really don't understand. But, you know, I
20  know that -- I don't know. They voted,
21  they all voted for Lisa, Marnie voted for
22  herself. She thought that somehow that was
23  malicious, Lisa did something malicious. I
24  don't know.
25    Q.  I guess what I was referring to is

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 46 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 171

1  before Gregg came back, I heard an
2  allegation that you set up a phone call
3  between Gregg and Lisa to talk about his
4  return as director. Do you remember that,
5  or did that happen?
6     A.   Yeah. Yeah, it was a phone call,
7  yeah.
8     Q.   So you and Gregg and Lisa were all
9  on that call?
10    A.   Yep.
11    Q.   And what was said during that call
12 that you remember?
13    A.   I think it was just them talking,
14 mostly. I was just sort of the one who was
15 like, all right, Gregg, you know, will talk
16 if you want to talk to him.
17          I had somewhat made up with
18 Gregg by that point, or we had started to
19 try to like repair what was -- actually,
20 I'm not even sure when that phone call was.
21 But it was after he came to my house one
22 day to return an iPad or to provide the
23 iPad that we had used to record some
24 videos.
25          But it was pretty much Gregg

Page 172

1  saying: I'm gone, like I have, like I have
2  another project underway, and I'm about to
3  like say goodbye and be out.
4          And then, you know, Lisa was --
5  I don't remember exactly what was said. I
6  just remember the gist of it was that Gregg
7  was saying, look, I'm not telling Matt to
8  tell you to have me come back. Do you want
9  me to come back? Or etcetera.
10          And they made that -- they had
11 that discussion on their own. I remember
12 my wife kept calling me, because there was
13 something going on, and she was, like, you
14 know, get off the phone. I think we had to
15 go somewhere. So switching back and forth
16 on the line.
17    Q.   So after that call it was then
18 Gregg Roman returns as director of the
19 Middle East Forum?
20    A.   I have -- he was never not
21 director, as far as I guess I understand.
22 I mean, he was always still director. It
23 was just what he was doing as director, not
24 being in the office, not managing certain
25 aspects of the business. So I don't know

Page 173

1  what was -- you know, at the November 5th
2  meeting, Gregg wasn't to be there
3  physically, just to, you know, use digital
4  means of communication, to work on the
5  portfolio that would still remain on his
6  desk.
7          And after I left, I'm not sure
8  if he was permitted to come back or it was
9  an arrangement or whatever. But I know he
10 was still -- I checked the website. He was
11 still working there or the website still
12 listed him, anyway, so...
13    Q.   Were you asked to sign a
14 nondisclosure agreement before the November
15 4th, 2018 meeting?
16    A.   I signed a nondisclosure agreement
17 when I was hired. Maybe people who didn't
18 have a nondisclosure agreement in place or
19 something. I had, when I was hired I had
20 signed everything. I don't know if it was
21 like everybody had to.
22          I think I remember signing --
23 actually, I think I remember signing
24 something, but, I mean, I don't know if it
25 was like to state I would be in the meeting

Page 174

1  or just as a regular nondisclosure
2  agreement. But I already had nondisclosure
3  agreements throughout my employment or from
4  the beginning, from day one of my
5  employment, before I even interviewed I
6  signed a nondisclosure agreement to say
7  where was the office or where the location,
8  the employees, etcetera.
9     Q.   So do you remember being asked to
10 sign another NDA before the November 4th,
11 2018 meeting?
12    A.   Could be. November 2nd was my
13 mother's birthday and we celebrated her
14 birthday, and it was like everything
15 exploded right around that time. I just
16 remember being in the meeting. I can't
17 remember. The day before, two days before.
18 November 2nd was her birthday. November
19 5th I believe was the meeting. I don't
20 know if I signed something in between.
21    Q.   Did you have a problem with signing
22 another NDA?
23    A.   I mean, if I did it was obviously
24 there.
25    Q.   Did you have a problem, were you

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 175

1  concerned about signing that NDA before the
2  meeting?
3      A.   I never had any problems with
4  signing anything with the organization.
5      Q.   You weren't worried about whether
6  the NDA would protect you?
7      A.   Would protect me?
8      Q.   Right.
9      A.   Well, I can only assume if you are
10 asking these questions that there is an NDA
11 that you are speaking of.
12     Q.   Well, I'll represent to you I have
13 been given NDAs that were dated within days
14 before the meeting in discovery.
15     A.   Okay.
16     Q.   So I think that you guys, I'll
17 represent to you that it appears that you
18 were asked to sign the NDA before the
19 meeting.
20     A.   Well, then, I signed one.
21     Q.   But I'm asking --
22     A.   I'm sure you have it.
23     Q.   My question was about your concern.
24 Were you concerned, did you have a problem
25 with being asked to sign an NDA before a

Page 176

1  meeting that was being held to discuss a
2  letter that alleged sexual harassment?
3      A.   It was possible I was confused
4  about the letter.  I really didn't know
5  what implications there were or what was
6  going to come down.  I mean, to be honest,
7  I don't put any -- I don't think -- protect
8  me from what?
9          My concern was losing my job,
10 not being able to pay my mortgage and
11 provide, you know, a life for my family.
12 That was my main concern.  I don't think
13 the NDA is going to protect me from that.
14 So, no, I wasn't -- sign this piece of
15 paper, whatever, you know.  I don't
16 remember what the NDA said.  If you tell me
17 you have one with my name on it, that was
18 signed on, around in that time.
19         I just know that I had signed
20 nondisclosure agreements with the
21 organization upon hire due to the nature of
22 the work, you know, could threaten me by,
23 Islamic sympathizers, Jihadist
24 organizations, etcetera, what the location,
25 about the location of the office.  We had

Page 177

1  to take that very seriously.
2          I was worried, being a
3  homeowner, that, you know, somebody would
4  easily be able to figure out where I live.
5  I would receive postcards, you know, in the
6  mail from nut jobs, with my name on it,
7  took the time to have a picture of an
8  Israeli tank bulldozing a Palestinian home,
9  as if to imply that I am responsible for
10 something.
11         And my fear was like, well,
12 some nut job was deliberate enough to
13 create a postcard and know my name, then he
14 could be deliberate enough to come after me
15 or my family.
16         So I was glad that there were
17 NDAs in place.  I was glad we had security
18 protocols that would prevent such a thing
19 from taking place.
20     Q.   So when Gregg returned to the
21 Middle East Forum, by return, I guess I
22 don't want to put words in your mouth, what
23 I mean is can we agree sometime around
24 March 2019 Gregg was brought back to the
25 Middle East Forum in the capacity that

Page 178

1  changed the rules and the guidelines that
2  were set in place at the November 4th, 2018
3  meeting?  If that statement is incorrect,
4  please correct me.
5      A.   I'll just put it this way:  The
6  conclusion of the November meeting was that
7  Gregg can't come into the office.  He can
8  do his work by interacting, with e-mail and
9  phone or text or whatever.  Whatever one of
10 those things wasn't allowed, I believe it
11 may be phone or may be text.
12         I don't know who was
13 complaining.  Tricia or, Tricia or Catriona
14 said they got a phone call and Gregg asked
15 them to do some assignment, and they were
16 bothered, I don't know by the assignment
17 itself maybe or by Gregg.  But I just saw
18 it as, all right, I'll put an end to that.
19 And I tried to do that in that meeting that
20 I told you that I had called.
21         So I don't know exactly what
22 was reinstated, either phone calls or in
23 person, whatever.  No one ever told me
24 that, that he was either back in the office
25 or back allowed to call, because I don't

Deposition of Matthew Bennett                                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 179

1  recall what was -- he was prevented from
2  doing.  I just remember that when I tried
3  to prevent him or when I tried to make sure
4  that he wouldn't be contacting the women in
5  the office, they all said, well, that's --
6  you know, Matt didn't need to do that, like
7  we are perfectly capable of handling our
8  own business, and made me look like a dope.
9     Q.  So when I say return to MEF, I mean
10 in March of 2019, when he was permitted to
11 come back in some increased capacity, is
12 that fair to say?  You used the phrase --
13    A.  I can't say it.
14    Q.  You understand that --
15    A.  No.
16    Q.  So you are not adopting the
17 language.  I just want to be able to ask
18 this question.  Were you employed with MEF
19 still when Gregg returned to MEF in March
20 of 2019?
21    A.  No.
22    Q.  So during that phone call you
23 testified about that you kind of set up
24 between Gregg and Lisa, were you employed
25 with MEF then?

Page 180

1     A.  Yes, I believe so.  I mean -- yeah,
2  yeah.  I don't know how it could take place
3  after.  Maybe -- actually, maybe it did
4  take place after.
5        No.  It wouldn't make sense.
6  No.  It was before.  It was probably
7  before.  So I guess the answer is I don't
8  know.
9     Q.  Did Gregg ask you to set up that
10 phone call?
11    A.  No.
12    Q.  To set up that phone call?
13    A.  He repeatedly said on the phone, "I
14 didn't ask for this."  He said, "I'm
15 already out."  He said I got -- the reason,
16 he had another initiative, which in my view
17 it seemed like more exciting, had more of
18 the ability to influence policy, you know,
19 to achieve the objectives that the (c)(3)
20 would be set out to do.  And he was going
21 to be on his way.  At least that's as far
22 as I understood it.
23    Q.  All right.  So I guess the first
24 thing I want to do is this --
25    A.  Mind if I run to the bathroom real

Page 181

1  quick?  Like 90 seconds.
2     Q.  Absolutely.
3     A.  I don't want to keep pausing things
4  up.
5        MR. CARSON:  We will do five
6  minutes.  We will go off the record for
7  five minutes.
8        THE WITNESS:  All right.
9  Thanks.
10       THE VIDEO SPECIALIST:  We are
11 off the record.
12       (Recess taken.)
13       THE VIDEO SPECIALIST:  We are
14 back on the record.
15 BY MR. CARSON:
16    Q.  All right.  So the first exhibit
17 I'm going to put in front of you is the
18 complaint, and this is the last complaint
19 that was filed.  I'll going to do the
20 screen share, and then one of these.
21 Screen share.  So this is a copy of the
22 complaint.  You can see it is docketed.
23 And so this is the complaint filed in
24 Lisa's case.
25       I'll represent to you this

Page 182

1  complaint includes every allegation from
2  the first complaint that was filed to the
3  last complaint that was filed, which is
4  this one, that's ever been filed in this
5  case.
6        And I don't know if there is a
7  way to hand him over access so he can
8  scroll through this on his own measure.
9  But earlier today you testified that at one
10 time you believed that the allegations that
11 Lisa and Tricia made regarding Gregg Roman
12 were true, and that you today don't believe
13 those allegations because, because of
14 things you read in complaint that you know
15 aren't true; is that right?
16    A.  Well, the mere fact that they deem
17 me enemy of the state, un-friended me,
18 yeah, said that -- yeah, I mean, yeah, I
19 don't believe that -- it is hard for me to
20 believe anything that they say if there is
21 things that I question that they are saying
22 now.
23    Q.  What do you question that they are
24 saying now?
25    A.  Quid pro quo, that I was -- that I

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 183

1 received, that I was given a complaint and
2 didn't pass it on, or that like they
3 reported it to me and I ignored it or
4 something, that they felt uncomfortable in
5 any way by me, knowing that they were
6 friends until the date that I left,
7 remained friends afterwards when they
8 expressed an interest in coming to work
9 with me at ZOA, Tricia and Lisa meaning,
10 when Catriona and Delaney wanted to rent my
11 house when I let them know that I would be
12 moving.
13        So taking things that had
14 happened a year ago or months ago and then
15 suddenly, well, those things are a problem
16 now.  It is just, I don't see the honesty
17 in that.  Why continue conversations with
18 me after I left?  Why say you wanted to
19 work with me?  Either I was being baited
20 and trapped, or just lying the entire time,
21 or they were never my friend.
22        Why organize a going away lunch
23 for me, and order cocktails, and have
24 everyone smiling for a picture?  What is
25 the point of that?

Page 184

1        So that I wouldn't see a
2 complaint coming later on down the line.
3 Like I just, I don't know.  Either at some
4 point they decided to do it, all this,
5 concocted it while I was still there and
6 manipulating me to their advantage, or they
7 decided after the fact that they -- that
8 something went wrong and then I was
9 suddenly a scapegoat or whatever.
10        So that's it.  You know, there
11 was a, why tell Daniel that they didn't
12 have a problem with Gregg calling them and
13 interacting with them after they told me
14 that they did, only to make me look stupid
15 or seem crazy for it.
16        I don't know what it all adds
17 up to mean.  I don't know if they woke up
18 one day and suddenly said, yeah, I feel
19 like I was offended by this and now I'm
20 going to throw everything at the wall, and
21 I'm included in that.  So I don't know.
22        I don't know if you want to
23 start going through the document like and
24 instead of have me guess at it.  That seems
25 better.

Page 185

1     Q.   Well, I wasn't going to bring it up
2 today because I think we are going to do
3 another deposition in the matter of
4 Patricia McNulty versus Middle East Forum,
5 Daniel Pipes, Gregg Roman and you.
6 However, since you just brought it up, I'm
7 going to ask a couple of questions about
8 it, and I'll try to ask as few questions
9 about this as I can.
10        So you mentioned that one of
11 the things that you, one of the reasons,
12 one of the things that changed your mind,
13 you said the quid pro quo; is that correct?
14     A.   Yeah, yeah.  Or the whole idea that
15 I was somehow a nuisance or anything other
16 than a friend and a mentor.
17        So I may have professed
18 feelings.  But never overstepped
19 physically, verbally.  I was always careful
20 to say, hey, should I not say that, is that
21 bothersome.  I always received the, no,
22 that doesn't bother me, you could never
23 bother me.  Does that answer your question?
24     Q.   Well, my question was:  You said
25 the quid pro quo, correct?

Page 186

1     A.   Yeah.  Well, I saw those words and
2 thought how could, how could anybody even
3 -- how could anybody ever do that to
4 somebody, especially --
5     Q.   And quid pro quo was something
6 specific that is relegated to Patricia
7 McNulty's case, are you aware of that?
8     A.   Yeah, it was in the packet that you
9 had delivered to my apartment, I guess, or
10 whatever.
11     Q.   Patricia McNulty alleged quid pro
12 quo sexual harassment with regard to you,
13 right?
14     A.   I believe so.  I mean unless I am
15 mistaken, mistook what I read or don't
16 understand correctly.  Just, I don't know
17 what I'm guessing at here.
18     Q.   Well, did you ever sexually harass
19 Patricia McNulty?
20     A.   No.
21     Q.   What is your definition of sexual
22 harassment?
23     A.   Unwanted advances.
24     Q.   Well, did you ever say anything
25 sexually inappropriate to Patricia McNulty?

Page 187

A.   Explicitly, no.  I, I introduced the idea of sharing a room.  I sent YouTube videos of songs that came out when I was in high school or middle school, like love song type things.  That was the extent of it.  She told me intimate details about her life.  I told her intimate details about mine.

Q.   When you asked Patricia to share a hotel room with her, what did she say?  I mean, you did that, right?  You asked her to share a hotel room with you, correct?

A.   Yeah, I said, "Do you want to?" And she basically said no.  And that was it.

Q.   Well, why did you want to share a hotel room with her?

A.   I felt close to her.  I was -- she was the first person I told when we found out we were having a baby.  She was the first person I told we lost the baby.  We hung out, all of us as a group, multiple locations.

We would -- I would teach her how to -- I taught her everything I knew.

Page 188

I was trying to -- you know, she turned out to be a, what I felt was a great worker.  I thought she could take on more responsibility.  I started teaching her more of what I knew.  We kept going out, all of us as a group, sometimes alone.

Said she wanted to learn how to play poker.  I said I would teach her.  So, yeah, I thought we were -- you know, I was struggling personally with a lot of stuff. I don't know if you have ever lost a child, but I wasn't prepared for it.  Started drinking.  My home life was a wreck.  So the one person or the only place that I was able to feel that I was -- I could control the situation or had a good environment was at work.  I tried to stay there longer than possible instead of eager to get out the door.

And, you know, I guess that was it.  We would talk about all kinds of stuff.  She would share intimate details of her life with me, and I shared intimate details of my life with her.

Q.   You were her supervisor when you

Page 189

shared those details, correct?

A.   I don't believe so.  I mean I'm not sure when the -- what details these are that specifically that you want to know about.  But I'm not -- the date that I basically became no one's supervisor was I guess some point in November, when everybody just reported directly to Daniel.

Q.   Well, did you ever insinuate to Patricia that if she sticks by you or engages in this relationship with you that it will be good for her career?

A.   What relationship?

Q.   Romantic relationship?

A.   We never had one.

Q.   But you wanted to have one with her, right?

A.   Yeah.  She would drop hints sometimes, and I thought -- you know, I'm not Rico Suave.  I don't know.  I have never been that type of person.  So I thought, oh, maybe she wants me to take a step forward, so I would do that.  She would say:  Oh, it doesn't bother me.  And I would say:  Oh, maybe I didn't take a big

Page 190

enough step forward.

Q.   And I don't want to -- I'm sorry, I don't want to embarrass you.  I really don't.  But I guess what I'm trying to get to is that --

A.   It is all right.  It is what it is.

Q.   Maybe there is some truth in her allegations, is what I'm suggesting.  Can you see that?

A.   No, I can't.  I asked verbally multiple times:  Do you want me to not send this?  Should I not say that?  Do we not want to hang out or do something?

It was always, no, you don't bother me.  She told me I was the best boss she ever had, she appreciated I saw her potential or give her credit.

Up until the day that I left I was helping her write her resume.  I said if I went back to the IT sector and she wanted to start a career in that, then I would teach her everything I knew about that as well.  She was excited about that.

She said don't -- you are going to leave me and MEF, or leave me in the

Page 191

1  lurch at MEF.  If she was bothered by me,
2  celebrating my departure, or at least just
3  cut off all communication the official date
4  that I left.  But that didn't happen.
5       So from my point of view, yeah,
6  it seems like somebody went back to find
7  everything they could to make me look like
8  a jerk-off, as an aggressor, and as this
9  bad person.  And during my time I was
10 anything but.
11      They were -- they all told --
12 messages from Catriona telling me I was the
13 best boss she ever had, she was going to
14 miss me, wanted to rent my house.
15      Lisa and Tricia both were
16 interested, oh, ZOA, or how is ZOA, do they
17 need anybody at ZOA, etcetera.
18      So I don't, I don't -- I can't
19 tell you what, why their actions are one,
20 were one way prior to my leaving and then
21 even after my leaving, and then all of a
22 sudden flipped everything upside-down.
23  Q.  You felt betrayed?
24  A.  Felt betrayed.  I mean, I just, I
25 didn't understand, and I still don't

Page 192

1  understand.  They could have, I don't know,
2  approached me and said: Do you know you
3  made me feel that way?  Or do you know that
4  we think this?  Or whatever.  Never did
5  that.
6   Q.  I don't want to ask you too many
7  questions.  You are a defendant in those
8  other cases.  Your lawyers are on the call.
9  And I don't know if they prepared you for
10 testimony in that case.  So I'm trying to
11 limit my questions in that case.
12  A.  I thought you said I was not a
13 defendant.
14  Q.  In Lisa's case you are not.  But in
15 Patricia's case you are.  And so I want to
16 give your lawyers a fair opportunity to
17 prepare before you get questioned about
18 a case.  I'm trying to limit those
19 questions.
20  A.  Okay.
21      MR. GOLD:  For the record, we
22 intend it to be, this deposition to be
23 limited to this case only.
24      MR. CARSON:  Yeah, that's what
25 I'm trying to do.

Page 193

1  BY MR. CARSON:
2   Q.  So I guess with regard to Lisa's
3  case, so like all the things you mentioned,
4  correct me if I'm wrong, seem to relate to
5  the allegations Ms. McNulty made.  Are you
6  aware of any allegations Lisa ever made
7  that aren't true?
8   A.  Those were the most alarming ones.
9  But just the mere fact to name me as a
10 defendant.  I don't remember exactly, I'm
11 pretty sure she is saying, yes, she
12 reported to me that, you know, something to
13 me that I was like negligent or
14 irresponsible or didn't report it.
15      And here I believe you are
16 referring to the AIPAC or the Israel trip,
17 when she said: Gregg is a dork.  I'm not a
18 me too girl.  At no time did anybody ever
19 say, Matt, like I have a serious issue and
20 I want to make a complaint.
21  Q.  I mean, I just hit a search, so
22 right now if you look, do you see what I'm
23 doing here?
24  A.  Yeah, yeah, I'm following.
25  Q.  I'm searching for everywhere in

Page 194

1  this complaint where your name is listed.
2   A.  All right.
3   Q.  So No. 5 says you are an adult
4  individual and you reside for the purposes
5  of service at this address, which is just
6  the MEF work address.
7   A.  Yep, yep.
8   Q.  No. 6 says:  At all times material
9  this action, defendant Gregg Roman, and defendant
10 defendant Matthew Bennett, and defendant
11 Daniel Pipes aided and abetted under
12 discrimination and harassment and
13 retaliation in the workplace to which
14 plaintiff was subjected by defendants.
15      You know, I guess -- I'm not
16 going to do that.
17  Q.  Let me do this.  Do you want to
18 take time to look at this document anymore?
19 I want to give you an opportunity.  I
20 didn't really scroll through it.
21  A.  No.  Show it to me on the spot.
22 I'll tell you exactly as I remember why, if
23 it is a ridiculous statement, I'll tell you
24 why it is ridiculous.
25      MR. GOLD:  I don't think the

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 52 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 195

1  witness had a chance.  Why don't we take
2  ten minutes and let the witness actually
3  read this complaint.
4          MR. CARSON:  Do you want me to
5  e-mail this to him or something like that?
6          MR. GOLD:  That would be good,
7  yes.
8          MR. CARSON:  All right.  Just
9  let me, Matt, can you just give me an
10  e-mail address, and I'll e-mail it to you
11  and Sidney at the same time.
12          THE WITNESS:  We are copied on
13  the e-mails from this morning.
14          MR. CARSON:  I don't think I
15  have that.
16          THE WITNESS:  It is my name at
17  gmail.com.  Mattpbennett@gmail.com.
18          MR. CARSON:  M-A-T-T-H-E-W?
19          THE WITNESS:  No, just Matt,
20  the letter P, Bennett, with two Ns, 2 Ts,
21  @gmail.com.
22          MR. CARSON:  M-A-T-P, as in
23  Paul, B-E-N-N-E-T-T @gmail?
24          THE WITNESS:
25  M-A-T-T-P-B-E-N-N-E-T-T.

Page 196

1          MR. CARSON:  I'm sorry.  I
2  actually do have it.  And then Sid.
3          MR. GOLD:
4  Sgold@discrimlaw.net.
5          MR. CARSON:  All right.  All
6  right.  I just e-mailed to you guys.  Just
7  take a minute and look through it.  I want
8  to give you an opportunity to actually
9  address the document.
10          THE VIDEO SPECIALIST:  We are
11  off the record.
12          MR. CARSON:  That's fine.
13          (Recess taken.)
14  BY MR. CARSON:
15      Q.  So point of doing that was just
16  because I wanted to give you an opportunity
17  to say whether there was anything specific
18  in that complaint that caused you to change
19  your mind.
20      A.  To change my mind about what?
21      Q.  Well, I think at some point in time
22  you believed that the allegations that
23  Patricia McNulty and Lisa Barbounis leveled
24  against Gregg Roman were true, and you
25  don't believe they are true, and I think

Page 197

1  you said the reason, one of the reasons you
2  don't believe they are true is because of
3  things you read in the complaint you knew
4  not to be true.
5      A.  Well, the document I'm looking at
6  now is not the document that I saw
7  initially.  And I believe, if I'm not
8  mistaken, there is -- I mean, I don't
9  understand why this document is different
10  or would have different content.
11          It seems like you, with all due
12  respect, put everything in there, a lot of
13  which I believe to be lies about myself.  I
14  don't know what updated documents there
15  are.  But I've obviously never seen this
16  one.  I'm reading through it now.  But I
17  don't understand why there would be things
18  in an original document that's not in this
19  document.  Seems like you are trying to, I
20  don't know, catch me into say, well, like
21  you read something in the document, but now
22  that document is no longer relevant, this
23  is the relevant document.  And it only says
24  this and this.
25      Q.  I'll represent to you that there is

Page 198

1  no allegation --
2      A.  I don't understand.  Is this the
3  original thing that I received?  Or is this
4  the current complaint?
5      Q.  It is the current complaint.  And
6  the law is, which you might not realize,
7  and you don't have to, is when you file a
8  new complaint it supplants the old
9  complaint.  So that's the complaint that
10  everyone is working on today.
11      A.  Well --
12      Q.  I would be happy to show you the
13  original complaint that was filed.  I don't
14  think there was any allegations concerning
15  you in this complaint that are --
16      A.  I'm not going to go dig up a
17  document and then do a comparative analysis
18  to this one.  But scrolling through it, I
19  mean, to see that like Lara and Laura were
20  terminated because they were discriminated
21  against, they were incompetent.  I
22  demonstrated, I have direct knowledge of
23  their incompetency.
24          Eman was -- Marnie constantly
25  saying Eman is not working in her office,

Page 199

1 she is doing nothing, somebody needs to
2 keep track of her time better. We started
3 keeping track of her time more.
4      Rosy was discriminated against.
5 Rosy also reported under me. I know she
6 didn't want to be Gregg's assistant,
7 because I was Gregg's assistant. It was
8 the heaviest workload in the organization
9 to be Gregg's assistant. Coordinate
10 hundreds of meetings, do follow-up notes.
11 I mean, it is the most demanding job there
12 is to have -- to be running after, to make
13 sure that all the details are taken care
14 of, from soup to nuts.
15      So I don't, I don't understand
16 how it seems like that is bundled in, you
17 know, Lara, Laura.
18      Samantha Mandeles, I mean, even
19 though she wasn't even in the office, I
20 don't know how she was discriminated
21 against. You know, it seems that -- like
22 it is a 70-page document that I'm seeing
23 for the first time.
24      Rosy didn't want to work for
25 Gregg. Okay. Eman, that was -- Eman had

Page 200

1 her own thing she was trying to do. She
2 had another nonprofit where she had a vegan
3 company, where she was selling vegan food
4 or something. You know, I don't think she
5 -- I don't even remember her to be
6 terminated. I believe she left. The
7 uncomfortable work environment was just a
8 heavier workload, you know, which I as the
9 manager was asked to, you know, can you
10 keep track of the time of the people that
11 are reporting to you, do you know what they
12 are doing all day long.
13      I'm still scrolling. So, is
14 there a question? Do you want me to
15 comment on something?
16      Q.   Yeah. You never texted Lisa about
17 Lara and said that Gregg did the same thing
18 with Lara that she was doing to her?
19      A.   Which was what?
20      Q.   Subjecting her to sexual
21 harassment?
22      A.   To sexual harassment? So, so that
23 implies that Gregg was sexually harassing
24 Lara, and that I had knowledge of it, and
25 that I saw Gregg sexually harassing Lisa,

Page 201

1 and that, and that I knew about it and
2 wasn't doing anything, but was telling Lisa
3 that she was being sexually harassed.
4      Q.   At the time you believed Lisa when
5 she told you that she was sexually
6 harassed, right?
7      A.   She had told me that she came back
8 from Israel, Gregg was being a dork. At
9 some point she showed me the screen shots
10 of the messages that she had sent, I
11 believe to Tricia, and saying delete these
12 messages, and then somehow they had them
13 and were shown to me.
14      So, you know, when the time
15 came when it was like, well, it was
16 actually more than Gregg being a dork on
17 the couch, and then Tricia said, oh, also
18 something happened at AIPAC, then it
19 started to build up.
20      And then Marnie saying that,
21 oh, or Gregg wanted me to sleep with him,
22 but I said no, on the Israel trip, which is
23 mentioned in here.
24      I mean it is just -- that's not
25 how I remembered things. It is not the

Page 202

1 narrative that's in my mind of how things
2 happened leading up to everything. Like
3 for me to, so for me to see stuff like that
4 among other things that I have no knowledge
5 of, then, then, yeah, I have to be able --
6 then I cast doubt. And that's the basis of
7 me casting doubt, because that...
8      Q.   What about, something else, is that
9 your phone number right there?
10      A.   Yeah, it was.
11      Q.   Do you remember sending this text
12 message before the D Day meeting?
13      A.   November 4th, 2018. I mean, I
14 can't comment on this without seeing, like,
15 is there -- I mean was it an e-mail? Was
16 it --
17      Q.   This is a text message. This was
18 produced by Cornerstone as part of
19 production that came from Lisa Barbounis.
20 I believe it is a thread between you and
21 Lisa.
22      A.   All right. Can I see the thread?
23 Is there metadata where, like something
24 showing the --
25      Q.   If your lawyer doesn't have

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 203

1  objection to it, I can show you context. I
2  actually have it and I'm happy to provide
3  context for the defendants too, if they
4  need it, in certain messages that were
5  produced in the past. But --
6     A.   So what is the question?
7     Q.   The question is: You sent this
8  text message to Lisa, correct?
9          MR. WALTON: Hey, Seth, I'm
10  sorry to interrupt you. I just wanted to
11  let Eleanor know I'm back. This is David,
12  for the record. Sorry to interrupt.
13     Q.   I guess the question I have is, you
14  know, if the first time you ever heard the
15  allegations of sexual harassment regarding
16  Gregg was at the D Day meeting, then why
17  are you talking about Gregg throwing his
18  dick around before the meeting?
19     A.   I, I don't know -- number one, I
20  don't recall sending this message. But if
21  you are saying that it exists, or that you
22  have some, whatever company did a data
23  extraction, then, then I have no choice but
24  to believe you that it exists, obviously.
25          And before Daniel holds a

Page 204

1  meeting and starts talking about Gregg --
2  your question is if I learned about it on
3  November the 5th, how did I send it on
4  November the 4th?
5     Q.   Yeah. My point is, you knew that
6  the D Day meeting was going to be about
7  allegations of sexual harassment, correct?
8     A.   Well, yeah. Everything went down
9  on November the, before that, November the
10  1st, I guess, or October -- at the end of
11  October.
12     Q.   So you were aware of reports of
13  sexual harassment that were made during
14  your employment, right?
15     A.   No. Again, there was never a
16  report made to me about any sexual
17  harassment.
18     Q.   It doesn't have to be to you. It
19  could be in general. You were aware these
20  women were reporting sexual harassment
21  during their employment, correct?
22     A.   What women? And who was it
23  reported to?
24     Q.   Lisa Barbounis and Patricia
25  McNulty, at the very least?

Page 205

1     A.   Who did they report it to?
2     Q.   I'll ask you this question: Why
3  does it matter?
4     A.   Well, there is -- I'm telling you
5  that what was said to me or in my presence
6  was prior to the letter being sent, which
7  whatever date that was, because everything
8  was like small beans, and all of a sudden
9  there is a giant beanstalk with sexual
10  allegations raising into the cloud as soon
11  as it got serious.
12          So what you are calling a
13  report, I'm calling just somebody
14  mentioning around the office.
15          I don't know what the question
16  is here. You are saying did I know of
17  reports of harassment? No, no.
18     Q.   Throughout your entire career at
19  the Middle East Forum you were well aware
20  of Gregg Roman's inappropriate sexual
21  misconduct toward women, right?
22     A.   What women? Like I have gone case
23  by case with each one, and I have told you
24  who was -- who left for what reasons of
25  incompetency which were demonstrated in

Page 206

1  their work product.
2          In the aftermath of an
3  employment, to say that there was
4  harassment or whatever, discrimination, I
5  don't know if in this document that you had
6  me read says that they were discriminated
7  against for being women. I don't -- I
8  don't see any discrimination. I didn't see
9  Gregg harass anybody.
10          If anybody was harassed by
11  Gregg it was me, being screamed at and
12  belittled in front of all of the women, in
13  Hebrew, in English, while I was home, while
14  my wife was listening in the background. I
15  got it worse from anybody, with the
16  exception of maybe Gary, who was yelled at
17  routinely, or Cliff in D.C., who Gregg
18  would pick apart his work.
19          If anything, he tiptoed around
20  the women because he made -- like he, he
21  was the director. It was his
22  responsibility to make sure that that
23  wasn't taking place on his watch.
24     Q.   He was highly respectful of women,
25  is that your testimony?

Page 207

A.   I don't know what highly respectful, classifies as opening doors for them?  What?

Q.   Throwing your dick in someone's, around, is that highly respectful?

A.   Respectable to whom and for what?  I'm not sure what the question is.

Q.   Well, we do know that Gregg has thrown his dick around, right?  We know that now, sitting here today?

A.   Well, on November the 4th, that was what I was being faced with, that, yeah, everybody put into a letter that Gregg had did, had done all these things.  And what reason would I have not to believe several people who were all saying the same thing, or that, you know, there was -- they each had some, you know, case specific to them that, you know, was, you know, was like over bounds or overstepped or whatever.

Q.   Right.  Every one of their reports was an example of a director overstepping his bounds, right?

A.   There was never -- there was never a report.  If there was a report I would

Page 208

have said:  Write it up in an e-mail and send it.  Same way I had Tiffany do.  Same thing I had Lara do.  Same thing I had Laura do.

I would say write, write down what is wrong or whatever, what is going on.  The same thing when Lisa and Marnie got in a fight, or Marnie was saying she wanted to -- Lisa was a cancer and should be removed from the organization, stormed out, slammed the door or whatever.  Right or wrong, wrote up a report on that.

There would be no scenario where I would say let's not put this in writing.  So, no, I don't buy, I don't buy it.

Q.   Just for the record, let me just keep the record here, Exhibit 1 is the complaint.  Exhibit 2 is what I have saved on my computer as Exhibit 10.

Exhibit 3, all right, I'm going to show you.  Do you see this exhibit which was saved in my computer as Exhibit 11?

A.   Yep.

Q.   You told Lisa, "but don't talk in

Page 209

front of Marnie," is that what you mean by if she would have raised complaints to her you would have told her to go to the right people?

A.   I don't know what that message was in reference to.

Q.   Here is one where you say, "don't trust Marnie," so is that telling Lisa not to trust the human resources department?  Is that what you mean?

A.   I don't know what the message is in reference to.

Q.   Again, I'm happy to show context, but your lawyers have to agree because these things were produced in a very weird format like the one I showed you.

A.   Well, I can't tell you what I may have said not to talk in front of her about.  I don't know.

Q.   Because the time was when Lisa --

A.   Hold up.  You are breaking up on that one.

THE WITNESS:  Is anybody else hearing static?  Is it just me?

MR. GOLD:  I can hear you okay,

Page 210

actually.

BY MR. CARSON:

Q.   I mean, look at the date, 3/20/18, right, so the timing does match up with the timing of right after AIPAC and Israel?

A.   I mean, I don't know what the context of the message is.  Again, I don't, I don't know what it is in reference to.

Q.   Did you ever tell Lisa when she told you about what happened in Israel that she shouldn't talk in front of Marnie and not to trust Marnie?

A.   Did I tell Lisa not to go to Marnie and report something?

Q.   Yes.  That's my question.

A.   No, I don't believe I told -- that -- no.

Q.   So why would you tell her not to talk in front of Marnie, and the other one says, "don't trust Marnie," right?

A.   I don't know.  Maybe vacation time, she needed to go to a class or leave early, and Marnie was keeping tabs on people's hours in the office.  I don't have any context on the message.

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 211

1    But, "don't talk in front of
2  Marnie," maybe it was we were going to
3  happy hour and we weren't inviting her.
4  Or, I don't know.  I don't have context.
5    MR. WALTON:  Maybe I'm missing
6  this, but is there a reason why we are not
7  showing him the full message?
8    MR. CARSON:  I have them, but
9  you guys don't, I don't think, Dave.
10    MR. WALTON:  Why don't we?  Why
11  don't we?
12    MR. CARSON:  Everything we have
13  is through Cornerstone, and I have
14  everything from the original production.
15  So, I mean, I'm not --
16    MR. WALTON:  That would be
17  great if you showed it to him.  I certainly
18  wouldn't have an objection to that.
19    MR. GOLD:  I don't have one
20  either.
21    MR. CARSON:  You know, the
22  stuff that you guys were putting up last
23  week, I can show you guys context on that
24  stuff new, but like, you know what I mean,
25  everything came through Cornerstone.  You

Page 212

1  guys took me out of it in that whole
2  situation, which I think is probably a
3  silly thing that you guys did.  I won't
4  even say why.  But, you know --
5    MR. WALTON:  How were you taken
6  out of it?
7    MR. CARSON:  I was never --
8  just go back and look at the record in the
9  Sanchez case, and I think you will see how
10  I was taken out of it.  I was taken out of
11  it by judicial decree.
12    THE WITNESS:  I can't really
13  follow the conversation.  It is all static.
14  Should I disconnect from audio and
15  reconnect or something?  Can you guys hear
16  me?
17    MR. WALTON:  It sounds good on
18  our end.  It could be your headphones
19  again.  Why don't you try it, Matt.  Just
20  reconnect.  Can we go off the record.
21    MR. CARSON:  Yeah.  If you want
22  I'll send you the whole thread between
23  Marnie, I mean between Lisa and Matt.  I
24  don't have a problem doing that.  It is
25  just that all the stuff -- are we off the

Page 213

1  record?  Let's go off the record.
2    (Recess taken.)
3    THE VIDEO SPECIALIST:  We are
4  back on the record.
5  BY MR. CARSON:
6    Q.   All right.  Give me a second.  So
7  do you recognize this?  I can scroll around
8  if you need to look at it.  But I'll
9  represent to you that it is the document
10  that your counsel, counsel for MEF,
11  produced during the course of discovery
12  that are, it looks like electronic
13  communications between you and Mr. Pipes.
14    A.   Okay.
15    Q.   As you can see, they begin on April
16  13th, 2018.  So my first question to you
17  is:  Do you know whether these are text
18  messages, Whatsapp messages, Telegram
19  messages?
20    A.   I don't.
21    Q.   Do you recall whether you and Mr.
22  Pipes had conversations on text message?
23    A.   I don't.  At some point -- I always
24  try to keep everything in e-mail.  But at
25  some point Telegram became the preferred

Page 214

1  vehicle.  And that's what I believe was the
2  -- I don't know what time, you know, in my
3  employment that was, but, yeah.
4    Q.   Well, these messages go from April
5  2018 to November 2019.
6    A.   Okay.
7    Q.   And, I mean, I can scroll around as
8  much as you tell me to.  But are you saying
9  these are Telegram messages?
10    A.   I'm saying I would have no way to
11  know.  I mean, I mean, if you are saying
12  they are not e-mails, then --
13    Q.   Well, do they look like e-mails to
14  you?
15    A.   Oh, these are actual snippets?  I
16  thought it was just you were showing me who
17  said what in the conversation.
18    Q.   Every message, I think, that you
19  and Daniel Pipes sent each other between
20  these two dates.
21    A.   Oh, that's what the time stamps
22  are.  Yeah, then they are text messages.
23    Q.   Yeah, and it is 129 pages of these
24  messages.
25    A.   Okay.

Deposition of Matthew Bennett                                        Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 215

Q.   I mean, it could be Telegram or
Whatsapp.  I think they all made sense.
And I don't know what that e-mail looks
like.  I'm asking you.  I mean, you are the
one who sent and received them for all
these months.  So do you remember what
medium you used?
A.   Probably Telegram.  I mean if it
was -- you know, I may be after -- I don't
know.  I would say at some point, yeah, we
transitioned from -- we had something else,
we had something else before that.  I think
it was called Slack.  And I hated Slack,
and I don't think Daniel liked it either.
Then he moved to Telegram.  So it is either
Slack or Telegram, depending on whatever.
If you are saying it goes all the way
through, whatever date you said, it was
probably Telegram.
Q.   All right.  So the first one I'm
going to direct you to is on page 6002.
I'll make it a little smaller so you can
see that.  All right.  So 6002, it says
here, I don't know if this thing -- if you
have this thing on your computer too, but

Page 216

this message looks like it was sent on, it
says 12 October.
A.   Okay.
Q.   Dave pipes sent a message to you at
8:36.  "Could you ask Lisa to help me with
the flights and hotels for this trip?  I
prefer UA than AA for flights, prefer aisle
than window, prefer IHG than SPG and
Hyatt."  Do you remember receiving this
message?
A.   No, of course not.  No, I don't.
Like you are showing me that the message
exists, so, yes, I'm sure that it exists.
But do I remember, do I remember messages
from two years ago that were exchanged in
the administrative happenings day-to-day in
the office, no, I don't.
Q.   Well, was that common for Daniel
Pipes to have you, have you have Lisa book
flights for him and hotel rooms and things
like that?
A.   What was the beginning?  Was it,
was it common, is that what you asked?
Q.   Was that part of Lisa's job,
booking flights and hotel rooms and doing I

Page 217

guess, you know, day-to-day work like that
for Daniel?
A.   I mean, it was part of all of our
jobs.  I mean, Daniel asks you to do
something, then it is like the same place I
worked everywhere else in my life, the top
person asks you to do something, it is
like, I don't know, opportunity to
demonstrate you can do it, or, you know,
time to build, so he can see what your work
ethic is like.
        So was it common?  I mean, I --
Q.   Well, he didn't ask you to do it,
right?  He asked you to have Lisa do it,
correct?
A.   Well, I don't think he saw me as
the travel coordinator.
Q.   Yeah.  That was a lower, that was
too menial a task for you?  You were a
director of development, right?
A.   I believe so.  I mean, Gregg was
traveling at that time.  I think I had
traveled with him.  I don't remember the
last trip.  Maybe that was in Pennsylvania.
We did a round of fund raising meetings.

Page 218

So if he was, yeah, Daniel was like in the
office and Gregg was out, then -- and I
mean, I'm not sure of the nature of the
question, is it beneath me to do travel
scheduling for Daniel?  Is that --
Q.   Was it beneath your position, was
my question, not you.
A.   No.  I did it all the time.  I
booked Gregg's travel.  I booked Daniel.  I
booked other.  I booked my own travel.
Q.   As the director of development or
before you were the director of
development?
A.   Both.
Q.   But, again, what was Lisa's job at
the time?  What was her position?
A.   At this time, October 2018?
Q.   Yes.  She was Gregg's assistant,
correct?
A.   There was something, I don't know
if she was taking on press releases or
media or marketing or public relations
maybe.  There was some other title that was
introduced for her, that I don't remember
-- I remember she was asking me what I

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 219

1  thought about titles.  But I believe she
2  was going to be made like the, it was like
3  chief of staff, like the head of all the
4  staff that were in local, in Philadelphia.
5  I don't remember what the title was
6  eventually decided on, but she was to
7  become chief of staff.
8    Q.   The question was what was her job
9  at that time, not what was she going to
10  become.
11   A.   Oh.  Well, I mean, at the time I
12  was director of special projects I was
13  actually directing all the development
14  while Tiffany was out to lunch.
15       So, I mean, I guess her
16  official title at that time was whatever
17  she was hired as, executive liaison.
18   Q.   She was Gregg's assistant, right?
19   A.   In October, I believe so.  I mean
20  unless the title changed somewhere -- what?
21   Q.   It wasn't a trick question.
22   A.   No, I mean, I'm telling you
23  October, 26 months ago, I don't know when
24  her title changed or at what point or
25  whatever.  I just remember she was doing

Page 220

1  good.  She was a good writer.  She was --
2  she stayed at the office late.  She -- it
3  would be like, you know, like Tricia
4  demonstrated competency.  I wanted her to
5  take on more.  Lisa demonstrated
6  competency.  I wanted her to take on more.
7       I wanted a lot of it off my
8  plate.  I was like drowning in all of
9  the -- in everything.  I was very happy
10  that they were like good at what they were
11  doing.  I don't know when the idea of the
12  promotion came about or who introduced it.
13  I know Marnie was against it.
14   Q.   Was she ever given the title chief
15  of staff during your employment?
16   A.   I don't believe so.  I mean if -- I
17  would have had to update the website with
18  the new title and I don't remember doing
19  that.
20   Q.   I'm going to direct your attention
21  to another message.  This one, it looks
22  like it was sent, Daniel Pipes sent a
23  message to you at 10:40, and that would be
24  on November 1st, I believe, and then the
25  next one was November 2nd.  This is a

Page 221

1  message from you.  "Received your message.
2  Everything is understood and no problem
3  with the office.  Your paperwork summary
4  was mostly accurate.  I've learned more
5  from everyone involved since yesterday.  We
6  should talk in person."
7       Do you know what you are
8  referring to there?
9    A.   What was the date?
10   Q.   The date was November 2nd, 2018?
11   A.   "Received your message.  Everything
12  is understood and no problem with the
13  office.  Your paperwork summary was mostly
14  accurate."
15       I really don't remember.  Let
16  me see what, the JNS article was terrific,
17  tag line not sure...
18       THE COURT REPORTER:  Excuse me.
19   Q.   He can read to himself.  You don't
20  have to record what he reads to himself if
21  you don't want to.
22   A.   Oh, sorry.  Read the message out
23  loud.
24   Q.   I'm just letting the court reporter
25  know, if she doesn't want to write it down,

Page 222

1  it is fine.
2    A.   Okay.  I don't -- I don't know what
3  message I'm saying that I received.  I
4  don't remember what problem -- I mean, I
5  guess this is after the letter was
6  introduced.  I don't know what a paperwork
7  summary is.
8       Everyone involved, I guess that
9  means the letter.  And then I could only
10  guess that at that point they had started
11  telling me all the things that were in the
12  letter.
13       Hello?
14   Q.   Yeah, I'm thinking of my question.
15   A.   Oh, sorry.
16   Q.   What did you mean when you said you
17  "learned more from everyone involved since
18  yesterday"?
19   A.   I don't know.  I don't -- I just
20  told you, I believe, like the only thing I
21  could think of is that if the date I was
22  informed of the letter was the day before,
23  and they -- and we spoke about it more,
24  then I learned more details, my best guess.
25   Q.   So what details did you learn?

Deposition of Matthew Bennett                           Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 223

1    A.   I don't know.  I don't know.  My
2  guess is that the details of what they are
3  saying.  Well, actually instead of Gregg
4  being a dork, he was actually -- he said
5  and did this.
6       Or instead of AIPAC being
7  nothing, AIPAC was actually sexual assault,
8  and I felt uncomfortable, and whatever.
9    Q.   When did someone tell you AIPAC was
10 nothing?
11   A.   When did someone tell me AIPAC was
12 nothing?  At some point when I asked
13 Tricia, why didn't you tell me, why didn't
14 you tell me, or something happened and you
15 felt uncomfortable, and I think she said it
16 was nothing.
17   Q.   I'm not going to beat a dead horse,
18 the horse being the issue, not --
19   A.   I'm not the dead horse then.
20   Q.   No.  The issue is what I was
21 referring to.
22      All right.  So let's keep
23 moving.  The next one down is, it says, "I
24 am fine now, recovered, would like to hear
25 from you about the Leah matter."

Page 224

1       Daniel Pipes is asking to hear
2  from you about the Leah matter; is that
3  correct?
4    A.   Yeah, it looks like it.
5    Q.   What is the Leah matter?
6    A.   I believe what Marnie said in the
7  letter or that was in the letter, the rumor
8  that he had slept with her or something
9  happened, and whatever the rumor is, in
10 Israel.  And that's it.  The paper and
11 everything we mentioned before, that there
12 was this paper she needed, and apparently
13 -- Lisa said, Marnie said that he had told
14 them that he had slept with her.
15   Q.   Is that what you told Mr. Pipes?
16   A.   I told him that I was, that I was
17 upset to learn of it, and if, that if --
18 that if that was true, that I was worried
19 that -- you know, I was extremely angry
20 with Gregg, if he would jeopardize me like
21 that, with my name being on, as the person
22 who signed off on her internship and sort
23 of now I'm linked to such a thing.
24      And with Marnie and Lisa both
25 telling me that I have no, you know, I

Page 225

1  believed that, you know, I had no reason to
2  believe that they would both say that it
3  didn't happen or both make it up on their
4  own accord.  So, yeah.
5    Q.   So when did you and Mr. Pipes have
6  that conversation?
7    A.   I don't know.  What is the date of
8  this message?
9    Q.   November 2nd.
10   A.   November.  My mother's birthday.  I
11 don't remember.  That was it.  The meeting
12 was, what, the next day, two days after.
13   Q.   Do you know if you and Mr. Pipes
14 spoke on the phone, you spoke in person
15 about the Leah matter?
16   A.   Could have been in person.  I'm
17 sure you can find out who was in the
18 office, see if he was in the office, then I
19 spoke with him in person.  And if he wasn't
20 and we did speak, then, obviously, it was
21 over the phone.
22   Q.   You don't remember having a
23 conversation with Daniel Pipes about Gregg
24 Roman having sex with an intern that you
25 got the job for?

Page 226

1    A.   No.  When this came to light, the
2  only thing I remember is telling him is
3  that, like, I was fearful for my job.  I
4  was almost in -- I didn't know what was
5  going to happen.  I didn't know if Marnie
6  was blaming me or alleging, or Lisa was
7  alleging that somehow I was complicit in
8  whatever that they are saying had taken
9  place, and I didn't know if him finding out
10 about that, he was going to be like, oh,
11 well, you are gone, and Gregg is gone.
12      I didn't know what was going to
13 happen.  So I said everything I knew, which
14 was I don't know what happened.  Marnie
15 said he told her, I believe Lisa said that
16 he had told her.
17   Q.   But the conversations happened
18 before the D Day meeting, correct?
19   A.   Well, yeah.  You are saying it is
20 like the day before or two days before.
21   Q.   I'm not saying that.  I'm asking
22 the questions.  Is that what you are
23 saying?
24   A.   Can I see the rest of the messages?
25 Like is it mentioned down below.  Is it

Page 227

mentioned --

Q.   Take your time.  You can look through it as much as you want.

A.   I'm saying if there is other stuff that relates to that conversation, like please show it to me because I don't --

Q.   It is something that Gregg has raised about what's going on the many months since the alleged incident, so what was that?  Did he tell you what that was?

A.   Also something that Gregg has raised about what's gone on in the many months since the -- I expect the same thing that was going on, is that we were going to happy hours and out, and everything was, you know, everything seemed fine.  We were socializing as a group.

Q.   You told Mr. Pipes, "I expect him to call me now and will call you after."  Who is he?  Gregg Roman, correct?

A.   Is that right after that message?  Yeah, I guess so.

Q.   Okay.

A.   I mean, who else would it be?  I guess.

Page 228

Q.   "I'm trying to ensure he isn't notified, unless you don't care."  Again, you are talking about Gregg Roman?

A.   Maybe Salesforce, because the message before that says Salesforce is up.  It was down.  And I don't know why.  But, I don't know, Salesforce wasn't working.  All of a sudden I started thinking, I don't know, like started getting paranoid.

Q.   That Gregg would steal sales leads and donor information, correct?

A.   Yeah, and later found out that wasn't the case, and that I made -- I mean, look --

Q.   Well, it was part --

THE COURT REPORTER:  I'm sorry.  This is the court reporter.  There is static, and I couldn't hear the last answer.

MR. CARSON:  Sorry.  The static is from someone else's phone.  I think someone needs to push mute?

MR. WALTON:  This is Dave, Eleanor.

Seth, please just watch

Page 229

interrupting him, because I think that would help the court reporter too.

BY MR. CARSON:

Q.   So you know that Gregg Roman -- whether Gregg Roman stole all the leads from the Jewish Federation in Pittsburgh before he got there?

A.   No.

Q.   You don't know that?

A.   I don't know that.

Q.   Yeah, you know that.  You know.

A.   Do I know if he stole leads?  I mean, first of all --

Q.   Yeah.  You guys have two different databases at MEF, right?  One was for the Jewish Federation stolen leads and one was for MEF donors?

A.   And where was the second database?

Q.   You tell me.  You worked there.

A.   I used Sales -- no.  I used whatever the initial database was, they had when they were hired.  Then they -- oh, then, when I -- yeah, then at some point Tiffany was responsible for managing the transition to another database, and that

Page 230

was Salesforce.  She botched that data migration.  Then I finished that data migration.  But that was it.  That was the only database I ever used, was Salesforce.

Q.   You never used Mailchimp?

A.   Well, Mailchimp is like a news letter mailer.  It is not a database.

Q.   What is the, what is the director's list?

A.   Oh, in the list of, the distribution list in Mailchimp?

Q.   Yeah.  You know what the director's list is, right?

A.   Yeah, it is private e-mail.  It is like contacts or high-level people, that if you just wanted to send specific, not -- there was multiple lists, Campus Watch, Islamic Watch, director's list, Daniel's list, targets' list.

Q.   Yeah.  It is all the information he stole from the Jewish Federation, correct?

A.   How would --

Q.   Well, how would you know that?

A.   Incorrect.  How would I --

Q.   Why would you say correct if you

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 61 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 231

don't know?

MR. WALTON: This is Dave.
Object to the form. You can answer.

A. You are saying is it correct. No,
it is not correct.

Q. Why isn't it correct?

A. Well, I have no way to know if it
is incorrect, if that's what you are asking
me, what. You are asking if the director's
list is something that Gregg stole from
another organization.

Q. Right, yeah. That's exactly what
he is accusing Lisa of doing, is what he
did to the Jewish Federation, right?

A. The first I ever heard that Gregg
would steal, or you are alleging that Gregg
had stolen e-mail addresses from another
organization, and, but as somebody who
worked at the Jewish Federation, I can tell
you, I mean, it is like I'm laughing on the
inside because I know that it is worthless.
It is federation. It is not -- most likely
they are not going to support anything that
MEF is doing, and e-mailing them such
things would result in them unsubscribing

Page 232

from the list, then they flag your mailing
list, and you can say how was I added to
this list if you did not have permission to
add me.

So for him to take a list from
another organization, which I have no
knowledge of, or, until I'm blue in the
face can tell you it would do damage to
MEF. It would be -- it wouldn't be
helpful.

Q. This is the first you are hearing
about sexual harassment too, right?

A. The what?

Q. The first you are hearing about
sexual harassment too, right?

MR. WALTON: Objection to form.
You can answer.

Q. You don't have to answer.

A. Okay.

(Discussion off the record.)

THE VIDEO SPECIALIST: We are
off the record.

(Recess taken.)

THE VIDEO SPECIALIST: We are
back on the record.

Page 233

BY MR. CARSON:

Q. Mr. Bennett, I'm going to direct
your attention to D6004?

A. I don't know what 6000 number or
whatever.

Q. The number I'm reading, it is more
for the record.

A. Oh, I didn't see it at the bottom.
Okay.

Q. It is called a Bates stamp. So you
write here: It is probably safe to say he
is already back -- he already has
everything backed up. That's Gregg Roman
already backing up all the proprietary
information MEF has, right? That's what
you are talking about?

A. Probably safe to say -- is this the
same, is this following the same above?

Q. Yes.

A. Can I scroll up to see what we are
talking about here?

He has his MEF access through
the gmail account, so we have this -- I
mean, I said he. Hi. Bruce had access I
believe to Salesforce and so did other

Page 234

staff. But it is like at this point in
time -- yeah, I believe we are talking
about Gregg.

Q. You thought he would steal all the
proprietary information from MEF, right?

A. I wasn't worried about stealing it.
It was more of, it was more of like the
database was down, and that's how I do my
job, with the database. I didn't know why
the database was down. And at the time the
turmoil with Gregg, my thought was, well,
maybe that has something to do with it.
Turned out that that wasn't the case and I
raised like an alarm over the database
incorrectly.

Q. How did it turn out it wasn't the
case?

A. There was nothing linked to a gmail
account or -- I mean, scroll back up where
I said -- more. More. More.

Yeah, there is something in
place preventing me, it was the generic
user account, which I believe it was
Tiffany Lee's but was used to like
implement the database, and that account

Page 235

1 needed to have a setting on it for me to
2 try to do what I think I was trying to do.
3         I mean, I don't remember
4 exactly.  I just remember there was
5 something blocking me from just like
6 shutting things down or to make sure that,
7 I don't know, there wasn't some breach.
8         We have been hacked by what
9 was, I don't know, could be Iran or there
10 were other hacks that had happened, and, I
11 mean, while Gregg was there and after Gregg
12 was there, and, you know, that was the
13 fear, something like that.
14     Q.   When you say hacked by Iran, is
15 that pretend security issues that MEF
16 always talks about?  Is that what you are
17 referring?
18     A.   The pretend security issues?
19     Q.   Yeah.  You know, secret, secret --
20     A.   I'm pretty sure you could --
21         THE COURT REPORTER:  I'm sorry.
22 I couldn't hear the question.
23     Q.   You are referring to like the
24 secret MEF work that everyone is trying to
25 hack because it is so important, right?

Page 236

1     A.   I'm pretty sure you could look up a
2 public record that ISIS tweeted the address
3 of the office and had Daniel Pipes on the
4 cover of their magazine, and, I mean,
5 that's not there.
6     Q.   Okay.
7     A.   Had I been asked to work in an
8 office that ISIS tweeted the address of, I
9 would never have accepted the job, no
10 matter how much they paid.
11     Q.   What is Contactually?
12     A.   Contactually is like, it is like a
13 Rolodex, as I understand it.
14     Q.   Is that where you thought Gregg
15 Roman backed up all the proprietary
16 information that MEF had?
17     A.   No.  I think that was just his
18 personal, like Contactually --
19     Q.   Yeah.
20     A.   -- I think --
21     Q.   He had his personal account, right,
22 where he backs up proprietary information?
23     A.   I don't think so.  I mean there was
24 -- I know he used something, but I think it
25 was on Outlook, Outlook 365, that he had

Page 237

1 his personal information or an app or
2 something.  But, I mean, everybody has
3 contacts stored somewhere.
4     Q.   So is Gregg Roman allowed to back
5 up MEF data on his contacts, on his
6 personal Contactually account?  Is that
7 permitted, as far as you know?
8     A.   No, I never said he backed up
9 anything on a Contactually account.  I
10 never actually saw Contactually.  I don't
11 even know -- I had no, I mean, I know that
12 there was something -- I mean, look, we
13 Asana, we had Slack, we had Salesforce.  We
14 had the website access point login.
15         We had, I mean, I had a sheet
16 with 30 different passwords to different
17 applications that housed different data.
18 We had people build us special databases
19 that needed specific logins.
20     Q.   Did MEF pay for Contactually?
21     A.   Did MEF pay for it?  We did an
22 audit, I believe the tech company did an
23 audit of -- not the tech company.  The
24 vendor that I brought in to transition us
25 to Google, and I think they asked Marnie to

Page 238

1 like show a list of everything that, yeah,
2 everything that was being paid for on the
3 MEF credit card.  So it will be on that.
4 It will be on that list if we were paying
5 for it.
6     Q.   Sitting here today, do you know
7 whether MEF paid for Contactually?
8     A.   If it was -- I mean, if it was
9 ours, then MEF paid for it.  Anything that
10 we were using, MEF was paying for it.
11 There was no -- I don't know why anybody
12 would pay for anything out of their own
13 pocket to have it be used by the company.
14     Q.   What did you mean here then when
15 you said "Probably in Contactually," right?
16     A.   Well, that would be the only thing
17 I knew that would be capable of doing
18 something like that.
19     Q.   Yeah.
20     A.   But as far as I understand or
21 understood, it was in that -- I can't say
22 for sure, but I'm almost certain that
23 MEF -- that it will show up on a list of
24 the audit that I asked the vendor to do,
25 and Marnie to show, show everything that's

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 63 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 239

1  paid for with the MEF credit card.
2      So I'm telling you at this
3  moment, I don't know.  I'm fairly certain
4  that it will appear on that list that shows
5  that MEF did pay for it, and it was like,
6  it was like bridge connector to maybe
7  another dataset, or like we had multiple
8  bridge connectors.
9          There was the mapping one that
10  Stacy used to help geo locate or, you know,
11  the best route, through sales meetings,
12  through, you know, solicitation meetings,
13  through a specific city or a specific
14  state.
15          There was the Outlook, I don't
16  know what you want to call it, bridge link,
17  connector, that would synchronize people's
18  e-mails, all their contacts to Salesforce.
19          There was one for Asana.  There
20  was one for Slack.  And we did a tech
21  audit, and I believe they all showed up in
22  that audit.
23  Q.   What audit?  Would there have been
24  an audit on Mr. Roman's Contactually
25  account?

Page 240

1          THE COURT REPORTER:  I'm sorry,
2  an audit on?
3  Q.   Mr. Roman's Contactually account.
4  A.   No.  When I -- I was a proponent of
5  using, it was -- I was in favor of using
6  Google, like using the Google for Work
7  platform, meaning e-mail contacts.
8  Everything that could fall under like
9  Microsoft, Google can offer the competing
10  platform.
11          So when Gregg didn't believe
12  that and he thought, and Daniel thought
13  that, you know, half of the Microsoft was
14  superior, so finally I had at some point
15  after I guess November or October,
16  whatever, I started arguing with him and
17  Daniel and saying, look, I know what I'm
18  talking about, I used to do this, I used to
19  work for a tech company that sold, you
20  know, Google apps, and I had to manage a
21  sales team of six people and the worldwide
22  campaigns to sell those products.  I know
23  how they work, and I'm confident they are
24  secure, and they will be good for the
25  organization, boost productivity, etcetera.

Page 241

1          So when I was finally, until I
2  was blue in the face, got the go-ahead for
3  that, I brought in the expert that I knew,
4  a vendor who is licensed to provision
5  Google apps, and the first thing that he
6  did was an audit on the infrastructure, the
7  same thing that any IT person would do.
8  You come in and you say, let's make a list
9  of every single thing that's being used,
10  from soup to nuts, starting with Word
11  documents, e-mail, through Asana, Slack,
12  everything.
13          And as part of that audit
14  Marnie, which controls the expenses or has
15  records of what was being paid for,
16  produced or would produce a list of all of
17  the vendors and tech platforms that were,
18  subscriptions were being paid to.
19          So upon the audit, it was
20  learned a lot of them were just stuff that
21  was, you know, we needed to sign up for one
22  time but was never used again, to like
23  condense PDF documents.  And I believe in
24  that audit, on that list that she provided
25  to the vendor, I believe in maybe January

Page 242

1  of 2019 or whatever, it will show that, all
2  of the things that are on there.
3          So back to your question, if
4  Contactually was being paid for by the
5  organization, it would appear in that
6  audit.  I haven't seen that audit.  I'm not
7  telling you it appears there.  I'm saying
8  that's where you can check to prove what
9  I'm saying.
10  Q.   Isn't this conversation talking
11  about making sure that you revoke Gregg's
12  access to MEF donor information and the
13  proprietary information, and that you say:
14  It is probably safe to say he already has
15  everything backed up, both Mailchimp and
16  Salesforce, probably in Contactually.  Not
17  probably.  Definitely.
18          That's exactly what you are
19  saying, right, who cares?
20  A.   Yeah.  I mean, yep, to the best
21  of -- probably safe to say, yeah.  I mean
22  he is responsible for all the proprietary
23  information of the organization.  I mean,
24  whose head is it going to fall on?
25          I am now managing director of

Page 243

1  another organization, and I saw another
2  director when I was with ZOA, and you have
3  to everything backed up.  It is usually a
4  tech company that will have a server, an
5  external server that will store back-ups in
6  case you are hit with like some type of
7  electromagnetic pulse just wipes you out,
8  technologically, or that you don't have any
9  ability to get back to determine, like get
10  back to the point you were when things
11  dropped.
12         So as part of the
13  infrastructure that I wanted to implement
14  with Google, I was trying to, one of the
15  things that I made sure I said, we will
16  have a back-up that will back up in
17  realtime every single thing that is in the
18  database.  I'm trying to remember the name
19  of that one with Google.  It is called like
20  Backupify.
21         I mean, it is my natural
22  thought as, you know, if you are the
23  caretaker of the data, it seems dumb to
24  only have one dataset.
25    Q.   Daniel Pipes then says to you:  Can

Page 244

1  you send me a copy of the NDA everyone has
2  signed?
3    A.   Oh, yeah.
4    Q.   You had all the NDAs, right?
5    A.   It looks like it.  Do you have
6  personal e-mails for...
7         Well, what was my response to
8  that?  Oh, yeah.  No, just right below that
9  I said all NDAs are filed in Marnie's
10  office.
11    Q.   Right.  He asked you if you could
12  give him a copy of it.  You made sure that
13  they were all in one place, and you told
14  him where they were, right?
15    A.   I don't know if I made sure where
16  they were.  Maybe I found out where they
17  were and relayed that information to him.
18  But, yes, it looks like below I'm saying
19  all NDAs are filed in Marnie's office.
20    Q.   So now can you testify whether or
21  not you were asked to sign NDAs before
22  going into the November 5th, 2018 meeting?
23    A.   Yeah, I believe so.  I mean, look,
24  I'm sure there is an e-mail that shows like
25  if I was asked to sign it or not.  I signed

Page 245

1  an NDA on day one.  I don't know if any --
2  I mean, I'm sure everybody else did, as far
3  as I know.  If they didn't, then maybe they
4  were asked to sign one then.  I had one
5  from the beginning of my employment signed.
6  So was I asked to sign it then?  If --
7    Q.   We are not, I'm not asking you
8  about the NDA you signed on day one.  I'm
9  asking about the NDA you signed before the
10  November 5th, 2018 meeting, which has been
11  referred to as D Day.  Do you understand
12  that?
13    A.   Yeah, yeah.  So what is the
14  question?
15    Q.   The question is:  You were asked by
16  Daniel Pipes to get him all those signed
17  NDAs for everyone that was going to attend
18  that meeting, right?
19    A.   I didn't give it to him.  I mean,
20  Daniel asked if NDAs, as the text messages
21  you are showing me say, has everyone signed
22  NDAs.  Then I checked, has everyone signed
23  an NDA.  And looks like they did.  And I
24  said, yep, they are in Marnie's office.
25    Q.   Can you send me a copy of the NDAs

Page 246

1  everyone has signed, right?
2         He meant everyone that's going
3  to go to the meeting, correct?
4    A.   I mean, look, maybe that's a copy
5  of the NDA that everyone signed when they
6  came in for their employment, or a copy of
7  the NDA before the meeting.
8    Q.   Well, which one is it?
9    A.   I don't know.  I'm telling you it
10  doesn't say.
11         I said:  All NDAs are filed in
12  Marnie's, because that's where everything
13  was kept.  Marnie had the file cabinet
14  which kept all the personnel, everything
15  they ever signed.
16         My final day of employment I
17  walked in, I said, "Let me have my
18  personnel file as is allowed by law.  I
19  would like to see everything I put my name
20  on."  And it was my NDA.
21    Q.   And he also asked for everyone's
22  personal e-mail address, right?
23    A.   I just read it.  He asked for three
24  people's e-mail, Marnie, Tricia and Stacey.
25    Q.   Marnie, Tricia, Stacey.  And you

Page 247

1  said:  Yes, I have those e-mails.  You
2  actually said:  Yes, I have personal
3  e-mails for all, correct?
4    A.   That's what is written.
5    Q.   And the reason you had personal
6  e-mails for all is because you guys used
7  personal e-mails at MEF, correct?
8    A.   No, because people applied to the
9  organization with personal e-mails.
10   Q.   You guys didn't use personal e-mail
11  accounts during your employment at MEF for
12  Google Docs?
13   A.   Did we use -- no.
14   Q.   Oh, you didn't?
15   A.   Did we use, like for company
16  business?
17   Q.   Yes.
18   A.   At some point, while we were
19  transitioning, then, yes, I believe that
20  there was like a spreadsheet that I had
21  created, or like a back-up to work off of
22  while we were transitioning from Microsoft
23  to Google.
24   Q.   When you say "we were
25  transitioning" --

Page 248

1    A.   Like are you asking about like work
2  product?  Or are you asking about e-mail
3  correspondence?
4        Like there never should be any
5  e-mail correspondence, but like the ability
6  to collaborate on a Google doc requires you
7  have a gmail account.  So if there is a
8  gmail account that you are able to share a
9  Google calendar with or a Google document
10  with, then that would be, yeah, that would
11  be it.
12   Q.   That's when you guys used personal
13  e-mail addresses, with Google, correct?
14   A.   That's when we used -- what do you
15  mean, that's when?
16   Q.   It is not a trick question.
17   A.   I don't know.  You are looking --
18  it is like you are trying to get me in
19  got-cha moments here.  Just tell me like
20  everything and then I'll give you my like,
21  you know, response to it.
22        Like do I remember this shit?
23  No.  I can't remember what, two years ago,
24  what was written in a Telegram message
25  between me and Daniel and whatever.  Like

Page 249

1  we told everybody, avoid using personal
2  information.
3        I sent out, the bring your own
4  device policy specifically stated no
5  personal information can be stored on
6  devices.  I was very careful to make sure
7  that I didn't compromise whatever was going
8  on in the organization.
9        If you're trying to ask me, did
10  I do something that somehow was in
11  violation of MEF policy?  No.  To the best
12  of my ability I tried to make sure that
13  everything was by the book and that I was
14  maintaining the health and security of the
15  data and proprietary information.
16        My, my -- my Google login,
17  Bennett@MEForum.org, that's what we were
18  switching to.  As of March -- whatever it
19  was, I mean, I'm pretty sure the date of
20  the memo, whatever, bring your own device
21  policy was, it said like if you have
22  something on a personal device, delete it.
23  Don't -- there is no reason to save
24  anything to like a local device.  There is
25  no reason to download anything.  Just keep

Page 250

1  it in the cloud.
2        I mean you can look up the
3  bring your own device policy.  I'm sure it
4  is all written there.  I'm sure you have it
5  already.
6    Q.   When did you make the switch to
7  Google for Business?
8    A.   We began making it in probably
9  January or February.
10   Q.   2019, right?
11   A.   I had this like ongoing debate with
12  Daniel and Gregg about the security of
13  Google based on what was, it was arguably
14  like threats to our safety or security,
15  etcetera.
16        You know, they were against it
17  because they believed that Google was in,
18  like insecure, and Gregg was against it.
19  Like Daniel was like open to it, but Gregg
20  was against it and he only wanted Outlook.
21        And Daniel finally like
22  entertained my arguments and allowed me to
23  like prove that I thought that Google was
24  secure and it was a good platform.
25        And so at some point between, I

Page 251

1  don't know, I would say July or August of
2  2018 and when I left, I brought in a vendor
3  and Daniel gave the okay.  But, you know,
4  other people were against it.  And we told
5  them you could still use your Outlook, you
6  could still use, I think it was like
7  Winfield, Mark, several people were like I
8  don't want to learn how to use Google.  I
9  said, fine, instead of migrating everything
10 over we are going to keep some people using
11 Outlook.  And Gregg was completely against
12 it, to the end, to say that, I don't know,
13 showing proof that I was wrong about that.
14        I would argue to this day that
15 Google bids on Pentagon contracts and
16 everything else.  But, anyway, I -- he was
17 super -- he was super like paranoid about--
18 Q.   Do you know my question was:  When
19 did you make the switch?  The date was all
20 I needed.
21 A.   Oh.  I don't know.  Somebody cut me
22 off here.  I'm trying to get -- just tell
23 me when, asked and answered, and then I'll
24 stop.  I don't know the date when we --
25 actually, I know that whatever the --

Page 252

1  Q.   Right before you left, correct?
2  A.   Yeah, but I mean, I left in the
3  middle of that switch.  There were certain
4  accounts that needed to be like followed up
5  on to see if they were migrated properly.
6  I handed off all the Google relationship to
7  Marnie.  She was in contact with the vendor
8  who came to the office to do that audit.
9        And, yeah, so I guess arguably
10 maybe first week of March, last week of
11 February, something like that.
12 Q.   Before you made the switch, in
13 order to use Google Docs you had to utilize
14 a personal gmail account, correct?
15 A.   Before we made the switch
16 officially?  No.  Only people that -- only
17 people that -- I mean, like I never asked,
18 I don't know, like other people to use a
19 Google doc.  Only the people that would
20 be -- like I asked Stacy, maybe Tricia, I
21 have to share a Google doc that listed -- I
22 don't know what I listed there.  Giving --
23 Q.   Google Calendar, Google Docs, you
24 need a gmail account to access those,
25 right?

Page 253

1  A.   Google Calendar, I'm not sure.
2  Google -- I mean, no, you can still access
3  it.  It doesn't matter.  Any e-mail
4  address, like something at MEForum, like
5  Bennett.MEF@gmail.com could be used to
6  access it, you know.  It doesn't have to be
7  like --
8  Q.   Once you made the switch over to
9  the Google suite, then you could use your
10 Bennett@MEF app, if you were using gmail
11 for business.  Before that, to access those
12 apps you needed to use a personal gmail
13 account?
14 A.   Say it again.
15 Q.   You are wearing me out.
16 A.   I'm wearing you out?  It is 6:00
17 o'clock here.
18 Q.   It doesn't matter.  All right.
19 A.   Look, look, all I can tell you
20 about like data privacy, security, like
21 whatever is this, Gregg was super paranoid
22 about getting hacked and safety of his
23 family.
24        At one time he had me create,
25 record a video that, and in case something

Page 254

1  happened to him, and safety, in case he
2  disappeared, I should contact this person,
3  and if he didn't hear from him after this
4  long to contact his wife or connect his
5  wife with this person.  And I had to keep
6  the video on my phone until I heard back
7  from him, until he returned.
8        I mean, I don't even know the
9  nature of what he was doing, or traveling.
10 But, I mean, to ask somebody to record a
11 video that in my untimely demise traveling
12 to the Middle East, if I'm going to be
13 kidnaped or whatever -- I'm imagining the
14 scenario of that other guy that he knew
15 that was decapitated, I don't know if by
16 ISIS or whatever, that that was his fear,
17 and that opening the door to Google or
18 whatever, that was his fear, that there
19 would be some window into our ongoing, at
20 the organization, and he didn't want that
21 to happen.
22        Frankly, I don't want that to
23 happen.  I was paranoid myself just by the
24 mere fact I was getting postcards from nut
25 jobs blaming me or saying I'm complicit in

Page 255

1 the genocide of Palestinian people or
2 whatever. So, yeah, those people are out
3 there.
4         There is some guy, Dr. Frank,
5 that would call the office every week to
6 tell us we were horrible individuals and
7 whatever, these nut jobs. They called all
8 the time. And those were the type of
9 people who, that you are afraid of, not to
10 mention ISIS, who Tweeted the address and
11 put Daniel on the cover of a magazine. So
12 I don't know what more you want me to say.
13    Q.   No, that's okay.
14         THE COURT REPORTER: I couldn't
15 hear the end of the answer.
16    A.   I had said, before, Mr. Carson said
17 there was like an illegitimate security
18 threat or whatever, but I saw the ISIS
19 Tweet. Eman, who we worked with, had death
20 threats against him. Daniel was on the
21 cover of a magazine. So, I mean, it was
22 like, it was serious. I don't know like to
23 what extent. I know that Gregg was
24 paranoid about it.
25         And maybe I didn't see it at

Page 256

1 first. And then over time I appreciated
2 the fact that we have a Kevlar door and key
3 card access and data security. I mean, I
4 don't know the data security of I guess
5 where we are going to be, who is traveling
6 where, at what time, what hotel room we are
7 going to be in, all that would be housed in
8 Google and, therefore, the location of
9 Gregg, Daniel, myself and the entire team
10 would then be, would then be there.
11    Q.   All right. So let's just move on.
12 When you, when you write here: I mean I
13 can send everything to -- I can send -- I
14 mean can I send everything to and from MEF
15 and use your gmail?
16         When you say "use your gmail,"
17 this was back in November of 2018, you
18 would have been talking about personal
19 gmail, correct?
20    A.   Like is there context here that I
21 can -- not in the conversation but like, I
22 mean, I don't know where -- what I'm
23 supposed to be like aiming at. Is there
24 like --
25    Q.   You just have to tell the truth,

Page 257

1 man.
2    A.   I am. But I just don't, like there
3 is a lot of truth, I'm trying to give you
4 the full picture of it, but it is like can
5 I --
6    Q.   Well, MEF didn't have any business
7 gmail accounts set up in 2018, right? So
8 if you are using a gmail in 2018, it would
9 had to have been someone's personal gmail
10 account, MattBennett@gmail,
11 SethDCarson@gmail, LisaBarbounis@gmail?
12    A.   In this case, can I send, you mean,
13 so you are saying, can I send everything to
14 Daniel's gmail, yep, that's what it looks
15 like I said.
16    Q.   Dpipes@gmail, right? Groman@gmail?
17    A.   Yeah.
18    Q.   Stacy@gmail.
19    A.   Yep, yep.
20    Q.   Catriona@gmail. You guys all had
21 personal gmail accounts that you used to
22 utilize Google Calendar and Google Docs.
23 That's all I was asking. Right?
24    A.   It is more complicated than that.
25 It is like what information is in the

Page 258

1 Google Calendar and what information is in
2 the Google Doc. If the Google Doc has
3 information on somebody's name and giving
4 amount, it is different from if they are at
5 Paramount Hotel on a certain date, at a
6 certain time.
7    Q.   I'm not suggesting anyone did it in
8 an unauthorized way. I'm saying that you
9 guys were authorized to utilize personal
10 gmail accounts during the time before you
11 had a business gmail suite?
12         MR. WALTON: This is Dave
13 Walton. Objection to form. You can
14 answer, if you can.
15    A.   It depends on, it depends on the
16 subject. I know that I was not permitted
17 or instructed, do not use my account, my
18 personal account for official MEF business,
19 confidential, proprietary information.
20 That's what I was told. Never to store
21 that information, never to use it for that
22 purpose.
23    Q.   What about Google Docs, making a
24 spreadsheet or something like that?
25         MR. WALTON: This is Dave.

1  Objection to form again. But you can
2  answer.
3    A.   It depends what is in the
4  spreadsheet. It depends what is in the
5  Google document.
6         If we are talking about the
7  wording that's going to go out in a press
8  release, that was -- which was I think the
9  number one use of the Google Docs, is that
10  we would draft invitations that Tricia
11  would create and that would be mailed out
12  through Mailchimp, and then, or somebody
13  would proofread them, or conference with
14  logistics. I don't know.
15         But not like, I don't know,
16  sending messages to the Turkish dissidents
17  in, like over gmail. Or it was like
18  different levels, I mean.
19    Q.   Well, here Daniel Pipes says:
20  Gmail for me, your personal one too, don't
21  want to leave a trail.
22         So he is telling you -- he is
23  telling you to send him an e-mail to his
24  personal gmail, from your personal gmail,
25  because he doesn't want to leave a trail,

Page 260

1  correct?
2    A.   A trail of what?
3    Q.   I don't know. You tell me. It is
4  your conversation.
5    A.   Well, I don't know. The
6  implication seems to be that a trail of --
7  that somebody would be able to see that I
8  was communicating with Daniel. I don't
9  know. You can ask Daniel.
10         Gmail for me, your personal one
11  to, don't want to leave trail.
12         That's how he talks. I don't
13  know. Like it was --
14    Q.   Yeah, cloak and dagger, right?
15    A.   I mean, not cloak and dagger. But
16  he was like very like brief.
17    Q.   Seems to me, your personal gmail
18  accounts don't leave a trail.
19    A.   No. He is a private person. He
20  wouldn't tell me what hotel he was at, what
21  airline he was on, what train he was
22  taking. It was always like, oh, I'll be in
23  this vicinity at this time. I mean,
24  whatever.
25         ISIS wanted -- like he was like

Page 261

1  the man of the year on the cover of the
2  magazine. Like he wanted -- I certainly
3  wouldn't want that. And him being a
4  private person, I'm sure he didn't want it
5  to, you know, infinite level. So, yeah.
6  Yeah.
7    Q.   But he is telling you, yes, I have
8  all the personal e-mails for all. Do you
9  have a sample?
10         Sure. Want me to send via
11  e-mail?
12         So what was the sample? Sample
13  of what?
14    A.   There is not even any context
15  there.
16    Q.   Mr. Bennett, can I just suggest if
17  you don't know, just say you don't know and
18  we will move on.
19    A.   No, I don't know. Look, he did
20  things his way, trying to protect us all
21  like from what he was in danger of. I
22  don't know. I'll just start getting to
23  that point. I don't know.
24         Am I supposed to be reading
25  this now?

Page 262

1    Q.   No, no. Just hold tight. I'll
2  give you a question. I'm just looking at
3  my stuff, trying to get us out of here.
4         What is Zapiers? Do you know?
5    A.   Sorry?
6    Q.   Do you know what Zapiers is,
7  Z-A-P-I-E-R-S, Zapiers?
8    A.   It was another one of those
9  connector things that I believe will show
10  up on the audit that I conducted with the
11  vendor to show what was being paid for, and
12  then looked it up. And I believe maybe it
13  connected to Asana, to Salesforce, if I
14  remember correctly.
15         It could have been Mailchimp.
16  I remember I had to look it up. But I'll
17  say Salesforce or Mailchimp.
18    Q.   So do you know, I think you already
19  testified to this, I'll just move it along,
20  Gregg Roman was supposed to be at that
21  November 5th, 2018 meeting, and then Mr.
22  Pipes asked him not to attend; is that
23  right?
24    A.   I believe so, yeah. I mean, I
25  don't know if it was Daniel who asked him

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 263

1  not to attend, but he wasn't there.  No, he
2  said at the beginning of the meeting, he
3  said, Gregg will not be coming to the
4  meeting.
5         I remember everybody was
6  waiting for him to show up, and then he
7  said, "Gregg is not coming."  So I don't
8  know --
9         THE COURT REPORTER:  I'm sorry,
10  I don't know?
11    A.  I don't know who told him not to
12  come.
13    Q.  Well, did anyone complain about him
14  being there?  Was anyone concerned,
15  nervous, scared that he would be in
16  attendance?
17    A.  Probably, I mean, probably.  If
18  they were -- I mean, I was thinking that it
19  would be the time to figure out, to prove
20  what was, you know, what happened or get
21  everybody to hash everything out, you know,
22  like in realtime, in front of Daniel, and
23  see what -- get to the bottom of it all.
24         I mean --
25    Q.  That's fine.

Page 264

1    A.  I would have felt weird about being
2  -- I would have felt weird about him being
3  there if something like that maybe happened
4  to me.  But I would want, I would have
5  wanted him to be there so I could tell him,
6  be, like, you did this, whatever.
7         Because he never got to tell
8  his side of the story.  And then, you know,
9  when he came to my house to drop off the
10  iPad, like I said before, and I think was
11  February, and we got into an argument, and
12  he said, "You never let me my side of the
13  story.  You just, you tried to take me
14  down."
15    Q.  What was his side of the story?
16    A.  I don't know.  I told -- we never
17  -- we agreed to just put it in the past, if
18  we were going to encounter each other in
19  the future at conferences or whatever, you
20  know.
21    Q.  So Mr. Roman never denied the
22  allegations here?
23    A.  What was that?
24    Q.  Mr. Roman never denied any of the
25  allegations to you?

Page 265

1    A.  Is the question did he deny?
2    Q.  You said he never told his side of
3  the story to you.  So he never denied any
4  of the allegations that were made against
5  him, right?
6         MR. WALTON:  Objection to form.
7  That was not his testimony.  This is Dave,
8  Eleanor.
9    Q.  Do you remember him denying?
10         MR. WALTON:  You can answer it.
11    A.  No, he did.  Of course he denied
12  it.  I mean, are you talking about to me?
13  To them?  Whatever.
14    Q.  To you.
15    A.  Yeah.  He said:  How could you, you
16  believe these things about me.  They are
17  not true.  And what evidence is there that
18  it happened.  Banging his hand down on the
19  kitchen table as he was, like, how could
20  you do this to me.  Why would, why wouldn't
21  you just have a discussion with me and say,
22  did you do this, and let me tell my side of
23  the story.  And he denied it up and down,
24  like until he was blue in the face with me.
25    Q.  Did you believe him?

Page 266

1    A.  I mean about what?  Everything?
2    Q.  Do you think he stuck his foot
3  under Lisa's ass during the AIPAC
4  conference and said:  Now that my foot is
5  under your ass we should take our
6  relationship to the next level?
7         MR. WALTON:  Objection to the
8  form.  There is no foundation for that.
9  But you can answer, if you can.
10    A.  I mean, I just heard that for the
11  first time.  That sounds like a -- no, no.
12  The answer is no.
13    Q.  You don't believe that he did that?
14  Why?  He is not the type of guy who would
15  do something like that?  He is too good a
16  person?
17         THE COURT REPORTER:  I'm sorry,
18  I couldn't hear it.
19    Q.  He is not the type of guy who would
20  do that?  Why do you believe that that
21  didn't happen?
22         MR. WALTON:  Objection to form.
23  This is Dave.  Hold on, Matt.
24         Objection to form.  This is
25  compound and it is argumentative.  But you

Page 267

1  can answer it, if you can.
2    Q.   Why don't you believe -- why do you
3  believe it when he denies that?
4    A.   Why do I believe that he did not
5  put his foot on a couch underneath Lisa?
6    Q.   Yes.
7    A.   It just seems like a very odd
8  thing.  I mean I never heard of it.  I
9  don't know.  Somebody like trying to make a
10  move on somebody with your foot.
11    Q.   I thought you read the complaint.
12    A.   Yeah, but, I mean, I didn't know
13  that that was a, I don't know, the line
14  that was said.
15         I know there was this Gregg
16  acting weird on the couch, was explained to
17  me that he was acting like a dork.  But, I
18  mean, now that I'm hearing it I guess in a
19  video deposition, it sounds, it sounds
20  ridiculous.
21         I'm sorry if I'm laughing.  It
22  sounds like ridiculous.  Just like you told
23  me there was a couch with Tiffany Lee, did
24  I know about the couch.  Like, no.
25    Q.   Did you ever say that you have more

Page 268

1  skeletons to tell about Gregg than just the
2  sexual harassment?
3    A.   I tried to say that, you know, if I
4  really wanted to take Gregg down I could do
5  it.
6    Q.   What would you do?
7    A.   Huh?
8    Q.   What you would do?  How would you
9  do that?
10    A.   I really didn't have anything,
11  that's the truth.
12    Q.   Did you lie to him when you said
13  that?
14    A.   Sorry?
15    Q.   You lied when you said that?
16    A.   Siri popped up.  Say it again.
17    Q.   Did you lie when you said that?
18    A.   Yeah, I exaggerated.  I
19  exaggerated.
20    Q.   Are you exaggerating today?
21    A.   About what?
22         No, I'm not exaggerating today.
23  But, I mean, specifically, if you want to
24  say what I'm exaggerating about.  But, no,
25  Gregg and I were like work hard, party

Page 269

1  hard.  If we had meetings all day long, we
2  would drink at the end of the day, and, you
3  know, try to get our notes and meeting
4  followup done at the time.
5         Look, I was trying to -- I
6  said, yeah, Gregg, the skeletons, I was
7  trying to be a tough guy, like I was just
8  trying to just show the women that I would
9  be able to -- that they could trust me,
10  that I would be a good leader, that I would
11  be able to take care of the organization.
12  And they said:  We don't need your
13  leadership and we don't need you to protect
14  us.  That's it.
15    Q.   What about Gregg Roman telling Lisa
16  that he wanted somebody to suck his dick,
17  did Gregg deny that to you?
18         MR. RIESER:  Objection, lacks
19  foundation.  This is William Rieser.
20         MR. CARSON:  I think one person
21  can make objections.  This isn't --
22         MR. RIESER:  I'm filling in for
23  Mr. Gold.  Go ahead.
24         MR. CARSON:  This isn't a team
25  sport.

Page 270

1         MR. RIESER:  Go ahead.  Keep
2  going.
3         MR. CARSON:  I'll direct you to
4  keep your objections verbal and concise.
5  BY MR. CARSON:
6    Q.   You can answer the question.
7    A.   Well --
8    Q.   I'll --
9    A.   Look, I said before --
10         MR. RIESER:  Stop interrupting,
11  Seth.
12    Q.   I'll repeat the question if you
13  want.
14    A.   Go ahead.  Repeat it, please.
15    Q.   Sure.  Did you believe -- did Mr.
16  Roman deny that he asked Lisa to suck his
17  dick?
18    A.   I never asked him did you, did you
19  -- there were no opportunity for him to
20  deny that to me.  I never confronted him on
21  anything like that.  But --
22    Q.   So he denied that he was acting
23  like a dork, is that your testimony?
24    A.   I believe that they were there in
25  Israel on the couch, and they probably were

Deposition of Matthew Bennett                                              Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 271

1  drinking, and that was it.  But I don't --
2  it is hard for me to believe that and I
3  have no reason to believe that he would
4  like go out there on that level with, you
5  know --
6      Q.   With a colleague?
7      A.   -- to say, to say something like
8  that.  He, like he, like if I ever said
9  something that was, like even the beginning
10  of my employment, that was like, you know,
11  even remotely wrong to say, he would say
12  no, like, this is, or he would make sure
13  that everything was proper, in line.
14          And it was him, I'm pretty
15  sure, who gave the harassment training,
16  long before I left.  Again, I think it
17  could have been Mark, but I believe
18  somebody gave harassment training in 2018.
19  I'm sure -- I don't believe it was 2017.
20  I'm pretty sure it was 2018.
21      Q.   So what specifically did Gregg
22  Roman deny then when he made these denials
23  to you?
24      A.   I just, everything, I mean, my main
25  was like the data and the Salesforce and

Page 272

1  everything, you know, and that was me.
2  That wasn't even with the women.
3          I said, like you are showing
4  here, I thought something was up in
5  Salesforce, but it wasn't.  But it is like
6  everything, whatever, was bundled together,
7  everything everybody was saying about him.
8          But, I don't know.  Like, you
9  got to understand, like we went, right up
10  until the end, we were going to happy hour
11  together, like routinely.  Like we were
12  going out like routinely.  There was
13  never -- everybody was like in good --
14  everybody was friends.  Like it was always,
15  like, all right, Gregg is the boss, like we
16  never didn't remember that fact.  Like
17  Gregg is the boss.
18          But, you know, I remember the
19  last happy hour I believe we went to, he
20  said, "I got to leave and go back to the
21  office and get work done," and he stayed
22  and Tricia, Lisa, somebody else, I don't
23  know, Catriona or Marnie or something.
24          But, you know, right up until
25  the end we were always good friends, and

Page 273

1  then all this blew up, and then I feel like
2  I was just like poked and prodded to hating
3  him.  And I did very much so.  I wrote him
4  a letter and said I can't believe you did
5  all these things, I really had no way to
6  know if he did do all those things.  But,
7  you know, I just started to look for any
8  possible thing that I could dislike in him,
9  and I believe that that is what these women
10  did at some point, and just took everything
11  that could possibly be said about somebody
12  and saying it about him.
13          But, I don't know, it is almost
14  like Marnie is telling me just imagine
15  what, Leah and Gregg in Israel, and it was
16  like over and over again, thinking about
17  like the same thing.  It was like upsetting
18  to me.
19      Q.   How old is Leah Merville?
20      A.   I mean she was a -- I guess
21  graduated from college, or, at the time
22  she, of her internship.
23      Q.   She was 18?
24          MR. RIESER:  Don't interrupt
25  him.

Page 274

1      Q.   She was 18 years old?
2      A.   I have no idea.
3      Q.   How old was she when she started
4  working with the Middle East Forum?
5      A.   How would old is she now?  How old
6  was she then?  I don't know.
7      Q.   The question was:  How would old
8  was she when she started working at the
9  Middle East Forum?
10          MR. RIESER:  Seth, I'm going to
11  instruct you, please do not interrupt the
12  witness.
13          MR. CARSON:  Your objection --
14          MR. WALTON:  Objection --
15          THE WITNESS:  I don't know.
16          THE COURT REPORTER:  Excuse me.
17          THE WITNESS:  I don't know.
18  Old enough to go to college.
19          THE COURT REPORTER:  I couldn't
20  hear the objection.
21  BY MR. CARSON:
22      Q.   Keep the record clear.  It is a
23  simple question.  Yes, or no, or I don't
24  know.
25      A.   I don't know.

Page 275

1  Q.   How old was she when she began
2  working at the Middle East Forum?
3  A.    At this moment, I do not know.  At
4  the time I'm sure she would have had to
5  include her birth date or some form of
6  identification in her application.  But I
7  do not know.  I do not know.
8  Q.   Was she an appropriate age for
9  Gregg Roman to sleep with?
10         MR. RIESER:  Objection to form,
11  argumentative.
12  Q.   Was she?
13  A.    I mean, you are asking me is that
14  age appropriate for people to sleep with?
15  Or am I testifying that Gregg Roman slept
16  with her?
17  Q.   Do you think it would have been
18  appropriate if he had slept with, if he had
19  sex with her?
20         MR. WALTON:  This is Dave.
21  Objection to form.
22  A.    As far as I know, the law is the
23  law.  Whatever the legal consenting age is
24  is the legal consenting age.  So I don't
25  know what the line of questioning is.

Page 276

1  Q.   Taking all of the considerations
2  into account, that he was --
3  A.    I don't know.  My dad is 82 and my
4  mom is 64 or 65.  So, I mean, that's a
5  pretty big age gap.
6  Q.   Is your mom an intern and your dad
7  a director of the same organization?
8         MR. RIESER:  Object to the
9  form, argumentative.
10  A.    I'm just making a point that there
11  is a gap in ages and what the --
12  Q.   So sitting here today, you can't
13  say whether it would have been appropriate
14  for them to engage in a sexual
15  relationship?
16         MR. WALTON:  This is Dave.
17  Objection.  Objection to the form.
18         MR. CARSON:  You can't
19  interrupt.
20         MR. WALTON:  You are being
21  abusive and argumentative.  This is never
22  coming into evidence.
23         THE WITNESS:  You are putting
24  words in my mouth.  I can't comment on that
25  because I don't believe that it happened.

Page 277

1  I don't believe that it happened at this
2  point.
3         MR. RIESER:  You harassed this
4  witness enough.
5  BY MR. CARSON:
6  Q.   Why don't you believe it happened?
7  A.    Did she say that it happened?  Show
8  me that she said that it happened, and then
9  I'll believe that it happened.  I don't, I
10  don't -- I have nothing to believe that it
11  happened.  And that's what came back to me
12  when I'm faced with all these documents
13  that, that came, everybody saying that
14  things happened, but when it came time to
15  ask myself, and I said:  Matt, did you
16  actually see that happen?  No, I didn't.
17  Did you actually see that happen at AIPAC?
18  No, I didn't.  Did you see that happen in
19  Israel?  No, I didn't.
20         Did you see Gregg take the
21  proprietary information from Salesforce?
22  No, I didn't.  I didn't see it.  I had no
23  proof of it.  But I believed it because
24  everybody was saying it.
25  Q.   Don't you think that's a real

Page 278

1  problem, though, that no one knows, no one
2  talked to her?  Did you ever call and ask
3  her if it happened?  Did you ever take a
4  statement from her in connection with an
5  investigation into Gregg Roman's sexual
6  misconduct?
7         MR. RIESER:  Objection to form,
8  argumentative, compound.
9  A.    She never was an employee--
10  Q.   You can answer.
11  A.    Did I investigate --
12  Q.   Yeah.  Did you ever --
13         THE COURT REPORTER:  Excuse me.
14  Excuse me.  I'm going to ask you to just
15  talk one at a time, please.
16  Q.   Did you ever call her and ask her
17  what happened?
18  A.    No.  And say, oh, there is an
19  alleged rumor about you?
20  Q.   Yeah.  Did Daniel Pipes --
21  A.    No.
22  Q.   -- ever call and ask whether it
23  happened?
24  A.    I have no way to know that,
25  obviously.

Deposition of Matthew Bennett                          Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 279

1    Q.   Did Mark Fink ever call and ask if
2  it happened?
3    A.   I have no way to know that,
4  obviously.  I don't think they are --
5    Q.   Don't you think that's an important
6  component of the investigation into Gregg
7  Roman's sexual misconduct, is witness
8  statements?
9    A.   I mean, hold on.  What was that?
10 What was the last thing you just said?
11   Q.   Don't you think an important
12 component into an investigation into a
13 director of the Middle East Forum's sexual
14 misconduct is obtaining witness statements
15 from the people who were harassed?
16   A.   No.
17         MR. WALTON:  Listen, this is
18 objection.
19   A.   This is a --
20         MR. WALTON:  Matt, Matt, hold
21 on, Matt.  Matt, I have to state my
22 objection.  Objection.  You are badgering
23 the witness.
24         MR. CARSON:  It is not an
25 objection.

Page 280

1          MR. WALTON:  There is no
2  evidence that she ever made a complaint.
3          MR. CARSON:  Badgering the
4  witness isn't an objection.
5          MR. WALTON:  Yes, you are.  You
6  are being abusive and you are being
7  argumentative.
8          MR. CARSON:  No, I'm not.
9  Go ahead.  You can answer the
10 question.
11         MR. WALTON:  We will agree to
12 disagree.
13 BY MR. CARSON:
14   Q.   You can answer the question.
15   A.   What Gregg does in his personal
16 life --
17   Q.   That's not my question.
18   A.   -- that's not with an employee is
19 not my business.
20   Q.   I didn't ask about his personal
21 life.  My question was:  Don't you think an
22 important component of an investigation
23 into sexual misconduct is questioning the
24 witnesses, questioning the people who
25 alleged the misconduct?

Page 281

1          MR. WALTON:  Objection to form.
2  Eleanor, this is Dave.  Objection to form,
3  to the extent it calls for a legal
4  conclusion that you are asking is expert
5  opinion on sexual harassment investigation,
6  and --
7          MR. CARSON:  I'm not asking for
8  expert opinion.
9          MR. WALTON:  It sounds like to
10 me you are.
11         MR. CARSON:  No, I'm not.  I'm
12 not asking --
13         MR. WALTON:  It was not his
14 responsibility to conduct the
15 investigation.
16         MR. CARSON:  Are you testifying
17 now, Mr. Walton?
18         MR. WALTON:  No.  It is the
19 truth.
20         MR. CARSON:  You are objecting
21 to --
22         MR. WALTON:  You can ask
23 Daniel Pipes this question.
24         THE WITNESS:  I'm testifying
25 and --

Page 282

1          THE COURT REPORTER:  Excuse me.
2  I'm not reporting right now.
3          THE WITNESS:  If there was ever
4  an allegation made to me by Leah Merville I
5  would have taken proper course of action.
6  Did Leah Merville ever say anything to me
7  other than thanks for the great
8  opportunity, I look her out to lunch the
9  last day that she worked there, we went to
10 the Falafel place that's on 17th Street,
11 whatever it was, Goldie's or whatever it
12 was.  She said:  Oh, I had an amazing
13 internship, thank you, and goodbye.  Like,
14 whatever.
15         No, I had no reason.  Leah
16 never contacted me.  She knew how to reach
17 me.  We were friends on Facebook.  Probably
18 still are friends on Facebook, so I'm sure
19 she would know where to find me or where to
20 find me if she had allegations.  She
21 brought me no allegations.  I had no reason
22 to do any, whatever.
23   Q.   You had no reason to what?
24   A.   Unless Leah said, hey, Matt, guess
25 what, something happened at MEF, what would

Page 283

1  I do about it?  She was long gone before
2  someone said, hey, there is a rumor that
3  Gregg did this, and I have no evidence of
4  it.  So then when call somebody to tell
5  them somebody else is spreading rumors
6  about them.
7     Q.   That's your testimony today.  Are
8  you sure you don't want to change it right
9  now?
10         MR. RIESER:  Objection,
11  harassing, argumentative.
12         MR. WALTON:  Objection.  I join
13  in that objection.  Seth, you have to stop
14  this.
15         MR. CARSON:  You want to --
16         MR. WALTON:  This is way beyond
17  the pale.
18         THE WITNESS:  I mean --
19  BY MR. CARSON:
20     Q.   I mean, is that what you think,
21  it's Leah Merville's fault because she
22  didn't report anything when she left; is
23  that your testimony?
24     A.   I never said anything was anybody's
25  fault.  I'm saying, you're saying don't I

Page 284

1  have a responsibility to conduct
2  investigations or whatever.  Yeah, if Leah
3  Merville was my employee and she came to me
4  and said, hey, something happened, then I
5  would say, alright, let's get it in
6  writing, let's make a complaint, let's move
7  on to the proper, take the proper course of
8  action.
9         But, no.  And as far as I
10  understand whatever was supposed to happen
11  took place, she wasn't with MEF anymore,
12  anyway.  So that's as I understand it.
13     Q.   Here Daniel Pipes says:  Thanks for
14  the signed NDAs.  But to make it
15  logistically easier, let's do it again on
16  paper tomorrow.
17         So did you execute another NDA
18  with Mr. Pipes in person, on paper?
19     A.   Maybe we signed NDAs in the
20  meeting, I guess.  Is that what that means?
21     Q.   Yeah.
22     A.   If this was the date before the
23  meeting.
24     Q.   Yeah.  Do you remember whether you
25  signed an NDA before the meeting, now?

Page 285

1     A.   No.
2     Q.   You still don't remember, okay.
3     A.   Listen, if there is an NDA with my
4  signature on it that's dated the day before
5  the meeting, then it is there.  Do I
6  remember doing it?  No, it is two years
7  ago.  And I have gone through several major
8  life changes by then.
9         And I've tried to, the day that
10  I left this place I tried to forget
11  everything that ever happened there.
12     Q.   Except for Gregg Roman's --
13         MR. WALTON:  This is Dave.
14  Matt, you don't need to explain yourself.
15  You either remember or you don't.  It is
16  fine.
17         THE WITNESS:  Thanks, Dave.
18  BY MR. CARSON:
19     Q.   You remember that Gregg Roman
20  denied everything, right?  But you don't
21  remember --
22         MR. RIESER:  Objection,
23  harassing, argumentative.
24     A.   Am I answering the question?
25     Q.   Well, I'm just, how do you choose

Page 286

1  what to remember and not to remember?
2         MR. RIESER:  Objection,
3  argumentative.  Objection to form.
4     A.   Traumatic things that affected me
5  and scared me I remember.  And things that
6  are of no consequence I don't.  I don't
7  remember signing a nondisclosure agreement
8  because it didn't matter to me.  I knew
9  that that nondisclosure agreement wasn't
10  going to protect me from anything or not
11  protect me from anything.  It wasn't,
12  whatever.
13         If my life blew up and I got
14  fired, I would move on, and go get a new
15  job, make new friends and move on with my
16  life.  I really didn't care what the
17  nondisclosure agreement said.
18     Q.   You didn't express your concerns
19  about the nondisclosure agreement before
20  the November 5th meeting?
21     A.   If I did, it was because -- I mean,
22  I may have.
23     Q.   Did you?
24     A.   I may have, if other people were
25  expressing concerns.  I believe, I think

Page 287

1  Marnie had the lawyer look at it and the
2  lawyer said, oh, it is bullshit.  And then
3  Lisa and Tricia also didn't want to sign
4  it.  And then, what was I going to say,
5  like, no, it is fine, just sign it.  So I
6  said, oh, maybe I do have concerns.  I
7  don't remember, I don't remember.  I don't
8  know.
9     Q.   So the only reason you expressed
10  concerns is to just, what, because the
11  other women were expressing concerns?
12     A.   I'm not the type of person that
13  would, that would care for, like if I was
14  wrong.  I don't know what the content of
15  the NDA was.  Maybe like don't talk about
16  confidential business at MEF or whatever it
17  said.  But it wasn't, it wasn't of
18  importance to me.
19          What was important to me was
20  being told by my friends and colleagues,
21  like, we threw you under the bus, you are
22  with us or against us, take Gregg down, you
23  are a pussy, we don't trust you.  That's
24  what I remember.  That's what is ingrained
25  in my memory, that the people I called my

Page 288

1  friends for a long time, confided in,
2  socialized with, that they manipulated me,
3  emotionally, when I was at the lowest point
4  in my life, after I had lost a child, after
5  I had gone -- was dealing with personal
6  issues with my wife, and I felt that they
7  manipulated me.
8          And maybe I didn't see it at
9  the time, but I feel like I see it now.
10  And Marnie would be nice to my face, and
11  then shitty behind my back, apparently.
12  And then I started believing that Lisa and
13  Tricia were like that too.  And then, and
14  that was it.  And it seems like that's the
15  case.
16     Q.   Did anyone make any of those
17  comments after the November 5th, 2018
18  meeting?
19     A.   Did anybody make comments what?
20     Q.   Any of the comments you just
21  testified about at the November 5th, 2018
22  meeting?
23     A.   Yeah, that was it.  Directly after
24  the meeting we went down to Tir na nOg, and
25  Marnie said, "I don't trust you," and Lisa

Page 289

1  said, "You are a fucking pussy."  And then
2  that was, and that was it.  That was the
3  beginning of it.
4     Q.   Well, what other comments were made
5  if that was just the beginning?
6     A.   That I was like loyal to Gregg.
7  That I didn't try to take -- they said you
8  didn't, why didn't you -- why did you
9  defend Stacy, why didn't you, like why
10  didn't I jump on the bandwagon and try to
11  take Gregg down.
12          So then I did try to take Gregg
13  down.  I called the meeting and I told him:
14  You can't talk to anybody.
15          And then Daniel said:  Well,
16  why did you do that?  And I said:  Because
17  the women feel that way.
18          And he said:  Hey, women, do
19  you feel that way?
20          And they said:  No.  Gregg is
21  fine.  Matt is nuts.
22          So upon learning that, upon
23  knowing that they are coming to me saying
24  Gregg is terrorizing us, and then I say,
25  all right, I'm going to get Gregg out of

Page 290

1  here, and then I do it, at the expense of
2  my own job, and then they are like, oh, no,
3  we are fine, and Matt is just on a power
4  trip.
5          Yeah, I realize, they are
6  not -- they don't give a shit about me,
7  they are emotionally manipulating me into
8  some, into some other end which either is a
9  lawsuit or is a new position or a new job.
10  And that's it.
11     Q.   Well, when did you decide that?
12  When did you decide they were emotionally
13  manipulating you?
14     A.   Probably a couple weeks after I had
15  left to go into another organization, and I
16  had some downtime, and I just started to
17  think back.  And I said, wait a second, you
18  know, immediately I knew that Marnie, who
19  always I felt just basted me for whatever
20  reason, wanted my job, or a bigger job, or
21  the top job, or whatever.
22          But, you know, I didn't -- I
23  never thought Tricia and Lisa would, would
24  feel that way, or didn't feel that way,
25  like they wanted me gone, removed or they

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 76 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 291

1  wanted to report to Daniel directly or
2  whatever.  I'm happy to let them do that.
3  My life was easier not reporting to Daniel
4  directly.  It was easier not wanting to be
5  the director of the organization.  I was
6  happy in my middle management bliss,
7  sending out press releases, scheduling
8  donor meetings.
9       I certainly never asked, you
10  know what, I'm going to be a director of
11  the organization.  Even when I was asked by
12  people at the organization, well, Matt,
13  what do you want to do with your life?  I
14  said I'm happy, I like this place, I like
15  doing the work that I do, and I'm not going
16  to go to seek to be the director of some
17  place, until all of a sudden, everybody was
18  trying to take down Gregg, and, it was
19  like, oh, my God, there is no leadership
20  and we all feel victimized.
21       So I tried to save them.  And
22  then Marnie said, "We don't need you to
23  save us."
24    Q.   Do you remember this?  Do you
25  remember this, an e-mail that, text message

Page 292

1  you sent?  This is November 5th, 2018.
2    A.   Yep.  I mean, yep.
3    Q.   Why were you more concerned with
4  what Daniel Pipes wanted than with what the
5  woman that were sexually harassed and
6  abused wanted?
7       MR. RIESER:  Objection,
8  argumentative.  Objection to form?
9    Q.   You can answer.
10    A.   You saying they are sexually
11  harassed and abused is I think --
12    Q.   At the time you believed them,
13  right.
14       MR. RIESER:  Objection.  Don't
15  interrupt him.
16    Q.   At the time you believed them,
17  right?
18    A.   At the time --
19    Q.   You testified that at this time --
20       MR. RIESER:  Don't interrupt
21  him.
22    Q.   Is that right?
23       MR. RIESER:  Seth, Seth, stop
24  badgering the witness, stop interrupting
25  him, or I'm going to end this deposition.

Page 293

1       MR. CARSON:  You are actually
2  not.
3       MR. RIESER:  Yeah, I am.
4  BY MR. CARSON:
5    Q.   At the time you testified you
6  believed them?
7    A.   At what time?
8    Q.   In November of 2018, right, you
9  believed them at that time?
10    A.   After they took -- what was the
11  date of this message?
12    Q.   November 5th, 2018.
13    A.   Yeah.  So just to make sure I
14  understand what is going on, after the
15  meeting I'm saying some of the women in the
16  office expressed disappointment in me for
17  not going after Gregg more aggressively.  I
18  understand...
19       And you are saying did I
20  believe them.  I mean, believe means
21  something relative.
22    Q.   That's not what I said I said.
23       MR. RIESER:  Matt, don't
24  interrupt him again.
25    Q.   My question is:  You testified

Page 294

1  earlier today that at this time you
2  believed the women, you believed their
3  allegations, correct?  That was your
4  testimony earlier today, correct?
5    A.   I believe -- no, I didn't say I
6  believed what they said happened actually
7  happened.  I believed that they were
8  at like a point where they were serious
9  about, about it.
10       Like all the facts, I'm not
11  sure if I knew even all of the facts at
12  that point, I mean about the thing about
13  the foot on the couch, and like I don't
14  even know if I knew the details of that at
15  that point.
16    Q.   You knew enough that --
17    A.   Like, listen, I considered myself
18  as custodian of the organization, that I
19  was responsible for Daniel, for the
20  reputation of the organization, for myself,
21  for the people who worked for me, and
22  everybody else.
23       I'm proud to have my name
24  written there, and my consideration at that
25  point, I was more concerned with what you

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 295

1  want and my -- it is not binary.  It is
2  not, well, I can be concerned for the woman
3  or I can be concerned for Daniel and the
4  organization.  I was concerned for
5  everything because I saw the walls falling
6  down around me.
7     Q.   Did you express that concern for
8  everything in this text that you sent to
9  Daniel?
10    A.   What text?  Which one?
11    Q.   The that one I highlighted.
12    A.   The one highlighted.
13    Q.   Yeah.  Did you express that concern
14 for everything in this text?
15    A.   Maybe I didn't write it to him.
16 But several times I told him that, you
17 know, I care deeply about the organization,
18 the organization, the organization.  I'm
19 pretty sure that I imparted that more times
20 than I can remember.
21        Like you are showing me a
22 message.  Do you know how many
23 conversations I had with Daniel and e-mails
24 and in-person interactions?  Like you are
25 taking down one text message to distill it

Page 296

1  down and say, well, I didn't care about the
2  women.
3     Q.   No, but you wrote in this e-mail
4  that you were more concerned with what
5  Daniel wanted than what the women wanted,
6  correct?  That's what you said in this
7  e-mail, in this text message?
8     A.   That's what is written.  That's
9  what is written.
10    Q.   Why?
11    A.   I can only explain to you 26 months
12 later -- why?
13    Q.   Yeah, why at that time were you
14 more concerned with what Daniel wanted than
15 what the women wanted, at a meeting that
16 was held to discuss allegations of sexual
17 harassment?
18    A.   I don't know.  Now you are saying
19 it is not a trick question.  I feel like it
20 is definitely a trick question.  I don't
21 know what you are trying to like -- like
22 this wasn't the only thing that was
23 discussed between Daniel and I on the
24 phone, in the text messages.
25        When I'm saying I'm more

Page 297

1  concerned with what you want, I mean, he is
2  the president of the organization.  Does he
3  want everybody to get along and hold hands?
4  Does he want just Gregg gone?  Does he want
5  to restructure the organization?  Does he
6  want to put up, implement new work flows
7  and protocols to make sure that some people
8  are not going to be talking to other
9  people?
10    Q.   Which one of those is accurate?
11 You are here --
12        MR. WALTON:  Objection to form.
13 You can answer.
14    Q.   You just made up a whole bunch of
15 hypotheticals.  We are not here today to
16 talk about hypotheticals.  We are here
17 today to talk about the truth.
18        MR. RIESER:  Objection.
19        MR. WALTON:  Objection to form.
20    Q.   Which one is it?
21    A.   There were multiple
22 considerations --
23        MR. RIESER:  Objection to form.
24    A.   -- people working there that had no
25 part in any of this, don't want them to be

Page 298

1  negatively impacted by what was happening,
2  staff that had no idea what was going on or
3  weren't involved, didn't want their job to
4  be jeopardized to the people that I held
5  higher, to writing fellows and rest of
6  the organization, should they all be
7  impacted by it?  No.  That's how I felt as
8  a custodian of the organization.  That's
9  how I felt making sure that the walls
10 weren't falling down.
11    Q.   So when five women come together to
12 complain about one employee's misconduct
13 and harassment, you think the concern of
14 the organization should be everyone but the
15 women?  Is that your testimony?
16        MR. RIESER:  Objection to form.
17        MR. WALTON:  Objection to form.
18        MR. RIESER:  Matt, Matt --
19        THE WITNESS:  The organization
20 fell apart because of lies and then --
21        THE COURT REPORTER:  Excuse me.
22 Excuse me.
23        MR. RIESER:  Matt, you got to
24 wait until we finish our objections before
25 you start your answer.  Okay?

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 78 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 299

1    THE WITNESS: Okay. Sorry.
2    MR. RIESER: Go ahead.
3  BY MR. CARSON:
4    Q. I'm just trying to understand your
5  testimony.
6    A. I don't think -- it is a riddle.
7    Q. What do you think the number one
8  consideration of the organization should be
9  at a meeting that's held to discuss
10  multiple women's allegations of sexual
11  harassment, sexual misconduct and sexual
12  abuse?
13    MR. RIESER: I'm going to --
14  hold on.
15    A. It takes --
16    MR. RIESER: I'm going to
17  object to form, it is argumentative. It
18  calls for a legal conclusion. Go ahead.
19    Q. What do you think the number one
20  consideration in this organization should
21  be, as someone who was in management, as
22  someone who was involved in this report, as
23  someone who was at the meeting, what do you
24  think the number one priority should be?
25    MR. WALTON: Objection to form

Page 300

1  and compound.
2    Q. You can answer. Is it the safety
3  of the women?
4    A. The safety --
5    MR. WALTON: Objection to form.
6    Q. What do you think?
7    A. If you can state the question in
8  one coherent sentence, I'll answer it to
9  the best of my ability.
10    Q. I would be happy to rephrase it.
11    A. Please rephrase it.
12    Q. So MEF held a meeting on November
13  18th -- November 5th, 2018, correct?
14    A. Yes.
15    Q. What do you think the number one
16  priority at that meeting for Daniel Pipes
17  should have been?
18    A. To keep the organization from
19  exploding with accusations and boiling over
20  gripes, which I believe he did by banning
21  Gregg, vanishing Gregg from the office
22  until he could get to the bottom of what
23  was being alleged by everyone, including
24  myself.
25    Q. What did you allege?

Page 301

1    A. That I thought there was a data
2  breach and I wasn't sure if it was Gregg.
3  I didn't know what was happening. I had to
4  get to the bottom of it.
5    Q. The meeting was called to talk
6  about a data breach?
7    A. No, it wasn't. The meeting was
8  called to talk about everybody's gripes
9  with Gregg.
10    Q. Gripes, that's the word you are
11  going to use?
12    A. Well, they weren't complaints
13  because if they were, as I told you, I
14  would have asked them to put them in
15  writing.
16    Q. They were not complaints. So when
17  you say you understand what they wanted,
18  but you were more concerned with what
19  Daniel Pipes wants, what did Daniel Pipes
20  want? Did he tell you that?
21    A. No, Daniel Pipes did not tell me
22  what he wants.
23    Q. How did you know what he wanted?
24    A. I didn't know what he wanted.
25    Q. How could you be concerned with it?

Page 302

1    A. Because he controls the fate of my
2  employment as the president of the
3  organization. And it should be obvious. I
4  mean, you know, there is -- there was
5  complaints about annoying donors, Dr.
6  Stein. There was complaints about -- I
7  mean, it was all kinds of stuff.
8    Actually, that was another one
9  of my complaints. Why did Gregg remove me
10  from the conversation with this specific
11  donor. You know, I also had complaints.
12    THE COURT REPORTER: Excuse me.
13  I'm going to need a break.
14    MR. RIESER: Seth, how much
15  longer have you got? We are like over
16  seven hours at this point.
17    MR. CARSON: No, we are not.
18  We are nowhere near seven hours.
19    MR. RIESER: Well, you take a
20  smoke break and a phone call.
21    MR. CARSON: We are nowhere
22  near seven hours.
23    MR. RIESER: You are going to
24  keep going to seven hours? Go ahead.
25    THE WITNESS: Can I get an ETA

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 303

1  to like give to my --
2       THE COURT REPORTER:  I can't
3  hear.
4       MR. CARSON:  Someone is making
5  a lot of noise in the background.
6       MR. WALTON:  Seth, when is this
7  going to end?
8       MR. CARSON:  I mean, I'll let
9  you know when I get to my last question.
10      MR. RIESER:  You can't give us
11 an estimation?
12      MR. WALTON:  Seth, as a
13 professional -- wait.  Can we go off the
14 record so Eleanor can take a break?  Can we
15 go off the record so Eleanor can take a
16 break?
17      MR. CARSON:  Of course.
18      MR. WALTON:  We are off the
19 record, Eleanor.  You don't have to take
20 this down.
21      (Recess taken.)
22      THE VIDEO SPECIALIST:  Are we
23 ready?
24 BY MR. CARSON:
25   Q.   All right, Mr. Bennett, the next

Page 304

1  thing I'm going to show you is here.  You
2  texted this to Mr. Roman on, I'm going to
3  guess, but I'll bet you I'll be right,
4  November, November 4th, November 5th,
5  November 6th, so November 6th, 2018, the
6  day after the D Day meeting, you texted Mr.
7  Pipes:  You can add that when faced with no
8  other choice I had to tell my wife last
9  night why I've been so emotional for the
10 last 3 days.
11      So what did you tell your wife?
12 Why were you so emotional in the last three
13 days?  You don't have to say the
14 conversation you had with your wife.  My
15 question is:  Why were you so emotional for
16 the last three days?
17   A.   I didn't know what was -- I had no
18 command of the future.  Bluntly put.
19 People wrote things about me, put my job
20 and everybody's job in scrutiny and
21 jeopardy.  And I didn't know what was
22 coming next.
23      I didn't know -- I didn't even
24 know at that point if, whatever, like
25 Marnie would go to Daniel and say something

Page 305

1  else, or especially after -- I didn't know
2  which way was up, quite simply.
3    Q.   That was it?  That's why you were
4  emotional, you just didn't know which way
5  was up?
6    A.   I was also disturbed by like all of
7  a sudden that there is, suddenly everybody
8  together at the same time is having
9  traumatic stories, that, with all different
10 accounts and details, and being hit with it
11 simultaneously, yeah.
12   Q.   So it was because you didn't know
13 which way was up and because you were hit
14 simultaneously with all the stories of
15 different accounts; is that your testimony?
16   A.   Yeah.
17   Q.   Is there any other reason why you
18 were so emotional for the last three days?
19   A.   Aside from having to -- having lost
20 a child a couple months previously, and
21 then drinking myself to death in the
22 following months, no.  That's about it.
23   Q.   When you texted Mr. Pipes about
24 being emotional for the last three days,
25 you weren't referring to your child or

Page 306

1  drinking; you were referring to work,
2  though, right?
3    A.   Sorry, hold on one second.  Yeah?
4        Sorry about that.  What was the
5  question?
6    Q.   You weren't referring to -- you
7  were referring to work when you talked
8  about the last three days of being
9  emotional, right, everything that happened
10 at work?  This was November 6th, right?
11   A.   Yeah.
12   Q.   Yes.  Okay.
13   A.   Well, I was emotional with my wife,
14 I was emotional for the last three days at
15 home, obviously, because of things, yeah,
16 compounded with things going on at home and
17 work.
18   Q.   And by the accounts and stories you
19 were talking about Lisa Barbounis' account
20 and story, and Patricia McNulty's account
21 and story, and Marnie Meyer's account and
22 story, correct?
23   A.   Yeah.  I mean maybe more.  I don't
24 remember what else was said in that
25 November meeting, whatever.  But, yeah.

Page 307

Q.  Daniel Pipes says:  Can you put together in a single note for me to quote?

A.  Mm-hmm.

Q.  Did you do that?  Did you write a single note for him to quote?

A.  I mean, isn't it there below?  Like, I don't know.

Q.  Is it?  You show me.

A.  I don't know.  Scroll down.

Q.  You said:  Okay.  And you said:  Mail or Telegram?

He says:  As you like.  Here is fine.

And then you said:  I would like to limit my interactions with Gregg to MEF e-mail and Slack-related only to work and not the unpleasantries or anything else.  I'm sorry for any difficulty this might cause and understand that I am an at-will employee, that I am at-will employed, but when faced with no other choice, I was forced to tell my wife everything that was happening, and her disappointment in me as a man and leader has completely crushed me.

Page 308

What did you mean by that?

A.  Well, it was several components there.  And number one is I wanted, I wanted Gregg to see that, to know that, how upset I was or affected that I was.

And also, she didn't, she didn't -- she didn't believe it.  She said the entire time she thought Marnie was a liar, and she believed that she was like never my friend to begin with, that was just her natural instinct of her from the beginning.

So, but, yeah, I wanted, more than anything I wanted Gregg to know that work was now bleeding into my personal life, which he had full details of, was crumbling.

Q.  Your wife was disappointed in you because she didn't believe Marnie Meyer?

A.  S.

He was disappointed because I usually had my finger on the pulse of every situation that I'm in.  I can tell you what people are most likely, pride myself in my ability to sit down at a poker table and

Page 309

read my opponent, and be intuitive, and be smart, and have, understand if people are going through a certain situation and be the, you know, the one to, at a family engagement, you know, to bring calm, if people are arguing about politics or everything like that.

And suddenly here was a situation that it was like I'm just an idiot who had no control of the situation.  And I had no control of our future, and I had no control, therefore, of income and our stability and my livelihood.

Q.  What part of the situation didn't you have control over?  What are you talking about here?

A.  The entire situation.  I didn't know what was going to happen at work once all of this went down.

Q.  None of this had anything to do with you, right, on November 2018?

A.  Well, first of all, I mean, I don't know what we are going into here, but conversations with my wife are privileged.

But the point is here, is I

Page 310

wanted Gregg to know that my wife was disappointed in me.  I'm not sure why I'm talking about conversations with my wife.

Q.  Well, I'm asking you about your testimony right now.

A.  What is the question?

Q.  What didn't you have -- you said I usually had my finger on the pulse of things and my arms wrapped around things.  What does that have to do with anything that had to do with the November 5th meeting?

A.  Because no one told me anything until, until the final hour.  Said, oh, my God, I'm traumatized from AIPAC.  And, oh, my God, I'm traumatized from Israel.  And Gregg works us too hard, he's -- and I'm afraid of him because he is big and because he is tall and because, I mean, a million people are complaining, and all of a sudden I'm like, oh, you guys are all unhappy in your work, but my perception, we are going out to happy hour, everybody is going along with their lives and everything is fine.  And then suddenly, boom.

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 311

1     And then months later, boom, I
2 feel like an idiot again because now I'm
3 thinking they are all lying to me or they
4 all did lie to me, make me look stupid in
5 front of Daniel. Meanwhile, they are all
6 out doing their own things and Tricia is on
7 dating apps and getting on with her own
8 life, and Lisa is having affairs with
9 whoever else in London, Australia, and
10 whatever.
11     And all of a sudden, like,
12 there is this little microcosm of whatever
13 happened several months ago, like they blew
14 up the whole organization, and my life
15 included in it. And now my life is bundled
16 into that, and now my fate is being decided
17 by that, how Daniel is going to react to
18 that.
19   Q.   What does whether Patricia was on a
20 dating app have to do with anything?
21   A.   Well, it seems like everybody's
22 lives were fine. Everybody was out,
23 enjoying themselves, holiday parties. Like
24 life was good. Life was fine. And
25 suddenly it wasn't. Suddenly life was bad.

Page 312

1 Suddenly Gregg was an abuser. And suddenly
2 their interactions with him were like, like
3 traumatic. Like, I'm telling you, in went
4 from zero to 60 in the blink of an eye.
5     And I felt like, well, I must
6 have missed something. And then as time
7 went on it felt like, like they switched
8 back. It was like, now that Matt wants
9 Gregg gone now, I'll tell Daniel we really
10 don't really care if Gregg is here, Matt is
11 the crazy one. We got Gregg out of the
12 office. Now let's make Matt look stupid,
13 and then suddenly we will be reporting to
14 Daniel directly and we will be in line to
15 either become director or another position
16 or whatever. I don't know --
17   Q.   So you --
18   A.   I don't know what their intent was,
19 but, at that time, but when I received
20 documents that you had delivered to me
21 which suddenly said there is lawsuits,
22 people are seeking millions of dollars, I
23 thought to myself, well, now that does make
24 a little bit more sense, doesn't it. It
25 does make sense now that, oh, suddenly, we

Page 313

1 are harassed, and now all of a sudden we
2 are abused and we can't -- our lives are in
3 disarray and everything is horrible.
4     Everything wasn't horrible.
5 Everything was fine. Everybody was going
6 out. Everybody was having, got a good
7 social life, and as far as I know
8 everybody's personal lives were good, good
9 enough to be traveling overseas to London.
10 Gregg or Lisa and Tricia to go in Tommy
11 Robinson things, interacting with MEF
12 vendors, sleeping with people.
13     Wasn't, these weren't -- that
14 wasn't the activity of somebody who has
15 been traumatized or whatever. Somebody who
16 is feeling that would say I need to report
17 this or do something about it.
18     I feel like defrauded. Like I
19 feel like, you know, I was used as pawn, as
20 a chess player, I was used as a pawn, moved
21 across the board until -- and maneuvered
22 around until desired out. I'm game. Maybe
23 that was my resignation. Maybe that was
24 Gregg coming back. I don't know. I don't
25 know.

Page 314

1   Q.   You are the victim?
2   A.   I just wanted to get away from it
3 and put it behind me.
4   Q.   You are the victim, Mr. Bennett?
5   A.   The victim?
6   Q.   Yeah. Are you the victim in all
7 this?
8     MR. WALTON: Objection to form,
9 argumentative.
10   A.   I don't know.
11     MR. CARSON: It is not
12 argumentative.
13   A.   I'm a manipulated pawn in all of
14 this, obviously. Here, we'll throw Matt a
15 going away party and tell him that he was
16 the greatest boss we ever had, on his last
17 day at MEF, and then a month later, boom,
18 we will say that he is responsible because
19 he never reported our accusations and
20 allegations that we came to him with, which
21 we actually never came to him, suddenly he
22 is complicit in aiding and abetting people
23 for doing all these horrible things.
24     No. I don't buy the narrative.
25 I don't believe -- I'm sorry. I don't

Deposition of Matthew Bennett                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 315

1  believe it.  I don't believe it.  It
2  doesn't make sense to me, because I lived
3  it.  I was there.  They were all out.  They
4  were all having fun.  We were friends.  We
5  socialized.  We went to each other's
6  birthday parties.  Tricia babysat my
7  daughter.  She held my newborn maybe in her
8  arms in my house.  She was, I considered
9  her a very good friend.  I considered Lisa
10  very good friend.
11          I considered her husband a
12  friend.  He gave me some parenting tips,
13  some husband tips.
14          And this is, and this is what
15  it came down to.  Not even, hey, Matt we
16  want you to know that we are disappointed
17  in you, and, I don't know, file a lawsuit,
18  whatever.  Not a conversation, un-friend
19  from Facebook, never hear from me again,
20  and then name you as, in a lawsuit, which
21  bundled with the whole bunch of horrible
22  shit to go online can affect my reputation,
23  my ability to earn money, my ability to
24  progress throughout my career.
25          You have people claiming, oh,

Page 316

1  my career, my career, my career.  Ruined my
2  career.
3    Q.   Again --
4    A.   What about my family?  What about
5  by kid?  What about my unborn daughter?
6  What about my wife?  What did they do?
7          All I tried to do was help
8  every single one of those people, every
9  single one of them.  I taught them
10  everything I knew.
11          I tried to get them, right up
12  until my last day, tried to get them
13  raises, promotions, as much money as
14  possible.  And it crushed me to see those
15  documents and the lies that they wrote
16  about me.  And there by reading that, yeah,
17  I associated that with all the things they
18  said about Gregg, and I said, if they are
19  willing to do that to me, then why wouldn't
20  they do that to him, why wouldn't they do
21  that to anybody.
22    Q.   You sound mad.
23    A.   Mad?  It is, it is so hurtful to
24  think that like, that I, I really did, I
25  really did want just the best for

Page 317

1  everybody.  I really did want just the best
2  for the organization.
3          And I really believed I was
4  going to be a good leader, I was going to
5  get everybody everything they wanted,
6  smooth everything over, smooth everything
7  over, put everything back on course.
8          And, no, that's not the way it
9  turned out.  If they had just taken my back
10  when they said that they wanted Gregg gone,
11  and I said, yeah, Daniel we also don't want
12  to communicate with Gregg.  But, no, why
13  would they tell Daniel that they are okay
14  communicating with Gregg over the phone or
15  over Telegram or whatever it was, and that
16  I was acting crazy and obsessed with taking
17  him down?  Why would they do that?
18          Then why would they invite him
19  back?  Even if I suggested, hey, it could
20  be good for you guys if you got Gregg back,
21  why would they invite him back?  Why would
22  they throw me a going away party?  I don't,
23  I don't -- I can't buy it.
24          Want me to sit here, I would be
25  lying if I told you that I did believe it

Page 318

1  because I don't, I don't believe it.
2          So I don't know.  I don't know
3  how else to phrase it.  My utter, just
4  being crushed by people that I confided
5  intimate details of my life with and that
6  confided, they confided details with me,
7  and then who gives a shit about Matt.
8    Q.   If only they would have got your
9  back, right?  That's your testimony?
10          THE COURT REPORTER:  I'm sorry?
11    Q.   If only they would have got your
12  back?  Right?
13    A.   If only they would have had my
14  back?  No, if only they would have just, if
15  only it was like a logical progression of
16  actions and feelings and emotions.  But it
17  wasn't logical because it was, like, Matt
18  didn't take down Gregg, we want Matt to
19  take down Gregg, Matt tries to take down
20  Gregg, but then we don't need Matt to take
21  down Gregg.  It was like back and forth.
22          And then, oh, Matt is leaving.
23  Let's invite Gregg back.  I am sorry.  I'm
24  sorry, I just -- it is not, it is not,
25  is not a truthful progression of somebody

Page 319

1  with those feelings, somebody who was
2  abused, that they are going to go on and
3  say, like, everything is okay.  It is not
4  okay.  It is okay.  It is not okay.
5       It is either okay or it is not.
6  You can't cry wolf after the fact and then
7  say I didn't cry wolf, or I'm not crying
8  wolf, and then I'm crying wolf again.  I
9  don't know how...
10      I don't know what to say.  Now
11 I think back and I think back, I'm like,
12 oh, what was -- what things should have
13 been an alarm for me.  Like what things
14 say, Matt, should have raised a flag.  Like
15 maybe it was when they had me call my own
16 friend from childhood that Tricia was
17 apparently -- had dated and pretend they
18 weren't listening to the phone call, even
19 though he knew that they were on the phone
20 call.
21      Maybe it was when Lisa told me
22 she was having an affair, she wasn't having
23 an affair.  But then she did hurt her eye.
24 She said, oh, my God, she told me that.
25 And she hurt her eye.  Whatever.

Page 320

1       All these things, I should have
2  just started adding it up.
3       Maybe it was when, on my last
4  day when Lisa called Marnie and she is
5  screaming, you took money out of my pocket,
6  and whatever, maybe how did I not know that
7  Marnie needed more money or felt that she
8  was underpaid or whatever.
9       Like, yeah, I feel like a
10 stooge.  I feel like I was a pawn, pushed
11 across the chessboard for somebody who
12 cheated, ultimate end.  I don't know who
13 the player is on the other side, if it is
14 Marnie, or Lisa or whoever.  But I don't
15 buy these stories that all of a sudden they
16 came out to say that they felt so
17 terrorized and assaulted and everything.
18      I just -- it should have been
19 stated as soon as that happened, it should
20 have been the day after, the week after,
21 like whatever.  Not months in the future,
22 all at the same time, to set off a bomb.
23      If someone said, hey, how could
24 you orchestrate the take-down of an entire
25 organization, say, well, let's get

Page 321

1  everybody in the organization to wage the
2  most horrific thing possible, all at the
3  same time.  That's what it says.  That's
4  exactly what happened.
5       There is no shortage of, even
6  like Delaney saying she brought pepper
7  spray because she was afraid of Gregg.  I
8  can't believe that people were physically
9  afraid of Gregg.  I can't buy it.  Like I
10 don't believe that anybody would say, oh,
11 Gregg intimidated me with his size and his
12 weight, and bundled together with
13 everything else I saw.  And that Lara, and
14 Laura and Tiffany and everything, this was
15 all put together and strung up and to make,
16 to write a narrative that says the
17 organization was a way that it wasn't.
18      You know, I'm sorry things
19 didn't work out for the people who remained
20 there after I left.  I really am.  I tried,
21 I said, I said, if you want to work at ZOA,
22 I'll see if I can hire you when I get
23 there.  Lisa expressed interest in that.
24 Tricia expressed interest in that.
25 Catriona, Delaney wanted to rent my house.

Page 322

1  Right up until I left and I was gone,
2  everything was fine.  Then it wasn't.
3   Q.   Are you finished?
4   A.   Well, I'm just tying to get -- I
5  mean, you are asking me for my testimony,
6  that's my testimony, is that I feel like
7  this is, I was used as, manipulated and
8  used as a pawn, and now you are looking at
9  all these things that are written about me
10 saying, like, who is this terrible guy who
11 didn't take the mental wellbeing and
12 welfare and safety and security of the
13 women in the office seriously, when really
14 that's all I did from the beginning, was
15 try to make sure everybody was happy,
16 everybody was getting what they wanted, try
17 to get them the time off, vacation, as much
18 money as possible, make them look good,
19 give them credit, write an article.  Hey,
20 Catriona, here is an article, show it to
21 Daniel, say you wrote this.  It will be
22 good, and publish an article in your name.
23      Hey, Tricia, look, let's
24 create, calculate the statistics, how many
25 events did you organize, how many events

Page 323

1  did Eman organize.  Look how much better
2  you are at your job than the previous
3  person who had their job, that's an
4  accomplishment.  Use that to get them more
5  money.  I was always trying to help and
6  improve.  Always.
7              And now I got to relive
8  something that I ran as fast as I could get
9  away from, so other people could be paid
10 millions of dollars.  Is that fair?
11   Q.   What possibly could be you be
12 referring to that you saw that had millions
13 of dollars written in it?
14   A.   I don't remember, but I think that
15 there was a -- I think I asked at some
16 point, what the hell is going on, to maybe
17 Dave and said, well, there is these
18 lawsuits and of --
19         MR. WALTON:  Don't talk, Matt,
20 don't talk about any conversations you had
21 with me.
22         THE WITNESS:  Okay.
23         MR. WALTON:  Or Sid, okay, or
24 Bill.
25

Page 324

1  BY MR. CARSON:
2    Q.   That one you got to follow.  So
3  don't tell me about conversations with your
4  lawyers.
5              But like what documents, can
6  you remember a document?  Because I'll
7  represent to you there has never been a
8  single document in this case that said that
9  any of these women were after millions of
10 dollars.
11   A.   Didn't your website say that you
12 won hundreds of millions of dollars?  Isn't
13 that like your claim to fame?  I mean, come
14 on.
15   Q.   Has nothing --
16   A.   What are we doing?  Trying to set
17 the record, the lawsuits are just going to
18 set the record straight.  There is no
19 financial gain in it for anybody.
20   Q.   Anything that's written about a
21 lawsuit are about cases that have already
22 settled or --
23         THE COURT REPORTER:  I'm sorry,
24 I can't hear you.
25   Q.   Anything that you read on a website

Page 325

1  is about a case that has already settled or
2  resolved.  Has nothing to do with this
3  case.
4    A.   Well, be it what, whatever it is,
5  I'm sure that there is something in there,
6  and I'm sure you are going to financially
7  profit from it.  So basically here you and
8  all the people that are on there are now
9  going to profit off my traumatic experience
10 in the last three months, having gone
11 through the worst year of my life, and
12 suddenly everybody else is better off for
13 it.  Oh, except for the people that had
14 lies told about them.
15   Q.   If only it were so.
16         So you have never seen any
17 document that represented that Lisa or
18 Patricia or any of the plaintiffs were
19 trying to obtain millions of dollars; is
20 that correct?
21   A.   Document?
22   Q.   Yes.
23   A.   No.
24   Q.   Did Daniel Pipes tell you that?
25 Did Daniel Pipes tell you that they are

Page 326

1  after millions of dollars?
2    A.   I haven't spoken with Daniel since,
3  since I left MEF.  I asked for a
4  recommendation letter, which he didn't even
5  send to me.  He sent it to the employer,
6  the organization that I applied to.  But
7  that was my only interaction with Daniel.
8  So he certainly did not tell me women are
9  after millions of dollars.
10   Q.   What about Gregg Roman?  Was that
11 something you talked about with him?
12   A.   I talk to Gregg probably once a
13 month, maybe twice a month.
14   Q.   Did he tell you that my clients are
15 trying to get millions of dollars?
16   A.   Believe it or not, I had to promise
17 I would never speak with Gregg about
18 anything that's happened in the past.
19   Q.   You mean with regard to this
20 lawsuit?
21   A.   About anything that, that had taken
22 place before, before I left MEF.  I think
23 it is toxic.
24         Gregg and I went to the same
25 university.  We played football against

Deposition of Matthew Bennett                                           Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 327

1 each other. We were both JCRC directors.
2 And he, when I had my first child, he
3 taught me things that -- you know, I've not
4 that many close guys friends in my life, so
5 I was happy to go out with Lisa's husband,
6 Vasilly, and have beers, etcetera.
7         And then Gregg always seemed to
8 have words of wisdom, and that worked. And
9 as I left MEF and went on to one
10 organization, and then another
11 organization, and now managing director of
12 an organization, it is, you know, asking
13 for advice sometimes, and about parenting,
14 about marriage, about work, about what he
15 thinks is going to happen with the Iran
16 deal should Joe Biden become the president,
17 etcetera, etcetera.
18     Q.   So here when you said: He kept
19 calling and texting, I just wanted some
20 peace from it, you are talking about Gregg
21 Roman calling and texting; is that correct?
22     A.   Are you reading this?
23         Daniel said: Did you call
24 Gregg saying that you were worried about...
25 (witness reading). Was Monday -- what was

Page 328

1 the date of this message?
2     Q.   November 4.
3     A.   I was trying to keep an even, I
4 believe at that point -- was it the day
5 before the meeting? I didn't know -- yeah,
6 I was trying to like keep an even keel, so
7 to speak. I don't know if that's the
8 expression. I didn't --
9     Q.   I'm just asking about these texts.
10 Those texts that were sent, they were sent
11 from Gregg Roman to you?
12     A.   These, no. This is a message I
13 thought between Daniel and I.
14     Q.   Yeah. And you said: He keeps, he
15 kept calling and texting. You were talking
16 about Gregg Roman texting you, correct?
17 You wanted some peace from it, it affected
18 you so much?
19     A.   Oh, yeah, I guess so. And then --
20 but, yeah --
21     Q.   What number was he texting from?
22     A.   I mean, he only has one phone
23 number as far as I know. Or at least I
24 only have one phone number for him. But
25 the --

Page 329

1     Q.   I have that number.
2     A.   What I said there, I said:  I
3 didn't know what was happening, I wasn't
4 ruling anything out, that's how I felt.
5     Q.   Have you produced those texts?
6     A.   What is that?
7     Q.   In this case? Have you given those
8 texts to your lawyers?
9     A.   The day I left MEF I switched phone
10 numbers. I got a new phone. I wanted to
11 move on with my life completely. I moved
12 out of the state. I wanted it all behind
13 me.
14     Q.   Have you given those text messages
15 to anyone?
16     A.   No. I don't have them, is what
17 I'm -- is the short answer of it.
18     Q.   What did they say? What was the
19 texting?
20     A.   No idea. I don't know.
21     Q.   Why did you want to limit your --
22         THE COURT REPORTER:  Mr.
23 Carson, I can't hear you. I'm sorry.
24     Q.   Why did you want to limit your
25 interactions with Gregg after the November

Page 330

1 5th, 2018 meeting?
2     A.   Well, it was obvious. They
3 believed that I was -- I was, would forever
4 be allegiant to him, and that would mean
5 that they didn't trust me and that would be
6 the end of my ability to execute my duties.
7     Q.   So you wanted to limit your
8 interactions with Gregg because of the
9 women who accused him? I didn't understand
10 your answer. What did you mean?
11     A.   I just wanted to get back to work.
12 I just wanted to go back to the way
13 everything was before everything broke out.
14 And it was easier for me not to have to,
15 have to deal with that. So it was like see
16 no evil, speak no evil, hear no evil. I
17 just wanted everything over and done with
18 and to move on.
19         And apparently nothing
20 remotely, being physically out of the
21 office wasn't good enough. Even when I
22 tried to do more than that, that wasn't
23 good enough either. That was unnecessary.
24         If it sounds confusing, it is
25 because it is. They wanted him gone

Page 331

1  completely, and I didn't help make him go
2  as fast as they desired, and so when I
3  finally did do that, that was unnecessary.
4  There was no reason for that. Everybody
5  was completely fine talking to Gregg,
6  working with Gregg on a continuing basis.
7     Q.   So Daniel Pipes says: I respect
8  your disappointment and anger vis-à-vis
9  Gregg, but you --
10          THE COURT REPORTER: I'm sorry.
11     Q.   I'll read slower.
12          THE COURT REPORTER: Thank you.
13     Q.   I respect your disappointment and
14  anger vis-à-vis Gregg, but you agree that
15  its best for us, it is best for us for him
16  to continue on, so I am hoping that you
17  will be okay to deal with him on a strictly
18  business basis on fund raising, which is
19  one of his two main portfolios.
20          So it didn't really matter,
21  right? Daniel Pipes wasn't going to work
22  with Gregg anyway after that, the November
23  5th meeting?
24     A.   What is the question?
25          MR. WALTON: Hold on. Is that

Page 332

1  a question? Or do you want him to read Dan
2  Pipes' line back from November 2018?
3     Q.   Yeah. Daniel Pipes expressed to
4  you that he needed Gregg to stay on the
5  organization, right?
6          MR. WALTON: Well, it says it
7  right there in the e-mail.
8     Q.   Right?
9          MR. WALTON: These are the most
10  redundant, stupid questions I have ever
11  heard, I got to be honest with you.
12          THE WITNESS: Truth of the
13  matter, truth of the matter is, is nobody
14  is as good as Gregg. He can raise money
15  better than people. He can deploy
16  intellectual content better then people,
17  influence policy better than people.
18          So, yeah, I thought I could do
19  it in time, I thought, yeah, I definitely
20  would be able to do that. In that moment,
21  yeah, he is the one to do it. The best one
22  at doing it. He was always the best one at
23  doing it. And I looked up to his ability
24  to do it.
25          And that's what was hard for

Page 333

1  me. Somebody to be told, oh, somebody who
2  is your friend, somebody you have known and
3  worked with for years, isn't, you know --
4          MR. WALTON: Next question.
5  Let's go. Come on. Give us a question.
6          THE WITNESS: Obviously, it was
7  better for Gregg to be with the
8  organization, the same logical conclusion
9  that Lisa and everybody else ended up with
10  when they invited him back after I left.
11  It is better for Gregg to be with the
12  organization, we're more likely to succeed,
13  we're more likely to get bonuses, and more
14  likely not to have to deal with nitpicking
15  of work, between all the people that are
16  involved in D.C., overseas, writing
17  fellows, Daniel.
18          Yeah, it is obvious. And I
19  agreed with that, because that's the bottom
20  line, it is the reality of the situation.
21          MR. WALTON: Can I ask the
22  court reporter to calculate the amount of
23  time that we have been on the record?
24          Go ahead, Seth.
25          MR. CARSON: It has been about

Page 334

1  six hours.
2          THE COURT REPORTER: I couldn't
3  hear you, Mr. Carson.
4          MR. CARSON: I said it has been
5  about six hours. But you can definitely
6  check.
7          THE COURT REPORTER: Jennifer,
8  do you have the ability to do that? I'll
9  need to go off the record for a few minutes
10  to calculate it.
11          THE VIDEO SPECIALIST: I don't.
12  Do we want to go off the record for a
13  couple minutes?
14          MR. CARSON: We started at
15  11:15, so it has been seven hours, not
16  including the probably hour and 15 minutes
17  of breaks or whatever. It has probably
18  been about five and a half to six hours so
19  far.
20          MR. WALTON: Listen, I don't
21  want to hold up the deposition further, but
22  I would like an official count at some
23  point. Let's go forward.
24          THE COURT REPORTER: Is that
25  Mr. Gold speaking or Mr. Walton?

Deposition of Matthew Bennett                                   Lisa Barbounis v. Middle Eastern Forum, et. al.

Page 335

1      MR. WALTON:  I'm sorry,
2  Eleanor.  It is Dave.  It's Mr. Walton.
3      (Discussion off the record.)
4  BY MR. CARSON:
5      Q.   What is MEFO?
6      A.   The website, Middle East Forum
7  online.
8      Q.   Do you know anything about Lisa
9  Barbounis going to Europe in June of 2018?
10     A.   I know she went to Europe.  I'm not
11 sure when all this stuff happened, said she
12 hurt her eye and whatever.  But I think
13 there was a guy there she was seeing.
14     Q.   I don't want you to testify to
15 anything unless you have knowledge of it
16 directly.  So I'm asking about your
17 knowledge of her going specifically in June
18 of 2018?
19     A.   Do I know --
20         MR. GOLD:  Is the question, is
21 it confirmed -- hold on a second.
22         THE COURT REPORTER:  Excuse me.
23         MR. GOLD:  Is the question to
24 have him confirm that she went there, is
25 that your question?

Page 336

1  BY MR. CARSON:
2      Q.   Yeah.  Do you know whether she went
3  there in June of 2018?
4      A.   I know she went to Europe, I don't
5  know the exact dates.  That's it.
6      Q.   Do you know why she went there the
7  very first time?
8      A.   I believe it was Tommy Robinson, it
9  was like a project or she was working on
10 something related to that.  And I think her
11 and Tricia traveled there to participate in
12 a rally or something.  Maybe she went first
13 alone.  Then on her next trip her and
14 Tricia went.  I'm pretty sure it was
15 related to Tommy Robinson.
16     Q.   Do you know anything about money
17 that the Middle East Forum gifted to the
18 Tommy Robinson, the free Tommy Robinson
19 campaign?
20     A.   Money gifted to the campaign?  I
21 mean --
22     Q.   Through the MEF?
23     A.   I mean, through the education fund
24 there were grantees, there was moneys
25 distributed.  But do I recall if specific

Page 337

1  moneys were given to that?  I mean I can't,
2  I can't say for sure.  I mean I would say--
3         MR. GOLD:  No guessing.  We
4  will be here forever.  You have been
5  speculating all night.  Just answer the
6  question and move to the next question.  We
7  are on the Dr. Phil show here.
8      Q.   So you didn't have any direct --
9  you didn't work on that campaign directly?
10 You weren't involved in the money that MEF
11 granted to that campaign; is that right?
12     A.   I don't recall being, no, I don't
13 recall being involved in it.
14     Q.   Do you recall whether Ms. Barbounis
15 had permission from Daniel Pipes to work
16 with Tommy Robinson?
17     A.   Did she have permission from Daniel
18 to work specifically with like that guy?
19     Q.   Yes.
20     A.   I'm not sure if, I'm not sure if
21 Daniel knew about that.  But, I mean, if it
22 was political, it would have been seen as a
23 no-no because it is a (c)(3) and you can't
24 cross politics, you know.
25         MR. WALTON:  Mr. Bennett, yes,

Page 338

1  or no, or I don't know.  We will be here
2  forever.  Yes, or no, or I don't know.
3         MR. CARSON:  I'm fine with a
4  yes, no, or I don't know to every one of
5  these questions.
6  BY MR. CARSON:
7      Q.   So if someone works for a (c)(3)
8  they can also -- what did you call it, a
9  (c)(3)?
10     A.   A 501(c)(3) organization.
11     Q.   501(c)(3).  If someone works for a
12 501(c)(3), it doesn't mean that they can't
13 work for another organization on their own
14 time, correct?
15     A.   No, if it is on their own time,
16 then I guess it would be okay.  If it is on
17 the company's time, that would be
18 problematic.
19     Q.   Right.  So did Daniel Pipes ever
20 tell you that he was aware that Lisa was
21 working with Tommy Robinson?
22     A.   No.
23     Q.   What?
24     A.   No.
25         MR. WALTON:  I would like to

Page 339

1  take a break shortly to get an official
2  tally of the time.
3         MR. CARSON:  I think I'm almost
4  done, but you can take a break and do that
5  if you want to.
6         MR. WALTON:  Yeah.  Let's do
7  that now.  Let's go off the record.
8         (Recess taken.)
9         THE COURT REPORTER:  I have
10  seven hours and 20 minutes.
11         MR. WALTON:  Seth, you are
12  over, buddy.
13         MR. CARSON:  No, we are not.
14  That's not on the record.  We started at
15  11:15.
16         MR. WALTON:  Seven hours and 20
17  minutes on --
18         MR. CARSON:  That's not on the
19  record.  That's total time that we have
20  been here today.  We started at exactly
21  11:15 --
22         MR. WALTON:  No, it is not.
23         MR. CARSON:  Yeah, it is.
24         THE COURT REPORTER:  Guys --
25         MR. WALTON:  We are not on the

Page 340

1  record here, so don't worry about it.
2         (Discussion off the record.)
3         MR. CARSON:  I'm going to ask
4  one more question.
5         MR. WALTON:  No.  I mean, I
6  object to that.  We are over.
7         MR. GOLD:  We are done.
8         MR. WALTON:  It's Sid's call.
9         MR. CARSON:  Just remember that
10  you guys did like eight hours with Lisa.
11         MR. WALTON:  I don't --
12         MR. GOLD:  Lisa is a plaintiff.
13  This guy is not a party in this lawsuit.
14  This is limited to the Barbounis case.
15         MR. CARSON:  Okay.  Cool.  We
16  will just call him back in McNulty and I'll
17  finish the next time.
18         MR. GOLD:  Thank you very much
19  everybody.
20         MR. WALTON:  Thank you.  You
21  can go, Matt.
22         THE COURT REPORTER:  Is counsel
23  going to tell me what you would like for a
24  transcript and when.
25         MR. GOLD:  Just a regular.  I

Page 341

1  would like it sent by e-mail, a regular
2  mini-script and a regular deposition.
3         THE COURT REPORTER:  Would you
4  like the witness to read and sign?
5         MR. GOLD:  No.
6         (Proceedings conclude at 7:39
7  p.m.)
8              - - -

I N D E X

DEPONENT:   MATTHEW BENNETT                    PAGE

Examination by Mr. Carson                    4

E X H I B I T S

BENNETT DEPOSITION EXHIBITS

Exhibit 1 - Barbounis complaint

Exhibit 2 - Message saved as Exhibit 10

Exhibit 3 - Message saved as Exhibit 11

(Exhibits retained by Mr. Carson.)

CERTIFICATE OF REPORTER                 PAGE 343

1    Commonwealth of Pennsylvania )
                                  )
2    Chester County               )

3

4

5              CERTIFICATE OF REPORTER

6

7        I, Eleanor J. Schwandt, Registered

8    Merit Reporter and Notary Public, do hereby

9    certify that the foregoing record, pages 1 to

10   355 inclusive, is a true and accurate

11   transcript of my stenographic notes taken on

12   November 10, 2020, in the above-captioned

13   matter.

14

15       IN WITNESS WHEREOF, I have hereunto

16   set my hand and seal this 16th day of

17   November, 2020.

18

19

20                          *Eleanor Schwandt*

21                        Eleanor J. Schwandt

22

23

24

25

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

 **WORD INDEX**

**< 1 >**
**1**  153:*20*  208:*18*
342:*9*  343:*9*
**1:35**  138:*20*
**10**  1:*15*  208:*20*
342:*10*  343:*12*
**10:40**  220:*23*
**10th**  3:*3*
**11**  19:*20*  208:*23*
342:*11*
**11:11**  1:*15*  3:*4*
**11:15**  334:*15*  339:*15*,
*21*
**12**  216:*2*
**129**  214:*23*
**13th**  213:*16*
**15**  18:*20*, *24*  334:*16*
**16**  11:*24*  18:*20*
**1650**  2:*8*
**16th**  61:*19*  85:*22*
103:*3*  148:*15*  343:*16*
**17**  18:*23*
**17th**  282:*10*
**18**  12:*12*, *13*  18:*23*
210:*3*  273:*23*  274:*1*
**1835**  2:*3*, *13*
**18th**  300:*13*
**19**  12:*15*, *15*  18:*23*
**19103**  2:*4*, *9*, *14*
**1st**  204:*10*  220:*24*

**< 2 >**
**2**  195:*20*  208:*19*
342:*10*
**2:00**  132:*24*
**2:15**  138:*21*  139:*1*
**2:19-cv-05030**  1:*6*
3:*10*
**20**  90:*16*  91:*11*
210:*3*  339:*10*, *16*
**2000**  18:*21*
**2015**  9:*15*  11:*18*, *22*
13:*2*  18:*16*, *22*
**2016**  18:*19*  25:*7*
**2017**  124:*20*  271:*19*
**2018**  12:*4*, *19*, *23*
33:*2*  36:*14*, *21*, *25*
37:*22*  45:*22*  55:*24*

59:*24*  75:*18*, *22*
86:*18*  107:*22*  109:*7*
110:*9*, *23*  113:*6*, *25*
124:*17*, *24*  125:*3*
126:*7*, *10*  130:*10*, *12*
141:*8*, *25*  142:*10*, *12*
144:*9*, *24*  156:*24*
158:*18*  159:*16*
161:*23*  162:*3*, *14*, *18*
164:*6*  173:*15*  174:*11*
178:*2*  202:*13*  213:*16*
214:*5*  218:*17*  221:*10*
244:*22*  245:*10*  251:*2*
256:*17*  257:*7*, *8*
262:*21*  271:*18*, *20*
288:*17*, *21*  292:*1*
293:*8*, *12*  300:*13*
304:*5*  309:*21*  330:*1*
332:*2*  335:*9*, *18*
336:*3*
**2019**  12:*11*, *23*  13:*2*
159:*17*  161:*20*
162:*21*  165:*23*
177:*24*  179:*10*, *20*
214:*5*  242:*1*  250:*10*
**2020**  1:*15*  3:*3*
343:*12*, *17*
**215.391.4790**  2:*4*
**215.569.1999**  2:*15*
**215.665.5547**  2:*10*
**236**  7:*16*
**26**  219:*23*  296:*11*
**2800**  2:*9*
**2950**  2:*3*
**2nd**  174:*12*, *18*
220:*25*  221:*10*  225:*9*

**< 3 >**
**3**  180:*19*  208:*21*
210:*3*  304:*10*  337:*23*
338:*7*, *9*, *10*, *11*, *12*
342:*11*
**3:00**  119:*24*
**30**  237:*16*
**33**  9:*20*, *25*  10:*1*
12:*5*, *8*  24:*22*
**343**  342:*15*
**355**  343:*10*
**365**  236:*25*

**37C**  7:*17*
**3rd**  130:*13*

**< 4 >**
**4**  7:*9*  328:*2*  342:*4*
**40**  17:*9*  143:*3*
**47th**  7:*16*
**4th**  12:*19*, *23*  36:*14*,
*21*, *25*  37:*8*, *14*, *22*
45:*21*  109:*7*  110:*9*,
*23*  113:*5*  130:*10*, *12*,
*13*  141:*7*, *16*  144:*24*
145:*5*  156:*24*  157:*1*
158:*18*  159:*11*
173:*15*  174:*10*  178:*2*
202:*13*  204:*4*  207:*11*
304:*4*

**< 5 >**
**5**  194:*3*
**501**  338:*10*, *11*, *12*
**515**  2:*14*
**55-year-old**  55:*7*
**5th**  32:*7*  33:*2*  37:*13*
86:*2*  106:*13*  111:*17*
112:*20*  120:*12*
121:*10*  123:*11*
130:*14*  145:*1*, *5*, *23*,
*24*  146:*4*  173:*1*
174:*19*  204:*3*  244:*22*
245:*10*  262:*21*
286:*20*  288:*17*, *21*
292:*1*  293:*12*  300:*13*
304:*4*  310:*11*  330:*1*
331:*23*

**< 6 >**
**6**  194:*8*
**6:00**  253:*16*
**60**  312:*4*
**6000**  233:*4*
**6002**  215:*21*, *23*
**60-page**  40:*17*, *20*
**64**  276:*4*
**65**  276:*4*
**6th**  304:*5*, *5*  306:*10*

**< 7 >**
**7**  165:*21*

**7:39**  341:*6*
**70-page**  199:*22*
**7th**  168:*23*

**< 8 >**
**8**  165:*21*
**8:36**  216:*5*
**80**  17:*11*
**82**  276:*3*
**8th**  168:*23*

**< 9 >**
**9**  165:*21*
**90**  181:*1*
**9th**  159:*11*

**< A >**
**a.m**  1:*15*  3:*4*  132:*24*
**AA**  216:*7*
**abetted**  194:*11*
**abetting**  314:*22*
**ability**  48:*20*  170:*10*
180:*18*  243:*9*  248:*5*
249:*12*  300:*9*  308:*25*
315:*23*, *23*  330:*6*
332:*23*  334:*8*
**able**  38:*24*  48:*23*
49:*4*  53:*12*  79:*25*
83:*2*, *12*  104:*3*
133:*13*  154:*6*, *7*
164:*1*  169:*12*  176:*10*
177:*4*  179:*17*  188:*15*
202:*5*  248:*8*  260:*7*
269:*9*, *11*  332:*20*
**above-captioned**
343:*12*
**abroad**  10:*22*
**absence**  153:*24*
164:*22*
**Absolutely**  35:*8*
181:*2*
**absurd**  87:*18*, *19*
**abuse**  299:*12*
**abused**  121:*16*
122:*19*, *22*  292:*6*, *11*
313:*2*  319:*2*
**abuser**  312:*1*
**abusive**  63:*15*  92:*8*
276:*21*  280:*6*

academic 142:*4*
accepted 8:*4* 236:*9*
access 182:*7* 233:*22,
24* 237:*14* 242:*12*
252:*24* 253:*2, 6, 11*
256:*3*
accommodations 53:*8,
11* 129:*16*
accomplish 165:*4*
accomplishment 323:*4*
accord 225:*4*
account 233:*23*
234:*19, 23, 25* 236:*21*
237:*6, 9* 239:*25*
240:*3* 248:*7, 8*
252:*14, 24* 253:*13*
257:*10* 258:*17, 18*
276:*2* 306:*19, 20, 21*
accounts 169:*6*
247:*11* 252:*4* 257:*7,
21* 258:*10* 260:*18*
305:*10, 15* 306:*18*
accurate 36:*17* 221:*4,
14* 297:*10* 343:*10*
accusations 92:*19, 20*
97:*15* 300:*19* 314:*19*
accuse 71:*8* 89:*1*
accused 81:*18* 330:*9*
accusing 62:*18, 19*
63:*10* 71:*16* 94:*8*
231:*13*
achieve 180:*19*
act 30:*16* 31:*2*
acted 31:*22* 61:*12*
62:*9*
acting 11:*10* 30:*20*
46:*16* 61:*5, 25* 63:*4*
64:*21* 90:*5* 94:*11*
111:*4* 267:*16, 17*
270:*22* 317:*16*
Action 1:*5* 80:*9*
97:*4, 4, 5* 120:*10, 11*
125:*24* 194:*9* 282:*5*
284:*8*
actions 191:*19* 318:*16*
activities 10:*24*
activity 130:*17*
313:*14*
actual 77:*14* 129:*23*
214:*15*

add 170:*5* 232:*4*
304:*7*
added 45:*7* 232:*2*
adding 320:*2*
address 7:*7, 15*
128:*9* 194:*5, 6*
195:*10* 196:*9* 236:*2,
8* 246:*22* 253:*4*
255:*10*
addresses 231:*17*
248:*13*
adds 184:*16*
adjourned 158:*1*
administrative 146:*25*
148:*5* 216:*16*
adopting 179:*16*
adult 9:*16* 194:*3*
advance 53:*14*
advances 186:*23*
advantage 184:*6*
advice 98:*23* 327:*13*
affair 319:*22, 23*
affairs 102:*15* 311:*8*
affect 315:*22*
afraid 85:*15* 255:*9*
310:*18* 321:*7, 9*
aftermath 206:*2*
after-party 132:*17*
after-the-fact 60:*1*
again, 85:*20*
age 275:*8, 14, 23, 24*
276:*5*
ages 276:*11*
aggressive 5:*25* 58:*2*
aggressively 293:*17*
aggressor 191:*8*
ago 15:*5* 42:*22*
96:*14* 183:*14, 14*
216:*15* 219:*23*
248:*23* 285:*7* 311:*13*
agree 94:*12* 126:*25*
177:*23* 209:*14*
280:*11* 331:*14*
agreed 44:*17* 45:*7*
264:*17* 333:*19*
agreement 43:*19, 21*
44:*1, 14* 173:*14, 16,
18* 174:*2, 6* 286:*7, 9,
17, 19*

agreements 82:*17*
174:*3* 176:*20*
Ah 91:*15*
ahead 35:*19, 24*
36:*18* 52:*16* 68:*20*
72:*8, 10, 14* 76:*10*
89:*14* 93:*23* 95:*12*
106:*25* 144:*23*
269:*23* 270:*1, 14*
280:*9* 299:*2, 18*
302:*24* 333:*24*
aided 194:*11*
aiding 314:*22*
aim 165:*17*
aiming 28:*16* 163:*17*
256:*23*
AIPAC 65:*12* 75:*21*
76:*12, 13* 84:*16*
104:*21, 22* 109:*15*
111:*9* 119:*17* 124:*21,
23, 24* 125:*7, 21, 22*
126:*7, 11* 127:*2, 5*
129:*17* 131:*5* 139:*8*
140:*10* 141:*3* 142:*16*
144:*1, 2* 154:*15*
193:*16* 201:*18* 210:*5*
223:*6, 7, 9, 11* 266:*3*
277:*17* 310:*15*
air 110:*6*
Airbnb 53:*18, 20, 21,
23* 128:*6, 8, 10, 22*
129:*11* 133:*2, 6, 19,
22* 136:*12*
Airbnbs 54:*13*
airing 146:*16*
airline 260:*21*
aisle 216:*7*
Akeem 134:*14, 16, 21*
al 1:*7* 3:*7*
alarm 234:*14* 319:*13*
alarming 32:*16* 193:*8*
all-around 9:*21*
allegation 67:*14, 23*
171:*2* 182:*1* 198:*1*
282:*4*
allegations 29:*8*
32:*19* 34:*22* 35:*1*
36:*4, 6* 37:*23* 44:*18,
22* 60:*10, 11, 16*
100:*18* 108:*13, 16*

109:*6* 110:*8, 11, 11*
118:*15, 16, 18* 140:*8,
19, 21* 141:*1, 7* 147:*6*
157:*21* 182:*10, 13*
190:*8* 193:*5, 6*
196:*22* 198:*14*
203:*15* 204:*7* 205:*10*
264:*22, 25* 265:*4*
282:*20, 21* 294:*3*
296:*16* 299:*10*
314:*20*
allege 300:*25*
alleged 29:*5* 46:*20*
47:*13* 60:*6* 136:*5*
140:*5, 6, 11* 150:*11*
176:*2* 186:*11* 227:*9*
278:*19* 280:*25*
300:*23*
allegiant 330:*4*
alleging 144:*2* 161:*6*
226:*6, 7* 231:*16*
allow 73:*4* 168:*25*
allowed 30:*10* 169:*2*
178:*10, 25* 237:*4*
246:*18* 250:*22*
allowing 124:*11*
alright 85:*1* 164:*4*
284:*5*
alternative 85:*25*
amazing 282:*12*
America 8:*10*
American 125:*24*
amount 258:*4* 333:*22*
ample 54:*5*
analysis 198:*17*
anger 331:*8, 14*
angry 66:*8* 151:*10*
224:*19*
ANN 2:*7* 166:*5*
announce 157:*10*
announced 168:*21*
annoying 302:*5*
annual 15:*20* 125:*23*
answer 4:*14, 24* 5:*4,
5, 16* 6:*24* 34:*10, 25*
35:*4, 4, 7, 9, 15* 36:*18*
37:*7* 50:*4, 5, 25*
54:*11* 62:*15, 16, 25*
72:*25* 73:*5, 13, 20*
74:*6* 88:*13, 17* 89:*10,

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

17, 21, 22, 24   90:5, 8,
12, 15, 17   91:1   94:15
95:21, 23   98:4   99:12
102:8, 9, 11, 12
168:19   170:15   180:7
185:23   228:19   231:3
232:17, 18   255:15
258:14   259:2   265:10
266:9, 12   267:1
270:6   278:10   280:9,
14   292:9   297:13
298:25   300:2, 8
329:17   330:10   337:5
**answered**   29:9, 16
34:13, 24   35:16
49:22   50:25   53:2
54:19   88:12   89:10
90:16, 23   91:7, 13
94:17   251:23
**answering**   285:24
**answers**   4:16   5:21
**anybody**   24:1   31:7
38:6   56:21   82:16, 17,
17   85:24   99:19
103:18   118:1   120:14
127:16, 25   128:2, 11
138:9   149:19   158:24
160:3, 5   186:2, 3
191:17   193:18   206:9,
10, 15   209:23   238:11
288:19   289:14
316:21   321:10
324:19
**anybody's**   283:24
**anymore**   160:3   163:6,
7   194:18   284:11
**anyway**   173:12
251:16   284:12
331:22
**apart**   153:11   206:18
298:20
**Apartment**   7:16, 21
54:3   128:7, 8   186:9
**app**   237:1   253:10
311:20
**apparently**   64:10
76:23   121:8   123:12
160:20   224:12
288:11   319:17

330:19
**appear**   239:4   242:5
**APPEARANCES**   2:1
**appearing**   3:16
**appears**   175:17   242:7
**application**   275:6
**applications**   237:17
**applied**   247:8   326:6
**applies**   98:6
**apply**   113:11
**applying**   113:15
**appreciated**   190:16
256:1
**appreciation**   122:4
**approached**   113:15
192:2
**appropriate**   4:19
53:22   54:18, 25   55:1
60:5   67:17, 19   91:5
151:13   275:8, 14, 18
276:13
**approximately**   25:15
**apps**   240:20   241:5
253:12   311:7
**April**   55:23   56:2
59:24   74:16   125:3
162:3   167:2   213:15
214:4
**Arch**   85:22   108:3
148:16
**area**   11:1, 6
**areas**   19:16
**arguably**   250:13
252:9
**argue**   103:4   251:14
**arguing**   240:16   309:6
**argument**   264:11
**argumentative**   5:25
34:8, 10   58:3   63:15
88:1   266:25   275:11
276:9, 21   278:8
280:7   283:11   285:23
286:3   292:8   299:17
314:9, 12
**arguments**   250:22
**arm**   140:12, 14
**arms**   310:9   315:8
**arrangement**   166:22
173:9

**article**   221:16   322:19,
20, 22
**Asana**   237:13   239:19
241:11   262:13
**ashamed**   101:8, 13
**Aside**   305:19
**asked**   9:1   16:18
21:14   26:9   27:18
28:12   29:9, 16   30:4
34:24   35:18   47:21
48:5   49:22   50:3, 22,
24   51:21, 24   52:1
53:1   54:19   56:11, 17,
20, 23, 24   57:3   64:24
67:8   70:6   77:1   83:7,
12   88:12   89:9   90:23
91:7, 13   94:16   96:2
99:16   105:24   114:12
115:12   117:1, 20
118:2, 7   121:4
142:20   143:8, 10
160:15, 19   173:13
174:9   175:18, 25
178:14   187:9, 11
190:10   200:9   216:23
217:14   223:12   236:7
237:25   238:24
244:11, 21, 25   245:4,
6, 15, 20   246:21, 23
251:23   252:17, 20
262:22, 25   270:16, 18
291:9, 11   301:14
323:15   326:3
**asking**   21:19   23:8,
15, 18   45:18   49:11,
16   65:16   75:12
88:22   102:4   153:4
168:10   175:10, 21
215:4   218:25   224:1
226:21   231:8, 9
245:7, 9   248:1, 2
257:23   275:13   281:4,
7, 12   310:4   322:5
327:12   328:9   335:16
**asks**   217:4, 7
**aspects**   172:25
**ass**   266:3, 5
**assault**   223:7
**assaulted**   84:24

320:17
**asserted**   72:9
**asserting**   72:12, 15
**assigned**   28:9
**assigning**   26:12
**assignment**   178:15, 16
**assignments**   26:7
**assistant**   199:6, 7, 9
218:18   219:18
**assisted**   82:24
**assisting**   10:2   113:20
**associate**   83:14
113:17
**associated**   316:17
**ASSOCIATES**   2:13
**assume**   64:12   175:9
**Assumes**   52:15   60:22
72:25   82:10
**assuming**   123:3
**assumption**   64:14
**Atlantic**   19:1
**attacked**   119:9
**attend**   16:18   57:14
126:7   157:23   245:17
262:22   263:1
**attendance**   263:16
**attended**   40:22, 24
75:17   111:25   126:11
154:11
**attending**   10:15
**attention**   143:16
168:6   220:20   233:3
**attorney**   4:5
**attribute**   70:24
**at-will**   307:20, 20
**audience**   10:14
**audio**   212:14
**audit**   237:22, 23
238:24   239:21, 22, 23,
24   240:2   241:6, 13,
19, 24   242:6, 6   252:8
262:10
**August**   251:1
**Australia**   311:9
**authoritative**   120:10
**authority**   96:23
**authorized**   258:9
**avoid**   249:1
**aware**   25:10   26:12
32:21   37:4   43:13

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 94 of 145

Deposition of Matthew Bennett                    Lisa Barbounis v. Middle Eastern Forum, et. al.

44:*8*, *9*, *13*, *19*, *21*
140:*4*, *8*, *10*, *11*, *19*, *21*,
*25* 166:*15* 186:*7*
193:*6* 204:*12*, *19*
205:*19* 338:*20*
**awareness** 16:*20*
**awhile** 40:*10* 152:*16*

**< B >**
**baby** 38:*19* 39:*5*
43:*9* 53:*6* 56:*3*
58:*16* 187:*20*, *21*
**babysat** 111:*24* 315:*6*
**baby-sat** 41:*1*
**back** 13:*23* 17:*4*, *15*
21:*6* 31:*24* 46:*13*
47:*5* 49:*4* 51:*16*
58:*21* 59:*10* 61:*7*, *7*
64:*2* 73:*9*, *17*, *24*
84:*23* 92:*13* 95:*17*
111:*22* 112:*22*
113:*14* 122:*12*
123:*13* 127:*12* 133:*2*,
*5*, *19*, *21* 138:*20*
139:*5* 152:*8* 158:*3*, *6*
160:*7* 162:*19* 163:*7*
164:*2* 166:*10*, *23*
171:*1* 172:*8*, *9*, *15*
173:*8* 177:*24* 178:*24*,
*25* 179:*11* 181:*14*
190:*20* 191:*6* 201:*7*
203:*11* 212:*8* 213:*4*
232:*25* 233:*12*
234:*19* 237:*4* 242:*3*
243:*9*, *10*, *16* 254:*6*
256:*17* 272:*20*
277:*11* 288:*11*
290:*17* 312:*8* 313:*24*
317:*7*, *9*, *19*, *20*, *21*
318:*9*, *12*, *14*, *21*, *23*
319:*11*, *11* 330:*11*, *12*
332:*2* 333:*10* 340:*16*
**backed** 233:*13*
236:*15* 237:*8* 242:*15*
243:*3*
**background** 206:*14*
303:*5*
**backing** 233:*14*
**backs** 236:*22*

**back-up** 243:*16*
247:*21*
**Backupify** 243:*20*
**back-ups** 243:*5*
**bad** 6:*12* 164:*19*
168:*8* 191:*9* 311:*25*
**badgering** 89:*16*
279:*22* 280:*3* 292:*24*
**baited** 183:*19*
**bandwagon** 289:*10*
**bang** 105:*6*
**banging** 103:*3*
105:*14* 265:*18*
**banished** 157:*13*
**bank** 20:*5*
**banning** 300:*20*
**bar** 41:*18* 131:*9*
132:*14* 148:*16* 149:*2*
**BARBOUNIS** 1:*4*
3:*6* 4:*4*, *7* 34:*23*
36:*7* 42:*11* 60:*19*
64:*16* 80:*11* 110:*15*
122:*25* 127:*15* 134:*9*
139:*11* 140:*5* 149:*15*
196:*23* 202:*19*
204:*24* 306:*19* 335:*9*
337:*14* 340:*14* 342:*9*
**barking** 37:*17*
**bars** 133:*7*
**based** 20:*24* 21:*3*
33:*19* 58:*6* 60:*1*
124:*10* 128:*2* 142:*6*
144:*8* 168:*19* 250:*13*
**basically** 8:*17* 143:*20*
147:*18* 148:*7* 163:*12*
169:*6* 187:*14* 189:*6*
325:*7*
**basis** 41:*22* 103:*12*
202:*6* 331:*6*, *18*
**basted** 290:*19*
**Bates** 233:*10*
**bathroom** 54:*7*, *9*, *12*,
*14*, *16* 180:*25*
**beans** 205:*8*
**beanstalk** 205:*9*
**beat** 223:*17*
**bed** 136:*18* 137:*17*
139:*19*
**bedroom** 128:*18*
137:*15*, *24*

**bedrooms** 128:*17*
137:*19*
**beers** 41:*18* 327:*6*
**began** 7:*22* 11:*16*
18:*11*, *17* 21:*10*, *14*,
*24* 22:*7* 24:*8* 25:*6*,
*18* 78:*2*, *6* 141:*24*
250:*8* 275:*1*
**beginning** 1:*14* 13:*23*
25:*16* 33:*9* 113:*25*
174:*4* 216:*22* 245:*5*
263:*2* 271:*9* 289:*3*, *5*
308:*12* 322:*14*
**begins** 129:*24*
**begun** 80:*1*
**behavior** 82:*8* 95:*7*
119:*1*, *13*
**believe** 9:*14*, *19*
11:*19* 12:*9* 14:*4*, *9*
17:*8*, *20* 18:*18*, *19*
20:*10* 25:*19* 26:*8*, *18*
27:*24* 28:*8*, *13*, *21*
29:*17*, *22* 30:*22*, *25*,
*25* 32:*6*, *19*, *25* 33:*1*,
*11* 34:*20* 36:*3*, *7*, *10*,
*13*, *24* 37:*13* 38:*2*, *9*,
*11*, *12* 39:*16*, *20* 43:*2*
45:*22* 46:*7* 47:*21*, *24*
48:*9* 59:*21* 61:*8*
63:*23*, *25* 65:*12*
66:*17* 74:*22* 76:*9*, *11*,
*11*, *12* 100:*19* 115:*16*
116:*22* 117:*24*
122:*24* 123:*1* 124:*8*
126:*1* 131:*6* 132:*3*
134:*10* 135:*23*
137:*22*, *23*, *25* 140:*9*,
*17* 141:*23* 146:*6*
147:*8* 149:*18* 150:*3*,
*7*, *13* 151:*9* 152:*7*
156:*14* 157:*13*, *19*
158:*1* 159:*18* 161:*23*
162:*5*, *23* 169:*13*
174:*19* 178:*10* 180:*1*
182:*12*, *19*, *20* 186:*14*
189:*2* 193:*15* 196:*25*
197:*2*, *7*, *13* 200:*6*
201:*11* 202:*20*
203:*24* 207:*15*
210:*16* 214:*1* 217:*21*

219:*1*, *19* 220:*16*, *24*
222:*20* 224:*6* 225:*2*
226:*15* 233:*25* 234:*2*,
*23* 237:*22* 239:*21*
240:*11* 241:*23*, *25*
244:*23* 247:*19* 262:*9*,
*12*, *24* 265:*16*, *25*
266:*13*, *20* 267:*2*, *3*, *4*
270:*15*, *24* 271:*2*, *3*,
*17*, *19* 272:*19* 273:*4*,
*9* 276:*25* 277:*1*, *6*, *9*,
*10* 286:*25* 293:*20*, *20*
294:*5* 300:*20* 308:*7*,
*19* 314:*25* 315:*1*, *1*
317:*25* 318:*1* 321:*8*,
*10* 326:*16* 328:*4*
336:*8*
**believed** 32:*3*, *14*
36:*20* 37:*1*, *23* 38:*8*
39:*15* 45:*21* 123:*7*
168:*2* 182:*10* 196:*22*
201:*4* 225:*1* 250:*17*
277:*23* 292:*12*, *16*
293:*6*, *9* 294:*2*, *2*, *6*, *7*
308:*9* 317:*3* 330:*3*
**believing** 288:*12*
**belittled** 206:*12*
**beneath** 218:*4*, *6*
**benefited** 147:*2*
**BENNETT** 1:*12* 3:*6*,
*20* 4:*3* 7:*5*, *6* 29:*13*
34:*11* 47:*8* 94:*15*
149:*15* 194:*10*
195:*20* 233:*2* 261:*16*
303:*25* 314:*4* 337:*25*
342:*3*, *8*
**B-E-N-N-E-T-T**
195:*23*
**Bennett.MEF@gmail.c**
**om** 253:*5*
**Bennett@MEF** 253:*10*
**Bennett@MEForum.or**
**g** 249:*17*
**BENSON** 2:*7* 166:*5*
**bent** 133:*2*
**best** 6:*25* 39:*7*, *8*
48:*23* 52:*3* 65:*19*
81:*3* 122:*14* 130:*5*
190:*15* 191:*13*
222:*24* 239:*11*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

242:*20*  249:*11*  300:*9*
316:*25*  317:*1*  331:*15*,
*15*  332:*21, 22*
**bet**  304:*3*
**betrayed**  191:*23, 24*
**Better**  9:*11*  83:*2*
98:*20*  104:*3*  184:*25*
199:*2*  323:*1*  325:*12*
332:*15, 16, 17*  333:*7,
11*
**beyond**  283:*16*
**Biden**  327:*16*
**bids**  251:*15*
**big**  55:*14*  77:*12*
87:*13, 14*  102:*16*
103:*6*  105:*10*  119:*5,
7*  130:*24*  131:*3, 5*
132:*13*  137:*17, 18*
145:*3*  163:*14*  189:*25*
276:*5*  310:*18*
**bigger**  290:*20*
**biggest**  26:*16*  79:*24*
131:*14*
**Bill**  323:*24*
**binary**  295:*1*
**birth**  47:*17, 18*
105:*22*  275:*5*
**birthday**  40:*22, 25*
112:*1*  154:*12*  174:*13,
14, 18*  225:*10*  315:*6*
**bit**  139:*21*  151:*19*
312:*24*
**blabbering**  93:*2*
**black**  102:*16*  103:*6*
**blah**  122:*16, 16, 16*
**blaming**  226:*6*  254:*25*
**bleeding**  308:*15*
**blew**  273:*1*  286:*13*
311:*13*
**blink**  312:*4*
**bliss**  291:*6*
**block**  143:*4*
**blocking**  235:*5*
**blow**  64:*18, 24*  102:*4*
121:*16*
**blue**  72:*17*  232:*7*
241:*2*  265:*24*
**Bluntly**  304:*18*
**board**  14:*20, 21, 24*
15:*8, 12, 13, 16, 20, 24*

16:*2, 4, 5, 7, 9, 11, 12,
13, 13*  17:*5, 12*  23:*11,
23*  163:*15*  313:*21*
**boiling**  300:*19*
**bomb**  153:*12*  320:*22*
**bonuses**  333:*13*
**book**  53:*19*  216:*19*
249:*13*
**booked**  218:*9, 9, 10,
10*
**booking**  216:*25*
**boom**  310:*25*  311:*1*
314:*17*
**boost**  240:*25*
**booth**  148:*19*
**born**  55:*22*  56:*1*
**boss**  26:*12*  28:*10*
78:*8, 9*  122:*14*
190:*15*  191:*13*
272:*15, 17*  314:*16*
**Boston**  127:*21*
**botched**  230:*1*
**bother**  72:*11*  185:*22,
23*  189:*24*  190:*15*
**bothered**  178:*16*
191:*1*
**bothering**  165:*14*
**bothersome**  185:*21*
**bottom**  233:*8*  263:*23*
300:*22*  301:*4*  333:*19*
**bought**  43:*9*
**bounds**  207:*20, 23*
**Brady**  113:*2*  117:*18*
123:*15*  141:*23*
149:*17*
**brain**  105:*10*
**breach**  235:*7*  301:*2, 6*
**break**  51:*10, 19*  92:*9,
11, 16*  93:*16*  138:*18,
24*  139:*2*  141:*22*
302:*13, 20*  303:*14, 16*
339:*1, 4*
**breaking**  98:*7*  209:*21*
**breakout**  130:*1*
**breaks**  334:*17*
**breath**  92:*13*
**bridge**  239:*6, 8, 16*
**brief**  260:*16*
**briefed**  15:*21*

**bring**  83:*9*  185:*1*
249:*3, 20*  250:*3*
309:*5*
**bringing**  142:*23*
143:*12*
**broke**  38:*15*  75:*7*
330:*13*
**brother**  147:*17*
151:*25*
**brought**  47:*10*  66:*7*
67:*9*  79:*17*  85:*14*
105:*20*  125:*19*  147:*7*
177:*24*  185:*6*  237:*24*
241:*3*  251:*2*  282:*21*
321:*6*
**Bruce**  233:*24*
**buddy**  339:*12*
**buffer**  161:*11*
**build**  201:*19*  217:*10*
237:*18*
**building**  130:*21*
**bulldozing**  177:*8*
**bullshit**  287:*2*
**Bumble**  102:*21*
**bunch**  297:*14*  315:*21*
**bundled**  199:*16*
272:*6*  311:*15*  315:*21*
321:*12*
**bus**  287:*21*
**business**  80:*23*
172:*25*  179:*8*  247:*16*
250:*7*  253:*11*  257:*6*
258:*11, 18*  280:*19*
287:*16*  331:*18*
**buy**  208:*15, 15*
314:*24*  317:*23*
320:*15*  321:*9*

**< C >**
**cabinet**  246:*13*
**cafeteria**  46:*14*  61:*9,
17*  63:*3*
**calculate**  322:*24*
333:*22*  334:*10*
**calendar**  248:*9*
252:*23*  253:*1*  257:*22*
258:*1*
**California**  38:*17*
49:*7*  57:*14*

**call**  22:*11*  33:*5*
35:*11, 12, 14*  68:*18,
20, 22*  69:*15, 16, 24*
73:*5*  103:*5*  118:*14*
119:*10*  132:*22*
160:*25*  161:*2, 19, 21*
164:*11, 13*  166:*2, 6*
167:*20*  171:*2, 6, 9, 11,
20*  172:*17*  178:*14, 25*
179:*22*  180:*10, 12*
192:*8*  227:*19, 19*
239:*16*  255:*5*  278:*2,
16, 22*  279:*1*  283:*4*
302:*20*  319:*15, 18, 20*
327:*23*  338:*8*  340:*8,
16*
**called**  16:*10*  41:*25,
25*  43:*22*  45:*13*
53:*19*  61:*18*  85:*20*
120:*11, 13, 22, 24*
145:*13, 20*  150:*2, 4*
158:*22*  159:*22, 24*
160:*2, 10, 24*  162:*20,
25*  163:*3*  178:*20*
215:*13*  233:*10*
243:*19*  255:*7*  287:*25*
289:*13*  301:*5, 8*
320:*4*
**calling**  69:*19*  92:*24*
93:*4*  172:*12*  184:*12*
205:*12, 13*  327:*19, 21*
328:*15*
**calls**  41:*16*  165:*15,
15*  178:*22*  281:*3*
299:*18*
**calm**  152:*13*  309:*5*
**campaign**  336:*19, 20*
337:*9, 11*
**campaigns**  240:*22*
**campus**  11:*8, 8, 12*
230:*17*
**cancer**  208:*9*
**capable**  179:*7*  238:*17*
**capacity**  177:*25*
179:*11*
**Cape**  19:*2*
**car**  133:*11*
**card**  238:*3*  239:*1*
256:*3*

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

**care** 112:*8, 13*
199:*13* 228:2 269:*11*
286:*16* 287:*13*
295:*17* 296:*1* 312:*10*
**cared** 112:*10* 155:*3*
**career** 88:5 189:*12*
190:*21* 205:*18*
315:*24* 316:*1, 1, 1, 2*
**careful** 185:*19* 249:6
**carefully** 152:*4*
**cares** 242:*19*
**caretaker** 137:7
243:*23*
**carried** 83:*25*
**carry** 26:7 83:7, *13*
88:*19* 170:*10*
**CARSON** 2:2 4:2, *4*
29:*24* 34:*12, 15, 18*
35:6, *10, 13, 21* 36:*1*
47:7 50:*11, 14, 18*
51:*9, 17* 54:*21, 24*
59:*14, 19* 60:*17*
62:*16, 19, 21* 63:*11,*
*17* 67:*20, 24* 68:*14,*
*22* 69:8, *13, 19, 23*
70:2, 8, *13, 25* 71:*4, 9,*
*17, 21, 24* 72:*5, 11, 15,*
*19* 73:2, *10, 14, 19*
74:8 82:*13* 89:8, *14,*
*17, 23* 90:2, 7, *19, 25*
91:*3, 12, 20, 25* 92:6,
*10, 15, 21* 93:*1, 6, 14,*
*19, 22* 94:2, *12, 18, 23*
95:5, *10, 13, 19, 22*
99:*14, 22* 100:*9, 13,*
*15* 138:*19* 139:6, *15*
166:*9, 12, 13* 181:5,
*15* 192:*24* 193:*1*
195:*4, 8, 14, 18, 22*
196:*1, 5, 12, 14* 210:2
211:8, *12, 21* 212:7,
*21* 213:5 228:*20*
229:*3* 233:*1* 255:*16*
269:*20, 24* 270:*3, 5*
274:*13, 21* 276:*18*
277:5 279:*24* 280:*3,*
*8, 13* 281:7, *11, 16, 20*
283:*15, 19* 285:*18*
293:*1, 4* 299:*3*
302:*17, 21* 303:*4, 8,*

*17, 24* 314:*11* 324:*1*
329:*23* 333:*25* 334:*3,*
*4, 14* 335:*4* 336:*1*
338:*3, 6* 339:*3, 13, 18,*
*23* 340:*3, 9, 15* 342:*4,*
*13*
**Case** 3:*9* 38:*3* 40:6
43:*1, 5, 18, 24* 44:*3,*
*11* 46:*11* 57:*23* 69:*1*
71:*23* 72:*10* 168:*3, 4*
181:*24* 182:5 186:7
192:*10, 11, 14, 15, 18,*
*23* 193:*3* 205:*22, 23*
207:*18* 212:*9* 228:*13*
234:*13, 17* 243:6
253:*25* 254:*1* 257:*12*
288:*15* 324:8 325:*1,*
*3* 329:7 340:*14*
**cases** 192:8 324:*21*
**cast** 39:*24* 202:6
**casting** 202:7
**casual** 96:*10* 109:*10*
111:*15*
**casually** 111:*14*
**catch** 197:*20*
**Catriona** 41:*1* 80:*13,*
*16* 81:*1* 82:*23* 83:*1,*
*8, 9, 12* 113:2 117:*18,*
*22* 118:*12, 21* 120:*15*
122:*10* 123:*15* 124:*8,*
*11, 15* 125:*16* 126:*17,*
*19* 141:*23* 142:*19, 23*
149:*10, 16* 153:*4, 5, 7*
155:*4* 178:*13* 183:*10*
191:*12* 272:*23*
321:*25* 322:*20*
**Catriona@gmail**
257:*20*
**Catriona's** 125:*19*
**cause** 307:*19*
**caused** 45:*25* 138:*11*
139:*10* 196:*18*
**celebrated** 174:*13*
**celebrating** 131:7
191:2
**Center** 18:*25* 20:*4*
153:*18*
**certain** 60:*6* 101:*19*
103:*20* 172:*24* 203:*4*

238:*22* 239:*3* 252:*3*
258:5, *6* 309:*3*
**certainly** 84:8 211:*17*
261:2 291:*9* 326:8
**CERTIFICATE**
342:*15* 343:5
**certify** 343:*9*
**chair** 79:7
**challenge** 84:*1*
**chance** 195:*1*
**change** 46:*1* 157:*10*
196:*18, 20* 283:8
**changed** 45:*19* 178:*1*
185:*12* 219:*20, 24*
**changes** 285:8
**chaos** 75:7
**characterizing** 61:*1*
**cheated** 320:*12*
**check** 83:*23* 242:8
334:*6*
**checked** 15:*5* 158:*11*
173:*10* 245:22
**chess** 313:*20*
**chessboard** 320:*11*
**Chester** 343:2
**Chicago** 19:8 49:*9*
**chief** 219:*3, 7* 220:*14*
**child** 103:*25* 105:*23*
188:*11* 288:*4* 305:*20,*
*25* 327:2
**childhood** 319:*16*
**choice** 203:*23* 304:8
307:*22*
**choices** 86:22
**choose** 285:*25*
**circles** 111:*1*
**city** 7:*23* 19:*18, 23*
43:*10* 239:*13*
**Civil** 1:5 94:7
**claim** 80:5 324:*13*
**claimed** 29:*4, 23*
33:*3* 60:*19*
**claiming** 44:5 315:*25*
**claims** 61:*3*
**class** 210:*22*
**classifies** 207:2
**clean** 141:*19*
**clear** 4:*20* 5:8 6:*1*
83:*15* 142:8, *10*

144:*10* 156:*16*
274:*22*
**cleared** 138:8
**clicking** 46:*25*
**client** 60:*6* 62:*9*
93:8 136:*3*
**clients** 136:*4* 144:*1*
145:7 326:*14*
**Cliff** 126:*14* 127:*19*
206:*17*
**cloak** 260:*14, 15*
**close** 59:*6* 61:*9*
84:*19* 119:*25* 133:*9*
143:*16* 148:*16*
187:*18* 327:*4*
**closed** 117:2
**closer** 155:7
**cloud** 163:*11* 205:*10*
250:*1*
**cocktails** 122:*12*
183:*23*
**code** 7:*18*
**coherent** 300:8
**cohesive** 163:*13*
**cohesiveness** 170:*10*
**coin** 137:*12*
**collaborate** 248:6
**colleague** 271:6
**colleagues** 39:*3*
287:*20*
**college** 273:*21* 274:*18*
**come** 21:*3* 28:*3*
48:*12* 54:*20* 62:*14*
77:*3* 84:22 87:8
88:*15* 90:*12* 92:*13*
95:*17* 96:*16* 103:*18*
104:6 138:*20* 149:*9*
154:*1* 156:*12* 168:*6*
172:8, *9* 173:8 176:6
177:*14* 178:7 179:*11*
241:8 263:*12* 298:*11*
324:*13* 333:5
**comes** 6:*10* 97:7
**comfortable** 124:*10*
**coming** 80:*13, 16*
183:8 184:2 263:*3, 7*
276:22 289:*23*
304:22 313:*24*
**command** 304:*18*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

comment  70:23
95:18  200:15  202:14
276:24
commentary  72:3
comments  95:2
288:17, 19, 20  289:4
Committee  125:24
common  58:25  75:4,
8  216:18, 23  217:12
Commonwealth  343:1
communicate  317:12
communicating  260:8
317:14
communication  50:2,
21  120:16  121:1
173:4  191:3
communications
213:13
Community  18:25
19:12  20:4
company  200:3
203:22  237:22, 23
238:13  240:19  243:4
247:15
company's  338:17
comparative  198:17
compelled  160:17
competency  220:4, 6
competent  113:20
competing  240:9
complain  263:13
298:12
complained  26:19
88:8
complaining  178:13
310:20
complains  102:3
complaint  40:17, 20
42:19, 24  44:19, 23
46:8  81:7, 9  97:8, 10
101:15, 25  103:19
109:21  181:18, 18, 22,
23  182:1, 2, 3, 14
183:1  184:2  193:20
194:1  195:3  196:18
197:3  198:4, 5, 8, 9, 9,
13, 15  208:19  267:11
280:2  284:6  342:9

complaints  111:18, 20,
21  209:2  301:12, 16
302:5, 6, 9, 11
complete  66:14
completely  94:5, 10
106:6, 6  251:11
307:25  329:11  331:1,
5
complicated  257:24
complicit  226:7
254:25  314:22
component  279:6, 12
280:22
components  308:2
compound  266:25
278:8  300:1
compounded  306:16
compromise  249:7
computer  208:20, 23
215:25
conceive  163:9
164:25
concern  78:2, 6, 7
117:21  138:12
139:10  175:23  176:9,
12  295:7, 13  298:13
concerned  76:17, 21
117:18  142:22  144:5
175:1, 24  263:14
292:3  294:25  295:2,
3, 4  296:4, 14  297:1
301:18, 25
concerning  44:18, 22
198:14
concerns  118:20
119:12, 14, 15  125:5,
9  142:13, 16, 24
286:18, 25  287:6, 10,
11
concise  93:10  270:4
conclude  157:9  341:6
concluded  157:14
conclusion  60:24
86:7  88:20  157:11
178:6  281:4  299:18
333:8
concocted  184:5
condense  241:23

conduct  4:6  60:7
89:2  141:2  281:14
284:1
conducted  262:10
conference  19:7
38:17  57:15  58:19,
21  75:21  125:22, 23,
25  126:2, 8, 12  127:5
128:5  129:1, 17, 23
139:8  141:3  154:15
159:25  259:13  266:4
conferences  264:19
confided  288:1  318:4,
6, 6
confidence  165:5
confident  240:23
confidential  258:19
287:16
confirm  335:24
confirmed  335:21
confronted  86:21, 25
109:5  169:25  270:20
confused  12:15  176:3
confusing  330:24
Congratulations  7:24
connect  254:4
connected  19:25
262:13
connection  278:4
connector  239:6, 17
262:9
connectors  239:8
consenting  275:23, 24
consequence  286:6
consideration  294:24
299:8, 20
considerations  276:1
297:22
considered  119:25
294:17  315:8, 9, 11
considering  23:23, 24
constantly  26:9
198:24
contact  44:5  158:24
159:22  160:3  164:14
252:7  254:2, 4
contacted  282:16
contacting  165:7
179:4

contacts  230:15
237:3, 5  239:18
240:7
Contactually  236:11,
12, 18  237:6, 9, 10, 20
238:7  239:24  240:3
242:4, 16
Contactually,  238:15
content  22:22  26:3
48:18  153:16  197:10
287:14  332:16
context  37:11  203:1,
3  209:13  210:7, 25
211:4, 23  256:20
261:14
Continental  41:5
122:8
continue  63:18  71:5
72:18  153:14  158:8
183:17  331:16
continued  158:16
continuing  95:1
331:6
contracts  251:15
contributions  10:6
153:22
contributors  15:19
16:16
control  92:8, 14  94:6
159:8  188:15  309:10,
11, 12, 15
controls  169:5
241:14  302:1
conversation  61:23
65:5, 8  75:20  78:20,
25  79:2, 5, 15, 16
102:19  114:15
118:10  123:14, 17
125:14  212:13
214:17  225:6, 23
227:5  242:10  256:21
260:4  302:10  304:14
315:18
conversations  98:12
103:11  104:17, 19
105:3  150:8  167:8
183:17  213:22
226:17  295:23
309:24  310:3  323:20

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

324:3
**Cool** 340:15
**Coordinate** 199:9
**coordinating** 9:18
66:19
**coordinator** 217:17
**cope** 38:22
**copied** 195:12
**copy** 181:21 244:1,
12 245:25 246:4, 6
**Cornerstone** 202:18
211:13, 25
**correct** 17:19 22:16
23:12 24:9 25:8, 21
36:14, 21 39:17 43:3
47:15 49:17 50:3, 15
51:4, 22 68:10 70:15,
16 73:2, 11 74:9
76:5 79:3, 9, 14
80:14 85:5 101:10
106:11 113:25 117:6
123:22 124:12, 25
125:3 127:6 134:3
139:12, 13 140:7
142:24 144:21, 22, 22
145:11 146:5 164:7
178:4 185:13, 25
187:12 189:1 193:4
203:8 204:7, 21
217:15 218:19 224:3
226:18 227:20
228:11 230:21, 25
231:4, 5, 6 246:3
247:3, 7 248:13
252:1, 14 256:19
260:1 294:3, 4 296:6
300:13 306:22
325:20 327:21
328:16 338:14
**correctly** 186:16
262:14
**correspondence** 248:3,
5
**corresponding** 66:23,
24
**cost** 53:16
**couch** 30:1, 5, 14
46:16 61:5, 13, 24
63:5 65:7 109:12
111:3, 5, 9 128:20

137:16 201:17 267:5,
16, 23, 24 270:25
294:13
**counsel** 3:16 70:18
91:16, 17 96:24
213:10, 10 340:22
**count** 334:22
**Counties** 19:2
**country** 19:17 113:22
**County** 343:2
**couple** 4:10 15:5
106:12 114:18
121:16 132:18, 18
135:14 142:5 185:7
290:14 305:20
334:13
**course** 80:8 127:4
158:19 213:11
216:11 265:11 282:5
284:7 303:17 317:7
**Court** 2:18 3:12, 13,
14, 18 5:10 29:10, 14
30:11 59:13, 17
61:19 68:2, 8, 11, 19,
21, 23, 25 70:18
71:12 72:4 73:6
89:13 91:16 100:3
139:14, 15, 22 144:15
166:3 221:18, 24
228:16, 17 229:2
235:21 240:1 255:14
263:9 266:17 274:16,
19 278:13 282:1
298:21 302:12 303:2
318:10 324:23
329:22 331:10, 12
333:22 334:2, 7, 24
335:22 339:9, 24
340:22 341:3
**courtroom** 6:21
**cover** 236:4 255:11,
21 261:1
**COVID** 7:22
**COZEN** 2:7 166:6
**crappy** 6:12
**crazy** 121:8, 13
159:4 184:15 312:11
317:16
**create** 177:13 253:24

259:11 322:24
**created** 247:21
**creating** 80:2
**credibility** 71:25
**credible** 33:25 34:2, 4
**credit** 33:21 190:17
238:3 239:1 322:19
**cross** 337:24
**crossing** 28:4
**crumbling** 308:17
**crush** 105:9
**crushed** 307:25
316:14 318:4
**cry** 319:6, 7
**crying** 319:7, 8
**Cuba** 130:25 132:3, 4
**current** 198:4, 5
**currently** 16:3
**cursive** 116:8
**custodian** 294:18
298:8
**cut** 85:6 100:1
191:3 251:21
**cuts** 5:12

**< D >**
**D.C** 126:5, 13 127:17,
18 128:1, 2 132:25
206:17 333:16
**D6004** 233:3
**dad** 276:3, 6
**dagger** 260:14, 15
**daily** 41:21 102:19
103:12 105:19
**damage** 232:8
**Dan** 332:1
**dance** 131:9 132:15
**dancing** 131:8 132:15
**danger** 261:21
**DANIEL** 2:20 4:8
14:4 17:17, 18 23:6,
15, 22, 23 24:1 26:8
31:21 32:6, 10 33:7
76:23 77:5, 21 83:20
85:5, 9 96:24 105:8,
10 107:6 110:4
115:17 117:1 120:22,
23 121:4 145:6
146:14 148:25 149:7,
9, 14, 20 150:1, 6

156:18 157:10, 20
159:1 160:10, 11
162:13 170:12
184:11 185:5 189:8
194:11 203:25
214:19 215:14
216:18 217:2, 4
218:1, 5, 9 220:22
224:1 225:23 236:3
240:12, 17 243:25
245:16, 20 248:25
250:12, 19, 21 251:3
255:11, 20 256:9
259:19 260:8, 9
262:25 263:22
278:20 281:23
284:13 289:15 291:1,
3 292:4 294:19
295:3, 9, 23 296:5, 14,
23 300:16 301:19, 19,
21 304:25 307:1
311:5, 17 312:9, 14
317:11, 13 322:21
325:24, 25 326:2, 7
327:23 328:13 331:7,
21 332:3 333:17
337:15, 17, 21 338:19
**Daniel's** 230:18
257:14
**data** 203:22 230:1, 2
237:5, 17 243:23
249:15 253:20 256:3,
4 271:25 301:1, 6
**database** 229:18, 21,
25 230:4, 7 234:8, 9,
10, 14, 25 243:18
**databases** 229:15
237:18
**dataset** 239:7 243:24
**date** 3:2 18:15
25:11 37:14 107:12
113:4 130:23 141:5,
18 165:18, 19 168:23
183:6 189:5 191:3
205:7 210:3 215:18
221:9, 10 222:21
225:7 249:19 251:19,
24 258:5 275:5
284:22 293:11 328:1

**dated** 102:20 175:13 285:4 319:17

**dates** 12:22 130:7 214:20 336:5

**dating** 102:16, 23 103:2 104:11 311:7, 20

**daughter** 41:1 55:22 56:1 111:25 120:19 159:14 315:7 316:5

**daughter's** 40:24

**Dave** 34:8 63:11 88:11 89:3 92:21 106:24 166:1 211:9 216:4 228:23 231:2 258:12, 25 265:7 266:23 275:20 276:16 281:2 285:13, 17 323:17 335:2

**DAVID** 2:5 203:11

**day** 11:20 26:14 27:6 32:18 40:21 41:5, 23 58:23 61:6 78:1 87:10 88:6, 7, 23, 24 96:3, 4 103:1, 1 104:5 107:16, 16, 23 109:25 112:21 120:20 129:22 131:12 144:25 145:10, 14, 16, 17 146:12 149:9 159:15 168:22, 25 171:22 174:4, 17 184:18 190:18 200:12 202:12 203:16 204:6 222:22 225:12 226:18, 20 245:1, 8, 11 246:16 251:14 269:1, 2 282:9 285:4, 9 304:6, 6 314:17 316:12 320:4, 20 328:4 329:9 343:16

**days** 106:12 107:23, 23 169:11 174:17 175:13 225:12 226:20 304:10, 13, 16 305:18, 24 306:8, 14

**Day-to-day** 22:21 216:16 217:1

**dead** 223:17, 19

**deal** 16:7 87:13, 14 131:4 161:8 327:16 330:15 331:17 333:14

**dealing** 58:15 288:5

**death** 103:25 255:19 305:21

**debate** 250:11

**decapitated** 254:15

**December** 25:5, 5, 7, 19 124:20 162:22 164:9

**decide** 290:11, 12

**decided** 184:4, 7 219:6 311:16

**decisions** 147:1

**deck** 131:1

**decree** 212:11

**dedicated** 39:10

**deem** 182:16

**deep** 92:12

**deeply** 112:11 295:17

**defend** 147:17 155:1 289:9

**defendant** 43:1 69:1 192:7, 13 193:10 194:9, 10, 10

**Defendants** 1:9 2:11 194:14 203:3

**defended** 151:8, 8

**defending** 151:11 155:12

**defense** 152:22

**Define** 96:7

**defined** 11:6

**definitely** 29:21 30:9, 9, 13 31:13 51:5 52:17 63:1 64:19 82:1, 1, 4 141:9 242:17 296:20 332:19 334:5

**definition** 186:21

**defrauded** 313:18

**degree** 83:4 104:6

**Delaney** 85:13 102:20 122:10 147:6 149:11, 16 155:4 183:10 321:6, 25

**Delany** 41:1

**delete** 201:11 249:22

**deleted** 37:6 63:24 64:11

**deliberate** 177:12, 14

**delinquent** 26:20

**delivered** 40:11 42:21 45:5 186:9 312:20

**demand** 33:7

**demanding** 27:12 199:11

**demise** 254:11

**demonstrate** 217:9

**demonstrated** 28:13 81:13 82:20 83:6 198:22 205:25 220:4, 5

**denials** 271:22

**denied** 264:21, 24 265:3, 11, 23 270:22 285:20

**denies** 267:3

**deny** 265:1 269:17 270:16, 20 271:22

**denying** 265:9

**dep** 51:6

**department** 49:5 155:23 209:9

**departments** 24:18

**departure** 191:2

**depended** 53:25

**depending** 66:21 215:16

**depends** 258:15, 15 259:3, 4

**depiction** 64:20

**deploy** 332:15

**Deponent** 2:16 342:3

**Deposition** 1:12 3:5 4:6, 12 92:18 94:9 185:3 192:22 267:19 292:25 334:21 341:2 342:8

**DEREK** 2:2

**describe** 8:20 9:1

**describing** 65:7

**description** 9:6, 9 64:21 113:10, 16

**desired** 313:22 331:2

**desk** 83:16, 17 84:2 105:7, 8 169:7, 8 173:6

**destroy** 121:9 123:12

**destroying** 79:20 168:5

**details** 44:13 45:7 53:4 137:21 187:6, 7 188:22, 24 189:1, 3 199:13 222:24, 25 223:2 294:14 305:10 308:16 318:5, 6

**deteriorating** 39:1

**determine** 243:9

**Developing** 10:7 26:2

**development** 8:11, 13 9:19, 24 13:4, 7, 11 17:7 22:22 24:13, 15, 22 25:12, 17 83:14 113:17 146:22 161:13 217:20 218:11, 13 219:13

**device** 249:4, 20, 22, 24 250:3

**devices** 249:6

**dick** 75:13 102:16 203:18 207:4, 9 269:16 270:17

**dicks** 103:6

**difference** 45:2, 3

**differences** 8:23

**different** 9:2, 21 10:23 11:7, 12 16:10, 11 17:9 19:15, 16 24:18 50:8, 13 90:16, 18 95:3 146:18 163:16 169:6 197:9, 10 229:14 237:16, 16, 17 258:4 259:18 305:9, 15

**differently** 39:24 151:20

**difficult** 36:23 38:2

**difficulty** 307:18

**dig** 198:16

**digest** 147:24

**digital** 173:3

**dinner** 130:24 131:25 132:4

**dinners** 127:11

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**direct** 24:*24* 35:*9, 14*
72:*24* 73:*12, 14* 74:*5*
98:*11* 99:*11* 102:*8*
151:*16* 198:22
215:*21* 220:20 233:2
270:*3* 337:8
**directed** 62:*13*
**directing** 219:*13*
**directive** 160:*4*
**directly** 116:*13* 189:*8*
288:*23* 291:*1, 4*
312:*14* 335:*16* 337:9
**director** 8:*11, 12*
9:*13* 13:*3, 6, 7, 10, 20*
14:*15* 17:*6* 18:*24*
19:*11* 22:*15, 19* 23:*1,*
*3, 20* 24:*13, 14, 15*
25:*12, 16* 123:*4, 6*
158:*12* 159:*8* 164:*24*
166:*16* 168:*11, 14*
171:*4* 172:*18, 21, 22,*
*23* 206:*21* 207:22
217:*20* 218:*11, 12*
219:*12* 242:*25* 243:2
276:*7* 279:*13* 291:*5,*
*10, 16* 312:*15* 327:*11*
**directors** 16:*12* 21:2
327:*1*
**director's** 230:*8, 12,*
*18* 231:9
**directs** 4:*23*
**disagree** 280:*12*
**disalarmed** 119:*9*
**disappeared** 254:2
**disappointed** 98:*18*
100:*20* 101:*1, 2*
103:22 308:*18, 21*
310:2 315:*16*
**disappointment** 99:7
100:*16* 293:*16*
307:*24* 331:*8, 13*
**disarray** 313:*3*
**disbelieve** 34:*20*
**disconnect** 212:*14*
**discovery** 175:*14*
213:*11*
**discriminated** 27:*25*
198:*20* 199:*4, 20*
206:*6*

**discrimination** 101:*20*
194:*12* 206:*4, 8*
**discuss** 145:*10* 150:*5*
163:*1* 176:*1* 296:*16*
299:*9*
**discussed** 296:*23*
**Discussion** 47:*4*
48:*10* 51:*8* 70:*12*
138:*25* 139:*17* 162:*5*
172:*11* 232:*20*
265:*21* 335:*3* 340:2
**discussions** 105:*19*
**disease** 38:*19*
**dislike** 273:*8*
**dismiss** 44:*3*
**dismissed** 43:*5, 18, 23*
**dissidents** 259:*16*
**distill** 295:*25*
**distinction** 58:*6*
**distinctions** 60:*4*
**distress** 155:*3*
**distributed** 336:*25*
**distribution** 230:*11*
**DISTRICT** 1:*1, 2*
3:*8, 9*
**disturbed** 109:*14*
114:*19* 305:*6*
**division** 9:*16*
**doc** 248:*6* 252:*19, 21*
258:*2, 2*
**docketed** 181:*22*
**Docs** 247:*12* 252:*13,*
*23* 257:*22* 258:*23*
259:*9*
**doctor** 102:*24*
**document** 42:*18*
66:*13, 21* 67:*1* 80:*3*
115:*23, 24* 116:*12, 21*
117:*5* 184:*23* 194:*18*
196:*9* 197:*5, 6, 9, 18,*
*19, 21, 22, 23* 198:*17*
199:*22* 206:*5* 213:*9*
248:*9* 259:*5* 324:*6, 8*
325:*17, 21*
**documents** 45:*4, 11*
141:*23* 155:*18*
197:*14* 241:*11, 23*
277:*12* 312:*20*
316:*15* 324:*5*
**dog** 37:*16* 138:*14*

**doing** 26:*1* 27:*14*
83:*24* 85:*11* 93:2
97:*1, 3* 115:*9* 169:*1,*
*3* 172:*23* 179:2
193:*23* 196:*15* 199:*1*
200:*12, 18* 201:2
212:*24* 216:*25*
219:*25* 220:*11, 18*
231:*13, 24* 238:*17*
254:*9* 285:*6* 291:*15*
311:*6* 314:*23* 324:*16*
332:22, *23*
**dollars** 153:*21*
312:*22* 323:*10, 13*
324:*10, 12* 325:*19*
326:*1, 9, 15*
**domestic** 82:*22*
**domestically** 10:*22*
**done,** 272:*21*
**donor** 10:*3* 113:*22*
228:*11* 242:*12* 291:*8*
302:*11*
**donors** 10:*6* 16:*14*
131:*2, 25* 132:*5*
229:*17* 302:*5*
**door** 103:*12* 188:*19*
208:*11* 254:*17* 256:*2*
**doors** 103:*9* 117:*2*
207:*2*
**dope** 179:*8*
**dork** 46:*16* 61:*5, 12,*
*25* 62:*2, 10* 63:*4*
109:*11* 111:*5* 119:*5,*
*8, 11* 193:*17* 201:*8,*
*16* 223:*4* 267:*17*
270:*23*
**dork,** 46:*18*
**double** 38:*15* 83:*23*
**doubt** 39:*25* 202:*6, 7*
**download** 249:*25*
**downstairs** 46:*13*
61:*8* 63:*2* 119:*6*
**downstairs,** 123:*11*
**downtime** 290:*16*
**dozens** 82:*24* 163:*16*
**Dpipes@gmail** 257:*16*
**Dr** 255:*4* 302:*5*
337:*7*
**draft** 259:*10*

**drama** 56:*3* 58:*16*
80:22 98:*7*
**dramatically** 46:*1*
**drink** 137:*5* 157:*18*
269:*2*
**drinking** 41:*15* 75:*12*
100:*24* 111:*6* 131:*10*
188:*13* 271:*1* 305:*21*
306:*1*
**drive** 112:*18*
**drop** 189:*18* 264:*9*
**dropped** 243:*11*
**drowning** 220:*8*
**due** 176:*21* 197:*11*
**duly** 3:*22*
**dumb** 243:*23*
**dumbed-down** 109:*9*
**duration** 128:*25*
**duties** 330:*6*
**dwalton@cozen.com**
2:*10*

**< E >**
**eager** 188:*18*
**Eagles** 41:*19*
**earlier** 117:*17*
142:*18* 182:*9* 294:*1,*
*4*
**early** 107:*22* 138:*6*
210:*22*
**earn** 112:*22* 164:*2*
315:*23*
**easier** 107:*1* 284:*15*
291:*3, 4* 330:*14*
**easily** 177:*4*
**East** 4:*8* 7:*16* 8:*15,*
*22, 24* 9:*4, 5, 9* 10:*18*
11:*2, 3, 4, 17* 12:*8, 11,*
*17* 13:20, *24* 14:*17*
16:*7* 17:*3, 7, 24*
19:*10* 20:*8* 22:*16, 19*
24:*7* 25:*3, 25* 31:*12,*
*16, 23* 79:*14* 83:*4*
84:*12* 88:*5* 126:*11*
145:*8* 155:*14* 156:*8*
158:*9, 17* 165:*20*
166:*16* 172:*19*
177:*21, 25* 185:*4*
205:*19* 254:*12* 274:*4,*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

9  275:2  279:13
335:6  336:17
**EASTERN**  1:2, 7  3:4,
7, 8
**eaten**  138:16
**eating**  61:15
**education**  336:23
**effect**  6:20
**efficiency**  163:10
**eight**  340:10
**either**  47:17  48:10
70:3  85:25  86:23
87:9  96:13, 14  97:13
115:5  126:21  140:21
145:5  165:21  178:22,
24  183:19  184:3
211:20  215:14, 15
285:15  290:8  312:15
319:5  330:23
**EJ**  126:14  127:20
**Eleanor**  1:16  3:14
166:1  203:11  228:24
265:8  281:2  303:14,
15, 19  335:2  343:7, 21
**electromagnetic**  243:7
**electronic**  50:1, 21
213:12
**else's**  38:4  228:21
**e-mail**  49:11, 14  50:1,
21  79:21  81:15, 16,
16  88:19  161:10
165:9  178:8  195:5,
10, 10  202:15  208:1
213:24  215:3  230:14
231:17  240:7  241:11
244:24  246:22, 24
247:10  248:2, 5, 13
253:3  259:23  261:11
291:25  296:3, 7
307:16  332:7  341:1
**e-mailed**  63:23  196:6
**e-mailing**  231:24
**e-mails**  48:14  49:13,
15  195:13  214:12, 13
239:18  244:6  247:1,
3, 6, 7, 9  261:8  295:23
**Eman**  20:20  66:22
198:24, 25  199:25, 25
255:19  323:1

**embarrass**  190:3
**embarrassed**  102:25
**emergency**  145:12
**emotional**  112:4, 8
147:19  304:9, 12, 15
305:4, 18, 24  306:9,
13, 14
**emotionally**  112:25
121:15  122:19, 22
288:3  290:7, 12
**emotions**  318:16
**employed**  12:7  21:10,
11  41:23  179:18, 24
307:21
**employee**  22:1  23:18,
24  24:7  31:2, 5, 11,
16  53:24  102:2
123:16  124:12, 16
141:24  142:13, 19
167:15  278:9  280:18
284:3  307:20
**employees**  26:4, 18
31:23  79:13  104:10
174:8
**employee's**  298:12
**employer**  326:5
**employment**  12:10
13:24  24:8  25:2, 13,
24  27:22, 23  38:4
41:9  84:12  88:7, 8,
24, 25  96:3, 4  158:7
165:19  174:3, 5
204:14, 21  206:3
214:3  220:15  245:5
246:6, 16  247:11
271:10  302:2
**encounter**  67:12
74:15  264:18
**ended**  12:11  25:3, 13,
25  27:4  132:20
133:6  157:19  333:9
**ends**  114:4
**enemy**  42:3  182:17
**engage**  276:14
**engagement**  309:5
**engages**  189:11
**English**  206:13
**enjoying**  311:23
**ensure**  228:1

**entails**  15:12
**enter**  4:21  63:13
**entertained**  250:22
**entire**  13:1  41:22
88:5  99:8  114:14
117:5  183:20  205:18
256:9  308:8  309:17
320:24
**environment**  38:25
188:16  200:7
**escorted**  27:11
**Especially**  119:22
186:4  305:1
**ESQ**  2:2, 5, 7, 12, 12
**estimating**  25:17
**estimation**  303:11
**et**  1:7  3:7
**ETA**  302:25
**etcetera**  10:16  20:6
49:1  84:6, 6  112:7, 7
137:8, 8  143:19
154:5, 5  170:4  172:9
174:8  176:24  191:17
240:25  250:15  327:6,
17, 17
**ethic**  217:11
**Europe**  335:9, 10
336:4
**evening**  129:22
138:11  139:10
**event**  12:16  130:24
131:5, 7, 11  132:5
136:3
**events**  10:3, 16  16:18,
19  26:3  84:5  131:14
153:15  322:25, 25
**eventual**  10:5
**eventually**  219:6
**Everest**  2:18  3:12, 14
**everybody**  23:5  38:4
55:13  85:15  109:21
110:3  121:5, 23
122:11  135:19
136:16  138:5, 7
146:15, 17  147:4, 11
148:20  149:17
150:25  153:7, 17
154:20, 25  156:14
158:1  159:25  160:16,
20, 21  162:6, 8  163:4,

21  164:16  169:11
173:21  189:8  207:13
237:2  245:2  249:1
263:5, 21  272:7, 13,
14  277:13, 24  291:17
294:22  297:3  305:7
310:23  311:22  313:5,
6  317:1, 5  321:1
322:15, 16  325:12
331:4  333:9  340:19
**everybody's**  80:23
117:2  170:8  301:8
304:20  311:21  313:8
**everyone's**  246:21
**evidence**  52:15  60:23
73:1  82:11  87:20
88:2  265:17  276:22
280:2  283:3
**evil**  330:16, 16, 16
**exact**  11:20, 20  113:4
115:7  336:5
**exactly**  22:9  23:13
40:19  118:19  119:13
135:14  141:13
150:22  152:22  172:5
178:21  193:10
194:22  231:12  235:4
242:18  321:4  339:20
**exaggerated**  268:18,
19
**exaggerating**  268:20,
22, 24
**EXAMINATION**  4:1
63:19  71:5  117:15
342:4
**examined**  3:22
**example**  40:3  207:22
**exception**  206:16
**exchanged**  166:25
216:15
**exchanges**  104:25
**excited**  190:23
**exciting**  180:17
**Excuse**  71:12  91:17
221:18  274:16
278:13, 14  282:1
298:21, 22  302:12
335:22
**execute**  131:13

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

284:*17*  330:*6*
**executive**  219:*17*
**ex-employee**  167:*16*
**exhibit**  99:*23*  101:*4*
181:*16*  208:*18*, *19*, *20*,
*21*, *22*, *23*  342:*9*, *10*,
*10*, *11*, *11*
**exhibits**  101:*5*
117:*14*  342:*8*, *13*
**exists**  203:*21*, *24*
216:*13*, *13*
**expect**  227:*13*, *18*
**expected**  11:*11*
168:*24*
**expense**  112:*23*  290:*1*
**expenses**  241:*14*
**experience**  113:*20*
325:*9*
**experienced**  60:*20*
**expert**  156:*12*  241:*3*
281:*4*, *8*
**explain**  6:*8*  74:*12*
93:*7*  285:*14*  296:*11*
**explained**  65:*1*
267:*16*
**Explicitly**  187:*1*
**exploded**  174:*15*
**exploding**  300:*19*
**explosive**  32:*22*
**express**  99:*6*  100:*16*
286:*18*  295:*7*, *13*
**expressed**  125:*6*, *9*
167:*4*  183:*8*  287:*9*
293:*16*  321:*23*, *24*
332:*3*
**expressing**  286:*25*
287:*11*
**expression**  328:*8*
**extent**  187:*5*  255:*23*
281:*3*
**external**  243:*5*
**extra**  58:*18*  137:*12*,
*15*
**extraction**  203:*23*
**extremely**  98:*17*
224:*19*
**eye**  38:*15*  102:*17*
105:*13*  312:*4*  319:*23*,
*25*  335:*12*

**eyes**  155:*8*

**< F >**
**face**  72:*17*  85:*21*
232:*8*  241:*2*  265:*24*
288:*10*
**Facebook**  42:*8*
282:*17*, *18*  315:*19*
**faced**  207:*12*  277:*12*
304:*7*  307:*21*
**facilitate**  167:*12*, *14*
**fact**  26:*18*  33:*16*
56:*20*, *25*  57:*22*
65:*18*  85:*3*, *8*  120:*8*,
*9*  123:*25*  168:*19*
182:*16*  184:*7*  193:*9*
254:*24*  256:*2*  272:*16*
319:*6*
**facts**  52:*15*  60:*23*, *25*
72:*25*  82:*11*  88:*2*
294:*10*, *11*
**failed**  26:*1*
**failures**  113:*21*
**fair**  11:*21*  17:*15*
18:*12*  141:*6*  144:*7*
147:*23*  151:*23*  152:*1*
179:*12*  192:*16*
323:*10*
**fairly**  239:*3*
**faith**  11:*10*
**Falafel**  282:*10*
**fall**  10:*22*  84:*2*
240:*8*  242:*24*
**falling**  153:*11*  295:*5*
298:*10*
**false**  106:*6*, *6*
**fame**  324:*13*
**familiar**  22:*3*
**family**  80:*1*  176:*11*
177:*15*  253:*23*  309:*4*
316:*4*
**far**  71:*23*  72:*1*
166:*23*  172:*21*
180:*21*  237:*7*  238:*20*
245:*2*  275:*22*  284:*9*
313:*7*  328:*23*  334:*19*
**fast**  323:*8*  331:*2*
**faster**  138:*23*
**fate**  302:*1*  311:*16*

**fault**  283:*21*, *25*
**favor**  5:*15*  240:*5*
**fear**  79:*24*  177:*11*
235:*13*  254:*16*, *18*
**fearful**  226:*3*
**February**  56:*1*
158:*22*  162:*22*, *24*
250:*9*  252:*11*  264:*11*
**Federation**  19:*1*, *4*, *14*,
*19*  229:*6*, *16*  230:*21*
231:*14*, *19*, *22*
**Federations**  19:*15*
**feel**  38:*24*  80:*6*  87:*5*
103:*19*  110:*25*
155:*20*  161:*18*
163:*23*  184:*18*
188:*15*  192:*3*  273:*1*
288:*9*  289:*17*, *19*
290:*24*, *24*  291:*20*
296:*19*  311:*2*  313:*18*,
*19*  320:*9*, *10*  322:*6*
**feeling**  313:*16*
**feelings**  185:*18*
318:*16*  319:*1*
**feels**  152:*20*
**fell**  83:*16*, *17*  298:*20*
**fellows**  131:*2*  135:*9*
298:*5*  333:*17*
**felt**  27:*25*  28:*3*  29:*4*
46:*20*  110:*19*  151:*10*
168:*4*  183:*4*  187:*18*
188:*2*  191:*23*, *24*
223:*8*, *15*  264:*1*, *2*
288:*6*  290:*19*  298:*7*,
*9*  312:*5*, *7*  320:*7*, *16*
329:*4*
**female**  31:*2*, *5*, *11*, *15*,
*23*  53:*24*  79:*13*
101:*19*  102:*2*  104:*10*
**field**  11:*1*
**fifty**  95:*3*
**fight**  208:*8*
**figure**  68:*5*  177:*4*
263:*19*
**file**  198:*7*  246:*13*, *18*
315:*17*
**filed**  181:*19*, *23*
182:*2*, *3*, *4*  198:*13*
244:*9*, *19*  246:*11*

**files**  27:*13*
**filled**  67:*2*
**filling**  269:*22*
**filter**  160:*6*
**final**  18:*1*, *3*  157:*2*
165:*19*  168:*22*
246:*16*  310:*14*
**finally**  121:*12*  240:*14*
241:*1*  250:*21*  331:*3*
**financial**  324:*19*
**financially**  325:*6*
**find**  17:*22*  53:*12*
57:*7*  58:*9*  59:*9*  60:*9*,
*10*, *18*  61:*2*  191:*6*
225:*17*  282:*19*, *20*
**finding**  226:*9*
**fine**  54:*6*  69:*20*, *23*
72:*17*  85:*18*  89:*23*
90:*4*  107:*15*, *19*
117:*10*  121:*7*  131:*20*,
*23*  135:*21*  159:*4*
160:*21*  196:*12*  222:*1*
223:*24*  227:*16*  251:*9*
263:*25*  285:*16*  287:*5*
289:*21*  290:*3*  307:*13*
310:*24*  311:*22*, *24*
313:*5*  322:*2*  331:*5*
338:*3*
**finger**  308:*22*  310:*8*
**finish**  5:*15*, *16*  76:*10*
89:*20*, *20*  90:*6*  92:*18*
94:*1*  106:*25*  117:*14*
169:*1*, *2*  298:*24*
340:*17*
**finished**  106:*23*
114:*3*  124:*20*  230:*2*
322:*3*
**Fink**  162:*8*  279:*1*
**fire**  33:*7*
**fired**  78:*19*  82:*6*, *9*,
*11*, *14*, *16*  286:*14*
**first**  3:*21*  13:*8*, *8*
19:*8*  20:*7*, *12*, *17*
21:*20*, *24*  24:*8*  32:*24*
39:*6*  40:*24*  60:*10*, *18*
61:*2*, *6*, *11*  65:*6*, *10*,
*19*  86:*6*  88:*6*, *23*
96:*3*  98:*5*  107:*10*, *19*,
*25*  108:*5*, *12*  109:*5*,
*13*  110:*7*  111:*17*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

113:9  117:15, 15
120:2  123:23  130:3
131:16  140:3, 20, 25
180:23  181:16  182:2
187:19, 21  199:23
203:14  213:16
215:20  229:13
231:15  232:11, 14
241:5  252:10  256:1
266:11  309:22  327:2
336:7, 12
**firsthand**  97:16
**fit**  28:14
**five**  13:9  25:15, 17
91:6, 7, 10  94:20, 24
181:5, 7  298:11
334:18
**five-minute**  138:24
**flag**  232:1  319:14
**flee**  43:10
**flights**  216:6, 7, 20, 25
**flipped**  137:12  191:22
**floor**  79:8  131:9
132:15
**Florida**  49:7
**flows**  297:6
**fluent**  163:13
**fly**  57:14
**focused**  103:25  104:1
150:14
**follow**  212:13  324:2
**followed**  150:8  252:4
**following**  10:13  18:1
32:8, 10  142:4  165:2,
7  193:24  233:18
305:22
**follows**  3:23
**followup**  269:4
**follow-up**  66:20
199:10
**food**  20:5  61:19
200:3
**foot**  38:15  266:2, 4
267:5, 10  294:13
**football**  326:25
**force**  6:20
**forced**  52:11  307:22
**foregoing**  343:9
**foreign**  83:5

**forever**  330:3  337:4
338:2
**forget**  7:17  285:10
**form**  54:10  97:21
98:2  231:3  232:16
258:13  259:1  265:6
266:8, 22, 24  275:5,
10, 21  276:9, 17
278:7  281:1, 2  286:3
292:8  297:12, 19, 23
298:16, 17  299:17, 25
300:5  314:8
**formal**  111:19
**format**  209:16
**forth**  172:15  318:21
**FORUM**  1:7  3:7
4:8  8:15, 22, 24  9:4,
5, 10  10:8  11:17
12:8, 11, 17  13:20, 24
14:17  16:7  17:3, 7,
24  19:10  20:8  22:16,
19  24:7  25:3, 25
31:12, 16, 23  79:14
84:12  88:6  126:11
145:9  155:15  156:8
158:9, 17  165:20
166:16  172:19
177:21, 25  185:4
205:19  274:4, 9
275:2  335:6  336:17
**Forum's**  10:19
279:13
**forward**  94:9  104:6
112:21  164:21
189:23  190:1  334:23
**found**  57:18  58:20
66:3  76:17  82:8
86:5  187:19  228:12
244:16
**foundation**  266:8
269:19
**France**  59:22
**Francisco**  58:19
**Frank**  21:13, 22, 25
22:2  255:4
**Frankly**  95:24  254:22
**fraud**  62:18, 20
**free**  336:18
**Friday**  129:18

**friend**  32:19  84:20
102:24  128:12
154:11  183:21
185:16  308:10  315:9,
10, 12  319:16  333:2
**friends**  16:19  39:7, 8
41:3, 14, 24  45:13
86:14  120:1  122:1
163:24, 25  183:6, 7
272:14, 25  282:17, 18
286:15  287:20  288:1
315:4  327:4
**friendship**  85:23
112:23
**friendships**  39:14
**front**  28:5  40:13
112:19  148:19, 20, 21
157:25  181:17
206:12  209:1, 18
210:11, 19  211:1
263:22  311:5
**fuck**  105:8
**fucking**  289:1
**full**  7:4, 7  211:7
257:4  308:16
**full-time**  80:13
113:24  117:19
123:16  124:11, 16
141:24  142:7, 12, 19,
23  143:13
**fun**  315:4
**fund**  9:18  10:2
22:21  48:15  153:15
217:25  331:18
336:23
**funds**  26:21
**funny**  22:8  63:6, 7, 9
**further**  334:21
**future**  121:13  170:9
264:19  304:18
309:11  320:21


< G >
**gain**  165:5  324:19
**Gambill**  20:20
**game**  41:19  128:18
137:10, 20  313:22
**gap**  276:5, 11
**Gary**  20:20  206:16
**gather**  159:25

**gathered**  146:13
150:16  162:6
**gathering**  139:19
**gauge**  12:18
**gay**  55:7
**general**  16:5, 8  158:8
204:19
**generally**  17:2
**generic**  234:22
**genetic**  38:19
**genocide**  255:1
**geo**  239:10
**geographic**  11:6
**getting**  12:15  53:15
228:9  253:22  254:24
261:22  311:7  322:16
**giant**  205:9
**gifted**  336:17, 20
**girl**  152:15  193:18
**girls**  134:10
**gist**  172:6
**give**  6:9  10:8  33:21
40:3  47:18  64:18, 24
65:25  68:17  104:5
107:12  141:18  160:4
190:17  192:16
194:19  195:9  196:8,
16  213:6  244:12
245:19  248:20  257:3
262:2  290:6  303:1,
10  322:19  333:5
**given**  11:1  15:7
47:17  74:17  175:13
183:1  220:14  329:7,
14  337:1
**gives**  318:7
**giving**  4:10  76:25
121:17  144:17
252:22  258:3
**glad**  48:2  177:16, 17
**gmail**  195:23  233:23
234:18  248:7, 8
252:14, 24  253:10, 12
256:15, 19  257:7, 8, 9,
14, 21  258:10, 11
259:17, 20, 24, 24
260:10, 17
**gmail,**  256:16
**gmail.com**  195:17, 21

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

**go** 4:9 13:23 20:18
27:19 35:19, 23
36:18 42:16 46:6, 7
47:3, 13, 14, 23, 25
48:2, 3, 5, 17 49:11,
16 50:3, 22 51:10, 21
52:12, 15 53:5, 9
56:13, 15, 25 68:20
69:21, 25 70:7, 8
72:8, 10, 10, 13 76:10
83:20 85:1 89:14
93:23 94:8 95:5, 12
98:23 102:1 103:8
106:17, 25 107:9
111:22 114:25
119:23 123:13
127:12, 12 134:2
136:9 138:23 144:23
149:6, 6 150:17
155:12 157:18
158:24 162:11, 11, 11,
12, 12, 13, 19 163:7
169:22 172:15 181:6
198:16 209:3 210:13,
22 212:8, 20 213:1
214:4 246:3 259:7
269:23 270:1, 14
271:4 272:20 274:18
280:9 286:14 290:15
291:16 299:2, 18
302:24 303:13, 15
304:25 313:10
315:22 319:2 327:5
330:12 331:1 333:5,
24 334:9, 12, 23
339:7 340:21
**go-ahead** 167:6 241:2
**goal** 10:11, 20
**go-between** 161:16
**God** 112:10 291:19
310:15, 16 319:24
**goes** 120:17 137:7
160:5 215:17
**going** 4:19 17:15, 22
31:24 35:10, 14, 21
40:21 41:6 42:2, 14
43:13 45:5 52:20
54:22 56:5, 10, 12
58:24 59:25 60:2
63:12, 18 68:4, 6, 8,

18, 22 69:2, 8, 11, 16
70:3, 13 71:25 72:18
73:4, 8 77:18 78:1
80:22 81:6, 7, 9 89:9
90:13, 21, 22 91:21,
22, 25 92:10 93:25
94:1, 3, 6 98:11
101:22 102:18 111:1
112:2 115:1 117:13,
14 122:2, 7, 15
123:13 126:6 131:12
133:7 136:24 141:14
146:15 147:13
151:17 152:17
153:25 154:2, 6, 7
162:1 164:13 165:3
169:17 172:13 176:6,
13 180:20 181:17, 19
183:22 184:20, 23
185:1, 2, 7 188:5
190:24 191:13
194:16 198:16 204:6
208:6, 21 211:2
215:21 219:2, 9
220:20 223:17 226:5,
10, 12 227:8, 14, 14
231:23 233:2 242:24
244:22 245:17 246:2
249:7 251:10 254:12
256:5, 7 259:7
264:18 270:2 272:10,
12 274:10 278:14
286:10 287:4 289:25
291:10, 15 292:25
293:14, 17 297:8
298:2 299:13, 16
301:11 302:13, 23, 24
303:7 304:1, 2
306:16 309:3, 18, 23
310:22, 23 311:17
313:5 314:15 317:4,
4, 22 319:2 323:16
324:17 325:6, 9
327:15 331:21 335:9,
17 340:3, 23
**GOLD** 2:12, 13 29:9,
12, 12, 15 34:24 35:3,
8, 12, 16, 23 36:16
49:22 50:4, 12, 16, 24
54:10, 19 56:22

60:22 69:12, 17
70:17, 19, 19 71:2, 11,
15, 19, 22 72:2, 7, 13,
24 73:3, 12, 16, 22
74:5 82:10 87:25
98:10, 20 99:11, 16
101:22 102:7, 12
138:18 139:1 165:25
192:21 194:25 195:6
196:3 209:25 211:19
269:23 334:25
335:20, 23 337:3
340:7, 12, 18, 25 341:5
**Goldie's** 282:11
**Good** 4:3 11:10
78:14 139:1 188:16
189:12 195:6 212:17
220:1, 1, 10 240:24
250:24 266:15
269:10 272:13, 25
311:24 313:6, 8, 8
315:9, 10 317:4, 20
322:18, 22 330:21, 23
332:14
**goodbye** 172:3
282:13
**Goodrobb** 21:1
**Google** 57:14 58:18
237:25 240:6, 6, 9, 20
241:5 243:14, 19
247:12, 23 248:6, 9, 9,
13 249:16 250:7, 13,
17, 23 251:8, 15
252:6, 13, 19, 21, 23,
23 253:1, 2, 9 254:17
256:8 257:22, 22
258:1, 2, 2, 23 259:5, 9
**gossip** 80:21
**got-cha** 248:19
**gotten** 130:15
**governance** 15:18
**governors** 14:20, 21,
25 15:9, 12, 14, 16, 24
16:2, 4, 6, 8, 9, 12
17:6 23:11
**graduated** 114:2
273:21
**graduation** 113:15
**granted** 337:11

**grantees** 131:3
336:24
**graphic** 64:20
**graphically** 65:1
**grata** 42:7
**great** 188:2 211:17
282:7
**greatest** 314:16
**GREGG** 2:18 4:8
14:3, 13, 21, 23 17:17
19:3 22:15 23:16, 19
24:25 26:8 28:20
30:1, 6, 16, 20 31:1, 4,
6, 8, 10, 15, 22 33:4, 7,
22 34:23 36:8, 11
37:24 39:8 46:15
47:18 48:4 50:2, 22
52:11, 11, 19, 24
53:23 56:4 57:8
60:21 61:4, 12 62:9
63:4 64:17, 25 65:10,
13, 20, 22 66:9 67:5,
8 68:23 69:6, 9
70:14, 17 71:1 72:21
74:1, 14 76:1, 2
79:12 80:13, 25
81:18, 23, 24 82:7, 8
84:8, 10 85:15 86:1,
23 87:4, 5, 16 88:9,
16 89:1 96:5 97:20
104:20 105:7 109:11
110:5, 13, 17 111:3
115:9 119:2, 4 120:5,
6, 10, 13, 25 121:6, 7,
14, 24 123:12, 21
124:4 126:16 127:14
128:12 134:5 136:5
139:11, 18 140:6, 12
141:2 142:15, 24
145:10 146:21 148:8
149:8 152:4, 19
153:25 154:25
156:16 157:12, 22
158:16, 23 159:4, 22,
22 160:2, 22 162:8
163:1, 4, 6, 7, 18, 25
164:1, 6, 13, 23 165:6,
14 166:15 167:21
170:11, 13 171:1, 3, 8,
15, 18, 25 172:6, 18

173:2  177:20, 24
178:7, 14, 17  179:19,
24  180:9  182:11
184:12  185:5  193:17
194:9  196:24  199:25
200:17, 23, 25  201:8,
16, 21  203:16, 17
204:1  205:20  206:9,
11, 17  207:8, 13
217:21  218:2  223:3
224:20  225:23
226:11  227:7, 11, 20
228:3, 10  229:4, 5
231:10, 15, 16  233:13
234:3, 11  235:11, 11
236:14  237:4  240:11
250:12, 18, 19  251:11
253:21  255:23  256:9
262:20  263:3, 7
267:15  268:1, 4, 25
269:6, 15, 17  271:21
272:15, 17  273:15
275:9, 15  277:20
278:5  279:6  280:15
283:3  285:12, 19
287:22  289:6, 11, 12,
20, 24, 25  291:18
293:17  297:4  300:21,
21  301:2, 9  302:9
307:15  308:4, 14
310:1, 17  312:1, 9, 10,
11  313:10, 24  316:18
317:10, 12, 14, 20
318:18, 19, 20, 21, 23
321:7, 9, 11  326:10,
12, 17, 24  327:7, 20,
24  328:11, 16  329:25
330:8  331:5, 6, 9, 14,
22  332:4, 14  333:7, 11
**Gregg's**  48:15  75:13
85:10  112:18  113:21
118:25  119:13
151:21  167:12  199:6,
7, 9  218:9, 18  219:18
242:11
**grievances**  146:17
**gripe**  79:18
**gripes**  85:17  146:19
300:20  301:8, 10

Groman@gmail
257:16
**ground**  4:10
**GROUP**  2:2  12:20
15:17  16:13  128:15
131:10  187:22  188:6
227:17
**guess**  6:10  8:21  9:3
13:9  17:25  21:18
24:18  53:25  54:4, 14
57:10  58:8  60:1
64:1  66:4  68:17, 21
113:13, 17  114:20
124:19  125:1  128:3
130:19  142:22
143:23  145:7, 10
146:2  160:15  164:8,
10, 15, 16  170:25
172:21  177:21  180:7,
23  184:24  186:9
188:20  189:7  190:4
193:2  194:15  203:13
204:10  217:1  219:15
222:5, 8, 10, 24  223:2
227:22, 25  240:15
252:9  256:4  267:18
273:20  282:24
284:20  304:3  328:19
338:16
**guessed**  142:2
**guessing**  141:4
156:23  186:17  337:3
**guidelines**  178:1
**guilty**  77:21  78:10
**guy**  105:14  169:24
254:14  255:4  266:14,
19  269:7  322:10
335:13  337:18
340:13
**guys**  39:5  51:9
68:17  72:1, 17  92:3
100:14  105:16
129:12  131:17, 25
135:15  145:9  160:18
169:23  170:1  175:16
196:6  211:9, 22, 23
212:1, 3, 15  229:14
247:6, 10  248:12
257:20  258:9  310:21

317:20  327:4  339:24
340:10

< H >
**hack**  235:25
**hacked**  235:8, 14
253:22
**hacks**  235:10
**half**  240:13  334:18
**Halloween**  27:7, 9
**hand**  87:12  147:3
182:7  265:18  343:16
**handbook**  101:24
**handed**  169:4  252:6
**handle**  82:21
**handled**  98:18  99:8
100:17  101:9
**handling**  179:7
**hands**  131:1  136:6
140:6  297:3
**hang**  136:23  169:21
190:13
**hanging**  39:14  170:2
**happen**  13:21  42:10
66:6  67:18, 25  68:2
76:15  91:22  136:7
147:14  159:16  171:5
191:4  225:3  226:5,
13  254:21, 23  266:21
277:16, 17, 18  284:10
309:18  327:15
**happen,**  68:10  69:10
**happened**  12:17  15:4
27:7  32:3  33:12
42:5  65:14, 15  66:9
67:15  76:14  79:9
84:16, 17  87:13
96:14  97:14  102:23
103:14, 15, 16  104:22
109:2, 15  119:19, 20
123:24  132:21
144:21, 25  146:12
147:9  150:10, 11, 12
154:15  157:7  162:14,
16  164:19  183:14
201:18  202:2  210:10
223:14  224:9  226:14,
17  235:10  254:1
263:20  264:3  265:18
276:25  277:1, 6, 7, 8,

9, 11, 14  278:3, 17, 23
279:2  282:25  284:4
285:11  294:6, 7
306:9  311:13  320:19
321:4  326:18  335:11
**happened,**  119:18
**happening**  117:3
150:22  298:1  301:3
307:23  329:3
**happenings**  129:23
216:16
**happy**  34:15  42:17
55:4, 8  119:23  122:9
198:12  203:2  209:13
211:3  220:9  227:15
272:10, 19  291:2, 6,
14  300:10  310:23
322:15  327:5
**harass**  31:5, 6, 10, 15
186:18  206:9
**harassed**  28:3  36:8,
11  84:24  87:4, 5
110:13, 17  156:20
162:9  201:3, 6
206:10  277:3  279:15
292:5, 11  313:1
**harasser**  152:5
**harasser's**  152:5
**harassing**  79:13
200:23, 25  283:11
285:23
**harassment**  27:22
28:19  37:24  44:22
61:1  81:19, 22  85:4,
9, 10  86:22  87:1
89:1  97:20  98:1
99:10  101:21  104:12
152:3  155:16  156:1,
7  157:21  161:6, 19,
22, 22  162:5  163:1
176:2  186:12, 22
194:12  200:21, 22
203:15  204:7, 13, 17,
20  205:17  206:4
232:12, 15  268:2
271:15, 18  281:5
296:17  298:13
299:11

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

hard  5:9  144:12
182:19  268:25  269:1
271:2  310:17  332:25
harder  5:12
hash  263:21
hated  215:13
hating  273:2
hats  9:22
head  39:15  116:16
154:2  219:3  242:24
headphones  212:18
heads-up  76:25
health  249:14
hear  28:24  73:22
85:13  92:3  100:3, 4,
10, 12, 13  124:1
141:15  144:16
209:25  212:15
223:24  224:1  228:18
235:22  254:3  255:15
266:18  274:20  303:3
315:19  324:24
329:23  330:16  334:3
heard  65:17, 18
70:21  88:25  108:12
109:13  110:7  135:8
137:11  145:15, 16
171:1  203:14  231:15
254:6  266:10  267:8
332:11
hearing  209:24
232:11, 14  267:18
hears  5:13
heart  112:19
heavier  200:8
heaviest  199:8
heavy  39:14  167:4
Hebrew  206:13
held  152:8  158:2, 22
176:1  296:16  298:4
299:9  300:12  315:7
hell  323:16
Hello  100:9  222:13
help  9:18, 22  16:19
40:14  83:8  216:5
229:2  239:10  316:7
323:5  331:1
helpful  146:24  151:4
232:10

helping  190:19
hereunto  343:15
hesitant  28:15
hey  133:12  142:20
146:3  162:8  165:25
185:20  203:9  282:24
283:2  284:4  289:18
315:15  317:19
320:23  322:19, 23
Hi  233:24
hide  56:19, 24  57:4
hierarchy  14:19
high  55:13  187:4
higher  22:25  23:2,
16, 19  298:5
high-level  48:21
230:15
highlighted  295:11, 12
highly  206:24  207:1,
5
hints  189:18
hire  80:25  83:8
125:19  167:6  176:21
321:22
hired  9:13  13:25
83:1  112:11  113:2,
18  117:22  118:12
125:16  143:21
154:10  173:17, 19
219:17  229:22
hit  105:13  193:21
243:6  305:10, 13
hold  14:16  37:15
138:13  154:8  209:21
262:1  266:23  279:9,
20  297:3  299:14
306:3  331:25  334:21
335:21
holding  131:4
holds  203:25
holiday  75:11, 15
311:23
home  43:9  128:13
154:13  177:8  188:13
206:13  306:15, 16
homeowner  177:3
honest  43:7  45:2
122:3  149:23  157:4
176:6  332:11

honesty  183:16
hope  44:24
hoping  331:16
hopping  131:10
horn  20:18
horrible  41:8  110:5
255:6  313:3, 4
314:23  315:21
horrific  321:2
horse  223:17, 18, 19
hosted  132:16
hotel  52:25  53:16
55:7, 11, 16  72:21
74:2  128:8  187:10,
12, 17  216:20, 25
256:6  258:5  260:20
hotels  216:6
hour  119:23  211:3
272:10, 19  310:14, 23
334:16
hours  210:24  227:15
302:16, 18, 22, 24
334:1, 5, 15, 18
339:10, 16  340:10
house  7:20  41:2
42:21  43:9  112:2
171:21  183:11
191:14  264:9  315:8
321:25
housed  237:17  256:7
HR  85:2  96:24
156:11
Huh  268:7
human  209:9
hundreds  82:25
199:10  324:12
hung  41:17  121:3
131:13  187:22
hurt  102:17  152:15,
16  153:9  319:23, 25
335:12
hurtful  316:23
hurting  152:18
husband  40:24  41:17
315:11, 13  327:5
Hyatt  216:9
hypothetical  59:2, 5, 8
102:10
hypotheticals  297:15,

honesty  183:16
16

< I >
idea  84:21  114:19
150:18  163:11
168:13  185:14  187:2
220:11  274:2  298:2
329:20
ideas  163:9  164:25
identification  275:6
identify  45:25  70:14
idiot  81:6  309:10
311:2
ignored  183:3
ignoring  112:4
IHG  216:8
illegitimate  255:17
illogically  170:14
imagine  75:12  120:1
121:17, 18  273:14
imagining  254:13
immediately  33:8
290:18
impacted  298:1, 7
imparted  295:19
implement  234:25
243:13  297:6
implication  77:19
78:18  108:25  115:6
260:6
implications  176:5
implies  200:23
imply  177:9
implying  106:3
111:20
importance  287:18
important  235:25
279:5, 11  280:22
287:19
impossible  125:8
improve  163:10
323:6
inability  83:7
inappropriate  60:7
68:24  81:25  82:7
84:9, 11  88:9, 17
89:2  93:12  94:4, 11,
13  136:6  140:7
151:24  186:25
205:20

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

**inappropriately** 30:*17*, *21* 31:2, *22*

**incident** 130:*20* 227:9

**include** 146:*21* 275:5

**included** 24:*21* 105:5 184:*21* 311:*15*

**includes** 182:*1*

**including** 300:*23* 334:*16*

**inclusive** 343:*10*

**income** 309:*12*

**incompetency** 81:*14* 198:*23* 205:*25*

**incompetent** 82:*21* 198:*21*

**Incorrect** 79:*10* 178:*3* 230:*24* 231:8

**incorrectly** 234:*15*

**increase** 16:*20*

**increased** 13:*15*, *18* 86:*18* 179:*11*

**independent** 20:*1*, *2*

**indicated** 37:*22*

**indicating** 77:*12*

**individual** 194:*4*

**individuals** 255:*6*

**infinite** 261:*5*

**influence** 10:*11*, *12* 48:*25* 180:*18* 332:*17*

**inform** 76:9 150:*20*

**information** 6:*16* 48:*21* 58:7 105:*18* 147:*25* 228:*11* 230:*20* 233:*15* 234:5 236:*16*, *22* 237:*1* 242:*12*, *13*, *23* 244:*17* 249:2, *5*, *15* 257:*25* 258:*1*, *3*, *19*, *21* 277:*21*

**informed** 66:*25* 150:*16* 222:*22*

**infrastructure** 241:*6* 243:*13*

**ingrained** 287:*24*

**in-house** 96:*24*

**initial** 229:*21*

**initially** 14:*1* 197:7

**initiative** 180:*16*

**initiatives** 11:*12*

**inject** 103:*10*

**inner-workings** 49:*3*

**in-person** 295:*24*

**insecure** 250:*18*

**inside** 26:*15* 153:*12*, *13* 168:6 231:*21*

**insinuate** 189:9

**insinuating** 44:5 63:8

**instance** 13:*13* 46:5 102:*3*

**instinct** 144:*4* 308:*11*

**instruct** 69:5 274:*11*

**instructed** 5:6 258:*17*

**instructing** 69:2

**instruction** 69:6

**intellectual** 153:*16* 332:*16*

**intend** 192:22

**intent** 312:*18*

**interacting** 178:8 184:*13* 313:*11*

**interaction** 326:7

**interactions** 295:*24* 307:*15* 312:2 329:*25* 330:8

**interest** 10:*25* 16:*14* 83:*4* 167:5 183:8 321:*23*, *24*

**interested** 167:*24* 191:*16*

**interests** 10:*21* 26:22 48:*25*

**interject** 166:2

**intern** 59:*21* 66:*24* 82:*24* 83:2 113:*10* 126:*22*, *23* 127:*1* 225:*24* 276:*6*

**interned** 113:*13*

**internship** 66:8, *14*, *20* 67:*3* 74:*20* 113:*10* 143:*22* 224:*22* 273:*22* 282:*13*

**interrupt** 5:9 44:9 91:*11* 93:*25* 166:*11* 203:*10*, *12* 273:*24* 274:*11* 276:*19* 292:*15*, *20* 293:*24*

**interrupted** 95:*2*, *3*

**interrupting** 229:*1* 270:*10* 292:*24*

**interview** 14:2, *7* 17:*16*, *21* 18:*1*, *4*

**interviewed** 14:*1*, *3* 17:*16* 18:*10* 113:*12* 174:*5*

**intimate** 49:2 187:*6*, *7* 188:*22*, *23* 318:5

**intimidated** 321:*11*

**intimidating** 85:*16*

**introduced** 148:*4* 187:*1* 218:*24* 220:*12* 222:*6*

**intuitive** 309:*1*

**investigate** 278:*11*

**investigation** 278:5 279:6, *12* 280:22 281:*5*, *15*

**investigations** 284:2

**invitation-only** 132:*10*

**invitations** 259:*10*

**invite** 16:*19* 317:*18*, *21* 318:*23*

**invited** 14:2, 6, *12* 16:*16* 56:*25* 143:*22* 154:*12* 333:*10*

**inviting** 211:*3*

**involved** 161:*14* 221:5 222:8, *17* 298:*3* 299:22 333:*16* 337:*10*, *13*

**iPad** 171:*22*, *23* 264:*10*

**Iran** 235:9, *14* 327:*15*

**irresponsible** 193:*14*

**ISIS** 236:2, 8 254:*16* 255:*10*, *18* 260:*25*

**Islamic** 176:*23* 230:*18*

**Islamism** 11:5

**Islamist** 11:*13*

**Israel** 18:*25* 46:5 47:*11* 48:6, *12* 49:*17* 50:*23* 51:20 53:5, *24* 55:*20* 56:6, *10* 57:*1*, *8* 60:2, *6*, *21* 61:*3* 64:*8*, *13* 65:*25* 74:*16* 79:9 84:*17*, *23* 104:*23*, *24* 105:*1* 111:*3* 124:*22* 125:*3*, *7*, *24* 140:*10* 142:*15*

**144**:*1*, *2* 147:*10* 150:*12* 193:*16* 201:*8*, *22* 210:*5*, *10* 224:*10* 270:*25* 273:*15* 277:*19* 310:*16*

**Israeli** 177:*8*

**issue** 53:*15* 163:*18* 193:*19* 223:*18*, *20*

**issues** 27:*21* 28:*19* 118:*20* 235:*15*, *18* 288:*6*

**it,** 70:*22*

**its** 163:*10* 331:*15*

**< J >**

**janitor** 26:*15*

**January** 124:*16* 142:*7* 144:*9* 158:*21* 161:*20* 162:*21*, *22*, *24* 164:6, *8* 241:*25* 250:*9*

**Jason** 51:*11*

**JCPA** 19:7

**JCRC** 20:5 327:*1*

**JENNIFER** 2:*16* 3:*11* 334:*7*

**jeopardize** 224:*20*

**jeopardized** 298:*4*

**jeopardy** 38:5 304:*21*

**jerk-off** 191:*8*

**Jersey** 7:*10* 19:*21*

**Jewish** 18:*24* 19:*1*, *4*, *12*, *14*, *15*, *19* 229:6, *16* 230:*21* 231:*14*, *19*

**Jihadist** 176:*23*

**JNS** 221:*16*

**job** 9:6, *9* 13:*19* 26:2 28:*17* 55:6, *10* 58:*17* 64:*18*, *24* 79:*25* 83:2 86:3, *5*, *9*, *24* 102:*4* 112:*6* 113:*16* 121:*18* 153:*24* 176:9 177:*12* 199:*11* 216:*24* 218:*15* 219:8 225:*25* 226:*3* 234:9 236:9 286:*15* 290:2, *9*, *20*, *20*, *21* 298:3 304:*19*, *20* 323:2, *3*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**jobs**  9:2  54:13
  113:16  170:8  177:6
  217:4  254:25  255:7
**Joe**  327:16
**join**  283:12
**joke**  146:2
**judge**  4:25  5:2  6:22
  35:11  69:16, 20, 24
  73:9
**judicial**  212:11
**Judy**  21:1
**July**  9:15  18:19
  251:1
**jump**  166:10  289:10
**jumping**  166:4
**June**  9:15  11:18
  13:2  18:16, 18  335:9,
  17  336:3
**jury**  6:22
**juvenile**  95:8

**< K >**
**Kassam**  135:2, 3, 4, 5,
  6
**keel**  328:6
**keep**  4:20  5:7, 20
  6:1  16:2  43:12
  72:12, 15  89:15
  90:17  140:24  181:3
  199:2  200:10  208:18
  213:24  223:22
  249:25  251:10  254:5
  270:1, 4  274:22
  300:18  302:24  328:3,
  6
**keeping**  199:3  210:23
**keeps**  328:14
**kept**  112:22  116:16
  172:12  188:5  246:13,
  14  327:18  328:15
**Kevlar**  256:2
**key**  48:24  256:2
**kid**  55:14  100:22
  316:5
**kidnaped**  254:13
**kind**  5:2  9:4  10:9
  50:2  136:15  138:11
  141:19  168:20
  179:23

**kinds**  188:21  302:7
**kitchen**  54:8  265:19
**knew**  26:8  27:16
  28:15  57:11, 19  58:8
  98:7  102:25  106:3
  108:23, 24  109:1
  114:23  150:15
  154:23  156:20
  187:25  188:5  190:22
  197:3  201:1  204:5
  226:13  238:17  241:3
  254:14  282:16  286:8
  290:18  294:11, 14, 16
  316:10  319:19
  337:21
**knife**  63:20  64:4
**knock**  95:9
**know**  4:17  6:8  9:20
  10:11  11:5, 7, 14
  12:5  15:2, 7, 10, 11,
  13, 19, 23  16:1, 3
  17:5  18:2  19:22, 23
  20:4, 4, 23, 25  21:1, 9,
  11, 24  22:5, 9, 22
  23:13, 14, 15  24:3, 11,
  24  25:1, 2, 19, 24
  26:7, 11, 15, 23  27:2,
  16, 17, 20  28:8, 12, 16,
  18  29:3, 25  30:4, 13
  32:17, 21, 24  33:2, 13
  35:1  37:11  38:4
  39:3, 13, 22  40:9
  42:25  43:6, 17, 23
  44:12, 16  45:1, 3, 6, 9,
  14  46:2, 19, 21  47:19,
  25  48:1, 17, 25  49:6
  50:16  51:23  52:5, 7,
  10, 17  53:8  54:1, 5,
  16, 17  55:12  57:3, 5,
  16, 21, 22  58:25
  59:11, 15, 23  64:11
  66:4, 7, 15  68:12
  74:17, 18  75:24
  76:14, 24  77:7, 7, 14
  78:9, 15  80:3, 8, 18
  82:15, 16, 19  83:10
  96:22  97:13, 22  98:5
  99:3  106:1  107:8, 17
  108:16, 19  110:1
  111:2, 2, 7, 11, 14, 15

  113:4  114:3  115:4, 6
  117:3  118:13  120:23
  122:17  123:2  124:1
  125:17, 20  127:22, 23
  128:16, 19  129:14, 15
  130:6  131:4, 13, 19,
  20, 21, 21, 22  132:8,
  13  134:16  135:7, 15,
  18  137:4, 21  138:2, 3,
  7, 9  139:18, 24
  140:15, 23  141:5, 11
  142:4, 11, 22, 25
  143:1, 5, 6, 17  144:4
  146:9, 23  147:17, 18,
  21, 22  148:5, 8, 9, 10
  150:19  151:1, 10, 20,
  24  152:12, 12, 17, 19,
  24  153:19  154:1
  155:7, 10, 14, 19, 20,
  25  156:9, 19, 19
  157:5  158:10, 14, 16,
  21  159:12  160:11, 16
  161:11, 24  162:4, 7, 9,
  10  163:20, 22  164:22,
  25  165:11, 13  166:4,
  20, 21, 24, 25  167:5, 7,
  9, 14  168:2, 22, 24
  169:16, 20, 24  170:7,
  16, 18, 19, 20, 20, 24
  171:15  172:4, 14, 25
  173:1, 3, 9, 20, 24
  174:20  176:4, 11, 15,
  19, 22  177:3, 5, 13
  178:12, 16, 21  179:6
  180:2, 8, 18  182:6, 14
  183:11  184:3, 10, 16,
  17, 21, 22  186:16
  188:1, 9, 11, 20  189:4,
  19, 20  192:1, 2, 3, 9
  193:12  194:15
  197:14, 20  199:5, 17,
  20, 21  200:4, 8, 9, 11
  201:14  203:11, 14, 19
  205:15, 16  206:5
  207:1, 8, 9, 17, 18, 19,
  19  209:5, 11, 19
  210:6, 8, 21  211:4, 21,
  24  212:4  213:17
  214:2, 2, 11  215:3, 9,
  10, 24  217:1, 8, 9

  218:20  219:23  220:3,
  11, 13  221:7, 25
  222:2, 6, 19  223:1, 1
  224:19, 25  225:1, 7,
  13  226:4, 5, 9, 12, 14
  227:16  228:6, 7, 9
  229:4, 9, 10, 11, 11, 12
  230:12, 23  231:1, 7,
  21  233:4  234:9
  235:7, 9, 12, 19
  236:24  237:7, 11, 11
  238:6, 11  239:3, 10,
  12, 16  240:13, 17, 20,
  22  241:21  243:22
  244:15  245:1, 3
  246:9  248:17, 21
  250:16  251:1, 3, 12,
  18, 21, 24, 25  252:18,
  22  253:6  254:8, 15
  255:12, 22, 23  256:4,
  22  258:16  259:14, 15
  260:3, 5, 9, 13  261:5,
  17, 17, 19, 22, 23
  262:4, 6, 18, 25  263:8,
  10, 11, 20, 21  264:8,
  16, 20  267:9, 12, 13,
  15, 24  268:3  269:3
  271:5, 10  272:1, 8, 18,
  23, 24  273:6, 7, 13
  274:6, 15, 17, 24, 25
  275:3, 7, 7, 22, 25
  276:3  278:24  279:3
  282:19  287:8, 14
  290:18, 22  291:10
  294:14  295:17, 22
  296:18, 21  301:3, 23,
  24  302:4, 11  303:9
  304:17, 21, 23, 24
  305:1, 4, 12  307:7, 9
  308:4, 14  309:4, 5, 18,
  23  310:1  312:16, 18
  313:7, 19, 24, 25
  314:10  315:16, 17
  318:2, 2  319:9, 10
  320:6, 12  321:18
  327:3, 12  328:5, 7, 23
  329:3, 20  333:3
  335:8, 10, 19  336:2, 4,
  5, 6, 16  337:24  338:1,
  2, 4

Deposition of Matthew Bennett                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

**knowing** 78:*10*
100:*21* 143:*23*
163:*21* 183:5 289:*23*
**knowledge** 7:*1* 14:*23*
26:*25* 28:*22* 29:6, *22*
34:*21* 35:*18* 48:*18*
49:*2* 58:6 59:*1, 3*
67:*10* 74:*25* 75:4, 8
115:*11* 148:*2* 151:*16*
198:*22* 200:*24* 202:4
232:7 335:*15, 17*
**known** 28:2 68:*16*
81:*1* 155:5 333:2
**knows** 60:*25* 278:1

**< L >**
**lacks** 269:*18*
**Lane** 7:*9*
**language** 179:*17*
**lap** 37:*17* 120:*19*
140:*14*
**Lara** 22:*1, 11* 81:*12,*
*18* 82:2, *20* 83:*3, 6,*
*11* 198:*19* 199:*17*
200:*17, 18, 24* 208:*3*
321:*13*
**Lara's** 22:5 83:2, *15*
113:*21*
**large** 85:*16*
**late** 132:*24* 220:2
**laugh** 30:*8, 10*
**laughing** 231:*20*
267:*21*
**launched** 9:*16*
**Laura** 21:*13, 22, 25*
22:2 81:*13, 18* 82:2
198:*19* 199:*17* 208:*4*
321:*14*
**Laura's** 83:*17*
**LAW** 2:2 60:*24*
132:*25* 198:6 246:*18*
275:22, *23*
**lawsuit** 36:5 290:*9*
315:*17, 20* 324:*21*
326:*20* 340:*13*
**lawsuits** 312:*21*
323:*18* 324:*17*
**lawyer** 4:*21, 22* 5:6
202:*25* 287:*1, 2*

**lawyers** 44:*2* 192:*8,*
*16* 209:*14* 324:*4*
329:*8*
**lay** 16:*17*
**lead** 165:*3* 169:*13*
**leader** 86:*16* 167:*25*
269:*10* 307:*24* 317:*4*
**leadership** 269:*13*
291:*19*
**leadership-type** 16:*17*
**leading** 202:2
**leads** 39:*24* 228:*10*
229:*5, 12, 16*
**Leah** 59:*11, 15, 16, 23*
65:*2, 11, 23, 24* 72:*21*
74:*1, 13, 18* 75:2, *24*
76:6 78:22, *25* 79:5
103:*14* 104:*20*
108:*23, 25* 121:*17*
140:*10, 11* 223:*25*
224:2, *5* 225:*15*
273:*15, 19* 282:4, *6,*
*15, 24* 283:*21* 284:2
**L-E-A-H** 59:*16*
**Leah's** 75:*13*
**learn** 65:*10* 188:*7*
222:*25* 224:*17* 251:*8*
**learned** 57:*25* 58:*7*
65:6 123:*23* 141:*6,*
*12* 204:2 221:*4*
222:*17, 24* 241:*20*
**learning** 143:*25*
289:*22*
**leave** 47:*19* 55:*15*
114:7 130:*19* 136:*15*
168:*25* 190:*25, 25*
210:22 259:*21, 25*
260:*11, 18* 272:*20*
**leaving** 168:*21*
191:*20, 21* 318:*22*
**Lee** 20:*19* 24:*4, 5, 23*
25:*20* 30:7 79:*19*
81:*12* 267:*23*
**Lee's** 25:2 234:*24*
**left** 7:*22* 11:*25* 12:*4,*
*23* 13:*11* 17:*12*
25:*21* 27:*17* 40:*21*
41:*6, 10, 23* 42:6
51:*19* 57:*19* 75:5
82:*18* 83:*11* 85:*24*

86:*19* 121:*3* 122:*6*
127:*11* 139:*19*
158:*13* 162:*17*
166:*20* 167:*1* 169:*11*
173:*7* 183:*6, 18*
190:*18* 191:*4* 200:*6*
205:*24* 251:2 252:*1,*
*2* 271:*16* 283:*22*
285:*10* 290:*15*
321:*20* 322:*1* 326:*3,*
*22* 327:*9* 329:*9*
333:*10*
**legal** 275:*23, 24*
281:*3* 299:*18*
**legitimate** 79:*18*
**legs** 28:5
**LEIGH** 2:7 166:5
**letter** 32:8 37:*9, 11*
77:*13, 15* 78:*16*
107:*18* 109:*1* 116:2,
*19* 117:*7, 9, 11* 150:*3,*
*5, 19* 169:*19* 176:*2, 4*
195:*20* 205:*6* 207:*13*
222:*5, 9, 12, 22* 224:*7,*
*7* 230:*7* 273:*4* 326:*4*
**letters** 9:*17*
**letting** 154:*22, 22*
221:*24*
**level** 36:*22* 38:*1, 6*
261:*5* 266:6 271:*4*
**leveled** 196:*23*
**levels** 259:*18*
**leverage** 48:*23*
**liaison** 219:*17*
**liar** 308:*9*
**Liberty** 2:8
**Libre** 130:*25* 132:*3, 4*
**licensed** 241:*4*
**lie** 71:*15* 268:*12, 17*
311:*4*
**lied** 170:*11* 268:*15*
**lies** 39:*20, 21* 71:*1,*
*25* 197:*13* 298:*20*
316:*15* 325:*14*
**life** 16:*22* 38:*23*
39:*1, 8, 9, 14* 43:*12*
49:*21* 100:*23* 104:*11*
105:*22* 162:*2* 176:*11*
187:*7* 188:*13, 23, 24*
217:6 280:*16, 21*

285:*8* 286:*13, 16*
288:*4* 291:*3, 13*
308:*16* 311:*8, 14, 15,*
*24, 24, 25* 313:*7*
318:*5* 325:*11* 327:*4*
329:*11*
**lifted** 140:*13* 166:*18,*
*21*
**light** 226:*1*
**liked** 163:*10* 215:*14*
**limit** 192:*11, 18*
307:*15* 329:21, *24*
330:*7*
**limited** 192:*23* 340:*14*
**line** 38:5 95:*25*
106:2 125:*14* 172:*16*
184:2 221:*17* 267:*13*
271:*13* 275:*25*
312:*14* 332:2 333:*20*
**lines** 100:*21*
**link** 239:*16*
**linked** 224:*23* 234:*18*
**LISA** 1:*4* 3:6 4:*4, 7*
32:9 33:*4* 34:*23*
36:*4, 7* 39:*3* 40:*5, 8*
42:*11* 43:*19* 46:*12*
47:*24* 51:*25* 57:*3, 7*
60:*19* 61:*11* 63:*1*
64:*16* 76:*4, 6, 8* 77:*4*
78:*21* 79:7 80:*10, 11*
82:*25* 84:*16, 22* 85:*3,*
*8, 20* 102:*17* 103:*4, 7,*
*16* 105:*1, 6, 12* 108:*7,*
*8* 110:*14* 111:*3*
117:*24* 119:*4* 120:*15*
122:*11, 25* 123:*14*
124:2 126:*16* 127:*14*
128:*19* 129:*10* 134:*9*
136:*4* 137:*11* 138:*1*
139:*11* 140:*5, 14, 15,*
*22* 142:*14* 143:*11*
147:7 148:*11, 17, 21*
149:*10, 15* 150:*9*
155:*4* 167:*1, 17*
168:*16* 169:*14, 20*
170:*18, 21, 23* 171:*3,*
*8* 172:*4* 179:*24*
182:*11* 183:*9* 191:*15*
193:6 196:*23* 200:*16,*
*25* 201:*2, 4* 202:*19,*

Deposition of Matthew Bennett                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

21 203:8 204:24
208:7, 9, 25 209:8, 20
210:9, 13 212:23
216:5, 19 217:14
220:5 224:13, 24
226:6, 15 231:13
267:5 269:15 270:16
272:22 287:3 288:12,
25 290:23 306:19
311:8 313:10 315:9
319:21 320:4, 14
321:23 325:17 333:9
335:8 338:20 340:10,
12
LisaBarbounis@gmail
257:11
Lisa's 40:6, 22 41:17
43:1, 18 61:3 140:24
181:24 192:14 193:2
216:24 218:15 266:3
327:5
list 148:24 230:9, 10,
11, 13, 18, 19, 19
231:10 232:1, 2, 3, 5
238:1, 4, 23 239:4
241:8, 16, 24
listed 158:12 173:12
194:1 252:21, 22
Listen 279:17 285:3
294:17 334:20
listening 206:14
319:18
listing 163:15
lists 230:17
little 91:4 112:20
139:21 147:20
151:19 215:22
311:12 312:24
live 7:6 177:4
lived 315:2
livelihood 112:7
309:13
lives 105:4, 20
122:15 310:24
311:22 313:2, 8
living 8:2
lobbing 92:18, 19
local 20:3, 5, 5 219:4
249:24

locate 239:10
located 20:9
location 174:7
176:24, 25 256:8
locations 187:23
logical 48:17 64:14
80:8 117:25 318:15,
17 333:8
logically 114:1
login 237:14 249:16
logins 237:19
logistically 284:15
logistics 259:14
London 105:14
311:9 313:9
long 7:13, 19 18:4
19:9 25:1 53:14
94:18 113:8 114:15
123:25 126:5 128:22,
25 148:8 200:12
254:4 269:1 271:16
283:1 288:1
longer 44:10, 15
85:23 120:14 121:1
155:6, 6 157:15, 16,
22 158:23 161:7
188:17 197:22
302:15
long-winded 91:5
look 28:16 38:14
39:6 43:8 77:20
86:10 100:22 116:11,
21 152:20 153:4
155:10 168:8 172:7
179:8 184:14 191:7
193:22 194:18 196:7
210:3 212:8 213:8
214:13 227:2 228:14
236:1 237:12 240:17
244:23 246:4 250:2
253:19, 19 261:19
262:16 269:5 270:9
273:7 282:8 287:1
311:4 312:12 322:18,
23 323:1
looked 53:13 130:8
141:22 159:6 262:12
332:23

looking 86:3, 8
143:20 153:2 197:5
248:17 262:2 322:8
looks 77:13 213:12
215:3 216:1 220:21
224:4 244:5, 18
245:23 257:14
losing 79:24 176:9
lost 100:8, 22 105:24
139:16 187:21
188:11 288:4 305:19
lot 5:22 61:23
117:13 133:24, 25
135:25 188:10
197:12 220:7 241:20
257:3 303:5
loud 221:23
love 187:4
lower 217:18
lowest 100:23 288:3
loyal 148:9 289:6
lunch 46:13 59:6
61:8 63:2 122:12
138:17 139:3 183:22
219:14 282:8
lurch 191:1
luring 72:21 74:1
LUU 2:16 3:11
lying 30:23 62:22
63:10 71:8 94:8
183:20 311:3 317:25

< M >
mad 316:22, 23
magazine 236:4
255:11, 21 261:2
magic 101:19
mail 177:6 307:11
Mailchimp 230:5, 6,
11 242:15 259:12
262:15, 17
mailed 259:11
mailer 230:7
mailing 232:1
main 115:20 176:12
271:24 331:19
maintained 155:15
maintaining 249:14
major 285:7

making 60:9, 11
67:22 97:15 108:14
109:3 137:7 163:12
242:11 250:8 258:23
276:10 298:9 303:4
malicious 170:23, 23
man 51:7 55:8
88:16 257:1 261:1
307:24
manage 240:20
management 291:6
299:21
manager 14:9 80:4
86:16 110:20 155:9
200:9
managing 26:3
147:16 172:24
229:24 242:25
327:11
Manalapan 7:9, 11
Mandeles 21:5, 23
199:18
maneuvered 313:21
Manhattan 8:5
manipulated 121:15
288:2, 7 314:13
322:7
manipulating 170:7
184:6 290:7, 13
manner 32:23 140:7
mapping 239:9
Marc 162:7, 12
March 12:4, 11, 23
13:2 75:21 86:19
124:24 130:9, 12
159:11 162:17
165:21, 23 167:2
168:23 177:24
179:10, 19 249:18
252:10
Mark 162:13 251:7
271:17 279:1
marker 12:18
Market 2:3, 8, 13
20:10, 13 61:20
marketing 22:23
153:16 218:22
Marnie 20:19, 20
27:9, 13 32:9 33:4
47:22, 22, 23, 25

51:21  52:2  65:13, 14
75:12, 20  76:12  77:4
85:1, 19  102:16
103:5, 7  107:3  108:7,
8  110:14  113:11
115:17  123:8  124:2
126:16  127:15
129:11  131:8  134:12
137:11  148:11, 17, 21
149:8, 14  156:11
162:11, 12  168:3, 16,
18  169:5, 14, 17
170:1, 6, 17, 18, 21
198:24  201:20  208:7,
8  210:11, 12, 13, 19,
23  212:23  220:13
224:6, 13, 24  226:5,
14  237:25  238:25
241:14  246:13, 24, 25
252:7  272:23  273:14
287:1  288:10, 25
290:18  291:22
304:25  306:21  308:8,
19  320:4, 7, 14

**Marnie,**  209:1, 8
210:20  211:2
**Marnie's**  244:9, 19
245:24  246:12
**marriage**  104:2
327:14
**Marseille**  59:21
**master's**  83:3
**match**  210:4
**material**  194:8
**M-A-T-P**  195:22
**Matt**  28:6, 7  35:3
36:19  42:1  50:4, 5
60:14  89:6, 7  97:8, 9
109:20  121:8, 13, 24
122:13  139:2  148:7,
9, 11  151:2  152:24
159:3  160:16  163:23
164:4  165:14  170:13
172:7  179:6  193:19
195:9, 19  212:19, 23
266:23  277:15
279:20, 20, 21, 21
282:24  285:14
289:21  290:3  291:12
293:23  298:18, 18, 23

312:8, 10, 12  314:14
315:15  318:7, 17, 18,
19, 20, 22  319:14
323:19  340:21
**MattBennett@gmail**
257:10
**matter**  3:6  4:7
99:12, 14  120:8, 9
185:3  205:3  223:25
224:2, 5  225:15
236:10  253:3, 18
286:8  331:20  332:13,
13  343:13
**matters**  34:6
**MATTHEW**  1:12
3:5, 20  7:5  149:15
194:10  342:3
**M-A-T-T-H-E-W**
195:18
**M-A-T-T-P-B-E-N-N-E
-T-T**  195:25
**Mattpbennett@gmail.c
om**  195:17
**McNulty**  30:19, 23
36:10  80:10, 11
110:14  127:16
129:10  134:7  139:12
140:5  154:14  185:4
186:11, 19, 25  193:5
196:23  204:25
340:16
**McNulty's**  186:7
306:20
**mean**  9:24  11:4
12:9  14:22  15:1, 3
17:8, 10, 13  18:9
21:7  23:4, 6  26:16
30:8  33:19  38:3, 12
39:18  40:10  41:2, 14,
19  45:1  48:1, 9
49:12  53:10  54:2, 12
55:12  57:9, 16, 24
59:5  60:16  61:22
65:16  77:10  94:2
99:4, 23  100:22
115:20  117:12  118:6
124:19  125:1, 17
130:5  131:22  133:24
135:4, 22  136:1, 17
137:2  138:22  141:9,

17  145:18  152:14
153:14  156:18, 25
158:11, 13  162:18
163:4  165:10  166:20
168:1  172:22  173:24
174:23  176:6  177:23
179:9  180:1  182:18
184:17  186:14
187:11  189:2  191:24
193:21  197:8  198:19
199:11, 18  201:24
202:13, 15  209:1, 10
210:3, 6  211:15, 24
212:23  214:7, 11, 11
215:1, 4, 8  217:3, 4,
12, 21  218:3  219:11,
15, 19, 22  220:16
222:4, 16  227:24
228:13  229:13
231:20  233:24
234:19  235:3, 11
236:4, 23  237:2, 11,
12, 15  238:8, 14
242:20, 21, 23  243:21
244:23  245:2, 19
246:4  248:15  249:19
250:2  252:2, 17
253:2  254:8, 10
255:21  256:3, 12, 14,
22  257:12  259:18
260:15, 23  262:24
263:17, 18, 24  265:12
266:1, 10  267:8, 12,
18  268:23  271:24
273:20  275:13  276:4
279:9  283:18, 20
286:21  292:2  293:20
294:12  297:1  302:4,
7  303:8  306:23
307:6  308:1  309:22
310:19  322:5  324:13
326:19  328:22  330:4,
10  336:21, 23  337:1,
2, 21  338:12  340:5
**meaning**  5:23  183:9
240:7
**means**  125:13  173:4
222:9  284:20  293:20
**meant**  134:22  246:2

**measure**  182:8
**media**  218:22
**medium**  215:7
**meet**  77:1, 3  106:16
114:24
**meeting**  12:20  32:7
33:1, 8  37:14  85:14
86:2  106:13  107:21
109:7  110:3, 9, 23
111:17  112:20  113:6
115:19  118:8  120:12,
12, 24  141:16  145:3,
3, 6, 13  146:11  148:4,
13, 14, 25  149:3, 4, 20
150:2, 4, 10  154:16
156:17  157:7, 9, 14
158:22  159:24  160:1,
24  161:2, 18, 19, 21
162:17, 19, 25  163:3
164:11  173:2, 15, 23
174:11, 16, 19  175:2,
14, 19  176:1  178:3, 6,
19  202:12  203:16, 18
204:1, 6  225:11
226:18  244:22
245:10, 18  246:3, 7
262:21  263:2, 4
269:3  284:20, 23, 25
285:5  286:20  288:18,
22, 24  289:13  293:15
296:15  299:9, 23
300:12, 16  301:5, 7
304:6  306:25  310:12
328:5  330:1  331:23
**meetings**  9:19  10:3
15:20, 20  48:20
61:24  82:25  113:22
199:10  217:25
239:11, 12  269:1
291:8
**MEF**  33:10  34:8
49:13  99:9  135:7
158:21  179:9, 18, 19,
25  190:25  191:1
194:6  213:10  229:15,
17  231:24  232:9
233:15, 22  234:5
235:15, 24  236:16
237:5, 20, 21  238:3, 7,
9, 10, 23  239:1, 5

242:*12* 247:*7, 11* 249:*11* 256:*14* 257:*6* 258:*18* 282:*25* 284:*11* 287:*16* 300:*12* 307:*16* 313:*11* 314:*17* 326:*3, 22* 327:*9* 329:*9* 336:*22* 337:*10*

**MEFO** 335:*5*

**MEForum** 253:*4*

**member** 23:*23* 151:*15*

**members** 16:*13* 17:*12*

**memo** 249:*20*

**memory** 287:*25*

**menial** 217:*19*

**mental** 112:*4, 9* 322:*11*

**mention** 65:*8* 98:*11* 255:*10*

**mentioned** 23:*4* 37:*10* 47:*12* 49:*16* 77:*20* 96:*9* 103:*11* 107:*6* 108:*18, 20* 111:*10, 13* 115:*3, 10, 23* 147:*8* 185:*10* 193:*3* 201:*23* 224:*11* 226:*25* 227:*1*

**mentioning** 118:*25* 119:*12* 205:*14*

**mentions** 111:*15*

**mentor** 185:*16*

**mentored** 154:*11*

**Mercer** 7:*9*

**mere** 182:*16* 193:*9* 254:*24*

**Merit** 1:*16* 343:*8*

**Merville** 59:*11, 15, 16, 23* 65:*2, 11, 23, 25* 72:*21* 74:*1, 13* 78:*22, 25* 79:*5* 121:*17* 273:*19* 282:*4, 6* 284:*3*

**M-E-R-V-I-L-L-E** 59:*16*

**Merville's** 283:*21*

**mess** 5:*17*

**message** 48:*7* 49:*14* 50:*1, 21* 77:*3* 106:*14* 114:*24* 115:*8, 15*

116:*3* 161:*9* 202:*12, 17* 203:*8, 20* 209:*5, 11* 210:*7, 25* 211:*7* 213:*22* 214:*18* 216:*1, 4, 10, 12* 220:*21, 23* 221:*1, 1, 11, 22* 222:*3* 225:*8* 227:*21* 228:*5* 248:*24* 291:*25* 293:*11* 295:*22, 25* 296:*7* 328:*1, 12* 342:*10, 11*

**messages** 37:*5* 46:*23* 48:*5, 12* 50:*20* 63:*22* 64:*2, 5, 10* 104:*25* 167:*1* 191:*12* 201:*10, 12* 203:*4* 213:*18, 18, 19* 214:*4, 9, 22, 24* 216:*14* 226:*24* 245:*20* 259:*16* 296:*24* 329:*14*

**Messing** 12:*21*

**met** 19:*6* 65:*24* 112:*1* 145:*9* 148:*17*

**metadata** 202:*23*

**Meyer** 20:*20* 51:*21* 52:*2* 75:*20* 110:*14* 127:*15* 134:*12* 149:*15* 308:*19*

**Meyer's** 306:*21*

**microcosm** 311:*12*

**microphone** 5:*13*

**Microsoft** 240:*9, 13* 247:*22*

**MIDDLE** 1:*7* 3:*7* 4:*7* 8:*14, 22, 24* 9:*4, 5, 9* 10:*18* 11:*2, 2, 4, 17* 12:*7, 10, 17* 13:*20, 24* 14:*17* 16:*6* 17:*3, 7, 23* 19:*10* 20:*8* 22:*16, 19* 24:*7* 25:*3, 25* 31:*12, 16, 23* 54:*8* 79:*13* 83:*4* 84:*12* 85:*21* 88:*5* 126:*11* 145:*8* 155:*14* 156:*8* 158:*9, 17* 165:*19* 166:*16* 172:*19* 177:*21, 25* 185:*4* 187:*4* 205:*19* 252:*3* 254:*12* 274:*4, 9*

275:*2* 279:*13* 291:*6* 335:*6* 336:*17*

**Midtown** 41:*5* 122:*8*

**migrated** 252:*5*

**migrating** 251:*9*

**migration** 230:*2, 3*

**million** 153:*21* 310:*19*

**millions** 312:*22* 323:*10, 12* 324:*9, 12* 325:*19* 326:*1, 9, 15*

**mind** 45:*20* 46:*1* 71:*19* 104:*4* 152:*23* 170:*6* 180:*25* 185:*12* 196:*19, 20* 202:*1*

**minds** 71:*23*

**mine** 102:*24* 128:*12* 146:*20* 187:*8*

**mini-script** 341:*2*

**minute** 47:*12* 53:*13* 99:*24* 196:*7*

**minutes** 68:*18* 91:*6, 8, 10* 94:*20, 24* 114:*18* 125:*22* 181:*6, 7* 195:*2* 334:*9, 13, 16* 339:*10, 17*

**misconduct** 60:*20* 96:*5* 110:*20* 205:*21* 278:*6* 279:*7, 14* 280:*23, 25* 298:*12* 299:*11*

**misleading** 73:*1*

**missed** 312:*6*

**missing** 211:*5*

**mission** 10:*19* 84:*4* 170:*11*

**misspelled** 83:*18, 19*

**Misstates** 74:*6* 98:*3*

**mistaken** 14:*10* 156:*5* 186:*15* 197:*8*

**mistakes** 83:*21*

**mistook** 186:*15*

**Mm-hmm** 307:*3*

**mm-hmms** 5:*22*

**moderated** 156:*17*

**modicum** 122:*4*

**mom** 276:*4, 6*

**moment** 24:*5* 76:*19* 101:*6* 157:*25* 239:*3* 275:*3* 332:*20*

**moments** 248:*19*

**Monday** 130:*2, 18* 327:*25*

**money** 10:*8, 10, 16* 26:*2* 58:*18* 84:*5* 87:*16* 153:*19* 154:*7* 315:*23* 316:*13* 320:*5, 7* 322:*18* 323:*5* 332:*14* 336:*16, 20* 337:*10*

**moneys** 336:*24* 337:*1*

**monster** 112:*19*

**month** 11:*20* 41:*16* 314:*17* 326:*13, 13*

**monthly** 41:*21*

**months** 7:*14* 12:*5, 8* 13:*9* 15:*5* 18:*1, 3, 3* 25:*15, 18* 33:*17* 41:*7* 42:*8* 76:*19* 87:*9* 96:*14* 104:*21, 23* 111:*10, 11* 121:*16* 122:*19, 22* 157:*3* 164:*7* 183:*14* 215:*6* 219:*23* 227:*9, 13* 296:*11* 305:*20, 22* 311:*1, 13* 320:*21* 325:*10*

**morning** 4:*3* 114:*7, 9, 13* 119:*25* 138:*4* 195:*13*

**mortgage** 79:*25* 176:*10*

**mother's** 174:*13* 225:*10*

**mouth** 75:*13* 177:*22* 276:*24*

**Move** 29:*16* 34:*14, 15* 90:*20* 164:*21* 256:*11* 261:*18* 262:*19* 267:*10* 284:*6* 286:*14, 15* 329:*11* 330:*18* 337:*6*

**moved** 8:*5* 215:*15* 313:*20* 329:*11*

**movie** 145:*20, 25* 146:*5*

**moving** 116:*24* 163:*11* 183:*12* 223:*23*

**multiple** 71:*13* 187:*22* 190:*11*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

230:*17* 239:*7* 297:*21*
299:*10*
**mute** 70:*21* 71:*18*
228:22
**muted** 12:2

**< N >**
**name** 3:*11* 4:*3* 7:4
22:5 66:7 78:*16*
135:5 176:*17* 177:*6,
13* 193:9 194:*1*
195:*16* 224:*21*
243:*18* 246:*19* 258:*3*
294:*23* 315:*20*
322:22
**named** 21:*12* 22:*1*
134:*14, 18* 135:2
**names** 17:*10* 83:*18*
**narrative** 202:*1*
314:*24* 321:*16*
**national** 8:*11, 12*
**natural** 81:*10* 86:6
88:*20* 96:*17* 144:*4*
243:*21* 308:*11*
**nature** 53:25 55:5,
*10* 60:7 151:5
176:*21* 218:*3* 254:9
**NDA** 174:*10, 22*
175:*1, 6, 10, 18, 25*
176:*13, 16* 244:*1*
245:*1, 8, 9, 23* 246:5,
*7, 20* 284:*17, 25*
285:*3* 287:*15*
**NDAs** 175:*13* 177:*17*
244:*4, 9, 19, 21*
245:*17, 20, 22, 25*
246:*11* 284:*14, 19*
**near** 302:*18, 22*
**nearby** 8:5
**nearing** 143:*3*
**necessarily** 20:*23*
161:*12*
**need** 63:*12, 14* 92:2
93:*3, 7, 10* 95:*11*
99:*19, 21* 123:9
142:*21* 143:*11, 15*
153:25 167:25 179:6
191:*17* 203:*4* 213:8
252:*24* 269:*12, 13*
285:*14* 291:22

302:*13* 313:*16*
318:*20* 334:9
**needed** 9:*23* 21:*4*
64:*17* 66:*1, 14* 67:*1,
12* 72:*23* 74:*3, 13, 19*
75:*24* 130:*25* 152:*3*
161:*18* 210:22
224:*12* 235:*1* 237:*19*
241:*21* 251:*20* 252:*4*
253:*12* 320:*7* 332:*4*
**needs** 68:*2, 15, 25*
101:*19* 103:*8* 199:*1*
228:22
**negatively** 298:*1*
**negligent** 193:*13*
**neither** 24:*16* 84:7
**nervous** 66:5 263:*15*
**never** 27:5 31:*21*
33:*6, 14, 23, 23* 38:*13*
47:*14* 49:*25, 25* 50:9
64:*11* 75:*2, 3* 81:*21,
24* 85:*19* 97:*11, 16*
101:*11* 107:*13* 117:*7,
7, 9* 148:*12, 22* 158:*3,
4, 6* 164:*1* 172:*20*
175:*3* 183:*21* 185:*18,
22* 189:*15, 21* 192:*4*
197:*15* 200:*16*
204:*15* 207:*24, 24*
212:7 230:5 236:9
237:*8, 10* 241:22
248:*4* 252:*17* 258:*20,
21* 264:*7, 12, 16, 21,
24* 265:*2, 3* 267:8
270:*18, 20* 272:*13, 16*
276:*21* 278:9 282:*16*
283:*24* 290:*23* 291:9
308:*10* 314:*19, 21*
315:*19* 324:7 325:*16*
326:*17*
**New** 7:9, *17, 17, 20*
8:*1, 3* 19:*20, 22*
43:*10* 159:*19, 21*
162:*23* 198:8 211:*24*
220:*18* 286:*14, 15*
290:9, 9 297:6
329:*10*
**newborn** 43:8 315:7
**news** 9:*17* 83:*19*

230:6
**newsletters** 10:*14*
**nice** 288:*10*
**night** 61:*24* 129:*20,
25* 130:*3, 17, 18, 18,
20* 131:*16, 24* 133:*23*
304:9 337:5
**nightclub** 132:*14*
**nights** 128:*24, 25*
129:*3, 8*
**nighttime** 130:*16*
**nitpicking** 333:*14*
**No,** 119:*4*
**Nods** 5:*21*
**nOg** 85:22 157:*19*
288:*24*
**noise** 303:5
**non** 42:7 167:*15*
**nondisclosure** 173:*14,
16, 18* 174:*1, 2, 6*
176:*20* 286:*7, 9, 17, 19*
**no-no** 337:*23*
**nonprofit** 200:2
**Nonresponsive** 88:*21*
89:*21* 90:*3, 13, 15*
**nonsense** 71:*18, 21*
**nonsensical** 94:*3*
**normal** 53:*8, 11, 16*
111:22 166:*23*
**Notary** 1:*17* 343:8
**note** 108:*17* 150:25
151:*21* 307:2, 5
**noted** 3:*17* 73:*11*
**notes** 199:*10* 269:*3*
343:*11*
**notice** 1:*14*
**notified** 228:2
**November** 1:*15* 3:*3*
12:*19, 22* 25:5, 7
32:7 33:2 36:*14, 21,
25* 37:*8, 12, 22* 45:21
86:2, *18* 106:*13*
107:*21, 22* 109:7
110:9, *23* 111:*17*
112:*20* 113:5 120:*12*
121:9 123:*11* 141:7,
*16* 144:24 145:*1, 23,
25* 146:5 156:24
157:*1* 158:*18* 159:*10*
162:*16* 164:*8* 173:*1,

14* 174:*10, 12, 18, 18*
178:2, *6* 189:7
202:*13* 204:*3, 4, 9, 9*
207:*11* 214:5 220:*24,
25* 221:*10* 225:9, *10*
240:*15* 244:22
245:*10* 256:*17*
262:*21* 286:*20*
288:*17, 21* 292:*1*
293:*8, 12* 300:*12, 13*
304:*4, 4, 4, 5, 5*
306:*10, 25* 309:*21*
310:*11* 328:2 329:25
331:22 332:2 343:*12,
17*
**Ns** 195:*20*
**nuance** 103:7
**nuisance** 185:*15*
**number** 19:7 26:*17*
164:*15* 202:9 203:*19*
233:*4, 6* 259:9 299:7,
*19, 24* 300:*15* 308:*3*
328:*21, 23, 24* 329:*1*
**numbers** 329:*10*
**numerous** 90:*23*
**nut** 177:*6, 12* 254:24
255:7
**nuts** 199:*14* 241:*10*
289:*21*

**< O >**
**oath** 3:22 6:*23*
**Object** 52:*8* 231:*3*
276:*8* 299:*17* 340:6
**objecting** 281:*20*
**objection** 4:*12, 23, 25*
5:*1, 4, 5* 34:7, *9*
36:*16* 37:*18* 50:6, 24
52:*14, 22* 54:*10*
56:22 60:*13, 22* 62:6,
24 63:*13* 72:24
73:*10* 82:*10* 87:25
88:*1, 12* 89:*9, 12, 25*
90:6, *22, 23* 91:*2, 4, 7,
13* 92:*1* 94:*4, 16*
97:*21* 98:2, *10* 99:*11*
102:*7, 8* 203:*1*
211:*18* 232:*16*
258:*13* 259:*1* 265:6
266:7, *22, 24* 269:*18*

274:*13, 14, 20*   275:*10,*
*21*   276:*17, 17*   278:*7*
279:*18, 22, 22, 25*
280:*4*   281:*1, 2*
283:*10, 12, 13*   285:22
286:*2, 3*   292:*7, 8, 14*
297:*12, 18, 19, 23*
298:*16, 17*   299:*25*
300:*5*   314:*8*
**objections**   54:*22*
91:*21*   93:*9, 9*   269:*21*
270:*4*   298:*24*
**objectives**   180:*19*
**O'Brien**   20:*20*
**obsessed**   160:*22*
170:*14*   317:*16*
**obtain**   325:*19*
**obtaining**   279:*14*
**obvious**   156:*18*
302:*3*   330:*2*   333:*18*
**obviously**   10:*12*   18:*9*
46:*21*   47:*23*   57:*16*
81:*8*   86:*1*   106:*3*
113:*19*   122:*1*   126:*13*
136:*1*   137:*16*   147:*5*
148:*8*   152:*14*   156:*20*
174:*23*   197:*15*
203:*24*   225:*20*
278:*25*   279:*4*   306:*15*
314:*14*   333:*6*
**Occasionally**   20:*22*
**occurred**   60:*8*   85:*12*
130:*21*   144:*2*
**o'clock**   119:*24*   253:*17*
**O'CONNER**   2:*7*
**O'Connor**   166:*6*
**October**   204:*10, 11*
216:*2*   218:*17*   219:*19,*
*23*   240:*15*
**odd**   54:*4, 8, 15*   267:*7*
**offended**   184:*19*
**offer**   87:*16*   147:*25*
240:*9*
**offered**   17:*23*
**office**   8:*6*   13:*14*
14:*9*   20:*13, 16, 24*
21:*1, 4, 9*   26:*4, 15*
27:*6, 11, 13*   28:*4*
30:*6*   39:*4*   48:*10*
58:*23, 25*   61:*10*   63:*2*

66:*18*   75:*5, 6, 9*   78:*1,*
*21*   79:*2, 6, 15*   80:*14*
85:*24*   97:*25*   98:*8*
102:*14, 18*   103:*1*
105:*19*   106:*17*
114:*25*   116:*25*   118:*5,*
*8*   120:*14, 17, 21, 25*
121:*4*   122:*2, 13*
126:*15*   149:*5*   153:*13*
157:*13, 23*   158:*24*
160:*3*   163:*15*   169:*13*
172:*24*   174:*7*   176:*25*
178:*7, 24*   179:*5*
198:*25*   199:*19*
205:*14*   210:*24*
216:*17*   218:*2*   220:*2*
221:*3, 13*   225:*18, 18*
236:*3, 8*   244:*10, 19*
245:*24*   252:*8*   255:*5*
272:*21*   293:*16*
300:*21*   312:*12*
322:*13*   330:*21*
**officer**   23:*11*
**offices**   20:*9*   149:*7*
**official**   88:*18*   191:*3*
219:*16*   258:*18*
334:*22*   339:*1*
**officially**   252:*16*
**Oh**   21:*21*   44:*4, 4*
72:*13*   100:*5*   103:*14*
104:*4*   105:*15*   112:*10*
119:*17*   127:*20*
134:*23*   135:*4*   148:*7*
152:*24*   189:*22, 24, 25*
191:*16*   201:*17, 21*
214:*15, 21*   219:*11*
221:*22*   222:*15*
226:*10*   229:*22*
230:*10*   233:*8*   244:*3,*
*8*   247:*14*   251:*21*
260:*22*   278:*18*
282:*12*   287:*2, 6*
290:*2*   291:*19*   310:*14,*
*15, 21*   312:*25*   315:*25*
318:*22*   319:*12, 24*
321:*10*   325:*13*
328:*19*   333:*1*
**okay**   5:*18*   6:*2, 3, 17,*
*18*   7:*3*   9:*13*   12:*24*
34:*19*   37:*16, 19*   38:*8*

40:*7*   47:*9*   50:*11*
58:*4*   60:*3*   64:*25*
69:*10, 12*   71:*5*   72:*20*
88:*3*   89:*13*   91:*19*
95:*5, 19*   98:*13*   99:*2*
101:*7*   107:*10*   117:*9*
121:*23*   123:*17*   125:*4*
129:*17*   130:*11*   134:*2*
144:*11*   146:*13*   160:*8*
165:*10*   166:*7*   175:*15*
192:*20*   199:*25*
209:*25*   213:*14*   214:*6,*
*25*   216:*3*   222:*2*
227:*23*   232:*19*   233:*9*
236:*6*   251:*3*   255:*13*
285:*2*   298:*25*   299:*1*
306:*12*   307:*10*
317:*13*   319:*3, 4, 4, 4,*
*5*   323:*22, 23*   331:*17*
338:*16*   340:*15*
**old**   198:*8*   273:*19*
274:*1, 3, 5, 5, 7, 18*
275:*1*
**on-boarding**   155:*19*
**once**   17:*18*   91:*18*
253:*8*   309:*18*   326:*12*
**Onchek**   149:*16*
**ones**   98:*14, 16*
135:*17*   193:*8*
**one's**   189:*6*
**ongoing**   104:*18*
105:*19*   250:*11*
254:*19*
**ongoings**   15:*21*
**online**   315:*22*   335:*7*
**open**   250:*19*
**opened**   149:*22*
**opening**   207:*2*   254:*17*
**opera**   150:*23*
**operational**   146:*25*
148:*6*
**operationally**   22:*24*
**operations**   22:*21*
**opinion**   281:*5, 8*
**opponent**   309:*1*
**opportunity**   144:*18*
146:*16*   192:*16*
194:*19*   196:*8, 16*
217:*8*   270:*19*   282:*8*

**orchestrate**   320:*24*
**orchestrated**   123:*2*
**order**   5:*3*   101:*20*
165:*2, 2*   183:*23*
252:*13*
**ordered**   133:*3*   135:*1*
**Organization**   8:*10*
10:*20*   15:*22*   16:*15,*
*21, 24, 25*   17:*1*   22:*24*
23:*7, 17, 25*   26:22
29:*19*   48:*19, 22*   49:*3*
79:*20*   84:*4*   132:*17*
135:*11*   147:*2*   153:*11*
156:*3*   163:*9*   164:*20*
168:*5, 11, 15*   170:*9*
175:*4*   176:*21*   199:*8*
208:*10*   231:*11, 18*
232:*6*   240:*25*   242:*5,*
*23*   243:*1*   247:*9*
249:*8*   254:*20*   269:*11*
276:*7*   290:*15*   291:*5,*
*11, 12*   294:*18, 20*
295:*4, 17, 18, 18*
297:*2, 5*   298:*6, 8, 14,*
*19*   299:*8, 20*   300:*18*
302:*3*   311:*14*   317:*2*
320:*25*   321:*1, 17*
326:*6*   327:*10, 11, 12*
332:*5*   333:*8, 12*
338:*10, 13*
**organizations**   16:*1*
20:*1, 3*   176:*24*
**organize**   84:*5*   183:*22*
322:*25*   323:*1*
**organized**   156:*12*
**organizing**   10:*3*   26:*3*
82:*24*   113:*21*
**original**   160:*1*
197:*18*   198:*3, 13*
211:*14*
**originally**   142:*3*
148:*18*
**other's**   315:*5*
**outed**   33:*3*
**Outlook**   236:*25, 25*
239:*15*   250:*20*   251:*5,*
*11*
**output**   153:*16*
**outside**   103:*12*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

outstanding  153:*21*
overall  115:*7*
oversaw  22:*23*
overseas  313:*9*
  333:*16*
overstepped  185:*18*
  207:*20*
overstepping  207:*22*

< P >
P.C  2:*13*
p.m  341:*7*
packet  40:*11*  155:*19*
  186:*8*
page  215:*21*  342:*3, 15*
pages  214:*23*  343:*9*
paid  236:*10*  238:*2, 7,*
  *9*  239:*1*  241:*15, 18*
  242:*4*  262:*11*  323:*9*
pale  283:*17*
Palestinian  177:*8*
  255:*1*
pandemic  43:*11*
paper  41:*7*  65:*25*
  66:*2, 11, 16*  67:*10, 11,*
  *16*  72:*22*  74:*2, 12, 17*
  75:*3, 25*  76:*22*  106:*8,*
  *10*  107:*5, 11, 13, 14,*
  *20*  108:*1, 2, 6, 16*
  109:*25*  110:2  114:*11*
  115:*12, 16*  116:*4, 6*
  176:*15*  224:*10, 12*
  284:*16, 18*
papers  27:*12*  66:*8*
paperwork  221:*3, 13*
  222:*6*
parallel  24:*16*
Paramount  258:*5*
paranoid  228:*9*
  251:*17*  253:*21*
  254:*23*  255:*24*
parenting  315:*12*
  327:*13*
parents  40:*23, 25*
  112:*1*
part  8:*25*  10:*16*
  44:*10*  115:*9*  117:*15*
  156:*10*  202:*18*
  216:*24*  217:*3*  228:*15*

241:*13*  243:*12*
297:*25*  309:*14*
parted  29:*19*
partially  28:*9*
participants  1:*14*
participate  336:*11*
particular  61:*23*
parties  112:*1*  154:*12*
  311:*23*  315:*6*
party  40:*21, 22, 25*
  44:*15*  75:*11, 15*
  122:*8*  133:*4*  159:*19,*
  *21*  268:*25*  314:*15*
  317:*22*  340:*13*
pass  183:*2*
passed  96:*23*
passing  96:*10*  103:*17*
  109:*9*
passwords  169:*5*
  237:*16*
Patel  20:*21*  66:*22*
Patricia  30:*19, 23*
  36:*10*  80:*11*  110:*14*
  127:*15*  129:*10*  134:*7*
  136:*5*  139:*11*  140:*4,*
  *13, 22*  141:*1*  142:*14*
  143:*10*  154:*14*  185:*4*
  186:*6, 11, 19, 25*
  187:*9*  189:*10*  196:*23*
  204:*24*  306:*20*
  311:*19*  325:*18*
Patricia's  140:*24*
  192:*15*
Paul  195:*23*
pausing  181:*3*
pawn  313:*19, 20*
  314:*13*  320:*10*  322:*8*
pay  79:*25*  143:*16*
  176:*10*  237:*20, 21*
  238:*12*  239:*5*
paying  238:*4, 10*
PDF  241:*23*
peace  327:*20*  328:*17*
penned  32:*9*
PENNSYLVANIA
  1:*2*  2:*4, 9, 14*  3:*9*
  20:*11*  217:*24*  343:*1*
Pentagon  251:*15*
people  5:*10*  10:*8, 15*
  15:*17*  16:*21, 23*  17:*9*

21:*15*  23:*3*  32:*2, 17*
33:*15*  34:*22*  39:*2, 4,*
*6*  41:*20*  45:*12*  48:*24*
58:*24*  59:*3*  66:*24*
71:*1, 4, 13*  92:*25*
93:*5*  94:*8*  96:*11*
98:*15, 21, 25*  102:*23*
105:*18, 20*  111:*24, 25*
112:*3, 3*  117:*1*
126:*15*  127:*18*
128:*21*  133:*25*  134:*1*
135:*10*  136:*1, 21*
145:*8, 15*  148:*24*
156:*19*  165:*7*  170:*7*
173:*17*  200:*10*
207:*16*  209:*4*  230:*15*
237:*18*  240:*21*  247:*8*
251:*4, 7, 10*  252:*16,*
*17, 18, 19*  255:*1, 2, 9*
275:*14*  279:*15*
280:*24*  286:*24*
287:*25*  291:*12*
294:*21*  297:*7, 9, 24*
298:*4*  304:*19*  308:*24*
309:*2, 6*  310:*20*
312:*22*  313:*12*
314:*22*  315:*25*  316:*8*
318:*4*  321:*8, 19*
323:*9*  325:*8, 13*
332:*15, 16, 17*  333:*15*
people's  71:*22*  105:*4*
  210:*23*  239:*17*
  246:*24*
pepper  85:*14*  147:*7*
  321:*6*
percent  9:*20, 25*  10:*1*
  24:*23*
percentage  24:*21*
perception  310:*22*
perfectly  179:*7*
performing  81:*14*
permission  232:*3*
  337:*15, 17*
permitted  157:*22*
  173:*8*  179:*10*  237:*7*
  258:*16*
person  5:*13*  41:*8*
  46:*6*  48:*17*  63:*25*
  68:*15*  69:*9*  70:*4, 14*
  78:*17*  85:*2*  97:*11*

102:*21*  120:*2, 16*
143:*21*  155:*22, 22, 24*
169:*18*  178:*23*
187:*19, 21*  188:*14*
189:*21*  191:*9*  217:*7*
221:*6*  224:*21*  225:*14,*
*16, 19*  241:*7*  254:*2, 5*
260:*19*  261:*4*  266:*16*
269:*20*  284:*18*
287:*12*  323:*3*
persona  42:*7*
personal  35:*17*  38:*23,*
*25*  58:*15*  80:*23*
  105:*4, 20, 22*  162:*2*
  236:*18, 21*  237:*1, 6*
  244:*6*  246:*22*  247:*2,*
*5, 7, 9, 10*  248:*12*
  249:*1, 5, 22*  252:*14*
  253:*12*  256:*18*  257:*9,*
*21*  258:*9, 18*  259:*20,*
*24, 24*  260:*10, 17*
  261:*8*  280:*15, 20*
  288:*5*  308:*15*  313:*8*
personally  26:*6*
  38:*22*  112:*16*  161:*8*
  188:*10*
personnel  246:*14, 18*
Phil  337:*7*
Philadelphia  2:*4, 9,*
*14*  19:*21*  20:*9, 11*
  30:*6*  127:*12*  134:*11*
  157:*23*  219:*4*
Phillip  7:*5*
phone  41:*16*  71:*18*
  77:*11*  106:*10, 15*
  107:*4*  116:*5*  120:*13*
  121:*3*  159:*5*  160:*9,*
*25*  161:*9*  165:*10, 14,*
*15*  167:*20*  171:*2, 6,*
*20*  172:*14*  178:*9, 11,*
*14, 22*  179:*22*  180:*10,*
*12, 13*  202:*9*  225:*14,*
*21*  228:*21*  254:*6*
  296:*24*  302:*20*
  317:*14*  319:*18, 19*
  328:*22, 24*  329:*9, 10*
photo  115:*15*
phrase  179:*12*  318:*3*

**physically** 33:*14*
173:*3* 185:*19* 321:*8*
330:*20*
**pick** 169:*23* 206:*18*
**picture** 41:*4* 77:*13*,
*16* 115:2 116:2, *4*
122:9 177:7 183:*24*
257:*4*
**piece** 67:9, *11* 72:22
74:2, *12* 75:3 106:7,
*10* 107:5, *11*, *20*
108:*1*, *2*, *6* 109:*24*
110:2 114:*10* 116:*4*,
*6* 176:*14*
**pillow** 63:*20* 64:*4*
**pink** 38:*15* 135:*13*
**PIPES** 2:*20* 4:*8*
14:*4* 17:*18* 23:*6*
31:*21* 85:*5*, *10* 105:*8*,
*10* 145:*6* 149:*1*, *14*,
*20* 150:*1*, *6* 157:*10*,
*20* 185:*5* 194:*11*
213:*13*, *22* 214:*19*
216:*4*, *19* 220:22
224:*1*, *15* 225:*5*, *13*,
*23* 227:*18* 236:*3*
243:*25* 245:*16*
259:*19* 262:22
278:*20* 281:*23*
284:*13*, *18* 292:*4*
300:*16* 301:*19*, *19*, *21*
304:7 305:*23* 307:*1*
325:*24*, *25* 331:7, *21*
332:2, *3* 337:*15*
338:*19*
**Pittsburgh** 19:*12*, *13*
229:*6*
**pizza** 61:*15*
**pizzas** 133:*3* 135:*1*
**Place** 2:*8* 32:*8* 34:*9*
38:*23* 46:*14* 50:*6*
54:*1* 65:*6* 74:*23*, *24*
75:*1* 90:*21*, *22* 104:*9*
126:*3*, *3*, *4* 137:*18*
146:*15* 150:*19* 157:*1*,
*2* 160:*1* 166:7, *17*
169:*9* 173:*18* 177:*17*,
*19* 178:*2* 180:*2*, *4*
188:*14* 206:*23* 217:*5*
226:*9* 234:22 244:*13*

282:*10* 284:*11*
285:*10* 291:*14*, *17*
326:22
**places** 16:*11* 55:*3*
132:*19*
**Plaintiff** 1:*5* 2:*5*
194:*14* 340:*12*
**plaintiffs** 325:*18*
**planned** 137:*8*
**plate** 220:*8*
**platform** 240:*7*, *10*
250:*24*
**platforms** 241:*17*
**play** 188:*8*
**played** 128:*18*
137:*10* 326:*25*
**player** 313:*20* 320:*13*
**playing** 105:*25*
**please** 3:*18* 7:*3*, *8*
24:*5* 26:*9* 28:*6*
29:*11* 89:*11*, *19*, *20*
93:*18*, *18* 107:*12*
114:*8* 178:*4* 227:*6*
228:*25* 270:*14*
274:*11* 278:*15*
300:*11*
**plenaries** 130:*2*
**PLLC** 2:*2*
**pocket** 238:*13* 320:*5*
**point** 13:*8* 21:*11*
28:*2* 29:*20* 32:*6*, *21*
33:*17* 37:*4* 42:*22*
43:*2* 57:*16* 74:*19*
75:*10* 80:*2*, *15*, *17*
81:*5* 84:*15* 85:*12*
88:*16* 100:*20*, *23*
103:*13* 106:*9* 109:*19*
116:*25* 117:*4* 118:*11*
119:*17*, *20* 122:*5*
126:*18* 136:*14* 137:*9*
146:*3* 150:*15* 154:*9*
156:*15* 158:*11*
159:*10* 160:*23* 164:*7*,
*17* 166:*11*, *14* 170:*17*
171:*18* 183:*25* 184:*4*
189:*7* 191:*5* 196:*15*,
*21* 201:*9* 204:*5*
213:*23*, *25* 215:*10*
219:*24* 222:*10*
223:*12* 229:*23* 234:*1*

237:*14* 240:*14*
243:*10* 247:*18*
250:*25* 261:*23*
273:*10* 276:*10* 277:*2*
288:*3* 294:*8*, *12*, *15*,
*25* 302:*16* 304:*24*
309:*25* 323:*16* 328:*4*
334:*23*
**points** 115:*20*
**poked** 273:*2*
**poker** 105:*25* 188:*8*
308:*25*
**policy** 10:*12* 83:*5*
155:*15* 157:*10*
180:*18* 249:*4*, *11*, *21*
250:*3* 332:*17*
**politely** 151:*20*
**Political** 125:*24*
337:22
**politics** 309:*6* 337:*24*
**poof** 161:*7*
**popped** 268:*16*
**portfolio** 9:*20*, *25*
24:*21* 173:*5*
**portfolios** 331:*19*
**position** 8:*4*, 7, *14*
9:*2*, *22* 11:*17* 14:*8*,
*12*, *13* 17:*23* 22:*25*
23:*2* 24:*2*, *11* 39:*13*
159:*2* 164:*3* 218:*6*,
*16* 290:*9* 312:*15*
**positions** 14:*16* 24:*16*
**possible** 133:*12*
137:*4* 138:*23* 142:*13*
143:*24* 144:*3* 176:*3*
188:*18* 273:*8* 316:*14*
321:*2* 322:*18*
**possibly** 116:*17*
145:*19* 154:*17*
273:*11* 323:*11*
**postcard** 177:*13*
**postcards** 177:*5*
254:*24*
**potential** 190:*17*
**power** 123:*3* 290:*3*
**precise** 159:*13*
**prefer** 133:*10* 216:*7*,
*7*, *8*
**preferred** 213:*25*
**pregnancy** 38:*20*, *21*

**pregnant** 7:*23* 38:*18*
39:*6* 43:*11* 56:*3*
**prepare** 192:*17*
**prepared** 188:*12*
192:*9*
**presence** 205:*5*
**PRESENT** 2:*16*
108:*4*, *9* 134:*7*, *9*, *12*,
*15*, *19* 145:*9* 148:*25*
152:*6*
**president** 23:*7*, *9*, *9*,
*10* 297:*2* 302:*2*
327:*16*
**press** 218:*21* 259:*7*
291:*7*
**pretend** 235:*15*, *18*
236:*5* 319:*17*
**pretty** 119:*5* 138:*5*
152:*13* 156:*3* 171:*25*
193:*11* 235:*20* 236:*1*
249:*19* 271:*14*, *20*
276:*5* 295:*19* 336:*14*
**prevent** 155:*15*
177:*18* 179:*3*
**prevented** 27:*14*
179:*1*
**preventing** 234:22
**prevents** 84:*3*
**previous** 13:*5* 323:*2*
**previously** 24:*20*
118:*7* 305:*20*
**pride** 308:*24*
**prior** 32:*21* 50:*17*
191:*20* 205:*6*
**priority** 299:*24*
300:*16*
**privacy** 54:*6* 253:*20*
**private** 230:*14*
260:*19* 261:*4*
**privilege** 72:*16* 98:*6*
99:*13*, *15*
**privileged** 309:*24*
**pro** 182:*25* 185:*13*,
*25* 186:*5*, *11*
**probably** 22:*13* 25:*4*
42:*22* 48:*10* 55:*2*, *21*
57:*9* 61:*5* 65:*12*
86:*10*, *12* 100:*25*
106:*12* 114:*5* 128:*1*,
*24* 130:*23* 132:*22*, *24*

Case 2:19-cv-05030-JDW   Document 127-11   Filed 04/20/21   Page 117 of 145

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

133:*14*  150:*13*  152:*9*
161:*24, 25*  180:*6*
212:2  215:*8, 19*
233:*11, 17*  238:*15*
242:*14, 16, 17, 21*
250:*8*  263:*17, 17*
270:*25*  282:*17*
290:*14*  326:*12*
334:*16, 17*
**problem**  7:*19*  53:*14,
17*  55:2  80:*25*
110:*18*  120:5  160:*8*
166:*12*  170:*12, 16*
174:*21, 25*  175:*24*
183:*15*  184:*12*
212:*24*  221:2, *12*
222:*4*  278:*1*
**problematic**  338:*18*
**problems**  121:5  175:*3*
**proceeded**  33:5
**Proceedings**  341:*6*
**process**  17:*21*  40:*12*
48:*21*
**prodded**  273:2
**produce**  241:*16*
**produced**  202:*18*
203:5  209:*15*  213:*11*
241:*16*  329:5
**product**  206:*1*  248:2
**production**  202:*19*
211:*14*
**productivity**  240:*25*
**products**  240:*22*
**professed**  185:*17*
**professional**  303:*13*
**professionally**  113:*1*
**professor**  11:*11*
**professors**  11:9
**profit**  325:7, *9*
**progress**  315:*24*
**progression**  318:*15, 25*
**project**  11:*8*  21:2
49:5  172:2  336:9
**projects**  9:*14*  10:*23*
13:6  24:*14*  163:*16*
219:*12*
**promise**  326:*16*
**Promote**  10:*21*  26:*21*
48:*25*  84:4

**promoted**  13:7  25:*16*
**promotion**  220:*12*
**promotions**  316:*13*
**prompt**  5:*23*
**prompted**  161:*17*
**proof**  79:*22*  251:*13*
277:*23*
**proofread**  259:*13*
**proper**  271:*13*  282:5
284:7, *7*
**properly**  70:*3, 14*
252:5
**proponent**  240:*4*
**proprietary**  233:*14*
234:5  236:*15, 22*
242:*13, 22*  249:*15*
258:*19*  277:*21*
**Prosser**  14:2, 6, *11*
20:*21*  149:*16*
**protect**  175:6, *7*
176:7, *13*  261:*20*
269:*13*  286:*10, 11*
**protocols**  177:*18*
297:7
**proud**  294:*23*
**prove**  242:8  250:*23*
263:*19*
**provide**  4:*15*  171:*22*
176:*11*  203:2
**provided**  241:*24*
**provision**  241:*4*
**Public**  1:*17*  218:*22*
236:2  343:*8*
**publications**  83:*22*
**publish**  322:*22*
**pull**  105:*17*  131:*15*
**pulled**  140:*15*
**pull-out**  137:*16*
**pulse**  243:7  308:*22*
310:*8*
**purpose**  258:*22*
**purposes**  166:5  194:*4*
**pursuant**  1:*14*  43:*18,
24*
**push**  228:*22*
**pushed**  320:*10*
**pussy**  33:5  85:*21*
112:*17*  121:*10*
148:*11, 22*  154:*4*
287:*23*  289:*1*

**put**  26:*10*  28:*12*
38:*4*  40:*13*  42:*14, 24*
43:*14*  66:9  68:*25*
69:9  78:*16*  79:*21*
80:7  81:*11, 16, 20*
95:*14*  96:*17*  113:*10,
16*  140:6, *12, 14*
162:*23*  165:*15*
166:*17*  176:7  177:*22*
178:5, *18*  181:*17*
197:*12*  207:*13*
208:*14*  246:*19*
255:*11*  264:*17*  267:5
297:6  301:*14*  304:*18,
19*  307:*1*  314:*3*
317:7  321:*15*
**putting**  4:*24*  211:*22*
276:*23*

**< Q >**
**question**  4:*14, 21, 24*
5:*3, 4, 15*  6:*12, 12, 14*
9:*8*  14:*18*  23:*14*
29:*15*  31:9, *9, 18*
34:*25*  35:*4, 5, 7, 9, 15,
17, 18, 19, 20*  36:2
37:7  49:*8*  50:*15*
54:*23*  58:*8*  60:*8*
73:*1, 4, 5, 7, 13, 17, 17,
21, 23*  74:6  85:7
88:*23*  90:*16*  94:*15*
95:*21, 25*  97:*23*
98:*20, 24*  99:*24*
102:9, *10, 13*  116:*20*
125:*11*  140:*20*
141:*14*  142:*17, 20*
144:*16*  164:*10*
168:*19*  175:*23*
179:*18*  182:*21, 23*
185:*23, 24*  200:*14*
203:6, *7, 13*  204:2
205:2, *15*  207:7
210:*15*  213:*16*  218:*4,
7*  219:*8, 21*  222:*14*
235:*22*  242:*3*  245:*14,
15*  248:*16*  251:*18*
262:2  265:*1*  270:6,
*12*  274:7, *23*  280:*10,
14, 17, 21*  281:*23*
285:*24*  293:*25*

296:*19, 20*  300:7
303:9  304:*15*  306:5
310:6  331:*24*  332:*1*
333:*4, 5*  335:*20, 23,
25*  337:6, 6  340:*4*
**questioned**  192:*17*
**questioning**  96:*1*
106:2  275:*25*  280:*23,
24*
**questions**  4:*15*  6:*25*
63:*16*  107:2  117:*1*
142:5  144:*8*  175:*10*
185:7, 8  192:7, *11, 19*
226:*22*  332:*10*  338:5
**quick**  138:*8*  181:*1*
**quickly**  116:*24*
**Quid**  182:*25*  185:*13,
25*  186:5, *11*
**quietly**  154:*21*
**quite**  305:2
**quo**  182:*25*  185:*13,
25*  186:5, *12*
**quote**  307:2, *5*

**< R >**
**Raheem**  134:*18, 21,
22, 23, 24*  135:6, *8*
136:2
**Raheem's**  135:5
**raise**  26:*20*  84:5
153:*20*  154:6  332:*14*
**raised**  109:7  209:2
227:8, *12*  234:*14*
319:*14*
**raises**  316:*13*
**raising**  9:*18*  10:2
22:*22*  26:2  48:*16*
153:*15*  205:*10*
217:*25*  331:*18*
**rally**  336:*12*
**ran**  22:*23*  323:8
**range**  10:*23*
**rank**  23:*19*
**ranked**  23:*16*
**rattled**  78:*1*
**reach**  10:*11*  16:*20*
282:*16*
**react**  311:*17*
**read**  42:*15*  43:*15*
45:*23, 25*  49:*15, 25*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

50:*9*, *19*, *20*  51:*3*
73:*8*, *16*, *24*  77:*17*
104:*3*  115:*3*, *13*, *13*,
*24*  116:*1*  117:*5*, *7*, *7*,
*9*  182:*14*  186:*15*
195:*3*  197:*3*, *21*
206:*6*  221:*19*, *22*
246:*23*  267:*11*  309:*1*
324:*25*  331:*11*  332:*1*
341:*4*
**reader**  71:*20*
**reading**  10:*15*  45:*10*
51:*2*  71:*22*  197:*16*
233:*6*  261:*24*  316:*16*
327:*22*, *25*
**reads**  221:*20*
**ready**  303:*23*
**real**  180:*25*  277:*25*
**reality**  153:*2*  333:*20*
**realize**  85:*22*  114:*21*
198:*6*  290:*5*
**realized**  86:*13*
**really**  5:*22*  86:*15*
117:*3*  137:*18*  141:*5*
150:*14*  165:*8*  169:*21*
170:*1*, *19*  176:*4*
190:*3*  194:*20*  212:*12*
221:*15*  268:*4*, *10*
273:*5*  286:*16*  312:*9*,
*10*  316:*24*, *25*  317:*1*,
*3*  321:*20*  322:*13*
331:*20*
**realtime**  58:*10*  64:*6*,
*15*  243:*17*  263:*22*
**reason**  25:*10*  26:*16*,
*17*  32:*4*, *15*  34:*20*
37:*12*  39:*18*  44:*10*,
*16*  45:*17*, *18*, *19*, *20*,
*24*  73:*20*  82:*23*
83:*11*  121:*21*  145:*2*
150:*1*  180:*15*  197:*1*
207:*15*  211:*6*  225:*1*
247:*5*  249:*23*, *25*
271:*3*  282:*15*, *21*, *23*
287:*9*  290:*20*  305:*17*
331:*4*
**reasons**  26:*23*, *25*
40:*1*  164:*15*  185:*11*
197:*1*  205:*24*

**recall**  15:*2*  17:*9*
18:*8*, *8*  39:*23*  48:*11*
49:*14*, *20*, *23*  50:*7*, *10*
51:*1*, *2*  56:*18*, *19*, *23*
57:*2*  58:*12*  76:*8*
78:*24*  79:*4*  99:*1*, *5*
101:*2*, *3*  115:*21*
118:*4*, *9*  123:*18*
179:*1*  203:*20*  213:*21*
336:*25*  337:*12*, *13*, *14*
**recalled**  39:*22*
**receipt**  129:*5*
**receival**  10:*5*
**receive**  177:*5*
**received**  89:*5*  101:*11*
106:*14*  111:*21*  183:*1*
185:*21*  198:*3*  215:*5*
221:*1*, *11*  222:*3*
312:*19*
**receiving**  216:*9*
**Recess**  51:*14*  139:*3*
181:*12*  196:*13*  213:*2*
232:*23*  303:*21*  339:*8*
**recognize**  213:*7*
**recollection**  46:*12*
52:*3*  130:*6*
**recommendation**
326:*4*
**reconnect**  212:*15*, *20*
**record**  3:*2*, *17*  4:*20*,
*25*  5:*8*, *23*  6:*1*  7:*4*
47:*3*, *4*, *6*  51:*8*, *10*, *13*,
*16*  68:*3*  69:*1*, *2*, *11*,
*22*  70:*1*, *4*, *5*, *7*, *9*, *11*,
*12*, *22*, *24*  73:*24*  92:*5*,
*23*  93:*3*, *7*, *11*  95:*14*
138:*25*  139:*5*, *17*
141:*20*  142:*8*  144:*18*
166:*4*, *5*  171:*23*
181:*6*, *11*, *14*  192:*21*
196:*11*  203:*12*
208:*17*, *18*  212:*8*, *20*
213:*1*, *1*, *4*  221:*20*
232:*20*, *22*, *25*  233:*7*
236:*2*  253:*25*  254:*10*
274:*22*  303:*14*, *15*, *19*
324:*17*, *18*  333:*23*
334:*9*, *12*  335:*3*
339:*7*, *14*, *19*  340:*1*, *2*

343:*9*
**recorded**  3:*5*  68:*9*
**records**  106:*16*  113:*3*
241:*15*
**recount**  43:*15*
**recounting**  27:*15*
**recovered**  223:*24*
**redundant**  332:*10*
**refer**  145:*15*
**reference**  146:*8*
209:*6*, *12*  210:*8*
**referencing**  146:*5*
**referred**  113:*11*
145:*16*  245:*11*
**referring**  35:*2*  42:*18*
110:*10*  137:*13*  147:*5*
170:*25*  193:*16*  221:*8*
223:*21*  235:*17*, *23*
305:*25*  306:*1*, *6*, *7*
323:*12*
**refused**  168:*8*, *9*
**regard**  79:*17*  96:*5*
99:*8*  139:*10*  142:*15*
186:*12*  193:*2*  326:*19*
**regarding**  61:*3*  141:*2*
163:*1*  182:*11*  203:*15*
**Registered**  1:*16*
343:*7*
**regular**  174:*1*  340:*25*
341:*1*, *2*
**rehired**  158:*14*
**reinstated**  178:*22*
**reiterate**  143:*9*
**relate**  48:*21*  193:*4*
**related**  10:*4*  16:*6*
26:*25*  27:*21*  28:*19*
34:*21*  37:*24*  67:*12*
152:*18*  336:*10*, *15*
**relates**  74:*14*  227:*5*
**Relations**  18:*25*
19:*12*  30:*14*  218:*22*
**relationship**  189:*11*,
*13*, *14*  252:*6*  266:*6*
276:*15*
**relationships**  10:*7*
48:*24*
**relative**  293:*21*
**relax**  92:*17*
**relay**  49:*4*, *4*  160:*7*

**relayed**  244:*17*
**release**  64:*17*  259:*8*
**releases**  83:*19*
218:*21*  291:*7*
**relegate**  40:*4*
**relegated**  9:*5*  11:*2*
186:*6*
**relevant**  197:*22*, *23*
**relive**  323:*7*
**remain**  13:*3*  173:*5*
**remained**  13:*10*
183:*7*  321:*19*
**remember**  4:*17*
11:*19*  14:*7*, *12*  15:*3*
17:*11*  18:*7*  19:*9*
21:*8*  25:*14*  27:*5*, *8*, *9*
28:*25*  29:*2*, *3*, *7*
32:*12*  37:*3*  42:*20*
43:*16*  45:*10*, *16*
46:*17*  48:*11*  51:*25*
55:*20*  57:*17*, *24*  62:*2*
65:*3*, *4*, *17*  76:*15*
79:*10*  81:*3*  84:*18*
85:*11*  95:*24*  99:*5*
100:*25*  116:*7*  120:*18*
124:*5*, *6*, *6*  125:*12*, *15*
126:*19*  127:*7*, *8*
128:*9*  129:*2*, *7*, *8*
130:*22*  131:*24*  132:*8*,
*11*, *13*, *14*, *15*  133:*1*, *8*,
*15*, *18*, *21*, *25*  135:*16*,
*20*, *21*, *22*, *23*  136:*19*,
*22*  137:*14*, *21*  138:*6*
140:*1*, *2*  141:*13*, *17*
143:*1*  144:*3*, *14*, *20*
145:*24*, *24*, *24*  146:*4*,
*4*, *8*  147:*11*, *12*, *19*
148:*3*  149:*22*  151:*9*
152:*11*, *21*, *22*  153:*23*
154:*1*, *17*, *19*, *19*
155:*2*  156:*1*, *25*
157:*2*, *6*  159:*14*, *20*
165:*8*  167:*21*, *23*
169:*16*  171:*4*, *12*
172:*5*, *6*, *11*  173:*22*,
*23*  174:*9*, *16*, *17*
176:*16*  179:*2*  193:*10*
194:*22*  200:*5*  202:*11*
215:*6*  216:*9*, *14*, *14*
217:*23*  218:*24*, *25*

Deposition of Matthew Bennett                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

219:*5*, *25*   220:*18*
221:*15*   222:*4*   225:*11*,
*22*   226:2   235:*3*, *4*
243:*18*   248:*22*, *23*
262:*14*, *16*   263:*5*
265:*9*   272:*16*, *18*
284:*24*   285:*2*, *6*, *15*,
*19*, *21*   286:*1*, *1*, *5*, *7*
287:*7*, *7*, *24*   291:*24*,
*25*   295:*20*   306:*24*
323:*14*   324:*6*   340:*9*
**remembered**   119:*7*, *8*
145:*23*   201:*25*
**remembering**   150:*24*
**remind**   37:*19*
**remote**   1:*13*
**remotely**   271:*11*
330:*20*
**remove**   120:*9*   302:*9*
**removed**   45:6   208:*10*
290:*25*
**removing**   170:*14*
**renewals**   153:22
**rent**   41:2   112:2
183:*10*   191:*14*
321:*25*
**repair**   171:*19*
**Repeat**   35:*19*   44:*20*
270:*12*, *14*
**repeatedly**   180:*13*
**rephrase**   6:*7*, *13*, *15*
73:*3*   300:*10*, *11*
**replaced**   25:*20*
**report**   20:*8*   24:*25*
41:*11*   46:*9*   72:*3*
81:*7*   91:*17*   101:*14*,
*20*   102:*5*   110:*19*
152:2   155:*21*, *23*
168:*8*   193:*14*   204:*16*
205:*1*, *13*   207:*25*, *25*
208:*12*   210:*14*
283:22   291:*1*   299:22
313:*16*
**reported**   27:*21*   28:*18*
41:*13*   68:*11*   96:*4*, *7*
97:*25*   183:*3*   189:*8*
193:*12*   199:*5*   204:*23*
314:*19*
**Reporter**   1:*17*   3:*13*,
*18*   5:*10*   29:*10*, *14*

30:*11*   59:*13*, *17*   68:*2*,
*9*, *11*, *25*   70:*18*   71:*12*
89:*13*   91:*16*   100:*3*
139:*14*, *15*, *22*   144:*15*
166:*3*   221:*18*, *24*
228:*16*, *17*   229:2
235:*21*   240:*1*   255:*14*
263:*9*   266:*17*   274:*16*,
*19*   278:*13*   282:*1*
298:*21*   302:*12*   303:2
318:*10*   324:*23*
329:22   331:*10*, *12*
333:22   334:*2*, *7*, *24*
335:22   339:*9*, *24*
340:*22*   341:*3*   342:*15*
343:*5*, *8*
**Reporting**   2:*18*   3:*12*,
*15*   85:*4*, *9*   97:*4*
200:*11*   204:*20*   282:2
291:*3*   312:*13*
**reports**   86:*21*   87:*1*
101:*10*, *11*   204:*12*
205:*17*   207:*21*
**represent**   70:*20*
175:*12*, *17*   181:*25*
197:*25*   213:*9*   324:*7*
**representation**   36:*17*
**represented**   325:*17*
**representing**   29:*13*
145:*4*
**reputation**   294:*20*
315:22
**requires**   248:6
**reread**   83:*23*
**resented**   168:*13*
**reside**   194:*4*
**resignation**   313:*23*
**resigned**   27:*3*, *18*
82:*18*, *19*
**resigning**   168:*21*
**resolve**   70:*1*, *3*
**resolved**   325:2
**resolving**   8:*23*
**resounding**   97:*17*
**resources**   209:*9*
**respect**   86:*15*   122:*4*
197:*12*   331:*7*, *13*
**Respectable**   207:6
**respectful**   206:*24*

207:*2*, *5*
**respond**   40:*16*   101:*23*
**responded**   152:*12*
**response**   4:*18*   81:*10*
96:*17*   143:*25*   157:*20*
160:*12*   244:*7*   248:*21*
**responses**   90:*14*
152:*13*
**responsibilities**   13:*14*,
*18*   26:*20*
**responsibility**   83:*13*
188:*4*   206:*22*   281:*14*
284:*1*
**responsible**   9:*17*
15:*18*   41:*11*   79:*23*
144:6   147:*16*   161:*15*
177:*9*   229:*24*   242:*22*
294:*19*   314:*18*
**responsive**   89:*18*
**rest**   24:*24*   226:*24*
298:*5*
**restaurant**   61:*16*
**restructure**   297:*5*
**result**   231:*25*
**resume**   113:*12*
190:*19*
**resumes**   86:*11*
**retained**   342:*13*
**retaliation**   194:*13*
**retire**   136:*15*
**return**   167:*12*, *15*
171:*4*, *22*   177:*21*
179:*9*
**returned**   67:2   177:*20*
179:*19*   254:*7*
**returning**   166:*15*
**returns**   172:*18*
**revoke**   242:*11*
**Rico**   189:*20*
**rid**   121:*14*
**riddle**   299:*6*
**ridiculous**   33:*9*, *19*
45:*11*   170:*4*   194:*23*,
*24*   267:*20*, *22*
**RIESER**   2:*12*   269:*18*,
*19*, *22*   270:*1*, *10*
273:*24*   274:*10*
275:*10*   276:*8*   277:*3*
278:*7*   283:*10*   285:22
286:2   292:*7*, *14*, *20*,

*23*   293:*3*, *23*   297:*18*,
*23*   298:*16*, *18*, *23*
299:*2*, *13*, *16*   302:*14*,
*19*, *23*   303:*10*
**Right**   7:*1*   12:*14*, *22*
18:*12*   21:*16*   34:*1*, *4*
35:*23*   42:*17*   43:*1*, *6*
44:*25*   49:*24*   51:*18*
52:*2*   55:*19*, *24*   56:*11*,
*14*   58:*3*   62:22   64:6
68:*5*, *16*   69:*15*   76:*7*
85:*10*, *21*   91:*5*   92:*8*
93:*8*   94:*6*, *18*   95:*8*
96:*20*   104:*16*   109:*20*,
*25*   117:*6*, *16*   118:*15*,
*17*   123:*6*, *13*   124:*18*,
*21*, *22*   125:*2*, *7*   128:*4*
129:*25*   130:*10*, *14*, *18*
131:*18*   132:*1*   137:*14*
138:*19*   142:*9*   143:*10*
148:*19*   152:*10*   155:*8*
157:*15*   163:2   164:*18*
171:*15*   174:*15*   175:*8*
178:*18*   180:*23*   181:*8*,
*16*   182:*15*   186:*13*
187:*11*   189:*17*   190:*6*
193:22   194:*2*   195:*8*
196:*5*, *6*   201:*6*   202:*9*,
*22*   204:*14*   205:*21*
207:*9*, *21*, *23*   208:*11*,
*21*   209:*3*   210:*4*, *5*, *20*
213:*6*   215:*20*, *23*
217:*14*, *20*   219:*18*
223:22   227:*21*
229:*15*   230:*13*
231:*12*, *14*   232:*12*, *15*
233:*15*   234:*5*   235:*25*
236:*21*   238:*15*
242:*19*   244:*4*, *8*, *11*,
*14*   245:*18*   246:*1*, *22*
250:*10*   252:*1*, *25*
253:*18*   256:*11*   257:*7*,
*16*, *23*   260:*14*   262:*23*
265:*5*   272:*9*, *15*, *24*
282:2   283:*8*   285:*20*
289:*25*   292:*13*, *17*, *22*
293:*8*   303:*25*   304:*3*
306:*2*, *9*, *10*   309:*21*
310:*5*   316:*11*   318:*9*,
*12*   322:*1*   331:*21*

*332:5, 7, 8* **337:***11*
*338:19*
**riled** *37:8*
**rise** *85:25* *112:18*
*121:21*
**risen** *121:9*
**risk** *112:6*
**risky** *143:19*
**Robinson** *313:11*
*336:8, 15, 18, 18*
*337:16* *338:21*
**rocker** *159:7*
**role** *9:15* *13:3* *16:17*
*22:18* *25:23* *28:14*
**Rolodex** *236:13*
**ROMAN** *2:18* *4:8*
*13:13* *14:3, 21, 24*
*17:18* *19:3* *22:15*
*23:19* *28:20* *30:1, 6,*
*16, 20* *31:1, 4, 10, 15,*
*22* *34:23* *36:8, 11*
*37:25* *50:2, 22* *51:21*
*60:21* *65:1, 11* *67:5,*
*8* *68:23* *69:9* *70:14,*
*20, 20, 24* *72:21* *74:1,*
*14* *79:12* *80:14*
*81:19, 23, 25* *82:8*
*86:23* *87:16* *88:9*
*96:6* *105:7* *110:13*
*127:14* *134:5* *136:5*
*139:11, 19* *140:6, 12*
*142:24* *145:10*
*149:17* *152:10*
*157:22* *158:16* *163:1*
*165:6* *172:18* *182:11*
*185:5* *194:9* *196:24*
*225:24* *227:20* *228:3*
*229:4, 5* *233:13*
*236:15* *237:4* *262:20*
*264:21, 24* *269:15*
*270:16* *271:22* *275:9,*
*15* *285:19* *304:2*
*326:10* *327:21*
*328:11, 16*
**Roman's** *14:13* *82:7*
*97:20* *141:2* *205:20*
*239:24* *240:3* *278:5*
*279:7* *285:12*
**Romantic** *189:14*

**room** *52:12, 20, 25*
*53:17* *54:5* *55:7, 16*
*72:22* *74:2* *129:14*
*136:11, 15, 20* *137:10,*
*13* *160:1* *187:2, 10,*
*12, 17* *256:6*
**rooms** *53:15* *55:11*
*128:21* *129:12, 13, 14*
*216:20, 25*
**Rosy** *199:4, 5, 24*
**round** *217:25*
**roundabout** *146:7*
**route** *239:11*
**routinely** *102:15*
*206:17* *272:11, 12*
**Ruined** *316:1*
**rule** *5:1* *166:20*
**rules** *4:11* *165:7, 9*
*166:17, 17, 21* *178:1*
**ruling** *329:4*
**rumor** *65:15* *74:21*
*224:7, 9* *278:19*
*283:2*
**rumors** *32:2* *283:5*
**run** *16:24, 25* *166:2*
*180:25*
**running** *199:12*
**runs** *17:1*

**< S >**
**safe** *233:11, 17*
*242:14, 21*
**safety** *170:8* *250:14*
*253:22* *254:1* *300:2,*
*4* *322:12*
**saga** *170:18*
**sake** *112:5, 6*
**sales** *228:10* *229:20*
*239:11* *240:21*
**Salesforce** *228:4, 5, 7*
*230:1, 4* *233:25*
*237:13* *239:18*
*242:16* *262:13, 17*
*271:25* *272:5* *277:21*
**Sam** *127:20* *135:4*
**Samantha** *21:5, 23*
*127:22* *199:18*
**sample** *261:9, 12, 12*
**San** *58:19*

**Sanchez** *212:9*
**sanctions** *72:9, 16*
**sat** *40:23* *79:7*
*154:21* *156:14* *162:8*
**Saturday** *129:20, 24*
*130:4, 17, 22* *131:18*
**save** *73:7* *249:23*
*291:21, 23*
**saved** *63:25* *208:19,*
*23* *342:10, 11*
**savior** *123:9*
**saw** *15:6* *30:20*
*31:14, 17* *33:20, 23*
*61:6* *63:22, 22* *64:3*
*75:3* *77:15* *97:16*
*107:11, 13, 13, 20, 25*
*108:5* *169:17* *170:7*
*178:17* *186:1* *190:16*
*197:6* *200:25* *217:16*
*237:10* *243:1* *255:18*
*295:5* *321:13* *323:12*
**saying** *6:7* *28:5*
*38:13* *39:12* *40:2*
*43:25* *46:3* *48:12*
*68:9* *70:22* *81:3*
*84:18* *85:17* *87:15*
*104:4, 17* *109:11*
*110:10* *111:1* *118:24*
*119:14* *124:6* *125:15*
*126:17* *143:15, 18*
*144:8* *151:1* *161:5*
*172:1, 7* *182:21, 24*
*193:11* *198:25*
*201:11, 20* *203:21*
*205:16* *207:16* *208:8*
*214:8, 10, 11* *215:17*
*222:3* *223:3* *226:8,*
*19, 21, 23* *227:4*
*231:4* *240:17* *242:7,*
*9, 19* *244:18* *254:25*
*257:13* *258:8* *272:7*
*273:12* *277:13, 24*
*283:25, 25* *289:23*
*292:10* *293:15, 19*
*296:18, 25* *321:6*
*322:10* *327:24*
**says** *4:22* *41:7*
*101:24* *194:3, 8*
*197:23* *206:6* *210:20*
*215:23* *216:2* *223:23*

*228:5* *243:25* *259:19*
*284:13* *307:1, 12*
*321:3, 16* *331:7*
*332:6*
**scapegoat** *184:9*
**scared** *263:15* *286:5*
**scenario** *143:7*
*208:13* *254:14*
**scheduled** *55:20*
**scheduling** *218:5*
*291:7*
**school** *55:13* *113:14*
*114:2, 4* *124:20*
*142:1* *143:3* *187:4, 4*
**Schwandt** *1:16* *3:14*
*343:7, 21*
**Scott** *22:8, 9, 11*
**screamed** *206:11*
**screaming** *26:14*
*320:5*
**screen** *37:5* *42:15, 25*
*43:15* *63:22* *64:2, 9*
*76:22* *96:15* *104:24*
*107:4, 14, 20* *108:1, 5*
*114:11* *115:14* *116:5*
*181:20, 21* *201:9*
**scroll** *182:8* *194:20*
*213:7* *214:7* *233:20*
*234:19* *307:9*
**scrolling** *198:18*
*200:13*
**scrutiny** *304:20*
**seal** *343:16*
**search** *193:21*
**searching** *193:25*
**second** *8:25* *37:16*
*51:11* *58:17* *62:5*
*71:7, 7* *85:6* *138:13*
*213:6* *229:18* *290:17*
*306:3* *335:21*
**seconds** *181:1*
**secret** *235:19, 19, 24*
**secretary** *14:22, 24*
*15:8, 11*
**sector** *190:20*
**secure** *240:24* *250:24*
**security** *156:9, 12*
*177:17* *235:15, 18*
*249:14* *250:12, 14*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

253:*20*  255:*17*  256:*3,
4*  322:*12*
**see**  20:*18*  30:*16*
70:*1*  115:*12*  136:*7*
137:*12*  138:*10*  139:*9*
150:*21*  155:*5, 20*
161:*3*  163:*4*  164:*4*
181:*22*  183:*16*  184:*1*
190:*9*  193:*22*  198:*19*
202:*3, 22*  206:*8, 8*
208:*22*  212:*9*  213:*15*
215:*23*  217:*10*
221:*16*  225:*18*
226:*24*  233:*8, 20*
246:*19*  252:*5*  255:*25*
260:*7*  263:*23*  277:*16,
17, 18, 20, 22*  288:*8, 9*
308:*4*  316:*14*  321:*22*
330:*15*
**seeing**  155:*2*  199:*22*
202:*14*  335:*13*
**seek**  291:*16*
**seeking**  159:*7*  312:*22*
**seen**  14:*19*  19:*6*
31:*1, 4, 6, 8, 10*  33:*14*
49:*25*  197:*15*  242:*6*
325:*16*  337:*22*
**sell**  240:*22*
**selling**  200:*3*
**semester**  114:*3*
**send**  48:*4*  81:*15, 15,
16*  116:*3*  190:*11*
204:*3*  208:*2*  212:*22*
230:*16*  244:*1*  245:*25*
256:*13, 13, 14*  257:*12,
13*  259:*23*  261:*10*
326:*5*
**sending**  86:*11*
202:*11*  203:*20*
259:*16*  291:*7*
**sense**  55:*25*  124:*17*
180:*5*  215:*2*  312:*24,
25*  315:*2*
**sent**  37:*5*  39:*4*  49:*10*
63:*24*  64:*5, 10*  76:*23*
77:*14, 15*  83:*22*
107:*6*  187:*2*  201:*10*
203:*7*  205:*6*  214:*19*
215:*5*  216:*1, 4*
220:*22, 22*  249:*3*

292:*1*  295:*8*  326:*5*
328:*10, 10*  341:*1*
**sentence**  300:*8*
**serious**  96:*13*  193:*19*
205:*11*  255:*22*  294:*8*
**seriously**  177:*1*
322:*13*
**server**  40:*12*  243:*4, 5*
**service**  194:*5*
**session**  4:*15*
**sessions**  130:*1*
**set**  45:*10*  153:*12*
167:*20*  171:*2*  178:*2*
179:*23*  180:*9, 12, 20*
257:*7*  320:*22*  324:*16,
18*  343:*16*
**SETH**  2:*2*  4:*4*  50:*7*
54:*20*  60:*13, 14*  70:*1,
6*  89:*11, 15, 20*  91:*9,
19, 23, 23, 24*  92:*4*
93:*13, 17, 17*  94:*21,
25*  99:*18*  100:*6, 7, 11*
165:*25*  166:*8*  203:*9*
228:*25*  270:*11*
274:*10*  283:*13*
292:*23, 23*  302:*14*
303:*6, 12*  333:*24*
339:*11*
Seth@dereksmithlaw.c
om  2:*5*
SethDCarson@gmail
257:*11*
**setting**  235:*1*
**settled**  324:*22*  325:*1*
**Seven**  7:*14*  302:*16,
18, 22, 24*  334:*15*
339:*10, 16*
**sex**  30:*1, 5*  65:*1, 11,
22*  67:*5, 9*  72:*23*
74:*3*  102:*17*  225:*24*
275:*19*
**sexual**  27:*21*  28:*19*
37:*24*  60:*7, 20*  61:*1*
67:*12*  74:*14*  81:*19,
22*  85:*4, 9, 10*  86:*22*
87:*1*  89:*1*  96:*5*
97:*20*  98:*1*  99:*10*
104:*12*  152:*2*  155:*15,
25*  156:*6*  157:*21*
176:*2*  186:*12, 21*

200:*20, 22*  203:*15*
204:*7, 13, 16, 20*
205:*9, 20*  223:*7*
232:*12, 15*  268:*2*
276:*14*  278:*5*  279:*7,
13*  280:*23*  281:*5*
296:*16*  299:*10, 11, 11*
**sexually**  31:*5, 10, 15*
36:*8, 11*  79:*12*  82:*7*
84:*9, 11, 23, 24*  88:*9,
17*  89:*2*  110:*13, 17*
186:*18, 25*  200:*23, 25*
201:*3, 5*  292:*5, 10*
SGold@DiscrimLaw.n
et  2:*15*  196:*4*
**Shabbat**  129:*20*
**share**  52:*12*  53:*17,
23*  54:*12*  55:*6, 6, 16*
129:*11*  133:*11*
181:*20, 21*  187:*9, 12,
16*  188:*22*  248:*8*
252:*21*
**shared**  188:*23*  189:*1*
**sharing**  52:*20*  105:*25*
187:*2*
**sheet**  237:*15*
**shellshocked**  149:*23*
**shit**  248:*22*  290:*6*
315:*22*  318:*7*
**shitty**  288:*11*
**short**  28:*4*  51:*19*
93:*10*  329:*17*
**shortage**  321:*5*
**shortly**  114:*5*  339:*1*
**shot**  76:*22*  107:*4, 14,
20*  108:*2, 5*  114:*11*
115:*14*
**shots**  37:*5*  63:*22*
64:*2, 9*  96:*15*  104:*24*
201:*9*
**show**  40:*18*  106:*16*
113:*3*  116:*5*  117:*11,
13*  129:*5*  164:*12*
194:*21*  198:*12*  203:*1*
208:*22*  209:*13*
211:*23*  227:*6*  238:*1,
23, 25, 25*  242:*1*
262:*9, 11*  263:*6*
269:*8*  277:*7*  304:*1*
307:*8*  322:*20*  337:*7*

**showed**  37:*4*  64:*9*
77:*11*  106:*9*  107:*3, 4*
115:*23*  132:*11*  201:*9*
209:*16*  211:*17*
239:*21*
**showing**  202:*24*
211:*7*  214:*16*  216:*12*
245:*21*  251:*13*  272:*3*
295:*21*
**shown**  46:*22*  76:*21*
114:*10*  115:*2, 15*
201:*13*
**shows**  239:*4*  244:*24*
**shrugs**  5:*21*
**shut**  132:*23*  136:*21*
**shutting**  235:*6*
**sibling**  147:*20*
**Sid**  71:*8*  196:*2*
323:*23*
**side**  164:*5*  264:*8, 12,
15*  265:*2, 22*  320:*13*
**SIDNEY**  2:*12, 13*
69:*14*  195:*11*
**Sidney's**  98:*24*
**Sid's**  340:*8*
**sign**  80:*3*  173:*13*
174:*10*  175:*18, 25*
176:*14*  241:*21*
244:*21, 25*  245:*4, 6*
287:*3, 5*  341:*4*
**signature**  285:*4*
**signed**  67:*2, 12*  72:*23*
74:*3, 13*  156:*4*
173:*16, 20*  174:*6, 20*
175:*20*  176:*18, 19*
224:*22*  244:*2, 25*
245:*5, 8, 9, 16, 21, 22*
246:*1, 5, 15*  284:*14,
19, 25*
**signing**  173:*22, 23*
174:*21*  175:*1, 4*
286:*7*
**silly**  212:*3*
**similar**  8:*13*
**simple**  88:*22*  91:*7*
163:*12*  274:*23*
**simply**  305:*2*
**simultaneously**
305:*11, 14*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**single** 103:*1* 120:*16*
241:*9* 243:*17* 307:*2,*
*5* 316:*8, 9* 324:*8*
**Siri** 268:*16*
**sister** 112:*20* 151:*21,*
*22, 25* 152:*5*
**sit** 48:*20* 93:*7*
152:*16, 18* 308:*25*
317:*24*
**sits** 15:*23* 16:*3* 37:*17*
**sitting** 34:*19* 36:*3*
41:*4* 61:*14* 111:*8*
120:*19* 122:*9* 130:*9*
140:*3, 18* 148:*18*
207:*10* 238:*6* 276:*12*
**situated** 19:*16*
**situation** 55:*15* 66:*10*
99:*8* 155:*9* 188:*16*
212:*2* 308:*23* 309:*3,*
*9, 10, 14, 17* 333:*20*
**six** 13:*9* 25:*15, 17*
240:*21* 334:*1, 5, 18*
**size** 321:*11*
**skeletons** 268:*1* 269:*6*
**skip** 144:*23*
**skirt** 28:*4* 135:*13*
**Slack** 215:*13, 13, 16*
237:*13* 239:*20*
241:*11*
**Slack-related** 307:*16*
**slammed** 208:*11*
**slamming** 103:*8*
**sleep** 105:*16* 128:*20*
136:*9* 201:*21* 275:*9,*
*14*
**sleeping** 80:*19* 313:*12*
**slept** 63:*20* 128:*14*
130:*3* 138:*2, 9* 224:*8,*
*14* 275:*15, 18*
**slow** 89:*13* 106:*19*
**slower** 331:*11*
**small** 55:*7* 205:*8*
**smaller** 215:*22*
**smart** 309:*2*
**smiling** 30:*12* 122:*11*
183:*24*
**SMITH** 2:*2*
**smoke** 302:*20*
**smooth** 4:*9* 169:*8*

317:*6, 6*
**snarky** 95:*2, 17*
**snippets** 214:*15*
**soap** 150:*23*
**social** 313:*7*
**socialized** 41:*21*
112:*12* 288:*2* 315:*5*
**socializing** 227:*17*
**sold** 240:*19*
**solicitation** 10:*5*
239:*12*
**somebody** 40:*19*
47:*20* 79:*17* 103:*13*
106:*4* 116:*3* 120:*2*
123:*3* 127:*10, 10*
128:*17, 19* 133:*2*
135:*18* 137:*19, 22*
143:*6* 144:*5* 153:*12*
155:*2* 156:*2* 165:*11*
177:*3* 186:*4* 191:*6*
199:*1* 205:*13* 231:*18*
251:*21* 254:*10*
259:*12* 260:*7* 267:*9,*
*10* 269:*16* 271:*18*
272:*22* 273:*11* 283:*4,*
*5* 313:*14, 15* 318:*25*
319:*1* 320:*11* 333:*1,*
*1, 2*
**somebody's** 104:*3*
258:*3*
**someone's** 207:*4*
257:*9*
**somewhat** 171:*17*
**song** 187:*5*
**songs** 187:*3*
**son's** 40:*22*
**soon** 60:*12* 114:*24*
205:*10* 320:*19*
**sooner** 87:*8*
**sophomoric** 95:*8*
**Sorry** 12:*2, 13, 14, 21*
13:*16* 17:*17* 24:*6*
29:*10* 30:*8* 37:*15, 16,*
*19* 44:*9, 20* 46:*24*
47:*8* 51:*18* 59:*13, 14*
65:*21* 80:*10* 113:*1*
118:*3* 129:*9* 134:*22*
138:*21* 142:*17*
144:*15* 166:*11* 190:*2*
196:*1* 203:*10, 12*

221:*22* 222:*15*
228:*16, 20* 235:*21*
240:*1* 262:*5* 263:*9*
266:*17* 267:*21*
268:*14* 299:*1* 306:*3,*
*4* 307:*18* 314:*25*
318:*10, 23, 24* 321:*18*
324:*23* 329:*23*
331:*10* 335:*1*
**sort** 9:*21* 22:*8* 24:*20*
46:*24* 89:*2* 132:*10*
146:*14, 25* 147:*12, 15,*
*23, 25* 149:*23* 150:*21*
154:*20* 156:*11*
164:*17* 171:*14*
224:*22*
**sound** 5:*18* 33:*25*
34:*2, 3* 55:*24* 100:*1*
124:*18* 130:*10, 14*
316:*22*
**sounds** 99:*3* 125:*2*
129:*25* 137:*14*
212:*17* 266:*11*
267:*19, 19, 22* 281:*9*
330:*24*
**soup** 199:*14* 241:*10*
**space** 54:*5*
**speak** 20:*19* 78:*13*
131:*1* 136:*24* 139:*21*
143:*4* 146:*17* 225:*20*
326:*17* 328:*7* 330:*16*
**speaking** 91:*21*
92:*22* 94:*4* 175:*11*
334:*25*
**special** 9:*14* 13:*6*
24:*14* 219:*12* 237:*18*
**Specialist** 2:*18* 3:*1,*
*13* 47:*2, 5* 51:*12, 15*
70:*10* 100:*7* 139:*4*
181:*10, 13* 196:*10*
213:*3* 232:*21, 24*
303:*22* 334:*11*
**specific** 11:*1* 17:*10*
45:*16* 46:*12* 53:*3*
60:*14, 15* 144:*20*
186:*6* 196:*17* 207:*18*
230:*16* 237:*19*
239:*13, 13* 302:*10*
336:*25*

**specifically** 17:*3* 35:*2*
46:*2* 110:*12* 146:*20*
147:*12* 189:*4* 249:*4*
268:*23* 271:*21*
335:*17* 337:*18*
**speculating** 337:*5*
**spelling** 22:*8*
**SPG** 216:*8*
**spinning** 131:*8*
**spoke** 19:*8* 29:*11*
222:*23* 225:*14, 14, 19*
**spoken** 165:*12* 326:*2*
**sport** 269:*25*
**sports** 105:*25*
**spot** 78:*12* 194:*21*
**spousal** 98:*6*
**spray** 85:*14* 147:*7*
321:*7*
**spreading** 283:*5*
**spreadsheet** 247:*20*
258:*24* 259:*4*
**stability** 309:*13*
**stable** 38:*25*
**Stacey** 246:*24, 25*
**Stacy** 147:*15* 149:*13,*
*13, 17* 151:*8, 12, 14*
152:*9* 154:*18, 21*
155:*12* 239:*10*
252:*20* 289:*9*
**Stacy@gmail** 257:*18*
**Stacy's** 152:*22*
**staff** 120:*11, 24*
126:*13* 127:*17, 18*
134:*11* 135:*7* 145:*12*
148:*21* 149:*3, 4*
159:*24* 160:*24* 161:*2,*
*17, 19, 21* 162:*19*
164:*11* 219:*3, 4, 7*
220:*15* 234:*1* 298:*2*
**stage** 153:*18*
**stake** 112:*18*
**stamp** 233:*10*
**stamped** 64:*12*
**stamps** 214:*21*
**Standard** 3:*4*
**Starbucks** 77:*2, 4*
106:*18* 108:*3, 4*
114:*7, 9, 13, 16*
115:*19* 148:*17*
169:*18*

Deposition of Matthew Bennett                                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**start** 4:*10* 34:*17*
36:*2* 86:*3*, *8* 114:*16*
129:*18*, *19* 149:*20*
184:*23* 190:*21*
261:*22* 298:*25*
**started** 13:*5* 18:*14*
20:*7*, *12*, *17* 21:*18*, *20*,
*21* 22:*14*, *20* 24:*6*
74:*22* 85:*13* 86:*11*
113:*9* 114:*5* 116:*24*
124:*9* 142:*6*, *12*
163:*8* 164:*23*, *24*
168:*12* 170:*5* 171:*18*
188:*4*, *12* 199:*2*
201:*19* 222:*10* 228:*8*,
*9* 240:*16* 273:*7*
274:*3*, *8* 288:*12*
290:*16* 320:*2* 334:*14*
339:*14*, *20*
**starting** 117:*19*
241:*10*
**starts** 129:*22* 204:*1*
**state** 7:*3* 9:*12* 19:*16*,
*19*, *20* 42:*3* 89:*12*
90:*20* 173:*25* 182:*17*
239:*14* 279:*21* 300:*7*
329:*12*
**stated** 13:*5* 73:*18*
249:*4* 320:*19*
**statement** 68:*4* 70:*4*,
*15* 143:*25* 178:*3*
194:*23* 278:*4*
**statements** 279:*8*, *14*
**STATES** 1:*1* 3:*8*
88:*1*
**static** 209:*24* 212:*13*
228:*18*, *20*
**statistics** 322:*24*
**stay** 43:*8* 55:*3* 128:*5*,
*10*, *14* 188:*17* 332:*4*
**stayed** 54:*13* 128:*21*
134:*4* 220:*2* 272:*21*
**stays** 53:*19*
**steal** 228:*10* 231:*16*
234:*4*
**stealing** 234:*6*
**Stein** 302:*6*
**Stenographer** 73:*8*
**stenographic** 3:*17*

343:*11*
**step** 189:*23* 190:*1*
**stepping** 161:*4*
**sticking** 152:*23*
**sticks** 189:*10*
**stipulation** 43:*22*, *24*
44:*17*
**stole** 229:*5*, *12*
230:*21* 231:*10*
**stolen** 229:*16* 231:*17*
**stooge** 320:*10*
**stop** 35:*11*, *14* 62:*6*
63:*12*, *15* 92:*18*, *19*,
*24* 93:*4*, *16*, *16*, *18*
94:*7* 251:*24* 270:*10*
283:*13* 292:*23*, *24*
**stopped** 13:*13* 139:*7*
**store** 243:*5* 258:*20*
**stored** 237:*3* 249:*5*
**stories** 305:*9*, *14*
306:*18* 320:*15*
**stormed** 208:*10*
**story** 27:*16* 28:*21*
67:*15* 78:*3* 264:*8*, *13*,
*15* 265:*3*, *23* 306:*20*,
*21*, *22*
**straight** 143:*2*, *2*
160:*10* 324:*18*
**strange** 46:*18*
**strategy** 48:*22*
**Street** 2:*3*, *8*, *13* 7:*16*
20:*10*, *13* 282:*10*
**stressed** 64:*23*
**strictly** 331:*17*
**Strike** 17:*4* 27:*1*
136:*10* 157:*8*
**struggles** 104:*2*
**struggling** 38:*22*
188:*10*
**strung** 321:*15*
**stuck** 136:*6* 266:*2*
**studio** 54:*3*
**stuff** 60:*2* 86:*11*
103:*16* 109:*19* 110:*5*,
*6* 133:*7* 148:*6*
149:*21* 151:*17*
161:*13* 188:*10*, *22*
202:*3* 211:*22*, *24*
212:*25* 227:*4* 241:*20*
262:*3* 302:*7* 335:*11*

**stupid** 83:*21* 184:*14*
311:*4* 312:*12* 332:*10*
**Suave** 189:*20*
**subject** 91:*2* 258:*16*
**subjected** 99:*9*
194:*14*
**Subjecting** 200:*20*
**submitted** 150:*5*
**subscribers** 10:*15*
**subscriptions** 241:*18*
**subsequently** 105:*23*
154:*3*
**subterranean** 61:*18*
**succeed** 333:*12*
**successfully** 26:*21*
**suck** 269:*16* 270:*16*
**sucking** 102:*16* 103:*6*
**sudden** 32:*18* 39:*11*
41:*6* 42:*3*, *6* 111:*19*
118:*24* 191:*22* 205:*8*
228:*8* 291:*17* 305:*7*
310:*20* 311:*11* 313:*1*
320:*15*
**suddenly** 85:*15*
87:*10* 153:*17* 167:*10*
183:*15* 184:*9*, *18*
305:*7* 309:*8* 310:*25*
311:*25*, *25* 312:*1*, *1*,
*13*, *21*, *25* 314:*21*
325:*12*
**suggest** 92:*9* 261:*16*
**suggested** 64:*18*
317:*19*
**suggesting** 190:*8*
258:*7*
**suggestion** 6:*11*
**suggestions** 4:*11*
**Suite** 2:*3*, *9*, *14* 253:*9*
258:*11*
**summary** 221:*3*, *13*
222:*7*
**summer** 113:*14*
**summoned** 169:*18*
**Sunday** 130:*2*, *12*, *18*,
*22*
**super** 251:*17*, *17*
253:*21*
**superior** 240:*14*

**supervisor** 24:*17*
80:*4* 102:*3* 110:*20*
188:*25* 189:*6*
**supplants** 198:*8*
**support** 80:*1* 85:*23*
231:*23*
**supposed** 46:*4*, *6*
47:*13*, *14* 149:*8*
256:*23* 261:*24*
262:*20* 284:*10*
**Sure** 11:*4* 17:*14*
22:*9* 23:*22* 26:*10*
46:*10*, *25* 48:*3* 49:*12*
58:*13* 59:*25* 60:*18*
66:*17* 70:*25* 71:*24*
82:*9* 83:*24* 97:*5*
106:*15*, *23* 113:*3*
119:*6* 125:*2* 127:*20*
129:*4* 132:*12* 136:*17*
137:*7* 141:*10*, *21*
151:*9*, *22* 156:*3*
161:*4* 169:*8* 171:*20*
173:*7* 175:*22* 179:*3*
189:*3* 193:*11* 199:*13*
206:*22* 207:*7* 216:*13*
218:*3* 221:*17* 225:*17*
235:*6*, *20* 236:*1*
238:*22* 242:*11*
243:*15* 244:*12*, *15*, *24*
245:*2* 249:*6*, *12*, *19*
250:*3*, *4* 253:*1* 261:*4*,
*10* 270:*15* 271:*12*, *15*,
*19*, *20* 275:*4* 282:*18*
283:*8* 293:*13* 294:*11*
295:*19* 297:*7* 298:*9*
301:*2* 310:*2* 322:*15*
325:*5*, *6* 335:*11*
336:*14* 337:*2*, *20*, *20*
**surprised** 76:*13*
105:*12* 123:*25*
**surprising** 149:*25*
**swear** 3:*18*
**swiping** 102:*22*
**switch** 250:*6* 251:*19*
252:*3*, *12*, *15* 253:*8*
**switched** 312:*7* 329:*9*
**switching** 172:*15*
249:*18*
**sworn** 3:*22* 6:*22*

Deposition of Matthew Bennett

Lisa Barbounis v. Middle Eastern Forum, et. al.

63:*12*

**sympathizers** 176:*23*

**synchronize** 239:*17*

**< T >**

**table** 40:*23* 61:*15*
105:*13* 110:*4* 122:*10*
149:*6* 156:*15* 265:*19*
308:*25*

**tabs** 210:*23*

**tackle** 163:*17*

**tag** 221:*17*

**take** 4:*5* 5:*11* 16:*14*,
*17* 27:*12* 29:*1* 47:*20*
51:*10* 69:*17* 80:*8*
86:*1, 23* 91:*6* 92:*9*,
*11, 12* 93:*15* 94:*19*
95:*10* 112:*15* 116:*4*
120:*21* 123:*4, 5*
126:*2, 3* 138:*15, 18*
139:*2* 148:*1* 159:*8*
161:*11, 14* 177:*1*
180:*2, 4* 188:*3*
189:*22, 25* 194:*18*
195:*1* 196:*7* 220:*5, 6*
227:*2* 232:*5* 264:*13*
266:*5* 268:*4* 269:*11*
277:*20* 278:*3* 284:*7*
287:*22* 289:*7, 11, 12*
291:*18* 302:*19*
303:*14, 15, 19* 318:*18*,
*19, 19, 20* 322:*11*
339:*1, 4*

**take-down** 320:*24*

**taken** 1:*12* 51:*14*
74:*23, 23* 75:*1* 91:*10*
139:*3* 150:*19* 167:*3*
181:*12* 196:*13*
199:*13* 212:*5, 10, 10*
213:*2* 226:*8* 232:*23*
282:*5* 303:*21* 317:*9*
326:*21* 339:*8* 343:*11*

**takes** 299:*15*

**talk** 8:*21* 9:*3* 24:*4*
42:*9* 47:*11* 80:*21*
85:*3, 8* 120:*14*
125:*21* 137:*3* 154:*14*
163:*5* 171:*3, 15, 16*
188:*21* 208:*25*
209:*18* 210:*11, 19*

211:*1* 221:*6* 278:*15*
287:*15* 289:*14*
297:*16, 17* 301:*5, 8*
323:*19, 20* 326:*12*

**talked** 46:*14* 63:*3*
102:*15* 151:*17* 278:*2*
306:*7* 326:*11*

**talking** 5:*10, 14* 6:*17*
51:*19* 65:*3, 4* 71:*14*
79:*8* 80:*17, 18* 82:*6*,
*12* 104:*11, 15* 118:*12*
122:*23* 132:*2* 139:*8*
145:*2, 5* 146:*11*
147:*9* 149:*21* 168:*17*
171:*13* 203:*17* 204:*1*
228:*3* 233:*16, 21*
234:*2* 240:*18* 242:*10*
256:*18* 259:*6* 265:*12*
297:*8* 306:*19* 309:*16*
310:*3* 327:*20* 328:*15*
331:*5*

**talks** 235:*16* 260:*12*

**tall** 310:*19*

**tally** 339:*2*

**tank** 177:*8*

**targets** 230:*19*

**task** 217:*19*

**tasks** 81:*14* 83:*7*

**taught** 187:*25* 316:*9*
327:*3*

**taxi** 133:*11*

**teach** 11:*11* 187:*24*
188:*8* 190:*22*

**teaching** 188:*4*

**team** 148:*20* 151:*15*
153:*25* 163:*8* 165:*2*
240:*21* 256:*9* 269:*24*

**tears** 155:*7*

**tech** 237:*22, 23*
239:*20* 240:*19*
241:*17* 243:*4*

**technologically** 243:*8*

**Telegram** 213:*18, 25*
214:*9* 215:*1, 8, 15, 16*,
*19* 248:*24* 307:*11*
317:*15*

**telegramed** 115:*16*

**tell** 6:*7, 23* 10:*18*
26:*24* 30:*19* 33:*19*
35:*3, 6* 40:*15* 45:*17*

52:*19, 24* 56:*4, 5, 7, 8*,
*12, 16* 63:*19, 21*
64:*16, 25* 65:*22*
73:*20* 77:*18, 18*
84:*20* 97:*18, 24*
98:*17, 21, 24* 99:*4, 17*,
*19* 109:*16* 114:*8, 14*
119:*19* 132:*20*
144:*24* 146:*12*
152:*14* 160:*13*
164:*12, 13* 169:*20*
172:*8* 176:*16* 184:*11*
191:*19* 194:*22, 23*
209:*17* 210:*9, 13, 18*
214:*8* 223:*9, 11, 13*,
*14* 227:*10* 229:*19*
231:*19* 232:*8* 248:*19*
251:*22* 253:*19* 255:*6*
256:*25* 260:*3, 20*
264:*5, 7* 265:*22*
268:*1* 283:*4* 301:*20*,
*21* 304:*8, 11* 307:*22*
308:*23* 312:*9* 314:*15*
317:*13* 324:*3* 325:*24*,
*25* 326:*8, 14* 338:*20*
340:*23*

**telling** 71:*1, 24* 75:*4*
76:*16* 78:*15* 93:*14*,
*15* 110:*4* 116:*18*
118:*20, 21, 23* 121:*17*
172:*7* 191:*12* 201:*2*
205:*4* 209:*8* 219:*22*
222:*11* 224:*25* 226:*2*
239:*2* 242:*7* 246:*9*
259:*22, 23* 261:*7*
269:*15* 273:*14* 312:*3*

**ten** 195:*2*

**tenure** 21:*24*

**terminate** 38:*20, 21*

**terminated** 26:*24*
27:*1, 3, 19* 198:*20*
200:*6*

**terrible** 322:*10*

**terrific** 221:*16*

**terrorized** 320:*17*

**terrorizing** 26:*5*
289:*24*

**test** 69:*18*

**testified** 3:*23* 106:*8*
118:*15* 123:*20*

142:*18* 167:*17*
179:*23* 182:*9* 262:*19*
288:*21* 292:*19* 293:*5*,
*25*

**testifies** 30:*24*

**testify** 40:*5* 45:*20*
75:*19* 98:*16* 117:*17*
122:*18* 129:*6* 244:*20*
335:*14*

**testifying** 6:*21* 37:*21*
66:*12* 72:*20* 73:*25*
74:*10* 78:*5* 106:*21*
158:*15* 275:*15*
281:*16, 24*

**testimony** 6:*19* 36:*18*
37:*2* 38:*10* 49:*24*
57:*12* 74:*7* 86:*20, 24*
87:*17* 97:*12* 98:*3*
101:*18* 106:*23*
108:*11* 109:*4* 110:*24*
112:*9* 115:*25* 117:*10*
137:*11* 144:*13*
157:*24* 192:*10*
206:*25* 265:*7* 270:*23*
283:*7, 23* 294:*4*
298:*15* 299:*5* 305:*15*
310:*5* 318:*9* 322:*5, 6*

**text** 46:*22* 48:*4, 7, 12*
49:*14* 50:*1, 19, 20*
63:*22* 64:*5* 77:*2*
104:*24* 106:*14* 116:*3*
159:*5* 165:*10* 178:*9*,
*11* 202:*11, 17* 203:*8*
213:*17, 22* 214:*22*
245:*20* 291:*25* 295:*8*,
*10, 14, 25* 296:*7, 24*
329:*14*

**texted** 200:*16* 304:*2*,
*6* 305:*23*

**texting** 64:*15* 327:*19*,
*21* 328:*15, 16, 21*
329:*19*

**texts** 49:*16* 328:*9, 10*
329:*5, 8*

**Thank** 7:*25* 9:*11*
29:*14* 51:*11* 59:*17*
98:*23* 282:*13* 331:*12*
340:*18, 20*

**Thanks** 181:*9* 282:*7*

Deposition of Matthew Bennett                                      Lisa Barbounis v. Middle Eastern Forum, et. al.

284:*13*  285:*17*
**theirs**  117:*21*
**Thelma**  14:*1, 6, 11*
20:*21*  149:*11, 16*
154:*21*
**thereof**  114:*11*
**thing**  5:*20*  12:*1*
42:*21*  53:*18*  64:*3*
67:*1*  79:*19*  116:*10*
132:*10*  148:*3*  155:*8*
156:*11*  164:*19*
177:*18*  180:*24*  198:*3*
200:*1, 17*  207:*16*
208:*3, 3, 7*  212:*3*
215:*24, 25*  222:*20*
224:*23*  226:*2*  227:*13*
238:*16*  241:*5, 7, 9*
243:*17*  267:*8*  273:*8,*
*17*  279:*10*  294:*12*
296:*22*  304:*1*
**things**  4:*9*  16:*10*
28:*8, 12*  32:*2*  33:*1, 3,*
*11, 15, 20*  38:*13*
39:*12, 19, 22*  40:*4*
43:*12*  45:*10, 17, 23*
46:*4*  57:*22*  83:*19*
86:*6*  88:*19*  111:*13,*
*19*  116:*24*  121:*19*
125:*18*  132:*8*  144:*21*
151:*5, 18*  152:*3*
163:*11, 16*  166:*23*
170:*5*  178:*10*  181:*3*
182:*14, 21*  183:*13, 15*
185:*11, 12*  187:*5*
193:*3*  197:*3, 17*
201:*25*  202:*1, 4*
207:*14*  209:*15*
216:*20*  222:*11*
231:*25*  235:*6*  242:*2*
243:*10, 15*  261:*20*
262:*9*  265:*16*  273:*5,*
*6*  277:*14*  286:*4, 5*
304:*19*  306:*15, 16*
310:*9, 9*  311:*6*
313:*11*  314:*23*
316:*17*  319:*12, 13*
320:*1*  321:*2, 18*
322:*9*  327:*3*
**think**  4:*18*  6:*15*
12:*16*  14:*19*  15:*6*

18:*12*  19:*20, 23*  27:*7*
33:*25*  34:*2, 3, 5, 5, 12*
37:*6*  40:*18*  47:*22*
51:*20*  53:*22*  54:*18,*
*21, 25*  60:*4*  61:*15*
66:*13*  71:*17*  77:*23*
78:*13*  83:*10*  91:*4*
99:*18*  107:*1*  118:*10,*
*17*  126:*19*  127:*10, 13,*
*19*  128:*7, 13, 16, 17*
131:*24*  132:*9, 16*
134:*21, 25*  135:*5, 8*
137:*10, 16, 18*  139:*7*
142:*8*  143:*8*  144:*7*
145:*18, 22*  146:*2*
148:*1*  149:*11, 18*
151:*13, 23*  152:*1*
154:*23*  155:*18*  156:*2,*
*10, 14, 16*  159:*18*
162:*6*  164:*23*  165:*9,*
*10*  166:*22*  167:*3, 17*
168:*10, 12*  171:*13*
172:*14*  173:*22, 23*
175:*16*  176:*7, 12*
185:*2*  192:*4*  194:*25*
195:*14*  196:*21, 25*
198:*14*  200:*4*  211:*9*
212:*2, 9*  214:*18*
215:*2, 12, 14*  217:*16,*
*22*  222:*21*  223:*15*
228:*21*  229:*1*  235:*2*
236:*17, 20, 23, 24*
237:*25*  251:*6*  259:*8*
262:*18*  264:*10*  266:*2*
269:*20*  271:*16*
275:*17*  277:*25*  279:*4,*
*5, 11*  280:*21*  283:*20*
286:*25*  290:*17*
292:*11*  298:*13*  299:*6,*
*7, 19, 24*  300:*6, 15*
316:*24*  319:*11, 11*
323:*14, 15*  326:*22*
335:*12*  336:*10*  339:*3*
**thinking**  45:*12*
103:*23*  114:*22*
116:*16*  138:*6*  143:*1*
147:*13*  151:*2*  152:*11,*
*19*  153:*23*  155:*8*
163:*22*  164:*18*

169:*16*  222:*14*  228:*8*
263:*18*  273:*16*  311:*3*
**thinks**  327:*15*
**third**  6:*10, 11*  14:*5*
104:*5*
**thought**  44:*4*  46:*18*
70:*20*  84:*19*  145:*1*
146:*9, 23*  147:*1, 23*
153:*3*  162:*20*  168:*14*
170:*22*  186:*2*  188:*3,*
*9*  189:*19, 22*  192:*12*
214:*16*  219:*1*  234:*4,*
*11*  236:*14*  240:*12, 12*
243:*22*  250:*23*
267:*11*  272:*4*  290:*23*
301:*1*  308:*8*  312:*23*
328:*13*  332:*18, 19*
**thread**  202:*20, 22*
212:*22*
**threat**  255:*18*
**threaten**  176:*22*
**threats**  250:*14*  255:*20*
**three**  11:*25*  12:*4*
50:*8, 12*  107:*23*
123:*19*  128:*17, 25*
129:*3*  137:*18*  157:*2*
246:*23*  304:*12, 16*
305:*18, 24*  306:*8, 14*
325:*10*
**threw**  40:*20*  122:*7*
131:*25*  287:*21*
**throw**  184:*20*  314:*14*
317:*22*
**throwing**  203:*17*
207:*4*
**thrown**  110:*6*  207:*9*
**Tiffany**  20:*19*  24:*4, 5,*
*23*  25:*2, 20*  27:*12*
30:*1, 7*  79:*19*  81:*12*
208:*2*  219:*14*  229:*24*
234:*24*  267:*23*
321:*14*
**tight**  262:*1*
**time**  3:*3, 4*  5:*11*  8:*2*
11:*20*  12:*19*  13:*1, 12,*
*17*  14:*5, 8, 11, 14*
15:*1*  18:*9, 10, 10, 16*
19:*9, 11*  21:*10*  22:*2,*
*14*  23:*20*  24:*12, 23*
25:*18*  28:*11*  29:*1*

32:*3, 14*  33:*9*  38:*14,*
*16*  41:*22*  42:*5, 6*
43:*16*  44:*6*  47:*16*
51:*3*  54:*17, 20, 22*
57:*13, 13, 15*  58:*17*
60:*4*  64:*12*  65:*19*
66:*21, 25*  75:*5, 6*
76:*20*  78:*6*  84:*22*
86:*5, 19*  88:*4*  92:*22*
94:*16*  95:*10, 16*
104:*18*  105:*4*  106:*9*
107:*10, 19*  108:*12*
109:*5*  110:*7*  111:*17*
114:*20*  116:*13*
123:*23*  125:*6*  127:*19,*
*23*  132:*23*  133:*18*
134:*2*  136:*14*  137:*9*
138:*15*  139:*18*  140:*3,*
*25*  145:*14*  146:*3*
153:*18*  155:*16*  158:*5,*
*20*  162:*1, 16, 17*
164:*11*  166:*14, 19, 23*
168:*2, 4, 10*  174:*15*
176:*18*  177:*7*  182:*10*
183:*20*  191:*9*  193:*18*
194:*18*  195:*11*
196:*21*  199:*2, 3, 23*
200:*10*  201:*4, 14*
203:*14*  209:*20*
210:*21*  214:*2, 21*
217:*10, 22*  218:*8, 16,*
*17*  219:*9, 11, 16*
227:*2*  234:*2, 10*
241:*22*  253:*24*  255:*8*
256:*1, 6*  258:*6, 10*
260:*23*  263:*19*
266:*11*  269:*4*  273:*21*
275:*4*  277:*14*  278:*15*
288:*1, 9*  292:*12, 16,*
*18, 19*  293:*5, 7, 9*
294:*1*  296:*13*  305:*8*
308:*8*  312:*6, 19*
320:*22*  321:*3*  322:*17*
332:*19*  333:*23*  336:*7*
338:*14, 15, 17*  339:*2,*
*19*  340:*17*
**timeline**  144:*11, 20*
**timeline-wise**  31:*25*
**times**  5:*17*  50:*9, 13*
55:*3*  90:*16, 24*  91:*11*

95:4  97:11  123:19
190:11  194:8  295:16,
19
**timing**  143:10  210:4,
5
**tips**  315:12, 13
**tiptoed**  206:19
**Tir**  85:22  157:19
288:24
**title**  15:8  23:10
218:23  219:5, 16, 20,
24  220:14, 18
**titles**  219:1
**today**  3:13, 16  4:5, 9
5:1, 17  6:12, 13, 20,
24  8:21  9:3  15:24
16:8  19:24  22:11
29:13  33:12  34:19
36:3  37:1  39:16
40:5  60:5  71:1
87:17  91:21  93:9
117:14  140:4, 18
158:15  182:9, 12
185:2  198:10  207:10
238:6  268:20, 22
276:12  283:7  294:1,
4  297:15, 17  339:20
**Today's**  3:2
**told**  21:25  27:9  29:2
30:24  31:21  32:1, 6
33:16  37:9  38:19
39:6  47:18  56:14
59:3  61:4, 12  62:1, 3,
4, 6, 8, 9, 11  64:17
65:13, 24  66:16  75:2,
23, 23  76:1, 2, 2, 4, 6,
12, 23  77:5  80:10, 12
81:19, 24  84:8, 10
95:20  96:8  97:14
98:15, 22, 25  105:12
106:4  108:15, 17, 18
111:4  112:16  113:11
115:3, 22  120:25
121:22  123:11, 18
124:3, 15  135:24
142:14  145:14
149:10  157:5  159:22
169:15  170:12
178:20, 23  184:13
187:6, 7, 19, 21

190:15  191:11  201:5,
7  205:23  208:25
209:3  210:10, 16
222:20  224:13, 15, 16
226:15, 16  227:18
244:13  249:1  251:4
258:20  263:11
264:16  265:2  267:22
287:20  289:13
295:16  301:13
310:13  317:25
319:21, 24  325:14
333:1
**Tommy**  313:10
336:8, 15, 18, 18
337:16  338:21
**tomorrow**  284:16
**tone**  94:7
**top**  217:6  290:21
**topics**  11:7
**total**  339:19
**totally**  68:24  94:3
**tough**  57:21  152:9
269:7
**toxic**  43:12  326:23
**track**  16:2  199:2, 3
200:10
**trail**  259:21, 25
260:2, 6, 11, 18
**train**  260:21
**trained**  112:12
154:10
**training**  156:1, 7
161:23  271:15, 18
**traitor**  151:11  152:24
**transcript**  340:24
343:11
**transgender**  102:21
**transition**  169:8
229:25  237:24
**transitioned**  215:11
**transitioning**  247:19,
22, 25
**transvestite**  102:20
**trapped**  183:20
**trash**  103:5
**traumatic**  87:11
286:4  305:9  312:3
325:9

**traumatized**  310:15,
16  313:15
**travel**  10:3  48:16
82:22, 23  113:22
153:15  217:17  218:4,
9, 10
**traveled**  217:23
336:11
**traveling**  217:22
254:9, 11  256:5
313:9
**Tricia**  32:9  39:3
40:25  64:1, 1  78:21
79:7  83:1  84:15, 19
102:21  103:15
105:12  109:13  111:7
117:24  120:15
122:11  123:15, 24
126:16  128:19
137:22, 23, 24  140:10
149:10  155:4  167:1
169:21  178:13, 13
182:11  183:9  191:15
201:11, 17  220:3
223:13  246:24, 25
252:20  259:10
272:22  287:3  288:13
290:23  311:6  313:10
315:6  319:16  321:24
322:23  336:11, 14
**trick**  219:21  248:16
296:19, 20
**tried**  120:9  121:21,
21  155:11  164:2, 3
165:4  168:7  178:19
179:2, 3  188:17
249:12  264:13  268:3
285:9, 10  291:21
316:7, 11, 12  321:20
330:22
**tries**  318:19
**trip**  46:5, 7, 15  47:11,
14, 15  48:6  49:17
50:3, 23  51:20, 22
52:21  53:3, 5, 7, 24
55:17, 19  57:10
58:10, 11, 13  60:5, 21
61:3  63:3  193:16
201:22  216:6  217:24

290:4  336:13
**trips**  48:16
**Trish**  119:17  147:7
**trouble**  71:13
**true**  38:7  39:23
40:9  42:12, 13  158:3
182:12, 15  193:7
196:24, 25  197:2, 4
224:18  265:17
343:10
**trust**  33:6  85:20
112:17, 22  148:12, 22
154:4  163:24  164:2,
3  209:8, 9  210:12, 20
269:9  287:23  288:25
330:5
**trusts**  121:11
**truth**  6:24  190:7
256:25  257:3  268:11
281:19  297:17
332:12, 13
**truthful**  318:25
**truthfully**  6:25
**try**  4:19  5:7, 8, 15, 16,
20  6:15  12:18  85:3,
8  123:12  131:13
171:19  185:8  212:19
213:24  235:2  269:3
289:7, 10, 12  322:15,
16
**trying**  6:1  28:25
37:15  43:8, 11  45:24
56:19  58:1, 2, 5, 16
89:12  90:17  112:22
123:3, 5  131:14
143:9  147:17, 24
153:3  155:1  163:8
169:23  188:1  190:4
192:10, 18, 25  197:19
200:1  228:1  235:2,
24  243:14, 18  248:18
249:9  251:22  257:3
261:20  262:3  267:9
269:5, 7, 8  291:18
296:21  299:4  323:5
324:16  325:19
326:15  328:3, 6
**Ts**  195:20
**Tuesday**  1:15  3:3

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

130:*19*
**Turkish** 259:*16*
**turmoil** 234:*11*
**turn** 234:*16*
**turned** 52:*11* 111:*19*
188:*1* 234:*13* 317:*9*
**Tweet** 255:*19*
**tweeted** 236:2, *8*
255:*10*
**twice** 14:*4* 17:*16*
326:*13*
**two** 5:*10* 9:2 15:*25*
24:*17* 30:*15* 41:7
42:*8* 53:*15* 68:*18*
71:*1, 4* 86:22 107:*23*
128:*24* 129:2 135:*17*
164:7 174:*17* 195:*20*
214:*20* 216:*15*
225:*12* 226:*20*
229:*14* 248:*23* 285:6
331:*19*
**two-faced** 170:*6*
**two-year-old** 120:*19*
**tying** 322:*4*
**type** 5:*10* 8:*17* 60:2
132:*10* 133:*11*
136:*23* 148:6 187:*5*
189:*21* 243:6 255:*8*
266:*14, 19* 287:*12*

< U >
**U.S** 10:*21, 25*
**UA** 216:7
**Uber** 106:*15* 133:*9,
14, 16*
**Ubers** 133:*1*
**uh-uhs** 5:*22*
**ultimate** 320:*12*
**ultimately** 10:*8*
**ultrasound** 39:*5*
**umpteenth** 94:*16*
**unable** 82:*21*
**unauthorized** 258:*8*
**unborn** 316:*5*
**uncollected** 153:*21*
**uncomfortable** 55:*15*
87:6 110:*19* 143:*19*
161:*5* 183:*4* 200:7
223:*8, 15*

**uncrossing** 28:*5*
**undermine** 168:7
**undermined** 169:*19*
**underneath** 46:*14*
61:*17* 63:2 267:*5*
**underpaid** 320:*8*
**understand** 6:*6, 14,
19* 14:*18* 31:*25*
97:22 106:*20* 116:*8*
140:*18* 170:*19*
172:*21* 179:*14*
186:*16* 191:*25* 192:*1*
197:*9, 17* 198:2
199:*15* 236:*13*
238:*20* 245:*11* 272:*9*
284:*10, 12* 293:*14, 18*
299:*4* 301:*17* 307:*19*
309:2 330:*9*
**understanding** 22:*12*
43:*4*
**understood** 180:*22*
221:*2, 12* 238:*21*
**underway** 172:2
**un-friend** 315:*18*
**un-friended** 42:7
167:*10* 182:*17*
**unhappy** 109:*14*
310:*21*
**unilateral** 120:*11*
**UNITED** 1:*1* 3:*8*
**universities** 11:*9*
83:*18*
**university** 326:*25*
**unnecessary** 330:*23*
331:*3*
**unpleasantries** 307:*17*
**unrelated** 168:*1*
**unsubscribing** 231:*25*
**untimely** 254:*11*
**Unwanted** 186:*23*
**update** 220:*17*
**updated** 197:*14*
**upset** 163:*20, 21, 22*
224:*17* 308:*5*
**upsetting** 273:*17*
**upside-down** 191:*22*
**us,** 77:*24*
**use** 12:*18* 49:*6*
58:*17* 101:*19* 173:*3*
247:*10, 13, 15* 251:*5,*

6, 8 252:*13, 18* 253:*9,
12* 256:*15, 16* 258:*17,
21* 259:9 301:*11*
323:*4*
**user** 234:*23*
**uses** 46:*19*
**Usually** 129:*19, 21, 22*
137:6 243:*3* 308:22
310:*8*
**usurp** 159:7
**utilize** 252:*13* 257:22
258:*9*
**utter** 318:*3*

< V >
**vacation** 38:*16* 58:*17*
210:*21* 322:*17*
**valid** 73:*19*
**vanishing** 300:*21*
**Various** 19:22 21:2
**Vasilly** 327:*6*
**vegan** 200:*2, 3*
**vehicle** 214:*1*
**Vendetta** 145:*21*
**vendor** 237:*24*
238:*24* 241:*4, 25*
251:2 252:7 262:*11*
**vendors** 48:*24* 151:*4*
241:*17* 313:*12*
**verbal** 5:*21* 270:*4*
**verbally** 185:*19*
190:*10*
**version** 109:*9, 10*
**versus** 3:7 4:7
147:22 185:*4*
**vicinity** 55:22 260:*23*
**victim** 314:*1, 4, 5, 6*
**victimized** 291:*20*
**Video** 2:*18* 3:*1, 5, 12*
47:*2, 5* 51:*12, 15*
70:*10* 100:7 139:*4*
181:*10, 13* 196:*10*
213:*3* 232:*21, 24*
253:*25* 254:*6, 11*
267:*19* 303:22
334:*11*
**videoconferencing**
1:*13*
**videos** 171:*24* 187:*3*

**view** 154:*9* 180:*16*
191:*5*
**violation** 249:*11*
**vis-à-vis** 331:*8, 14*
**visit** 157:*23*
**visual** 139:*16*
**visually** 33:*14*
**vividly** 120:*18*
**VOICE** 51:6 67:*18*
68:*3, 12* 69:*17* 70:*21*
**volition** 160:*18*
**volunteered** 161:*10*
**vote** 169:*10, 12*
**voted** 169:*14, 14*
170:*20, 21, 21*

< W >
**wage** 321:*1*
**Wait** 60:*14* 62:*5*
68:*4* 71:*6, 7, 7* 89:*6,
6* 93:22 290:*17*
298:*24* 303:*13*
**waiting** 150:*21* 263:6
**waived** 98:*15*
**wake** 131:*12*
**walk** 16:22 133:*13*
**walked** 133:*10*
246:*17*
**walking** 77:*8* 107:*8*
108:*19* 115:*4* 133:*10*
**wall** 184:*20*
**walls** 295:*5* 298:*9*
**WALTON** 2:*5* 34:*7,
8, 14* 52:*8, 14, 22*
53:*1* 60:*13* 62:*5, 11,
15, 17, 24* 63:*9, 14*
68:*20* 69:*4, 21, 25*
70:*6, 16* 71:*3, 6, 10*
88:*11, 12* 89:*3, 4, 6, 8,
11, 15, 19, 25* 90:*4, 7,
14, 21* 91:*1, 3, 9, 15,
19, 23* 92:*4, 7, 12, 17,
24* 93:*4, 13, 17, 20, 24*
94:*5, 14, 19, 21, 25*
95:*7, 12, 15, 16, 20*
97:*21* 98:*2* 99:*18*
100:*1, 6, 11* 106:*22,
24* 138:*16* 166:*10*
203:*9* 211:*5, 10, 16*
212:*5, 17* 228:*23*

231:2  232:16  258:12,
13, 25  265:6, 10
266:7, 22  274:14
275:20  276:16, 20
279:17, 20  280:1, 5,
11  281:1, 9, 13, 17, 18,
22  283:12, 16  285:13
297:12, 19  298:17
299:25  300:5  303:6,
12, 18  314:8  323:19,
23  331:25  332:6, 9
333:4, 21  334:20, 25
335:1, 2  337:25
338:25  339:6, 11, 16,
22, 25  340:5, 8, 11, 20
**want**  7:7  25:4  34:9
42:24  77:6, 6  80:6
86:15  90:19  92:5
97:6  101:16  102:5
106:20, 22  107:8
108:18  110:18  115:4
116:14  117:24
120:23  144:23  160:4,
11, 18  169:21  170:2
171:16  172:8  177:22
179:17  180:24  181:3
184:22  187:13, 16
189:4  190:2, 3, 11, 13
192:6, 15  193:20
194:17, 19  195:4
196:7  199:6, 24
200:14  212:21
221:21, 25  227:3
239:16  251:8  254:20,
22  255:12  259:21, 25
260:11  261:3, 4, 10
264:4  268:23  270:13
283:8, 15  287:3
291:13  295:1  297:1,
3, 4, 4, 6, 25  298:3
301:20  315:16
316:25  317:1, 11, 24
318:18  321:21
329:21, 24  332:1
334:12, 21  335:14
339:5
**wanted**  41:2  86:1
105:6  123:8  137:3
141:19  142:7, 10
144:9  164:17  166:1,

3  183:10, 18  188:7
189:16  190:21
191:14  196:16
201:21  203:10  208:9
220:4, 6, 7  230:16
243:13  250:20
260:25  261:2  264:5
268:4  269:16  290:20,
25  291:1  292:4, 6
296:5, 5, 14, 15
301:17, 23, 24  308:3,
4, 13, 14  310:1  314:2
317:5, 10  321:25
322:16  327:19
328:17  329:10, 12
330:7, 11, 12, 17, 25
**wanting**  291:4
**wants**  121:14  189:22
301:19, 22  312:8
**wash**  154:22
**Washington**  126:5
**wasting**  54:20, 22
92:22
**Watch**  11:8, 13, 14
72:2  206:23  228:25
230:17, 18
**watched**  41:19
**way**  5:8  6:16  9:11
24:18  33:13, 18, 18,
21  55:5  56:20  57:5
67:11  77:2, 21  80:6
83:16  90:18  94:11
96:10  98:18  99:7, 20
100:17  101:9, 25
103:20  106:15  115:9
129:6  136:7  146:7
153:3  154:6, 7  155:3,
21  158:10  162:15
163:23  167:13  178:5
180:21  182:7  183:5
191:20  192:3  208:2
214:10  215:17  231:7
258:8  261:20  273:5
278:24  279:3  283:16
289:17, 19  290:24, 24
305:2, 4, 13  317:8
321:17  330:12
**ways**  29:19
**wearing**  9:21  253:15,
16

**website**  11:15  15:5
17:13  146:21  148:5
151:3  158:11  173:10,
11  220:17  237:14
324:11, 25  335:6
**week**  41:16  211:23
252:10, 10  255:5
320:20
**weekend**  105:16, 17
130:13
**weekly**  41:21
**weeks**  17:25  18:2
33:16  167:9, 9
290:14
**weight**  321:12
**weird**  146:4  169:24
209:15  264:1, 2
267:16
**welfare**  322:12
**Well**  16:10  23:21
26:1, 24  31:24  32:13,
16  35:23  36:20  40:3,
17  42:4, 11  43:17
44:24  46:2  54:3
57:24  67:14  69:13
84:20  85:17  86:12
87:12, 19  91:9  93:24
96:21  97:3  103:24
104:15, 19, 21  105:15
106:19  107:3, 21
109:1, 15  113:9
114:1, 20  117:13
118:14  119:18
121:13, 22, 25  122:13
124:3  125:13  133:4
135:25  140:9, 23
141:6  147:13  151:15
152:1  153:4  154:5
155:13  157:12, 25
159:1, 12  160:14
163:18, 21, 23  164:23
167:17  168:10
169:16, 20  175:9, 12,
20  177:11  179:5
182:16  183:15  185:1,
24  186:1, 18, 24
187:16  189:9  190:23
196:21  197:5, 20
198:11  201:15  204:8
205:4, 19  207:8, 11

209:17  214:4, 13
216:18  217:13, 16
219:11  223:3  226:11,
19  228:15  230:6, 23
231:7  234:11  238:16
244:7  246:8  257:6
259:19  260:5  263:13
270:7  285:25  289:4,
15  290:11  291:12
295:2  296:1  301:12
302:19  306:13  308:2
309:22  310:4  311:21
312:5, 23  320:25
322:4  323:17  325:4
330:2  332:6
**wellbeing**  322:11
**well-being**  112:5, 9
153:7  155:10
**went**  41:15, 15  47:24
52:21, 25  56:6  57:8
58:18  59:7  61:23
76:20  106:18  110:4
113:14  122:12  131:7,
9, 17  132:5, 7, 13, 18,
18  136:20  139:19
148:15  166:23  184:8
190:20  191:6  204:8
272:9, 19  282:9
288:24  309:19  312:3,
7  315:5  326:24
327:9  335:10, 24
336:2, 4, 6, 12, 14
**we're**  333:12, 13
**Westrop**  127:21
**Whatsapp**  213:18
215:2
**WHEREOF**  343:15
**white**  103:5  163:14
**wide**  10:23
**wife**  7:23  38:18
42:1  43:11  47:17
53:6  55:1  97:18, 24
98:12, 17, 22, 25  99:6,
17, 20  137:3  172:12
206:14  254:4, 5
288:6  304:8, 11, 14
306:13  307:22
308:18  309:24  310:1,
3  316:6

Deposition of Matthew Bennett                    Lisa Barbounis v. Middle Eastern Forum, et. al.

**WILLIAM** 2:*12*
269:*19*
**willing** 316:*19*
**window** 216:8 254:*19*
**Winfield** 251:7
**wings** 41:*18*
**wipes** 243:7
**wisdom** 327:8
**wish** 122:*13*
**witness** 3:*19, 21*
29:*17* 34:*17* 59:*18*
67:22 69:*3, 5, 7, 7*
72:25 75:2 89:*5, 16*
100:5 138:22 144:*17*
181:8 195:*1, 2, 12, 16,*
*19, 24* 209:*23* 212:*12*
274:*12, 15, 17* 276:*23*
277:*4* 279:*7, 14, 23*
280:*4* 281:*24* 282:*3*
283:*18* 285:*17*
292:*24* 298:*19* 299:*1*
302:*25* 323:22
327:*25* 332:*12* 333:6
341:*4* 343:*15*
**witnessed** 33:*23*
**witnesses** 280:*24*
**woke** 136:*17* 138:*4, 4,*
*5, 7* 184:*17*
**wolf** 319:6, *7, 8, 8*
**Wolson** 35:*11* 69:*16*
**woman** 28:*1* 55:*17*
88:*8, 16, 25* 96:2
292:5 295:2
**women** 84:*10* 97:25
99:9 102:*14* 108:*13*
152:2 159:2, *23*
160:5 179:*4* 204:*20,*
*22* 205:*21, 22* 206:*7,*
*12, 20, 24* 269:8
272:2 273:9 287:*11*
289:*17, 18* 293:*15*
294:2 296:2, *5, 15*
298:*11, 15* 300:*3*
322:*13* 324:9 326:8
330:9
**women's** 37:*23*
100:*18* 101:9 299:*10*
**won** 128:*19, 19*
324:*12*
**wondering** 115:*1*

**word** 46:*18, 19* 62:2
118:*17* 119:*4, 7*
241:*10* 301:*10*
**wording** 259:7
**words** 77:23 101:*19*
115:7 148:*10* 177:22
186:*1* 276:*24* 327:8
**work** 8:*18, 20* 19:*3, 5*
20:*13* 21:8 24:22
32:*17* 38:*16, 23* 39:9
42:2 48:*16, 19* 58:*17*
77:2 78:*13* 83:25
84:2 106:*15* 107:9
111:*23* 143:22
159:*15* 161:*12* 163:8
168:9 169:*22* 173:*4*
176:*22* 178:*8* 183:*8,*
*19* 188:*17* 194:6
199:*24* 200:7 206:*1,*
*18* 217:*1, 10* 235:*24*
236:7 240:6, *19, 23*
247:*21* 248:*1* 268:*25*
272:*21* 291:*15* 297:6
306:*1, 7, 10, 17*
307:*16* 308:*15*
309:*18* 310:22
321:*19, 21* 327:*14*
330:*11* 331:*21*
333:*15* 337:*9, 15, 18*
338:*13*
**worked** 8:*14* 20:*16*
21:7 22:*1, 3* 31:*11*
58:22 127:22 145:8
149:5 152:*15* 155:*6,*
*16* 156:7 217:6
229:*19* 231:*19*
255:*19* 282:9 294:*21*
327:8 333:*3*
**worker** 188:2
**working** 8:*1* 13:*13*
20:*12, 17* 21:*14, 16,*
*18, 22* 26:*11* 66:*18*
158:*8, 17, 20* 159:*4*
167:*3, 5* 173:*11*
198:*10, 25* 228:7
274:*4, 8* 275:2
297:*24* 331:6 336:9
338:*21*

**workload** 82:22
83:*16, 17* 167:*4*
199:*8* 200:*8*
**workplace** 101:*21*
194:*13*
**works** 310:*17* 338:7,
*11*
**workshop** 156:*10*
**worldwide** 240:*21*
**worried** 42:*1* 66:5
80:*12, 16* 114:*21, 22*
143:*12* 175:5 177:2
224:*18* 234:6 327:*24*
**worry** 116:*14* 119:2
123:*21* 124:*4, 14*
125:*16* 142:*21* 153:*5,*
*6* 163:6 340:*1*
**worse** 206:*15*
**worst** 325:*11*
**worthless** 231:*21*
**wow** 138:7
**wrapped** 310:9
**wreck** 188:*13*
**write** 30:*11* 87:7
88:*18* 190:*19* 208:*1,*
*5, 5* 221:25 233:*11*
256:*12* 295:*15* 307:*4*
321:*16* 322:*19*
**writer** 220:*1*
**writing** 9:*17* 26:*10*
28:*13* 79:*21* 80:7
81:*11, 17, 20* 96:*18*
116:9 131:2 208:*15*
284:6 298:5 301:*15*
333:*16*
**written** 33:*20* 37:*10*
107:6 108:*17* 115:*14*
116:7 247:*4* 248:*24*
250:*4* 294:*24* 296:*8,*
*9* 322:9 323:*13*
324:*20*
**wrong** 78:*15* 81:8
116:*15, 17* 162:*1*
167:*18* 184:*8* 193:*4*
208:*6, 12* 251:*13*
271:*11* 287:*14*
**wrote** 78:*16* 169:*18*
208:*12* 273:*3* 296:*3*
304:*19* 316:*15*

322:*21*

**< Y >**
**Yeah** 6:*5* 11:*23* 12:*3,*
*9, 15, 16, 21, 22, 25*
18:*19, 23* 21:*17* 25:*4,*
*14* 30:25 34:*3* 35:*13*
36:*15* 37:*8, 12* 38:*1,*
*5, 11* 39:*15* 43:22
44:2, *4* 53:*21* 55:25
56:2, *2, 9* 59:7 68:*14*
82:5 96:*19* 98:*14*
103:*16* 111:2, *4, 9, 13*
113:*23* 119:*17*
122:*24* 124:*9, 24*
127:*4, 17* 128:*7, 12*
129:*24* 130:*15, 19*
131:*7* 132:2, *7* 133:*1*
134:*4, 4, 8, 10, 13, 25*
135:*12, 14, 15, 18, 22,*
*25, 25* 136:*13, 17*
137:*19, 19* 138:*15*
141:*9, 12* 142:*2*
145:*4, 12, 13, 22*
146:*1, 6, 10, 13* 150:7
156:*13, 14* 157:*12*
159:*20* 161:*1* 162:*15*
164:9 165:*24* 166:*19*
167:*19* 171:6, *6, 7*
180:*1, 2* 182:*18, 18,*
*18* 184:*18* 185:*14, 14*
186:*1, 8* 187:*13*
188:9 189:*18* 191:5
192:*24* 193:*24, 24*
200:*16* 202:5, *10*
204:5, *8* 207:*12*
212:*21* 214:*3, 22, 23*
215:*10* 217:*18* 218:*1*
222:*14* 224:*4* 225:*4*
226:*19* 227:22
228:*12* 229:*11, 14, 23*
230:*12, 14, 20* 231:*12*
234:2, *21* 235:*19*
236:*19* 238:*1, 19*
242:*20, 21* 244:*3, 8,*
*23* 245:*13, 13* 248:*10*
252:2, *9* 255:2
257:*17* 260:*14* 261:*5,*
*6* 262:*24* 265:*15*
267:*12* 268:*18* 269:6

278:*12, 20*  284:2, *21,*
*24*  288:*23*  290:*5*
293:*3, 13*  295:*13*
296:*13*  305:*11, 16*
306:*3, 11, 15, 23, 25*
308:*13*  314:*6*  316:*16*
317:*11*  320:*9*  328:*5,*
*14, 19, 20*  332:*3, 18,*
*19, 21*  336:2  339:*6, 23*
**year**  7:*22*  13:*9*  25:*6*
42:*22*  75:*15*  126:*3, 4*
142:*1, 4*  153:*20*
183:*14*  261:*1*  325:*11*
**yearly**  125:*25*
**years**  11:*25*  12:*4*
19:*7*  159:*19, 21*
162:*23*  216:*15*
248:*23*  274:*1*  285:*6*
333:*3*
**yelled**  206:*16*
**yelling**  103:*9*
**yellow**  76:*22*  106:*7,*
*10*  107:*5, 11*  108:*1, 2,*
*6*  109:*24*  114:*10*
**Yep**  5:*19*  100:*13*
124:*13*  126:*1, 9*
130:*5*  134:*6*  171:*10*
194:*7, 7*  208:*24*
242:*20*  245:*24*
257:*14, 19, 19*  292:2, *2*
**yesterday**  221:*5*
222:*18*
**Yo**  51:*6*
**York**  7:*17, 17, 20*  8:*1,*
*3*  19:*22*  43:*10*
**you,**  288:*25*
**young**  9:*16*  143:*2*
**YouTube**  187:*2*

**< Z >**
**Zapiers**  262:*4, 6, 7*
**Z-A-P-I-E-R-S**  262:*7*
**Zero**  97:*10*  312:*4*
**Zionist**  8:*9*
**zip**  7:*17*
**ZOA**  167:*6*  183:*9*
191:*16, 16, 17*  243:*2*
321:*21*
**Zoom**  5:*11, 12*
**zooming**  116:*9*

Deposition of Matthew Bennett                                              Lisa Barbounis v. Middle Eastern Forum, et. al.

## WORD LIST

**< 1 >**
**1**  *(4)*
**1:35**  *(1)*
**10**  *(4)*
**10:40**  *(1)*
**10th**  *(1)*
**11**  *(3)*
**11:11**  *(2)*
**11:15**  *(3)*
**12**  *(1)*
**129**  *(1)*
**13th**  *(1)*
**15**  *(3)*
**16**  *(2)*
**1650**  *(1)*
**16th**  *(5)*
**17**  *(1)*
**17th**  *(1)*
**18**  *(6)*
**1835**  *(2)*
**18th**  *(1)*
**19**  *(3)*
**19103**  *(3)*
**1st**  *(2)*

**< 2 >**
**2**  *(3)*
**2:00**  *(1)*
**2:15**  *(2)*
**2:19-cv-05030**  *(2)*
**20**  *(5)*
**2000**  *(1)*
**2015**  *(6)*
**2016**  *(2)*
**2017**  *(2)*
**2018**  *(71)*
**2019**  *(13)*
**2020**  *(4)*
**215.391.4790**  *(1)*
**215.569.1999**  *(1)*
**215.665.5547**  *(1)*
**236**  *(1)*
**26**  *(2)*
**2800**  *(1)*
**2950**  *(1)*
**2nd**  *(5)*

**< 3 >**
**3**  *(11)*
**3:00**  *(1)*
**30**  *(1)*
**33**  *(6)*
**343**  *(1)*
**355**  *(1)*
**365**  *(1)*
**37C**  *(1)*
**3rd**  *(1)*

**< 4 >**
**4**  *(3)*
**40**  *(2)*
**47th**  *(1)*
**4th**  *(31)*

**< 5 >**
**5**  *(1)*
**501**  *(3)*
**515**  *(1)*
**55-year-old**  *(1)*
**5th**  *(32)*

**< 6 >**
**6**  *(1)*
**6:00**  *(1)*
**60**  *(1)*
**6000**  *(1)*
**6002**  *(2)*
**60-page**  *(2)*
**64**  *(1)*
**65**  *(1)*
**6th**  *(3)*

**< 7 >**
**7**  *(1)*
**7:39**  *(1)*
**70-page**  *(1)*
**7th**  *(1)*

**< 8 >**
**8**  *(1)*
**8:36**  *(1)*
**80**  *(1)*
**82**  *(1)*
**8th**  *(1)*

**< 9 >**

**9**  *(1)*
**90**  *(1)*
**9th**  *(1)*

**< A >**
**a.m**  *(3)*
**AA**  *(1)*
**abetted**  *(1)*
**abetting**  *(1)*
**ability**  *(13)*
**able**  *(23)*
**above-captioned**  *(1)*
**abroad**  *(1)*
**absence**  *(2)*
**Absolutely**  *(2)*
**absurd**  *(2)*
**abuse**  *(1)*
**abused**  *(7)*
**abuser**  *(1)*
**abusive**  *(4)*
**academic**  *(1)*
**accepted**  *(2)*
**access**  *(10)*
**accommodations**  *(3)*
**accomplish**  *(1)*
**accomplishment**  *(1)*
**accord**  *(1)*
**account**  *(21)*
**accounts**  *(10)*
**accurate**  *(5)*
**accusations**  *(5)*
**accuse**  *(2)*
**accused**  *(2)*
**accusing**  *(6)*
**achieve**  *(1)*
**act**  *(2)*
**acted**  *(3)*
**acting**  *(14)*
**Action**  *(11)*
**actions**  *(2)*
**activities**  *(1)*
**activity**  *(2)*
**actual**  *(3)*
**add**  *(3)*
**added**  *(2)*
**adding**  *(1)*
**address**  *(12)*
**addresses**  *(2)*
**adds**  *(1)*

**adjourned**  *(1)*
**administrative**  *(3)*
**adopting**  *(1)*
**adult**  *(2)*
**advance**  *(1)*
**advances**  *(1)*
**advantage**  *(1)*
**advice**  *(2)*
**affair**  *(2)*
**affairs**  *(2)*
**affect**  *(1)*
**afraid**  *(5)*
**aftermath**  *(1)*
**after-party**  *(1)*
**after-the-fact**  *(1)*
**again,**  *(1)*
**age**  *(5)*
**ages**  *(1)*
**aggressive**  *(2)*
**aggressively**  *(1)*
**aggressor**  *(1)*
**ago**  *(10)*
**agree**  *(6)*
**agreed**  *(4)*
**agreement**  *(13)*
**agreements**  *(3)*
**Ah**  *(1)*
**ahead**  *(22)*
**aided**  *(1)*
**aiding**  *(1)*
**aim**  *(1)*
**aiming**  *(3)*
**AIPAC**  *(39)*
**air**  *(1)*
**Airbnb**  *(14)*
**Airbnbs**  *(1)*
**airing**  *(1)*
**airline**  *(1)*
**aisle**  *(1)*
**Akeem**  *(3)*
**al**  *(2)*
**alarm**  *(2)*
**alarming**  *(2)*
**all-around**  *(1)*
**allegation**  *(6)*
**allegations**  *(48)*
**allege**  *(1)*
**alleged**  *(15)*
**allegiant**  *(1)*

alleging  (5)
allow  (2)
allowed  (7)
allowing  (1)
alright  (3)
alternative  (1)
amazing  (1)
America  (1)
American  (1)
amount  (2)
ample  (1)
analysis  (1)
anger  (2)
angry  (3)
ANN  (2)
announce  (1)
announced  (1)
annoying  (1)
annual  (2)
answer  (76)
answered  (17)
answering  (1)
answers  (2)
anybody  (35)
anybody's  (1)
anymore  (5)
anyway  (4)
apart  (3)
Apartment  (6)
app  (3)
apparently  (9)
appear  (2)
APPEARANCES  (1)
appearing  (1)
appears  (2)
application  (1)
applications  (1)
applied  (2)
applies  (1)
apply  (1)
applying  (1)
appreciated  (2)
appreciation  (1)
approached  (2)
appropriate  (14)
approximately  (1)
apps  (4)
April  (9)
Arch  (3)

area  (2)
areas  (1)
arguably  (2)
argue  (2)
arguing  (2)
argument  (1)
argumentative  (19)
arguments  (1)
arm  (2)
arms  (2)
arrangement  (2)
article  (4)
Asana  (4)
ashamed  (2)
Aside  (1)
asked  (91)
asking  (35)
asks  (2)
aspects  (1)
ass  (2)
assault  (1)
assaulted  (2)
asserted  (1)
asserting  (1)
assigned  (1)
assigning  (1)
assignment  (2)
assignments  (1)
assistant  (5)
assisted  (1)
assisting  (2)
associate  (2)
associated  (1)
ASSOCIATES  (1)
assume  (2)
Assumes  (4)
assuming  (1)
assumption  (1)
Atlantic  (1)
attacked  (1)
attend  (7)
attendance  (1)
attended  (6)
attending  (1)
attention  (4)
attorney  (1)
attribute  (1)
at-will  (2)
audience  (1)

audio  (1)
audit  (16)
August  (1)
Australia  (1)
authoritative  (1)
authority  (1)
authorized  (1)
avoid  (1)
aware  (24)
awareness  (1)
awhile  (2)

< B >
baby  (8)
babysat  (2)
baby-sat  (1)
back  (90)
backed  (5)
background  (2)
backing  (1)
backs  (1)
back-up  (2)
Backupify  (1)
back-ups  (1)
bad  (5)
badgering  (4)
baited  (1)
bandwagon  (1)
bang  (1)
banging  (3)
banished  (1)
bank  (1)
banning  (1)
bar  (5)
BARBOUNIS  (25)
barking  (1)
bars  (1)
based  (11)
basically  (9)
basis  (5)
basted  (1)
Bates  (1)
bathroom  (6)
beans  (1)
beanstalk  (1)
beat  (1)
bed  (3)
bedroom  (3)
bedrooms  (2)

beers  (2)
began  (16)
beginning  (14)
begins  (1)
begun  (1)
behavior  (4)
believe  (173)
believed  (27)
believing  (1)
belittled  (1)
beneath  (2)
benefited  (1)
BENNETT  (20)
B-E-N-N-E-T-T  (1)
Bennett.MEF@gmail.c
om  (1)
Bennett@MEF  (1)
Bennett@MEForum.or
g  (1)
BENSON  (2)
bent  (1)
best  (22)
bet  (1)
betrayed  (2)
Better  (13)
beyond  (1)
Biden  (1)
bids  (1)
big  (20)
bigger  (1)
biggest  (3)
Bill  (1)
binary  (1)
birth  (4)
birthday  (9)
bit  (3)
blabbering  (1)
black  (2)
blah  (3)
blaming  (2)
bleeding  (1)
blew  (3)
blink  (1)
bliss  (1)
block  (1)
blocking  (1)
blow  (4)
blue  (4)
Bluntly  (1)

Deposition of Matthew Bennett                              Lisa Barbounis v. Middle Eastern Forum, et. al.

board *(24)*
boiling *(1)*
bomb *(2)*
bonuses *(1)*
book *(3)*
booked *(4)*
booking *(1)*
boom *(3)*
boost *(1)*
booth *(1)*
born *(2)*
boss *(10)*
Boston *(1)*
botched *(1)*
bother *(5)*
bothered *(2)*
bothering *(1)*
bothersome *(1)*
bottom *(5)*
bought *(1)*
bounds *(2)*
Brady *(5)*
brain *(1)*
breach *(3)*
break *(16)*
breaking *(2)*
breakout *(1)*
breaks *(1)*
breath *(1)*
bridge *(3)*
brief *(1)*
briefed *(1)*
bring *(6)*
bringing *(2)*
broke *(3)*
brother *(2)*
brought *(15)*
Bruce *(1)*
buddy *(1)*
buffer *(1)*
build *(3)*
building *(1)*
bulldozing *(1)*
bullshit *(1)*
Bumble *(1)*
bunch *(2)*
bundled *(5)*
bus *(1)*
business *(12)*

buy *(6)*

< C >
cabinet *(1)*
cafeteria *(4)*
calculate *(3)*
calendar *(5)*
California *(3)*
call *(54)*
called *(35)*
calling *(10)*
calls *(6)*
calm *(2)*
campaign *(4)*
campaigns *(1)*
campus *(4)*
cancer *(1)*
capable *(2)*
capacity *(2)*
Cape *(1)*
car *(1)*
card *(3)*
care *(10)*
cared *(2)*
career *(9)*
careful *(1)*
carefully *(1)*
cares *(1)*
caretaker *(2)*
carried *(1)*
carry *(5)*
CARSON *(168)*
Case *(43)*
cases *(2)*
cast *(2)*
casting *(1)*
casual *(3)*
casually *(1)*
catch *(1)*
Catriona *(38)*
Catriona@gmail *(1)*
Catriona's *(1)*
cause *(1)*
caused *(4)*
celebrated *(1)*
celebrating *(2)*
Center *(3)*
certain *(11)*
certainly *(5)*

CERTIFICATE *(2)*
certify *(1)*
chair *(1)*
challenge *(1)*
chance *(1)*
change *(5)*
changed *(5)*
changes *(1)*
chaos *(1)*
characterizing *(1)*
cheated *(1)*
check *(3)*
checked *(4)*
chess *(1)*
chessboard *(1)*
Chester *(1)*
Chicago *(2)*
chief *(3)*
child *(7)*
childhood *(1)*
choice *(3)*
choices *(1)*
choose *(1)*
circles *(1)*
city *(5)*
Civil *(2)*
claim *(2)*
claimed *(4)*
claiming *(2)*
claims *(1)*
class *(1)*
classifies *(1)*
clean *(1)*
clear *(9)*
cleared *(1)*
clicking *(1)*
client *(4)*
clients *(4)*
Cliff *(3)*
cloak *(2)*
close *(9)*
closed *(1)*
closer *(1)*
cloud *(3)*
cocktails *(2)*
code *(1)*
coherent *(1)*
cohesive *(1)*
cohesiveness *(1)*

coin *(1)*
collaborate *(1)*
colleague *(1)*
colleagues *(2)*
college *(2)*
come *(32)*
comes *(2)*
comfortable *(1)*
coming *(10)*
command *(1)*
comment *(5)*
commentary *(1)*
comments *(5)*
Committee *(1)*
common *(6)*
Commonwealth *(1)*
communicate *(1)*
communicating *(2)*
communication *(6)*
communications *(1)*
Community *(3)*
company *(8)*
company's *(1)*
comparative *(1)*
compelled *(1)*
competency *(2)*
competent *(1)*
competing *(1)*
complain *(2)*
complained *(2)*
complaining *(2)*
complains *(1)*
complaint *(42)*
complaints *(10)*
complete *(1)*
completely *(9)*
complicated *(1)*
complicit *(3)*
component *(3)*
components *(1)*
compound *(3)*
compounded *(1)*
compromise *(1)*
computer *(3)*
conceive *(2)*
concern *(12)*
concerned *(18)*
concerning *(3)*
concerns *(14)*

concise  (2)
conclude  (2)
concluded  (1)
conclusion  (8)
concocted  (1)
condense  (1)
conduct  (6)
conducted  (1)
conference  (23)
conferences  (1)
confided  (4)
confidence  (1)
confident  (1)
confidential  (2)
confirm  (1)
confirmed  (1)
confronted  (5)
confused  (2)
confusing  (1)
Congratulations  (1)
connect  (1)
connected  (2)
connection  (1)
connector  (3)
connectors  (1)
consenting  (2)
consequence  (1)
consideration  (3)
considerations  (2)
considered  (5)
considering  (2)
constantly  (2)
contact  (8)
contacted  (1)
contacting  (2)
contacts  (5)
Contactually  (12)
Contactually,  (1)
content  (7)
context  (10)
Continental  (2)
continue  (7)
continued  (1)
continuing  (2)
contracts  (1)
contributions  (2)
contributors  (2)
control  (9)
controls  (3)

conversation  (27)
conversations  (15)
Cool  (1)
Coordinate  (1)
coordinating  (2)
coordinator  (1)
cope  (1)
copied  (1)
copy  (6)
Cornerstone  (3)
correct  (85)
correctly  (2)
correspondence  (2)
corresponding  (2)
cost  (1)
couch  (22)
counsel  (8)
count  (1)
Counties  (1)
country  (2)
County  (1)
couple  (13)
course  (10)
Court  (62)
courtroom  (1)
cover  (4)
COVID  (1)
COZEN  (1)
crappy  (1)
crazy  (6)
create  (4)
created  (1)
creating  (1)
credibility  (1)
credible  (3)
credit  (5)
cross  (1)
crossing  (1)
crumbling  (1)
crush  (1)
crushed  (3)
cry  (2)
crying  (2)
Cuba  (3)
current  (2)
currently  (1)
cursive  (1)
custodian  (2)
cut  (4)

cuts  (1)

< D >
D.C  (9)
D6004  (1)
dad  (2)
dagger  (2)
daily  (4)
damage  (1)
Dan  (2)
dance  (2)
dancing  (2)
danger  (1)
DANIEL  (124)
Daniel's  (2)
data  (13)
database  (11)
databases  (2)
dataset  (2)
date  (30)
dated  (4)
dates  (4)
dating  (6)
daughter  (8)
daughter's  (1)
Dave  (22)
DAVID  (2)
day  (70)
days  (15)
Day-to-day  (3)
dead  (2)
deal  (9)
dealing  (2)
death  (3)
debate  (1)
decapitated  (1)
December  (7)
decide  (2)
decided  (4)
decisions  (1)
deck  (1)
decree  (1)
dedicated  (1)
deem  (1)
deep  (1)
deeply  (2)
defend  (3)
defendant  (8)
Defendants  (4)

defended  (2)
defending  (2)
defense  (1)
Define  (1)
defined  (1)
definitely  (17)
definition  (1)
defrauded  (1)
degree  (2)
Delaney  (10)
Delany  (1)
delete  (2)
deleted  (3)
deliberate  (2)
delinquent  (1)
delivered  (5)
demand  (1)
demanding  (2)
demise  (1)
demonstrate  (1)
demonstrated  (8)
denials  (1)
denied  (7)
denies  (1)
deny  (5)
denying  (1)
dep  (1)
department  (3)
departments  (1)
departure  (1)
depended  (1)
depending  (2)
depends  (4)
depiction  (1)
deploy  (1)
Deponent  (2)
Deposition  (13)
DEREK  (1)
describe  (2)
describing  (1)
description  (5)
desired  (2)
desk  (8)
destroy  (2)
destroying  (2)
details  (19)
deteriorating  (1)
determine  (1)
Developing  (2)

development (22)
device (5)
devices (1)
dick (7)
dicks (1)
difference (2)
differences (1)
different (29)
differently (2)
difficult (2)
difficulty (1)
dig (1)
digest (1)
digital (1)
dinner (3)
dinners (1)
direct (17)
directed (1)
directing (1)
directive (1)
directly (8)
director (50)
directors (3)
director's (4)
directs (1)
disagree (1)
disalarmed (1)
disappeared (1)
disappointed (9)
disappointment (6)
disarray (1)
disbelieve (1)
disconnect (1)
discovery (2)
discriminated (5)
discrimination (4)
discuss (6)
discussed (1)
Discussion (12)
discussions (1)
disease (1)
dislike (1)
dismiss (1)
dismissed (3)
dissidents (1)
distill (1)
distinction (1)
distinctions (1)
distress (1)

distributed (1)
distribution (1)
DISTRICT (4)
disturbed (3)
division (1)
doc (5)
docketed (1)
Docs (6)
doctor (1)
document (31)
documents (11)
dog (2)
doing (34)
dollars (10)
domestic (1)
domestically (1)
done, (1)
donor (6)
donors (7)
door (5)
doors (3)
dope (1)
dork (18)
dork, (1)
double (2)
doubt (3)
download (1)
downstairs (4)
downstairs, (1)
downtime (1)
dozens (2)
Dpipes@gmail (1)
Dr (3)
draft (1)
drama (4)
dramatically (1)
drink (3)
drinking (9)
drive (1)
drop (2)
dropped (1)
drowning (1)
due (2)
duly (1)
dumb (1)
dumbed-down (1)
duration (1)
duties (1)
dwalton@cozen.com

(1)

< E >
eager (1)
Eagles (1)
earlier (5)
early (3)
earn (3)
easier (5)
easily (1)
East (57)
EASTERN (5)
eaten (1)
eating (1)
education (1)
effect (1)
efficiency (1)
eight (1)
either (26)
EJ (2)
Eleanor (13)
electromagnetic (1)
electronic (3)
else's (2)
e-mail (39)
e-mailed (2)
e-mailing (1)
e-mails (15)
Eman (8)
embarrass (1)
embarrassed (1)
emergency (1)
emotional (12)
emotionally (7)
emotions (1)
employed (7)
employee (21)
employees (6)
employee's (1)
employer (1)
employment (32)
encounter (3)
ended (9)
ends (1)
enemy (2)
engage (1)
engagement (1)
engages (1)
English (1)

enjoying (1)
ensure (1)
entails (1)
enter (2)
entertained (1)
entire (12)
environment (3)
escorted (1)
Especially (3)
ESQ (5)
estimating (1)
estimation (1)
et (2)
ETA (1)
etcetera (22)
ethic (1)
Europe (3)
evening (3)
event (7)
events (10)
eventual (1)
eventually (1)
Everest (3)
everybody (66)
everybody's (7)
everyone's (1)
evidence (10)
evil (3)
exact (5)
exactly (18)
exaggerated (2)
exaggerating (3)
EXAMINATION (5)
examined (1)
example (2)
exception (1)
exchanged (2)
exchanges (1)
excited (1)
exciting (1)
Excuse (11)
execute (3)
executive (1)
ex-employee (1)
exhibit (14)
exhibits (4)
exists (4)
expect (2)
expected (2)

Deposition of Matthew Bennett                    Lisa Barbounis v. Middle Eastern Forum, et. al.

expense *(2)*
expenses *(1)*
experience *(2)*
experienced *(1)*
expert *(4)*
explain *(5)*
explained *(2)*
Explicitly *(1)*
exploded *(1)*
exploding *(1)*
explosive *(1)*
express *(5)*
expressed *(9)*
expressing *(2)*
expression *(1)*
extent *(3)*
external *(1)*
extra *(3)*
extraction *(1)*
extremely *(2)*
eye *(7)*
eyes *(1)*

< F >
face *(6)*
Facebook *(4)*
faced *(4)*
facilitate *(2)*
fact *(19)*
facts *(8)*
failed *(1)*
failures *(1)*
fair *(11)*
fairly *(1)*
faith *(1)*
Falafel *(1)*
fall *(4)*
falling *(3)*
false *(2)*
fame *(1)*
familiar *(1)*
family *(6)*
far *(13)*
fast *(2)*
faster *(1)*
fate *(2)*
fault *(2)*
favor *(2)*
fear *(5)*

fearful *(1)*
February *(7)*
Federation *(10)*
Federations *(1)*
feel *(25)*
feeling *(1)*
feelings *(3)*
feels *(1)*
fell *(3)*
fellows *(4)*
felt *(25)*
female *(10)*
field *(1)*
fifty *(1)*
fight *(1)*
figure *(3)*
file *(4)*
filed *(9)*
files *(1)*
filled *(1)*
filling *(1)*
filter *(1)*
final *(7)*
finally *(5)*
financial *(1)*
financially *(1)*
find *(13)*
finding *(1)*
fine *(34)*
finger *(2)*
finish *(14)*
finished *(5)*
Fink *(2)*
fire *(1)*
fired *(7)*
first *(66)*
firsthand *(1)*
fit *(1)*
five *(12)*
five-minute *(1)*
flag *(2)*
flee *(1)*
flights *(4)*
flipped *(2)*
floor *(3)*
Florida *(1)*
flows *(1)*
fluent *(1)*
fly *(1)*

focused *(3)*
follow *(2)*
followed *(2)*
following *(10)*
follows *(1)*
followup *(1)*
follow-up *(2)*
food *(3)*
foot *(6)*
football *(1)*
force *(1)*
forced *(2)*
foregoing *(1)*
foreign *(1)*
forever *(3)*
forget *(2)*
form *(30)*
formal *(1)*
format *(1)*
forth *(2)*
FORUM *(52)*
Forum's *(2)*
forward *(7)*
found *(9)*
foundation *(2)*
France *(1)*
Francisco *(1)*
Frank *(5)*
Frankly *(2)*
fraud *(2)*
free *(1)*
Friday *(1)*
friend *(13)*
friends *(23)*
friendship *(2)*
friendships *(1)*
front *(16)*
fuck *(1)*
fucking *(1)*
full *(5)*
full-time *(12)*
fun *(1)*
fund *(8)*
funds *(1)*
funny *(4)*
further *(1)*
future *(6)*

< G >

gain *(2)*
Gambill *(1)*
game *(5)*
gap *(2)*
Gary *(2)*
gather *(1)*
gathered *(3)*
gathering *(1)*
gauge *(1)*
gay *(1)*
general *(4)*
generally *(1)*
generic *(1)*
genetic *(1)*
genocide *(1)*
geo *(1)*
geographic *(1)*
getting *(8)*
giant *(1)*
gifted *(2)*
girl *(2)*
girls *(1)*
gist *(1)*
give *(30)*
given *(10)*
gives *(1)*
giving *(6)*
glad *(3)*
gmail *(24)*
gmail, *(1)*
gmail.com *(2)*
go *(121)*
go-ahead *(2)*
goal *(2)*
go-between *(1)*
God *(5)*
goes *(4)*
going *(177)*
GOLD *(69)*
Goldie's *(1)*
Good *(30)*
goodbye *(2)*
Goodrobb *(1)*
Google *(42)*
gossip *(1)*
got-cha *(1)*
gotten *(1)*
governance *(1)*
governors *(16)*

graduated  *(2)*
graduation  *(1)*
granted  *(1)*
grantees  *(2)*
graphic  *(1)*
graphically  *(1)*
grata  *(1)*
great  *(3)*
greatest  *(1)*
GREGG  *(312)*
Gregg's  *(16)*
grievances  *(1)*
gripe  *(1)*
gripes  *(5)*
Groman@gmail  *(1)*
ground  *(1)*
GROUP  *(9)*
guess  *(67)*
guessed  *(1)*
guessing  *(4)*
guidelines  *(1)*
guilty  *(2)*
guy  *(11)*
guys  *(35)*

< H >
hack  *(1)*
hacked  *(3)*
hacks  *(1)*
half  *(2)*
Halloween  *(2)*
hand  *(5)*
handbook  *(1)*
handed  *(2)*
handle  *(1)*
handled  *(4)*
handling  *(1)*
hands  *(4)*
hang  *(3)*
hanging  *(2)*
happen  *(25)*
happen,  *(2)*
happened  *(76)*
happened,  *(1)*
happening  *(6)*
happenings  *(2)*
happy  *(21)*
harass  *(6)*
harassed  *(18)*

harasser  *(1)*
harasser's  *(1)*
harassing  *(5)*
harassment  *(51)*
hard  *(8)*
harder  *(1)*
hash  *(1)*
hated  *(1)*
hating  *(1)*
hats  *(1)*
head  *(5)*
headphones  *(1)*
heads-up  *(1)*
health  *(1)*
hear  *(28)*
heard  *(18)*
hearing  *(4)*
hears  *(1)*
heart  *(1)*
heavier  *(1)*
heaviest  *(1)*
heavy  *(2)*
Hebrew  *(1)*
held  *(9)*
hell  *(1)*
Hello  *(2)*
help  *(11)*
helpful  *(3)*
helping  *(1)*
hereunto  *(1)*
hesitant  *(1)*
hey  *(16)*
Hi  *(1)*
hide  *(3)*
hierarchy  *(1)*
high  *(2)*
higher  *(5)*
high-level  *(2)*
highlighted  *(2)*
highly  *(3)*
hints  *(1)*
hire  *(6)*
hired  *(15)*
hit  *(5)*
hold  *(15)*
holding  *(1)*
holds  *(1)*
holiday  *(3)*
home  *(8)*

homeowner  *(1)*
honest  *(7)*
honesty  *(1)*
hope  *(1)*
hoping  *(1)*
hopping  *(1)*
horn  *(1)*
horrible  *(7)*
horrific  *(1)*
horse  *(3)*
hosted  *(1)*
hotel  *(16)*
hotels  *(1)*
hour  *(7)*
hours  *(13)*
house  *(11)*
housed  *(2)*
HR  *(3)*
Huh  *(1)*
human  *(1)*
hundreds  *(3)*
hung  *(4)*
hurt  *(7)*
hurtful  *(1)*
hurting  *(1)*
husband  *(5)*
Hyatt  *(1)*
hypothetical  *(4)*
hypotheticals  *(2)*

< I >
idea  *(11)*
ideas  *(2)*
identification  *(1)*
identify  *(2)*
idiot  *(3)*
ignored  *(1)*
ignoring  *(1)*
IHG  *(1)*
illegitimate  *(1)*
illogically  *(1)*
imagine  *(5)*
imagining  *(1)*
immediately  *(2)*
impacted  *(2)*
imparted  *(1)*
implement  *(3)*
implication  *(5)*
implications  *(1)*

implies  *(1)*
imply  *(1)*
implying  *(2)*
importance  *(1)*
important  *(5)*
impossible  *(1)*
improve  *(2)*
inability  *(1)*
inappropriate  *(18)*
inappropriately  *(4)*
incident  *(2)*
include  *(2)*
included  *(4)*
includes  *(1)*
including  *(2)*
inclusive  *(1)*
income  *(1)*
incompetency  *(3)*
incompetent  *(2)*
Incorrect  *(4)*
incorrectly  *(1)*
increase  *(1)*
increased  *(4)*
independent  *(2)*
indicated  *(1)*
indicating  *(1)*
individual  *(1)*
individuals  *(1)*
infinite  *(1)*
influence  *(5)*
inform  *(2)*
information  *(25)*
informed  *(3)*
infrastructure  *(2)*
ingrained  *(1)*
in-house  *(1)*
initial  *(1)*
initially  *(2)*
initiative  *(1)*
initiatives  *(1)*
inject  *(1)*
inner-workings  *(1)*
in-person  *(1)*
insecure  *(1)*
inside  *(5)*
insinuate  *(1)*
insinuating  *(2)*
instance  *(3)*
instinct  *(2)*

| | | | |
|---|---|---|---|
| instruct  *(2)* | < J > | knowing  *(6)* | level  *(6)* |
| instructed  *(2)* | janitor  *(1)* | knowledge  *(26)* | leveled  *(1)* |
| instructing  *(1)* | January  *(12)* | known  *(5)* | levels  *(1)* |
| instruction  *(1)* | Jason  *(1)* | knows  *(2)* | leverage  *(1)* |
| intellectual  *(2)* | JCPA  *(1)* | | liaison  *(1)* |
| intend  *(1)* | JCRC  *(2)* | < L > | liar  *(1)* |
| intent  *(1)* | JENNIFER  *(3)* | lacks  *(1)* | Liberty  *(1)* |
| interacting  *(3)* | jeopardize  *(1)* | Lane  *(1)* | Libre  *(3)* |
| interaction  *(1)* | jeopardized  *(1)* | language  *(1)* | licensed  *(1)* |
| interactions  *(5)* | jeopardy  *(2)* | lap  *(3)* | lie  *(4)* |
| interest  *(7)* | jerk-off  *(1)* | Lara  *(16)* | lied  *(2)* |
| interested  *(2)* | Jersey  *(2)* | Lara's  *(4)* | lies  *(8)* |
| interests  *(3)* | Jewish  *(12)* | large  *(1)* | life  *(38)* |
| interject  *(1)* | Jihadist  *(1)* | late  *(2)* | lifted  *(3)* |
| intern  *(10)* | JNS  *(1)* | laugh  *(2)* | light  *(1)* |
| interned  *(1)* | job  *(42)* | laughing  *(2)* | liked  *(2)* |
| internship  *(10)* | jobs  *(8)* | launched  *(1)* | limit  *(6)* |
| interrupt  *(13)* | Joe  *(1)* | Laura  *(11)* | limited  *(2)* |
| interrupted  *(2)* | join  *(1)* | Laura's  *(1)* | line  *(13)* |
| interrupting  *(3)* | joke  *(1)* | LAW  *(7)* | lines  *(1)* |
| interview  *(6)* | judge  *(8)* | lawsuit  *(7)* | link  *(1)* |
| interviewed  *(6)* | judicial  *(1)* | lawsuits  *(3)* | linked  *(2)* |
| intimate  *(6)* | Judy  *(1)* | lawyer  *(6)* | LISA  *(142)* |
| intimidated  *(1)* | July  *(3)* | lawyers  *(6)* | LisaBarbounis@gmail |
| intimidating  *(1)* | jump  *(2)* | lay  *(1)* |  *(1)* |
| introduced  *(5)* | jumping  *(1)* | lead  *(2)* | Lisa's  *(14)* |
| intuitive  *(1)* | June  *(8)* | leader  *(5)* | list  *(20)* |
| investigate  *(1)* | jury  *(1)* | leadership  *(2)* | listed  *(5)* |
| investigation  *(6)* | juvenile  *(1)* | leadership-type  *(1)* | Listen  *(4)* |
| investigations  *(1)* | | leading  *(1)* | listening  *(2)* |
| invitation-only  *(1)* | < K > | leads  *(5)* | listing  *(1)* |
| invitations  *(1)* | Kassam  *(5)* | Leah  *(37)* | lists  *(1)* |
| invite  *(4)* | keel  *(1)* | L-E-A-H  *(1)* | little  *(8)* |
| invited  *(8)* | keep  *(27)* | Leah's  *(1)* | live  *(2)* |
| inviting  *(1)* | keeping  *(2)* | learn  *(5)* | lived  *(1)* |
| involved  *(9)* | keeps  *(1)* | learned  *(11)* | livelihood  *(2)* |
| iPad  *(3)* | kept  *(8)* | learning  *(2)* | lives  *(7)* |
| Iran  *(3)* | Kevlar  *(1)* | leave  *(14)* | living  *(1)* |
| irresponsible  *(1)* | key  *(2)* | leaving  *(4)* | lobbing  *(2)* |
| ISIS  *(6)* | kid  *(3)* | Lee  *(9)* | local  *(5)* |
| Islamic  *(2)* | kidnaped  *(1)* | Lee's  *(2)* | locate  *(1)* |
| Islamism  *(1)* | kind  *(9)* | left  *(50)* | located  *(1)* |
| Islamist  *(1)* | kinds  *(2)* | legal  *(4)* | location  *(4)* |
| Israel  *(50)* | kitchen  *(2)* | legitimate  *(1)* | locations  *(1)* |
| Israeli  *(1)* | knew  *(35)* | legs  *(1)* | logical  *(7)* |
| issue  *(5)* | knife  *(2)* | LEIGH  *(2)* | logically  *(1)* |
| issues  *(6)* | knock  *(1)* | letter  *(31)* | login  *(2)* |
| it,  *(1)* | know  *(576)* | letters  *(1)* | logins  *(1)* |
| its  *(2)* | | letting  *(3)* | logistically  *(1)* |

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

logistics  *(1)*
London  *(3)*
long  *(20)*
longer  *(15)*
long-winded  *(1)*
look  *(46)*
looked  *(6)*
looking  *(8)*
looks  *(10)*
losing  *(2)*
lost  *(8)*
lot  *(12)*
loud  *(1)*
love  *(1)*
lower  *(1)*
lowest  *(2)*
loyal  *(2)*
lunch  *(10)*
lurch  *(1)*
luring  *(2)*
LUU  *(2)*
lying  *(8)*

< M >
mad  *(2)*
magazine  *(4)*
magic  *(1)*
mail  *(2)*
Mailchimp  *(7)*
mailed  *(1)*
mailer  *(1)*
mailing  *(1)*
main  *(4)*
maintained  *(1)*
maintaining  *(1)*
major  *(1)*
making  *(14)*
malicious  *(2)*
man  *(6)*
manage  *(1)*
management  *(2)*
manager  *(6)*
managing  *(6)*
Manalapan  *(2)*
Mandeles  *(3)*
maneuvered  *(1)*
Manhattan  *(1)*
manipulated  *(5)*
manipulating  *(4)*

manner  *(2)*
mapping  *(1)*
Marc  *(2)*
March  *(20)*
Mark  *(4)*
marker  *(1)*
Market  *(6)*
marketing  *(3)*
Marnie  *(93)*
Marnie,  *(4)*
Marnie's  *(4)*
marriage  *(2)*
Marseille  *(1)*
master's  *(1)*
match  *(1)*
material  *(1)*
M-A-T-P  *(1)*
Matt  *(65)*
MattBennett@gmail
 *(1)*
matter  *(20)*
matters  *(1)*
MATTHEW  *(7)*
M-A-T-T-H-E-W  *(1)*
M-A-T-T-P-B-E-N-N-E
-T-T  *(1)*
Mattpbennett@gmail.c
om  *(1)*
McNulty  *(20)*
McNulty's  *(2)*
mean  *(203)*
meaning  *(3)*
means  *(5)*
meant  *(2)*
measure  *(1)*
media  *(1)*
medium  *(1)*
meet  *(4)*
meeting  *(107)*
meetings  *(14)*
MEF  *(54)*
MEFO  *(1)*
MEForum  *(1)*
member  *(2)*
members  *(2)*
memo  *(1)*
memory  *(1)*
menial  *(1)*
mental  *(3)*

mention  *(3)*
mentioned  *(22)*
mentioning  *(3)*
mentions  *(1)*
mentor  *(1)*
mentored  *(1)*
Mercer  *(1)*
mere  *(3)*
Merit  *(2)*
Merville  *(19)*
M-E-R-V-I-L-L-E  *(1)*
Merville's  *(1)*
mess  *(1)*
message  *(46)*
messages  *(28)*
Messing  *(1)*
met  *(5)*
metadata  *(1)*
Meyer  *(9)*
Meyer's  *(1)*
microcosm  *(1)*
microphone  *(1)*
Microsoft  *(3)*
MIDDLE  *(63)*
Midtown  *(2)*
migrated  *(1)*
migrating  *(1)*
migration  *(1)*
million  *(2)*
millions  *(9)*
mind  *(11)*
minds  *(1)*
mine  *(4)*
mini-script  *(1)*
minute  *(4)*
minutes  *(16)*
misconduct  *(11)*
misleading  *(1)*
missed  *(1)*
missing  *(1)*
mission  *(3)*
misspelled  *(2)*
Misstates  *(2)*
mistaken  *(4)*
mistakes  *(1)*
mistook  *(1)*
Mm-hmm  *(1)*
mm-hmms  *(1)*
moderated  *(1)*

modicum  *(1)*
mom  *(2)*
moment  *(7)*
moments  *(1)*
Monday  *(3)*
money  *(19)*
moneys  *(2)*
monster  *(1)*
month  *(5)*
monthly  *(1)*
months  *(37)*
morning  *(7)*
mortgage  *(2)*
mother's  *(2)*
mouth  *(3)*
Move  *(15)*
moved  *(4)*
movie  *(3)*
moving  *(4)*
multiple  *(7)*
mute  *(3)*
muted  *(1)*

< N >
name  *(20)*
named  *(5)*
names  *(2)*
narrative  *(3)*
national  *(2)*
natural  *(7)*
nature  *(8)*
NDA  *(21)*
NDAs  *(13)*
near  *(2)*
nearby  *(1)*
nearing  *(1)*
necessarily  *(2)*
need  *(28)*
needed  *(25)*
needs  *(7)*
negatively  *(1)*
negligent  *(1)*
neither  *(2)*
nervous  *(2)*
never  *(78)*
New  *(21)*
newborn  *(2)*
news  *(3)*
newsletters  *(1)*

nice  (1)
night  (13)
nightclub  (1)
nights  (4)
nighttime  (1)
nitpicking  (1)
No,  (1)
Nods  (1)
nOg  (3)
noise  (1)
non  (2)
nondisclosure  (11)
no-no  (1)
nonprofit  (1)
Nonresponsive  (5)
nonsense  (2)
nonsensical  (1)
normal  (5)
Notary  (2)
note  (5)
noted  (2)
notes  (3)
notice  (1)
notified  (1)
November  (91)
Ns  (1)
nuance  (1)
nuisance  (1)
number  (17)
numbers  (1)
numerous  (1)
nut  (4)
nuts  (3)

< O >
oath  (2)
Object  (5)
objecting  (1)
objection  (89)
objections  (7)
objectives  (1)
O'Brien  (1)
obsessed  (3)
obtain  (1)
obtaining  (1)
obvious  (4)
obviously  (26)
Occasionally  (1)
occurred  (4)

o'clock  (2)
O'CONNER  (1)
O'Connor  (1)
October  (7)
odd  (4)
offended  (1)
offer  (3)
offered  (1)
office  (90)
officer  (1)
offices  (2)
official  (6)
officially  (1)
Oh  (53)
okay  (74)
old  (9)
on-boarding  (1)
once  (5)
Onchek  (1)
ones  (4)
one's  (1)
ongoing  (4)
ongoings  (1)
online  (2)
open  (1)
opened  (1)
opening  (1)
opera  (1)
operational  (2)
operationally  (1)
operations  (1)
opinion  (2)
opponent  (1)
opportunity  (9)
orchestrate  (1)
orchestrated  (1)
order  (6)
ordered  (2)
Organization  (80)
organizations  (4)
organize  (4)
organized  (1)
organizing  (4)
original  (5)
originally  (1)
other's  (1)
outed  (1)
Outlook  (6)
output  (1)

outside  (1)
outstanding  (1)
overall  (1)
oversaw  (1)
overseas  (1)
overstepped  (2)
overstepping  (1)

< P >
P.C  (1)
p.m  (1)
packet  (3)
page  (3)
pages  (2)
paid  (10)
pale  (1)
Palestinian  (2)
pandemic  (1)
paper  (38)
papers  (2)
paperwork  (3)
parallel  (1)
Paramount  (1)
paranoid  (5)
parenting  (2)
parents  (3)
part  (14)
parted  (1)
partially  (1)
participants  (1)
participate  (1)
particular  (1)
parties  (4)
party  (14)
pass  (1)
passed  (1)
passing  (3)
passwords  (2)
Patel  (2)
Patricia  (29)
Patricia's  (2)
Paul  (1)
pausing  (1)
pawn  (5)
pay  (7)
paying  (2)
PDF  (1)
peace  (2)
penned  (1)

PENNSYLVANIA  (8)
Pentagon  (1)
people  (103)
people's  (5)
pepper  (3)
percent  (4)
percentage  (1)
perception  (1)
perfectly  (1)
performing  (1)
permission  (3)
permitted  (5)
person  (42)
persona  (1)
personal  (42)
personally  (5)
personnel  (2)
Phil  (1)
Philadelphia  (11)
Phillip  (1)
phone  (43)
photo  (1)
phrase  (2)
physically  (5)
pick  (2)
picture  (10)
piece  (20)
pillow  (2)
pink  (2)
PIPES  (57)
Pittsburgh  (3)
pizza  (1)
pizzas  (2)
Place  (44)
places  (3)
Plaintiff  (4)
plaintiffs  (1)
planned  (1)
plate  (1)
platform  (3)
platforms  (1)
play  (1)
played  (3)
player  (2)
playing  (1)
please  (21)
plenaries  (1)
PLLC  (1)
pocket  (2)

| | | | |
|---|---|---|---|
| **point** *(83)* | **problematic** *(1)* | **pulse** *(3)* | **reason** *(37)* |
| **points** *(1)* | **problems** *(2)* | **purpose** *(1)* | **reasons** *(7)* |
| **poked** *(1)* | **proceeded** *(1)* | **purposes** *(2)* | **recall** *(36)* |
| **poker** *(3)* | **Proceedings** *(1)* | **pursuant** *(3)* | **recalled** *(1)* |
| **policy** *(10)* | **process** *(3)* | **push** *(1)* | **receipt** *(1)* |
| **politely** *(1)* | **prodded** *(1)* | **pushed** *(1)* | **receival** *(1)* |
| **Political** *(2)* | **produce** *(1)* | **pussy** *(9)* | **receive** *(1)* |
| **politics** *(2)* | **produced** *(6)* | **put** *(46)* | **received** *(12)* |
| **poof** *(1)* | **product** *(2)* | **putting** *(3)* | **receiving** *(1)* |
| **popped** *(1)* | **production** *(2)* | | **Recess** *(8)* |
| **portfolio** *(4)* | **productivity** *(1)* | **< Q >** | **recognize** *(1)* |
| **portfolios** *(1)* | **products** *(1)* | **question** *(122)* | **recollection** *(3)* |
| **position** *(21)* | **professed** *(1)* | **questioned** *(1)* | **recommendation** *(1)* |
| **positions** *(2)* | **professional** *(1)* | **questioning** *(5)* | **reconnect** *(2)* |
| **possible** *(12)* | **professionally** *(1)* | **questions** *(16)* | **record** *(82)* |
| **possibly** *(5)* | **professor** *(1)* | **quick** *(2)* | **recorded** *(2)* |
| **postcard** *(1)* | **professors** *(1)* | **quickly** *(1)* | **records** *(3)* |
| **postcards** *(2)* | **profit** *(2)* | **Quid** *(5)* | **recount** *(1)* |
| **potential** *(1)* | **progress** *(1)* | **quietly** *(1)* | **recounting** *(1)* |
| **power** *(2)* | **progression** *(2)* | **quite** *(1)* | **recovered** *(1)* |
| **precise** *(1)* | **project** *(5)* | **quo** *(5)* | **redundant** *(1)* |
| **prefer** *(4)* | **projects** *(6)* | **quote** *(2)* | **refer** *(1)* |
| **preferred** *(1)* | **promise** *(1)* | | **reference** *(4)* |
| **pregnancy** *(2)* | **Promote** *(4)* | **< R >** | **referencing** *(1)* |
| **pregnant** *(5)* | **promoted** *(2)* | **Raheem** *(8)* | **referred** *(3)* |
| **prepare** *(1)* | **promotion** *(1)* | **Raheem's** *(1)* | **referring** *(16)* |
| **prepared** *(2)* | **promotions** *(2)* | **raise** *(5)* | **refused** *(2)* |
| **presence** *(1)* | **prompt** *(1)* | **raised** *(6)* | **regard** *(8)* |
| **PRESENT** *(11)* | **prompted** *(1)* | **raises** *(1)* | **regarding** *(5)* |
| **president** *(7)* | **proof** *(3)* | **raising** *(9)* | **Registered** *(2)* |
| **press** *(3)* | **proofread** *(1)* | **rally** *(1)* | **regular** *(4)* |
| **pretend** *(4)* | **proper** *(4)* | **ran** *(2)* | **rehired** *(1)* |
| **pretty** *(14)* | **properly** *(3)* | **range** *(1)* | **reinstated** *(1)* |
| **prevent** *(3)* | **proponent** *(1)* | **rank** *(1)* | **reiterate** *(1)* |
| **prevented** *(2)* | **proprietary** *(9)* | **ranked** *(1)* | **relate** *(2)* |
| **preventing** *(1)* | **Prosser** *(5)* | **rattled** *(1)* | **related** *(11)* |
| **prevents** *(1)* | **protect** *(8)* | **reach** *(3)* | **relates** *(2)* |
| **previous** *(2)* | **protocols** *(2)* | **react** *(1)* | **Relations** *(4)* |
| **previously** *(3)* | **proud** *(1)* | **read** *(39)* | **relationship** *(6)* |
| **pride** *(1)* | **prove** *(1)* | **reader** *(1)* | **relationships** *(2)* |
| **prior** *(4)* | **provide** *(4)* | **reading** *(10)* | **relative** *(1)* |
| **priority** *(2)* | **provided** *(1)* | **reads** *(1)* | **relax** *(1)* |
| **privacy** *(2)* | **provision** *(1)* | **ready** *(1)* | **relay** *(3)* |
| **private** *(3)* | **Public** *(4)* | **real** *(1)* | **relayed** *(1)* |
| **privilege** *(4)* | **publications** *(1)* | **reality** *(2)* | **release** *(2)* |
| **privileged** *(1)* | **publish** *(1)* | **realize** *(4)* | **releases** *(3)* |
| **pro** *(5)* | **pull** *(2)* | **realized** *(1)* | **relegate** *(1)* |
| **probably** *(44)* | **pulled** *(1)* | **really** *(28)* | **relegated** *(3)* |
| **problem** *(21)* | **pull-out** *(1)* | **realtime** *(5)* | **relevant** *(2)* |

relive  *(1)*
remain  *(2)*
remained  *(3)*
remember  *(179)*
remembered  *(4)*
remembering  *(1)*
remind  *(1)*
remote  *(1)*
remotely  *(2)*
remove  *(2)*
removed  *(3)*
removing  *(1)*
renewals  *(1)*
rent  *(5)*
repair  *(1)*
Repeat  *(4)*
repeatedly  *(1)*
rephrase  *(6)*
replaced  *(1)*
report  *(27)*
reported  *(13)*
Reporter  *(57)*
Reporting  *(11)*
reports  *(7)*
represent  *(7)*
representation  *(1)*
represented  *(1)*
representing  *(2)*
reputation  *(2)*
requires  *(1)*
reread  *(1)*
resented  *(1)*
reside  *(1)*
resignation  *(1)*
resigned  *(4)*
resigning  *(1)*
resolve  *(2)*
resolved  *(1)*
resolving  *(1)*
resounding  *(1)*
resources  *(1)*
respect  *(5)*
Respectable  *(1)*
respectful  *(3)*
respond  *(2)*
responded  *(1)*
response  *(8)*
responses  *(2)*
responsibilities  *(3)*

responsibility  *(5)*
responsible  *(12)*
responsive  *(1)*
rest  *(3)*
restaurant  *(1)*
restructure  *(1)*
result  *(1)*
resume  *(2)*
resumes  *(1)*
retained  *(1)*
retaliation  *(1)*
retire  *(1)*
return  *(6)*
returned  *(4)*
returning  *(1)*
returns  *(1)*
revoke  *(1)*
Rico  *(1)*
rid  *(1)*
riddle  *(1)*
ridiculous  *(8)*
RIESER  *(33)*
Right  *(163)*
riled  *(1)*
rise  *(3)*
risen  *(1)*
risk  *(1)*
risky  *(1)*
Robinson  *(7)*
rocker  *(1)*
role  *(6)*
Rolodex  *(1)*
ROMAN  *(95)*
Roman's  *(10)*
Romantic  *(1)*
room  *(21)*
rooms  *(8)*
Rosy  *(3)*
round  *(1)*
roundabout  *(1)*
route  *(1)*
routinely  *(4)*
Ruined  *(1)*
rule  *(2)*
rules  *(7)*
ruling  *(1)*
rumor  *(6)*
rumors  *(2)*
run  *(4)*

running  *(1)*
runs  *(1)*

< S >
safe  *(4)*
safety  *(7)*
saga  *(1)*
sake  *(2)*
sales  *(4)*
Salesforce  *(14)*
Sam  *(2)*
Samantha  *(4)*
sample  *(3)*
San  *(1)*
Sanchez  *(1)*
sanctions  *(2)*
sat  *(5)*
Saturday  *(6)*
save  *(4)*
saved  *(5)*
savior  *(1)*
saw  *(33)*
saying  *(76)*
says  *(21)*
scapegoat  *(1)*
scared  *(2)*
scenario  *(3)*
scheduled  *(1)*
scheduling  *(2)*
school  *(9)*
Schwandt  *(4)*
Scott  *(3)*
screamed  *(1)*
screaming  *(2)*
screen  *(21)*
scroll  *(7)*
scrolling  *(2)*
scrutiny  *(1)*
seal  *(1)*
search  *(1)*
searching  *(1)*
second  *(14)*
seconds  *(1)*
secret  *(3)*
secretary  *(4)*
sector  *(1)*
secure  *(2)*
security  *(13)*
see  *(50)*

seeing  *(4)*
seek  *(1)*
seeking  *(2)*
seen  *(13)*
sell  *(1)*
selling  *(1)*
semester  *(1)*
send  *(20)*
sending  *(5)*
sense  *(7)*
sent  *(28)*
sentence  *(1)*
serious  *(5)*
seriously  *(2)*
server  *(3)*
service  *(1)*
session  *(1)*
sessions  *(1)*
set  *(14)*
SETH  *(40)*
Seth@dereksmithlaw.c
om  *(1)*
SethDCarson@gmail
 *(1)*
setting  *(1)*
settled  *(1)*
Seven  *(8)*
sex  *(12)*
sexual  *(52)*
sexually  *(24)*
SGold@DiscrimLaw.n
et  *(2)*
Shabbat  *(1)*
share  *(17)*
shared  *(2)*
sharing  *(3)*
sheet  *(1)*
shellshocked  *(1)*
shit  *(4)*
shitty  *(1)*
short  *(4)*
shortage  *(1)*
shortly  *(2)*
shot  *(8)*
shots  *(7)*
show  *(29)*
showed  *(12)*
showing  *(8)*
shown  *(6)*

Deposition of Matthew Bennett                                    Lisa Barbounis v. Middle Eastern Forum, et. al.

shows  *(2)*
shrugs  *(1)*
shut  *(2)*
shutting  *(1)*
sibling  *(1)*
Sid  *(3)*
side  *(7)*
SIDNEY  *(4)*
Sidney's  *(1)*
Sid's  *(1)*
sign  *(14)*
signature  *(1)*
signed  *(28)*
signing  *(6)*
silly  *(1)*
similar  *(1)*
simple  *(4)*
simply  *(1)*
simultaneously  *(2)*
single  *(9)*
Siri  *(1)*
sister  *(5)*
sit  *(6)*
sits  *(3)*
sitting  *(14)*
situated  *(1)*
situation  *(13)*
six  *(7)*
size  *(1)*
skeletons  *(2)*
skip  *(1)*
skirt  *(2)*
Slack  *(6)*
Slack-related  *(1)*
slammed  *(1)*
slamming  *(1)*
sleep  *(6)*
sleeping  *(2)*
slept  *(9)*
slow  *(2)*
slower  *(1)*
small  *(2)*
smaller  *(1)*
smart  *(1)*
smiling  *(3)*
SMITH  *(1)*
smoke  *(1)*
smooth  *(4)*
snarky  *(2)*

snippets  *(1)*
soap  *(1)*
social  *(1)*
socialized  *(4)*
socializing  *(1)*
sold  *(1)*
solicitation  *(2)*
somebody  *(48)*
somebody's  *(2)*
someone's  *(2)*
somewhat  *(1)*
song  *(1)*
songs  *(1)*
son's  *(1)*
soon  *(4)*
sooner  *(1)*
sophomoric  *(1)*
Sorry  *(57)*
sort  *(19)*
sound  *(10)*
sounds  *(11)*
soup  *(2)*
space  *(1)*
speak  *(11)*
speaking  *(5)*
special  *(5)*
Specialist  *(18)*
specific  *(17)*
specifically  *(12)*
speculating  *(1)*
spelling  *(1)*
SPG  *(1)*
spinning  *(1)*
spoke  *(6)*
spoken  *(2)*
sport  *(1)*
sports  *(1)*
spot  *(2)*
spousal  *(1)*
spray  *(3)*
spreading  *(1)*
spreadsheet  *(3)*
stability  *(1)*
stable  *(1)*
Stacey  *(2)*
Stacy  *(14)*
Stacy@gmail  *(1)*
Stacy's  *(1)*
staff  *(25)*

stage  *(1)*
stake  *(1)*
stamp  *(1)*
stamped  *(1)*
stamps  *(1)*
Standard  *(1)*
Starbucks  *(12)*
start  *(13)*
started  *(43)*
starting  *(2)*
starts  *(2)*
state  *(14)*
stated  *(4)*
statement  *(7)*
statements  *(2)*
STATES  *(3)*
static  *(4)*
statistics  *(1)*
stay  *(7)*
stayed  *(5)*
stays  *(1)*
steal  *(1)*
stealing  *(1)*
Stein  *(1)*
Stenographer  *(1)*
stenographic  *(2)*
step  *(2)*
stepping  *(1)*
sticking  *(1)*
sticks  *(1)*
stipulation  *(3)*
stole  *(4)*
stolen  *(2)*
stooge  *(1)*
stop  *(18)*
stopped  *(2)*
store  *(2)*
stored  *(2)*
stories  *(4)*
stormed  *(1)*
story  *(12)*
straight  *(4)*
strange  *(1)*
strategy  *(1)*
Street  *(7)*
stressed  *(1)*
strictly  *(1)*
Strike  *(4)*
struggles  *(1)*

struggling  *(2)*
strung  *(1)*
stuck  *(2)*
studio  *(1)*
stuff  *(22)*
stupid  *(5)*
Suave  *(1)*
subject  *(2)*
subjected  *(2)*
Subjecting  *(1)*
submitted  *(1)*
subscribers  *(1)*
subscriptions  *(1)*
subsequently  *(2)*
subterranean  *(1)*
succeed  *(1)*
successfully  *(1)*
suck  *(1)*
sucking  *(2)*
sudden  *(16)*
suddenly  *(19)*
suggest  *(2)*
suggested  *(2)*
suggesting  *(2)*
suggestion  *(1)*
suggestions  *(1)*
Suite  *(5)*
summary  *(3)*
summer  *(1)*
summoned  *(1)*
Sunday  *(4)*
super  *(3)*
superior  *(1)*
supervisor  *(6)*
supplants  *(1)*
support  *(3)*
supposed  *(9)*
Sure  *(89)*
surprised  *(3)*
surprising  *(1)*
swear  *(1)*
swiping  *(1)*
switch  *(6)*
switched  *(1)*
switching  *(2)*
sworn  *(3)*
sympathizers  *(1)*
synchronize  *(1)*

Deposition of Matthew Bennett

Lisa Barbounis v. Middle East Forum, et. al.

**< T >**
**table** *(9)*
**tabs** *(1)*
**tackle** *(1)*
**tag** *(1)*
**take** *(69)*
**take-down** *(1)*
**taken** *(24)*
**takes** *(1)*
**talk** *(33)*
**talked** *(7)*
**talking** *(43)*
**talks** *(2)*
**tall** *(1)*
**tally** *(1)*
**tank** *(1)*
**targets** *(1)*
**task** *(1)*
**tasks** *(2)*
**taught** *(3)*
**taxi** *(1)*
**teach** *(4)*
**teaching** *(1)*
**team** *(8)*
**tears** *(1)*
**tech** *(6)*
**technologically** *(1)*
**Telegram** *(11)*
**telegramed** *(1)*
**tell** *(94)*
**telling** *(31)*
**ten** *(1)*
**tenure** *(1)*
**terminate** *(2)*
**terminated** *(6)*
**terrible** *(1)*
**terrific** *(1)*
**terrorized** *(1)*
**terrorizing** *(2)*
**test** *(1)*
**testified** *(13)*
**testifies** *(1)*
**testify** *(9)*
**testifying** *(12)*
**testimony** *(37)*
**text** *(33)*
**texted** *(4)*
**texting** *(7)*
**texts** *(5)*

**Thank** *(10)*
**Thanks** *(4)*
**theirs** *(1)*
**Thelma** *(7)*
**thereof** *(1)*
**thing** *(41)*
**things** *(86)*
**think** *(149)*
**thinking** *(20)*
**thinks** *(1)*
**third** *(4)*
**thought** *(37)*
**thread** *(3)*
**threat** *(1)*
**threaten** *(1)*
**threats** *(2)*
**three** *(19)*
**threw** *(4)*
**throw** *(3)*
**throwing** *(2)*
**thrown** *(2)*
**Tiffany** *(17)*
**tight** *(1)*
**time** *(179)*
**timeline** *(2)*
**timeline-wise** *(1)*
**times** *(14)*
**timing** *(3)*
**tips** *(2)*
**tiptoed** *(1)*
**Tir** *(1)*
**title** *(9)*
**titles** *(1)*
**today** *(47)*
**Today's** *(1)*
**told** *(115)*
**Tommy** *(7)*
**tomorrow** *(1)*
**tone** *(1)*
**top** *(2)*
**topics** *(1)*
**total** *(1)*
**totally** *(2)*
**tough** *(3)*
**toxic** *(2)*
**track** *(4)*
**trail** *(6)*
**train** *(1)*
**trained** *(2)*

**training** *(5)*
**traitor** *(2)*
**transcript** *(2)*
**transgender** *(1)*
**transition** *(3)*
**transitioned** *(1)*
**transitioning** *(3)*
**transvestite** *(1)*
**trapped** *(1)*
**trash** *(1)*
**traumatic** *(5)*
**traumatized** *(3)*
**travel** *(10)*
**traveled** *(2)*
**traveling** *(5)*
**Tricia** *(55)*
**trick** *(4)*
**tried** *(23)*
**tries** *(1)*
**trip** *(33)*
**trips** *(1)*
**Trish** *(2)*
**trouble** *(1)*
**true** *(16)*
**trust** *(18)*
**trusts** *(1)*
**truth** *(9)*
**truthful** *(1)*
**truthfully** *(1)*
**try** *(23)*
**trying** *(55)*
**Ts** *(1)*
**Tuesday** *(3)*
**Turkish** *(1)*
**turmoil** *(1)*
**turn** *(2)*
**turned** *(5)*
**Tweet** *(1)*
**tweeted** *(3)*
**twice** *(3)*
**two** *(27)*
**two-faced** *(1)*
**two-year-old** *(1)*
**tying** *(1)*
**type** *(14)*

**< U >**
**U.S** *(2)*
**UA** *(1)*

**Uber** *(4)*
**Ubers** *(1)*
**uh-uhs** *(1)*
**ultimate** *(1)*
**ultimately** *(1)*
**ultrasound** *(1)*
**umpteenth** *(1)*
**unable** *(1)*
**unauthorized** *(1)*
**unborn** *(1)*
**uncollected** *(1)*
**uncomfortable** *(9)*
**uncrossing** *(1)*
**undermine** *(1)*
**undermined** *(1)*
**underneath** *(4)*
**underpaid** *(1)*
**understand** *(32)*
**understanding** *(2)*
**understood** *(4)*
**underway** *(1)*
**un-friend** *(1)*
**un-friended** *(3)*
**unhappy** *(2)*
**unilateral** *(1)*
**UNITED** *(2)*
**universities** *(2)*
**university** *(1)*
**unnecessary** *(2)*
**unpleasantries** *(1)*
**unrelated** *(1)*
**unsubscribing** *(1)*
**untimely** *(1)*
**Unwanted** *(1)*
**update** *(1)*
**updated** *(1)*
**upset** *(5)*
**upsetting** *(1)*
**upside-down** *(1)*
**us,** *(1)*
**use** *(22)*
**user** *(1)*
**uses** *(1)*
**Usually** *(7)*
**usurp** *(1)*
**utilize** *(3)*
**utter** *(1)*

**< V >**

vacation  *(4)*
valid  *(1)*
vanishing  *(1)*
Various  *(2)*
Vasilly  *(1)*
vegan  *(2)*
vehicle  *(1)*
Vendetta  *(1)*
vendor  *(7)*
vendors  *(4)*
verbal  *(2)*
verbally  *(2)*
version  *(2)*
versus  *(4)*
vicinity  *(2)*
victim  *(4)*
victimized  *(1)*
Video  *(23)*
videoconferencing  *(1)*
videos  *(2)*
view  *(3)*
violation  *(1)*
vis-à-vis  *(2)*
visit  *(1)*
visual  *(1)*
visually  *(1)*
vividly  *(1)*
VOICE  *(6)*
volition  *(1)*
volunteered  *(1)*
vote  *(2)*
voted  *(5)*

**< W >**
wage  *(1)*
Wait  *(12)*
waiting  *(2)*
waived  *(1)*
wake  *(1)*
walk  *(2)*
walked  *(2)*
walking  *(5)*
wall  *(1)*
walls  *(2)*
WALTON  *(140)*
want  *(97)*
wanted  *(64)*
wanting  *(1)*
wants  *(5)*

wash  *(1)*
Washington  *(1)*
wasting  *(3)*
Watch  *(8)*
watched  *(1)*
way  *(66)*
ways  *(1)*
wearing  *(3)*
website  *(14)*
week  *(6)*
weekend  *(3)*
weekly  *(1)*
weeks  *(6)*
weight  *(1)*
weird  *(6)*
welfare  *(1)*
Well  *(145)*
wellbeing  *(1)*
well-being  *(4)*
went  *(48)*
we're  *(2)*
Westrop  *(1)*
Whatsapp  *(2)*
WHEREOF  *(1)*
white  *(2)*
wide  *(1)*
wife  *(32)*
WILLIAM  *(2)*
willing  *(1)*
window  *(2)*
Winfield  *(1)*
wings  *(1)*
wipes  *(1)*
wisdom  *(1)*
wish  *(1)*
witness  *(49)*
witnessed  *(1)*
witnesses  *(1)*
woke  *(6)*
wolf  *(4)*
Wolson  *(2)*
woman  *(8)*
women  *(36)*
women's  *(4)*
won  *(3)*
wondering  *(1)*
word  *(8)*
wording  *(1)*
words  *(8)*

work  *(70)*
worked  *(22)*
worker  *(1)*
working  *(27)*
workload  *(6)*
workplace  *(2)*
works  *(3)*
workshop  *(1)*
worldwide  *(1)*
worried  *(12)*
worry  *(11)*
worse  *(1)*
worst  *(1)*
worthless  *(1)*
wow  *(1)*
wrapped  *(1)*
wreck  *(1)*
write  *(14)*
writer  *(1)*
writing  *(16)*
written  *(15)*
wrong  *(13)*
wrote  *(8)*

**< Y >**
Yeah  *(204)*
year  *(13)*
yearly  *(1)*
years  *(11)*
yelled  *(1)*
yelling  *(1)*
yellow  *(10)*
Yep  *(18)*
yesterday  *(2)*
Yo  *(1)*
York  *(7)*
you,  *(1)*
young  *(2)*
YouTube  *(1)*

**< Z >**
Zapiers  *(3)*
Z-A-P-I-E-R-S  *(1)*
Zero  *(2)*
Zionist  *(1)*
zip  *(1)*
ZOA  *(7)*
Zoom  *(2)*
zooming  *(1)*