# EXHIBIT KK

> Oh goodie since I have hours of busywor[k] available to me 👍
> 8:05 AM

hahaha  8:05 AM

right?  8:05 AM

I hope you can leave.  8:05 AM

Get a better-paying job with bosses who aren't totally belittling and/or sexual deviants  8:06 AM

> Lol  8:07 A[M]