# EXHIBIT LL

> Yeah exactly?
> Who has time for that

God damn Gregg

> WHY DOES HE STILL WORK FOR US
> LIKE THE SHIT HE GETS AWAY WITH

It's unbelievable

> Like it's talked about to matter of fact my
> Factly
> But it's f ed up

DP said he'd never separate with him to Lisa..

> BUT WHY

I swear he has something over him. He must

> what is his value

Like what else
It's for sure something shady

> All he has done is brought the company down
> AND HE SEXUALLY ASSAULTED PEOPLE
> UGHHHHHHHHH

Like he for sure has something over Daniel and he can't get rid of him



1/9/19, 3:09 PM

HAHAHHAA
Oh my god
That text I thought was Matt was vasilli 😂😂😂😂😂😂😂😂