# EXHIBIT MM

T-Mobile LTE  8:58 PM  3%

< Chats  **Daniel Pipes**  DP
last seen 2 minutes ago

> 8:52 PM

you are putting words into my mouth
8:52 PM

Sorry  8:53 PM

But it's weighing on me  8:53 PM

If I did what gregg did, would I still be employed?  8:53 PM

There are two main reasons he is still employed.

1. The outside world does not appreciate drama.

2. He has skills that we need now. Were he suddenly gone, we'd be in trouble.
8:55 PM

But between us  8:56 PM

Just you and I  8:57 PM

Do you want him to develop your legacy?  8:57 PM

Message