# EXHIBIT NN

**To:** Daniel Pipes[pipes@meforum.org]
**Bcc:** Lisa Barbounis[Barbounis@meforum.org]; Matthew Bennett[Bennett@meforum.org]; Caitríona Brady[brady@meforum.org]; Marc Fink[fink@meforum.org]; Marnie Meyer[meyer@meforum.org]; Tricia McNulty[McNulty@meforum.org]; Thelma Prosser[prosser@meforum.org]; Gregg Roman[Roman@meforum.org]; Stacey Roman[Stacey@meforum.org]; Delaney Yonchek[Yonchek@meforum.org]; Lisa Barbounis[lisabarbounis@gmail.com]; Matt Bennett[mattpbennett@gmail.com]; Caitríona Brady[Caitrionambrady@gmail.com]; Marc Gmail[marcfink.mef@gmail.com]; Tricia McNulty[tmcnulty82@gmail.com]; Marnie Meyer[marniem03@gmail.com]; Thelma Prosser[thel.prosser@gmail.com]; Gregg Roman[gregg.roman@gmail.com]; Stacey Roman[stacey.roman88@gmail.com]; Delaney Yonchek[delaney.4044@gmail.com]
**From:** Daniel Pipes[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F9C8C081C0D34721BBE66879C2CC5563-PIPES]
**Sent:** Sun 11/4/2018 3:26:23 AM (UTC)
**Subject:** Confidentiality & Non-Disclosure Agreement
NDA Employee 2018-11 .docx

# MIDDLE EAST FORUM

## MEMORANDUM

TO:     Lisa Barbounis, Matthew Bennett, Caitríona Brady, Marc Fink, Marnie Meyer, Tricia McNulty, Thelma Prosser; Gregg Roman, Stacey Roman, Delaney Yonchek

FROM:   Daniel Pipes

DATE:   November 3, 2018

SUBJECT:   Confidentiality & Non-Disclosure Agreement

I am again addressing this memo to everyone who works in the MEF office.

In anticipation of the staff meeting on Monday, Nov. 5, I am sending you a new NDA to look over and requesting that you sign it by the time of the staff meeting. (There will be printouts there.)

It's mostly the same content as the prior NDA, with two main new elements: one concerns MEF donors and the other MEF readers.

Not everyone has signed prior NDAs; given the subject matter of the Monday meeting, it's important for all to accept the same terms so we are mutually assured of confidentiality.

If you have questions about the NDA, please send them to me.