# EXHIBIT PP

**To:** Daniel Pipes[pipes@meforum.org]
**Cc:** Marc Fink[fink@meforum.org]
**From:** Tricia McNulty[McNulty@meforum.org]
**Sent:** Tue 4/23/2019 7:22:28 PM (UTC)
**Subject:** 2019-04-22 Phone Call With Matt Bennett

Daniel,

I hate that I feel it necessary to write this email to you but I wanted to bring an issue to your attention of an occurrence last night which made me very uncomfortable and I felt you needed to be aware of, in the spirit of "no surprises".

I received a phone call from Matt Bennett last night. He started the conversation with pleasantries but then began to discuss current MEF internal operations. He is apparently speaking to Gregg "every two days", knew that Gary was back and also that Marnie had "made another allegation against Gregg" which Gregg was very upset about because he didn't know what the allegation was. They were apparently concerned that Marnie might have gone out to find an old intern of MEF by the name of Gabrielle Bloom. The story there, as I was told, was that Gabrielle would be able to testify to having a personal relationship with Gregg while interning at MEF. Gregg then began paying Gabrielle after her father died because she said she would need to quit to find paying employment, before he then came into the office one day and stated, "It didn't work with her" and she was let go.

I am aware of what Marnie brought to your attention because Caitriona informed me. Caitriona is extremely upset to hear these things being said about her father and asked that she never be alone in a room with Gregg. I told her I will be sure to include myself on any discussions Gregg may plan to have with her, as he mentioned to me he had a Foundations project for her, and that if somehow she should ever find herself in a room alone with him that she can call me and I will come right in.

He then went on to tell me that Gregg tells him during every conversation that the MEF staff is completely incompetent, we are all messes, and that Lisa and I are in over our heads. I find this completely disturbing for so many reasons. Shouldn't the non-disclosure prevent him from discussing MEF internal affairs with someone outside of our organization? Especially one who works at a competitive organization to our own. His comments were slanderous. This discredits not only us as individuals but MEF as a whole. I don't appreciate these remarks being made in regards to me and I don't appreciate them being made about the organization that I work for and represent.

I came into work this morning completely discouraged. Why am I working so hard for someone who thinks so poorly of me and feels so confident exclaiming that to just anyone? Except of course for me. I've heard nothing but good things and positivity about my work from Gregg so to find out that he is saying very different things to others behind my back is reminiscent of the past and extremely deflating.

I know that everyone is concerned that Gregg is back to his old ways but I truly wanted to believe that he had learned a lesson. The things I was told last night make me believe otherwise.

**Tricia McNulty**
Acting Director of Development

Middle East Forum
O: 215.546.5406 x101
F: 215.546.5409



*Please subscribe to our newsletters here!*

**To:** Daniel Pipes[pipes@meforum.org]
**Bcc:** tmcnulty82@gmail.com[tmcnulty82@gmail.com]
**From:** Tricia McNulty[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=72A2EB16818E4A06BD5CE3B6EED07353-MCNULTY]
**Sent:** Mon 6/10/2019 7:15:33 PM (UTC)
**Subject:** RE: dir. development job announcement

Dear Daniel,

I saw your email this morning but assumed I had the day to comment and started with my work first. Now, I guess there is no need for me to comment since the job description has already been posted but I feel an obligation to do so regardless.

I have grave concerns about the job description posted. As you know, I am highly interested in and intended to apply for the position of Director of Development. Obtaining this position would provide a significant increase in my compensation, as well as advance my career. However, the position description states clearly that the Director of Development reports to and works closely with the Director, Gregg.

We agreed that I do not report to Gregg but directly to you, as his continued abusive and deceitful behavior is more than I should have to endure. You told Marnie and me that you would be hiring a Deputy Director, who would hold seniority equivalent to Gregg's, would supervise the inner-office staff and would report directly to you. Is that no longer the case?

The outline of this job description is also concerning due to Gregg's history of discrimination and harassment of female employees in the workplace. Can you even consider a female for this position knowing she will have to work closely with Gregg and report directly to him?

Due to the parameters that are supposed to be in place concerning myself and Gregg, I am wondering how it would be possible for me to even be considered for this position?

Sincerely,

**Tricia McNulty**
Acting Director of Development
Middle East Forum
O: 215.546.5406 x101
F: 215.546.5409



Please subscribe to our newsletters *here*!

**From:** Daniel Pipes <pipes@meforum.org>
**Sent:** Sunday, June 9, 2019 9:57 AM
**To:** Tricia McNulty <McNulty@meforum.org>
**Subject:** dir. development job announcement

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

giving you an advance look, though small changes might still be made to it

**To:** Daniel Pipes[pipes@meforum.org]
**Bcc:** tmcnulty82@gmail.com[tmcnulty82@gmail.com]
**From:** Tricia McNulty[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=72A2EB16818E4A06BD5CE3B6EED07353-MCNULTY]
**Sent:** Tue 6/11/2019 6:32:01 PM (UTC)
**Subject:** RE: dir. development job announcement

Daniel,

There have been no new instances of sexual harassment since November when Gregg was removed from the office, but I was referring to the ongoing psychological harassment we discussed following his phone calls with Matt.

He has continued to spew slander regarding my work and my reputation. He has a history of speaking badly about employees to other employees and as was the case in April, to former employees. It is very hard to work with someone knowing he is trying to damage my reputation and find a way to push me out of my job.

Gregg continues to be the Director, a position of power and authority, which will always be detrimental to my ability to be successful here. Even though I report to you, I am still receiving directives and deadlines to be met by Gregg. For all intents and purposes, I am still held accountable to him.

You have stated that you highly dislike the administrative part of running a think tank, which you were forced into taking over when Gregg was removed from the office in November. That being said, my reporting to you as Director of Development would already put me at a disadvantage in the application pool since it would not alleviate your oversite of administrative tasks.

Additionally, if Gregg is part of the hiring process for the Director of Development I am even further disadvantaged despite my experience and accomplishments, knowing full well he has already stated that he considers Marnie, Lisa, and me "usurpers" and that he "will not work with usurpers".

Whether its apparent or not, I am being negatively impacted for Gregg's misdeeds. I am the one continuing to suffer the consequences of his actions.

**Tricia McNulty**
Acting Director of Development
[Middle East Forum](#)
O: 215.546.5406 x101
F: 215.546.5409





*Please subscribe to our newsletters [here](#)!*

---

**From:** Daniel Pipes <pipes@meforum.org>
**Sent:** Tuesday, June 11, 2019 11:33 AM
**To:** Tricia McNulty <McNulty@meforum.org>
**Subject:** Re: dir. development job announcement

> This message was sent from outside the company by someone with a display name matching a user in your organisation. Please do not click links or open attachments unless you recognise the source of this email and know the content is safe.

On Mon, Jun 10, 2019 at 9:15 PM Tricia McNulty <McNulty@meforum.org> wrote:

> You told Marnie and me that you would be hiring a Deputy Director, who would hold seniority equivalent to Gregg's, would supervise the inner-office staff and would report directly to you. Is that no longer the case?

It is still the case but the director of development seems - in large part to clarify your situation - more clear cut and urgent than the deputy director position, so I decided to go with this first.

**To:** Daniel Pipes[pipes@meforum.org]
**Bcc:** tmcnulty82@gmail.com[tmcnulty82@gmail.com]
**From:** Tricia McNulty[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=72A2EB16818E4A06BD5CE3B6EED07353-MCNULTY]
**Sent:** Fri 5/10/2019 1:41:54 AM (UTC)
**Subject:** Thoughts on Gregg's Position

Dear Daniel,

I feel very uncomfortable in the situation that I find myself now in. When Gregg was removed from the office the first time, I continued to work with him regularly. His role keeps him involved in events and fundraising, essentially working hand-in-hand with me. Everyone else received a reprieve from him but I did not. With him returning to that role, I will again continue to be working with him just as much as ever.

I had very much wanted to believe that he had learned a lesson and could be brought back because I knew that it would make your life better. But I was wrong.

Now I find myself again on the very bad side of Gregg, who remains in power. Despite splitting that power into two parts, it is still a position of power that could directly affect my career and my future. There will never be a day when Gregg doesn't think it would be in his best interest to not have me at MEF. Between the sexual harassment, the verbal abuse, and the slander of my character and reputation that has all been made known, he will force me out of the Forum the second he has an opportunity. I witnessed him drive Eman, Grayson, and Gary out of employment at the Forum because he didn't want to be working with them. He will back me into a corner until I have no choice but to leave, like each one of them.

I honestly do not know what I am supposed to do in this position. Like I said to you before, I feel like I am in a lose-lose situation. I do believe that speaking to a lawyer is in my best interest at this point. I just want normalcy, and consistency, and to not fear for my job security and advancement, which I know I rightfully deserve, because Gregg has it out for me.

Sincerely,


**Tricia McNulty**
Acting Director of Development
Middle East Forum
Phone: (215) 546-5406 ext. 101
Fax: (215) 546-5409
www.MEForum.org

*The Middle East Forum is a publicly supported, 501(c)3 nonprofit organization, working to promote American interests and protect Western values. Your support helps us further our mission of educating Americans about the Middle East and influencing U.S. policy towards that region.*