IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 23rd day of April, 2021, upon consideration of Defendants' letter concerning the schedule and length of reply briefs, it is **ORDERED** as follows:

1. Plaintiff shall file her reply brief in support of her motion for summary judgment on or before May 4, 2021;

2. Defendants shall file their reply brief in support of their summary judgment motion on or before May 7, 2021; and

3. Each party's reply brief shall not exceed 12 pages.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.