Exhibit C - compare these documents that were produced during discovery to Exhibit 76 (Document 111-3).

| | |
|---|---|
| **From:** | Lisa Barbounis [Barbounis@meforum.org] |
| **Sent:** | 8/6/2018 2:28:53 PM |
| **To:** | Gregg Roman [Roman@meforum.org] |
| **Subject:** | TR |
| **Attachments:** | TR Project memo .docx |

I didn't realize you FB messaged me for this.

If you want a different format let me know.

## Memorandum

| | |
|---|---|
| **To:** | **Gregg** |
| **From:** | **Lisa** |
| **Date:** | **August 3, 2018** |
| **Re:** | **Tommy Robinson (TR) Proposals** |

## Fundraising

1. To reach existing donors:
   a. Report on TR
      i. What happened
      ii. How MEF contributed
      iii. The result
      iv. Why it is important to continue working on this issue - the fight does not stop with Tommy's release
   b. Research new donors who have supported similar issues and solicit them with the TR report and proposal
2. To encourage new readers and donors
   a. Facebook/Twitter post with link to or clip of Tommy's Fox interview
      i. Gregg suggested the tagline: "MEF's work impacts lives. Support us to help support others' and secure liberty."
      ii. Highlight the Legal Project and other cases MEF has supported
      iii. Donate button
   b. Subscribers and those that emailed the info email to thank us for supporting TR
      i. Should get a thank you return email with the option to donate
      ii. The emails that came in through info should get a letter asking for support and information on how to receive our mailings.
      iii. Stacey and Matt have made a Salesforce campaign and Caitriona is responding to all TR thankyous.

## Events

Purpose: To further the mission of MEF by educating members of Congress and the general public of the dangers of Islamist influence while also raising awareness about the need for honest conversations on subject.

1. Interview TR on MEF Radio
   a. Hour long phone interview on Aug. 15 or later
2. Online Skype video with Gregg and TR
   a. Double screen Skype recording to be published on MEFO, Facebook etc.
3. Tommy Robinson US trip

   a. TR Congressional tour on Islamist influence and freedom of speech
      i. Meet Congressman on Capitol Hill to raise awareness the dangers of Islamist influence on western culture
      ii. Film TR walking through the halls shaking hands with Members
      iii. We can use the footage for online presence
      iv. The mainstream media here and abroad would cover his trip
   b. Budget:
      i. Travel and accommodations: $10,000 if flying business.
         1. Could ask him to pay his own travel expenses
      ii. Camera crew and editing: $2,000
   c. Obstacles:  Tommy has prior convictions that prevent him from obtaining a visitor visa to the US.  There are a few options for him to obtain a waiver.
      i. Have MEF reach out to our contacts at the Department of State and Department of Homeland Security
         1. Gregg reach out to Wassinger
      ii. Have Ambassador Brownback request exemption
      iii. TR could complete USCIS form I-192, Application for Advance Permission to Enter as Nonimmigrant
         1. Congressional Members could write letters of support
         2. This process would take about a year

4. Host a panel on Islamist threats and allowing unrestricted freedom of speech, freedom of the press, and the importance of honest conversations regarding Islamists
   a. On the panel:
      i. TR
      ii. DP
      iii. Possible Reformist Muslim or Anti-Islamist Speakers
         1. Hillel Fradkin (Hudson Institute)
         2. Tarek Fatah (MEF Fellow)
         3. Salim Mansur (Canadian anti-Islamist)
         4. Salman Sima (Iranian anti-islamist activist in Canada - has tweeted support for Tommy)
         5. Raheel Raza (Canadian Muslim activist - has tweeted support for Tommy)
         6. Mohammad Al Husseini (UK based - Westminster Institute, anti-islamst Sheikh. He has served as defence witness in UK courts for persons convicted of insulting Islam)
            a. Douglas Murray (Henry Jackson Society)
            b. Baroness Cox
            c. Dave Rubin (! - long shot, but he's interviewed Tommy before and this is exactly the sort of subject he's interested in)
            d. Frank Gaffney
      iv. Donors over 250 could attend and anyone else could donate to attend.
      v. Donations go to the fight to protect those who bring these issues to the forefront of mainstream media and politics (Legal Project)
      vi. Location: Capitol Visitor Center
      vii. Food: Light food and drinks
      viii. Budget: 5,000
5. Host a dinner in DC and NYC with TR and interested Congressman/Donors
   a. Pay for attendance
6. TR Europe Tour (not as effective for media)
   a. Meet with think tanks and elected officials to discuss MEF concerns
   b. Cities
      i. London

D0009482

      ii.  Paris
     iii.  Poland
     iv.  Italy

**Timing**

Tommy Robinson's media presence is large at the moment. Since our involvement in the TR rallies for Robinson we have increased our social media and online presence by approximately 44900% (see graph below of MEF specific mentions over the last year). This is a fantastic opportunity to highlight MEF's body of work. Could also work in conjunction with "The Movement" and gain even more traction.



**Pros and Cons**

Benefits
1. Media coverage is still at a high point
2. More international recognition
3. TR is attractive to the younger generation
4. Potential new donors
5. Present MEF mission to a new audience
6. Opportunity to highlight other projects

Cons
1. Negative press
2. Not completely aligned with MEF mission
3. MEF could be branded as supporting extremists

Sincerely,

**Lisa Barbounis**
Executive Liaison
Middle East Forum
O: 215.546.5406 x102
C: 215.910.2154
F: 215.546.5409



*Please subscribe to our newsletters here!*

CONFIDENTIAL