**CERTIFICATE OF SERVICE**

    I, Jonathan R. Cavalier, hereby certify that I served upon all counsel of record a true and correct copy of Defendants The Middle East Forum, Mr. Daniel Pipes and Mr. Greg Roman's Response to Plaintiff's Motion for Contempt via ECF filing.

                                                   */s/ Jonathan R. Cavalier*
                                                   Jonathan R. Cavalier