# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, *Plaintiff,* v. THE MIDDLE EAST FORUM, et al., *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 8th day of June, 2021, upon consideration of the Motion for Summary Judgment on Behalf of Plaintiff Lisa Barbounis as to All Counterclaims Filed by Middle East Forum (ECF Nos. 108 &110) and Defendants The Middle East Forum, Mr. Daniel Pipes, and Mr. Gregg Roman's Omnibus Motion for Summary Judgment (ECF No. 109), as to MEF's Counterclaims, and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** as follows:

1. Ms. Barbounis's Motion for Summary Judgment (ECF Nos. 108 & 110) is **GRANTED**; and

2. Defendants' Motion for Summary Judgment (ECF No. 109), as to MEF's Counterclaims, is **DENIED**.

It is **FURTHER ORDERED** that Defendant The Middle East Forum's Statement of Undisputed Material Facts (ECF No. 111), which MEF docketed as a Motion to Amend or Correct, is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.