## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,** | **Case No. 2:19-cv-05030-JDW** |
| *Plaintiff,* | |
| **v.** | |
| **THE MIDDLE EAST FORUM, et al.,** | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 8th day of June, 2021, upon review of Plaintiff Lisa Barbounis's Motion to Hold Defendants, The Middle East Forum, Gregg Roman, and Daniel Pipes In Contempt For Failure to Comply With the Court's December 4, 2020 Order and for Defendants' Disregard of the Federal Rules of Civil Procedure and the Resulting Discovery Violations to Plaintiff's Prejudice (ECF No. 132), it is **ORDERED** as follows:

1.  In light of the Court's recent rulings on the Parties' motions for summary judgment (ECF Nos. 133 & 135-36), on or before June 11, 2021, Plaintiff shall advise the Court via email to Chambers_of_Judge_Wolson@paed.uscourts.gov whether she intends to pursue all or some of her Motion for Contempt (ECF No. 132);

2.  If Plaintiff intends to pursue all or some of her Motion for Contempt, the Court will hold a hearing on the Motion on June 24, 2021, at 2:00 p.m. in Courtroom 13B, U.S. Courthouse, 601 Market St., Philadelphia, PA, 19106; and

3.  At the hearing, Plaintiff shall be prepared to address the following issues: i) whether there has been a waiver of the marital communications privilege as to Exhibits 38, 48, and 75 to Defendants' motion for summary judgment, and ii) what additional discovery, if any, Plaintiff would need from Defendants in order to cure any alleged prejudice as a result of Defendants'

apparent failure to produce certain documents to Plaintiff in discovery, in light of the remaining claims in the case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.