IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 25th day of June, 2021, it is **ORDERED** as follows:

1. No later than September 17, 2021, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

2. No later than September 24, 2021, each party shall file a pretrial memorandum. The Parties shall include in their pretrial memoranda all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.1, including but not limited to the following:

   a) the identity of each expert witness to be called at trial by the party with a summary of the expert's opinions;

   b) the identity of each fact witness to be called at trial with a concise statement of the nature and substance of the expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

   c) designations, specifically citing those portions by page and line number, of written or video deposition testimony to be offered at trial;

   d) an itemized statement of damages or other relief sought; and

   e) a statement of any anticipated important legal issues on which the Court will be required to rule;

3. All *motions in limine* shall be filed on or before October 1, 2021. Responses, if any, shall be filed no later than October 29, 2021;

4. No later than November 24, 2021, the Parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" in the subject line. Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the Parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based;

5. No later than December 17, 2021, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line;

6. On or before January 3, 2022, the Parties shall submit to the Court all exhibits that the Parties intend to use at trial. If the Parties intend to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, or DVD) with each exhibit as a separate file. If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit separately tabbed. Exhibits shall be consecutively numbered (*i.e.*, Ex. 1, Ex. 2, etc., rather than P-1, P-2, etc. and D-1, D-2, etc.), and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit. The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

7. A final pretrial conference will be held on January 4, 2022, at 10:00 a.m. in Room 3809, United States District Court, 601 Market Street, Philadelphia, PA 19106. Counsel shall be

prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts; and

8.  Trial is scheduled for January 6, 2022 at 9:30 a.m. at the United States District Court, 601 Market Street, Philadelphia, PA 19106, in Courtroom 3B.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.