IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

### ORDER

**AND NOW**, this 23rd day of July, 2021, upon consideration of Defendants' email requesting an extension for the completion of the requirements set forth in Paragraph 3 of the Court's order (ECF No. 139), it is  it is **ORDERED** as follows:

1. On or before August 6, 2021, Defendants shall re-review the universe of documents from their data set that they have not produced to Plaintiff and produce any responsive documents that relate to any claim or defense remaining in the case;

2. On or before August 6, 2021, Defendants shall file a certification on the docket, setting forth what steps they took to complete the re-review and production of responsive documents and confirming that that process is complete; and

3. The Parties shall submit a letter on the docket that sets forth the names of any witnesses to be deposed and the dates on which those depositions will occur, as required in Paragraph 3(e) of the Court's prior order, on or before September 2, 2021.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.