UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS, ) | |
| ) | |
| Plaintiff, Counterclaim Defendant, ) | |
| ) | C.A. No.  2:19-cv-05030 JDW |
| v. ) | |
| MIDDLE EAST FORUM, ) | |
| DANIEL PIPES (individually), and ) | |
| GREGG ROMAN (individually), ) | |
| ) | |
| Defendants, Counterclaim Plaintiffs. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARGARET M. DIBIANCA, ESQ.

Pursuant to Local Rule of Civil Procedure 83.5.2(b), Defendants Middle East Forum, Daniel Pipes, and Gregg Roman, acting through their undersigned attorney, a member of the Bar of this Court, hereby move for the admission *pro hac vice* of Margaret M. DiBianca, Esq., to practice in this Court for the conduct of this case.  In support thereof, Defendants and the undersigned state as follows:

1. The undersigned counsel, Jakob Williams, Esq., is admitted to practice before this Court and is in good standing.

2. The undersigned counsel hereby certifies that he knows that Margaret M. DiBianca, Esq., is a member in good standing of the state and federal courts referenced in the Applicant's Statement and that the Applicant's private and personal character is good.

3. Margaret M. DiBianca, Esq., has executed an Affidavit and an "Applicant's Statement," attached hereto which includes the information sought by the Clerk of this Court regarding *pro hac vice* admissions.

4. This Motion, attachments, and the proposed order were served on counsel for the Plaintiff via ECF.

5. The office address and phone number of the undersigned counsel who files this Motion is: Margaret M. DiBianca, Esq., Clark Hill PLC, 824 N. Market Street, Ste. 710, Wilmington, DE 19801 (302) 250-4748.

6. The formal name, signature, attorney identification number, and admission to the Bar of this Court of the undersigned counsel who files this Motion is as follows:

| Jakob Williams, Esq. | *[signature]* |
|---|---|
| Sponsor's Name | Sponsor's signature |
| | Admission date: January 13, 2021 |
| | Attorney ID No. 329359 |

WHEREFORE, Defendant respectfully requests this motion be granted, that Margaret M. DiBianca, Esq., be admitted to this Court *pro hac vice* to represent Defendants in this matter, and the Court issue the proposed Order submitted with this Motion.

                                                                    CLARK HILL PLC

*/s/ Jakob Williams*
Kevin Levine, Esq. (PA Bar No. 326492)
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
F: (215) 640-8501
Klevine@clarkhill.com
Jfwilliams@clarkhill.com

Dated:   August 24, 2021                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Jakob Williams, Esquire, hereby certify that on August 24, 2021, the foregoing document was served via electronic filing upon the following counsel:

| | |
|---|---|
| Seth D. Carson, Esq.<br>Catherine W. Smith, Esq.<br>Derek Smith Law Group, PLCC<br>1835 Market Street, Ste. 2950<br>Philadelphia, PA  19103<br>seth@dereksmithlaw.com<br>catherine@dereksmithlaw.com | Jonathan R. Cavalier, Esq.<br>Leigh Ann Benson, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103<br>jcavalier@cozen.com<br>lbenson@cozen.com |

Sidney L. Gold, Esq.
William Rieser, Esq.
Leanne Lane Coyle, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, PC
1835 Market Street, Ste. 515
Philadelphia, PA  19103
sgold@discrimlaw.net
brieser@discrimlaw.net
lcoyle@discrimlaw.net
tgreenberg@discrimlaw.net

*/s/ Jakob Williams*
Jakob Williams, Esq.