UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, ) <br> ) <br> Plaintiff, Counterclaim Defendant, ) <br> ) <br> v. ) <br> MIDDLE EAST FORUM, ) <br> DANIEL PIPES (individually), and ) <br> GREGG ROMAN (individually), ) <br> ) <br> Defendants, Counterclaim Plaintiffs. ) | C.A. No. 2:19-cv-05030 JDW |

**DECLARATION OF MARGARET M. DIBIANCA, ESQ.,
IN SUPPORT OF MOTION TO PRACTICE IN THIS COURT
PURSUAN TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, Margaret M. DiBianca, having been sworn, states as follows:

1. I am currently admitted to practice, am active and in good standing, in the following state and federal jurisdictions:

| Court | Admission Date | Attorney I.D. Number |
|---|---|---|
| Supreme Court of the State of Delaware | December 17, 2004 | DE Bar No. 4539 |
| District of Delaware | January 13, 2005 | DE Bar No. 4539 |

2. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

3. I certify that I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case for which *pro hac vice* admission is sought.

4. If granted *pro have vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* has been granted and of all material developed herein.

          CLARK HILL PLC

          */s/ Margaret M. DiBianca*
          Margaret M. DiBianca, Esq. (Bar ID 4539)
          824 N. Market Street, Ste. 710
          Wilmington, DE  19801
          Phone:  (302) 250-4748
          Email: mdibianca@clarkhill.com

Dated:    August 24, 2021