UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS, ) | |
| ) | |
| Plaintiff, Counterclaim Defendant, ) | |
| ) | C.A. No. 2:19-cv-05030 JDW |
| v. ) | |
| MIDDLE EAST FORUM, ) | |
| DANIEL PIPES (individually), and ) | |
| GREGG ROMAN (individually), ) | |
| ) | |
| Defendants, Counterclaim Plaintiffs. ) | |

**APPLICANT'S STATEMENT FOR ATTORNEY SEEKING TO
PRACTICE IN THIS COURT PURSUANT TO
LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, Margaret M. DiBianca, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and will pay for the $40.00 admission fee by credit card upon the filing of this Statement.

    A.    I state that I am currently admitting to practice in the following state jurisdiction:

| Court | Admission Date | Attorney I.D. Number |
|---|---|---|
| Supreme Court of Delaware | December 17, 2004 | DE Bar No. 4539 |

    B.    I state that I am currently admitted to practice in the follow federal jurisdictions:

| Court | Admission Date | Attorney I.D. Number |
|---|---|---|
| District of Delaware | January 13, 2005 | DE Bar No. 4539 |
| Third Circuit Court of Appeals | April 26, 2010 | DE Bar No. 4539 |

      C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to the law, and that I will support and defend the Constitution of the United States.

      D.    I am entering my appearance on behalf of Defendants Middle East Forum, Daniel Pipes, and Gregg Roman.

CLARK HILL PLC

Margaret M. DiBianca, Esq. (Bar ID 4539)
824 N. Market Street, Ste. 710
Wilmington, DE  19801
Phone:  (302) 250-4748
Email: mdibianca@clarkhill.com

Dated:    August 24, 2021