UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS, | ) |
| | ) |
| Plaintiff, Counterclaim Defendant, | ) |
| | ) C.A. No.  2:19-cv-05030 JDW |
| v. | ) |
| MIDDLE EAST FORUM, | ) |
| DANIEL PIPES (individually), and | ) |
| GREGG ROMAN (individually), | ) |
| | ) |
| Defendants, Counterclaim Plaintiffs. | ) |

**ORDER**

**AND NOW**, on this _____ day of _____, 2021, it is hereby

**ORDERED** that the Motion of Defendants for the admission *pro hac vice* of Margaret M. DiBianca, Esq., to practice in this Court for the above-captioned matter pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

BY THE COURT:

_____
United States District Judge