UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>  Plaintiff, Counterclaim Defendant,<br><br>       v.<br>MIDDLE EAST FORUM,<br>DANIEL PIPES (individually), and<br>GREGG ROMAN (individually),<br><br>  Defendants, Counterclaim Plaintiffs. | C.A. No. 2:19-cv-05030 JDW |

## ORDER

**AND NOW**, on this __25th__ day of __August__, 2021, it is hereby **ORDERED** that the Motion of Defendants for the admission *pro hac vice* of Margaret M. DiBianca, Esq., to practice in this Court for the above-captioned matter pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, United States District Judge