UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS, | ) |
| | ) |
| Plaintiff, Counterclaim Defendant, | ) |
| | ) C.A. No. 2:19-cv-05030 JDW |
| v. | ) |
| MIDDLE EAST FORUM, | ) |
| DANIEL PIPES (individually), and | ) |
| GREGG ROMAN (individually), | ) |
| | ) |
| Defendants, Counterclaim Plaintiffs. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Jakob F. Williams., of Clark Hill, PLC, on behalf of Defendant and Counterclaim Plaintiff Gregg Roman.

CLARK HILL PLC

*/s/ Jakob Williams*
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
F: (215) 640-8501
Jfwilliams@clarkhill.com

Dated:   September 24, 2021         *Attorneys for Defendant Gregg Roman*

## CERTIFICATE OF SERVICE

    I, Jakob Williams, Esquire, hereby certify that on September 24, 2021, the foregoing document was served via electronic filing upon the following counsel:

| | |
|---|---|
| Seth D. Carson, Esq.<br>Catherine W. Smith, Esq.<br>Derek Smith Law Group, PLCC<br>1835 Market Street, Ste. 2950<br>Philadelphia, PA 19103<br>seth@dereksmithlaw.com<br>catherine@dereksmithlaw.com | Jonathan R. Cavalier, Esq.<br>Leigh Ann Benson, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>jcavalier@cozen.com<br>lbenson@cozen.com |

Sidney L. Gold, Esq.
William Rieser, Esq.
Leanne Lane Coyle, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, PC
1835 Market Street, Ste. 515
Philadelphia, PA 19103
sgold@discrimlaw.net
brieser@discrimlaw.net
lcoyle@discrimlaw.net
tgreenberg@discrimlaw.net

            */s/ Jakob Williams*
            Jakob Williams, Esq.