**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA BARBOUNIS | : | CIVIL ACTION |
| | : | NO. 2:19-cv-05030-JDW |
| Plaintiff, | : | NO. 2:20-cv-02946 |
| -vs- | : | |
| | : | |
| THE MIDDLE EAST FORUM, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' PRE-TRIAL MEMORANDUM**

In accordance with the Court's Order of June 25, 2021, Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1, Defendants The Middle East Forum (the "Forum"), Daniel Pipes and Gregg Roman (collectively, "Defendants") hereby submit their pretrial memorandum.

I.   **NATURE OF THE ACTION AND BASIS FOR JURISDICTION**

This Court's resolution of the parties' motions for summary judgment (Doc. Nos. 133 and 135) has narrowed the issues and the scope of this matter considerably.  The Court dismissed several claims raised by Plaintiff as abandoned or preempted, including:

- her claims of retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"), the Philadelphia Fair Practices Ordinance ("PFPO") and the Pennsylvania Human Relations Act ("PHRA") (*see* Doc. No. 133 at p.2);

- her claim for constructive discharge (*Id.*);

- her claim for disparate treatment due to the lack of any alleged tangible employment action taken by the Forum against her; (*Id.*);

-   her tort claims for negligent hiring/retention/supervision (*Id.* at p.1-3).

Plaintiff's only remaining claims for trial is a hostile work environment theory of sexual harassment and a derivative state law claims for aiding and abetting discrimination under the PHRA and PFPO.  (*See* Doc. No. 133 at p.3).  To prevail on this claim at trial, Plaintiff "must establish that 1) [she] suffered intentional discrimination because of []her sex, 2) the discrimination was severe or pervasive, 3) the discrimination detrimentally affected [her], 4) the discrimination would detrimentally affect a reasonable person in like circumstances, and 5) the existence of respondeat superior liability." *Moody v. Atl. City Bd. of Educ.*, 870 F.3d 206, 213 (3d Cir. 2017) (quotation omitted).

The gravamen of Plaintiff's hostile work environment claims are that Defendant Gregg Roman put his arm around her inappropriately at the American Israel Public Affairs Committee ("AIPAC") conference on March 4, 2018, that Roman engaged in an inappropriate discussion of a sexual nature and slid his foot under her clothed backside while sitting on a couch in Israel several days later, and, according to Plaintiff's declaration, made suggestive comments to her through October of 2018.

At trial, Defendants will show that Plaintiff was not subject to any unwelcome conduct based on her gender. Instead, as Defendants will show, Plaintiff and Roman had a friendly relationship in a high-pressure work environment.  Defendants will show that Plaintiff chose to spend time with Roman outside the workday and that Plaintiff had a positive working relationship with Mr. Roman. In short, Defendants will show that the conduct alleged by Plaintiff did not occur.  Furthermore, Defendants had an anti-harassment policy in place of which Plaintiff was aware, and Plaintiff failed to report any misconduct by Roman until November 1, 2018, at which time Daniel Pipes, taking Plaintiff at her word, took action intended to and which did remedy any potential harassment of Plaintiff, which Plaintiff herself acknowledges.  Defendants

2

are thus insulated from liability pursuant to the *Faragher-Ellerth* affirmative defense, which Defendants will prove at trial. (*See* Doc. 133 at p.5-6).  Furthermore, Defendants submit, and will show at trial, that Plaintiff suffered no recoverable damages as a result of her allegations even if true (which, again, Defendants deny), and that any emotional distress suffered by Plaintiff was the result of causes and actions outside of her employment with the Forum.

The Court has subject matter jurisdiction over this case as Plaintiff seeks relief under Title VII of the Civil Rights Act of 1964.

## II.   **WITNESSES**

Please see Attachment A for a list of Defendants' anticipated trial witnesses.

## III.   **EXHIBITS**

Please see Attachment B for a list of Defendants' anticipated trial exhibits.

## IV.   **LEGAL ISSUES**

The most critical issue that will be presented to the Court for decision in advance of trial is the admissibility of evidence given by or about the allegations against Roman made by three of Plaintiff's former coworkers, Lisa Barbounis, Caterina Brady, and Patricia McNulty and other former employees of the Forum.  As Defendants will show in their forthcoming motion in limine, third-party witness testimony in this matter, which concerns only those claims of Plaintiff herself, should be limited to that of Plaintiff herself and any other witnesses who observed the alleged conduct in question.  Plaintiff should not be permitted to call other witnesses to testify about their own allegations of harassment against Roman, as such testimony is irrelevant to Plaintiff's own claims and unduly prejudicial.

Defendants will also file a motion in limine concerning unduly prejudicial evidence and testimony that Plaintiff is likely to offer, including testimony that she "slept with a knife under

her bed" in Israel, that another Forum employee brought pepper spray to a meeting, and that she believes Roman is a "predator" (and other like descriptors).  Such evidence and testimony is likely to inflame the passions of the jury and cause them to overlook the evidence at trial (as was decided by Judge Gallagher at the trial between the Forum and Marnie Meyer-O'Brien).

Defendants will also move in limine to preclude evidence of settlement discussions between the parties, evidence of other previously completed litigations between Plaintiff and Defendants and other claimants and Defendants, and any other actions between Plaintiff and Defendants, as well as EEOC filings and insurance-related documents including insurance current litigation involving insurance, insurance policies and the existence of the Forum's current and past insurance coverage.

Defendants will also move in limine to bar Plaintiff from introducing evidence of alleged retaliation and/or constructive discharge (and related damages), as her retaliation claims were dismissed by this Court.

Defendants will also move affirmatively in limine to admit evidence concerning tax and financial problems Plaintiff has suffered, including IRS records, bank records and litigations, which provide a motive for Plaintiff to pursue claims against Defendants in an effort to gain a needed windfall.

Defendants may seek a spoliation sanction in the form of an adverse inference against Plaintiff resulting from her wiping of her Forum-owned computer despite Forum policy and a litigation hold prohibiting such destruction of evidence.  Defendants believe that the evidence contained on Plaintiff's work computer would have been harmful to Plaintiff's case and helpful to Defendants' defense.

Defendants may file a motion in limine or otherwise move to strike Plaintiff's claims for punitive damages for lack of evidence and/or statutory support.

Defendants may also re-raise their statute of limitations defense to Plaintiff's discrimination allegations.

Depending on the Court's resolution of Defendants' motions in limine, Defendants may request a limiting instruction from the Court to be read to the jury instructing that the jury may only consider certain types of testimony and evidence for a limited purpose.

Defendants may seek trial depositions of witnesses unavailable and/or outside of the Court's jurisdiction, if necessary.

Finally, Defendants anticipate that Plaintiff may raise the issue of a 30(b)(6) discovery deposition pursuant to prior Order of the Court. Pursuant to Court Order, Defendants produced additional documents to Plaintiff on August 1, 2021. Plaintiff's counsel waited two weeks to inquire about a deposition of Gregg Roman and was told that Mr. Roman would likely be available the week of August 30. In that same correspondence, defense counsel specifically informed Plaintiff's counsel that he was required to notify the Court on or before September 2, 2021 of his intention to depose Mr. Roman. Despite this, he never did so, nor did he ever notice any deposition. Two weeks after that deadline, Plaintiff raised the issue of the deposition for the first time since his initial inquiry and was informed, pursuant to Court Order, that the deadline for noticing that deposition had passed. Plaintiff did not respond to that email dated September 15, 2021, nor has he engaged in any further discussion with defense counsel or filed a motion to compel. A true and correct copy of the last correspondence between counsel for Plaintiff and counsel for defendant is attached as Attachment C.

## V.    **STIPULATIONS**

There are no stipulations at this time. Counsel for Plaintiff and Defendants are discussing potential stipulations to narrow the issues for trial and to avoid waste of judicial resources. If

counsel are able to agree on such stipulations, they will amend their pretrial memoranda and submit the stipulations to the Court.

**VI.**  **DEPOSITION DESIGNATIONS**

At the present time, Defendants do not anticipate offering designated portions of depositions as evidence at trial, but reserve their right to do so should the need arise as a result of witness unavailability or for impeachment purposes.

**VII.**  **DAMAGES**

Defendants submit that Plaintiff is entitled to no damages.

**VIII.**  **ESTIMATED TIME FOR TRIAL**

Defendants anticipate that trial in this matter will take four (4) to five (5) days depending heavily on which witnesses Plaintiff attempts to call and on the resolution of the Defendants' motions in limine concerning the witnesses Plaintiff is permitted to call and the substance and scope of those witnesses testimony.  If Defendants' motion in limine is denied and Plaintiff calls all anticipated "other party" witnesses, Defendants anticipate that trial in this matter will take nine (9) to (10) days.

Respectfully submitted,

By: */s/ Jonathan R. Cavalier*
Jonathan R. Cavalier
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000

*Attorneys for Defendant*
*The Middle East Forum and*
*Daniel Pipes*

/s/ Jakob Williams
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
F: (215) 640-8501
jfwilliams@clarkhill.com
~of counsel~
Margaret M. DiBianca, Esq. (DE No. 4539)
CLARK HILL PLC
824 N. Market Street, Ste. 710
Admitted Pro Hac Vice
Wilmington, DE 19801
P: (302) 250-4748
F: (302) 421-9439
mdibianca@clarkhill.com


By: */s/ Sidney L. Gold*
Sidney L. Gold
William Riser
SIDNEY L. GOLD & ASSOCIATES P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999

*Attorneys for Defendant*
*Gregg Roman*


Dated: September 24, 2021

# Attachment A
# Witness List

**Attachment A - Defendants' Witness List**

**Lay Witnesses**

| <u>Witness Name</u> | <u>Address</u> | <u>Concise Statement of Testimony</u> |
|---|---|---|
| Dr. Daniel Pipes | Contact through counsel | Dr. Pipes will testify as to the substance of Plaintiff's harassment claims and the actions taken by himself and the Forum to remedy the conduct complained of by Plaintiff. |
| Gregg Roman | Contact through counsel | Mr. Roman will testify as to the substance of Plaintiff's harassment claims and the actions taken by himself and the Forum to remedy the conduct complained of by Plaintiff. |
| Lisa Reynolds Barbounis (as of cross) | Plaintiff | Ms. Barbounis will testify as to the substance of Plaintiff's harassment claims and her alleged emotional distress. |
| Vasili Barbounis (as of cross) | Plaintiff's Spouse | Mr. Barbounis will testify as to the substance of Plaintiff's harassment claims and her alleged emotional distress. |
| Marnie O'Brien Meyer (as of cross) | Contact through Plaintiff's counsel's firm | Ms. Meyer will testify as to Plaintiff's failure to report harassment in accordance with the Forum's anti-harassment policy and the actions taken by the Forum after reports were made. |
| Delaney Yonchek (as of cross) | Contact through Plaintiff's counsel's firm | Ms. Yonchek will testify as to the substance of Plaintiff's claims against the Forum. |
| Stacy Roman | Contact through counsel | Ms. Roman will testify as to the substance of Plaintiff's claims, the reporting of Plaintiff's claims to the Forum and the actions taken by the Forum after reports were made. |
| Matan Peleg | Jerusalem, Israel | Mr. Peleg will testify as to his interactions with and |

| | | |
|---|---|---|
| | | observations of the Plaintiff during her trip to Israel in 2018. |
| Gilad Ach | Eli, Israel | Mr. Ach will testify as to his interactions with and observations of the Plaintiff during her trip to Israel in 2018. |
| Yaron Sideman | Rehovot, Israel | Mr. Sideman will testify as to his interactions with and observations of the Plaintiff during her trip to Israel in 2018. |
| Jonathan Hunter | London, Englang | Mr. Hunter will testify as to his observations of the Plaintiff during AIPAC in 2018. |
| Elliott Miller | Embassy of Israel, Washington, DC | Mr. Miller will testify as to his observations of the Plaintiff during AIPAC in 2018. |
| Gary Gambill | Contact through counsel | Mr. Gambill will testify concerning his observations of Plaintiff, Mr. Roman, the interactions between the two, the office environment at the Forum and the policies and procedures at the Forum. |
| Matthew Ebert (as of cross) | Contact through Plaintiff's counsel | Mr. Ebert will testify as to the substance of phone calls he made to Mr. Roman concerning the veracity of Plaintiff's claims. |
| Jayne Reynolds | Contact through Plaintiff's counsel | Ms. Reynolds will testify as to her conversations with Plaintiff concerning her work at the Forum, her interactions with Mr. Roman, her trips to the United Kingdom, and sources of her emotional distress. |
| David Reynolds | Contact through Plaintiff's counsel | Mr. Reynolds will testify as to his conversations with Plaintiff concerning her work at the Forum, her interactions with Mr. Roman, her trips to the United Kingdom, and |

| | | |
|---|---|---|
| | | sources of her emotional distress. |
| Ryan Costello | East Vincent Township, Pennsylvania or Washington, DC | Mr. Costello will testify as to the degree and the nature of Plaintiff's emotional distress, if any. |
| Ryan Coyne | 2402 Potomac Avenue, Unit 102, Alexandria, VA 22301 | Mr. Coyne will testify as to the degree and the nature of Plaintiff's emotional distress, if any. |
| Stephen Yaxley Lennon (aka Tommy Robinson, Paul Harris) | Luton/London, England | Mr. Costello will testify as to the degree and the nature of Plaintiff's emotional distress, if any, and Plaintiff's desire to work in the United Kingdom. |
| Daniel Thomas | Portsmouth, England | Mr. Thomas will testify as to his relationship with Plaintiff, her admissions to him concerning her motivations in pursuing these claims, and alternative sources of her emotional distress, if any. |
| Benjamin Baird | Contact through counsel | Mr. Baird will testify as to his relationship with Plaintiff, her admissions to him concerning her work at the Forum and her pursuit of this lawsuit, and alternative sources of her emotional distress, if any. |
| Jasmin Bishop | Portsmouth, England | Ms. Bishop will testify as to Plaintiff's interactions with her, and the degree and cause of her emotional distress, if any. |

**Expert Witnesses**

Defendants will call Expert Witness Dr. Barbara Ziv, who will testify to a reasonable degree of medical certainty that (1) Plaintiff does not display any psychiatric symptoms that can be attributed to her tenure at the Middle East Forum and (2) Plaintiff has problems related to self-esteem and emotional regulation that are unrelated to and were not exacerbated by events at the Middle East Forum; Dr. Ziv will also provide expert opinion testimony rebutting the conclusion of Plaintiff's expert that Plaintiff suffered emotional distress as a result of sexual harassment at the Middle East Forum.

# Attachment B
# Exhibit List

## DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Document Description | Bates Number |
|---|---|---|
| 1 | Complaint | Doc. No. 1 |
| 2 | First Amended Complaint | Doc. No. 14 |
| 3 | Defendants' Answer | Doc. No. 17 |
| 4 | Order Granting Motion for Contempt | Doc. No. 31 |
| 5 | Amended Complaint | Doc. No. 51 |
| 6 | Answer to Amended Complaint with Counterclaims | Doc. No. 53 |
| 7 | Answer to Counterclaims | Doc. No. 57 |
| 8 | Order Granting Motion for Contempt | Doc. No. 74 |
| 9 | Order on Motion for Contempt | Doc. No. 82 |
| 10 | Order Granting Motion for Contempt | Doc. No. 85 |
| 11 | Order on Defendants' Motion for Summary Judgment | Doc. No. 133 |
| 12 | Memorandum Order on Motions for Summary Judgment | Doc. No. 135 |
| 13 | Order on Plaintiff's Motion for Summary Judgment | Doc. No. 136 |
| 14 | 6/20/2019 EEOC Charge | No Bates No. |
| 15 | 12/10/2019 EEOC Retaliation Charge | No Bates No. |
| 16 | Email from Pipes to Roman re: Investigation of Allegations | D00001- |
| 17 | Email Chain between Patricia McNulty and Daniel Pipes re: Investigation | D00001-0004 |
| 18 | Email Chain between Lisa Barbounis and Daniel Pipes re: Investigation | D00005-00007 |
| 19 | Email Chain between Marnie Meyer and Daniel Pipes re: Investigation | D00011-00012 |
| 20 | Memorandum from D. Pipes to MEF Staff re: NDAs | D0000013 |
| 21 | Email chain between Patricia McNulty and Daniel Pipes re: Investigation | D0000017-000018 |
| 22 | Email chain between Lisa Barbounis and Daniel Pipes re: travel activities | D0000019-000020 |
| 23 | Email chain between Patricia | D0000021 |

| | | |
|---|---|---|
| | McNulty and Daniel Pipes re: Matt Bennett | |
| 24 | Email chain between Patricia McNulty and Daniel Pipes re: G. Roman | D0000022 |
| 25 | Response from D. Pipes to P. McNulty Email re: G. Roman | D0000023 |
| 26 | Email from L. Barbounis to D. Pipes re: UK Trip | D0000024 |
| 27 | Email from D. Pipes to P. McNulty re: Audit | D0000025 |
| 28 | Email from P. McNulty to D. Pipes re: No new instances of sexual harassment | D0000027-000028 |
| 29 | Email from L. Barbounis to D. Pipes re: Travel and Political Associations | D0000029 |
| 30 | Email chain from D. Pipes to G. Roman re: allegations of gossip with M. Bennett | D0000032 |
| 31 | Email from D. Pipes to P. McNulty re: investigation of Bennett/Roman allegations | D0000035 |
| 32 | Email from D. Pipes to M. Meyer and C. Brady re: Bennett/Roman allegations | D0000036 |
| 33 | Email chain between Pipes and Meyer re: Audit | D0000041-0000044 |
| 34 | Staff Memo re: November 5, 2018 Meeting | D0000045 |
| 35 | New MEF NDA (unsigned) | D0000046-0000048 |
| 36 | 11/4/18 Email from D. Pipes to L. Barbounis re: allegations against G. Roman | D0000049 |
| 37 | 11/6/18 Letter from D. Pipes to G. Roman re: new job duties | D0000050-000052 |
| 38 | 3/11/19 chain between M. Fink and L. Barbounis re: G. Roman returning to office | D0000054 |
| 39 | 3/11/19 email from P. McNulty to M. Fink re: G. Roman's return to office | D0000055-000056 |
| 40 | 3/11/19 email from M. Meyer to M. Fink re: G. Roman return to office | D0000057-000058 |

| 41 | 4/15/19 email from D. Pipes to L. Barbounis re: uncleared UK trip | D0000059 |
| 42 | 6/5/2019 email from L. Barbounis to D. Pipes re: Tommy Robinson assistance | D0000060 |
| 43 | 6/5/2019 email from D. Pipes to L. Barbounis re: Guardian article | D0000061 |
| 44 | 6/17/19 email from D. Pipes to L. Barbounis re: UK travel and affiliations | D0000062 |
| 45 | 7/17/19 email from M. Fink to L. Barbounis re: UK travel and activities | D0000063 |
| 46 | 5/28/19 email from D. Pipes to L. Barbounis re: UK travel and affiliations | D0000066-000067 |
| 47 | Middle East Forum bylaws | D0000070-000089 |
| 48 | MEF Personnel Manual – May 2015 | D0000426-000442 |
| 49 | MEF BYOD Policy | D0000965-000967 |
| 50 | 11/5/18 email chain between L. Barbounis and D. Pipes re: Tommy Robinson | D0000976 |
| 51 | 11/4/2018 email from L. Barbounis to D. Pipes re: response to investigation of G. Roman | D0000977-000979 |
| 52 | Text message chain between L. Barbounis and V. Barbounis | D0000981 |
| 53 | 11/4/18 Email chain between L. Barbounis and D. Pipes re: NDA | D0000985-000986 |
| 54 | 8/7/2019 L. Barbounis resignation from MEF | D0000989-000990 |
| 55 | 11/6/2018 Memo from D. Pipes to G. Roman re: new job responsibilities | D0000992-000994 |
| 56 | 11/5/2018 Email chain between L. Barbounis and D. Pipes re: G. Roman allegations with attachments | D00001010-00015 |
| 57 | MEF Personnel Manual – May 2019 | D0001018-0001037 |

| 58 | Email from M. Fink to M. Meyer re: Edits to Employee Manual with attached manual | D0001038-0001055 |
|----|----|----|
| 59 | Email from M. Meyer to D. Yonchek re: L. Barbounis email forwarding after resignation | |
| 60 | 11/5/18 email from L. Barbounis to D. Pipes responding to questions concerning investigation | D0001100-0001102 |
| 61 | 4/23/19 Email from L. Barbounis to T. McNulty re: Matt Bennett and G. Roman | D0001103 |
| 62 | 4/23/19 Email from T. McNulty to D. Pipes re: M. Bennett and G. Roman | D0001107 |
| 63 | 3/18/19 Signed G. Roman offer letter | D0001109-0001111 |
| 64 | 11/5/2018 email from L. Barbounis to D. Pipes and M. Fink attaching screenshots | D0001113-0001114 |
| 65 | Text messages between G. Roman and L. Barbounis | D00001122-1125 |
| 66 | 6/19/19 Email from D. Pipes to L. Barbounis re: Suprises | D0001131 |
| 67 | 11/6/18 Email from M. Fink to G. Roman attaching new job duties | D0001135-0001138 |
| 68 | 11/4/18 Email from L. Barbounis to D. Pipes attaching all screenshots | D00001144-0001155 |
| 69 | 4/24/19 Email from M. Meyer to D. Pipes stating rumor was started pre-Nov. 1 | D0000156 |
| 70 | 11/4/18 Email from L. Barbounis to D. Pipes re: new NDA concerns | D0001178-0001179 |
| 71 | 8/7/19 Email from M. Meyer to G. Levy re: removal of L. Barbounis from social media accounts | D0001248 |
| 72 | 6/11/19 Email from T. McNulty to D. Pipes | D0001303-0001304 |
| 73 | 11/4/18 Email from L. Barbounis to D. Pipes re: happy | D0001332 |

9

| | | |
|---|---|---|
| | to sign this version of NDA | |
| 74 | Text message to L. Barbounis re: need to be more careful | D0001333 |
| 75 | 6/19/19 Email from D. Pipes to L. Barbounis re: surprise. | D0001337 |
| 76 | 6/17/19 Email from D. Pipes to L. Barbounis re: Tommy Robinson work | D0001338 |
| 77 | Text message from L. Barbounis to J. Bishop re: marriage and Danny Thomas | D0001356 |
| 78 | Text message between V. Barbounis and J. Bishop re: black eye | D0001357 |
| 79 | Transcript of L. Barbounis messages to J. Bishop | D0001358-0001397 |
| 80 | Text message from L. Barbounis to J. Bishop re: Tommy Robinson | D0001575-0001579 |
| 81 | Text message from L. Barbounis to D. Thomas | D0001580 |
| 82 | Text messages from L. Barbounis to J. Bishop | D0001583 |
| 83 | Text message from L. Barbounis to P. McNulty re: shirtless man | D0001584 |
| 84 | Text messages from L. Barbounis to J. Bishop | D0001585-0001586 |
| 85 | 8/7/19 Barbounis resignation email | D0001587 |
| 86 | 5/28/19 email from D. Pipes to L. Barbounis re: surprise travels | D00001588-0001590 |
| 87 | 5/4/18 email chain between L. Barbounis and M. Meyer re: scheduling | D0001592-0001593 |
| 88 | 4/30/19 L. Barbounis auto-reply out of office from March 30 to May 14 | D0001597 |
| 89 | 4/16/19 email from L. Barbounis to D. Pipes re: J. Posobiec connection | D0001598-0001599 |
| 90 | 5/16/19 Email from L. Barbounis to D. Pipes and G. Roman re: trip to UK | D0001600-0001601 |
| 91 | Email from D. Pipes to L. | D0001608-0001610 |

| | | |
|---|---|---|
| | Barbounis re: London trip | |
| 92 | Email to D. Pipes from L. Barbounis re: Zisser title error | D0001611-0001612 |
| 93 | Email from J. Halliday to D. Pipes, G. Roman and L. Barbounis seeking clarification on Barbounis' role with Robinson campaign | D0001613-0001614 |
| 94 | 12/7/18 email to D. Pipes and G. Roman re: Barbounis involvement with Robinson | D0001618-0001619 |
| 95 | 10/30/18 memo from M. Bennett to G. Roman re: L. Barbounis and M. Meyer | D0001621-0001622 |
| 96 | 4/16/19 email from D. Pipes to L. Barbounis re: unauthorized travel | D0001623-0001624 |
| 97 | 6/19/19 email from D. Pipes to L. Barbounis re: job announcement release | D0001627 |
| 98 | 6/19/19 email from D. Pipes to L. Barbounis re: job announcement | D0001629 |
| 99 | Email chain between L. Barbounis and G. Roman re: Matan Peleg | D0001630 |
| 100 | Email from J. Halliday to D. Pipes re: L. Barbounis and Ukip | D0001631-0001633 |
| 101 | 12/7/18 email from L. Barbounis to D. Pipes re: UK activities | D0001637-0001639 |
| 102 | 12/7/18 email from D. Pipes to J. Halliday re: L. Barbounis Ukip activities | D0001640 |
| 103 | 10/30/18 email from L. Barbounis to G. Roman re: office incident | D0001641-0001642 |
| 104 | 7/27/19 email from D. Pipes to L. Barbounis re: Zisser title error | D0001644 |
| 105 | 10/30/19 email from L. Barbounis to G. Roman re: office incident | D0001645-1646 |
| 106 | 10/31/18 email from L. Barbounis to G. Roman re: | D0001648 |

| | clearing the air with M. Meyer | |
|---|---|---|
| **107** | 7/3/18 Email from G. Roman stating L. Barbounis should arrange Young Leadership events | D0001667-1669 |
| **108** | 9/17/18 Email from G. Roman to L. Barbounis making sure Barbounis is copies on Campus Watch Updates | D0001844-0001845 |
| **109** | 10/15/18 email from G. Roman to L. Barbounis and others re: Barbounis' email re: donor meetings | D0002075-0002076 |
| **110** | Email chain between M. Meyer and M. Fink re: G. Roman's return to the office | D0010471-0010472 |
| **111** | 11/9/18 email from S. Westrop to D. Pipes re: G. Roman's conduct toward male employees | D0010475-0010476 |
| **112** | 11/8/18 email chain re: Tommy Robinson | D0010476-0010479 |
| **113** | 4/29/19 email chain between L. Barbounis and D. Pipes re: funding of T. Robinson | D0010481 |
| **114** | 11/8/18 email chain between L. Barbounis and D. Pipes re: Tommy Robinson | D0010482-0010485 |
| **115** | L. Barbounis telegram messages with D. Pipes | D0010492-0010501 |
| **116** | L. Barbounis text messages with D. Pipes re: Tommy Robinson | D0010502-0010507 |
| **117** | 6/29/18 email chain from V. Sullivan re: payment of money from MEF | D0010525-0010532 |
| **118** | 6/18/19 email from L. Barbounis to M. Fink re: Tommy Robinson | D0010533-0010535 |
| **119** | 4/29/19 telegram messages between L. Barbounis and D. Pipes | D0010581-0010590 |
| **120** | 3/27/19 email chain between M. Fink and P. McNulty re: G. Roman's return to office | D0010613-0010614 |
| **121** | 6/11/19 email from L. Barbounis to P. McNulty re: G. | D0010617-0010619 |

| | Roman dictating stuff | |
|---|---|---|
| **122** | 7/19/19 email from L. Barbounis to her personal email address re: UK travels correspondence | D0010625-0010627 |
| **123** | Emails from L. Barbounis to T. Giles re: Tommy Robinson | D0010646-0010649 |
| **124** | 11/23/18 email from R. Thomas to L. Barbounis re: D. Thomas | D0010650-0010651 |
| **125** | 7/24/19 L. Barbounis' resume submission to House of Representatitves | D0010731-0010735 |
| **126** | 6/17/19 email correspondence between L. Barbounis and D. Pipes re: T. Robinson | D0010739-0010740 |
| **127** | 3/4/19 email from L. Barbounis as Director of Communications for T. Robinson | D0010748 |
| **128** | 2/17/2019 email from L. Barbounis as Director of Communications for T. Robinson | D0010750 |
| **129** | Message from J. Bishop re: L. Barbounis' affair with D. Thomas | D0010753 |
| **130** | Messages between L. Barbounis and D. Pipes re: G. Roman's 501(c)(4) | D0010754 |
| **131** | 11/4/18 email from D. Pipes to L. Barbounis re: new NDA | D0010756-0010758 |
| **132** | Messages between L. Barbounis and J. Bishop | D0011091-0011143 |
| **133** | Messages between L. Barbounis and D. Thomas | D0011144-0011153 |
| **134** | Audio transcriptions of messages from L. Barbounis to J. Bishop | D0011154-0011157 |
| **135** | 5/28/19 Email from L. Barbounis to D. Pipes re: job review | D0011161-0011164 |
| **136** | WhatsApp Chat between L. Barbounis and D. Thomas | D0011186 |
| **137** | Message between L. Barbounis and D. Thomas | D0011187 |
| **138** | Message from L. Barbounis re: | D0011188-0011169 |

13

| | D. Thomas getting what he deserves | |
|---|---|---|
| 139 | 7/10/2019 email from G. Igler to L. Barbounis | D0011182-0011183 |
| 140 | Text messages from J. Bishop to G. Roman re: L. Barbounis' activities in the UK | D0011215-0011217 |
| 141 | 8/16/18 Telegram thread between L. Barbounis and G. Roman | D0011254-0011293 |
| 142 | Messages between J. Bishop and L. Barbounis | D0011300 |
| 143 | 3/13/19 Memo to G. Roman from D. Pipes re: new job responsibilities | D0011308-0011310 |
| 144 | 7/19/19 Email from L. Barbounis re: Facebook ban | D0011311 |
| 145 | 6/5/19 Email from L. Barbounis to D. Pipes re: UK trip with children | D0011316 |
| 146 | 6/4/19 Correspondence between M. Meyer and D. Pipes re: Audit | D0011330-0011345 |
| 147 | 5/29/19 RAIR Grant proposal from L. Barbounis to D. Pipes | D0011365-0011388 |
| 148 | 5/16/19 email from L. Barbounis to D. Pipes and G. Roman re: family vacation to England and Ireland | D0011389-0011390 |
| 149 | Memo from L. Barbounis to D. Pipes and G. Roman re: activity with T. Robinson | D0011391-0011392 |
| 150 | 2/12/2019 Email from L. Barbounis to D. Pipes re: Weekly Report | D0011393-0011395 |
| 151 | 1/7/19 email from L. Barbounis to D. Pipes re: J. Atkinson proposal | D0011397-0011403 |
| 152 | 12/4/2018 email from L. Barbounis to D. Pipes re: Tommy Robinson | D0011404 |
| 153 | 5/31/18 email from L. Barbounis to G. Roman re: T. Robinson event | D0011418 |
| 154 | 12/12/18 email drafted by L. | D0011419 |

14

| | Barbounis for D. Thomas | |
|---|---|---|
| **155** | 2/8/19 email from L. Barbounis to D. Kirkpatrick re: T. Robinson | D0011420-0011421 |
| **156** | 12/3/18 email from L. Barbounis to T. Robinson re: proposal to D. Pipes | D0011423-0011427 |
| **157** | 6/20/18 email from D. Thomas to G. Roman re: expenses for event | D0011492-0011497 |
| **158** | 9/26/17 Email from L. Barbounis accepting employment offer | D0011502 |
| **159** | 9/15/17 email from L. Barbounis to M. Bennett attaching writing samples and confirming meeting | D0011503-0011505 |
| **160** | L. Barbounis Facebook post re: judging coworkers | D0011538 |
| **161** | 9/17/18 text thread between L. Barbounis and G. Roman re: Barbounis' sick children and personal issues | D0011540-0011541 |
| **162** | WhatsApp threat between L. Barbounis and D. Pipes | D0011542- |
| **163** | Email from G. Roman to L. Barbounis re: 501(c)(4) | D0011543-0011544 |
| **164** | Text thread between L. Barbounis and G. Roman re: telling me when you're upset | D0011545-0011547 |
| **165** | Transcript of T. Robinson message to L. Barbounis re: campaign | D0011551 |
| **166** | Text thread between L. Barbounis and G. Roman re: various personal issues | D0011552-0011556 |
| **167** | Text message from L. Barbounis re: M. Meyer being upset | D0011559 |
| **168** | October 2018 Text thread between G. Roman and M. Meyer re: L. Barbounis | D0011560-0011561 |
| **169** | Notes of 11/5/18 meeting | D0011562-0011564 |
| **170** | MEF Grant Agreement with D. Thomas, receipts and | D0011576-0011585 |

| | correspondence | |
|---|---|---|
| **171** | 8/3/18 proposal from L. Barbounis to G. Roman re: T. Robinson | D0011587-0011589 |
| **172** | M. Meyer text messages | MEFDOCS00001-00006 |
| **173** | M. Meyer group text messages re: Kimmel Center call | MEFDOCS00007-00009 |
| **174** | Text thread between P. McNulty and D. Yonchek | MEFDOCS00052-00073 |
| **175** | Text thread between L. Barbounis, P. McNulty and others re: various subjects | MEFDOCS00074-00103 |
| **176** | Text thread between L. Barbounis and D. Yoncheck | MEFDOCS000104-00226 |
| **177** | Text thread from C. Brady to T. McNulty re: L. Barbounis and office environment | MEFDOCS000469-000870 |
| **178** | Text thread with various MEF employees discussing dating and related subjects | MEFDOCS000871-000874 |
| **179** | Text thread with L. Barbounis commenting about a boss who does not trust her | MEFDOCS000878-000879 |
| **180** | SMS messages between L. Barbounis and T. McNulty | Produced by Plaintiff with no Bates No.; Internal ref: MEF00078621-00083672 |
| **181** | T. McNulty Instagram Post | Produced by Plaintiff with no Bates No.; Internal ref: MEF00097372 |
| **182** | Text messages between L. Barbounis and D. Thomas | Produced by Plaintiff with no Bates No.; Internal ref: MEF00086675 |
| **183** | WhatsApp Messages between J. Bishop and L. Barbounis | Produced by Plaintiff with no Bates No.; Internal ref: MEF00049321-00049615 |
| **184** | Instagram messages between R. Coyne and L. Barbounis | Produced by Plaintiff with no Bates No.; Internal ref: MEF00097375 |
| **185** | SMS messages between L. Barbounis and J. Reynolds | Produced by Plaintiff with no Bates No.; Internal ref: MEF00075352-00075487 |
| **186** | WhatsApp messages between L. Barbounis and "Dave UK" | Produced by Plaintiff with no Bates No.; Internal ref: MEF00070890-00071028 |
| **187** | Instagram messages between L. Barbounis and R. Kassam | Produced by Plaintiff with no Bates No.; Internal ref: MEF00097305 |
| **188** | Instagram messages between L. Barbounis and "Vanilla Steve" | Produced by Plaintiff with no Bates No.; Internal ref: MEF00093091-00093108 |
| **189** | WhatsApp messages between L. Barbounis and G. Levy | Produced by Plaintiff with no Bates No.; Internal ref MEF00070757-00070889 |
| **190** | SMS Between McNulty and Barbounis re Brady | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis -197135 |

| 191 | SMS Between McNulty and Barbounis re McNulty looking for new jobs | Produced by Plaintiff with no Bates No.; Internal ref no. Barbounis-200339 |
|---|---|---|
| 192 | SMS Between McNulty and Barbounis re Yonchek and Work Environment | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-197056-57 |
| 193 | SMS Between McNulty and Barbounis re Conflict with Marnie | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-197892-94 |
| 194 | SMS Between McNulty and Barbounis re Conflict with O'Brien. | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-198408-12 |
| 195 | SMS Between McNulty and Barbounis re Stacey Roman | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-198-480-81 |
| 196 | SMS Between McNulty and Barbounis re conflict with O'Brien | Produced by Plaintiff with no Bates No.; Barbounis-198765-69 |
| 197 | SMS Between McNulty and Barbounis re Stacey Roman | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-198833-34 |
| 198 | SMS Between McNulty and Barbounis re Conflicts with O'Brien | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-201537-68 |
| 199 | SMS Between McNulty and Barbounis re O'Brien Payroll Issues | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-200187-200237 |
| 200 | SMS Between McNulty and Barbounis re October 30 Conflict | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-198938-68 |
| 201 | SMS Between McNulty and Barbounis re Report to Pipes | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-199042-293 |
| 202 | SMS Between McNulty and Barbounis re pre-all staff meeting. | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-198969-199029 |
| 203 | SMS Between McNulty and Barbounis re UK Trip | Produced by Plaintiff with no Bates No.; Internal ref: Barbounis-196875-982 |
| 204 | SMS message chain between L. Barbounis and P. McNulty re: D. Thomas, work environment, coworkers and related subjects | McNulty0001-0616 |
| 205 | Expert Report of Dr. Barry Zakireh | No Bates No. |
| 206 | Expert Report of Dr. Barbara Ziv | No Bates No. |
| 207 | Supplemental Report of Dr. | No Bates No. |

| | Barbara Ziv | |
|---|---|---|
| **208** | Lisa Barbounis Medical Records | Confidential Medical Records 0001-0252 (Produced by Plaintiff) |
| **209** | Text messages between L. Barbounis and M. Bennett re: E. Patel | Produced by Plaintiff – no Bates No. |
| **210** | Text messages between L. Barbounis and J. Reynolds re: Israel | Produced by Plaintiff – no Bates No. |
| **211** | Photos taken by L. Barbounis in Israel | Produced by Plaintiff – no Bates No. |
| **212** | 3/14/18 SMS Messages between L. Barbounis and M. Meyer re: L. Barbounis' trip to Israel | Produced by Plaintiff – no Bates No. |
| **213** | Text messages from L. Barbounis to M. Bennett re: Gregg is a good boss | Produced by Plaintiff – no Bates No. |
| **214** | 3/29/18 Message from L. Barbounis to P. McNulty re: need to look for a job where I am not an assistant | Produced by Plaintiff – no Bates No. |
| **215** | Text message thread between L. Barbounis and P. McNulty re: about to quit | Produced by Plaintiff – no Bates No. |
| **216** | 3/30/18 series of messages between L. Barbounis and P. McNulty re: I am going to punch Marnie and quit | Produced by Plaintiff – no Bates No. |
| **217** | 2/2/18 message from L. Barbounis to P. McNulty re: M. Meyer | Produced by Plaintiff – no Bates No. |
| **218** | 4/4/18 message from L. Barbounis to V. Barbounis calling M. Meyer a "bitch | Produced by Plaintiff – no Bates No. |
| **219** | 4/9/18 message thread between L. Barbounis and P. McNulty re: lying to get out of work | Produced by Plaintiff – no Bates No. |
| **220** | Message thread between L. Barbounis and J. Reynolds re: G. Roman putting Barbounis' name on a proposal | Produced by Plaintiff – no Bates No. |
| **221** | Message from L. Barbounis re: "everyone here loves me" | Produced by Plaintiff – no Bates No. |
| **222** | Message from L. Barbounis to P. McNulty re: "sending emails | Produced by Plaintiff – no Bates No. |

| | | |
|---|---|---|
| | high as shit" | |
| **223** | Message thread between L. Barbounis and V. Barbounis re: anger at G. Roman | Produced by Plaintiff – no Bates No. |
| **224** | Message thread between L. Barbounis and J. Reynolds re: anger at G. Roman | Produced by Plaintiff – no Bates No. |
| **225** | Message thread between L. Barbounis and D. Thomas re: "if I didn't have this Tommy thing I'd quit today | Produced by Plaintiff – no Bates No. |
| **226** | Message thread between L. Barbounis and D. Thomas re: quitting | Produced by Plaintiff – no Bates No. |
| **227** | Message thread between L. Barbounis and V. Barbounis re: meeting with M. Meyer and D. Pipes | Produced by Plaintiff – no Bates No. |
| **228** | Message thread between L. Barbounis and V. Barbounis re: Israel | Produced by Plaintiff – no Bates No. |
| **229** | Message thread between L. Barbounis and J. Reynolds re: G. Roman reassignment | Produced by Plaintiff – no Bates No. |
| **230** | 10/30/18 message thread between L. Barbounis and D. Thomas re: quitting | Produced by Plaintiff – no Bates No. |
| **231** | 11/15/18 message thread between L. Barbounis and K. Ercole | Produced by Plaintiff – no Bates No. |
| **232** | Message thread between L. Barbounis P. McNulty re: London trip, including screenshot from R. Kassam re: spending "Gregg's $5k" | Produced by Plaintiff – no Bates No. |
| **233** | 11/23/18 Response from L. Barbounis to R. Thomas email | Produced by Plaintiff – no Bates No. |
| **234** | 12/5/18 Message thread between L. Barbounis and T. Robinson re: responding to D. Pipes' email | Produced by Plaintiff – no Bates No. |
| **235** | Instagram message logs between L. Barbounis and V. Sullivan | Produced by Plaintiff – no Bates No. |
| **236** | 3/3/19 Message thread between L. Barbounis and D. Thomas re: | Produced by Plaintiff – no Bates No. |

| | T. Robinson | |
|---|---|---|
| **237** | 3/7/19 Message thread between L. Barbounis and J. Bishop re: missing money | Produced by Plaintiff – no Bates No. |
| **238** | Message thread between L. Barbounis and T. Robinson re: missing money | Produced by Plaintiff – no Bates No. |
| **239** | Message from L. Barbounis to T. Giles re: $100,000 commission | Produced by Plaintiff – no Bates No. |
| **240** | WhatsApp message thread between L. Barbounis and T. Robinson beginning 4/18/19 | Produced by Plaintiff – no Bates No. |
| **241** | 4/18/19 message thread between Plaintiff and T. Walton re: missing money | Produced by Plaintiff – no Bates No. |
| **242** | 5/18/19 message thread between L. Barbounis and S. Watson re: "I do what I want." | Produced by Plaintiff – no Bates No. |
| **243** | 5/29/19 message thread between L. Barbounis and G. Levy re: G. Roman | Produced by Plaintiff – no Bates No. |
| **244** | 5/31/19 message thread between L. Barbounis and J. Bishop | Produced by Plaintiff – no Bates No. |
| **245** | 6/20/2019 message thread between L. Barbounis and B. Baird | Produced by Plaintiff – no Bates No. |
| **246** | Message thread from L. Barbounis to D. Thomas re: J. Bishop | Produced by Plaintiff – no Bates No. |
| **247** | Message thread between L. Barbounis and J. Bishop re: "I love torturing you." | Produced by Plaintiff – no Bates No. |
| **248** | Message thread between L Barbounis and J. Bishop | Produced by Plaintiff – no Bates No. |
| **249** | 9/13/19 Tuition Late Notice | Barbounis deposition exhibit |
| **250** | 2/2017 Notice of Tax Lien | Public Document |
| **251** | 9/2014 Notice of Tax Lien | Public Document |
| **252** | 9-2015 Notice of Tax Lien | Public Document |
| **253** | 12/15/14 Notice of Levy by IRS | Public Document |
| **254** | 6/21/17 Collection letter from ProCo re: delinquent medical bills | Public Document |
| **255** | 3/12/2019 Civil Action Complaint re: mortgage | Public Document |

| | forclosure – Wells Fargo Bank v. Vasili G. Barbounis, et al.; Docket No. 190301479 | |
|---|---|---|
| 256 | 2/1/2021 Civil Action Complaint – 2601 Parkway Condominium Association v. Vasili Barbounis, No. 181101869 | Public Document |
| 257 | 12/8/17 Certified Copy of Lien against V. Barbounis | Public Document |
| 258 | 12/1/18 Certified Copy of Lien against V. Barbounis | Public Document |
| 259 | 3/2/18 Certified Copy of Lien against V. Barbounis | Public Document |
| 260 | 02/07/2010 State of New Jersey v. Lisa Reynolds re: assault | Public Document |
| 261 | Certificate of Completion of "Alternatives to Violence Basic Workshop" | No Bates No. |
| 262 | Call/Transcript of D. Thomas Conversation No. 1 | No Bates No. |
| 263 | Call/Transcript of D. Thomas Conversations No. 2 | No Bates No. |
| 264 | Call from M. Ebert to G. Roman | No Bates No. |
| 265 | Call between LB and MM | No Bates No. |
| 266 | Facebook thread including remarks from L. Barbounis and J. Reynolds | Public document |
| 267 | Communications between L. Barbounis and C. McMichael | Produced by Plaintiff – no Bates No. |
| 268 | Communications between L. Barbounis and J. Whitner | Produced by Plaintiff – no Bates No. |
| 269 | Photograph of L. Barbounis with Matt Gaetz | Produced by Plaintiff with no Bates No.; file name: 18.02.2021_22.07.59_REC.png |
| 270 | Screenshot of L. Barbounis communicating with J. Bishop | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_11.05.32_REC.png |
| 271 | Screenshot of L. Barbounis' messages with G. Levy re: MEF | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_13.57.19_REC.png |
| 272 | Screenshot of L. Barbounis' messages with G. Levy re: MEF | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_13.59.09_REC.png |
| 273 | Screenshot of L. Barbounis' communications with G. Igler | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_14.29.45_REC.png |
| 274 | Screenshot of L. Barbounis calling G. Roman a "piece of shit" | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_14.42.49_REC.png |

| | | |
|---|---|---|
| **275** | Screenshot of communication from L. Barbounis stating G. Roman "needs to go away" | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_14.44.54_REC.png |
| **276** | Screenshot of communication from L. Barbounis stating she "hates" G. Roman | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_15.05.08_REC.png |
| **277** | Screenshot of L. Barbounis stating that G. Roman "basically got fired" | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_20.47.27_REC.png |
| **278** | Screenshot of L. Barbounis message stating that G. Roman is "gross" | Produced by Plaintiff with no Bates No.; file name: 19.02.2021_21.09.19_REC.png |
| **279** | Screenshot of L. Barbounis and D. Thomas on a livestream | Produced by Plaintiff with no Bates No.; file name: 00000098-PHOTO-2018-10-24-02-21-33.jpg |
| **280** | Audio message from D. Thomas suggesting MEF has reached out to L. Barbounis' boss | Produced by Plaintiff with no Bates No.; file name: 00000270-AUDIO-2018-10-26-09-53-00.opus |
| **281** | Audio message from D. Thomas referencing L. Barbounis' black eye | Produced by Plaintiff with no Bates No.; file name: 00000692-AUDIO-2018-11-08-18-13-23.opus |
| **282** | Audio message from D. Thomas to L. Barbounis re: relationship | Produced by Plaintiff with no Bates No.; file name: 00000696-AUDIO-2018-11-08-18-15-00.opus |
| **283** | Audio message from D. Thomas to L. Barbounis re: "what happens in London stays in London" | Produced by Plaintiff with no Bates No.; file name: 00000704-AUDIO-2018-11-08-18-19-26.opus |
| **284** | Audio message from L. Barbounis stating that "everyone should be afraid of her" | Produced by Plaintiff with no Bates No.; file name: 00000731-AUDIO-2018-11-08-19-27-41.opus |
| **285** | Screenshot of Instagram photo of D. Thomas and L. Barbounis | Produced by Plaintiff with no Bates No.; file name: 00000793-PHOTO-2018-11-09-21-06-19.jpg |
| **286** | Photo of newspaper photograph featuring L. Barbounis and T. Robinson | Produced by Plaintiff with no Bates No.; file name: 00001744-PHOTO-2018-12-02-05-49-09.jpg |
| **287** | Photo of L. Barbounis and D. Thomas | Produced by Plaintiff with no Bates No.; file name: 00003006-PHOTO-2018-12-21-16-54-51.jpg |
| **288** | Photo of L. Barbounis and D. Thomas | Produced by Plaintiff with no Bates No.; file name: 00003009-PHOTO-2018-12-21-16-55-15.jpg |
| **289** | Photo of L. Barbounis and T. Robinson | Produced by Plaintiff with no Bates No.; file name: 00003111-PHOTO-2018-12-22-18-46- |

| | | 57.jpg |
|---|---|---|
| **290** | Photograph of D. Thomas | Produced by Plaintiff with no Bates No.; file name: 00004454-PHOTO-2019-01-15-21-36-04.jpg |
| **291** | Photograph of D. Thomas | Produced by Plaintiff with no Bates No.; file name: |
| **292** | | Produced by Plaintiff with no Bates No.; file name: 00004455-PHOTO-2019-01-15-21-36-12.jpg |
| **293** | Photograph of D. Thomas | Produced by Plaintiff with no Bates No.; file name: 00005042-PHOTO-2019-01-30-06-49-25.jpg |
| **294** | Photograph taken by L. Barbounis at Brussels conference | Produced by Plaintiff with no Bates No.; file name: 00005043-PHOTO-2019-01-30-06-49-31.jpg |
| **295** | Photograph of L. Barbounis with a black eye | Produced by Plaintiff with no Bates No.; file name: 00005072-PHOTO-2019-01-31-05-11-46.jpg |
| **296** | Photograph of L. Barbounis with T. Robinson | Produced by Plaintiff with no Bates No.; file name: 00005078-PHOTO-2019-01-31-13-19-19.jpg |
| **297** | Video of L. Barbounis stating that she would give D. Thomas a black eye | Produced by Plaintiff with no Bates No.; file name: 00005766-VIDEO-2019-02-12-19-55-29.mp4 |
| **298** | Audio recording of D. Thomas re: L. Barbounis working for T. Robinson | Produced by Plaintiff with no Bates No.; file name: 00005860-AUDIO-2019-02-14-07-10-59.opus |
| **299** | Audio message from D. Thomas threatening to end his relationship with L. Barbounis | Produced by Plaintiff with no Bates No.; file name: 00005956-AUDIO-2019-02-16-09-35-15.opus |
| **300** | Audio message from L. Barbounis to D. Thomas responding to his message about her ruining his life | Produced by Plaintiff with no Bates No.; file name: 00005957-AUDIO-2019-02-16-09-40-44.opus |
| **301** | Screenshot of L. Barbounis explaining how she received a black eye | Produced by Plaintiff with no Bates No.; file name: 00006248-PHOTO-2019-03-01-07-46-41.jpg |
| **302** | Audio message from D. Thomas telling L. Barbounis to cease speaking with J. Bishop | Produced by Plaintiff with no Bates No.; file name: 00006328-AUDIO-2019-03-03-09-53-00.opus |
| **303** | Photo of L. Barbounis' new boss asleep | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0000095.jpeg |
| **304** | Screenshot of L. Barbounis' explaining how to hide photos | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0000267.png |
| **305** | Photo of L. Barbounis' debt to | Produced by Plaintiff with no Bates No.; file |

| | University of Pennsylvania | name: MEFPHN02-0000387.JPG |
|---|---|---|
| 306 | Screenshot of L. Barbounis communicating with J. Reynolds | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0000430.PNG |
| 307 | Photograph of L. Barbounis' student loan bills | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0000501.png |
| 308 | Photograph of L. Barbounis' past due school bill | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0000687.jpeg |
| 309 | Photograph of L. Barbounis' black eye | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0001703.HEIC |
| 310 | Photograph of L. Barbounis' proposal to T. Giles | Produced by Plaintiff with no Bates No.; file name: Proposal to Terry Giles for The Rebel |
| 311 | Photograph of J. Reynolds in London | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0003380.HEIC |
| 312 | Photograph of J. Reynolds | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0003382.HEIC |
| 313 | Photograph of J. Reynolds | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0003388.HEIC |
| 314 | Photograph of Brussels conference | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0003413.HEIC.preview.jpg |
| 315 | Video of L. Barbounis and D. Thomas | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0007349.mp4 |
| 316 | Janice Atkinson proposal to MEF | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0007783.docx |
| 317 | Video of L. Barbounis and T. McNulty | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0010694.mov |
| 318 | Video of L. Barbounis, T. McNulty, D. Yonchek and C. Brady | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0010732.mov |
| 319 | Photograph of UK rally | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0011657.HEIC |
| 320 | Video of UK rally | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0013071.MOV |
| 321 | Photograph of UK rally | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0013072.HEIC.preview.jpg |
| 322 | Photo of L. Barbounis at Gala | D0011590 |
| 323 | Photo of L. Barbounis at Gala | D0011591 |
| 324 | Photo of L. Barbounis at Gala | D0011592 |
| 325 | Photo of L. Barbounis at Gala | D0011593 |
| 326 | Photo of L. Barbounis at Gala | D0011594 |
| 327 | Photo of L. Barbounis at Gala | D0011595 |
| 328 | Screenshot of L. Barbounis discussing French AirBNB host | Produced by Plaintiff with no Bates No.; file name: MEHPFN02-0001976 |

| | | |
|---|---|---|
| | for Israel trip | |
| 329 | Screenshot of L. Barbounis discussing AirBNB in Israel | Produced by Plaintiff with no Bates No.; file name: MEHPFN02-0001976 |
| 330 | Screenshot of L. Barbounis stating she is paid more than male counterparts | Public document from Twitter: https://twitter.com/Lisaelizabeth /status/1204062911381069824 |
| 331 | Photo of L. Barbounis with middle finger | Produced by Plaintiff with no Bates No.; |
| 332 | Screenshot of L. Barbounis telling J. Bishop she loves torturing her | Produced by Plaintiff with no Bates No.; Internal ref. no.: REL0000004232 |
| 333 | Screenshot of L. Barbounis telling J. Bishop she has guys lined up at her door | Produced by Plaintiff with no Bates No.; Internal ref. no.: REL0000004232 |
| 334 | Screenshot of L. Barbounis stating that she never deletes anything | Produced by Plaintiff with no Bates No.; Internal ref: no.: REL0000004414 |
| 335 | Photo of L. Barbounis and D. Thomas in bed | Produced by Plaintiff with no Bates No.; |
| 336 | Conversation between L. Barbounis and A. Meckelburg | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0000892 |
| 337 | Conversation between L. Barbounis, G. Levy and E. Levant | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0003743 |
| 338 | L. Barbounis text message thread | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0000967 |
| 339 | Message thread between L. Barbounis and B. Baird | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0005141 |
| 340 | Message thread between L. Barbounis and G. Igler | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0007429 |
| 341 | Message thread between L. Barbounis and J. Reynolds | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0000807 |
| 342 | Message thread between L. Barbounis and J. Bishop | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0007292 |
| 343 | Message thread between L. Barbounis and J. Bishop | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0000050 |
| 344 | Message thread between L. Barbounis and J. Bishop | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0006137 |
| 345 | Message thread between L. Barbounis and M. Meyer | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0011445 |
| 346 | Message thread between L. Barbounis and P. Sandman | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0007681 |
| 347 | Message thread between L. Barbounis and R. Costello | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0014341 |

| 348 | Message thread between L. Barbounis and T. Robinson | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0008568 |
|---|---|---|
| 349 | Message thread between L. Barbounis and T. Walton | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0003640 |
| 350 | Message thread between L. Barbounis and V. Barbounis | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0006495 |
| 351 | Message thread between L. Barbounis and V. Barbounis | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0010153 |
| 352 | Message thread between L. Barbounis and W. Chamberlain | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0005412 |
| 353 | L. Barbounis message re: Tommy Robinson campaign | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0004882 |
| 354 | L. Barbounis message re: V. Barbounis | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0000282 |
| 355 | L. Barbounis message re: A. Patel | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0011697 |
| 356 | L. Barbounis message with D. Thomas | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0004264 |
| 357 | L. Barbounis message re: T. Robinson | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0003921 |
| 358 | L. Barbounis message re: job stress | Produced by Plaintiff with no Bates No.; file name: MEFPHN01-0004264 |
| 359 | L. Barbounis message re: Israel AirBNB | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0001976 |
| 360 | Message from L. Barbounis to J. Bishop: | Produced by Plaintiff with no Bates No.; Internal ref. no.: REL0000004232 |
| 361 | Email from L. Barbounis re: T. McNulty's resignation letter | Produced by Plaintiff with no Bates No.; Internal ref. no.: REL0000004414 |
| 362 | Messages between L. Barbounis to J. Bishop | Produced by Plaintiff with no Bates No.; Internal ref. no.: REL0000030870 |
| 363 | Message from L. Barbounis discussing factory reset of device | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0011445 |
| 364 | Message thread between L. Barbounis and J. Reynolds | Produced by Plaintiff with no Bates No.; file name: MEFPHN02-0013135 |
| 365 | Facebook profile of Olivia Eleftherakis (created by L. Barbounis) | Publicly available via social media; URL: https://m.facebook.com/ olivia.jane.94617?tsid= 0.9779427570762862&source=result |

# Attachment C Correspondence Regarding 30(b)(6) Deposition

**Cavalier, Jonathan**
**From:** Cavalier, Jonathan
**Sent:** Wednesday, September 15, 2021 10:14 AM
**To:** Seth Carson
**Subject:** Re: Deposition of a 12(b)(6)

Seth:
I'm not sure what you're referring to here, but I disagree strongly with your statement that you have "tried to schedule a 12(b)(6) many times." Assuming that you mean a 30(b)(6) deposition, you reached out to me once, for the first and only time, via text message, on Monday, August 16 (nearly a month ago, and two weeks after we produced documents in accordance with Judge Wilson's order), asking to schedule Gregg Roman's 30(b)(6) deposition "in the next week or so." I asked you whether you were saying "that you want to have dates locked down in the next week or so, or that you want to do the deposition in the next week or so," and I told you, the "former, I can do, no problem. The latter, I can't - I don't know Gregg's schedule, but I'm on vacation starting tomorrow through the end of next week." I then told you that "I can talk to Gregg about his schedule but we would probably be looking at the week of the 30th."

You responded that you "thought we had a schedule to keep," and I told you specifically that all you had to do was submit your deposition witness list to the Court by September 2, per Judge Wolson's prior Order. You did not do so, and to my knowledge, you never reached out about it again to me by phone, text or email, nor did you ever notice any deposition. As a result, we quite reasonably assumed that you had decided against taking it.

It is now nearly two weeks beyond the Court-ordered deadline and a month since the last and only time you reached out about scheduling this deposition, and as you note, we are focused on the other immanent dates in the Court's scheduling order, including exhibit lists, which are due in two days, and our pretrial memo, which is due at the end of next week. If I am wrong about any of the above, please let me know - otherwise, from Defendants' perspective and per the Court's order, this is a closed issue.

If you would like to discuss, let me know - I'm out of the office today but will be around tomorrow.

Thanks,
Jon Cavalier
Sent from my iPhone

On Sep 14, 2021, at 10:30 PM, Seth Carson <seth@dereksmithlaw.com> wrote:
**\*\*EXTERNAL SENDER\*\***
Jon,
2
I have tried to schedule a deposition of a 12(b)(6) with you many times now and we have to get this done. We are heading into dates when exhibits are due. I gave you time because you asked

for it but you never got back to me. Can you please let me know when I can schedule this 12(b)(6) deposition?