UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

LISA BARBOUNIS,

    Plaintiff, Counterclaim Defendant,

    v.

MIDDLE EAST FORUM,
DANIEL PIPES (individually), and
GREGG ROMAN (individually),

    Defendants, Counterclaim Plaintiffs.

C.A. No. 2:19-cv-05030 JDW

## ORDER

**AND NOW**, on this **30th** day of **September**, 2021, it is hereby **ORDERED** that the Motion of Defendant Gregg Roman for the admission *pro hac vice* of Margaret M. DiBianca, Esq., to practice in this Court for the above-captioned matter pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON
United States District Judge