IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 2:19-cv-05030-JDW |
| -vs- : | |
| : | |
| THE MIDDLE EAST FORUM, et al. : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Jonathan R. Cavalier of Cozen O'Connor as counsel of record for Defendant Gregg Roman in the above-captioned matters.

    Respectfully submitted,

    COZEN O'CONNOR

    */s/ Jonathan R. Cavalier*
    Jonathan R. Cavalier (PA #206063)
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    (215) 665-2000
    JCavalier@cozen.com

    *Attorneys for Defendants*
    *The Middle East Forum and Daniel Pipes*

Dated: October 22, 2021

2

## CERTIFICATE OF SERVICE

I, Jonathan R. Cavalier, hereby certify that on October 22, 2021, I caused to be served a copy of the foregoing Notice of Withdrawal of Appearance through the Court's electronic filing system on counsel of record.

      /s/ Jonathan R. Cavalier
      Jonathan R. Cavalier