UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS, | ) |
| | ) |
| Plaintiff, Counterclaim Defendant, | ) |
| | ) C.A. No. 2:19-cv-05030 JDW |
| v. | ) |
| MIDDLE EAST FORUM, | ) |
| DANIEL PIPES (individually), and | ) |
| GREGG ROMAN (individually), | ) |
| | ) |
| Defendants, Counterclaim Plaintiffs. | ) |

## NOTICE OF REVISED ENTRY OF APPEARANCE

Please revise the appearance of Jakob Williams, Esq., of Clark Hill, PLC, to represent Defendant and Counterclaim Plaintiff Gregg Roman only. Defendants The Middle East Forum and Daniel Pipes continue to be represented by Jonathan R. Cavalier, Esq., and Leigh Ann Benson, Esq., of Cozen O'Connor.

CLARK HILL PLC

*/s/ Jakob Williams*
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
F: (215) 640-8501
Jfwilliams@clarkhill.com

*Attorneys for Defendant and Counterclaim Plaintiff*

Dated: October 26, 2021

## CERTIFICATE OF SERVICE

I, Jakob Williams, Esquire, hereby certify that on October 26, 2021, the foregoing document was served via electronic filing upon the following counsel:

| | |
|---|---|
| Seth D. Carson, Esq. | Jonathan R. Cavalier, Esq. |
| Catherine W. Smith, Esq. | Leigh Ann Benson, Esq. |
| Derek Smith Law Group, PLCC | Cozen O'Connor |
| 1835 Market Street, Ste. 2950 | 1900 Market Street |
| Philadelphia, PA  19103 | Philadelphia, PA  19103 |
| seth@dereksmithlaw.com | jcavalier@cozen.com |
| catherine@dereksmithlaw.com | lbenson@cozen.com |

Sidney L. Gold, Esq.
William Rieser, Esq.
Leanne Lane Coyle, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, PC
1835 Market Street, Ste. 515
Philadelphia, PA  19103
sgold@discrimlaw.net
brieser@discrimlaw.net
lcoyle@discrimlaw.net
tgreenberg@discrimlaw.net

*/s/ Jakob Williams*
Jakob Williams, Esq.