## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, )<br> )<br>Plaintiff, Counterclaim Defendant, )<br> ) C.A. No. 2:19-cv-05030 JDW<br>v. )<br>MIDDLE EAST FORUM, )<br>DANIEL PIPES (individually), and )<br>GREGG ROMAN (individually), )<br> )<br>Defendants, Counterclaim Plaintiffs. ) | |

### NOTICE OF REVISED ENTRY OF *PRO HAC VICE* APPEARANCE

Please revise the *pro hac vice* appearance of Margaret M. DiBianca, Esq., of Clark Hill, PLC, on behalf of Defendants and Counterclaim Plaintiff Gregg Roman only. Defendants The Middle East Forum and Daniel Pipes continue to be represented by Jonathan R. Cavalier, Esq., and Leigh Ann Benson, Esq., of Cozen O'Connor.

CLARK HILL PLC

*/s/ Jakob Williams*
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
E: Jfwilliams@clarkhill.com
*Attorneys for Defendant and Counterclaim Plaintiff Gregg Roman*

Dated: October 26, 2021

264457016.v1

## CERTIFICATE OF SERVICE

I, Jakob Williams, Esquire, hereby certify that on October 26, 2021, the foregoing document was served upon the following parties by CMECF Electronic Filing:

Seth D. Carson, Esq.
Catherine W. Smith, Esq.
Derek Smith Law Group, PLCC
1835 Market Street, Ste. 2950
Philadelphia, PA  19103
seth@dereksmithlaw.com
catherine@dereksmithlaw.com

Jonathan R. Cavalier, Esq.
Leigh Ann Benson, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
jcavalier@cozen.com
lbenson@cozen.com

Sidney L. Gold, Esq.
William Rieser, Esq.
Leanne Lane Coyle, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, PC
1835 Market Street, Ste. 515
Philadelphia, PA  19103
sgold@discrimlaw.net
brieser@discrimlaw.net
lcoyle@discrimlaw.net
tgreenberg@discrimlaw.net

*/s/ Jakob Williams*
Jakob Williams, Esq.