IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

### ORDER

**AND NOW**, this 28th day of October, 2021, upon consideration of the Parties' request for an extension of the deadline to file their Responses to the pending Motions *In Limine* (ECF Nos. 151, 152, 153, 154, and 155), it is **ORDERED** that Responses to the pending Motions *In Limine* shall be filed on or before November 3, 2021.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.