# Barbara Ziv, M.D.

1107 Bethlehem Pike
Suite 101
Flourtown, PA 19031
Telephone: (215) 242-4802
Fax: (215) 248-1847
barbaraziv@comcast.net

**CERTIFICATION:**

Diplomate, American Board of Psychiatry and Neurology, November 1992

Licensure:
Active:      Pennsylvania, New Jersey, Florida, Maryland, North Carolina, Vermont

Inactive:    Massachusetts, California, New York

Member:   American Psychiatric Association
Pennsylvania Psychiatric Society
American Academy of Psychiatry and the Law
American Medical Association

**EDUCATION:**

**Northwestern University Medical School**, Chicago, Il
MD June 1987

**Wesleyan University**, Middletown, CT
BA June 1981

**Sarah Lawrence College**, Bronxville, NY
1977-1979

**POSTGRADUATE TRAINING:**

**New York Hospital, Cornell University Medical Center**, New York
Intern in Internal Medicine 1987-1988

**New York Hospital, Cornell University Medical Center**, **Westchester Division,** White Plains, N.Y.
Residency in Psychiatry 1988-1991
1991 Outstanding Research Award

Barbara Ziv, MD

**ACADEMIC APPOINTMENTS:**

**Clinical Assistant Professor (Adjunct)**, Department of Psychiatry, Temple University School of Medicine 10/10-present.
- Responsible for designing forensic curriculum for Temple University psychiatric residents.
- Train residents individually in month long rotation in order for them to complete forensic psychiatry requirements for graduation.
- Provide multiple didactic teaching sessions to psychiatric residents on topics related to forensic and clinical psychiatry, including, but not limited to: sexual offenders, victims of sexual assault/harassment, posttraumatic stress disorder, forensic interviewing techniques, landmark cases in forensic psychiatry, assessment of malingering and factitious disorder in forensic psychiatry, assessment of competency and capacity, eating disorders, paraphilias.

2014 Department of Psychiatry Clinical Faculty Award for Excellence in Providing Clinical Education.

**EMPLOYMENT:**

**Aetna/CVS**
January 2012—present
   **Medical Director**
- Responsible for training and oversight of clinical staff, Aetna.
- Train Care Managers in the full spectrum of DSM psychiatric diagnoses, the interface between developmental disorders and biologically based disorders, the difference between criminal behavior and aberrant behavior caused by psychiatric illness.
- Review and advise on the full range of treatment options (from inpatient hospitalization to individual or family therapy) with special emphasis on appropriateness of level of care decisions.

**Pennsylvania Sexual Offenders Assessment Board**
November 2000—present
- Appointed by Governors Ridge, Rendell, Corbett, and Wolf.
- Responsible for evaluating convicted sex offenders with respect to Pennsylvania statute 42 PA C.S., commonly known as Megan's Law.

   ➢ Participate in quarterly trainings regarding the assessment, treatment and disposition of sex offenders.
   ➢ Provide written assessments and court testimony of individuals convicted of "Megan's Law" crimes.
   ➢ Render determinations regarding criteria for designation as Sexually Violent Predator.

**Commonwealth of Pennsylvania, Medical/Legal Advisory Board on Child Abuse**
August 2007—present
- Appointed as member by Attorney Generals Corbett, Kelly, Kane, and Shapiro.

Barbara Ziv, MD

**Forensic Psychiatry Practice**
January 2000—present
- Conduct case reviews and perform independent medical examinations to evaluate mental illness in criminal and civil legal proceedings. As of December 2018, have completed over 2000 forensic assessments and independent medical examinations in the context of the following [n.b. list is representative, not exhaustive]:

  - Criminal court proceedings
    - "McNaughton" assessments
    - Competency assessments
    - Assault
    - Homicide
    - Sex offenses
    - Non-violent criminal offenses

  - Civil court proceedings
    - Disability
    - Workman's Compensation
    - Discrimination
    - Sexual harassment/assault
    - Family law issues
    - Malpractice
    - Workplace issues
    - Psychiatric consequences of environmental problems, e.g. motor vehicle accidents, slip and fall accidents, etc.

  - Notable cases
    - Commonwealth of Pa v. William H. Cosby. Montgomery County Court of Common Pleas CP-46-CR-0003932-2016
    - Board of Trustees, Pennsylvania State University. Discussed patterns of behavior of pedophiles and worked to establish guidelines for treatment of victims of pedophilia.
    - Archdiocese of Philadelphia Multidisciplinary Team. Evaluated priests accused of boundary violations, sexual activity and inappropriate behaviors with minors. 2011-2012
    - Scott Specchio, et al v. New Penn Motor Express, Inc., et al. N.J. Superior Court 2011
    - CMS v. Del Rosa Villa. C-10-45, U.S. Department of Health and Human Services, Departmental Appeal Board, Civil Remedies Division 2010
    - U.S.A. v. Dominguez, et al. Eastern District Federal Court, 09-471. 2011
    - Commonwealth of Pa. v. Andrea Curry-Demus. Allegheny County Court of Common Pleas. CP-02-CR-0012341-2008
    - Louis Mickens Thomas v. Donald Vaughn, Pennsylvania Board of Probation and Parole, the Pennsylvania Board of Pardons. United States District Court for The Eastern District of Pennsylvania. No. 990616104-1615

Barbara Ziv, MD

- Court testimony
  - As of December 2018, have testified in 220 criminal and civil cases.
  - Qualified as an expert in the field of forensic psychiatry in multiple counties in Pennsylvania, New Jersey, Delaware, California, Virginia, New York, and in U.S. Federal Court in multiple states.

**Private Practice**
March 1995—present

Evaluate and treat psychiatric patients utilizing psychodynamic and psychopharmacologic strategies. Areas of specialization include adolescents, victims of sexual and physical abuse, sexual offenders, personality disorders, affective disorders, anxiety disorders, and psychotic disorders.

**Lifesynch/Humana Health Care**
January 2010—December 2011
  **Consulting Medical Director**
  - Responsibilities included:
    - Training and oversight of clinical staff.
    - Clinical decision making for the care of covered patients.
    - Coordination of efforts between hospitals, community-based services and outpatient providers in the care of covered patients.
    - Analysis of medical records and psychiatric treatment protocols.

**CIGNA Behavioral Care**
September 1996—December 2009
  **Medical Director**
  - Responsible for training and oversight of clinical staff, CIGNA. Train Care Managers in the full spectrum of DSM IV psychiatric diagnoses, the interface between developmental disorders and biologically based disorders, the difference between criminal behavior and aberrant behavior caused by psychiatric illness. Review and advise on the full range of treatment options (from inpatient hospitalization to individual or family therapy) with special emphasis on appropriateness of level of care decisions.
  - Responsible for clinical decision making for over 1.5 Million covered lives.
  - Developed tools to standardize evaluation procedures by care managers
  - Reviewed with over 1000 psychiatrists/health care professionals yearly to ensure compliance with best-practices protocols and APA guidelines.
  - Established Eating Disorder specific company-wide care management team.
    - Provided formal trainings for providers and CBH staff on
      - Suicide Assessment
      - Adolescent Disorders
      - Eating Disorders, Evaluation and Treatment
      - Medical Detoxification and Substance Abuse Treatment Standards
      - Personality Disorders, Evaluation and Treatment, including Dialectical Behavioral Therapy
      - Family Assessments and Family Therapy

4

Barbara Ziv, MD

**Consultant**
January—September 1996
- Performed retrospective and concurrent reviews.

**Integra**
March 1998—November 1999
**Medical Director**
- **Chair**, *Credentialing Committee*
- **Chair**, *New Technologies Committee*
- Oversight:
  - Utilization Management
  - Quality Management
  - Provider Relations.
- Developed and authored treatment care "best practices" guidelines for all major psychiatric diagnostic categories
- Provided ongoing training for all intake, inpatient and outpatient case managers in psychiatric diagnosis, "best practices" short and long-term treatment strategies.
- Developed research protocols to
  - Measure outcomes of treatment
  - Ensure provider compliance with "best practice" treatment guidelines
  - Evaluate elements of treatment practices that enhance patient improvement.
  - Supervised physician advisors to ensure consistent case management practices.
  - Worked with providers to develop effective solution-focused, long-range treatment plans for in-and out-patients
  - Worked with hospitals and providers to facilitate a seamless delivery system throughout a patient's continuum of care.
  - Worked with Integra senior management to prepare for NCQA accreditation.

**Northwestern Institute**
March 1995—November 1998
**Unit Medical Director** – *Special Care Unit and Crisis Intervention Unit*
*September 1997—November 1998*
- Responsible for management and supervision of 25 bed intensive care units.
- Population included acutely psychotic, suicidal and self-injurious patients.
- Emphasis of treatment was to expediently direct crisis symptoms by using pharmacotherapy, cognitive-behavioral therapy and family intervention

**Unit Medical Director** *Evaluation, Stabilization and Referral Unit*
*March 1995—September 1997*
- Responsible for 10-15 bed acute inpatient unit, acute partial hospital program and 23-hour beds.
- Developed cognitive-behavioral program for short term inpatient and acute partial hospital stay.
- Increased daily census from 2-3 patients to 7-16 patients by creating comprehensive short-term treatment protocols and by establishing close relationships with managed care companies.

- Specifically identified as preferred provider of psychiatric inpatient services at Northwestern Institute by multiple managed care companies.
- Responsible for oversight of formulary decisions, monitoring prescribing practices, evaluating adverse drug reactions.
- Responsible for development of "clinical pathways" – standardized protocols for evaluating and treating acute psychiatric patients.
- Responsible for education and training issues associated with reengineering process at Northwestern Institute.

**Pharmacy and Therapeutics Committee**. September 1997—November 1998
**Steering Committee.** March 1996—March 1997

**Friends Hospital**
March 1994—March 1995
    **Attending Psychiatrist,** managed inpatient, outpatient and nursing home patients.

**Tufts / New England Medical Center**
September 1991—July 1993
    **Assistant Clinical Professor,** Department of Psychiatry, Tufts University School of Medicine, Boston, MA
    **Attending Psychiatrist/Team Leader**
- Adult inpatient unit
  - Evaluated and treated psychotic and affectively disturbed patients using milieu, psychopharmacologic and electroconvulsive therapies.
- Adult outpatient therapy
  - Ran psychopharmacology clinic at New England Medical Center.
  - Part-time psychodynamically oriented private practice.

**Angau Memorial Hospital**, Lae, Papua, New Guinea
January—March 1987
    Clinical research and subinternship in Infectious Disease ward.

**Saywon Town**, Liberia
June—September 1984
    Conducted immunization and nutritional assessment program in village health clinic.

**Sloan-Kettering Institute**, New York, NY
September 1981—June 1983
    **Research Associate,** Department of Cellular Differentiation

**Evanston Hospital**, Evanston, IL 6/80-8/80, 7/78-8/78, 10/76-8/77
    **Research Assistant,** Department of Immunochemistry

**RECOGNITION:**

America's Top Psychiatrists 2008, 2011. Consumers' Research Council of America

**SELECTED PRESENTATIONS:**

1. "Common Defenses and Myths – Child Sexual Abuse." Pennsylvania District Attorneys Institute, Child Abuse Training for Prosecutors. 5/1/19.

2. "Strategies and Best Practices: Handling a Current Employee's #MeToo Claim." Pennsylvania Bar Association, Employment Law Institute. 4/25/19.

3. "Physician Burnout." Medical Grand Round. Mercy Fitzgerald Hospital. 5/16/18.

4. "Opiate Addiction: Crisis and Solutions." Virginia Association of Counties. 11/13/17.

5. "Prevention of Opioid Addition and Overdose." Dekalb County, Georgia. 5/4/17.

6. "Adolescence: It's Complicated." Aetna, companywide training. 4/12/16.

7. "Mental Health and Violence." "Mental Health and Crime." National Association of Counties. Charlotte, North Carolina.   7/10-13/2015.

8. "Costs and Benefits of Expert Witnesses in Employment Cases: How, When and Who to Choose for Expert Testimony." Pennsylvania Bar Institute. Philadelphia, PA, 4/16/13.

9. "Mental Health and Substance Abuse Among College Students: Trends and Recommendations." Thomson, Reuters. 1/30/13.

10. "Eating Disorders: An Overview." Aetna, companywide training, 10/12/12.

11. "Mental Illness, Cognitive Decline and Care Considerations." U.S. Department of Health and Human Services, Office of General Counsel. Philadelphia, PA. 7/31/12.

12. "Liability in an Outpatient Setting." Temple University Department of Psychiatry. Philadelphia, PA. 7/19/12, 7/3/14.

13. "The Psychology of Sex Offenders." Pennsylvania Bar Institute. Philadelphia, PA 2/27/12.

14. "Adolescence: Why Don't We Know What is Normal Any More."  "Eating Disorders in Children and Adolescents." "Depression/Suicide in Teens." Cape Cod Conference on Pediatrics for the Primary Care Physician," AI Nemours, Hyannis, MA.  8/5-7/11.

15. "Eating Disorders: Diagnosis and Evaluation." Humana/Lifesynch clinical staff, Philadelphia, PA. 5/18/11.

16. "Sexual Assaults on Children" ESF Leadership Conference, Merion, PA. 5/7/11.

17. "Insanity and Guilty but Mentally Ill Defense." Chester County Bar Association. Westchester, PA. April 8, 2011.

18. "Talking to lawyers: Effectively managing legal relationships." American Academy of Otolaryngology-Head & Neck Surgery Annual Meeting. Boston MA, 9/26/10.

19. "Track record and transparency: How to avoid criminal prosecution in corporate-provider relationships." Conference on Advanced Technology and Instrumentation in Otolaryngology: Lasers, Optics, Radio Frequency and Related Technology, Biomedical Optics Meeting at Photonics West, SPIE (International Society for Optical Engineering), San Jose, CA. 1/24/09

20. "Evaluation and Treatment of Refeeding Syndrome" CIGNA Behavioral Health Eating

    Disorder team training 5/09

21. "Detoxification and Treatment Strategies for Substance Abuse" CIGNA Behavioral Health companywide training, 3/09.

22. "Eating Disorders, Evaluation and Treatment." CIGNA Behavioral Health company-wide training, 11/08.

23. "Forum on Mind/Body Wellness" Panelist, Practical Applications pertaining to integrated mind/body health, specialist addressing medication. Seminar/workshop on Depression. Cigna Foundation Thought Leaders Forum Philadelphia, PA, 10/15/08.

24. Schmidt RJ, Reilly JS, Cook SP, Hussain SSM, Smith GM, Ziv BE, Shah UK. Boundaries across Borders in Physician-Industry Relationships: US and UK Regulatory Guidelines, Case Studies, and Recommendations to Limit Legal Risk. Poster presentation at the 8th International Conference of the European Society of Paediatric Otorhinolaryngology, Budapest, Hungary, 6/ 8-11, 2008.

25. "Dialectical Behavioral Therapy in the Treatment of Borderline Personality Disorder." Cigna Behavioral Health Providers Conference, Dallas, Texas 9/06.

26. "How to Effectively Retain, Present and Cross Examine Expert Witnesses" Pennsylvania Bar Institute. Philadelphia, PA  4/28/06.

27. "Dialectical Behavioral Therapy in the Treatment of Borderline Personality Disorder." CIGNA Behavioral Health Providers Conference, Charlotte, NC 10/04.

28. "Mental Health and Aging" Pennsylvania Bar Institute   Philadelphia,    PA    5/18/04, 8/4/05, Mechanicsburg, PA 5/27/04.

29. "Following the APA Guidelines: Need for Comprehensive History in Initial Evaluations." Cigna Behavioral Health, Tampa Florida 2/03.

30. "Assessment and Treatment of Severe Personality Disorders" Cigna Behavioral Health, Tampa Florida 6/03.

31. "Evaluation of Suicide Risk" Cigna Behavioral Health, Dallas, Texas 4/02, 4/07.

32. Family Assessments in the Context of Hospitalized Children and Adolescents" Cigna Behavioral Health, Dallas, Texas 9/02, 4/07.

33. "Evaluation of Psychopathy" Villanova University, Villanova, PA 10/01.

34. "Use of Actuarial Tools in the Assessment of Sexually Violent Predators" Philadelphia District Attorney's Office 4/01.

35. "Psychiatric Evaluation in a Legal Setting." Philadelphia District Attorney's Office 3/00.

36. "Evaluation of and Treatment Options for Severe Personality Disorders." CIGNA Behavioral Health, Dallas, Texas 4/00.

37. "Evaluation of Antisocial Personality Disorder: When to Treat, When to Incarcerate." CIGNA Behavioral Health, Dallas, Texas 5/00.

38. "Evaluating Medical Patients for the Presence of Pathological Anxiety or Depression." Merck, Sharp and Dohme 3/99.

39. Preventive Health Project: Cardiac Conditions. Worked with Merck medical staff to

    develop a preventive health program to help reduce risks of cardiovascular disease. Merck, Sharp and Dohme 11/98-9/99.

40. Conference on Substance Abuse: "Treatment Outcomes in Substance Abuse." Merck, Sharp and Dohme 11/98.

41. "How to Manage Acutely Suicidal Patients during Brief Hospitalization." Northwestern Institute 4/96, 97, 98.

42. "Establishing Level of Care Assessment Guidelines for Hospital-based Psychiatrists." US Healthcare, Blue Bell, PA 2/96

**SELECTED TELEVISION APPEARANCES:**

1. The Oprah Winfrey Show, "Every Mother's Dilemma," 2007

2. Primetime, "Serial Rapist, Jeffrey Marsalis," 2009
   http://abcnews.go.com/video/playerIndex?id=8095219

3. Good Morning America, "Inside the Mind of a Gunman," Discussion of George Sodini, 2009 www.youtube.com/watch?v=CV9rURtIuTg

4. Inside Edition, Discussion of Pennsylvania Gunman, George Sodini, 2009

5. CNN, "Inside a Disturbed Mind, " 2009
   http://video.aol.ca/video-detail/dissecting-a-disturbed-mind/932443742

6. Primetime, Kidnapping of Jaycee Dugard, 2009
   http://abcnews.go.com/video/playerIndex?id=8477618

7. ABC News, "Why Did Diane Downs Plot to Kill Her Kids," 2010
   https://www.youtube.com/watch?v=F6bTpzfC6mg

8. 20/20, Jacyee Dugard, 'It's been a long haul' March, 2010
   http://abcnews.go.com/2020/TheLaw/jaycee-dugard-home-video-kidnap-survivor-speaks-time/story?id=10009310&page=2

9. Inside Edition, August 2010.
   http://www.insideedition.com/news/4840/chilling-911-call-

10. NBC News, November 2011. "Did Sandusky's Interview Help Him or Hurt Him?"
    http://www.nbcphiladelphia.com/video/#!/on-air/as-seen-on/Did-Sanduskys-Interview-Help-or-Hurt-Him-/133939878

11. The American Law Journal, March 2014. "Psychiatric Drugs and the Legal Landscape."http://www.thelegalintelligencer.com/id=1202648962302/Psychiatric-Drugs-and-the-Legal-Landscape-On-Monday's-'The-American-Law-Journal'?slreturn=20140303183534

12. The American Law Journal. "Autism, Antidepressants & Birth Defects: The Battle of Legal Experts." May 19, 2016 https://www.youtube.com/watch?v=4ZBlortNNaI

**PUBLICATIONS/ON-LINE EDUCATION:**

1. http://www.pedsuniversity.org. Depression and Suicide in Adolescents. April 2012

2. http://www.pedsuniversity.org. Adolescence: Why Don't We Know What's Normal Anymore. April 2012

3. Shah UK, Schmidt RJ, Hussain SSM, Cook SP, Smith GM, Ziv BE, Reilly JS. Case Studies in Corporate Compliance: Putting the Rubber to the Road: *Otolaryngol Head Neck Surg* 2009: 141; 157-161

4. Shah UK, Johnston DR, (Resident) Smith GM, Ziv BE, Reilly JS. Penalties for Health Care Fraud and Abuse: January 2007-March 2008. *Otolaryngol–Head Neck Surg* 2009; 140; 625-628.

5. Shah UK, Johnston DR, Smith GM, Ziv BE, Reilly JS. Penalties for Health Care Fraud and Abuse: January 2007-March 2008. *Otolaryngol–Head Neck Surg* 2009; 140; 625-628.

6. Shah UK, Smith GM, Ziv BE, Reilly JS. A warning to physicians: Changing landscape of the corporate-provider relationship. *Otolaryngol Head Neck Surg* 2008: 138(6): 697-699.

7. Ziv B., Russ MJ, Moline M, Hurt Randall S (1995), "Menstrual cycle influences on mood and behavior in women with borderline personality disorder." *Journal of Personality Disorders*, 9(1), 68-75.

**SELECTED PRESS CITATIONS:**

1. Alisa Chang, "Why Prosecutors in Bill Cosby's Case Focused on Addressing Misconceptions About Rape." NPR, All Things Considered, April 27, 2018.

2. Chris Francescani, "Bill Cosby conviction: How prosecutors scored a victory against 'America's Dad'." ABC News, April 26, 2018.

3. Manuel Roig-Franzia, "Our culture is full of myths about rape. Bill Cosby trial prosecutors want to tell us what really happens." The Washington Post, April 20, 2018.

4. Jeremy Roebuck & Laura McCrystal, "At Bill Cosby trial, a #MeToo master class set the stage for prosecutors." The Philadelphia Inquirer, April 16, 2018.

5. Kathleen Brady Shea, "Coatesville murderer gets rare death sentence." The Coatesville Times, November 14, 2012.

6. Lou Baldwin, "'Swift and transparent' investigation leads to resolution of clergy abuse cases." Catholic Standard and Times, May 7, 2012. catholicphilly.com/2012/05/news/swift-and-transparent'-investigation-leads-to-resolution-of-clergy-abuses-cases/

7. Craig McCoy, "Sex-abuse experts weigh claims for archdiocese." Philadelphia Inquirer, April 10, 2011. http://articles.philly.com/2011-04-10/news/29403550_1_archdiocese-last-month-abuse-investigations-child-development

8. Michael Rellahan, "Doctor: Richard Greist visits wives' graves sites for the first time." Pottstown Mercury News. November 12, 2010. www.pottsmerc.com/articles/2010/11/12/.../srv0000009934205.txt

9. Eric Slagle, "Psychiatrist: Curry-Demus Suffers from Delusions" Trib Live News, January 15, 2010. www.pittsburghlive.com/x/dailynewsmckeesport/s_662378.html

10. Associated Press, "History of Mental Illness Focus of Homicide Trial" Pittsburgh Tribune Review. livesite.pittsburghlive.com/x/pittsburghtrib/business/s_662218.htm

11. Michael P. Rellahan, "Judge rejects Greist's appeal" Journal Register News Service, January 6, 2010. www.pottsmerc.com/articles/2010/01/06/.../srv0000007255711.txt

12. Michael P. Rellahan," Killer Pleads Guilty," Daily Local News, October 12, 2008. Dr. Ziv cited as prosecution expert. www.dailylocal.com/articles/2008/.../srv0000003723184.txt

13. Appellate Division Affirms Decision That Employer Did Not Commit Medical Malpractice in Caring for Employee Who Later Committed Suicide. http://www.nwcd.com/AllNewsPages/NewJerseyNewsPges.shtma.Decision August 1, 2007.

14. In the United States District Court for the Eastern District of Pennsylvania. Louis Mickens-Thomas: Civil Action. //www.paed.uscourts.gov/documents/opinions/06D0706P.pdf.

15. Soteropoulos J. "Judge: Rapist is predator," Philadelphia Inquirer, Jan 15, 2005, p. B6.

16. Tuleya RJ. "Greist speaks out at hearing," http://www.dailylocal.com/site/news.cfm?newsid=14164496&BRD=1671&PAG=461&dep_id=17782&rfu=6.

17. Shea KB. "At hearing, a killer's daughters relive horror. "Philadelphia Inquirer. 2005. http://www.philly.com/mld/inquirer/news/local/11156681.htm . March 17, 2005