## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 1/10/2020 7:24:07 PM -05:00 |
| Start time | 11/8/2017 4:57:20 PM -05:00 |

## Participants



+16097421968
Tricia McNulty*



+12159102154
Me* (owner)



lisarey@sas.upenn.edu
Me* (owner)

## Conversation - Instant Messages (11082)

From: +16097421968 Tricia McNulty

**Hey girl hey**

Status: Read
Read: 11/8/2017 5:08:51 PM(UTC-5)

11/8/2017 4:57:20 PM(UTC-5)

From: +12159102154 Me (owner)

Heyyyyy

Status: Sent
Delivered: 11/8/2017 8:04:30 PM(UTC-5)

11/8/2017 8:04:29 PM(UTC-5)

From: +12159102154 Me (owner)

So you know how I kept saying my ear hurt? I went to urgent care and I have a freaking sinus infection.  The lady tells me not to go to work until Monday.  "Sharing is not caring." I laughed in her face. Ummmmm no.  That's not going to work

Status: Sent
Delivered: 11/8/2017 8:05:49 PM(UTC-5)

11/8/2017 8:05:48 PM(UTC-5)

From: +16097421968 Tricia McNulty

Hahahhaha, ohmygod I feel like I've shared so many food/drink items with you this week... whyyyy do you not care about me

Status: Read
Read: 11/8/2017 8:12:43 PM(UTC-5)

11/8/2017 8:09:51 PM(UTC-5)

From: +12159102154 Me (owner)

 you usually get them before I eat them

Status: Sent
Delivered: 11/8/2017 8:13:17 PM(UTC-5)

11/8/2017 8:13:16 PM(UTC-5)

1

From: +12159102154 Me (owner)

Don't let Gregg take my charger!

**Status:** Sent
**Delivered:** 2/1/2018 4:31:48 PM(UTC-5)

2/1/2018 4:31:47 PM(UTC-5)

From: +12159102154 Me (owner)

I have 17% too :(

**Status:** Sent
**Delivered:** 2/1/2018 4:31:57 PM(UTC-5)

2/1/2018 4:31:56 PM(UTC-5)

From: +16097421968 Tricia McNulty

Ugh!! I told him... I'm writing up notes and sending them tomorrow but on the list was you sending Gregg some 14 policy ideas thing tonight that apparently you're working on

**Status:** Read
**Read:** 2/1/2018 5:28:20 PM(UTC-5)

2/1/2018 5:18:54 PM(UTC-5)

From: +12159102154 Me (owner)

It's saved on my desktop

**Status:** Sent
**Delivered:** 2/1/2018 6:33:56 PM(UTC-5)

2/1/2018 6:33:56 PM(UTC-5)

From: +16097421968 Tricia McNulty

Shiza, I'm sure first thing in the morning would probably work too?

**Status:** Read
**Read:** 2/1/2018 6:49:26 PM(UTC-5)

2/1/2018 6:35:15 PM(UTC-5)

From: +12159102154 Me (owner)

I've had it with Marnie. I do not trust her

**Status:** Sent
**Delivered:** 2/2/2018 1:04:00 PM(UTC-5)

2/2/2018 1:03:59 PM(UTC-5)

From: +12159102154 Me (owner)

I told her about the thing with Gregg and she went right to matt to see if he knew.  Like why talk about it?  I fucking told you it happened.  But I can't say anything because it would throw matt under the bus

**Status:** Sent
**Delivered:** 2/2/2018 1:05:23 PM(UTC-5)

2/2/2018 1:05:22 PM(UTC-5)

From: +12159102154 Me (owner)

**Status:** Sent
**Delivered:** 2/2/2018 1:06:07 PM(UTC-5)

2/2/2018 1:06:06 PM(UTC-5)

From: +16097421968 Tricia McNulty

The eagle has landed.. I repeat, the eagle has landed

**Status:** Read

**Read:** 2/6/2018 1:24:44 PM(UTC-5)

2/6/2018 1:24:17 PM(UTC-5)

From: +12159102154 Me (owner)

Lol and I said his name out loud in the lobby

**Status:** Sent

**Delivered:** 2/6/2018 1:30:05 PM(UTC-5)

2/6/2018 1:30:04 PM(UTC-5)

From: +16097421968 Tricia McNulty

Oopsie hahah

**Status:** Read

**Read:** 2/6/2018 2:00:27 PM(UTC-5)

2/6/2018 1:30:33 PM(UTC-5)

From: +12159102154 Me (owner)

Gregg told Marnie to watch me

**Status:** Sent

**Delivered:** 2/6/2018 5:39:28 PM(UTC-5)

2/6/2018 5:39:26 PM(UTC-5)

From: +12159102154 Me (owner)

This place.

**Status:** Sent

**Delivered:** 2/6/2018 5:39:32 PM(UTC-5)

2/6/2018 5:39:32 PM(UTC-5)

From: +16097421968 Tricia McNulty

WHAAAAAAAAT did she tell you that?!?!

**Status:** Read

**Read:** 2/6/2018 5:40:46 PM(UTC-5)

2/6/2018 5:40:33 PM(UTC-5)

From: +12159102154 Me (owner)

Matt

**Status:** Sent

**Delivered:** 2/6/2018 5:40:50 PM(UTC-5)

2/6/2018 5:40:50 PM(UTC-5)

From: +12159102154 Me (owner)

It's just the way they are.

**Status:** Sent

**Delivered:** 2/6/2018 5:41:02 PM(UTC-5)

2/6/2018 5:41:02 PM(UTC-5)

From: +12159102154 Me (owner)

I'm going to punch Marnie and quit

**Status:** Sent

**Delivered:** 3/30/2018 8:32:20 AM(UTC-4)

3/30/2018 8:32:18 AM(UTC-4)

From: +16097421968 Tricia McNulty

Is she emailing you again?!?!!

**Status:** Read

**Read:** 3/30/2018 8:32:51 AM(UTC-4)

3/30/2018 8:32:47 AM(UTC-4)

From: +12159102154 Me (owner)

**Attachments:**



Size: 277205
File name: IMG_9174.PNG
IMG_9174.PNG

**Status:** Sent

**Delivered:** 3/30/2018 8:34:15 AM(UTC-4)

3/30/2018 8:34:12 AM(UTC-4)

From: +12159102154 Me (owner)

She sent me an email asking for minutes from last year when I wasn't here and for this year which I didn't do.  FUCKING LOOK IN DROPBOX BITCH

**Status:** Sent

**Delivered:** 3/30/2018 8:34:59 AM(UTC-4)

3/30/2018 8:34:58 AM(UTC-4)

From: +12159102154 Me (owner)

I'm actively looking for a new job

**Status:** Sent

**Delivered:** 3/30/2018 8:35:14 AM(UTC-4)

3/30/2018 8:35:14 AM(UTC-4)

From: +12159102154 Me (owner)

I hate this type of work anyway

**Status:** Sent

**Delivered:** 3/30/2018 8:35:23 AM(UTC-4)

3/30/2018 8:35:22 AM(UTC-4)

From: +16097421968 Tricia McNulty

 don't even worry about that, it's not needed right this second, or this week, it's needed for the 16th

**Status:** Read

**Read:** 3/30/2018 8:36:06 AM(UTC-4)

3/30/2018 8:35:44 AM(UTC-4)

From: +12159102154 Me (owner)

I was up so late last night working on this power point and accidentally deleted it.  I actually cried.  Vasili tried to get it back it didn't happen.  I'm half way done. It's at 6 I'm thinking of ramping up my heart and taking a trip to the er to postpone.

Status: Sent

Delivered: 4/9/2018 11:26:45 AM(UTC-4)

4/9/2018 11:26:46 AM(UTC-4)

From: +12159102154 Me (owner)

I know I'm insane

Status: Sent

Delivered: 4/9/2018 11:26:53 AM(UTC-4)

4/9/2018 11:26:53 AM(UTC-4)

From: +16097421968 Tricia McNulty

Hooooolyyyy shitttt.. ohmygod. How is it even possible it didn't automatically save, I would've cried too  don't make your heart go crazy though!! You know if a trip to the Er would get you a get out of jail free card you could just go and SAY your heart was acting up

Status: Read

Read: 4/9/2018 11:29:35 AM(UTC-4)

4/9/2018 11:29:03 AM(UTC-4)

From: +12159102154 Me (owner)

My heart was insane last night.  I thought I was going to die.  Adderall, coffee, anxiety, anger.  That's what gave me the idea

Status: Sent

Delivered: 4/9/2018 11:30:51 AM(UTC-4)

4/9/2018 11:30:50 AM(UTC-4)

From: +12159102154 Me (owner)

If Gregg calls or emails today I may get fired or quit

Status: Sent

Delivered: 4/9/2018 11:31:52 AM(UTC-4)

4/9/2018 11:31:50 AM(UTC-4)

From: +12159102154 Me (owner)

Not really but you get it

Status: Sent

Delivered: 4/9/2018 11:32:00 AM(UTC-4)

4/9/2018 11:32:00 AM(UTC-4)

From: +12159102154 Me (owner)

And of course the kids school is closed again

Status: Sent

Delivered: 4/9/2018 11:32:18 AM(UTC-4)

4/9/2018 11:32:18 AM(UTC-4)

From: +12159102154 Me (owner)

How was your weekend? Dates

Status: Sent

Delivered: 4/9/2018 11:32:28 AM(UTC-4)

4/9/2018 11:32:28 AM(UTC-4)

From: +12159102154 Me (owner)

Hope you are on your way.

DP NEVER answered me

**Status:** Sent
**Delivered:** 8/18/2018 9:50:41 AM(UTC-4)

8/18/2018 9:50:39 AM(UTC-4)

From: +16097421968 Tricia McNulty

Ohmygosh I totally forgot about that! I can't believe he didn't say anything, rude!

**Status:** Read
**Read:** 8/18/2018 10:25:32 AM(UTC-4)

8/18/2018 9:51:34 AM(UTC-4)

From: +12159102154 Me (owner)

DP never answered me and I'm getting shut out of the Tommy Robinson stuff

**Status:** Sent
**Delivered:** 8/18/2018 11:41:19 PM(UTC-4)

8/18/2018 11:41:18 PM(UTC-4)

From: +12159102154 Me (owner)

**Attachments:**



Size: 267786
File name: IMG_2762.PNG
IMG_2762.PNG



Size: 263901
File name: IMG_2761.PNG
IMG_2761.PNG

**Status:** Sent
**Delivered:** 8/18/2018 11:41:30 PM(UTC-4)

8/18/2018 11:41:29 PM(UTC-4)

From: +16097421968 Tricia McNulty

That's awesome! Where/who is that from? Will you get to go to that

**Status:** Read
**Read:** 8/18/2018 11:45:47 PM(UTC-4)

8/18/2018 11:45:28 PM(UTC-4)

From: +12159102154 Me (owner)

No not awesome

**Status:** Sent
**Delivered:** 8/18/2018 11:45:57 PM(UTC-4)

8/18/2018 11:45:57 PM(UTC-4)

From: +16097421968 Tricia McNulty

Why??

**Status:** Read
**Read:** 8/18/2018 11:46:09 PM(UTC-4)

8/18/2018 11:46:08 PM(UTC-4)

From: +12159102154 Me (owner)

It's from cliff to DP and Gregg in his weekly report.

**Status:** Sent
**Delivered:** 8/18/2018 11:46:16 PM(UTC-4)

8/18/2018 11:46:16 PM(UTC-4)

From: +16097421968 Tricia McNulty

Cause he's not coming to Philly?

**Status:** Read
**Read:** 8/18/2018 11:46:23 PM(UTC-4)

8/18/2018 11:46:22 PM(UTC-4)

From: +12159102154 Me (owner)

Apparently they have all been talking about what they are going to do with him and left me completely out of the conversations

**Status:** Sent
**Delivered:** 8/18/2018 11:46:46 PM(UTC-4)

8/18/2018 11:46:45 PM(UTC-4)

From: +12159102154 Me (owner)

Speaking at the freedom caucus, palm beach yada yada it the first I'm ever hearing of it

**Status:** Sent
**Delivered:** 8/18/2018 11:47:28 PM(UTC-4)

8/18/2018 11:47:27 PM(UTC-4)

From: +16097421968 Tricia McNulty

Oh no way

**Status:** Read
**Read:** 8/18/2018 11:47:37 PM(UTC-4)

8/18/2018 11:47:36 PM(UTC-4)

From: +12159102154 Me (owner)

I'm so bummed right now

**Status:** Sent
**Delivered:** 8/18/2018 11:47:37 PM(UTC-4)

8/18/2018 11:47:37 PM(UTC-4)

From: +12159102154 Me (owner)

I'm going to quit. Gregg does it on purpose.  I'm looking for a new job this week

**Status:** Sent
**Delivered:** 8/18/2018 11:48:25 PM(UTC-4)

8/18/2018 11:48:24 PM(UTC-4)

From: +16097421968 Tricia McNulty

Why would they not include you in that conversation and planning, such a slap in the face

**Status:** Read
**Read:** 8/18/2018 11:49:00 PM(UTC-4)

8/18/2018 11:48:55 PM(UTC-4)

From: +12159102154 Me (owner)

I know.

**Status:** Sent

**Delivered:** 8/18/2018 11:49:03 PM(UTC-4)

8/18/2018 11:49:03 PM(UTC-4)

From: +12159102154 Me (owner)

I had to hear about it in cliffs weekly report?

**Status:** Sent

**Delivered:** 8/18/2018 11:49:25 PM(UTC-4)

8/18/2018 11:49:24 PM(UTC-4)

From: +12159102154 Me (owner)

I should have known when they sent him to London

**Status:** Sent

**Delivered:** 8/18/2018 11:49:36 PM(UTC-4)

8/18/2018 11:49:36 PM(UTC-4)

From: +12159102154 Me (owner)

I'm so upset right now. Like cliff is the fucking TR person right now?  They can all go fuckthemselves

**Status:** Sent

**Delivered:** 8/18/2018 11:50:37 PM(UTC-4)

8/18/2018 11:50:37 PM(UTC-4)

From: +16097421968 Tricia McNulty

That's bullshit... like, now that ari isn't coming on board it's like Gregg wants to be nicer to cliff because he knows he had to have been job hunting after he was "let go"

**Status:** Read

**Read:** 8/18/2018 11:51:53 PM(UTC-4)

8/18/2018 11:51:49 PM(UTC-4)

From: +12159102154 Me (owner)

Yup.

**Status:** Sent

**Delivered:** 8/18/2018 11:52:10 PM(UTC-4)

8/18/2018 11:52:10 PM(UTC-4)

From: +16097421968 Tricia McNulty

You did everything for that project, you lived and breathed tr stuff work weeks

**Status:** Read

**Read:** 8/18/2018 11:52:58 PM(UTC-4)

8/18/2018 11:52:57 PM(UTC-4)

From: +12159102154 Me (owner)

Fuck em all. I'll bet Gregg is somewhat responsible for Raheem being strange too

**Status:** Sent

**Delivered:** 8/18/2018 11:53:22 PM(UTC-4)

8/18/2018 11:53:22 PM(UTC-4)

From: +12159102154 Me (owner)

I need to be a rich housewife and not give a shit

**Status:** Sent

**Delivered:** 8/18/2018 11:53:40 PM(UTC-4)

8/18/2018 11:53:40 PM(UTC-4)

From: +16097421968 Tricia McNulty

Ditto that! Life goal!!

**Status:** Read

**Read:** 8/18/2018 11:55:14 PM(UTC-4)

8/18/2018 11:53:56 PM(UTC-4)

From: +16097421968 Tricia McNulty

And you're probably right about the Raheem thing too

**Status:** Read

**Read:** 8/18/2018 11:55:14 PM(UTC-4)

8/18/2018 11:54:06 PM(UTC-4)

From: +12159102154 Me (owner)

Attachments:



Size: 415966
File name: IMG_2763.PNG
IMG_2763.PNG

**Status:** Sent

**Delivered:** 8/19/2018 12:06:22 AM(UTC-4)

8/19/2018 12:06:16 AM(UTC-4)

From: +16097421968 Tricia McNulty

Howd that convo go

**Status:** Read

**Read:** 8/19/2018 2:59:33 PM(UTC-4)

8/19/2018 2:59:27 PM(UTC-4)

From: +12159102154 Me (owner)

Better. This group reached out to DP and he sent it along.

**Status:** Sent

**Delivered:** 8/20/2018 8:34:07 AM(UTC-4)

8/20/2018 8:34:07 AM(UTC-4)

From: +12159102154 Me (owner)

How is your vacation

**Status:** Sent

**Delivered:** 8/20/2018 8:34:16 AM(UTC-4)

8/20/2018 8:34:16 AM(UTC-4)

From: +16097421968 Tricia McNulty

Nice.. and good, you should be running that shit. Vaca is good

**Status:** Read

**Read:** 8/20/2018 8:37:10 AM(UTC-4)

8/20/2018 8:36:56 AM(UTC-4)

451

From: +12159102154 Me (owner)

Gregg doesn't want anything to do with the Tommy stuff

**Status:** Sent

**Delivered:** 8/20/2018 8:37:25 AM(UTC-4)

8/20/2018 8:37:26 AM(UTC-4)

From: +12159102154 Me (owner)

I miss you already

**Status:** Sent

**Delivered:** 8/20/2018 8:37:31 AM(UTC-4)

8/20/2018 8:37:31 AM(UTC-4)

From: +16097421968 Tricia McNulty

That's fine by you hah right... I miss you too!

**Status:** Read

**Read:** 8/20/2018 8:56:33 AM(UTC-4)

8/20/2018 8:55:39 AM(UTC-4)

From: +12159102154 Me (owner)

Matt is making me crazy again

**Status:** Sent

**Delivered:** 8/20/2018 11:26:53 AM(UTC-4)

8/20/2018 11:26:49 AM(UTC-4)

From: +16097421968 Tricia McNulty

Same reasons? He's over work and he doesn't want to be asked to do anything and only wants to complain about tech not working?

**Status:** Read

**Read:** 8/20/2018 11:42:37 AM(UTC-4)

8/20/2018 11:42:16 AM(UTC-4)

From: +12159102154 Me (owner)

Gregg wants a call about snowball. I asked him to tape t because I wanted to go to the gym. He said, "I don't know why we are having the call.  Gregg needs to just edit.  I don't know about it....yada yada" it went on finally I was like, "ok but can you just tape the call"

**Status:** Sent

**Delivered:** 8/20/2018 11:44:16 AM(UTC-4)

8/20/2018 11:44:15 AM(UTC-4)

From: +16097421968 Tricia McNulty

Hahahahha, that happens so much lately, feel like I just have to cut him off and get to the point

**Status:** Read

**Read:** 8/20/2018 11:49:25 AM(UTC-4)

8/20/2018 11:45:08 AM(UTC-4)

From: +16097421968 Tricia McNulty

What's the name of the skin thing with you eye

**Status:** Read

**Read:** 8/20/2018 2:07:52 PM(UTC-4)

8/20/2018 2:03:46 PM(UTC-4)

From: +12159102154 Me (owner)
Don't know what it is
**Status:** Sent
**Delivered:** 9/26/2018 8:51:19 PM(UTC-4)
9/26/2018 8:51:18 PM(UTC-4)

From: +16097421968 Tricia McNulty
So something else could be making the right side hurt??
**Status:** Read
**Read:** 9/26/2018 8:51:39 PM(UTC-4)
9/26/2018 8:51:38 PM(UTC-4)

From: +12159102154 Me (owner)
If south st Greek is open that's where I'm going when I'm done
**Status:** Sent
**Delivered:** 9/26/2018 8:52:05 PM(UTC-4)
9/26/2018 8:52:04 PM(UTC-4)

From: +16097421968 Tricia McNulty
I can't believe you're in the hospital again, this month has really been buh-rutal on you.
**Status:** Read
**Read:** 9/26/2018 8:53:03 PM(UTC-4)
9/26/2018 8:52:54 PM(UTC-4)

From: +12159102154 Me (owner)
It's fine.
**Status:** Sent
**Delivered:** 9/26/2018 8:53:13 PM(UTC-4)
9/26/2018 8:53:12 PM(UTC-4)

From: +16097421968 Tricia McNulty
Right right totally fine  you're a trooper, id 100% be in tears right now
**Status:** Read
**Read:** 9/26/2018 8:54:02 PM(UTC-4)
9/26/2018 8:53:57 PM(UTC-4)

From: +12159102154 Me (owner)
I'm sending emails to DP and Gregg high as shit
**Status:** Sent
**Delivered:** 9/26/2018 8:54:26 PM(UTC-4)
9/26/2018 8:54:26 PM(UTC-4)

From: +12159102154 Me (owner)
My back doesn't hurt
**Status:** Sent
**Delivered:** 9/26/2018 8:54:43 PM(UTC-4)
9/26/2018 8:54:43 PM(UTC-4)

From: +12159102154 Me (owner)

We need to be there 2:30

**Status:** Sent

**Delivered:** 11/10/2018 10:13:14 AM(UTC-5)

11/10/2018 10:13:14 AM(UTC-5)

From: +16097421968 Tricia McNulty

Okee

**Status:** Read

**Read:** 11/10/2018 10:51:27 AM(UTC-5)

11/10/2018 10:51:24 AM(UTC-5)

From: +12159102154 Me (owner)

Are you still with Neal

**Status:** Sent

**Delivered:** 11/10/2018 10:51:37 AM(UTC-5)

11/10/2018 10:51:37 AM(UTC-5)

From: +16097421968 Tricia McNulty

Yep, I'm in New York now

**Status:** Read

**Read:** 11/10/2018 11:03:10 AM(UTC-5)

11/10/2018 11:03:05 AM(UTC-5)

From: +12159102154 Me (owner)

How did that happen?!

**Status:** Sent

**Delivered:** 11/10/2018 11:03:17 AM(UTC-5)

11/10/2018 11:03:16 AM(UTC-5)

From: +16097421968 Tricia McNulty

We'd planned it, he came here for a day and then we drove to my w his friends who had something up here this weekend

**Status:** Read

**Read:** 11/10/2018 11:51:24 AM(UTC-5)

11/10/2018 11:51:03 AM(UTC-5)

From: +16097421968 Tricia McNulty

Last night

**Status:** Read

**Read:** 11/10/2018 11:51:24 AM(UTC-5)

11/10/2018 11:51:07 AM(UTC-5)

From: +12159102154 Me (owner)

I'm losing my mind. This has been the worst month. I'm irritated that a person I'm not even supposed to be talking to hasn't texted or called me.  Can you please remind me that I have a husband and a family and responsibilities

**Status:** Sent

**Delivered:** 11/10/2018 5:15:36 PM(UTC-5)

11/10/2018 5:15:34 PM(UTC-5)

691

From: +16097421968 Tricia McNulty

You have an amazing and hot husband and super adorable children. Don't sweat some short dude who you shot down not texting you! He's probably watching your stories and pictures and dying over your perfectly gorgeous family

Status: Read
Read: 11/10/2018 6:09:42 PM(UTC-5)

11/10/2018 6:09:20 PM(UTC-5)

From: +16097421968 Tricia McNulty

The bus got stuck behind a truck fire and was just stopped for 40 minutes. That means I'm not going to get to philly til 1:50

Status: Read
Read: 11/11/2018 11:50:27 AM(UTC-5)

11/11/2018 11:49:01 AM(UTC-5)

From: +12159102154 Me (owner)

Oh no.  The lesson is at 3 we need to arrive like 2:30ish and we would need to leave your house around 2:10.  I can always pick you up from the bus but I totally get it if it's too much.

Status: Sent
Delivered: 11/11/2018 11:52:18 AM(UTC-5)

11/11/2018 11:52:17 AM(UTC-5)

From: +16097421968 Tricia McNulty

I'm good to go straight from, I just need to drop off my stuff and put boots on. If we can leave my place at 2:10 that would be perfect. I was worried I was getting in after 1:30

Status: Read
Read: 11/11/2018 11:53:15 AM(UTC-5)

11/11/2018 11:53:15 AM(UTC-5)

From: +12159102154 Me (owner)

No!  I was trying to be early

Status: Sent
Delivered: 11/11/2018 11:53:43 AM(UTC-5)

11/11/2018 11:53:43 AM(UTC-5)

From: +16097421968 Tricia McNulty

I come in to 6th and market so I can skoot to my place pretty quickly

Status: Read
Read: 11/11/2018 11:53:52 AM(UTC-5)

11/11/2018 11:53:52 AM(UTC-5)

From: +12159102154 Me (owner)

I'd be happy to get you.

Status: Sent
Delivered: 11/11/2018 11:53:58 AM(UTC-5)

11/11/2018 11:53:58 AM(UTC-5)

From: +12159102154 Me (owner)

Perfect

Status: Sent
Delivered: 11/11/2018 11:54:02 AM(UTC-5)

11/11/2018 11:54:02 AM(UTC-5)

From: +12159102154 Me (owner)

Unable

**Status:** Sent

**Delivered:** 11/24/2018 9:01:52 AM(UTC-5)

11/24/2018 9:01:51 AM(UTC-5)

From: +16097421968 Tricia McNulty

Hahahhahahha

**Status:** Read

**Read:** 11/24/2018 9:02:00 AM(UTC-5)

11/24/2018 9:02:00 AM(UTC-5)

From: +12159102154 Me (owner)

Enable

**Status:** Sent

**Delivered:** 11/24/2018 9:02:01 AM(UTC-5)

11/24/2018 9:02:00 AM(UTC-5)

From: +16097421968 Tricia McNulty

He's so specia

**Status:** Read

**Read:** 11/24/2018 9:02:34 AM(UTC-5)

11/24/2018 9:02:33 AM(UTC-5)

From: +16097421968 Tricia McNulty

L

**Status:** Read

**Read:** 11/24/2018 9:02:36 AM(UTC-5)

11/24/2018 9:02:36 AM(UTC-5)

From: +12159102154 Me (owner)

I feel like their nagging mom and Im telling them what to do all the time I feel terrible they must hate me now

**Status:** Sent

**Delivered:** 11/24/2018 9:02:55 AM(UTC-5)

11/24/2018 9:02:54 AM(UTC-5)

From: +16097421968 Tricia McNulty

Yeah right, theyd look like fucking morons without you

**Status:** Read

**Read:** 11/24/2018 9:03:27 AM(UTC-5)

11/24/2018 9:03:27 AM(UTC-5)

From: +12159102154 Me (owner)

I just don't want him to look like an idiot

**Status:** Sent

**Delivered:** 11/24/2018 9:03:27 AM(UTC-5)

11/24/2018 9:03:27 AM(UTC-5)

From: +12159102154 Me (owner)

On fb but not on insta

**Status:** Sent
**Delivered:** 11/25/2018 3:08:53 PM(UTC-5)

11/25/2018 3:08:53 PM(UTC-5)

From: +12159102154 Me (owner)

All too messy. This puts it over the top for me

**Status:** Sent
**Delivered:** 11/25/2018 3:09:11 PM(UTC-5)

11/25/2018 3:09:11 PM(UTC-5)

From: +16097421968 Tricia McNulty

No definitely on insta, that's where I see them

**Status:** Read
**Read:** 11/25/2018 3:09:12 PM(UTC-5)

11/25/2018 3:09:12 PM(UTC-5)

From: +16097421968 Tricia McNulty

I'm not friends w him on fb

**Status:** Read
**Read:** 11/25/2018 3:09:25 PM(UTC-5)

11/25/2018 3:09:25 PM(UTC-5)

From: +12159102154 Me (owner)

Unless he unliked them I just looked at all of them and nothing

**Status:** Sent
**Delivered:** 11/25/2018 3:09:39 PM(UTC-5)

11/25/2018 3:09:39 PM(UTC-5)

From: +16097421968 Tricia McNulty

He definitely 100% had. Like everyone practically, cause insta shows the first name or two of anyone who you're mutually friends with that's like someone's picture so since you and I don't have many if any mutual friends on there but him, it would always show me his name when he liked your pics

**Status:** Read
**Read:** 11/25/2018 3:10:48 PM(UTC-5)

11/25/2018 3:10:48 PM(UTC-5)

From: +12159102154 Me (owner)

This is the week he got weird

**Status:** Sent
**Delivered:** 11/25/2018 3:10:57 PM(UTC-5)

11/25/2018 3:10:57 PM(UTC-5)

From: +12159102154 Me (owner)

5

**Status:** Sent
**Delivered:** 12/12/2018 4:55:33 PM(UTC-5)

12/12/2018 4:55:33 PM(UTC-5)

From: +12159102154 Me (owner)

I'll Uber you here

**Status:** Sent
**Delivered:** 12/12/2018 4:55:44 PM(UTC-5)

12/12/2018 4:55:44 PM(UTC-5)

From: +16097421968 Tricia McNulty

I won't be here, I'm sorry!!! I'm going from New York to home home, we have my dads tree lighting ceremony on Saturday

**Status:** Read
**Read:** 12/12/2018 4:56:52 PM(UTC-5)

12/12/2018 4:56:42 PM(UTC-5)

From: +12159102154 Me (owner)

No worries

**Status:** Sent
**Delivered:** 12/12/2018 4:59:53 PM(UTC-5)

12/12/2018 4:59:53 PM(UTC-5)

From: +12159102154 Me (owner)

I just realized you won't be at the office today

**Status:** Sent
**Delivered:** 12/13/2018 7:00:37 AM(UTC-5)

12/13/2018 7:00:36 AM(UTC-5)

From: +16097421968 Tricia McNulty

Haha, so many emojis.

**Status:** Read
**Read:** 12/13/2018 8:48:10 AM(UTC-5)

12/13/2018 8:47:53 AM(UTC-5)

From: +16097421968 Tricia McNulty

I know him! Love

**Status:** Read
**Read:** 12/14/2018 10:50:21 AM(UTC-5)

12/14/2018 10:12:34 AM(UTC-5)

From: +12159102154 Me (owner)

Tell me it's weird for me to friend request that guy.  Tommy's bff.  If I do he will totally tell him, right?

**Status:** Sent
**Delivered:** 12/14/2018 7:52:25 PM(UTC-5)

12/14/2018 7:52:24 PM(UTC-5)

From: +16097421968 Tricia McNulty

Umm, no.. can you imagine guys talking about girl "friend requesting" them on fb. Definitely not. He may not have even told anyone you guys made out. Guys are weird, they do not talk like we'd think

**Status:** Read
**Read:** 12/14/2018 8:05:56 PM(UTC-5)

12/14/2018 8:05:50 PM(UTC-5)

From: +12159102154 Me (owner)

No don't or no it's not weird

**Status:** Sent
**Delivered:** 12/14/2018 8:06:22 PM(UTC-5)

12/14/2018 8:06:22 PM(UTC-5)

From: +12159102154 Me (owner)

I feel like tommy told him not to come home with me

**Status:** Sent
**Delivered:** 12/14/2018 8:07:17 PM(UTC-5)

12/14/2018 8:07:15 PM(UTC-5)

From: +12159102154 Me (owner)

He's 28.  I'm not doing it.  I just want to look at him

**Status:** Sent
**Delivered:** 12/14/2018 8:08:14 PM(UTC-5)

12/14/2018 8:08:13 PM(UTC-5)

From: +16097421968 Tricia McNulty

Not weird

**Status:** Read
**Read:** 12/14/2018 8:13:46 PM(UTC-5)

12/14/2018 8:13:35 PM(UTC-5)

From: +16097421968 Tricia McNulty

Not weird at all

**Status:** Read
**Read:** 12/14/2018 8:13:46 PM(UTC-5)

12/14/2018 8:13:44 PM(UTC-5)

From: +16097421968 Tricia McNulty

People friend request each other when they don't even know each other all the time

**Status:** Read
**Read:** 12/14/2018 8:14:02 PM(UTC-5)

12/14/2018 8:14:02 PM(UTC-5)

From: +12159102154 Me (owner)

It doesn't look like I'm trying to bang everyone in London

**Status:** Sent
**Delivered:** 12/14/2018 8:14:05 PM(UTC-5)

12/14/2018 8:14:05 PM(UTC-5)

From: +12159102154 Me (owner)

Ok.

**Status:** Sent

**Delivered:** 12/14/2018 8:14:10 PM(UTC-5)

12/14/2018 8:14:10 PM(UTC-5)

From: +12159102154 Me (owner)

I'm still afraid

**Status:** Sent

**Delivered:** 12/14/2018 8:14:21 PM(UTC-5)

12/14/2018 8:14:21 PM(UTC-5)

From: +16097421968 Tricia McNulty

Definitely doesn't look like that. Totally can friend him, do it

**Status:** Read

**Read:** 12/14/2018 8:15:18 PM(UTC-5)

12/14/2018 8:15:13 PM(UTC-5)

From: +12159102154 Me (owner)

I did it

**Status:** Sent

**Delivered:** 12/14/2018 8:38:20 PM(UTC-5)

12/14/2018 8:38:20 PM(UTC-5)

From: +16097421968 Tricia McNulty

Yassssss

**Status:** Read

**Read:** 12/14/2018 8:38:31 PM(UTC-5)

12/14/2018 8:38:27 PM(UTC-5)

From: +12159102154 Me (owner)

What if he takes forever

**Status:** Sent

**Delivered:** 12/14/2018 8:38:43 PM(UTC-5)

12/14/2018 8:38:43 PM(UTC-5)

From: +12159102154 Me (owner)

I'll retract it in a day or two

**Status:** Sent

**Delivered:** 12/14/2018 8:38:52 PM(UTC-5)

12/14/2018 8:38:52 PM(UTC-5)

From: +16097421968 Tricia McNulty

Hahaha, he'll accept

**Status:** Read

**Read:** 12/14/2018 9:03:04 PM(UTC-5)

12/14/2018 8:50:04 PM(UTC-5)

From: +12159102154 Me (owner)

We'll see. No love yet

**Status:** Sent

**Delivered:** 12/14/2018 9:03:19 PM(UTC-5)

12/14/2018 9:03:18 PM(UTC-5)

From: +16097421968 Tricia McNulty

Let me know

**Status:** Read

**Read:** 12/14/2018 9:04:11 PM(UTC-5)

12/14/2018 9:04:03 PM(UTC-5)

From: +12159102154 Me (owner)

Oh I will . I enjoyed your instas

**Status:** Sent

**Delivered:** 12/14/2018 9:04:27 PM(UTC-5)

12/14/2018 9:04:26 PM(UTC-5)

From: +16097421968 Tricia McNulty

Sometimes I remember to share my adventures  Neal called me his girlfriend for the first time to my face, it was a super fun visit, also we talked about him possibly moving and if we would break up if we did haha!! I have to tell you about it Monday

**Status:** Read

**Read:** 12/14/2018 9:12:24 PM(UTC-5)

12/14/2018 9:12:21 PM(UTC-5)

From: +12159102154 Me (owner)

Moving where

**Status:** Sent

**Delivered:** 12/14/2018 9:12:51 PM(UTC-5)

12/14/2018 9:12:51 PM(UTC-5)

From: +12159102154 Me (owner)

Monday is so farrrrrr

**Status:** Sent

**Delivered:** 12/14/2018 9:12:59 PM(UTC-5)

12/14/2018 9:12:59 PM(UTC-5)

From: +16097421968 Tricia McNulty

He's talking to someone about a job in San Francisco

**Status:** Read

**Read:** 12/14/2018 9:13:38 PM(UTC-5)

12/14/2018 9:13:10 PM(UTC-5)

From: +16097421968 Tricia McNulty

Might never happen, but if it did he could be moving there like February

**Status:** Read

**Read:** 12/14/2018 9:13:38 PM(UTC-5)

12/14/2018 9:13:32 PM(UTC-5)

From: +12159102154 Me (owner)

I said we haven't touched each other in months and he said it's hard when we are both so stressed out

**Status:** Sent
**Delivered:** 12/16/2018 11:10:41 AM(UTC-5)

12/16/2018 11:10:41 AM(UTC-5)

From: +12159102154 Me (owner)

Then he said I don't know what to do about it

**Status:** Sent
**Delivered:** 12/16/2018 11:10:54 AM(UTC-5)

12/16/2018 11:10:54 AM(UTC-5)

From: +12159102154 Me (owner)

So it was quiet and the kids were doing stuff.  Then danny facetimed and I went outside.  He put George to sleep and fell asleep too

**Status:** Sent
**Delivered:** 12/16/2018 11:11:38 AM(UTC-5)

12/16/2018 11:11:38 AM(UTC-5)

From: +16097421968 Tricia McNulty

Ugh that is weird. Nothing actually came of it but it being placed out there in the open but like an elephant in the room style. Do you think it would be different if you guys had more money and we're doing stuff?

**Status:** Read
**Read:** 12/16/2018 11:16:01 AM(UTC-5)

12/16/2018 11:13:48 AM(UTC-5)

From: +12159102154 Me (owner)

My mom and Vasili think that.  I don't.  I think that all my life I have been attracted to mans men.  But they were never "acceptable" for where I wanted to be in society.  Vasili was the first normal guy and I do love him.  But I think I'm missing the manly thing

**Status:** Sent
**Delivered:** 12/16/2018 11:17:19 AM(UTC-5)

12/16/2018 11:17:19 AM(UTC-5)

From: +12159102154 Me (owner)

Danny has no money

**Status:** Sent
**Delivered:** 12/16/2018 11:17:26 AM(UTC-5)

12/16/2018 11:17:26 AM(UTC-5)

From: +12159102154 Me (owner)

It's the roughness

**Status:** Sent
**Delivered:** 12/16/2018 11:17:35 AM(UTC-5)

12/16/2018 11:17:35 AM(UTC-5)

From: +12159102154 Me (owner)

The bad boy thing

**Status:** Sent
**Delivered:** 12/16/2018 11:17:41 AM(UTC-5)

12/16/2018 11:17:41 AM(UTC-5)

From: +12159102154 Me (owner)

I'll be next level if he doesn't answer

**Status:** Sent
**Delivered:** 12/19/2018 8:30:18 AM(UTC-5)

12/19/2018 8:30:18 AM(UTC-5)

From: +16097421968 Tricia McNulty

There's no reason he shouldn't pay you back immediately, he has 1500 coming into his account that's basically your doing

**Status:** Read
**Read:** 12/19/2018 8:30:45 AM(UTC-5)

12/19/2018 8:30:44 AM(UTC-5)

From: +16097421968 Tricia McNulty

That he otherwise would not have had

**Status:** Read
**Read:** 12/19/2018 8:30:57 AM(UTC-5)

12/19/2018 8:30:57 AM(UTC-5)

From: +16097421968 Tricia McNulty

Typical

**Status:** Read
**Read:** 12/19/2018 8:39:51 AM(UTC-5)

12/19/2018 8:37:58 AM(UTC-5)

From: +16097421968 Tricia McNulty

Fairy lights.. that just reminded me

**Status:** Read
**Read:** 12/19/2018 8:39:55 AM(UTC-5)

12/19/2018 8:38:12 AM(UTC-5)

From: +16097421968 Tricia McNulty

LIVE AT HOME AS LONG AS YOU POSSIBLY CAN

**Status:** Read
**Read:** 12/19/2018 8:39:51 AM(UTC-5)

12/19/2018 8:38:50 AM(UTC-5)

From: +16097421968 Tricia McNulty

A few late days at work, worth it to save all that $$$$

**Status:** Read
**Read:** 12/19/2018 8:40:03 AM(UTC-5)

12/19/2018 8:39:55 AM(UTC-5)

From: +12159102154 Me (owner)

Right.

**Status:** Sent
**Delivered:** 12/19/2018 8:40:00 AM(UTC-5)

12/19/2018 8:40:00 AM(UTC-5)

From: +16097421968 Tricia McNulty

Thanks ☺ I like him

**Status:** Read
**Read:** 12/20/2018 4:03:01 PM(UTC-5)

12/20/2018 4:02:58 PM(UTC-5)

From: +12159102154 Me (owner)

the work of the MEF; how anti-Semitism is infecting politics; where it's coming from; how it's affecting Jews across the world and the political debate and actions surrounding Israel? Keeping to free speech as the central theme.

**Status:** Sent
**Delivered:** 12/20/2018 4:03:16 PM(UTC-5)

12/20/2018 4:03:16 PM(UTC-5)

From: +16097421968 Tricia McNulty

That's awesome! I can't wait to hear what you put together

**Status:** Read
**Read:** 12/20/2018 4:03:59 PM(UTC-5)

12/20/2018 4:03:59 PM(UTC-5)

From: +12159102154 Me (owner)

I'm very nervous now

**Status:** Sent
**Delivered:** 12/20/2018 4:04:19 PM(UTC-5)

12/20/2018 4:04:19 PM(UTC-5)

From: +16097421968 Tricia McNulty

Practice makes perfect. I just got goosebumps a little thinking about how big this is

**Status:** Read
**Read:** 12/20/2018 4:04:59 PM(UTC-5)

12/20/2018 4:04:55 PM(UTC-5)

From: +12159102154 Me (owner)

Me too.

**Status:** Sent
**Delivered:** 12/20/2018 4:05:09 PM(UTC-5)

12/20/2018 4:05:08 PM(UTC-5)

From: +16097421968 Tricia McNulty

For as amazing and brag worthy as Congress stuff was... now you're the one actually doing the big noteworthy stuff, like making a name for yourself, not just behind the scenes helping someone else who's big and noteworthy

**Status:** Read
**Read:** 12/20/2018 4:06:20 PM(UTC-5)

12/20/2018 4:06:18 PM(UTC-5)

From: +12159102154 Me (owner)

I really love and now he's completely not even addressing the issue at all

**Status:** Sent
**Delivered:** 12/20/2018 4:06:18 PM(UTC-5)

12/20/2018 4:06:18 PM(UTC-5)

From: +16097421968 Tricia McNulty
That's really cool
**Status:** Read
**Read:** 12/20/2018 4:06:24 PM(UTC-5)

12/20/2018 4:06:23 PM(UTC-5)

From: +12159102154 Me (owner)
I'm really excited
**Status:** Sent
**Delivered:** 12/20/2018 4:06:40 PM(UTC-5)

12/20/2018 4:06:40 PM(UTC-5)

From: +12159102154 Me (owner)
Hopefully I don't bomb
**Status:** Sent
**Delivered:** 12/20/2018 4:06:46 PM(UTC-5)

12/20/2018 4:06:46 PM(UTC-5)

From: +16097421968 Tricia McNulty
You won't
**Status:** Read
**Read:** 12/20/2018 4:06:51 PM(UTC-5)

12/20/2018 4:06:50 PM(UTC-5)

From: +12159102154 Me (owner)
I'm getting really mad about danny the more I think about it
**Status:** Sent
**Delivered:** 12/20/2018 4:11:40 PM(UTC-5)

12/20/2018 4:11:40 PM(UTC-5)

From: +12159102154 Me (owner)
Should I say anything or wait
**Status:** Sent
**Delivered:** 12/20/2018 4:11:47 PM(UTC-5)

12/20/2018 4:11:47 PM(UTC-5)

From: +16097421968 Tricia McNulty
I don't think there's anything wrong with saying something. He gave you a date and he's not meeting that now, and it's Christmas time!!!!! He should know that better than anyone that people with families need money at this time
**Status:** Read
**Read:** 12/20/2018 4:13:18 PM(UTC-5)

12/20/2018 4:13:12 PM(UTC-5)

From: +12159102154 Me (owner)
I'm about to call him  like look bro.
**Status:** Sent
**Delivered:** 12/20/2018 4:14:09 PM(UTC-5)

12/20/2018 4:14:09 PM(UTC-5)

From: +16097421968 Tricia McNulty
Is he with her? He won't answer
Status: Read
Read: 12/20/2018 4:14:40 PM(UTC-5)
12/20/2018 4:14:40 PM(UTC-5)

From: +12159102154 Me (owner)
I don't care.  That's the point
Status: Sent
Delivered: 12/20/2018 4:14:48 PM(UTC-5)
12/20/2018 4:14:48 PM(UTC-5)

From: +12159102154 Me (owner)
I should send him his dick pic and be like don't fuck with me
Status: Sent
Delivered: 12/20/2018 4:15:06 PM(UTC-5)
12/20/2018 4:15:06 PM(UTC-5)

From: +16097421968 Tricia McNulty
 ok I don't hate it
Status: Read
Read: 12/20/2018 4:15:10 PM(UTC-5)
12/20/2018 4:15:10 PM(UTC-5)

From: +12159102154 Me (owner)
But that's psycho
Status: Sent
Delivered: 12/20/2018 4:15:14 PM(UTC-5)
12/20/2018 4:15:14 PM(UTC-5)

From: +16097421968 Tricia McNulty
Laughed at "I should send him his dick pic and be like don't fuck with me "
Status: Read
Read: 12/20/2018 4:15:16 PM(UTC-5)
12/20/2018 4:15:15 PM(UTC-5)

From: +16097421968 Tricia McNulty
Yeah, don't do that...... yet
Status: Read
Read: 12/20/2018 4:15:31 PM(UTC-5)
12/20/2018 4:15:30 PM(UTC-5)

From: +12159102154 Me (owner)
I just don't know what to say
Status: Sent
Delivered: 12/20/2018 4:15:36 PM(UTC-5)
12/20/2018 4:15:36 PM(UTC-5)

From: +12159102154 Me (owner)
Like are you going to ignore our deal?
**Status:** Sent
**Delivered:** 12/20/2018 4:15:50 PM(UTC-5)
12/20/2018 4:15:50 PM(UTC-5)

From: +12159102154 Me (owner)
What do I say/write anyway
**Status:** Sent
**Delivered:** 12/20/2018 4:16:05 PM(UTC-5)
12/20/2018 4:16:05 PM(UTC-5)

From: +16097421968 Tricia McNulty
Like, we're about to meet the deadline, what's this moneys eta
**Status:** Read
**Read:** 12/20/2018 4:16:12 PM(UTC-5)
12/20/2018 4:16:11 PM(UTC-5)

From: +12159102154 Me (owner)
Calling now.
**Status:** Sent
**Delivered:** 12/20/2018 4:16:40 PM(UTC-5)
12/20/2018 4:16:40 PM(UTC-5)

From: +16097421968 Tricia McNulty
I have Christmas presents to buy and I'm gonna need time to wrap them
**Status:** Read
**Read:** 12/20/2018 4:16:42 PM(UTC-5)
12/20/2018 4:16:41 PM(UTC-5)

From: +12159102154 Me (owner)
He's not answering
**Status:** Sent
**Delivered:** 12/20/2018 4:16:54 PM(UTC-5)
12/20/2018 4:16:54 PM(UTC-5)

From: +16097421968 Tricia McNulty
Surprise
**Status:** Read
**Read:** 12/20/2018 4:17:07 PM(UTC-5)
12/20/2018 4:17:03 PM(UTC-5)

From: +12159102154 Me (owner)
At least he knows
**Status:** Sent
**Delivered:** 12/20/2018 4:17:11 PM(UTC-5)
12/20/2018 4:17:11 PM(UTC-5)

From: +16097421968 Tricia McNulty

Agreed

**Status:** Read
**Read:** 12/20/2018 4:18:10 PM(UTC-5)

12/20/2018 4:17:22 PM(UTC-5)

From: +12159102154 Me (owner)

**Attachments:**



Size: 1401191
File name: ms-mWrnx6.gif
**ms-mWrnx6.gif**

**Status:** Sent
**Delivered:** 12/20/2018 4:20:02 PM(UTC-5)

12/20/2018 4:20:00 PM(UTC-5)

From: +16097421968 Tricia McNulty

**Status:** Read
**Read:** 12/20/2018 4:20:28 PM(UTC-5)

12/20/2018 4:20:27 PM(UTC-5)

From: +12159102154 Me (owner)

**Attachments:**



Size: 625539
File name: IMG_6647.PNG
**IMG_6647.PNG**

**Status:** Sent
**Delivered:** 12/20/2018 4:20:34 PM(UTC-5)

12/20/2018 4:20:34 PM(UTC-5)

From: +16097421968 Tricia McNulty

Amazing

**Status:** Read
**Read:** 12/20/2018 4:21:01 PM(UTC-5)

12/20/2018 4:20:57 PM(UTC-5)

From: +12159102154 Me (owner)

I'm getting really pissed.  He's going to make me do something I regret

**Status:** Sent
**Delivered:** 12/20/2018 4:21:34 PM(UTC-5)

12/20/2018 4:21:34 PM(UTC-5)

From: +12159102154 Me (owner)

I'm about to call again

**Status:** Sent
**Delivered:** 12/20/2018 4:22:59 PM(UTC-5)

12/20/2018 4:22:54 PM(UTC-5)