# In The Matter Of:

*O'Brien v. Middle East Forum*

*Roman v. O'Brien*

*Lisa Reynolds Barbounis*

*January 8, 2021*

*Wilcox & Fetzer, Ltd.*

*1330 King Street*

*Wilmington, DE   19801*

*email: depos@wilfet.com, web: www.wilfet.com*

*phone:  302-655-0477, fax:  302-655-0497*



**WILCOX & FETZER LTD.**

Min-U-Script® with Word Index

```
 1   BY MS. DiBIANCA:
 2        Q.   Yes.
 3        A.   I don't -- I don't know if she's
 4   lying or she doesn't remember.  That's
 5   not for me to judge.  I think that
 6   Marnie is an honest person.  I think
 7   people make mistakes all the time.  But
 8   generally, as a whole, she is an honest
 9   person.  Yes.
10        Q.   Okay.  Have you ever been
11   arrested?
12        A.   No.
13        Q.   Have you had problems with the
14   IRS?
15        A.   Yes.
16        Q.   Okay.  And are those problems
17   currently resolved?
18        A.   No.
19        Q.   I saw in Twitter that, a few
20   months ago, that you claimed that you
21   had been assaulted at a protest in
22   Philadelphia.
23             Do you remember that event?
24        A.   Oh, yes.  Did you see it?
```



1   Because it was on video.
2       Q.   I did.  Is it fair to say that
3   that was a traumatic event for you?
4       A.   It was my hair being pulled.
5       Q.   Would you describe it as a
6   traumatic event?
7       A.   I don't know.  You know, let --
8   when I -- when traumatic, with me, and
9   I'll say this because it's happening
10  right this minute.  To me, a lot of
11  times, in the moment, because I'm a
12  very strong person, I think that
13  everything is fine and that it's not a
14  traumatic event.  And, then, it rears
15  it's ugly head like it did this
16  morning.  Like yesterday, or two days
17  ago, I witnessed a woman bloody,
18  bleeding from her neck, and I didn't
19  think that it bothered me.
20              And, then, last night,
21  today, this morning, as you can tell by
22  my snappiness, I realized how much that
23  it's actually getting to me.  And so,
24  there are times where you -- you know,

1  things happen immediately, you don't
2  realize and -- and they surface in
3  other ways.
4        So, I -- I'm not actually
5  really good at describing what a
6  traumatic event is at the moment.  I
7  don't know how to describe that.
8    Q.  Okay.  And since this occurred a
9  few months ago, are you able to say
10 whether you feel now that it's a -- it
11 was a traumatic event for you?
12   A.  I don't -- like I just said, I
13 don't know.  Like I -- you know, it was
14 -- it was, you know, shocking.  But I
15 -- but I don't -- I don't know.
16 There's a lot of things -- there have
17 been a lot of very, you know, things
18 happening in my life.  And I don't --
19        You know, with -- with the
20 weight of the Middle East Forum things
21 on me, I think that's what consumes my
22 mind.  So, I -- I don't -- I try to put
23 other things out of my mind.  So, I
24 don't know.