## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LISA BARBOUNIS, | : | NO. 2:19-cv-05030-JDW |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE MIDDLE EAST FORUM, et al. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Plaintiff, Lisa Barbounis in the above captioned matter.

                                               **DEREK SMITH LAW GROUP, PLLC**

By:    */s/ Scott E. Diamond*
          Scott E. Diamond, Esquire
          1835 Market Street, Suite 2950
          Philadelphia, Pennsylvania 19103
          Phone: 215.391.4790
          PA ID 44449
          Email: scott@dereksmithlaw.com

DATED:  November 4, 2021