UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| LISA BARBOUNIS, | ) |
| Plaintiff, | ) ) ) ) C.A. No. 2:19-cv-05030 JDW |
| v. | ) |
| MIDDLE EAST FORUM, and GREGG ROMAN (individually), | ) ) ) |
| Defendants. | ) |

**NOTICE OF SECOND REVISED ENTRY OF APPEARANCE**

Please revise the appearance of Jakob Williams, Esq., of Clark Hill, PLC, to represent Defendant Gregg Roman only. Defendant Middle East Forum continues to be represented by Jonathan R. Cavalier, Esq., and Leigh Ann Benson, Esq., of Cozen O'Connor.

CLARK HILL PLC

*/s/ Jakob Williams*
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
F: (215) 640-8501
Jfwilliams@clarkhill.com

Dated:   November 5, 2021          *Attorneys for Defendant Gregg Roman*

## CERTIFICATE OF SERVICE

I, Jakob Williams, Esquire, hereby certify that on November 5, 2021, the foregoing document was served via electronic filing upon the following counsel:

Seth D. Carson, Esq.
Catherine W. Smith, Esq.
Scott E. Diamond, Esq.
Derek Smith Law Group, PLCC
1835 Market Street, Ste. 2950
Philadelphia, PA  19103
seth@dereksmithlaw.com
catherine@dereksmithlaw.com
scott@dereksmithlaw.com

Sidney L. Gold, Esq.
William Rieser, Esq.
Leanne Lane Coyle, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, PC
1835 Market Street, Ste. 515
Philadelphia, PA  19103
sgold@discrimlaw.net
brieser@discrimlaw.net
lcoyle@discrimlaw.net
tgreenberg@discrimlaw.net

Jonathan R. Cavalier, Esq.
Leigh Ann Benson, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
jcavalier@cozen.com
lbenson@cozen.com

/s/ Jakob Williams
Jakob Williams, Esq.