UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 2:19-cv-05030 JDW |
| v. | ) |
| MIDDLE EAST FORUM, and | ) |
| GREGG ROMAN (individually), | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SECOND REVISED ENTRY OF *PRO HAC VICE* APPEARANCE**

Please revise the *pro hac vice* appearance of Margaret M. DiBianca, Esq., of Clark Hill, PLC, on behalf of Defendants Gregg Roman only. Defendant Middle East Forum continues to be represented by Jonathan R. Cavalier, Esq., and Leigh Ann Benson, Esq., of Cozen O'Connor.

CLARK HILL PLC

*/s/ Jakob Williams*
Jakob Williams, Esq. (PA Bar No. 329359)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
E: Jfwilliams@clarkhill.com

Dated:   November 5, 2021                *Attorneys for Defendant Gregg Roman*

264576643.v1

CERTIFICATE OF SERVICE

        I, Jakob Williams, Esquire, hereby certify that on November 5, 2021, the foregoing document was served upon the following parties by CMECF Electronic Filing:

| | |
|---|---|
| Seth D. Carson, Esq.<br>Catherine W. Smith, Esq.<br>Scott E. Diamond, Esq.<br>Derek Smith Law Group, PLCC<br>1835 Market Street, Ste. 2950<br>Philadelphia, PA  19103<br>seth@dereksmithlaw.com<br>catherine@dereksmithlaw.com<br>scott@dereksmithlaw.com | Jonathan R. Cavalier, Esq.<br>Leigh Ann Benson, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103<br>jcavalier@cozen.com<br>lbenson@cozen.com |

Sidney L. Gold, Esq.
William Rieser, Esq.
Leanne Lane Coyle, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, PC
1835 Market Street, Ste. 515
Philadelphia, PA  19103
sgold@discrimlaw.net
brieser@discrimlaw.net
lcoyle@discrimlaw.net
tgreenberg@discrimlaw.net

                                                  */s/ Jakob Williams*
                                                  Jakob Williams, Esq.