IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**THE MIDDLE EAST FORUM, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

### ORDER

**AND NOW**, this 7th day of December, 2021, upon review of Plaintiff Lisa Barbounis' Omnibus Motion For Clarification, Modification, And/Or Reconsideration Of Judge Wolson's Order (Document 173) (ECF No. 175), and consistent with Section II.B.7 of the undersigned's individual Policies and Procedures, it is **ORDERED** that Defendants shall not file a response to Plaintiff's Motion. Instead, the Parties shall be prepared to discuss the Motion, and any opposition to it, at the final pre-trial conference on January 4, 2022.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.