IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,** *Plaintiff,* v. **THE MIDDLE EAST FORUM, et al.,** *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 16th day of December, 2021, it is **ORDERED** as follows:

1. Counsel shall make reasonable efforts to determine whether each witness that it expects to call to testify at trial is vaccinated against Covid-19; and

2. At the final pretrial conference, in addition to topics normally covered at a final pretrial conference (such as trial logistics and objections to potential witnesses) and Plaintiff's pending Motion for Clarification, the parties shall be prepared to discuss the following: (a) the time that each side will need to present her/his/its case, with enough specificity for the Court to determine the time that it will allot to each party, if it decides to impose time limits on the trial proceedings; (b) each witness's vaccination status; (c) whether the Court should require witnesses to testify with clear masks; and (d) whether the Court should inquire about potential jurors' vaccination status and/or require jurors to provide proof of Covid vaccination.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**