# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 5th day of January, 2022, it is **ORDERED** that counsel and their respective clients shall appear for a video status conference and colloquy, on January 6, 2022 at 10:00 a.m. The Court's staff will provide the Parties with the Zoom link for the video conference.

It is further **ORDERED** that the jury trial scheduled for January 6, 2022 at 9:30 a.m. is **VACATED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.