IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARBOUNIS,<br><br>*Plaintiff,*<br><br>v.<br><br>THE MIDDLE EAST FORUM, et al.,<br><br>*Defendants.* | Case No. 2:19-cv-05030-JDW |

## ORDER

**AND NOW**, this 6th day of January, 2022, following a status conference on the record with the Parties, it is **ORDERED** as follows:

1. For the reasons set forth during the status conference, the transcript of the status conference will be placed **UNDER SEAL**; and

2. Pursuant to Local Rule of Civil Procedure 41.1(b), all of Plaintiff's remaining claims against Daniel Pipes and Gregg Roman in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.