IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA BARBOUNIS,**  *Plaintiff,*  v.  **THE MIDDLE EAST FORUM, et al.,**  *Defendants.* | **Case No. 2:19-cv-05030-JDW** |

## ORDER

**AND NOW**, this 7th day of January, 2022, following a hearing on the record with the Parties, and pursuant to Local Rule of Civil Procedure 41.1(b), it is **ORDERED** that all of Plaintiff's remaining claims against the Middle East Forum in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.